### Waiver of Appearance at Motions Hearing Scheduled for May 17, 2022

I, Thomas E. Caldwell, after fully consulting with my attorney, David W. Fischer, Esq., respectfully request that my appearance be excused for the upcoming motions hearing currently set for May 17, 2022 in the U.S. District Court for the District of Columbia. My attorney has advised me that I have an absolute right to appear at the motions hearing, which relates to motions that my attorney has filed and joined under Federal Rules of Criminal Procedure 12(b) and 21. With full understanding of my rights, I hereby waive my right to be present at the motions hearing set for May 17, 2022.

_____
Thomas E. Caldwell, Defendant



EXHIBIT A