**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | )   **Case No.   22-cr-15-APM** |
| | ) |
| | ) |
| | ) |
| | ) |
| **THOMAS CALDWELL** | ) |
| **(US vs. Rhodes, III *et. al*)** | ) |

## <u>ORDER</u>

    **AND NOW,** this _____ day of _____, 2022 upon consideration of the Defendants' Joint Motion to Transfer Venue and Continue Trial Date and the Government's response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

_____
The Honorable Amit P. Mehta
United States District Court Judge