# EXHIBIT B



# Oath Keeper members brought explosives to DC area around January 6 and had a 'death list,' prosecutors say

By Hannah Rabinowitz and Holmes Lybrand, CNN

Updated 10:42 PM EDT, Fri July 08, 2022



(CNN) — The Justice Department released new details Friday evening of the alleged extensive planning by the Oath Keepers to prepare for violence in Washington, DC, on January 6, 2021, including lessons to conduct "hasty



CNN's blasts explosives allegation in Gov 404b motion
https://amp.cnn.com/cnn/2022/07/08/politics/oath-keepers-explosives-death-list-january-6/index.html

10:26 ◀  📶 5G 🔋

Overview   Leaders   News

## Videos

 **WATCH: Oath Keepers are a 'violent militia,' former...**
YouTube · PBS NewsHour
19 hours ago

 **Watch: Why former Oath Keepers spokesperson broke with the...**
CNN
18 hours ago

 **Former Oath Keepers Spokesman, January 6 Hearing...**
YouTube · MSNBC
13 hours ago

 **Former Oath Keepers Leader: Extremist Groups Pose 'Genuine...**
YouTube · NBC News
17 hours ago

More videos ⌄

CSIS  www.csis.org

### Examining Extremism: The Oath Keepers | Center for Strategic and International ...



Jun 17, 2021 — The Oath Keepers are an anti-government, right-wing political organization committed to supporting and defending their interpretation of the ...

🔒 Q **oath keepers**

10:26   .ıll 5G 🔋

( Overview )   Leaders   News

the group | Sporting Band T-Shirt During Jan. 6 Hearing
18 hours ago | 15 hours ago

### News about Jan. 6, Oath Keepers

**FiveThirtyEight**
How Are The Proud Boys, QAnon And The Oath Keepers Connected?
19 hours ago

**cbc news**
Inspiration but no clear co-ordination between Trump and Oath Keepers, Proud Boys, Jan. 6 hearing...
1 hour ago

### Also in the news

**The Washington Post**
Ex-Oath Keeper Jason Van Tatenhove outlines dark worldview behind Jan. 6
12 hours ago

**yahoo/news**
Ex-Oath Keepers spokesman to Jan. 6 committee: 'I do fear for this next election cycle'
18 hours ago

### About

Oath Keepers is an American far-right anti-government militia whose members claim to be defending the Constitution of the United States. It encourages its members to disobey orders which they believe would violate the U.S. Constitution. Wikipedia

AA   🔒 Q oath keepers   🎤

<   >   ↑   📖   ▭








10:53   LTE

www.nbcnews.com

### New evidence reveals coordination between Oath Keepers, Three Percenters on Jan. 6

May 28, 2022 — Evidence reviewed by NBC News shows a new connection between the Oath Keepers and a group of Three Percenters from California charged in ...



https://www.nbcnewyork.com › tag

### Tag: oath keepers - NBC New York

New Evidence Reveals Coordination Between Oath Keepers, Three Percenters on Jan. 6. Evidence reviewed by NBC News shows a new connection between the Oath ...

https://www.nbcnewyork.com › news

### Former Spokesman Says Oath Keepers Is a Dangerous Militia - NBC New York

16 hours ago — Jason Van Tatenhove, the former spokesman for the Oath Keepers, called the organization a dangerous...

https://www.nbcboston.com › tag

### Tag: Oath Keepers - NBC Boston

Articles from the tag: Oath Keepers.

https://www.nbc.com › today › video

### Oath Keeper extremist pleads guilty for Jan. 6 riot involvement - NBC.com



🔒 Q nbc oath keepers

10:46 ◀                                    .ıl 5G 🔋

cnn  https://www.cnn.com › politics › oat...          ⋮

### Oath Keeper members brought explosives to DC area around January 6 and ... - CNN

5 days ago — A group of men, some of whom are wearing "Oath Keepers" insignia, gathers as rioters storm the US Capitol in Washington on January 6, 2021.

cnn  www.cnn.com                                     ⋮

### The January 6 hearings are showing how powerful Trump made extremist groups feel

13 hours ago — Why former Oath Keepers spokesperson broke with the group. A version of this story appears in CNN's What Matters newsletter.



cnn  https://www.cnn.com › politics › oat...          ⋮

### Top Oath Keepers member says he overheard extremist group's leader trying ...

May 4, 2022 — (CNN) A top member of the Oath Keepers said in court on Wednesday that he overheard the leader of the group, Stewart Rhodes, ...

cnn  www.cnn.com                                     ⋮

### Assault on Democracy: Paths to Insurrection

This project is best experienced with media enabled. ... This story contains disturbing language. From beloved coach to Capitol rioter, Marine veteran Donovan ...



🔒 Q cnn oath keepers

**10:47** ▮ LTE

**Oath Keepers leader and 10 others charged with 'seditious conspiracy' - CNN**

Jan 13, 2022 — (CNN) The Justice Department escalated its January 6 investigation by bringing seditious conspiracy charges against 11 defendants, ...

[CNN] www.cnn.com

**Tuesday's January 6 hearing is focusing on extremist groups. Here are some names ...**

1 day ago — CNN —. The House select committee investigating the January 6, ... Meggs allegedly led the infamous first "stack" of Oath Keepers up the ...



### People also search for

- Jason Van Tatenhove wife
- Promise Keepers
- Cnn capitol invasion
- Is jason van tatenhove married
- CNN news
- Jason van tatenhove queer

[CNN] https://www.cnn.com › politics › oat...

**Oath Keepers founder directed rioters on January 6, Justice Department says - CNN**

🔒 Q cnn oath keepers