IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES     *

vs.     *    Case No.: 22-15 APM

THOMAS E. CALDWELL     *

    *   *   *   *   *   *   *   *   *   *   *

## NOTICE

The Defendant, Thomas E. Caldwell, by and through undersigned counsel, hereby gives notice that he adopts and joins the following motions:

1. ECF No. 188:   Motion to Dismiss Counts 1-3 and 5 filed by Kelly Meggs.

2. ECF No. 189:   Motion to Dismiss On the Basis of Selective Prosecution filed by Kelly Meggs.

 

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2022, a copy of the foregoing Notice to Join Motion of Co-Defendants was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:     Office of the United States Attorney
555 4th Street, NW
Washington, DC 20001

/s/
David W. Fischer, Esq.