## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## **UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE**

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter, and in support of said motion states as follows:

1. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

2. Since March 12, 2021 the Defendant has fully complied with all conditions of release.

3. The Defendant will appear in person at the United States District Court for the District of Columbia on August 2, 2022 for a scheduled status conference.

4. The Defendant requests permission to remain in the District of Columbia on August 2, 2022 following the aforementioned hearing for case-related purposes.

5. The Defendant will be accompanied by undersigned counsel at all times while in the District.

WHEREFORE, the Defendant respectfully requests that the Court modify the Defendant's conditions of release to allow him to remain in the District of Columbia on August 2, 2022 following his in-person status conference on the condition that he be accompanied by undersigned counsel.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

**CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of July, 2022, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                   555 4th Street, NW
                                   Washington, DC 20001

                    /s/
                    David W. Fischer, Esq.