IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )      CR No. 22-15
                                     )      Washington, D.C.
        vs.                          )      August 2, 2022
                                     )      11:00 a.m.
ELMER STEWART RHODES III, ET AL.,    )
                                     )
            Defendants.              )
_____)

TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy (via Zoom)
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             U.S. ATTORNEY'S OFFICE
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes, III:        Phillip A. Linder
                                  BARRETT BRIGHT LASSITER LINDER
                                  3300 Oak Lawn Avenue
                                  Suite 700
                                  Dallas, TX 75219
                                  (214) 252-9900
                                  Email:
                                  phillip@thelinderfirm.com

                                  James Lee Bright
                                  3300 Oak Lawn Avenue
                                  Suite 700
                                  Dallas, TX 75219
                                  (214) 720-7777
                                  Email: jlbrightlaw@gmail.com

For Defendant
Jessica M. Watkins:               David William Fischer, Sr.
                                  FISCHER & PUTZI, P.A.
                                  7310 Governor Ritchie Highway
                                  Empire Towers, Suite 300
                                  Glen Burnie, MD 21061-3065
                                  (410) 787-0826
                                  Email:
                                  fischerandputzi@hotmail.com

                                  Phillip A. Linder
                                  BARRETT BRIGHT LASSITER LINDER
                                  3300 Oak Lawn Avenue
                                  Suite 700
                                  Dallas, TX 75219
                                  (214) 252-9900
                                  Email:
                                  phillip@thelinderfirm.com
```

```
APPEARANCES CONTINUED:

For Defendant
Sandra R. Parker:              John L. Machado
                               LAW OFFICE OF JOHN MACHADO
                               503 D Street, NW
                               Suite 310
                               Washington, D.C. 20001
                               (703) 989-0840
                               Email: johnlmachado@gmail.com


For Defendant
Bennie A. Parker:              Stephen F. Brennwald
                               BRENNWALD & ROBERTSON, LLP
                               922 Pennsylvania Avenue, SE
                               Washington, D.C. 20003
                               (301) 928-7727
                               Email: sfbrennwald@cs.com


For Defendant
Laura Steele:                  Peter A. Cooper
                               PETER A. COOPER
                               400 5th Street, NW
                               Suite 350
                               Washington, D.C. 20001
                               (202) 400-1431
                               Email:
                               pcooper@petercooperlaw.com


For Defendant
Kelly Meggs:                   Stanley Edmund Woodward, Jr.
                               BRAND WOODWARD LAW
                               1808 Park Road NW
                               Washington, D.C. 20010
                               (202) 996-7447
                               Email:
                               stanley@brandwoodwardlaw.com

                               Juli Zsuzsa Haller
                               LAW OFFICES OF JULIA HALLER
                               601 Pennsylvania Avenue, NW
                               Suite 900
                               S. Building
                               Washington, D.C. 20036
                               (202) 352-2615
                               Email: hallerjulia@outlook.com
```

```
APPEARANCES CONTINUED:

For Defendant
Kenneth Harrelson:              Bradford L. Geyer
                                FormerFeds LLC
                                2006 Berwick Drive
                                Cinnaminson, NJ 08077
                                (856) 607-5708
                                Email:
                                Bradford@formerfedsgroup.com

For Defendant
Roberto A. Minuta:              William Lee Shipley, Jr.
                                LAW OFFICES OF
                                WILLIAM L. SHIPLEY
                                PO Box 4541
                                Kailua, HI 96734
                                (808) 228-1341
                                Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                 Angela Halim
                                FEDERAL COMMUNITY
                                DEFENDER OFFICE
                                601 Walnut Street
                                Suite 501 West
                                Philadelphia, PA 19106
                                (215) 928-1100
                                Email: angie_halim@fd.org

For Defendant
David Moerschel:                Scott Weinberg
                                BROWN, SUAREZ, RIOS & WEINBERG
                                265 E. Marion Avenue
                                Suite 114
                                Punta Gorda, FL 33950
                                (941) 575-8000
                                Email: scott@bsrwlegal.com

For Defendant
Thomas E. Caldwell:             David William Fischer, Sr.
                                FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
                                Empire Towers, Suite 300
                                Glen Burnie, MD 21061-3065
                                (410) 787-0826
                                Email:
                                fischerandputzi@hotmail.com
```

```
APPEARANCES CONTINUED:

For Defendant
Edward Vallejo:              Matthew J. Peed
                            CLINTON & PEED
                            1775 Eye Street, NW
                            Suite 1150
                            Washington, D.C. 20006
                            (202) 919-9491
                            Email: matt@clintonpeed.com


Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S

2             COURTROOM DEPUTY:  All rise.  The Honorable

3  Amit P. Mehta presiding.

4             THE COURT:  Please be seated, everyone.

5             COURTROOM DEPUTY:  Good morning, Your Honor.

6  This is Criminal Case No. 22-15, the United States of

7  America versus Defendant No. 1, Elmer Stewart Rhodes III;

8  Defendant No. 2, Kelly Meggs; Defendant No. 3, Kenneth

9  Harrelson; Defendant 4, Jessica Watkins; Defendant 6,

10 Roberto A. Minuta; Defendant 7, Joseph Hackett; Defendant 8,

11 David Moerschel; Defendant 10, Thomas Edward Caldwell; and

12 Defendant 11, Edward Vallejo.

13             Kathryn Rakoczy, Jeffrey Nestler, and Alexandria

14 Hughes for the government.

15             Phillip Linder and James Bright for

16 Defendant Rhodes.

17             Stanley Woodward and Julie Haller for

18 Defendant Meggs.

19             Bradford Geyer for Defendant Harrelson.

20             Phillip Linder and David Fischer standing in for

21 Jonathan Crisp on behalf of Defendant Watkins.

22             William Shipley on behalf of Defendant Minuta.

23             Angela Halim on behalf of Defendant Hackett.

24             Scott Weinberg on behalf of Defendant Moerschel.

25             David Fischer on behalf of Defendant Caldwell.
```

1          And Matthew Peed for Defendant Vallejo.

2          Defendants Rhodes, Meggs, Harrelson, Watkins, and

3     Caldwell are appearing in person for these proceedings.

4          Defendants Minuta, Moerschel, and Vallejo are

5     appearing remotely.

6          And Defendant Hackett has had his appearance

7     waived by counsel.

8          THE COURT:  Okay.  Good morning, everyone.

9          Counsel, good morning.

10          To the defendants who are here, good morning.

11          And to those who are with us via Zoom,

12     good morning, everyone.

13          Okay.  So we're here today to basically have a

14     progress report in terms of where things stand in terms of

15     trial prep and moving to a trial.

16          There have been, obviously, motions filed about

17     the trial date, which we'll get to momentarily.

18          But before we do that, I'd like to just get an

19     update on where things stand from everyone.  If there are

20     matters to be raised, we can talk about them.

21          So I just want to go around to each counsel and

22     get updates, any issues you want to raise, separate and

23     apart from the trial date.

24          Then I want to touch on the fees issue that's been

25     raised.  I don't intend to do any of that inquiry here

1  today.

2         And then we can talk about the motion for

3  continuance.

4         And then I want to go in camera to deal with some

5  of the issues that have been raised under seal, okay?

6         So that'll be the order in which we proceed.  So

7  why don't we start with Mr. Nestler and the government, and

8  if there's anything you'd like to bring up, Mr. Nestler.

9         MR. NESTLER:  Good morning, Your Honor.

10  Ms. Rakoczy is actually going to speak first for the

11  government.  If there's anything I need to do here live,

12  I'll do that.  But Ms. Rakoczy has our list.

13         Go ahead.

14         THE COURT:  Oh.  I'm sorry.

15         Hi, Ms. Rakoczy.

16         MS. RAKOCZY:  Thank you, Your Honor.  I apologize

17  that I was not able to be there in person today.

18         THE COURT:  No problem.

19         MS. RAKOCZY:  Your Honor, from the government's

20  perspective, we are moving into the trial-preparation phase

21  of the case.

22         The government does continue to produce some very

23  limited discovery on an ongoing basis from the ongoing

24  investigation and/or trial preparation.  And so if witnesses

25  are spoken to again in preparation for trial, we are

1    continuing to produce any new information or material that

2    come from that.  But the current -- any current discovery

3    that's being provided is really with an eye toward the trial

4    preparation work that both sides are doing.

5           And so as the Court is aware, the government and

6    the defense have both filed pleadings with respect to notice

7    provided by the government under Rule 404(b).  A number of

8    motions in limine were filed last Friday.

9           And the parties have been going back and forth in

10   productive earnest, good-faith discussions, in order to try

11   to get agreements on various issues in advance of trial and

12   to streamline the presentation of evidence at trial.

13          And so there are a very large number of proposed

14   stipulations that the government provided to the defense

15   that are on the table that the defense, we understand, is

16   considering and will get back to us soon on.

17          We are in discussions about the proposed juror

18   questionnaire that the Court has asked us to submit in late

19   August, and we've made good progress on that.

20          We are working on the next step of sort of getting

21   together to discuss potential jury instructions and where

22   the parties agree and disagree, as well as trying to get a

23   better handle on the evidence that the parties plan to

24   introduce and to hash out where we agree and disagree on the

25   admissibility of certain evidence so that we can have that

1    all prepared for our Joint Pretrial Statement in early

2    September in advance of the Pretrial Conference.

3           So we can address at any point in time the pending

4    motion to continue.  From the government's perspective, we

5    are on track for trial and we do oppose a continuance of the

6    September trial date and we're happy to address that now or

7    happy to -- it sounds like the Court might want to address

8    that later.

9           THE COURT:  Yeah, let's hold on that for a moment.

10          Just a few follow-up questions.  I'm looking at

11   the Joint Pretrial order, a couple of dates have passed.

12   And I don't know whether disclosures have been made, but,

13   you know, for example, there was a reciprocal

14   discovery-disclosure obligation that I think just came and

15   went, as well as an expert-disclosure obligation on behalf

16   of the defense.

17          And did the government receive any disclosures by

18   those deadlines?

19          MS. RAKOCZY:  Yes, Your Honor.

20          And the government also -- I think the parties,

21   whether right or wrong, decided that that notice could be

22   filed by way of letter amongst the parties.

23          And so in late June, the government provided its

24   expert notice to the defense, and a week or so ago, the

25   defense -- some of the defendants provided some letters

1    regarding expert notice to the government.

2          I know from the government's perspective, we

3    had -- we flagged for the defense that there were a few

4    reports or writings that some of our experts were getting to

5    us that we still needed to get and we'll be producing those

6    hopefully later this week.

7          And I know when the defense provided their notice

8    to us, they were still working on some more information for

9    us on the conclusions and opinions that their expert would

10   be testifying to.

11         And so it's still a little bit of a work in

12   progress, but I think the parties at this point don't

13   believe there's any issue or conflict.  We both have a

14   general sense.  And we're kind of finding that if there

15   becomes an issue about any problems with the depth or

16   information in the notices, we can re-alert the Court by the

17   end of this month, certainly well in advance of the Pretrial

18   Statement.

19         THE COURT:  Okay.

20         And can you just give me a preview -- I know that

21   there was one motion in limine filed with respect to a

22   government expert, but what the government is thinking in

23   terms of number of experts and remaining subject matters?

24   And I understand -- I'm not holding you to anything here,

25   but...

1          MS. RAKOCZY:  Of course, Your Honor.

2          The government provided notice with respect to

3    three potential expert witnesses or categories of expert

4    testimony, not all of which may be introduced in the

5    government's case-in-chief but out of an abundance of

6    caution.

7          The first is an FBI agent who works for the CAST

8    unit, the cell site analysis unit.  And so to the extent

9    that the government gathered cell site data that is relevant

10   here that we'll seek to introduce at trial, we will have an

11   expert witness to discuss any of the more technical aspects

12   of that.  And so to the extent that that data was plotted

13   and we want to draw conclusions about where people were at

14   particular points in time, we provided notice about that,

15   that that might be -- or it might rise to level of expert

16   testimony.

17         We also have evidence in this case that comes from

18   cellular telephones.  And so there's an FBI agent who is a

19   member of the CART unit that does the cell phone analysis

20   work.  And so we provided notice regarding possible expert

21   testimony of a CART FBI agent who would provide some

22   information about the data that was pulled from some of the

23   cell phones in these cases.

24         And, finally, the government provided notice of a

25   potential expert witness who is a scholar who had studied

1  the Oath Keepers organization and certain public statements

2  and public messaging by the Oath Keepers organization.  That

3  one, we were candid with the defense, may not be someone

4  who's presented in our case-in-chief, but we've provided

5  some information about that witness.

6          THE COURT:  Okay.

7          And, I'm sorry, did I hear you say that the

8  government is potentially not going to call him in the

9  case-in-chief and potentially wait until rebuttal?

10         MS. RAKOCZY:  That is correct, Your Honor.  We're

11 still making that final decision.  But out of an abundance

12 of caution, we provided some level of notice and his CV to

13 the defense.

14         THE COURT:  Okay.

15         And have you received expert -- it sounds like

16 you've some expert notices from the defense.  And if so, can

17 you just tell me what they are and whether the government

18 anticipates filing any motions in response to those expert

19 disclosures?

20         MS. RAKOCZY:  Yes, Your Honor.

21         We received notice from counsel for Mr. Caldwell

22 and counsel for Mr. Rhodes.

23         Both Mr. Caldwell's counsel and Mr. Rhodes'

24 counsel provided notice of a potential cell phone expert of

25 their own who would testify about data retrieved from the

1    phones or perhaps data the government didn't retrieve from

2    the phones.  I think they're still figuring out the exact

3    topics that they would want to discuss with their expert.

4    And so that's one where we understand that there is sort of

5    an ongoing-notice promise from the defense there.

6              And so right now, we have no objection to that.

7    But we're hoping that -- our objections would be due by the

8    12th of August.  And so we've let the defense know.

9    Hopefully, they'll be getting us some more precise

10   information by that date.  If they don't, we'll probably

11   file something with the Court just to reserve our right to

12   object.  But we understand that if they're able to get that

13   to us by the end of the month, hopefully, that would be

14   enough time for us to prepare.  But that's that.

15             Mr. Caldwell's attorney also provided notice that

16   he may seek to introduce some testimony from medical

17   witnesses or experts regarding Mr. Caldwell's -- certain

18   medical conditions with respect to Mr. Caldwell.  And I do

19   anticipate the government will object to some of that

20   testimony.

21             THE COURT:  Okay.

22             All right.  Well, that's just helpful as a preview

23   in terms of what's coming down the pike.

24             And then in terms of the questionnaire, can you

25   just give me a sense of where things stand on that?  And in

 1   particular, how many pages and questions you all are

 2   contemplating at this point so I can steel myself to what's

 3   coming.

 4            MS. RAKOCZY:  Yes, Your Honor.

 5            And I did -- I neglected to mention one final

 6   defense expert.  They did provide a notice as well of a

 7   constitutional scholar that they are contemplating calling

 8   with respect to certain issues about statutes and provisions

 9   of the Constitution that the indictment alleges these

10   defendants conspired to violate, as well as a provision of

11   law that's known as the Insurrection Act.  And I think we're

12   awaiting a little bit more detail on that notice as well,

13   but I don't know that we have a position yet on whether we

14   would object to or agree to that testimony.

15            THE COURT:  Okay.

16            MS. RAKOCZY:  Moving on to the juror

17   questionnaire, Your Honor, the parties have -- so I think in

18   the late spring when there was originally a July trial date,

19   the defense submitted a proposed questionnaire to us.  We

20   considered parts of that and had some of our own ideas.  So

21   in mid July, we submitted our own draft back to the defense.

22   And the ball is somewhat in the defense's court now and,

23   I think, soon they'll be getting back to us with a marked-up

24   version of the proposal that we sent to them.

25            I believe the version we sent to them was about 70

1    questions or so, maybe about 13 pages.  I think the defense

2    was hoping to cut some of that out and streamline it a

3    little bit.

4            It was the government's hope to keep it mostly to

5    questions that had options.  So it would be yes or no or,

6    you know, ranking something on a scale of 1 to 5 and fewer

7    open-ended questions, with an eye towards that being easier

8    for the jurors to fill out, as well as easier, in some ways,

9    for the parties to comprehend and digest.

10           And we hope that the process of voir dire would

11   then allow the parties the ability to follow up where

12   necessary.  We don't know that it's prudent or necessary to

13   allow the jurors or ask the jurors to complete lengthy

14   written responses at the questionnaire fill-out phase.

15           That was the government's hope.  I think the

16   defense is going to come back to us with a few proposals for

17   some more open-ended questions.  And we haven't seen those

18   yet, so I don't know that we know our position.

19           So we are trying to be very mindful in flagging

20   any potential areas where we really need to ask the jurors

21   probing questions about what they've heard about previously

22   in this case, and we want to make sure we get their intake

23   and feedback on those issues.  But we also don't want to

24   unduly burden them or keep them here too long or get too

25   much information, and so I think the parties are trying to

1    streamline that proposed questionnaire as much as possible.

2            THE COURT:  Okay.

3            Look, you know, I recognize that it's a work in

4    progress.  But I'll say this, that I think brevity is better

5    here.  I mean, again, this is not, obviously, the ordinary

6    case where we can roll out a dozen voir dire questions and

7    pick a jury within a day.  I recognize it's going to be more

8    complicated than that; it's going to be more time-consuming

9    than that.

10           That said, I think all of you should be mindful

11   that there is likely to be a relationship between the number

12   of questions that are asked and the length of the jury

13   selection.  And, you know, for every question that's asked,

14   there's a potential for follow-up and potential for

15   follow-up not by only me but by counsel, and we have at

16   least five, including the government, six parties here.

17           So, you know, nobody wants to have a two-week jury

18   selection.  And so you really ought to -- I would urge you

19   to be very mindful of that overall objective and really

20   streamline this to what's really essential.

21           And I think what everybody genuinely cares about

22   is the extent to which people have been exposed to pretrial

23   publicity and to the extent people have formed opinions

24   about this case, the Oath Keepers, as a general matter, and

25   any particular defendant who is being tried.

1          You know, that's what this really ought to focus

2    on.  I know there are oftentimes interests and general

3    questions like what media sources do you listen to -- do you

4    read or listen to, things of that nature, which, you know,

5    if we're only bound by 15 questions, that's fine, but if

6    we're going to have as many questions as you all are

7    proposing, then those questions tend to not only be -- well,

8    let's put it this way.  Those kind of questions tend to

9    already be enveloped in the kind of questions that are more

10   likely to elicit the matters that we really care about.

11         And, again -- so, for example, if the question

12   that's naturally going to be asked is, you know, have you

13   watched any of the congressional hearings, okay?  You know,

14   I don't know that we then need to ask whether you get your

15   news from *The Washington Post* or NPR or the *Washington*

16   *Examiner*.  You know, really, it's not clear to me that

17   that's all that significant of a question if somebody is

18   telling us that they have watched some number of those

19   hearings or have closely or not closely followed the news

20   with respect to this case or January 6th in general.

21         So, you know, obviously, I look forward to

22   receiving what you all are going to provide me.  I'm going

23   to look at it very carefully with an eye not only towards

24   the purpose of the questionnaire, but also with a purpose

25   toward ensuring that we can get jury selection done in a

```
 1   reasonable amount of time.
 2              And I'm not putting any artificial time limit on
 3   it, because I do expect that it will take more time than the
 4   ordinary case, which is not to say that I think it's going
 5   to take an inordinate amount of time.  But, nonetheless,
 6   I just would ask you to be mindful of those objectives in
 7   terms of what you are working on, okay?
 8              All right.  So, Mr. Linder, did you want to be
 9   heard on the jury questionnaire?
10              MR. LINDER:  May I remove my mask?
11              THE COURT:  Sure.
12              MR. LINDER:  Do you want me to address the
13   questionnaire or where we are status-wise also?
14              THE COURT:  I'm sorry?
15              MR. LINDER:  Did you want me to address just the
16   questionnaire or where we are status-wise?
17              THE COURT:  Well, I was going to -- why don't you
18   just stay there for a moment because I was just going to ask
19   Ms. Rakoczy whether there was anything else she wanted to
20   add before I turn to defense counsel.
21              Ms. Rakoczy, is there anything more on behalf of
22   the government or can you hear us?
23              She may be having some technical issues.
24              MS. RAKOCZY:  No, Your Honor.  I'm sorry.
25              Nothing further, Your Honor.  Thank you.
```

```
 1              THE COURT:  That's okay.

 2              Anything that you want to add on behalf of the

 3    government before I turn to Mr. Linder?

 4              Okay.  I'll take that as a no.

 5              Mr. Nestler.

 6              MR. NESTLER:  There's nothing else to add right

 7    now, Your Honor.  There's some additional information we

 8    might want to discuss when we do go under seal, but nothing

 9    else we need to deal with right now.

10              THE COURT:  All right.  Fine.

11              Mr. Linder.

12              MR. LINDER:  As far as the questionnaire, I'll

13    address that first.

14              Ms. Rakoczy or the government did send us a Word

15    version of that that we can work with.  And as the Court is

16    probably aware, they did that knowing that we were going to

17    have a work weekend in Dallas.  Several of the lawyers kind

18    of paid their own way to come to Dallas for three days and

19    we actually worked full Friday, Saturday, Sunday on the

20    stipulations and the questionnaire.

21              They did submit about 70 questions.  We've

22    stricken, oh, 10 or 15, but then added about five that are a

23    little open-ended.  So we're in the 50-to-60-question range,

24    and we can probably have that done in a week.  As you're

25    probably -- and then I'll kind of go into this.
```

1          As you're aware, the lawyers are spread out all

2    over the country.  So where the government has the leisure

3    of kind of being here and working together, we're having to

4    coordinate by Zoom.

5          I will say, Your Honor, since about April, this

6    group and the others, the lawyers that are on Zoom here

7    today, we probably Zoom at least twice a week.  Lawyers flew

8    into Dallas and worked 24 hours, 8, 8, and 8 on a weekend

9    working on this case.  So we are making big strides to

10   getting ready.

11         Now, I don't want to get into the

12   motion-for-continuance issues because I have some other

13   stuff there.  I don't think we can realistically be ready in

14   September, but we are making strides, we talk all the time.

15   And the government, we're probably 80 percent through the

16   stipulations.  I met with Jeff this morning in the

17   cafeteria, kind of went through some of that with him and

18   told him we'd get it to him as soon as we could.  But we are

19   moving forward and working together, it's just coordinating

20   everybody is very difficult.

21         THE COURT:  Okay.

22         All right.  Well, we'll talk about specifics about

23   your defense request in a moment.

24         MR. LINDER:  Thank you, Your Honor.

25         THE COURT:  All right.  Mr. Woodward or

1   Ms. Haller?

2           MS. HALLER:  Yes, Your Honor.

3           I think we have a few issues to discuss.

4   I'm going to let Mr. Woodward address the motion to

5   continue.  But I would just begin with the fact that, as far

6   as discovery goes, we are coming into this case late, we are

7   working on an expert designation, we have not yet designated

8   our experts.

9           I will also say that we are concerned about a

10  public-authority defense.  We are working to investigate

11  whether or not we can raise that defense.  I know that

12  deadline has been out there previously.  But we are coming

13  into this case and we are trying to work on these defenses.

14          And my colleague will argue the motion to

15  continue, because the discovery is still coming in, as

16  government counsel stated.  While she calls it limited, the

17  reality for us is also downloading this information.

18  Simultaneously, I have a client who's sitting in detention

19  who doesn't have a laptop and he would really need access to

20  a laptop so he can also help on his own defense.

21          And then that would separately -- be a separate

22  issue that we would raise at this time, because there's a

23  practicality.

24          They don't have access to Relativity in detention.

25  Most of the government's discovery is on Relativity.

1    I don't think the government will dispute that.  So the

2    challenge we have is that they don't have that access.  We

3    need to get them that access because he needs to be able to

4    prepare for his defense.

5           And I would add that there's an amazing amount of

6    information we have that we're trying to digest, and yet we

7    can see information we don't have.  For example, Capitol

8    Police reports.  We've been given Capitol Police reports

9    that show exculpatory evidence.  We recognize that reports

10   have been provided that show people got let in on that day,

11   that show handshakes, fist bumps.  We have discovery that

12   show Trump hats and things like that in relation to Capitol

13   Police.

14          What we don't have is the other side of it.  We

15   don't have Capitol Police reports related to anger or

16   overreaction.  If we have an expert on crowd-control

17   management, these are big issues when it comes to a protest

18   at the Capitol.  You have to have some -- or we would like

19   to investigate and figure out if we can have an expert on

20   issues of crowd control.  We don't have that discovery.

21          There will be other issues, but I just wanted to

22   highlight those for the Court and I'll let Mr. Woodward

23   address the motion to continue.  Thank you, Your Honor.

24

25

1          THE COURT:  Okay.

2          Mr. Geyer.

3          MR. GEYER:  May it please the Court.

4          May I remove my mask?

5          THE COURT:  You may.

6          MR. GEYER:  Thank you, Your Honor.

7          As the Court is aware, I filed, once again, later

8    than I would like, motion 225, which included a letter,

9    225-1, that I wrote to the government, based on a lot of

10   work that we did with potential experts.  225-2, which are

11   new suspicious actors and material witnesses that we

12   identified.  And also 225-3, which was formerly 127-2 that

13   was withdrawn.

14         I provided that for background.  This is not a

15   discovery motion.  If it was a discovery motion, I would

16   have immediately contacted chambers, and, as instructed,

17   this is a continuance motion.

18         Some of the issues that are glaring and frankly

19   have me very concerned, I don't believe that the proper

20   discovery is making its way either to the Capitol seize

21   discovery unit or making its way to line attorneys.

22         In 2009 or thereabouts, I'm a little bit hazy on

23   the timing, a very enlightened jurist in this Circuit, based

24   on concerns that he had, a Democratic Attorney General

25   overturned a criminal case -- or I guess it was dismissed --

1    and the *Ted Stevens* case had ramifications throughout the

2    Department.  And I was there in the Criminal Division when

3    this happened.  And I saw the human toll that it took when

4    all the components were all in agreement on one thing:

5    It was the staff's fault that had that investigation and

6    prosecution.

7           And from 2005 to 2008, I was the chairman of the

8    Antitrust Division's Information Technology Reformation

9    Committee.  And the knowledge that I had based on a full

10   comprehensive look at all the Department of Justice's

11   capabilities was that, on a case like the *Stevens* case, the

12   Antitrust Division would have had six to eight attorneys and

13   six to eight paralegals that were assigned to that case from

14   the very beginning pre-indictment.  In the Criminal

15   Division, particularly Public Integrity and Fraud Sections,

16   there would be one attorney, who's generally pretty new, and

17   one paralegal, who was assigned generally just before

18   indictment or after.

19          The knowledge that I had was that those

20   professionals that had that case assigned to them, it was

21   not their fault.  It was a problem with funding, it was a

22   problem with how resources were allocated.

23          THE COURT:  Can I just -- if I could interrupt

24   you, Mr. Geyer.

25          MR. GEYER:  Yeah.

1          THE COURT:  Look, I read what you submitted.  And

2    my view is what it has always been -- or my position is what

3    it has always been, which is, if there are discovery

4    disputes, the best -- or if there are discovery requests,

5    make them to the government; and if it they are not

6    forthcoming, then bring them to my attention.

7          And we are now getting very close to trial.  You

8    know, you've been in this case for a very long time.  And if

9    there is discovery out there, exculpatory or otherwise, that

10   you think the government has, whether these line prosecutors

11   have it or not, then the timeline for asking for and

12   resolving that needs to be now.

13         MR. GEYER:  Okay.  Well, I'd like to just

14   highlight a couple of issues.  Again, this is not a motion

15   for discovery, but I anticipate that that'll be coming.

16         Pastor Bill, it's been like pulling teeth to get

17   any information on Pastor Bill.  We learned about his

18   existence in February from Samuel DiGangi's video.  He's

19   walking around the Capitol; he's not charged.  I'd like to

20   really get this on the record; I think it's important.

21         It's been months trying to get him identified.  So

22   imagine my surprise that in the last month, I see disclosed

23   from another case in a sentencing high-definition video that

24   lays out everything that I've wasted -- we've wasted -- over

25   a thousand hours on easily.

1           And in that video, we were able to identify Pastor

2    Bill as Bill Dunphy and The Salt and Light Brigade, the ones

3    who pushed through, who actually attacked the Capitol.

4           And imagine my surprise in 2020 when members of

5    this group, we've identified a lot of them.  And I'm a

6    First Amendment absolutest, so I don't have any value

7    judgments about anything that was done.  But if you apply

8    the reasoning that seems to be applied elsewhere, you would

9    think that the FBI and other investigative agencies would be

10   very interested in an organization or right-wing

11   organization that has strange funding, sending around --

12           THE COURT:  Mr. Geyer, you'll forgive me for

13   interrupting you again, but, you know, I'll just repeat what

14   I said earlier, which is, if you think there's discovery and

15   it's not forthcoming, then let's talk about it in the

16   context of a discovery motion.

17           MR. GEYER:  Okay.  That's -- if I may.

18           THE COURT:  Hang on.

19           MR. GEYER:  Okay.

20           THE COURT:  And insofar as -- I can't pretend to

21   have read every single word of your 25-page single-spaced

22   letter, but I got the gist of it, and it was similar to the

23   motion that had been filed earlier.

24           You know, I understand there's an interest in

25   running down every detail and going into every corner and

1  crevice to see if there's something there that is going to

2  be relevant and potentially exculpatory.

3          MR. GEYER:  That's not what this is, Your Honor.

4          THE COURT:  Hang on.

5          But --

6          MR. GEYER:  Another group attacked the Capitol.

7          The Oath Keepers did not attack the Capitol.  My

8  client's been here for 510 days.  He's been incarcerated for

9  510 days.  He's willing to go six more months because he

10 wants a fair trial.

11         And I know who did it.  We've been investigating

12 it.  And I'm learning about it through derivative case

13 filings in other cases.  That tells me that he doesn't have

14 it.  Because I know that if Mr. Nestler had it, I would have

15 it in five minutes.

16         THE COURT:  Okay.  Mr. Geyer, look, I'm not sure

17 what -- hang on -- please.

18         I can't say I quite understand what you mean by

19 "some other group attacked the Capitol," but I'm not here to

20 talk about that right now.  I mean, there were hundreds of

21 people, some of these folks were there, some went inside,

22 Mr. Rhodes did not.  So if what you're contemplating is some

23 sort of defense that someone else did it and it wasn't these

24 folks, I'm not quite sure I understand how that fits.

25         But I don't want to talk about that right now.

1   So unless there's something else you want to talk about --

2          MR. GEYER:  The something else --

3          THE COURT:  -- then let's move on.

4          MR. GEYER:  -- is that Bill Dunphy turns to the

5   crowd and a police officer says -- the head of the police of

6   the East -- and says, I realize that this is your House, he

7   says to the crowd, pointing to the crowd, but we have our

8   job to do too, and we're going to find -- we're going to

9   reach out to our leadership and get you permission to go up

10  and on to the steps -- I'm paraphrasing -- and then these

11  people with bullhorns blared it out all over the crowd.

12  I've literally spent thousands of hours of video review

13  because nobody else is doing it.  The intention was to

14  separate people from the criminal intent.  And I know that

15  these AUSAs around the country and trial attorneys are not

16  getting this information in their discovery.

17          It's *Brady*, he should have it, he should be

18  turning it over to me.  And don't -- I don't believe

19  certainly that the FBI, the greatest law enforcement agency

20  in the world, has only one confidential human source, not

21  including the approach on Jeremy Brown in November and

22  December by the JTTF.  The JTTF was involved all over the

23  country, and they only have one controlled human source.

24  Thank you, Your Honor.

25          THE COURT:  Mr. Geyer, we are moving far afield

1   here.

2          All right.  Why don't we turn then to Mr. Crisp on

3   behalf of Ms. Watkins.

4          Oh, that's right, Mr. Crisp said he wasn't going

5   to be available today.

6          MR. FISCHER:  Your Honor, for the record,

7   David Fischer.

8          I'm standing in for Mr. Crisp.

9          THE COURT:  Okay.

10          MR. FISCHER:  I have nothing to add on behalf of

11   Mr. Crisp.  And I believe since I would be next anyway, just

12   very briefly, Your Honor, this case does involve, I would

13   say, tens of thousands of Facebook messages, Signal

14   messages, textbook [sic] messages.  I think I've read more

15   messages in the last year than I have in the last 20 years.

16          I would just put out there to the Court, I would

17   suggest to the Court that when this case does go forward,

18   that the Court, perhaps, set aside an informal day that the

19   Court and the government and the defense can go over these

20   text messages.

21          There are obviously going to be, I believe, a lot

22   of disputes.  And instead of counsel having to file lengthy

23   pleadings and put these things out in the public, I think it

24   would be easier if the Court did set aside some time, and

25   perhaps we could sit down informally, show the Court these

 1    items and where the disputes are.  I think that would

 2    certainly streamline the process for trial.

 3              THE COURT:  Mr. Fischer, I'm all for anything that

 4    would streamline and less that I've got to read.  So

 5    I will -- if that's something that you think we ought to do,

 6    then let's do it, and then let's just pick an appropriate

 7    time to do that, okay?

 8              MR. FISCHER:  Thank you, Your Honor.

 9              THE COURT:  Sure.  Thank you for the suggestion.

10              MR. LINDER:  Your honor, may I readdress the Court

11    on a specific issue, relating to the discovery stuff you had

12    mentioned to Mr. Geyer about the discovery issues?

13              THE COURT:  Sure.

14              MR. LINDER:  In March, Mr. Geyer and David Fischer

15    informally in writing requested from the government CHS

16    info, sources, people working, whatever, anybody that they

17    knew of that was working inside.  Early on we were told

18    there weren't any.

19              THE COURT:  Can I just -- be mindful of what's --

20              MR. LINDER:  That's now changed, but it was info

21    that they had at the time, and we didn't get any information

22    of this new discovery until a few weeks ago.

23              In addition, something that I brought to the

24    Court's attention in May when we were here was the William

25    Todd Wilson's plea, where in his factual recitation, he says

 1    that Stewart Rhodes made a call from the hotel room to

 2    somebody saying, put me in touch with Trump.

 3            And you and I had a discussion and lightly said,

 4    hey, just ask Ms. Rakoczy who that is, rather than going

 5    through all the phone records.  Well, we did, and

 6    Ms. Rakoczy searched for those, and I believe their team has

 7    searched for those, and as of this date, we still don't have

 8    that.  And those are material things that have been put out

 9    in the public domain.  They're alleging my client made a

10    phone call, now there's no evidence of it and they put in

11    the defendant's factual that he signed and we're like, we

12    don't have that evidence.

13            So we are making a request that -- and I believe

14    they're complying as best they can.  They have a mountain of

15    evidence and lots of people they're working with, so

16    mistakes are going to be made.

17            But we are making requests as we go, and there are

18    some things that we're just not getting responses to or it's

19    taking months to get responses when that information was in

20    their hands earlier.  So thank you.

21            THE COURT:  Okay.

22            MR. BRIGHT:  Your Honor, if I may briefly, on

23    behalf of Mr. Rhodes as well.

24            That's something in terms of the CHS material that

25    we'd like to bring up in the motion to compel that we've

 1    filed and the government's filed a response to.  And we feel

 2    that that's time.  I think that's one of the things we're

 3    going to cover under seal, but that's a part of what we need

 4    to talk to you about.

 5                THE COURT:  Okay.

 6                All right.  Mr. Shipley on behalf of Mr. Minuta.

 7                MR. SHIPLEY:  Nothing, Your Honor, at this point.

 8                THE COURT:  Okay.

 9                Ms. Halim on behalf of Mr. Hackett.

10                MS. HALIM:  Hi.  Good morning.

11                Yes, Your Honor, I do have two things that I would

12    like to address at this time.

13                The first is that in the recent -- in about the

14    last two weeks, there were two filings, ECF 198, filed on

15    July 22nd by Mr. Meggs, and ECF number 225, filed August 1st

16    by Mr. Harrelson.

17                THE COURT:  I'm sorry --

18                MS. HALIM:  The ECF alerts --

19                THE COURT:  Ms. Halim.

20                MS. HALIM:  -- for those filings reflect --

21                THE COURT:  I didn't hear the second ECF memo.

22    What was it?

23                MS. HALIM:  Oh, yes.  It's 225 --

24                THE COURT:  Okay.

25                MS. HALIM:  -- on August 1st, yesterday, filed by

1    Mr. Harrelson.

2              Those two filings in the ECF notification alerts

3    reflect that they are filings made on behalf of all

4    defendants in Case No. 22-15.

5              And I just want to make clear and put on the

6    record that Mr. Hackett was not a participant in drafting

7    any of the contents of either of those filings.

8              And I also want to put on the record that

9    Mr. Hackett takes no formal position on the various motions

10   to continue.  He is still very much moving forward to be

11   ready for trial at his November trial date.  So I just

12   wanted to make sure that was clear for the record because of

13   the way the ECF notice is styled.

14             And then the second thing that I wanted to raise

15   is, for those of us who are counsel for the second trial

16   defendants in November, I think it's very important that we,

17   or at least I certainly, am able to see and hear as much as

18   possible in real-time of the September trial, the first

19   trial; however, to be physically in the Court could be

20   cumbersome, I can imagine there are going to be some space

21   restriction issues, and it would also be much more efficient

22   if I could hear and listen while also being permitted to

23   work.

24             And so to that end, I've spoken with the

25   government, I've spoken with an IT professional in the

1    Clerk's Office, and my understanding is that there's a live

2    audio-visual feed that are piped to a press room so to

3    speak.  So what I'm asking for is another room to be

4    reserved somewhere in the courthouse, does not matter where

5    in the courthouse, a small attorney conference room with a

6    light where we would also have that audio-visual feed of the

7    first trial so that we could come and go as our schedule

8    permits, watch the proceedings live, but also have the

9    ability to work, you know, as we can.

10            THE COURT:  Okay.  I can't make any promises, but

11   I'll see what I can do.  I'll put in the request with our IT

12   folks.  And obviously if you can work with Mr. Cramer, space

13   issues, you know.

14            MR. LINDER:  We have the conference room reserved.

15   JC got them for both trial groups.

16            THE COURT:  Okay.

17            MR. LINDER:  So we do have a work room available,

18   it's just a matter of having the IT people.

19            THE COURT:  Okay.

20            Well, we'll talk to Mr. Cramer about that.

21   I don't know -- I don't know whether it's feasible and what

22   that means.

23            I mean, we can do it in other courtrooms because

24   we have the technology and the infrastructure in place to do

25   that.  I don't know whether we have something comparable for

