IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) </br> ) </br> ) |
| v. | ) Criminal No. 1:22-cr-00015-APM |
| **KENNETH HARRELSON** | ) </br> ) |
| **Defendant** | ) </br> ) </br> ) </br> ) |

**DEFENDANT KENNETH HARRELSON'S MEMORANDUM OF LAW
IN SUPPORT OF HIS MOTION IN LIMINE
TO EXCLUDE INADMISSIBLE OR UNDULY PREJUDICIAL
ANTICIPATED TRIAL EVIDENCE**

Defendant, Kenneth Harrelson, by and through undersigned counsel, Bradford L. Geyer, Esq., and pursuant to this court's Pretrial Order, dated May 12, 2022, (ECF 133), hereby files his Motion in Limine to Exclude Inadmissible or Unduly Prejudicial Anticipated Trial Evidence In support of his Opposition, Harrelson files his companion Memorandum of Law.

The undersigned counsel has consulted with the prosecution with the enclosed Motion in Limine.

Dated: August 18, 2022  RESPECTFULLY SUBMITTED
  KENNETH HARRELSON, *By Counsel*
  /s/ Brad Geyer

  Bradford L. Geyer, PHV
  PA 62998
  NJ 022751991
  Suite 141 Route 130 S., Suite 303
  Cinnaminson, NJ 08077
  Brad@FormerFedsGroup.Com
  (856) 607-5708

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 18, 2022, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

/s/ Brad Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708