IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter, and in support of said motion states as follows:

1. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

2. As the Court is aware, the trial in this matter is scheduled to begin September 27, 2022 and will last approximately six weeks.

3. The Defendant resides in Berryville, Virginia, which is an approximate two-hour drive to and from the courthouse.

4. The Defendant's physical and medical condition will not permit him to drive multiple hours a day, five days a week for six weeks to commute to and from the courthouse.

5. Rather, the Defendant and his wife desire to stay at a hotel in either the Arlington, Va. or Alexandria, Va. area to be near the courthouse from Sundays through Fridays for the duration of the trial. The Defendant will return to his home in Berryville, Va. on weekends.

WHEREFORE, the Defendant respectfully requests that the Court modify the Defendant's conditions of release to allow him to stay in a hotel in the Arlington, Va. or Alexandria, Va. area from Sunday through Friday for the duration of the trial in this matter.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2022, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:     Office of the United States Attorney
                                555 4th Street, NW
                                Washington, DC 20001

/s/
David W. Fischer, Esq.
