**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant be permitted to attend the Oakrum Baptist Church on Sunday, October 2, 2022 from 9:00 a.m. to 3:00 p.m.

_____          _____
Date                                                   Honorable Amit P. Mehta
                                                           United States District Court