**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-cr-15-APM |
| THOMAS E. CALDWELL<br>(U.S. v. Elmer Stewart Rhodes) | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CONSOLIDATED POST-TRIAL MOTIONS OF DEFENDANT CALDWELL**

**PURSUANT TO F.R.Cr.P. 29 & 33**

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David

W. Fischer, Esq., and hereby moves for judgment of acquittal pursuant to F.R.C.P. 29(c) and for

a new trial pursuant to F.R.C.P. 33, and in support thereof sets forth the preliminary grounds as

to these Motions as follows:

On November 29, 2022 the Defendant was found guilty by a jury of Obstruction of an

Official Proceeding (Count 3) and Evidence Tampering/Proceedings (Count 13).  (ECF No.

411).  The Defendant challenges his convictions as to these counts on the grounds set forth

below and as will be set forth in a substantive memorandum, which the Court has advised is due

on or before December 23, 2022.

**I.      The verdict was unsupported by legally sufficient evidence to sustain the convictions beyond a reasonable doubt.**

The Defendant submits that the verdict as to all counts was unsupported by adequate

evidence to sustain his convictions to the standard of beyond a reasonable doubt.

**II.      The verdict was against the weight of the evidence.**

The Defendant submits that the verdict was against the weight of the evidence adduced.

### III.     Reassertion of grounds previously placed on the record.

The Defendant hereby reasserts each and every ground previously set forth in all defense motions during trial and trial objections, including but not limited to, Defendant's oral and written motions for judgment of acquittal.  Additionally, the Defendant asserts as grounds for a new trial the Court's rulings on venue, the admission of certain evidence, the request to order that the government provide immunity to witness Paul Stamey, and certain jury instructions.  The Defendant emphasizes that this motion is filed to preserve his right to litigate his requests under Rule 29 and Rule 33 and that additional, more substantial arguments will be made in his supplemental briefing.

### IV.     Legal Standard.

Under Federal Rule of Criminal Procedure 33, the Court "may vacate any judgment and grant a new trial if the interest of justice so requires."  Pursuant to Rule 33(a):  "[T]he evidence must preponderate heavily against the verdict, such that it would be a miscarriage of justice to let the verdict stand . . . [.]  This power should be . . . invoked only in those exceptional cases in which the evidence weighs heavily against the verdict." *United States v. Howard*, 245 F. Supp. 2d 24, 30 (D.D.C. 2003) (*quoting United States v. Edmonds*, 765 F. Supp. 1112, 1118 (D.D.C. 1991)).  Moreover, a new trial should be allowed "only if the defendant has shown that the error . . . affected the defendant's substantial rights." *United States v. Williams*, 825 F. Supp. 2d 128, 132 (D.D.C. 2011).

### V.     Caldwell will supplement this motion on or before December 23, 2022.

In addition to arguments made in various motions to dismiss, an oral motion for judgment of acquittal, a written motion for judgment of acquittal, and oral and written motions in limine ruled upon before and during trial, Caldwell, as instructed by the Court, will file a supplemental

brief in support of the instant requests for a new trial and for the granting of judgment of

acquittal on or before December 23, 2022.

WHEREFORE, the Defendant respectfully requests that he be granted a new trial or that

his motion for judgment of acquittal be granted.


Respectfully submitted:


_____/s/_____
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2022, a copy of the foregoing Defendant Caldwell's Consolidated Post-Trial Motions Pursuant to F.R.Cr.P. 29 & 33 was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:


Counsel for the Government:            Office of the United States Attorney
                                       Kathryn Rakoczy, AUSA
                                       Jeffery Nestler, AUSA
                                       Troy Edwards, AUSA
                                       Alexandra Hughes, AUSA
                                       Justin Sher, AUSA
                                       Louis Manzo, AUSA
                                       555 4th Street, NW
                                       Washington, DC 20001


_____/s/_____
David W. Fischer, Esq.