### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

### CALDWELL'S NOTICE OF JOINDER AS TO ECF NO. 434, MOTION FOR NEW TRIAL, FILED BY CO-DEFENDANT KELLY MEGGS

.

COMES NOW the defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and hereby notifies the Court of his intention to join a Motion for New Trial (ECF No. 434), which was previously filed by counsel on behalf of Kelly Meggs and all co-defendants. The motion so filed, however, did not include undersigned counsel's signature. Accordingly, the purpose of this notice is to make clear that Caldwell joins the Motion for New Trial as filed under ECF No. 434.

Respectfully Submitted,

_____/s/_____
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite #300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## **CERTFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 12th day of January, 2023, a copy of the foregoing Notice of Joinder as to ECF No. 434 (Motion for New Trial) was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:       Office of the United States Attorney
       Kathryn Rakoczy, AUSA
       Jeffrey Nestler, AUSA
       Louis Manzo, AUSA
       Troy Edwards, AUSA
       Ahmed Baset, AUSA
       Alexandra Hughes, DOJ T.A. (NSD)
       Justin Sher, DOJ T.A. (NSD)
       555 4th Street, NW
       Washington, DC 20001

       _____/s/_____
       David W. Fischer, Esq.