# EXHIBIT

# C



Defense/Caldwell Exhibit No. 164
Case No. _____ 22-15 APM
Identification _____
Admitted _____