IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                                   *

vs.                                             *   Case No.: 22-15 APM

THOMAS E. CALDWELL                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CALDWELL'S NOTICE REGARDING WAIVER OF APPEARANCE FOR THE COURT'S RULING ON RULE 29 MOTION

.

COMES NOW the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and hereby notifies the Court that, after consultation with the undersigned, and after being fully advised of his right to personally appear at all proceedings of this Court, that the Defendant hereby waives his right to appear in-person for a hearing regarding the Court's ruling on his motion filed pursuant to Rule 29. The Defendant further understands that his remote, virtual appearance is required at the Rule 29 hearing to be held on a date to be set by the Court. The Defendant further consents to undersigned counsel appearing remotely for the aforementioned hearing.

Respectfully submitted,

_____/s/_____
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite #300
7310 Ritchie Highway
Glen Burnie, MD 21061

1

(410) 787-0826  
Attorney for Defendant

**CERTFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 9th day of September, 2023, a copy of the foregoing Notice Regarding Waiver of Appearance was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney  
                                                 Kathryn Rakoczy, AUSA  
                                                 Jeffrey Nestler, AUSA  
                                                 Louis Manzo, AUSA  
                                                 Troy Edwards, AUSA  
                                                 Alexandra Hughes, DOJ T.A. (NSD)  
                                                 Justin Sher, DOJ T.A. (NSD)  
                                                 555 4th Street, NW  
                                                 Washington, DC 20001

                                                 /s/  
                                               David W. Fischer, Esq.