IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter, and in support of said motion states as follows:

1. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

2. Since March 12, 2021 the Defendant has fully complied with all conditions of release.

3. The Defendant requests permission to accompany his wife, Sharon Caldwell, to the 167th Airlift Wing (Air Force Reserve) in Martinsburg, West Virgina on December 21, 2023 to renew Mrs. Caldwell's military ID card for health insurance benefits.  Mr. Caldwell is the sponsor and policy holder, while Mrs. Caldwell is the beneficiary.

WHEREFORE, the Defendant respectfully requests that the Court modify the Defendant's conditions of release to allow him to accompany his wife to the 167th Airlift Wing (Air Force Reserve) in Martinsburg, WV on December 21, 2023 for the purpose of renewing Mrs. Caldwell's military ID card as approved by Pretrial Services.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of November, 2023, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                              555 4th Street, NW
                                              Washington, DC 20001

                                                          _____/s/_____
                                                          David W. Fischer, Esq.