IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )     CR No. 22-15
                                    )     Washington, D.C.
          vs.                       )     October 4, 2022
                                    )     9:30 a.m.
ELMER STEWART RHODES III, ET AL.,   )
                                    )     Day 5
          Defendants.               )     Morning Session
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn L. Rakoczy
                               Jeffrey S. Nestler
                               Alexandra Hughes
                               Troy Edwards
                               Louis Manzo
                               U.S. ATTORNEY'S OFFICE
                               601 D Street, NW
                               Washington, D.C. 20579
                               (202) 252-7277
                               Email:
                               kathryn.rakoczy@usdoj.gov
                               Email:
                               jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

```
APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                      Stanley Edmund Woodward, Jr.
                                  BRAND WOODWARD LAW
                                  1808 Park Road NW
                                  Washington, D.C. 20010
                                  (202) 996-7447
                                  Email:
                                  stanley@brandwoodwardlaw.com

                                  Juli Zsuzsa Haller
                                  LAW OFFICES OF JULIA HALLER
                                  601 Pennsylvania Avenue, NW
                                  Suite 900
                                  S. Building
                                  Washington, D.C. 20036
                                  (202) 352-2615
                                  Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                Bradford L. Geyer
                                  FormerFeds LLC
                                  2006 Berwick Drive
                                  Cinnaminson, NJ 08077
                                  (856) 607-5708
                                  Email:
                                  Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:               David William Fischer, Sr.
                                  FISCHER & PUTZI, P.A.
                                  7310 Governor Ritchie Highway
                                  Empire Towers, Suite 300
                                  Glen Burnie, MD 21061-3065
                                  (410) 787-0826
                                  Email:
                                  fischerandputzi@hotmail.com
```

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

WITNESSES              DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

SA MICHAEL PALIAN   1435  1543

- - -

INDEX OF EXHIBITS

- - -

| GOVERNMENT'S | IDENTIFIED | ADMITTED |
|---|---|---|
| 6615.D | | 1444 |
| 1000.1 TO 1000.11 | | 1453 |
| 6611 | | 1456 |
| 1530 | | 1462 |
| 6616.B AND 6617.B | | 1481 |
| 1002 | | 1491 |
| 1001.1 | | 1496 |
| 6618.A | | 1500 |
| 21 | | 1520 |
| 5116 | | 1523 |
| 725.1 THROUGH 725.10 | | 1531 |
| 192.P.1 | | 1537 |
| 192.P.2 | | 1539 |
| 2867.1 | | 1541 |

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Honorable
 3   Amit P. Mehta presiding.
 4            THE COURT:  Please be seated, everyone.
 5   Good morning.
 6            COURTROOM DEPUTY:  Good morning, Your Honor.  This
 7   is Criminal Case No. 22-15, United States of America versus
 8   Defendant No. 1, Elmer Stewart Rhodes III; Defendant 2,
 9   Kelly Meggs; Defendant 3, Kenneth Harrelson; Defendant 4,
10   Jessica Watkins; and Defendant 10, Thomas Edward Caldwell.
11            Kathryn Rakoczy, Jeffrey Nestler,
12   Alexandria Hughes, Troy Edwards and Louis Manzo for the
13   government.
14            Phillip Linder, James Lee Bright, and
15   Edward Tarpley for Defendant Rhodes.
16            Stanley Woodward and Juli Haller for
17   Defendant Meggs.
18            Bradford Geyer for Defendant Harrelson.
19            Jonathan Crisp for Defendant Watkins.
20            David Fischer for Defendant Caldwell.
21            All named defendants are present in person for
22   these proceedings.
23            THE COURT:  Okay.  Good morning, everybody.
24   I hope everybody is doing well.
25            So there was at least one loose end from
```

1    yesterday, and then there was an issue everybody had raised

2    or that I understand has been raised overnight about

3    judicial notice concerning the Insurrection Act.  Let me

4    deal first with the statements matter that was left open at

5    the end of the day.

6           You know, I've looked at this and tried to look at

7    it as closely as I could.  Just a few observations.

8           One, we had talked about this question of to what

9    extent the government needs to establish actual receipt and

10   review of an email or this kind of electronic communication

11   in order to -- in order for it to be admissible.

12          I didn't find anything directly on point; however,

13   there's a recent case from the Circuit.  It's called

14   *Eddington versus U.S. Department of Defense,* 35 F.4th 833.

15          It's actually a case that I had at the District

16   Court level.  It's a question about a FOIA request that was

17   sent electronically and whether the mere sending of the

18   electronic request for FOIA could be presumed to have been

19   received much in the same way that when something is put in

20   the U.S. Postal Service, it can be presumed to be received.

21          And the Circuit said that there's no such

22   presumption, although what the Court said is that,

23   essentially, that the plaintiff in that case had presented

24   no evidence that this particular email application he used

25   called Air Mail operates with the same regularity as the

1    postal service.  He's not even provided evidence that he

2    successfully sent other emails using the application.

3           The Court goes on to say, "Without evidence of the

4    consistent functionality of the email application, there's

5    no factual basis from which to derive a presumption of

6    receipt.  Most presumptions have come into existence

7    primarily because judges have believed that proof of fact B

8    renders an inference of the existence of fact A so probable

9    that it is sensible and time-saving to assume the truth of

10   fact A until the adversary disproves it."  That's citing

11   McCormick.

12          And importantly, the Circuit also cites an

13   Eighth Circuit decision called *American Boat Co. versus*

14   *Unknown Sunken Barge*, 418 F.3rd 910 at 914 from the

15   Eighth Circuit in 2005.

16          In that case what the Eighth Circuit said is

17   referring to an earlier division called *Kennell versus*

18   *Gates,* 215 F.3d 825, from the Eighth Circuit from 2000 in

19   which the Court there said, "A jury is permitted to infer

20   that information sent via a reliable means, such as the

21   postal service or a telegram was received.  We have held

22   that there's no principal reason why a jury would not be

23   able to make the same inference regarding other forms of

24   communication, such as facsimiles, electronic mail, and

25   in-house computer message systems provided they are accepted

1  as generally reliable and that the particular message was

2  properly dispatched.

3          So I think what these cases, I think, taken

4  together tell me is that so long as there's surrounding

5  circumstances of reliability that an email has been sent,

6  it's actual -- it can be electronic communications that have

7  been sent, that its receipt can be presumed by the jury.

8          And so I think what we've seen here with respect

9  to these Signal messages that we were looking at yesterday,

10 that there is evidence that these Signal messages were both

11 sent and received.

12         And I suspect there will be more of that as we

13 proceed in these proceedings, the transmission of messages

14 and the response of these messages.  I mean, this is an

15 electronic communications system.  It's a closed system

16 amongst, at least in this particular chat, among people

17 who've signed up for it.

18         And there's evidence, both in what's been

19 presented so far and what I expect will be presented going

20 forward, that these are messages that were routinely sent

21 and routinely responded to as a means of communication for

22 those people who were signed up for these chats.

23         So I think, you know, we talked about whether the

24 jury can presume receipt.  I think it clearly can with

25 respect to these Signal messages.

1    Second question we're sort of talking about is

2    whether I can consider sort of -- yes, Mr. Crisp.

3    MR. CRISP:  Could you restate the case cite from

4    that earlier, the first decision?  I apologize.

5    THE COURT:  The D.C. Circuit decision?

6    MR. CRISP:  Yes, sir.

7    THE COURT:  It's called *Eddington versus U.S.*

8    *Department of Defense*, 35 F.4th 833, from 2022.

9    The other question we sort of wrestled with

10   yesterday was, well, can I consider sort of evidence after

11   the fact of a message in determining whether it's a

12   co-conspirator statement?

13   And I gave Mr. Woodward the example of, you know,

14   A and B say, Let's go murder C; and we find C dead later on.

15   And I think, you know, *Bourjaily*, the

16   Supreme Court case that we talked about yesterday,

17   483 U.S. 171, clearly makes -- establishes that I can

18   consider that sort of after-the-fact evidence in determining

19   whether earlier statements were co-conspirator statements.

20   And, in fact, the Supreme Court in that case not

21   only looks at the statements but also notes that one of the

22   statements involved kind of a prediction or an expectation

23   that someone would appear at a certain place at a later time

24   and pick up some drugs.

25   And, in fact, it turned out, as the Supreme Court

1    wrote, the person actually showed up at this prearranged

2    spot and picked up drugs.

3            So what the Court then said is that on these

4    facts, including the facts that occurred after the

5    statement, the trial court concluded, in our view correctly,

6    that the government established the existence of a

7    conspiracy and had petitioner's participation in it.

8            So I think that lends to the thinking I had

9    yesterday, which was that, you know, the conduct and the

10   acts of January 6th, at least reasonably in some sense match

11   up with the communication from the Serbian instructions,

12   essentially, that were shown to us yesterday.

13           Then there's the question of:  In this in

14   furtherance of?  I wrestled with this a fair amount.  I will

15   tell you, Mr. Woodward, I did not find anything that sort of

16   is making the distinction that you're attempting to make of

17   these are planning emails or planning communications in

18   advance of the conspiracy.  I just didn't find anything that

19   kind of made that distinction.  I looked for it, but I

20   didn't find it.

21           And so what I ultimately fell back on is what the

22   Circuit's definition is of "in furtherance of," and this

23   dates back to *United States versus Tarantino*, 846 F.2d 1384.

24   This is back from 1988.  It's the same definition the

25   Circuit continues to use.

1       The Court says, "In the furtherance requirement is

2   a limitation on what statements by co-conspirators may be

3   admitted.  Mere narratives of past successes and failures,

4   for example, are not admissible, nor are a co-conspirator's

5   casual comments to people outside or inside the conspiracy

6   admissible under this rule."

7       These statements we've been talking about

8   certainly don't fall within either of those categories.

9   They're neither sort of narratives of past successes and

10  failures, nor are they casual comments to people outside or

11  inside the conspiracy.

12      "The statement, however, can be reasonably

13  interpreted," the Court said, "as encouraging a

14  co-conspirator or another person to advance the conspiracy

15  or as enhancing a co-conspirator or another person's

16  usefulness to the conspiracy, then the statement is in

17  furtherance of the conspiracy and may be admitted."

18      And I think ultimately that's what Mr. Rhodes'

19  statements were.  We have Mr. Rhodes on this Signal chat

20  with at least Mr. Meggs and also other people who were

21  leaders in the Oath Keepers.

22      And what he is saying in the immediate aftermath

23  of the election is, you know, we can't accept the election

24  results, and this what we need to do, you know, spelling out

25  sort of step by step, particularly the communications that

```
 1    were passed on from the Serbian -- the gentleman in Serbia.
 2              And so not only is he communicating this to
 3    Mr. Meggs, he's also communicating to others who are among
 4    the leadership of the Oath Keepers.  Whether they are
 5    formally co-conspirators, unindicted or not, I think, is not
 6    dispositive.  It is that Mr. Meggs -- excuse me, Mr. Rhodes
 7    is, in the words of the circuit, encouraging a
 8    co-conspirator or another person to advance the conspiracy
 9    or is enhancing a co-conspirator or another person's
10    usefulness to the conspiracy.
11              And as I recall it, the statements are not only,
12    you know, here's a plan, but, you know, this is what we need
13    to do and encouraging people to essentially call -- this is
14    my phrase.  I don't mean this literally, folks -- but a call
15    to arms, although I guess the government would say it is
16    literal, but essentially a call to action.
17              And so I think, and ultimately what the Court -- I
18    can't remember where -- I think in Bourjaily, the Court
19    ultimately says, Look, this is a contextual determination.
20              So I think given the context and given the
21    allegations that this is within the time period of the
22    conspiracy, although, again, that's not dispositive.
23    I understand that at this point, it's not about the
24    allegation; it's the evidence.
25              I think all of the evidence lines up in such a way
```

```
 1    that the government has met its burden to establish by a

 2    preponderance of the evidence that these are, in fact,

 3    co-conspirator statements.

 4          Okay.  So the statements that we talked about

 5    yesterday, they'll be admissible not only against the

 6    declarant, but also the other defendants.

 7          All right.  Then there was the issue of proposed

 8    judicial notice regarding the Insurrection Act.

 9          Ms. Rakoczy had proposed some language and

10    circulated it last evening.

11          Mr. Bright, have you and defense counsel been able

12    to discuss it?  And what's your view on it?

13          MR. BRIGHT:  I'm sorry.  I was in between two

14    conversations, Your Honor.  I apologize to you.

15          THE COURT:  That's okay.

16          I was asking whether you and your co-counsel had

17    discussed the proposed language that Ms. Rakoczy sent around

18    regarding the judicial notice of the Insurrection Act.

19          MR. BRIGHT:  I thought it was more of a judicial

20    notice regarding the definition of militias that we were

21    sent, Your Honor, not regarding -- let me pull it up real

22    quick, if I may, sir.

23          THE COURT:  I'll tell you what it says.  There's

24    this sort of prefatory language.

25          MR. BRIGHT:  I will say what I read last night, we
```

1    would not be in agreement with that, what was offered.

2    I thought it was rather deficient in terms of an accurate

3    description explanation.

4            THE COURT:  So tell me what language you would add

5    to make it accurate.

6            MR. BRIGHT:  To make it accurate, I would actually

7    include the language of the Militia Act and the language

8    *Heller* of what a militia would be.

9            THE COURT:  I don't think that's sort of what

10   we're trying to accomplish at this point.

11           But so the question is, you know -- and I do --

12   I think the government's language is a little bit -- it

13   doesn't exactly track the statute.  I mean, it says -- you

14   know, they're asking me:  I hereby take judicial notice of

15   the fact that the Insurrection Act is the primary law

16   defining when the President may deploy regular military and

17   National Guard forces to suppress domestic unrest.

18           That is not what the statute says.  In particular,

19   if we're looking at, I guess, 252, 10 U.S. Code, 10

20   United States Code 252, in which the statute says, "He may

21   call into federal service such of the militia of any state

22   and use such of the Armed Forces as he considers necessary

23   to enforce those laws or suppress the rebellion."

24           And, I mean, it doesn't -- I gather the

25   government's essentially using a shorthand for militia of

```
 1    any state to be National Guard forces.  Is that the idea?
 2              MS. RAKOCZY:  Yes, Your Honor, that's correct.
 3              THE COURT:  Mr. Bright?
 4              MR. BRIGHT:  Your Honor, so I think what I was
 5    focusing on in terms of when I originally addressed this was
 6    the second paragraph, where it says, "regular military and
 7    National Guard forces depressed of domestic aspects," that's
 8    not legally accurate.  That doesn't remotely address what
 9    the law says regarding militias, unregulated militias.  It's
10    completely inaccurate legally.  I understand why the
11    government wants to phrase it that way, but that's not
12    legally accurate.
13              THE COURT:  So let me ask you again.  What would
14    you recommend as the substitute language?
15              MR. BRIGHT:  If you could give me, I mean --
16              THE COURT:  Well, how soon is this going to come
17    up this morning?
18              MS. RAKOCZY:  It will come up this morning,
19    Your Honor.  I don't know that it needs to be defined the
20    very first time it is mentioned.  It is a term that will
21    come up in other places as well.  And so it might be useful
22    to define it the first time, but there was some references
23    to it in the opening so I don't think the jury will be
24    completely taken off guard and confused by references to it.
25    So I think if the parties need to discuss this further with
```

1  the Court, I think it's fine to defer until this afternoon

2  or tomorrow for it to have the Court issue some type of

3  definition.

4          THE COURT:  Okay.

5          MR. BRIGHT:  I mean, Your Honor, I'm more than

6  happy to counter what the government's offered with what I

7  feel is a more legal and accurate description and filling

8  this in so that we can talk about it.

9          THE COURT:  Okay.

10         MR. BRIGHT:  It came in at just shy of 10:00 last

11 night.  So while we were trying to prep for witnesses and

12 other stuff, it's something that I did look at.

13         Our group was unanimous in the belief that this is

14 a deficient statement.  It's not an accurate

15 characterization of the law to begin with, and we would like

16 the opportunity to draft something up for the Court.

17         THE COURT:  All right.  Well, you all talk about

18 it.  And if you can't agree to language, let me know.  So

19 I'll hold off on giving any statement about the

20 Insurrection Act until we reach that point.

21         MR. BRIGHT:  As well as the second paragraph

22 regarding what the Insurrection Act could be bringing in.

23 It's not in any manner limited to --

24         THE COURT:  I'm not going to say anything about

25 it.

```
1              MR. BRIGHT:  I'm sorry, sir?

2              THE COURT:  I'm not saying anything about it at

3    this point.

4              MR. BRIGHT:  Okay.  Yes, sir.

5              THE COURT:  I think our jurors are here.

6    Right, JC?

7              Let's bring them in.

8              MR. LINDER:  May I put one thing on the record

9    before the jury comes in?

10             THE COURT:  Is your agent here?

11             MS. RAKOCZY:  Yes, Your Honor.

12             MR. LINDER:  Just our procedural thing.

13             And I'm going to take the Court's attention back

14   to May 2nd when we were here for the first live pretrial

15   when we were talking about plea bargain.  Mr. Rhodes had

16   never been offered a plea bargain in this case.  I just

17   needed to put that on the record.

18             THE COURT:  Okay.

19             MR. LINDER:  There's one other thing.

20             MR. BRIGHT:  Your Honor, if I may, just a

21   cautionary request from the Court.  This is not something

22   that I was individually aware of and didn't hear it myself

23   but, again, cautionary just due to the nature of this case

24   and the media and everything else.

25             I was approached mid-afternoon yesterday by
```

1    somebody that had been sitting in the audience during

2    opening statements.  And the individual, I don't know who

3    they were.  I don't know the name.  I don't see them in the

4    audience today.

5            But they, along with another person, approached me

6    and said that during opening statements, that there were

7    audible comments being made kind of sua sponte by

8    individuals, primarily sitting on this side -- again, I

9    don't know who they were -- regarding, "Oh, God, I can't

10   believe this.  Oh, that's a lie."

11           And the individual, the two individuals that

12   approached me, from their perspective, indicated that they

13   thought it was -- that the comments were loud enough for the

14   jury to hear.

15           If I could ask the Court just each morning to

16   caution the gallery to not make such comments.  Again, it's

17   not something that I heard.  But out of an abundance of

18   caution, I just don't want those types of comments being

19   made where any influence can be given to the jury.

20           And, again, I don't know who it was, so I'm not

21   going to even point fingers.  But if the Court could be so

22   kind as to do so.

23           THE COURT:  Okay.

24           I'm happy to deliver the admonishment.  You know,

25   for those present, just please be on your best behavior and

```
 1    be mindful, this is a court proceeding and, you know, if you
 2    hear something that -- hang on one second, JC.
 3              COURTROOM DEPUTY:  Oh, sorry.
 4              (Pause)
 5              THE COURT:  That's okay -- to not react either --
 6    do not react in an audible way.  If you have thoughts about
 7    what you hear, keep them to yourself.  And you can share
 8    them with others once you're outside the courtroom.  Okay.
 9              MS. RAKOCZY:  Your Honor, before you bring in the
10    jury -- thank you, Your Honor.
11              In response to Mr. Lee's -- sorry, Mr. Bright's
12    point about plea offers or maybe it was Mr. Linder's, we
13    just did want to note for the record that the government
14    sent letters to all defense counsel, I believe, in June, it
15    might have been May, of this year outlining the charges and
16    the potential penalties and discussing where the guidelines
17    might be if the defendants were convicted of all charges and
18    did encourage any counsel whose clients were interested in a
19    plea offer to reach out to us.  So there was a level of plea
20    negotiations or at least an opening to that that the
21    government did send to the defense.
22              THE COURT:  Okay.
23              MR. BRIGHT:  Your Honor, I would say from a
24    defense perspective, we did receive that letter.
25              THE COURT:  I'm really not interested.  Let's get
```

```
 1   our jury in.  It's all water under the bridge at this point.
 2              COURTROOM DEPUTY:  Jury panel.
 3              (Jury entered the courtroom.)
 4              THE COURT:  Okay.  Please be seated, everyone.
 5              Ladies and gentlemen, good morning and welcome
 6   back.
 7              Thank you for being on time this morning.  And,
 8   you know, once more, we had a few legal matters I had to
 9   handle.  And we try to get through those as quickly as we
10   can before we bring you all back in here.
11              So we are ready to proceed with day 2.
12              And Ms. Rakoczy.
13              MS. RAKOCZY:  Thank you, Your Honor.  The
14   government re-calls Special Agent Michael Palian to the
15   stand.
16              THE COURT:  Special Agent, I'll just remind you
17   you remain under oath.
18              THE WITNESS:  Thank you.
19                           -  -  -
20   SA MICHAEL PALIAN, WITNESS FOR THE GOVERNMENT, SWORN
21                   DIRECT EXAMINATION (CONTINUED)
22   BY MS. RAKOCZY:
23      Q    Good morning, sir.
24      A    Good morning.
25      Q    Special Agent Palian, when we concluded yesterday,
```

```
 1   we were discussing some messages sent by Defendant Rhodes on
 2   or about November 7th of 2022.
 3            Do you recall that?
 4       A   I do.
 5       Q   And I think I had asked you just at the end of
 6   your testimony if you recalled the significance of that
 7   date.
 8       A   Yes, I do recall the significance.
 9       Q   Do you remember what that is?
10       A   That was the date that the media outlets, most of
11   the major media outlets called the election for
12   President Biden.
13            MS. RAKOCZY:  Your Honor, may I approach the
14   witness?
15            THE COURT:  Yes.
16   BY MS. RAKOCZY:
17       Q   I'll bring back up now Government's Exhibit 1532,
18   that calendar, and we'll just get you to mark that date on
19   the calendar, please.
20            Special Agent, did you just write something on the
21   date November 7th on the calendar that is Government's
22   Exhibit 1532?
23       A   Yes, I did.  I wrote, "Election called."
24       Q   Thank you, Special Agent.
25            Special Agent Palian, did Defendant Rhodes send
```

```
 1   some additional messages that were similar in nature to a

 2   couple of different Signal chats on November 7th of 2020?

 3        A    He did.

 4             MS. RAKOCZY:  If we could have the Court's

 5   indulgence, we're having a little technical difficulty here.

 6             But I'd like to proceed next to bringing up on the

 7   screen Government's Exhibit 6615.C, which we moved into

 8   evidence yesterday.

 9             So if we could bring up 6616 -- I'm sorry, 6615.C,

10   please.

11   BY MS. RAKOCZY:

12        Q    Special Agent, can you see the message on the

13   screen?

14        A    I do.

15        Q    This message begins with the words, "And the coupe

16   isn't over."

17             I believe you read a similar message to this

18   effect into the record yesterday to the "Friends of Stone"

19   chat.

20             Do you recall that?

21        A    I do recall that.

22        Q    And so do we see here that Mr. Rhodes sent a

23   similar message to the "Old Leadership" chat on that same

24   date?

25        A    Yes, he sent this message.
```

```
 1              MS. RAKOCZY:  If we could advance one page,
 2   please, to the next continuation of message 13005.  Just
 3   move one page down.
 4              Thank you.
 5   BY MS. RAKOCZY:
 6        Q    How did this message conclude, Special Agent?
 7        A    I'm sorry.  Could you repeat that.
 8        Q    How did this message conclude?
 9        A    It concluded by saying, "The answer must be to
10   refuse to accept, acknowledge, respect, or obey any of these
11   impostors or their pretend legislation.  And get your gear
12   squared away and ready to fight.
13              MS. RAKOCZY:  If we could continue to the next
14   slide, please.
15   BY MS. RAKOCZY:
16        Q    On November 7th and a little later in the evening
17   at 8:04 p.m., did Mr. Rhodes send some additional messages
18   to the FOS chat?
19        A    He did.
20        Q    Could you please read this message, No. 88?
21        A    Sure.
22              To the Friends of Stone chat he said, "That's
23   actually what we need to do, along with all the other ways
24   of refusing to bend the knee to an illegitimate usurper and
25   his pretend legislation."
```

1     It continues by saying, "Think of all our Founding

2  Fathers did to defy and resist the abuses of King George and

3  parliament.  Nullify.  Refuse to recognize it as any law."

4     Q    Did the message continue?

5     A    It did.

6          MS. RAKOCZY:  If we could continue to the next

7  page, please.

8          THE WITNESS:  "Boycott.  Refuse to pay the taxes.

9  Smuggle and circumvent the pretend legislation."

10 BY MS. RAKOCZY:

11    Q    Does the message continue?

12    A    Yes.

13         MS. RAKOCZY:  If we could continue to the next

14 page, please.

15         THE WITNESS:  "Tar and feather the tax collectors

16 and other officials, mass protests, build up armed local

17 militias and minutemen companies, something we now see today

18 as well."

19 BY MS. RAKOCZY:

20    Q    If we could continue to the next page, exhibit,

21 the message that's 156 in this same FOS chat, at 11:44 p.m.

22 that night, what did Mr. Rhodes send to the FOS chat?

23    A    He sent a message that said, "Nope.  If final

24 defense is us and our rifles.  Trump has a duty to stand,

25 but so far her hasn't, as Roger Stone said."

1    Q    And then does that message continue on the next

2    slide?

3    A    It does.

4    Q    If you could read the next slide, please.

5    A    "Trump has one last chance, right now, to stand.

6    But he will need us and our rifles too.

7         "But will he finally act?

8         "Only if we act and call on him to lead us."

9    Q    And if we could continue to the next slide,

10   please.

11   A    "Listen to the video I posted above.  That is the

12   way.

13        "And it has to happen now.

14        "Listen to the video I posted above.  That is the

15   way.

16        "And it needs to happen now."

17        Or "it has to happen now."  I'm sorry.

18   Q    Special Agent Palian, if we look at the next slide

19   about 15 minutes later -- I'm sorry, about half a day later,

20   around noon on November 8th, did Defendant Rhodes send

21   message 170 to the "Friends of Stone" chat?

22   A    He did.

23   Q    And could you read that message, please?

24   A    "Where are now -- we are now where the founders

25   were in March 1775."

1    Q    If you continue to the next slide, is this the

2  very next message he sent, Message 171?

3    A    Yes, it is.

4    Q    Could you please read that message?

5    A    "You've likely heard this saying:  'You can vote

6  your way into socialism, but you have to shoot your way

7  out.'  Well, you didn't even vote your way into socialism.

8  The socialists stole your way into socialism by stealing the

9  votes, but the answer is the same."

10        MS. RAKOCZY:  If we could continue to the next

11  page, please.

12  BY MS. RAKOCZY:

13    Q    Special Agent Palian, in the very next message,

14  did Mr. Rhodes continue to address this topic to the

15  "Friends of Stone" chat?

16    A    He did by saying, "So we will step up and push

17  Trump to finally take decisive action.

18        "That's what we must do now.  And then if he still

19  refuses to do his duty, we will still have to do ours.  And

20  we will."

21    Q    If I could direct your attention to the next page

22  of this exhibit, is this a message from that same day,

23  November 8th, but in the evening time to the "Old

24  Leadership" chat?

25    A    Yes.

1       Q      And is this message 13199 from that chat?

2       A      Yes, it is.

3       Q      Who is this message from?

4       A      This is from Kelly Meggs, going by the moniker

5  "Okay Gator 1."

6       Q      And what did Mr. Meggs say?

7       A      Mr. Meggs said, "Stewart, D.C. has very tight

8  laws.  It will need to be all hand to hand.

9              "You can't even have 9-millimeter ammo in your

10  pocket unless you have a registered 9-millimeter in D.C.

11  It's not carry friendly.  Less than lethal mace, pepper

12  spray, and stun guns are allowed, so that's probably the

13  only legal options."

14             MS. RAKOCZY:  Okay.  We can take that down,

15  please.

16             Thank you.

17  BY MS. RAKOCZY:

18       Q      Special Agent Palian, are you -- I'm sorry.  If we

19  could now -- let me ask you this:

20             Special Agent Palian, are you aware of the service

21  or application called GoToMeeting?

22       A      Yes, I'm aware of GoToMeeting.

23       Q      How are you aware of it?

24       A      Through this investigation.

25       Q      Could you please explain what GoToMeeting is?

1      A    GoToMeeting is an application.  It's much like

2 Zoom, where you can have a meeting online.  It has video and

3 audio, and you can have multiple participants in that

4 meeting.  You log in online or by phone.

5      Q    Did you find evidence in this case that suggested

6 that Defendant Rhodes and other defendants in this case

7 utilized GoToMeeting to communicate about the events

8 occurring after the election in 2020?

9      A    Yes, we did find that out, yes.

10     Q    And Government's Exhibit 6615.D, is that a message

11 by Mr. Rhodes that referenced a GoToMeeting or a meeting?

12     A    I believe it is, but I'd like to see.

13     Q    Yes.

14          MS. RAKOCZY:  If we could bring up on the screen

15 just for the witness, please, Government's Exhibit 6615.D.

16 BY MS. RAKOCZY:

17     Q    Special Agent Palian, can you see a message on

18 your screen?

19     A    Yes.  I have it.

20     Q    Okay.

21          And does this message generally reference a

22 national members call?

23     A    Yes, it does.

24     Q    Okay.

25          And on that night, November 9th of 2020, have you

```
 1   seen some other evidence as well that there was a call?

 2        A    Yes, we have other evidence.

 3        Q    Let's proceed to that in a second.

 4             MS. RAKOCZY:  But at this point in time,

 5   Your Honor, the government would seek to move into evidence

 6   Government's Exhibit 6615.D.

 7             THE COURT:  Any objection?

 8             MR. WOODWARD:  The Court's indulgence.

 9             Ms. Rakoczy, is that the only page of the exhibit?

10             MS. RAKOCZY:  It is one message that is three

11   pages long.

12             MR. WOODWARD:  No objection.

13             THE COURT:  6615.D will be admitted.

14             MS. RAKOCZY:  Thank you, Your Honor.

15             Permission to publish?

16             THE COURT:  Yes.  Go ahead.

17                                  (Government Exhibit 6615.D
                                      received into evidence.)
18

19             MS. RAKOCZY:  If you could bring that up for the

20   jury as well, please.

21   BY MS. RAKOCZY:

22        Q    Special Agent Palian, could you describe what chat

23   this message was sent to?

24        A    Sure.

25             This was sent to the "Old Leadership" chat.
```

1    Q    And was it sent the evening of November 9th?

2    A    It was.

3    Q    At about 6:45 p.m.?

4    A    Yes.

5    Q    What did Mr. Rhodes say?

6    A    Mr. Rhodes said, "Heads-up, doing a national OK

7  members call tonight at 8:30 p.m. EST on the election fraud

8  issue and what we're doing to fight it.  Access info."

9    Q    And does it continue on the next page to give more

10  info?

11    A    Yes, it does.

12    Q    What does it say?

13    A    "Oath Keepers national election call, members

14  only, tonight 8:30 p.m. EST.  Please join my meeting from

15  your computer, tablet, or smartphone."

16          And then it gives a link.

17    Q    And then if we could go to the final page of this

18  message, 13376, you don't have to read that, but what

19  generally does it then say?

20    A    It talks about phone numbers that you can dial in

21  and then gives, I think, a place, get the app now, a place

22  you can download the app from.

23    Q    Thank you.

24          MS. RAKOCZY:  We can take that exhibit down,

25  please.

BY MS. RAKOCZY:

Q    Special Agent Palian, are you -- have you found evidence in this case that there was, in fact, a GoToMeeting hosted by Mr. Rhodes or his group on the night of November 9th, 2020?

A    Yes.  We found that evidence.

Q    How did the FBI come to learn about this call?

A    We learned about this call from a tip that came in through our public-access line.

Q    Okay.

And when did you -- when roughly did you first learn about this tip?

A    I first learned about the tip in March, around March of 2021.

Q    Okay.

And did a tip come in around March of 2021?

A    Yes, a tip did come in at that time.

Q    Had the tip also come in earlier?

A    Yes.  There was also a tip from the same individual much earlier than that.

Q    Was it about that same call?

A    It was about that same call.

MS. RAKOCZY:  At this point in time if we could bring up on the screen just for the witness Government's Exhibit 6610, please.

1    BY MS. RAKOCZY:

2        Q    Can you see a document on your screen,

3    Special Agent?

4        A    Yes.  I have it.  Thank you.

5        Q    Okay.

6             Are you generally familiar with what this

7    document is?

8        A    Yes, I am.

9        Q    And what does it show?

10       A    This is on a e-tip, and it came into our --

11   I think our Clarksburg e-tip location center.

12       Q    And Clarksburg is a city in what state?

13       A    West Virginia.

14       Q    And what date did this tip come in?

15       A    The tip says it was created November 25, 2020.

16       Q    Without reading any additional content here, if I

17   could just have --

18            MS. RAKOCZY:  If you could just advance the slide,

19   please, to the next page.

20   BY MS. RAKOCZY:

21       Q    If you could just review the content on page 2 of

22   the exhibit, does this give you information that this is

23   with respect to the same tip you were just discussing about

24   that GoToMeeting?

25       A    Yes, it is.

1    Q    And is this a report that is kept in the normal

2  course of business by the FBI when it receives tips?

3    A    Yes, they were.

4         MS. RAKOCZY:  At this point in time, Your Honor,

5  subject to redactions, the government would move

6  Government's Exhibit 6610 into evidence.

7         THE COURT:  Any objection?

8         MR. WOODWARD:  Yes, we do object, Your Honor.

9         THE COURT:  Basis?

10        MR. WOODWARD:  Hearsay.

11        MS. RAKOCZY:  I can get on the phone.

12        THE COURT:  Can I ask, can you please blow up the

13  narrative portion of that.  I can't read it.

14        (Bench conference)

15        MS. RAKOCZY:  Your Honor, I'm sorry for not being

16  clear cheerful.  When I said "subject to redactions," we are

17  not seeking to move in the actual text of the tip; just the

18  date and time and the information about the person providing

19  the tip.

20        I think there's a phone number and a name

21  recorded.  And that was -- those would be the only parts we

22  seek to move in, and we're not actually seeking to publish

23  right now.  We're just moving it into the record.

24        THE COURT:  Okay.

25        Mr. Woodward, is there an objection to it without

1   the synopsis portion, which I actually would agree with you

2   is hearsay.

3         MR. WOODWARD:  I'm not sure that admitting the

4   document is necessary to get that information in.  I would

5   say that that's needlessly cumulative.

6         He's already testified that he's aware that a tip

7   came in.  And the document itself may be a business record

8   created by the FBI; but he's also testified that there was

9   an investigation ongoing such that this was created for

10  purposes of litigation, not because the FBI generally keeps

11  these records.

12        And so he can testify that he received a tip, that

13  he knew about the tip.  And presumably he'll testify that he

14  received the video -- or the audio recording and he listened

15  to that.

16        But presenting a formal FBI record that documents

17  all of that is unfairly prejudicial insofar as they're

18  suggesting in opening that this individual who provided the

19  document was -- I forget the word they used, disgruntled or

20  otherwise dissatisfied with the Oath Keepers.

21        MS. RAKOCZY:  Your Honor, I'm not sure there's any

22  prejudice from introducing a business record that just

23  documents that the tip came in.  This person who provided

24  the recording will testify later this week.

25        THE COURT:  Well, I think -- look, I don't think

```
 1    this is a big deal either way, but I'm going to sustain the
 2    objection.
 3              I mean, I do have concerns about whether this is
 4    a, quote/unquote, business record as opposed to something
 5    that's created in anticipation of litigation.
 6              I'll have to look back at the issue of police
 7    reports or law enforcement records and whether they qualify
 8    under the business records exception.
 9              So for present purposes, let's keep it out, and
10    I'll revisit the issue after I've had a chance to look at
11    it, okay?
12              (Open court)
13              THE COURT:  So the objection will be tentatively
14    sustained pending further review of the Court.
15              MS. RAKOCZY:  Thank you, Your Honor.
16              If I may just lay another foundational question or
17    two just for the record for the Court's consideration.
18              THE COURT:  Sure.
19    BY MS. RAKOCZY:
20         Q    Special Agent Palian, that report that we were
21    just looking at, was that created at the same time that that
22    tip came in?
23         A    Yes, it was.
24         Q    Special Agent Palian, when the tip initially came
25    in about this meeting in November of 2020, did anyone from
```

1    the FBI interview the tipster so far as you know?

2        A    Not to my knowledge.

3        Q    When the tip was placed again in March of 2021,

4    did anyone from the FBI interview the tipster?

5        A    Yes.

6        Q    And during that interview, did the FBI attain from

7    the tipster a copy of the recording that the tipster said --

8    well, a copy of the recording?

9        A    Yes.

10       Q    And has that reporting been labeled as an exhibit

11   in this trial as Government's Exhibit 1000, 1000?

12       A    Yes.

13       Q    Special Agent Palian --

14           MS. RAKOCZY:  At this point in time, Your Honor,

15   the government -- let me just ask one more question.  Sorry.

16   BY MS. RAKOCZY:

17       Q    Special Agent Palian, in the course of preparing

18   for this trial, did the government prepare certain clips

19   from that recording for presentation at this trial?

20       A    Yes, we did.

21       Q    In fact, are there 11 clips that were prepared?

22       A    I believe that's the number.

23       Q    Are they labeled Government's Exhibit 1000.1

24   through 1000.11?

25       A    I believe they are.

1    Q    And have you reviewed those clips in preparation

2  for trial today?

3    A    Yes, I have.

4    Q    In listening to those clips, did they appear to be

5  fair and accurate excerpts from the larger recording that is

6  Government's Exhibit 1000?

7    A    They were fair and accurate.

8        MS. RAKOCZY:  Your Honor, at this point in time,

9  subject to additional testimony from the person who made the

10 recording, the government would move into evidence

11 Government's Exhibits 1000.1 through 1000.11.

12       THE COURT:  Okay.  Is there any objection?

13       MR. WOODWARD:  Your Honor, we do object.  The

14 objection would be based on rule of completeness and

15 hearsay.

16       THE COURT:  Hearsay objection, I assume, based on

17 the foundation, will be overruled.

18       As far as rule of completeness goes, if there are

19 additional portions of it that you wish to have played, you

20 can have them played through cross-examination.

21       MR. WOODWARD:  Yes, sir.

22       THE COURT:  Okay.  So 1001.1 will be admitted --

23 I'm sorry, 1001.1 to what?

24       MS. RAKOCZY:  1,000.1, Your Honor, to 1000.11.

25       THE COURT:  Okay.  Those will be admitted.

1            (Government Exhibits 1000.1 to 1000.11
             received into evidence.)

2

3    BY MS. RAKOCZY:

4        Q    Special Agent Palian, was a transcript also

5    prepared of that recording?

6        A    Yes, it was.

7        Q    And in presentation for trial, was that transcript

8    placed onto slides with the audio recording to assist in

9    listening to the recording?

10       A    Yes.  That's the way we prepared it.

11       Q    And are those exhibits labeled Government's

12   Exhibit 1000.1.TR through 1000.11.TR?

13       A    Yes.

14           MS. RAKOCZY:  At this point, Your Honor, subject

15   to the same additional testimony from the person who made

16   the recording, the government would move those exhibits,

17   1000.1.TR through 1000.11.TR into evidence.

18           MR. WOODWARD:  Defense counsel objects.  The

19   transcripts are unnecessarily cumulative, hearsay, and

20   violative of the Best Evidence Rule.

21           MS. RAKOCZY:  Your Honor, the recording is a

22   little hard to hear, and we have provided the transcripts to

23   defense in advance.  And we submitted that they will help or

24   do help the jury in understanding what's on the recording.

25           THE COURT:  So the recording is the original.  It

```
 1    is the best evidence.  We have the transcripts.  Are you
 2    planning to play the tape with the transcripts?
 3              MS. RAKOCZY:  Yes, Your Honor.
 4              THE COURT:  All right.  You can do that.  The
 5    transcripts themselves won't be admitted, at least at this
 6    time, absent further review and discussion.  And I'll
 7    provide a limiting instruction to the jury with respect to
 8    transcripts.
 9              Ladies and gentlemen, you're about to receive or
10    see transcripts of recorded conversations.  These
11    transcripts are being provided or at least furnished for
12    present purposes for your convenience and guidance as you
13    listen to the tapes of the recordings to clarify portions of
14    the recordings which are difficult to hear and to help you
15    identify speakers.
16              The recordings, however, are the evidence in the
17    case.  The transcripts are not.  If you notice any
18    difference between the transcripts and the recordings, you
19    must rely only on the recordings and not the transcripts.
20              In addition, if you cannot determine from the
21    recording that particular words were spoken, you must
22    disregard the transcripts as far as those words are
23    concerned.
24              MS. RAKOCZY:  Thank you, Your Honor.
25
```

BY MS. RAKOCZY:

Q    Before we listen to the recording, Special Agent, did you and your colleagues at the FBI obtain in this investigation certain records from the company GoToMeeting?

A    Yes, we did.

Q    Did you obtain from GoToMeeting, the company, the records they had for a call on November 9th that appear to be the same call that we're talking about here?

A    Yes, we received those records.

Q    Okay.  Were those records lengthy?

A    They were lengthy, yes.

Q    Did they come in the form of an Excel spreadsheet that had hundreds of rows?

A    Yes.

Q    Did the Excel spreadsheet go over for 10s or 20s of columns of data?

A    There were multiple columns.

Q    In preparation for this trial, did you and your colleagues at the FBI prepare a summary of those records?

A    We did.

Q    And is one of those summaries that is Government's Exhibit 6610?

A    Yes.

Q    Does that exhibit summarize just a list of some of the select participants in the November 9th GoToMeeting?

```
 1        A     Yes.

 2              MS. RAKOCZY:  At this point in time, Your Honor,

 3   the government would seek to admit into evidence

 4   Government's Exhibit 6610 as a summary exhibit.

 5              MR. WOODWARD:  We do object based on rule of

 6   completeness and that relates to the specific individuals

 7   that are included in the summary exhibit.

 8              THE COURT:  Sorry.  6610?

 9              MS. RAKOCZY:  I'm sorry.  6611.  I misspoke.

10              THE COURT:  The objection is overruled.

11              Again, to the extent that there are portions of it

12   that the defense contends are incomplete, they'll have an

13   opportunity to provide those on cross-examination.

14              I have to confess, I didn't understand the second

15   part of the objection.

16              Go ahead.

17              MS. RAKOCZY:  Thank you, Your Honor.

18              May we publish?

19              THE COURT:  You may.

20                                  (Government Exhibit 6611

                                     received into evidence.)
21

22              MS. RAKOCZY:  If we could bring up on the screen

23   6611.  And if we could zoom in as much as possible on the

24   text there.

25              Thank you.
```

BY MS. RAKOCZY:

Q    All right.  Special Agent Palian, in the top left
corner of this exhibit indicates it's a GoToMeeting summary
exhibit derived from Exhibit 2100.

Is that right?

A    That's what it says, yes.

Q    And is Exhibit 2100 those more-voluminous
GoToMeeting records that you obtained during this
investigation?

A    I believe they are.

Q    So can you tell us this call that we investigated
from November 9th of 2020, what time did the GoToMeeting
records reflect it began?

A    The GoToMeeting records reflect that it started at
8:30 p.m. Eastern Time.

Q    And was there a meeting ID associated with that
particular meeting?

A    Yes, there was a meeting ID number.

Q    And was there a subject or name of the
GoToMeeting?

A    Yes.  The subject or name of the meeting was
"Oath Keepers National Call, Members Only."

Q    Did the GoToMeeting record reflect the duration of
the call?

A    Yes.  The duration was 126 minutes.

1    Q    And approximately how many attendees were a part

2  of the meeting, according to the records?

3    A    Approximately 103.

4    Q    Okay.

5         Did the records reflect the name of an organizer

6  of the meeting?

7    A    Yes, they did.  It said that the organizer was

8  Mike Adams.

9    Q    And did the records then reflect participant IDs

10  for those 103 attendees of the meeting?

11    A    Yes, there were participant IDs.

12    Q    Have you listed maybe a dozen of them or so here

13  on the summary exhibit?

14    A    Yes.

15    Q    And the participant ID, that's the data that was

16  actually in the records as the participant ID for these

17  attendees, right?

18    A    That's correct.

19    Q    This exhibit then lists a name associated with

20  each participant name.

21         Do you see that?

22    A    I see it.

23    Q    And where does that information come from, the

24  name that's proposed there?

25    A    That comes from our investigation.

1    Q    So if we could just go down the list of some of
2    these attendees at this November 9th GoToMeeting.  The first
3    one was the organizer, Mike Adams, who you suggest, based on
4    your investigation, is the actual Mike Adams?
5    A    The actual Mike Adams, yes.
6    Q    Are you aware of a person named Mike Adams who has
7    some relevance to this investigation?
8    A    I am aware of a second Mike Adams, yes.
9    Q    Are you aware of any Mike Adams who were in charge
10   of any Oath Keepers groups around the time period during
11   this conspiracy?
12   A    Yes, I am.
13   Q    Okay.
14        Moving on to a phone number that was listed that
15   ends in 6558, are you aware of who that phone number
16   belongs to?
17   A    Yes.  That phone number belongs to Mr. Rhodes.
18   Q    And how do you know that?
19   A    I know that because that's the phone number
20   associated with the telephone that we seized off of
21   his person.
22   Q    Okay.
23        The next participant listed is a phone number that
24   ends in 0600.  And your exhibit suggests that that's a phone
25   number associated with Defendant Kelly Meggs.

```
 1              Is that right?

 2      A    Yes, that's correct.

 3      Q    And what is that based on?

 4      A    We also seized that phone, and we have phone

 5 records going to it, I believe.

 6      Q    With respect to the next participant whose name

 7 was Gator 6, are you aware in the course of your

 8 investigation, have you seen any evidence or any Signal

 9 messages that give you some information about who

10 Gator 6 is?

11      A    Yes, we had we have that information about

12 Gator 6.

13      Q    And based on your investigation, who is Gator 6?

14      A    Mr. Harrelson was Gator 6.

15      Q    That's Defendant Kenneth Harrelson?

16      A    Defendant Ken Harrelson, yes.

17      Q    There was then a participant named Jess Watkins.

18 Based on your investigation, who is that?

19      A    Based on the investigation, that was

20 Jessica Watkins, the defendant.

21      Q    There's then a phone number that's 9968 listed,

22 and your exhibit suggests that's a person named"

23 Michael Greene.

24              Do you know that name?

25      A    Yes, I do know that name.
```

1    Q    And why does this exhibit suggest that the phone

2  number ending in 9968 is Michael Greene?

3    A    Well, we seized that phone off of Mr. Greene at

4  one point.

5         MS. RAKOCZY:  Okay.  I'd like to now pivot for a

6  second to an exhibit that is Government's Exhibit 1533 as

7  opposed to more that I'll retrieve and just to show the

8  witness, if that's all right, Your Honor.

9  BY MS. RAKOCZY:

10    Q    Special Agent Palian, just leaning that exhibit

11  there just for you and the Court and counsel to see,

12  do you recognize this exhibit, 1530?

13    A    Yes, I recognize it.

14    Q    Is this an exhibit that was prepared in advance of

15  trial?

16    A    It was.

17    Q    And generally speaking, what does this exhibit

18  show?

19    A    This shows a number of the Oath Keepers that were

20  involved in the conspiracy and roughly delineates the

21  leadership roles.

22    Q    Okay.

23         So far as you can tell, is the information in this

24  exhibit fair and accurate based on what you've learned in

25  the course your investigation?

```
 1        A     Yes, it is.
 2              MS. RAKOCZY:  Your Honor, at this point in time,
 3   the government would seek to move Exhibit 1530 into
 4   evidence.
 5              THE COURT:  Any objection?
 6              MR. WOODWARD:  Are we moving the demonstrative
 7   or --
 8              MS. RAKOCZY:  We're seeking to move the
 9   posterboard into evidence.
10              MR. WOODWARD:  I think we would object,
11   Your Honor.  We can do that on a smaller piece of paper.
12              THE COURT:  Okay.  It will be admitted, subject to
13   the objection as to the size.  We can talk about why that's
14   appropriate to send it back in its entirety.
15              But it can be shown to the jury.  Yes, you may.
16              MS. RAKOCZY:  Thank you, Your Honor.
17                                  (Government's Exhibit 1530
                                       received into evidence.)
18
19   BY MS. RAKOCZY:
20        Q     Special Agent Palian, let's just talk briefly
21   about this exhibit.  At the top middle right of the exhibit,
22   we see a photograph.
23              Who is that?
24        A     I think we're talking about the photograph of
25   Mr. Rhodes, top middle right.
```

1    Q    Now, over towards the left side of the exhibit,

2    the top left side of the exhibit in green, there are the

3    words "leadership," and there are three photographs and

4    three names.

5         We see in the middle of those photographs somebody

6    depicted with the name Michael Greene, "Whipp."

7         Are you familiar with this person, Michael Greene,

8    "Whipp"?

9    A    Yes, I am.

10   Q    And have you met a Michael Greene in the course of

11   this investigation?

12   A    Yes.  I've met him twice.

13   Q    Okay.

14        Is the person in that photograph, insofar as you

15   can tell, does that appear to be the Michael Greene you've

16   actually met and spoken with?

17   A    Yes.

18   Q    Based on the messages that you've reviewed in this

19   investigation, did Mr. Rhodes designate Mr. Greene to play

20   any particular role on January 6th of 2021?

21   A    Yes, he did.  He was designated to be the

22   operations leader.

23   Q    And that term, "operations leader," where does

24   that come from?

25   A    That was designated -- I think that was designated

1    by Mr. Rhodes.

2        Q    Okay.

3        A    That name came from Mr. Rhodes.

4        Q    Okay.

5            MS. RAKOCZY:  If we could go back to Government's

6    Exhibit 6611, please.  And if we could zoom in again.

7    BY MS. RAKOCZY:

8        Q    The next participant listed here is somebody who

9    was listed under the name Joe H.

10           Based on your investigation and the other data in

11   those GoToMeeting records, who did you and your colleagues

12   determine Joe H. to be?

13       A    That was Joseph Hackett.

14       Q    Okay.  Is Mr. Hackett depicted on Exhibit 1530?

15       A    I'm sure he is.

16           Yes.  I see him under Defendant Meggs.

17       Q    And so if you could just please step down and

18   point him out to the jury, please.

19       A    (Witness complied.)

20       Q    Thank you, Special Agent.

21           Just for the record, you just stepped down and

22   identified a person on the left side of the exhibit

23   underneath photograph that says, "Kelly Meggs."

24           Is that right?

25       A    That's correct.

1    Q    Okay.

2         And just to ask, based on your having investigated

3    this case, the photograph that says it's Kelly Meggs, does

4    that appear to be Defendant Kelly Meggs?

5    A    Yes, it does.

6    Q    So can you explain to us a little bit, there's

7    this yellow portion of the exhibit that has a header

8    "Stack 1."

9         What does that mean?

10   A    Sure.

11        During the course of the investigation, we

12   identified two different stacks of Oath Keepers that went in

13   the Capitol.  Both entered through the east side.  The first

14   stack was what was depicted in the opening --

15        MR. CRISP:  Your Honor, may we approach briefly on

16   an objection I have?

17        THE COURT:  Sure.  Pick up the phones, please.

18        MR. CRISP:  All right.

19        (Bench conference)

20        MR. CRISP:  Your Honor, my objection is the use of

21   the phrase "stack."  I think it's a term of art that they

22   haven't laid a proper foundation for, nor has the witness

23   indicated that he has knowledge as to what an actual stack

24   consists of, because I think they're using it in a military

25   context.  And I don't think they've actually established the

```
 1    foundation for it.
 2            MS. RAKOCZY:  I was hoping to get into articulate,
 3    Your Honor, that he's -- to link this group to the video
 4    that the jury saw yesterday and then ask him why that term
 5    is used or whether that is a term that was used by his
 6    investigation and why.
 7            THE COURT:  Okay.
 8            MR. CRISP:  So subject to the foundational basis,
 9    that would be my objection at this point.
10            Thank you.
11            THE COURT:  All right.  Subject to laying the
12    foundation.  All right.
13            (Open court)
14            THE COURT:  The objection will be overruled,
15    subject to laying further foundation.
16    BY MS. RAKOCZY:
17        Q    Special Agent Palian, I think you were just
18    telling us -- you were referring to the video that we
19    watched yesterday.
20            Is that right?
21        A    That's correct.
22        Q    Which I think we watched a couple videos.
23            Which video are we referencing?
24        A    The first video I was referencing was the first
25    video shown, which was the stack of individuals in military
```

1    attire ascending these side steps.

2        Q    Okay.  In the course of your investigation, did

3    you and your fellow investigators refer to that group of

4    people using a term?

5        A    Yes, we did.

6        Q    What term was that?

7        A    It was Stack 1.

8        Q    Why that term, "stack"?

9        A    Stack because of the military formation,

10   military-like formation that they were in, a column, moving

11   up the stairs.

12       Q    Did you serve in the Armed Forces?

13       A    I did not.

14       Q    Did any of your colleagues in the FBI who you

15   conducted this investigation with serve in the military?

16       A    Yes.

17       Q    And did your colleagues in the military, you

18   see -- did they explain to you that term?

19       A    Yes.

20       Q    What, if anything, did they explain to you about

21   that term?

22       A    They explained it was a term that was used in

23   military operations to --

24            MR. CRISP:  Your Honor, I have an objection.  This

25   is hearsay.  This is going to the actual definition.  If

```
 1    they're going to try and use this, I think they need to
 2    bring the actual individuals in so that I can cross-examine
 3    and voir dire the basis of the knowledge.
 4              THE COURT:  It will be sustained.
 5    BY MS. RAKOCZY:
 6        Q    Special Agent Palian, the group that we see
 7    depicted here on the left under yellow, are those all
 8    individuals who, during the course of your investigation,
 9    you and your colleagues have identified as being part of
10    that group that marched up the stairs?
11        A    Mostly.  Mr. Brown didn't march up the stairs.
12        Q    Thank you.
13              And so there is a person depicted towards the
14    bottom row of that yellow section, the fourth photo from the
15    left, with the picture of the name Jeremy Brown.
16              Is that what you're talking about?
17        A    That's correct.  And Mr. Parker also didn't go up
18    the stairs.
19        Q    Okay.
20              So the other 14 individuals who we see listed
21    under the yellow section, are those individuals who, based
22    upon your investigation, you believe were part of that group
23    of 14?
24        A    Yes.
25        Q    Okay.
```

1    MS. RAKOCZY:  Thank you.  I'm going to take down

2 the exhibit now.

3 BY MS. RAKOCZY:

4    Q    Turning back, Special Agent Palian, to

5 Exhibit 6611, underneath the name Joe H., there's a

6 participant listed who had the name or ID Don S.

7        Is that right?

8    A    That's correct.

9    Q    In the course of your investigation, did you find

10 someone with the name Don, last name beginning with S, who

11 was relevant to these events that we've been discussing?

12   A    Yes, we found that individual.

13   Q    And what was that person's name?

14   A    That was Don Siekerman.

15   Q    Was someone named Don Siekerman referenced in the

16 various Signal messages from Defendant Rhodes' phone that

17 you were talking about?

18   A    Yes, he was in the Signal messages.

19   Q    In those Signal messages, did Mr. Rhodes send any

20 messages that referred to Mr. Siekerman playing a role with

21 respect to January 6th?

22   A    Yes.  Mr. Siekerman was to be the operations

23 leader that day.

24   Q    Did you review any messages that suggested whether

25 he did, in fact, fill that role January 6th?

1   A    Yes.  We reviewed those messages.  And it appeared

2   he did not fill that role.

3   Q    Did he, in fact, send messages that explained that

4   he could not fill that role?

5   A    Yes.

6   Q    And what did those messages say?

7   A    He had COVID, and he was stuck in his basement,

8   I believe, is what he said.

9   Q    Turning back to Exhibit 6611, there is a number

10  ending in 5888.

11       Do you see that there?

12  A    I do see that.

13  Q    Is that a phone number?

14       Based on your investigation, do you have an

15  understanding of the significance of that phone number?

16  A    Yes.  I understand that that was -- yes, I have a

17  basis, yes, I -- yes.

18  Q    And have you investigated who owned that phone

19  number?

20  A    Yes, we have.

21  Q    And the person who owned that phone number, what

22  role, if any, did they play in this GoToMeeting or in this

23  investigation?

24  A    So they were a participant in the GoToMeeting and

25  that's the individual who recorded the GoToMeeting.

1    Q    And that's the person law enforcement obtained the

2  recording from?

3    A    That's correct.

4    Q    Underneath that, there is a participant ending in

5  1556, a phone number.

6         Did you in this investigation learn who that phone

7  number belongs to?

8    A    We did.

9    Q    And who do you believe, based on those records or

10 that information, that that phone number belonged to?

11   A    We believe it belonged to George Doug Smith, who

12 also went by Ranger Doug.

13   Q    And is that based on phone records obtained from

14 Verizon?

15   A    Yes, they were.

16   Q    Do you know who George Doug or Ranger Doug Smith?

17   A    I do know who that individual is.

18   Q    And who is he?

19   A    Ranger Doug was the leader of the North Carolina

20 Oath Keepers chapter.

21   Q    Okay.

22        Underneath him on this exhibit, you see a phone

23 number ending in 2817.  And you listed that that belonged to

24 somebody named Jeffrey Paul Stamey.

25        Why did you and your colleagues believe that that

1   phone number is associated with that person?

2        A     We also had telephone records that corroborated

3   that.

4        Q     And are you aware who Jeffrey Paul Stamey is?

5        A     I am.  I've met with Mr. Stamey.

6        Q     Who is he?

7        A     Mr. Stamey was the Western state leader of the

8   Oath Keepers in North Carolina.

9        Q     Okay.

10             Underneath that is a phone number ending in 6276,

11  and you all suggested that belongs to someone named

12  John Zimmerman.

13             Is that right?

14       A     Yes.

15       Q     Are you aware of whether John Zimmerman was

16  involved in any way with Oath Keepers as a member or

17  affiliate?

18       A     He was.  He was one of the North Carolina members.

19       Q     Okay.

20             Underneath that is a name Terry Cummings, and you

21  suggested that that belonged to somebody with the true name

22  Terry Cummings.

23             Is that right?

24       A     That's correct.

25       Q     Are you aware that Terry Cummings was involved in

1    any way related to these events?

2        A    Yes.  Terry Cummings was one of the Florida

3    Oath Keepers.

4        Q    Okay.

5             And, finally, there's a name Alondra P., and

6    you've suggested that that might be affiliated with someone

7    named Alondra Propes.

8             Is that right?

9        A    That's correct.

10       Q    And are you aware of an Alondra Propes who was in

11   any way involved in the events we've been discussing?

12       A    Yes.  Ms. Propes was affiliated with the

13   Oath Keepers and was from Florida.

14            MS. RAKOCZY:  Okay.  Thank you.  You can take down

15   this exhibit, please.

16   BY MS. RAKOCZY:

17       Q    Special Agent Palian, let's turn now to the clips

18   from the recording.

19            MS. RAKOCZY:  If we could bring up 1000.1.TR.

20   BY MS. RAKOCZY:

21       Q    Just to orient the jury on this slide,

22   Special Agent Palian, do we see text on the left?

23       A    Yes.

24       Q    Does that come from the transcript that was

25   prepared of the recording?

```
 1        A     Yes, it does.

 2              MS. RAKOCZY:  Okay.  If we could play this

 3   recording.

 4              I apologize.  The Court's indulgence.

 5              Thank you.

 6              THE COURT:  Ms. Rakoczy, is it possible to move on

 7   to something else that doesn't involve the transcript while

 8   we work this out?

 9              MS. RAKOCZY:  Yes, Your Honor.  We're going to

10   just play the recording while we try to display the

11   transcript but not the two-in-one document.  So I think we

12   can move on now to this.

13              So we will try to play Exhibit 1000.1, the clip,

14   right now.

15              THE COURT:  So the transcript ought to be shown on

16   the jurors' screens.  Is it up?

17              (Audio played)

18   BY MS. RAKOCZY:

19        Q     Special Agent Palian, did you recognize the voice

20   that we just heard speaking?

21        A     Yes, I do recognize that voice.

22        Q     How do you recognize that voice?

23        A     From other recordings and from the in-person

24   interviews.

25        Q     Special Agent Palian, who did you recognize that
```

1   voice to be?

2       A    I recognized that as Mr. Rhodes' voice.

3            MS. RAKOCZY:  If we could go to Clip 1000.2.

4            (Audio played)

5   BY MS. RAKOCZY:

6       Q    Special Agent Palian, that message, was Mr. Rhodes

7   referring to the vote fraud he was just discussing as an

8   insurrection that needed to be suppressed?

9       A    Yes.

10           MS. RAKOCZY:  If we could play Government's

11  Exhibit 1000.3.TR, please.

12           (Audio played)

13           MS. RAKOCZY:  If we could move to

14  Exhibit 1000.4.TR, please.

15           (Audio played)

16           MS. RAKOCZY:  Thank you.  If we could proceed to

17  Clip 1000.5.TR, please.

18           (Audio played)

19           MS. RAKOCZY:  If we could to proceed to

20  Clip 1000.6.TR.

21           (Audio played)

22           MS. RAKOCZY:  And if we could move to

23  Clip 1000.7.TR, please.

24           (Audio played)

25

1    BY MS. RAKOCZY:

2        Q    Special Agent Palian, in that clip we just

3    listened to, there were some references to needing to have

4    an armed QRF.

5            Do you recall those?

6        A    I do.

7        Q    You told us yesterday that that was a term you had

8    seen used in some of Mr. Rhodes' messages; is that right?

9        A    Yes, that's correct.

10       Q    Mr. Rhodes also said in those messages, he

11   referred to something called the Insurrection Act.

12          Did you recall that?

13      A    Yes, I do.

14      Q    And discussed that that was going to be an

15   official position and that was going to be to give legal

16   cover.

17          Do you recall those words?

18      A    I do recall those words.

19      Q    In the moments that followed, Mr. Rhodes made some

20   references to needing to be careful and not wanting to wind

21   up like those people in Michigan.

22          Do you recall those words?

23      A    I do recall that.

24      Q    As an FBI agent, are you familiar with any

25   investigations in Michigan where -- recently where folks got

```
 1   in trouble for things that they said that were reported?
 2            MR. WOODWARD:  Objection, Your Honor.
 3            THE COURT:  If you can lay the foundation for it,
 4   he can answer it.
 5   BY MS. RAKOCZY:
 6       Q    So, Special Agent Palian, before going too far
 7   down this road, are you aware of an investigation around
 8   this time that came out of the state of Michigan?
 9       A    Yes.
10       Q    And was that an investigation where individuals
11   were inculpated, or incriminated, by a recording that had
12   been made of their words?
13       A    Yes.
14            MR. WOODWARD:  Objection, Your Honor.
15            THE COURT:  Rephrase the question.
16            Objection sustained.
17   BY MS. RAKOCZY:
18       Q    Are you aware of whether there was any evidence
19   uncovered in this investigation that we're talking about
20   that came from a recording?
21       A    Yes.
22       Q    And was that recording used as basis to charge
23   conspiracy charges?
24       A    Yes.  That was part of their evidence.
25            MS. RAKOCZY:  I think, Your Honor, I would just
```

1   ask then what the investigation was.

2          THE COURT:  Okay.

3   BY MS. RAKOCZY:

4      Q    Special Agent Palian, what investigation are you

5   talking about?

6      A    This was the investigation in Michigan where there

7   was an alleged plot to kidnap the governor.

8      Q    Special Agent Palian, let's look now at

9   Clip 1000.8.TR, please.

10         (Audio played)

11         MS. RAKOCZY:  If we could go to 1000.9.TR, please.

12         (Audio played)

13  BY MS. RAKOCZY:

14     Q    Special Agent Palian, before we go to the next and

15  final two clips of this recording, have you listened to the

16  entire recording?

17     A    I have.

18     Q    And we saw, based on the summary exhibit we just

19  looked at, that was Defendants Kelly Meggs and

20  Jessica Watkins and Kenneth Harrelson were a part of that

21  meeting.

22         Do you recall that testimony?

23     A    Yes, I do.

24     Q    In listening to the recording, did you recognize

25  the voice of Ms. Watkins on that call?

 1        A      Yes, I did recognize in Ms. Watkins' voice.

 2        Q      And you testified earlier that you've heard her

 3   voice in person; is that right?

 4        A      Yes.

 5        Q      Did you recognize the voice of

 6   Defendant Kelly Meggs in the GoToMeeting recording?

 7        A      Yes.

 8        Q      And is that based on having heard his voice in a

 9   recording in this case?

10        A      Yes.

11               MS. RAKOCZY:  At this point in time, I'd like to

12   bring out Government's Exhibit 1000.10.TR, please.

13               Before we start playing the audio, could we just

14   bring up the screen?

15   BY MS. RAKOCZY:

16        Q      The clip that we are about to play suggests from

17   the transcript that we hear the voice of Ms. Watkins, as

18   well as Mr. Rhodes.

19               In listening to this recording, do you agree that

20   this portion of the recording displays or portrays a voice

21   that sounds to you like the voice of

22   Defendant Jessica Watkins?

23        A      Yes.

24               MS. RAKOCZY:  Let's play the clip.

25               (Audio played)

1    MS. RAKOCZY:  And if we can continue.

2    (Audio played)

3 BY MS. RAKOCZY:

4    Q    Special Agent Palian, that portion of this clip,

5 the transcript suggests that the first person who spoke who

6 just referenced pepper spray is legal is designated as

7 Mr. Meggs.

8    That portion that you just listened to, did that

9 sound to you like the voice you recognized as the voice of

10 Defendant Kelly Meggs?

11    A    Yes, it did.

12    MS. RAKOCZY:  If we could just play the last slide

13 of this exhibit.

14    (Audio played)

15    MS. RAKOCZY:  And, finally, if we could play

16 Government's Exhibit 1000.11.TR, please.

17    (Audio played)

18    MS. RAKOCZY:  Thank you.  You can take the exhibit

19 down, please.

20 BY MS. RAKOCZY:

21    Q    Special Agent Palian, after this meeting, did you

22 see messages sent by Defendant Meggs and Defendant Watkins

23 referencing the meeting?

24    A    Yes, I did.

25    Q    Okay.

1        I should say after and/or during the meeting, did

2   you see messages sent by those two defendants?

3        A    Yes, after and during.

4        Q    And are these messages reflected in Government's

5   Exhibits 6616.B, as in boy --

6        A    I believe -- oh, go ahead.

7        Q    -- and 6617.B, as in boy?

8        A    Yes, I believe those are in.

9        Q    I'm going to bring up on the screen Government's

10  Exhibit -- I'm sorry.

11            MS. RAKOCZY:  Your Honor, at the point in time,

12  the government would seek to move into evidence Government's

13  Exhibit 6616.B and 6617.B?

14            THE COURT:  Okay.  Is there an objection?

15            Okay.  Hearing none, it will be admitted.

16                 (Government Exhibits 6616.b and 6617.B
                    received into evidence.)

17

18            MS. RAKOCZY:  Thank you.

19            If we could bring Government's Exhibit 6616.B and

20  publish it.

21  BY MS. RAKOCZY:

22        Q    Special Agent Palian, we see on the screen a

23  message from November 10th of 2020; is that right?

24        A    Yes.

25        Q    We see in the "to" field here "OK FL hangout."

```
 1            Are you familiar with that term?

 2       A    I am.

 3       Q    What is the "OK FL hangout"?

 4       A    This was a Signal chat group where a lot of the

 5  Florida Oath Keepers exchanged messages.

 6       Q    And did you obtain a copy of that chat from

 7  Defendant Stewart Rhodes' phone?

 8       A    We did.

 9       Q    On November 10th, did Okay Gator 1 send a message?

10       A    Yes.

11       Q    And who is Okay Gator 1?

12       A    Okay Gator 1 is Kelly Meggs.

13       Q    And what did Mr. Meggs say?

14       A    "Anyone not on the call tonight.  We have been

15  issued a call to action for D.C.  This is the moment we

16  signed up for."

17            MS. RAKOCZY:  If we could go to Exhibit 6617.B

18  now.

19  BY MS. RAKOCZY:

20       Q    On the screen right now, we see messages from

21  November 9th that are reportedly from Jessica Watkins and to

22  someone named Whipp.

23            Is that right?

24       A    That's correct.

25       Q    And this is Exhibit No. 192.T.393.
```

1      Is this in the messages that follow a series of

2   text messages obtained from that data extraction from

3   Defendant Watkins' phone that we referenced yesterday?

4      A    Yes.

5      Q    And this message is to someone named Whipp.

6      Is that the name that was in the contacts of

7   Ms. Watkins' phone for this person?

8      A    Yes, it was.

9      Q    Just to remind the jury, are you aware of somebody

10  in this investigation going by the name of Whipp?

11     A    Yes, the operations leader, Michael Greene.

12     Q    So on this date, November 9th, at 8:00 p.m., can

13  you remind us, 8:00 p.m. is roughly when in relation to the

14  GoToMeeting, if you recall?

15     A    8:00 p.m. was about a half hour before the meeting

16  started.

17     Q    What did Ms. Watkins say to Whipp, or

18  Michael Greene, then?

19     A    "Hey, sir, we have a basic training class

20  mandatory for Ohio regulars from Jan. 3rd through 9th.  If

21  you have any guys who don't have any formal training that

22  you want to send, feel free to give them my info.  It's a

23  full basic training shoved into a week.  It will be tough,

24  grueling even."

25     Q    If we can go to the next page, could you read the

1   continuation, please.

2       A    "I want my guys on the same page before

3   inauguration.  If you'd like to involve any of your men, the

4   offer is on the table.  There is a packing list I will

5   distribute before the end of the week.  Thank you, sir.  You

6   are a rock amongst sand."

7            MR. CRISP:  I'm sorry.  I wanted to inject the

8   earlier -- the earlier exhibit I thought was the only one

9   you were asking for objections to.

10           I have no objections to this, subject to the rule

11  of completeness that I intend to elicit on cross.  So I want

12  to make sure that's clear.

13           Thank you.

14           MS. RAKOCZY:  If we can go to the next slide,

15  please.

16  BY MS. RAKOCZY:

17      Q    Now we see the next message, message 394.

18           Did Mr. Greene, or Whipp, respond?

19      A    Yes, he did.

20      Q    What did he ask?

21      A    "What is it exactly and where is it?"

22      Q    Turning to the next message 395, what did

23  Jessica Watkins respond?

24      A    "It's a military-style basic here in Ohio with a

25  Marine drill sergeant running it.  An hour north of

1  Columbus, Ohio."

2      Q    Advancing to the next message or a few messages

3  later, 399, at 8:22 p.m., did Mr. Greene, or Whipp, respond?

4      A    He did.  He said, "I'll put it out."

5      Q    And turning to the next message depicted here,

6  message 400, did he continue?

7      A    Yes.  He said, "Thanks for the information and

8  heads-up."

9      Q    Turning to the next message, this is message 403,

10  so three messages later, what did Jessica Watkins say?

11      A    Ms. Watkins said, "Roger that, Whipp.  We respect

12  the hell out of you.  We'd feel neglect if we failed to

13  include your boss -- or include you, boss."

14          Pardon me.

15      Q    Turning to the next message, 404, did Mr. Greene

16  respond?

17      A    Yes, he did.  He said, "Thanks, soldier."

18      Q    Turning to the next message, 405, what did

19  Jessica Watkins say to Mr. Greene?

20      A    Ms. Watkins said, "Okay, gotta go.  Got to go hop

21  on the conference call.  TTYL, sir," which I believe is

22  "talk to you later, sir."

23      Q    This is at 8:23 p.m.?

24      A    Yes.

25      Q    So seven minutes before that call began?

1    A    Yes.

2    Q    Okay.  If we could turn to the next slide, please,

3  message 406.

4         Now at 8:53 p.m., did Jessica Watkins send someone

5  who was only saved in her phone as a phone number?

6    A    Yes.  She sent a message to that person.

7    Q    Okay.

8         And at 8:53 p.m., based on the GoToMeeting

9  records, had the meeting begun?

10   A    It had begun, but it hadn't ended yet.

11   Q    And what did Jessica Watkins say to this 219 phone

12 number?

13   A    Ms. Watkins said, "Stewart said it going to D.C."

14   Q    If we could go to the next message, two messages

15 later, 408, what did she continue?

16   A    Ms. Watkins continued by saying, "Guys outside

17 D.C. with guns, awaiting orders to enter D.C. under

18 permission from Trump, not a minute sooner."

19   Q    Turning to next slide, the next message, 409, what

20 did she say, then, to someone in her phone as

21 Militia Brendan?

22   A    She said to Militia Brendan, "We march on D.C. on

23 Saturday.  This is the real for-real shit.  No weapons

24 allowed.  Be prepared to fight hand to hand.  Want to come?

25 It's now or never time."

1    Q    If we could turn to the next slide, a few messages

2  later, message 418, at 9:39 p.m. that night, what did

3  Ms. Wakins say to that 219 phone number?

4    A    Ms. Watkins said, "We can have mace, Tasers, or

5  nightsticks.  QRF staged, armed with our weapons outside the

6  city."

7    Q    If we could go to the next message.  Could you

8  please continue?

9    A    "If it gets bad, they QRF to us with weapons for

10  us."

11    Q    And you could go to the next page.  Now, here on

12  November 9th at 10:30 p.m., did Jessica Watkins send a

13  message to someone named in her phone as "Rhodes, Stewart"?

14    A    Yes, she did.

15    Q    What did she say?

16    A    "Montana and I are at your disposal.  I'd like a

17  medical role personally."

18         MS. RAKOCZY:  I think that may be the last slide.

19  But if you see, there's maybe one more.

20         If we go to the next slide, please.

21  BY MS. RAKOCZY:

22    Q    Did this person in her phone as Rhodes Stewart

23  respond?

24    A    Yes, he did.  He said, "Good to go."

25    Q    Turning to the next slide, we now see a

 1    November 10th, the next day, at 11:46 a.m., did Ms. Watkins

 2    send a message to someone saved in her phone as

 3    Robarge SFC-Pat"?

 4        A    Yes, she did.

 5        Q    What did she say?

 6        A    "Roger that.  Good to hear from you, too.  We are

 7    also all hands on deck.  Got to help out President, stop

 8    this coupe.

 9             MS. RAKOCZY:  And I think that's the last message

10    of that chain.  Let me go back, sir, a second.

11    BY MS. RAKOCZY:

12        Q    Special Agent Palian, we referenced yesterday some

13    of the Facebook records you obtained in this investigation

14    for Defendant Watkins.

15             Do you recall that testimony?

16        A    Yes, I do.

17        Q    Did you find in looking at those records that

18    Ms. Watkins also sends some messages on the night of

19    November 9th to others in the Facebook records?

20        A    Yes, I believe she did.

21             MS. RAKOCZY:  If we could turn to the next page,

22    if we could zoom in a little bit.

23             This is, just for the record, Government's

24    Exhibit 2003.D.250.

25    BY MS. RAKOCZY:

1    Q    And just to orient the jury, is Government's

2    Exhibit 2003 Ms. Watkins' Facebook account records?

3    A    Yes.

4    Q    And are these messages from page 250 of those

5    Facebook accounts?

6    A    It appears to be, yes.

7    Q    Okay.

8         On November 9th at about 9:03 p.m., did

9    Ms. Watkins send a message?

10   A    Yes.

11   Q    What did she say?

12   A    "Let's make history, motherfucker."

13   Q    And what is the next message?

14        All right.  Thank you, Special Agent.

15        MS. RAKOCZY:  We could take exhibit down.

16   BY MS. RAKOCZY:

17   Q    Special Agent Palian, we were just talking about

18   the period of November 9th, 2020; is that right?

19   A    Yes.

20   Q    Shortly thereafter, did Mr. -- have you seen

21   messages in which Mr. Rhodes encouraged Oath Keepers members

22   and affiliates to go to Washington, D.C., shortly

23   thereafter?

24   A    Yes, we did.

25   Q    And was there something going on in

1    Washington, D.C., on Saturday, November 14th, of 2020?

2         A    Yes.  There was a march that was referred to as

3    the "Million MAGA March" that day.

4         Q    Okay.  I'm going to come up to you again with

5    Exhibit 1532, the calendar, and if I could have you mark

6    that on the calendar, please.

7         A    Sure.

8              (Witness complies)

9              I'm sorry.  My handwriting so bad.

10        Q    Special Agent, did you just mark on November 14th

11   on the calendar an entry?

12        A    Yes, I did.

13        Q    What did you write?

14        A    I wrote, "Million MAGA March."

15        Q    Okay.

16             Special Agent, did you see any messages that

17   Mr. Rhodes posted to the Oath Keepers website about the

18   million MAGA event?

19        A    I did.

20        Q    And did you obtain records, documents of those

21   website posts?

22        A    We did.

23             MS. RAKOCZY:  Your Honor, at this point, in time,

24   the government would seek to admit Exhibit 1002 into

25   evidence pursuant to a 902(11) certification.

1           MR. WOODWARD:  The Court's indulgence.

2           What's the record?

3           MS. RAKOCZY:  1002.

4           THE COURT:  Is there any objection?

5           MR. WOODWARD:  Yes, Your Honor.  I believe this is

6    hearsay.

7           THE COURT:  It's a statement from Mr. Rhodes,

8    correct?

9           MS. RAKOCZY:  Yes, Your Honor, on the Oath Keepers

10   website.

11          THE COURT:  So it's not hearsay.

12          MR. WOODWARD:  With respect, Your Honor, I'll

13   withdraw my objection.

14          THE COURT:  1002 will be admitted.

15                          (Government Exhibit 1002
                             received into evidence.)
16

17          MS. RAKOCZY:  Thank you, Your Honor.

18          At this point in time, the government would like

19   to publish Exhibit Number 1002, please.

20   BY MS. RAKOCZY:

21     Q    And at the top of this exhibit in very small

22   print -- I don't know that we can highlight it -- is that a

23   link to where you recovered this Oath Keepers website post

24   from?

25     A    Yes, that's where I got it public.

 1          MS. RAKOCZY:  If we could go down the next page,

 2    please.

 3    BY MS. RAKOCZY:

 4       Q    Is this what the sort of cover of the website post

 5    looked like?

 6       A    Yes, it was.

 7          MS. RAKOCZY:  If we could zoom in on just the

 8    caption here.

 9    BY MS. RAKOCZY:

10       Q    What was the post entitled or captioned?

11       A    "Call to Action.  March on D.C.  Stop the steal.

12    Defend the President.  And defeat the deep state."

13       Q    What was it dated?

14       A    It was dated November 10th, 2020.

15       Q    Who was it by?

16       A    Stewart Rhodes.

17          MS. RAKOCZY:  Okay.  If we could zoom out and

18    continue to the next page of the exhibit.

19    BY MS. RAKOCZY:

20       Q    We've just zoomed in on the center of the page,

21    sort of large, bolded letters or a title, subtitle, and then

22    the first two paragraphs underneath there.

23          Could you read these for the jury,

24    Special Agent Palian?

25       A    Sure.

1        "Oath Keepers volunteer security op for

2   Washington, D.C.

3        "Oath Keepers is sending some of our most

4   experienced LEO and military combat veterans into D.C. to

5   help keep patriots safe this Saturday and in the days to

6   come.  Oath Keepers is linking up with the InfoWars 'Stop

7   the Steal' caravan and with organizers of the million MAGA

8   event.  And we will do all we can to assist with volunteer

9   security on the ground inside D.C.

10       "Oath Keepers will also have some of our most

11  skilled special warfare veterans standing by armed, just

12  outside D.C., as an emergency QRF in the event of a

13  worst-case scenario in D.C., such as a, quote,

14  Benghazi-style attack on the White House by communist

15  terrorists, in conjunction with the stand-down order by

16  traitor generals."

17       Q    Is that what Mr. Rhodes posted to the Oath Keepers

18  website on November 10th?

19       A    Yes, it is.

20            MS. RAKOCZY:  If we could take that down, please,

21  and continue to next page of this exhibit.

22  BY MS. RAKOCZY:

23       Q    Did Mr. Rhodes continue that "all patriots must

24  march on D.C. now"?

25       A    Yes.

1    Q    And then is there a section that follows entitled
2  "What President Trump must do to defeat the deep state
3  coupe"?
4    A    Yes, there is that section.
5         MS. RAKOCZY:  If we could then just highlight
6  actually the bottom of the screen, the section titled "What
7  we, the people, must do."
8  BY MS. RAKOCZY:
9    Q    We see here a text that says, "A patriot from
10 Serbia who also loves America shows us the way."
11        And then there's a quote.
12        Have you seen this quote before?
13   A    I have.
14   Q    And has the jury?
15   A    Yes, they have.
16   Q    Are these the same quotes you read yesterday from
17 the information Mr. Rhodes passed along from this,
18 quote/unquote, Serbia patriot to both the "Old Leadership"
19 chat and the "Friends of Stone" chat?
20   A    Yes.  This is the same stuff from the Serbian
21 patriot.
22        MS. RAKOCZY:  Okay.  And if we could just take
23 that down and then just go to the next page of the exhibit.
24 You could zoom in -- thank you.
25 BY MS. RAKOCZY:

1    Q    We just zoomed in on the area underneath the flag

2    that we can see portrayed there.

3         Could you read what the Oath Keepers website post

4    continued after that message from the reported Serbian

5    person?

6    A    Sure.

7         "The man knows of what he speaks.  Stand now or

8    kneel forever.  We must stand, and we will stand.  Last

9    night, on a conference call with Oath Keepers from around

10   the country, I urged them to stop at Arlington National

11   Cemetery on their way to D.C. to visit their brothers and

12   sisters and to reflect on all they gave for this nation --

13   many of them giving their leaves, with many of them dying in

14   their teen years.  They passed the torch of freedom to us.

15   Now it is our watch, and it is our time to stand in the

16   breach.

17        "As the late, great cowboy patriot LaVoy Finicum

18   said:  'It doesn't matter how it ends up.  It matters how

19   you stand.  On your feet.  Stand up, look up, check

20   equipment, and shuffle to the door, my brothers and

21   sisters.'

22        "Stewart Rhodes, founder of the Oath Keepers,

23   U.S. Army Airborne, disabled veteran, volunteer firefighter

24   veteran, Yale Law School graduate, former member of

25   Representative Ron Paul's D.C. staff."

1    MS. RAKOCZY:  Thank you.  We can take that exhibit

2  down now, please.

3  BY MS. RAKOCZY:

4    Q    Special Agent Palian, did you also -- have you

5  also seen in the course of this investigation a recording of

6  an interview that's Mr. Rhodes gave on a program called

7  InfoWars?

8    A    Yes, I've seen that interview.

9    Q    Was that from the time period of November 10th of

10  2020 also?

11    A    Yes.

12    Q    Did you obtain a recording of that interview?

13    A    Yes.

14    MS. RAKOCZY:  At this point in time, Your Honor,

15  the government would seek to introduce a recording of that

16  interview, Exhibit 1001.  In particular, we'd seek to

17  introduce just a clip, 1001.1, pursuant to a 902(11)

18  business certification.

19    MR. WOODWARD:  No objection.

20    THE COURT:  All right.  1001 and 1001.1 will be

21  admitted.

22    (Government Exhibit 1001.1
       received into evidence.)
23

24    MS. RAKOCZY:  Your Honor, just to be clear, we're

25  only seeking to admit the one clip, 1001.1.

```
 1              Your Honor, just to be clear, we're only seeking
 2   to admit meat the one clip, 1001.1.
 3              MR. WOODWARD:  We reserve objection for rule of
 4   completeness.
 5              THE COURT:  Okay.
 6              MS. RAKOCZY:  If we could play Exhibit 1000.1,
 7   please.
 8              (Video played)
 9   BY MS. RAKOCZY:
10        Q    Special Agent Palian, the person on that video
11   clip who was speaking in a room with orange-colored walls,
12   did you recognize that person?
13        A    Yes.  I recognize that as Stewart Rhodes.
14        Q    Okay.  At the end of that clip, Mr. Rhodes was
15   talking about figuring out an area for staging.
16              Did you hear that?
17        A    Yes.
18        Q    Did you find messages in Mr. Rhodes' phone that
19   reflect him interacting with individuals who made plans for
20   "staging"?
21              MR. WOODWARD:  Objection.
22              THE COURT:  I'm sorry?
23              MR. WOODWARD:  We'll object, Your Honor.  We're
24   getting a little bit leading here.
25              THE COURT:  You can rephrase, Ms. Rakoczy.
```

1            MS. RAKOCZY:  Yes, Your Honor.

2   BY MS. RAKOCZY:

3       Q    Did you find any messages in Mr. Rhodes' phone

4   from this time period of roughly November 10th through

5   November 14th that reference plans for November 14th?

6       A    Yes, we did.

7            MS. RAKOCZY:  If we could now turn to Government's

8   Exhibit 6618.A and just show it to the Special Agent.

9   BY MS. RAKOCZY:

10      Q    Bringing up for you now, Special Agent Palian,

11  6618.A, does this exhibit capture messages between

12  Defendant Rhodes and somebody who's listed in his phone as

13  "CAG Spy," C-A-G Spy?

14      A    Yes.

15      Q    Okay.

16           Are these thread of messages that you derived from

17  Mr. Rhodes' phone?

18      A    Yes.  We obtained these from Mr. Rhodes' phone.

19           MS. RAKOCZY:  If we could just take that down and

20  also bring up, while we're doing this, just for

21  Special Agent Palian, Government's Exhibit 6619.

22  BY MS. RAKOCZY:

23      Q    Special Agent Palian, did these messages that

24  follow contain messages among Mr. Rhodes, certain

25  North Carolina Oath Keepers, and somebody in his phone as

```
 1   CAGS 5 that continue to reference plans for November 14th?
 2        A    Yes.
 3        Q    Are these all messages derived from Mr. Rhodes'
 4   cell phone extraction?
 5        A    Yes.
 6             MS. RAKOCZY:  At this point in time, Your Honor,
 7   the government would seek to admit Government's
 8   Exhibit 6618.A and 6619.
 9             THE COURT:  Any objection?
10             MR. WOODWARD:  This is hearsay.  The statements
11   are not really in context.  It goes far beyond that.
12             THE COURT:  Can I see what they are?  I haven't
13   looked at them.
14             So can you just put 6618.A on the screen?
15             MS. RAKOCZY:  Can you scroll into the exhibit,
16   please.
17             THE COURT:  And, Ms. Rakoczy, on the phone.
18             (Bench conference)
19             THE COURT:  So the agent can identify who
20   "CAG Spy" is?
21             MS. RAKOCZY:  Yes, Your Honor.  He will identify
22   that person as Defendant Thomas Caldwell.
23             THE COURT:  Okay.
24             You still have an objection, Mr. Woodward?
25             MR. WOODWARD:  No, Your Honor.
```

```
 1              (Open court)
 2              MR. WOODWARD:  Your Honor, we'll withdraw the
 3   objection.
 4              THE COURT:  Okay.  6618 and 6619 are admitted.
 5                              (Government's Exhibit 6618.A
 6                                 received into evidence.)
 7              MS. RAKOCZY:  Just 6618.A for the record.
 8              THE COURT:  Sorry.
 9   BY MS. RAKOCZY:
10       Q    Special Agent Palian, let's now, if we could,
11   bring up on the screen the first page of 6618.A.
12              Special Agent, we see a message on the screen that
13   says, "From:  Stewart Rhodes," to someone named CAG Spy.
14              Is that right?
15       A    That's correct.
16       Q    And in the course of your investigation, did you
17   learn the identity of this person who sometimes refers to
18   himself as CAG or CAG Spy?
19       A    Yes.  That was Thomas Caldwell.
20       Q    Okay.
21              And this -- these series of messages that we see,
22   are these messages between Mr. Rhodes and Mr. Caldwell from
23   Mr. Rhodes' phone?
24       A    Yes, that's right.
25       Q    And that's reflected in the bottom left corner by
```

1    the No. 1 as coming from Mr. Rhodes' phone?

2         A    Yes.

3         Q    And this is a Signal chat, Chat 321, between those

4    two participants; is that right?

5         A    It was Chat 321 in his phone, yes.

6         Q    So on November 8th, 2020, at about 9:19 p.m., what

7    did Mr. Rhodes say to Mr. Caldwell?

8         A    Mr. Rhodes said, "Greetings.  Who is this?"

9         Q    And then did Mr. Caldwell respond?

10        A    He did.  He responded with:  "Stewart, this is Tom

11   in Virginia.  Checking in.  Weird vibe in the big city

12   today.  Practically a ghost town.  Lots of entrenched

13   MAGAts.  Protests underway.  Lengthy recce.  No maps

14   available I like, so cutting and pasting my own."

15        Q    If we could continue to the next page, can you

16   continue reading the message, please.

17        A    "How many coming from your end?  I have

18   climate-controlled building, but you'll need bed rolls.

19   Circle back your convenience in case additional support

20   arrangements/actions need accomplished by me.  Will discuss

21   declassification question and have suggestions with a given

22   being those requested from are corrupt."

23        Q    Does the message continue?

24        A    It does.  It says, "I am not the first crusty

25   intel guy to consider the question.  Will explain.  What

```
 1    type op soonest?  When pre-strike recce?  I will plan to
 2    drive/lead if desired for the latter.  Feelers out for
 3    range/additional space.  Know more tomorrow."
 4         Q    And then in the next message we have on the
 5    screen, did Mr. Rhodes respond?
 6         A    Mr. Rhodes responded with a thumbs-up emoji.
 7         Q    Okay.
 8              MS. RAKOCZY:  If we could take that exhibit down
 9    now and go to Exhibit 6619, please.
10    BY MS. RAKOCZY:
11         Q    On that same day, November 10th, is there -- did
12    you find some messages in Mr. Rhodes' phone from a chat
13    called "D.C. Op North Carolina"?
14         A    Yes, I did.
15         Q    Is that another Signal group chat?
16         A    It is.
17         Q    Okay.
18              These messages begin from that chat at Message 45;
19    is that correct?
20         A    Yes.
21         Q    And they come from someone named Jim?
22         A    Yes.
23         Q    What does Jim say to that chat?
24         A    Jim says, "Stewart, Ranger, and Paul, this is a
25    message that I just received for Tom Caldwell in VA.  Want
```

1  to know when you plan to arrive and some logistics

2  questions."

3       Q    What does the message continue?

4       A    "Greetings from Virginia.  Spoke briefly with

5  Doug Smith today.  I need to know how many are coming and

6  when if I am to prepare for sanitation, et cetera.  Please

7  advise soonest.  He said may start arriving Wednesday.  Is

8  that true?  Those coming self-contained?"

9       Q    Does the message continue?

10      A    It does.  It says, "I have another site

11  volunteered by local farmer secluded with space for 100, no

12  problem in campers and tents, but no water immediately

13  there.  Can fill up camper water tanks close by if needed.

14  Otherwise, if that's not acceptable, need to know ASAP."

15      Q    And on the next page, does the message continue?

16      A    Message continues by saying, "My place building

17  with heat for bunkhouse style if troops have bed rolls.

18  Spigots avail but not secluded.  Still need numbers for

19  porta potty order and placement.  What is primary:  privacy

20  or ....?  Need op sec."

21      Q    On the next page, does Mr. Caldwell continue?

22      A    No.  Someone named Jim continues.

23      Q    I'm sorry.  Does Jim continue?

24      A    Yes, Jim continues by saying, "Recommend something

25  like U.S.S. Nimitz reunion, which can be put on signs and

1    used in comms.  Please share with Stewart and others.

2    Request advise ASAP.  Tom."

3        Q    And that's the conclusion of the message from this

4    person Jim being passed along from someone named Tom?

5        A    Right.  Thank you.  I'm sorry.

6        Q    Continuing to the next slide, the next message in

7    that "D.C. Op North Carolina" chat, is that from somebody

8    named Western State LEA?

9        A    Yes, Western State LEA.

10       Q    So did the macro cut off the D in "lead"?

11       A    Yes.

12       Q    Are you aware, based on the context of the

13   messages that you have read in this investigation, who used

14   the moniker or name Western State Lead in these Signal

15   chats?

16       A    Yes.  Paul Stamey used Western State Lead.

17       Q    What is the significance of that name,

18   Western State Lead, if you know?

19       A    My understanding is that it means that he was the

20   leader of the western portion of the state of

21   North Carolina.

22       Q    On November 10th at 7:30 p.m., what did

23   Western State Lead respond to this Signal chat?

24       A    He responded by saying, "Jim, tentative arrival,

25   1200 hours, 1.12.20.  Current head count unknown.  Is this

1    the same place Ranger we discussed earlier?"

2        Q    And on the next slide, does the Jim individual

3    respond?

4        A    He responds by saying, "Yes, it is.  Tom has

5    30-plus acres for us to use and has a friend that has a

6    porta potty business that is happy to help out.  I'll let

7    him know time and count as soon as we get it."

8        Q    And on a couple messages later, Message 53, did

9    Western State Lead respond to Jim?

10       A    Yes.  He responded by saying, "Jim, send me

11   NR Caldwell info."

12       Q    Turning to the next page of this exhibit, on

13   November 10th, then, maybe fifteen minutes later, at

14   8:45 p.m., did you see evidence from Mr. Caldwell's phone

15   that someone named Stamey sent a message to him?

16       A    Yes.

17       Q    And does the series of messages that follow fairly

18   and accurately portray messages that were obtained from

19   Mr. -- from Signal chats on Mr. Caldwell's phone?

20       A    Yes, Signal chats on Mr. Caldwell's phone, that's

21   correct.

22       Q    At 11/10, 8:45 p.m., what did Mr. Paul Stamey send

23   to Mr. Caldwell?

24       A    Mr. Stamey said, "Good evening, sir.  Paul Stamey,

25   NC Oath Keepers."

```
 1        Q    How did Mr. Caldwell respond?

 2        A    He responded by saying, "Hi, Paul."

 3        Q    What did Mr. Stamey then say?

 4        A    Mr. Stamey said, "How are you this evening?"

 5        Q    Did Mr. Caldwell respond, "Just great.  Really

 6   busy getting ready for the arrival.  Are you coming?"

 7        A    Yes.

 8        Q    How did Mr. Stamey respond?

 9        A    "Yes.  ETA 1200 Thursday, 11.12.20."

10        Q    And did Mr. Caldwell then ask, "Can you give me

11   any insight?  I have 2 properties available.  1 is 100 acres

12   secluded but just a big, empty field that belongs to a

13   friend.  My property is smaller, 30 acres, but we have

14   outbuildings that can be used for bunkhouses if people bring

15   sleeping bags"?

16        A    He did say that.

17        Q    And then does the message continue?

18        A    Yes.  It continues where he says, "Which is what

19   Stewart and you envision?  Either way, I got to order porta

20   potties, but which property?"

21        Q    Continue to the next page, a little while later,

22   did Mr. Stamey ask Mr. Caldwell if he had time for a phone

23   call?

24        A    He did.

25        Q    How did Mr. Caldwell respond?
```

```
 1       A       "Yes, exclamation point."
 2               MS. RAKOCZY:  Okay.  Let's bring those slides down
 3    for a second.
 4               THE COURT:  I'm going -- if you're going to turn
 5    to another exhibit, Ms. Rakoczy, this might be a good time
 6    for your morning break.
 7               MS. RAKOCZY:  Yes, Your Honor.  Thank you.
 8               THE COURT:  Ladies and gentlemen, it's just a
 9    little bit after 11:15.  So why don't we plan to start
10    around 11:45.
11               Thank you very much.  We'll see you shortly.
12               (Jury exited)
13               THE COURT:  Have a seat quickly, everyone, please,
14    before we take our break.
15               On the transcripts issues, I'm going to sort of
16    turn this back to the parties, but you ought to be familiar
17    with U.S. versus Holton from the D.C. Circuit,
18    116 F.3d 1536.  It basically --
19               Special Agent, you can step down.
20               Basically, in federal court, it's up to -- at
21    least in this Circuit, it's up to the discretion of the
22    trial court whether to actually admit the transcripts;
23    however, the Circuit says, for a transcript to be used in
24    federal court, either the parties must stipulate that it is
25    accurate or the judge must compare the proposed transcript
```

1    to the tapes and certify its accuracy or the judge should

2    provide the jury with one transcript with the prosecution's

3    interpretation of one transcript for the defendants and one

4    of the defendants' interpretation of the Court.

5           The Court goes on to provide some other guidance

6    of how to deal with transcripts, and I'll leave it to you

7    all in the first instance.  And if you can't come to an

8    agreement, then you will let me know.

9           Insofar as, just to clear up the record in terms

10   of Mr. Rhodes' statements to the "Friends of Stone" chat, as

11   well as the GoToMeeting, those are co-conspirator

12   statements.  Even though we don't know who's in the "Friends

13   of Stone" chat necessarily, you know, these are statements

14   eliciting assistance with the basic objectives of the

15   conspiracy that Mr. Rhodes sent out both to members of

16   leadership, as well as to others.

17          And so I think, consistent with what the Circuit

18   has said in *Tarantino* about bringing in others to assist in

19   the conspiracy, it qualifies.  And the same would be true --

20   it's even more so with respect to the GoToMeeting

21   statements, given that members of the conspiracy are

22   actually on the recording or actually were in part of the

23   meeting; okay?

24          Thank you, everyone.

25          COURTROOM DEPUTY:  All rise.

1    (Recess from 11:20 a.m. to 11:35 a.m.)

2    THE COURT:  Before we do that, so, Mr. Nestler,

3    I understand there's a witness issue.

4    MR. NESTLER:  That's correct, Your Honor.  There

5    is a witness here.  His name is Brian Lee.  He's under

6    subpoena.  And he has indicated that he would like to assert

7    his Fifth Amendment privilege if and when he's called to

8    testify.

9    And so we don't have him planning to testify

10   today, given everything else that's happening.  But we did

11   want your Court -- Your Honor to be able to address him

12   while he's here.

13   THE COURT:  Okay.

14   MR. NESTLER:  He does not have counsel.

15   THE COURT:  All right.  Well, can we do it at the

16   lunch break?  I mean, if you want to have him come in -- or

17   is he here?

18   Oh, hi, Mr. Lee.

19   So I'm going to ask you to stick around until we

20   break for lunch around 12:30, and then we can take up your

21   concerns, Okay?

22   MR. LEE:  Whatever pleases the Court, Your Honor.

23   THE COURT:  Appreciate it.

24   Since you're a witness in this case, you're going

25   to have remain outside the courtroom.

```
 1              MR. LEE:  Very well, Your Honor.
 2              THE COURT:  Thank you.
 3              MR. NESTLER:  He was not in this morning.  We
 4    already had that conversation.  He just came in now to
 5    address Your Honor.
 6              THE COURT:  Okay.
 7              MR. NESTLER:  Thank you, Your Honor.
 8              THE COURT:  Thank you.
 9              COURTROOM DEPUTY:  Jury panel.
10              (Jury entered the courtroom.)
11              THE COURT:  All right.  Please be seated.
12              Welcome back, everyone.
13              We will continue with Agent Palian's testimony,
14    and we'll continue until we have our lunch break.
15              Ms. Rakoczy, unless move those -- thank you.
16    BY MS. RAKOCZY:
17         Q    Good morning again, Special Agent Palian.
18         A    Good morning.
19              MS. RAKOCZY:  I'd like to turn back now to
20    Government's Exhibit 6618, which I, just for the record, I
21    kept referring to as exhibit 6618.A, but there is no such
22    exhibit.  It's just 6618, so I apologize to the Court and
23    counsel.
24              But Exhibit 6618, if we could bring that up on the
25    screen, what is page 6 of the exhibit, or message 1.S.321.4.
```

1    BY MS. RAKOCZY:

2       Q    So we had just left off on the previous message

3    where back on November 10th, Mr. Caldwell sent a message

4    offering some options, and Mr. Rhodes responded with a

5    thumbs-up emoji.

6            In the next message, a short while later, did

7    Mr. Rhodes express gratitude to Mr. Caldwell?

8       A    Yes, he did.

9       Q    What did he say?

10      A    "Thank you Tom for all your help."

11      Q    The next day, November 11th, did Mr. Rhodes send a

12   message to Mr. Caldwell?

13      A    He did.  He said, "Please call me ASAP."

14      Q    And then, again, did he follow that up, message up

15   a little bit later that same day, asking Mr. Caldwell to

16   call him, please?

17      A    Yes.

18      Q    And then a couple of hours later, did Mr. Caldwell

19   ask, "Do you need me to call again?"

20      A    He did ask that, yes.

21      Q    Okay.

22           Going to the next message then on message No. 11

23   from this, these direct messages between Mr. Rhodes and

24   Mr. Caldwell, on the morning of November 12th, did

25   Mr. Rhodes send a message to Mr. Caldwell at 5:14 a.m.?

1    A    Yes, Mr. Rhodes sent that message.

2    Q    What did he say?

3    A    "Good morning.  Please call me when you're up and

4    around."

5    Q    Okay.

6         And then the next, a few messages later, Message

7    14, on the morning of November 14th, just for clarity,

8    November 14th, what was that day?

9    A    November 14th was a Saturday.  It was the day of

10   the Million MAGA March.

11   Q    Okay.

12        At 9:55 a.m., did Mr. Caldwell send a message to

13   Mr. Rhodes?

14   A    Yes, he sent a message and said, "Check."

15   Q    Okay.

16        And in response, what did Mr. Rhodes write?

17   A    He sent a thumbs-up emoji.

18   Q    And what else did he say in Message 16?

19   A    Mr. Rhodes in Message 16 says, "Let's roll."

20   Q    Turning to the next message, we're switching now,

21   it looks like, from the exhibit numbers at the bottom of the

22   screen, from 1.S.321, Signal messages from Mr. Rhodes'

23   phone, to an exhibit that's 22.T.

24        Just to remind the jury, did we recover texts or

25   SMS messages from Mr. Caldwell's phone in addition to Signal

1    messages?

2        A    Yes, both were recovered.

3        Q    Okay.

4             And are we now about to read a handful of text

5    messages from Mr. Caldwell's phone?

6        A    Yes.  These are text messages.

7        Q    Okay.

8             On the afternoon of November 14th at about

9    2:08 p.m., did Mr. Caldwell send a message to somebody saved

10   in his phone as "Stewart"?

11       A    Yes, he did.

12       Q    And what did he write?

13       A    He wrote, "Have you seen Jess, Dan, or Montana?

14   I am parked 2 blocks off Penn on 3rd."

15       Q    Did Mr. Rhodes respond, then, in Message 3?

16       A    Yes.  He responded with:  "They are with us.  All

17   good."

18       Q    Okay.

19            If we could now turn to Government's Exhibit 6619,

20   beginning at page 18 of that exhibit, which is, for the

21   record, the message that is Exhibit 22.S.456.A.

22   BY MS. RAKOCZY:

23       Q    Do we see here some Signal messages recovered from

24   Defendant Caldwell's phone?

25       A    Yes.

1    Q    On November 15th of 2020 in the afternoon at about

2  4:45 p.m., did Mr. Stamey send a message to Mr. Caldwell?

3    A    Yes, he did.

4    Q    And what did Mr. Stamey say?

5    A    "Hey, brother, wanted to express my sincere

6  gratitude for your friendship and hospitality.  If you ever

7  need anything, I'm your man.  Special thanks to Sharon for

8  putting up with you.  Semper fidelis.  CAG."

9    Q    On the next page, was a photograph sent -- or the

10  next message, was a photograph sent?

11    A    Yes, a photograph was sent.

12    Q    And if we go to the page after that, do we see the

13  photograph that was sent from Mr. Stamey to Mr. Caldwell?

14    A    Yes.

15    Q    And is that a photograph depicted here on the

16  screen?

17    A    It is depicted on the screen.

18    Q    Okay.

19         In the course of this investigation, did the FBI

20  execute a search warrant on Mr. Caldwell's residence?

21    A    We did.

22         MS. RAKOCZY:  At this point in time, Your Honor,

23  the government will seek to admit two items of evidence

24  labeled Government's Exhibit 20 and Government's Exhibit 21.

25         We have a stipulation about that, I believe, under

1    Government's Exhibit 3000, the stipulation regarding

2    physical evidence.

3           And I can read that stipulation, first, to the

4    jury, assuming there is agreement that there is no objection

5    to the stipulation regarding Government's Exhibits 20 and 21

6    from the Thomas Caldwell search warrant.

7           MR. WOODWARD:  Your Honor, may we approach?

8           (Bench conference)

9           MR. WOODWARD:  Can you hear me?

10          There is not an objection, and I don't think it's

11   appropriate for the government to have just told the jury --

12   excuse me.

13          There is not a stipulation, and I don't think it's

14   appropriate for the government to tell the jury that there

15   is a stipulation.

16          We've been clear that we were comfortable

17   stipulating to the seizure of the phones and the forensic

18   process that has undergone so as to avoid having to bring in

19   a CART examiner for every phone, given how --

20          THE COURT:  Are you objecting to whatever

21   stipulation she's intending to read on as to these exhibits?

22          MR. WOODWARD:  Yes, sir.

23          THE COURT:  What's the stipulation?

24          MS. RAKOCZY:  The stipulation, Your Honor, in

25   Exhibit 3000 is to the items of physical evidence that the

1    government seeks to introduce.  All the defense counsel

2    except Mr. Woodward agree to these stipulations.

3              I did email Mr. Woodward on Monday night or Sunday

4    night and let him know the items of physical evidence that

5    would be up this week, including these two exhibits,

6    20 and 21, and asked --

7              THE COURT:  So what's the stipulation?  What's the

8    objection to it?

9              MS. RAKOCZY:  The stipulation is Items 20 and 21

10   were seized during the execution of a search warrant at

11   Mr. Caldwell's home.

12             THE COURT:  What's the problem with that,

13   Mr. Woodward?

14             MR. WOODWARD:  We'd like them to lay a foundation

15   for how the items were obtained.  And I'll just add that

16   typically when one defense counsel agrees to a stipulation,

17   it's to avoid the government talking to the jury about

18   search warrants being executed.

19             Now, we appreciate Your Honor's catching that and

20   giving the limiting instruction.  But the stipulation has

21   been rendered obsolete.  And, as we've said all along, we'd

22   like to see the foundation for the items of evidence that

23   the government is going to introduce.

24             MS. RAKOCZY:  That's fine, Your Honor.  We can

25   move on past this.  We would have to call, obviously, the

1    seizing agent to lay the complete foundation for this item.

2    And so we can do that.

3         We just -- we'd really ask Mr. Woodward to let us

4    know his position soon so that we can start lining up the

5    additional 15 to 20 witnesses that we'll need to lay the

6    foundation for all these items of physical evidence.

7         MR. WOODWARD:  I'm happy to talk further with the

8    Court and the government about this at lunch.  I don't know

9    that we need to take up the jury's time if we're willing to

10   move on.  But our position has been pretty consistent for

11   the last few weeks now.

12        THE COURT:  Okay.

13        (Open court)

14   BY MS. RAKOCZY:

15        Q    Special Agent Palian, did you view certain items

16   of evidence that were recovered from Mr. Caldwell's home by

17   the FBI?

18        A    Yes.

19        Q    And were you present at Mr. Caldwell's home on the

20   date that these items were seized?

21        A    Yes, I was.

22        Q    Were you actually a seizing officer of these items

23   of evidence?

24        A    I'd need to look.  I might have been.

25        Q    Okay.

1      A      I can check the chain of custody if we need to

2  verify that.

3      Q      That's okay.  I just wanted to know if you were

4  present when these items were recovered generally that day.

5      A      Generally, I was, yes.  I viewed them on-site that

6  day.

7      Q      And are you familiar with what items of evidence

8  were recovered?

9      A      Yes.

10     Q      On that day at Mr. Caldwell's residence, was a

11 flag resembling the one that we see in this photograph

12 recovered?

13     A      Yes, it was.

14     Q      Okay.

15            MS. RAKOCZY:  If we could take down the exhibit.

16            If I can please have the Court's indulgence.

17 BY MS. RAKOCZY:

18     Q      Was that item of evidence, that flag, in addition

19 to being seized, also photographed?

20     A      Yes, it was photographed.

21            THE COURT:  Ms. Rakoczy, if, at this point, you

22 want to show the exhibit to Agent Palian and have him verify

23 it is what, in fact, was seized, and he can verify that,

24 that will satisfy me of the foundation.

25            MS. RAKOCZY:  Yes, Your Honor.

1    THE COURT:  If there is a concern about chain of
2    custody, we'll deal with that later.
3    At this juncture, let's get it admitted because I
4    think he's laid a sufficient foundation as long as he
5    verifies what's in that bag is what was seized at the scene.
6    MS. RAKOCZY:  Thank you, Your Honor.
7    BY MS. RAKOCZY:
8    Q    Special Agent Palian, I'm going to approach you
9    now with an item of evidence that's been marked as
10   Government's Exhibit 21.
11   A    Thank you.
12   Q    If you could please open up that bag, first of
13   all, is that the type of bag that evidence is stored in
14   after it has been collected?
15   A    Yes.
16   Q    Okay.
17   What is inside of Government's Exhibit 21?
18   A    Inside of Government's Exhibit 21 is the signed
19   Gadsden flag from the previous photo.  It's like an old --
20   Q    Does it appear to you to be the same item that was
21   recovered from Mr. Caldwell's residence?
22   A    Yes.
23   MS. RAKOCZY:  At this point in time, Your Honor,
24   the government would seek to move Government's Exhibit 21
25   into evidence.

1      MR. WOODWARD:  No objection.

2      THE COURT:  Okay.  21 will be admitted.

3      You can show to the jury if you'd like.

4                          (Government Exhibit 21
                            received into evidence.)

5

6  BY MS. RAKOCZY:

7      Q    Thanks, Special Agent.

8           Are there signatures on that flag?

9      A    Yes, there are.

10     Q    Special Agent Palian, during the course of this

11  investigation, you told us yesterday you became familiar

12  with an application called Zello; is that right?

13     A    That's correct.

14     Q    And did you obtain from Zello certain records of

15  certain Zello channels and recordings and subscriber

16  information for Zello accounts?

17     A    Yes, we did.

18     Q    Could you explain to the jury, just very generally

19  speaking, how you and your fellow investigators became

20  interested in looking into certain Zello communications?

21     A    Sure.

22          As you may have heard earlier in the testimony, we

23  obtained a recording via public source that a reporter had

24  recorded some Zello communications between individuals of

25  interest to us on January 6th.  That caused us to go and

1  look for other Zello recordings that may have existed prior

2  to that.

3      Q    And based on some information that was published

4  by this reporter, did you become familiar with a user name

5  on Zello that might be the name of a user on one of these

6  recordings from January 6th?

7      A    Yes.

8      Q    And do you recall what that user name was?

9      A    It was something -- "Ohio State Regulars,"

10 I believe, was what it was.

11     Q    And you testified earlier about the significance

12 of that name, Ohio State Regulars; is that right?

13     A    Right.

14     Q    Can you remind the jury?

15     A    The Ohio State Regulars militia was the militia

16 that's Ms. Watkins founded and was the leader, I might add.

17     Q    During the course of the investigation, did you

18 obtain from the company Zello certain records, subscriber

19 information and channel information, for that user,

20 Ohio State Regulars?

21     A    Yes.

22     Q    Okay.

23          And did you then also obtain the records for any

24 channels that that user was a part of?

25     A    Yes, we did.

```
 1      Q    Are those records somewhat voluminous?

 2      A    They are.

 3      Q    Did they come in text files with very tiny fonts

 4   that stretched over many pages?

 5      A    Yes.

 6      Q    In the course of preparing for trial, did you and

 7   your fellow investigators prepare a summary exhibit that

 8   summarizes certain subscriber information and channels that

 9   are pertinent to this investigation?

10      A    Yes, we did do that.

11      Q    And is Government Exhibit 6611 --

12           MS. RAKOCZY:  I'm sorry.  The Court's indulgence.

13   BY MS. RAKOCZY:

14      Q    Is Government's Exhibit 5611 one of those

15   exhibits?

16      A    I believe it is.

17           MS. RAKOCZY:  The Court's indulgence.

18   BY MS. RAKOCZY:

19      Q    I'm sorry.  I misspoke.  Was it 5116 one of those

20   exhibits?

21      A    I think.  I'd need to see it to confirm.

22           MS. RAKOCZY:  Okay.  Let me see if we could bring

23   up just for the Special Agent Exhibit 5116.

24           Thank you, Your Honor.

25           I apologize to the Court.
```

1        If I could bring up for the Agent just

2    Exhibit 5116.

3    BY MS. RAKOCZY:

4        Q    Do you recognize this exhibit?

5        A    Yes, I do.

6        Q    Is this a summary exhibit that you and your

7    colleagues prepared in advance of trial?

8        A    Yes.

9        MS. RAKOCZY:  At this point in time, Your Honor,

10    the government would seek to move into evidence

11    Exhibit 5116.

12        MR. WOODWARD:  Objection, Your Honor, to the

13    extent that this was not prepared by -- may we approach?

14        THE COURT:  No.  It's admitted.

15        MS. RAKOCZY:  Thank you, Your Honor.

16                            (Government Exhibit 5116
                                received into evidence.)
17    BY MS. RAKOCZY:

18        Q    Special Agent Palian --

19        MS. RAKOCZY:  If we could publish 5116 to the

20    screen.

21    BY MS. RAKOCZY:

22        Q    Special Agent Palian, you said that you obtained

23    records from Zello for this user, Ohio Regulars; is that

24    right?

25        A    That's correct.

1    Q    Okay.

2         Was there information that suggested to you who

3    the user of the account might have been?

4    A    Yes, there was.

5    Q    Can you explain that to the jury?

6    A    Sure.  The email address,

7    firegirljess13@gmail.com, was an email we had recovered

8    previously.

9    Q    Who was that email address associated with?

10   A    It's associated with Defendant Watkins.

11   Q    Does the Zello records reflect also sort of a

12   profile or user photograph?

13   A    Yes, it does.

14   Q    Do we see that depicted on the left side of the

15   screen?

16   A    Yes, it's on the left-hand side.

17   Q    Do you recognize anyone in that photograph?

18   A    I recognize both individuals.

19   Q    The person on the right of the photograph, who is

20   that?

21   A    That's Defendant Watkins.

22   Q    Okay.

23        In these Zello records that you obtained from

24   Zello, did you see certain channels listed of which this

25   user, Ohio Regulars, was the owner?

1    A    Yes, we did see those channels.

2    Q    What was name of that channel that the user

3  Ohio Regulars was the owner of?

4    A    Okay D.C. Op.

5    Q    And do we also see listed in these -- in these

6  Zello records contacts who were associated with the

7  Ohio Regulars user?

8    A    Yes.

9    Q    Do we see those depicted on the right side of the

10  screen?

11    A    Yes, they are.

12        MS. RAKOCZY:  Okay.  If we could go to the next

13  page, please, of the exhibit.

14  BY MS. RAKOCZY:

15    Q    From Zello, did we obtain something called a

16  channel log that showed the channels that this user was part

17  of?

18    A    Yes.

19    Q    And highlighted here in the middle of the screen,

20  do we see the channel log information for November 13th of

21  2020?

22    A    Yes.  It's right there.

23    Q    At the time, 14:08 p.m.?

24    A    Yes.

25    Q    And does that reflect something that occurred in

1    the Okay D.C. Op on that date and time?

2         A    Yes.

3         Q    And do you know -- can you tell us what it

4    suggests?

5         A    Yeah.  It suggests that the channel was created at

6    that time.

7         Q    Okay.

8              And created by which user?

9         A    It appears the Ohio Regulars.

10        Q    Okay.

11             If we could go to the next page, is this the

12   channel log for that channel?

13        A    Yes.

14        Q    And does it show when other people subscribed to

15   the channel?

16        A    Yes, it does.

17        Q    And does it highlight certain user names who

18   subscribed at certain times?

19        A    Yes.

20        Q    And if we go to the next slide, do you provide

21   here some more information about some of those highlighted

22   users who subscribed to that Okay D.C. Op channel?

23        A    Yes.

24        Q    And the first user is CAG Spy.  You've told us

25   earlier that you're familiar with that nickname; is that

1   right?

2        A    Yes, that's right.   That's Thomas Caldwell's

3   nickname.

4        Q    There's also a phone number and email address

5   listed.   Are those two phone numbers and email addresses,

6   are those items which you would seek to be identified with

7   Defendant Caldwell?

8        A    Yes.   Both are the email address and the phone

9   number.

10        Q    And did you see that information in

11   Defendant Caldwell's phone?

12        A    I did.

13             MS. RAKOCZY:   If we could continue then to the

14   next page.

15   BY MS. RAKOCZY:

16        Q    On the left side, there's a user referred to as

17   JPaul9, and there's an email address listed.   In the course

18   of this investigation, have you obtained records relating to

19   that email address?

20        A    Yes, I have.

21        Q    And based on that, were you able to determine who

22   utilized that email address?

23        A    Yes.   It was Mr. Stamey utilized that email

24   address.

25             I'd also like to add, too, where it says, "Not

 1   verified," that's not something we add.  That was provided

 2   by the company, by Zello.

 3        Q    Okay.

 4             And did that come from -- and I'm sorry.  Could

 5   you remind the jury who J. Paul Stamey is?

 6        A    Mr. Stamey was the Western State Lead for the

 7   Oath Keepers in North Carolina.

 8        Q    On the right side of the screen, we see there was

 9   a user name K. Kane and email and phone number listed.

10             Based on the records obtained and messages

11   reviewed by you in this investigation, were you able to

12   determine an individual, a true name who was associated with

13   that data?

14        A    Yes, I was.

15        Q    Who was that person named?

16        A    That's Kenneth Bittner.

17        Q    We haven't heard that name before.  Are you

18   familiar with a person, Kenneth Bittner, in connection with

19   this investigation?

20        A    Yes.  I've interviewed Mr. Bittner.

21        Q    Is that person associated with the Oath Keepers?

22        A    He is.  He is associated with the Oath Keepers.

23        Q    Okay.  From which state, if you know?

24        A    He's from Florida.

25        Q    Okay.

1        MS. RAKOCZY:  If we could continue to the next

2   slide, please.

3   BY MS. RAKOCZY:

4        Q    There's a name listed, "Medevac 69," and some

5   information and an email and a phone number.

6             Based on messages you've seen and records you've

7   reviewed in this investigation, do you have any familiarity

8   with who Medevac 9 was?

9        A    I do.

10       Q    And who do you believe that to be?

11       A    Mr. John Zimmerman.

12       Q    That's based on the evidence you reviewed?

13       A    Yes.

14       Q    And, finally, there's a user D. Siekerman.  You

15   had previously told us that you are generally familiar with

16   a gentleman named Don Siekerman in this investigation.

17            Is that right?

18       A    Yes, I am familiar with them.

19       Q    Base on records you've obtained in this

20   investigation, are you familiar with the phone number listed

21   there for this Zello user?

22       A    Yes.

23       Q    Is that phone number known to you from your

24   investigation to be associated with someone named

25   Don Siekerman?

```
 1       A    Yes, it is.

 2            MS. RAKOCZY:  I think that's the last page of the

 3   exhibit, so we can bring that exhibit down.

 4   BY MS. RAKOCZY:

 5       Q    Special Agent Palian, you talked a little bit

 6   about evidence recovered from Mr. Caldwell's residence.

 7            Do you recall that testimony?

 8       A    I do.

 9       Q    Have you also reviewed photographs that were taken

10   of the evidence at the scene?

11       A    Yes.

12       Q    I'd like to show you just a series of photographs

13   now beginning with -- let me -- have you reviewed, prior to

14   your testimony here today, photographs that have been

15   labeled Government's Exhibit 725.1 through 725.10?

16       A    I've reviewed the photographs.  I think those are

17   the exhibit numbers.

18            MS. RAKOCZY:  Okay.  And if I could just bring up

19   725.1 to show just Special Agent, if we can.

20            The Court's indulgence.  I apologize for the

21   technical difficulties.  We're going to try another

22   computer.

23            THE COURT:  Any objection to these exhibits?

24            MR. WOODWARD:  I didn't catch the numbers.

25   I'm sorry, Your Honor.
```

```
 1              MS. RAKOCZY:  725.1 through 725.10.

 2              MR. FISCHER:  No objection.

 3              MR. WOODWARD:  I concur, Your Honor.

 4   No objection.

 5              MS. RAKOCZY:  If they may be admitted, Your Honor,

 6   I can work on a backup for showing them to the

 7   Special Agent.

 8              THE COURT:  Okay.  725.1 through .10 are admitted.

 9                   (Government's Exhibits 725.1 through 725.10
                                          received into evidence.)
10

11              MS. RAKOCZY:  Thank you, Your Honor.

12              Your Honor, with the Court's permission --oh.

13   BY MS. RAKOCZY:

14      Q    Special Agent Palian, can you see a photograph on

15   your screen now?

16      A    Yes, I can.

17      Q    Okay.  And based on seeing this, do these appear

18   to be the photographs that we were just referencing that

19   were taken of items of evidence at Mr. Caldwell's home?

20      A    Yes.  I believe I took these photographs actually.

21      Q    Okay.  Even better.

22              MS. RAKOCZY:  If we could publish Exhibit 725.1 to

23   the jury, please.

24   BY MS. RAKOCZY:

25      Q    Special Agent Palian, can you describe what we see
```

1    in Photograph 725.1?

2        A    Sure.  It's a poster with an American flag in the

3    background and former President Trump in the foreground

4    opening his shirt up to show a "Make Presidents Speak Again"

5    T-shire underneath his suit.

6        Q    And was this signed by various individuals?

7        A    Yes.

8        Q    Can you explain why you seized this item of

9    evidence?

10       A    We seized this item of evidence because it was

11   related to the November 14 Million MAGA March and had

12   signatures from people we believed were present.

13           MS. RAKOCZY:  If you could go to text slide,

14   725.1, the next exhibit -- point 2.  I'm sorry.

15   BY MS. RAKOCZY:

16       Q    Is this a photograph of the flag you just showed

17   the jury?

18       A    Yes, it is.

19           MS. RAKOCZY:  If we could go to 725.3, please, for

20   the jury.

21   BY MS. RAKOCZY:

22       Q    Does this zoom in on some of the text of that

23   slide?

24       A    Yes, it does.

25           MS. RAKOCZY:  And the next slide -- the next

1   picture, 725.4, please.

2   BY MS. RAKOCZY:

3       Q    Does that show another zoom-in of one of the

4   signatures on that flag?

5       A    Yes, it does.

6            MS. RAKOCZY:  And 725.5, please.

7   BY MS. RAKOCZY:

8       Q    Does that show another signature zoomed in on, on

9   the flag?

10      A    Yes.

11      Q    If we could turn to the photograph that is 725.6,

12  please.

13           Does this photograph and a couple photographs that

14  follow reflect a printout that you found in Mr. Caldwell's

15  home?

16      A    Yes, it reflects a printout we found.

17      Q    And does it reflect a purchase of an item?

18      A    Yes, it does.

19      Q    What kind of item?

20      A    So this is called the Ideal Conceal cell phone

21  pistol.

22      Q    On the next page of this exhibit, which we won't

23  turn to right now, but is there manufacturer information

24  listed for the item?

25      A    There is.

1    Q    And have you looked that item up on the

2  manufacturer or seller's website?

3    A    We have.

4    Q    And generally, what is that item?

5    A    Generally, that item is a .380 pistol.  It's

6  double-barreled, and it is meant to be concealed and look

7  like a cell phone instead of a pistol.

8    Q    Did you obtain during the course of this

9  investigation records from the seller regarding this

10 purchase?

11   A    We did.

12   Q    Okay.  Let's turn return to those in one minute.

13 But before we leave these photographs, if we could skip

14 ahead.

15        MS. RAKOCZY:  If we could just do 725.9 and then

16 10, we can finish these photographs.

17 BY MS. RAKOCZY:

18   Q    Can you explain this photograph and the photograph

19 that we'll see in a moment, 725.10, to the jury,

20 Special Agent Palian?

21   A    Sure.  It hasn't come up on my screen yet.

22   Q    As soon as it comes up on the screen.

23   A    Yeah.  There it is.

24        This is a notebook that was recovered from

25 Mr. Caldwell's residence.

1     Q     And did you take photographs of certain pages from

2  that notebook?

3     A     I did.

4     Q     In 725.9, can you explain why you photographed

5  this page?

6     A     Sure.

7           The top, what I would call the title, is, it says,

8  "Defined theater of ops.  Op or area, tactical areas," and

9  then goes on to discuss rally points and other sorts of

10 things, communications, that we associate with -- in the

11 FBI, we associate that with a law enforcement operation.

12    Q     Okay.

13          And turning to the next page, 725.10, the

14 information on this page of the notebook, did you photograph

15 that for similar reasons or can you explain?

16    A     I did, yes.

17          This discussed lodging here below.  Right here, it

18 says, "3X4 man teams.  Comms.  Layouts."

19          This was all indicative to some sort of an

20 operation --

21    Q     Thank you.

22    A     -- insomuch as it's a coordinated effort.

23          MS. RAKOCZY:  If we could take down those

24 photographs then.

25 BY MS. RAKOCZY:

1    Q    You mentioned, Special Agent Palian, we were just

2  talking about the flag and the photograph of people holding

3  the flag.  Did you recover similar photographs from the cell

4  phone of any other defendants?

5    A    Yes, we did, from other defendants.

6         MS. RAKOCZY:  If I could bring up the phone just

7  for the Special Agent right now, Government's

8  Exhibit 192.P.1.

9         THE COURT:  What was that exhibit number again?

10         MS. RAKOCZY:  192.P.1.

11  BY MS. RAKOCZY:

12    Q    Special Agent Palian, can you see that photograph

13  on your screen now?  No?

14         MS. RAKOCZY:  I think we need to publish.  There

15  we go.

16  BY MS. RAKOCZY:

17    Q    Do you see a photograph on your phone -- on your

18  screen right now, Special Agent?

19    A    Yes.

20    Q    Is this a photograph that you found in

21  Defendant Watkins' phone?

22    A    Yes, it is.

23    Q    Okay.

24         And did the metadata of the photograph in the

25  phone suggest anything about the date it was taken?

1    A    Yes.  The metadata suggested that it was taken on

2  November 14th.

3         MS. RAKOCZY:  At this point in time, Your Honor,

4  the government would seek to move Exhibit 192.P.1 into

5  evidence.

6         THE COURT:  Any objection?

7         MR. WOODWARD:  No objection.

8         THE COURT:  Okay.  192.P.1 will be admitted.

9                        (Government Exhibit 192.P.1
                            received into evidence.)
10

11        MS. RAKOCZY:  If we could publish, please.

12  BY MS. RAKOCZY:

13   Q    Special Agent Palian, is this the photograph you

14  were just talking about?

15   A    Yes.

16   Q    Do you recognize anyone in this photograph?

17   A    I do recognize individuals in this photograph.

18   Q    Could you circle who you recognize?

19        I'll pause for a second.  You just circled, first,

20  an individual who was third from the right across the top of

21  the photo, an individual with the helmet and goggles on.

22        Who was that person?

23   A    That's Ms. Watkins, Defendant Watkins.

24   Q    Okay.

25        You circled a person to Ms. Watkins' left or to

```
 1    the right of her on the photograph as we see it.

 2              Who is that person?

 3        A    That would be Ranger Doug Smith.

 4        Q    That's the North Carolina leader?

 5        A    Yes.

 6        Q    And you've actually met that human being; is that

 7    right?

 8        A    No, I have not met Mr. Smith.

 9        Q    I see.  How do you know that's him, then?

10        A    We recognize him from photographs.

11        Q    Okay.

12              And is there anybody else who you recognize?

13              In the bottom of the screen, you've just circled

14    along the bottom row the third person from the left.

15              Who do you recognize that person to be?

16        A    That's Mr. Siniff.  He is Defendant Watkins'

17    fiancé.

18        Q    Do you know Mr. Siniff's first name?

19        A    Montana.

20              MS. RAKOCZY:  Okay.  And if I could now bring down

21    that exhibit and bring on just the Agent's screen

22    Government's Exhibit 192.P.2.

23    BY MS. RAKOCZY:

24        Q    Do you recognize this photograph?

25        A    Yes, I do.
```

1539

```
1      Q    Is it another photograph from Defendant Watkins'

2  phone?

3      A    Yes, it is.

4           MS. RAKOCZY:  At the point in time, the government

5  seeks to admit Government's Exhibit 192.P.2.

6           MR. CRISP:  No objection.

7           MS. RAKOCZY:  If we could publish that.

8           THE COURT:  192.P.2 will be admitted.

9                              (Government Exhibit 192.P.2
                                received into evidence.)
10

11          MS. RAKOCZY:  If we could publish that to the

12  jury, please.

13  BY MS. RAKOCZY:

14      Q    Do you recognize the individuals in this

15  photograph?

16      A    Yes.  I recognize all three of these individuals.

17      Q    And do you recognize where they are standing?

18      A    They appear to be standing in front of the

19  United States Capitol.

20      Q    From left to right, who are these three

21  individuals based -- and if you could just explain to us the

22  basis of your knowledge.

23      A    Sure.

24           From left to right, the individual on the left

25  with the mustache is Montana Siniff.  I recognize him from
```

1    photographs.

2         The individual etch the center is Donovan Crowl.

3    I also recognize him from photographs.

4         And the individual on the far right is

5    Defendant Watkins, who I've met in person.

6         MS. RAKOCZY:  Thank you.  We can take that exhibit

7    down.

8    BY MS. RAKOCZY:

9    Q    And, finally, Special Agent Palian, we had just

10   been talking about some pieces of paper you saw in

11   Mr. Caldwell's home that had to do with the purchase of that

12   concealed firearm device.

13        Do you recall that?

14   A    Yes.

15   Q    You said you obtained records from the seller

16   regarding that transaction?

17   A    Yes, we did.

18        MS. RAKOCZY:  Bringing up just for the agent

19   Government's Exhibit 2867.1.

20        And, actually, I should just say, Your Honor, at

21   this point in time, the government seeks to move

22   Exhibit 2867.1 into evidence pursuant to a 902(11)

23   certification.

24        THE COURT:  Okay.  2867.1 will be admitted.

25

1                                    (Government Exhibit 2867.1

2                                received into evidence.)

3           MS. RAKOCZY:  And we can publish this for the

4    jury.

5    BY MS. RAKOCZY:

6       Q    Can you tell us what we're looking at,

7    Special Agent?

8       A    We're looking at the printout of a Gmail email

9    that went to the Ideal Conceal company.

10      Q    And did this email chain that we are about to look

11   at, was that sent to the FBI in response to an investigative

12   request?

13      A    Yes, it was.

14          MS. RAKOCZY:  And so if we could just scroll down

15   to the exhibit to the bottom of the chain, actually, to the

16   bottom of the bottom page in the email chain.

17          Just go up a little to the first email here.

18   BY MS. RAKOCZY:

19      Q    Can we see basically a purchase record here?

20      A    Yes, it's a purchase record.

21      Q    And is this for the same item that you were

22   describing that you found a paper copy of in Mr. Caldwell's

23   home?

24      A    Yes.  That's what we refer to as the cell

25   phone gun.

1    MS. RAKOCZY:  Okay.  And if you could just scroll

2  up a little bit to the sort of header of this email.  Was

3  that -- please stop here.

4  BY MS. RAKOCZY:

5    Q    What was the date that that email order

6  confirmation was sent to from Ideal Conceal?

7    A    Appears to be December 23rd, 2020.

8    Q    Well, actually, underneath that.

9    A    I'm sorry.

10   Q    I think the order confirmation was sent a little

11  bit earlier; is that right?

12   A    Pardon me.  Yes, November 21st, 2020.

13   Q    Okay.

14        And then in these records from the seller, did

15  they provide an email sent from a Tom Caldwell email -- user

16  name says Tom Caldwell, and then there's an email address on

17  December 23rd?

18   A    Yes.

19   Q    And you had told us before.  Do you recognize that

20  "VoicesInMyHead1954" email account?

21   A    I do recognize it.

22   Q    How?

23   A    That was the email -- one of the email addresses

24  in Mr. Caldwell's cell phone.

25   Q    Okay.

1       What did the writer here say in the email from

2   December 23rd?

3       A   The writer writing from Mr. Caldwell's email said,

4   "Can you please tell me the status of this preorder?  I am

5   eager to receive this weapon.  Regards, Tom Caldwell."

6       Q   And then we don't have to go through them all.

7   But in the emails that follow that, is it made clear that

8   there's some kind of issue with shipping the item and that,

9   ultimately, it's not ever shipped?

10      A   Yes, that's correct.

11          MS. RAKOCZY:  Thank you, Your Honor.  I have no

12  further questions for this witness.

13          THE COURT:  Mr. Linder?

14          MR. LINDER:  Yes, sir.

15          May it please the Court.

16                      CROSS-EXAMINATION

17  BY MR. LINDER:

18      Q   Good afternoon, Agent.  How are you?

19      A   Good afternoon, Mr. Linder.  How are you?

20      Q   Good.

21          I want to talk about this November -- this

22  GoToMeeting transcript that you've been talking about from

23  November 9th.

24      A   Sure.

25      Q   Just I'll kind of want to put it in context for

```
 1    the jury.
 2              You guys did not receive that on November 9th,
 3    did you?
 4         A    I'm sorry.  One more time, sir.
 5         Q    You didn't receive that transcript on
 6    November 9th, did you?
 7         A    No, we did not receive that on November 9th.
 8         Q    Right.  So this is November 9th, right after the
 9    election, and preceding the January 6th events that we're
10    talking about?
11         A    That's correct.
12         Q    And you guys, to be fair, received this transcript
13    or recording -- not the transcript, but the recording,
14    sometime after January 6th?
15         A    Correct.
16         Q    Probably February or March?
17         A    Closer to March, I believe, but I'm not positive.
18         Q    Okay.
19              So on the events of November 14th and the events
20    of January 6th, you guys were not even aware of this
21    recording at the time?
22         A    I'm sorry.  Could you state that one more time,
23    those dates.  I apologize.  I'm not trying to be difficult.
24         Q    I mean, am I not loud enough?
25              Am I loud enough?
```

1    A    I think I've got you now.

2    Q    Okay.  I'll speak into the mic better.

3         So you guys are not even aware of this GoToMeeting

4    transcript and this thing that you did until the spring

5    after the election?

6    A    Yes, that's correct.

7    Q    Okay.

8         And going into January 6th, Oath Keepers are not

9    even on your radar at that time, were they not?

10   A    No, I don't know if I'd say that.

11   Q    Okay.

12        On the Million MAGA March on November 14th that

13   they're talking about on the GoToMeeting chat, were you guys

14   surveilling them at that time, on November 14?

15   A    Surveilling as in conducting, like, physical

16   surveillance and observing them?

17   Q    Yes; on the Oath Keepers.

18   A    No.

19   Q    Okay.

20        And were there any incidents reported in D.C.

21   recording the Oath Keepers on November 14th?

22   A    Not to my knowledge.

23   Q    Okay.

24        And to your knowledge -- based on this transcript,

25   do you believe they had a QRF in place on November 14th?

```
1              MS. RAKOCZY:  Objection.  Calls for speculation.
2              THE COURT:  He can testify as to what the
3    transcript says.
4              MR. LINDER:  Yeah.
5    BY MR. LINDER:
6         Q    Based on the transcript, do you believe that there
7    may have been a QRF in place?
8         A    Based on the transcript, I do, yes.
9         Q    And there were no incidents reported regarding the
10   Oath Keepers on November 14th?
11        A    No, there were no incidents reported.
12        Q    Okay.
13             Now, on this open meeting recording that you
14   got -- or GoToMeeting recording that you got, was that
15   actually -- I want to let the jury know how that y'all
16   obtained that.  Was that a recording that someone
17   screenshotted on a phone?
18        A    Yes -- screenshotted meaning recorded with, like,
19   video recording.
20        Q    It wasn't recorded by you guys?
21        A    It was not recorded by us.
22        Q    So basically, so the jury can understand,
23   someone's logged into the meeting, listening to it, and then
24   recording -- on a phone and then recording it on another
25   phone?
```

1    A    That's my understanding of how it was recorded,

2  yes.

3    Q    And how long of a recording is it?

4    A    I remember between 28 and 35 minutes, around in

5  that area.

6    Q    Okay.

7         And is it the whole meeting?

8    A    No, that's not the whole meeting.

9    Q    Okay.  Is there a recording of the rest of the

10 meeting?

11   A    We don't have that if it exists.

12   Q    Okay.

13        Do you have -- the people who participated in this

14 meeting, do you have the log-in information of the people

15 who logged into this meeting?

16   A    Yes, we have that.

17   Q    Okay.  Do you remember how many people were logged

18 into this meeting?

19   A    I believe the record said approximately 103.

20   Q    103 or 130?

21   A    103, I believe, is what the records said.

22   Q    So there are 103 people listening to this meeting

23 that could testify as to what happened at the rest of the

24 recording, but we don't have that?

25   A    Yes.  We don't have any other recordings.

1      Q    Okay.  Did you ever interview any of the other 103

2   people about what took place in the rest of that meeting?

3      A    I don't know that I interviewed them, but

4   I believe they were interviewed.

5           Do you know if we'd been given a report of any of

6   what happened off the recording in that meeting?

7           MS. RAKOCZY:  Objection, Your Honor.

8           THE COURT:  It's overruled.

9           You can proceed.

10  BY MR. LINDER:

11     Q    So the recording is a partial, and you know the

12  people who potentially listened to the whole thing.  Do we

13  have a report on what they said took place in the rest of

14  the meeting?

15     A    We've interviewed those people.  We've provided --

16  I'm not an attorney, I don't know what was provided in

17  discovery.  I'm sure it was provided in discovery.

18     Q    Now, does it appear on this GoToMeeting that

19  Stewart Rhodes is being very careful about trying to follow

20  the law in regards to the QRFs and other things he's trying

21  to do?

22          MS. RAKOCZY:  Objection; calls for speculation.

23          MR. LINDER:  Judge -- go ahead.

24          THE COURT:  All right.  I'll sustain it.  He can't

25  testify as to what is in Mr. Rhodes' mind, but --

1          MR. LINDER:  Your Honor.

2          THE COURT:  -- he can testify to what it says.

3          MR. LINDER:  Correct.

4    BY MR. LINDER:

5      Q    Did Stewart Rhodes make comments about wanting --

6    the D.C. laws being strict?  And then it might have been in

7    the text messages around this GoToMeeting.  But were there

8    communications about the laws being strict and what they

9    could and could not bring to D.C. for November 14th?

10     A    Those communications -- yes.

11     Q    Okay.  Did it appear that they were trying to be

12   careful?

13         MS. RAKOCZY:  Objection.

14         THE COURT:  I'll overrule it.  He can testify as

15   to his impression.

16         THE WITNESS:  I mean, I suppose.  I don't know.

17   I don't know what "careful" even means, I guess.  I'd have

18   to --

19   BY MR. LINDER:

20     Q    Were there people giving opinions on what you

21   could bring into D.C. and what you couldn't bring into D.C.?

22     A    They discussed that, yes.

23     Q    So it appeared that they were trying to figure out

24   what they might could do and what they might could not do?

25     A    It appears that way.

1    Q    To your knowledge and what you've investigated on

2    behalf of Mr. Rhodes and what other people have said about

3    him, does he appear to try to follow the law?

4            MS. RAKOCZY:  Same objection, Your Honor.

5            THE COURT:  That objection is sustained.

6    BY MR. LINDER:

7    Q    Do you have any evidence, other than these text

8    messages and communications linking him to this conspiracy,

9    of him breaking the law?

10            MS. RAKOCZY:  Objection, Your Honor.

11            THE COURT:  Also sustained.

12            MR. LINDER:  Okay.

13    BY MR. LINDER:

14    Q    When Mr. Rhodes was arrested -- or y'all retrieved

15    his phone on two different occasion; is that correct?

16    A    We did retrieve his phone on two different

17    occasions, yes.

18    Q    So let's go after January 6th to May of 2021.

19    Did you contact Mr. Rhodes voluntarily, have a meeting with

20    him?

21    A    Yes, I did.

22    Q    And where did that meeting take place?

23    A    It took place in Lubbock, Texas.

24    Q    Okay.

25            And did you contact another FBI agent to go with

1    you?

2         A    Yes.

3         Q    And who was that?

4         A    That was former Special Agent Mark Seyler.

5         Q    Why did you contact Mr. Seyler to go with you?

6              MS. RAKOCZY:  Objection; relevance.

7              THE COURT:  It's overruled.

8              THE WITNESS:  Mr. Seyler had background knowledge

9    on the Oath Keepers organization.

10   BY MR. LINDER:

11        Q    Did Mr. Seyler and Mr. Rhodes have a relationship

12   where they could talk with one another?

13        A    They had spoken previously.  I don't know if I'd

14   say they had a relationship.

15        Q    But they could call one another; they got in touch

16   with one another?

17        A    They had called each other in the past -- let me

18   rephrase that.  I know Mr. Rhodes had contacted

19   Special Agent Seyler.  I don't recall if

20   Special Agent Seyler had contacted him in the past.

21        Q    Okay.

22             So when you wanted to meet with Mr. Rhodes, you

23   contacted Seyler to kind of help make that meeting take

24   place?

25        A    To be with me as the meeting took place.  He

1   didn't facilitate the meeting.

2        Q    But he was with you when the meeting took place?

3        A    He was.

4        Q    In Lubbock, Texas, you said?

5        A    Yes.

6        Q    Did you have a warrant for Mr. Rhodes' cell phone?

7        A    We had a warrant that day for the cell phone.

8        Q    Did he voluntarily surrender it?

9        A    He did.

10       Q    And did he voluntarily give you the code to get

11  into it?

12       A    He did.

13       Q    And did he spend a couple of hours interviewing

14  with you guys?

15       A    Yes.

16       Q    And did y'all ask him questions -- I don't want to

17  get in -- because we haven't gotten to that part of the case

18  yet.  But did y'all ask him questions about his involvement

19  with J6 and any of the stuff leading up to that?

20       A    Yes, we did ask him those questions.

21       Q    Did you ask him questions about this November 14th

22  MAGA rally?

23       A    I believe we did, but I don't recall.  Was there a

24  transcript you can provide me?  I'm happy to look at

25  something.

1     Q    I do have a transcript.  I can provide it to you

2   on our break.

3     A    Okay.

4     Q    So there is a transcript of your meeting.  It's

5   about two hours, correct?

6          Did he appear evasive or did he answer your

7   questions?

8          MS. RAKOCZY:  Objection.

9          THE COURT:  Rephrase it.

10  BY MR. LINDER:

11    Q    You testified on direct that you interviewed

12  Mr. Rhodes.

13    A    Yes.

14    Q    Did he appear to be forthcoming in your interview?

15         MS. RAKOCZY:  Same objection, Your Honor.  Calls

16  for characterization.

17         THE COURT:  He can answer that.

18         THE WITNESS:  So he appeared to be, but there were

19  questions that we asked that I don't feel like the answers

20  were fully forthcoming or fully truthful.

21  BY MR. LINDER:

22    Q    Did he have his lawyer with him at the time?

23    A    He had Ms. SoRelle with him at the time.

24    Q    And do you understand her to be a lawyer or one of

25  the lawyers for the Oath Keepers?

1    A    I understand her to be a lawyer.  I don't know

2  what we -- I don't think it's been really hashed out what

3  her relationship is with -- as far as counsel for the

4  Oath Keepers is.

5    Q    Okay.  So January 6th happens, you know, January

6  2021.  Mr. Rhodes has a voluntary meeting with you guys in

7  May, five months later.

8    A    Yes.

9    Q    Gives you his phone.

10       How long does it take to go through a phone with

11  Cellebrite?

12   A    We image the phone within several days.  The data

13  in the phone was voluminous; it took us a decent bit of time

14  to go through the entire phone.  I don't recall

15  specifically.

16   Q    Would you agree with me it would have been

17  substantially more difficult had he not given you his log-in

18  info?

19   A    Would it have more difficult if he didn't give us?

20   Q    Yes.

21   A    Yes.

22   Q    When he gave you the phone, gave you the log-in,

23  you were able to put it into the Cellebrite and do whatever

24  you needed to do?

25   A    Yes.

1  Q   And his phone was returned to him a few weeks

2  later; is that correct?

3  A   I think it was a few weeks later, yes.  It was

4  returned pretty quickly.

5  Q   And then when he was arrested, you were present at

6  his arrest in January of this year?

7  A   I was not.

8  Q   Oh, you were not.  Do you remember which agents

9  were?

10  A   Yes, I do remember some of those agents.

11  I wasn't -- I don't have them all, but I remember some of

12  them.

13  Q   Did those agents take his phone -- phones again?

14  A   Yes.

15  Q   Were those reimaged?

16  A   Yes.

17  Q   Okay.

18      And so I just kind of want to put this in

19  perspective.  Do you remember or -- and I'm not asking you

20  to give me a specific number, but a ballpark of how many

21  Signal chats Mr. Rhodes had on his phone when it was imaged,

22  just a ballpark?

23  A   It was in the hundreds.

24  Q   Okay.

25  A   High hundreds.

1    Q    If I suggested to you that it might have been 850

2  Signal chats, would you have any reason to disagree with

3  that, if it was in that ballpark?

4    A    I wouldn't have any reason to disagree with that.

5    Q    Okay.  And so I know the jury has gotten a little

6  bit of information on what a Signal chat is.  But Signal is

7  just like a texting app on an iPhone, correct, except it's

8  encrypted?

9    A    Yeah.  That's the major difference, yes.

10    Q    So you can add people to it just like you can do a

11  group chat on a phone?

12    A    Yes.

13    Q    And then you can title that chat?

14    A    Yes.

15    Q    Okay.

16         And so Stewart Rhodes had 850 Signal chats going

17  on his phone at some point?

18    A    At some point over the course of years.  They

19  weren't all simultaneous.  Some had come and gone, but, yes.

20    Q    Do you remember how many of them spanned the

21  alleged period of the conspiracy?

22    A    I couldn't give you a number on that.  I'd have to

23  look.

24    Q    Could it have been in the hundreds?

25    A    Probably.

```
 1        Q    Okay.  In fact, I think one of the pictures, one
 2   came in --
 3        A    Actually, I'd like to amend that answer.
 4             Possibly.  I don't want to say probably.
 5        Q    Okay.  I understand.
 6             In fact, it's one of the -- there's a picture we
 7   saw of Mr. Rhodes -- I don't know if it was introduced in
 8   opening or in your direct yesterday -- of him in front of
 9   the Capitol.  And it appears that he's texting.
10             Do you remember that picture?
11        A    I remember the picture.  I'm not positive what he
12   was doing, but, yes.
13        Q    Okay.  In your opinion, would he be someone that
14   texts a lot?
15             MS. RAKOCZY:  Objection, Your Honor.
16             THE COURT:  Sustained.
17   BY MR. LINDER:
18        Q    What was Mr. Rhodes' main method of communication,
19   if you know?
20        A    I don't know.
21        Q    Did he appear to communicate with these people,
22   whether it's co-conspirators or other people, through
23   Signal?
24        A    He did.
25        Q    Did that appear to be his main method of
```

1    communication?

2        A    My only hesitance in answering that question is I

3    don't know if there was some other form of communication

4    that we're not aware of that he used more than Signal.  I'd

5    be comfortable saying that he used Signal frequently.

6        Q    Yeah.

7             Do you remember how many of the Signal messages

8    were used -- were taken off his phone and used to get the

9    indictment that was used to indict him?

10            MS. RAKOCZY:  Objection.

11            THE COURT:  That's sustained.

12   BY MR. LINDER:

13       Q    Would you agree with me it's a small number of

14   text messages?

15            MS. RAKOCZY:  Objection.

16            THE COURT:  Sustained.

17   BY MR. LINDER:

18       Q    Now, in these text messages and this GoOpenMeeting

19   [sic] transcript that we've seen or listened to, does

20   Mr. Rhodes say anything that's illegal other than what's

21   been tied to alleged conspiracy?

22            MS. RAKOCZY:  Objection.

23            THE COURT:  I'll sustain it.

24            He's not here testifying to characterize what they

25   say.  I mean, characterize the text messages.  He can

```
 1   testify about what they say.  It's going to be ultimately up
 2   to the jury to decide whether they support convictions or
 3   not.
 4            MR. LINDER:  Okay.
 5   BY MR. LINDER:
 6       Q    Other than contesting the election and things like
 7   that, did you ever see him encourage anybody -- have you
 8   seen any texts where he encouraged anybody to do anything
 9   illegal?
10            MS. RAKOCZY:  Same objection, Your Honor.  As to
11   the "legal" --
12            MR. LINDER:  They have opened up his phone and
13   gotten into all of this stuff and put all these before the
14   jury, and all we have is bombastic language.
15            THE COURT:  Well, it's 12:30 now.  Why don't we
16   take our lunch break.  This might be a good place to stop
17   and have a conversation with the lawyers.
18            So it's a little bit after 12:30.  Why don't we
19   plan to resume at 1:35.  Have a niece lunch break.  I'll
20   just remind you of the same instructions and won't repeat
21   them in full.  We look forward to seeing you after the lunch
22   hour.
23            I know some of you have asked about our schedule
24   in the coming days.  We'll talk about that when you all get
25   back, okay?
```

1            Thank you, everyone.

2            COURTROOM DEPUTY:  All rise.

3            (Jury exited)

4            THE COURT:  Please be seated, everyone.

5            So, Mr. Linder, I'm not sure -- let me just sort

6    of give you my observations, and then you tell me where

7    you're going and what you're going to try and accomplish,

8    which is, look, it's fair game to ask him what you've asked

9    him so far in the sense of when the phones were collected,

10   the volume of information that was on the phones, the way in

11   which he communicated, et cetera, et cetera.

12           I understand what you want to communicate to the

13   jury, is that they've handpicked a number of these.  And

14   that, I think, is fine.  But when you get into this area of

15   asking him to characterize what the phone -- what these text

16   messages mean, I think that's getting into an area that,

17   one, is potentially dangerous for you.  So beware of what

18   you ask for.

19           And two, you know, that's ultimately the jury's

20   call.

21           MR. LINDER:  I understand.

22           THE COURT:  So, I mean, you know, you can ask him:

23   Was there anything out there that's illegal?

24           And he can go on for a while if you ask him the

25   question.  So it may be best to stay away from it.

1          MR. LINDER:  Okay.

2          THE COURT:  Okay.

3          All right.  So is that all we need to deal with in

4    terms of the cross-examination?  I know we've got this

5    witness to deal with, but --

6          MR. LINDER:  Did you want to do the

7    Insurrection Act?  Where's the instruction?

8          THE COURT:  Have you all reached an agreement?

9          MR. LINDER:  No.

10          THE COURT:  Has it been shown?  Has the government

11    looked at this and discussed it?

12          MR. WOODWARD:  No, Your Honor.

13          THE COURT:  All right.  So I don't want to talk

14    about anything unless you all have discussed it and tried to

15    hash it out.  And if there's still a disagreement, then we

16    can talk about it.  But until you've met and conferred,

17    I'm not interested in getting involved just yet.

18          MR. LINDER:  Okay.

19          All right.  Anything else before I call the

20    witness in?

21          MS. RAKOCZY:  Not for the government, Your Honor.

22    Thank you.

23          THE COURT:  Why don't we bring our witness in.

24          MR. NESTLER:  Yes, Your Honor.  There is one

25    privilege issue we need to address at some point later as

```
1    well, and it doesn't have to be now.
2              THE COURT:  Okay.
3              All right.  Why don't we bring the witness in.
4              MR. NESTLER:  Yes, Your Honor.
5              THE COURT:  Hang on.
6              Before we do that, Mr. Nestler, can you just tell
7    me who he is, when you plan to call him, what the relevance
8    of his testimony is likely to be, what his role in the case
9    is.  And, I mean, we've got a similar situation with this
10   other witness who we talked about a few days later.
11             MR. NESTLER:  Yes, Your Honor.  It's a very
12   similar situation to the other witness.  This witness' name
13   is Brian Lee.  He is the proprietor of an organization,
14   Radio Families Internet Network.  There may be another word
15   in there.  There's a five-letter initialism.
16             He published on YouTube on January 10th of 2021
17   video taken outside of the East Rotunda doors that captured
18   several of these defendants before they entered the Capitol.
19   And we have reached out to him to obtain a 902(11) business
20   record certification because this is his business, this
21   Radio Families Internet Network, that he has a podcast and a
22   website and a YouTube channel.
23             And he -- when he met with the government, with
24   the FBI agents, he authenticated the video, but he declined
25   to provide a signed certification.
```

1        And he was then given a subpoena to appear here

2   today.  He was not happy about that.  He did appear here

3   today in response to the subpoena.  And he has told me that

4   he's planning to invoke his Fifth Amendment right.

5        And that's where we are.

6        And he said he did have counsel, but he declined

7   to name said counsel or to request other counsel.

8        THE COURT:  Okay.  So let me just ask.  I mean,

9   I'm not sure which exhibit this is, but is there going to be

10  an objection to the video?

11       MR. WOODWARD:  Yes, Your Honor.  We have declined

12  to provide a stipulation.

13       THE COURT:  Well, that's different than whether

14  there's an objection.

15       I mean, stop telling me what you've either

16  stipulated to or not.  But what's the objection to the

17  admissibility of the video?

18       MR. WOODWARD:  The government does have an

19  obligation to authenticate the video.

20       THE COURT:  That's not my question.

21       What's the objection to the admissibility of the

22  video?  If you're going to make them march everybody in here

23  and extend this trial out to December, that's fine.  But if

24  you've got reasons to object, object for reasons that are

25  purposeful, right?  Just because you can object doesn't mean

```
1    you should object.
2              And so, you know, Mr. Woodward, I know what you're
3    doing.  You're to defend your client zealously.  But we also
4    sort of have to have some rhyme and reason to the objections
5    that are being made.
6              If there's a reason to dispute the validity and
7    the authenticity of the video, great.  But I'm not going to
8    bring this guy in, have to deal with his whole
9    Fifth Amendment rigmarole if all you're going to do is not
10   then cross-examine him about the authenticity of the video.
11             So tell me right now what the objection is to the
12   video.
13             MR. WOODWARD:  I've never watched the video,
14   Your Honor.
15             THE COURT:  Well, watch it and then let's talk
16   about it, because you can't object to something unless you
17   have a basis to object to something you've actually seen.
18             MR. WOODWARD:  Well --
19             THE COURT:  So let's have him come back after
20   lunch, right before we start.  You'll sit there.  You'll
21   watch it over lunch.  And then you'll tell me why it's not
22   admissible, okay?
23             COURTROOM DEPUTY:  All rise.
24             This Court stands in recess.
25             (Recess from 12:35 p.m. to 1:30 p.m.)
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__October 4, 2022_____      

                               William P. Zaremba, RMR, CRR

**BY MR. LINDER: [14]**
1543/17 1546/5
1548/10 1549/4
1549/19 1550/6
1550/13 1551/10
1553/10 1553/21
1557/17 1558/12
1558/17 1559/5
**BY MS. RAKOCZY:**
**[91]** 1435/22 1436/16
1437/11 1438/5
1438/15 1439/10
1439/19 1441/12
1442/17 1443/16
1444/21 1446/1 1447/1
1447/20 1450/19
1451/16 1453/3
1454/25 1457/1 1461/9
1462/19 1464/7
1466/16 1468/5 1469/3
1473/16 1473/20
1474/18 1475/5
1475/25 1477/5
1477/17 1478/3
1478/13 1479/15
1480/3 1480/20
1481/21 1482/19
1484/16 1487/21
1488/11 1488/25
1489/16 1491/20
1492/3 1492/9 1492/19
1493/22 1494/8
1494/25 1496/3 1497/9
1498/2 1498/9 1498/22
1500/9 1502/10
1510/16 1511/1
1513/22 1517/14
1518/17 1519/7 1520/6
1522/13 1522/18
1523/3 1523/17
1523/21 1525/14
1527/15 1529/3 1530/4
1531/13 1531/24
1532/15 1532/21
1533/2 1533/7 1534/17
1535/25 1536/11
1536/16 1537/12
1538/23 1539/13
1540/8 1541/5 1541/18
1542/4
**COURTROOM**
**DEPUTY: [8]** 1420/2
1420/6 1434/3 1435/2
1508/25 1510/9 1560/2
1564/23
**MR. BRIGHT: [13]**
1428/13 1428/19
1428/25 1429/6 1430/4
1430/15 1431/5
1431/10 1431/21
1432/1 1432/4 1432/20
1434/23
**MR. CRISP: [9]**
1424/3 1424/6 1465/15
1465/18 1465/20
1466/8 1467/24 1484/7
1539/6

1531/2
**MR. LEE: [2]** 1509/22
1510/1
**MR. LINDER: [16]**
1432/8 1432/12
1432/19 1543/14
1546/4 1548/23 1549/1
1549/3 1550/12 1559/4
1559/12 1560/21
1561/1 1561/6 1561/9
1561/18
**MR. NESTLER: [7]**
1509/4 1509/14 1510/3
1510/7 1561/24 1562/4
1562/11
**MR. WOODWARD:**
**[38]** 1444/8 1444/12
1448/8 1448/10 1449/3
1452/13 1452/21
1453/18 1456/5 1462/6
1462/10 1477/2
1477/14 1491/1 1491/5
1491/12 1496/19
1497/3 1497/21
1497/23 1499/10
1499/25 1500/2 1515/7
1515/9 1515/22
1516/14 1517/7 1520/1
1523/12 1530/24
1531/3 1537/7 1561/12
1563/11 1563/18
1564/13 1564/18
**MS. RAKOCZY: [154]**
**THE COURT: [130]**
1420/4 1420/23 1424/5
1424/7 1428/15
1428/23 1429/4 1429/9
1430/3 1430/13
1430/16 1431/4 1431/9
1431/17 1431/24
1432/2 1432/5 1432/10
1432/18 1433/23
1434/5 1434/22
1434/25 1435/4
1435/16 1436/15
1445/7 1444/13
1444/16 1448/7 1448/9
1448/12 1448/24
1449/25 1450/13
1450/18 1452/12
1452/16 1452/22
1452/25 1453/25
1454/4 1456/8 1456/10
1456/19 1462/5
1462/12 1465/17
1466/7 1466/11
1466/14 1468/4 1474/6
1474/15 1477/3
1477/15 1478/2
1481/14 1491/4 1491/7
1491/11 1491/14
1496/20 1497/5
1497/22 1497/25
1499/9 1499/12
1499/17 1499/19
1499/23 1500/4 1500/8
1507/4 1507/8 1507/13

1509/15 1509/23
1510/2 1510/6 1510/8
1510/11 1515/20
1515/23 1516/7
1516/12 1517/12
1518/21 1519/1 1520/2
1523/14 1530/23
1531/8 1536/9 1537/6
1537/8 1539/8 1540/24
1543/13 1546/2 1548/8
1548/24 1549/2
1549/14 1550/5
1550/11 1551/7 1553/9
1553/17 1557/16
1558/11 1558/16
1558/23 1559/15
1560/4 1560/22 1561/2
1561/8 1561/10
1561/13 1561/23
1562/2 1562/5 1563/8
1563/13 1563/20
1564/15 1564/19
**THE WITNESS: [6]**
1435/18 1439/8
1439/15 1549/16
1551/8 1553/18

**'**
**'It [1]** 1495/18
**'Stop [1]** 1493/6
**'You [1]** 1441/5

**-**
**.10 [1]** 1531/8
**.380 [1]** 1534/5

**0**
**0600 [1]** 1459/24
**08077 [1]** 1416/13
**0826 [1]** 1416/18

**1**
**1,000.1 [1]** 1452/24
**1.12.20 [1]** 1504/25
**1.S.321 [1]** 1512/22
**1.S.321.4 [1]** 1510/25
**10 [4]** 1420/10 1429/19
1505/22 1534/16
**10 U.S. Code [1]**
1429/19
**100 [2]** 1503/11
1506/11
**1000 [3]** 1451/11
1451/11 1452/6
**1000.1 [5]** 1451/23
1452/11 1453/1
1474/13 1497/6
**1000.1.TR [3]** 1453/12
1453/17 1473/19
**1000.10.TR [1]** 1479/12
**1000.11 [4]** 1451/24
1452/11 1452/24
1453/1
**1000.11.TR [3]** 1453/12
1453/17 1480/16
**1000.2 [1]** 1475/3
**1000.3.TR [1]** 1475/11
**1000.4.TR [1]** 1475/14

**1000.6.TR [1]** 1475/20
**1000.7.TR [1]** 1475/23
**1000.8.TR [1]** 1478/9
**1000.9.TR [1]** 1478/11
**1001 [2]** 1496/16
1496/20
**1001.1 [7]** 1452/22
1452/23 1496/17
1496/20 1496/22
1496/25 1497/2
**1002 [5]** 1490/24
1491/3 1491/14
1491/15 1491/19
**103 [7]** 1458/3 1458/10
1547/19 1547/20
1547/21 1547/22
1548/1
**10:00 [1]** 1431/10
**10:30 [1]** 1487/12
**10s [1]** 1455/15
**10th [12]** 1481/23
1482/9 1488/1 1492/14
1493/18 1496/9 1498/4
1502/11 1504/22
1505/13 1511/3
1562/16
**11 [6]** 1451/21 1490/25
1496/17 1511/22
1540/22 1562/19
**11.12.20 [1]** 1506/9
**11/10 [1]** 1505/22
**116 F.3d 1536 [1]**
1507/18
**11:15 [1]** 1507/9
**11:20 [1]** 1509/1
**11:35 [1]** 1509/1
**11:44 [1]** 1439/21
**11:45 [1]** 1507/10
**11:46 [1]** 1488/1
**11th [1]** 1511/11
**1200 [2]** 1504/25
1506/9
**126 [1]** 1457/25
**12:30 [3]** 1509/20
1559/15 1559/18
**12:35 [1]** 1564/25
**12th [1]** 1511/24
**130 [1]** 1547/20
**13005 [1]** 1438/2
**13199 [1]** 1442/1
**13376 [1]** 1445/18
**1384 [1]** 1425/23
**13th [1]** 1525/20
**14 [5]** 1468/20 1468/23
1512/7 1532/11
1545/14
**1460 [1]** 1415/12
**14:08 [1]** 1525/23
**14th [17]** 1490/1
1490/10 1498/5 1498/5
1499/1 1512/7 1512/8
1512/9 1513/8 1537/2
1544/19 1545/12
1545/21 1545/25
1546/10 1549/9
1552/21
**15 [4]** 1414/4 1420/7

**1530 [4]** 1461/12
1462/3 1462/17
1464/14
**1532 [3]** 1436/17
1436/22 1490/5
**1533 [1]** 1461/6
**1536 [1]** 1507/18
**1556 [1]** 1471/5
**156 [1]** 1439/21
**15th [1]** 1514/1
**16 [2]** 1512/18 1512/19
**170 [1]** 1440/21
**171 [2]** 1424/17 1441/2
**17110 [1]** 1415/15
**1775 [1]** 1440/25
**18 [1]** 1513/20
**1808 [1]** 1416/3
**192.P.1 [5]** 1536/8
1536/10 1537/4 1537/8
1537/9
**192.P.2 [4]** 1538/22
1539/5 1539/8 1539/9
**192.T.393 [1]** 1482/25
**1988 [1]** 1425/24
**1:30 [1]** 1564/25
**1:35 [1]** 1559/19

**2**
**20 [3]** 1514/24 1515/5
1517/5
**2000 [1]** 1422/18
**20001 [1]** 1417/5
**20010 [1]** 1416/4
**2003 [1]** 1489/2
**2003.D.250 [1]** 1488/24
**20036 [1]** 1416/9
**2005 [1]** 1422/15
**2006 [1]** 1416/12
**202 [4]** 1414/18 1416/4
1416/9 1417/5
**2020 [17]** 1437/2
1443/8 1443/25 1446/5
1447/15 1450/25
1457/12 1481/23
1489/18 1490/1
1492/14 1496/10
1501/6 1514/1 1525/21
1542/7 1542/12
**2021 [7]** 1446/14
1446/16 1451/3
1463/20 1550/18
1554/6 1562/16
**2022 [4]** 1414/5 1424/8
1436/2 1565/7
**20579 [1]** 1414/17
**20s [1]** 1455/15
**21 [10]** 1514/24 1515/5
1516/6 1516/9 1519/10
1519/17 1519/18
1519/24 1520/2 1520/4
**2100 [2]** 1457/4 1457/7
**21061-3065 [1]**
1416/18
**214 [2]** 1415/5 1415/9
**215 F.3d 825 [1]**
1422/18
**219 [2]** 1486/11 1487/3

**2**

**21st** [1] 1542/12
**22-15** [2] 1414/4
 1420/7
**22.S.456.A** [1] 1513/21
**22.T** [1] 1512/23
**23rd** [3] 1542/7
 1542/17 1543/2
**25** [1] 1447/15
**250** [1] 1489/4
**252** [2] 1429/19
 1429/20
**252-7277** [1] 1414/18
**252-9900** [1] 1415/5
**2615** [1] 1416/9
**28** [1] 1547/4
**2817** [1] 1471/23
**2867.1** [4] 1540/19
 1540/22 1540/24
 1541/1
**2:08 p.m** [1] 1513/9
**2nd** [1] 1432/14

**3**

**30** [1] 1506/13
**30-plus** [1] 1505/5
**300** [1] 1416/17
**3000** [2] 1515/1
 1515/25
**3065** [1] 1416/18
**318** [1] 1415/12
**321** [2] 1501/3 1501/5
**3249** [1] 1417/5
**3300** [2] 1415/3 1415/7
**333** [1] 1417/4
**35** [1] 1547/4
**35 F.4th 833** [2]
 1421/14 1424/8
**352-2615** [1] 1416/9
**354-3249** [1] 1417/5
**394** [1] 1484/17
**395** [1] 1484/22
**399** [1] 1485/3
**3rd** [2] 1483/20
 1513/14
**3X4** [1] 1535/18

**4**

**400** [1] 1485/6
**403** [1] 1485/9
**4031** [1] 1415/15
**404** [1] 1485/15
**405** [1] 1485/18
**406** [1] 1486/3
**408** [1] 1486/15
**409** [1] 1486/19
**410** [1] 1416/18
**412-4676** [1] 1415/16
**418** [2] 1422/14 1487/2
**45** [1] 1502/18
**4676** [1] 1415/16
**483 U.S. 171** [1]
 1424/17
**487-1460** [1] 1415/12
**4:45** [1] 1514/2

**5**

**5116** [6] 1522/19

**5**

1523/11 1523/16
1523/19
**53** [1] 1505/8
**5611** [1] 1522/14
**5708** [1] 1416/13
**5888** [1] 1470/10
**5:14** [1] 1511/25

**6**

**601** [2] 1414/17 1416/7
**607-5708** [1] 1416/13
**6276** [1] 1472/10
**6558** [1] 1459/15
**6610** [5] 1446/25
 1448/6 1455/22 1456/4
 1456/8
**6611** [7] 1456/9
 1456/20 1456/23
 1464/6 1469/5 1470/9
 1522/11
**6615.C** [2] 1437/7
 1437/9
**6615.D** [5] 1443/10
 1443/15 1444/6
 1444/13 1444/17
**6616** [1] 1437/9
**6616.B** [4] 1481/5
 1481/13 1481/16
 1481/19
**6617.B** [4] 1481/7
 1481/13 1481/16
 1482/17
**6618** [4] 1500/4
 1510/20 1510/22
 1510/24
**6618.A** [8] 1498/8
 1498/11 1499/8
 1499/14 1500/5 1500/7
 1500/11 1510/21
**6619** [5] 1498/21
 1499/8 1500/4 1502/9
 1513/19
**69** [1] 1529/4
**6:45** [1] 1445/3
**6th** [12] 1425/10
 1463/20 1469/21
 1469/25 1520/25
 1521/6 1544/9 1544/14
 1544/20 1545/8
 1550/18 1554/5

**7**

**700** [2] 1415/4 1415/8
**71301** [1] 1415/11
**717** [1] 1415/16
**720-7777** [1] 1415/9
**725.1** [8] 1530/15
 1530/19 1531/1 1531/8
 1531/9 1531/22 1532/1
 1532/14
**725.10** [5] 1530/15
 1531/1 1531/9 1534/19
 1535/13
**725.3** [1] 1532/19
**725.4** [1] 1533/1
**725.5** [1] 1533/6
**725.6** [1] 1533/11

1535/4
**7277** [1] 1414/18
**7310** [1] 1416/17
**7447** [1] 1416/4
**75219** [2] 1415/4
 1415/8
**7777** [1] 1415/9
**787-0826** [1] 1416/18
**7:30** [1] 1504/22
**7th** [4] 1436/2 1436/21
 1437/2 1438/16

**8**

**819** [1] 1415/11
**825** [1] 1422/18
**833** [2] 1421/14 1424/8
**846 F.2d 1384** [1]
 1425/23
**850** [2] 1556/1 1556/16
**856** [1] 1416/13
**88** [1] 1438/20
**8:00** [3] 1483/12
 1483/13 1483/15
**8:04** [1] 1438/17
**8:22** [1] 1485/3
**8:23** [1] 1485/23
**8:30** [3] 1445/7
 1445/14 1457/11
**8:45** [1] 1505/22
**8:45 p.m** [1] 1505/14
**8:53** [2] 1486/4 1486/8
**8th** [3] 1440/20
 1441/23 1501/6

**9**

**9-millimeter** [2] 1442/9
 1442/10
**900** [1] 1416/8
**902** [4] 1490/25
 1496/17 1540/22
 1562/19
**910** [1] 1422/14
**914** [1] 1422/14
**9900** [1] 1415/5
**996-7447** [1] 1416/4
**9968** [2] 1460/21
 1461/2
**9:03** [1] 1489/8
**9:19** [1] 1501/6
**9:30** [1] 1414/6
**9:39** [1] 1487/2
**9:55** [1] 1512/12
**9th** [19] 1443/25
 1445/1 1446/5 1455/7
 1455/25 1457/12
 1459/2 1482/21
 1483/12 1483/20
 1487/12 1488/19
 1489/8 1489/18
 1543/23 1544/2 1544/6
 1544/7 1544/8

**A**

**a.m** [6] 1414/6 1488/1
 1509/1 1509/1 1511/25
 1512/12
**able** [6] 1422/23

1527/21 1528/11
1554/23
**about** [90] 1421/2
 1421/8 1421/16
 1423/23 1424/1
 1424/16 1426/7
 1427/23 1428/4 1431/8
 1431/17 1431/19
 1431/24 1432/2
 1432/15 1434/6
 1434/12 1436/2
 1440/19 1440/19
 1443/7 1445/3 1445/20
 1446/7 1446/8 1446/12
 1446/13 1446/21
 1446/22 1447/23
 1448/18 1449/13
 1450/3 1450/25 1454/9
 1455/8 1460/9 1460/11
 1462/13 1462/21
 1462/24 1467/20
 1468/16 1469/17
 1477/19 1478/5
 1479/16 1483/15
 1489/8 1489/17
 1490/17 1497/15
 1501/6 1508/18 1513/4
 1513/8 1514/1 1514/25
 1516/17 1517/8 1519/1
 1521/11 1526/21
 1530/6 1536/2 1536/25
 1537/14 1540/10
 1541/10 1543/21
 1543/22 1544/10
 1545/13 1548/2
 1548/19 1549/5 1549/8
 1550/2 1552/18
 1552/21 1553/5 1559/1
 1559/23 1559/24
 1561/14 1561/16
 1562/10 1563/2
 1564/10 1564/16
**above** [3] 1440/11
 1440/14 1565/4
**above-titled** [1] 1565/4
**absent** [1] 1454/6
**abundance** [1]
 1433/17
**abuses** [1] 1439/2
**accept** [2] 1426/23
 1438/10
**acceptable** [1] 1503/14
**accepted** [1] 1422/25
**access** [2] 1445/8
 1446/9
**accomplish** [2]
 1429/10 1560/7
**accomplished** [1]
 1501/20
**according** [1] 1458/2
**account** [3] 1489/2
 1524/3 1542/20
**accounts** [2] 1489/5
 1520/16
**accuracy** [1] 1508/1
**accurate** [11] 1429/2
 1429/5 1429/6 1430/8

1431/14 1452/5 1452/7
1461/24 1507/25
**accurately** [1] 1505/18
**acknowledge** [1]
 1438/10
**acres** [3] 1505/5
 1506/11 1506/13
**across** [1] 1537/20
**act** [11] 1421/3 1428/8
 1428/18 1429/7
 1429/15 1431/20
 1431/22 1440/7 1440/8
 1476/11 1561/7
**action** [4] 1427/16
 1441/17 1482/15
 1492/11
**actions** [1] 1501/20
**acts** [1] 1425/10
**actual** [8] 1421/9
 1423/6 1448/17 1459/4
 1459/5 1465/23
 1467/25 1468/2
**actually** [22] 1421/15
 1425/1 1429/6 1438/23
 1448/22 1449/1
 1458/16 1463/16
 1465/25 1494/6
 1507/22 1508/22
 1508/22 1517/22
 1531/20 1538/6
 1540/20 1541/15
 1542/8 1546/15 1557/3
 1564/17
**Adams** [7] 1458/8
 1459/3 1459/4 1459/5
 1459/6 1459/8 1459/9
**add** [6] 1429/4 1516/15
 1521/16 1527/25
 1528/1 1556/10
**addition** [3] 1454/20
 1512/25 1518/18
**additional** [9] 1437/1
 1438/17 1447/16
 1452/9 1452/17
 1453/15 1501/19
 1502/3 1517/5
**address** [14] 1430/8
 1441/14 1509/11
 1510/5 1524/6 1524/9
 1527/4 1527/8 1527/17
 1527/19 1527/22
 1527/24 1542/16
 1561/25
**addressed** [1] 1430/5
**addresses** [2] 1527/5
 1542/23
**admissibility** [2]
 1563/17 1563/21
**admissible** [5] 1421/11
 1426/4 1426/6 1428/5
 1459/21 1564/22
**admit** [8] 1456/3
 1490/24 1496/25
 1497/2 1499/7 1507/22
 1514/23 1539/5
**admitted** [20] 1419/3
 1426/3 1426/17

1568

**A**

**admitted... [17]** 1444/13 1452/22 1452/25 1454/5 1462/12 1481/15 1491/14 1496/21 1500/4 1519/3 1520/2 1523/14 1531/5 1531/8 1537/8 1539/8 1540/24
**admitting [1]** 1449/3
**admonishment [1]** 1433/24
**advance [8]** 1425/12 1426/14 1427/8 1438/1 1447/18 1453/23 1461/14 1523/7
**Advancing [1]** 1485/2
**adversary [1]** 1422/10
**advise [2]** 1503/7 1504/2
**affiliate [1]** 1472/17
**affiliated [2]** 1473/6 1473/12
**affiliates [1]** 1489/22
**after [19]** 1424/10 1424/18 1425/4 1443/8 1450/10 1480/21 1481/1 1481/3 1495/4 1507/9 1514/12 1519/14 1544/8 1544/14 1545/5 1550/18 1559/18 1559/21 1564/19
**aftermath [1]** 1426/22
**afternoon [6]** 1431/1 1432/25 1513/8 1514/1 1543/18 1543/19
**again [16]** 1427/22 1430/13 1432/23 1433/8 1433/16 1433/20 1451/3 1456/11 1464/6 1490/4 1510/17 1511/14 1511/19 1532/4 1536/9 1555/13
**against [1]** 1428/5
**agent [91]** 1432/10 1435/14 1435/16 1435/25 1436/20 1436/24 1436/25 1437/12 1438/6 1440/18 1441/13 1442/18 1442/20 1443/17 1444/22 1446/2 1447/3 1450/20 1450/24 1451/13 1451/17 1453/4 1455/2 1457/2 1461/10 1462/20 1464/20 1466/17 1468/6 1469/4 1473/17 1473/22 1474/19 1474/25 1475/6 1476/2 1476/24 1477/6 1478/4 1478/8 1478/14 1480/4 1480/21 1481/22 1488/12 1489/14 1489/17 1490/10

1496/4 1497/10 1498/8 1498/10 1498/21 1498/23 1499/19 1500/10 1500/12 1507/19 1510/13 1510/17 1517/1 1517/15 1518/22 1519/8 1520/7 1520/10 1522/23 1523/1 1523/18 1523/22 1530/5 1530/19 1531/7 1531/14 1531/25 1534/20 1536/1 1536/7 1536/12 1536/18 1537/13 1540/9 1540/18 1541/7 1543/18 1550/25 1551/4 1551/19 1551/20
**Agent Palian [1]** 1518/22
**Agent Palian's [1]** 1510/13
**Agent's [1]** 1538/21
**agents [4]** 1555/8 1555/10 1555/13 1562/24
**agree [6]** 1431/18 1449/1 1479/19 1516/2 1554/16 1558/13
**agreement [4]** 1429/1 1508/8 1515/4 1561/8
**agrees [1]** 1516/16
**ahead [5]** 1444/16 1456/16 1481/6 1534/14 1548/23
**aided [1]** 1417/7
**Air [1]** 1421/25
**Air Mail [1]** 1421/25
**Airborne [1]** 1495/23
**AL [1]** 1414/6
**Alexandra [1]** 1414/15
**Alexandria [2]** 1415/11 1420/12
**Alexandria Hughes [1]** 1420/12
**all [59]** 1420/2 1420/21 1427/25 1428/7 1431/17 1431/17 1434/14 1434/17 1435/1 1435/10 1438/23 1439/1 1442/8 1449/17 1454/4 1457/2 1461/8 1465/18 1466/11 1466/12 1468/7 1472/11 1488/7 1489/14 1493/8 1493/23 1495/12 1496/20 1499/3 1508/7 1508/25 1509/15 1510/11 1511/10 1513/16 1516/1 1516/21 1517/6 1519/13 1535/19 1539/16 1543/6 1548/24 1555/11 1556/19 1559/13

1559/24 1560/2 1561/3 1561/3 1561/8 1561/13 1561/14 1561/19 1562/3 1564/9 1564/23
**All right [4]** 1465/18 1466/12 1561/3 1562/3
**allegation [1]** 1427/24
**allegations [1]** 1427/21
**alleged [3]** 1478/7 1556/21 1558/21
**allowed [2]** 1442/12 1486/24
**Alondra [3]** 1473/5 1473/7 1473/10
**Alondra P [1]** 1473/5
**Alondra Propes [2]** 1473/7 1473/10
**along [6]** 1433/5 1438/23 1494/17 1504/4 1516/21 1538/14
**already [2]** 1449/6 1510/4
**also [32]** 1422/12 1424/21 1426/20 1427/3 1428/6 1446/18 1446/19 1449/8 1453/4 1460/4 1468/17 1471/12 1472/2 1476/10 1488/7 1488/18 1493/10 1494/10 1496/4 1496/5 1496/10 1498/20 1518/19 1521/23 1524/11 1525/5 1527/4 1527/25 1530/9 1540/3 1550/11 1564/3
**although [3]** 1421/22 1427/15 1427/22
**am [13]** 1447/8 1459/8 1459/12 1463/9 1472/5 1482/2 1501/24 1503/6 1513/14 1529/18 1543/4 1544/24 1544/25
**amend [1]** 1557/3
**Amendment [3]** 1509/7 1563/4 1564/9
**AMERICA [3]** 1414/3 1420/7 1494/10
**American [2]** 1422/13 1532/2
**AMIT [2]** 1414/9 1420/3
**Amit P [1]** 1420/3
**ammo [1]** 1442/9
**among [3]** 1423/16 1427/3 1498/24
**amongst [2]** 1423/16 1484/6
**amount [1]** 1425/14
**another [19]** 1426/14 1426/15 1427/8 1427/9 1433/5 1450/16 1502/15 1503/10 1507/5 1530/21 1533/3 1533/8 1539/1 1546/24 1550/25 1551/12

1562/14
**answer [6]** 1438/9 1441/9 1477/4 1553/6 1553/17 1557/3
**answering [1]** 1558/2
**answers [1]** 1553/19
**anticipation [1]** 1450/5
**any [51]** 1429/21 1430/1 1431/19 1431/23 1433/19 1434/18 1438/10 1439/3 1444/7 1447/16 1448/7 1449/21 1452/12 1454/17 1459/9 1459/10 1460/8 1460/8 1462/5 1463/20 1467/14 1469/19 1469/24 1470/22 1472/16 1473/1 1473/11 1476/24 1477/18 1483/21 1483/21 1484/3 1490/16 1491/4 1498/3 1499/9 1506/11 1521/23 1529/7 1530/23 1536/4 1537/6 1545/20 1547/25 1548/1 1548/5 1550/7 1552/19 1556/2 1556/4 1559/8
**anybody [3]** 1538/12 1559/7 1559/8
**anyone [5]** 1450/25 1451/4 1482/14 1524/17 1537/16
**anything [13]** 1421/12 1425/15 1425/18 1431/24 1432/2 1467/20 1514/7 1536/25 1558/20 1559/8 1560/23 1561/14 1561/19
**apologize [7]** 1424/4 1428/14 1474/4 1510/22 1522/25 1530/20 1544/23
**app [3]** 1445/21 1445/22 1556/7
**appear [17]** 1424/23 1452/4 1455/7 1463/15 1465/4 1519/20 1531/17 1539/18 1548/18 1549/11 1550/3 1553/6 1553/14 1557/21 1557/25 1563/1 1563/2
**APPEARANCES [4]** 1414/13 1414/20 1415/17 1416/20
**appeared [2]** 1470/1 1549/23 1553/18
**appears [5]** 1489/6 1526/9 1542/7 1549/25 1557/9
**application [6]** 1421/24 1422/2 1422/4 1442/21 1443/1

1560/12
**appreciate [2]** 1509/23 1516/19
**approach [5]** 1436/13 1465/15 1515/7 1519/8 1523/13
**approached [3]** 1432/25 1433/5 1433/12
**appropriate [3]** 1462/14 1515/11 1515/14
**approximately [3]** 1458/1 1458/3 1547/19
**are [112]** 1420/21 1422/25 1423/20 1425/17 1426/4 1426/4 1426/10 1427/3 1427/4 1427/11 1428/2 1432/5 1435/11 1440/24 1440/24 1442/12 1442/18 1442/20 1442/23 1446/2 1447/6 1448/16 1451/21 1451/23 1451/25 1452/18 1453/11 1453/19 1454/1 1454/11 1454/14 1454/16 1454/17 1454/22 1456/7 1456/11 1456/12 1457/10 1459/6 1459/9 1459/15 1460/7 1462/6 1463/2 1463/3 1463/7 1466/23 1468/7 1468/21 1472/4 1472/15 1472/25 1473/10 1476/24 1477/7 1477/18 1478/4 1479/16 1481/4 1481/8 1482/1 1482/21 1483/9 1484/6 1487/16 1488/6 1489/4 1494/16 1498/16 1499/3 1499/1 1499/12 1500/4 1500/22 1501/22 1503/5 1504/12 1506/4 1506/6 1508/11 1508/13 1508/21 1513/4 1513/6 1513/16 1515/20 1518/7 1520/8 1520/9 1522/1 1522/2 1522/9 1525/11 1527/5 1527/6 1527/8 1528/17 1529/15 1529/20 1530/16 1531/8 1539/17 1539/20 1541/10 1543/18 1543/19 1545/3 1545/8 1547/22 1563/5 1563/24 1564/5
**area [6]** 1495/1 1497/15 1535/8 1547/5 1560/14 1560/16
**areas [1]** 1535/8
**Arlington [1]** 1495/10
**armed [6]** 1429/22

**A**

armed... **[5]** 1439/16 1467/12 1476/4 1487/5 1493/11
arms **[1]** 1427/15
Army **[1]** 1495/23
around **[13]** 1428/17 1440/20 1446/13 1446/16 1459/10 1477/7 1495/9 1507/10 1509/19 1509/20 1512/4 1547/4 1549/7
arrangements **[1]** 1501/20
arrangements/actions **[1]** 1501/20
arrest **[1]** 1555/6
arrested **[2]** 1550/14 1555/5
arrival **[2]** 1504/24 1506/6
arrive **[1]** 1503/1
arriving **[1]** 1503/7
art **[1]** 1465/21
articulate **[1]** 1466/2
as **[104]** 1421/7 1421/7 1421/25 1422/20 1422/24 1423/1 1423/4 1423/12 1423/21 1424/25 1426/13 1426/15 1427/11 1429/22 1430/14 1430/21 1431/21 1431/21 1433/22 1435/9 1435/9 1439/3 1439/18 1439/25 1444/1 1444/20 1449/17 1450/4 1451/1 1451/10 1451/11 1452/18 1452/18 1454/12 1454/22 1454/22 1456/4 1456/23 1456/23 1458/16 1461/6 1461/21 1462/13 1463/14 1465/23 1468/9 1472/16 1475/2 1475/7 1476/24 1477/22 1479/17 1479/18 1480/6 1480/9 1481/5 1481/7 1486/5 1486/20 1487/13 1487/22 1488/2 1490/2 1493/12 1493/13 1495/17 1497/13 1498/12 1498/25 1499/22 1500/18 1501/1 1505/7 1505/7 1508/9 1508/10 1508/11 1508/16 1508/16 1510/21 1513/10 1515/18 1515/21 1516/21 1519/4 1519/4 1519/9 1520/22 1527/16 1534/22 1534/22 1535/22 1538/1 1541/24 1545/15

armed **[5]** 1548/25 1549/14 1551/25 1554/3 1554/3 1559/10 1561/25
ASAP **[3]** 1503/14 1504/2 1511/13
ascending **[1]** 1467/1
ask **[24]** 1430/13 1433/15 1442/19 1448/12 1451/15 1465/2 1466/4 1478/1 1484/20 1506/10 1506/22 1509/19 1511/19 1511/20 1517/3 1552/16 1552/18 1552/20 1552/21 1560/8 1560/18 1560/22 1560/24 1563/8
asked **[5]** 1436/5 1516/6 1553/19 1559/23 1560/8
asking **[6]** 1428/16 1429/14 1484/9 1511/15 1555/19 1560/15
aspects **[1]** 1430/7
assert **[1]** 1509/6
assist **[3]** 1453/8 1493/8 1508/18
assistance **[1]** 1508/14
associate **[2]** 1535/10 1535/11
associated **[12]** 1457/16 1458/19 1459/20 1459/25 1472/1 1524/9 1524/10 1525/6 1528/12 1528/21 1528/22 1529/24
ASSOCIATES **[1]** 1415/14
assume **[2]** 1422/9 1452/16
assuming **[1]** 1515/4
att.net **[1]** 1415/12
attack **[1]** 1493/14
attain **[1]** 1451/6
attempting **[1]** 1425/16
attendees **[4]** 1458/1 1458/10 1458/17 1459/2
attention **[2]** 1432/13 1441/21
attire **[1]** 1467/1
attorney **[1]** 1548/16
ATTORNEY'S **[1]** 1414/16
audible **[2]** 1433/7 1434/6
audience **[2]** 1433/1 1433/4
audio **[17]** 1443/3 1449/14 1453/8 1474/17 1475/4 1475/12 1475/15 1475/18 1475/21 1475/24 1478/10

**B**

armed **[20]** 1479/25 1480/2 1480/14 1480/17
authenticate **[1]** 1563/19
authenticated **[1]** 1562/24
authenticity **[1]** 1564/7 1564/10
avail **[1]** 1503/18
available **[2]** 1501/14 1506/11
Avenue **[4]** 1415/3 1415/7 1416/7 1417/4
avoid **[2]** 1515/18 1516/17
awaiting **[1]** 1486/17
aware **[21]** 1432/22 1442/20 1442/22 1442/23 1449/6 1459/6 1459/8 1459/9 1459/15 1460/7 1472/4 1472/15 1472/25 1473/10 1477/7 1477/18 1483/9 1504/12 1544/20 1545/3 1558/4 1560/25
away **[2]** 1438/12 1560/25

back **[20]** 1425/21 1425/23 1425/24 1432/13 1435/6 1435/10 1436/17 1450/6 1462/14 1464/5 1469/4 1470/9 1488/10 1501/19 1507/16 1510/12 1510/19 1511/3 1559/25 1564/19
background **[2]** 1532/3 1551/8
backup **[1]** 1531/6
bad **[2]** 1487/9 1490/9
bag **[3]** 1519/5 1519/12 1519/13
bags **[1]** 1506/15
ballpark **[3]** 1555/20 1555/22 1556/3
bargain **[2]** 1432/15 1432/16
Barge **[1]** 1422/14
barreled **[1]** 1534/6
BARRETT **[2]** 1415/3 1417/4
Base **[1]** 1529/19
based **[30]** 1452/14 1452/16 1456/5 1459/3 1460/3 1460/13 1460/18 1460/19 1461/24 1463/18 1464/10 1465/2 1468/21 1470/14 1471/9 1471/13 1478/18 1479/8 1486/8 1504/12 1521/3 1527/21 1528/10 1529/6 1529/12

armed **[1]** 1545/24 1546/6 1546/8
basement **[1]** 1470/7
basic **[4]** 1483/19 1483/23 1484/24 1508/14
basically **[4]** 1507/18 1507/20 1541/19 1546/22
basis **[8]** 1422/5 1448/9 1466/8 1468/3 1470/17 1477/22 1539/22 1564/17
be **[110]** 1420/4 1421/11 1421/18 1421/20 1421/20 1422/22 1423/6 1423/7 1423/12 1423/19 1426/2 1426/12 1426/17 1428/5 1429/1 1429/8 1430/1 1430/19 1430/21 1430/23 1431/22 1433/19 1433/21 1433/25 1434/1 1434/17 1435/4 1438/9 1442/8 1444/13 1448/21 1449/7 1450/13 1452/4 1452/14 1452/17 1452/22 1452/25 1454/5 1455/8 1462/12 1462/15 1463/15 1463/21 1464/12 1465/4 1466/9 1466/14 1468/4 1469/22 1473/6 1474/15 1475/1 1475/8 1476/14 1476/15 1476/20 1481/15 1483/23 1486/24 1487/18 1489/6 1491/14 1496/20 1496/24 1497/1 1503/25 1506/14 1507/5 1507/16 1507/23 1508/19 1509/11 1510/11 1516/5 1519/20 1520/2 1521/5 1527/6 1529/10 1529/24 1531/5 1531/18 1534/6 1537/8 1538/3 1538/15 1539/8 1539/18 1540/24 1542/7 1544/12 1544/23 1549/11 1551/25 1553/14 1553/18 1553/24 1554/1 1557/13 1557/25 1558/5 1559/1 1559/16 1560/4 1560/25 1562/1 1562/8 1562/14 1563/9
became **[2]** 1520/11 1520/19
because **[11]** 1422/7 1449/10 1459/19 1465/24 1467/9 1519/3 1532/10 1552/17 1562/20 1563/25

**B**

armed **[24]** 1504/16
become **[1]** 1521/9
bed **[2]** 1501/18 1503/17
been **[34]** 1421/2 1421/18 1423/5 1423/7 1423/18 1426/7 1428/11 1432/16 1433/1 1434/15 1451/10 1469/11 1473/11 1477/12 1482/14 1515/16 1516/21 1517/10 1517/24 1519/9 1519/14 1524/3 1530/14 1540/10 1543/22 1546/7 1548/5 1549/6 1554/2 1554/16 1556/1 1556/24 1558/21 1561/10 1564/20
began **[2]** 1457/13 1485/25
begin **[2]** 1431/15 1502/18
beginning **[3]** 1469/10 1513/20 1530/13
begins **[1]** 1437/15
begun **[2]** 1486/9 1486/10
behalf **[1]** 1550/2
behavior **[1]** 1433/25
being **[15]** 1433/7 1433/18 1435/7 1448/15 1454/11 1468/9 1501/22 1504/4 1516/18 1518/19 1538/6 1548/19 1549/6 1549/8 1564/5
belief **[1]** 1431/13
believe **[30]** 1433/10 1434/14 1437/17 1443/12 1451/22 1451/25 1457/10 1460/5 1468/22 1470/8 1471/9 1471/11 1471/25 1481/6 1481/8 1485/21 1488/20 1491/5 1514/25 1521/10 1522/16 1529/10 1531/20 1544/17 1545/25 1546/6 1547/19 1547/21 1548/4 1552/23
believed **[2]** 1422/7 1532/12
belonged **[4]** 1471/10

**belonged... [3]** 1471/11 1471/23 1472/21
**belongs [5]** 1459/16 1459/17 1471/7 1472/11 1506/12
**belongs to [1]** 1459/16
**below [1]** 1535/17
**Bench [4]** 1448/14 1465/19 1499/18 1515/8
**bend [1]** 1438/24
**Benghazi [1]** 1493/14
**Benghazi-style [1]** 1493/14
**Berwick [1]** 1416/12
**best [4]** 1433/25 1453/20 1454/1 1560/25
**better [2]** 1531/21 1545/2
**between [8]** 1428/19 1454/18 1498/11 1500/22 1501/3 1511/23 1520/24 1547/4
**beware [1]** 1560/17
**beyond [1]** 1499/11
**Biden [1]** 1436/12
**big [3]** 1450/1 1501/11 1506/12
**bit [12]** 1429/12 1465/6 1488/22 1497/24 1507/9 1511/15 1530/5 1542/2 1542/11 1554/13 1556/6 1559/18
**Bittner [3]** 1528/16 1528/18 1528/20
**blocks [1]** 1513/14
**blow [1]** 1448/12
**Boat [1]** 1422/13
**bolded [1]** 1492/21
**bombastic [1]** 1559/14
**boss [2]** 1485/13 1485/13
**both [8]** 1423/10 1423/18 1465/13 1494/18 1508/15 1513/2 1524/18 1527/8
**bottom [9]** 1468/14 1494/6 1500/25 1512/21 1538/13 1538/14 1541/15 1541/16 1541/16
**Bourjaily [2]** 1424/15 1427/18
**boy [2]** 1481/5 1481/7
**Boycott [1]** 1439/8
**Bradford [2]** 1416/11 1416/14
**BRAND [1]** 1416/3
**brandwoodwardlaw.c om [1]** 1416/5
**breach [1]** 1495/16
**break [8]** 1507/6 1507/14 1509/16

1553/2 1559/16 1559/19
**breaking [1]** 1550/9
**Brendan [2]** 1486/21 1486/22
**Brian [2]** 1509/5 1562/13
**Brian Lee [2]** 1509/5 1562/13
**bridge [1]** 1435/1
**briefly [3]** 1462/20 1465/15 1503/4
**BRIGHT [5]** 1415/3 1415/7 1420/14 1428/11 1430/3
**Bright's [1]** 1434/11
**bring [34]** 1432/7 1434/9 1435/10 1436/17 1437/9 1443/14 1444/19 1446/24 1456/22 1468/2 1473/19 1479/12 1479/14 1481/9 1481/19 1498/20 1500/11 1506/14 1507/2 1510/24 1515/18 1522/22 1523/1 1530/3 1530/18 1536/6 1538/20 1538/21 1549/9 1549/21 1549/21 1561/23 1562/3 1564/8
**bringing [5]** 1431/22 1437/6 1498/10 1508/18 1540/18
**brother [1]** 1514/5
**brothers [2]** 1495/11 1495/20
**Brown [2]** 1468/11 1468/15
**build [1]** 1439/16
**building [3]** 1416/8 1501/18 1503/16
**bunkhouse [1]** 1503/17
**bunkhouses [1]** 1506/14
**burden [1]** 1428/1
**Burnie [1]** 1416/18
**business [9]** 1448/2 1449/7 1449/22 1450/4 1450/8 1496/18 1505/6 1562/19 1562/20
**busy [1]** 1506/6

**C**
**CAG [7]** 1498/13 1499/20 1500/13 1500/18 1500/18 1514/8 1526/24
**CAG Spy [4]** 1499/20 1500/13 1500/18 1526/24
**CAGS [1]** 1499/1
**CAGS 5 [1]** 1499/1
**Caldwell [33]** 1416/16

1499/22 1500/19 1500/22 1501/7 1501/9 1502/25 1503/21 1505/11 1505/23 1506/1 1506/5 1506/10 1506/22 1506/25 1511/3 1511/7 1511/12 1511/15 1511/18 1511/24 1511/25 1512/12 1512/13 1513/9 1514/2 1514/13 1515/6 1527/7 1542/15 1542/16 1543/5
**Caldwell's [22]** 1505/14 1505/19 1505/20 1512/25 1513/5 1513/24 1514/20 1516/11 1517/16 1517/19 1518/10 1519/21 1527/2 1527/11 1530/6 1531/19 1533/14 1534/25 1540/11 1541/22 1542/24 1543/3
**calendar [6]** 1436/18 1436/19 1436/21 1490/5 1490/6 1490/11
**call [36]** 1427/13 1427/14 1427/16 1429/21 1440/8 1443/22 1444/1 1445/7 1445/13 1446/7 1446/8 1446/21 1446/22 1455/7 1455/8 1457/11 1457/22 1457/24 1478/25 1482/14 1482/15 1485/21 1485/25 1492/11 1495/9 1506/23 1511/13 1511/16 1511/19 1512/3 1516/25 1535/7 1551/15 1560/20 1561/19 1562/7
**called [16]** 1421/13 1421/25 1422/13 1422/17 1424/7 1436/11 1436/23 1442/21 1476/11 1496/6 1502/13 1509/7 1520/12 1525/15 1533/20 1551/17
**calls [4]** 1435/14 1546/1 1548/22 1553/15
**came [12]** 1431/10 1446/8 1447/10 1449/7 1449/23 1450/22 1450/24 1464/3 1477/8 1477/20 1510/4 1557/2

1433/19 1434/7 1435/10 1437/12 1441/5 1442/14 1443/2 1443/3 1443/17 1445/20 1445/22 1445/24 1447/2 1448/11 1448/12 1448/12 1449/12 1452/20 1454/4 1457/11 1461/23 1462/11 1462/13 1462/15 1463/15 1465/6 1468/2 1473/14 1474/12 1477/3 1477/4 1480/1 1480/18 1483/12 1483/25 1484/14 1487/4 1491/22 1493/8 1495/2 1496/1 1497/25 1499/12 1499/14 1499/15 1499/19 1501/15 1503/13 1503/25 1506/10 1506/14 1507/19 1509/15 1509/20 1515/3 1515/9 1516/24 1517/2 1517/4 1518/1 1518/16 1518/23 1520/3 1521/14 1524/5 1526/3 1530/3 1530/19 1531/6 1531/14 1531/16 1531/25 1532/8 1534/16 1534/18 1535/4 1535/15 1536/12 1540/6 1541/3 1541/6 1541/19 1543/4 1546/2 1546/22 1548/9 1549/2 1549/14 1552/24 1553/1 1553/17 1556/10 1556/10 1556/12 1558/25 1560/22 1560/24 1561/16 1562/6 1563/25
**can't [9]** 1426/23 1427/18 1431/18 1433/9 1442/9 1448/13 1508/7 1548/24 1564/16
**cannot [1]** 1454/20
**Capitol [4]** 1465/13 1539/19 1557/9 1562/18
**caption [1]** 1492/8
**captioned [1]** 1492/10
**capture [1]** 1498/11
**captured [1]** 1562/17
**caravan [1]** 1493/7
**careful [4]** 1476/20 1548/19 1549/12 1549/17
**Carolina [1]** 1471/19 1472/8 1472/18 1498/25 1502/13 1504/7 1504/21 1528/7 1538/4

**Cady [1]** 1442/11
**CART [1]** 1515/19
**case [21]** 1420/7 1421/13 1421/15 1421/23 1422/16 1424/3 1424/16 1424/20 1432/16 1432/23 1443/5 1443/6 1446/3 1446/17 1465/3 1479/9 1493/13 1501/19 1509/24 1552/17 1562/8
**cases [12]** 1423/3 1423/9
**casual [2]** 1426/5 1426/10
**catch [1]** 1530/24
**catching [1]** 1516/19
**categories [1]** 1426/8
**caused [1]** 1520/25
**caution [2]** 1433/16 1433/18
**cautionary [2]** 1432/21 1432/23
**cell [8]** 1499/4 1533/20 1534/7 1536/3 1541/24 1542/24 1552/6 1552/7
**Cellebrite [2]** 1554/11 1554/23
**Cemetery [1]** 1495/11
**center [3]** 1447/11 1492/20 1540/2
**certain [14]** 1424/23 1451/18 1455/4 1498/24 1517/15 1520/14 1520/15 1520/20 1521/14 1522/8 1524/24 1526/17 1526/18 1535/1
**certainly [1]** 1426/8
**certification [5]** 1490/25 1496/18 1540/23 1562/20 1562/25
**Certified [1]** 1417/3
**certify [2]** 1508/1 1565/2
**cetera [3]** 1503/6 1560/11 1560/11
**CH [1]** 1417/4
**chain [6]** 1488/10 1518/1 1519/1 1541/10 1541/15 1541/16
**chance [2]** 1440/5 1450/10
**channel [10]** 1521/19 1525/2 1525/16 1525/20 1526/5 1526/12 1526/12 1526/15 1526/22 1562/22
**channels [6]** 1520/15 1521/24 1522/8 1524/24 1525/1 1525/16
**chapter [1]** 1471/20
**characterization [2]** 1431/15 1553/16

**C**

characterize [3]
1558/24 1558/25
1560/15
charge [2] 1459/9
1477/22
charges [3] 1434/15
1434/17 1477/23
chat [33] 1423/16
1426/19 1437/19
1437/23 1438/18
1438/22 1439/21
1439/22 1440/21
1441/15 1441/24
1442/1 1444/22
1444/25 1482/4 1482/6
1494/19 1494/19
1501/3 1501/3 1501/5
1502/12 1502/15
1502/18 1502/23
1504/7 1504/23
1508/10 1508/13
1545/13 1556/6
1556/11 1556/13
Chat 321 [1] 1501/5
chats [8] 1423/22
1437/2 1504/15
1505/19 1505/20
1555/21 1556/2
1556/16
check [3] 1495/19
1512/14 1518/1
Checking [1] 1501/11
cheerful [1] 1448/16
Cinnaminson [1]
1416/13
circle [2] 1501/19
1537/18
circled [3] 1537/19
1537/25 1538/13
circuit [14] 1421/13
1421/21 1422/12
1422/13 1422/15
1422/16 1422/18
1424/5 1425/25 1427/7
1507/17 1507/21
1507/23 1508/17
Circuit's [1] 1425/22
circulated [1] 1428/10
circumstances [1]
1423/5
circumvent [1] 1439/9
cite [1] 1424/3
cites [1] 1422/12
citing [1] 1422/10
city [3] 1447/12 1487/6
1501/11
clarify [1] 1454/13
clarity [1] 1512/7
Clarksburg [2]
1447/11 1447/12
class [1] 1483/19
clear [7] 1448/16
1484/12 1496/24
1497/1 1508/9 1515/16
1543/7
clearly [2] 1423/24
1424/17

clients [1] 1434/18
climate [1] 1501/18
climate-controlled [1]
1501/18
clip [15] 1474/13
1475/3 1475/17
1475/20 1475/23
1476/2 1478/9 1479/16
1479/24 1480/4
1496/17 1496/25
1497/2 1497/11
1497/14
Clip 1000.2 [1] 1475/3
Clip 1000.5.TR [1]
1475/17
Clip 1000.6.TR [1]
1475/20
Clip 1000.7.TR [1]
1475/23
Clip 1000.8.TR [1]
1478/9
clips [6] 1451/18
1451/21 1452/1 1452/4
1473/17 1478/15
close [1] 1503/13
closed [1] 1423/15
closely [1] 1421/7
Closer [1] 1544/17
co [14] 1422/13
1424/12 1424/19
1426/2 1426/4 1426/14
1426/15 1427/5 1427/8
1427/9 1428/3 1428/16
1508/11 1557/22
co-conspirator [8]
1424/12 1424/19
1426/14 1426/15
1427/8 1427/9 1428/3
1508/11
co-conspirator's [1]
1426/4
co-conspirators [3]
1426/2 1427/5 1557/22
co-counsel [1]
1428/16
code [3] 1429/19
1429/20 1552/10
colleagues [8] 1455/3
1455/19 1464/11
1467/14 1467/17
1468/9 1471/25 1523/7
collected [2] 1519/14
1560/9
collectors [1] 1439/15
colored [1] 1497/11
COLUMBIA [1] 1414/1
Columbus [1] 1485/1
column [1] 1467/10
columns [2] 1455/16
1455/17
combat [1] 1493/4
come [24] 1422/6
1430/16 1430/18
1430/21 1446/7
1446/16 1446/17
1446/18 1447/14
1455/12 1458/23

1486/24 1490/4 1493/6
1502/21 1508/7
1509/16 1522/3 1528/4
1534/21 1556/19
1564/19
comes [3] 1432/9
1458/25 1534/22
comfortable [2]
1515/16 1558/5
coming [6] 1501/1
1501/17 1503/5 1503/8
1506/6 1559/24
comments [7] 1426/5
1426/10 1433/7
1433/13 1433/16
1433/18 1549/5
comms [2] 1504/1
1535/18
communicate [3]
1443/7 1557/21
1560/12
communicated [1]
1560/11
communicating [2]
1427/2 1427/3
communication [7]
1421/10 1422/24
1423/21 1425/11
1557/18 1558/1 1558/3
communications [10]
1423/6 1423/15
1425/17 1426/25
1520/20 1522/04
1535/10 1549/8
1549/10 1550/8
communications -- yes
[1] 1549/10
communist [1]
1493/14
companies [1] 1439/17
company [5] 1455/4
1455/6 1521/18 1528/2
1541/9
compare [1] 1507/25
complete [1] 1517/1
completely [2] 1430/10
1430/24
completeness [5]
1452/14 1452/18
1456/6 1484/11 1497/4
complied [1] 1464/19
complies [1] 1490/8
computer [4] 1417/7
1422/25 1445/15
1530/22
computer-aided [1]
1417/7
Conceal [3] 1533/20
1541/9 1542/6
concealed [2] 1534/6
1540/12
concern [1] 1519/1
concerned [1] 1454/23
concerning [1] 1421/3
concerns [2] 1450/3
1509/21
conclude [2] 1438/6

concluded [3] 1425/5
1435/25 1438/9
conclusion [1] 1504/3
concur [1] 1531/3
conduct [1] 1467/15
conducted [1] 1467/15
conducting [1]
1545/15
conference [6]
1448/14 1465/19
1485/21 1495/9
1499/18 1515/8
conferred [1] 1561/16
confess [1] 1456/14
confirm [1] 1522/21
confirmation [2]
1542/6 1542/10
confused [1] 1430/24
conjunction [1]
1493/15
connection [1]
1528/18
consider [4] 1424/2
1424/10 1424/18
1501/25
consideration [1]
1450/17
considers [1] 1429/22
consistent [3] 1422/4
1508/17 1517/10
consists [1] 1465/24
conspiracy [19]
1425/7 1425/18 1426/5
1426/11 1426/14
1426/16 1426/17
1427/8 1427/10
1427/22 1459/11
1461/20 1477/23
1508/15 1508/19
1508/21 1550/8
1556/21 1558/21
conspirator [8]
1424/12 1424/19
1426/14 1426/15
1427/8 1427/9 1428/3
1508/11
conspirator's [1]
1426/4
conspirators [3]
1426/2 1427/5 1557/22
Constitution [1]
1417/4
contact [3] 1550/19
1550/25 1551/5
contacted [1] 1551/18
1551/20 1551/23
contacts [2] 1483/6
1525/6
contain [1] 1498/24
contained [1] 1503/8
contends [1] 1456/12
content [2] 1447/16
1447/21
contesting [1] 1559/6
context [5] 1427/20
1465/25 1499/11
1504/12 1543/25

contextual [1] 1427/19
continuation [2]
1438/2 1484/1
continue [34] 1438/13
1439/4 1439/6 1439/11
1439/13 1439/20
1440/1 1440/9 1441/1
1441/10 1441/14
1445/9 1480/1 1485/6
1486/15 1487/8
1492/18 1493/21
1493/23 1499/1
1501/15 1501/16
1501/23 1503/3 1503/9
1503/15 1503/21
1503/23 1506/17
1506/21 1510/13
1510/14 1527/13
1529/1
continued [6] 1415/1
1416/1 1417/1 1435/21
1486/16 1495/4
continues [6] 1425/25
1439/1 1503/16
1503/22 1503/24
1506/18
Continuing [1] 1504/6
controlled [1] 1501/18
convenience [2]
1454/12 1501/19
conversation [2]
1510/4 1559/17
conversations [2]
1428/14 1454/10
convicted [1] 1434/17
convictions [1] 1559/2
coordinated [1]
1535/22
copy [4] 1451/7 1451/8
1482/6 1541/22
corner [1] 1457/3
1500/25
correct [29] 1430/2
1458/18 1460/2
1464/25 1466/21
1468/17 1469/8 1471/3
1472/24 1473/9 1476/9
1482/24 1491/8
1500/15 1502/19
1505/21 1509/4
1520/13 1523/25
1543/10 1544/11
1544/15 1545/6 1549/3
1550/15 1553/5 1555/2
1556/7 1565/3
correctly [1] 1425/5
corroborated [1]
1472/2
corrupt [1] 1501/22
could [119] 1421/7
1421/18 1424/3
1430/15 1431/22
1433/15 1433/21
1437/4 1437/9 1438/1
1438/7 1438/13
1438/20 1439/6
1439/13 1439/20
1440/4 1440/9 1440/23

**C**

could... [100] 1441/4
1441/10 1441/21
1442/19 1442/25
1443/14 1444/19
1444/22 1445/17
1446/23 1447/17
1447/18 1447/21
1456/22 1456/23
1459/1 1464/5 1464/6
1464/17 1470/4
1473/19 1474/2 1475/3
1475/10 1475/13
1475/16 1475/19
1475/22 1478/11
1479/13 1480/12
1480/15 1481/19
1482/17 1483/25
1486/2 1486/14 1487/1
1487/7 1487/7 1487/11
1488/21 1488/22
1489/15 1490/5 1492/1
1492/7 1492/17
1492/23 1493/20
1494/5 1494/22
1494/24 1495/3 1497/6
1498/7 1498/19
1500/10 1501/15
1502/8 1510/24
1513/19 1518/15
1519/12 1520/18
1522/22 1523/1
1523/19 1525/12
1526/11 1527/13
1528/4 1529/1 1530/18
1531/22 1532/13
1532/19 1533/11
1534/13 1534/15
1535/23 1536/6
1537/11 1537/18
1538/20 1539/7
1539/11 1539/21
1541/14 1542/1
1544/22 1547/23
1549/9 1549/9 1549/21
1549/24 1549/24
1551/12 1551/15
1556/24
couldn't [2] 1549/21
1556/22
counsel [14] 1428/11
1428/16 1434/14
1434/18 1453/18
1461/11 1509/14
1510/23 1516/1
1516/16 1554/3 1563/6
1563/7 1563/7
count [2] 1504/25
1505/7
counter [1] 1431/6
country [1] 1495/10
coupe [2] 1437/15
1488/8 1494/3
couple [6] 1437/2
1466/22 1505/8
1511/18 1533/13
1552/13
course [18] 1448/2

1461/25 1463/10
1465/11 1467/2 1468/8
1469/9 1496/5 1500/16
1514/19 1520/10
1521/17 1522/6
1527/17 1534/8
1556/18
court [41] 1414/1
1417/2 1417/3 1421/16
1421/22 1422/3
1422/19 1424/16
1424/20 1424/25
1425/3 1425/5 1426/1
1426/13 1427/17
1427/18 1431/1 1431/2
1431/16 1432/21
1433/15 1433/21
1434/1 1450/12
1450/14 1461/11
1466/13 1500/1
1507/20 1507/22
1507/24 1508/4 1508/5
1509/11 1509/22
1510/22 1517/8
1517/13 1522/25
1543/15 1564/24
Court's [11] 1432/13
1437/4 1444/8 1450/17
1474/4 1491/1 1518/16
1522/12 1522/17
1530/20 1531/12
courtroom [4] 1434/8
1435/3 1509/25
1510/10
cover [2] 1476/16
1492/4
COVID [1] 1470/7
cowboy [1] 1495/17
CR [1] 1414/4
created [7] 1447/15
1449/8 1449/9 1450/5
1450/21 1526/5 1526/8
Criminal [1] 1420/7
Crisp [4] 1415/14
1415/14 1420/19
1424/2
crisplegal.com [1]
1415/16
cross [8] 1418/4
1452/20 1456/13
1468/2 1484/11
1543/16 1561/4
1564/10
cross-examination [4]
1452/20 1456/13
1543/16 1561/4
cross-examine [2]
1468/2 1564/10
Crowl [1] 1540/2
CRR [2] 1565/2 1565/8
crusty [1] 1501/24
Cummings [4] 1472/20
1472/22 1472/25
1473/2
cumulative [2] 1449/5
1453/19
Current [1] 1504/25

custody [2] 1516/7
1519/2
cut [1] 1504/10
cutting [1] 1501/14

**D**

D. [1] 1529/14
D. Siekerman [1]
1529/14
D.C [30] 1414/5
1414/17 1416/4 1416/9
1417/5 1442/7 1442/10
1482/15 1486/13
1486/17 1486/17
1486/22 1489/22
1490/1 1492/11 1493/2
1493/4 1493/9 1493/12
1493/13 1493/24
1495/11 1495/25
1502/13 1504/7
1545/20 1549/6 1549/9
1549/21 1549/21
D.C. [5] 1424/5
1507/17 1525/4 1526/1
1526/22
D.C. Circuit [2] 1424/5
1507/17
Dallas [2] 1415/4
1415/8
Dan [1] 1513/13
dangerous [1] 1560/17
data [6] 1455/16
1458/15 1464/10
1483/2 1528/13
1554/12
date [13] 1436/7
1436/10 1436/18
1436/21 1437/24
1447/14 1448/18
1483/12 1517/20
1526/1 1536/25 1542/5
1565/7
dated [2] 1492/13
1492/14
dates [2] 1425/23
1544/23
David [2] 1416/10
1420/20
David Fischer [1]
1420/20
day [17] 1414/7 1421/5
1435/11 1440/19
1441/22 1469/23
1488/1 1490/3 1502/11
1511/11 1511/15
1512/8 1512/9 1518/4
1518/6 1518/10 1552/7
days [4] 1493/5
1554/12 1559/24
1562/10
dead [1] 1424/14
deal [7] 1421/4 1450/1
1508/6 1519/2 1561/3
1561/5 1564/8
December [4] 1542/7
1542/17 1543/2
1563/23
December 23rd [1]

decent [1] 1554/13
decide [1] 1559/2
decision [3] 1422/13
1424/4 1424/5
decisive [1] 1441/17
deck [1] 1488/7
declarant [1] 1428/6
declassification [1]
1501/21
declined [3] 1562/24
1563/6 1563/11
deep [2] 1492/12
1494/2
defeat [2] 1492/12
1494/2
defend [2] 1492/12
1564/3
defendant [46] 1415/2
1415/13 1416/2
1416/11 1416/15
1420/8 1420/8 1420/9
1420/9 1420/10
1420/15 1420/17
1420/18 1420/19
1420/20 1436/1
1436/25 1440/20
1443/6 1459/25
1460/15 1460/16
1460/20 1464/16
1465/4 1469/16 1479/6
1479/22 1480/10
1480/22 1480/22
1482/7 1483/3 1488/14
1498/12 1499/22
1513/24 1524/10
1524/21 1527/7
1527/11 1536/21
1537/23 1538/16
1539/1 1540/5
Defendant 10 [1]
1420/10
Defendant 4 [1] 1420/9
Defendant Caldwell [2]
1420/20 1527/7
Defendant Caldwell's
[2] 1513/24 1527/11
Defendant Jessica
Watkins [1] 1479/22
Defendant Kelly
Meggs [4] 1459/25
1465/4 1479/6 1480/10
Defendant Ken
Harrelson [1] 1460/16
Defendant Kenneth
Harrelson [1] 1460/15
Defendant Meggs [3]
1420/17 1464/16
1480/22
Defendant Rhodes [6]
1420/15 1436/1
1436/25 1440/20
1443/6 1498/12
Defendant Rhodes' [1]
1469/16
Defendant Stewart
Rhodes' [1] 1482/7
Defendant Thomas
Caldwell [1] 1499/22

Defendant Watkins [7]
1420/19 1480/22
1488/14 1524/10
1524/21 1537/23
1540/5
Defendant Watkins' [4]
1483/3 1536/21
1538/16 1539/1
defendants [11]
1414/7 1420/21 1428/6
1434/17 1443/6
1478/19 1481/2 1508/3
1536/4 1536/5 1562/18
Defendants Kelly
Meggs [1] 1478/19
defendants' [1] 1508/4
defense [12] 1421/14
1424/8 1428/11
1434/14 1434/21
1434/24 1439/24
1453/18 1453/23
1456/12 1516/1
1516/16
defer [1] 1431/1
deficient [2] 1429/2
1431/14
define [1] 1430/22
defined [2] 1430/19
1535/8
defining [1] 1429/16
definition [5] 1425/22
1425/24 1428/20
1431/3 1467/25
defy [1] 1439/2
delineates [1] 1461/20
deliver [1] 1433/24
demonstrative [1]
1462/6
Department [2]
1421/14 1424/8
depicted [10] 1463/6
1464/14 1465/14
1468/7 1468/13 1485/5
1514/15 1514/17
1524/14 1525/9
deploy [1] 1429/16
depressed [1] 1430/7
derive [1] 1422/5
derived [3] 1457/4
1498/16 1499/3
describe [2] 1444/22
1531/25
describing [1] 1541/22
description [2] 1429/3
1431/7
designate [1] 1463/19
designated [4]
1463/21 1463/25
1463/25 1480/6
desired [1] 1502/2
determination [1]
1427/19
determine [4] 1454/20
1464/12 1527/21
1528/12
determining [2]
1424/11 1424/18
device [1] 1540/12

**D**

dial [1] 1445/20
did [247]
did you [33] 1436/20
1446/11 1446/11
1455/18 1469/9
1469/24 1471/6
1471/25 1474/19
1474/25 1478/24
1482/6 1490/10
1490/13 1490/20
1496/4 1497/12
1500/16 1517/15
1520/14 1521/4
1521/17 1521/23
1522/6 1524/24 1535/1
1535/14 1536/3 1544/3
1544/6 1550/19 1551/5
1552/21
didn't [12] 1421/12
1425/18 1425/20
1432/22 1441/7
1456/14 1468/11
1468/17 1530/24
1544/5 1552/1 1554/19
difference [2] 1454/18
1556/9
different [5] 1437/2
1465/12 1550/15
1550/16 1563/13
difficult [4] 1454/14
1544/23 1554/17
1554/19
difficulties [1] 1530/21
difficulty [1] 1437/5
dire [1] 1468/3
direct [6] 1418/4
1435/21 1441/21
1511/23 1553/11
1557/8
directly [1] 1421/12
disabled [1] 1495/23
disagree [2] 1556/2
1556/4
disagreement [1]
1561/15
discovery [2] 1548/17
1548/17
discretion [1] 1507/21
discuss [4] 1428/12
1430/25 1501/20
1535/9
discussed [7] 1428/17
1476/14 1505/1
1535/17 1549/22
1561/11 1561/14
discussing [6] 1434/16
1436/1 1447/23
1469/11 1473/11
1475/7
discussion [1] 1454/6
disgruntled [1]
1449/19
dispatched [1] 1423/2
display [1] 1474/10
displays [1] 1479/20
disposal [1] 1487/16
dispositive [2] 1427/6

disproves [1] 1422/10
dispute [1] 1564/6
disregard [1] 1454/22
dissatisfied [1]
1449/20
distinction [2] 1425/16
1425/19
distribute [1] 1484/5
DISTRICT [4] 1414/1
1414/1 1414/10
1421/15
division [1] 1422/17
do [118] 1426/24
1427/13 1429/11
1433/22 1434/6 1436/3
1436/4 1436/8 1436/9
1437/14 1437/20
1437/21 1437/22
1438/23 1441/18
1441/19 1441/19
1448/8 1450/3 1452/13
1453/24 1454/4 1456/5
1458/21 1459/18
1460/24 1460/25
1461/12 1462/11
1470/11 1470/12
1470/14 1471/9
1471/16 1471/17
1473/22 1474/21
1474/22 1476/5 1476/6
1476/13 1476/17
1476/18 1476/22
1476/23 1478/22
1478/23 1479/19
1488/15 1488/16
1493/8 1494/2 1494/7
1509/2 1509/15
1511/19 1513/23
1514/12 1517/2 1521/8
1522/10 1523/4 1523/5
1524/14 1524/17
1525/5 1525/9 1525/20
1526/3 1526/20 1529/7
1529/9 1529/10 1530/7
1530/8 1531/17
1534/15 1536/17
1537/16 1537/17
1538/9 1538/15
1538/18 1538/24
1538/25 1539/14
1539/17 1540/11
1540/13 1542/19
1542/21 1545/25
1546/6 1546/8 1547/13
1547/14 1547/17
1548/5 1548/12
1548/21 1549/24
1549/24 1550/7 1553/1
1553/24 1554/23
1554/24 1555/8
1555/10 1555/19
1556/10 1556/20
1557/10 1558/7 1559/8
1561/6 1562/6 1564/9
do you [11] 1436/3
1437/20 1476/17
1476/22 1478/22

1521/8 1526/20
1540/13 1557/10
do you believe [4]
1471/9 1529/10
1545/25 1546/6
do you have [4]
1470/14 1529/7
1547/13 1547/14
do you know [4]
1459/18 1460/24
1526/3 1538/9
do you recognize [10]
1461/12 1474/22
1523/4 1524/17
1537/16 1538/15
1538/24 1539/14
1539/17 1542/19
Do you remember [6]
1436/9 1547/17 1555/8
1555/19 1556/20
1558/7
Do you see [3]
1458/21 1470/11
1536/17
document [6] 1447/2
1447/7 1449/4 1449/7
1449/19 1474/11
document is [1]
1447/7
documents [3]
1449/16 1449/23
1490/20
does [56] 1439/11
1440/1 1440/3 1443/21
1443/23 1445/9
1445/11 1445/12
1445/19 1447/9
1447/22 1455/24
1458/23 1461/1
1461/17 1463/15
1463/23 1465/3 1465/5
1465/9 1473/24 1474/1
1498/11 1501/23
1501/24 1502/23
1503/3 1503/9 1503/10
1503/15 1503/21
1503/23 1505/2
1505/17 1506/17
1509/14 1519/20
1524/11 1524/13
1525/25 1526/14
1526/16 1526/17
1532/22 1532/24
1533/3 1533/5 1533/8
1533/13 1533/17
1533/18 1548/18
1550/3 1554/10
1558/19 1563/18
doesn't [7] 1429/13
1429/24 1430/8 1474/7
1495/18 1562/1
1563/25
doing [6] 1420/24
1445/8 1445/8 1498/20
1557/12 1564/3
do you [11] 1436/3
1437/20 1476/17
1476/22 1478/22

1469/10 1469/14
1469/15 1529/16
1529/25
Don S [1] 1469/6
Don Siekerman [2]
1469/14 1469/15
1529/16 1529/25
don't [49] 1426/8
1427/14 1429/9
1430/19 1430/23
1433/2 1433/3 1433/3
1433/9 1433/18
1433/20 1445/18
1449/25 1465/25
1483/21 1491/22
1507/9 1508/12 1509/9
1515/10 1515/13
1517/8 1543/6 1545/10
1547/11 1547/24
1547/25 1548/3
1548/16 1549/16
1549/17 1551/13
1551/19 1552/16
1552/23 1553/19
1554/1 1554/2 1554/14
1555/11 1557/4 1557/7
1557/20 1558/3
1559/15 1559/18
1561/13 1561/23
1562/3
Donovan [1] 1540/2
door [1] 1495/20
doors [1] 1562/17
double [1] 1534/6
double-barreled [1]
1534/6
Doug [7] 1471/11
1471/12 1471/16
1471/16 1471/19
1503/5 1538/3
Doug Smith [1] 1503/5
down [26] 1438/3
1442/14 1445/24
1459/1 1464/17
1464/21 1469/1
1473/14 1477/7
1480/19 1489/15
1492/1 1493/15
1493/20 1494/23
1496/2 1498/19 1502/8
1507/2 1507/19
1518/15 1530/3
1535/23 1538/20
1540/7 1541/14
download [1] 1445/22
dozen [1] 1458/12
draft [1] 1431/16
drill [1] 1484/25
drive [2] 1416/12
1502/2
drive/lead [1] 1502/2
drugs [2] 1424/24
1425/2
due [1] 1432/23
duration [2] 1457/23
1457/25
during [13] 1433/1

1433/6 1451/6 1457/8
1459/10 1465/11
1468/8 1481/1 1481/3
1516/10 1520/10
1521/17 1534/8
duty [2] 1439/24
1441/19
dying [1] 1495/13

**E**

e-tip [2] 1447/10
1447/11
each [3] 1433/15
1458/20 1551/17
eager [1] 1543/5
earlier [13] 1422/17
1424/4 1424/19
1446/18 1446/20
1479/2 1484/8 1484/8
1505/1 1520/22
1521/11 1526/25
1542/11
east [2] 1465/13
1562/17
Eastern [1] 1457/15
Eddington [2] 1421/14
1424/7
Edmund [1] 1416/2
Edward [3] 1415/10
1420/10 1420/15
Edward Tarpley [1]
1420/15
Edwards [1] 1414/15
1420/12
edwardtarpley [1]
1415/12
effect [1] 1437/18
effort [1] 1535/22
Eighth [4] 1422/13
1422/15 1422/16
1422/18
Eighth Circuit [3]
1422/13 1422/15
1422/16
either [6] 1426/8
1434/5 1450/1 1506/19
1507/24 1563/15
election [10] 1426/23
1426/23 1436/11
1436/23 1443/8 1445/7
1445/13 1544/9 1545/5
1559/6
electronic [5] 1421/10
1421/18 1422/22
1423/6 1423/15
electronically [1]
1421/17
elicit [1] 1484/11
eliciting [1] 1508/14
ELMER [3] 1414/6
1415/2 1420/8
Elmer Stewart Rhodes
III [1] 1420/8
else [6] 1432/24
1474/7 1509/10
1512/18 1538/12
1561/19
email [41] 1414/18

E

**email... [40]** 1414/19
1415/5 1415/9 1415/12
1415/16 1416/5
1416/10 1416/14
1416/19 1421/10
1421/24 1422/4 1423/5
1516/3 1524/6 1524/7
1524/9 1527/4 1527/5
1527/8 1527/17
1527/19 1527/22
1527/23 1528/9 1529/5
1541/8 1541/10
1541/16 1541/17
1542/2 1542/5 1542/15
1542/15 1542/16
1542/20 1542/23
1542/23 1543/1 1543/3
**emails [3]** 1422/2
1425/17 1543/7
**emergency [1]**
1493/12
**emoji [3]** 1502/6
1511/5 1512/17
**Empire [1]** 1416/17
**empty [1]** 1506/12
**encourage [2]** 1434/18
1559/7
**encouraged [2]**
1489/21 1559/8
**encouraging [3]**
1426/13 1427/7
1427/13
**encrypted [1]** 1556/8
**end [6]** 1420/25 1421/5
1436/5 1484/5 1497/14
1501/17
**ended [1]** 1486/10
**ending [5]** 1461/2
1470/10 1471/4
1471/23 1472/10
**ends [3]** 1459/15
1459/24 1495/18
**enforce [1]** 1429/23
**enforcement [3]**
1450/7 1471/1 1535/11
**enhancing [3]** 1426/15
1427/9
**enough [3]** 1433/13
1544/24 1544/25
**enter [1]** 1486/17
**entered [4]** 1435/3
1465/13 1510/10
1562/18
**entire [2]** 1478/16
1554/14
**entirety [1]** 1462/14
**entitled [2]** 1492/10
1494/1
**entrenched [1]**
1501/12
**entry [1]** 1490/11
**envision [1]** 1506/19
**equipment [1]** 1495/20
**essentially [5]** 1421/23
1425/12 1427/13
1427/16 1429/25
**EST [2]** 1445/7

**establish [2]** 1421/9
1428/1
**established [2]** 1425/6
1465/25
**establishes [1]**
1424/17
**et [4]** 1414/6 1503/6
1560/11 1560/11
**et cetera [3]** 1503/6
1560/11 1560/11
**ETA [1]** 1506/9
**etch [1]** 1540/2
**evasive [1]** 1553/6
**even [12]** 1422/1
1433/21 1441/7 1442/9
1483/24 1508/12
1508/20 1531/21
1544/20 1545/3 1545/9
1549/17
**evening [6]** 1428/10
1438/16 1441/23
1445/1 1505/24 1506/4
**event [3]** 1490/18
1493/8 1493/12
**events [7]** 1443/7
1469/11 1473/1
1473/11 1544/9
1544/19 1544/19
**ever [4]** 1514/6 1543/9
1548/1 1559/7
**every [1]** 1515/19
**everybody [4]** 1420/23
1420/24 1421/1
1563/22
**everyone [7]** 1420/4
1435/4 1507/13
1508/24 1510/12
1560/1 1560/4
**everything [2]** 1432/24
1509/10
**evidence [69]** 1421/24
1422/1 1422/3 1423/10
1423/18 1424/10
1424/18 1427/24
1427/25 1428/2 1437/8
1443/5 1444/1 1444/2
1444/5 1444/17 1446/3
1446/6 1448/6 1452/10
1453/1 1453/17
1453/20 1454/1
1454/16 1456/3
1456/20 1460/8 1462/4
1462/9 1462/17
1477/18 1477/24
1481/12 1481/16
1490/25 1491/15
1496/22 1500/5
1505/14 1514/23
1515/2 1515/25 1516/4
1516/22 1517/6
1517/16 1517/23
1518/7 1518/18 1519/9
1519/13 1519/25
1520/4 1523/10
1523/16 1529/12
1530/6 1530/10 1531/9
1531/19 1532/9

1539/19 1540/22 1541/1
1550/7
**exactly [2]** 1429/13
1484/21
**examination [5]**
1435/21 1452/20
1456/13 1543/16
1561/4
**examine [2]** 1468/2
1564/10
**examiner [1]** 1515/19
**example [2]** 1424/13
1426/4
**Excel [2]** 1455/12
1455/15
**except [2]** 1516/2
1556/7
**exception [1]** 1450/8
**excerpts [1]** 1452/5
**exchanged [1]** 1482/5
**exclamation [1]** 1507/1
**excuse [2]** 1427/6
1515/12
**execute [1]** 1514/20
**executed [1]** 1516/18
**execution [1]** 1516/10
**exhibit [147]** 1436/17
1436/22 1437/7
1439/20 1441/22
1443/10 1443/15
1444/6 1444/9 1444/17
1445/24 1446/25
1447/22 1448/6
1451/10 1451/11
1451/23 1452/6
1453/12 1455/22
1455/24 1456/4 1456/4
1456/7 1456/20 1457/3
1457/4 1457/4 1457/7
1458/13 1458/19
1459/24 1460/22
1461/1 1461/6 1461/6
1461/10 1461/12
1461/14 1461/17
1461/24 1462/3
1462/17 1462/21
1462/21 1463/1 1463/2
1464/6 1464/14
1464/22 1465/7 1469/2
1469/5 1470/9 1471/22
1473/15 1474/13
1475/11 1475/14
1478/18 1479/12
1480/13 1480/16
1480/18 1481/10
1481/13 1481/19
1482/17 1482/25
1484/8 1488/24 1489/2
1489/15 1490/5
1490/24 1491/15
1491/19 1491/21
1492/18 1493/21
1494/23 1496/1
1496/16 1496/22
1497/6 1498/8 1498/11
1498/21 1499/8
1499/15 1500/5 1502/8

1510/20 1510/21
1510/22 1510/24
1510/25 1512/21
1512/23 1513/19
1513/20 1513/21
1514/24 1514/24
1515/1 1515/25
1518/15 1518/22
1519/10 1519/17
1519/18 1519/24
1520/4 1522/7 1522/11
1522/14 1522/23
1523/2 1523/4 1523/6
1523/11 1523/16
1525/13 1530/3 1530/3
1530/15 1530/17
1531/22 1532/14
1533/22 1536/8 1536/9
1537/4 1537/9 1538/21
1538/22 1539/5 1539/9
1540/6 1540/19
1540/22 1541/1
1541/15 1563/9
**Exhibit 1000.1 [1]**
1497/6
**Exhibit 1000.4.TR [1]**
1475/14
**Exhibit 1001 [1]**
1496/16
**Exhibit 1002 [1]**
1490/24
**Exhibit 1530 [2]**
1462/3 1464/14
**Exhibit 1532 [1]**
1490/5
**Exhibit 192.P.1 [2]**
1536/8 1537/4
**Exhibit 20 [1]** 1514/24
**Exhibit 2003 [1]**
1489/2
**Exhibit 2003.D.250 [1]**
1488/24
**Exhibit 21 [5]** 1514/24
1519/10 1519/17
1519/18 1519/24
**Exhibit 22.S.456.A [1]**
1513/21
**Exhibit 2867.1 [2]**
1540/19 1540/22
**Exhibit 3000 [2]**
1515/1 1515/25
**Exhibit 5116 [3]**
1522/23 1523/2
1523/11
**Exhibit 5611 [1]**
1522/14
**Exhibit 6611 [2]**
1469/5 1470/9
**Exhibit 6618 [1]**
1510/20
**Exhibit 6618.A [1]**
1498/8 1499/8
**Exhibit 6619 [1]**
1498/21
**Exhibit 725.1 [2]**
1530/15 1531/22
**Exhibit Number 1002
[1]** 1491/19

**Exhibits [14]** 1419/1
1452/11 1453/1
1453/11 1453/16
1481/5 1481/16 1515/5
1515/21 1516/5
1522/15 1522/20
1530/23 1531/9
**existed [1]** 1521/1
**existence [3]** 1422/6
1422/8 1425/6
**exists [1]** 1547/11
**exited [1]** 1507/12
1560/3
**expect [1]** 1423/19
**expectation [1]**
1424/22
**experienced [1]**
1493/4
**explain [12]** 1442/25
1465/6 1467/18
1467/20 1501/25
1520/18 1524/5 1532/8
1534/18 1535/4
1535/15 1539/21
**explained [2]** 1467/22
1470/3
**explanation [1]** 1429/3
**express [2]** 1511/7
1514/5
**extend [1]** 1563/23
**extent [3]** 1421/9
1456/11 1523/13
**extraction [2]** 1483/2
1499/4

F

**F.2d [1]** 1425/23
**F.3d [2]** 1422/18
1507/18
**F.3rd [1]** 1422/14
**F.4th [2]** 1421/14
1424/8
**Facebook [4]** 1488/13
1488/19 1489/2 1489/5
**facilitate [1]** 1552/1
**facsimiles [1]** 1422/24
**fact [16]** 1422/7 1422/8
1422/10 1424/11
1424/18 1424/20
1424/25 1428/2
1429/15 1446/3
1451/21 1469/25
1470/3 1518/23 1557/1
1557/6
**facts [2]** 1425/4 1425/4
**factual [1]** 1422/5
**failed [1]** 1485/12
**failures [2]** 1426/3
1426/10
**fair [6]** 1425/14 1452/5
1452/7 1461/24
1544/12 1560/8
**fairly [1]** 1505/17
**fall [1]** 1447/6
**familiar [13]** 1447/6
1463/7 1476/24 1482/1
1507/16 1518/7
1520/11 1521/4

**F**

familiar... [5] 1526/25
1528/18 1529/15
1529/18 1529/20
familiarity [1] 1529/7
Families [2] 1562/14
1562/21
far [11] 1423/19
1439/25 1451/1
1452/18 1454/22
1461/23 1477/6
1499/11 1540/4 1554/3
1560/9
farmer [1] 1503/11
Fathers [1] 1439/2
FBI [18] 1446/7 1448/2
1449/8 1449/10
1449/16 1451/1 1451/4
1451/6 1455/3 1455/19
1467/14 1476/24
1514/19 1517/17
1535/11 1541/11
1550/25 1562/24
feather [1] 1439/15
February [1] 1544/16
federal [3] 1429/21
1507/20 1507/24
feel [4] 1431/7 1483/22
1485/12 1553/19
Feelers [1] 1502/2
feet [1] 1495/19
fell [1] 1425/21
fellow [3] 1467/3
1520/19 1522/7
few [9] 1421/7 1435/8
1485/2 1487/1 1512/6
1517/11 1555/1 1555/3
1562/10
fiancé [1] 1538/17
fidelis [1] 1514/8
field [2] 1481/25
1506/12
fifteen [1] 1505/13
Fifth [3] 1509/7 1563/4
1564/9
Fifth Amendment [1]
1564/9
fight [3] 1438/12
1445/8 1486/24
figure [1] 1549/23
figuring [1] 1497/15
files [1] 1522/3
fill [4] 1469/25 1470/2
1470/4 1503/13
filling [1] 1431/7
final [3] 1439/23
1445/17 1478/15
finally [6] 1440/7
1441/17 1473/5
1480/15 1529/14
1540/9
find [12] 1421/12
1424/14 1425/15
1425/18 1425/20
1443/5 1443/9 1469/9
1488/17 1497/18
1498/3 1502/12
fine [4] 1431/1 1516/24

fingers [1] 1433/21
Finicum [1] 1495/17
finish [1] 1534/16
firearm [1] 1540/12
firefighter [1] 1495/23
firegirljess13 [1]
1524/7
first [22] 1421/4 1424/4
1430/20 1430/22
1432/14 1446/11
1446/13 1459/2
1465/13 1466/24
1466/24 1480/5
1492/22 1500/11
1501/24 1508/7 1515/3
1519/12 1526/24
1537/19 1538/18
1541/17
Fischer [3] 1416/16
1416/16 1420/20
fischerandputzi [1]
1416/19
five [2] 1554/7 1562/15
five-letter [1] 1562/15
FL [2] 1481/25 1482/3
flag [11] 1495/1
1518/11 1518/18
1519/19 1520/8 1532/2
1532/16 1533/4 1533/9
1536/2 1536/3
Florida [4] 1473/2
1473/13 1482/5
1528/24
focusing [1] 1430/5
FOIA [2] 1421/16
1421/18
folks [2] 1427/14
1476/25
follow [8] 1483/1
1498/24 1505/17
1511/14 1533/14
1543/7 1548/19 1550/3
followed [1] 1476/19
follows [1] 1494/1
fonts [1] 1522/3
forces [5] 1429/17
1429/22 1430/1 1430/7
1467/12
foregoing [1] 1565/3
foreground [1] 1532/3
forensic [1] 1515/17
forever [1] 1495/8
forget [1] 1449/19
form [2] 1455/12
1558/3
formal [2] 1449/16
1483/21
formally [1] 1427/5
formation [2] 1467/9
1467/10
former [3] 1495/24
1532/3 1551/4
FormerFeds [1]
1416/12
formerfedsgroup.com
[1] 1416/14
forms [1] 1422/23

forthcoming [2]
1553/14 1553/20
forward [2] 1423/20
1559/21
FOS [3] 1438/18
1439/21 1439/22
found [7] 1446/2
1446/6 1469/12
1533/14 1533/16
1536/20 1541/22
foundation [12]
1452/17 1465/22
1466/1 1466/10
1466/15 1477/3
1516/14 1516/22
1517/1 1517/6 1518/24
1519/4
foundational [2]
1450/16 1466/8
founded [1] 1521/16
founder [1] 1495/22
founders [1] 1440/24
Founding [1] 1439/1
fourth [1] 1468/14
fraud [2] 1445/7
1475/7
free [1] 1483/22
freedom [1] 1495/14
frequently [1] 1558/5
friend [2] 1505/5
1506/13
friendly [1] 1442/11
Friends [7] 1437/18
1438/22 1440/21
1441/15 1494/19
1508/10 1508/12
friendship [1] 1514/6
front [3] 1415/15
1539/18 1557/8
full [2] 1483/23
1559/21
fully [2] 1553/20
1553/20
functionality [1]
1422/4
furnished [1] 1454/11
further [6] 1430/25
1450/14 1454/6
1466/15 1517/7
1543/12
furtherance [4]
1425/14 1425/22
1426/1 1426/17

**G**

Gadsden [1] 1519/19
gallery [1] 1433/16
game [1] 1560/8
Gates [1] 1422/18
gather [1] 1429/24
Gator [9] 1442/5
1460/7 1460/10
1460/12 1460/13
1460/14 1492/10
1482/11 1482/12
Gator 6 [4] 1460/7
1460/12 1460/13
1460/14

Gator 6 [9] 1460/11
gave [5] 1424/13
1495/12 1496/6
1554/22 1554/22
gear [1] 1438/11
generally [2] 1423/1
1443/21 1445/19
1447/6 1449/10
1461/17 1518/4 1518/5
1520/18 1529/15
1534/4 1534/5
generals [1] 1493/16
gentleman [2] 1427/1
1529/16
gentlemen [3] 1435/5
1454/9 1507/8
George [3] 1439/2
1471/11 1471/16
George Doug [1]
1471/16
George Doug Smith
[1] 1471/11
get [15] 1434/25
1435/9 1436/18
1438/11 1445/21
1448/11 1449/4 1466/2
1505/7 1519/3 1552/10
1552/17 1558/8
1559/24 1560/14
gets [1] 1487/9
getting [4] 1497/24
1506/6 1560/16
1561/17
Geyer [2] 1416/11
1420/18
ghost [1] 1501/12
give [12] 1430/15
1445/9 1447/22 1460/9
1476/15 1483/22
1506/10 1552/10
1554/19 1555/20
1556/22 1560/6
given [10] 1427/20
1427/20 1433/19
1501/21 1508/21
1509/10 1515/19
1548/5 1554/17 1563/1
gives [3] 1445/16
1445/21 1554/9
giving [4] 1431/19
1495/13 1516/20
1549/20
Glen [1] 1416/18
Gmail [1] 1541/8
gmail.com [2] 1415/9
1524/7
go [44] 1424/14
1444/16 1445/17
1455/15 1456/16
1459/1 1464/5 1468/17
1475/3 1478/11
1478/14 1481/6
1482/17 1483/25
1484/14 1485/20
1485/20 1486/14
1487/7 1487/11
1487/20 1487/24
1488/10 1489/22

1492/1 1494/23 1502/9
1514/12 1520/25
1525/12 1526/11
1526/20 1532/13
1532/19 1536/15
1541/17 1543/6
1548/23 1550/18
1550/25 1551/5
1554/10 1554/14
1560/24
go ahead [4] 1444/16
1456/16 1481/6
1548/23
God [1] 1433/9
goes [5] 1422/3
1452/18 1499/11
1508/5 1535/9
goggles [1] 1537/21
going [38] 1423/19
1430/16 1431/24
1432/13 1433/21
1442/4 1450/1 1460/5
1467/25 1468/1 1469/1
1474/9 1476/14
1476/15 1477/6 1481/9
1483/10 1486/13
1489/25 1490/4 1507/4
1507/4 1507/15
1509/19 1509/24
1511/22 1516/23
1519/8 1530/21 1545/8
1556/16 1559/1 1560/7
1560/7 1563/9 1563/22
1564/7 1564/9
gone [1] 1556/19
good [18] 1420/5
1420/6 1420/23 1435/5
1435/23 1435/24
1487/24 1488/6
1505/24 1507/5
1510/17 1510/18
1512/3 1513/17
1543/18 1543/19
1543/20 1559/16
good morning [6]
1420/5 1420/23 1435/5
1435/24 1510/17
1510/18
GoOpenMeeting [1]
1558/18
got [12] 1476/25
1485/20 1488/7
1491/25 1506/19
1545/1 1546/14
1546/14 1551/15
1561/4 1562/9 1563/24
GoToMeeting [33]
1442/21 1442/22
1442/25 1443/1 1443/7
1443/11 1446/3
1447/24 1455/4 1455/6
1455/25 1457/3 1457/8
1457/12 1457/14
1457/20 1457/23
1459/2 1464/11
1470/22 1470/24
1470/25 1479/6
1483/14 1486/8

**GoToMeeting... [8]**
1508/11 1508/20
1543/22 1545/3
1545/13 1546/14
1548/18 1549/7
**gotta [1]** 1485/20
**gotten [3]** 1552/17
1556/5 1559/13
**government [52]**
1414/14 1420/13
1421/9 1425/6 1427/15
1428/1 1430/11
1434/13 1434/21
1435/14 1435/20
1444/5 1444/17 1448/5
1451/15 1451/18
1452/10 1453/1
1453/16 1456/3
1456/20 1462/3
1481/12 1481/16
1490/24 1491/15
1491/18 1496/15
1496/22 1499/7
1514/23 1515/11
1515/14 1516/1
1516/17 1516/23
1517/8 1519/24 1520/4
1522/11 1523/10
1523/16 1537/4 1537/9
1539/4 1539/9 1540/21
1541/1 1561/10
1561/21 1562/23
1563/18
**Government Exhibit**
**6611 [1]** 1522/11
**government's [53]**
1418/5 1419/3 1429/12
1429/25 1431/6
1436/17 1436/21
1437/7 1443/10
1443/15 1444/6
1446/24 1448/6
1451/11 1451/23
1452/6 1452/11
1453/11 1455/21
1456/4 1461/6 1462/17
1464/5 1475/10
1479/12 1480/16
1481/4 1481/9 1481/12
1481/19 1488/23
1489/1 1498/7 1498/21
1499/7 1500/5 1510/20
1513/19 1514/24
1514/24 1515/1 1515/5
1519/10 1519/17
1519/18 1519/24
1522/14 1530/15
1531/9 1536/7 1538/22
1539/5 1540/19
**governor [2]** 1416/17
1478/7
**graduate [1]** 1495/24
**gratitude [2]** 1511/7
1514/6
**great [3]** 1495/17
1506/5 1564/7
**green [1]** 1463/2

**Greene [4]** 1460/23
1461/2 1461/3 1463/6
1463/7 1463/10
1463/15 1463/19
1483/11 1483/18
1484/18 1485/3
1485/15 1485/19
**Greetings [2]** 1501/8
1503/4
**ground [1]** 1493/9
**group [10]** 1431/13
1446/4 1466/3 1467/3
1468/6 1468/10
1468/22 1482/4
1502/15 1556/11
**groups [1]** 1459/10
**grueling [1]** 1483/24
**guard [4]** 1429/17
1430/1 1430/7 1430/24
**guess [3]** 1427/15
1429/19 1549/17
**guidance [2]** 1454/12
1508/5
**guidelines [1]** 1434/16
**gun [1]** 1541/25
**guns [2]** 1442/12
1486/17
**guy [2]** 1501/25 1564/8
**guys [11]** 1483/21
1484/2 1486/16 1544/2
1544/12 1544/20
1545/3 1545/13
1546/20 1552/14
1554/6

**H**
**Hackett [2]** 1464/13
1464/14
**had [48]** 1421/1 1421/8
1421/15 1421/23
1425/7 1425/8 1428/9
1428/16 1432/15
1433/1 1435/8 1435/8
1436/5 1446/18
1450/10 1455/7
1455/13 1460/11
1469/6 1470/7 1472/2
1476/7 1477/11 1486/9
1486/10 1506/22
1510/4 1511/2 1520/23
1524/7 1529/15
1532/11 1540/9
1540/11 1542/19
1545/25 1551/8
1551/13 1551/14
1551/17 1551/18
1551/20 1552/7
1553/23 1554/17
1555/21 1556/16
1556/19
**hadn't [1]** 1486/10
**half [2]** 1440/19
1483/15
**Haller [3]** 1416/6
1416/7 1420/16
**hallerjulia [1]** 1416/10
**hand [5]** 1442/8 1442/8
1486/24 1486/24

**handful [1]** 1513/4
**handle [1]** 1435/9
**handpicked [1]**
1560/13
**hands [1]** 1488/7
**handwriting [1]** 1490/9
**hang [2]** 1434/2 1562/5
**hangout [2]** 1481/25
1482/3
**happen [3]** 1440/13
1440/16 1440/17
**happened [2]** 1547/23
1548/6
**happening [1]** 1509/10
**happens [1]** 1554/5
**happy [6]** 1431/6
1433/24 1505/6 1517/7
1552/24 1563/2
**hard [1]** 1453/22
**Harrelson [7]** 1416/11
1420/9 1420/18
1460/14 1460/15
1460/16 1478/20
**Harrisburg [1]** 1415/15
**has [30]** 1421/2 1423/5
1428/1 1439/24 1440/5
1440/13 1440/17
1442/7 1443/2 1451/10
1459/6 1465/7 1465/22
1465/23 1494/14
1505/4 1505/5 1505/5
1508/18 1509/6
1515/18 1516/20
1517/10 1519/14
1554/6 1556/5 1561/10
1561/10 1562/21
1563/3
**hash [1]** 1561/15
**hashed [1]** 1554/2
**hasn't [2]** 1439/25
1534/21
**have [141]** 1421/18
1422/6 1422/7 1422/21
1423/6 1426/19
1428/11 1431/2 1434/6
1434/15 1437/4 1441/6
1441/19 1442/9
1442/10 1443/2 1443/3
1443/19 1443/25
1444/2 1445/18 1446/2
1447/4 1447/17 1450/3
1450/6 1452/1 1452/3
1452/19 1452/20
1453/22 1454/1
1456/12 1456/14
1458/12 1460/4 1460/8
1460/11 1463/10
1465/16 1467/24
1468/9 1470/14
1470/16 1470/18
1470/20 1476/3
1478/15 1478/17
1482/14 1483/19
1483/21 1483/21
1484/10 1487/4
1489/20 1490/5
1493/10 1494/12

**Greene [4]**
1496/4 1499/24
1501/17 1501/21
1502/4 1503/10
1503/17 1504/13
1506/11 1506/13
1507/13 1509/9
1509/14 1509/16
1509/25 1510/14
1513/13 1514/25
1515/11 1516/25
1517/24 1518/16
1518/22 1520/22
1521/1 1524/3 1527/18
1527/20 1529/7 1530/9
1530/13 1530/14
1534/1 1534/3 1538/8
1543/6 1543/11 1546/7
1547/11 1547/13
1547/14 1547/16
1547/24 1547/25
1548/13 1549/6
1549/17 1550/2 1550/7
1550/19 1551/11
1552/6 1553/1 1553/22
1554/16 1554/19
1555/11 1556/1 1556/2
1556/4 1556/22
1556/24 1559/7
1559/12 1559/14
1559/17 1559/19
1559/23 1561/8
1561/14 1562/1
1562/19 1563/6
1563/11 1563/18
1564/4 1564/4 1564/8
1564/17 1564/19
**haven't [4]** 1465/22
1499/12 1528/17
1552/17
**having [4]** 1437/5
1465/2 1479/8 1515/18
**he [140]** 1421/24
1422/1 1426/22 1427/2
1429/20 1429/22
1437/3 1437/25
1438/19 1438/22
1439/23 1440/6 1440/7
1440/22 1441/2
1441/16 1441/18
1449/12 1449/12
1449/13 1449/13
1449/14 1463/21
1463/21 1464/15
1465/23 1469/18
1469/25 1470/2 1470/7
1470/4 1470/7 1470/7
1470/8 1471/18 1472/6
1472/18 1472/18
1475/7 1476/10 1477/4
1484/19 1484/20
1485/4 1485/4 1485/6
1485/7 1485/17
1485/17 1487/24
1487/24 1495/7
1499/21 1501/10
1501/10 1503/7
1504/19 1504/24

**Greene**
1505/4 1505/10 1506/2
1506/16 1506/18
1506/22 1506/24
1509/6 1509/6 1509/14
1509/17 1510/3 1510/4
1511/8 1511/9 1511/13
1511/13 1511/14
1511/20 1512/2
1512/14 1512/17
1512/18 1513/11
1513/12 1513/13
1513/16 1514/3
1518/23 1519/4
1528/22 1528/22
1538/16 1546/2
1548/24 1549/2
1549/14 1550/3
1551/25 1552/2 1552/3
1552/8 1552/9 1552/10
1552/12 1552/13
1553/6 1553/6 1553/14
1553/17 1553/18
1553/22 1553/23
1554/17 1554/19
1554/22 1555/5
1557/11 1557/13
1557/21 1557/24
1558/4 1558/5 1558/25
1559/8 1560/11
1560/24 1562/7
1562/13 1562/16
1562/21 1562/23
1562/23 1562/24
1562/24 1563/1 1563/2
1563/2 1563/3 1563/6
1563/6 1563/6
**he said [8]** 1470/8
1485/4 1485/7 1485/17
1487/24 1503/7
1511/13 1563/6
**he'll [1]** 1449/13
**he's [15]** 1422/1
1427/3 1449/6 1449/6
1449/8 1466/3 1509/5
1509/7 1509/12 1519/4
1528/24 1548/20
1557/9 1558/24 1563/4
**head [1]** 1504/25
**header [2]** 1465/7
1542/2
**heads [2]** 1445/6
1485/8
**heads-up [2]** 1445/6
1485/8
**hear [10]** 1432/22
1433/14 1434/2 1434/7
1453/22 1454/14
1479/17 1488/6
1497/16 1515/9
**heard [7]** 1433/17
1441/5 1474/20 1479/2
1479/8 1520/22
1528/17
**Hearing [1]** 1481/15
**hearsay [9]** 1448/10
1449/2 1452/13
1452/16 1453/19
1467/25 1491/6

**H**

hearsay... [2] 1491/11 1499/10
heat [1] 1503/17
held [1] 1422/21
hell [1] 1485/12
Heller [1] 1429/8
helmet [1] 1537/21
help [8] 1453/23 1453/24 1454/14 1488/7 1493/5 1505/6 1511/10 1551/23
her [11] 1439/25 1479/2 1486/5 1486/20 1487/13 1487/22 1488/2 1538/1 1553/24 1554/1 1554/3
here [37] 1423/8 1432/5 1432/10 1432/14 1435/10 1437/5 1437/22 1447/16 1455/8 1458/12 1464/8 1468/7 1481/25 1484/24 1485/5 1487/11 1492/8 1494/9 1497/24 1509/5 1509/12 1509/17 1513/23 1514/15 1525/19 1526/21 1530/14 1535/17 1535/17 1541/17 1541/19 1542/3 1543/1 1558/24 1563/1 1563/2 1563/22
here's [1] 1427/12
hereby [1] 1429/14
hesitance [1] 1558/2
Hey [2] 1483/19 1514/5
hi [2] 1506/2 1509/18
High [1] 1555/25
highlight [3] 1491/22 1494/5 1526/17
highlighted [2] 1525/19 1526/21
Highway [1] 1416/17
him [43] 1440/8 1463/12 1464/16 1464/18 1466/4 1471/22 1497/19 1505/7 1505/15 1509/9 1509/11 1509/16 1511/16 1516/4 1518/22 1538/9 1538/10 1539/25 1540/3 1550/3 1550/8 1550/9 1550/20 1551/20 1552/16 1552/18 1552/20 1552/21 1553/22 1553/23 1555/1 1557/8 1558/9 1559/7 1560/8 1560/9 1560/15 1560/22 1560/24 1562/7 1562/19 1564/10 1564/19
himself [1] 1500/18
his [36] 1438/25 1441/19 1446/4

1479/8 1498/12
1498/25 1501/5 1509/5 1509/7 1513/10 1517/4 1532/4 1532/5 1549/15 1550/15 1550/16 1552/18 1553/22 1554/9 1554/17 1555/1 1555/6 1555/13 1555/21 1556/17 1557/25 1558/8 1559/12 1562/8 1562/8 1562/20 1563/4 1564/8
his person [1] 1459/21
history [1] 1489/12
hold [1] 1431/19
holding [1] 1536/2
Holton [1] 1507/17
home [7] 1516/11 1517/16 1517/19 1531/19 1533/15 1540/11 1541/23
Honor [98] 1420/6 1428/14 1428/21 1430/2 1430/4 1430/19 1431/5 1432/11 1432/20 1434/9 1434/10 1434/23 1435/13 1436/13 1444/5 1444/14 1448/4 1448/8 1448/15 1449/21 1450/15 1451/14 1452/8 1452/13 1452/24 1453/14 1453/21 1454/3 1454/24 1456/2 1456/17 1461/8 1462/2 1462/11 1462/16 1465/15 1465/20 1466/3 1467/24 1474/9 1477/2 1477/14 1477/25 1481/11 1490/23 1491/5 1491/9 1491/12 1491/17 1496/14 1496/24 1497/1 1497/23 1498/1 1499/6 1499/21 1499/25 1500/2 1507/7 1509/4 1509/11 1509/22 1510/1 1510/5 1510/7 1514/22 1515/7 1515/24 1516/24 1518/25 1519/6 1519/23 1522/24 1523/9 1523/12 1523/15 1530/25 1531/3 1531/5 1531/11 1531/12 1537/3 1540/20 1543/11 1548/7 1549/1 1550/4 1550/10 1553/15 1557/15 1559/10 1561/12 1561/21 1561/24 1562/4 1562/11 1563/11 1564/14
Honor's [1] 1516/19
HONORABLE [2]

hop [1] 1485/20
hope [1] 1420/24
hoping [1] 1466/2
hospitality [1] 1514/6
hosted [1] 1446/4
hotmail.com [1] 1416/19
hour [3] 1483/15 1484/25 1559/22
hours [4] 1504/25 1511/18 1552/13 1553/5
house [2] 1422/25 1493/14
how [32] 1430/16 1438/6 1438/8 1442/23 1446/7 1458/1 1459/18 1474/22 1495/18 1495/18 1501/17 1503/5 1506/1 1506/4 1506/8 1506/25 1508/6 1515/19 1516/15 1520/19 1538/9 1542/22 1543/18 1543/19 1546/15 1547/1 1547/3 1547/17 1554/10 1555/20 1556/20 1558/7
however [4] 1421/12 1426/12 1454/16 1507/23
Hughes [2] 1414/15 1420/12
human [1] 1538/6
hundreds [4] 1455/13 1555/23 1555/25 1556/24

**I**

I am [6] 1459/8 1472/5 1482/2 1501/24 1503/6 1513/14
I apologize [5] 1424/4 1428/14 1510/22 1522/25 1544/23
I believe [21] 1434/14 1443/12 1451/22 1451/25 1457/10 1460/5 1470/8 1481/6 1481/8 1485/21 1488/20 1491/5 1514/25 1521/10 1522/16 1531/20 1544/17 1547/19 1547/21 1548/4 1552/23
I can [7] 1424/2 1424/17 1448/11 1515/3 1518/1 1531/6 1553/1
I can't [1] 1448/13
I couldn't [1] 1556/22
I did [7] 1431/12 1467/13 1490/19 1516/3 1527/12 1535/3 1535/16
I didn't [1] 1530/24

1430/23 1449/25 1465/25 1515/13 1549/17
I don't have [1] 1555/11
I don't recall [3] 1551/19 1552/23 1554/14
I gave [1] 1424/13
I guess [3] 1427/15 1429/19 1549/17
I have [8] 1456/14 1465/16 1470/16 1478/17 1484/10 1494/13 1506/11 1543/11
I haven't [1] 1499/12
I hope [1] 1420/24
I just [4] 1425/18 1432/16 1502/25 1518/3
I know [5] 1459/19 1551/18 1556/5 1561/4 1564/2
I mean [13] 1423/14 1429/13 1429/24 1430/15 1431/5 1450/3 1509/16 1544/24 1549/16 1558/25 1562/9 1563/8 1563/15
I misspoke [1] 1456/9
I recall [1] 1427/11
I should [2] 1481/1 1540/20
I think [34] 1423/3 1423/8 1423/24 1424/15 1426/18 1427/5 1427/18 1427/25 1429/12 1431/1 1432/5 1436/5 1445/21 1447/11 1448/20 1449/25 1462/10 1462/24 1465/21 1465/24 1466/22 1468/1 1487/18 1488/9 1522/21 1530/2 1530/16 1536/14 1542/10 1545/1 1555/3 1557/1 1560/14 1560/16
I thought [3] 1428/19 1429/2 1484/8
I understand [7] 1421/2 1427/23 1430/10 1509/3 1554/1 1560/12 1560/21
I want [4] 1484/2 1484/11 1543/21 1546/15
I was [6] 1430/4 1432/22 1432/25 1466/2 1466/24 1518/15
I wasn't [1] 1555/11
I will [3] 1428/25 1484/4 1502/1
I would [1] 1477/25

I couldn't [1] 1556/12
I'd [16] 1437/6 1443/12 1461/5 1479/1 1487/16 1510/19 1517/24 1522/21 1527/25 1530/12 1545/10 1549/17 1551/13 1556/22 1557/3 1558/4
I'll [20] 1428/23 1431/19 1435/16 1436/17 1450/6 1450/10 1454/6 1461/7 1485/4 1491/12 1505/6 1508/6 1516/15 1537/19 1543/25 1545/2 1548/24 1549/14 1558/23 1559/19
I'm [56] 1428/13 1431/5 1431/24 1432/1 1432/2 1432/13 1433/20 1433/24 1434/25 1437/9 1438/7 1440/17 1440/19 1442/18 1442/22 1448/15 1449/3 1449/21 1450/1 1452/23 1456/9 1464/15 1469/1 1481/9 1481/10 1484/7 1490/4 1490/9 1497/22 1503/23 1504/5 1507/4 1507/15 1509/19 1514/7 1517/7 1519/8 1522/12 1522/19 1528/4 1530/25 1532/14 1542/9 1544/4 1544/17 1544/22 1544/23 1548/16 1555/19 1557/11 1560/5 1561/17 1563/9 1564/7
I'm going [7] 1432/13 1450/1 1469/1 1490/4 1507/4 1507/15 1519/8
I'm not [9] 1431/24 1432/2 1433/20 1544/17 1548/16 1555/19 1557/11 1561/17 1564/7
I'm not sure [2] 1449/21 1560/5
I'm sorry [18] 1428/13 1437/9 1438/7 1440/17 1440/19 1442/18 1452/23 1456/9 1481/10 1490/9 1503/23 1504/5 1522/12 1522/19 1528/4 1530/25 1544/4 1544/22
I'm sure [1] 1464/15
I've [10] 1421/6 1450/10 1463/12 1472/5 1496/8 1528/20 1530/16 1540/5 1545/1

1578

**I**

I've... [1] 1564/13
ID [5] 1457/16 1457/18
1458/15 1458/16
1469/6
idea [1] 1430/1
Ideal [3] 1533/20
1541/9 1542/6
Ideal Conceal [3]
1533/20 1541/9 1542/6
identified [5] 1419/3
1464/22 1465/12
1468/9 1527/6
identify [3] 1454/15
1499/19 1499/21
identity [1] 1500/17
IDs [2] 1458/9 1458/11
III [3] 1414/6 1415/2
1420/8
illegal [3] 1558/20
1559/9 1560/23
illegitimate [1] 1438/24
image [1] 1554/12
imaged [1] 1555/21
immediate [1] 1426/22
immediately [1]
1503/12
importantly [1]
1422/12
impostors [1] 1438/11
impression [1]
1549/15
inaccurate [1] 1430/10
inauguration [1]
1484/3
incidents [3] 1545/20
1546/9 1546/11
include [3] 1429/7
1485/13 1485/13
included [1] 1456/7
including [2] 1425/4
1516/5
incomplete [1]
1456/12
incriminated [1]
1477/11
inculpated [1] 1477/11
INDEX [2] 1418/2
1418/8
indicated [3] 1433/12
1465/23 1509/6
indicates [1] 1457/3
indicative [1] 1535/19
indict [1] 1558/9
indictment [1] 1558/9
individual [14] 1433/2
1433/11 1446/20
1449/18 1469/12
1470/25 1471/17
1505/2 1528/12
1537/20 1537/21
1539/24 1540/2 1540/4
individually [1]
1432/22
individuals [17] 1433/8
1433/11 1456/6
1466/25 1468/2 1468/8
1468/20 1468/21

1520/24 1524/18
1532/6 1537/17
1539/14 1539/16
1539/21
indulgence [8] 1437/5
1444/8 1474/4 1491/1
1518/16 1522/12
1522/17 1530/20
infer [1] 1422/19
inference [2] 1422/8
1422/23
influence [1] 1433/19
info [5] 1445/8 1445/10
1483/22 1505/11
1554/18
information [26]
1422/20 1447/22
1448/18 1449/4
1458/23 1460/9
1460/11 1461/23
1471/10 1485/7
1494/17 1520/16
1521/3 1521/19
1521/19 1522/8 1524/2
1525/20 1526/21
1527/10 1529/5
1533/23 1535/14
1547/14 1556/6
1560/10
InfoWars [2] 1493/6
1496/7
initialism [1] 1562/15
initially [1] 1450/24
inject [1] 1484/7
inside [5] 1426/5
1426/11 1493/9
1519/17 1519/18
insight [1] 1506/11
insofar [3] 1449/17
1463/14 1508/9
insomuch [1] 1535/22
instance [1] 1508/7
instead [1] 1534/7
instruction [3] 1454/7
1516/20 1561/7
instructions [2]
1425/11 1559/20
insurrection [1] 1421/3
1428/8 1428/18
1429/15 1431/20
1431/22 1475/8
1476/11 1561/7
Insurrection Act [8]
1421/3 1428/8 1428/18
1429/15 1431/20
1431/22 1476/11
1561/7
intel [1] 1501/25
intend [1] 1484/11
intending [1] 1515/21
interacting [1] 1497/19
interest [1] 1520/25
interested [4] 1434/18
1434/25 1520/20
1561/17
Internet [2] 1562/14
1562/21

1508/3 1508/4
interpretation [1]
interpreted [1] 1426/13
interview [9] 1451/1
1451/4 1451/6 1496/6
1496/8 1496/12
1496/16 1548/1
1553/14
interviewed [5]
1528/20 1548/3 1548/4
1548/15 1553/11
interviewing [1]
1552/13
interviews [1] 1474/24
introduce [4] 1496/15
1496/17 1516/1
1516/23
introduced [1] 1557/7
introducing [1]
1449/22
investigated [4]
1457/11 1465/2
1470/18 1550/1
investigation [48]
1442/24 1449/9 1455/4
1457/9 1458/25 1459/4
1459/7 1460/8 1460/13
1460/18 1460/19
1461/25 1463/11
1463/19 1464/10
1465/11 1466/6 1467/2
1467/15 1468/8
1468/22 1469/9
1470/14 1470/23
1471/6 1477/7 1477/10
1477/19 1478/1 1478/4
1478/6 1483/10
1488/13 1496/5
1500/16 1504/13
1514/19 1520/11
1521/17 1522/9
1527/18 1528/11
1528/19 1529/7
1529/16 1529/20
1529/24 1534/9
investigations [1]
1476/25
investigative [1]
1541/11
investigators [3]
1467/3 1520/19 1522/7
invoke [1] 1563/4
involve [2] 1474/7
1484/3
involved [6] 1424/22
1461/20 1472/16
1472/25 1473/11
1561/17
involvement [1]
1552/18
iPhone [1] 1556/7
is [300]
is that right [10]
1457/5 1460/1 1469/7
1472/13 1472/23
1473/8 1481/23
1482/23 1500/14
1521/12

is there [10] 1449/25
1452/12 1481/14
1491/4 1502/11
1538/12 1547/9 1563/9
isn't [1] 1437/16
issue [9] 1421/1
1428/7 1431/2 1445/8
1450/6 1450/10 1509/3
1543/8 1561/25
issued [1] 1482/15
issues [1] 1507/15
it [259]
it's [59] 1421/13
1421/15 1421/16
1423/6 1423/15 1424/7
1424/11 1425/24
1427/23 1427/24
1430/9 1431/1 1431/12
1431/14 1431/23
1433/16 1435/1
1442/11 1443/1 1457/3
1465/3 1465/21
1483/22 1484/24
1486/25 1491/7
1491/11 1507/8
1507/20 1507/21
1508/20 1510/22
1515/10 1515/13
1516/17 1519/19
1523/14 1524/10
1524/16 1525/22
1532/2 1534/5 1535/22
1541/20 1543/9 1548/8
1551/7 1553/4 1556/2
1556/7 1557/6 1557/22
1558/13 1559/1
1559/15 1559/18
1560/8 1562/11
1564/21
item [14] 1517/1
1518/18 1519/9
1519/20 1532/8
1532/10 1533/17
1533/19 1533/24
1534/1 1534/4 1534/5
1541/21 1543/8
items [14] 1514/23
1515/25 1516/4 1516/9
1516/15 1516/22
1517/6 1517/15
1517/20 1517/22
1518/4 1518/7 1527/6
1531/19
its [4] 1423/7 1428/1
1462/14 1508/1
itself [1] 1449/7

**J**

J. [1] 1528/5
J. Paul Stamey [1]
1528/5
J6 [1] 1552/19
James [2] 1415/7
1420/14
James Lee Bright [1]
1420/14
Jan [1] 1483/20
January [15] 1425/10

1463/20 1469/21
1469/25 1520/25
1521/6 1544/9 1544/14
1544/20 1545/8
1550/18 1554/5 1554/5
1555/6 1562/16
January 6th [11]
1425/10 1463/20
1469/21 1469/25
1520/25 1521/6 1544/9
1544/14 1544/20
1545/8 1554/5
JC [2] 1432/6 1434/2
jcrisp [1] 1415/16
Jeffrey [4] 1414/14
1420/11 1471/24
1472/4
Jeffrey Nestler [1]
1420/11
Jeffrey Paul Stamey
[1] 1471/24
jeffrey.nestler [1]
1414/20
Jeremy [1] 1468/20
Jeremy Brown [1]
1468/15
Jess [2] 1460/17
1513/13
Jess Watkins [1]
1460/17
Jessica [12] 1415/14
1420/10 1460/20
1478/20 1479/22
1482/21 1484/23
1485/10 1485/19
1486/4 1486/11
1487/12
Jessica Watkins [10]
1420/10 1460/20
1478/20 1482/21
1484/23 1485/10
1485/19 1486/4
1486/11 1487/12
Jim [11] 1502/21
1502/23 1502/24
1503/22 1503/23
1503/24 1504/4
1504/24 1505/2 1505/9
1505/10
jlbrightlaw [1] 1415/9
Joe [3] 1464/9 1464/12
1469/5
John [3] 1472/12
1472/15 1529/11
John Zimmerman [2]
1472/12 1472/15
Johnston [1] 1415/11
join [1] 1445/14
Jonathan [2] 1415/14
1420/19
Jonathan Crisp [1]
1420/19
Joseph [1] 1464/13
Joseph Hackett [1]
1464/13
JPaul9 [1] 1527/17
Jr [2] 1415/10 1416/2
judge [4] 1414/10

**J**

judge... [3] 1507/25
1508/1 1548/23
judges [1] 1422/7
judicial [5] 1421/3
1428/8 1428/18
1428/19 1429/14
Juli [2] 1416/6 1420/16
Juli Haller [1] 1420/16
JULIA [1] 1416/7
juncture [1] 1519/3
June [1] 1434/14
jurors [1] 1432/5
jurors' [1] 1474/16
jury [52] 1414/9
1422/19 1422/22
1423/7 1423/24
1430/23 1432/9
1433/14 1433/19
1434/10 1435/1 1435/2
1435/3 1444/20
1453/24 1454/7
1462/15 1464/18
1466/4 1473/21 1483/9
1489/1 1492/23
1494/14 1507/12
1508/2 1510/9 1510/10
1512/24 1515/4
1515/11 1515/14
1516/17 1520/3
1520/18 1521/14
1524/5 1528/5 1531/23
1532/17 1532/20
1534/19 1539/12
1541/4 1544/1 1546/15
1546/22 1556/5 1559/2
1559/14 1560/3
1560/13
jury's [2] 1517/9
1560/19
just [119] 1421/7
1425/18 1431/10
1432/12 1432/16
1432/20 1432/23
1433/15 1433/18
1433/25 1434/13
1435/16 1436/5
1436/18 1436/20
1438/2 1443/15
1446/24 1447/17
1447/18 1447/21
1447/23 1448/17
1448/23 1449/22
1450/16 1450/17
1450/21 1451/15
1455/24 1459/1 1461/7
1461/10 1461/11
1462/20 1464/17
1464/21 1464/25
1465/2 1466/17
1473/21 1474/10
1474/20 1475/7 1476/2
1477/25 1478/18
1479/13 1480/6 1480/8
1480/12 1483/9
1488/23 1489/1
1489/17 1490/10
1492/7 1492/20
1494/22 1494/23
1495/1 1496/17
1496/24 1497/1 1498/8
1498/19 1498/20
1499/14 1500/7
1502/25 1506/5
1506/12 1507/8 1508/9
1510/4 1510/20
1510/22 1511/2 1512/7
1512/24 1515/11
1516/15 1517/3 1518/3
1520/18 1522/23
1523/1 1530/12
1530/18 1530/19
1531/18 1532/16
1534/15 1536/1 1536/6
1537/14 1537/19
1538/13 1538/21
1539/21 1540/9
1540/18 1540/20
1541/14 1541/17
1542/1 1543/25
1555/18 1555/22
1556/7 1556/10
1559/20 1560/5
1561/17 1562/6 1563/8
1563/25

**K**

K. [1] 1528/9
K. Kane [1] 1528/9
Kane [1] 1528/9
Kathryn [2] 1414/14
1420/11
Kathryn Rakoczy [1]
1420/11
kathryn.rakoczy [1]
1414/19
keep [3] 1434/7 1450/9
1493/5
Keepers [38] 1426/21
1427/4 1445/13
1449/20 1457/22
1459/10 1461/19
1465/12 1471/20
1472/8 1472/16 1473/3
1473/13 1482/5
1489/21 1490/17
1491/9 1491/23 1493/1
1493/3 1493/6 1493/10
1493/17 1495/3 1495/9
1495/22 1498/25
1505/25 1528/7
1528/21 1528/22
1545/8 1545/17
1545/21 1546/10
1551/9 1553/25 1554/4
keeps [1] 1449/10
Kelly [11] 1416/2
1420/9 1442/4 1459/25
1464/23 1465/3 1465/4
1478/19 1479/6
1480/10 1482/12
Kelly Meggs [4]
1442/4 1464/23 1465/3
1482/12
Ken [1] 1460/16
Kennell [2] 1460/12
Kenneth [6] 1416/11
1420/9 1460/15
1478/20 1528/16
1528/18
Kenneth Bittner [2]
1528/16 1528/18
Kenneth Harrelson [1]
1420/9
kept [2] 1448/1
1510/21
kidnap [1] 1478/7
kind [10] 1421/10
1424/22 1425/19
1433/7 1433/22
1533/19 1543/8
1543/25 1551/23
1555/18
King [1] 1439/2
King George [1]
1439/2
knee [1] 1438/24
kneel [1] 1495/8
knew [1] 1449/13
know [68] 1421/6
1423/23 1424/13
1424/15 1425/9
1426/23 1426/24
1427/12 1427/12
1429/11 1429/14
1430/19 1431/18
1433/2 1433/3 1433/9
1433/20 1433/24
1434/1 1435/8 1451/1
1459/18 1459/19
1460/24 1460/25
1471/16 1471/17
1491/22 1502/3 1503/1
1503/5 1503/14
1504/18 1505/7 1508/8
1508/12 1508/13
1516/4 1517/4 1517/8
1518/3 1526/3 1528/23
1538/9 1538/18
1545/10 1546/15
1548/3 1548/5 1548/11
1548/16 1549/16
1549/17 1551/13
1551/18 1554/1 1554/5
1556/5 1557/7 1557/19
1557/20 1558/3
1559/23 1560/19
1560/22 1561/4 1564/2
1564/2
knowledge [8] 1451/2
1465/23 1468/3
1539/22 1545/22
1545/24 1550/1 1551/8
known [1] 1529/23
knows [1] 1495/7

**L**

LA [1] 1415/11
labeled [5] 1451/10
1451/23 1453/11
1514/24 1530/15
Ladies [3] 1435/5
1454/9 1507/8
language [10] 1428/9
1428/17 1428/24
1429/4 1429/7 1429/7
1429/12 1430/14
1431/18 1559/14
large [1] 1492/21
larger [1] 1452/5
LASSITER [1] 1415/3
last [11] 1428/10
1428/25 1431/10
1440/5 1469/10
1480/12 1487/19
1488/9 1495/8 1517/11
1530/2
late [1] 1495/17
later [24] 1424/14
1424/23 1438/16
1440/19 1440/19
1449/24 1485/3
1485/10 1485/22
1486/15 1487/2 1505/8
1505/13 1506/21
1511/6 1511/15
1511/18 1512/6 1519/2
1554/7 1555/2 1555/3
1561/25 1562/10
latter [1] 1502/2
LaVoy [1] 1495/17
LaVoy Finicum [1]
1495/17
law [13] 1416/3 1416/7
1429/15 1430/9
1431/15 1439/3 1450/7
1471/1 1495/24
1535/11 1548/20
1550/3 1550/9
Lawn [2] 1415/3
1415/7
laws [4] 1429/23
1442/8 1549/6 1549/8
lawyer [3] 1553/22
1553/24 1554/1
lawyers [2] 1553/25
1559/17
lay [5] 1450/16 1477/3
1516/14 1517/1 1517/5
laying [2] 1466/11
1466/15
Layouts [1] 1535/18
LEA [2] 1504/8 1504/9
lead [9] 1440/8 1502/2
1504/10 1504/14
1504/16 1504/18
1504/23 1505/9 1528/6
leader [9] 1463/22
1463/23 1469/23
1471/19 1472/7
1483/11 1504/20
1521/16 1538/4
leaders [1] 1426/21
leadership [8] 1427/4
1437/23 1441/24
1444/25 1461/21
1463/3 1494/18
1508/16
leading [2] 1497/24
1552/19
learning [1] 1461/10
learn [4] 1446/7
1446/12 1471/6
1500/17
learned [3] 1446/8
1446/13 1461/24
least [8] 1420/25
1423/16 1425/10
1426/20 1434/20
1454/5 1454/11
1507/21
leave [2] 1508/6
1534/13
leaves [1] 1495/13
Lee [5] 1415/7 1420/14
1509/5 1509/18
1562/13
Lee's [1] 1434/11
left [18] 1421/4 1457/2
1463/1 1463/2 1464/22
1468/7 1468/15
1473/22 1500/25
1511/2 1524/14
1524/16 1527/16
1537/25 1538/14
1539/20 1539/24
1539/24
left-hand [1] 1524/16
legal [6] 1431/7 1435/8
1442/13 1476/15
1480/6 1559/11
legally [1] 1430/8
1430/10 1430/12
legislation [3] 1438/11
1438/25 1439/9
lends [1] 1425/8
lengthy [3] 1455/10
1455/11 1501/13
LEO [1] 1493/4
Less [1] 1442/11
let [17] 1421/3 1428/21
1430/13 1431/18
1442/19 1451/15
1488/10 1505/6 1508/8
1516/4 1517/3 1522/22
1530/13 1546/15
1551/17 1560/5 1563/8
let's [18] 1424/14
1432/7 1434/25 1444/3
1450/9 1462/20
1473/17 1478/8
1479/24 1489/12
1500/10 1507/2
1512/19 1519/3
1534/12 1550/18
1564/15 1564/19
lethal [1] 1442/11
letter [2] 1434/24
1562/15
letters [2] 1434/14
1492/21
level [2] 1421/16
1434/19
lie [1] 1433/10
like [33] 1431/15
1437/6 1443/1 1443/12
1461/5 1467/10
1476/21 1479/11

**L**

**like... [25]** 1479/21 1480/9 1484/3 1487/16 1491/18 1492/5 1501/14 1503/25 1509/6 1510/19 1512/21 1516/14 1516/22 1519/19 1520/3 1527/25 1530/12 1534/7 1545/15 1546/18 1553/19 1556/7 1556/10 1557/3 1559/6
**likely [2]** 1441/5 1562/8
**limitation [1]** 1426/2
**limited [1]** 1431/23
**limiting [2]** 1454/7 1516/20
**Linder [6]** 1415/2 1415/3 1420/14 1543/13 1543/19 1560/5
**Linder's [1]** 1434/12
**line [1]** 1446/9
**lines [1]** 1427/25
**lining [1]** 1517/4
**link [3]** 1445/16 1466/3 1491/23
**linking [2]** 1493/6 1550/8
**list [3]** 1455/24 1459/1 1484/4
**listed [18]** 1458/12 1459/14 1459/23 1460/21 1464/8 1464/9 1468/20 1469/6 1471/23 1498/12 1524/24 1525/5 1527/5 1527/17 1528/9 1529/4 1529/20 1533/24
**listen [4]** 1440/11 1440/14 1454/13 1455/2
**listened [6]** 1449/14 1476/3 1478/15 1480/8 1548/12 1558/19
**listening [6]** 1452/4 1453/9 1478/24 1479/19 1546/23 1547/22
**lists [1]** 1458/19
**literal [1]** 1427/16
**literally [1]** 1427/14
**litigation [2]** 1449/10 1450/5
**little [16]** 1429/12 1437/5 1438/16 1453/22 1465/6 1488/22 1497/24 1506/21 1507/9 1511/15 1530/5 1541/17 1542/2 1542/10 1556/5 1559/18
**live [1]** 1432/14
**LLC [2]** 1415/14 1416/12

**location [1]** 1447/11
**lodging [1]** 1535/17
**log [7]** 1443/4 1525/16 1525/20 1526/12 1547/14 1554/17 1554/22
**log-in [3]** 1547/14 1554/17 1554/22
**logged [3]** 1546/23 1547/15 1547/17
**logistics [1]** 1503/1
**long [5]** 1423/4 1444/11 1519/4 1547/3 1554/10
**look [17]** 1421/6 1427/19 1431/12 1440/18 1449/25 1450/6 1450/10 1478/8 1495/19 1517/24 1521/1 1534/6 1541/10 1552/24 1556/23 1559/21 1560/8
**looked [7]** 1421/6 1425/19 1478/19 1492/5 1499/13 1534/1 1561/11
**looking [7]** 1423/9 1429/19 1450/21 1488/17 1520/20 1541/6 1541/8
**looks [2]** 1424/21 1512/21
**loose [1]** 1420/25
**lot [2]** 1482/4 1557/14
**Lots [1]** 1501/12
**loud [3]** 1433/13 1544/24 1544/25
**Louis [2]** 1414/16 1420/12
**Louis Manzo [1]** 1420/12
**loves [1]** 1494/10
**Lubbock [2]** 1550/23 1552/4
**lunch [9]** 1509/16 1509/20 1510/14 1517/8 1559/16 1559/19 1559/21 1564/20 1564/21

**M**

**mace [2]** 1442/11 1487/4
**macro [1]** 1504/10
**made [10]** 1425/19 1433/7 1433/19 1452/9 1453/15 1476/19 1477/12 1497/19 1543/7 1564/5
**MAGA [8]** 1490/3 1490/14 1490/18 1493/7 1512/10 1532/11 1545/12 1552/22
**MAGAts [1]** 1501/13
**mail [2]** 1421/25

**main [2]** 1557/18 1557/25
**major [2]** 1436/11 1556/9
**make [11]** 1422/23 1425/16 1429/5 1429/6 1433/16 1484/12 1489/12 1532/4 1549/5 1551/23 1563/22
**makes [1]** 1424/17
**making [1]** 1425/16
**man [3]** 1495/7 1514/7 1535/18
**mandatory [1]** 1483/20
**manner [1]** 1431/23
**manufacturer [2]** 1533/23 1534/2
**many [10]** 1458/1 1495/13 1495/13 1501/17 1503/5 1522/4 1547/17 1555/20 1556/20 1558/7
**Manzo [2]** 1414/16 1420/12
**maps [1]** 1501/13
**march [18]** 1440/25 1446/13 1446/14 1446/16 1451/3 1468/11 1486/22 1490/2 1490/3 1490/14 1492/11 1493/24 1512/10 1532/11 1544/16 1544/17 1545/12 1563/22
**marched [1]** 1468/10
**Marine [1]** 1484/25
**mark [4]** 1436/18 1490/5 1490/10 1551/4
**marked [1]** 1519/9
**mass [1]** 1439/16
**match [1]** 1425/10
**matter [3]** 1421/4 1495/18 1565/4
**matters [1]** 1435/8 1495/18
**may [29]** 1426/2 1426/17 1428/22 1429/16 1429/20 1432/8 1432/14 1432/20 1434/15 1436/13 1449/7 1450/16 1456/18 1456/19 1462/15 1465/15 1487/18 1503/7 1515/7 1520/22 1521/1 1523/13 1531/5 1543/15 1546/7 1550/18 1554/7 1560/25 1562/14
**maybe [4]** 1434/12 1458/12 1487/19 1505/13
**McCormick [1]** 1422/11
**MD [1]** 1416/18
**me [43]** 1421/3 1423/4 1427/6 1428/21 1429/4

1430/15 1431/18 1433/5 1433/12 1442/19 1451/15 1485/14 1488/10 1501/20 1505/10 1506/10 1508/8 1511/13 1511/19 1512/3 1515/9 1515/12 1518/24 1522/22 1530/13 1542/12 1543/4 1551/17 1551/25 1552/24 1554/16 1555/20 1558/13 1560/5 1560/6 1562/7 1563/3 1563/8 1563/15 1564/11 1564/21
**mean [18]** 1423/14 1427/14 1429/13 1429/24 1430/15 1431/5 1450/3 1465/9 1509/16 1544/24 1549/16 1558/25 1560/16 1560/22 1562/9 1563/8 1563/15 1563/25
**meaning [1]** 1546/18
**means [4]** 1422/20 1423/21 1504/19 1549/17
**meant [1]** 1534/6
**meat [1]** 1497/2
**mechanical [1]** 1417/6
**Medevac [2]** 1529/4 1529/8
**Medevac 69 [1]** 1529/4
**Medevac 9 [1]** 1529/8
**media [3]** 1432/24 1436/10 1436/11
**medical [1]** 1487/17
**meet [1]** 1551/22
**meeting [39]** 1443/2 1443/4 1443/11 1445/14 1450/25 1457/16 1457/17 1457/18 1457/21 1458/2 1458/6 1458/10 1478/21 1480/21 1480/23 1481/1 1483/15 1486/9 1508/23 1546/13 1546/23 1547/7 1547/8 1547/10 1547/14 1547/15 1547/18 1547/22 1548/2 1548/6 1548/14 1550/19 1550/22 1551/23 1551/25 1552/1 1552/2 1553/4 1554/6
**Meggs [21]** 1416/2 1420/9 1420/17 1426/20 1427/3 1427/6 1442/4 1442/6 1442/7 1459/25 1464/16 1464/23 1465/3 1465/4 1478/19 1479/6 1480/7 1480/10 1480/22

**MEHTA [2]** 1414/9 1420/3
**member [2]** 1472/6 1495/24
**members [8]** 1443/22 1445/7 1445/13 1457/22 1472/18 1489/21 1508/15 1508/21
**men [1]** 1484/3
**mentioned [2]** 1430/20 1536/1
**mere [2]** 1421/17 1426/3
**Merit [1]** 1417/2
**message [94]** 1422/25 1423/1 1424/11 1437/12 1437/15 1437/17 1437/23 1437/25 1438/2 1438/6 1438/8 1438/20 1439/4 1439/11 1439/21 1439/23 1440/1 1440/21 1440/23 1441/2 1441/2 1441/4 1441/13 1441/22 1442/1 1442/3 1443/10 1443/17 1443/21 1444/10 1444/23 1445/18 1475/6 1481/23 1482/9 1483/5 1484/17 1484/17 1484/22 1485/2 1485/5 1485/6 1485/9 1485/9 1485/15 1485/18 1486/3 1486/6 1486/14 1486/19 1487/2 1487/7 1487/13 1488/2 1488/9 1489/9 1489/13 1495/4 1500/12 1501/16 1501/23 1502/4 1502/18 1502/25 1503/3 1503/9 1503/15 1503/16 1504/3 1504/6 1505/8 1505/15 1506/17 1510/25 1511/2 1511/3 1511/6 1511/12 1511/14 1511/22 1511/22 1511/25 1512/1 1512/6 1512/12 1512/14 1512/18 1512/19 1512/20 1513/9 1513/15 1513/21 1514/2 1514/10

**Message 16 [2]** 1512/18 1512/19
**Message 3 [1]** 1513/15
**Message 45 [1]** 1502/18
**Message 53 [1]** 1505/8
**messages [68]** 1423/9 1423/10 1423/13 1423/14 1423/20 1423/25 1436/1 1437/1 1438/17 1460/9 1463/18 1469/16

**M**

**messages... [56]**
1469/18 1469/19
1469/20 1469/24
1470/1 1470/3 1470/6
1476/8 1476/10
1480/22 1481/2 1481/4
1482/5 1482/20 1483/1
1483/2 1485/2 1485/10
1486/14 1487/1
1488/18 1489/4
1489/21 1490/16
1497/18 1498/3
1498/11 1498/16
1498/23 1498/24
1499/3 1500/21
1500/22 1502/12
1502/18 1504/13
1505/8 1505/17
1505/18 1511/23
1512/6 1512/22
1512/25 1513/1 1513/5
1513/6 1513/23
1528/10 1529/6 1549/7
1550/8 1558/7 1558/14
1558/18 1558/25
1560/16

**met [10]** 1428/1
1463/10 1463/12
1463/16 1472/5 1538/6
1538/8 1540/5 1561/16
1562/23

**metadata [2]** 1536/24
1537/1

**method [2]** 1557/18
1557/25

**mic [1]** 1545/2

**Michael [10]** 1435/14
1435/20 1460/23
1461/2 1463/6 1463/7
1463/10 1463/15
1483/11 1483/18

**Michael Greene [8]**
1460/23 1461/2 1463/6
1463/7 1463/10
1463/15 1483/11
1483/18

**Michigan [4]** 1476/21
1476/25 1477/8 1478/6

**mid [1]** 1432/25

**mid-afternoon [1]**
1432/25

**middle [4]** 1462/21
1462/25 1463/5
1525/19

**might [14]** 1430/21
1434/15 1434/17
1473/6 1507/5 1517/24
1521/5 1521/16 1524/3
1549/6 1549/24
1549/24 1556/1
1559/16

**Mike [7]** 1458/8 1459/3
1459/4 1459/5 1459/6
1459/8 1459/9

**Mike Adams [3]** 1459/3
1459/8 1459/9

**military [11]** 1429/16

1455/6 1486/24
1466/25 1467/9
1467/10 1467/15
1467/17 1467/23
1484/24 1493/4

**military-like [1]**
1467/10

**military-style [1]**
1484/24

**militia [8]** 1429/7
1429/8 1429/21
1429/25 1486/21
1486/22 1521/15
1521/15

**Militia Act [1]** 1429/7

**Militia Brendan [2]**
1486/21 1486/22

**militias [2]** 1428/20
1430/9 1430/9 1439/17

**millimeter [2]** 1442/9
1442/10

**million [7]** 1490/3
1490/14 1490/18
1493/7 1512/10
1532/11 1545/12

**mind [1]** 1548/25

**mindful [1]** 1434/1

**minute [2]** 1486/18
1534/12

**minutemen [1]**
1439/17

**minutes [5]** 1440/19
1457/25 1485/25
1505/13 1547/4

**misspoke [2]** 1456/9
1522/19

**moment [2]** 1482/15
1534/19

**moments [1]** 1476/19

**Monday [1]** 1516/3

**moniker [2]** 1442/4
1504/14

**Montana [4]** 1487/16
1513/13 1538/19
1539/25

**months [1]** 1554/7

**more [8]** 1423/12
1428/19 1431/5 1431/7
1435/8 1445/9 1451/15
1457/7 1461/7 1487/19
1502/3 1508/20
1526/21 1544/4
1544/22 1554/17
1554/19 1558/4

**more-voluminous [1]**
1457/7

**morning [18]** 1414/7
1420/5 1420/6 1420/23
1430/17 1430/18
1433/15 1435/5 1435/7
1435/23 1435/24
1507/6 1510/3 1510/17
1510/18 1511/24
1512/3 1512/7

**most [4]** 1422/6
1436/10 1493/3
1493/10

**Mostly [1]** 1468/11

1489/12

**move [21]** 1438/3
1444/5 1448/5 1448/17
1448/22 1452/10
1453/16 1462/3 1462/8
1474/6 1474/12
1475/13 1475/22
1481/12 1510/15
1516/25 1517/10
1519/24 1523/10
1537/4 1540/21

**moved [1]** 1437/7

**moving [4]** 1448/23
1459/14 1462/6
1467/10

**Mr [2]** 1489/20 1505/19

**Mr. [174]**

**Mr. Bittner [1]** 1528/20

**Mr. Bright [2]** 1428/11
1430/3

**Mr. Bright's [1]**
1434/11

**Mr. Brown [1]** 1468/11

**Mr. Caldwell [21]**
1500/22 1501/7 1501/9
1503/21 1505/23
1506/1 1506/5 1506/10
1506/22 1506/25
1511/3 1511/7 1511/12
1511/15 1511/18
1511/24 1511/25
1512/12 1513/9 1514/2
1514/13

**Mr. Caldwell's [19]**
1505/14 1505/19
1505/20 1512/25
1513/5 1514/20
1516/11 1517/16
1517/19 1518/10
1519/21 1530/6
1531/19 1533/14
1534/25 1540/11
1541/22 1542/24
1543/3

**Mr. Crisp [1]** 1424/2

**Mr. Greene [6]** 1461/3
1463/19 1484/18
1485/3 1485/15
1485/19

**Mr. Hackett [1]**
1464/14

**Mr. Harrelson [1]**
1460/14

**Mr. John Zimmerman
[1]** 1529/11

**Mr. Lee [1]** 1509/18

**Mr. Lee's [1]** 1434/11

**Mr. Linder [3]** 1543/13
1543/19 1560/15

**Mr. Linder's [1]**
1434/12

**Mr. Meggs [7]** 1426/20
1427/3 1427/6 1442/6
1442/7 1480/7 1482/13

**Mr. Nestler [2]** 1509/2
1562/6

**Mr. Parker [1]** 1468/17

**Mr. Rhodes [57]**
1426/19 1427/6
1432/15 1437/22
1438/17 1439/22
1441/14 1443/11
1445/5 1445/6 1446/4
1459/17 1462/25
1463/19 1464/1 1464/3
1469/19 1475/6
1476/10 1476/19
1479/18 1489/21
1490/17 1491/7
1493/17 1493/23
1494/17 1496/6
1497/14 1498/24
1500/22 1501/7 1501/8
1502/5 1502/6 1508/15
1511/4 1511/7 1511/11
1511/23 1511/25
1512/1 1512/13
1512/16 1512/19
1513/15 1550/2
1550/14 1550/19
1551/1 1551/18
1551/22 1553/12
1554/6 1555/21 1557/7
1558/20

**Mr. Rhodes' [16]**
1426/18 1475/2 1476/8
1497/18 1498/3
1498/17 1498/18
1499/3 1500/23 1501/1
1502/12 1508/10
1512/22 1548/25
1552/6 1557/18

**Mr. Seyler [3]** 1551/5
1551/8 1551/11

**Mr. Siekerman [2]**
1469/20 1469/22

**Mr. Siniff [1]** 1538/16

**Mr. Siniff's [1]** 1538/18

**Mr. Smith [1]** 1538/8

**Mr. Stamey [12]**
1472/5 1472/7 1505/24
1506/3 1506/4 1506/8
1506/22 1514/2 1514/4
1514/13 1527/23
1528/6

**Mr. Woodward [9]**
1424/13 1425/15
1448/25 1499/24
1516/2 1516/3 1516/13
1517/3 1564/2

**Ms. [30]** 1428/9
1428/17 1435/12
1444/9 1473/12 1474/6
1478/25 1479/1
1479/17 1483/7
1483/17 1485/11
1485/20 1486/13
1486/16 1487/3 1487/4
1488/1 1488/18 1489/2
1489/9 1497/25
1499/17 1507/5
1510/15 1518/21
1521/16 1537/23
1537/25 1553/23

**Mr. Propes [1]**
1473/12

**Ms. Rakoczy [10]**
1428/9 1428/17
1435/12 1444/9 1474/6
1497/25 1499/17
1507/5 1510/15
1518/21

**Ms. SoRelle [1]**
1553/23

**Ms. Wakins [1]** 1487/3

**Ms. Watkins [13]**
1478/25 1479/17
1483/17 1485/11
1485/20 1486/13
1486/16 1487/4 1488/1
1488/18 1489/9
1521/16 1537/23

**Ms. Watkins' [4]**
1479/1 1483/7 1489/2
1537/25

**much [5]** 1421/19
1443/1 1446/20
1456/23 1507/11

**multiple [2]** 1443/3
1455/17

**murder [1]** 1424/14

**must [10]** 1438/9
1441/18 1454/19
1454/21 1493/23
1494/2 1494/7 1495/8
1507/24 1507/25

**mustache [1]** 1539/25

**my [21]** 1427/14
1445/14 1451/2
1465/20 1466/9
1483/22 1484/2 1490/9
1491/13 1495/20
1501/14 1503/16
1504/19 1506/13
1514/5 1534/21
1545/22 1547/1 1558/2
1560/6 1563/20

**myself [1]** 1432/22

**N**

**name [41]** 1433/2
1448/20 1457/19
1457/21 1458/5
1458/19 1458/20
1458/24 1460/6
1460/24 1460/25
1463/6 1464/3 1464/9
1468/15 1469/5 1469/6
1469/10 1469/10
1469/13 1472/20
1472/21 1473/5 1483/6
1483/10 1504/14
1504/17 1509/5 1521/4
1521/5 1521/8 1521/12
1525/2 1528/9 1528/12
1528/17 1529/4
1538/18 1542/16
1562/12 1563/7

**named [20]** 1420/21
1459/6 1460/17
1460/22 1469/15
1471/24 1472/11

**N**

named... **[13]** 1473/7
1482/22 1483/5
1487/13 1500/13
1502/21 1503/22
1504/4 1504/8 1505/15
1528/15 1529/16
1529/24
names **[2]** 1463/4
1526/17
narrative **[1]** 1448/13
narratives **[2]** 1426/3
1426/9
nation **[1]** 1495/12
national **[8]** 1429/17
1430/1 1430/7 1443/22
1445/6 1445/13
1457/22 1495/10
National Guard **[2]**
1430/1 1430/7
nature **[2]** 1432/23
1437/1
NC **[1]** 1505/25
necessarily **[1]**
1508/13
necessary **[2]** 1429/22
1449/4
need **[23]** 1426/24
1427/12 1430/25
1438/23 1440/6 1442/8
1468/1 1501/18
1501/20 1503/5
1503/14 1503/18
1503/20 1511/19
1514/7 1517/5 1517/9
1517/24 1518/1
1522/21 1536/14
1561/3 1561/25
needed **[4]** 1432/17
1475/8 1503/13
1554/24
needing **[2]** 1476/3
1476/20
needlessly **[1]** 1449/5
needs **[3]** 1421/9
1430/19 1440/16
neglect **[1]** 1485/12
negotiations **[1]**
1434/20
neither **[1]** 1426/9
Nestler **[4]** 1414/14
1420/11 1509/2 1562/6
Network **[2]** 1562/14
1562/21
never **[3]** 1432/16
1486/25 1564/13
next **[72]** 1437/6
1438/2 1438/13 1439/6
1439/13 1439/20
1440/1 1440/4 1440/9
1440/18 1441/1 1441/2
1441/10 1441/13
1441/21 1445/9
1447/19 1459/23
1460/6 1464/8 1478/14
1483/25 1484/14
1484/17 1484/22
1485/2 1485/5 1485/9

1486/2 1486/14
1486/19 1486/19
1487/1 1487/7 1487/11
1487/20 1487/25
1488/1 1488/21
1489/13 1492/1
1492/18 1493/21
1494/23 1501/15
1502/4 1503/15
1503/21 1504/6 1504/6
1505/2 1505/12
1506/21 1511/6
1511/11 1511/22
1512/6 1512/20 1514/9
1514/10 1525/12
1526/11 1526/20
1527/14 1529/1
1532/14 1532/25
1532/25 1533/22
1535/13
nickname **[2]** 1526/25
1527/3
niece **[1]** 1559/19
night **[10]** 1428/25
1431/11 1439/22
1443/25 1446/4 1487/2
1488/18 1495/9 1516/3
1516/4
nightsticks **[1]** 1487/5
Nimitz **[1]** 1503/25
NJ **[1]** 1416/13
no **[38]** 1414/4 1420/7
1421/21 1421/24
1422/5 1422/22
1438/20 1444/12
1482/25 1484/10
1486/23 1496/19
1499/25 1501/13
1503/11 1503/12
1503/22 1510/21
1511/22 1515/4 1520/1
1523/14 1531/2 1531/4
1536/13 1537/7 1538/8
1539/6 1543/11 1544/7
1545/10 1545/18
1546/9 1546/11
1546/11 1547/8 1561/9
1561/12
No objection **[1]**
1531/4
No. **[2]** 1420/8 1501/1
No. 1 **[2]** 1420/8 1501/1
none **[1]** 1481/15
noon **[1]** 1440/20
Nope **[1]** 1439/23
normal **[1]** 1448/1
north **[11]** 1415/15
1471/19 1472/8
1472/18 1484/25
1498/25 1502/13
1504/7 1504/21 1528/7
1538/4
North Carolina **[9]**
1471/19 1472/8
1472/18 1498/25
1502/13 1504/7
1504/21 1528/7 1538/4

1422/22 1424/20
1425/15 1426/4 1427/21
1427/5 1427/5 1427/11
1427/22 1427/23
1428/5 1428/21 1429/1
1429/18 1430/8
1430/11 1431/14
1431/23 1431/24
1432/2 1432/21
1433/16 1433/17
1433/20 1434/5 1434/6
1434/25 1442/11
1448/15 1448/17
1448/22 1449/3
1449/10 1449/21
1451/2 1454/17
1454/19 1467/13
1470/2 1470/4 1474/11
1476/20 1482/14
1486/18 1491/11
1499/11 1501/24
1503/14 1503/18
1509/14 1510/3
1515/10 1515/13
1523/13 1527/25
1528/1 1538/8 1543/9
1542/2 1544/7 1544/13
1544/17 1544/20
1544/23 1544/24
1545/3 1545/8 1545/9
1545/22 1546/21
1547/8 1548/16 1549/9
1549/24 1554/17
1555/7 1555/8 1555/19
1557/11 1558/4
1558/24 1559/3 1560/5
1561/17 1561/21
1563/2 1563/9 1563/16
1563/20 1564/7 1564/9
1564/21
note **[1]** 1434/13
notebook **[3]** 1534/24
1535/2 1535/14
notes **[1]** 1424/21
notice **[6]** 1421/3
1428/8 1428/18
1428/20 1429/14
1454/17
November **[63]** 1436/2
1436/21 1437/2
1438/16 1440/20
1441/23 1443/25
1445/1 1446/5 1447/15
1450/25 1455/7
1455/25 1457/12
1459/2 1481/23 1482/9
1482/21 1483/12
1487/12 1488/1
1488/19 1489/8
1489/18 1490/1
1490/10 1492/14
1493/18 1496/9 1498/4
1498/5 1498/5 1499/1
1501/6 1502/11
1504/22 1505/13
1511/3 1511/11
1511/24 1512/7 1512/8

1525/20 1532/11
1537/2 1542/12
1543/21 1543/23
1544/2 1544/6 1544/7
1544/8 1544/19
1545/12 1545/14
1545/21 1545/25
1546/10 1549/9
1552/21
November 10th **[4]**
1488/1 1492/14 1496/9
1504/22
November 14th **[13]**
1490/1 1490/10 1499/1
1512/8 1513/8 1537/2
1544/19 1545/12
1545/21 1545/25
1546/10 1549/9
1552/21
November 15th **[1]**
1514/1
November 8th **[1]**
1501/6
November 9th **[9]**
1446/5 1455/7 1455/25
1488/19 1489/8
1489/18 1543/23
1544/6 1544/7
now **[56]** 1436/17
1439/17 1440/5
1440/13 1440/16
1440/17 1440/24
1440/24 1441/18
1442/19 1445/21
1448/23 1461/5 1463/1
1469/2 1473/17
1474/12 1474/14
1478/8 1482/18
1482/20 1484/17
1486/4 1486/25
1487/11 1487/25
1493/24 1495/7
1495/15 1496/2 1498/7
1498/10 1500/10
1502/9 1510/4 1510/19
1512/20 1513/4
1513/19 1516/19
1517/11 1519/9
1530/13 1531/15
1533/23 1536/7
1536/13 1536/18
1538/20 1545/1
1546/13 1548/18
1558/18 1559/15
1562/1 1564/11
NR **[1]** 1505/11
NR Caldwell **[1]**
1505/11
Nullify **[1]** 1439/3
number **[38]** 1448/20
1451/22 1457/18
1459/14 1459/15
1459/17 1459/19
1459/23 1459/25
1460/21 1461/2
1461/19 1470/9
1470/13 1470/15

1471/5 1471/7 1471/10
1471/23 1472/1
1472/10 1486/5
1486/12 1487/3
1491/19 1527/4 1527/9
1528/9 1529/5 1529/20
1529/23 1536/9
1555/20 1556/22
1558/13 1560/13
numbers **[6]** 1445/20
1503/18 1512/21
1527/5 1530/17
1530/24
NW **[4]** 1414/17 1416/3
1416/7 1417/4

**O**

Oak **[2]** 1415/3 1415/7
oath **[39]** 1426/21
1427/4 1435/17
1445/13 1449/20
1457/22 1459/10
1461/19 1465/12
1471/20 1472/8
1472/16 1473/3
1473/13 1482/5
1489/21 1490/17
1491/9 1491/23 1493/1
1493/3 1493/6 1493/10
1493/17 1495/3 1495/9
1495/22 1498/25
1505/25 1528/7
1528/21 1528/22
1545/8 1545/17
1545/21 1546/10
1551/9 1553/25 1554/4
Oath Keepers **[34]**
1426/21 1427/4
1449/20 1457/22
1459/10 1461/19
1465/12 1471/20
1472/8 1472/16 1473/3
1473/13 1482/5
1489/21 1490/17
1491/9 1491/23 1493/3
1493/6 1493/10
1493/17 1495/9
1498/25 1505/25
1528/7 1528/21
1528/22 1545/8
1545/17 1545/21
1546/10 1551/9
1553/25 1554/4
obey **[1]** 1438/10
object **[11]** 1448/8
1452/13 1456/5
1462/10 1497/23
1563/24 1563/24
1563/25 1564/1
1564/16 1564/17
objecting **[1]** 1515/20
objection **[61]** 1444/7
1444/12 1448/7
1448/25 1450/2
1450/13 1452/12
1452/14 1452/16
1456/10 1456/15

**objection... [50]**
1462/5 1462/13
1465/16 1465/20
1466/9 1466/14
1467/24 1477/2
1477/14 1477/16
1481/14 1491/4
1491/13 1496/19
1497/3 1497/21 1499/9
1499/24 1500/3 1515/4
1515/10 1516/8 1520/1
1523/12 1530/23
1531/2 1531/4 1537/6
1537/7 1539/6 1546/1
1548/7 1548/22
1549/13 1550/4 1550/5
1550/10 1551/6 1553/8
1553/15 1557/15
1558/10 1558/15
1558/22 1559/10
1563/10 1563/14
1563/16 1563/21
1564/11
**objections [3]** 1484/9
1484/10 1564/4
**objectives [1]** 1508/14
**objects [1]** 1453/18
**obligation [1]** 1563/19
**observations [2]**
1421/7 1560/6
**observing [1]** 1545/16
**obsolete [1]** 1516/21
**obtain [11]** 1455/3
1455/6 1482/6 1490/20
1496/12 1520/14
1521/18 1521/23
1525/15 1534/8
1562/19
**obtained [16]** 1457/6
1471/1 1471/13 1483/2
1488/13 1498/18
1505/18 1516/15
1520/23 1523/22
1524/23 1527/18
1528/10 1529/19
1540/15 1546/16
**obviously [1]** 1516/25
**occasion [1]** 1550/15
**occasions [1]** 1550/17
**occurred [2]** 1425/4
1525/25
**occurring [1]** 1443/8
**October [2]** 1414/5
1565/7
**off [9]** 1430/24 1431/19
1459/20 1461/3
1504/10 1511/2
1513/14 1548/6 1558/8
**offer [2]** 1434/19
1484/4
**offered [3]** 1429/1
1431/6 1432/16
**offering [1]** 1511/4
**offers [1]** 1434/12
**OFFICE [1]** 1414/16
**officer [1]** 1517/22
**OFFICES [1]** 1416/7

**officials [1]** 1439/16
**oh [7]** 1433/9 1433/10
1434/3 1481/6 1509/18
1531/12 1555/8
**Ohio [12]** 1483/20
1484/24 1485/1 1521/9
1521/12 1521/15
1521/20 1523/23
1524/25 1525/3 1525/7
1526/9
**Ohio Regulars [5]**
1523/23 1524/25
1525/3 1525/7 1526/9
**Ohio State Regulars
[4]** 1521/9 1521/12
1521/15 1521/20
**OK [3]** 1445/6 1481/25
1482/3
**okay [149]** 1420/23
1428/4 1428/15 1431/4
1431/9 1432/4 1432/18
1433/23 1434/5 1434/8
1434/22 1435/4 1442/5
1442/14 1443/20
1443/24 1446/10
1446/15 1447/5
1448/24 1450/11
1452/12 1452/22
1452/25 1455/10
1458/4 1459/13
1459/22 1461/5
1461/22 1462/12
1463/13 1464/2 1464/4
1464/14 1465/1 1466/7
1467/2 1468/19
1468/25 1471/21
1472/9 1472/19 1473/4
1473/14 1474/2 1478/2
1480/25 1481/14
1481/15 1482/9
1482/11 1482/12
1485/20 1486/2 1486/7
1489/7 1490/4 1490/15
1492/17 1494/22
1497/5 1497/14
1498/15 1499/23
1500/4 1500/20 1502/7
1502/17 1507/2
1508/23 1509/13
1509/21 1510/6
1511/21 1512/5
1512/11 1512/15
1513/3 1513/7 1513/18
1514/18 1517/12
1517/25 1518/3
1518/14 1519/16
1520/2 1521/22
1522/22 1524/1
1524/22 1525/4
1525/12 1526/1 1526/7
1526/10 1526/22
1528/3 1528/23
1528/25 1530/18
1531/8 1531/17
1531/21 1534/12
1535/12 1536/23

1538/11 1538/20
1540/24 1542/1
1542/13 1542/25
1544/18 1545/2 1545/7
1545/11 1545/19
1545/23 1546/12
1547/6 1547/9 1547/12
1547/17 1548/1
1549/11 1550/12
1550/24 1551/21
1553/3 1554/5 1555/17
1555/24 1556/5
1556/15 1557/1 1557/5
1557/13 1559/4
1559/25 1561/1 1561/2
1561/18 1562/2 1563/8
1564/22
**Okay D.C. Op [3]**
1525/4 1526/1 1526/22
**Okay Gator 1 [4]**
1442/5 1482/9 1482/11
1482/12
**old [5]** 1437/23
1441/23 1444/25
1494/18 1519/19
**once [2]** 1434/8 1435/8
**one [43]** 1420/25
1421/8 1424/21 1432/8
1432/19 1434/2 1438/1
1438/3 1440/5 1444/10
1451/15 1455/21
1459/3 1461/4 1472/18
1473/2 1474/11 1484/8
1487/19 1496/25
1497/2 1508/2 1508/3
1508/3 1516/16
1518/11 1521/5
1522/14 1522/19
1533/3 1534/12
1542/23 1544/4
1544/22 1551/12
1551/15 1551/16
1553/24 1557/1 1557/1
1557/6 1560/17
1561/24
**ongoing [1]** 1449/9
**online [2]** 1443/2
1443/4
**only [16]** 1424/21
1427/2 1427/11 1428/5
1440/8 1442/13 1444/9
1445/14 1448/21
1454/19 1457/22
1484/8 1486/5 1496/25
1497/1 1558/2
**op [9]** 1493/1 1502/1
1502/13 1503/20
1504/7 1525/4 1526/1
1526/22 1535/8
**open [7]** 1421/4
1450/12 1466/13
1500/1 1517/13
1519/12 1546/13
**opened [1]** 1559/12
**opening [8]** 1430/23
1433/2 1433/6 1434/20
1449/18 1465/14

**operates [1]** 1421/25
**operation [2]** 1535/11
1535/20
**operations [5]** 1463/22
1463/23 1467/23
1469/22 1483/11
**opinion [1]** 1557/13
**opinions [1]** 1549/20
**opportunity [2]**
1431/16 1456/13
**opposed [2]** 1450/4
1461/7
**ops [1]** 1535/8
**options [2]** 1442/13
1511/4
**orange [1]** 1497/11
**orange-colored [1]**
1497/11
**order [7]** 1421/11
1421/11 1493/15
1503/19 1506/19
1542/5 1542/10
**orders [1]** 1486/17
**organization [2]**
1551/9 1562/13
**organizer [3]** 1458/5
1458/7 1459/3
**organizers [1]** 1493/7
**orient [2]** 1473/21
1489/1
**original [1]** 1453/25
**originally [1]** 1430/5
**other [35]** 1422/2
1422/23 1424/9
1426/20 1428/6
1430/21 1431/12
1432/19 1438/23
1439/16 1443/6 1444/1
1444/2 1464/10
1468/20 1474/23
1508/5 1521/1 1526/14
1535/9 1536/4 1536/5
1547/25 1548/1
1548/20 1550/2 1550/7
1551/17 1557/22
1558/3 1558/20 1559/6
1562/10 1562/12
1563/7
**others [6]** 1427/3
1434/8 1488/19 1504/1
1508/16 1508/18
**otherwise [2]** 1449/20
1503/14
**ought [2]** 1474/15
1507/16
**our [24]** 1425/5
1431/13 1432/5
1432/12 1435/1 1439/1
1439/24 1440/6 1446/9
1447/10 1447/11
1458/25 1487/5 1493/3
1493/10 1495/15
1495/15 1507/14
1510/14 1517/10
1553/2 1559/16
1559/23 1561/23
**ours [1]** 1441/19

**[24]** 1424/25
1426/24 1433/17
1434/19 1443/9 1450/9
1464/18 1474/8 1477/8
1479/12 1485/4
1485/12 1488/7
1492/17 1497/15
1502/2 1505/6 1508/15
1549/23 1554/2
1560/23 1561/15
1562/19 1563/23
**out.' [1]** 1441/7
**outbuildings [1]**
1506/14
**outlets [2]** 1436/10
1436/11
**outlining [1]** 1434/15
**outlook.com [1]**
1416/10
**outside [8]** 1426/5
1426/10 1434/8
1486/16 1487/5
1493/12 1509/25
1562/17
**over [6]** 1437/16
1455/15 1463/1 1522/4
1556/18 1564/21
**overnight [1]** 1421/2
**overrule [1]** 1549/14
**overruled [5]** 1452/17
1456/10 1466/14
1548/8 1551/7
**own [1]** 1501/14
**owned [2]** 1470/18
1470/21
**owner [2]** 1524/25
1525/3

**P**

**P.A [1]** 1416/16
**p.m [25]** 1438/17
1439/21 1445/3 1445/7
1445/14 1457/15
1483/12 1483/13
1483/15 1485/3
1485/23 1486/4 1486/8
1487/2 1487/12 1489/8
1501/6 1504/22
1505/14 1505/22
1513/9 1514/2 1525/23
1526/25 1564/25
**PA [1]** 1415/15
**packing [1]** 1484/4
**page [41]** 1438/3
1438/3 1439/7 1439/14
1439/20 1441/11
1441/21 1444/9 1445/9
1445/17 1447/19
1447/21 1483/25
1484/2 1487/11
1488/21 1489/4 1492/1
1492/18 1492/20
1493/21 1494/23
1500/11 1501/15
1503/15 1503/21
1505/12 1506/21
1510/25 1513/20
1514/9 1514/12

**page... [9]** 1525/13
1526/11 1527/14
1530/2 1533/22 1535/5
1535/13 1535/14
1541/16
**pages [3]** 1444/11
1522/4 1535/1
**Palian [59]** 1435/14
1435/20 1435/25
1436/25 1440/18
1441/13 1442/18
1442/20 1443/17
1444/22 1446/2
1450/20 1450/24
1451/13 1451/17
1453/4 1457/2 1461/10
1462/20 1466/17
1468/6 1469/4 1473/17
1473/22 1474/19
1474/25 1475/6 1476/2
1477/6 1478/4 1478/8
1478/14 1480/4
1480/21 1481/22
1488/12 1489/17
1492/24 1496/4
1497/10 1498/10
1498/21 1498/23
1500/10 1510/17
1517/15 1518/22
1523/18 1523/22
1530/5 1531/14
1531/25 1534/20
1536/1 1536/12
1537/13 1540/9
**Palian's [1]** 1510/13
**panel [2]** 1435/2
1510/9
**paper [3]** 1462/11
1540/10 1541/22
**paragraph [2]** 1430/6
1431/21
**paragraphs [1]**
1492/22
**Pardon [2]** 1485/14
1542/12
**Park [1]** 1416/3
**parked [1]** 1513/14
**Parker [1]** 1468/17
**parliament [1]** 1439/3
**part [10]** 1456/15
1458/11 1468/9 1468/22
1477/24 1478/20
1508/22 1521/24
1525/16 1552/17
**partial [1]** 1548/11
**participant [12]** 1458/9
1458/11 1458/15
1458/16 1458/20
1459/23 1460/6
1460/17 1464/8 1469/6
1470/24 1471/4
**participants [3]** 1443/3
1455/25 1501/4
**participated [1]**
1547/13
**participation [1]**

**particular [8]** 1421/24
1423/1 1423/16
1429/18 1454/21
1457/17 1463/20
1496/16
**particularly [1]**
1426/25
**parties [3]** 1430/25
1507/16 1507/24
**parts [1]** 1448/21
**passed [4]** 1427/1
1494/17 1495/14
1504/4
**past [5]** 1426/3 1426/9
1516/25 1551/17
1551/20
**pasting [1]** 1501/14
**Pat [1]** 1488/3
**patriot [4]** 1494/9
1494/18 1494/21
1495/17
**patriots [2]** 1493/5
1493/23
**Paul [8]** 1471/24
1472/4 1502/24
1504/16 1505/22
1505/24 1506/2 1528/5
**Paul Stamey [3]**
1472/4 1504/16
1505/24
**Paul's [1]** 1495/25
**pause [2]** 1434/4
1537/19
**pay [1]** 1439/8
**penalties [1]** 1434/16
**pending [1]** 1450/14
**Penn [1]** 1513/14
**Pennsylvania [1]**
1416/7
**people [25]** 1423/16
1423/22 1426/5
1426/10 1426/20
1427/13 1467/4
1476/21 1494/7
1506/14 1526/14
1532/12 1536/2
1547/13 1547/14
1547/17 1547/22
1548/2 1548/12
1548/15 1549/20
1550/2 1556/10
1557/21 1557/22
**pepper [2]** 1442/11
1480/6
**period [6]** 1427/21
1459/10 1489/18
1496/9 1498/4 1556/21
**permission [3]**
1444/15 1486/18
1531/12
**permission --oh [1]**
1531/12
**permitted [1]** 1422/19
**person [41]** 1420/21
1425/1 1426/14 1427/8
1433/5 1448/18
1449/23 1452/9

1459/21 1460/22
1463/7 1463/14
1464/22 1468/13
1470/21 1471/1 1472/1
1474/23 1479/3 1480/5
1483/7 1486/6 1487/22
1495/5 1497/10
1497/12 1499/22
1500/17 1504/4
1524/19 1528/15
1528/18 1528/21
1537/22 1537/25
1538/2 1538/14
1538/15 1540/5
**person's [3]** 1426/15
1427/9 1469/13
**personally [1]** 1487/17
**perspective [3]**
1433/12 1434/24
1555/19
**pertinent [1]** 1522/9
**petitioner's [1]** 1425/7
**phillip [3]** 1415/2
1415/6 1420/14
**phone [99]** 1443/4
1445/20 1448/11
1448/20 1459/14
1459/15 1459/17
1459/19 1459/23
1459/24 1460/4 1460/4
1460/21 1461/1 1461/3
1469/16 1470/13
1470/15 1470/18
1470/21 1471/5 1471/6
1471/10 1471/13
1471/22 1472/1
1472/10 1482/7 1483/3
1483/7 1486/5 1486/5
1486/11 1486/20
1487/3 1487/13
1487/22 1488/2
1497/18 1498/3
1498/12 1498/17
1498/18 1498/25
1499/4 1499/17
1500/23 1501/1 1501/5
1502/12 1505/14
1505/19 1505/20
1506/22 1512/23
1512/25 1513/5
1513/10 1513/24
1515/19 1527/4 1527/5
1527/8 1527/11 1528/9
1529/5 1529/20
1529/23 1533/20
1534/7 1536/4 1536/6
1536/17 1536/21
1536/25 1539/2
1541/25 1542/24
1546/17 1546/24
1546/25 1550/15
1550/16 1552/6 1552/7
1554/9 1554/10
1554/12 1554/13
1554/14 1554/22
1555/1 1555/13
1555/21 1556/11

1559/12 1560/15
**phone gun [1]** 1541/25
**phones [2]** 1465/17
1515/17 1555/13
1560/9 1560/10
**photo [3]** 1468/14
1519/19 1537/21
**photograph [34]**
1462/22 1462/24
1463/14 1464/23
1465/3 1514/9 1514/10
1514/11 1514/13
1514/15 1518/11
1524/12 1524/17
1524/19 1531/14
1532/1 1532/16
1533/11 1533/13
1534/18 1534/18
1535/14 1536/2
1536/12 1536/17
1536/20 1536/24
1537/13 1537/16
1537/17 1538/1
1538/24 1539/1
**Photograph 725.1 [1]**
1532/1
**photographed [3]**
1518/19 1518/20
1535/4
**photographs [17]**
1463/3 1463/5 1530/9
1530/12 1530/14
1530/16 1531/18
1531/20 1533/13
1534/13 1534/16
1535/1 1535/24 1536/3
1538/10 1540/1 1540/3
**phrase [3]** 1427/14
1430/11 1465/21
**physical [5]** 1515/2
1515/25 1516/4 1517/6
1545/15
**pick [2]** 1424/24
1465/17
**picked [1]** 1425/2
**picture [5]** 1468/15
1533/1 1557/6 1557/10
1557/11
**pictures [1]** 1557/1
**piece [1]** 1462/11
**pieces [1]** 1540/10
**pistol [3]** 1533/21
1534/5 1534/7
**pivot [1]** 1461/5
**place [15]** 1424/23
1445/21 1445/21
1503/16 1505/1
1545/25 1546/7 1548/2
1548/13 1550/22
1550/23 1551/24
1551/25 1552/2
1559/16
**placed [2]** 1451/3
1453/8
**placement [1]** 1503/19
**places [1]** 1430/21

plaintiff [2]** 1414/4
1421/23
**plan [6]** 1427/12
1502/1 1503/1 1507/9
1559/19 1562/7
**planning [5]** 1425/17
1425/17 1454/2 1509/9
1563/4
**plans [3]** 1497/19
1498/5 1499/1
**play [12]** 1454/2
1463/19 1470/22
1474/2 1474/10
1474/13 1475/10
1479/16 1479/24
1480/12 1480/15
1497/6
**played [16]** 1452/19
1452/20 1474/17
1475/4 1475/12
1475/15 1475/18
1475/21 1475/24
1478/10 1478/12
1479/25 1480/2
1480/14 1480/17
1497/8
**playing [2]** 1469/20
1479/13
**plea [5]** 1432/15
1432/16 1434/12
1434/19 1434/19
**please [74]** 1420/4
1433/25 1435/4
1436/19 1437/10
1438/2 1438/14
1438/20 1439/7
1439/14 1440/4
1440/10 1440/23
1441/4 1441/11
1442/15 1442/25
1443/15 1444/20
1445/14 1445/25
1446/25 1447/19
1448/12 1464/6
1464/17 1464/18
1465/17 1473/15
1475/11 1475/14
1475/17 1475/23
1478/9 1478/11
1479/12 1480/16
1480/19 1484/1
1484/15 1486/2 1487/8
1487/20 1490/6
1491/19 1492/2
1493/20 1496/2 1497/7
1499/16 1501/16
1502/9 1503/6 1504/1
1507/13 1510/11
1511/13 1511/16
1512/3 1518/16
1519/12 1525/13
1529/2 1531/23
1532/19 1533/1 1533/6
1533/12 1537/11
1539/12 1542/3 1543/4
1543/15 1560/4
**pleases [1]** 1509/22
**plot [1]** 1478/7

**P**

**plus [1]** 1505/5
**pocket [1]** 1442/10
**podcast [1]** 1562/21
**point [37]** 1421/12
1427/23 1429/10
1431/20 1432/3
1433/21 1434/12
1435/1 1444/4 1446/23
1448/4 1451/14 1452/8
1453/14 1456/2 1461/4
1462/2 1464/18 1466/9
1479/11 1481/11
1490/23 1491/18
1496/14 1499/6 1507/1
1514/22 1518/21
1519/23 1523/9
1532/14 1537/3 1539/4
1540/21 1556/17
1556/18 1561/25
**points [1]** 1535/9
**police [1]** 1450/6
**porta [3]** 1503/19
1505/6 1506/19
**portion [7]** 1448/13
1449/1 1465/7 1479/20
1480/4 1480/8 1504/20
**portions [3]** 1452/19
1454/13 1456/11
**portray [1]** 1505/18
**portrayed [1]** 1495/2
**portrays [1]** 1479/20
**position [3]** 1476/15
1517/4 1517/10
**positive [2]** 1544/17
1557/11
**possible [2]** 1456/23
1474/6
**Possibly [1]** 1557/4
**post [4]** 1491/23
1492/4 1492/10 1495/3
**postal [3]** 1421/20
1422/1 1422/21
**posted [4]** 1440/11
1440/14 1490/17
1493/17
**poster [1]** 1532/2
**posterboard [1]**
1462/9
**posts [1]** 1490/21
**potential [1]** 1434/16
**potentially [2]** 1548/12
1560/17
**potties [1]** 1506/20
**potty [2]** 1503/19
1505/6
**Practically [1]** 1501/12
**pre [1]** 1502/1
**pre-strike [1]** 1502/1
**prearranged [1]**
1425/1
**preceding [1]** 1544/9
**prediction [1]** 1424/22
**prefatory [1]** 1428/24
**prejudice [1]** 1449/22
**prejudicial [1]** 1449/17
**preorder [1]** 1543/4
**prep [1]** 1431/11

**preparation [2]** 1452/4
1455/18
**prepare [1]** 1451/18
1455/19 1503/6 1522/7
**prepared [8]** 1451/21
1453/5 1453/10
1461/14 1473/25
1486/24 1523/7
1523/13
**preparing [2]** 1451/17
1522/6
**preponderance [1]**
1428/2
**present [8]** 1420/21
1433/25 1450/9
1454/12 1517/19
1518/4 1532/12 1555/5
**presentation [2]**
1451/19 1453/7
**presented [3]** 1421/23
1423/19 1423/19
**presenting [1]** 1449/16
**President [6]** 1429/16
1436/12 1488/7
1492/12 1494/2 1532/3
**President Biden [1]**
1436/12
**President Trump [1]**
1494/2
**Presidents [1]** 1532/4
**presiding [1]** 1420/3
**presumably [1]**
1449/13
**presume [1]** 1423/24
**presumed [3]** 1421/18
1421/20 1423/7
**presumption [2]**
1421/22 1422/5
**presumptions [1]**
1422/6
**pretend [3]** 1438/11
1438/25 1439/9
**pretrial [1]** 1432/14
**pretty [2]** 1517/10
1555/4
**Prettyman [1]** 1417/4
**previous [2]** 1511/2
1519/19
**previously [3]** 1524/8
1529/15 1551/13
**primarily [2]** 1422/7
1433/8
**primary [1]** 1429/15
**primary: [1]** 1503/19
**primary:  privacy [1]**
1503/19
**principal [1]** 1422/22
**print [1]** 1491/22
**printout [3]** 1533/14
1533/16 1541/8
**prior [2]** 1521/1
1530/13
**privacy [1]** 1503/19
**privilege [2]** 1509/7
1561/25
**probable [1]** 1422/8
**probably [4]** 1442/12
1544/16 1556/25

**problem [2]** 1503/12
1516/12
**procedural [1]** 1432/12
**proceed [7]** 1423/13
1435/11 1437/6 1444/3
1475/16 1475/19
1548/9
**proceeding [1]** 1434/1
**proceedings [5]**
1414/9 1417/6 1420/22
1423/13 1565/4
**process [1]** 1515/18
**produced [1]** 1417/7
**profile [1]** 1524/12
**program [1]** 1496/6
**proof [1]** 1422/7
**proper [1]** 1465/22
**properly [1]** 1423/2
**properties [1]** 1506/11
**property [2]** 1506/13
1506/20
**Propes [3]** 1473/7
1473/10 1473/12
**proposed [5]** 1428/7
1428/9 1428/17
1458/24 1507/25
**proprietor [1]** 1562/13
**prosecution's [1]**
1508/2
**protests [2]** 1439/16
1501/13
**provide [10]** 1454/7
1456/13 1508/2 1508/5
1526/20 1542/15
1552/24 1553/1
1562/25 1563/12
**provided [10]** 1422/1
1422/25 1449/18
1449/23 1453/22
1454/11 1528/1
1548/15 1548/16
1548/17
**providing [1]** 1448/18
**public [3]** 1446/9
1491/25 1520/23
**public-access [1]**
1446/9
**publish [12]** 1444/15
1448/22 1456/18
1481/20 1491/19
1523/19 1531/22
1536/14 1537/11
1539/7 1539/11 1541/3
**published [2]** 1521/3
1562/16
**pull [1]** 1428/21
**purchase [5]** 1533/17
1534/10 1540/11
1541/19 1541/20
**purposeful [1]** 1563/25
**purposes [3]** 1449/10
1450/9 1454/12
**pursuant [3]** 1490/25
1496/17 1540/22
**push [1]** 1441/16
**put [10]** 1421/19
1432/8 1432/17 1485/4

1543/25 1554/23
1555/18 1559/13
**putting [1]** 1514/8
**PUTZI [1]** 1416/16

**Q**

**QRF [6]** 1476/4 1487/5
1487/9 1493/12
1545/25 1546/7
**QRFs [1]** 1548/20
**qualifies [1]** 1508/19
**qualify [1]** 1450/7
**question [14]** 1421/8
1421/16 1424/1 1424/9
1425/13 1429/11
1450/16 1451/15
1477/15 1501/21
1501/25 1558/2
1560/25 1563/20
**questions [8]** 1503/2
1543/12 1552/16
1552/18 1552/20
1552/21 1553/7
1553/19
**quick [1]** 1428/22
**quickly [3]** 1435/9
1507/13 1555/4
**quote [5]** 1450/4
1493/13 1494/11
1494/12 1494/18
**quote/unquote [2]**
1450/4 1494/18
**quotes [1]** 1494/16

**R**

**radar [1]** 1545/9
**radford [1]** 1420/18
**radford Geyer [1]**
1420/18
**Radio [1]** 1562/14
1562/21
**raised [2]** 1421/1
1421/2
**Rakoczy [12]** 1414/14
1420/11 1428/9
1428/17 1435/12
1444/9 1474/6 1497/25
1499/17 1507/5
1510/15 1518/21
**rally [2]** 1535/9
1552/22
**range [1]** 1502/3
**range/additional [1]**
1502/3
**Ranger [6]** 1471/12
1471/16 1471/19
1502/24 1505/1 1538/3
**Ranger Doug [2]**
1471/12 1471/19
**Ranger Doug Smith [2]**
1471/16 1538/3
**rather [1]** 1429/2
**re [1]** 1435/14
**re-calls [1]** 1435/14
**reach [2]** 1431/20
1434/19
**reached [2]** 1561/8

**react [2]** 1434/5 1434/6
**read [16]** 1421/25
1422/16 1424/25
1437/17 1438/20
1440/4 1440/23 1441/4
1445/18 1448/13
1483/25 1492/23
1494/16 1495/3
1504/13 1513/4 1515/3
1515/21
**reading [1]** 1447/16
1501/16
**ready [3]** 1435/11
1438/12 1506/6
**real [3]** 1428/21
1486/23 1486/23
**really [5]** 1434/25
1499/11 1506/5 1517/3
1554/2
**Realtime [1]** 1417/3
**reason [5]** 1422/22
1556/2 1556/4 1564/4
1564/6
**reasonably [2]**
1425/10 1426/12
**reasons [3]** 1535/15
1563/24 1563/24
**rebellion [1]** 1429/23
**recall [20]** 1427/11
1436/3 1436/8 1437/20
1437/21 1476/5
1476/12 1476/17
1476/18 1476/22
1476/23 1478/22
1483/14 1488/15
1521/8 1530/7 1540/13
1551/19 1552/23
1554/14
**recalled [1]** 1436/6
**recce [2]** 1501/13
1502/1
**receipt [4]** 1421/9
1422/6 1423/7 1423/24
**receive [6]** 1434/24
1454/9 1543/5 1544/2
1544/5 1544/7
**received [23]** 1421/19
1421/20 1422/21
1423/11 1444/17
1449/12 1449/14
1453/1 1455/9 1456/20
1462/17 1481/16
1491/15 1496/22
1500/5 1502/25 1520/4
1523/16 1531/9 1537/9
1539/9 1541/1 1544/12
**receives [1]** 1448/2
**recent [1]** 1421/13
**recently [1]** 1476/25
**recess [3]** 1509/1
1564/24 1564/25
**recognize [29]** 1439/3
1461/12 1461/13
1474/19 1474/21
1474/22 1474/25
1478/24 1479/1 1479/5
1497/12 1497/13
1523/4 1524/17

**R**

recognize... [15]
1524/18 1537/16
1537/17 1537/18
1538/10 1538/12
1538/15 1538/24
1539/14 1539/16
1539/17 1539/25
1540/3 1542/19
1542/21
recognized [2] 1475/2
1480/9
recommend [2]
1430/14 1503/24
record [23] 1432/8
1432/17 1434/13
1437/18 1448/23
1449/7 1449/16
1449/22 1450/4
1450/17 1457/23
1464/21 1488/23
1491/2 1500/7 1508/9
1510/20 1513/21
1541/19 1541/20
1547/19 1562/20
1565/3
recorded [9] 1417/6
1448/21 1454/10
1470/25 1520/24
1546/18 1546/20
1546/21 1547/1
recording [51] 1449/14
1449/24 1451/7 1451/8
1451/19 1452/5
1452/10 1453/5 1453/8
1453/9 1453/16
1453/21 1453/24
1453/25 1454/21
1455/2 1471/2 1473/18
1473/25 1474/3
1474/10 1477/11
1477/20 1477/22
1478/15 1478/16
1478/24 1479/6 1479/9
1479/19 1479/20
1496/5 1496/12
1496/15 1508/22
1520/23 1544/13
1544/13 1544/21
1545/21 1546/13
1546/14 1546/16
1546/19 1546/24
1546/24 1547/3 1547/9
1547/24 1548/6
1548/11
recordings [10]
1454/13 1454/14
1454/16 1454/18
1454/19 1474/23
1520/15 1521/1 1521/6
1547/25
records [42] 1449/11
1450/7 1450/8 1455/4
1455/7 1455/9 1455/10
1455/19 1457/8
1457/13 1457/14
1458/2 1458/5 1458/9
1458/16 1460/5

regular [12] 1471/12
1471/13 1472/2 1486/9
1488/13 1488/17
1488/19 1489/2
1490/20 1520/14
1521/18 1521/23
1522/1 1523/23
1524/11 1524/23
1525/6 1527/18
1528/10 1529/6
1529/19 1534/9
1540/15 1542/14
1547/21
recover [2] 1512/24
1536/3
recovered [11]
1491/23 1513/2
1513/23 1517/16
1518/4 1518/8 1518/12
1519/21 1524/7 1530/6
1534/24
RECROSS [1] 1418/4
redactions [2] 1448/5
1448/16
REDIRECT [1] 1418/4
refer [2] 1467/3
1541/24
reference [3] 1443/21
1498/5 1499/1
referenced [5] 1443/11
1469/15 1480/6 1483/3
1488/12
references [4] 1430/22
1430/24 1476/3
1476/20
referencing [4]
1466/23 1466/24
1480/23 1531/18
referred [4] 1469/20
1476/11 1490/2
1527/16
referring [4] 1422/17
1466/18 1475/7
1510/21
refers [1] 1500/17
reflect [11] 1457/13
1457/14 1457/23
1458/5 1458/9 1495/12
1497/19 1524/11
1525/25 1533/14
1533/17
reflected [2] 1481/4
1500/25
reflects [1] 1533/16
refuse [3] 1438/10
1439/3 1439/8
refuses [1] 1441/19
refusing [1] 1438/24
regarding [13] 1422/23
1428/8 1428/18
1428/20 1428/21
1430/9 1431/22 1433/9
1515/1 1515/5 1534/9
1540/16 1546/9
regards [2] 1543/5
1548/20
registered [2] 1417/2
1442/10

regularity [1] 1421/25
regulars [10] 1483/25
1521/9 1521/12
1521/15 1521/20
1523/23 1524/25
1525/3 1525/7 1526/9
reimaged [1] 1555/15
related [2] 1473/1
1532/11
relates [1] 1456/6
relating [1] 1527/18
relation [1] 1483/13
relationship [3]
1551/1 1551/14
1554/3
relevance [3] 1459/7
1551/6 1562/7
relevant [1] 1469/11
reliability [1] 1423/5
reliable [2] 1422/20
1423/1
rely [1] 1454/19
remain [2] 1435/17
1509/25
remember [12]
1427/18 1436/9 1547/4
1547/17 1555/8
1555/10 1555/11
1555/19 1556/20
1557/10 1557/11
1558/7
remind [7] 1435/16
1483/9 1483/13
1512/24 1521/14
1528/5 1559/20
remotely [1] 1430/8
rendered [1] 1516/21
renders [1] 1422/8
repeat [2] 1438/7
1559/20
rephrase [4] 1477/15
1497/25 1551/18
1553/9
report [4] 1448/1
1450/20 1548/5
1548/13
reported [5] 1477/1
1495/4 1545/20 1546/9
1546/11
reportedly [1] 1482/21
reporter [6] 1417/2
1417/2 1417/3 1417/3
1520/23 1521/4
reporting [1] 1451/10
reports [1] 1450/7
Representative [1]
1495/25
Representative Ron
Paul's [1] 1495/25
request [6] 1421/16
1421/18 1432/21
1504/2 1541/12 1563/7
requested [1] 1501/22
requirement [1] 1426/1
resembling [1]
1518/11

reserve [1] 1509/17
residence [5] 1514/20
1518/10 1519/21
1530/6 1534/25
resist [1] 1439/2
respect [10] 1423/8
1423/25 1438/10
1447/23 1454/7 1460/6
1469/21 1485/11
1491/12 1508/20
respond [15] 1484/18
1484/23 1485/3
1485/16 1487/23
1501/9 1502/5 1504/23
1505/3 1505/9 1506/1
1506/5 1506/8 1506/25
1513/15
responded [8] 1423/21
1501/10 1502/6
1504/24 1505/10
1506/2 1511/4 1513/16
responds [1] 1505/4
response [5] 1423/14
1434/11 1512/16
1541/11 1563/3
rest [4] 1547/9 1547/23
1548/2 1548/13
restate [1] 1424/3
results [1] 1426/24
resume [1] 1559/19
retrieve [2] 1461/7
1550/16
retrieved [1] 1550/14
return [1] 1534/12
returned [2] 1555/1
1555/4
reunion [1] 1503/25
review [5] 1421/10
1447/21 1450/14
1454/6 1469/24
reviewed [9] 1452/1
1463/18 1470/1
1528/11 1529/7
1529/12 1530/9
1530/13 1530/16
revisit [1] 1450/10
RHODES [75] 1414/6
1415/2 1420/8 1420/15
1426/19 1427/6
1432/15 1436/1
1436/25 1437/22
1438/17 1439/22
1440/20 1441/14
1443/6 1443/11 1445/5
1445/6 1446/4 1459/17
1462/25 1463/19
1464/1 1464/3 1469/19
1475/6 1476/10
1476/19 1479/18
1487/13 1487/22
1489/21 1490/17
1491/7 1492/16
1493/17 1493/23
1494/17 1495/22
1496/6 1497/13
1497/14 1498/12
1498/24 1500/13
1500/22 1501/7 1501/8

1502/5 1502/6 1508/15
1511/4 1511/7 1511/11
1511/23 1511/25
1512/1 1512/13
1512/16 1512/19
1513/15 1548/19
1549/5 1550/2 1550/14
1550/19 1551/11
1551/18 1551/22
1553/12 1554/6
1555/21 1556/16
1557/7 1558/20
Rhodes' [18] 1426/18
1469/16 1475/2 1476/8
1482/7 1497/18 1498/3
1498/17 1498/18
1499/3 1500/23 1501/1
1502/12 1508/10
1512/22 1548/25
1552/6 1557/18
rhyme [1] 1564/4
rifles [2] 1439/24
1440/6
right [69] 1428/7
1431/17 1440/5
1448/23 1454/4 1457/2
1457/5 1458/17 1460/1
1461/8 1462/21
1462/25 1464/24
1465/18 1466/11
1466/12 1466/20
1469/7 1472/13
1472/23 1473/8
1474/14 1476/8 1479/3
1481/23 1482/20
1482/23 1489/14
1489/18 1496/20
1500/14 1500/24
1501/4 1504/5 1509/15
1510/11 1520/12
1521/12 1521/13
1523/24 1524/19
1525/9 1525/22 1527/1
1527/2 1528/8 1529/17
1533/23 1535/17
1536/7 1536/18
1537/20 1538/1 1538/7
1539/20 1539/24
1540/4 1542/11 1544/8
1544/8 1548/24 1561/3
1561/13 1561/19
1562/3 1563/4 1563/25
1564/11 1564/20
Right, [1] 1432/6
Right, JC [1] 1432/6
rigmarole [1] 1564/9
rise [4] 1420/2 1508/25
1560/2 1564/23
Ritchie [1] 1416/17
RMR [2] 1565/2 1565/8
road [2] 1416/3 1477/7
Robarge [1] 1488/3
Robarge SFC-Pat [1]
1488/3
rock [1] 1484/6
Roger [3] 1439/25
1485/11 1488/6
Roger Stone [1]

**R**

Roger Stone... [1]
1439/25
role [8] 1463/20
1469/20 1469/25
1470/2 1470/4 1470/22
1487/17 1562/8
roles [1] 1461/21
roll [1] 1512/19
rolls [2] 1501/18
1503/17
Ron [1] 1495/25
room [1] 1497/11
Rotunda [1] 1562/17
roughly [4] 1446/11
1461/20 1483/13
1498/4
routinely [2] 1423/20
1423/21
row [2] 1468/14
1538/14
rows [1] 1455/13
rule [7] 1426/6 1452/14
1452/18 1453/20
1456/5 1484/10 1497/3
running [1] 1484/25

**S**

SA [1] 1435/20
safe [1] 1493/5
said [47] 1421/21
1421/22 1422/16
1422/19 1425/3
1426/13 1433/6
1438/22 1439/23
1439/25 1442/7 1445/6
1448/16 1451/7 1458/7
1470/8 1476/10 1477/1
1485/4 1485/7 1485/11
1485/17 1485/20
1486/13 1486/13
1486/22 1487/4
1487/24 1495/18
1501/8 1503/7 1505/24
1506/4 1508/18
1511/13 1512/14
1516/21 1523/22
1540/15 1543/3
1547/19 1547/21
1548/13 1550/2 1552/4
1563/6 1563/7
same [28] 1421/19
1421/25 1422/23
1425/24 1437/23
1439/21 1441/9
1441/22 1446/19
1446/21 1446/22
1447/23 1450/21
1453/15 1455/8 1484/2
1494/16 1494/20
1502/11 1505/1
1508/19 1511/15
1519/20 1541/21
1550/4 1553/15
1559/10 1559/20
sand [1] 1484/6
sanitation [1] 1503/6
satisfy [1] 1518/24

**Saturday [1]** 1480/23
saved [3] 1486/5
1488/2 1513/9
saving [1] 1422/9
saw [4] 1466/4
1478/18 1540/10
1557/7
say [39] 1422/3
1424/14 1427/15
1428/25 1431/24
1434/23 1442/6 1445/5
1445/12 1445/19
1449/5 1470/6 1481/1
1482/13 1483/17
1485/10 1485/19
1486/11 1486/20
1487/3 1487/15 1488/5
1489/11 1501/7
1502/23 1506/3
1506/16 1511/9 1512/2
1512/18 1514/4
1540/20 1543/1
1545/10 1551/14
1557/4 1558/20
1558/25 1559/1
saying [14] 1426/22
1432/2 1438/9 1439/1
1441/5 1441/16
1486/16 1503/16
1503/24 1504/24
1505/4 1505/10 1506/2
1558/5
says [26] 1426/1
1427/19 1428/23
1429/13 1429/18
1429/20 1430/6 1430/9
1447/15 1457/6
1464/23 1465/3 1494/9
1500/13 1501/24
1502/24 1503/10
1506/18 1507/23
1512/19 1527/25
1535/7 1535/18
1542/16 1546/3 1549/2
scenario [1] 1493/13
scene [2] 1519/5
1530/10
schedule [1] 1559/23
School [1] 1495/24
screen [32] 1437/7
1437/13 1443/14
1443/18 1446/24
1447/2 1456/22
1479/14 1481/9
1481/22 1482/20
1494/6 1499/14
1500/11 1500/12
1505/2 1510/25
1512/22 1514/16
1514/17 1523/20
1524/15 1525/10
1525/19 1528/8
1531/15 1534/21
1534/22 1536/13
1536/18 1538/13
1538/21
screens [1] 1474/16

**screenshotted [2]** 1513/12
1546/17 1546/18
scroll [3] 1499/15
1541/14 1542/1
search [4] 1514/20
1515/6 1516/10
1516/18
seat [1] 1507/13
seated [4] 1420/4
1435/4 1510/11 1560/4
sec [1] 1503/20
secluded [3] 1503/11
1503/18 1506/12
second [11] 1424/1
1430/6 1431/21 1434/2
1444/3 1456/14 1459/8
1461/6 1488/10 1507/3
1537/19
section [5] 1468/14
1468/21 1494/1 1494/4
1494/6
security [2] 1493/1
1493/9
see [60] 1433/3
1437/12 1437/22
1439/17 1443/12
1443/17 1447/2
1454/10 1458/21
1458/22 1461/11
1462/22 1463/5
1464/16 1467/18
1468/6 1468/20
1470/11 1470/12
1471/22 1473/22
1480/22 1481/2
1482/20 1484/17
1487/19 1487/25
1490/16 1494/9 1495/2
1499/12 1500/12
1500/21 1505/14
1507/11 1513/23
1514/12 1516/22
1518/11 1522/21
1522/22 1524/14
1524/24 1525/1 1525/5
1525/9 1525/20
1527/10 1528/8
1531/14 1531/25
1534/19 1536/12
1541/19 1559/7
seeing [2] 1531/17
1559/21
seek [14] 1444/5
1448/22 1456/3 1462/3
1481/12 1490/24
1496/15 1496/16
1499/7 1514/23
1519/24 1523/10
1527/6 1537/4
seeking [5] 1448/17
1448/22 1462/8
1496/25 1497/1
seeks [3] 1516/1
1539/5 1540/21
seen [13] 1423/8
1444/1 1460/8 1476/8

**1496/5** 1496/8 1513/13
1529/6 1558/19 1559/8
1564/17
seized [10] 1459/20
1460/4 1461/3 1516/10
1517/20 1518/19
1518/23 1519/5 1532/8
1532/10
seizing [2] 1517/1
1517/22
seizure [1] 1515/17
select [1] 1455/25
self [1] 1503/8
self-contained [1]
1503/8
seller [3] 1534/9
1540/15 1542/14
seller's [1] 1534/2
Semper [1] 1514/8
Semper fidelis [1]
1514/8
send [21] 1434/21
1436/25 1438/17
1439/22 1440/20
1462/14 1469/19
1470/3 1482/9 1483/22
1486/4 1487/12 1488/2
1489/9 1505/10
1505/22 1511/11
1511/25 1512/12
1513/9 1514/2
sending [2] 1421/17
1493/3
sends [1] 1488/18
sense [2] 1425/10
1560/9
sensible [1] 1422/9
sent [35] 1421/17
1422/2 1422/20 1423/5
1423/7 1423/11
1423/20 1428/17
1428/21 1434/14
1436/1 1437/22
1437/25 1439/23
1441/2 1444/23
1444/25 1445/1
1480/22 1481/2 1486/6
1505/15 1508/15
1511/3 1512/1 1512/14
1512/17 1514/9
1514/10 1514/11
1514/13 1541/11
1542/6 1542/10
1542/15
Serbia [3] 1427/1
1494/10 1494/18
Serbian [4] 1425/11
1427/1 1494/20 1495/4
sergeant [1] 1484/25
series [4] 1483/1
1500/21 1505/17
1530/12
serve [2] 1467/12
1467/15
service [5] 1421/20
1422/1 1422/21
1429/21 1442/20

**Session [1]** 1414/7
seven [1] 1485/25
several [2] 1554/12
1562/18
Seyler [7] 1551/4
1551/5 1551/8 1551/11
1551/19 1551/20
1551/23
SFC [1] 1488/3
share [2] 1434/7
1504/1
Sharon [1] 1514/7
she [10] 1486/6
1486/15 1486/20
1486/22 1487/14
1487/15 1488/4 1488/5
1488/20 1489/11
she's [1] 1515/21
shipped [1] 1543/9
shipping [1] 1543/8
shire [1] 1532/5
shirt [1] 1532/4
shit [1] 1486/23
shoot [1] 1441/6
short [1] 1511/6
shorthand [1] 1429/25
shortly [3] 1489/20
1489/22 1507/11
should [4] 1481/1
1508/1 1540/20 1564/1
shoved [1] 1483/23
show [12] 1447/9
1461/7 1461/18 1498/8
1518/22 1520/3
1526/14 1530/12
1530/19 1532/4 1533/3
1533/8
showed [3] 1425/1
1525/16 1532/16
showing [1] 1531/6
shown [5] 1425/12
1462/15 1466/25
1474/15 1561/10
shows [2] 1461/19
1494/10
shuffle [1] 1495/20
shy [1] 1431/10
sic [1] 1558/19
side [11] 1433/8
1463/1 1463/2 1464/22
1465/13 1467/1
1524/14 1524/16
1525/9 1527/16 1528/8
Siekerman [7] 1469/14
1469/15 1469/20
1469/22 1529/14
1529/16 1529/25
Signal [28] 1423/9
1423/10 1423/25
1426/19 1437/2 1460/8
1469/16 1469/18
1469/19 1482/4 1501/3
1502/15 1504/14
1504/23 1505/19
1505/20 1512/22
1512/25 1513/23
1555/21 1556/2 1556/5
1556/6 1556/16

**S**

**Signal... [4]** 1557/23
1558/4 1558/5 1558/7
**signature [1]** 1533/8
**signatures [3]** 1520/8
1532/12 1533/4
**signed [6]** 1423/17
1423/22 1482/16
1519/18 1532/6
1562/25
**significance [5]** 1436/6
1436/8 1470/15
1504/17 1521/11
**signs [1]** 1503/25
**similar [7]** 1437/1
1437/17 1437/23
1535/15 1536/3 1562/9
1562/12
**simultaneous [1]**
1556/19
**Since [1]** 1509/24
**sincere [1]** 1514/5
**Siniff [2]** 1538/16
1539/25
**Siniff's [1]** 1538/18
**sir [15]** 1424/6 1428/22
1432/1 1432/4 1435/23
1452/21 1483/19
1484/5 1485/21
1485/22 1488/10
1505/24 1515/22
1543/14 1544/4
**sisters [1]** 1495/12
**sisters.' [1]** 1495/21
**sit [1]** 1564/20
**site [2]** 1503/10 1518/5
**sitting [1]** 1433/1
1433/8
**situation [2]** 1562/9
1562/12
**size [1]** 1462/13
**skilled [1]** 1493/11
**skip [1]** 1534/13
**sleeping [1]** 1506/15
**slide [23]** 1438/14
1440/2 1440/4 1440/9
1440/18 1441/1
1447/18 1473/21
1480/12 1484/14
1486/2 1486/19 1487/1
1487/18 1487/20
1487/25 1504/6 1505/2
1526/20 1529/2
1532/13 1532/15
1532/25
**slides [2]** 1453/8
1507/2
**small [2]** 1491/21
1558/13
**smaller [2]** 1462/11
1506/24
**smartphone [1]**
1445/15
**Smith [5]** 1471/11
1471/16 1503/5 1538/3
1538/8
**SMS [1]** 1512/25
**Smuggle [1]** 1439/9

1422/8 1423/3 1423/4
1423/8 1423/19
1423/23 1425/3 1425/8
1425/21 1427/2
1427/17 1427/20
1428/4 1429/4 1429/11
1430/4 1430/13
1430/21 1430/23
1430/25 1431/8
1431/11 1431/18
1433/20 1433/21
1433/22 1434/19
1435/11 1437/9
1437/22 1439/25
1441/16 1442/12
1449/12 1450/9
1450/13 1451/1
1452/22 1453/25
1457/11 1458/12
1459/1 1461/23
1464/17 1465/6 1466/8
1468/2 1468/13
1468/20 1470/24
1474/11 1474/13
1474/15 1477/6
1483/12 1484/11
1485/10 1485/25
1490/9 1491/11
1499/14 1499/19
1501/6 1501/14
1504/10 1507/9
1508/17 1508/20
1509/2 1509/9 1509/19
1510/22 1511/2
1515/18 1516/7 1517/2
1517/4 1530/3 1533/20
1541/14 1544/8
1544/19 1545/3
1546/22 1546/22
1547/22 1548/11
1549/23 1550/18
1551/22 1553/4
1553/18 1554/5
1555/18 1556/5
1556/10 1556/16
1559/18 1560/5 1560/9
1560/17 1560/22
1560/25 1561/3
1561/13 1563/8 1564/2
1564/11 1564/19
**so I think [1]** 1423/3
1430/25 1474/11
1508/17
**So this is [1]** 1544/8
**socialism [3]** 1441/6
1441/7 1441/8
**socialists [1]** 1441/8
**soldier [1]** 1485/17
**some [43]** 1424/24
1425/10 1428/9
1430/22 1431/2 1436/1
1437/1 1438/17 1444/1
1455/24 1459/1 1459/7
1460/9 1476/3 1476/8
1476/19 1488/12
1488/18 1493/3
1493/10 1502/12

1513/23 1520/24
1521/3 1526/21
1526/21 1529/4
1532/22 1535/19
1540/10 1543/8
1555/10 1555/11
1556/17 1556/18
1556/19 1558/3
1559/23 1561/25
1564/4
**somebody [10]** 1433/1
1463/5 1464/8 1471/24
1472/21 1483/9
1498/12 1498/25
1504/7 1513/9
**someone [19]** 1424/23
1469/10 1469/15
1472/11 1473/6
1482/22 1483/5 1486/4
1486/20 1487/13
1488/2 1500/13
1502/21 1503/22
1504/4 1505/15
1529/24 1546/16
1557/13
**someone's [1]** 1546/23
**something [20]**
1421/19 1431/12
1431/16 1432/21
1433/17 1434/2
1436/20 1439/17
1450/4 1474/7 1476/11
1489/25 1503/24
1521/9 1525/15
1525/25 1528/1
1552/25 1564/16
1564/17
**sometime [1]** 1544/14
**sometimes [1]** 1500/14
**somewhat [1]** 1522/1
**soon [4]** 1430/16
1505/7 1517/4 1534/22
**sooner [1]** 1486/18
**soonest [2]** 1502/1
1503/7
**SoRelle [1]** 1553/23
**sorry [29]** 1428/13
1432/1 1434/3 1434/11
1437/9 1438/7 1440/17
1440/19 1442/18
1448/15 1451/15
1452/23 1456/8 1456/9
1481/10 1484/7 1490/9
1497/22 1500/8
1503/23 1504/5
1522/12 1522/19
1528/4 1530/25
1532/14 1542/9 1544/4
1544/22
**sort [18]** 1424/1 1424/2
1424/9 1424/10
1424/18 1425/15
1426/9 1426/25
1428/24 1429/9 1492/4
1492/21 1507/15
1524/11 1535/19
1542/2 1560/5 1564/4

**sound [1]** 1480/9
**sounds [1]** 1479/21
**source [1]** 1520/23
**space [2]** 1502/3
1503/11
**spanned [1]** 1556/20
**speak [2]** 1532/4
1545/2
**speakers [1]** 1454/15
**speaking [4]** 1461/17
1474/20 1497/11
1520/19
**speaks [1]** 1495/7
**special [83]** 1435/14
1435/16 1435/25
1436/20 1436/24
1436/25 1437/12
1438/6 1440/18
1441/13 1442/18
1442/20 1443/17
1444/22 1446/2 1447/3
1450/20 1450/24
1451/13 1451/17
1453/4 1455/2 1457/2
1461/10 1462/20
1464/20 1466/17
1468/6 1469/4 1473/17
1473/22 1474/19
1474/25 1475/6 1476/2
1477/6 1478/4 1478/8
1478/14 1480/4
1480/21 1481/22
1488/12 1489/14
1489/17 1490/10
1490/16 1492/24
1493/11 1496/4
1497/10 1498/8
1498/10 1498/21
1498/23 1500/10
1500/12 1507/19
1510/17 1514/7
1517/15 1519/8 1520/7
1520/10 1522/23
1523/18 1523/22
1530/5 1530/19 1531/7
1531/14 1531/25
1534/20 1536/1 1536/7
1536/12 1536/18
1537/13 1540/9 1541/7
1551/4 1551/19
1551/20
**Special Agent [15]**
1447/3 1490/10
1490/16 1498/8
1500/12 1507/19
1520/7 1522/23
1523/18 1530/5
1530/19 1531/7
1531/25 1536/7 1541/7
**Special Agent Mark
Seyler [1]** 1551/4
**Special Agent Michael
Palian [1]** 1435/14
**Special Agent Palian
[51]** 1436/25 1440/18
1441/13 1442/18
1442/20 1443/17

1450/20 1450/24
1451/13 1451/17
1453/4 1457/2 1461/10
1462/20 1466/17
1469/4 1473/17
1473/22 1474/19
1474/25 1475/6 1476/2
1477/6 1478/4 1478/8
1478/14 1480/4
1480/21 1481/22
1488/12 1489/17
1492/24 1496/4
1497/10 1498/10
1498/21 1498/23
1500/10 1510/17
1517/15 1519/8
1520/10 1523/22
1531/14 1534/20
1536/1 1536/12
1537/13 1540/9

**Special Agent Seyler
[2]** 1551/19 1551/20
**specific [2]** 1456/6
1555/20
**specifically [1]**
1554/15
**speculation [2]** 1546/1
1548/22
**spelling [1]** 1426/24
**spend [1]** 1552/13
**Spigots [1]** 1503/18
**spoke [2]** 1480/5
1504/4
**spoken [3]** 1454/21
1463/16 1551/13
**sponte [1]** 1433/7
**spot [1]** 1425/2
**spray [2]** 1442/12
1480/6
**spreadsheet [2]**
1455/12 1455/15
**spring [1]** 1545/4
**Spy [6]** 1498/13
1498/13 1499/20
1500/13 1500/18
1526/24
**squared [1]** 1438/12
**Sr [6]** 1416/16
1465/14 1465/21
1465/23 1466/25
1467/7 1467/8 1467/9
**Stack 1 [2]** 1465/8
1467/7
**stacks [1]** 1465/12
**staff [1]** 1495/25
**staged [1]** 1487/5
**staging [2]** 1497/15
1497/20
**stairs [4]** 1467/11
1468/10 1468/11
1468/18
**Stamey [19]** 1471/24
1472/4 1472/5 1472/7
1504/16 1505/15
1505/22 1505/24
1505/24 1506/3 1506/4

**S**

Stamey... [8] 1506/8
1506/22 1514/2 1514/4
1514/13 1527/23
1528/5 1528/6
stand [10] 1435/15
1439/24 1440/5
1493/15 1495/7 1495/8
1495/8 1495/15
1495/19 1495/19
stand-down [1]
1493/15
standing [3] 1493/11
1539/17 1539/18
stands [1] 1564/24
stanley [3] 1416/2
1416/5 1420/16
Stanley Woodward [1]
1420/16
start [5] 1479/13
1503/7 1507/9 1517/4
1564/20
started [2] 1457/14
1483/16
state [22] 1429/21
1430/1 1447/12 1472/7
1477/8 1492/12 1494/2
1504/3 1504/9 1504/14
1504/16 1504/18
1504/20 1504/23
1505/9 1521/9 1521/12
1521/15 1521/20
1528/6 1528/23
1544/22
statement [7] 1424/12
1425/5 1426/12
1426/16 1431/14
1431/19 1491/7
statements [18]
1421/4 1424/19
1424/19 1424/21
1424/22 1426/2 1426/7
1426/19 1427/11
1428/3 1428/4 1433/2
1433/6 1499/10
1508/10 1508/12
1508/13 1508/21
STATES [7] 1414/1
1414/3 1414/10 1420/7
1425/23 1429/20
1539/19
status [1] 1543/4
statute [3] 1429/13
1429/18 1429/20
stay [1] 1560/25
steal [1] 1492/11
Steal' [1] 1493/7
stealing [1] 1441/8
stenography [1]
1417/6
step [5] 1426/25
1426/25 1441/16
1464/17 1507/19
stepped [1] 1464/21
steps [1] 1467/1
STEWART [20] 1414/6
1415/2 1420/8 1442/7
1482/7 1486/13

1492/16 1495/22
1497/13 1500/13
1501/10 1502/24
1504/1 1506/19
1513/10 1548/19
1549/5 1556/16
Stewart Rhodes [7]
1492/16 1495/22
1497/13 1500/13
1548/19 1549/5
1556/16
stick [1] 1509/19
still [5] 1441/18
1441/19 1499/24
1503/18 1561/15
stipulate [1] 1507/24
stipulated [1] 1563/16
stipulating [1] 1515/17
stipulation [14]
1514/25 1515/1 1515/3
1515/5 1515/13
1515/15 1515/21
1515/23 1515/24
1516/7 1516/9 1516/16
1516/20 1563/12
stipulations [1] 1516/2
stole [1] 1441/8
Stone [8] 1437/18
1438/22 1439/25
1440/21 1441/15
1494/19 1508/10
1508/13
stop [6] 1488/7
1492/11 1495/10
1542/3 1559/16
1563/15
stored [1] 1519/13
Street [3] 1414/17
1415/11 1415/15
stretched [1] 1522/4
strict [2] 1549/6 1549/8
strike [1] 1502/1
stuck [1] 1470/7
stuff [4] 1431/12
1494/20 1552/19
1559/13
stun [1] 1442/12
style [3] 1484/24
1493/14 1503/17
sua [1] 1493/17
subject [11] 1448/5
1448/16 1452/9
1453/14 1457/19
1457/21 1462/12
1466/8 1466/11
1466/15 1484/10
submitted [1] 1453/23
subpoena [1] 1509/6
1563/1 1563/3
subscribed [3]
1526/14 1526/18
1526/22
subscriber [3] 1520/15
1521/18 1522/8
substantially [1]
1554/17
substitute [1] 1430/14

successes [2] 1426/3
1426/9
successfully [1]
1422/2
such [10] 1421/21
1422/20 1422/24
1427/25 1429/21
1429/22 1433/16
1449/9 1493/13
1510/21
sufficient [1] 1519/4
suggest [3] 1459/3
1461/1 1536/25
suggested [8] 1443/5
1469/24 1472/11
1472/21 1473/6 1524/2
1537/1 1556/1
suggesting [1]
1449/18
suggestions [1]
1501/21
suggests [6] 1459/24
1460/22 1479/16
1480/5 1526/4 1526/5
suit [1] 1532/5
Suite [4] 1415/4 1415/8
1416/8 1416/17
summaries [1]
1455/21
summarize [1] 1455/24
summarizes [1] 1522/8
summary [8] 1455/19
1456/4 1456/7 1457/3
1458/13 1478/18
1522/7 1523/6
Sunday [1] 1516/3
Sunken [1] 1422/14
support [1] 1501/19
1559/2
suppose [1] 1469/16
suppress [2] 1429/17
1429/23
suppressed [1] 1475/8
Supreme [3] 1424/16
1424/20 1424/25
Supreme Court [3]
1424/16 1424/20
1424/25
sure [22] 1438/21
1444/24 1449/3
1449/21 1450/18
1464/15 1465/10
1465/17 1484/12
1490/7 1492/25 1495/6
1520/21 1524/6 1532/2
1534/21 1535/6
1539/23 1543/24
1548/17 1560/5 1563/9
surrender [1] 1552/8
surrounding [1]
1423/4
surveillance [1]
1545/16
surveilling [2] 1545/14
1545/15
suspect [1] 1423/12
sustain [3] 1450/1

sustained [8] 1450/14
1468/4 1477/16 1550/5
1550/11 1557/16
1558/11 1558/16
switching [1] 1512/20
SWORN [1] 1435/20
synopsis [1] 1449/1
system [2] 1423/15
1423/15
systems [1] 1422/25

**T**

T-shire [1] 1532/5
table [1] 1484/4
tablet [1] 1445/15
tactical [1] 1535/8
take [26] 1421/19
1432/13 1441/17
1442/14 1445/24
1469/1 1473/14
1480/18 1489/15
1493/20 1494/22
1496/1 1498/19 1502/8
1507/14 1509/20
1517/9 1518/15 1535/1
1535/23 1540/6
1550/22 1551/23
1554/10 1555/13
1559/16
taken [8] 1423/3
1430/24 1530/9
1531/19 1536/25
1537/1 1558/8 1562/17
talk [12] 1431/8
1431/17 1462/13
1462/20 1485/22
1517/7 1543/21
1551/12 1559/24
1561/13 1561/16
1564/15
talked [6] 1421/8
1423/23 1424/16
1428/4 1530/5 1562/10
talking [18] 1424/1
1426/7 1432/15 1455/8
1462/24 1468/16
1469/17 1477/19
1478/5 1489/17
1497/15 1516/17
1536/2 1537/14
1540/10 1543/22
1544/10 1545/13
talks [1] 1445/20
tanks [1] 1503/13
tape [1] 1454/2
tapes [1] 1454/13
1508/1
Tar [1] 1439/15
Tarantino [2] 1425/23
1508/18
Tarpley [2] 1415/10
1420/15
Tasers [1] 1487/4
tax [1] 1439/15
taxes [1] 1439/8
teams [1] 1535/18
technical [1] 1437/5

teen [1] 1495/14
telegram [1] 1422/21
telephone [2] 1459/20
1472/2
tell [15] 1423/4
1425/15 1428/23
1429/4 1457/11
1461/23 1463/15
1515/14 1526/3 1541/6
1543/4 1560/6 1562/6
1564/11 1564/21
telling [2] 1466/18
1563/15
tentative [1] 1504/24
tentatively [1] 1450/13
tents [1] 1503/12
term [13] 1430/20
1463/23 1465/21
1466/4 1466/5 1467/4
1467/6 1467/8 1467/18
1467/21 1467/22
1476/7 1482/1
terms [1] 1429/2
1430/5 1508/9 1561/4
terrorists [1] 1493/15
Terry [4] 1472/20
1472/22 1472/25
1473/2
Terry Cummings [4]
1472/20 1472/22
1472/25 1473/2
testified [5] 1449/6
1449/8 1479/2 1521/11
1553/11
testify [11] 1449/12
1449/13 1449/24
1509/8 1509/9 1546/2
1547/23 1548/25
1549/2 1549/14 1559/1
testifying [1] 1558/24
testimony [10] 1436/6
1452/9 1453/15
1478/22 1488/15
1510/13 1520/22
1530/7 1530/14 1562/8
Texas [2] 1550/23
1552/4
text [16] 1448/17
1456/24 1473/22
1483/2 1494/9 1513/4
1513/6 1522/3 1532/13
1532/22 1549/7 1550/7
1558/14 1558/18
1558/25 1560/15
texting [2] 1556/7
1557/9
texts [3] 1512/24
1557/14 1559/8
than [8] 1431/5
1442/11 1446/20
1550/7 1558/4 1558/20
1559/6 1563/13
thank [49] 1434/10
1435/7 1435/13
1435/18 1436/24
1438/4 1442/16
1444/14 1445/23

**T**

thank... [40] 1447/4
1450/15 1454/24
1456/17 1456/25
1462/16 1464/20
1466/10 1468/12
1469/1 1473/14 1474/5
1475/16 1480/18
1481/18 1484/5
1484/13 1489/14
1491/17 1494/24
1496/1 1504/5 1507/7
1507/11 1508/24
1510/2 1510/7 1510/8
1510/15 1511/10
1519/6 1519/11
1522/24 1523/15
1531/11 1535/21
1540/6 1543/11 1560/1
1561/22
thank you [37]
1434/10 1435/7
1435/13 1435/18
1436/24 1438/4
1442/16 1444/14
1445/23 1447/4
1454/24 1456/17
1456/25 1462/16
1464/20 1466/10
1468/12 1469/1
1473/14 1474/5
1475/16 1480/18
1481/18 1484/13
1496/1 1507/11 1510/8
1510/15 1511/10
1519/6 1519/11
1522/24 1531/11
1535/21 1540/6
1543/11 1560/1
thanks [4] 1485/7
1485/17 1514/7 1520/7
that [667]
that's [87] 1422/10
1426/18 1427/22
1428/15 1429/9 1430/2
1430/7 1430/11
1433/10 1434/5
1438/22 1439/21
1441/18 1442/12
1449/5 1450/5 1451/22
1453/10 1457/6
1458/15 1458/18
1458/24 1459/19
1459/24 1460/2
1460/15 1460/21
1460/22 1461/8
1462/13 1464/25
1466/21 1468/17
1469/8 1470/25 1471/1
1471/3 1472/24 1473/9
1476/9 1482/24
1484/12 1488/9
1491/25 1496/6
1500/15 1500/24
1500/25 1503/14
1504/3 1505/20 1509/4
1509/10 1512/23
1516/24 1518/3 1519/9

1523/25 1524/21
1527/2 1527/2 1528/1
1528/16 1529/12
1530/2 1537/23 1538/4
1538/9 1538/16
1541/24 1543/10
1544/11 1545/6 1547/1
1547/8 1556/9 1558/11
1558/20 1560/16
1560/19 1560/23
1563/5 1563/13
1563/20 1563/23
theater [1] 1535/8
their [8] 1433/12
1438/11 1477/12
1477/24 1495/11
1495/11 1495/13
1495/14
thelinderfirm.com [1]
1415/6
them [24] 1432/7
1433/3 1434/7 1434/8
1452/20 1458/12
1483/22 1495/10
1495/13 1495/13
1499/13 1516/14
1518/5 1529/18 1531/6
1543/6 1545/14
1545/16 1548/3
1555/11 1555/12
1556/20 1559/21
1563/22
themselves [1] 1454/5
then [57] 1421/1
1425/3 1425/13
1426/16 1428/7 1440/1
1441/18 1445/16
1445/17 1445/19
1445/21 1458/9
1458/19 1460/17
1460/21 1466/4 1478/1
1483/18 1486/20
1492/21 1494/1 1494/5
1494/11 1494/23
1501/9 1502/4 1505/13
1506/3 1506/10
1506/17 1508/8
1509/20 1511/14
1511/18 1511/22
1512/6 1513/15
1521/23 1527/13
1534/15 1535/9
1535/24 1538/9
1542/14 1542/16
1543/6 1546/23
1546/24 1549/6 1555/5
1556/13 1560/6
1561/15 1563/1
1564/10 1564/15
1564/21
there [86] 1420/25
1421/1 1422/19
1423/10 1423/12
1428/7 1430/22 1433/6
1434/19 1444/1 1446/3
1446/19 1448/25
1449/8 1451/21

1455/17 1456/11
1456/24 1457/16
1457/18 1457/19
1458/11 1458/24
1460/17 1461/11
1463/2 1463/3 1468/13
1470/9 1470/11 1471/4
1476/3 1477/18 1478/6
1481/14 1484/4
1489/25 1490/2 1491/4
1492/22 1494/1 1494/4
1495/2 1502/11
1503/13 1509/4
1510/21 1515/4 1515/4
1515/10 1515/13
1515/14 1519/1 1520/8
1520/9 1524/2 1524/4
1525/22 1528/8
1529/21 1533/23
1533/25 1534/23
1536/14 1538/12
1545/20 1546/6 1546/9
1546/11 1547/9
1547/22 1549/7
1549/20 1552/23
1553/4 1553/18 1558/3
1560/23 1560/23
1561/24 1562/14
1562/15 1563/9
1564/20
there's [30] 1421/13
1421/21 1422/4
1422/22 1423/4
1423/18 1425/13
1428/23 1432/19
1448/20 1449/21
1460/21 1465/6 1469/5
1473/5 1487/19
1494/11 1509/3 1527/4
1527/16 1527/17
1529/4 1529/14
1542/16 1543/8 1557/6
1561/15 1562/15
1563/14 1564/6
thereafter [2] 1489/20
1489/23
these [62] 1420/22
1423/3 1423/9 1423/10
1423/13 1423/14
1423/20 1423/22
1423/25 1425/3
1425/17 1426/7 1428/2
1438/10 1449/11
1454/10 1458/16
1459/2 1467/1 1469/11
1473/1 1481/4 1489/4
1492/23 1494/16
1498/16 1498/18
1498/23 1499/3
1500/21 1500/22
1502/18 1504/14
1508/13 1511/23
1513/6 1515/21 1516/2
1516/5 1517/6 1517/20
1517/22 1518/4 1521/5
1524/23 1525/5 1525/5
1530/23 1531/17

1534/16 1539/16
1539/20 1542/14
1550/7 1557/21
1558/18 1559/13
1560/13 1560/15
1562/18
they [66] 1422/25
1426/10 1427/4 1433/3
1433/5 1433/9 1433/12
1448/3 1449/19 1450/7
1451/23 1451/25
1452/4 1452/7 1453/23
1455/7 1455/11
1455/12 1457/10
1458/7 1465/21
1467/10 1467/18
1467/20 1467/22
1468/1 1470/22
1470/24 1471/15
1477/1 1487/9 1494/15
1495/12 1495/14
1499/12 1502/21
1513/16 1522/2 1522/3
1525/11 1531/5
1539/17 1539/18
1542/15 1545/9
1545/25 1548/4
1548/13 1549/8
1549/11 1549/22
1549/23 1549/24
1549/24 1551/12
1551/13 1551/14
1551/15 1551/15
1551/17 1556/18
1558/24 1559/1 1559/2
1559/12 1562/18
they'll [2] 1428/5
1456/12
they're [6] 1426/9
1429/14 1449/17
1465/24 1468/1
1545/13
they've [2] 1465/25
1560/13
thing [5] 1432/8
1432/12 1432/19
1545/4 1548/12
things [4] 1477/1
1535/10 1548/20
1559/6
think [55] 1423/3
1423/3 1423/8 1423/23
1423/24 1424/15
1425/8 1426/18 1427/5
1427/17 1427/18
1427/20 1427/25
1429/9 1429/12 1430/4
1430/23 1430/25
1431/1 1432/5 1436/5
1439/1 1445/21
1447/11 1448/20
1449/25 1449/25
1462/10 1462/24
1463/25 1465/21
1465/24 1465/25
1466/17 1466/22
1468/1 1474/11

1607/25 1487/18
1488/9 1508/17
1515/10 1515/13
1519/4 1522/21 1530/2
1530/16 1536/14
1542/10 1545/1 1554/2
1555/3 1557/1 1560/14
1560/16
thinking [1] 1425/8
third [2] 1537/20
1538/14
this [289]
Thomas [6] 1416/16
1420/19 1499/22
1500/19 1515/6 1527/2
Thomas Caldwell [2]
1500/19 1515/6
Thomas Caldwell's [1]
1527/2
Thomas Edward
Caldwell [1] 1420/10
those [63] 1423/22
1426/8 1429/23
1433/18 1433/25
1435/9 1448/21 1452/1
1452/4 1452/25
1453/11 1453/16
1454/22 1455/9
1455/10 1455/19
1455/21 1456/13
1457/7 1458/10 1463/5
1464/11 1468/7
1468/21 1469/19
1470/1 1470/6 1471/9
1476/5 1476/10
1476/17 1476/18
1476/21 1476/22
1481/2 1481/8 1488/17
1489/4 1490/20 1501/3
1501/22 1503/8 1507/2
1508/11 1510/15
1522/1 1522/14
1522/19 1525/1 1525/9
1526/21 1527/5 1527/6
1530/16 1534/12
1535/23 1544/23
1548/15 1549/10
1552/20 1555/10
1555/13 1555/15
though [1] 1508/12
thought [4] 1428/19
1429/2 1433/13 1484/8
thoughts [1] 1434/6
thread [1] 1498/16
three [6] 1444/10
1463/3 1463/4 1485/10
1539/16 1539/20
through [19] 1435/9
1442/24 1446/9
1451/24 1452/11
1452/20 1453/12
1453/17 1465/13
1483/20 1498/4
1530/15 1531/1 1531/8
1531/9 1543/6 1554/10
1554/14 1557/22
thumbs [3] 1502/6
1511/5 1512/17

**T**

**thumbs-up [3]** 1502/6
1511/5 1512/17
**Thursday [1]** 1506/9
**tied [1]** 1558/21
**tight [1]** 1442/7
**time [53]** 1422/9
1424/23 1427/21
1430/20 1430/22
1435/7 1441/23 1444/4
1446/17 1446/23
1448/4 1448/18
1450/21 1451/14
1452/8 1454/6 1456/2
1457/12 1457/15
1459/10 1462/2 1477/8
1479/11 1481/11
1486/25 1490/23
1491/18 1495/15
1496/9 1496/14 1498/4
1499/6 1505/7 1506/22
1507/5 1514/22 1517/9
1519/23 1523/9
1525/23 1526/1 1526/6
1537/3 1539/4 1540/21
1544/4 1544/21
1544/22 1545/9
1545/14 1553/22
1553/23 1554/13
**time-saving [1]** 1422/9
**times [1]** 1526/18
**tiny [1]** 1522/3
**tip [21]** 1446/8 1446/12
1446/13 1446/16
1446/17 1446/18
1446/19 1447/10
1447/11 1447/14
1447/15 1447/23
1448/17 1448/19
1449/6 1449/12
1449/13 1449/23
1450/22 1450/24
1451/3
**tips [1]** 1448/2
**tipster [4]** 1451/1
1451/4 1451/7 1451/7
**title [3]** 1492/21 1535/7
1556/13
**titled [2]** 1494/6 1565/4
**today [9]** 1433/4
1439/17 1452/2
1501/12 1503/5
1509/10 1530/14
1563/2 1563/3
**together [1]** 1423/4
**told [7]** 1476/7 1515/11
1520/11 1526/24
1529/15 1542/19
1563/3
**Tom [9]** 1501/10
1502/25 1504/2 1504/4
1505/4 1511/10
1542/15 1542/16
1543/5
**Tom Caldwell [3]**
1502/25 1542/15
1542/16
**tomorrow [2]** 1431/2

**tonight [3]** 1445/7
1445/14 1482/14
**too [4]** 1440/6 1477/6
1488/6 1527/25
**took [7]** 1531/20
1548/2 1548/13
1550/23 1551/25
1552/2 1554/13
**top [7]** 1457/2 1462/21
1462/25 1463/2
1491/21 1535/7
1537/20
**topic [1]** 1441/14
**torch [1]** 1495/14
**touch [1]** 1551/15
**tough [1]** 1483/23
**towards [2]** 1463/1
1468/13
**Towers [1]** 1416/17
**town [1]** 1501/12
**track [1]** 1429/13
**training [3]** 1483/19
1483/21 1483/23
**traitor [1]** 1493/16
**transaction [1]**
1540/16
**transcript [28]** 1414/9
1417/6 1453/4 1453/7
1473/24 1474/7
1474/11 1474/15
1479/17 1480/5
1507/23 1507/25
1508/2 1508/3 1543/22
1544/5 1544/12
1544/13 1545/4
1545/24 1546/3 1546/6
1546/8 1552/24 1553/1
1553/4 1558/19 1565/3
**transcription [1]**
1417/7
**transcripts [15]**
1453/19 1453/22
1454/1 1454/2 1454/5
1454/8 1454/10
1454/11 1454/17
1454/18 1454/19
1454/22 1507/15
1507/22 1508/6
**transmission [1]**
1423/13
**trial [13]** 1414/9 1425/5
1451/11 1451/18
1451/19 1452/2 1453/7
1455/18 1461/15
1507/22 1522/6 1523/7
1563/23
**tried [2]** 1421/6
1561/14
**troops [1]** 1503/17
**trouble [1]** 1477/1
**Troy [2]** 1414/15
1420/12
**Troy Edwards [1]**
1420/12
**true [4]** 1472/21 1503/8
1508/19 1528/12
**Trump [6]** 1439/24

1486/18 1494/2 1532/3
**truth [1]** 1422/9
**truthful [1]** 1553/20
**try [7]** 1435/9 1468/1
1474/10 1474/13
1530/21 1550/3 1560/7
**trying [7]** 1429/10
1431/11 1544/23
1548/19 1548/20
1549/11 1549/23
**TTYL [1]** 1485/21
**turn [12]** 1473/17
1486/2 1487/1 1488/21
1498/7 1507/4 1507/16
1510/19 1513/19
1533/11 1533/23
1534/12
**turned [1]** 1424/25
**turning [12]** 1469/4
1470/9 1484/22 1485/5
1485/9 1485/15
1485/18 1486/19
1487/25 1505/12
1512/20 1535/13
**twice [1]** 1463/12
**two [17]** 1428/13
1433/11 1450/17
1465/12 1474/11
1478/15 1481/2
1486/14 1492/22
1501/4 1514/23 1516/5
1527/5 1550/15
1550/16 1553/5
1560/19
**TX [2]** 1415/4 1415/8
**type [3]** 1431/2 1502/1
1519/13
**types [1]** 1433/18
**typically [1]** 1516/16

**U**

**U.S [5]** 1414/16
1421/14 1421/20
1424/7 1507/17
**U.S. [3]** 1424/17
1429/19 1495/23
**U.S. Army [1]** 1495/23
**U.S.S [1]** 1503/25
**ultimately [7]** 1425/21
1426/18 1427/17
1427/19 1543/9 1559/1
1560/19
**unanimous [1]**
1431/13
**uncovered [1]** 1477/19
**under [11]** 1426/6
1435/1 1435/17 1450/8
1464/9 1464/16 1468/7
1468/21 1486/17
1509/5 1514/25
**undergone [1]** 1515/18
**underneath [10]**
1464/23 1469/5 1471/4
1471/22 1472/10
1472/20 1492/22
1495/1 1532/5 1542/8
**understand [12]**

1430/10 1456/14
1470/16 1509/3
1546/22 1553/24
1554/1 1557/5 1560/12
1560/21
**understanding [4]**
1453/24 1470/15
1504/19 1547/1
**underway [1]** 1501/13
**unfairly [1]** 1449/17
**unindicted [1]** 1427/5
**UNITED [7]** 1414/1
1414/3 1414/10 1420/7
1425/23 1429/20
1539/19
**United States [3]**
1425/23 1429/20
1539/19
**United States of [1]**
1420/7
**unknown [2]** 1422/14
1504/25
**unless [4]** 1442/10
1510/15 1561/14
1564/16
**unnecessarily [1]**
1453/19
**unquote [2]** 1450/4
1494/18
**unregulated [1]** 1430/9
**unrest [1]** 1429/17
**until [7]** 1422/10
1431/1 1431/20
1509/19 1510/14
1545/4 1561/16
**up [74]** 1423/17
1423/22 1424/24
1425/1 1425/2 1425/11
1427/25 1428/21
1430/17 1430/18
1430/21 1431/16
1436/17 1437/6 1437/9
1439/16 1441/16
1443/14 1444/19
1445/6 1446/24
1448/12 1456/22
1465/17 1467/11
1468/10 1468/11
1468/17 1473/19
1474/16 1476/21
1479/14 1481/9
1482/16 1485/8 1490/4
1493/6 1495/18
1495/19 1495/19
1498/10 1498/20
1500/11 1502/6
1503/13 1507/20
1507/21 1508/9
1509/20 1510/24
1511/5 1511/14
1511/14 1512/3
1512/17 1514/8 1516/5
1517/4 1517/9 1519/12
1522/23 1523/1
1530/18 1532/4 1534/1
1534/21 1534/22
1536/6 1540/18

1541/17 1542/2
1552/19 1559/1
1559/12
**upon [1]** 1468/22
**urged [1]** 1495/10
**us [29]** 1425/12
1434/19 1439/24
1440/6 1440/8 1457/11
1465/6 1466/18 1476/7
1483/13 1487/9
1487/10 1494/10
1495/14 1505/5
1513/16 1517/3
1520/11 1520/25
1520/25 1526/3
1526/24 1529/15
1539/21 1541/6
1542/19 1546/21
1554/13 1554/19
**usdoj.gov [2]** 1414/19
1414/20
**use [5]** 1425/25
1429/22 1465/20
1468/1 1505/5
**used [17]** 1421/24
1449/19 1466/5 1466/5
1467/22 1476/8
1477/22 1504/1
1504/13 1504/16
1506/14 1507/23
1558/4 1558/5 1558/8
1558/8 1558/9
**useful [1]** 1430/21
**usefulness [2]** 1426/16
1427/10
**user [20]** 1521/4
1521/5 1521/8 1521/19
1521/24 1523/23
1524/3 1524/12
1524/25 1525/2 1525/7
1525/16 1526/8
1526/17 1526/24
1527/16 1528/9
1529/14 1529/21
1542/15
**users [1]** 1526/22
**using [4]** 1422/2
1429/25 1465/24
1467/4
**usurper [1]** 1438/24
**utilized [3]** 1443/7
1527/22 1527/23

**V**

**VA [1]** 1502/25
**validity [1]** 1564/6
**various [2]** 1469/16
1532/6
**verified [1]** 1528/1
**verifies [1]** 1519/5
**verify [3]** 1518/2
1518/22 1518/23
**Verizon [1]** 1471/14
**versus [7]** 1420/7
1421/14 1422/13
1422/17 1424/7
1425/23 1507/17
**very [11]** 1430/20

**V**

very... [10] 1441/2
1441/13 1442/7
1491/21 1507/11
1510/1 1520/18 1522/3
1548/19 1562/11
veteran [2] 1495/23
1495/24
veterans [2] 1493/4
1493/11
via [2] 1422/20 1520/23
vibe [1] 1501/11
video [22] 1440/11
1440/14 1443/2
1449/14 1466/3
1466/18 1466/23
1466/24 1466/25
1497/8 1497/10
1546/19 1562/17
1562/24 1563/10
1563/17 1563/19
1563/22 1564/7
1564/10 1564/12
1564/13
videos [1] 1466/22
view [3] 1425/5
1428/12 1517/15
viewed [1] 1518/5
violative [1] 1453/20
Virginia [3] 1447/13
1501/11 1503/4
visit [1] 1495/11
voice [15] 1474/19
1474/21 1474/22
1475/1 1475/2 1478/25
1479/1 1479/3 1479/5
1479/8 1479/17
1479/20 1479/21
1480/9 1480/9
VoicesInMyHead1954
[1] 1542/20
voir [1] 1468/3
volume [1] 1560/10
voluminous [3] 1457/7
1522/1 1554/13
voluntarily [3] 1550/19
1552/8 1552/10
voluntary [1] 1554/6
volunteer [3] 1493/1
1493/8 1495/23
volunteered [1]
1503/11
vote [3] 1441/5 1441/7
1475/7
votes [1] 1441/9
vs [1] 1414/5

**W**

Wakins [1] 1487/3
walls [1] 1497/11
want [19] 1433/18
1434/13 1483/22
1484/2 1484/11
1486/24 1502/25
1509/11 1509/16
1518/22 1543/21
1543/25 1546/15
1552/16 1555/18

1561/13
wanted [4] 1484/7
1514/5 1518/3 1551/22
1549/5
wanting [2] 1476/20
1549/5
wants [1] 1430/11
warfare [1] 1493/11
warrant [5] 1514/20
1515/6 1516/10 1552/6
1552/7
warrants [1] 1516/18
was [218]
Washington [7] 1414/5
1414/17 1416/4 1416/9
1417/5 1489/22 1493/2
Washington, [1]
1490/1
Washington, D.C [1]
1490/1
wasn't [2] 1546/20
1555/11
watch [3] 1495/15
1564/15 1564/21
watched [3] 1466/19
1466/22 1564/13
water [3] 1435/1
1503/12 1503/13
Watkins [33] 1415/14
1420/10 1420/19
1460/17 1460/20
1478/20 1478/25
1479/17 1479/22
1480/22 1482/21
1483/17 1484/23
1485/10 1485/11
1485/19 1485/20
1486/4 1486/11
1486/13 1486/16
1487/4 1487/12 1488/1
1488/14 1488/18
1489/9 1521/16
1524/10 1524/21
1537/23 1537/23
1540/5
Watkins' [8] 1479/1
1483/3 1483/7 1489/2
1536/21 1537/25
1538/16 1539/1
way [20] 1421/19
1427/25 1430/11
1434/6 1440/12
1440/15 1441/6 1441/6
1441/7 1441/8 1450/1
1453/10 1472/16
1473/1 1473/11
1494/10 1495/11
1506/19 1549/25
1560/10
ways [1] 1438/23
we [321]
We believe [1] 1471/11
we believed [1]
1532/12
we will [6] 1441/16
1441/19 1441/20
1474/13 1493/8 1495/8
we'd [6] 1485/12

1516/21 1517/3 1548/5
we'll [9] 1436/18
1497/23 1500/2
1507/11 1510/14
1517/5 1519/2 1534/19
1559/24
we're [23] 1424/1
1429/10 1429/19
1437/5 1445/8 1448/22
1448/23 1455/8 1462/8
1462/24 1474/9
1477/19 1496/24
1497/1 1497/23
1498/20 1512/20
1517/9 1530/21 1541/6
1541/8 1544/9 1558/4
we've [12] 1423/8
1426/7 1469/11
1473/11 1492/20
1515/16 1516/21
1548/15 1548/15
1558/19 1561/4 1562/9
weapon [1] 1543/5
weapons [3] 1486/23
1487/5 1487/9
website [9] 1490/17
1490/21 1491/10
1491/23 1492/4
1493/18 1495/3 1534/2
1562/22
Wednesday [1] 1503/7
week [4] 1449/24
1483/23 1484/5 1516/5
weeks [3] 1517/11
1555/1 1555/3
Weird [1] 1501/11
welcome [2] 1435/5
1510/12
well [24] 1420/24
1424/10 1430/16
1430/21 1431/17
1431/21 1439/18
1441/7 1444/1 1444/20
1449/25 1451/8 1461/3
1479/18 1508/11
1508/16 1509/15
1510/1 1542/8 1559/15
1562/1 1563/13
1564/15 1564/18
went [3] 1465/12
1471/12 1541/9
were [93] 1423/9
1423/10 1423/20
1423/22 1424/19
1425/12 1426/19
1426/20 1427/1
1428/20 1431/11
1432/14 1432/15
1433/3 1433/6 1433/9
1433/13 1434/17
1434/18 1436/1 1437/1
1440/25 1447/23
1448/3 1450/20
1451/21 1452/7
1454/21 1455/10
1455/11 1455/17
1458/1 1458/11 1459/9

1466/18 1467/10
1468/22 1469/17
1470/24 1471/15
1476/3 1477/1 1477/11
1478/20 1484/9
1489/17 1505/18
1508/22 1513/2
1515/16 1516/10
1516/15 1517/16
1517/19 1517/20
1517/22 1518/3 1518/4
1518/8 1525/6 1527/21
1528/11 1530/9
1531/18 1531/19
1532/12 1536/1
1537/14 1541/21
1544/20 1545/9
1545/13 1545/20
1546/9 1546/11
1547/17 1548/4 1549/7
1549/11 1549/20
1549/23 1553/18
1553/20 1554/23
1555/5 1555/8 1555/9
1555/15 1558/8 1558/8
1560/9
weren't [1] 1556/19
West [1] 1447/13
West Virginia [1]
1447/13
western [10] 1472/7
1504/8 1504/9 1504/14
1504/16 1504/18
1504/20 1504/23
1505/9 1528/6
Western State Lead [6]
1504/14 1504/16
1504/18 1504/23
1505/9 1528/6
what [159]
what's [12] 1423/18
1428/12 1453/24
1491/2 1515/23 1516/7
1516/7 1516/12 1519/5
1558/20 1563/16
1563/21
whatever [3] 1509/22
1515/20 1554/23
when [32] 1421/19
1429/16 1430/5
1432/14 1432/15
1435/25 1446/11
1446/11 1448/2
1448/16 1450/24
1451/3 1483/13 1502/1
1503/1 1503/6 1509/7
1512/9 1516/16 1518/4
1526/14 1550/14
1551/22 1552/2
1554/22 1555/5
1555/21 1559/24
1560/9 1560/14 1562/7
1562/23
where [26] 1427/18
1430/6 1433/19
1434/16 1440/24
1440/24 1443/2

1458/23 1463/23
1476/25 1476/25
1477/10 1478/6 1482/4
1484/21 1491/23
1491/25 1506/18
1511/3 1527/25
1539/17 1550/22
1551/12 1559/8 1560/6
1563/5
Where's [1] 1561/7
whether [17] 1421/17
1423/23 1424/2
1424/11 1424/19
1427/4 1428/16 1450/3
1450/7 1466/5 1469/24
1472/15 1477/18
1507/22 1557/22
1559/2 1563/13
which [26] 1422/5
1422/19 1425/9
1429/20 1437/7 1449/1
1454/14 1466/22
1466/23 1466/25
1485/21 1489/21
1503/25 1506/18
1506/20 1510/20
1513/20 1524/24
1526/8 1527/6 1528/23
1533/22 1555/8 1560/8
1560/11 1563/9
while [8] 1431/11
1474/7 1474/10
1498/20 1506/21
1509/12 1511/6
1560/24
Whipp [9] 1463/6
1463/8 1482/22 1483/5
1483/10 1483/17
1484/18 1485/3
1485/11
White [1] 1493/14
who [79] 1423/22
1426/20 1427/3 1433/2
1433/9 1433/20 1442/3
1449/18 1449/23
1452/9 1453/15 1459/3
1459/6 1459/9 1459/15
1460/9 1460/13
1460/18 1462/23
1464/8 1464/11
1467/14 1468/8
1468/20 1468/21
1469/6 1469/10
1470/18 1470/21
1470/25 1471/6 1471/9
1471/11 1471/16
1471/17 1471/18
1472/4 1472/6 1473/10
1474/25 1480/5 1480/5
1482/11 1483/21
1486/5 1492/15
1494/10 1497/11
1497/19 1499/19
1500/17 1501/8
1504/13 1524/2 1524/9
1524/19 1525/6
1527/21 1528/5

**W**

who... **[18]** 1528/12
1528/15 1529/8
1529/10 1537/18
1537/20 1537/22
1538/2 1538/12
1538/15 1539/20
1540/5 1547/13
1547/15 1548/12
1551/3 1562/7 1562/10
who's **[2]** 1498/12
1508/12
who've **[1]** 1423/17
whole **[4]** 1547/7
1547/8 1548/12 1564/8
whose **[2]** 1434/18
1460/6
why **[17]** 1422/22
1430/10 1461/1
1462/13 1466/4 1466/6
1467/8 1471/25 1507/9
1532/8 1535/4 1551/5
1559/15 1559/18
1561/23 1562/3
1564/21
will **[44]** 1423/12
1423/19 1425/14
1428/25 1430/18
1430/20 1430/23
1440/6 1440/7 1441/16
1441/19 1441/20
1442/8 1444/13
1449/24 1450/13
1452/17 1452/22
1452/25 1453/23
1462/12 1466/14
1468/4 1474/13
1481/15 1483/23
1484/4 1491/14 1493/8
1493/10 1495/8
1496/20 1499/21
1501/20 1501/25
1502/1 1508/8 1510/13
1514/23 1518/24
1520/2 1537/8 1539/8
1540/24
William **[4]** 1416/16
1417/2 1565/2 1565/8
willing **[1]** 1517/9
wind **[1]** 1476/20
wish **[1]** 1452/19
withdraw **[2]** 1491/13
1500/2
within **[3]** 1426/8
1427/21 1554/12
without **[3]** 1422/3
1447/16 1448/25
witness **[19]** 1418/2
1435/20 1436/14
1443/15 1446/24
1461/8 1464/19
1465/22 1490/8 1509/3
1509/5 1509/24
1543/12 1561/5
1561/20 1561/23
1562/3 1562/10
1562/12
witness' **[1]** 1562/12

1431/11 1517/5
won't **[3]** 1454/5
1533/22 1559/20
Woodward **[12]** 1416/2
1416/3 1420/16
1424/13 1425/15
1448/25 1499/24
1516/2 1516/3 1516/13
1517/3 1564/2
word **[2]** 1449/19
1562/14
words **[9]** 1427/7
1437/15 1454/21
1454/22 1463/3
1476/17 1476/18
1476/22 1477/12
work **[2]** 1474/8 1531/6
worst **[1]** 1493/13
worst-case **[1]**
1493/13
would **[44]** 1422/22
1424/23 1427/15
1429/1 1429/4 1429/6
1429/8 1430/13
1431/15 1434/23
1444/5 1448/5 1448/21
1449/1 1449/4 1452/10
1452/14 1453/16
1456/3 1462/3 1462/10
1466/9 1477/25
1481/12 1490/24
1491/18 1496/15
1499/7 1508/19 1509/6
1516/5 1516/25
1519/24 1523/10
1527/6 1535/7 1537/4
1538/3 1554/16
1554/16 1554/19
1556/2 1557/13
1558/13
wouldn't **[1]** 1556/4
wrestled **[2]** 1424/9
1425/14
write **[4]** 1436/20
1490/13 1512/16
1513/12
writer **[2]** 1543/1
1543/3
writing **[1]** 1543/3
wrote **[4]** 1425/1
1436/23 1490/14
1513/13

**Y**

y'all **[4]** 1546/15
1550/14 1552/16
1552/18
Yale **[1]** 1495/24
Yale Law School **[1]**
1495/24
Yeah **[5]** 1526/5
1534/23 1546/4 1556/9
1558/6
year **[2]** 1434/15
1555/6
years **[2]** 1495/14
1556/18

1468/7 1468/14
1468/21
yes **[293]**
yesterday **[19]** 1421/1
1423/9 1424/10
1424/16 1425/9
1425/12 1428/5
1432/25 1435/25
1437/8 1437/18 1466/4
1466/19 1476/7 1483/3
1488/12 1494/16
1520/11 1537/8
yet **[4]** 1486/10
1534/21 1552/18
1561/17
you **[498]**
you'd **[2]** 1484/3
1520/3
you'll **[4]** 1501/18
1564/20 1564/20
1564/21
you're **[15]** 1425/16
1434/8 1454/9 1468/16
1507/4 1509/24
1509/24 1512/3
1526/25 1560/7 1560/7
1563/22 1564/2 1564/3
1564/9
you've **[19]** 1441/5
1461/24 1463/15
1463/18 1473/6 1479/2
1526/24 1529/6 1529/6
1529/19 1538/6
1538/13 1543/22
1550/1 1560/8 1561/16
1563/15 1563/24
1564/17
your **[169]**
Your Honor **[95]**
1420/6 1428/14
1428/21 1430/2 1430/4
1430/19 1431/5
1432/11 1432/20
1434/9 1434/10
1434/23 1435/13
1436/13 1444/5
1444/14 1448/4 1448/8
1449/21 1450/15
1451/14 1452/8
1452/13 1452/24
1453/21 1454/3
1454/24 1456/2
1456/17 1461/8 1462/2
1462/11 1462/16
1465/15 1465/20
1466/3 1467/24 1474/9
1477/2 1477/14
1477/25 1481/11
1490/23 1491/5 1491/9
1491/12 1491/17
1496/14 1496/24
1497/23 1498/1 1499/6
1499/21 1499/25
1500/2 1507/7 1509/4
1509/11 1509/22
1510/1 1510/5 1510/7
1514/22 1515/7

1518/25 1519/6
1519/23 1522/24
1523/9 1523/12
1523/15 1530/25
1531/3 1531/5 1531/11
1531/12 1537/3
1540/20 1543/11
1548/7 1549/1 1550/4
1550/10 1553/15
1557/15 1559/10
1561/12 1561/21
1561/24 1562/4
1562/11 1563/11
1564/14
Your Honor's **[1]**
1516/19
yourself **[1]** 1434/7
YouTube **[2]** 1562/16
1562/22

**Z**

Zaremba **[3]** 1417/2
1565/2 1565/8
zealously **[1]** 1564/3
Zello **[17]** 1520/12
1520/14 1520/15
1520/16 1520/20
1520/24 1521/1 1521/5
1521/18 1523/23
1524/11 1524/23
1524/24 1525/6
1525/15 1528/2
1529/21
Zimmerman **[3]**
1472/12 1472/15
1529/11
zoom **[9]** 1443/2
1456/23 1464/6
1488/22 1492/7
1492/17 1494/24
1532/22 1533/3
zoom-in **[1]** 1533/3
zoomed **[3]** 1492/20
1495/1 1533/8
Zsuzsa **[1]** 1416/6