```
 1    conference rooms, but we'll find out.
 2              Okay.  Anything else, Ms. Halim?
 3              MS. HALIM:  No.
 4              I'll just say that if it's not technologically
 5    possible, then I would ask for some sort of -- if it's
 6    possible, some sort of order that those of us who represent
 7    defendants in the second group have a right to be physically
 8    present in the courtroom to the extent there are space
 9    restrictions.
10              THE COURT:  Okay.
11              MS. HALIM:  Or, you know, accommodation
12    restrictions as to how many people can be in the courtroom.
13              THE COURT:  Sure.
14              I mean, look, I think you all should expect that
15    perhaps other than the days of openings and closings, there
16    will be seats available in this courtroom.  I've never -- no
17    matter how high profile a trial is, things tend to peter out
18    after the first few days and there are seats available.  And
19    if we need to reserve them, we can do that.
20              So in any event, we'll make sure you've got
21    access.
22              MS. HALIM:  Thank you, Your Honor.  And that's
23    all.
24              THE COURT:  Anything on behalf of Mr. Moerschel?
25              MR. WEINBERG:  Nothing at this time, Your Honor.
```

1          THE COURT:  All right.

2          And Mr. Peed on behalf of Mr. Vallejo.

3          MR. PEED:  Nothing at this time, Your Honor.

4          THE COURT:  Okay.

5          All right.  So with that, let's sort of turn to

6    the second issue and that was the filing the government made

7    a few weeks back with respect to fee arrangements.

8          I'd asked parties that were implicated by that

9    motion to submit the fee agreements to me.  I've looked at

10   some of those.  It's not my intention to deal with that

11   today.  I will reach out to counsel and clients individually

12   to set down times and dates to conduct the inquiry that's

13   been asked of me.

14          And I am likely to do that under seal because it

15   does touch upon attorney-client confidentiality and may, as

16   a consequence of some of the questions, actually touch on

17   what advice and information has been provided to the

18   defendant to ensure compliance with the rules.  So odds are

19   that that's how we'll do it, but I just want to make that

20   clear to everybody and put it on the record and also explain

21   why we're not going to do it today.

22          All right.  So that brings us to the motion for

23   continuance.  So just to set the stage, we have a trial date

24   for the end of September.  A number of parties, the

25   defendants, all of them, in fact, have filed motions or

1   joined in motions that were filed to continue the trial

2   date.

3           Mr. Caldwell's counsel drafted the lead motion.

4   There are sort of tag-along motions from Mr. Rhodes, a

5   separate motion from Mr. Meggs.  And then the government

6   has -- as I said, they've -- and then, of course, Mr. Geyer

7   filed something yesterday, I think it was.

8           So I've looked at all that, I've read the

9   government's opposition, and I'm prepared to hear anything

10  else anybody else would like to add to the discussion on the

11  subject of when we go to trial.

12          So, Mr. Linder.

13          MR. LINDER:  Thank you, Your Honor.

14          I am probably the oldest lawyer in this courtroom

15  and have tried 200 jury trials in 30 years.  I've tried lots

16  of cases that were designated complex, Narco-Terrorism cases

17  and pharmaceutical and healthcare fraud cases.

18          This case should be designated complex, it should

19  have been early on, I don't know why it wasn't before we got

20  on the case.  I made you several promises when I got on the

21  case that I could be ready.  And when I got on this case in

22  January, I thought I could be ready.

23          And I have spent -- I've hired my own expert -- or

24  Mr. Bright and I have hired an expert that has completely

25  digested all the phone records, so we're ready on that.

1        But there's a myriad of other issues I want to

2   talk about.  And I want to draw the Court's attention to

3   document No. 44 which was filed by the government back on

4   February 10th.  This was filed about two weeks after I got

5   on to the case, and it makes several assertions of what the

6   government is going to try to do to comply with discovery.

7        And just briefly, the -- on page 3, numeral 7, it

8   says, "Access by inmates to laptops made available through

9   DOC's e-Discovery program."  Mr. Rhodes doesn't have one.

10  He just got one three weeks ago.

11       On page 13, where it's explained a little bit

12  further that inmates could have these laptops and be able to

13  use them two weeks at a time, Mr. Rhodes has been given one

14  hour twice per week, and he's only had access to that laptop

15  for three weeks, thanks to JC.  And Ms. Rakoczy, they've

16  agreed.  But he doesn't have Relativity.  The inmates that

17  are in the D.C. jail have Evidence.com that they can look

18  at.  Mr. Rhodes cannot do that.  He was given, thankfully, a

19  hard drive that was updated by Ms. Rakoczy and the DOJ, but

20  it's not the same as being able to go on to Relativity or

21  Evidence.com that they have access in the jail.  The inmates

22  in the federal jail here have that access.

23       As you're aware on the motion I filed, I attached

24  an exhibit where the jail was no longer giving Mr. Bright

25  our video visits.  We've flown here about five times in the

1   last two months.  That's fine, we knew that when we got this

2   case, that's part of the deal, but we have to bring him

3   evidence printed to give it to him.

4          In addition, when the government listed their

5   expert, that expert has written a book.  We bought the

6   paperback book, took it into the jail with our papers.  It

7   was confiscated from my client, so he can't even review some

8   of the evidence.

9          We've had a myriad of problems getting access to

10   our client in the jail.

11          THE COURT:  Mr. Linder, can I just take one thing

12   and put it on the record?

13          MR. LINDER:  Yes, sir.

14          THE COURT:  I did investigate some of the issues

15   that you raised in your motion.

16          And you're right that Mr. Rhodes is receiving

17   access once for two hours a week in the evenings on all --

18   I think it's on Tuesdays and Thursdays.  But my

19   understanding is that is the agreement; in other words,

20   that's what was agreed upon, that's what was negotiated.

21          And, you know, I've looked at the email traffic

22   that's been provided by the Marshals Service, and those are

23   the terms of the agreement.

24          Now, if you're here to tell me that those terms

25   are not working for you, that's a different issue.  But in

1  terms of client access, he's getting access to exactly the

2  material that, I think, has been agreed upon and the timing

3  of when he can access that material.

4          Now, I will grant you it was unforeseen at the

5  time that the facility in Alexandria would discontinue video

6  visits.  But that said, I can't control what they do and how

7  they allocate their resources.  And the reality is, as you

8  well know, as all of you know, these defendants are getting

9  far more access to electronic discovery in facilities than

10  most defendants do; in fact, any defendant now.

11          MR. LINDER:  Except for my client.

12          THE COURT:  Hang on.

13          It's a fair response to say, look, this is the

14  most -- you know, the greatest volume of electronic

15  discovery ever produced.  I get it.

16          But there has been a balance struck here that

17  attempts to ensure defendants have direct access to

18  discovery, which I don't know any rule or constitutional

19  guarantee that gives them direct access to discovery, as

20  opposed to through their counsel -- Ms. Haller, don't raise

21  your hand, you'll have an opportunity to be heard.

22          And so, you know, I know the Marshals Service,

23  U.S. Attorney's Office, defense counsel, and these various

24  institutions have gone to great lengths to make

25  accommodations here that have not been made for any other

```
 1   case that I'm aware of either in this district or, frankly,
 2   any other.  Now, there may be one-offs out there, but this
 3   is unusual, it's highly unusual.
 4            MR. LINDER:  I understand.
 5            The reason you've seen -- if you've read the email
 6   traffic, we were not given the ability to negotiate what
 7   hours Stewart had.  The jail was basically like, we'll allow
 8   one laptop, one hard drive, he can have it two hours per
 9   week, is that okay with you?  And I'm going to take that
10   over nothing, but...
11            THE COURT:  Well, that's not -- I wasn't there,
12   but it's not clear to me you couldn't have said how about
13   four hours and perhaps still can't go back and say four
14   hours or six hours.
15            MR. LINDER:  Well, the jail made it clear to us --
16   and I've been there in person, they have one other inmate
17   that, I think, JC has dealt with in the same situation, and
18   they're giving each person -- they can't be in the library
19   together, even though their cases aren't the same, they each
20   get two hours a week, an hour on Tuesday and an hour on
21   Thursday, where the other defendants that are on bond can
22   have unfettered access to their lawyers.
23            THE COURT:  But my point is a different one, which
24   is not what the current terms are, it's what we can do if
25   you think those aren't sufficient.
```

1          And I know there was another defendant who's in a

2    similar situation.  And, you know, if there's more time

3    needed, then we can go to the facility and say, hey, look,

4    trial is upcoming, I've got the U.S. Marshal here in the

5    courtroom right now, and I know you've been in touch with

6    him --

7              MR. LINDER:  Oh, yeah.

8              THE COURT:  -- and his colleagues.

9              MR. LINDER:  They have to run interference for us

10   all the time.

11             THE COURT:  Right.

12             MR. LINDER:  I think it would be easier if

13   Mr. Rhodes were moved into the facility with the other

14   defendants.

15             THE COURT:  Look, that is just not something that

16   I can --

17             MR. LINDER:  You can put other defendants that are

18   there together already.

19             THE COURT:  No.  I understand.  I understand.

20             But, look, I do not make designations about where

21   people are.

22             MR. LINDER:  Okay.  Understand.

23             And I appreciate the Court wanting to be fair,

24   wanting to treat all of its cases the same and all the

25   defendants the same.  I mean, that's -- we're all about

```
 1    being fair; however, this case is not a normal case.  It's

 2    the biggest case ever indicted in this government's history,

 3    probably the biggest case on your docket, probably will be

 4    the biggest case on your docket.

 5              THE COURT:  I've got Google next fall, so it's --

 6              MR. LINDER:  All right.  Those guys aren't in

 7    custody, though.

 8              But anyway, so this needs to be handled

 9    differently, and we need to make exceptions.

10              And so what I want to say, I'm going to say this

11    with all due respect, but the Court's kind of failed --

12    failure or inability or lack of desire to treat him

13    differently has actually caused my client harm because he

14    doesn't have access.

15              THE COURT:  Let me pause for a moment.

16              I haven't -- I think it's just the opposite.  I've

17    actually tried to accommodate Mr. Rhodes in ways that other

18    defendants have not been.

19              I mean, there are folks up in Pennsylvania right

20    now who don't have the access that your client does.

21              And, you know, the fact that the other defendants

22    are at CTF -- Mr. Linder, I cannot sort of tell the U.S.

23    Marshals Service and the DOC where to put somebody, I just

24    can't do that.  There are reasons why people are designated

25    where they're designated that it would not be wise for me to
```

1    interfere with that determination.

2         MR. LINDER:  I just think, much as you said,

3    I should negotiate with the jail on more access, I think

4    much could be done between the U.S. Attorney's Office, us,

5    and the Court to designate where my client's placed so he

6    has better access or equal access.

7         Because when you get this evidence, we have -- the

8    government has given us 150 civilian witness summaries on a

9    spreadsheet that we've gone through.  I don't know any of

10   these people, so I have to sit and go through it with him.

11   I have to fly up here.  He doesn't have access to it online

12   like the other defendants.  And it's burdensome.  Now, we're

13   doing it.  And I'm going to keep flying up here.  Ask

14   Mr. Bright, he was here last week.  And so we'll keep doing

15   that.

16        But at this same time, if we have to go to trial

17   in September, he will not be ready because he hasn't seen --

18   he has not been able to process the bulk of what we've been

19   given access to.

20        And I'm going to tell this Court, and I've told

21   you, we have moved this group along.  This group has worked

22   well together.  We work -- I spend 10 or 20 hours a week

23   working on just this case.  And we do Zooms twice a week, we

24   get on the phone with Stewart when we can.  This is not a

25   typical case of lawyers sitting back and waiting till the

```
1    last minute.
2               THE COURT:  No.  I understand.
3               But, look, you've got my commitment, as well as
4    the U.S. Marshals' commitment, to do what we can to provide
5    access.  And we'll -- you know, Mr. Ruffin is here, Marshal
6    Ruffin is here, we can have a conversation with him
7    afterwards about talking to the folks in Alexandria.  And
8    we'll do everything we can within our power and ability to
9    get him more hours and more access.
10              MR. LINDER:  And I appreciate that, and we can
11   stay as long as we need to today to figure that out.  But
12   the reality is we're six weeks away from trial.
13              THE COURT:  I understand.
14              MR. LINDER:  He's had the hard drive, he's only
15   been able to access it two times.
16              DEFENDANT RHODES:  No access to the hard drive at
17   all.  I've never been able to get access.
18              MR. BRIGHT:  Stewart, stop.
19              If I may make a point of clarification on behalf
20   of Mr. Rhodes and Mr. Linder, Your Honor.
21              Their misstatement earlier regarding access.  It's
22   actually to the point now that he's had no access to the
23   hard drive at all.  These two-hour windows have come and
24   gone, and to date, he has had zero access to the hard drive
25   and computer as was originally planned.
```

1          MR. LINDER:  And my mistake.

2          I was on the phone with the jail last week and we

3     got the code figured out so they were able to access.  And

4     I thought they were going to give it to him to do, but

5     evidently they didn't.  So he's had no access to the

6     evidence, which is even worse.

7          So my client is being denied the right to a fair

8     trial.  Yes, you may be correct that a defendant doesn't

9     have the right to have direct access to his evidence.  But

10    he has to have the ability to process it with his lawyers,

11    whether it's by Zoom, in person, have access to it, be able

12    to talk to us about it.

13          I mean, he had a book confiscated that's -- about

14    their expert that their expert wrote.  I mean, the jail took

15    it from him and now he doesn't have the hard drive.  So

16    there are a myriad of problems that are going to prevent us

17    from being ready in six weeks.

18          Now, am I more ready than I was three months ago?

19    You bet I am.  I've digested a ton of this case.  At the

20    Court's request, at the Court's urging a few months ago that

21    we should focus on the Signal chats and the things that were

22    in the indictment, I did that.  I took the Court's

23    direction, hired an expert, digested them all, spent six

24    weeks on it, got that part figured out.  Now we've got the

25    multi hundreds of witnesses that we're working through.

```
 1              THE COURT:  Let me just cut to the chase.
 2              If you had your druthers, when would you try this
 3    case?
 4              MR. LINDER:  I would try this case in January.
 5    And I wouldn't -- and the reason I wouldn't try it during
 6    the holidays --
 7              THE COURT:  So if you tried it in January --
 8              MR. LINDER:  Or February.  Just after the first of
 9    the year.
10              THE COURT:  Okay.
11              And so am I going to then hear from defense
12    counsel, well, look, this is the second anniversary of the
13    January 6th event.  There's going to be too much press,
14    there's going to be media, you know.
15              MR. LINDER:  No, sir.
16              THE COURT:  Look, here's the issue, folks.
17    I can't give you January.  I have to move three or four
18    other trials that are already set in January for defendants
19    who have been waiting for months and months and months and
20    months.
21              Now, I don't think any of those folks -- actually,
22    there are some folks who are held -- and then guess what?
23    I've got trials set in February for the second group that's
24    supposed to go in the Crowl case.  And then I've got trials
25    in March, in April, and in early May.
```

```
 1              MR. LINDER:  Right.

 2              THE COURT:  So, you know, you might look at me and

 3    say, Judge, we shouldn't be penalized for the volume of

 4    prosecutions the government is bringing and that's the

 5    reason every single judge in this courthouse has the kind of

 6    docket I've just explained.

 7              I mean, I am not exaggerating to you when I tell

 8    you --

 9              MR. LINDER:  I was with Judge Moss this morning.

10    He explained.

11              THE COURT:  Any other judge in this courthouse,

12    they have trials set from the fall through the spring almost

13    without interruption.  Every single one of us.

14              MR. LINDER:  I understand.

15              But this one is the biggest.  And -- with the

16    exception of maybe the Proud Boys trial, whenever that goes,

17    this case is the biggest.

18              And this is the one that Liz Cheney has been on

19    the front of the J6 Committee hearings and posting my

20    client's picture all over national news.  This is the

21    biggest case, and so it really should get precedent.

22              I mean, I can give you -- I can tell you this,

23    Judge.  If we do move this trial, you have my word that

24    I will keep working the way we've been working with the

25    government and all the defense counsel straight on through;
```

1    we're not going to slow down.  And we would welcome Status

2    Reports and meetings with the Court every few weeks to see

3    where we're going.

4            And one thing I'll say, if this case is forced to

5    go in September, and I'm not trying to -- I'm not picking on

6    anybody, but if convictions are had on these defendants,

7    appellate lawyers are going to run all over these cases and

8    they're going to go through these cases.

9            THE COURT:  They're going to do that anyway.

10           MR. LINDER:  Well.

11           THE COURT:  That's what happens.  If you're

12   convicted, you appeal.

13           MR. LINDER:  But what I don't want is --

14           THE COURT:  And let me assure you, that everything

15   I've seen from you on behalf of Mr. Rhodes, you know, some

16   lawyer is going to have a hard time suggesting you've been

17   ineffective.

18           MR. LINDER:  Oh, I understand.

19           But there may be others that somebody may be able

20   to perfect one of those appeals on another defendant in this

21   case or the other one.

22           I'm just telling this Court, you've got my word

23   that if we get some kind of schedule that works for

24   everybody, whether that's -- I mean, our clients have all

25   have agreed to waive speedy trial.  They want the fair

1  trial; they don't want to be rushed in.  Mr. Rhodes is fine.

2  He's like -- he wants a fair trial.  So we don't mind moving

3  it.

4         But you've got my word that we will work

5  diligently to get everybody up to speed.  We've already

6  started working on the juror questionnaire and the

7  stipulations with the government.  We will keep doing that,

8  but it can't be done in six weeks.

9         THE COURT:  Okay.  All right.

10        MR. LINDER:  Thank you, Your Honor.

11        THE COURT:  Mr. Fischer.

12        MR. FISCHER:  Your Honor, if it pleases the Court,

13  first of all, standing in for Mr. Crisp, Ms. Watkins passed

14  me a note and she wanted to let the Court know that she

15  still does not have access to Evidence.com and also access

16  to the law library, so I did want to point that out on her

17  behalf.

18        Your Honor, the main reason that I put in my

19  postponement request on behalf of all of the defendants is

20  the prejudice that I believe has resulted from the

21  January 6th Committee.

22        Your Honor, the case is not captioned Mr. Nestler

23  or Ms. Rakoczy against the defendants.  It's the

24  United States Government against the defendants.  And it's

25  not our clients' fault that one branch of the Federal

1    Government has decided, nearly 18 months after January 6th,

2    or maybe 16 months or so, to launch a very highly

3    publicized, obviously public, spectacle regarding

4    January 6th.  This was post-indictment, long past

5    indictment.

6            I mean, it's up to Congress.  I know the Court has

7    no control over what Congress does.  And Congress obviously,

8    by definition, they're made up of politicians, and

9    politicians are going to do what politicians do.

10           I don't think any fair-minded person that has

11   watched what they characterize as hearings would really call

12   these hearings in the classic sense where they're trying to

13   do a fact-finding and get to the bottom of things.

14           THE COURT:  So I'm not interested in whether what

15   Congress is doing are hearings or not.

16           My question to you is, when do you think the

17   hearings will lose the prejudicial effect you claim it has

18   had?  Do you think somebody who happened to have watched the

19   hearing in which Mr. Van Hoven [sic], I think his name was,

20   Vander Hoven [sic] testified, is going to think about it any

21   less in late September than if we do it in January?

22           MR. FISCHER:  I think we would.

23           THE COURT:  I think that's highly unlikely.

24           That same person is going to come forward and be

25   subject to a voir dire that asks, did you watch this

1   testimony?  Yes, I did.  How does it affect your view of

2   these defendants and what they're accused of?  I don't think

3   the answer is going to differ because there's a couple

4   months' difference.

5          And let me tell you something.  You know, I think

6   you've done a terrific job in bringing forward the legal

7   issues that need to be brought forward on behalf of all of

8   these defendants, not just your client.  I mean, I know

9   you've been the primary driver here in terms of the legal

10  challenges.  And the fact that I haven't agreed with them is

11  not a reflection on what I think of your job.

12         But, you know, the motions to continue and change

13  venue, except for the last one, just paint with a very broad

14  brush.  There was a suggestion that people -- every single

15  person in the District of Columbia is sort of tethered to

16  their television watching these hearings.  You don't know

17  that that's true.  I don't know that that's true.  But let

18  me assure you, I don't think it's true.  You know, these

19  hearings are happening during the middle of the day.  People

20  work in the District of Columbia.  They read newspapers,

21  sure, but, you know, don't hold that against them.

22         And, you know, every single judge that has

23  presided over a trial, including Judge Nichols most recently

24  with Steve Bannon, who probably has greater name recognition

25  than any defendant here, including Mr. Rhodes, had no

1    problem picking a jury within a day.

2           So the idea that, you know, we are not going to

3    have enough people in the District of Columbia who can't

4    come in here and say they can be fair and impartial -- and

5    particularly let me emphasize this, you all have written a

6    fair amount in your papers about how much exculpatory

7    evidence there is.

8           I don't think this is a lay-down for the

9    United States at all.  And I've got to tell you something,

10   I'm not sure jurors in the District of Columbia will either,

11   and that's not because whether they've watched the

12   January 6th hearings or not.

13          A trial is a trial.  They will understand it's the

14   evidence presented that is going to dictate guilt or

15   innocence.

16          MR. FISCHER:  And, Your Honor, let me just say

17   this.  It's difficult to write a venue motion without,

18   perhaps, painting with a broad brush in some aspects.

19          I would say obviously the attorneys in this case

20   who are from outside of the Washington area, the folks that

21   we deal with generally have not been paying attention to the

22   events.  You can't read about it in your local newspaper.

23          And, quite frankly, I think --

24          THE COURT:  Nobody reads the local news anymore.

25   They all go online and read the news there.

1          MR. FISCHER:  Actually.

2          THE COURT:  There are very few very local

3     newspapers that even continue to operate, unfortunately.

4          MR. FISCHER:  Well, that's true to a large extent,

5     Your Honor.

6          But I would say this, Your Honor.  One of the main

7     concerns that we have about prejudice isn't -- the main part

8     I think we're concerned about is, is when you have a

9     congressional committee that goes out and paints the Oath

10    Keepers as white supremacists, when they do that, you could

11    have the fairest-minded juror in the world, but they realize

12    that if they acquit the defendants, they have to go back and

13    talk to their friends and neighbors and co-workers.

14         THE COURT:  But that presumes somebody has watched

15    the hearing, it presumes they've read that, it presumes a

16    whole lot of things.

17         And that's what voir dire is meant to do.  We're

18    going to find out what they know and what impressions they

19    have about these people.  And that's going to be true

20    whether -- you all want to move over to the Eastern District

21    of Virginia.  And, by the way, if we were in the Eastern

22    District of Virginia, this case would have been tried by

23    now.  So the idea that you guys are sitting here in front of

24    me asking for more time when we've continued this case

25    multiple times, there's some irony in that.

1          So, you know -- I mean, I have gone back and I've

2    read *Haldeman*, which is the case that's probably closest on

3    point.  And let me tell you something, it is far closer in

4    factual circumstances to this one than you all might expect,

5    because it is true that the Watergate committee had its

6    hearings prior to indictment.  But what is happening during

7    the trial, in fact, two months prior to trial, was the

8    impeachment hearings.

9          And what the Circuit said was, yes, it's true that

10   the impeachment hearings focused on the conduct of those

11   defendants -- or involved the conduct of those defendants,

12   but the focus was on the President's conduct.

13         And I would dare say the same thing has been true

14   about the January 6th Committee hearings.  They have been

15   focused on the President's conduct.  And while the Oath

16   Keepers' conduct has been referenced in a half -- in about a

17   15-minute period during one out of eight or nine hearings,

18   is a far cry from even what was the case for the defendants

19   in *Haldeman*.

20         MR. FISCHER:  Your Honor, I believe the July 12th

21   hearing was pretty much focused entirely on the Oath

22   Keepers.  That was three weeks ago.

23         And to paint these defendants in the light -- to

24   suggest to compare them to people who murdered an

25   abolitionist newspaper editor before the Civil War, all this

1    incendiary language --

2             THE COURT:  I can't control it.  I mean, I wish I

3    could.  I can't.  I mean, I would welcome Congress being --

4    well, let me not say what I'm going to say.  I mean, I can't

5    control that.

6             What I can control, and the only thing I can

7    control, is to ensure that we are rigorous, as I'm sure you

8    will be, in questioning the potential jurors for this trial.

9    And to ensure that somebody who watched that hearing, for

10   example, isn't left with the very impression that you're

11   worried about.

12            MR. FISCHER:  Well, unfortunately, Your Honor,

13   I think it's difficult, because the District was saturated

14   with coverage.

15            And I use the example that different things hit

16   different folks.  You know, I use the example that --

17            THE COURT:  I didn't -- don't repeat it.

18   I'm not sure it's one the general consumption would

19   appreciate.

20            MR. FISCHER:  Your Honor, so I'll switch to the

21   different issue; it's the thousand transcripts that are

22   still out there as well.

23            In this case, the government opposes our

24   continuance request.  The one thing I would note is the

25   government hasn't stated how the government would be

1    prejudiced.  So I mean, I guess this is entirely really

2    about the Court's trial calendar.

3              And, Your Honor, I fully understand.

4              THE COURT:  It's not entirely about my trial

5    calendar, but it's a factor.

6              MR. FISCHER:  It's a factor.  We understand that,

7    and we do appreciate that, Your Honor.

8              And I will just say, as Mr. Linder indicated,

9    I mean, I've been involved in -- I've been doing this

10   25 years and been on cases with multiple defendants and

11   co-counsel.  And virtually in every case I've had ever, you

12   have maybe one or two lawyers who do most of the work, and

13   you have other lawyers that kind of -- they're the caboose.

14             In this case, everybody is working their tail off.

15   I mean, I have to say, this is not something -- and

16   Ms. Rakoczy, when she indicates they're turning over

17   discovery, I'll give you an example.  There was a discovery

18   dump that was given to us about two weeks ago on the 17th of

19   July.  It took me nearly three hours just to download and

20   print off the discovery, and it's going to take probably

21   seven, eight hours to digest the discovery, which is leading

22   to other witnesses.  And this was just two weeks ago.  And

23   it's been this drip, drip, drip of discovery issues.  As

24   Mr. Linder indicated, we're flying around the country; we

25   are working -- I'm almost working entirely on Mr. Caldwell's

1    case.  I've pretty much given up my entire caseload to work

2    on this case for the past six months, and I can't even keep

3    up, and I'm trying my best.

4            And so we're not standing here or at the counsel

5    table, we're not coming before the Court as people who have

6    been dilatory in our duty.  It's like drinking water out of

7    a firehose.  And that's the issue.

8            And now we're talking about a thousand

9    transcripts.

10            THE COURT:  Well, can we just -- let's --

11            MR. FISCHER:  Understood.

12            THE COURT:  First of all, let's be measured about

13   what precisely may come.

14            One is, if it's a thousand transcripts, maybe only

15   a fraction might apply to these defendants, all right?  And

16   we have no idea how many of those transcripts might apply.

17   You all have suggested that there are at least a couple.  We

18   know Mr. Rhodes testified before the Committee, presumably

19   he knows what he said, and so -- and you've identified one

20   other potential witness, presumably you've got access to

21   that witness.

22            So, you know, in terms of the concern about

23   transcripts, it is not at this point in my view -- one,

24   I have no idea what Congress is going to do.  Now, if they

25   drop, you know, 100 transcripts on the eve of trial that

1    pertain directly to these defendants and this case, yeah,

2    I'll have a different view then, because that would be

3    unfair to go to trial when all this other evidence has

4    become public, and the government would obviously have an

5    obligation to obtain that information and turn it over.  But

6    I don't know what they're going to do and when they're going

7    to do it.

8              And, you know, this is a court of law.  We cannot

9    wait on the legislative process to unfold, especially when

10   they've given us no timetable about when they're going to do

11   what they're going to do.

12             MR. FISCHER:  And, Your Honor, respectfully, my

13   final point, which I think the Court sort of just raised our

14   final and, perhaps, most important, point is, in this case

15   obviously the defense -- the government undoubtedly will

16   have dozens of witnesses, the defense will undoubtedly have

17   dozens of witnesses that we have to arrange for travel, we

18   have to arrange for hotel rooms, we have to get them

19   subpoenaed.  We would like a date certain.

20             And one of the problems about going forward in

21   September is, the January 6th Committee has indicated

22   they're going to issue a report.  They're obviously going to

23   issue it after Labor Day; we don't know when.  They could

24   issue it during jury selection.  They might issue it the

25   first week of October.  They might hold additional hearings

1    and throw that hand grenade into a trial.

2              THE COURT:  But in some sense, we're better off at

3    that point.  And what I mean by that is, this jury will be

4    instructed, and we presume they will listen, not to pay

5    attention to any media about the case.  And we'll even go

6    broader.  I'll tell them not to pay attention to anything

7    about the January 6th Committee and what they are doing.  If

8    the report comes out, they'll be instructed not to read it.

9              MR. FISCHER:  Well, Your Honor, those are the

10   reasons we have, and respectfully we do ask the Court to

11   continue the case.

12             I agree with Mr. Linder.  I think in 2023 would be

13   the preferable time.  Any continuance later this year would

14   also, I think, be appropriate as well.

15             Thank you, Your Honor.

16             THE COURT:  Okay.  Thank you, Mr. Fischer.

17             All right.  Any other counsel want to be heard?

18   I think Mr. Woodward wanted to be heard on something.

19             MR. WOODWARD:  Well, Your Honor, I simply have

20   personal issues that preclude me from being available for

21   trial on September 26th.

22             When we first came before Your Honor to discuss

23   the representation of Mr. Meggs, I alluded to a trial that

24   is now set in October.  At the time, I did not disclose the

25   impending addition to our family for personal reasons.

1    We've now done that.

2            And so I agree with everything that Mr. Linder has

3    said, I agree with everything that Mr. Caldwell had said.

4    I will add that I think my greater concern is not -- I take

5    Your Honor's point that the transcripts may not all pertain

6    to our clients.  My greater concern is that the information

7    is not released and that it would have been helpful to our

8    clients had it been released.

9            There's been a number of insinuations made by

10   members of the committee, both during hearings and to the

11   press generally, about their belief of an affiliation

12   between our clients and either the former President or those

13   who are associated or otherwise did speak with the former

14   President.

15           THE COURT:  Mr. Woodward, let me just say the

16   following, which is, as to that issue in terms of

17   connections between the Oath Keepers and the Proud Boys,

18   I've looked at the transcripts, I've watched those hearings.

19   The only references to that are from public information,

20   publicly filed records, including from, at least in one

21   case, I think, a civil complaint, and other information

22   that's already in the public record.  It's not based on

23   anything that they have found that's unique to their

24   investigation.  They have added nothing, nothing on that

25   score to the public record at all.

1           MR. WOODWARD:  I don't disagree, Your Honor, but

2      we don't know what we don't know.

3           And so I don't know why Congress is deciding to

4      make these insinuations without actually providing the

5      information.  That's their prerogative, of course.  But the

6      reality is that we have two parallel investigations

7      happening and one of those investigations might potentially

8      involve exculpatory evidence relating to our clients and

9      that evidence is not being provided to the

10     U.S. Attorney's Office such that they can't provide it to

11     us.

12          And so, you know, where in a situation like this

13     the defendants have all agreed to toll further time under

14     speedy trial and there is a looming risk of prejudice that

15     faces the defendants, I simply just don't understand the

16     government's adamance at proceeding to trial as early as

17     September.  There is no harm to the defendants by waiting

18     until next year to try this case.

19          And I think the public, frankly, would benefit

20     from the opportunity of all counsel, government and defense

21     counsel, to further explore and understand these issues.

22          THE COURT:  Okay.

23          Mr. Woodward, let me just make one observation.

24     First of all, congratulations on the birth of your impending

25     addition to your family.

1          That said, we talked -- you attempted to enter an

2     appearance or put forward your appearance on behalf of

3     Mr. Meggs in May.  I'm only now hearing about this, I think,

4     in your most recent motion.

5          I know that you've got the other trial in front of

6     Judge McFadden.  I also know that you recently filed a

7     motion to continue in that case.  It's not clear to me what

8     Judge McFadden is going to do.  It's not clear what the

9     government's position is going to be.  So you've now filed

10    motions for continuances in two cases around the same time.

11         And finally, unlike a lot of these defendants,

12    Mr. Meggs has two lawyers, one of whom has been involved in

13    these cases since -- for months and months and months, and

14    that's Ms. Haller.

15         So, you know, I recognize the personal challenges

16    that a trial in September might cause you; on the other

17    hand, you entered an appearance fully knowing well that that

18    could be an issue.  And if you knew that was going to be an

19    issue then, it's hard for me to hear you complain about it

20    now.  And I really don't mean to be insensitive, but, you

21    know, you've got an obligation to the Court to let me know

22    if there's going to be a conflict and now you're telling me

23    about it seven weeks before trial is going to start.  That's

24    a problem.

25         Anyone else?

1          MR. WOODWARD:  Your Honor, respectfully, when I

2    entered my appearance, I think we did very clearly discuss

3    with Your Honor our desire for Mr. Meggs to be moved to the

4    second trial group, and I believe that both our filing and

5    the record will reflect that from the May status hearing.

6          THE COURT:  Okay.

7          Mr. Linder.

8          And Ms. Haller also had her hand up earlier so why

9    don't I give her an opportunity.  I know she was sitting by

10   patiently.

11         MS. HALLER:  Thank you, Your Honor.

12         I just want to follow up with a few points as to

13   what the Committee -- please bear with me, Your Honor,

14   I know you don't appreciate this point.  But the Committee

15   has made clear that they're proceeding in September, that

16   they are not only going to have a report due, but they will

17   have those hearings.

18         And --

19         THE COURT:  Do you know what the subject of the

20   hearings is going to be?

21         MS. HALLER:  Yes, Your Honor.

22         THE COURT:  What?

23         MS. HALLER:  The Oath Keepers.

24         THE COURT:  In September?

25

1          MS. HALLER:  Yes.

2          So they have what's called the Purple team,

3  Your Honor.  It's in my most recent submission of last

4  night.

5          THE COURT:  Can I interrupt you?

6          How do you know something that I am not aware that

7  they've announced publicly?

8          MS. HALLER:  No, they've announced it.

9          THE COURT:  That the September hearing is going to

10  be about the Oath Keepers.

11          MS. HALLER:  It's going to include the Oath

12  Keepers.  That's been announced.  I'm not saying it's only

13  about the Oath Keepers.  I think you're right, it's largely

14  about the President of the United States.

15          But I think their --

16          THE COURT:  Can you tell me what the source is for

17  that information?

18          MS. HALLER:  Well -- yes, Your Honor, I will

19  follow up with a cite.  I don't have it with me and I can't

20  give it to you off of my head.

21          But I can refer Your Honor to my filing of last

22  night regarding the report from CNN that explained the

23  Committee has five investigative teams, five.  One of those

24  teams is devoted only to the Proud Boys, Oath Keepers, and

25  the Three Percenters.  That team is called the Purple team.

1  That Purple team is anticipated, in my understanding, in

2  September.

3          And I will follow up with an email to JC, if

4  that's preferred, with a citation to the fact that I have

5  heard reporting on the Oath Keepers are going to be one of

6  the focuses.

7          THE COURT:  Is anybody else aware of this

8  reporting?  Anyone in this courtroom?  Mr. Rhodes is the

9  only one, which is remarkable given that he's locked up.

10         MR. FISCHER:  The CNN report I was aware of, but

11  not about --

12         THE COURT:  Right.  But the CNN report didn't say

13  anything explicitly about what the September hearing was

14  going to be about.

15         MS. HALLER:  No, I'm not saying the CNN report did

16  say that.  They described the five investigative teams.  And

17  obviously the Purple team is the Oath Keepers team.

18         But my point is, yes, it's a big concern.  And,

19  yes, to Stanley's point, we don't know what we don't know.

20         But I will find the citation.  I know it's been

21  mentioned, I know I've added it as footnotes to motions to

22  continue.  I have it and I will follow up with Your Honor.

23         But the bigger point that also exists because of

24  the concern -- the reality, as this Court knows -- because

25  it's September -- and let's be honest, Congress has its

```
 1    reasons for doing it in September.
 2              What I don't know --
 3              THE COURT:  Ms. Haller, let's not turn this into
 4    that.  This is not a forum to express your political views
 5    about -- or your views about --
 6              MS. HALLER:  It's not about my political views.
 7              THE COURT:  -- or what the motives are of the
 8    Committee.
 9              MS. HALLER:  It's not about my political --
10              THE COURT:  Let's get out of that, keep it out.
11              I don't think they're hosting the hearings just to
12    interrupt this trial or influence this trial.  Is that what
13    you're going to suggest?
14              MS. HALLER:  No.
15              May I finish?
16              THE COURT:  Because if you're suggesting anything
17    else, I don't want to hear it.
18              MS. HALLER:  May I finish, Your Honor?
19              I am not suggesting that.  What I am saying is
20    that Politico and the New York Times have reported that
21    there are other reasons for them pushing at this timing.
22    I'm not saying it's this trial.
23              THE COURT:  They were supposed to be done in July.
24              MS. HALLER:  I'm not saying it's this trial.  I'm
25    saying the politicians have reasons for what they do.
```

1              THE COURT:  Ms. Haller.

2              MS. HALLER:  That's not my problem.

3              THE COURT:  Ms. Haller, I'm going to ask you to

4    discontinue -- I'm going to ask you kindly to discontinue.

5              MS. HALLER:  Okay.

6              THE COURT:  I am not granting you a motion based

7    upon your views about the motivations of members of

8    Congress.

9              MS. HALLER:  Yes, Your Honor.

10             THE COURT:  Okay?

11             MS. HALLER:  Yes.  Thank you, Your Honor.

12             THE COURT:  I didn't mean to say you have to stop.

13   But if there's more, you can.  But I really -- on that line

14   of argument, it's not going to move me.

15             MS. HALLER:  Thank you, Your Honor.

16             THE COURT:  Thank you, Ms. Haller.

17             Mr. Linder.

18             MR. LINDER:  Just briefly again, Your Honor.  Just

19   talking about logistics.  Mr. Fischer brought it up a minute

20   ago, people flying around the country.

21             Logistically, just -- I want you to understand

22   kind of what we're dealing with.  We met as a team in person

23   in my office two weeks ago.  We've been Zooming twice a week

24   for months.  Everybody is compiling their witness list.  We

25   get in a room together for three days and everybody realizes

1   you add up everybody's witness list, you've got 45, 50

2   witnesses.  We don't need that many.

3          I think more time spent coordinating together and

4   consolidating our list, as well as going -- more time spent

5   going through the stipulations the government has given us,

6   would actually lead to a shorter trial.

7          I mean, things we had to agree on.  We've agreed

8   on an investigative team.  Everybody had their own

9   investigative ideas, everybody had their own expert ideas.

10  By meeting together and spending the time together we have,

11  we've consolidated a lot of that, and I think we would

12  continue to do so, to the benefit of streamlining a trial in

13  your court, because if forced to go and everybody's on their

14  own, you're going to have five different investigators

15  subpoenaing five different groups of witnesses and some of

16  them will be overlapping and the Court doesn't want that or

17  need that and the jury doesn't need to be put through that.

18  So in an effort to give you a streamlined trial, that's what

19  we're working to try to do.  And the government is, too, by

20  giving us the stipulations, things like that.

21          And I will say, just on a separate note, and this

22  will be it, the evidence that we continue to get, all the

23  more recent evidence, and we'll talk about this when we go

24  off the record in a little bit, tends to be the exculpatory

25  stuff.

1          All the evidence early on in this case, the Signal

2     chats and the things we got in the witness -- the 302s and

3     the grand jury testimony, that all leads to inferences of

4     guilt.

5          All this exculpatory stuff we've started to get,

6     we've only started to get in the last six weeks.  And it's

7     the best evidence for our clients that we have.  I can't

8     help but think there's more out there.  And I mean, if we

9     keep getting evidence --

10         THE COURT:  Let me just say the following.  If

11    there is more out there and it hasn't been turned over in

12    time for the defense to use it at trial, because what I've

13    just been told about it in the recent filings has been

14    provided in ample time for you all to use it at trial, there

15    are potential consequences for that, right?

16         MR. LINDER:  Yeah.

17         THE COURT:  And in some sense if what you all are

18    saying is true, the government is taking a great risk in

19    wanting to set this trial at the end of September, because

20    if your suggestions are right, which is that there's a lot

21    of exculpatory evidence out there that hasn't been

22    produced --

23         MR. LINDER:  We believe there may be, because of

24    the stuff we've just recently gotten is mostly exculpatory.

25         And I'm not saying that they're holding something

1    back.   There's teams of people above them that are giving

2    them information as they get it.   But even some of this

3    January 6th stuff, this Jason Van Tatenhove guy, a lot of

4    what he had to say was exculpatory.   He's obviously given a

5    written sworn statement to Congress which --

6            THE COURT:   Let's subpoena him.   If you think he's

7    got -- I didn't hear anything that he said that was

8    exculpatory, but what did he say that was relevant, frankly?

9            MR. LINDER:   He's impeachable, I should say.

10           But the point is, yeah, I can subpoena him.

11           But the other point is, we don't know how many of

12    those other witnesses -- they didn't know about him, we

13    didn't know about this Jason guy.   Congress found him.

14    There's no telling how many other witnesses they've

15    interviewed that have exculpatory evidence that doesn't suit

16    their purpose.

17            THE COURT:   I suspect if he's the best witness

18    that they could come up with, there's probably not anybody

19    else there.

20           MR. LINDER:   I'm talking about exculpatory

21    witnesses.

22           THE COURT:   I understand.

23           MR. LINDER:   And so two things is, I think with

24    more time, we could give you a more streamlined trial that

25    would be -- there would be a lot less potential for error,

1    there would be a lot less potential for juror conflicts if
2    we did a three- or four-week trial instead of a five- or
3    six-week trial.  There's just all kinds of logistical issues
4    that could simplify this trial if we continue to work
5    together like we have been, because we have been working
6    together, both sides.  And your court's been amenable to
7    take every call, JC has worked through issues with the jail,
8    we can keep doing that.  But there's no way we could
9    logistically give you a clean trial in six weeks.
10            I've only been on the case six months.  It's the
11   biggest case I've ever handled, and I've been on six months
12   and nine days.  And so it's just to put that in perspective.
13            THE COURT:  Okay.
14            MR. LINDER:  And I appreciate your time.
15            THE COURT:  Thank you, Mr. Linder.
16            Hang on for a second.  Mr. Geyer, one second.
17            Mr. Geyer.
18            MR. GEYER:  Thank you, Your Honor.
19            Ms. Watkins brought something to my attention, I
20   wanted to get it on the record for her and Mr. Crisp.  On
21   July 29th, 2022, the Judicial Subcommittee, with DOJ
22   National Defense Assistant Attorney Matt Olsen, referenced
23   the SolarWinds court data hack.  And apparently
24   Representative Sheila Jackson Lee asked how many January 6th
25   cases were affected by the Court breach and how many will we

1    need to dismiss.  Mr. Olsen stated he did not know and would

2    investigate.

3              Also, the current schedule has us -- the trial

4    would probably end just prior to the election.  That's one

5    of the reasons why it's -- another additional benefit is to

6    get it beyond all of that.

7              My concern is, and I laid this out in my

8    continuance motion, trial staff can't cry uncle when they're

9    overwhelmed with discovery.  I've seen this before.  There's

10   all kinds of red flags, things that I would have expected

11   based on my relationship to have received by now that

12   I haven't received.  It's really extensive.  They're not in

13   the position to ask for more time.

14             And the problem is, you know, people may not like

15   my theory, but I think it accurately depicts the truth.

16   There were elements there separating people from their

17   consciousness of guilt.  There are elements there

18   coordinated to get over a thousand people to walk, pretty

19   peacefully in the east, to the stairs.

20             And the thing that's so terrible about this are

21   the Oath Keepers.  Their primary mission is to assist police

22   and make things better.  And they came to the assistance of

23   police and to rally attendees.  Right now, I think we're at

24   eight or nine of these instances.  I think as we get through

25   the video surveillance, we'll find more.

1              There's references in charging documents, for

2    instance, to them chanting "traitor."

3              THE COURT:  Mr. Geyer, we now really are moving

4    far afield.

5              MR. GEYER:  Thank you, Your Honor.

6              THE COURT:  All right.  Thank you.

7              All right.  Does the government want to be heard?

8              MS. RAKOCZY:  Yes, Your Honor.  Thank you.

9    Briefly.

10             Your Honor, Mr. Woodward raised the question of

11   why the government is opposing a motion to continue at this

12   time.  And as counsel and this Court are aware, the

13   government did not oppose earlier requests for continuance

14   because the government is concerned that these cases get

15   tried well and fairly, and at an earlier time the government

16   had concerns about the defense's ability to digest the

17   discovery materials because they were so voluminous.

18             At this point in time, the government believes

19   that the defense has the information they need sufficiently

20   in advance of trial to prepare their defenses.  These cases

21   will have been pending for a year and a half at the time

22   that these cases are scheduled to start trial in late

23   September.  Four of the five defendants who are going to

24   trial in September have been detained, some of them for that

25   entire year and a half long period.

1          And the public has an interest in trial as well.

2    These cases are part of some level of national significance,

3    they have been around for a year and a half, and our concern

4    is if they don't begin starting in late September, we don't

5    know when there will be a prudent time for them to begin.

6          THE COURT:  Ms. Rakoczy, can I ask you?

7          MS. RAKOCZY:  We understand from the Select

8    Committee hearings and we understand that there is a

9    possibility that there may be hearings in September.  But

10   for the reasons we put forward in our pleading and for the

11   reasons that we have -- that the Court has, I think, stated

12   today on the record, we believe that any publicity issues

13   can be cured through the process of voir dire.

14         THE COURT:  Ms. Rakoczy, can you hear me?

15         MS. RAKOCZY:  I can hear you.

16         THE COURT:  Okay.

17         So help me understand why the government did not

18   oppose the continuance in the Nordean case but is opposing

19   it here?

20         MS. RAKOCZY:  Yes, Your Honor.

21         When that position was filed in mid-September --

22   in mid-June, it was just after the Select Committee had

23   begun their hearings.  And the --

24         MR. SHIPLEY:  Sounds like an argument you can

25   make.

1          MS. RAKOCZY:  I'm sorry.

2          And the Select Committee -- or there had been

3     public reporting at that time that the Select Committee was

4     going to be releasing the transcripts in late August or

5     early September.

6          And at that point in time after having learned

7     about one of the Select Committees public hearings, there

8     were some interviews of individuals who were either charged

9     in that Proud Boys case or who were subjects or witnesses

10    related to that Proud Boys case whose testimony before the

11    Committee was featured.

12         And then there was this public reporting that all

13    thousand or so transcripts were going to be released in late

14    August, early September, which would have been just weeks

15    after that trial began, likely in the middle of that trial.

16         And that's all the information that was before the

17    government at the time.  And the government did not have

18    perfect information at that time, but we were afraid that

19    that would come to bear, and that seemed very -- seemed more

20    certain at that point in time.

21         Here we are now a month and a half later and it

22    seems much -- the government is much less confident or

23    concerned that these transcripts are going to be released in

24    the middle of a trial.

25         We have asked in letters that were publicly filed

```
 1    in this case and shared with the Court and counsel, we'd
 2    asked for access to all the transcripts.  I believe we
 3    continue to make that request.  But we have no promises or
 4    assurances that these transcripts will be released, and
 5    I think that the public reporting on whether these
 6    transcripts will be released has become much more confident
 7    or certain.
 8            On top of that, we've now seen the first nine or
 9    so hearings that the transcript has -- that the Committee
10    has held publicly.  There has not been that many references
11    to the Oath Keepers and there has not been any featuring of
12    witnesses with information to bear.
13            THE COURT:  What do I do about the fact that, you
14    know, you're right, I mean, this hasn't been nine sessions
15    about this group, but there were some pretty inflammatory
16    things said about them, as Mr. Fischer's pointed out.
17    I mean, you know, aren't we endangering their right to a
18    fair trial by having a case go in sort of the aftermath of
19    that?
20            MS. RAKOCZY:  We thought the Court made a valid
21    point earlier when the Court noted that if humans heard
22    those statements, they will tell us about that during the
23    voir dire process and we will ask the necessary follow-up
24    questions about how that impacts their ability to be fair
25    and impartial.
```

1          But if they heard those statements in July, it's

2   going to affect them potentially in September, it's going to

3   effect them potentially next January or February.

4          And either way, this Court is going to need to

5   have some level of detailed questions during the voir dire

6   process, in both the questionnaire and then in follow-up,

7   about what people heard and about how that has impacted

8   them.

9          Our concern is this is not going to change much.

10  And it's especially not going to much in early 2023, which

11  will, yes, have been presumably after the Committee

12  completes its work and after the 2022 election cycle but at

13  the outset of the 2024 Presidential election cycle, which is

14  not likely to drop the publicity surrounding January 6 as an

15  event or the potential to discuss these defendants as well.

16         So we just don't think that there's ever going to

17  be an end date where we lose some of this risk.

18         THE COURT:  Ms. Rakoczy, one last question, and

19  that is, what is the government's status with respect to

20  Mr. Woodward's conflict?  I mean, you all had made a

21  representation that there wasn't going to be an opposition

22  to the motion to sever.  I gather there was an opposition

23  filed to the motion to sever, it's been denied by

24  Judge McFadden.  And, you know, as far as he's concerned,

25  Mr. Woodward is scheduled for trial in early October.

```
1              MS. RAKOCZY:  Yes, Your Honor.

2              So that motion-to-sever opposition was some time

3    ago, is my understanding.  In speaking to co-counsel in

4    Mr. Klein's case, Mr. Woodward's other client, there is a

5    hearing tomorrow in front of Judge McFadden on that.

6    I think there are a number of moving pieces, but our

7    co-counsel who has that case understands that there is a

8    pretty significant likelihood that, in some manner or

9    fashion, the trial that Mr. Klein is scheduled to happen is

10   not going to happen at this point, it will probably get

11   pushed forward, and the government is not going to put up

12   strong opposition to that or possibly any opposition to

13   that.

14             But the impression that we have is that is not

15   going to be an issue with respect to Mr. Woodward, and we do

16   not anticipate that he is going to be in trial at the time

17   that Mr. Klein is currently scheduled to be in trial.

18             THE COURT:  Okay.  We'll see how that plays out.

19             Okay.  Let's take a couple minutes.  I've got to

20   give our court reporter a break and then I'll come back just

21   in ten minutes, okay?  Thanks, everybody.

22             COURTROOM DEPUTY:  All rise.

23             The Court stands in recess.

24             (Recess from 12:48 p.m. to 1:02 p.m.)

25
```

```
 1              COURTROOM DEPUTY:  All rise.

 2              This Honorable Court is again in session.

 3              THE COURT:  Please be seated, everyone.

 4              All right.  Folks, look, you know, there's a lot

 5    to weigh here and a lot to consider, and I am not --

 6    I understand the concerns the defense has, I do, I've heard

 7    you out, I've heard them, I get it.

 8              That said, I can't move this trial and I'm not

 9    going to move the trial, not only for the reasons that we've

10    talked about, and I'll articulate them shortly on the

11    record, but it would quite literally wreak havoc for this

12    Court's docket, and that's not the reason to not continue a

13    trial, but that's certainly a reason.

14              And, look, there are a number of reasons that have

15    been offered to continue this matter.  The first is the

16    publicity from the January 6th hearing that featured the

17    Oath Keepers.

18              Just to put this a little bit in context, there

19    have been nine such hearings, I believe.  One of them was

20    devoted to what Congress has called sort of extremist

21    groups.  And a portion of that hearing was devoted to the

22    Oath Keepers, a portion of that hearing featured a witness

23    who was a former member of the group.  That may have an

24    impact on the jury pool, but we really can't know until we

25    start questioning these folks.  It is impossible to know.
```

1        And I've gone back and I've carefully looked at

2   *Haldeman*.  And the D.C. Circuit answered this very question

3   in which they said, you know, "A judge reviewing pretrial

4   publicity" -- this is footnote 37.  "A judge reviewing

5   pretrial publicity before the voir dire would have to

6   attempt to determine from his own reactions how the

7   community would respond to that publicity.  The subjective

8   nature of this determination is well illustrated by the

9   arguments in the briefs that were before the Circuit."

10       And the point they're making is that nobody knows,

11  I don't know, you all don't know, the government doesn't

12  know, how members of this community will be impacted by that

13  portion of the hearing, and that portion of the hearing was

14  a component of a much longer set of hearings that didn't

15  focus on the conduct of these folks but conduct -- frankly,

16  has ultimately focused on the conduct largely of the former

17  President of the United States.

18       And in that sense, this is not all that dissimilar

19  to a situation that was presented in *Haldeman*.  As I noted,

20  you know, the Circuit was asked in that case to reverse the

21  convictions based both upon a failure to grant a continuance

22  and a change of venue, and the D.C. Circuit said, no, and

23  they also -- they even considered the *Delaney* decision which

24  the defense has cited.

25       And what the Circuit ultimately says is that there

1    were impeachment hearings that occurred just two months
2    before the trial of the defendants in that case.  And the
3    Court writes -- this is footnote 40 -- that, you know, the
4    Court says, you know, "However, those hearings, which were
5    conducted pursuant to a power conferred by the Constitution
6    only on the House of Representatives, did not involve public
7    taking of evidence."

8            Not dissimilar to the way it's been described here
9    with respect to the January 6th hearings.  "Moreover,
10   although appellants' actions were prominently considered by
11   the Committee," which I think is different in kind than what
12   we have here, "the focus of the public debates and of the
13   public attention was on the role of the President.  In view
14   of these factors and of the decisions by the Supreme Court
15   subsequent to *Delaney*, we do not believe the same result as
16   in *Delaney* is called for here."  I just don't think that in
17   light of *Haldeman*, that I am required to continue this case
18   in light of what's happened before the January 6th Committee
19   hearings.

20           And I'll also note that the Court also
21   addresses -- and this is in footnote 42 -- I don't know why
22   back then they used to put everything in footnotes but they
23   did -- "The potential efficacy of a continuance is also open
24   to question.  At the time of the trial, there was little
25   reason to believe the news media would not continue their

```
 1   inquiry into the events of Watergate, at least until the
 2   activities of the primary participants had been fully
 3   explored at a public trial."
 4            I think the same fact remains here.  Whether this
 5   trial is held in September, October, November, December,
 6   January, the news media is going to continue to cover the
 7   events of January the 6th.  That'll be before the
 8   Committee's hearings -- before the September hearings, after
 9   the hearings, and we are not going to avoid that publicity
10   by virtue of moving this trial by a few months.
11            In terms of the potential for what the Committee
12   may do in September, it seems to me largely speculative
13   about what they will do.  That includes transcripts and the
14   release of transcripts and the release of a report.  You
15   know, as I said earlier, if there are transcripts dropped on
16   the eve of the trial that pertain to these defendants and
17   the allegations against them, I will revisit the issue.  You
18   have my word, okay?
19            You know, this doesn't happen often, obviously,
20   where you have parallel congressional hearings and things
21   happening in court.  But it does happen and it's happened --
22   over the years, it has happened in this district.
23            And the truth of the matter is, you know, the
24   Court's docket cannot be dictated by how Congress is acting
25   and what they are doing.  They have an independent
```

1   obligation to do what they're doing.  The Court is a

2   separate and coordinate branch; we have absolutely no

3   ability to influence what they are doing and when they do

4   it.  What I do have the ability to influence, as I said

5   earlier, is to ensure that these defendants receive a fair

6   trial through the most rigorous voir dire process that we

7   can possibly have happen.

8        I know the trial judge that presided over the

9   *Tsarnaev* case up in Massachusetts, he spent weeks picking a

10  jury.  They had a rigorous pre voir dire questionnaire,

11  rigorous questioning during the voir dire process.  And

12  ultimately it was determined that both the voir dire process

13  was adequate by the Supreme Court and that a transfer of

14  venue was not appropriate by the First Circuit.

15       You know, you're not going to convince me that the

16  circumstances of this case are any different than the

17  citizens of Boston felt about the marathon bombing.  It is

18  certainly a comparable event in terms of the consciousness

19  of people who resided in Boston.

20       And I think, you know, we actually have an

21  advantage that the trial judge in *Tsarnaev* didn't, which is

22  that there have been a number of January 6th trials,

23  including one I've presided over, and judges have not had

24  difficulty identifying fair and impartial jurors, they just

25  haven't.

1          And I know there is a general view among the

2   Defense Bar and defense counsel that that's just not so.

3   But I think all of you will be surprised that when you get

4   folks here who are answering questions, you will be

5   surprised that people will be in a position to be objective

6   and fair.

7          And as I said earlier, there's a fair amount of

8   evidence, there's a fair amount of work for the defense to

9   do here.  I mean, there's a fair amount of evidence the

10  defense is going to be able to marshal in its favor.  And

11  so, you know, I'm confident that a District of Columbia jury

12  will be able to view that evidence dispassionately and

13  fairly to these defendants.

14         With respect to access to evidence, you know,

15  Mr. Linder, you have my word that we will do everything we

16  can to continue to make evidence accessible to Mr. Rhodes.

17  I'll note again as I did earlier that, look, I know of no

18  constitutional right that gives defendants a direct access

19  to evidence in the way that is being sought here.  That

20  said, they obviously have a constitutional right to

21  participate in the preparation of their defense, and if

22  they're being deprived of key evidence, then it does

23  potentially impact that right.

24         That said, I haven't heard that extreme.  And, you

25  know, Mr. Linder has access to the jail, he's described how

1    he's been there repeatedly, they've taken discovery to

2    Mr. Rhodes, Mr. Rhodes now has access -- a special

3    arrangement to certain electronic discovery, and the

4    Marshals Service and I will continue to work with the

5    facility in Alexandria to ensure that he gets the access he

6    needs before trial.

7                MR. LINDER:  Thank you, Your Honor.

8                THE COURT:  In terms of the defense preparation,

9    look, I take all of you at your word at how hard you've been

10   working, I really do.  I recognize that this is an

11   unusual -- it's a unique case, it's a once-in-a-lifetime

12   case.

13               But, you know, my experience is, if you give

14   defense lawyers more time to prepare, they will prepare.

15   And I'm sure that's true with the folks in this room.

16   There's never enough time to prepare for a trial when a

17   client's liberty interests are at stake.  And, you know, the

18   truth is deadlines work to sharpen the defense presentation

19   and the defense focus and I think the deadline for this

20   trial is going to do just that and all the pretrial

21   deadlines.

22               As far as *Brady* material goes, Mr. Geyer, if it's

23   out there and they're not getting it, raise it with me

24   sooner rather than later.  This issue has been sort of

25   percolating and being kicked around for months now.

1          And if there's going to be a motion to compel,

2    let's deal with the motion to compel.  But there hasn't been

3    one before me yet.  And, you know, if the government lets

4    things sort of slide through the cracks or we find *Brady*

5    material on the eve of trial that really impacts the

6    defense's ability to prepare for trial, you know, we'll have

7    that conversation then.  But it hasn't happened so far;

8    we're still seven weeks from the start of trial.  And as

9    I understand it, a fair amount of *Brady* material, at least

10   from the defense's perspective, has already been produced.

11         Look, there are other interests I've got to

12   consider.  I've got three defendants who have been locked up

13   for over a year, I believe.  You know, Ms. Watkins was,

14   I think, in February, early March.  Mr. Meggs soon followed.

15   And then Mr. Harrelson after that.

16         Now, while they're ready to waive their right to

17   speedy trial, I've got an independent obligation to assure

18   that they get a speedy and fair trial.  And they have been

19   locked up for a very, very long time on these charges and

20   they are entitled to have that trial and it is my view that

21   they're going to get it and they're going to get it in late

22   September.

23         There are also other interests to consider,

24   including the interests of the public.  The public, as

25   everybody has acknowledged, has a keen interest in the

1    outcome of this case.  We've had now at least two trial

2    dates that have come and gone, maybe three, I can't -- I've

3    lost track.  And at some point, folks, we've got to try it,

4    and see where the chips may fall.  And if the government is

5    not able to meet its burden of proof, the public ought to

6    know that sooner rather than later, because these folks will

7    be exonerated if that's what ends up happening.

8            And finally, as I said, you know, I've got to

9    consider my docket.  I literally have trials lined up,

10   including in some of these other cases involving these same

11   prosecutors, through next year into the fall.  And if we

12   move this case into January, I've got to bump other trials

13   and other defendants, including people who are detained

14   who've been waiting for trial.  That means I've got to bump

15   the other two components of this case into the spring, if

16   not into the summer.  I just can't do that.  I cannot do it.

17           There's another enforcement action on my docket

18   next fall that's going to require some attention.  And just

19   looking ahead over the horizon, if I move this case into

20   January, it is going to wreak havoc on my docket.  And so

21   for that additional reason, I'm going to decline to grant

22   the continuance, okay?

23           All right.  With that, why don't we close the

24   courtroom, undo -- disconnect the public line, and the rest

25   of this proceeding will be in camera.  And unless there's

```
 1    anybody here -- if there's anybody here who's not affiliated
 2    with the defense, government, or court staff, we're going to
 3    ask you to leave the courtroom, please.
 4              I guess I should add, as far as Mr. Woodward and
 5    Mr. Meggs goes, I'm hopeful we'll get some clarity on that
 6    in the next 48 hours.  I've already talked to
 7    Judge McFadden; he's aware of the situation.  And so we'll
 8    just -- we're going to have to wait and see how all that
 9    shakes out.
10              (Sealed)
```











































































1 ████████████████████████

2      ████████████ ████████████████

3      ███████████████████

4      █████████ ███████████████████

5      ██████████████████████████

6 ██████████████████████████████████

7 ████████████████████

8      ████████████████████████████████

9 █████████████████████

10      (Open court)

11      COURTROOM DEPUTY:  Judge, we are now on the public

12 record.

13      THE COURT:  Sorry.  Bear with me, everyone.

14      All right.  So the reply date for motions in

15 limine, and that would include the government's 404(b)

16 disclosure, is August the 19th.  So I would like to set

17 something soon thereafter so that I can resolve as many of

18 those as I can, because the sooner these issues are

19 resolved, the better off we all will be in terms of being

20 ready for trial.

21      So with that said, I'm going to ask you all to

22 hold two dates, if you would, please, kindly, and we will

23 get back to you later this week about the precise date.

24 I've got a bench trial scheduled that following week, but

25 there's been a request for a continuance, so I just need to

 1  resolve that before I can fix a firm date.

 2          So I'm going to ask you all to hold Monday, August

 3  the 22nd at 1:00 p.m. and 2:00 p.m. on August the 25th.

 4          And we have that hearing on Thursday, JC?  We will

 5  let you know by Thursday which of those two dates it will

 6  be, okay?  And thank you for the indulgence on that front.

 7          Okay.  Is there anything else anybody would like

 8  to raise before we adjourn?

 9          MR. LINDER:  Briefly, Your Honor.

10          On those two dates, whichever one you pick, will

11  that be Zoom option, in-person option?

12          THE COURT:  If you want to be here, you can be

13  here.  If you don't want to be here, you don't have to be

14  here.

15          MR. LINDER:  We can assume our clients will be

16  brought over?

17          THE COURT:  They will.

18          Anything else, everyone?

19          All right.  Thank you, all, very much.

20  I appreciate all the hard work that's being put into getting

21  ready, and we'll see everybody in about four weeks.

22          Do not wait for me.  Thank you very much.

23          COURTROOM DEPUTY:  This court stands adjourned.

24          (Proceedings concluded at 2:08 p.m.)

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__August 3, 2022_____        

                          William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [6]** 6/2 6/5 80/22 80/25 128/11 129/23

**DEFENDANT RHODES: [1]** 46/16

**MR. BRIGHT: [43]** 32/22 46/18 91/12 91/14 91/18 91/22 92/8 92/22 92/25 93/4 93/8 93/13 93/17 94/12 96/10 97/14 98/1 98/5 98/8 98/14 99/2 99/5 99/19 100/2 103/12 104/4 104/7 105/2 110/7 110/12 111/3 111/9 111/24 112/4 112/14 112/21 113/3 113/9 113/12 114/11 114/16 118/14 123/12

**MR. FISCHER: [29]** 30/6 30/10 31/8 51/12 52/22 54/16 55/1 55/4 56/20 57/12 57/20 58/6 59/11 60/12 61/9 67/10 114/20 115/25 116/11 116/14 116/17 116/20 116/24 117/3 118/1 118/12 118/15 120/19 121/7

**MR. GEYER: [13]** 24/3 24/6 25/25 26/13 27/17 27/19 28/3 28/6 29/2 29/4 73/18 75/5 121/14

**MR. LINDER: [45]** 19/10 19/12 19/15 20/12 21/24 31/10 31/14 31/20 35/14 35/17 38/13 40/13 41/11 42/4 42/15 43/7 43/9 43/12 43/17 43/22 44/6 45/2 46/10 46/14 47/1 48/4 48/8 48/15 49/1 49/9 49/14 50/10 50/13 50/18 51/10 69/18 71/16 71/23 72/9 72/20 72/23 73/14 87/7 129/9 129/15

**MR. NESTLER: [14]** 8/9 20/6 104/12 117/10 117/12 117/14 118/24 119/13 119/23 120/13 123/4 123/8 123/22 124/4

**MR. PEED: [1]** 37/3

**MR. SHIPLEY: [10]** 33/7 76/24 125/7 125/12 125/18 126/10 127/1 127/4 127/8 128/2

**MR. WEINBERG: [1]** 36/25

**MR. WOODWARD: [3]** 61/19 63/1 65/1

**MS. HALIM: [8]** 33/10 33/18 33/20 33/23 33/25 36/3 36/11 36/22

22/2 65/11 65/21 65/23 65/25 66/8 66/11 66/18 67/15 68/6 68/9 68/14 68/18 68/24 69/2 69/5 69/9 69/11 69/15

**MS. RAKOCZY: [41]** 8/16 8/19 10/19 12/1 13/10 13/20 15/4 15/16 19/24 75/8 76/7 76/15 76/20 77/1 78/20 80/1 100/21 101/3 101/11 102/15 104/15 105/9 105/13 105/18 105/21 106/11 107/5 107/7 107/23 108/22 108/25 109/5 109/23 109/25 111/2 111/12 111/14 111/20 113/21 113/23 123/1

**THE COURT: [221]**

**0**

**08077 [1]** 4/4
**0826 [2]** 2/13 4/23
**0840 [1]** 3/5

**1**

**10 [3]** 6/11 20/22 45/22
**100 [1]** 59/25
**10th [1]** 39/4
**11 [1]** 6/12
**1100 [1]** 4/14
**114 [1]** 4/18
**1150 [1]** 5/4
**11:00 [1]** 1/6
**127-2 [1]** 24/12
**12:48 [1]** 80/24
**12th [2]** 14/8 56/20
**13 [2]** 16/1 39/11
**1341 [1]** 4/9
**1431 [1]** 3/13
**15 [5]** 1/4 6/6 18/5 20/22 34/4
**15-minute [1]** 56/17
**150 [1]** 45/8
**16 [1]** 52/2
**1775 [1]** 5/3
**17th [1]** 58/18
**18 [1]** 52/1
**1808 [1]** 3/17
**19106 [1]** 4/14
**198 [1]** 33/14
**19th [1]** 128/16
**1:00 [1]** 129/3
**1:02 [1]** 80/24
**1st [2]** 33/15 33/25

**2**

**20 [2]** 30/15 45/22
**200 [1]** 38/15
**20001 [3]** 3/4 3/13 5/9
**20003 [1]** 3/8
**2006 [1]** 5/4
**20010 [1]** 3/17
**20036 [1]** 3/22
**2005 [1]** 25/7
**2006 [1]** 4/3

**2008 [1]** 24/25
**2009 [1]** 24/22
**202 [6]** 1/17 3/13 3/18 3/23 5/5 5/10
**2020 [1]** 27/4
**2022 [4]** 1/5 73/21 79/12 130/7
**2023 [2]** 61/12 79/10
**2024 [1]** 79/13
**20530 [1]** 1/16
**21061-3065 [2]** 2/13 4/23
**214 [3]** 2/5 2/9 2/18
**215 [1]** 4/14
**22-15 [3]** 1/4 6/6 34/4
**225 [3]** 24/8 33/15 33/23
**225-1 [1]** 24/9
**225-2 [1]** 24/10
**225-3 [1]** 24/12
**228-1341 [1]** 4/9
**22nd [2]** 33/15 129/3
**24 [1]** 21/8
**25 years [1]** 58/10
**25-page [1]** 27/21
**252-7277 [1]** 1/17
**252-9900 [2]** 2/5 2/18
**25th [1]** 129/3
**2615 [1]** 3/23
**265 [1]** 4/17
**26th [1]** 61/21
**29th [1]** 73/21
**2:00 [1]** 129/3
**2:08 [1]** 129/24

**3**

**30 [1]** 38/15
**300 [2]** 2/12 4/22
**301 [1]** 3/9
**302s [1]** 71/2
**3065 [2]** 2/13 4/23
**310 [1]** 3/4
**3249 [1]** 5/10
**3300 [3]** 2/3 2/7 2/16
**333 [1]** 5/9
**33950 [1]** 4/18
**350 [1]** 3/12
**352-2615 [1]** 3/23
**354-3249 [1]** 5/10
**37 [1]** 82/4

**4**

**40 [1]** 83/3
**400 [1]** 3/12
**400-1431 [1]** 3/13
**404 [2]** 9/7 128/15
**410 [2]** 2/13 4/23
**42 [1]** 83/21
**44 [1]** 39/3
**45 [1]** 70/1
**4541 [1]** 4/8
**48 [1]** 90/6

**5**

**50 [1]** 70/1
**501 [1]** 4/13
**503 [1]** 3/3
**510 [2]** 28/8 28/9

**5708 [1]** 4/4
**575-8000 [1]** 4/19
**5th [1]** 3/12

**6**

**601 [2]** 3/21 4/13
**607-5708 [1]** 4/4
**6th [16]** 18/20 48/13 51/21 52/1 52/4 54/12 56/14 60/21 61/7 73/22 73/24 81/16 83/9 83/18 84/7 85/22

**7**

**70 [2]** 15/25 20/21
**700 [3]** 2/4 2/8 2/17
**703 [1]** 3/5
**720-7777 [1]** 2/9
**7277 [1]** 1/17
**7310 [2]** 2/12 4/22
**7447 [1]** 3/18
**75219 [3]** 2/4 2/8 2/17
**7727 [1]** 3/9
**7777 [1]** 2/9
**787-0826 [2]** 2/13 4/23

**8**

**80 [1]** 21/15
**8000 [1]** 4/19
**808 [1]** 4/9
**808Shipleylaw [1]** 4/10
**856 [1]** 4/4

**9**

**900 [1]** 3/21
**919-9491 [1]** 5/5
**922 [1]** 3/8
**928-1100 [1]** 4/14
**928-7727 [1]** 3/9
**941 [1]** 4/19
**9491 [1]** 5/5
**96734 [1]** 4/9
**989-0840 [1]** 3/5
**9900 [2]** 2/5 2/18
**996-7447 [1]** 3/18

**A**

**a.m [1]** 1/6
**ability [10]** 16/11 35/9 42/6 46/8 47/10 75/16 78/24 85/3 85/4 88/6
**able [16]** 8/17 14/12 23/3 27/1 34/17 39/12 39/20 45/18 46/15 46/17 47/3 47/11 50/19 86/10 86/12 89/5
**abolitionist [1]** 56/25
**about [99]** 7/16 7/20 8/2 9/17 11/15 12/13 12/14 12/22 13/5 13/25 15/8 15/25 16/1 16/21 16/21 17/21 17/24 18/10 20/21 20/22 21/5 21/22 21/22 22/9 26/17 27/7 27/15 28/8 28/20 28/25 29/1 31/12 33/4 33/13 35/20 39/2 39/4 39/25 42/12 43/20

**5708 [1]** 4/4

487/5 46/7 47/12 47/13 52/20 54/6 54/22 55/7 55/8 55/19 56/14 56/16 57/11 58/2 58/4 58/18 59/8 59/12 59/22 60/10 60/20 61/5 61/7 62/11 64/3 64/19 64/23 66/10 66/13 66/14 67/11 67/13 67/14 68/5 68/5 68/6 68/9 69/7 69/19 70/23 71/13 72/12 72/13 72/20 74/20 75/16 77/7 78/13 78/15 78/16 78/22 78/24 79/7 79/7 81/10 84/13 85/17 128/23 129/21

**above [2]** 72/1 130/4
**above-titled [1]** 130/4
**absolutely [1]** 85/2
**absolutest [1]** 27/6
**abundance [2]** 12/5 13/11
**access [46]** 22/19 22/24 23/2 23/3 36/21 39/8 39/14 39/21 39/22 40/9 40/17 41/1 41/1 41/3 41/9 41/17 41/19 42/22 44/14 44/20 45/3 45/6 45/6 45/11 45/19 46/5 46/9 46/15 46/16 46/17 46/21 46/22 46/24 47/3 47/5 47/9 47/11 51/15 51/15 59/20 78/2 86/14 86/18 86/25 87/2 87/5
**accessible [1]** 86/16
**accommodate [1]** 44/17
**accommodation [1]** 36/11
**accommodations [1]** 41/25
**accurately [1]** 74/15
**accused [1]** 53/2
**acknowledged [1]** 88/25
**acquit [1]** 55/12
**Act [1]** 15/11
**acting [1]** 84/24
**action [1]** 89/17
**actions [1]** 83/10
**activities [1]** 84/2
**actors [1]** 24/11
**actually [12]** 8/10 20/19 27/3 37/16 44/13 44/17 46/22 48/21 55/1 63/4 70/6 85/20
**adamance [1]** 63/16
**add [9]** 19/20 20/2 20/6 23/5 30/10 38/10 62/4 70/1 90/4
**added [3]** 20/22 62/24 67/21
**addition [4]** 31/23 40/4 61/25 63/25
**additional [4]** 20/7 60/25 74/5 89/21
**address [6]** 10/3 10/6

**A**

address... [7] 10/7
19/12 19/15 20/13 22/4
23/23 33/12
addresses [1] 83/21
adequate [1] 85/13
adjourn [1] 129/8
adjourned [1] 129/23
admissibility [1] 9/25
advance [4] 9/11 10/2
11/17 75/20
advantage [1] 85/21
advice [1] 37/17
affect [2] 53/1 79/2
affected [1] 73/25
affiliated [1] 90/1
affiliation [1] 62/11
afield [2] 29/25 75/4
afraid [1] 77/18
after [13] 25/18 36/18
39/4 48/8 52/1 60/23
76/22 77/6 77/15 79/11
79/12 84/8 88/15
aftermath [1] 78/18
afterwards [1] 46/7
again [9] 8/25 17/5
18/11 24/7 26/14 27/13
69/18 81/2 86/17
against [4] 51/23 51/24
53/21 84/17
agencies [1] 27/9
agency [1] 29/19
agent [3] 12/7 12/18
12/21
ago [11] 10/24 31/22
39/10 47/18 47/20
56/22 58/18 58/22
69/20 69/23 80/3
agree [7] 9/22 9/24
15/14 61/12 62/2 62/3
70/7
agreed [7] 39/16 40/20
41/2 50/25 53/10 63/13
70/7
agreement [3] 25/4
40/19 40/23
agreements [2] 9/11
37/9
ahead [2] 8/13 89/19
aided [1] 5/11
AL [1] 1/6
alert [1] 11/16
alerts [2] 33/18 34/2
Alexandra [1] 1/15
Alexandria [4] 6/13
41/5 46/7 87/5
all [100] 6/2 10/1 12/4
14/22 15/1 17/10 18/6
18/17 18/22 19/8 20/10
21/1 21/14 21/22 21/25
25/4 25/4 25/10 29/11
29/22 30/2 31/3 32/5
33/6 34/3 36/14 36/23
37/1 37/5 37/22 37/25
38/8 38/25 40/17 41/8
43/10 43/24 43/24
43/25 44/6 44/11 46/17
46/23 47/23 49/20

40/12 51/6 51/9 51/13
51/13 51/19 53/7 54/5
54/9 54/25 55/20 56/4
56/25 59/12 59/15
59/17 60/3 61/17 62/5
62/25 63/13 63/20
63/24 70/22 71/1 71/3
71/5 71/14 71/17 73/3
74/6 74/10 75/6 75/7
77/12 77/16 78/2 79/20
80/22 80/25 81/4 82/11
82/18 86/3 87/9 87/20
89/23 90/8 128/14
128/19 128/21 129/2
129/19 129/19 129/20
All right [1] 44/6
allegations [1] 84/17
alleges [1] 15/9
alleging [1] 32/9
allocate [1] 41/7
allocated [1] 25/22
allow [3] 16/11 16/13
42/7
alluded [1] 61/23
almost [2] 49/12 58/25
along [2] 38/4 45/21
already [7] 18/9 43/18
48/18 51/5 62/22 88/10
90/6
also [27] 10/20 12/17
14/15 16/23 18/24
19/13 22/9 22/17 22/20
24/12 34/8 34/21 34/22
35/6 35/8 37/20 51/15
61/14 64/6 65/8 67/23
74/3 82/23 83/20 83/20
83/23 88/23
although [1] 83/10
always [2] 26/2 26/3
am [13] 34/17 37/14
38/14 47/18 47/19
48/11 49/7 66/6 68/19
68/19 69/6 81/5 83/17
amazing [1] 23/5
amenable [1] 73/6
Amendment [1] 27/6
AMERICA [2] 1/3 6/7
AMIT [2] 1/9 6/3
Amit P. Mehta [1] 6/3
among [1] 86/1
amongst [1] 10/22
amount [8] 19/1 19/5
23/5 54/6 86/7 86/8
86/9 88/9
ample [1] 71/14
analysis [2] 12/8 12/19
Angela [2] 4/11 6/23
anger [1] 23/15
angie [1] 4/15
anniversary [1] 48/12
announced [3] 66/7
66/8 66/12
another [7] 26/23 28/6
35/3 43/1 50/20 74/5
89/17
answer [1] 53/3
answered [1] 82/2
answering [1] 86/4

26/15 80/16
anticipated [1] 67/1
anticipates [1] 13/18
Antitrust [2] 25/8
25/12
any [38] 7/22 7/25 9/1
9/2 10/3 10/17 11/13
11/15 12/11 13/18
16/20 17/25 18/13 19/2
26/17 27/6 31/18 31/21
34/7 35/10 36/20 41/10
41/18 41/25 42/2 45/9
48/21 49/11 52/10
52/20 53/25 61/5 61/13
61/17 76/12 78/11
80/12 85/16
anybody [8] 31/16
38/10 50/6 67/7 72/18
90/1 90/1 129/7
anymore [1] 54/24
Anyone [2] 64/25 67/8
anything [18] 8/8 8/11
11/24 19/19 19/21 20/2
27/7 31/3 36/2 36/24
38/9 61/6 62/23 67/13
68/16 72/7 129/7
129/18
anyway [3] 30/11 44/8
50/9
apart [1] 7/23
apologize [1] 8/16
apparently [1] 73/23
appeal [1] 50/12
appeals [1] 50/20
appearance [5] 7/6
64/2 64/2 64/17 65/2
APPEARANCES [5]
1/13 1/19 2/19 3/24 5/1
appearing [2] 7/3 7/5
appellants' [1] 83/10
appellate [1] 50/7
applied [1] 27/8
apply [3] 27/7 59/15
59/16
appreciate [7] 43/23
46/10 57/19 58/7 65/14
73/14 129/20
approach [1] 29/21
appropriate [3] 31/6
61/14 85/14
April [2] 21/5 48/25
are [129] 7/3 7/4 7/10
7/11 7/19 8/20 8/25
8/25 9/4 9/13 9/15 9/17
9/20 10/5 13/17 15/1
15/7 16/19 16/25 17/12
18/2 18/6 18/9 18/22
19/7 19/13 19/16 20/22
21/1 21/6 21/9 21/14
21/18 22/6 22/12 22/13
23/17 24/10 24/18 26/3
26/4 26/5 26/7 29/15
29/25 30/21 31/1 32/8
32/13 32/16 32/17
32/17 34/3 34/15 34/18
32/6 36/8 36/18 37/18

41/8 42/21 42/24 43/17
43/21 44/19 44/22
44/24 44/24 47/16
47/16 48/18 48/22
48/22 50/6 50/7 52/9
52/15 53/19 54/2 54/20
55/2 55/23 57/7 57/21
58/25 59/17 61/7 61/9
62/13 62/19 65/16 67/5
68/7 68/21 71/15 71/17
71/20 72/1 74/17 74/20
75/3 75/12 75/22 75/23
76/2 77/21 77/23 80/6
81/14 84/9 84/15 84/25
85/3 85/16 86/4 87/17
88/11 88/20 88/23
89/13 128/11 128/18
area [1] 54/20
areas [1] 16/20
aren't [4] 42/19 42/25
44/6 78/17
argue [1] 22/14
argument [2] 69/14
76/24
arguments [1] 82/9
around [9] 7/21 26/19
27/11 29/15 58/24
64/10 69/20 76/3 87/25
arrange [2] 60/17
60/18
arrangement [1] 87/3
arrangements [1] 37/7
articulate [1] 81/10
artificial [1] 19/2
as [96] 9/5 9/22 9/22
10/15 10/15 14/22 15/6
15/10 15/10 15/11
15/12 16/8 16/8 17/1
17/1 17/24 18/6 18/6
20/4 20/12 20/12 20/15
20/24 21/1 21/18 21/18
22/5 22/6 22/15 24/7
24/16 27/2 27/20 32/7
32/14 32/17 32/23
34/17 34/17 35/7 35/9
36/12 37/15 38/6 39/20
39/23 41/7 41/8 41/19
45/2 46/3 46/3 46/11
46/11 46/25 52/11
55/10 57/7 57/22 58/8
58/23 59/5 61/14 62/16
63/16 63/16 65/12
67/21 67/24 69/22 70/4
70/4 72/2 74/24 75/12
76/1 78/16 79/14 79/15
79/24 79/24 82/19
83/15 84/15 85/4 86/7
86/17 87/22 87/22 88/8
88/24 89/8 90/4 90/4
128/17 128/18
aside [2] 30/18 30/24
ask [17] 16/13 16/20
18/14 19/6 19/18 32/4
36/5 45/13 61/10 69/3
69/4 74/13 76/6 78/23
90/3 128/21 129/2
asked [10] 9/18 17/12

13 18/12 37/8 37/13
73/24 77/25 78/2 82/20
asking [3] 26/11 35/3
55/24
asks [1] 52/25
aspects [2] 12/11
54/18
assertions [1] 39/5
assigned [3] 25/13
25/17 25/20
assist [1] 74/21
assistance [1] 74/22
Assistant [1] 73/22
associated [1] 62/13
assume [1] 129/15
assurances [1] 78/4
assure [3] 50/14 53/18
88/17
attached [1] 39/23
attack [1] 28/7
attacked [3] 27/3 28/6
28/19
attempt [1] 82/6
attempted [1] 64/1
attempts [1] 41/17
attendees [1] 74/23
attention [1] 26/6
31/24 39/2 54/21 61/5
61/6 73/19 83/13 89/18
attorney [6] 14/15
24/24 25/16 35/5 37/15
73/22
Attorney General [1]
24/24
ATTORNEY'S [4] 1/15
41/23 45/4 63/10
attorney-client [1]
37/15
attorneys [4] 24/21
25/12 29/15 54/19
audio [2] 35/2 35/6
audio-visual [2] 35/2
35/6
August [1] 1/9 9/19
14/8 33/15 33/25 77/4
77/14 128/16 129/2
129/3 130/7
AUSAs [1] 29/15
authority [1] 22/10
available [6] 30/5
35/17 36/16 36/18 39/8
61/20
Avenue [7] 2/3 2/7 2/16
3/8 3/21 4/17 5/9
avoid [1] 84/9
awaiting [1] 15/12
aware [11] 9/5 20/16
21/1 24/7 39/23 42/1
66/6 67/7 67/10 75/12
90/7
away [1] 46/12

**B**

back [16] 9/9 9/16
15/21 15/23 16/16 37/7
39/3 42/13 45/25 55/12
56/1 72/1 80/20 82/1
83/22 128/23

**B**

background [1] 24/14
balance [1] 41/16
ball [1] 15/22
Bannon [1] 53/24
Bar [1] 86/2
BARRETT [3] 2/3 2/16 5/8
based [7] 24/9 24/23 25/9 62/22 69/6 74/11 82/21
basically [2] 7/13 42/7
basis [1] 8/23
be [146]
bear [4] 65/13 77/19 78/12 128/13
because [32] 19/3 19/18 21/12 22/15 22/22 23/3 28/9 28/14 29/13 34/12 35/23 37/14 44/13 45/7 45/17 53/3 54/11 56/5 57/13 60/2 67/23 67/24 68/16 70/13 71/12 71/19 71/23 73/5 75/14 75/17 89/6 128/18
become [2] 60/4 78/6
becomes [1] 11/15
been [89] 7/16 7/24 8/5 9/9 10/12 17/22 22/12 23/8 23/10 26/2 26/3 26/8 26/16 26/21 27/23 28/8 28/8 28/11 32/8 37/13 37/17 38/19 39/13 40/22 41/2 41/16 41/25 42/16 43/5 44/18 45/18 45/18 46/15 46/17 48/19 49/18 49/24 50/16 53/9 54/21 55/22 56/13 56/14 56/16 58/9 58/9 58/10 58/23 59/6 62/7 62/8 62/9 64/12 66/12 67/20 69/23 71/11 71/13 71/13 71/21 73/5 73/5 73/6 73/10 73/11 75/21 75/24 76/3 77/2 77/14 78/10 78/11 78/14 79/11 79/23 81/15 81/19 83/8 84/2 85/22 87/1 87/9 87/24 88/2 88/10 88/12 88/18 89/14 128/25
before [24] 1/9 7/18 19/20 20/3 25/17 38/19 56/25 59/5 59/18 61/22 64/23 74/9 77/10 77/16 82/5 82/9 83/2 83/18 84/7 84/8 87/6 88/3 129/1 129/8
began [1] 77/15
begin [3] 22/5 76/4 76/5
beginning [1] 25/14
begun [1] 76/23
behalf [22] 6/21 6/22 6/23 6/24 6/25 10/15 19/21 20/2 30/3 30/10

background [1] /9 Document
36/24 37/2 46/19 50/15 51/17 51/19 53/7 64/2
being [17] 9/3 16/7 17/25 21/3 34/22 39/20 44/1 47/7 47/17 57/3 61/20 63/9 86/19 86/22 87/25 128/19 129/20
belief [1] 62/11
believe [18] 11/13 15/25 24/19 29/18 30/11 30/21 32/6 32/13 51/20 56/20 65/4 71/23 76/12 78/2 81/19 83/15 83/25 88/13
believes [1] 75/18
bench [1] 128/24
benefit [3] 63/19 70/12 74/5
Bennie [1] 3/7
Berwick [1] 4/3
best [5] 26/4 32/14 59/3 71/7 72/17
bet [1] 47/19
better [6] 9/23 17/4 45/6 61/2 74/22 128/19
between [4] 17/11 45/6 62/12 62/17
beyond [1] 74/6
big [3] 21/9 23/17 67/18
bigger [1] 67/23
biggest [7] 44/2 44/3 44/4 49/15 49/17 49/21 73/11
Bill [5] 26/16 26/17 27/2 27/2 29/4
birth [1] 63/24
bit [7] 11/11 15/12 16/3 24/22 39/11 70/24 81/18
blared [1] 29/11
bombing [1] 85/17
bond [1] 42/21
book [3] 40/5 40/6 47/13
Boston [2] 85/17 85/19
both [11] 9/4 9/6 11/13 13/23 35/15 62/10 65/4 73/6 79/6 82/21 85/12
bottom [1] 52/13
bought [1] 40/5
bound [1] 18/5
Box [1] 4/8
Boys [5] 49/16 62/17 66/24 77/9 77/10
Bradford [3] 4/2 4/5 6/19
Brady [4] 29/17 87/22 88/4 88/9
branch [2] 51/25 85/2
BRAND [1] 3/16
brandwoodwardlaw.com [1] 3/19
breach [1] 73/25
break [1] 80/20
Brennwald [2] 3/7 3/7
brevity [1] 17/4

ment [2] 45/ of 14
39/7 69/18 75/9 129/9
briefs [1] 82/9
Brigade [1] 27/2
BRIGHT [7] 2/3 2/7 2/16 6/15 38/24 39/24 45/14
bring [4] 8/8 26/6 32/25 40/2
bringing [2] 49/4 53/6
brings [1] 37/22
broad [2] 53/13 54/18
broader [1] 61/6
brought [5] 31/23 53/7 69/19 73/19 129/16
BROWN [2] 4/17 29/21
brush [2] 53/14 54/18
bsrwlegal.com [1] 4/19
Building [1] 3/22
bulk [1] 45/18
bullhorns [1] 29/11
bump [2] 89/12 89/14
bumps [1] 23/11
burden [2] 16/24 89/5
burdensome [1] 45/12
Burnie [2] 2/13 4/23

**C**

caboose [1] 58/13
cafeteria [1] 21/17
Caldwell [4] 4/21 6/11 6/25 7/3 13/21 14/18 62/3
Caldwell's [5] 13/23 14/15 14/17 38/3 58/25
calendar [2] 58/2 58/5
call [5] 13/8 32/1 32/10 52/11 73/7
called [4] 66/2 66/25 81/20 83/16
calling [1] 15/7
calls [1] 22/16
came [5] 10/14 61/22 74/22
camera [2] 8/4 89/25
can [68] 7/20 8/2 9/25 10/3 11/16 11/20 13/16 14/24 15/2 17/6 18/25 19/22 20/15 20/24 21/13 22/11 22/20 23/7 23/19 25/23 30/19 31/19 32/14 34/20 35/9 35/11 35/12 35/23 36/12 36/19 39/17 40/11 41/3 42/8 42/21 42/24 43/3 43/16 43/17 45/24 46/4 46/6 46/8 46/10 49/22 49/22 54/4 57/6 57/6 59/10 66/5 66/16 66/21 69/13 72/10 73/8 76/6 76/13 76/14 76/15 76/24 85/7 86/16 128/17 128/18 129/1 129/12 129/15
can't [24] 27/20 28/18 35/10 40/7 41/6 42/13 42/18 44/24 48/17 51/8

ant [24] 36/ Filed 02/13/24 Page 173 of 147
57/4 59/2 63/10 66/19 71/7 74/8 81/8 81/24 89/2 89/16
candid [1] 13/3
cannot [5] 39/18 44/22 60/8 84/24 89/16
capabilities [1] 25/11
Capitol [11] 23/7 23/8 23/12 23/15 23/18 24/20 26/19 27/3 28/6 28/7 28/19
captioned [1] 51/22
care [1] 18/10
carefully [3] 18/23 82/1
cares [1] 17/21
CART [2] 12/19 12/21
case [87] 6/6 8/21 12/5 12/17 13/4 13/9 16/22 17/6 17/24 18/20 19/4 21/9 22/6 22/13 24/25 25/1 25/11 25/11 25/13 25/20 26/8 26/23 28/12 30/12 30/17 34/4 38/18 38/20 38/21 38/21 39/5 40/2 42/1 44/1 44/1 44/2 44/3 44/4 45/23 45/25 47/19 48/3 48/4 48/24 49/17 49/21 50/4 50/21 51/22 54/19 55/22 55/24 56/2 56/18 57/23 58/11 58/14 59/1 59/2 60/1 60/14 61/5 61/11 62/21 63/18 64/7 71/1 73/10 73/11 76/18 77/9 77/10 78/1 78/18 80/4 80/7 82/20 83/2 83/17 85/9 85/16 87/11 87/12 89/1 89/12 89/15 89/19
caseload [1] 59/1
cases [18] 12/23 28/13 38/16 38/16 38/17 42/19 43/24 50/7 50/8 58/10 64/10 64/13 73/25 75/14 75/20 75/22 76/2 89/10
CAST [1] 12/7
categories [1] 12/3
cause [1] 64/16
caused [1] 44/13
caution [2] 12/6 13/12
cell [5] 12/8 12/9 12/19 12/23 13/24
cellular [1] 12/18
certain [8] 9/25 13/1 14/17 15/8 60/19 77/20 78/7 87/3
certainly [6] 11/17 29/19 31/2 34/17 81/13 85/18
Certified [1] 5/7
certify [1] 130/2
CH [1] 5/8
chairman [1] 25/7
challenge [1] 23/2
challenges [2] 53/10 64/15

**Chambers** [1] 24/16
change [3] 53/12 79/9 82/22
changed [1] 31/20
chanting [1] 75/2
characterize [1] 52/11
charged [2] 26/19 77/8
charges [1] 88/19
charging [1] 75/1
chase [1] 48/1
chats [2] 47/21 71/2
Cheney [1] 49/18
chief [3] 12/5 13/4 13/9
chips [1] 89/4
CHS [2] 31/15 32/24
Cinnaminson [1] 4/4
Circuit [8] 24/23 56/9 82/2 82/9 82/20 82/22 82/25 85/14
circumstances [2] 56/4 85/16
citation [1] 67/4 67/20
cite [1] 66/19
cited [1] 82/24
citizens [1] 85/17
civil [2] 56/25 62/21
civilian [1] 45/8
claim [1] 52/17
clarification [1] 46/19
clarity [1] 90/5
classic [1] 52/12
clean [1] 73/9
clear [9] 18/16 34/5 34/12 37/20 42/12 42/15 64/7 64/8 65/15
clearly [1] 65/2
Clerk's [1] 35/1
client [12] 22/18 32/9 34/5 40/7 40/10 41/1 41/11 44/13 44/20 47/7 53/8 80/4
client's [4] 28/8 45/5 49/20 87/17
clients [8] 37/11 50/24 62/6 62/8 62/12 63/8 71/7 129/15
clients' [1] 51/25
CLINTON [1] 5/3
clintonpeed.com [1] 5/5
close [2] 26/7 89/23
closely [2] 18/19 18/19
closer [1] 56/3
closest [1] 56/2
closings [1] 36/15
CNN [4] 66/22 67/10 67/12 67/15
co [4] 55/13 58/11 80/3 80/7
co-counsel [3] 58/11 80/3 80/7
co-workers [1] 55/13
code [1] 47/3
colleague [1] 22/14
colleagues [1] 43/8
COLUMBIA [6] 1/1 53/15 53/20 54/3 54/10 86/11

**C**

come [12] 9/2 16/16 20/18 35/7 46/23 52/24 54/4 59/13 72/18 77/19 80/20 89/2
comes [3] 12/17 23/17 61/8
coming [7] 14/23 15/3 22/6 22/12 22/15 26/15 59/5
commitment [2] 46/3 46/4
committee [24] 25/9 49/19 51/21 55/9 56/5 56/14 59/18 60/21 61/7 62/10 65/13 65/14 66/23 68/8 76/8 76/22 77/2 77/3 77/11 78/9 79/11 83/11 83/18 84/11
Committee's [1] 84/8
Committees [1] 77/7
community [3] 4/12 82/7 82/12
comparable [2] 35/25 85/18
compare [1] 56/24
compel [3] 32/25 88/1 88/2
compiling [1] 69/24
complain [1] 64/19
complaint [1] 62/21
complete [1] 16/13
completely [1] 38/24
completes [1] 79/12
complex [2] 38/16 38/18
compliance [1] 37/18
complicated [1] 17/8
comply [1] 39/6
complying [1] 32/14
component [1] 82/14
components [2] 25/4 89/15
comprehend [1] 16/9
comprehensive [1] 25/10
computer [2] 5/11 46/25
computer-aided [1] 5/11
concern [8] 59/22 62/4 62/6 67/18 67/24 74/7 76/3 79/9
concerned [6] 22/9 24/19 55/8 75/14 77/23 79/24
concerns [4] 24/24 55/7 75/16 81/6
concluded [1] 129/24
conclusions [2] 11/9 12/13
conditions [1] 14/18
conduct [9] 37/12 56/10 56/11 56/12 56/15 56/16 82/15 82/15 82/16
conducted [1] 83/5

conference's [1] 10/2 35/5 35/14 36/1
conferred [1] 83/5
confident [3] 77/22 78/6 86/11
confidential [1] 29/20
confidentiality [1] 37/15
confiscated [2] 40/7 47/13
conflict [3] 11/13 64/22 79/20
conflicts [1] 73/1
congratulations [1] 63/24
Congress [13] 52/6 52/7 52/7 52/15 57/3 59/24 63/3 67/25 69/8 72/5 72/13 81/20 84/24
congressional [3] 18/13 55/9 84/20
connections [1] 62/17
consciousness [2] 74/17 85/18
consequence [1] 37/16
consequences [1] 71/15
consider [4] 81/5 88/12 88/23 89/9
considered [3] 15/20 82/23 83/10
considering [1] 9/16
consolidated [1] 70/11
consolidating [1] 70/4
conspired [1] 15/10
Constitution [3] 5/9 15/9 83/5
constitutional [4] 15/7 41/18 86/18 86/20
consuming [1] 17/8
consumption [1] 57/18
contacted [1] 24/16
contemplating [3] 15/2 15/7 28/22
contents [1] 34/7
context [2] 27/16 81/18
continuance [14] 8/3 10/5 21/12 24/17 37/23 57/24 61/13 74/8 75/13 76/18 82/21 83/23 89/22 128/25
continuances [1] 64/10
continue [24] 8/22 10/4 22/5 22/15 23/23 34/10 38/1 53/12 55/3 61/11 64/7 67/22 70/12 70/22 73/4 75/11 78/3 81/12 81/15 83/17 83/25 84/6 86/16 87/4
continued [5] 2/1 3/1 4/1 5/1 55/24
continuing [1] 9/7
control [8] 23/16 23/20 41/6 52/7 57/2 57/5 57/6 57/7
controlled [1] 29/23

conversation [2] 40/6 88/7
convicted [1] 50/12
convictions [2] 50/6 82/21
convince [1] 85/15
Cooper [3] 3/11 3/11
coordinate [2] 21/4 85/2
coordinated [1] 74/18
coordinating [2] 21/19 70/3
corner [1] 27/25
correct [3] 13/10 47/8 130/3
could [19] 10/21 21/18 25/23 30/25 34/19 34/22 35/7 38/21 38/22 39/12 45/4 55/10 57/3 60/23 64/18 72/18 72/24 73/4 73/8
couldn't [1] 42/12
counsel [28] 7/7 7/9 7/21 13/21 13/22 13/23 13/24 17/15 19/20 22/16 30/22 34/15 37/11 38/3 41/20 41/23 48/12 49/25 58/11 59/4 61/17 63/20 63/21 75/12 78/1 80/3 80/7 86/2
country [5] 21/2 29/15 29/23 58/24 69/20
couple [5] 10/11 26/14 53/3 59/17 80/19
course [3] 12/1 38/6 63/5
court [58] 1/1 5/6 5/8 9/5 9/18 10/7 11/16 14/11 15/22 20/15 23/22 24/3 24/7 30/16 30/17 30/18 30/19 30/24 30/25 31/10 34/19 43/23 45/5 45/20 50/2 50/22 51/12 51/14 52/6 59/5 60/8 60/13 61/10 64/21 67/24 70/13 70/16 73/23 73/25 75/12 76/11 78/1 78/20 78/21 79/4 80/20 80/23 81/2 83/3 83/4 83/14 83/20 84/21 85/1 85/13 90/2 128/10 129/23
court's [10] 31/24 39/2 44/11 47/20 47/20 47/22 58/2 73/6 81/12 84/24
courthouse [4] 35/4 35/5 49/5 49/11
courtroom [8] 36/8 36/12 36/16 38/14 43/5 67/8 89/24 90/3
courtrooms [1] 35/23
cover [1] 33/3 84/6
coverage [1] 57/14
CR [1] 1/4
cracks [1] 88/4

crevice [1] 28/1
criminal [5] 6/6 24/25 25/2 25/14 29/14
Crisp [7] 6/21 30/2 30/4 30/8 30/11 51/13 73/20
crowd [6] 23/16 23/20 29/5 29/7 29/7 29/11
crowd-control [1] 23/16
Crowl [1] 48/24
CRR [2] 130/2 130/8
cry [2] 56/18 74/8
cs.com [1] 3/9
CTF [1] 34/20
cumbersome [1] 34/20
cured [1] 76/13
current [4] 9/2 9/2 42/24 74/3
currently [1] 80/17
custody [1] 44/7
cut [2] 16/2 48/1
CV [1] 13/12
cycle [2] 79/12 79/13

**D**

D.C [10] 1/5 1/16 3/4 3/8 3/13 3/17 3/22 5/4 5/9 39/17
D.C. [2] 82/2 82/22
D.C. Circuit [2] 82/2 82/22
Dallas [6] 2/4 2/8 2/17 20/17 20/18 21/8
dare [1] 56/13
data [6] 12/9 12/12 12/22 13/25 14/1 73/23
date [16] 7/17 7/23 10/6 14/10 15/18 32/7 34/11 37/23 38/2 46/24 60/19 79/17 128/14 128/23 129/1 130/7
dates [6] 10/11 37/12 89/2 128/22 129/5 129/10
David [8] 2/11 4/16 4/21 6/11 6/20 6/25 30/7 31/14
David Fischer [1] 30/7
day [6] 17/7 23/10 30/18 53/19 54/1 60/23 73/12
days [7] 20/18 28/8 28/9 36/15 36/18 69/25 73/12
deadline [2] 22/12 87/19
deadlines [3] 10/18 87/18 87/21
deal [6] 8/4 20/9 37/10 40/2 54/21 88/2
dealing [1] 69/22
dealt [1] 42/17
debates [1] 87/21
December [2] 29/22 84/5
decided [2] 10/21 52/1
deciding [1] 63/3

decision [2] 13/11 82/23
decisions [1] 83/14
decline [1] 89/21
defendant [38] 2/2 2/10 3/2 3/6 3/10 3/15 4/2 4/6 4/11 4/16 4/20 5/2 6/7 6/8 6/8 6/9 6/9 6/10 6/10 6/11 6/12 6/16 6/18 6/19 6/21 6/22 6/23 6/24 6/25 7/1 7/6 7/17 25 37/18 41/10 43/1 47/8 50/20 50/23
Defendant Meggs [1] 6/18
Defendant Rhodes [1] 6/16
defendant's [1] 32/11
defendants [48] 1/7 7/2 7/4 7/10 10/25 15/10 34/4 34/16 36/7 37/25 41/8 41/10 41/17 42/21 43/14 43/17 43/25 44/18 44/21 45/12 48/18 50/6 51/19 51/23 51/24 53/2 53/8 55/12 56/11 56/11 56/18 56/23 58/10 59/15 60/1 63/13 63/15 63/17 64/11 75/23 79/15 83/2 84/6 85/5 86/13 86/18 88/12 89/13
DEFENDER [1] 4/12
defense [47] 9/6 9/14 9/15 10/16 10/24 10/25 11/3 11/7 13/3 13/13 13/16 14/5 14/8 15/6 15/19 15/21 16/1 16/16 19/20 21/23 22/10 22/11 22/20 23/4 28/23 30/19 41/23 48/11 49/25 60/15 60/16 63/20 71/12 73/22 75/19 81/6 82/24 86/2 86/2 86/8 86/10 86/21 87/8 87/14 87/18 87/19 90/2
defense's [4] 15/22 75/16 88/6 88/10
defenses [2] 22/15 75/20
definition [2] 26/23
Delaney [3] 82/23 83/15 83/16
Democratic [1] 24/24
denied [2] 47/7 79/23
Department [2] 25/2 25/10
depicts [1] 74/15
deprived [1] 86/22
depth [1] 11/15
derivative [1] 28/12
described [2] 67/16 83/8 86/25
designate [1] 45/5
designated [5] 22/7

**D**

**designated...** [4] 38/16 38/18 44/24 44/25
**designation** [1] 22/7
**designations** [1] 43/20
**desire** [2] 44/12 65/3
**detail** [2] 15/12 27/25
**detailed** [1] 79/5
**detained** [2] 75/24 89/13
**detention** [2] 22/18 22/24
**determination** [2] 45/1 82/8
**determine** [1] 82/6
**determined** [1] 85/12
**devoted** [3] 66/24 81/20 81/21
**dictate** [1] 54/14
**dictated** [1] 84/24
**did** [34] 10/17 13/7 15/5 15/6 19/8 19/15 20/14 20/16 20/21 24/10 28/7 28/11 28/22 28/23 30/24 32/5 40/14 47/22 51/16 52/25 53/1 61/24 62/13 65/2 67/15 72/8 73/2 74/1 75/13 76/17 77/17 83/6 83/23 86/17
**did he** [1] 72/8
**did you** [1] 52/25
**didn't** [12] 14/1 31/21 33/21 47/5 57/17 67/12 69/12 72/7 72/12 72/13 82/14 85/21
**differ** [1] 53/3
**difference** [1] 53/4
**different** [10] 40/25 42/23 57/15 57/16 57/21 60/2 70/14 70/15 83/11 85/16
**differently** [2] 44/9 44/13
**difficult** [3] 21/20 54/17 57/13
**difficulty** [1] 85/24
**DiGangi's** [1] 26/18
**digest** [4] 16/9 23/6 58/21 75/16
**digested** [3] 38/25 47/19 47/23
**dilatory** [1] 59/6
**diligently** [1] 51/5
**dire** [12] 16/10 17/6 52/25 55/17 76/13 78/23 79/5 82/5 85/6 85/10 85/11 85/12
**direct** [4] 41/17 41/19 47/9 86/18
**direction** [1] 47/23
**directly** [1] 60/1
**disagree** [3] 9/22 9/24 63/1
**disclose** [1] 61/24
**disclosed** [1] 26/22
**disclosure** [3] 10/14 10/15 128/16

**disclosures** [3] 9/1 10/17 13/19
**disconnect** [1] 89/24
**discontinue** [3] 41/5 69/4 69/4
**discovery** [37] 8/23 9/2 10/14 22/6 22/15 22/25 23/11 23/20 24/15 24/15 24/24 24/21 26/3 26/4 26/9 26/15 27/14 27/16 29/16 31/11 31/12 31/22 39/6 39/9 41/9 41/15 41/18 41/19 58/17 58/17 58/20 58/21 58/23 74/9 75/17 87/1 87/3
**discovery-disclosure** [1] 10/14
**discuss** [8] 9/21 12/11 14/3 20/8 22/3 61/22 65/2 79/15
**discussion** [2] 32/3 38/10
**discussions** [2] 9/10 9/17
**dismiss** [1] 74/1
**dismissed** [1] 24/25
**dispassionately** [1] 86/12
**dispute** [1] 23/1
**disputes** [3] 26/4 30/22 31/1
**dissimilar** [2] 82/18 83/8
**district** [13] 1/1 1/1 1/10 42/1 53/15 53/20 54/3 54/10 55/20 55/22 57/13 84/22 86/11
**Division** [3] 25/2 25/12 25/15
**Division's** [1] 25/8
**do** [76] 7/18 7/25 8/11 8/12 10/5 14/18 18/3 18/3 19/3 19/12 20/8 29/8 31/5 31/6 31/7 33/11 35/11 35/17 35/23 35/24 36/19 37/14 37/19 37/21 39/6 39/18 41/6 41/10 42/24 43/20 44/24 45/23 46/4 46/8 47/4 49/23 50/9 52/9 52/9 52/13 52/16 52/18 52/21 55/10 55/17 58/7 58/12 59/24 60/6 60/7 60/10 61/10 61/10 64/8 65/19 66/6 68/25 70/12 70/19 78/13 78/13 80/15 81/6 83/15 84/12 84/13 85/1 85/3 85/4 86/9 86/15 87/10 87/20 89/16 89/16 129/22
**do you** [2] 18/3 18/3
**do you know** [1] 66/6
**DOC** [1] 44/23
**DOC's** [1] 39/9
**docket** [8] 44/3 44/4 49/6 81/12 84/24 89/9

**document** [1] 39/3
**documents** [1] 75/1
**does** [13] 8/22 12/19 30/12 30/17 35/4 37/15 44/20 51/15 52/7 53/1 75/7 84/21 86/22
**doesn't** [13] 22/19 28/13 39/9 39/16 44/14 45/11 47/8 47/15 70/16 70/17 72/15 82/11 84/19
**doing** [18] 9/4 29/13 45/13 45/14 51/7 52/15 58/9 61/7 68/1 73/8 84/25 85/1 85/3
**DOJ** [2] 39/19 73/21
**domain** [1] 32/9
**don't** [76] 7/25 8/7 10/12 11/12 14/10 15/13 16/12 16/18 16/23 18/14 19/17 21/11 21/13 22/24 23/1 23/2 23/7 23/14 23/15 23/20 24/19 27/6 28/25 29/18 29/18 30/2 32/2 32/12 35/21 35/21 35/25 38/19 41/11 41/18 41/20 44/20 45/9 48/21 50/13 51/1 51/2 52/10 52/3 53/16 53/17 53/18 53/21 54/8 57/17 60/6 60/23 63/1 63/2 63/2 63/3 63/15 64/20 65/9 65/14 66/19 67/19 67/19 68/2 68/11 68/17 70/2 72/11 76/4 76/4 79/16 82/11 82/11 83/16 83/21 89/23 129/13 129/13
**done** [8] 18/25 20/24 27/7 45/4 51/8 53/6 62/1 68/23
**down** [6] 14/23 27/25 30/25 37/12 50/1 54/8
**download** [1] 58/19
**downloading** [1] 22/17
**dozen** [1] 17/6
**dozens** [2] 60/16 60/17
**draft** [1] 15/21
**drafted** [1] 38/3
**drafting** [1] 34/6
**draw** [2] 12/13 39/2
**drinking** [1] 59/6
**drip** [3] 58/23 58/23 58/23
**drive** [8] 4/3 39/19 42/8 46/14 46/16 46/23 46/24 47/15
**driver** [1] 53/9
**drop** [2] 59/25 79/14
**dropped** [1] 84/11
**druthers** [1] 48/2
**due** [12] 14/7 44/11 65/16
**dump** [1] 58/18
**Dunphy** [2] 7/2 29/4
**during** [9] 48/5 53/19

78/22 79/5 85/11
**duty** [1] 59/6

**E**

**e-Discovery** [1] 39/9
**each** [3] 7/21 42/18 42/19
**earlier** [12] 27/14 27/23 32/20 46/21 65/8 75/13 75/15 78/21 84/15 85/5 86/7 86/17
**early** [11] 10/1 31/17 38/19 48/25 63/16 71/1 77/5 77/14 79/10 79/25 88/14
**earnest** [1] 9/10
**easier** [4] 16/7 16/8 30/24 43/12
**easily** [1] 26/25
**east** [2] 29/6 74/19
**Eastern** [2] 55/20 55/21
**ECF** [6] 33/14 33/15 33/18 33/21 34/2 34/13
**editor** [1] 56/25
**Edmund** [1] 3/16
**Edward** [3] 5/2 6/11 6/12
**effect** [2] 52/17 79/3
**efficacy** [1] 83/23
**efficient** [1] 34/21
**effort** [1] 70/17
**eight** [5] 25/12 25/13 56/17 58/21 74/24
**either** [7] 24/20 34/7 42/1 54/10 62/12 77/8 79/4
**election** [3] 74/4 79/12 79/13
**electronic** [3] 41/9 41/14 87/3
**elements** [2] 74/16 74/17
**elicit** [1] 18/10
**ELMER** [3] 1/6 2/2 6/7
**else** [16] 19/19 20/6 20/9 28/23 29/1 29/2 29/13 36/2 38/10 38/10 64/25 67/7 68/17 72/19 129/7 129/18
**elsewhere** [1] 27/8
**email** [20] 1/17 1/18 2/5 2/9 2/14 2/18 3/5 3/9 3/14 3/18 3/23 4/5 4/10 4/15 4/19 4/24 5/5 40/21 42/5 67/3
**emphasize** [1] 54/5
**Empire** [2] 2/12 4/22
**end** [7] 11/17 14/13 34/24 37/24 71/19 74/4 79/17
**endangering** [1] 78/17
**ended** [3] 16/7 16/17 20/23
**ends** [1] 89/7
**enforcement** [2] 29/19 89/17

**enlightened** [1] 24/23
**enough** [3] 14/14 54/3 87/16
**ensure** [6] 37/18 41/17 57/7 57/9 85/5 87/5
**ensuring** [1] 18/25
**enter** [1] 64/1
**entered** [2] 64/17 65/2
**entire** [2] 59/1 75/25
**entirely** [4] 56/21 58/1 58/4 58/25
**entitled** [1] 88/20
**enveloped** [1] 18/9
**equal** [1] 45/6
**error** [1] 72/25
**especially** [2] 60/9 79/10
**essential** [1] 17/20
**ET** [1] 1/6
**eve** [3] 59/25 84/16 88/5
**even** [9] 40/7 42/19 47/6 55/3 56/18 59/2 61/5 72/2 82/23
**evenings** [1] 40/17
**event** [4] 36/20 48/13 79/15 85/18
**events** [3] 54/22 84/1 84/7
**ever** [5] 41/15 44/2 58/11 73/11 79/16
**every** [11] 17/13 27/21 27/25 27/25 49/5 49/13 50/2 53/14 53/22 58/11 73/7
**everybody** [13] 17/21 21/20 37/20 50/24 51/5 58/14 69/24 69/25 70/8 70/9 80/21 88/25 129/21
**everybody's** [2] 70/1 70/13
**everyone** [7] 6/4 7/8 7/12 7/19 81/3 128/13 129/18
**everything** [7] 26/24 46/8 50/14 62/2 62/3 83/22 86/15
**evidence** [33] 9/12 9/23 9/25 12/17 23/9 32/10 32/12 32/15 40/3 40/8 45/7 47/6 47/9 54/7 54/14 60/3 63/8 63/9 70/22 70/23 71/1 71/7 71/9 71/21 72/15 83/7 86/8 86/9 86/12 86/14 86/16 86/19 86/22
**Evidence.com** [3] 39/17 39/21 51/15
**evidently** [1] 47/5
**exact** [1] 14/2
**exactly** [1] 41/1
**exaggerating** [1] 49/7
**Examiner** [1] 18/16
**example** [7] 10/13 18/11 23/7 57/10 57/15 57/16 58/17

## E

except [2] 41/11 53/13
exception [1] 49/16
exceptions [1] 44/9
exculpatory [13] 23/9
26/9 28/2 54/6 63/8
70/24 71/5 71/21 71/24
72/4 72/8 72/15 72/20
exhibit [1] 39/24
existence [1] 26/18
exists [1] 67/23
exonerated [1] 89/7
expect [3] 19/3 36/14
56/4
expected [1] 74/10
experience [1] 87/13
expert [28] 10/15 10/24
11/1 11/9 11/22 12/3
12/3 12/11 12/15 12/20
12/25 13/15 13/16
13/18 13/24 14/3 15/6
22/7 23/16 23/19 38/23
38/24 40/5 40/5 47/14
47/14 47/23 70/9
expert-disclosure [1]
10/15
experts [5] 11/4 11/23
14/17 22/8 24/10
explain [1] 37/20
explained [4] 39/11
49/6 49/10 66/22
explicitly [1] 67/13
explore [1] 63/21
explored [1] 84/3
exposed [1] 17/22
express [1] 68/4
extensive [1] 74/12
extent [6] 12/8 12/12
17/22 17/23 36/8 55/4
extreme [1] 86/24
extremist [1] 81/20
eye [4] 5/3 9/3 16/7
18/23

## F

Facebook [1] 30/13
faces [1] 63/15
facilities [1] 41/9
facility [4] 41/5 43/3
43/13 87/5
fact [10] 22/5 37/25
41/10 44/21 52/13
53/10 56/7 67/4 78/13
84/4
fact-finding [1] 52/13
factor [2] 58/5 58/6
factors [1] 83/14
factual [3] 31/25 32/11
56/4
failed [1] 44/11
failure [2] 44/12 82/21
fair [20] 28/10 41/13
43/23 44/1 47/7 50/25
51/2 52/10 54/4 54/6
78/18 78/24 85/5 85/24
86/6 86/7 86/8 86/9
88/9 88/18
fair-minded [1] 52/10

fairest-minded [1]
55/11
fairly [2] 75/15 86/13
faith [1] 9/10
fall [5] 44/5 49/12 89/4
89/11 89/18
family [2] 61/25 63/25
far [11] 20/12 22/5
29/25 41/9 56/3 56/18
75/4 79/24 87/22 88/7
90/4
fashion [1] 80/9
fault [3] 25/5 25/21
51/25
favor [1] 86/10
FBI [5] 12/7 12/18
12/21 27/9 29/19
fd.org [1] 4/15
feasible [1] 35/21
featured [3] 77/11
81/16 81/22
featuring [1] 78/16
February [6] 26/18
39/4 48/8 48/23 79/3
88/14
federal [3] 4/12 39/22
51/25
fee [2] 37/7 37/9
feed [2] 35/2 35/6
feedback [1] 16/23
feel [1] 33/1
fees [1] 7/24
felt [1] 85/17
few [12] 10/10 11/3
16/16 22/3 31/22 36/18
37/7 47/20 50/2 55/2
65/12 84/10
fewer [1] 16/6
figure [2] 23/19 46/11
figured [2] 47/3 47/24
figuring [1] 14/2
file [2] 14/11 30/22
filed [24] 7/16 9/6 9/8
10/22 11/21 24/7 27/23
33/1 33/1 33/14 33/15
33/25 37/25 38/1 38/7
39/3 39/4 39/23 62/20
64/6 64/9 76/21 77/25
79/23
filing [4] 13/18 37/6
65/4 66/21
filings [7] 28/13 33/14
33/20 34/2 34/3 34/7
71/13
fill [2] 16/8 16/14
fill-out [1] 16/14
final [4] 13/11 15/5
60/13 60/14
finally [3] 12/24 64/11
89/8
find [6] 29/8 36/1 55/18
67/20 74/25 88/4
finding [2] 11/14 52/13
fine [4] 18/5 20/10 40/1
51/1
finish [2] 68/15 68/18
firehose [1] 59/7

first [17] 8/10 12/7
20/13 27/6 33/13 34/18
35/7 36/18 48/8 51/13
59/12 60/25 61/22
63/24 78/8 81/15 85/14
First Amendment [1]
27/6
Fischer [12] 2/11 2/11
4/21 4/21 6/20 6/25
30/7 31/3 31/14 51/11
61/16 69/19
Fischer's [1] 78/16
fischerandputzi [1]
2/14 4/24
fist [1] 23/11
fits [1] 28/24
five [11] 17/16 20/22
28/15 39/25 66/23
66/23 67/16 70/14
70/15 73/2 75/23
fix [1] 129/1
FL [1] 4/18
flagged [1] 11/3
flagging [1] 16/19
flags [1] 74/10
flew [1] 21/7
flown [1] 39/25
fly [1] 45/11
flying [3] 45/13 58/24
69/20
focus [6] 18/1 47/21
56/12 82/15 83/12
87/19
focused [4] 56/10
56/15 56/21 82/16
focuses [1] 67/6
folks [17] 28/21 28/24
35/12 44/19 46/7 48/16
48/21 48/22 54/20
57/16 81/4 81/25 82/15
86/4 87/15 89/3 89/6
follow [10] 10/10 16/11
17/14 17/15 65/12
66/19 67/3 67/22 78/23
79/6
follow-up [5] 10/10
17/14 17/15 78/23 79/6
followed [2] 18/19
88/14
following [3] 62/16
71/10 128/24
footnote [3] 82/4 83/3
83/21
footnotes [2] 67/21
83/22
forced [2] 50/4 70/13
foregoing [1] 130/3
forgive [1] 27/12
formal [1] 34/9
formed [1] 17/23
former [4] 62/12 62/13
81/23 82/16
FormerFeds [1] 4/3
formerfedsgroup.com
[1] 4/5
formerly [1] 24/12
forth [1] 9/9

forthcoming [1] 27/15
forum [1] 68/4
forward [11] 18/21
21/19 30/17 34/10
52/24 53/6 53/7 60/20
64/2 76/10 80/11
found [2] 62/23 72/13
four [6] 42/13 42/13
48/17 73/2 75/23
129/21
four-week [1] 73/2
Fourth [1] 1/16
fraction [1] 59/15
frankly [6] 24/18 42/1
54/23 63/19 72/8 82/15
fraud [2] 25/15 38/17
Friday [2] 9/8 20/19
friends [1] 55/13
front [5] 49/19 55/23
64/5 80/5 129/6
full [2] 20/19 25/9
fully [3] 58/3 64/17
84/2
funding [2] 25/21
27/11
further [4] 19/25 39/12
63/13 63/21

## G

gather [1] 79/22
gathered [1] 12/9
general [7] 11/14 17/24
18/2 18/20 24/24 57/18
86/1
generally [4] 25/16
25/17 54/21 62/11
genuinely [1] 17/21
get [51] 7/17 7/18 7/22
9/11 9/16 9/22 11/5
14/12 16/22 16/24
18/14 18/25 21/11
21/18 23/3 26/16 26/20
26/21 29/9 31/21 32/19
41/15 42/20 45/7 45/24
46/9 46/17 49/21 50/23
51/5 52/13 60/18 68/10
69/25 70/22 71/5 71/6
72/2 73/20 74/6 74/18
74/24 75/14 80/10 81/7
86/3 88/18 88/21 88/21
90/5 128/23
gets [1] 87/5
getting [14] 9/20 11/4
14/9 15/23 21/10 26/7
29/16 32/18 40/9 41/1
41/8 71/9 87/23 129/20
Geyer [14] 4/2 6/19
24/2 25/24 27/12 28/16
29/25 31/12 31/14 38/6
73/16 73/17 75/3 87/22
gist [1] 27/22
give [14] 11/20 14/25
40/3 47/4 48/17 49/22
58/17 65/9 66/20 70/18
72/24 73/9 80/20 87/13
given [12] 23/8 39/13
39/18 42/6 45/8 45/19

158 59/1 60/10 67/9
70/5 72/4
gives [2] 41/19 86/18
giving [4] 39/24 42/18
70/20 72/1
glaring [1] 24/18
Glen [2] 2/13 4/23
gmail.com [3] 2/9 3/5
4/10
go [27] 7/21 8/4 8/13
20/8 20/25 28/9 29/9
30/17 30/19 32/17 35/7
38/11 39/20 42/13 43/3
45/10 45/16 48/24 50/5
50/8 54/25 55/12 60/3
61/5 70/13 70/23 78/18
goes [5] 22/6 49/16
55/9 87/22 90/5
going [109] 8/10 9/9
13/8 16/16 17/7 17/8
18/6 18/12 18/22 18/22
19/4 19/17 19/18 20/16
22/4 27/25 28/1 29/8
29/8 30/4 30/21 32/4
32/16 33/3 34/20 37/21
39/6 42/9 44/10 45/13
45/20 47/4 47/16 48/11
48/13 48/14 50/1 50/3
50/7 50/8 50/9 50/16
52/9 52/20 52/24 53/3
54/2 54/14 55/18 55/19
57/4 58/20 59/24 60/6
60/6 60/10 60/11 60/20
60/22 60/22 64/8 64/9
64/18 64/22 64/23
65/16 65/20 66/9 66/11
67/5 67/14 68/13 69/3
69/4 69/14 70/4 70/5
70/14 75/23 77/4 77/13
77/23 79/2 79/2 79/4
79/9 79/10 79/16 79/21
80/10 80/11 80/15
80/16 81/9 84/6 84/9
85/15 86/10 87/20 88/1
88/21 88/21 89/18
89/20 89/21 90/2 90/8
128/21 129/2
gone [6] 41/24 45/9
46/24 56/1 82/1 87/19
good [9] 6/5 7/8 7/9
7/10 7/12 8/9 9/10 9/19
33/10
good morning [5] 7/8
7/9 7/12 8/9 33/10
good-faith [1] 9/10
Google [1] 44/5
Gorda [1] 4/18
got [37] 23/10 27/22
31/4 35/15 36/20 38/19
38/20 38/21 39/4 39/10
40/1 43/4 44/5 46/3
47/3 47/24 47/24 48/23
48/24 50/22 51/4 54/9
59/20 64/5 64/21 70/1
71/2 72/7 80/19 88/11
88/12 88/17 89/3 89/8
89/12 89/14 128/24
gotten [1] 71/24

**G**

**government [70]** 1/14
6/14 8/7 8/11 8/22 9/5
9/7 9/14 10/17 10/20
10/23 11/1 11/22 11/22
12/2 12/9 12/24 13/8
13/17 14/1 14/19 17/16
19/22 20/3 20/14 21/2
21/15 22/16 23/1 24/9
26/5 26/10 30/19 31/15
34/25 37/6 38/5 39/3
39/6 40/4 45/8 49/4
49/25 51/7 51/24 52/1
57/23 57/25 57/25 60/4
60/15 63/20 70/5 70/19
71/18 75/7 75/11 75/13
75/14 75/15 75/18
76/17 77/17 77/17
77/22 80/11 82/11 88/3
89/4 90/2
**government's [14]**
8/19 10/4 11/2 12/5
16/4 16/15 22/25 33/1
38/9 44/2 63/16 64/9
79/19 128/15
**Governor [2]** 2/12 4/22
**grand [1]** 71/3
**grant [3]** 41/4 82/21
89/21
**granting [1]** 69/6
**great [2]** 41/24 71/18
**greater [3]** 53/24 62/4
62/6
**greatest [2]** 29/19
41/14
**grenade [1]** 61/1
**group [11]** 21/6 27/5
28/6 28/19 36/7 45/21
45/21 48/23 65/4 78/15
81/23
**groups [3]** 35/15 70/15
81/21
**guarantee [1]** 41/19
**guess [4]** 24/25 48/22
58/1 90/4
**guilt [3]** 54/14 71/4
74/17
**guy [2]** 72/3 72/13
**guys [2]** 44/6 55/23

**H**

**hack [1]** 73/23
**Hackett [7]** 4/11 6/10
6/23 7/6 33/9 34/6 34/9
**had [46]** 7/6 11/3 12/25
15/20 16/5 24/24 25/1
25/5 25/9 25/12 25/19
25/20 27/23 28/14
31/11 31/21 32/3 39/14
40/9 42/7 46/14 46/22
46/24 47/5 47/13 48/2
50/6 52/18 53/25 56/5
58/11 62/3 62/8 65/8
70/7 70/8 70/9 72/4
75/16 76/22 77/2 79/20
84/2 85/10 85/23 89/1
**Haldeman [5]** 56/2
56/19 82/2 82/19 83/17
75/25 76/3 77/21
**halim [6]** 4/11 4/15
6/23 33/9 33/19 36/2
**Haller [11]** 3/20 3/20
6/17 22/1 41/20 64/14
65/8 68/3 69/1 69/3
69/16
**hallerjulia [1]** 3/23
**hand [4]** 41/21 61/1
64/17 65/8
**handle [1]** 9/23
**handled [2]** 44/8 73/11
**hands [1]** 32/20
**handshakes [1]** 23/11
**hang [5]** 27/18 28/4
28/17 41/12 73/16
**happen [5]** 80/9 80/10
84/19 84/21 85/7
**happened [6]** 25/3
52/18 83/18 84/21
84/22 88/7
**happening [5]** 53/19
56/6 63/7 84/21 89/7
**happens [1]** 50/11
**happy [2]** 10/6 10/7
**hard [11]** 39/19 42/8
46/14 46/16 46/23
46/24 47/15 50/16
64/19 87/9 129/20
**harm [2]** 44/13 63/17
**Harrelson [7]** 4/2 6/9
6/19 7/2 33/16 34/1
88/15
**has [71]** 7/6 8/12 9/18
21/2 22/12 26/2 26/3
26/10 27/11 29/20 32/6
37/17 38/6 38/24 39/13
40/5 41/2 41/16 42/17
44/13 45/6 45/8 45/18
45/21 46/24 47/10 49/5
49/18 51/20 52/1 52/6
52/10 52/17 53/22
53/24 55/14 56/13
56/16 60/3 60/21 62/2
64/12 64/12 65/15
66/23 67/25 70/5 71/13
73/7 74/3 75/19 76/1
76/11 78/6 78/9 78/10
78/10 78/11 79/7 80/7
81/6 81/20 82/16 82/24
84/22 86/25 87/2 87/24
88/10 88/25 88/25
**hash [1]** 9/24
**hasn't [7]** 45/17 57/25
71/11 71/21 78/14 88/2
88/7
**hats [1]** 23/12
**have [201]**
**haven't [6]** 16/17 44/16
53/10 74/12 85/25
86/24
**having [6]** 19/23 21/3
30/22 35/18 77/6 78/18
**havoc [2]** 81/11 89/20
**hazy [1]** 24/22
**he [43]** 14/16 22/19
22/20 23/3 24/24 28/9
30/4 31/25 32/11 34/10
39/10 39/16 39/18 40/7
41/3 42/8 44/13 45/5
45/11 45/14 45/17
45/17 45/18 46/24
47/10 47/13 47/15
49/10 51/2 59/19 59/19
72/4 72/7 72/8 74/1
80/16 85/9 87/5 87/5
**he said [1]** 59/19
**he's [20]** 26/18 26/19
28/8 28/9 39/14 41/1
46/14 46/14 46/22 47/5
51/2 67/9 72/4 72/6
72/9 72/17 79/24 86/25
87/1 90/7
**head [2]** 29/5 66/20
**healthcare [1]** 38/17
**hear [12]** 13/7 19/22
33/21 34/17 34/22 38/9
48/11 64/19 68/17 72/7
76/14 76/15
**heard [15]** 16/21 19/9
41/21 61/17 61/18 67/5
75/7 78/21 79/1 79/7
81/6 81/7 86/24
**hearing [15]** 52/19
55/15 56/21 57/9 64/3
65/5 66/9 67/13 80/5
81/16 81/21 81/22
82/13 82/13 129/4
**hearings [36]** 18/13
18/19 49/19 52/11
52/12 52/15 52/17
53/16 53/19 54/12 56/6
56/8 56/10 56/14 56/17
60/25 62/10 62/18
65/17 65/20 68/11 76/8
76/9 76/23 77/7 78/9
81/19 82/14 83/1 83/4
83/9 83/19 84/8 84/8
84/9 84/20
**held [2]** 48/22 78/10
84/5
**help [3]** 22/20 71/8
76/17
**helpful [2]** 14/22 62/7
**her [4]** 51/16 65/8 65/9
73/20
**here [47]** 7/10 7/13
7/25 8/11 11/24 12/10
16/24 17/5 17/16 21/3
21/6 28/8 28/19 30/1
31/24 39/22 39/25
40/24 41/16 41/25 43/4
45/11 45/13 45/14 46/5
46/6 53/9 53/25 54/4
55/23 59/4 76/19 77/21
81/5 83/8 83/12 83/16
84/4 86/4 86/9 86/19
90/1 90/1 129/12
129/13 129/13 129/14
**here's [1]** 48/16
**hey [2]** 32/4 43/3
**HI [3]** 4/9 8/15 33/10
**high [2]** 26/23 36/17
**high-definition [1]**
**highlight [2]** 23/22
26/14
**highly [3]** 42/3 52/2
52/23
**Highway [2]** 2/12 4/22
**him [18]** 13/8 21/17
21/18 21/18 26/21 40/2
40/3 43/6 44/12 45/10
46/6 46/9 47/4 47/15
72/6 72/10 72/12 72/13
**hired [2]** 38/23 38/24
47/23
**his [12]** 7/6 13/12
22/20 23/4 26/17 31/25
34/11 43/8 47/9 47/10
52/19 82/6
**history [1]** 44/2
**hit [1]** 57/15
**hold [5]** 10/9 53/21
60/25 128/22 129/2
**holding [1]** 11/24
71/25
**holidays [1]** 48/6
**honest [1]** 67/25
**honor [72]** 6/5 8/9 8/16
8/19 10/19 12/1 13/10
13/20 15/4 15/17 19/24
19/25 20/7 21/5 21/24
22/2 23/23 24/6 28/3
29/24 30/6 30/12 31/8
31/10 32/22 33/7 33/11
36/22 36/25 37/3 38/13
46/20 51/10 51/12
51/18 51/22 54/16 55/5
55/6 56/20 57/12 57/20
58/3 58/7 60/12 61/9
61/15 61/19 61/22 63/1
65/1 65/3 65/11 65/13
65/21 66/3 66/18 66/21
67/22 68/18 69/9 69/11
69/15 69/18 73/18 75/5
75/8 75/10 76/20 80/1
77/9 129/9
**Honor's [1]** 62/5
**HONORABLE [3]** 1/9
6/2 81/2
**hope [3]** 16/4 16/10
16/15
**hopeful [1]** 90/5
**hopefully [3]** 11/6 14/9
14/13
**hoping [2]** 14/7 16/2
**horizon [1]** 89/19
**hosting [1]** 68/11
**hotel [2]** 32/1 60/18
**hotmail.com [2]** 2/14
4/24
**hour [4]** 39/14 42/20
42/20 46/23
**hours [15]** 21/8 26/25
29/12 40/17 42/7 42/8
42/13 42/14 42/14
42/20 45/22 46/9 58/19
58/21 90/6
**House [2]** 29/6 83/6
**Hoven [2]** 52/19 52/20
**how [26]** 15/1 25/22

37/19 41/6 42/12 53/1
54/6 57/25 59/16 66/6
72/11 72/14 73/24
73/25 78/24 79/7 80/18
82/6 82/12 84/24 86/25
87/9 90/8
**however [3]** 34/19 44/1
83/4
**Hughes [2]** 1/15 6/14
**human [3]** 25/3 29/20
29/23
**humans [1]** 78/21
**hundreds [2]** 28/20
47/25

**I**

**I also [2]** 34/8 64/6
**I am [10]** 37/14 38/14
47/19 49/7 66/6 68/19
68/19 69/6 81/5 83/17
**I apologize [1]** 8/16
**I appreciate [1]** 129/20
**I believe [10]** 15/25
30/11 30/21 32/6 51/20
56/20 65/4 78/2 81/19
88/13
**I can [14]** 15/2 34/20
35/11 43/16 44/9 49/22
49/22 57/6 57/6 66/21
72/10 76/15 128/17
128/18 129/1
**I can't [12]** 27/20 35/10
41/6 48/17 57/2 57/3
57/4 59/2 66/19 71/7
81/8 89/2
**I cannot [2]** 44/22
89/16
**I did [5]** 15/5 40/14
47/22 51/16 61/24
**I didn't [3]** 33/21 57/17
72/7
**I don't [13]** 7/25 21/13
23/1 24/19 29/18 35/21
48/21 52/10 53/2 53/18
54/8 63/1 68/11
**I don't have [2]** 27/6
66/19
**I guess [2]** 58/1 90/4
**I have [14]** 21/12 22/18
30/10 30/15 38/23
38/24 45/10 45/11
48/17 56/1 58/15 59/24
67/4 67/22
**I haven't [4]** 44/16
53/10 74/12 86/24
**I just [11]** 7/21 19/6
23/21 34/5 34/11 44/23
45/2 65/12 83/16 89/16
128/25
**I know [20]** 11/2 11/7
11/20 18/22 21/18 28/11
28/14 29/14 41/22 43/1
43/5 52/6 53/8 64/5
65/14 67/20 67/21 85/8
86/1 86/17
**I mean [21]** 17/5 28/20
35/23 36/14 43/25

**I**

I mean... [16] 44/19
49/7 49/22 56/1 57/2
57/3 57/4 58/1 58/9
61/3 70/7 71/8 78/14
78/17 79/20 86/9
I really [1] 64/20
I should [3] 45/3 72/9
90/4
I think [59] 10/14 10/20
11/12 14/2 15/11 15/23
16/1 16/15 17/4 17/10
17/21 19/4 22/3 30/14
30/23 31/1 33/2 34/16
36/14 40/18 41/2 42/17
43/12 44/16 45/3 52/19
52/22 52/23 53/5 53/11
54/23 55/8 57/13 60/13
61/12 61/14 61/18 62/4
62/21 63/19 64/3 65/2
66/13 66/15 70/3 70/11
72/23 74/15 74/23
74/24 76/11 78/5 80/6
83/11 84/4 85/20 86/3
87/19 88/14
I thought [2] 38/22
47/4
I understand [10]
27/24 42/4 43/19 43/19
46/2 46/13 50/18 72/22
81/6 88/9
I want [4] 8/4 39/1 39/2
44/10
I was [8] 8/17 19/17
25/2 25/7 47/2 47/18
49/9 67/10
I will [15] 21/5 22/9
31/5 37/11 41/4 49/24
58/8 62/4 66/18 67/3
67/20 67/22 70/21
84/17 87/4
I would [4] 17/18 23/5
30/11 36/5
I wouldn't [1] 48/5
I'd [4] 7/18 26/13 26/19
37/8
I'll [19] 8/12 17/4 20/4
20/12 20/25 23/22
27/13 35/11 35/11 36/4
50/4 57/20 58/17 60/2
61/6 80/20 81/10 83/20
86/17
I'm [54] 8/14 10/10
11/24 13/7 18/22 19/2
19/14 19/24 22/4 24/22
27/5 28/12 28/16 28/19
28/24 29/10 30/8 31/3
33/17 35/3 38/9 42/1
42/9 44/10 45/13 45/20
50/5 50/5 50/22 52/14
54/10 57/4 57/7 57/18
58/25 59/3 64/3 66/12
67/15 68/22 68/24
68/24 69/3 69/4 71/25
72/20 77/1 81/8 86/11
87/15 89/21 90/5
128/21 129/2
I'm going [6] 22/4

89/21
I'm just [1] 50/22
I'm not [9] 11/24 19/2
28/19 28/24 50/5 52/14
68/24 71/25 81/8
I'm not sure [3] 28/16
54/10 57/18
I'm sorry [5] 13/7
19/14 19/24 33/17 77/1
I'm sure [1] 57/7
I've [53] 26/24 29/12
30/14 31/4 34/24 34/25
36/16 37/9 38/8 38/8
38/15 38/23 40/21
42/16 43/4 44/5 44/16
45/20 46/17 47/19
48/23 48/24 49/6 50/15
54/9 56/1 58/9 58/9
58/11 59/1 62/18 62/18
67/21 71/12 73/10
73/11 73/11 74/9 80/19
81/6 81/7 82/1 82/1
85/23 88/11 88/12
88/17 89/2 89/8 89/12
89/14 90/6 128/24
idea [4] 54/2 55/23
59/16 59/24
ideas [3] 15/20 70/9
70/9
identified [4] 24/12
26/21 27/5 59/19
identify [1] 27/1
identifying [1] 85/24
III [3] 1/6 2/2 6/7
illustrated [1] 82/8
imagine [3] 26/22 27/4
34/20
immediately [1] 24/16
impact [2] 81/24 86/23
impacted [2] 79/7
82/12
impacts [2] 78/24 88/5
impartial [3] 54/4
78/25 85/24
impeachable [1] 72/9
impeachment [3] 56/8
56/10 83/1
impending [2] 61/25
63/24
implicated [1] 37/8
impossible [1] 81/25
impression [2] 57/10
80/14
impressions [1] 55/18
inability [1] 44/12
incarcerated [1] 28/8
incendiary [1] 57/1
include [2] 66/11
128/15
included [1] 24/8
includes [1] 84/13
including [9] 17/16
29/21 53/23 53/25
62/20 85/23 88/24
89/10 89/13

88/17
indicated [1] 58/8
58/24 60/21
indicates [1] 58/16
indicted [1] 44/2
indictment [7] 15/9
25/14 25/18 47/22 52/4
52/5 56/6
individually [1] 37/11
individuals [1] 77/8
indulgence [1] 129/6
ineffective [1] 50/17
inferences [1] 71/3
inflammatory [1] 78/15
influence [1] 68/12
85/3 85/4
info [2] 31/16 31/20
informal [1] 30/18
informally [2] 30/25
31/15
information [28] 9/1
11/8 11/16 12/22 13/5
14/10 16/25 20/7 22/17
23/6 23/7 25/8 26/17
29/16 31/21 32/19
37/17 60/5 62/6 62/19
62/21 63/5 66/17 72/2
75/19 77/16 77/18
78/12
infrastructure [1]
35/24
inmate [1] 42/16
inmates [4] 39/8 39/12
39/16 39/21
innocence [1] 54/15
inordinate [1] 19/5
inquiry [3] 7/25 37/12
84/1
insensitive [1] 64/20
inside [2] 28/21 31/17
insinuations [2] 62/9
63/4
insofar [1] 27/20
instance [1] 75/2
instances [1] 74/24
instead [3] 30/22 73/2
institutions [1] 41/24
instructed [3] 24/16
61/4 61/8
instructions [1] 9/21
Insurrection [1] 15/11
intake [1] 16/22
Integrity [1] 25/15
intend [1] 7/25
intent [1] 29/14
intention [2] 29/13
37/10
interest [3] 27/24 76/1
88/25
interested [2] 27/10
52/14
interests [5] 18/2
87/17 88/11 88/23
88/24
interfere [1] 45/1
interference [1] 43/9
interrupt [1] 25/23 66/5

interrupting [1] 27/13
interruption [1] 49/13
interviewed [1] 72/15
interviews [1] 77/8
introduce [3] 9/24
12/10 14/16
introduced [1] 12/4
investigate [4] 22/10
23/19 40/14 74/2
investigating [1] 28/11
investigation [3] 8/24
25/5 62/24
investigations [2] 63/6
63/7
investigative [5] 27/9
66/23 67/16 70/8 70/9
investigators [1] 30/12 63/8
83/6
involve [3] 30/12 63/8
83/6
involved [4] 29/22
56/11 58/9 64/12
involving [1] 89/10
irony [1] 55/25
is [216]
Is there [1] 129/7
isn't [2] 55/7 57/10
issue [20] 7/24 11/13
11/15 22/22 31/11 37/6
40/25 48/16 57/21 59/7
60/22 60/23 60/24
60/24 62/16 64/18
64/19 80/15 84/17
87/24
issues [26] 7/22 8/5
9/11 15/8 16/23 19/23
21/12 22/3 23/17 23/20
23/21 24/18 26/14
31/12 34/21 35/13 39/1
40/14 53/7 58/23 61/20
63/21 73/3 73/7 76/12
128/18
it [154]
It was [1] 25/5
it would be [2] 16/5
43/12
it's [81] 11/11 16/12
17/3 17/7 17/8 18/16
19/4 21/19 26/16 26/20
26/21 27/15 29/17
32/18 33/23 34/16
35/18 35/21 36/4 36/5
37/10 39/11 39/20
40/18 41/13 42/3 42/12
42/24 44/1 44/5 44/16
45/12 46/21 47/11
51/23 51/24 52/6 53/18
54/13 54/17 56/9 57/13
57/18 57/21 58/4 58/5
58/6 58/20 58/23 59/6
59/14 62/22 64/7 64/8
64/19 66/3 66/11 66/12
66/13 67/18 67/20
67/25 68/6 68/9 68/22
68/24 69/14 71/6 73/10
73/12 74/5 74/12 79/1
79/2 79/10 79/23 83/8
84/21 87/11 87/11

It's like [1] 59/6
items [1] 31/1
its [9] 10/23 24/20
24/21 43/24 56/5 67/25
79/12 86/10 89/5

**J**

J6 [1] 49/19
Jackson [1] 73/24
jail [13] 39/17 39/21
39/22 39/24 40/6 40/10
42/7 42/15 45/3 47/2
47/14 73/7 86/25
James [2] 2/7 6/15
January [27] 18/20
38/22 48/4 48/7 48/13
48/17 48/18 51/21 52/1
52/4 52/21 54/12 56/14
60/21 61/7 72/3 73/24
79/3 79/14 81/16 83/9
83/18 84/6 84/7 85/22
89/12 89/20
January 6th [10] 51/21
52/1 52/4 54/12 56/14
60/21 61/7 73/24 83/9
83/18
Jason [2] 72/3 72/13
JC [6] 35/15 39/15
42/17 67/3 73/7 129/4
Jeff [1] 21/16
Jeffrey [2] 1/14 6/13
jeffrey.nestler [1] 1/19
Jeremy [1] 29/21
Jessica [2] 2/11 6/9
jlbrightlaw [1] 2/9
job [3] 29/8 53/6 53/11
John [2] 3/2 3/3
johnlmachado [1] 3/5
joined [1] 38/1
Joint [2] 10/1 10/11
Jonathan [1] 6/21
Joseph [2] 4/11 6/10
Jr [2] 3/16 4/7
JTTF [2] 29/22 29/22
judge [18] 1/10 49/3
49/5 49/9 49/11 49/23
53/22 53/23 64/6 64/8
79/24 80/5 82/3 82/4
85/8 85/21 90/7 128/11
Judge McFadden [5]
64/6 64/8 79/24 80/5
90/7
Judge Moss [1] 49/9
Judge Nichols [1]
53/23
judges [1] 85/23
judgments [1] 27/7
Judicial [1] 73/21
Juli [1] 3/20
JULIA [1] 3/20
Julie [1] 6/17
July [8] 15/18 15/21
33/15 56/20 58/19
68/23 73/21 79/1
July 22nd [1] 33/15
June [2] 10/23 76/22
jurist [1] 24/23

**J**

juror [5]  9/17 15/16
51/6 55/11 73/1
jurors [7]  16/8 16/13
16/13 16/20 54/10 57/8
85/24
jury [15]  9/21 17/7
17/12 17/17 18/25 19/9
38/15 54/1 60/24 61/3
70/17 71/3 81/24 85/10
86/11
just [81]  7/18 7/21
10/10 10/14 11/20
13/17 14/11 14/22
14/25 19/6 19/15 19/18
19/18 21/19 22/5 23/21
25/17 25/23 26/13
27/13 30/11 30/16 31/6
31/19 32/4 32/18 34/5
34/11 35/18 36/4 37/19
37/23 39/7 39/10 40/11
43/15 44/16 44/23 45/2
45/23 48/1 48/8 49/6
50/22 53/8 53/13 54/16
58/8 58/19 58/22 59/10
60/13 62/15 63/15
63/23 65/12 68/11
69/18 69/18 69/21
70/21 71/10 71/13
71/24 73/3 73/12 74/4
76/22 77/14 79/16
80/20 81/18 83/1 83/16
85/24 86/2 87/20 89/16
89/18 90/8 128/25
Justice's [1]  25/10

**K**

Kailua [1]  4/9
Kathryn [2]  1/14 6/13
Kathryn Rakoczy [1]
6/13
kathryn.rakoczy [1]
1/18
keen [1]  88/25
keep [10]  16/4 16/24
45/13 45/14 49/24 51/7
59/2 68/10 71/9 73/8
Keepers [18]  13/1 13/2
17/24 28/7 55/10 56/22
62/17 65/23 66/10
66/12 66/13 66/24 67/5
67/17 74/21 78/11
81/17 81/22
Keepers' [1]  56/16
Kelly [2]  3/16 6/8
Kenneth [2]  4/2 6/8
key [1]  86/22
kicked [1]  87/25
kind [13]  11/14 18/8
18/9 20/17 20/25 21/3
21/17 44/11 49/5 50/23
58/13 69/22 83/11
kindly [2]  69/4 128/22
kinds [2]  73/3 74/10
Klein [2]  80/9 80/17
Klein's [1]  80/4
knew [3]  31/17 40/1
64/18

know [129]  10/12
10/13 11/2 11/7 11/20
14/8 15/13 16/6 16/12
16/18 16/18 17/3 17/13
17/17 18/1 18/2 18/4
18/12 18/13 18/14
18/16 18/21 22/11 26/8
27/13 27/24 28/11
28/14 29/14 35/9 35/13
35/21 35/21 35/25
36/11 38/19 40/21 41/8
41/8 41/14 41/18 41/22
41/22 43/1 43/2 43/5
44/21 45/9 46/5 48/14
49/2 50/15 51/14 52/6
53/5 53/8 53/12 53/16
53/17 53/18 53/21
53/22 54/2 55/18 56/1
57/16 59/18 59/22
59/25 60/6 60/8 60/23
63/2 63/2 63/3 63/12
64/5 64/6 64/15 64/21
64/21 65/9 65/14 65/19
66/6 67/19 67/19 67/20
67/21 68/2 72/11 72/12
72/13 74/1 74/14 76/5
78/14 78/17 79/24 81/4
81/24 81/25 82/3 82/11
82/11 82/12 82/20 83/3
83/4 83/21 84/15 84/19
84/23 85/8 85/15 85/20
86/1 86/11 86/14 86/17
86/25 87/13 87/17 88/3
88/6 88/13 89/6 89/8
129/5
knowing [2]  20/16
64/17
knowledge [2]  25/9
25/19
known [1]  15/11
knows [3]  59/19 67/24
82/10

**L**

Labor [1]  60/23
lack [1]  44/12
laid [1]  74/7
language [1]  57/1
laptop [4]  22/19 22/20
39/14 42/8
laptops [2]  39/8 39/12
large [2]  9/13 55/4
largely [3]  66/13 82/16
84/12
LASSITER [2]  2/3 2/16
last [14]  9/8 26/22
30/15 30/15 33/14 40/1
45/14 46/1 47/2 53/13
66/3 66/21 71/6 79/18
late [10]  9/18 10/23
15/18 22/6 52/21 75/22
76/4 77/4 77/13 88/21
later [8]  10/8 11/6 24/7
61/13 77/21 87/24 89/6
128/23
launch [1]  52/2
Laura [1]  3/11
law [8]  3/3 3/16 3/20

60/8
Lawn [3]  2/3 2/7 2/16
lawyer [2]  38/14 50/16
lawyers [12]  20/17
21/1 21/6 21/7 42/22
45/25 47/10 50/7 58/12
58/13 64/12 87/14
lay [1]  54/8
lay-down [1]  54/8
lays [1]  26/24
lead [2]  38/3 70/6
leadership [1]  29/9
leading [1]  58/21
leads [1]  71/3
learned [2]  26/17 77/6
learning [1]  28/12
least [8]  17/16 21/7
34/17 59/17 62/20 84/1
88/9 89/1
leave [1]  90/3
Lee [3]  2/7 4/7 73/24
left [1]  57/10
legal [2]  53/6 53/9
legislative [1]  60/9
leisure [1]  21/2
length [1]  17/12
lengths [1]  41/24
lengthy [2]  16/13 30/22
less [5]  31/4 52/21
72/25 73/1 77/22
let [19]  14/8 22/4 23/10
23/22 44/15 48/1 50/14
51/14 53/5 53/17 54/5
54/16 56/3 57/4 62/15
63/23 64/21 71/10
129/5
let's [15]  10/9 18/8
27/15 29/3 31/6 31/6
37/5 59/10 59/12 67/25
68/3 68/10 72/6 80/19
88/2
lets [1]  88/3
letter [3]  10/22 24/8
27/22
letters [1]  10/25 77/25
level [4]  12/15 13/12
76/2 79/5
liberty [1]  87/17
library [1]  42/18 51/16
lifetime [1]  77/11
light [5]  27/2 35/6
56/23 83/17 83/18
lightly [1]  32/3
like [28]  7/18 8/8 10/7
13/15 18/3 23/12 23/18
24/8 25/11 26/13 26/16
26/19 32/11 32/25
33/12 38/10 42/7 45/12
51/2 59/6 60/19 63/12
70/20 73/5 74/14 76/24
128/16 129/7
likelihood [1]  80/8
likely [5]  17/11 18/10
37/14 77/15 79/14
limine [3]  9/8 11/21
128/15
limit [1]  19/2

Linder [22]  2/2 2/3
2/15 2/16 6/15 6/20
19/8 20/3 20/11 38/12
40/11 44/22 46/20 58/8
58/24 61/12 62/2 65/7
69/17 73/15 86/15
86/25
line [4]  24/21 26/10
69/13 89/24
lined [1]  89/9
list [4]  8/12 69/24 70/1
70/4
listed [1]  40/4
listen [4]  18/3 18/4
34/22 61/4
literally [3]  29/12 81/11
89/9
little [9]  11/11 15/12
16/3 20/23 24/22 39/11
70/24 81/18 83/24
live [3]  8/11 35/1 35/8
Liz [1]  49/18
LLC [1]  4/3
LLP [1]  3/7
local [3]  54/22 54/24
55/2
locked [3]  67/9 88/12
88/19
logistical [1]  73/3
logistically [2]  69/21
73/9
logistics [1]  69/19
long [6]  16/24 26/8
46/11 52/4 75/25 88/19
longer [2]  39/24 82/14
look [21]  17/3 18/21
18/23 25/10 26/1 28/16
36/14 39/17 41/13 43/3
43/15 43/20 46/3 48/12
48/16 49/2 81/4 81/14
86/17 87/9 88/11
looked [5]  37/9 38/8
40/21 62/18 82/1
looking [2]  10/10
89/19
looming [1]  63/14
lose [2]  52/17 79/17
lost [1]  89/3
lot [12]  24/9 27/5 30/21
55/16 64/11 70/11
71/20 72/3 72/25 73/1
81/4 81/5
lots [2]  32/15 38/15

**M**

Machado [2]  3/2 3/3
made [16]  9/19 10/12
32/1 32/9 32/16 34/3
37/6 38/20 39/8 41/25
42/15 52/8 62/9 65/15
78/20 79/20
main [3]  51/18 55/6
55/7
make [17]  16/22 26/5
34/5 34/12 35/10 36/20
37/19 41/24 43/20 44/9
46/19 63/4 63/23 74/22

makes [1]  39/5
making [6]  13/11 21/9
21/14 24/20 24/21
32/13 32/17 82/10
management [1]  23/17
manner [1]  80/8
many [15]  15/1 18/6
36/12 59/16 70/2 72/11
72/14 73/24 73/25
78/10 128/17
marathon [1]  85/17
March [3]  31/14 48/25
88/14
Marion [1]  4/17
marked [1]  15/23
marked-up [1]  15/23
marshal [3]  43/4 46/5
86/10
Marshals [4]  40/22
41/22 44/23 87/4
Marshals' [1]  46/4
mask [2]  19/10 24/4
Massachusetts [1]
85/9
material [9]  9/1 24/11
32/8 32/24 41/2 41/3
87/22 88/5 88/9
materials [1]  75/17
matt [2]  5/5 73/22
matter [7]  17/24 35/4
35/18 36/17 81/15
84/23 130/4
matters [3]  7/20 11/23
18/10
Matthew [2]  5/2 7/1
may [31]  12/4 13/3
14/16 19/10 19/23 24/3
24/4 24/5 27/17 31/10
31/24 32/22 37/15 42/2
46/19 47/8 48/25 50/19
50/19 59/13 62/5 64/3
65/5 68/15 68/18 71/23
74/14 76/9 81/23 84/12
89/4
maybe [6]  16/1 49/16
52/2 58/12 59/14 89/2
McFadden [5]  64/6
64/8 79/24 80/5 90/7
MD [2]  2/13 4/23
me [51]  11/20 13/17
14/25 17/15 18/16
18/22 19/12 19/15
24/19 27/12 28/13
29/18 32/2 37/9 37/13
40/24 42/12 44/15
44/25 48/1 49/2 50/14
51/14 53/5 53/18 54/5
54/16 55/24 56/3 57/4
58/19 61/20 62/15
63/23 64/7 64/19 64/21
64/22 65/13 66/16
66/19 69/14 71/10
76/14 76/17 84/12
85/15 87/23 88/3
128/13 129/22
mean [30]  17/5 28/18
28/20 35/23 36/14

**M**

mean... [25] 43/25
44/19 47/13 47/14 49/7
49/22 50/24 52/6 53/8
56/1 57/2 57/3 57/4
58/1 58/9 58/15 61/3
64/20 69/12 70/7 71/8
78/14 78/17 79/20 86/9
means [2] 35/22 89/14
meant [1] 55/17
measured [1] 59/12
mechanical [1] 5/11
media [5] 18/3 48/14
61/5 83/25 84/6
medical [2] 14/16
14/18
meet [1] 89/5
meeting [1] 70/10
meetings [1] 50/2
Meggs [12] 3/16 6/8
6/18 7/2 33/15 38/5
61/23 64/3 64/12 65/3
88/14 90/5
MEHTA [2] 1/9 6/3
member [2] 12/19
81/23
members [4] 27/4
62/10 69/7 82/12
memo [1] 33/21
mention [1] 15/5
mentioned [2] 31/12
67/21
Merit [1] 5/7
messages [5] 30/13
30/14 30/14 30/15
30/20
messaging [1] 13/2
met [2] 21/16 69/22
mid [3] 15/21 76/21
76/22
mid-June [1] 76/22
mid-September [1]
76/21
middle [3] 53/19 77/15
77/24
might [12] 10/7 12/15
12/15 20/8 49/2 56/4
59/15 59/16 60/24
60/25 63/7 64/16
mind [1] 51/2
minded [2] 52/10 55/11
mindful [5] 16/19
17/10 17/19 19/6 31/19
Minuta [5] 4/7 6/10
6/22 7/4 33/6
minute [3] 46/1 56/17
69/19
minutes [3] 28/15
80/19 80/21
mission [1] 74/21
misstatement [1]
46/21
mistake [1] 47/1
mistakes [1] 32/16
Moerschel [5] 4/16
6/11 6/24 7/4 36/24
moment [4] 10/9 19/18
21/23 44/15

momentarily [1]
Monday [1] 129/2
month [4] 11/17 14/13
26/22 77/21
months [23] 26/21
28/9 32/19 40/1 47/18
47/20 48/19 48/19
48/19 48/20 52/1 52/2
56/7 59/2 64/13 64/13
64/13 69/24 73/10
73/11 83/1 84/10 87/25
months' [1] 53/4
more [33] 11/8 12/11
14/9 15/12 16/17 17/7
17/8 18/9 19/3 19/21
28/9 30/14 34/21 41/9
43/2 45/3 46/9 46/9
47/18 55/24 69/13 70/3
70/4 70/23 71/8 71/11
72/24 72/24 74/13
74/25 77/19 78/6 87/14
Moreover [1] 83/9
morning [9] 6/5 7/8 7/9
7/10 7/12 8/9 21/16
33/10 49/9
Moss [1] 49/9
most [9] 22/25 41/10
41/14 53/23 58/12
60/14 64/4 66/3 85/6
mostly [2] 16/4 71/24
motion [32] 8/2 10/4
11/21 21/12 22/4 22/14
23/23 24/8 24/15 24/15
24/17 26/14 27/16
27/23 32/25 37/9 37/22
38/3 38/5 39/23 40/15
54/17 64/4 64/7 69/6
74/8 75/11 79/22 79/23
80/2 88/1 88/2
motions [11] 7/16 9/8
13/18 34/9 37/25 38/1
38/4 53/12 64/10 67/21
128/14
motivations [1] 69/7
motives [1] 68/7
mountain [1] 32/14
move [9] 29/3 48/17
49/23 55/20 69/14 81/8
81/9 89/12 89/19
moved [3] 43/13 45/21
65/3
moving [10] 7/15 8/20
15/16 21/19 29/25
34/10 51/2 75/3 80/6
84/10
Mr [1] 80/4
Mr. [113] 8/7 8/8 13/21
13/22 13/23 13/23
14/15 14/17 14/18 19/8
20/3 20/5 20/11 21/25
22/4 23/22 24/2 25/24
27/12 28/14 28/16
28/22 29/25 30/2 30/4
30/8 30/11 31/3 31/12
31/14 32/23 33/6 33/6
33/9 33/15 33/16 34/1
34/6 34/9 35/12 35/20
36/24 37/2 37/2 38/3

38/24 39/9 39/13 39/18
39/24 40/11 40/18
43/13 44/17 44/22
45/14 46/5 46/20 46/20
50/15 51/1 51/11 51/13
51/22 52/19 53/25 58/8
58/24 58/25 59/18
61/12 61/16 61/18
61/23 62/2 62/3 62/15
63/23 64/3 64/12 65/3
65/7 67/8 69/17 69/19
73/15 73/16 73/17
73/20 74/1 75/3 75/10
78/16 79/20 79/25 80/4
80/9 80/15 80/17 86/15
86/16 86/25 87/2 87/2
87/22 88/14 88/15 90/4
90/5
Mr. Bright [3] 38/24
39/24 45/14
Mr. Caldwell [3] 13/21
14/18 62/3
Mr. Caldwell's [5]
13/23 14/15 14/17 38/3
58/25
Mr. Cramer [2] 35/12
35/20
Mr. Crisp [6] 30/2 30/4
30/8 30/11 51/13 73/20
Mr. Fischer [4] 31/3
51/11 61/16 69/19
Mr. Fischer's [1] 78/16
Mr. Geyer [12] 24/2
25/24 27/12 28/16
29/25 31/12 31/14 38/6
73/16 73/17 75/3 87/22
Mr. Hackett [1] 33/9
34/6 34/9
Mr. Harrelson [3]
33/16 34/1 88/15
Mr. Klein [2] 80/9
80/17
Mr. Klein's [1] 80/4
Mr. Linder [16] 19/8
20/3 20/11 38/12 40/11
44/22 46/20 58/8 58/24
61/12 62/2 65/7 69/17
73/15 86/15 86/25
Mr. Meggs [8] 33/15
38/5 61/23 64/3 64/12
65/3 88/14 90/5
Mr. Minuta [1] 33/6
Mr. Moerschel [1]
36/24
Mr. Nestler [5] 8/7 8/8
20/5 28/14 51/22
Mr. Olsen [1] 74/1
Mr. Peed [1] 37/2
Mr. Rhodes [19] 13/22
28/22 32/23 38/4 39/9
39/13 39/18 40/16
43/13 44/17 46/20
50/15 51/1 53/25 59/18
67/8 86/16 87/2 87/2
Mr. Rhodes' [1] 13/23
Mr. Ruffin [1] 46/5
Mr. Shipley [1] 33/6

Mr. Van [1] 52/19
Mr. Woodward [10]
21/25 22/4 23/22 61/18
62/15 63/23 75/10
79/25 80/15 90/4
Mr. Woodward's [1]
79/20
Ms. [30] 8/10 8/12 8/15
19/19 19/21 20/14 22/1
30/3 32/4 32/6 33/9
33/19 36/2 39/15 39/19
41/20 51/13 51/23
58/16 64/14 65/8 68/3
69/1 69/3 69/16 73/19
76/6 76/14 79/18 88/13
Ms. Halim [3] 33/9
33/19 36/2
Ms. Haller [8] 22/1
41/20 64/14 65/8 68/3
69/1 69/3 69/16
Ms. Rakoczy [15] 8/10
8/12 8/15 19/19 19/21
20/14 32/4 32/6 39/15
39/19 51/23 58/16 76/6
76/14 79/18
Ms. Watkins [4] 30/3
51/13 73/19 88/13
much [19] 16/25 17/1
34/10 34/17 34/21 45/2
45/4 48/13 54/6 56/21
59/1 77/22 77/22 78/6
79/9 79/10 82/14
129/19 129/22
multi [1] 47/25
multiple [2] 55/25
58/10
murdered [1] 56/24
my [58] 19/10 22/14
24/4 26/2 26/2 26/6
26/22 27/4 28/7 32/9
35/1 37/10 38/23 40/7
40/18 41/11 42/23
44/13 45/5 46/3 47/1
47/7 49/19 49/23 50/22
51/4 51/18 52/16 58/4
59/1 59/3 59/23 60/12
62/4 62/6 65/2 66/3
66/20 66/21 67/1 67/18
68/6 68/9 69/2 69/23
73/19 74/7 74/7 74/11
74/15 80/3 84/18 86/15
87/13 88/20 89/9 89/17
89/20
myriad [3] 39/1 40/9
47/16
myself [1] 15/2

**N**

name [2] 52/19 53/24
Narco [1] 38/16
Narco-Terrorism [1]
38/16
national [3] 49/20
73/22 76/2
naturally [1] 18/12
nature [2] 18/4 82/8
nearly [2] 52/1 58/19

necessary [3] 16/12
16/12 78/23
need [18] 8/11 16/20
18/14 20/9 22/19 23/3
33/3 36/19 44/9 46/11
53/7 70/2 70/17 70/17
74/1 75/19 79/4 128/25
needed [2] 11/5 43/3
needs [4] 23/3 26/12
44/8 87/6
neglected [1] 15/5
negotiate [2] 42/6 45/3
negotiated [1] 40/20
neighbors [1] 55/13
Nestler [7] 1/14 6/13
8/7 8/8 20/5 28/14
51/22
never [3] 36/16 46/17
87/16
new [5] 9/1 24/11
25/16 31/22 68/20
New York [1] 68/20
news [7] 18/15 18/19
49/20 54/24 54/25
83/25 84/6
newspaper [2] 54/22
56/25
newspapers [2] 53/20
55/3
next [8] 9/20 30/11
44/5 63/18 79/3 89/11
89/18 90/6
Nichols [1] 53/23
night [2] 66/4 66/22
nine [6] 56/17 73/12
74/24 78/8 78/14 81/19
NJ [1] 4/4
no [38] 1/4 6/6 6/7 6/8
6/8 8/18 14/6 16/5
19/24 20/4 32/10 34/4
34/9 36/3 36/16 39/3
39/24 43/19 46/2 46/16
46/22 47/5 48/15 52/7
53/25 59/16 59/24
60/10 63/17 66/8 67/15
68/14 72/14 73/8 78/3
82/22 85/2 86/17
nobody [4] 17/17
29/13 54/24 82/10
nonetheless [1] 19/5
Nordean [1] 76/18
normal [1] 44/1
not [137]
note [5] 51/14 57/24
70/21 83/20 86/17
noted [2] 78/21 82/19
nothing [3] 19/25
20/6 20/8 30/10 33/7
36/25 37/3 42/10 62/24
62/24
notice [17] 9/6 10/21
10/24 11/1 11/7 12/2
12/14 12/20 12/24
13/12 13/21 13/24 14/5
14/15 15/6 15/12 34/13
notices [2] 11/16 13/16
notification [1] 34/2
November [1] 29/21

**N**

November... [3] 34/11 34/16 84/5
now [43] 10/6 14/6 15/22 20/7 20/9 21/11 26/7 26/12 28/20 28/25 31/20 32/10 40/24 41/4 41/10 42/2 43/5 44/20 45/12 46/22 47/15 47/18 47/24 48/21 55/23 59/8 59/24 61/24 62/1 64/3 64/9 64/20 64/22 74/11 74/23 75/3 77/21 78/8 87/2 87/25 88/16 89/1 128/11
NPR [1] 18/15
number [11] 9/7 9/13 11/23 17/11 18/18 33/15 37/24 62/9 80/6 81/14 85/22
numeral [1] 39/7
NW [7] 1/16 3/3 3/12 3/17 3/21 5/3 5/9

**O**

Oak [3] 2/3 2/7 2/16
Oath [19] 13/1 13/2 17/24 28/7 55/9 56/15 56/21 62/17 65/23 66/10 66/11 66/13 66/24 67/5 67/17 74/21 78/11 81/17 81/22
object [3] 14/12 14/19 15/14
objection [1] 14/6
objections [1] 14/7
objective [2] 17/19 86/5
objectives [1] 19/6
obligation [6] 10/14 10/15 60/5 64/21 85/1 88/17
observation [1] 63/23
obtain [1] 60/5
obviously [15] 7/16 17/5 18/21 30/21 35/12 52/3 52/7 54/19 60/4 60/15 60/22 67/17 72/4 84/19 86/20
occurred [1] 83/1
October [4] 60/25 61/24 79/25 84/5
odds [1] 37/18
off [6] 58/14 58/20 61/2 66/20 70/24 128/19
offered [1] 81/15
office [8] 1/15 3/3 4/12 35/1 41/23 45/4 63/10 69/23
officer [1] 29/5
OFFICES [2] 3/20 4/7
Official [1] 5/8
offs [1] 42/2
often [1] 84/19
oftentimes [1] 18/2
oh [6] 8/14 20/22 30/4 33/23 43/7 50/18
okay [49] 7/8 7/13 8/5

15/15 17/2 18/13 19/7 20/1 20/4 21/21 23/24 26/13 27/17 27/19 28/16 30/9 31/7 32/21 33/5 33/8 33/24 35/10 35/16 35/19 36/2 36/10 37/4 42/9 43/22 48/10 51/9 61/16 63/22 65/6 69/5 69/10 73/13 76/16 80/18 80/19 80/21 84/18 89/22 129/6 129/7
oldest [1] 38/14
Olsen [2] 73/22 74/1
once [3] 24/7 40/17 87/11
one [52] 11/21 13/3 14/4 15/5 25/4 25/16 25/17 29/20 29/23 33/2 39/9 39/10 39/13 40/11 42/2 42/8 42/8 42/16 42/23 49/13 49/15 49/18 50/4 50/20 50/21 51/25 53/13 55/6 56/4 56/17 57/18 57/24 58/12 59/14 59/19 59/23 60/20 62/20 63/7 63/23 64/12 66/23 67/5 67/9 73/16 74/4 77/7 79/18 81/19 85/23 88/3 129/10
one-offs [1] 42/2
ones [1] 27/2
ongoing [3] 8/23 8/23 14/5
ongoing-notice [1] 14/5
online [2] 45/11 54/25
only [20] 17/15 18/5 18/7 18/23 29/20 29/23 39/14 46/14 57/6 59/14 62/19 64/3 65/16 66/12 66/24 67/9 71/6 73/10 81/9 83/6
open [5] 16/7 16/17 20/23 83/23 128/10
open-ended [3] 16/7 16/17 20/23
openings [1] 36/15
operate [1] 55/3
opinions [1] 11/9 17/23
opportunity [3] 41/21 63/20 65/9
oppose [3] 10/5 75/13 76/18
opposed [1] 41/20
opposes [1] 57/23
opposing [2] 75/11 76/18
opposite [1] 44/16
opposition [6] 38/9 79/21 79/22 80/2 80/12 80/12
option [2] 129/11 129/11
options [1] 16/5

order [4] 47/8 63/10 10/11 36/6
ordinary [2] 17/5 19/4
organization [4] 13/1 13/2 27/10 27/11
originally [2] 15/18 46/25
other [41] 21/12 23/14 23/21 27/9 28/13 28/19 35/23 36/15 39/1 40/19 41/25 42/2 42/16 42/21 43/13 43/17 44/17 44/21 45/12 48/18 49/11 50/21 58/13 58/22 59/20 60/3 61/17 62/21 64/5 64/16 68/21 72/11 72/12 72/14 80/4 88/11 88/23 89/10 89/12 89/13 89/15
others [2] 21/6 50/19
otherwise [2] 26/9 62/13
ought [4] 17/18 18/1 31/5 89/5
our [38] 8/12 10/1 11/4 13/4 14/7 14/11 15/20 15/21 16/18 22/8 29/7 29/9 35/7 35/11 39/25 40/6 40/10 46/8 50/24 51/25 57/23 59/6 60/13 61/25 62/6 62/7 62/12 63/8 65/3 65/4 70/4 71/7 76/3 76/10 79/9 80/6 80/20 129/15
out [43] 9/24 12/5 13/11 14/2 16/2 16/8 16/14 17/6 21/1 22/12 23/19 26/9 26/24 29/9 29/11 30/16 30/23 32/8 36/1 36/17 37/11 42/2 46/11 47/3 47/24 51/16 55/9 55/18 56/17 57/22 59/6 61/8 68/10 68/10 71/8 71/11 71/21 74/7 78/16 80/18 81/7 87/23 90/9
outcome [1] 89/1
outlook.com [1] 3/23
outset [1] 79/13
outside [1] 54/20
over [22] 21/2 26/24 29/11 29/18 29/22 30/19 42/10 49/20 50/7 52/7 53/23 55/20 58/16 60/5 71/11 74/18 84/22 85/8 85/23 88/13 89/19 129/16
overall [1] 17/19
overlapping [1] 70/16
overreaction [1] 23/16
overturned [1] 24/25
overwhelmed [1] 74/1
own [10] 13/25 15/20 15/21 20/18 22/20 38/23 70/8 70/9 70/14 82/6

**P. [1]** 6/3
P.A [2] 2/11 4/21
p.m [5] 80/24 80/24 129/3 129/3 129/24
PA [1] 4/14
page [3] 27/21 39/7 39/11
pages [2] 15/1 16/1
paid [1] 20/18
paint [2] 53/13 56/23
painting [1] 54/18
paints [1] 55/9
paperback [1] 40/6
papers [2] 40/6 54/6
paralegal [1] 25/17
paralegals [1] 25/13
parallel [2] 63/6 84/20
paraphrasing [1] 29/10
Park [1] 3/17
Parker [2] 3/2 3/7
part [5] 33/3 40/2 47/24 55/7 76/2
participant [1] 34/6
participants [1] 84/2
participate [1] 86/21
particular [3] 12/14 15/1 17/25
particularly [2] 25/15 54/5
parties [13] 9/9 9/22 9/23 10/20 10/22 11/12 15/17 16/9 16/11 16/25 17/16 37/8 37/24
parts [1] 15/20
passed [2] 10/11 51/13
past [2] 52/4 59/2
Pastor [3] 26/16 26/17 27/1
patiently [1] 65/10
pause [1] 44/15
pay [2] 61/4 61/6
paying [1] 54/21
pcooper [1] 3/14
peacefully [1] 74/19
Peed [4] 5/2 5/3 7/1 37/2
penalized [1] 49/3
pending [2] 10/3 75/21
Pennsylvania [3] 3/8 3/21 44/19
people [29] 12/13 17/22 17/23 23/10 28/21 29/11 29/14 31/16 32/15 35/18 36/12 43/21 44/24 45/10 53/14 53/19 54/3 55/19 56/24 59/5 69/20 72/1 74/14 74/16 74/18 79/7 85/19 86/5 89/13
per [2] 39/14 42/8
percent [1] 21/15
Percenters [1] 66/25
percolating [1] 87/25
perfect [2] 50/20 77/18
perhaps [4] 14/1 30/18 30/25 36/15 42/13 54/18 60/14

period [2] 56/17 75/25
permission [1] 29/9
permits [1] 35/8
permitted [1] 34/22
person [10] 7/3 8/17 42/16 42/18 47/11 52/10 52/24 53/15 69/22 129/11
personal [3] 61/20 61/25 64/15
perspective [5] 8/20 10/4 11/2 73/12 88/10
pertain [3] 60/1 62/5 84/16
peter [3] 3/11 3/11 36/17
petercooperlaw.com [1] 3/14
pharmaceutical [1] 38/17
phase [2] 8/20 16/14
Philadelphia [1] 4/14
phillip [5] 2/2 2/6 2/15 2/19 6/15 6/20
phone [7] 12/19 13/24 32/5 32/10 38/25 45/24 47/2
phones [3] 12/23 14/1 14/2
physically [2] 34/19 36/7
pick [3] 17/7 31/6 129/10
picking [1] 50/5 54/1 85/9
picture [1] 49/20
pieces [1] 80/6
pike [1] 14/23
piped [1] 35/2
place [1] 35/24
placed [1] 45/5
Plaintiff [1] 1/4
plan [1] 9/23
planned [1] 46/25
plays [1] 80/18
plea [1] 31/25
pleading [1] 76/10
pleadings [2] 9/6 30/23
please [7] 6/4 24/3 28/17 65/13 81/3 90/3 128/22
pleases [1] 51/12
plotted [1] 12/12
PO [1] 4/8
point [20] 10/3 11/12 15/2 33/7 42/23 46/19 46/22 51/16 56/3 59/23 60/13 60/14 61/3 62/5 65/14 67/18 67/19 67/23 72/10 72/11 75/18 77/6 77/20 78/21 80/10 82/10 89/3
pointed [1] 78/16
pointing [1] 29/7
points [2] 12/14 65/12
police [8] 23/8 23/8 23/13 23/15 29/5 29/5

**P**

police... [2] 74/21 74/23
political [3] 68/4 68/6 68/9
politicians [4] 52/8 52/9 52/9 68/25
Politico [1] 68/20
pool [1] 81/24
portion [4] 81/21 81/22 82/13 82/13
position [8] 15/13 16/18 26/2 34/9 64/9 74/13 76/21 86/5
possibility [1] 76/9
possible [5] 12/20 17/1 34/18 36/5 36/6
possibly [2] 80/12 85/7
post [2] 18/15 52/4
post-indictment [1] 52/4
posting [1] 49/19
postponement [1] 51/19
potential [16] 9/21 12/3 12/25 13/24 16/20 17/14 17/14 24/10 57/8 59/20 71/15 72/25 73/1 79/15 83/23 84/11
potentially [7] 13/8 13/9 28/2 63/7 79/2 79/3 86/23
power [2] 46/8 83/5
practicality [1] 22/23
pre [2] 25/14 85/10
pre-indictment [1] 25/14
precedent [1] 49/21
precise [2] 14/9 128/23
precisely [1] 59/13
preclude [1] 61/20
preferable [1] 61/13
preferred [1] 67/4
prejudice [1] 51/20 55/7 63/14
prejudiced [1] 58/1
prejudicial [1] 52/17
prep [1] 7/15
preparation [6] 8/20 8/24 8/25 9/4 86/21 87/8
prepare [7] 14/14 23/4 75/20 87/14 87/14 87/16 88/6
prepared [2] 10/1 38/9
prerogative [1] 63/5
present [1] 36/8
presentation [2] 9/12 87/18
presented [3] 13/4 54/14 82/19
presided [3] 53/23 85/8 85/23
President [5] 62/12 62/14 66/14 82/17 83/13
President's [2] 56/12 56/15

presiding [1] 6/3
press [3] 35/2 48/13 62/11
presumably [3] 59/18 59/20 79/11
presume [1] 61/4
presumes [3] 55/14 55/15 55/15
pretend [1] 27/20
pretrial [8] 10/1 10/2 10/11 11/17 17/22 82/3 82/5 87/20
pretty [6] 25/16 56/21 59/1 74/18 78/15 80/8
Prettyman [1] 5/8
prevent [1] 47/16
preview [2] 11/20 14/22
previously [2] 16/21 22/12
primary [3] 53/9 74/21 84/2
print [1] 58/20
printed [1] 40/3
prior [3] 56/6 56/7 74/4
probably [15] 14/10 20/16 20/24 20/25 21/7 21/15 38/14 44/3 44/3 53/24 56/2 58/20 72/18 74/4 80/10
probing [1] 16/21
problem [7] 8/18 25/21 25/22 54/1 64/24 69/2 74/14
problems [4] 11/15 40/9 47/16 60/20
proceed [1] 8/6
proceeding [3] 63/16 65/15 89/25
proceedings [6] 1/9 5/11 7/3 35/8 129/24 130/4
process [11] 16/10 31/2 45/18 47/10 60/9 76/13 78/23 79/6 85/6 85/11 85/12
produce [2] 8/22 9/1
produced [4] 5/11 41/15 71/22 88/10
producing [1] 11/5
productive [1] 9/10
professional [1] 34/25
professionals [1] 25/20
profile [1] 36/17
program [1] 39/9
progress [4] 7/14 9/19 11/12 17/4
prominently [1] 83/10
promise [1] 14/5
promises [3] 35/10 38/20 78/3
proof [1] 89/5
proper [1] 24/19
proposal [1] 15/24
proposals [1] 16/16
proposed [4] 9/13 9/17

proposing [1] 18/7
prosecution [1] 25/6
prosecutions [1] 49/4
prosecutors [2] 26/10 89/11
protest [1] 23/17
Proud [5] 49/16 62/17 66/24 77/9 77/10
provide [5] 12/21 15/6 18/22 46/4 63/10
provided [20] 9/3 9/7 9/14 10/23 10/25 11/7 12/2 12/14 12/20 12/24 13/4 13/12 13/24 14/15 23/10 24/14 37/17 40/22 63/9 71/14
providing [1] 63/4
provision [1] 15/10
provisions [1] 15/8
prudent [2] 16/12 76/5
public [26] 13/1 13/2 22/10 25/15 30/23 32/9 52/3 60/4 62/19 62/22 62/25 63/19 76/1 77/3 77/7 77/12 78/5 83/6 83/12 83/13 84/3 88/24 88/24 89/5 89/24 128/11
public-authority [1] 22/10
publicity [8] 17/23 76/12 79/14 81/16 82/4 82/5 82/7 84/9
publicized [1] 52/3
publicly [4] 62/20 66/7 77/25 78/10
pulled [1] 12/22
pulling [1] 26/16
Punta [1] 4/18
Purple [4] 66/2 66/25 67/1 67/17
purpose [3] 18/24 18/24 72/16
pursuant [1] 83/5
pushed [2] 27/3 80/11
pushing [1] 68/21
put [22] 18/8 30/16 30/23 32/2 32/8 32/10 34/5 34/8 35/11 37/20 40/12 43/17 44/23 51/18 64/2 70/17 73/12 76/10 80/11 81/18 83/22 129/20
putting [1] 19/2
PUTZI [2] 2/11 4/21

**Q**

question [9] 17/13 18/11 18/17 20/23 52/16 75/10 79/18 82/2 83/24
questioning [1] 57/8 81/25 85/11
questionnaire [15] 9/18 14/24 15/17 15/19 16/14 17/1 18/24 19/9 19/13 19/16 20/12

questions [20] 10/10 15/1 16/1 16/5 16/7 16/17 16/21 17/6 17/12 18/3 18/5 18/6 18/7 18/8 18/9 20/21 37/16 78/24 79/5 86/4
quite [4] 28/18 28/24 54/23 81/11

**R**

raise [7] 7/22 22/11 22/22 34/14 41/20 87/23 129/8
raised [6] 7/20 7/25 8/5 40/15 60/13 75/10
Rakoczy [17] 1/14 6/13 8/10 8/12 8/15 19/19 19/21 20/14 32/4 32/6 39/15 39/19 51/23 58/16 76/6 76/14 79/18
rally [1] 74/23
ramifications [1] 25/1
range [1] 20/23
ranking [1] 16/6
rather [3] 32/4 87/24 89/6
re [1] 11/16
re-alert [1] 11/16
reach [2] 29/9 37/11
reactions [1] 82/6
read [13] 18/4 26/1 27/21 30/14 31/4 38/8 42/5 53/20 54/2 54/25 55/15 56/2 61/8
readdress [1] 31/10
reads [1] 54/24
ready [12] 21/10 21/13 34/11 38/21 38/22 38/25 45/17 47/17 47/18 88/16 128/20 129/21
real [1] 34/18
real-time [1] 34/18
realistically [1] 21/13
reality [5] 22/17 41/7 46/12 63/6 67/24
realize [2] 29/6 55/11
realizes [1] 69/25
really [20] 9/3 16/20 17/18 17/19 17/20 18/1 18/10 18/16 22/19 26/20 49/21 52/11 58/1 64/20 69/13 74/12 75/3 81/24 87/10 88/5
Realtime [1] 5/7
reason [8] 42/5 48/5 49/5 51/18 81/12 81/13 83/25 89/21
reasonable [1] 19/1
reasoning [1] 27/8
reasons [11] 44/24 61/10 61/25 68/1 68/21 68/25 74/5 76/10 76/11 81/9 81/14
rebuttal [1] 13/9
receive [2] 10/17 85/5
received [1] 13/15

receiving [2] 18/22 40/16
recent [5] 33/13 64/4 66/3 70/23 71/13
recently [3] 53/23 64/6 71/24
recess [2] 80/23 80/24
reciprocal [1] 10/13
recitation [1] 31/25
recognition [1] 53/24
recognize [5] 17/3 17/7 23/9 64/15 87/10
record [16] 26/20 30/6 34/6 34/8 34/12 37/20 40/12 62/22 62/25 65/5 70/24 73/20 76/12 81/11 128/12 130/3
recorded [1] 5/11
records [3] 32/5 38/25 62/20
red [1] 74/10
refer [1] 66/21
referenced [2] 56/16 73/22
references [2] 62/19 75/1 78/10
reflect [3] 33/20 34/3 65/5
reflection [1] 53/11
Reformation [1] 25/8
regarding [6] 11/1 12/20 14/17 46/21 52/3 66/22
Registered [1] 5/7
related [2] 23/15 77/10
relating [2] 31/11 63/8
relation [1] 23/12
relationship [2] 17/11 74/11
Relativity [4] 22/24 22/25 39/16 39/20
release [2] 84/14 84/14
released [6] 62/7 62/8 77/13 77/23 78/4 78/6
releasing [1] 77/4
relevant [3] 12/9 28/2 72/8
remaining [1] 11/23
remains [1] 84/4
remarkable [1] 67/9
remotely [1] 7/5
remove [2] 19/10 24/4
repeat [2] 27/13 57/17
repeatedly [1] 87/1
reply [1] 128/14
report [9] 7/14 60/22 61/8 65/16 66/22 67/10 67/12 67/15 84/14
reported [1] 68/20
reporter [5] 5/6 5/7 5/7 5/8 80/20
reporting [1] 67/5 67/8 77/3 77/12 78/5
reports [6] 11/4 23/8 23/8 23/9 23/15 50/2
represent [1] 36/6
representation [2]

**R**

representation... [2] 61/23 79/21
Representative [1] 73/24
Representatives [1] 83/6
request [8] 21/23 32/13 35/11 47/20 51/19 57/24 78/3 128/25
requested [1] 31/15
requests [3] 26/4 32/17 75/13
require [1] 89/18
required [1] 83/17
reserve [2] 14/11 36/19
reserved [2] 35/4 35/14
resided [1] 85/19
resolve [2] 128/17 129/1
resolved [1] 128/19
resolving [1] 26/12
resources [2] 25/22 41/7
respect [12] 9/6 11/21 12/2 14/18 15/8 18/20 37/7 44/11 79/19 80/15 83/9 86/14
respectfully [3] 60/12 61/10 65/1
respond [1] 82/7
response [3] 13/18 33/1 41/13
responses [3] 16/14 32/18 32/19
rest [1] 89/24
restriction [1] 34/21
restrictions [2] 36/9 36/12
result [1] 83/15
resulted [1] 51/20
retrieve [1] 14/1
retrieved [1] 13/25
reverse [1] 82/20
review [2] 29/12 40/7
reviewing [2] 82/3 82/4
revisit [1] 84/17
RHODES [25] 1/6 2/2 6/7 6/16 7/2 13/22 28/22 32/1 32/23 38/4 39/9 39/13 39/18 40/16 43/13 44/17 46/20 50/15 51/1 53/25 59/18 67/8 86/16 87/2 87/2
Rhodes' [1] 13/23
right [48] 10/21 14/6 14/11 14/22 19/8 20/6 20/9 20/10 21/22 21/25 27/10 28/20 28/25 30/2 30/4 33/6 36/7 37/1 37/5 37/22 40/16 43/5 43/11 44/6 44/19 47/7 47/9 49/1 51/9 59/15 61/17 66/13 67/12 71/15 71/20 74/23 75/6 75/7 78/14 78/17 81/4 86/18 86/20 86/23

right-wing [1] 27/10
rigorous [4] 57/7 85/6 85/10 85/11
RIOS [1] 4/17
rise [4] 6/2 12/15 80/22 81/1
risk [3] 63/14 71/18 79/17
Ritchie [2] 2/12 4/22
RMR [2] 130/2 130/8
Road [1] 3/17
Roberto [2] 4/7 6/10
ROBERTSON [1] 3/7
role [1] 83/13
roll [1] 17/6
room [8] 32/1 35/2 35/3 35/5 35/14 35/17 69/25 87/15
rooms [2] 36/1 60/18
Ruffin [2] 46/5 46/6
rule [2] 9/7 41/18
rules [1] 37/18
run [2] 43/9 50/7
running [1] 27/25
rushed [1] 51/1

**S**

said [25] 17/10 27/14 30/4 32/3 38/6 41/6 42/12 45/2 56/9 59/19 62/3 62/3 64/1 72/7 78/16 81/8 82/3 82/22 84/15 85/4 86/7 86/20 86/24 89/8 128/21
Salt [1] 27/2
same [12] 39/20 42/17 42/19 43/24 43/25 45/16 52/24 56/13 64/10 83/15 84/4 89/10
Samuel [1] 26/18
Sandra [1] 3/2
saturated [1] 57/13
Saturday [1] 20/19
saw [1] 25/3
say [33] 13/7 17/4 19/4 21/5 22/9 28/18 30/13 36/4 41/13 42/13 43/3 44/10 44/10 49/3 50/4 54/4 54/16 54/19 55/6 56/13 57/4 57/4 58/8 58/15 62/15 67/12 67/16 69/12 70/21 71/10 72/4 72/8 72/9
saying [9] 32/2 66/12 67/15 68/19 68/22 68/24 68/25 71/18 71/25
says [7] 29/5 29/6 29/7 31/25 39/8 82/25 83/4
scale [1] 16/6
schedule [3] 35/7 50/23 74/3
scheduled [5] 75/22 79/25 80/9 80/17 128/24
scholar [2] 12/25 15/7

scott [3] 4/16 4/19 6/24
SE [1] 3/8
seal [4] 8/5 20/8 33/3 37/14
Sealed [1] 90/10
searched [2] 32/6 32/7
seated [2] 6/4 81/3
seats [2] 36/16 36/18
second [10] 33/21 34/14 34/15 36/7 37/6 48/12 48/23 65/4 73/16 73/16
Sections [1] 25/15
see [10] 23/7 26/22 28/1 34/17 35/11 50/2 80/18 89/4 90/8 129/21
seek [2] 12/10 14/16
seemed [2] 77/19 77/19
seems [3] 27/8 77/22 84/12
seen [6] 16/17 42/5 45/17 50/15 74/9 78/8
seize [1] 24/20
Select [5] 76/7 76/22 77/2 77/3 77/7
selection [4] 17/13 17/18 18/25 60/24
send [1] 20/14
sending [1] 27/11
sense [6] 11/14 14/25 52/12 61/2 71/17 82/18
sent [2] 15/24 15/25
sentencing [1] 26/23
separate [6] 7/22 22/21 29/14 38/5 70/21 85/2
separately [1] 22/21
separating [1] 74/16
September [32] 10/2 10/6 21/14 34/18 37/24 45/17 50/5 52/21 60/21 61/21 63/17 64/16 65/15 65/24 66/9 67/2 67/13 67/25 68/1 71/19 75/23 75/24 76/4 76/9 76/21 77/5 77/14 79/2 84/5 84/8 84/12 88/22
Service [4] 40/22 41/22 44/23 87/4
session [1] 81/2
sessions [1] 78/14
set [11] 30/18 30/24 37/12 37/23 48/18 48/23 49/12 61/24 71/19 82/14 128/16
seven [3] 58/21 64/23 88/8
sever [3] 79/22 79/23 80/2
several [3] 20/17 38/20 53/15
sfbrennwald [1] 3/9
shakes [1] 90/9
shared [1] 78/1
sharpen [1] 87/18
she [7] 19/19 19/23 22/16 51/14 51/14

Sheila [1] 73/24
Shipley [4] 4/7 4/8 6/22 33/6
shorter [1] 70/6
shortly [1] 81/10
should [11] 17/10 29/17 29/17 36/14 38/18 38/18 45/3 47/21 49/21 72/9 90/4
shouldn't [1] 49/3
show [5] 23/9 23/10 23/11 23/12 30/25
sic [3] 30/14 52/19 52/20
side [1] 23/14
sides [2] 9/4 73/6
Signal [3] 30/13 47/21 71/1
signed [1] 32/11
significance [1] 76/2
significant [2] 18/17 80/8
similar [2] 27/22 43/2
simplify [1] 73/4
simply [2] 61/19 63/15
Simultaneously [1] 22/18
since [3] 21/5 30/11 64/13
single [6] 27/21 27/21 49/5 49/13 53/14 53/22
single-spaced [1] 27/21
sir [2] 40/13 48/15
sit [2] 30/25 45/10
site [2] 12/8 12/9
sitting [4] 22/18 45/25 55/23 65/9
situation [5] 42/17 43/2 63/12 82/19 90/7
six [15] 17/16 25/12 25/13 28/9 42/14 46/12 47/17 47/23 51/8 59/2 71/6 73/3 73/9 73/10 73/11
six-week [1] 73/3
slide [1] 88/4
slow [1] 50/1
small [1] 35/5
so [117] 7/13 7/21 8/6 8/6 8/24 9/5 9/13 9/25 10/3 10/23 10/24 11/11 12/8 12/12 12/18 12/20 13/16 14/4 14/6 14/8 15/2 15/17 15/20 16/1 16/5 16/16 16/19 16/25 17/17 17/18 18/11 18/21 19/8 20/23 21/2 21/9 22/20 23/1 26/21 27/6 28/22 29/1 31/4 32/13 32/15 32/20 34/11 34/24 35/2 35/3 35/7 35/17 36/20 37/5 37/18 37/22 37/23 38/8 38/12 38/25 40/7 41/22 44/5 44/8 44/10 45/5 45/10 45/14 47/3 47/5

scott / space — 143

R 45/17 45/18 48/7 48/11 49/2 49/21 51/2 51/16 52/2 52/14 54/2 55/23 56/1 57/20 58/1 59/4 59/19 59/22 62/2 63/3 63/12 64/9 64/15 65/8 66/2 70/12 70/18 72/23 73/12 74/20 75/17 76/17 77/13 78/9 79/16 80/2 86/2 86/11 88/7 89/20 90/7 128/14 128/16 128/17 128/21 128/25 129/2
so I think [2] 15/17 16/25
so it's [3] 11/11 44/5 73/12
so this needs [1] 44/8
So unless [1] 29/1
SolarWinds [1] 73/23
some [59] 8/4 8/22 10/25 10/25 11/4 11/8 12/21 12/22 13/5 13/12 13/16 14/9 14/16 14/19 15/20 16/2 16/8 16/17 18/18 19/23 20/7 21/12 21/17 23/18 24/18 28/19 28/21 28/21 28/22 30/24 32/18 34/20 36/5 36/6 37/10 37/16 40/7 40/14 48/22 50/15 50/23 54/18 55/25 61/2 70/15 71/17 72/2 75/24 76/2 77/8 78/15 79/5 79/17 80/2 80/8 89/3 89/10 89/18 90/5
somebody [7] 18/17 32/2 44/23 50/19 52/18 55/14 57/9
someone [2] 13/3 28/23
something [20] 14/11 16/6 28/1 29/1 29/2 31/5 31/23 32/24 35/25 38/7 43/15 53/5 54/9 56/3 58/15 61/18 66/6 71/25 73/19 128/17
somewhat [1] 15/22
somewhere [1] 35/4
soon [5] 9/16 15/23 21/18 88/14 128/17
sooner [3] 87/24 89/6 128/18
sorry [7] 8/14 13/7 19/14 19/24 33/17 77/1 128/13
sort [14] 9/20 14/4 28/23 36/5 36/6 37/5 38/4 44/22 53/15 60/13 78/18 81/20 87/24 88/4
sought [1] 86/19
sounds [3] 10/7 13/15 76/24
source [3] 29/20 29/23 66/16
sources [2] 18/3 31/16
space [3] 34/20 35/12

**space... [1]** 36/8
**spaced [1]** 27/21
**speak [3]** 8/10 35/3 62/13
**speaking [1]** 80/3
**special [1]** 87/2
**specific [1]** 31/11
**specifics [1]** 21/22
**spectacle [1]** 52/3
**speculative [1]** 84/12
**speed [1]** 51/5
**speedy [4]** 50/25 63/14 88/17 88/18
**spend [1]** 45/22
**spending [1]** 70/10
**spent [6]** 29/12 38/23 47/23 70/3 70/4 85/9
**spoken [3]** 8/25 34/24 34/25
**spread [1]** 21/1
**spreadsheet [1]** 45/9
**spring [3]** 15/18 49/12 89/15
**Sr [2]** 2/11 4/21
**staff [2]** 74/8 90/2
**staff's [1]** 25/5
**stage [1]** 37/23
**stairs [1]** 74/19
**stake [1]** 87/17
**stand [3]** 7/14 7/19 14/25
**standing [4]** 6/20 30/8 51/13 59/4
**stands [2]** 80/23 129/23
**stanley [3]** 3/16 3/19 6/17
**Stanley's [1]** 67/19
**start [5]** 8/7 64/23 75/22 81/25 88/8
**started [3]** 51/6 71/5 71/6
**starting [1]** 76/4
**stated [4]** 22/16 57/25 74/1 76/11
**statement [3]** 10/1 11/18 72/5
**statements [3]** 13/1 78/22 79/1
**STATES [8]** 1/1 1/3 1/10 6/6 51/24 54/9 66/14 82/17
**status [6]** 1/9 19/13 19/16 50/1 65/5 79/19
**status-wise [2]** 19/13 19/16
**statutes [1]** 15/8
**stay [2]** 19/18 46/11
**steel [1]** 15/2
**Steele [1]** 3/11
**stenography [1]** 5/11
**step [1]** 9/20
**Stephen [1]** 3/7
**steps [1]** 29/10
**Steve [1]** 53/24
**Stevens [2]** 25/1 25/11
**STEWART [7]** 1/6 2/2
46/18
**still [12]** 11/5 11/8 11/11 13/11 14/2 22/15 32/7 34/10 42/13 51/15 57/22 88/8
**stipulations [6]** 9/14 20/20 21/16 51/7 70/5 70/20
**stop [2]** 46/18 69/12
**straight [1]** 49/25
**strange [1]** 27/11
**streamline [6]** 9/12 16/2 17/1 17/20 31/2 31/4
**streamlined [2]** 70/18 72/24
**streamlining [1]** 70/12
**Street [5]** 1/16 3/3 3/12 4/13 5/3
**stricken [1]** 20/22
**strides [2]** 21/9 21/14
**strong [1]** 80/12
**struck [1]** 41/16
**studied [1]** 12/25
**stuff [6]** 21/13 31/11 70/25 71/5 71/24 72/3
**styled [1]** 34/13
**SUAREZ [1]** 4/17
**Subcommittee [1]** 73/21
**subject [4]** 11/23 38/11 52/25 65/19
**subjective [1]** 82/7
**subjects [1]** 77/9
**submission [1]** 66/3
**submit [3]** 9/18 20/21 37/9
**submitted [3]** 15/19 15/21 26/1
**subpoena [2]** 72/6 72/10
**subpoenaed [1]** 60/19
**subpoenaing [1]** 70/15
**subsequent [1]** 83/15
**such [2]** 63/10 81/19
**sufficient [1]** 42/25
**sufficiently [1]** 75/19
**suggest [3]** 30/17 56/24 68/13
**suggested [1]** 59/17
**suggesting [3]** 50/16 68/16 68/19
**suggestion [2]** 31/9 53/14
**suggestions [1]** 71/20
**suit [1]** 72/15
**Suite [11]** 2/4 2/8 2/12 2/17 3/4 3/12 3/21 4/13 4/18 4/22 5/4
**summaries [1]** 45/8
**summer [1]** 89/16
**Sunday [1]** 20/19
**supposed [2]** 48/24 68/23
**supremacists [1]** 55/10
**Supreme [2]** 83/14
**Supreme Court [2]** 83/14 85/13
**sure [14]** 16/22 19/11 28/16 28/24 31/9 31/13 34/12 36/13 36/20 53/21 54/10 57/7 57/18 87/15
**surprise [2]** 26/22 27/4
**surprised [2]** 86/3 86/5
**surrounding [1]** 79/14
**surveillance [1]** 74/25
**suspect [1]** 72/17
**suspicious [1]** 24/11
**switch [1]** 57/20
**sworn [1]** 72/5

**T**

**table [2]** 9/15 59/5
**tag [1]** 38/4
**tag-along [1]** 38/4
**tail [1]** 58/14
**take [10]** 19/3 19/5 20/4 40/11 42/9 58/20 62/4 73/7 80/19 87/9
**taken [1]** 87/1
**takes [1]** 34/9
**taking [3]** 32/19 71/18 83/7
**talk [14]** 7/20 8/2 21/14 21/22 27/15 28/20 28/25 29/1 33/4 35/20 39/2 47/12 55/13 70/23
**talked [1]** 64/1 81/10 90/6
**talking [4]** 46/7 59/8 69/19 72/20
**Tatenhove [1]** 72/3
**team [9]** 32/6 66/2 66/25 66/25 67/1 67/17 67/17 69/22 70/8
**teams [4]** 66/23 66/24 67/16 72/1
**technical [2]** 12/11 19/23
**technologically [1]** 36/4
**technology [2]** 25/8 35/24
**Ted [1]** 25/1
**teeth [1]** 26/16
**telephones [1]** 12/18
**television [1]** 53/16
**tell [12]** 13/17 40/24 44/22 45/20 49/7 49/22 53/5 54/9 56/3 61/6 66/16 78/22
**telling [4]** 18/18 50/22 64/22 72/14
**tells [1]** 28/13
**ten [1]** 80/21
**tend [3]** 18/7 18/8 36/17
**tends [1]** 70/24
**tens [1]** 30/13
**terms [18]** 7/14 7/14 11/23 14/23 14/24 19/7 32/24 40/23 40/24 41/1
84/11 85/18 87/8 128/19
**terrible [1]** 74/20
**terrific [1]** 53/6
**Terrorism [1]** 38/16
**testified [2]** 52/20 59/18
**testify [1]** 13/25
**testifying [1]** 11/10
**testimony [9]** 12/4 12/16 12/21 14/16 14/20 15/14 53/1 71/3 77/10
**tethered [1]** 53/15
**text [1]** 30/20
**textbook [1]** 30/14
**than [16]** 17/8 17/9 19/3 24/8 30/15 32/4 36/15 41/9 47/18 52/21 53/25 56/4 83/11 85/16 87/24 89/6
**thank [27]** 8/16 19/25 21/24 23/23 24/6 29/24 31/8 31/9 32/20 36/22 38/13 51/10 61/15 61/16 69/11 69/15 69/16 73/15 73/18 75/5 75/6 75/8 87/7 129/6 129/19 129/22
**thank you [25]** 8/16 19/25 21/24 23/23 24/6 29/24 31/8 31/9 32/20 36/22 38/13 51/10 61/15 61/16 69/11 69/15 69/16 73/15 75/5 75/6 75/8 87/7 129/6 129/22
**thankfully [1]** 39/18
**thanks [2]** 39/15 80/21
**that [536]**
**that'll [3]** 8/6 26/15 84/7
**that's [65]** 7/24 9/3 14/4 14/14 14/22 15/11 17/13 18/11 18/5 18/12 18/17 20/1 27/17 28/3 30/4 31/5 31/20 32/24 33/2 33/2 33/3 36/22 37/12 37/19 40/1 40/2 40/20 40/20 40/22 40/25 42/11 43/25 47/13 48/23 49/4 50/11 50/24 52/23 53/17 53/17 54/11 55/4 55/17 55/19 56/2 59/7 62/22 62/23 63/5 64/14 64/23 66/12 67/4 69/2 70/18 74/4 74/20 77/16 81/12 81/13 86/2 87/15 89/7 89/18 129/20
**their [39]** 11/7 11/9 13/25 14/3 16/22 20/18 25/21 29/16 32/6 32/20 40/4 41/7 41/20 42/19 42/22 46/21 47/14 47/14 53/16 55/13
84/11 85/18 87/8 128/19

**thelinderfirm.com [2]** 2/6 2/19
**them [36]** 7/20 15/24 15/25 16/24 16/24 23/3 25/20 26/5 26/6 27/5 35/15 36/19 37/25 39/13 41/19 47/23 53/10 53/21 56/24 60/18 61/6 68/21 70/16 72/1 72/2 75/2 75/24 76/5 78/16 79/2 79/3 79/8 81/7 81/10 81/19 84/17
**then [35]** 7/24 8/2 8/4 14/24 16/11 18/7 18/14 20/22 20/25 22/21 26/6 26/11 27/15 29/3 29/10 30/2 31/6 31/6 34/14 36/5 38/5 38/6 43/3 48/11 48/22 48/24 60/2 64/19 77/12 79/6 80/20 83/22 86/22 88/7 88/15
**theory [2]** 74/15
**there [100]** 7/16 7/19 8/17 9/13 10/13 11/3 11/14 11/21 14/4 14/5 15/18 17/11 18/2 19/18 19/19 19/21 21/13 22/12 23/21 25/2 25/16 26/3 26/4 26/9 26/9 28/1 28/20 28/21 30/16 30/21 31/18 32/17 33/14 34/20 36/8 36/15 36/18 38/4 41/16 42/2 42/2 42/11 42/16 43/1 43/18 44/19 44/24 47/16 48/22 50/19 53/14 54/7 54/25 55/2 57/22 58/17 59/17 63/14 63/17 68/21 71/8 71/11 71/11 71/14 71/21 71/23 72/19 72/25 73/1 74/16 74/16 74/17 74/17 76/5 76/8 76/9 77/2 77/7 77/12 78/10 78/11 78/15 79/21 79/22 80/4 80/6 80/7 81/14 81/18 82/25 83/24 84/15 85/22 86/1 87/1 87/23 88/2 88/11 88/23 129/7
**there's [44]** 8/8 8/11 11/13 12/18 17/14 20/6 20/7 22/22 23/5 27/14 27/24 28/1 29/12 30/1 35/1 39/1 43/2 48/13 48/14 53/3 55/25 62/9 64/22 69/13 71/8 71/20 72/1 72/14 72/18 73/3 73/8 74/9 75/1 79/16 81/4 86/7 86/8 86/9 87/16 88/1 89/17 89/25

there's... [2] 90/1
128/25
thereabouts [1] 24/22
thereafter [1] 128/17
these [54] 7/3 12/23
15/9 22/13 23/17 26/10
28/21 28/23 29/10
29/15 30/19 30/23
30/25 39/12 41/8 41/23
45/10 46/23 50/6 50/7
50/8 52/12 53/2 53/8
53/16 53/18 55/19
56/23 59/15 60/1 63/4
63/21 64/11 64/13
74/24 75/14 75/20
75/22 76/2 77/23 78/4
78/5 79/15 81/25 82/15
83/14 84/16 85/5 86/13
88/19 89/6 89/10 89/10
128/18
they [88] 11/8 13/17
14/3 14/10 15/6 15/7
18/18 20/16 20/21
22/24 23/2 26/5 29/23
32/14 32/14 34/3 39/17
39/21 41/6 41/7 42/16
42/18 42/19 43/9 47/3
47/4 47/5 49/12 50/25
51/1 52/11 53/20 54/4
54/13 54/25 55/10
55/11 55/12 55/12
55/18 55/18 56/14
59/24 60/23 60/24
60/25 61/4 61/7 62/23
62/24 63/10 65/16
65/16 66/2 67/16 68/23
68/25 72/2 72/12 72/18
74/22 75/17 75/19 76/3
76/4 78/22 79/1 82/3
82/23 82/23 83/22
83/22 84/13 84/25
84/25 85/3 85/3 85/10
85/24 86/20 87/14
88/18 88/18 88/20
129/17
they'll [3] 14/9 15/23
61/8
they're [32] 14/2 14/12
32/9 32/14 32/15 42/18
44/25 50/8 50/9 52/8
52/12 53/2 58/13 58/16
60/6 60/6 60/10 60/11
60/22 60/22 65/15
68/11 71/25 74/8 74/12
82/10 85/1 86/22 87/23
88/16 88/21 88/21
they've [10] 16/21 38/6
39/15 54/11 55/15
60/10 66/7 66/8 72/14
87/1
thing [8] 25/4 34/14
40/11 50/4 56/13 57/6
57/24 74/20
things [24] 7/14 7/19
14/25 18/4 23/12 30/23
32/8 32/18 33/2 33/11

55/16 57/15 70/7 70/20
71/2 72/23 74/10 74/22
78/16 84/20 88/4
think [84] 10/14 10/20
11/12 14/2 15/11 15/17
15/23 16/1 16/15 16/25
17/4 17/10 17/21 19/4
21/13 22/3 23/1 26/10
26/20 27/9 27/14 30/14
30/23 31/1 31/5 33/2
34/16 36/14 38/7 40/18
41/2 42/17 42/25 43/12
44/16 45/2 45/3 48/21
52/10 52/16 52/18
52/19 52/20 52/22
52/23 53/2 53/5 53/11
53/18 54/8 54/23 55/8
57/13 60/13 61/12
61/14 61/18 62/4 62/21
63/19 64/3 65/2 66/13
66/15 68/11 70/3 70/11
71/8 72/6 72/23 74/15
74/23 74/24 76/11 78/5
79/16 80/6 83/11 83/16
84/4 85/20 86/3 87/19
88/14
thinking [1] 11/22
this [170]
This is [1] 6/6
Thomas [2] 4/21 6/11
those [43] 7/11 10/18
11/5 13/18 16/17 16/23
18/7 18/8 18/18 19/6
23/22 25/19 32/6 32/7
32/8 33/20 34/2 34/7
34/15 36/6 37/10 40/22
40/24 42/25 44/6 48/21
50/20 56/10 56/11
59/16 61/9 62/12 62/18
63/7 65/17 66/23 72/12
78/22 79/1 83/4 128/18
129/5 129/10
though [2] 42/19 44/7
thought [3] 38/22 47/4
78/20
thousand [6] 26/25
57/21 59/8 59/14 74/18
77/13
thousands [2] 29/12
30/13
three [13] 12/3 20/18
39/10 39/15 47/18
48/17 56/22 58/19
66/25 69/25 73/2 88/12
89/2
through [21] 21/15
21/17 27/3 28/12 32/5
39/8 41/20 45/9 45/10
47/25 49/12 49/25 50/8
70/5 70/17 73/7 74/24
76/13 85/6 88/4 89/17
throughout [1] 25/1
throw [1] 61/1
Thursday [3] 42/21
129/4 129/5
Thursdays [1] 40/18
till [1] 45/25

14/14 17/8 19/1 19/2
19/3 19/5 21/14 22/22
26/8 30/24 31/7 31/21
33/2 33/12 34/18 36/25
37/3 39/13 41/5 43/2
43/10 45/16 50/16
55/24 61/13 61/24
63/13 64/10 70/3 70/4
70/10 71/12 71/14
72/24 73/14 74/13
75/12 75/15 75/18
75/21 76/5 77/3 77/6
77/17 77/18 77/20 80/2
80/16 83/24 87/14
87/16 88/19
time-consuming [1]
17/8
timeline [1] 26/11
times [5] 37/12 39/25
46/15 55/25 68/20
timetable [1] 60/10
timing [2] 24/23 41/2
68/21
titled [1] 130/4
today [9] 7/13 8/1 8/17
21/7 30/5 37/11 37/21
46/11 76/12
Todd [1] 31/25
together [12] 9/21 21/3
21/19 42/19 43/18
45/22 69/25 70/3 70/10
70/10 73/5 73/6
told [4] 21/18 31/17
45/20 71/13
toll [2] 25/3 63/13
tomorrow [1] 80/5
ton [1] 47/19
too [5] 16/24 16/24
29/8 48/13 70/19
took [5] 25/3 40/6
47/14 47/22 58/19
top [1] 78/8
topics [1] 14/3
touch [5] 7/24 32/2
37/15 37/16 43/5
toward [2] 9/3 18/25
towards [2] 16/7 18/23
Towers [2] 12/4 4/22
track [2] 10/5 89/3
traffic [2] 40/21 42/6
traitor [1] 75/2
transcript [4] 1/9 5/11
78/9 130/3
transcription [1] 5/11
transcripts [17] 57/21
59/9 59/14 59/16 59/23
59/25 62/5 62/18 77/4
77/13 77/23 78/2 78/4
78/6 84/13 84/14 84/15
transfer [1] 85/13
travel [1] 60/17
treat [2] 43/24 44/12
trial [111] 7/15 7/15
7/17 7/23 8/20 8/24
8/25 9/3 9/11 9/12 10/5
10/6 12/10 15/18 26/7
28/10 29/15 31/2 34/11

34/19 35/7 35/15 36/17
37/23 38/1 38/11 43/4
45/16 46/12 47/8 49/16
49/23 50/25 51/1 51/2
53/23 54/13 54/13 56/7
56/7 57/8 58/2 58/4
59/25 60/3 61/1 61/21
61/23 63/14 63/16 64/5
64/16 64/23 65/4 68/12
68/12 68/22 68/24 70/6
70/12 70/18 71/12
71/14 71/19 72/24 73/2
73/3 73/4 73/9 74/3
74/8 75/20 75/22 75/24
76/1 77/15 77/15 77/24
78/18 79/25 80/9 80/16
80/17 81/8 81/9 81/13
83/2 83/24 84/3 84/5
84/10 84/16 85/6 85/8
85/21 87/6 87/16 87/20
88/5 88/6 88/8 88/17
88/18 88/20 89/1 89/14
128/20 128/24
trial-preparation [1]
8/20
trials [8] 38/15 48/18
48/23 48/24 49/12
85/22 89/9 89/12
tried [7] 17/25 38/15
38/15 44/17 48/7 55/22
75/15
true [10] 53/17 53/17
53/18 55/4 55/19 56/5
56/9 56/13 71/18 87/15
Trump [2] 32/13 32/2
truth [3] 74/15 84/23
87/18
try [8] 9/10 39/6 48/2
48/4 48/5 63/18 70/19
89/3
trying [9] 9/22 16/19
16/25 22/13 23/6 26/21
50/5 52/12 59/3
Tsarnaev [2] 85/9
85/21
Tuesday [1] 42/20
Tuesdays [1] 40/18
turn [6] 19/20 20/3
30/2 37/5 60/5 68/3
turned [1] 71/11
turning [2] 29/18 58/16
turns [1] 29/4
twice [4] 21/7 39/14
45/23 69/23
two [28] 17/17 33/11
33/14 33/14 34/2 39/4
39/13 40/1 40/17 42/8
42/20 46/15 46/23 56/7
58/12 58/18 58/22 63/6
64/10 64/12 69/23
72/23 83/1 89/1 89/15
128/22 129/5 129/10
two-hour [1] 46/23
two-week [1] 17/17
TX [3] 2/4 2/8 2/17
typical [1] 45/25

U.S [4] 1/15 43/4 44/22
46/4
U.S. [3] 41/23 45/4
63/10
U.S. Attorney's Office
[3] 41/23 45/4 63/10
ultimately [3] 82/16
82/25 85/12
uncle [1] 74/8
under [6] 8/5 9/7 20/8
33/3 37/14 63/13
understand [27] 9/15
11/24 14/4 14/12 27/24
28/18 28/24 42/4 43/19
43/19 43/22 46/2 46/13
49/14 50/18 54/13 58/3
58/6 63/15 63/21 69/21
72/22 76/7 76/8 76/17
81/6 88/9
understanding [4]
35/1 40/19 67/1 80/3
understands [1] 80/7
Understood [1] 59/11
undo [1] 89/24
undoubtedly [2] 60/15
60/16
unduly [1] 16/24
unfair [1] 60/3
unfettered [1] 42/22
unfold [1] 60/9
unforeseen [1] 41/4
unfortunately [2] 55/3
57/12
unique [2] 62/23 87/11
unit [4] 12/8 12/8 12/19
24/21
UNITED [8] 1/1 1/3
1/10 6/6 51/24 54/9
66/14 82/17
United States [4]
51/24 54/9 66/14 82/17
United States of [1]
6/6
unless [2] 29/1 89/25
unlike [1] 64/11
unlikely [1] 52/23
until [5] 13/9 31/22
63/18 81/24 84/1
unusual [3] 42/3 42/3
87/11
up [33] 8/8 10/10 15/23
16/11 17/14 17/15 29/9
32/25 44/19 45/11
45/13 51/5 52/6 52/8
59/1 59/3 65/8 65/12
66/19 67/3 67/9 67/22
69/19 70/1 72/18 78/23
79/6 80/11 85/9 88/12
89/19 89/7 89/9
upcoming [1] 43/4
update [1] 7/19
updated [1] 39/19
updates [1] 7/22
upon [5] 37/15 40/20
41/2 69/7 82/21
urge [1] 17/18
urging [1] 47/20

**U**

us [33] 7/11 9/16 9/18
11/5 11/8 11/9 14/9
14/13 14/14 15/19
15/23 16/16 18/18
19/22 20/14 22/17
34/15 36/6 37/22 42/15
43/9 45/4 45/8 47/12
47/16 49/13 58/18
60/10 63/11 70/5 70/20
74/3 78/22
usdoj.gov [2] 1/18
1/19
use [5] 39/13 57/15
57/16 71/12 71/14
used [1] 83/22

**V**

valid [1] 78/20
Vallejo [5] 5/2 6/12 7/1
7/4 37/2
value [1] 27/6
Van [2] 52/19 72/3
Vander [1] 52/20
various [3] 9/11 34/9
41/23
venue [4] 53/13 54/17
82/22 85/14
version [3] 15/24 15/25
20/15
versus [1] 6/7
very [27] 8/22 9/13
16/19 17/19 18/23
21/20 24/19 24/23
25/14 26/7 26/8 27/10
30/12 34/10 34/16 52/2
53/13 55/2 55/2 57/10
65/2 77/19 82/2 88/19
88/19 129/19 129/22
via [2] 1/14 7/11
video [7] 26/18 26/23
27/1 29/12 39/25 41/5
74/25
view [8] 26/2 53/1
59/23 60/2 83/13 86/1
86/12 88/20
views [4] 68/4 68/5
68/6 69/7
violate [1] 15/10
Virginia [2] 55/21
55/22
virtually [1] 58/11
virtue [1] 84/10
visits [2] 39/25 41/6
visual [2] 35/2 35/6
voir [12] 16/10 17/6
52/25 55/17 76/13
78/23 79/5 82/5 85/6
85/10 85/11 85/12
volume [2] 41/14 49/3
voluminous [1] 75/17
vs [1] 1/5

**W**

wait [4] 13/9 60/9 90/8
129/22
waiting [4] 45/25 48/19
63/17 89/14

waived [1] 7/7
walk [1] 74/18
walking [1] 26/19
Walnut [1] 4/13
want [36] 7/21 7/22
7/24 8/4 10/7 12/13
14/3 16/22 16/23 19/8
19/12 19/15 20/2 20/8
21/11 28/25 29/1 34/5
34/8 37/19 39/1 39/2
44/10 50/13 50/25 51/1
51/16 55/20 61/17
65/12 68/17 69/21
70/16 75/7 129/12
129/13
wanted [7] 19/19 23/21
34/12 34/14 51/14
61/18 73/20
wanting [3] 43/23
43/24 71/19
wants [3] 17/17 28/10
51/2
War [1] 56/25
was [95] 8/17 10/13
11/21 12/12 12/22
15/18 15/25 16/2 16/4
16/15 19/17 19/18
19/19 24/12 24/13
24/15 24/25 25/2 25/5
25/7 25/11 25/17 25/19
25/20 25/21 25/21 27/7
27/22 29/13 29/22
31/17 31/20 31/24
32/19 33/22 34/6 34/12
37/6 38/7 39/3 39/4
39/18 39/19 39/24 40/7
40/20 40/20 41/4 42/7
43/1 45/14 46/25 47/2
47/18 49/9 52/4 52/19
53/14 56/7 56/9 56/12
56/18 56/21 56/22
57/13 58/17 58/18
58/22 64/18 65/9 67/10
67/13 72/4 72/7 72/8
76/21 76/22 77/3 77/11
77/12 77/16 79/22 80/2
81/19 81/21 81/23
82/13 82/19 82/20
83/13 83/24 85/12
85/13 85/14 88/13
Washington [12] 1/5
1/16 3/4 3/8 3/13 3/17
3/22 5/4 5/9 18/15
18/15 54/20
wasn't [5] 28/23 30/4
38/19 42/11 79/21
wasted [2] 26/24 26/24
watch [2] 38/8 52/25
watched [8] 18/13
18/18 52/11 52/18
54/11 55/14 57/9 62/18
watching [1] 53/16
water [1] 59/6
Watergate [2] 56/5
84/1
Watkins [8] 2/11 6/9
6/21 7/2 30/3 51/13

way [12] 10/22 18/8
20/18 24/20 24/21
34/13 49/24 55/21 73/8
79/4 83/8 86/19
ways [2] 16/8 44/17
we [246]
we believe [2] 71/23
76/12
we can [1] 11/16
we will [6] 51/4 51/7
78/23 86/15 128/22
129/4
we'd [3] 21/18 32/25
78/1
we'll [21] 7/17 11/5
12/10 14/10 21/22
35/20 36/1 36/20 37/19
42/7 45/14 46/5 46/8
61/5 70/23 74/25 80/18
88/6 90/5 90/7 129/21
we're [38] 7/13 10/6
11/14 13/10 14/7 15/11
18/5 18/6 20/23 21/3
21/15 23/6 29/8 29/8
32/11 32/18 33/2 37/21
38/25 43/25 45/12
46/12 47/25 50/1 50/3
55/8 55/17 58/24 59/4
59/5 59/8 61/2 69/22
70/19 74/23 88/8 90/2
90/8
we've [28] 9/19 13/4
14/8 20/21 23/8 26/24
27/5 28/11 32/25 39/25
40/9 45/9 45/18 47/24
49/24 51/5 55/24 62/1
69/23 70/7 70/11 71/5
71/6 71/24 78/8 81/9
89/1 89/3
week [19] 10/24 11/6
17/17 20/24 21/7 39/14
40/17 42/9 42/20 45/14
45/22 45/23 47/2 60/25
69/23 73/2 73/3 128/23
128/24
weekend [2] 20/17
21/8
weeks [23] 31/22
33/14 37/7 39/4 39/10
39/13 39/15 46/12
47/17 47/24 50/2 51/8
56/22 58/18 58/22
64/23 69/23 71/6 73/9
77/14 85/9 88/8 129/21
weigh [1] 81/5
Weinberg [3] 4/16 4/17
6/24
welcome [2] 50/1 57/3
well [37] 9/22 10/15
11/17 14/22 15/6 15/10
15/12 16/8 18/7 19/17
21/22 26/13 32/5 32/23
35/20 41/8 42/11 42/15
45/24 46/3 48/12 50/10
55/4 57/4 57/12 57/22
59/10 61/9 61/14 61/19
64/17 66/18 70/4 75/15

went [3] 10/15 21/17
28/21
were [40] 9/8 11/3 11/4
11/8 12/13 13/3 20/16
25/4 25/13 25/22 27/1
28/20 28/21 31/17
31/24 33/14 37/8 38/1
38/16 42/6 43/13 47/3
47/4 47/21 55/21 68/23
73/25 74/16 75/17 77/8
77/8 77/9 77/13 77/18
77/25 78/15 82/9 83/1
83/4 83/10
weren't [1] 31/18
West [1] 4/13
what [90] 11/22 13/17
16/21 17/21 18/1 18/3
18/22 19/7 23/14 26/1
26/2 26/2 27/13 28/3
28/17 28/18 28/22 33/3
33/22 35/3 35/11 35/21
37/17 39/5 40/20 40/20
41/6 42/6 42/24 42/24
44/10 45/18 46/4 48/22
50/11 50/13 52/7 52/9
52/11 52/14 53/2 53/11
55/17 55/18 55/18 56/6
56/9 56/18 57/4 57/6
59/13 59/19 59/24 60/6
60/11 61/3 61/7 63/2
64/7 64/8 65/13 65/19
65/22 66/16 67/13
67/19 68/2 68/7 68/12
68/19 68/25 69/22
70/18 71/12 71/17 72/4
72/8 78/13 79/7 79/19
81/20 82/25 83/11
84/11 84/13 84/25 85/1
85/3 85/4 89/7
what's [6] 14/23 15/2
17/20 31/19 66/2 83/18
whatever [1] 31/16
when [40] 11/7 15/18
20/8 23/17 25/2 25/3
27/4 30/17 31/24 32/19
38/11 38/20 38/21 40/1
40/4 41/3 45/7 45/24
48/2 49/7 52/16 55/8
55/10 55/24 58/16 60/3
60/6 60/9 60/10 60/23
61/22 65/1 70/23 74/8
76/5 76/21 78/21 85/3
86/3 87/16
whenever [1] 49/16
where [30] 7/14 7/19
9/21 9/24 12/13 14/4
14/25 16/11 16/20 17/6
19/13 19/16 21/2 31/1
31/25 35/4 35/6 39/11
39/24 42/21 43/20
44/23 44/25 45/5 50/3
52/12 63/12 79/17
84/20 89/4
whether [17] 10/12
10/21 13/17 15/13
18/14 19/19 22/11
26/10 35/21 35/25

which [32] 7/17 8/6
12/4 17/22 18/4 19/4
24/8 24/10 24/12 26/3
27/14 39/3 41/18 42/23
47/6 52/19 56/2 58/21
60/13 62/16 67/9 71/20
72/5 77/14 79/10 79/13
82/3 82/23 83/4 83/11
85/21 129/5
whichever [1] 129/10
while [4] 22/16 34/22
56/15 88/16
white [1] 55/10
who [38] 7/10 7/11
12/7 12/18 12/21 12/25
12/25 13/25 17/25
22/19 25/17 27/3 27/3
28/11 32/4 34/15 36/6
44/20 48/19 48/22
52/18 53/24 54/3 54/20
56/24 57/9 58/12 59/5
62/13 75/23 77/8 77/9
80/7 81/23 85/19 86/4
88/12 89/13
who's [5] 13/4 22/18
25/16 43/1 90/1
who've [1] 89/14
whole [1] 55/16
whom [1] 64/12
whose [1] 77/10
why [13] 8/7 19/17
30/2 37/21 38/19 44/24
63/3 65/8 74/5 75/11
76/17 83/21 89/23
will [65] 9/16 12/10
14/19 19/3 21/5 22/9
22/14 23/1 23/21 31/5
36/16 37/11 41/4 44/3
45/17 49/24 51/4 51/7
52/17 54/10 54/13 57/8
58/8 60/15 60/16 61/3
61/4 62/4 65/5 65/16
66/18 67/3 67/20 67/22
70/16 70/21 70/22
73/25 75/21 76/5 78/4
78/6 78/22 78/23 79/11
80/10 82/12 84/13
84/17 86/3 86/4 86/5
86/12 86/15 87/4 87/14
89/6 89/25 128/19
128/22 129/4 129/5
129/10 129/15 129/17
will be [1] 76/5
William [9] 2/11 4/7 4/8
4/21 5/6 6/22 31/24
130/2 130/8
willing [1] 28/9
Wilson's [1] 31/25
windows [1] 46/23
wing [1] 27/10
wise [3] 19/13 19/16
44/25
wish [1] 57/2
withdrawn [1] 24/13
within [3] 17/7 46/8
54/1

wait [1] 50/24 52/14
54/11 55/20 78/5 84/4

W

**without [3]** 49/13
54/17 63/4
**witness [11]** 12/11
12/25 13/5 45/8 59/20
59/21 69/24 70/1 71/2
72/17 81/22
**witnesses [15]** 8/24
12/3 14/17 24/11 47/25
58/22 60/16 60/17 70/2
70/15 72/12 72/14
72/21 77/9 78/12
**Woodward [13]** 3/16
3/16 6/17 21/25 22/4
23/22 61/18 62/15
63/23 75/10 79/25
80/15 90/4
**Woodward's [2]** 79/20
80/4
**word [8]** 20/14 27/21
49/23 50/22 51/4 84/18
86/15 87/9
**words [1]** 40/19
**work [23]** 9/4 11/11
12/20 17/3 20/15 20/17
22/13 24/10 34/23 35/9
35/12 35/17 45/22 51/4
53/20 58/12 59/1 73/4
79/12 86/8 87/4 87/18
129/20
**worked [4]** 20/19 21/8
45/21 73/7
**workers [1]** 55/13
**working [23]** 9/20 11/8
19/7 21/3 21/9 21/19
22/7 22/10 31/16 31/17
32/15 40/25 45/23
47/25 49/24 49/24 51/6
58/14 58/25 58/25
70/19 73/5 87/10
**works [2]** 12/7 50/23
**world [2]** 29/20 55/11
**worried [1]** 57/11
**worse [1]** 47/6
**would [77]** 11/9 12/21
13/25 14/3 14/7 14/13
15/14 16/5 16/10 17/18
19/6 22/5 22/19 22/21
22/22 23/5 23/18 24/8
24/15 25/12 25/16 27/8
27/9 28/14 30/11 30/12
30/16 30/16 30/24 31/1
31/4 33/11 34/21 35/6
36/5 38/10 41/5 43/12
44/25 48/2 48/4 50/1
52/11 52/22 54/19 55/6
55/22 56/13 57/3 57/18
57/24 57/25 60/2 60/4
60/19 61/12 61/13 62/7
63/19 70/6 70/11 72/25
72/25 73/1 74/1 74/4
74/10 77/14 77/19
81/11 82/5 82/7 83/25
128/15 128/16 128/22
129/7
**wouldn't [2]** 48/5 48/5
**wreak [2]** 81/11 89/20
**write [1]** 54/17
**writing [1]** 31/15
**writings [1]** 11/4
**written [4]** 16/14 40/5
54/5 72/5
**wrong [1]** 10/21
**wrote [2]** 24/9 47/14

Y

**yeah [6]** 10/9 25/25
43/7 60/1 71/16 72/10
**year [9]** 30/15 48/9
61/13 63/18 75/21
75/25 76/3 88/13 89/11
**years [4]** 30/15 38/15
58/10 84/22
**yes [22]** 10/19 13/20
15/4 16/5 22/2 33/11
33/23 40/13 47/8 53/1
56/9 65/21 65/25 66/18
67/18 67/19 69/9 69/11
75/8 76/20 79/11 80/1
**yesterday [2]** 33/25
38/7
**yet [5]** 15/13 16/18
22/7 23/6 88/3
**York [1]** 68/20
**you [234]**
**you'd [1]** 8/8
**you'll [2]** 27/12 41/21
**you're [15]** 20/24 21/1
28/22 39/23 40/16
40/24 50/11 57/10
64/22 66/13 68/13
68/16 70/14 78/14
85/15
**you've [19]** 13/16 26/8
36/20 42/5 42/5 43/5
46/3 50/16 50/22 51/4
53/6 53/9 59/19 59/20
64/5 64/9 64/21 70/1
87/9
**your [100]** 6/5 8/9 8/16
8/19 10/19 12/1 13/10
13/20 15/4 15/17 18/14
19/24 19/25 20/7 21/5
21/23 21/24 22/2 23/23
24/6 27/21 28/3 29/6
29/24 30/6 30/12 31/8
31/10 32/22 33/7 33/11
36/22 36/25 37/3 38/13
40/15 41/21 44/3 44/4
44/20 46/20 48/2 51/10
51/12 51/18 51/22 53/1
53/8 53/11 54/6 54/16
54/22 55/5 55/6 56/20
57/12 57/20 58/3 58/7
60/12 61/9 61/15 61/19
61/22 62/5 63/1 63/24
63/25 64/2 64/4 65/1
65/3 65/11 65/13 65/21
66/3 66/18 66/21 67/22
68/4 68/5 68/18 69/7
69/9 69/11 69/15 69/18
70/13 71/20 73/6 73/14
73/18 75/5 75/8 75/10
76/20 80/1 87/7 87/9
129/9

**writes [1]** 7/3

8/9 8/16 8/19 10/19
12/1 13/10 13/20 15/4
15/17 19/24 19/25 20/7
21/5 21/24 22/2 23/23
24/6 28/3 29/24 30/6
30/12 31/8 32/22 33/7
33/11 36/22 36/25 37/3
38/13 46/20 51/10
51/12 51/18 51/22
54/16 55/5 55/6 56/20
57/12 57/20 58/3 58/7
60/12 61/9 61/15 61/19
61/22 63/1 65/1 65/3
65/11 65/13 65/21 66/3
66/18 66/21 67/22
68/18 69/9 69/11 69/15
69/18 73/18 75/5 75/8
75/10 76/20 80/1 87/7
129/9
**Your Honor's [1]** 62/5

Z

**Zaremba [3]** 5/6 130/2
130/8
**zero [1]** 46/24
**Zoom [7]** 1/14 7/11
21/4 21/6 21/7 47/11
129/11
**Zooming [1]** 69/23
**Zooms [1]** 45/23
**Zsuzsa [1]** 3/20