IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )          CR No. 22-15
                                   )          Washington, D.C.
         vs.                       )          October 7, 2022
                                   )          9:30 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )          Day 7
            Defendants.            )
_____   )

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:           Kathryn L. Rakoczy
                              Jeffrey S. Nestler
                              Alexandra Hughes
                              Louis Manzo
                              Troy Edwards
                              U.S. ATTORNEY'S OFFICE
                              601 D Street, NW
                              Washington, D.C. 20579
                              (202) 252-7277
                              Email:
                              kathryn.rakoczy@usdoj.gov
                              Email:
                              jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Stanley Edmund Woodward, Jr.
                                      BRAND WOODWARD LAW
                                      1808 Park Road NW
                                      Washington, D.C. 20010
                                      (202) 996-7447
                                      Email:
                                      stanley@brandwoodwardlaw.com

                                      Juli Zsuzsa Haller
                                      LAW OFFICES OF JULIA HALLER
                                      601 Pennsylvania Avenue, NW
                                      Suite 900
                                      S. Building
                                      Washington, D.C. 20036
                                      (202) 352-2615
                                      Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|-----------|--------|-------|----------|---------|

GOVERNMENT'S:

| | | | | |
|-----------|--------|-------|----------|---------|
| SA RYAN McCAMLEY | 2124 | 2150 | 2157 | |
| SA RYAN McCAMLEY | | 2154 | | |
| SA BYRON CODY | 2158 | 2227 | | |
| SA BYRON CODY | | 2229 | | |

- - -

INDEX OF EXHIBITS

- - -

| GOVERNMENT'S | IDENTIFIED | ADMITTED |
|---|---|---|
| 1671 | | 2130 |
| 7001A | | 2134 |
| 7001 | | 2136 |
| 1004.1 | | 2140 |
| 7003 | | 2148 |
| 6610 | | 2162 |
| 6624 | | 2162 |
| 6701 | | 2170 |
| 1003 | | 2175 |
| 1005 | | 2183 |
| 1008 | | 2196 |
| 1007 | | 2201 |

1               P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.

3          THE COURT:  Please be seated, everyone.

4    Good morning.

5          COURTROOM DEPUTY:  Good morning, Your Honor.

6    This is Criminal Case No. 22-15, the United States of

7    America versus Defendant No. 1, Elmer Stewart Rhodes III;

8    Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;

9    Defendant 4, Jessica Watkins; and Defendant 10,

10   Thomas Edward Caldwell.

11         Kathryn Rakoczy, Jeffrey Nestler,

12   Alexandra Hughes, Troy Edwards, and Louis Manzo for the

13   government.

14         Phillip Linder, James Lee Bright, and

15   Edward Tarpley for Defendant Rhodes.

16         Stanley Woodward and Juli Haller for

17   Defendant Meggs.

18         Bradford Geyer for Defendant Harrelson.

19         Jonathan Crisp for Defendant Watkins.

20         And David Fischer for Defendant Caldwell.

21         All named defendants are present in the courtroom

22   for these proceedings.

23         THE COURT:  Okay.  Good morning, everyone.

24   Welcome back.  I hope everybody is doing well.

25         All right.  JC is going to go line up the jurors.

```
 1    Anything we indeed take up before we get started?
 2              MS. RAKOCZY:  Not for the government, Your Honor.
 3              MR. LINDER:  Not for the defense at this time.
 4              THE COURT:  Okay.  That's what we call a
 5    good morning.
 6              COURTROOM DEPUTY:  Jury panel.
 7              (Jury entered the courtroom.)
 8              THE COURT:  All right.  Please be seated,
 9    everyone, everyone.
10              Ladies and gentlemen, welcome back, and
11    good morning to everyone.  Happy Friday.
12              Last day of the week.  We're only here to about
13    lurch, so let's get started.
14              Mr. Nestler.
15              MR. NESTLER:  Thank you, Your Honor.  The
16    United States calls United States Capitol Police
17    Special Agent Ryan McCamley.
18              COURTROOM DEPUTY:  Before you have a seat, could
19    you please raise your right hand.
20              (Witness is placed under oath.)
21              COURTROOM DEPUTY:  Thank you.
22              THE COURT:  All right.  Officer McCamley, welcome.
23    Good morning.  Feel free if you're comfortable taking your
24    mask off.
25              THE WITNESS:  Thank you.
```

```
 1                          - - -

 2   RYAN McCAMLEY, WITNESS FOR THE GOVERNMENT, SWORN

 3                     DIRECT EXAMINATION

 4   BY MR. NESTLER:

 5        Q    Good morning, sir.

 6        A    Good morning.

 7        Q    Could you please state and spell your name.

 8        A    Sure.  Ryan, R-y-a-n, McCamley, M-c-C-a-m-l-e-y.

 9        Q    And, Special Agent McCamley, what agency do you

10   work for?

11        A    U.S. Capitol Police.

12        Q    What is your current position there?

13        A    Special Agent.

14        Q    How long have you been where the

15   U.S. Capitol Police?

16        A    Almost 18 years.

17        Q    Let's start with your beginning with the

18   Capitol Police.  What was your first role with the

19   Capitol Police?

20        A    So I started in the uniformed division.  I started

21   as an officer inside the Capitol and then went outside on

22   our first responder unit.

23        Q    What does the uniformed division do?

24        A    It is -- it -- post standing inside and outside

25   the Capitol.
```

1       Q     Post standing?

2       A     Yep.

3       Q     What was your next role with the Capitol Police?

4       A     In 2015, I joined the intelligence operations

5   section and then became a Special Agent.

6       Q     What does the intelligence operation section do?

7       A     So we have an investigative response to any

8   reported or identified suspicious activity to determine any

9   nexus to terrorism or criminal activity.

10      Q     As part of being in the intelligence section,

11  did you receive any special training?

12      A     Yes.  They send us to the criminal investigator

13  training program down in Glynco, Georgia.

14      Q     And do you have any training in

15  countersurveillance?

16      A     Yes.

17      Q     What kind of training was that?

18      A     There are several schools that are put on through

19  a bunch of agencies in the NCR.

20      Q     You said the NCR?

21      A     Yeah.  The National Capital Region.  Sorry.

22      Q     And while you were in the intelligence section,

23  did you do any countersurveillance?

24      A     Yes.

25      Q     Finally, after you left the intelligence section

1    with Capitol Police, what's your next role?

2         A    So I became a Task Force Officer with the FBI.

3         Q    And what does that mean to be a Task Force Officer

4    with the FBI?

5         A    So I'm a liaison between the two agencies.  The

6    Capitol Police relies heavily on the FBI for

7    counterterrorism investigations and investigations into

8    threats against members of Congress.

9         Q    So what are your day-to-day responsibilities now?

10        A    So I'm a full-time Task Force Officer assigned to

11   the FBI.  So my office is in the Washington field office.

12   And investigations involving counterterrorism.

13        Q    Does the Capitol Police ever call you home to work

14   on Capitol Police stuff?

15        A    Yes, they do.

16        Q    Let's talk about December of 2020.

17        A    Okay.

18        Q    Are you generally following the news around that

19   time?

20        A    Yes.

21        Q    Why?

22        A    As an intelligence agent, it's part of our job to

23   be in the know of things going on in and around the city or

24   things that could be coming to the city.

25        Q    And why is that important as an intelligence

```
 1   agent?
 2        A    So that we can properly prepare as an agency.  So
 3   that we can give uniformed services what they need to
 4   prepare for any special events, things like that.
 5        Q    Did you come across an article regarding an
 6   organization known as the Oath Keepers in early December of
 7   2020?
 8        A    Yes.
 9        Q    How did that come about?
10        A    It was just through my own newsfeed on my personal
11   phone, just on my personal time.  It just popped up and
12   piqued my interest.
13        Q    Did you read it?
14        A    Yes.
15        Q    Why?
16        A    Again, it's part of my job to kind of be in the
17   know.  I know we had heard about different groups coming to
18   the city after the election for various events, so I just
19   read the article.
20        Q    Had you heard of the Oath Keepers prior to reading
21   that article?
22        A    I may have heard of them but didn't know much
23   about the group.
24        Q    Did the article provide you more information about
25   the organization?
```

1      A     It did.

2      Q     Let's talk about Saturday, December 12th, of 2020.

3      A     Okay.

4      Q     Were you working for the U.S. Capitol Police that

5  day?

6      A     Yes.

7      Q     Why?

8      A     I was drafted to work for a special event.  There

9  were several special events going on that day.

10     Q     What was your assignment to work for a special

11 event that day?  What were you supposed to do?

12     A     It was countersurveillance.  It was monitoring

13 different events throughout the city that may -- there was

14 supposed to say a march that was coming towards the

15 Supreme Court, and we usually help out with the

16 Supreme Court.

17     Q     And what does it mean when you're monitoring

18 events as part of countersurveillance?  What are you

19 supposed to be doing?

20     A     Observing and reporting.  Going out to where the

21 events are, where the crowds are meeting, getting an idea of

22 numbers, and just general, keeping along with the plan for

23 the day and updating our command.

24     Q     And are you wearing your Capitol Police uniform?

25     A     No.

1    Q    Why not?

2    A    It is a plain clothes assignment.  So it's dressed

3    down.  It's supposed to be more of a covert role.

4    Q    And you mentioned a covert role.  So can you

5    explain to the jury what a covert role versus an overt rule

6    is?

7    A    Sure.  It just means that there's no law

8    enforcement markings.  We're going to be dressed down.

9    We're not going to have anything that says "police" on it

10    us.  We're going to be dressed like everyday folks out and

11    about in the city.

12    Q    Why would you be in a covert role?  What benefit

13    does that have for you?

14    A    Again, it allows us to observe and report.  And

15    when you're in and around different groups and things like

16    that, you don't always need so much law enforcement

17    presence.  It allows us to observe and report from a

18    distance.  And then if we needed to, we could call on other

19    officers that are in a more uniformed presence to go and

20    actually make contact with somebody or something.

21    Q    So is an officer wearing a uniform in an overt

22    role?

23    A    Yes.

24    Q    Did you have a partner with you that day?

25    A    Yes.

```
 1        Q     Around 5:00 p.m. on December 12th of 2020, were

 2   you on the Capitol Grounds?

 3        A     Yes.

 4              MR. NESTLER:  If we could pull up just for the

 5   Special Agent Exhibit 1671.

 6   BY MR. NESTLER:

 7        Q     Do you see a map in front of you,

 8   Special Agent McCamley?

 9        A     Yes.

10        Q     Does this map fairly and accurately depict the

11   area of Washington, D.C. --

12        A     It does.

13        Q     -- as you know it.

14        A     Yes.

15              MR. NESTLER:  The government moves into evidence

16   Exhibit 1671.

17              MR. WOODWARD:  The Court's indulgence.

18              Your Honor, I don't believe defense table was

19   provided this exhibit; but based on a review now, no

20   objection.

21              THE COURT:  Okay.  1671 will be admitted.

22                                 (Government's Exhibit 1671
                                        received into evidence.)
23

24

25
```

```
 1    BY MR. NESTLER:
 2        Q    And so can you point out on this map -- I think
 3    you have a touchscreen in front of you -- where the
 4    Capitol is?
 5        A    It is right here.
 6        Q    Okay.
 7             So you've made a notation where the Capitol is,
 8    sort of in the middle of the map on the right-hand side.
 9             And now, around 5:00 p.m., can you show us
10    approximately where you were.
11             MR. NESTLER:  And if Ms. Rohde can please zoom in
12    on the Capitol area.
13    BY MR. NESTLER:
14        Q    Could you show us approximately where you were
15    around 5:00 p.m.?
16        A    (Witness complied.)
17        Q    You made a little mark there.  Do you know what
18    that street intersection is?
19        A    It's right at the intersection of First and
20    Maryland Avenue, Northeast.
21        Q    So First and Maryland Avenue, Northeast.  And
22    what's the building across the street.
23        A    The Supreme Court Building.
24        Q    What's the building sort of behind you if you're
25    there?
```

1    A    The Capitol Building.

2    Q    What were you doing there?

3    A    So the event -- there was a march that ended up at

4  the Supreme Court with speeches and speakers and things.

5  And so it was towards the end of the day.  And now we were

6  just trying to see and give an update to command what the

7  crowds look like that we had First Street blocked from

8  vehicle traffic.  So just monitoring the crowd to see when

9  they were done for the day, and then we could update the

10  command on you can open up the street and probably release

11  some people.

12    Q    Did you see anything that caught your attention?

13    A    I did.

14        So as we were standing there, we happened to

15  notice a cameraman, who looked like Press, kind of come over

16  to a group of folks that were hanging out along the wall

17  right there.  We call that area the cutout, but it's an area

18  for buses and cars and things like that to pull over and

19  drop people off.

20        And the cameraman seemed interested in the group

21  so that kind of piqued our interest so we started looking at

22  the group too.

23    Q    So when you started looking at that group, did you

24  see anyone that you had recently read about?

25    A    I did.  I noticed a cowboy hat and an eye patch

1    and I put the other -- there was also another person with a

2    hat on that had a patch that said "Oath Keepers" so it

3    started to click that it was very similar to the article

4    that I read.

5         Q    And so what clicked for you?

6         A    It just -- it appeared to be Stewart Rhodes.

7         Q    What did you do?

8         A    I took a picture.

9         Q    And?

10        A    And sent it to the other agents that were working

11   just for the intelligence section or the investigations that

12   day.

13        Q    Can we pull up, Ms. Rohde, Exhibit 7001A, just for

14   the Special Agent.

15             Do you see the photograph in front of you?

16        A    Yes.

17        Q    Is this the photograph you took on December 12th?

18        A    Yes, it is.

19             MR. NESTLER:  The government moves into evidence

20   Exhibit 7001A.

21             MR. LINDER:  Objection.

22             MS. HALLER:  Lack of foundation to the extent he

23   can identify the individuals.

24             THE COURT:  I don't know that he needs to do that.

25   As long as he establishes this a fair and accurate depiction

1   of the photograph of what's represented and his done that.

2   So 7001A will be admitted.

3                              (Government's Exhibit 7001A

                                   received into evidence.)

4

5   BY MR. NESTLER:

6       Q    If we can show that to the jury?

7            So just to be clear, Special Agent McCamley, this

8   is the photograph you took?

9       A    Yes.

10      Q    And so can you point out the individual you said

11  was Stewart Rhodes in the photograph?

12      A    Yes, it is right here to the left, he has a black

13  cowboy hat on.

14      Q    If you could just put a circle around him on your

15  screen if you don't mind?

16      A    Sure.

17      Q    Great.

18           And then you said you saw somebody wearing a hat

19  that said "Oath Keepers" on it; is that correct?

20      A    Correct.  Do you want me to circle that, too?

21      Q    Yes, please.

22           Just for the record, Special Agent McCamley

23  circled the person third from the left, approximately, with

24  the black hat as Stewart Rhodes and the person to his right

25  wearing an Oath Keepers hat facing away from the camera.

1            And you said that -- had you seen Stewart Rhodes

2  before that day?

3       A    No.

4       Q    And after seeing him there on December 12th and

5  reviewing your photograph, if you saw him again, would you

6  recognize him?

7       A    I think so.

8       Q    If you could look around the courtroom for us and

9  let us know if you see him here in the courtroom today?

10       A    I believe he's sitting over here.

11       Q    What's he is he wearing?

12       A    Gray suit, white shirt, and has an eye patch over

13  his eye.

14            MR. NESTLER:  Let the record reflect an in-court

15  identification of Defendant Rhodes, please.

16            MR. LINDER:  No objection.

17            THE COURT:  The record will reflect an in-court

18  identification of Mr. Rhodes.

19  BY MR. NESTLER:

20       Q    After you took this photograph, what did you do?

21       A    So I sent it to the rest of the team of agents

22  that were working that day for countersurveillance.

23       Q    And so if we could pull up on the screen for

24  Special Agent McCamley only Exhibit 7001.  Is this the email

25  you sent to the other agents?

```
 1        A    Yes, it is.

 2             MR. NESTLER:  The government moves into evidence

 3   Exhibit 7001.

 4             MR. WOODWARD:  I mean, the objection would be

 5   hearsay.  He can testify as to what the email said.

 6             THE COURT:  It's not hearsay.

 7             Well, can you just establish when he sent the

 8   email relative to the photograph?

 9             MR. NESTLER:  Sure.

10   BY MR. NESTLER:

11        Q    How long after you took the photograph did you

12   send this email?

13        A    I would have done it quickly.  It would have been

14   within minutes.

15             THE COURT:  Okay.  So 7001 will be admitted over

16   objection.  It's a present-sense impression based upon the

17   foundation that's been laid and the testimony of the Special

18   Agent in the.

19                            (Government's Exhibit 7001
                                 received into evidence.)
20

21   BY MR. NESTLER:

22        Q    So what did you write in the email?  If you could

23   just read the top two lines.

24        A    Sure.  "Update for this distro.  Small group of

25   Oath Keepers, including Stewart Rhodes, the founder, hanging
```

1    out on Capitol side of First Street, near northeast cutout."

2        Q    So why did you send this email to this distro

3    list?

4        A    Again it's for everybody who was working that day

5    as awareness.  We like to know when there's groups that are

6    coming up, especially ones that we can identify, because

7    we're always trying to see then if the counter group would

8    be in the area as well and try to prevent clashes, things

9    like that.

10       Q    In the -- and this little question mark here in

11   this version of the email, is that the photograph?

12       A    That's the picture, yes.

13       Q    Okay.

14            And so you also wrote more on Rhodes below.

15   Do you see that?

16       A    Uh-huh.

17       Q    Isn't that a yes?

18       A    Yes.

19       Q    And you included a link to an article; is that

20   right?

21       A    Yes.

22       Q    What article was that?

23       A    That's just an open source article.  That is the

24   article that I'd read the night or two before that gave me

25   more information on the group and was how I was able to

 1   recognize Stewart Rhodes.

 2       Q    And why was it important for you to include that

 3   link to that article to this intel distro group you were

 4   sending this photograph and information to?

 5       A    Again, I think it was the other teams that were

 6   working.  I wasn't sure if anybody else knew much about the

 7   group.  So it was a quick way to send information out on the

 8   size of the group, where they were, and then a little bit

 9   about the group if they had time to pull that up on their

10   phone real quick.

11       Q    What was the title of the article from that

12   defenseone.com?

13       A    It says "Pro Trump militant group has recruited

14   thousands of police officers, soldiers, and veterans."

15       Q    Down at the bottom, why do you have two different

16   email addresses?

17       A    I have technically two different jobs.

18            So I wear a lot of hats, and so I have my Task

19   Force Officer contact information there and then my

20   Capitol Police contact information.

21       Q    Thank you.

22            MR. NESTLER:  We could pull that down, please.

23            I now want to pull up just for the Special Agent

24   Exhibit 1004.1.

25            Your Honor, this version has a transcript attached

```
 1   to it just so Your Honor is aware.  The government is going

 2   to move into evidence pursuant to a business record

 3   certification Exhibit 1004.1.

 4              THE COURT:  Okay.  Is there any objection?

 5              MR. WOODWARD:  If we can lay a foundation on how

 6   the transcript was created, please.

 7   BY MR. NESTLER:

 8       Q    Have you reviewed this video before, Special Agent

 9   McCamley?

10       A    Yes, I have.

11       Q    Have you seen the transcript on the bottom of it?

12       A    Yes.

13       Q    And does the transcript, as far as you're aware,

14   reflect the words that are being spoken by the speaker in

15   the video?

16       A    Yes, it does.

17              MR. WOODWARD:  We'll object for Best Evidence

18   Rule.  The video speaks for itself.

19              THE COURT:  As I've told the jury, transcripts are

20   not the evidence, it's the video and the audio that's the

21   evidence, and the transcripts are being provided simply to

22   assist you in helping to understand what the video says.  If

23   there's any difference between the video and the transcript,

24   it is what you hear in the video that controls.  So it will

25   be admitted over objection.  As I noted previously you all
```

1    need to discuss what the parties' positions will be as to

2    transcripts and sending them back.

3              MR. NESTLER:  Yes, Your Honor.

4                             (Government's Exhibit 1004.1
                                   received into evidence.)

5

6              MR. NESTLER:  If I could show the jury now Exhibit

7    1004TR, is the version with the transcript.

8              And if Ms. Rohde can play it, I think the audio is

9    on.

10             (Video played)

11   BY MR. NESTLER:

12      Q    Now, Special Agent McCamley, you didn't watch this

13   speech happen live, did you?

14      A    No, I did not.

15      Q    Have you watched the longer version of where this

16   speech is clipped from?

17      A    Yes.

18      Q    And can you tell from that longer version

19   approximately where this speech occurred in Washington,

20   D.C.?

21      A    So this was at the Jericho event, I believe,

22   somewhere around 9th and 10th, Constitution Avenue.  It was

23   on the Mall, it was on the grassy area of the Mall.

24      Q    If we could pull back up Exhibit 1671, please,

25   Ms. Rohde.

1           And if you could just zoom in there on the middle.

2    There we go.

3           And can you just give us an approximate location

4    based on you're review of the entire video of where the

5    speech would have occurred?

6    A    It's tough to see without the numbers on the road,

7    but I would say it's somewhere in this area here.

8    Q    Okay.  So you just circled sort of the middle of

9    the map there behind, is that where the ice skating rink is?

10   A    Yeah, the building --

11   Q    The sculpture garden?

12   A    The building here I just made a dot should be the

13   Museum of Natural History but, again, it's tough without the

14   perspective.

15   Q    Understood.

16          Okay.  Let's take all of that down and let's pull

17   up on the screen Exhibit 7002 just for the Special Agent.

18          And the government will now seek to introduce

19   Exhibit 7002 pursuant to a business record certification.

20          MR. BRIGHT:  Objection; relevance of this,

21   Your Honor.  This is 24 years old.  It's no relevance to the

22   case-in-chief.

23          THE COURT:  On the phone, please.

24          (Bench conference)

25          THE COURT:  All right.  Mr. Nestler, can you just

1     explain what the exhibit is and its relevance.

2               MR. NESTLER:  Yes, Your Honor.

3               This is badging information from the House of

4     Representatives seargent-at-arms ID office showing that

5     Stewart Rhodes had a badge access to the U.S. Capitol in

6     1998 and 1999 and that he worked for Representative Ron

7     Paul.  We have this exhibit and then anther exhibit

8     afterwards showing that he worked for Representative Ron

9     Paul, showing his familiarity with the Capitol complex and

10    legislative process.

11              MR. BRIGHT:  Can you hear me now, Your Honor?

12              THE COURT:  I can.

13              MR. BRIGHT:  Your Honor, I would still say it's

14    completely irrelevant.  It's 24 years old.  The fact that

15    Mr. Stewart Rhodes was there for the Jericho March and was

16    talking to some Oath Keepers about 800 yards from the

17    Capitol was absolutely irrelevant.

18              I understand why the government is trying to tie

19    it in, but I would still argue it's irrelevant and it's 24

20    years old.  His working knowledge of the interior of the

21    Capitol is irrelevant to this case.

22              THE COURT:  Well, I guess I'll put it this way,

23    which is, if there is some objection to this, were you

24    prepared to stipulate that Mr. Rhodes worked for

25    Congressmen Paul during a certain period of time?

```
1              I mean, it is relevant that he has worked there in
2    the past and, therefore, would have some familiarity with
3    the grounds; he's not been unfamiliar with the grounds.
4              MR. BRIGHT:  Your Honor, the building has changed
5    quite a bit in 24 years.
6              THE COURT:  Well, perhaps, and you can make that
7    argument.
8              But the bottom line is that if the government
9    thinks there's some relevance, and there is, to the fact
10   that he wasn't somebody who's completely new to the area, we
11   can reach a stipulation or we can submit this.
12             MR. BRIGHT:  Your Honor, but we would stipulate
13   that he had worked for Ron Paul in the past.  We would
14   contend the same argument as to relevance as to the next
15   document that they're going to try and produce from the
16   congressional roles as well, though.
17             THE COURT:  What's the next document?
18             MR. NESTLER:  Ms. Rohde, would you mind pulling
19   it up?
20             The next document is an official record of the
21   House of Representatives, showing that Stewart Rhodes worked
22   for Representative Ron Paul in 1998 and 1999, that he was a
23   legislative correspondent.
24             MR. BRIGHT:  Your Honor, I actually really -- we
25   would stipulate that he did work for Ron Paul.  But in his
```

1    official capacities and duties, he did not work in the

2    Capitol, he worked in the Rayburn Building.  This would be

3    misleading to the jury.

4            MR. NESTLER:  He had a badge access to the

5    Capitol Building.  That's what we're trying to get in.  We

6    think that's relevant.  He had badge access to grounds and

7    that he's a legislative correspondent so that he would know

8    how Congress works.

9            MR. BRIGHT:  You want him to stipulate that we

10   know how Congress works or that he had access to the

11   building and had inside knowledge to the building that

12   you're going to argue later was planning?

13           THE COURT:  Well, let me ask you this:  Is there

14   anything prejudicial about this that you contend?  I mean,

15   there is some relevance to it, so what's prejudicial about

16   it?

17           I mean, if you're prepared to stipulate to those

18   facts, then what's the big deal about putting these records

19   into evidence?

20           MR. WOODWARD:  Well, the picture, Your Honor, is

21   prejudicial insofar as it shows Mr. Rhodes before he

22   suffered his gunshot accident, and, of course, we don't

23   think there's any reason to give in to that.

24           THE COURT:  That's not prejudicial.  It's just a

25   picture of a younger person.  We're all prejudiced by

```
 1    pictures of ourselves when we're young.

 2              MR. WOODWARD:  Not me, Your Honor, but I take your

 3    point.

 4              The fact of the matter is that he did lose his

 5    eyesight because of a gunshot accident, and we don't want

 6    any jurors speculating as to what has happened or why.

 7              THE COURT:  Yeah, I'm not sure that's going to be

 8    a problem.

 9              If that's the concern about prejudice, I'll

10    overrule the objection.  There's some relevance to --

11    there's some probative value to it.  It's not all that

12    great, but there's certainly no prejudice in admitting these

13    records.

14              Although, if you go back to the first record, it

15    does say that his employment -- there's a field there that

16    says, "Employment type," and it says, "Terminated."  I don't

17    know whether to take that literally or that just means he

18    left the employment.

19              MR. NESTLER:  It just means he left the

20    employment.

21              The records on the next page show that his badge

22    access was removed when he left employment.

23              MR. WOODWARD:  Are we going to explain all of that

24    to the jury?

25              THE COURT:  Well, that's what I'm wondering is
```

1    whether -- I don't want -- this is a small point, but they

2    shouldn't be left with the impression that he was fired from

3    his job.

4              MR. NESTLER:  Understood.  I'm not planning to

5    focus on that whatsoever.

6              THE COURT:  No, I know.  But if it's in there, if

7    it's shown to them, they'll see "terminated."  And if

8    there's no explanation, can we redact "terminated" as it

9    appears up on the screen?

10             MR. NESTLER:  Brief indulgence.

11             Done.

12             THE COURT:  The magic of modern technology.

13             Okay.  So I'll admit it with that redaction.

14             MR. WOODWARD:  Thank you, Your Honor.

15             (Open court)

16             THE COURT:  So the objection will be overruled,

17   subject to the discussions at the bench.

18             MR. NESTLER:  Okay.

19             So Exhibit 7002, if we could pull that up for the

20   jury, please.

21   BY MR. NESTLER:

22        Q    And, Special Agent McCamley, are you familiar with

23   badges at the U.S. Capitol Complex?

24        A    Yes.

25        Q    How are you familiar with badges at the

1    Capitol Complex?

2         A    As stated earlier, as a uniformed officer standing

3    inside and outside of the Capitol Building, it's how we

4    decide who has access to the building unescorted.

5         Q    And what does it mean to have access to the

6    building unescorted?

7         A    You would have had to have had some kind of

8    vetting through our badging and credentialing office, and

9    you would have actually been given a physical badge with

10   your picture on it to tell you what Congress you're in,

11   those kind of things.

12        Q    And if a person had a badge to be unescorted, does

13   that mean they can go about the Capitol Building as they

14   please?

15        A    For the most part, yes.

16             MR. NESTLER:  Up on the screen here, Exhibit 7002,

17   if we could just go to the name, if we could just highlight

18   the name, please, Ms. Rohde.

19   BY MR. NESTLER:

20        Q    What's the name of the person who had this badge?

21        A    It says Elmer Stewart Rhodes.

22        Q    And which representative did Mr. Rhodes work for

23   under the organization there at the bottom?

24        A    Ron Paul.

25             MR. NESTLER:  And if we could then go to the next

```
 1    page, please, Ms. Rohde.

 2              And if you could just highlight the top portion.

 3    BY MR. NESTLER:

 4        Q    And if you could tell us, in what month and year

 5    did Mr. Rhodes have a package created?

 6        A    It looks like June of 1998.

 7        Q    In what month and year did he stop having badge

 8    access?

 9        A    Went from -- do you want the "destroyed"?  "Active

10    to destroyed" or --

11        Q    Correct, when it went from active to destroyed.

12        A    It looks like February of 1999.

13        Q    Great.

14              MR. NESTLER:  And now if we can go to

15    Exhibit 7003, which the government seeks to admit pursuant

16    to Rule 902(5) as an official publication.

17              THE COURT:  7003 will be admitted.

18                                    (Government Exhibit 7003
                                        received into evidence.)
19

20              MR. NESTLER:  7003.

21              If we could just highlight the top left portion,

22    Ms. Rohde, all the way at the top.

23    BY MR. NESTLER:

24        Q    Do you see where it says, "105th Congress"?

25        A    Yes.
```

```
1        Q    What does that mean?

2        A    That was the sitting Congress's number at the

3   time.

4             MR. NESTLER:  And if we could go to the next page.

5             And if you could just highlight the name there.

6   BY MR. NESTLER:

7        Q    Do you see where it says, "Honorable Ron Paul"?

8        A    Yes.

9        Q    Does that mean that this is the people who work

10  for Ron Paul?

11       A    Yes.

12            MR. NESTLER:  And if we could go to the

13  highlighted portion, Ms. Rohde.

14  BY MR. NESTLER:

15       Q    What does this record show?

16       A    It says that Stewart Rhodes was a legislative

17  correspondent.

18       Q    From July to September of 1998?

19       A    Correct.

20            MR. NESTLER:  And if we could go to the next page

21  and then one more.  And if you could highlight again -- or

22  bring us on the highlighted portion.

23  BY MR. NESTLER:

24       Q    Was Mr. Rhodes also a legislative correspondent

25  for Representative Paul from October through December of
```

1    1998?

2        A    Yes.

3             MR. NESTLER:  And if we could go to the next page,

4    and then one more.

5    BY MR. NESTLER:

6        Q    And was Mr. Rhodes also a legislative

7    correspondent for Representative Paul in January of 1999?

8        A    Yes.

9             MR. NESTLER:  We can take that down, please.

10   BY MR. NESTLER:

11       Q    And are you familiar, as a U.S. Capitol Police

12   Special Agent, with the workings of members of Congress's

13   offices?

14       A    Yes.

15       Q    What does a legislative correspondent for a

16   representative do?

17       A    They would do legislative research.  They'd be a

18   liaison between the member and the constituents.

19             MR. NESTLER:  Thank you.

20             No further questions.

21             THE COURT:  Mr. Bright.

22                     - - -

23                   CROSS-EXAMINATION

24   BY MR. BRIGHT:

25       Q    Good morning, sir.  How are you?

```
 1        A    Good morning, sir.

 2        Q    Just a few fairly simple questions.

 3             You were on covert activity detail that day,

 4   correct.

 5        A    December 12th?

 6        Q    Yes, sir.

 7        A    Yes, sir.

 8        Q    For the frame of reference, most of my questions

 9   will be about that day exclusively.

10        A    Okay.  Yes.

11        Q    Had you been following the groups from the Jericho

12   meeting where that speech was given?  Or were you detailed

13   specifically up into the Capitol area?

14        A    Some my partner and I were on at-large patrol that

15   day, so we weren't dedicated to any specific area.

16        Q    Had you been at the speech?

17        A    The speech that we saw --

18        Q    That we viewed on video, yes, sir.

19        A    No, I was not there.

20        Q    And what was your partner's name?

21        A    John Ford.

22        Q    Ford?

23        A    Ford, F-o-r-d.

24        Q    Thank you so much.

25             Aside from just as part of your covert duties,
```

1    what was it that drew your attention to the meeting that you

2    took the picture of?

3         A    Again, the cameraman, he kind of came over like he

4    was trying to take a picture of somebody, and it just drew

5    my attention.  Usually when we're monitoring groups and

6    vents, the media gets stirred up about something, and we

7    want to kind of see what's going on, too.  So his --

8    something to do with that cameraman that's also in that

9    picture drew my attention to the group.  And that's when I

10   noticed the cowboy hat, the eye patch, and put two and two

11   other.

12        Q    Other than just a cameraman interviewing people,

13   was there something specific about his behavior that drew

14   your attention to it?

15        A    No.

16        Q    Was there anything to your remembrance that

17   specifically beyond that that drew your attention to that

18   group of people?

19        A    No.

20        Q    Did you notice any illegal activities or behaviors

21   taking place of those people?

22        A    No.

23        Q    Were there any confrontations going on otherwise

24   that would draw your attention to them?

25        A    No.

1      Q     So otherwise it was a wholly peaceful activity

2    that you were watching?

3      A     Yes.

4      Q     Just kind of an interview process that was going

5    on?

6      A     Yes.

7      Q     Aside from the one gentleman that you detailed

8    that had an Oath Keepers badge on the back of his hat, you

9    said you had noticed a small group of Oath Keepers.  Were

10   you able to identify any of the others as Oath Keepers or

11   just those two individuals, Mr. Rhodes and the gentleman

12   wearing the patch?

13     A     Those two are what I remember.

14     Q     Small group from your perspective is two people?

15     A     Yes.

16     Q     Otherwise engaged in entirely legal activities?

17     A     Yes.

18           MR. BRIGHT:  No further questions, Your Honor.

19           THE COURT:  Okay.

20           Mr. Woodward.

21           MR. WOODWARD:  No questions, Your Honor.

22           THE COURT:  Mr. Geyer.

23           MR. GEYER:  No questions, Your Honor.  Thank you.

24           THE COURT:  Mr. Crisp.

25           MR. CRISP:  No, Your Honor.

```
 1                THE COURT:  And, Mr. Fischer.

 2                MR. FISCHER:  Yes, Your Honor.

 3                         -  -  -

 4                    CROSS-EXAMINATION

 5   BY MR. FISCHER:

 6        Q    Sir, thank you for being here today.  I just have

 7   a few questions for you.

 8                MR. FISCHER:  If I could have the government pull

 9   up Exhibit 1671, please, it's a map, 1671.

10   BY MR. FISCHER:

11        Q    Sir, on December 12th, 2020, you indicated there

12   were road closures in Washington, D.C., I believe?

13        A    I know for the part -- the march that was coming

14   to the Supreme Court, we would have blocked off First Street

15   so that people would have had access to that road.

16        Q    Okay.

17             And so it's pretty standard operating procedure

18   when there's going to be a large protest or march to close

19   off streets in and around the Capitol area?

20        A    Yes.

21        Q    Do you know what streets were closed down on

22   December 12th?

23        A    I don't recall.

24        Q    And, sir, you're obviously a liaison to the FBI,

25   correct?
```

1        A    Yes.

2        Q    You share intelligence with the FBI;

3   is that correct?

4        A    Yes.

5        Q    But you're employed by the Capitol Police, right?

6        A    Yes.

7        Q    So despite the fact that you're affiliated with

8   the FBI, you share information, you work for a separate

9   agency; is that right?

10       A    Yes.

11       Q    And, sir, certainly, you would share information

12  with the FBI if you came across any information if you

13  believed there was a particular threat from a person or a

14  group; is that right?

15       A    Yes.

16       Q    And in this case, sir, I understand that you read

17  an article about Stewart Rhodes and the Oath Keepers, right?

18       A    Yes.

19       Q    It was in a magazine called Defense One; is that

20  right?

21       A    Yes.

22       Q    And although the name Defense One, sir, sort of

23  sounds like it would be on the sort of a -- on perhaps on

24  the right side of the political spectrum, you are aware that

25  Defense One is a publication that's sponsored by the

1   Atlantic?

2       A    I was not aware.

3       Q    And it's written articles about how the military

4   should be engaged in things like climate change activities?

5            MR. NESTLER:  Objection.

6            THE COURT:  If he knows.

7            THE WITNESS:  That is the only article I've ever

8   read on Defense One, sir.

9   BY MR. FISCHER:

10      Q    Understood.

11           Look, whatever.  I'm just indicating that the

12  information that was contained in the article was

13  contained -- about Stewart Rhodes and the Oath Keepers came

14  from Defense One, right, and certainly as you're aware,

15  different magazines, publications had come from different

16  viewpoints, correct?

17      A    Yes.

18      Q    But you're unaware of the viewpoint or the

19  particular political side of the aisle this particular

20  publication is; is that what you're saying?

21      A    Correct.

22      Q    Fair enough.

23           And, sir, certainly as a result of reading that

24  article, you and your agency were clearly focused on

25  Stewart Rhodes and the Oath Keepers; is that correct?

```
 1      A    Yes.
 2      Q    And so fast-forward from December 12th to on or
 3 about January 6th, you certainly, you and your agency, would
 4 have still had a focus on Stewart Rhodes and the
 5 Oath Keepers; is that correct?
 6           MR. NESTLER:  Objection.
 7           THE COURT:  Sustained.  It is beyond the scope.
 8 It's not something -- he hasn't testified anything about
 9 January 6th and his work there or the agency's work there.
10           MR. FISCHER:  All right.  Your Honor, I have no
11 further questions.
12           THE COURT:  All right.  Thank you, Mr. Fischer.
13           Any redirect?
14           MR. NESTLER:  Just very briefly.
15                           - - -
16                   REDIRECT EXAMINATION
17 BY MR. NESTLER:
18      Q    Special Agent McCamley, can you please just remind
19 the jury why it was that you thought it was important to
20 take a photograph of Stewart Rhodes and sent it around to
21 your intelligence community colleagues?
22      A    Yeah.  It was just for our U.S. Capitol Police
23 agents that were working that day that were on the Hill that
24 if they saw them as well and if there was anything that, you
25 know, kind of the other side of the coin, right, it's just
```

 1    for operational safety, it's for planning, it's just for

 2    awareness.

 3                MR. NESTLER:  Thank you.

 4                THE COURT:  Okay.  Special Agent, thank you very

 5    much for your time and testimony.  You may step down.

 6                THE WITNESS:  Thank you.

 7                MS. RAKOCZY:  Your Honor, the government now calls

 8    Special Agent Byron Cody to the stand.

 9                COURTROOM DEPUTY:  Please raise your right hand.

10                (Witness is placed under oath.)

11                COURTROOM DEPUTY:  Thank you.

12                THE COURT:  All right, Special Agent Cody,

13    welcome.  If you're comfortable with your mask off,

14    thank you.

15                            - - -

16    SA BYRON CODY, WITNESS FOR THE GOVERNMENT, SWORN

17                       DIRECT EXAMINATION

18                            - - -

19    BY MS. RAKOCZY:

20        Q    Good morning.

21        A    Good morning.

22        Q    In a loud and clear voice, could you please

23    introduce yourself to the ladies and gentlemen of the jury.

24        A    Special Agent Byron Cody.  B-y-r-o-n, C-o-d-y.

25        Q    Special Agent Cody, where are you employed?

1        A      Federal Bureau of Investigation.

2        Q      And how long have you worked there?

3        A      Approximately ten years.

4        Q      Before you were at the FBI, what kind of work did

5    you do?

6        A      I was in the Navy for a few years, and after that,

7    I was a contractor at the Department of Homeland Security.

8        Q      What kind of work did you do in the Navy?

9        A      I drove ships and I was for about two years

10   officer in charge of a tactical team.

11       Q      Special Agent Cody, around the time of January 6th

12   of 2020, did you become involved in investigating the

13   incident that occurred at the Capitol that day?

14       A      I did.

15       Q      Sorry, I said 2020.  I meant 2021.  Did you become

16   involved in investigating what happened at the Capitol that

17   day?

18       A      Yes.

19       Q      Okay.

20              And did you, at some point in time, after

21   January 6th, become assigned as an investigator to this

22   particular case?

23       A      Yes.

24       Q      Before we go too far into your testimony here

25   today, I want to just do some housekeeping with respect to

1    some earlier exhibits.

2              I want to ask you some questions about a tip the

3    FBI received with respect to a GoToMeeting that occurred on

4    November 9th of 2020.  Are you familiar with those tips?

5         A    I am.

6         Q    Okay.

7              Did you actually receive a record documenting a

8    tip about that meeting from November 25th of 2020?

9         A    Yes.

10        Q    Okay.

11             And if I could bring up on the screen --

12   I'm sorry, let me hold off for a minute.

13             Did you also receive a tip, record if a tip about

14   that same meeting from March of 2021?

15        A    Yes.

16        Q    And did you obtain a certification from the FBI

17   documenting that those tip records were fair and accurate

18   business records of the Federal Bureau of Investigation?

19        A    Yes, I did.

20             MS. RAKOCZY:  And, Your Honor, if I could just

21   have the Court's indulgence for one second.

22             If I could show something just for the

23   Special Agent now.

24   BY MS. RAKOCZY:

25        Q    Special Agent, I'm showing you now Government's

```
 1    Exhibit 6610, which has previously been identified as an
 2    item of evidence.  Do you recognize this document?
 3         A    You'd have to scroll down, but --
 4         Q    Just scrolling through now.
 5         A    Yes.
 6         Q    Do you recognize that document?
 7         A    I do.
 8         Q    Is that the record that you received for the
 9    November 25th, 2020, tip about that meeting?
10         A    It is.
11         Q    And showing you now, just the Special Agent,
12    Government's Exhibit 6624, scrolling down through that
13    exhibit.  Do you recognize that exhibit?
14         A    I do.
15         Q    Is this the record of the tip that you received
16    from March of 2021 about that meeting?
17         A    It is.
18              MS. RAKOCZY:  Your Honor, at this point in time,
19    the government would seek to move into evidence, subject to
20    redactions for any hearsay, Government's Exhibits 6610 and
21    6624.
22              MR. WOODWARD:  We object, Your Honor.  It's
23    needlessly cumulative.  The agent can testify to.
24              THE COURT:  Okay.  The objection on basis of
25    cumulative is overruled and the exhibits are admitted
```

 1    consistent with the earlier discussion we had about these

 2    exhibits.

 3              MS. RAKOCZY:  Thank you very much, Your Honor.

 4                             (Government's Exhibit 6610
                                  received into evidence.)
 5                             (Government's Exhibit 6624
                                  received into evidence.)
 6

 7    BY MS. RAKOCZY:

 8         Q    Special Agent Cody, I'd now like to focus your

 9    attention to the time period of late November of 2020.

10              Are you familiar with that time period?

11         A    I am.

12         Q    And have you investigated certain evidence and

13    statements relevant to that time period from this

14    investigation?

15         A    Yes.

16         Q    Have you reviewed statements and messages

17    extracted from the cell phone of Defendant Stewart Rhodes?

18         A    I have.

19         Q    Okay.

20              Within the messages on Mr. Rhodes' phone, did you

21    observe any messages from the late November 2020 time period

22    that discussed training and equipment?

23         A    Yes.

24              MS. RAKOCZY:  I'd now like to bring up, just for

25    the Special Agent, Government's Exhibit 6701.

```
 1              Thank you, Ms. Rohde.
 2    BY MS. RAKOCZY:
 3         Q    Special Agent Cody, before you right now is
 4    Government's Exhibit 6701, the first page of that.  Does
 5    this show a message that was extracted from Stewart Rhodes'
 6    phone?
 7         A    It does.
 8         Q    Okay.
 9              And just for the record, did you create this
10    version of the message?  Did you create this exhibit?
11         A    I did not.
12         Q    Okay.
13              Have you compared the messages in this exhibit to
14    the data extracted from Stewart Rhodes' phone?
15         A    Yes, I have.
16         Q    And to the best of your knowledge, do these
17    depictions of the messages fairly and accurately portray the
18    messages that you observed in Mr. Rhodes' phone?
19         A    Yes.
20         Q    Okay.
21              And have you reviewed -- if we could just sort of
22    page roughly through the exhibit.
23              Have you reviewed the messages that we intend to
24    show here today during your testimony in advance of trial?
25         A    Yes, I have.
```

1      Q    And are these all messages that were extracted

2  from the cellular telephone of Defendant Stewart Rhodes?

3      A    They are.

4          MS. RAKOCZY:  At this point in time, Your Honor,

5  the government would seek to move Government's Exhibit 6701

6  into evidence.

7          MR. WOODWARD:  Your Honor, we object in that the

8  exhibit is both not a proper summary exhibit, and we also

9  object that it is unfairly prejudicial.  Can we get on the

10 phone?

11         (Bench conference)

12         MR. WOODWARD:  So Your Honor, the exhibit, first,

13 has indications of untrustworthiness, insofaras the data

14 that we received would suggest that several of the text

15 messages were, in fact, sent as one message, and here

16 they've been separated out.

17         And the agent only testified that he's not sure --

18 that he did not create the exhibit, and so it's not clear to

19 us why there would be separate messages.

20         If the government would flip to the messages as

21 between Mr. Rhodes and Ms. SoRelle, I can show the Court

22 what we're talking about.

23         In addition, there are inconsistencies in the

24 formatting of the exhibit.  As the government posted here,

25 you'll see that the "to" line is shifting up and down, for

```
 1      what reason, we don't know, which suggests an inherent
 2      unreliability that we can't ask this agent about.
 3              Finally, we have concerns about the way the
 4      government has formatted this exhibit is from Mr. Rhodes to
 5      various chats.  And the way that it's been combined like
 6      this would suggest that these were all sent to the same
 7      people, the same listeners, and that's not at all what's
 8      happening here.
 9              For example, this chat is just between Mr. Rhodes
10      and Ms. SoRelle.  We don't know that anyone else ever read
11      this other than Ms. SoRelle, yet grouping it with all the
12      other chats what suggest that it's being sent to a larger
13      audience.
14              Again, this agent did not create the exhibit, and
15      so it's not clear how anyone could clarify for the jury the
16      sequence and timing of these chats.
17              And if the government would flip to the next three
18      chats, again, the data on the phone would suggest that these
19      chats to Ms. SoRelle were one chat, and here they're being
20      presented as three separate chats.  Assuming like yesterday
21      the government is intending to have this agent read these
22      chats, and this was added by Agent Palian.  We're concerned
23      about the way this is being represented.
24              MS. RAKOCZY:  Your Honor, I believe that the
25      Special Agent laid the foundation for how he has determined
```

```
 1    that the data in these messages and the other data about the
 2    messages is, to the best of his knowledge, fair and
 3    accurate.  We've explained in prior testimony and to the
 4    Court and Counsel that this is just a way for the jury to be
 5    able to see these messages.
 6              With respect to the jury understanding the
 7    providence of the messages and who they are to and from and
 8    whether they are part of the same message or different
 9    messages, that will come out through the testimony as we
10    talk about each message.  This is just a way to avoid me
11    reading those very long numbers into the record and pulling
12    each one up one by one.
13              MR. WOODWARD:  Well, we're not suggesting they
14    need to be done one by one, but the chats have been provided
15    to defense counsel separately, and there's no reason not to
16    provide them to the jury separately.
17              When they go back and deliberate six weeks from
18    now, they're going to be handed this exhibit and no one to
19    remind them --
20              THE COURT:  Hang on, Mr. Woodward.
21              Let's take a step back and actually describe what
22    the exhibit is.
23              It is, first of all, not a summary exhibit.  It is
24    a collection of statements made by Mr. Rhodes that were
25    extracted from his phone.
```

1          There's no dispute here as to the accuracy of what

2     the statements are as they are reflected in this exhibit.

3          Insofar as your concern as to when the statements

4     were sent, that's clearly demarcated on each of the pages.

5          Insofar as concern about to whom they were sent,

6     that's clearly demarcated on each of the pages.  It clearly

7     says "From:  Stewart Rhodes" and to whom it's being sent.

8          To the extent you have a concern that there may be

9     any confusion that, for example, if there are consecutive

10    communications with Ms. SoRelle or anyone else, that they

11    are -- need to be understood as part of a larger search

12    string or a larger communications string, then the

13    government can make that clear in the examination.

14         And if you believe there are messages either on a

15    particular string or on other strings that you think are

16    necessary to fill out the context, the defense is welcome to

17    put those into evidence.

18         MR. WOODWARD:  Your Honor, I believe they are

19    admitting it as a summary exhibit.

20         THE COURT:  It's not being as a summary.  I mean,

21    it's being admitted as multiple statements but not a summary

22    exhibit.  It's not a summary of voluminous records.  These

23    are particular records from Mr. Rhodes' phone.

24         MS. RAKOCZY:  That's correct, Your Honor.  That's

25    our position.

1           MR. WOODWARD:  In that case, we also object to

2    authenticity, although we appreciate the Court's view on

3    that.

4           THE COURT:  All right.  Well, the authenticity has

5    been laid and there's certainly been no particularized

6    objection as to why these are inaccurate.

7           MR. WOODWARD:  Only that this witness can't

8    confirm that this is the data that was on Mr. Rhodes' phone.

9           THE COURT:  Sure, he can -- well, you're right.

10   But I'm not going to bring in the CART examiner to say

11   unless you feel like -- unless you're going to require that,

12   that Mr. Rhodes' phone was extracted; this is what was

13   extracted.

14          But this agent has already testified that he

15   looked at the original stuff that came off the phone and

16   these are accurate statements from the statements that were

17   resident on the phone.

18          MR. WOODWARD:  We take Your Honor's point; we're

19   not asking for the CART examiner.  We stipulated to the

20   forensic image collection.  The difference between with

21   Special Agent Palian and this witness, is this witness did

22   not create the presentation, but we can explore that on

23   cross-examination.

24          THE COURT:  Okay.  All right.

25          MR. CRISP:  And, Your honor, I want to join the

```
 1   objection.  I think the compilation of it is unduly
 2   prejudicial and is misleading to the jury.  So I'm mirroring
 3   what Mr. Woodward said, but I think how it's presented, it's
 4   highly inflammatory and prejudicial.
 5             THE COURT:  First of all, it's not highly
 6   inflammatory.  These are Mr. Rhodes' statements.  Nobody is
 7   pointed out anything in particular that's inflammatory about
 8   them.
 9             If your concern is that -- again, I keep telling
10   you all this.  If your concern is that there are other text
11   messages among these -- if there are other communications
12   among these chats or the portions the government's pulling
13   out, you have every right to put them in front of this agent
14   or present them at some other point during this case.
15             And to the extent that you're concerned about how
16   these are compiled, if Ms. Rakoczy doesn't bring that out on
17   direct examination, you're free to bring it out on cross to
18   make sure the jury understands that these are separate
19   messages with separate groups of people.  And you're also
20   welcome to bring out that this agent didn't put this
21   together.  None of that prevents it from being admitted,
22   okay?
23             MR. CRISP:  Understood, Your Honor.  Thank you.
24             MR. WOODWARD:  Thank you, Your Honor.
25             THE COURT:  Thank you.
```

```
 1              (Open court)
 2              THE COURT:  The objection is overruled.
 3              MS. RAKOCZY:  Thank you, Your Honor.
 4  BY MS. RAKOCZY:
 5       Q    So, Special Agent Cody, let's begin with --
 6              MS. RAKOCZY:  So, Your Honor, is Government's 6701
 7  in evidence?
 8              THE COURT:  Yes.  It may be published.
 9                              (Government Exhibit 6701
                                 received into evidence.)
10
11              MS. RAKOCZY:  If we may publish to the jury
12  beginning with the first message we see here.
13  BY MS. RAKOCZY:
14       Q    Could you tell the jury, who is this message from?
15       A    Stewart Rhodes.
16       Q    And to whom did he send this message?
17       A    "Old Leadership" chat.
18       Q    Okay.
19              Was that a Signal group chat in Mr. Rhodes' phone?
20       A    Yes, it was.
21       Q    When did Mr. Rhodes send his message?
22       A    November 25th of 2020.
23       Q    And what did Mr. Rhodes say?
24       A    "Time to get serious about training, and force on
25  force is the way to go."
```

1          MS. RAKOCZY:  If we could turn to the next

2    message, please.

3    BY MS. RAKOCZY:

4          Q     Who is this message from?

5          A     Stewart Rhodes.

6          Q     And who is it to?

7          A     "Old Leadership" chat.

8          Q     Is that the same chat?

9          A     Yes, it is.

10         Q     And when was this message sent?

11         A     November 27th of 2020.

12         Q     And this message, just to be clear, was sent a

13    couple days later and many messages after the message we

14    just read, right?

15         A     Yes.

16         Q     Okay.

17               What did Mr. Rhodes say?

18         A     "No.  It will be 1776 all over again or more like

19    1775 all over again.  The patriot right will declare him an

20    illegitimate usurper and imposter and will refuse to

21    recognize anything done by then-Biden/Harris cabal as

22    legitimate.

23               "The answer, I'll be nullification, mass organized

24    non-compliance, mass defiance, resistance, and interposition

25    by patriot sheriff possies and organized town and county

1    militia.

2            "Now is the time to stand up and organize our

3    communities.  Do all patriots stand together rather than in

4    little groups or as individuals."

5        Q    Okay.

6            MS. RAKOCZY:  If we could turn to the next

7    message, please.

8    BY MS. RAKOCZY:

9        Q    When was this message sent?

10       A    November 27th, 2020.

11       Q    Who was it from?

12       A    Chris.

13       Q    And what chat did this person send this message

14   to?

15       A    "Old Leadership" chat.

16       Q    What did this person Chris say?

17       A    "Trump fucked by his own appointees to PA 3RS

18   Circuit Court of Appeals, including 2 GOP members.  PA to

19   give votes to Biden."

20       Q    Did that person Chris then sent a link to

21   *The Washington Post* article?

22       A    Yes, they did.

23       Q    If we could go to the next page, please.

24            If we could just go back for one second,

25   I'm sorry, to the previous one.

1          If you look in the bottom left corner of the

2    screen, was this message 15017 from the "Old Leadership"

3    chat?

4          A    Yes.

5          Q    Turning to the next message then, is this the very

6    next message in that chat, 15018?

7          A    It is.

8          Q    And who is this message from?

9          A    Stewart Rhodes.

10          Q    And is he sending this again to that same chat?

11          A    Yes.

12          Q    How did he respond?

13          A    "Of course.  Is anyone really surprised by this?

14    I told you all the Dems would steal it.  I also told you the

15    judges can't be trusted and they will go along with

16    it-because they're in the club and that goes for

17    'conservative' judges too."

18          Q    Did the message continue then?

19          A    Yes.

20          Q    What did Mr. Rhodes continue to say?

21          A    "I hate being right about these things and I

22    derive no pleasure in it.  But I told you so.

23               "Trump has one, and only one, option left to both

24    Stop the Steal and while at it defeat the Deep State.

25    I already laid it out.  Remember what it is?"

1      Q    Okay.  Special Agent Cody, moving now from late

2 November into December of 2020, did you find evidence in

3 this investigation that Mr. Rhodes suggested that he and

4 members of his group should go to Washington, D.C.?

5      A    Yes.

6      Q    And specifically, did you observe evidence of a

7 call to action that Mr. Rhodes posted to the Oath Keepers

8 website?

9      A    Yes.

10     Q    I'm going to bring up just for the Special Agent

11 now, please, Government's Exhibit 1003.

12          Do you recognize what we see on the screen,

13 Special Agent?

14     A    Yes.

15     Q    And if we could bring that zoom in down, just

16 scroll through the next few pages, please.

17          And then do you recognize -- or could you tell us

18 what this document is?

19     A    This is a call to action for Oath Keepers to come

20 to Washington, D.C.

21     Q    And does this appear to be a fair and accurate

22 copy of what you saw posted to the website?

23     A    Yes, it is.

24          MS. RAKOCZY:  At the point in time, Your Honor,

25 the government would seek to move Government's Exhibit 1003

1    into evidence.

2              MR. WOODWARD:  No objection.

3              THE COURT:  1003 will be admitted.

4              MS. RAKOCZY:  I'm sorry, Your Honor?

5              THE COURT:  I'm sorry, 1003 will be admitted.

6              MS. RAKOCZY:  Thank you.

7                              (Government's Exhibit 1003
                                    received into evidence.)

8    BY MS. RAKOCZY:

9         Q    Special Agent Cody, have you reviewed video that

10   appears to show Mr. Rhodes in D.C. in December of 2020?

11        A    Yes.

12        Q    Do you recall what date that was?

13        A    December 12th.

14        Q    And did he speak at an event?

15        A    He did.

16        Q    Do you remember what that event was called?

17        A    It was called the Jericho rally.

18             MS. RAKOCZY:  With the Court's permission,

19   Your Honor, I'd like have Special Agent Cody step down and

20   just mark that date on the calendar that is in evidence as

21   Government's Exhibit 1532.

22             (Witness complied.)

23   BY MS. RAKOCZY:

24        Q    You can hold that and keep that pen.

25             Special Agent Cody, for the record, did you just

1    come down and write on the date December 12th on that

2    calendar something?

3        A    Yes.

4        Q    What did you write?

5        A    Jericho rally.

6        Q    Okay.

7             THE COURT:  Special Agent Cody, if you're done

8    with that -- or I can ask Mr. Manzo to take that down.

9    Thank you.

10   BY MS. RAKOCZY:

11       Q    So turning to statements in Mr. Rhodes' phone,

12   did you observe that Mr. Rhodes sent messages to others in

13   some of these Signal chats we've been talking about in the

14   time period of December of 2020?

15       A    Yes.

16       Q    I'd like to go back to Government's Exhibit 6701,

17   and it's page 6 of the exhibit or the message ending in

18   15018.

19            Special Agent Cody, I'm now showing on the screen

20   from Government's Exhibit 6701 a message ending in 15529.

21   Are you familiar with this message?

22       A    Yes, I am.

23       Q    And who sent this message?

24       A    Stewart Rhodes.

25       Q    Who did he send it to?

1      A      "Old Leadership" chat.

2      Q      What day did he send this message?

3      A      December 12th, 2020.

4      Q      What is the significance of that date, what else

5  was going on that day?

6      A      So that day was the Jericho rally that I spoke

7  about.

8      Q      Okay.  What did Mr. Rhodes say to the

9  "Old Leadership" chat on December 12th?

10     A      "We are going to have a fight.  That can't be

11  avoided.  But it's better to have a fight now while Trump is

12  Commander in Chief than to wait till he is gone."

13     Q      Turning to the next message, is this a message to

14  a different Signal chat?

15     A      Yes, it is.

16     Q      What was this chat?

17     A      F.O.S.

18     Q      Okay.

19            And when did Mr. Rhodes send this message?

20     A      December 11th, 2020.

21     Q      Is that the day before the Jericho rally?

22     A      Yes.

23     Q      And what did Mr. Rhodes say to the F.O.S. chat on

24  that date?

25     A      "That's all he has left.  If he doesn't do that,

1    then we will have to fight against an illegitimate Biden

2    regime and all of the Deep Stage with him.  It still be a

3    bloody and desperate fight."

4        Q    If you could continue reading the message, please?

5        A    "We are going to have a fight.  That can't be

6    avoided.  But it's better to have a fight now while Trump is

7    Commander in Chief than to wait till he's gone."

8        Q    If we can take that down from the jury, we can

9    leave that exhibit up on our screen.

10            Special Agent Cody, I'd like to focus your

11   attention now on mid December of 2020, specifically a date

12   December 14th of 2020.  Are you aware of whether anything

13   was occurring that day that had something to do with the

14   2020 presidential election?

15       A    Yes.

16       Q    What was happening that day?

17       A    That's the date that state electors cast their

18   votes for president and vice president of the United States

19   and submit those votes to, among other places, Congress.

20       Q    And I may have misheard you for a second.  Did you

21   say they cast their vote for both president and vice

22   president?

23       A    I believe so.

24            MS. RAKOCZY:  With the Court's permission I'd like

25   have Special Agent Cody come down and mark that date on the

1    Exhibit 1532, please?

2              (Witness complied.)

3    BY MS. RAKOCZY:

4         Q    Special Agent Cody, when the state electors or

5    electoral colleges cast their votes, at the end of that day,

6    was there a result that leaned in favor of one person being

7    elected President of the United States?

8         A    Yes.

9         Q    And who was that person who was projected to be

10   the winner on the basis of those electoral college votes?

11        A    Joseph Biden.

12        Q    Did you see messages in Mr. Rhodes' phone that he

13   sent on the night of or the evening of December 14th of

14   2020?

15        A    Yes.

16        Q    And were these messages sent to some of the Signal

17   group chats that we've been talking about?

18        A    Yes.

19        Q    If we could now show the jury again Government's

20   Exhibit 6701.  And specifically we're looking at a message

21   that ends up in 15779.  Is this a message that was sent to

22   the "Old Leadership" chat?

23        A    It is.

24        Q    By whom?

25        A    Stewart Rhodes.

1          Q     And when did he send this message?

2          A     December 14th, 2020.

3          Q     At what time?

4          A     6:06 p.m.

5          Q     And what did Mr. Rhodes say in that message?

6          A     "Trump has one last chance to act.  He must use

7     the Insurrection Act."

8          Q     And that is message 15779 in that chat, correct?

9          A     Yes.

10         Q     If we go to the next message, this is message

11    15784; is that right?

12         A     Yes.

13         Q     So a few messages later; is that fair to say?

14         A     Yes.

15         Q     Not immediately after the previous one?

16         A     No.

17         Q     When did Mr. Rhodes send this message?

18         A     December 14th, 2020, 6:08 p.m.

19         Q     And what did Mr. Rhodes say to the

20    "Old Leadership" chat in this message?

21         A     "Unless we fight a bloody Civil War/revolution."

22         Q     If we could turn to the next message, this is

23    message 15791, right?

24         A     Yes.

25         Q     Is that to that same "Old Leadership" chat?

```
 1        A    It is.

 2        Q    Is this a few messages later?

 3        A    Yes.

 4        Q    And a few minutes later?

 5        A    Yes.

 6        Q    Okay.

 7             What did Mr. Rhodes say in this message?

 8        A    "Here's what should be done right now."

 9             And there's a URL in here.  I'm happy to read it

10   if you'd like.

11        Q    That's okay.

12             What general website does that --

13        A    Sorry.

14             The Oath Keepers website.

15        Q    Okay.

16             And if you could read, I guess, the name of the

17   file at that site, please.

18        A    The name of the file is

19   "Open-letter-to-President-Trump-

20   You-must-use-Insurrection-Act-to-stop-the-steal-and-defeat-t

21   he-coup."

22        Q    And have you seen what was posted at that website?

23        A    I have.

24        Q    If we could now bring that exhibit down, please,

25   and if we could show just Special Agent Cody Government's
```

1    Exhibit 1005, please.

2          And if we could just page down through this

3    exhibit.  Thank you.

4          Special Agent Cody, do you recognize Government's

5    Exhibit 1005?

6    A    Yes.

7    Q    What is it?

8    A    It's an open letter from Stewart Rhodes to

9    President Trump.

10   Q    And is that what was posted at the link that we

11   just saw in the prior message?

12   A    Yes.

13   Q    Okay.

14         MS. RAKOCZY:  At the point in time, Your Honor,

15   the government would seek to move -- well, I should ask just

16   before.

17   BY MS. RAKOCZY:

18   Q    Does that exhibit, Government's Exhibit 1005, is

19   that a fair and accurate copy of something from the

20   Oath Keepers website?

21   A    Yes.

22         MS. RAKOCZY:  At this point in time, Your Honor,

23   pursuant to both the Agent's testimony and the 902(11)

24   certificate for both this exhibit and Exhibit 1003, which

25   we've previously looked at today, we seek to move

```
 1   Government's Exhibit 1005 into evidence.

 2              MR. WOODWARD:  No objection.

 3              MR. BRIGHT:  No objection.

 4              THE COURT:  So 1005 will be admitted.

 5                              (Government Exhibit 1005
                                 received into evidence.)
 6

 7              MS. RAKOCZY:  May we publish?

 8              THE COURT:  You may.

 9   BY MS. RAKOCZY:

10        Q    Special Agent Cody, I'd like you to look at page 2

11   of this exhibit.

12              MS. RAKOCZY:  And if we could just zoom in on the

13   photo and the caption.  Thank you.

14   BY MS. RAKOCZY:

15        Q    Special Agent Cody, can you describe what this is?

16        A    This is a painting that appears to depict soldiers

17   fighting in the, what I would assume is the

18   Revolutionary War.

19        Q    Okay.  Was this the photo that accompanied the

20   letter on the website?

21        A    Yes.

22        Q    And is there a caption or title to the letter?

23        A    The title is "Open letter to President Trump.  You

24   must use Insurrection Act to stop the steal and defeat the

25   coupe."
```

1      Q     And when did Mr. Rhodes post this letter,

2    according to the website?

3      A     December 14th of 2020.

4      Q     Is that the day we were just talking about that

5    the state electors certified or sent their result?

6      A     Yes, it is.

7           MS. RAKOCZY:  If we could scroll down now to

8    page 3 of this exhibit, please.  If we could zoom in on the

9    portion that begins underneath the quote, where it begins

10   with the subheader, in bold that says, "Here are the facts."

11   BY MS. RAKOCZY:

12     Q     Special Agent Cody, could you read that first

13   paragraph, please.

14     A     "Here are the facts.  We're already at war with

15   communist China and its willing American agents, puppets,

16   and co-conspirators who seek to overthrow our Constitution,

17   as well as the international elites and other foreign

18   enemies who have aided and abetted this war on our nation.

19   They have infiltrated and taken over every branch of

20   government at every level, state and federal.  War isn't

21   coming - war is already here.

22           "Communist China would never defeat us in open

23   battle.  So instead, it infiltrated and subverted our

24   institutions, bought and blackmailed American elites, and

25   made allegiance with willing domestic enemies of our

1    Constitution to defeat us from the inside out, without

2    having to fire a shot, by using what is commonly referred to

3    as 'fourth-generation warfare,' doctrines and methods."

4         Q    If I could stop you for just one second.

5              Could you please continue, then, to read where it

6    says, "You must act now"?

7         A    "You must act now as a wartime president, pursuant

8    to your oath to defend the Constitution, which is very

9    similar to the oath all of us veterans swore.  We are

10   already in a fight.  It's better to wage it with you as

11   Commander in Chief than to have you comply with a fraudulent

12   election, leave office, and leave the White House in the

13   hands of illegitimate usurpers and Chinese puppets.  Please

14   don't do it.  Do not concede, and do not wait until

15   January 20th, 2021.  Strike now."

16        Q    Does Mr. Rhodes go on to describe what will happen

17   if the President fails to act?

18        A    Yes.

19        Q    Could you please read the next paragraph.

20        A    "If you fail to act while you are still in office,

21   we, the people, will have to fight a bloody Civil War and

22   revolution against these two illegitimate communist China

23   puppets and their illegitimate regime, with all the powers

24   of the deep state behind them with nominal command of all

25   the might of our Armed Forces (though we fully expect many

```
 1   units and entire branches to refuse their orders and to
 2   fight against them) and with their foreign allies also
 3   joining in to assist in the suppression of American
 4   patriots."
 5            MR. GEYER:  Your Honor, respectfully, objection.
 6   Phone, please.
 7            (Bench conference)
 8            THE COURT:  Mr. Geyer.
 9            MR. GEYER:  I apologize, Your Honor, but I think
10   that what was read in the second paragraph was, "We are all
11   ready to fight."
12            The actual language that I see is, "We are already
13   in a fight."  I think it's an important distinction.
14   I think it was read improperly.  And I'd like it to be
15   corrected.
16            MS. RAKOCZY:  That's fine, Your Honor.  We can do
17   that.
18            THE COURT:  Okay Geyer.
19            MR. GEYER:  Thank you, Your Honor.
20            (Open court)
21   BY MS. RAKOCZY:
22      Q    Special Agent Cody, I'm just going to -- I just
23   made a note on the screen.  That sentence that begins, "We
24   are," could you just read that sentence again.
25      A    "We are already in a fight."
```

1     Q   Okay.  Thank you.

2     MS. RAKOCZY:  If we could scroll -- take down the

3  zoom-in, please, and scroll down to page 4 of the letter and

4  just zoom in on the top few paragraphs, please.

5  BY MS. RAKOCZY:

6     Q   Does Mr. Rhodes go on in the letter to offer a

7  plan or steps that he proposes President Trump should take?

8     A   Yes.

9     Q   Okay.

10     The first step that he proposes here under No. 1,

11  what is that?

12     A   "Invoke the Insurrection Act."

13     Q   And could you read what he says, then, in the

14  first sentence of that paragraph.

15     A   "Issue a Presidential proclamation directly

16  invoking the Insurrection Act, declaring an insurrection,

17  rebellion, and coupe to be in effect by domestic enemies of

18  the U.S. Constitution and traitors who are in collusion with

19  and/or acting as agents of a foreign enemy, specifically

20  communist China, but also other known or unknown foreign

21  enemies and to call up the militia, including the

22  National Guard, us veterans and patriotic Americans of

23  military age, and U.S. military to suppress the

24  insurrection."

25     Q   Okay.

1          In subparts A through the subparts that follow,

2  A through F, does Mr. Rhodes go on to provide substeps

3  involving this "invoke the Insurrection Act" plan?

4       A    Yes.

5       Q    Could you just read sort of the subheads of each

6  of these parts, A through F?

7       A    "A, Order the data seized.

8            "B, Order a mass declassification of the dirty

9  secrets."

10      Q    C, there's no subpart, I guess, but could you just

11  read that.

12      A    Sure.

13           "C, Within all that data will be the evidence

14  needed to expose the vote fraud and who is behind it, as

15  well as expose all the corrupt judges, state Attorney

16  Generals, Governors, legislative leaders, election

17  officials, et cetera.

18           "D, Order a massive public 'WikiLeaks' style

19  data dump.

20           "E, Pardon and free Julian Assange.

21           "F, Fire Barr and removed him from office

22  immediately.

23           "Update:  Barr has resigned but needs removed

24  immediately.  Don't let him run the clock out even a day

25  more."

1           MS. RAKOCZY:   Okay.   If we could take that zoom-in

2    down.

3    BY MS. RAKOCZY:

4        Q    Does the message then continue to suggest a few

5    other steps that should be taken?

6        A    Yes.

7        Q    And could you generally just describe those.   You

8    don't have to read each and every one.

9        A    Generally, the author advocates for ordering the

10   military to go to a higher readiness condition, press the

11   militia into action, and call up able-bodied Americans to

12   assist.

13       Q    Okay.

14           How does Mr. Rhodes conclude?   What is that

15   conclusion section titled?

16       A    "We are in for a fight no matter what.   Let's get

17   it done with you as Commander in Chief."

18           MS. RAKOCZY:   And if we could bring that zoom-in

19   down and then just zoom in on the signature block, please.

20   BY MS. RAKOCZY:

21       Q    Who signed this letter?

22       A    Stewart Rhodes and Kellye SoRelle.

23           MS. RAKOCZY:   If we could take down that exhibit,

24   please.

25           I'd like to return now to Government's

```
 1    Exhibit 6701 at approximately page 15 of that exhibit.
 2              So the next message.
 3    BY MS. RAKOCZY:
 4        Q    Do you recognize this message, Special Agent Cody?
 5        A    Yes.
 6        Q    And is this Government's Exhibit 15838 --
 7    I'm sorry, the message ending in 153838 to the
 8    "Old Leadership" chat?
 9        A    It is.
10        Q    When did Mr. Rhodes send this message?
11        A    December 15th of 2020.
12        Q    And what did Mr. Rhodes say in this message?
13        A    "I disagree with this.  The U.S. House is
14    controlled and dominated by the Democrats.  The only way to
15    get a delegation vote in the House for electors is if enough
16    states decertify their election to deny Biden 270 electoral
17    college votes."
18        Q    Okay.
19              Are you generally aware of whether there had to be
20    a certification of the electoral college votes?
21        A    Yes.
22        Q    So you were just talking about how there were
23    these Electoral Colleges that sent votes or were voted on
24    December 14th.
25              Do you remember saying that?
```

1      A      Yes.

2      Q      And what body was to do the certification of those

3 votes?

4      A      Congress.

5      Q      And do you know when that was supposed to happen?

6      A      January 6th, 2020 -- 2021.  Excuse me.

7      Q      If we could go on to the next -- the continuation

8 of that same message that you were just reading,

9 Special Agent Cody, what did Mr. Rhodes go on to say?

10      A      "The Constitution makes clear that the states

11 select the electors and, therefore, President unless no one

12 gets 270 electoral college votes.  Only then does it go to a

13 House vote.

14           "I don't believe the U.S. Senate can decertify

15 what the states certified.  Only the states can do that."

16      Q      If we could go on to the next message, is this the

17 next message in the chat?

18      A      Yes.

19      Q      Who's is it sent by?

20      A      Stewart Rhodes.

21      Q      And is that the same day, December 15th?

22      A      Yes, it is.

23      Q      What did Mr. Rhodes say in this message?

24      A      "And you can bet the SCOTUS would jump and in say

25 no to any such attempt.

1          "Here's the real way forward."

2     Q    And then the next page, what does Mr. Rhodes go on

3  to say?

4     A    "The states legislators have until Jan. 6 to

5  decertify their own prior certified elections, proclaiming

6  it too compromised to verify based on fraudulent results and

7  then do their duty to elect their own slate of electors."

8     Q    Okay.

9          If we could look at the next message, please.

10  This is message 15847 from the "Old Leadership" chat; is

11  that right?

12     A    Yes.

13     Q    And so is this maybe about eight messages after

14  the message we just read?

15     A    It is.

16     Q    Is this from that same day of December 15th?

17     A    Yes.

18     Q    Who sent this message?

19     A    Stewart Rhodes.

20     Q    Okay.  And what did he say in this message?

21     A    "Trump still needs to do as I am urging.  Please

22  keep saying invoking the Insurrection Act is a 'last

23  resort.'"

24     Q    How does he continue.

25     A    "Nonsense.  He must do it now before Jan. 6 and he

1    needs to give the state legislators the time to decertify

2    before Jan. 6 in at least three of those states.  Only then

3    does it go to a vote in the House based on delegations."

4         Q    If we could look at the next message, did

5    Mr. Rhodes send a very similar or the same message then to

6    the F.O.S. chat that same day?

7         A    Yes.

8         Q    If we could just scroll through those two slides.

9    On message 1021, does Mr. Rhodes send a slightly different

10   end to this message to the F.O.S. chat?

11        A    Yes.

12        Q    Could you read what he said in this message 1021

13   in the F.O.S. chat.

14        A    "I feel like I'm taking crazy pills.  LOL.

15   Nonsense.  He must do it now before Jan. 6.  And he needs to

16   give the state legislators the time to decertify before Jan.

17   6 in at least three of those states.  Only then does to go a

18   vote in the House based on delegations."

19        Q    And if we look at the next message, please, is

20   this message back in the "Old Leadership" chat?

21        A    Yes.

22        Q    When was this message sent?

23        A    December 19th of 2020.

24        Q    So this is a few days after the messages we were

25   just reading?

1    A    It is.

2    Q    Who sent this message?

3    A    Stewart Rhodes.

4    Q    And what did he say in this message?

5    A    "I'll say it again, it is a tragic mistake for him

6    to wait until Jan. 6 or after.  Congress will stab him in

7    the back.  The GOP Senate will stab him in the back.  Heck,

8    McConnell has already made that clear."

9    Q    Does the message continue?

10    A    It does.

11    Q    Could you read what the continuation is?

12    A    "You can expect it to go much like it did with the

13    SCOTUS, only 2 out of the 12 did the right thing.  Thomas

14    and Alito.  The rest turned on their duty and violated their

15    oaths.  And that included all of Trump's own nominees on the

16    Court."

17    Q    Does the message continue?

18    A    Yes.

19    Q    On the next page, could you read the end of the

20    message, please?

21    A    "So expect only 1 out of 6 GOP in Congress,

22    especially in the neocon infested Senate to stand tall.

23    The rest will fold."

24    Q    Okay.

25         Did Mr. Rhodes sound optimistic here that

1   something would happen on January 6th to stop the election

2   results?

3       A    He did not.

4       Q    Did Mr. Rhodes ask or urge in these messages

5   President Trump to invoke that thing called the

6   Insurrection Act?

7       A    Yes.

8       Q    Between December 14th and December 23rd, did

9   President Trump invoke the Insurrection Act?

10      A    He did not.

11      Q    If we could turn now to Government's Exhibit 1008,

12  just for Special Agent Cody, please.  And just scroll down

13  through this exhibit, please.

14           Do you recognize this exhibit, Special Agent?

15      A    Yes, I do.

16      Q    What is this?

17      A    This is a second letter from Stewart Rhodes to

18  President Trump.

19      Q    And is this evidence that you reviewed in this

20  investigation?

21      A    It is.

22           MS. RAKOCZY:  Your Honor, at the point in time,

23  pursuant to Special Agent Cody's testimony and a 902(11)

24  certificate, the government would seek to move Government's

25  Exhibit 1008 into evidence.

```
 1              MR. LINDER:  No objection.

 2              THE COURT:  1008 will be admitted.

 3              MS. RAKOCZY:  May we publish to the jury, please?

 4              THE COURT:  Yes.

 5                                  (Government's Exhibit 1008
                                     received into evidence.)
 6   BY MS. RAKOCZY:

 7       Q    If I could we go to page 2 of the exhibit and zoom

 8   in on the photo and the caption again.

 9            Special Agent Cody, what do we see?

10       A    I believe this is a painting of Washington

11   Crossing the Delaware.

12       Q    Okay.

13            And what is the caption of this piece?

14       A    "Americans willing to cross a frozen river to kill

15   you in your sleep on Christmas.  Totally not kidding.  We've

16   done it."

17       Q    And what is the title then of the article or post

18   that follows?

19       A    "Open letter to President Trump, part 2:  Act now.

20   Do not wait for Jan. 6."

21       Q    When does the article reflect it was posted?

22       A    December 23rd of 2020.

23       Q    Where did this article get posted?

24       A    This was also on the Oath Keepers website.

25       Q    And who is the author according to the post?
```

1       A       Stewart Rhodes.

2       Q       So now between December 14th, the date of the

3   first open letter, and this date, December 23rd, you said

4   the President had not invoked the Insurrection Act;

5   is that right?

6       A       Correct.

7       Q       If we could go to page 2 of the exhibit -- page 3

8   of the exhibit, I apologize.  If we could just zoom in on

9   the first -- the salutation in the first paragraph or two.

10              Special Agent Cody, could you just read the

11  introduction in the first paragraph?

12      A       "President Trump, today, December 23rd, is the

13  anniversary of the reading of Thomas Paine's *The American*

14  *Crisis*, No. 1, to Washington's troops as they prepared their

15  minds, bodies and spirits for the critical battle of

16  Trenton, which turned the tide of the war.  General

17  Washington had suffered defeat after defeat, and both he and

18  his men were worn down.  Many of his men were demoralized.

19  He needed a victory, and to get one, he needed to go on the

20  offensive.  And he did.  He ordered Thomas Paine's immortal

21  words read allow to his men, to get their minds right, and

22  then General Washington penned a simple note to himself:

23  'Victory or death,' which became the password for the

24  operation to cross the Delaware and attack the Hessians.

25              "At that time, there were many on both sides

1    predicting his inevitable defeat, declaring that he was

2    done, that the cause was lost.  Many turned against him, but

3    Washington did not listen to the Doubting Thomas' who were

4    urging him to give up, to try make a deal with the enemy.

5    Instead, he went on the offensive.  He attacked.  And he

6    won."

7         Q    If you could read the next sentence, too,

8    please -- or the next paragraph, too, please?

9         A    "Like Washington, you have suffered defeats,

10   treachery, and people you trusted abandoning you or even

11   turning on you.  Modern day Benedict Arnolds abound.  Like

12   Washington, you have people in our ear urging you to give

13   up, to make a deal.  Don't do it.  Follow Washington's

14   example and attack."

15        Q    If we could take that zoom in down, please.

16   Thank you.

17             And just go to the end of this page, if we could

18   highlight the area that says -- it's bolded in that first

19   paragraph, please.  Thank you.

20             Special Agent Cody, at the end of that page, could

21   you read the part in bold and the first sentence or two.

22        A    "Why you should not wait until Jan. 6, 2021.

23             "The Republicans in Congress in both the House and

24   Senate, with a small handful of notable exceptions, are very

25   likely to stab you in the back, just like the GOP-controlled

1    RINO-state legislatures did.  The Deep State wants you to

2    wait till June 6th, 2021, so their GOP puppets, such as

3    Senate Majority Leader Mitch McConnell, can betray you yet

4    again, violating their oaths and certifying electors for a

5    fraudulent impostor."

6         Q    Thank you, Special Agent Cody.

7              We could take that down.  If we could go to the

8    next page of the exhibit, please.

9              Just generally speaking, in this letter, does

10   Mr. Rhodes go on to offer a proposal that included similar

11   steps to what we saw in the first open letter?

12        A    Yes.

13        Q    If we could then just scroll down to page 5, the

14   next page, could we zoom in on the closing here.  Thank you.

15             Special Agent Cody, I just made a line near the

16   start of a paragraph.  Could you just begin reading from

17   that paragraph through the end?

18        A    "President Trump, you must be as decisive, if not

19   or so, than President Lincoln was at the outset of the

20   Civil War, when he issued an arrest warrant for the Chief

21   Justice of the Supreme Court, issued arrest warrants for

22   several members of Congress, for sitting state

23   representatives and officials, as well as newspaper editors,

24   as he suppressed an insurrection and rebellion that had

25   spread throughout all branches of government at all levels."

```
 1              Would you like me to continue.
 2      Q    Yes, please.
 3      A    "If you fail to do your duty, you will leave we
 4  the people no choice but to walk in the founders' footsteps
 5  by declaring the regime illegitimate, incapable of
 6  representing us, destructive of the just ends up of
 7  government, to secure our liberty and to be a mere puppet of
 8  a deadly foreign enemy.  And like the founding generation,
 9  we will take to arms in defense of our God-given liberty,
10  we will declare our independence from that puppet regime,
11  and we will fight for our liberty.
12              "There are millions of American patriots standing
13  ready.  Do not forsake them.  Do not leave them to have to
14  do it all themselves.  Keep your promise.  Drain the swamp.
15  Do it now.  We will help you at every step of the way."
16      Q    Thank you.
17              We could take this exhibit down, please.
18              And who signed that open letter, Special Agent
19  Cody?
20      A    Stewart Rhodes.
21      Q    Did Kellye SoRelle also sign that letter?
22      A    Yes.
23      Q    Special Agent Cody, did you find any messages
24  where Mr. Rhodes encouraged his followers to read that open
25  letter?
```

1        A    I did.

2        Q    Around that time period of December 23rd, late

3   December of 2020, did you also find a recording of an

4   interview that Mr. Rhodes gave?

5        A    Yes.

6        Q    And do you remember the journalist that he spoke

7   with around that time?

8        A    I believe it was a man named Mike Adams.

9        Q    That is not the Mike Adams who was the leader of

10  the Florida chapter of the Oath Keepers, is it?

11       A    It is not.

12       Q    Okay.

13            Did you listen to that recording?

14       A    I did.

15       Q    Did Mr. Rhodes discuss similar topics to what

16  we've been seeing in these messages and open letters?

17       A    Yes, he did.

18            MS. RAKOCZY:  Your Honor, at this point, in time,

19  the government would seek to move into evidence Government's

20  Exhibit 1007 pursuant to a 902(11) certification.

21            MR. LINDER:  No objection.

22            THE COURT:  1007 will be admitted.

23                            (Government's Exhibit 1007
                                received into evidence.)
24            MS. RAKOCZY:  And if we could now just play a few

25  clips from Government's Exhibit 1007, and we seek to publish

```
 1    these clips to the jury.  We'll begin with 1007.1, please.
 2               (Video played)
 3               MS. RAKOCZY:  Thank you.
 4    BY MS. RAKOCZY:
 5        Q    Special Agent Cody, did you recognize the person
 6    who spoke at the end of that clip?
 7        A    Yes.
 8        Q    Who is that person?
 9        A    Stewart Rhodes.
10        Q    Okay.
11               Special Agent Cody, let's now --
12               MS. RAKOCZY:  We're now going to play, please, the
13    clip that's 1007.2.
14               (Video played)
15               MS. RAKOCZY:  Thank you.  Could we please play
16    Clip 3, 1007.3.
17               (Video played)
18    BY MS. RAKOCZY:
19        Q    Special Agent Cody, in that clip did Mr. Rhodes
20    refer to January 6th?
21        A    Yes.
22        Q    Did he refer to it as a hard constitutional line
23    or limit?
24        A    He did.
25        Q    If we could now play the final clip, clip 4,
```

1    1007.4, please.

2              (Video played)

3              MS. RAKOCZY:  Thank you very much.

4    BY MS. RAKOCZY:

5         Q    Special Agent Cody, did you hear in some of those

6    clips Mr. Rhodes reiterating his belief that the President

7    needed to invoke the Insurrection Act?

8         A    Yes.

9         Q    Between this time, late December of 2020, and

10   January 6th, did the President ever invoke the

11   Insurrection Act?

12        A    No.

13        Q    Did he declare any proclamations declaring there

14   to be an insurrection?

15        A    No.

16        Q    Did he indicate that he was going to invoke the

17   Insurrection Act?

18        A    No.

19        Q    So turning to the period of late December of 2020,

20   did you review messages that Mr. Rhodes sent in the Signal

21   group chats from that time period?

22        A    Yes.

23              THE COURT:  Ms. Rakoczy, can I interrupt you.  If

24   you're moving to a new exhibit, why don't we take our

25   morning break.

```
 1                   It's 5 minutes after 11:00, ladies and gentlemen.
 2      We will resume at 11:20, and then we'll go till lunch and
 3      then break for the day and the week.
 4                   Thank you, everyone.
 5                   COURTROOM DEPUTY:  All rise.
 6                   (Jury exited the courtroom.)
 7                   THE COURT:  All right.  Special Agent Cody, you
 8      can step down.  I'll just you not to discuss your testimony
 9      with anybody over the break.
10                   Thank you.
11                   THE WITNESS:  Thank you.
12                   THE COURT:  Thank you, everyone.
13                   (Recess from 11:07 a.m. to 11:22 a.m.)
14                   COURTROOM DEPUTY:  All rise.
15                   THE COURT:  Please have a seat, everybody.
16      Thank you.
17                   So, government counsel, what's your expectation in
18      terms of this witness?  I'm just trying to get a sense of
19      timing, when we might be able to --
20                   MS. RAKOCZY:  I'm hoping less than half an hour to
21      finish the direct, Your Honor.
22                   THE COURT:  Okay.
23                   And then do you have a sense of how long the cross
24      will be?
25                   MR. WOODWARD:  I think the -- go ahead,
```

```
 1    Mr. Linder.
 2              MR. LINDER:  With the Court's indulgence, we're
 3    going to ask permission to go out of order, and Mr. Geyer is
 4    going to go first.  But to be honest with the Court,
 5    I believe he's going to ask under Rule 106 for the jury to
 6    see the rest of that video.
 7              THE COURT:  Okay.  Which video, the one --
 8              MR. LINDER:  The one they just showed, the
 9    interview.
10              THE COURT:  Okay.
11              MR. LINDER:  So that's kind of what we're trying
12    to decide right now.
13              THE COURT:  How long is it?
14              MS. RAKOCZY:  Lengthy.
15              MR. CRISP:  It's about 40 to 45 minutes.
16              THE COURT:  Watch the whole thing?
17              MR. LINDER:  I mean, it puts things in context.
18    It's kind of what we've been talking about in this whole
19    trial.  There's a lot of -- kind of like with the text
20    message stuff that we're going to -- under 106, we're going
21    to be asking to put in text messages kind of before and
22    after, some of the ones --
23              THE COURT:  Right, that's -- I understand that.
24    I mean, I just -- if you need some context for the
25    statement, okay, but I don't know that all 40 minutes need
```

```
 1    to be put in.
 2              MR. GEYER:  Your Honor, we have rare consensus on
 3    this issue.
 4              THE COURT:  Among yourselves or with the
 5    government?
 6              MR. CRISP:  Here's what we're going to suggest,
 7    Judge, because this is something that I didn't get into
 8    until Tuesday in terms of the entire video.  So we've been
 9    doing other things.
10              I would be amenable if the Court is willing to
11    break after Mr. Fisher, sorry, went into his cross and then
12    we resume on Tuesday and then we can probably cut it down
13    and figure this out and be a little bit more precise.
14              THE COURT:  All right.
15              MR. LINDER:  I would agree with that.
16              THE COURT:  All right.  Seems reasonable.
17              Okay.  And, I mean, look, to the extent -- I don't
18    know to what extent the government is going to -- if this is
19    sort of being admitted on 106 grounds and I don't know
20    whether they will have an objection as to what you propose.
21              MR. LINDER:  If we can meet and get the text
22    message stuff put together over the weekend the way we want,
23    we may not need to do that.
24              THE COURT:  Okay.
25              MR. LINDER:  But, you know, we're working every
```

```
 1    day like --
 2             THE COURT:  I know you are.  I know you are.
 3             MR. LINDER:  But we at least want to be able to
 4    put the texts in content, which will take us, to put our
 5    exhibit together, a little bit of time.
 6             THE COURT:  Okay.  All right.
 7             So we'll go as long as we can, and then we'll
 8    break.
 9             MR. LINDER:  So then Mr. Fischer is going to go
10    first, then, when we do cross.
11             THE COURT:  But is Mr. Fischer going to introduce
12    the 106 material or he's not going to do it?
13             MR. LINDER:  No.  He's just going to do his cross,
14    and then we'll worry about 106 stuff on Tuesday.
15             THE COURT:  All right.
16             COURTROOM DEPUTY:  Jury panel.
17             (Jury entered the courtroom.)
18             THE COURT:  Okay.  Please have a seat, everyone.
19             Ladies and gentlemen, welcome back.
20             All right.  We are in the home stretch for the
21    week, for both the day and the week.  So I'll ask the
22    Special Agent to re-take the stand.  And, Ms. Rakoczy, you
23    may continue.
24    BY MS. RAKOCZY:
25        Q    Good morning again, Special Agent Cody.
```

```
 1        A     Good morning.

 2        Q     I think the last thing I asked you prior to the

 3   break was whether at any point in late December or January

 4   of 2021, President Trump invoke under the Insurrection Act.

 5        A     He did not.

 6        Q     Have you reviewed messages from Mr. Rhodes' phone

 7   from the period of late December 2020 and early

 8   January 2021?

 9        A     Yes.

10              MS. RAKOCZY:  I'd like to return, then, to

11   Government's Exhibit 6701 at about 27 pages in.

12              Okay.  If we could go to the next message in that

13   chat.

14   BY MS. RAKOCZY:

15        Q     What date is this message from?

16        A     December 29th of 2020.

17        Q     And who's the message from?

18        A     Stewart Rhodes.

19        Q     Who is the message directed to?

20        A     "Old Leadership" chat.

21        Q     And is this message 17485 in that chat?

22        A     It is.

23        Q     Okay.

24              Could you read this message, please.

25        A     "I'm only guessing about what it going on in his
```

1    head.  Of course, I can't know for sure.

2         "But I think part of him knows that there will be

3    no solution within a rigged, corrupt, enemy-occupied

4    system."

5         Q    Does the message continue?

6         A    It does.

7         Q    Please keep reading.

8         A    "I think that part of him now understands that the

9    Insurrection Act and warfare - with him as commander in

10   chief - is the only way that he can save our republic."

11        Q    In the next message, 17486, does Mr. Rhodes

12   continue?

13        A    Yes.

14        Q    What does he say here?

15        A    "But he needs to know that if he doesn't do it,

16   we will.  And if we have to do it ourselves without him as

17   commander chief, it will be exponentially harder, and many

18   more of us will die.  And while we fight, our nation will be

19   vulnerable to invasion.  It will be horrific."

20        Q    In the next message, three messages later in this

21   chat, in message 17489, does Mr. Rhodes continue on this

22   topic?

23        A    Yes.

24        Q    What does he say here?

25        A    "And he needs to know the dire consequences if he

1  doesn't, that we will not submit to an illegitimate Chi-Com

2  puppet regime, that we will nullify, refuse to comply, defy,

3  resist, and defend, the same path the founders walked."

4      Q    Special Agent Cody, I'd like to turn now to the

5  next message.  Is this message also from the evening of

6  December 29th?

7      A    Yes.

8      Q    This is not to a chat, a group chat, is it?

9      A    It is not.

10     Q    Who is this message to?

11     A    Kellye.

12     Q    Okay.

13          And that's the name that this person was saved

14  under in Mr. Rhodes' phone?

15     A    Yes.

16     Q    Okay.

17          And is this message, 2818, in the thread between

18  Stewart Rhodes and Kelly?

19     A    It is.

20     Q    What did Mr. Rhodes say in this message?

21          MR. LINDER:  Judge, I'm going to object at this

22  time.  This goes to some of the messages we talked about the

23  other day between Stewart and his family.  And there's

24  several of these.

25          THE COURT:  Why don't we -- can you take this or

1    take this down from the jury and let me take a look at it.

2           Can you flip through the three, whatever the

3    slides are that you intend to show.

4           MS. RAKOCZY:  That's it, Your Honor, just those

5    three messages.

6           THE COURT:  Can I ask you all to get on the phone

7    real quick.

8           (Bench conference)

9           THE COURT:  Is there any response from

10   Ms. SoRelle?

11          MR. WOODWARD:  Not to us.

12          THE COURT:  I'm sorry?

13          MR. WOODWARD:  We have reached out to her counsel

14   multiple times.

15          THE COURT:  No, no.  I mean in the text-message

16   chain.

17          MR. WOODWARD:  We are still trying to get the

18   chats.  As Mr. Linder explained yesterday, we have them in

19   two different places, on Ms. SoRelle's phone and on

20   Mr. Rhodes' phone, neither of which appear to be complete.

21          We're trying to cross-reference that and put

22   together a master list of back-and-forth as between the two.

23   And so I don't know.

24          It's not to say that we don't have this particular

25   chat.  We do.  We've confirmed it was on the phone.  But

```
 1  we're just not able to yet put that all together and read it

 2  in chronological order.

 3          MS. RAKOCZY:  Your Honor, these messages were

 4  disclosed with Mr. Rhodes' scoped cell phone warrant return

 5  many months ago.  This exhibit was provided to the defense

 6  before now.  I don't remember exactly when.

 7          I don't recall Ms. SoRelle's response off the top

 8  of my head.  I'm sure she did, the message chain continues.

 9  I don't know if she responded directly on this topic.  I am

10  well aware she did not say, "As your counsel, I advise you

11  that this would be legal conduct."

12          So I just think this is very clearly not

13  advice-of-counsel communications and this just highlights

14  why we were at a prior awkward position now having a

15  potential defense like this fleshed out in the trial.

16          MR. WOODWARD:  With respect, Ms. Rakoczy would not

17  be aware if that was Ms. SoRelle's response because that

18  would have been picked up by the filter team and the filter

19  team appears to have selected only certain records which

20  have not yet been provided to Mr. Rhodes' counsel.

21          We have asked for that many, many times.  We don't

22  have them, and the exhibit was provided to us on Monday of

23  this week.

24          THE COURT:  Can we just go back a couple of slides

25  to the first one?
```

```
 1              I mean, what the slides -- I'm sorry, so this is
 2    the first one, it's 10:29, 10:32 p.m. from Mr. Rhodes to
 3    Ms. SoRelle, "This would be D.C. rally number three, getting
 4    kind of old.  They don't give a shit how many show up and
 5    wave a sign, pray, or yell.  They won't fear us until we
 6    come with rifles in hand."
 7              Next slide.
 8              "Only reason to go is so Trump knows we support
 9    him in taking reg gloves off and kicking ass.
10              "That's why I'm going.  It's to send him a message
11    and not Congress.  I'm done talking to them."
12              I mean, it's hard for me to see how any of this is
13    attorney-client communication.
14              MR. WOODWARD:  Without the context, we don't know
15    whether this is part of Mr. Rhodes providing Ms. SoRelle
16    with all the facts so that she can give him a legal opinion.
17    Had it not been provided to her, the argument would be that
18    she did not have all the facts and thus could not provide
19    him the legal advice.
20              THE COURT:  I find it hard to believe that if
21    Mr. Rhodes is saying to Ms. SoRelle that "I'm going to
22    Washington with a rifle, I'm done talking to them," that
23    somehow her advice was then, "No, no, it's okay to go to
24    Washington and do what you're suggesting."
25              But if that's what you think she has advised, then
```

```
 1    let's find out if that's what she's advised; otherwise, you
 2    know, this will come in, maybe not now, but I'll give you
 3    the opportunity to show that this is somehow part of an
 4    attorney-client communication which seems to me utterly
 5    implausible.  I'll give you the opportunity and I'll ask
 6    Ms. Rakoczy to move on and we'll deal with this at another
 7    time.
 8              MR. WOODWARD:  Thank you, Your Honor.
 9              MS. RAKOCZY:  Your Honor.
10              THE COURT:  Ms. Rakoczy.
11              MS. RAKOCZY:  Your Honor, just some sense of a
12    deadline would be helpful here because we are in mid-trial
13    now and this is interrupting the government's presentation
14    of evidence.
15              THE COURT:  No, it's got to be done by Tuesday.
16              MR. WOODWARD:  When does the government anticipate
17    giving us the materials from the filter team?
18              MS. RAKOCZY:  I believe they were sent to counsel
19    last night.
20              MR. LINDER:  I believe I got them last night but
21    haven't had a chance to look at them.
22              THE COURT:  Let me ask you this.  Do you all have
23    this text message string or -- it's a text message string.
24    Is it not on his phone, is it not what you received?
25              MS. RAKOCZY:  It is from Mr. Rhodes' phone and
```

1   counsel has it.

2           THE COURT:  So the filter team wouldn't have

3   filtered this out.

4           MR. WOODWARD:  We don't know.

5           THE COURT:  What do you mean you don't know?  It's

6   either on there or it isn't on there.  So you can go to his

7   phone and determine what she said next.  And if it's not

8   there, then you can say, all right, well, the filter team

9   took it out.  But if there's a response from her, the filter

10  team didn't take it out by definition.

11          MR. WOODWARD:  No, the filter team extracted

12  individual messages.

13          THE COURT:  Well, that's what I mean, which is,

14  you would be able to determine if there is some gap,

15  presumably, in Mr. Rhodes' communication with her.

16          MR. WOODWARD:  Not when you look at a Cellebrite

17  image like that, Your Honor.  I'm happy to show the Court.

18          THE COURT:  Would it just be blank or would it

19  show no removal of a message?

20          MR. WOODWARD:  It would not show removal of the

21  message.

22          MS. RAKOCZY:  I think more to the point,

23  Your Honor, they could tell by comparing it to what they

24  were given last night.

25          THE COURT:  I'll give them a chance to take a look

1    at it.

2              (Open court)

3              THE COURT:  All right.  We'll move forward and

4    revisit the issue another time.

5    BY MS. RAKOCZY:

6         Q    Special Agent Cody, we just were looking at some

7    messages from Mr. Rhodes to the "Old Leadership" chat.  Do

8    you remember looking at those messages?

9         A    Yes.

10        Q    Okay.

11             And did Mr. Rhodes indicate that if the President

12   didn't act, that "we will need to act"?

13        A    Yes, he did.

14        Q    So in late December of 2020, did Mr. Rhodes and

15   some of his alleged co-conspirators participate in a chat

16   that was called "D.C. Op Jan. 6, '21"?

17        A    Yes.

18        Q    The Court's indulgence.

19             If we could turn back to Government's Exhibit

20   6701, page 35, of that exhibit, Special Agent Cody, is this

21   a message sent to the chat that was called "D.C. Op

22   Jan. 6, '21?

23        A    It is.

24        Q    Is this message 65 in that chat?

25        A    Yes.

1    Q    When was it sent?

2    A    December 30th, 2020.

3    Q    Who was it sent by?

4    A    Stewart Rhodes.

5    Q    Could you read the jury what Mr. Rhodes said?

6    A    "All, please loop in any leaders of state groups

7    you know are coming up, such as from Georgia, South

8    Carolina, Wyoming, et cetera."

9    Q    If we could go to the next message in the chat,

10   when did Mr. Rhodes sent this message?

11   A    December 30th, 2020.

12   Q    Is that a little bit later that evening?

13   A    Yes.

14   Q    What did Mr. Rhodes say here?

15   A    "All, I prefer that when cohesive teams come to an

16   op, they run as a team under the immediate leadership of

17   their own team leads.  The way they get operational

18   experience as a unit and their leaders get to lead."

19   Q    And just before we get to the next message, the

20   next continuation of this message, did you find evidence in

21   this investigation that various teams came to Washington,

22   D.C. on January 6th from different states?

23   A    Yes.

24   Q    Does this message then continue?

25   A    Yes.

1      Q    If we could go to the next page, what did

2    Mr. Rhodes continue to say?

3      A    "But under the overall command of the op

4    leadership I assign, who have been on prior ops in D.C.   And

5    of course, under my overall command. (I will be busy

6    speaking and doing meetings so I will only step in if I see

7    a major problem.)"

8      Q    Does the message continue?

9      A    Yes.

10      Q    What does the message say next?

11      A    "We will have many balls in the air.   I have been

12    so busy on back-channel working groups trying to advise the

13    President that I am behind the curve on getting you all

14    plugged in on this one."

15      Q    Mr. Rhodes said in that message that any teams

16    that came may have leaders, but they would be under the

17    overall command of the op leadership I assign.

18           Do you remember just reading those words?

19      A    Yes.

20      Q    Did Mr. Rhodes send messages to this chat

21    indicating who those op leaders would be?

22      A    Yes.

23      Q    I'm turning now to the next message.   Is this

24    message 83 in the "D.C. Op Jan. 6, '21" chat?

25      A    It is.

1    Q    When was this message sent?

2    A    December 30th, 2020.

3    Q    By whom?

4    A    Stewart Rhodes.

5    Q    What did he say?

6    A    "I'm putting Don Siekerman in overall command of

7  this op.  And then Whip, Josh, and Kelly as his seconds

8  because they have been to D.C. prior.  I always like to put

9  Leo in command where possible so nobody get their panties in

10 a wad over that."

11   Q    If we could stop for one second.

12        MS. RAKOCZY:  Your Honor, with the Court's

13 permission, I'd like to approach Special Agent Cody with

14 Government's Exhibit 1530.

15 BY MS. RAKOCZY:

16   Q    Special Agent Cody, in that message Mr. Rhodes

17 said, "I'm putting Don Siekerman in overall command of this

18 op."  Can you point out where Don Siekerman is on

19 Government's Exhibit 1530?

20   A    (Witness complied.)

21   Q    Thank you.  You just pointed to the top of the

22 exhibit, the third photo from the left; is that right?

23   A    Yes.

24   Q    Mr. Rhodes went on to say, "And then Whip, Josh

25 and Kelly as his seconds because they have been to D.C.

1    prior."

2            Based on your role in this investigation, are you

3    familiar with who Mr. Rhodes was referring to when he says

4    Whip?

5        A    Yes.

6        Q    Who's that?

7        A    Michael Greene.

8        Q    And do we see Mr. Greene on Exhibit 1530?

9        A    Yes, he is top row, second from the left.

10       Q    Okay.

11           Based on your role in this investigation, are you

12   familiar with who Mr. Rhodes is referring to when he says,

13   Josh?

14       A    Yes.

15       Q    Do we see -- and who is Josh?

16       A    Joshua James.

17       Q    And do we see Joshua James depicted on Exhibit

18   1530?

19       A    Yes.

20       Q    Could you point him out, please?

21       A    Second row, second from the right.

22       Q    Okay.

23           And, finally, Mr. Rhodes mentions Kelly as being a

24   second to Don Siekerman.  Are you aware based on your role

25   in this investigation and the evidence you reviewed as to

```
 1    who he is referring to when he says Kelly?

 2         A    Yes.

 3         Q    Who's that?

 4         A    Kelly Meggs.

 5         Q    And could you point out where Kelly is if you see

 6    him on Government's Exhibit 1530?

 7         A    Second row, first on the left.

 8         Q    Okay.

 9              Thank you.

10              I'm going to take that down, Your Honor.

11              THE COURT:  Can you just turn the exhibit the

12    other way, Ms. Rakoczy.

13              MS. RAKOCZY:  Yes.

14    BY MS. RAKOCZY:

15         Q    Special Agent Cody, does this message continue?

16         A    Yes, it does.

17         Q    If we could turn to the next page, what does the

18    message continue?

19         A    "He's also very levelheaded and calm under

20    pressure, which is what is leaded."

21         Q    Okay.  Turning now to the next message in the

22    exhibit, is this Message 335 in the "D.C. Op Jan. 6, '21"

23    chat?

24         A    It is.

25         Q    Is this from a couple days after?
```

```
 1     A     Yes.

 2     Q     What date is this from?

 3     A     January 1st, 2021.

 4     Q     And who is this message from?

 5     A     Stewart Rhodes.

 6     Q     What did Mr. Rhodes say in this message?

 7     A     "Added Sam Haun, Warren County, Virginia, militia

 8  leader he was with us last time in D.C.  He's bringing a

 9  team up again for this one."

10     Q     Does the message continue?

11     A     Yes.

12     Q     Could you read the continuation, please.

13     A     "Sam, you may recall Don Siekerman and Whip.  They

14  are the overall Oath Keepers op leads for this one.  As

15  always, anyone bringing a team can keep their team together

16  and under their immediate command.  But Don and Whip are all

17  leaders, coordinating all the many moving parts."

18     Q     Is Mr. Rhodes there speaking -- based on your role

19  in this investigation, do you understand him to be speaking

20  about the same Don Siekerman and Whip, or Michael Greene,

21  who you just described?

22     A     Yes.

23     Q     Turning to next message, Message 20, this appears

24  to be to a different Signal group chat; is that right?

25     A     Yes.
```

1      Q    What was the name of this Signal chat group?

2      A    "January 5/6 D.C. Okay Security/VIP" chat.

3      Q    Okay.

4           What did Mr. Rhodes say in this message?

5      A    "I will be there, but I have designed

6  Don Siekerman as Oath Keepers op lead (Army veteran and

7  retired police officer) and Whip as his second in command

8  (Army vet and ex-cop/military contractor).  Both are highly

9  experienced and were both prior D.C. ops and Atlanta."

10     Q    Does the message continue?

11     A    Yes.

12     Q    What does Mr. Rhodes go on to say?

13     A    "Assisting them with leadership/coordination will

14  be Josh James (Army vet experienced in PSD) and Kelly Meggs

15  from Florida (who ran the PSDs for Roger Stone.)"

16     Q    And if we could continue to the next message, are

17  we back now in that "D.C. Op Jan. 6, '21" chat?

18     A    Yes.

19     Q    And going back in time a little bit to

20  December 30th of 2020?

21     A    Yes.

22     Q    Does Mr. Rhodes speak in this message?

23     A    He does.

24     Q    And does he address sort of the purpose of

25  this chat?

```
 1        A     Yes.

 2        Q     What does he say?

 3        A     "This is the D.C. op thread for all leadership

 4  coming in from multiple states and together with the overall

 5  D.C. op leadership."

 6        Q     Okay.

 7              Turning to the next message, is this from the same

 8  "D.C. Op Jan. 6, '21" chat?

 9        A     Yes.

10        Q     And when is this message from?

11        A     December 31st, 2020.

12        Q     Who is it from?

13        A     Stewart Rhodes.

14        Q     And who is he -- what is he saying here?

15        A     "Added some of the North Carolina leaders and

16  experienced prior op veterans from North Carolina."

17        Q     Okay.

18              Have you reviewed this Signal group chat from

19  Mr. Rhodes' phone?

20        A     Yes.

21        Q     Do you recall some of the people who Mr. Rhodes

22  added to the chat when he said, "Here, added some of the NC

23  leaders."

24        A     Paul Stamey, I believe, is from North Carolina.

25        Q     Okay.
```

```
 1              MS. RAKOCZY:  And if we could turn to the next
 2    message, please.
 3    BY MS. RAKOCZY:
 4        Q    What chat is this message to?
 5        A    "D.C. Op Jan. 6, '21."
 6        Q    When was it sent?
 7        A    December 31st, 2020.
 8        Q    And who is it from?
 9        A    Stewart Rhodes.
10        Q    What did Mr. Rhodes say here?
11        A    "Let's make sure that anyone in Oath Keepere who
12    is a team leader who will be bringing a team is on
13    this chat."
14        Q    Turning to the next message, is this to the
15    same chat?
16        A    Yes.
17        Q    What date is this message from?
18        A    January 5th, 2021.
19        Q    Okay.  And what did Mr. Rhodes -- did Mr. Rhodes
20    speak in this message?
21        A    Yes.
22        Q    What did he say?
23        A    "Heads-up.  Have three rooms available for those
24    who need a room at our hotel in Tysons Corner.  If you need
25    a room let me know."
```

1       Q    That's message 866 in this chat; is that right?

2       A    Yes.

3       Q    If we could turn to the next page, is this the

4  next message in that chat?

5       A    It is.

6       Q    What did -- and who is the speaker?

7       A    Stewart Rhodes.

8       Q    What did Mr. Rhodes say in this message?

9       A    "And that is in Virginia and has a very secure,

10 gated parking garage, so good place to leave gear you can't

11 take into D.C.  Staff is very cool."

12      Q    Okay.

13           And, finally, Special Agent Cody if I could turn

14 your attention to the next message in this exhibit, what

15 date is this message from?

16      A    December 31st, 2020.

17      Q    And which chat is this message sent to?

18      A    "Old Leadership" chat.

19      Q    Who is it from?

20      A    Stewart Rhodes.

21      Q    What did Mr. Rhodes say on December 31st to the

22 "Old Leadership" chat?

23      A    "On the 6th, they're going to put the final nail

24 in the coffin of this republic unless we fight our way out

25 with Trump, preferably, or without him.  We have no choice."

```
 1              MS. RAKOCZY:  Thank you.  I have no further
 2    questions.
 3              THE COURT:  Mr. Fischer.
 4                          - - -
 5                    CROSS-EXAMINATION
 6    BY MR. FISCHER:
 7         Q    Good afternoon, Agent Cody.
 8         A    Good afternoon.
 9         Q    Just a few questions, sir.
10              MR. FISCHER:  First of all, if I could have the
11    Government 1005 brought up.
12    BY MR. FISCHER:
13         Q    Sir, I'm having brought up on the screen
14    Government's Exhibit 1005, which is the open letter.
15              Sir, I'm showing you what you previously
16    identified as Exhibit 1005.  And we've zoomed in on the very
17    bottom of that letter.
18              Can you see that on your screen, sir?
19         A    Yes, I can.
20         Q    And isn't it true at the bottom you see on the
21    very left side, it says, "Donate here to support our mission
22    and sustain our volunteers."
23              Is that correct?
24         A    That's correct.
25         Q    So it appears that this letter that Stewart Rhodes
```

```
 1    sent out is a fundraising letter.
 2             Would that be fair to say?
 3    A    I don't know if that's the exclusive purpose.
 4    Q    Okay.
 5             And you'd agree, however, it was published on an
 6    open-source website?
 7    A    Yes.
 8    Q    So the public could see it, right?
 9    A    Presumably.
10    Q    The FBI could see it, correct?
11    A    If we happen to go to the website, yes.
12    Q    Okay.  Fair enough.
13             MR. FISCHER:  And if I could next have exhibit --
14    actually, if you could just scroll up to the top of the
15    letter, please.
16    BY MR. FISCHER:
17    Q    I only have a couple more questions, sir.
18             Sir, next I'm showing you what was previously
19    marked as Exhibit 1008.  Do you recognize what's put up on
20    your screen right now?
21    A    I do.
22    Q    And you would agree that's the -- what you've
23    testified to earlier, that's the iconic portrait of
24    Washington and his Army crossing the Delaware, correct?
25    A    Yes.
```

1      Q     And you would agree, of course, that Washington,

2   in that picture, when he's crossing the Delaware, his Army

3   had 5,000 men; whereas, the QRF in this case had two elderly

4   men who needed hip replacements.  Are you aware of that?

5      A     I'm unaware of the size of Washington's Army or

6   the physical state of people in the QRF, sir.

7            MR. FISCHER:  All right.  Thank you, I have

8   nothing else.

9            THE COURT:  Mr. Geyer.

10                            -  -  -

11                      CROSS-EXAMINATION

12   BY MR. GEYER:

13      Q     Good afternoon.

14      A     Good afternoon.

15      Q     I'm Mr. Geyer, and I represent Ken Harrelson,

16   who's in the back corner.

17            You're aware that Ken Harrelson never had any

18   Facebook, any Twitter, or social media accounts.

19            Are you aware of that?

20      A     I am generally aware.  I am unaware personally of

21   the existence of those accounts for Mr. Harrelson.

22      Q     Okay.  So then you accept that he had no social

23   media accounts, as I previously stated?

24      A     I can't confirm or deny that, sir.

25      Q     Okay.  But you haven't been able to find any?

1    A    I personally have not been able to find any.

2    Q    Has your investigation found any?

3    A    Not to my awareness.

4    Q    So are you willing to accept that he never had any

5    social media accounts?

6    A    As I said, I don't know of any accounts.  That's

7    all I can attest to my awareness in this investigation.

8    Q    Okay.

9         So you're willing to accept that he never was on

10   the "Old" chat.  Are you familiar with the "Old" chat?

11   A    The "Old Leadership" chat we were talking about --

12   Q    Yes.

13   A    -- on direct?

14   Q    Yes.

15   A    Yes.

16   Q    Never was on that; correct?

17   A    To my knowledge, he was not on that.

18   Q    Has his name come up today at all?

19   A    No.

20   Q    As far as you know, has it come up until now --

21   actually, it did.  I think I remember maybe one time.

22        So this entire time, all these discussions or

23   other people having discussions, can you name any

24   communication from Mr. Harrelson, say, through January 5th

25   that you think is important to the investigation?

```
 1        A     Off the top of my head --
 2              THE COURT:  Hang on.  Hang on.  The question is
 3    sustained.  Rephrase the question, please.
 4              You've got to rephrase the question.
 5              MR. GEYER:  Okay.  Can I make reference to the
 6    Government exhibit?  Can I indulge and borrow your exhibit?
 7    BY MR. GEYER:
 8        Q     Did you have a chance to review the email that was
 9    sent to us last night by the government which listed all of
10    the defendants who come up in chats that regard today's
11    testimony?
12              THE COURT:  Can you -- Mr. Geyer --
13              THE WITNESS:  I did not.
14              THE COURT:  -- can you get on the phone, please.
15              MR. GEYER:  Sure.
16              (Bench conference)
17              THE COURT:  Mr. Geyer, what are you trying to
18    elicit here?
19              MR. GEYER:  I'm trying to elicit that there are
20    really no statements and no evidence that my client knew
21    about any of this.  He agreed to --
22              THE COURT:  All right.  Well, just ask him.
23              Was he on the "Old Leadership" chat?
24              No.
25              Was he on the "D.C. Op Chat, January 6th"?  Was he
```

```
 1    on that one?
 2              MR. GEYER:  No.
 3              THE COURT:  All right.  So -- I'm sorry?
 4              MS. RAKOCZY:  I'm sorry, Your Honor.  He was.
 5    I just don't think during the time period that
 6    Special Agent Cody is testifying to.
 7              MR. GEYER:  I believe he was added on the 3rd.
 8    I think that's --
 9              THE COURT:  So just ask him those question.  And
10    the natural, you know, conclusion is there were no
11    communications with Mr. Harrelson.
12              You don't need to reference what the government
13    sent you or any of that stuff or what's important to him or
14    not.  I mean, it's evident if he's not on the chat, there's
15    no communications from him.  So just ask him those very
16    simple questions, and you'll get the answer you want.
17              MR. GEYER:  Okay.  Thank you, Your Honor.
18              (Open court)
19    BY MR. GEYER:
20       Q    So as far as you know, he wasn't on the D.C. ops
21    chat at least until January 3rd when he was added?
22       A    As far as I know.
23       Q    He wasn't part of the North Carolina ops chat, as
24    far as you know?
25       A    I did not review that chat, sir.
```

1    Q    He wasn't part of the old leader, old lead chat

2    that we've seen references to?

3    A    "Old Leadership" chat?

4    Q    Yes.

5    A    He was not to my knowledge.

6    Q    And here if you refer to Government's Exhibit --

7    the one that's on the screen, can you read that?

8    A    I can.

9         "Let's make sure that anyone in Oath Keepere who

10   is a team leader who will be bringing a team is on this

11   chat."

12   Q    Okay.  But Mr. Harrelson obviously is not on this

13   chat as a team lead at this point, is that correct?

14   A    At this point, that's correct.

15   Q    Okay.  If you look at the display, you see Ken

16   Harrelson on that second row?

17   A    I do.

18   Q    So at this time, he was not added on the chat but

19   he's added on your display; is that correct?

20   A    He appears on the display, yes.  I didn't make the

21   display, though, sir.

22   Q    He never had met or had any discussions with

23   Joshua James up to this point?

24   A    Within "D.C. Op Jan. 6, '21" within that

25   particular chat?

1      Q     Any communications?

2      A     I can't definitively say any communications.

3      Q     Okay.  He never met or had any communications with

4  Mr. Caldwell?

5      A     Not to my knowledge, but I can't say any

6  communications.

7      Q     Okay.

8            MR. GEYER:  Your Honor, I'd like play the tape

9  that we discussed earlier if that's possible.

10           THE COURT:  I thought we agreed to defer that.

11           MR. GEYER:  Excuse me?

12           THE COURT:  I thought we agreed to defer that.

13           MR. GEYER:  Okay.  If we're going to defer that,

14  then, I have no further questions.

15           THE COURT:  Okay.  Thank you, Mr. Geyer.

16           MR. GEYER:  Thank you.

17           THE COURT:  All right, Mr. Linder.

18           MR. LINDER:  I can confirm I received the evidence

19  last night, but I need time to go through it with the team.

20  But I think if we want -- the Court's indulgence, if we

21  broke for the weekend, that would be great.

22           THE COURT:  All right.  Would anybody else --

23  Mr. Crisp, do you want to?

24           MR. CRISP:  My intent was to start on Tuesday,

25  Your Honor, based on the discussion we had.

1           MR. LINDER:  We're going to try to coordinate with

2    the 106 issue.

3           THE COURT:  All right.

4           Okay.  Ladies and gentlemen, what all of what you

5    just heard means is that we are done.  We're done for the

6    week, done for the day, done for the week.

7           Thank you, again, for all of your time and your

8    attention.  I know while everybody has been diligently

9    listening and carefully watching, so we are grateful for

10   that.  Just the same reminders I've been giving you

11   throughout, and in particular over a three-day weekend,

12   I ask you to be particularly vigilant over your media

13   consumption.  Obviously no independent research and no

14   discussions with whomever you're spending the weekend with

15   about the case.

16           Have a very nice long weekend.  We look forward to

17   seeing you on Tuesday morning when we will resume evidence.

18           Thank you, everyone.

19           COURTROOM DEPUTY:  All rise.

20           (Jury exited the courtroom.)

21           THE COURT:  All right.  Agent Cody, you can step

22   down.

23           THE WITNESS:  Thank you, sir.

24           THE COURT:  So have a seat, everyone.

25           I would like to get this privilege issue resolved

```
 1    next Tuesday.  I mean, in other words, whether the defense

 2    is going to insist that these communications between

 3    Mr. Rhodes and Ms. SoRelle are, in fact, privileged, because

 4    if you are, you know, that opens up the next question of

 5    whether crime fraud applies or something else.

 6              MR. LINDER:  Right.

 7              Thank you, Your Honor.

 8              And our idea, we're going to meet this weekend, as

 9    we have been, and we're going to discuss the 106 response,

10    potential 106 response to Ms. Rakoczy's exhibits today.

11    She's agreed to give us a summary exhibit list like she did

12    last night from the other day.  So our idea is to do that

13    and the privilege issue.

14              THE COURT:  Okay.  All right.

15              MR. LINDER:  And be ready for Tuesday.

16              THE COURT:  Seems all reasonable.

17              Mr. Manzo.

18              MR. MANZO:  On a separate subject, we've got three

19    out-of-town witnesses lined up for next week that we need

20    answers by close of business today on whether we need to

21    call them.  They're flying in from Arizona, Ohio, and

22    Florida, and we just need a final answer.

23              THE COURT:  You mean, these are being called for

24    sort of evidentiary foundation issues?

25              MR. MANZO:  Correct.
```

1          So the one witness from Arizona is Ernest Hancock.

2          THE COURT:  I'm sorry?

3          MR. MANZO:  Ernest Hancock is the witness from

4     Arizona who would just be authenticating.  And then there's

5     two FBI agents who would be chain of custody on items seized

6     from, I believe, Jessica Watkins' and Kelly Meggs'

7     residence.

8          THE COURT:  Okay.

9          Does the defense foresee a need to call these

10    folks?

11         MR. WOODWARD:  So I think we're still in

12    discussions about Ernest -- I forget his last name.  We take

13    the Court's admonition very carefully.

14         On the chain of custody issue, again, I don't want

15    to tell the government how to do its job, but there are ways

16    to get these items of evidence in.  We've not asked for the

17    seizing agents to testify as to the items.

18         If these are the only agents that have any

19    knowledge whatsoever about the physical items that will be

20    presented to the jury, then I suppose those agents are

21    necessary, but I doubt that is true.

22         We're merely wanting to avoid a government-read

23    stipulation at this point, given the fact that the idea that

24    these have all been searched by -- seized via search warrant

25    has already come out.  So this is not -- we don't have

```
 1   standing to object to an item seized from Ms. Watkins'
 2   residence or anywhere else, but we do want the government to
 3   properly authenticate the physical items of evidence that
 4   they're going to present to the jury.
 5             THE COURT:  Well, that begs a question, which is,
 6   what do you consider sufficient authentication?  I mean, you
 7   know, are you insisting that whoever found it, seized it,
 8   then turned it over and then wrote it down on the property
 9   list and then put it into the property room?  I mean,
10   there's a number of people that would have been in the chain
11   of custody, and if you are insisting on somebody who can
12   authenticate, I think the government needs to know who you
13   think that is.
14             MR. WOODWARD:  Well, I think that they
15   authenticated physical items of evidence already this week
16   that the Court --
17             THE COURT:  Well, then, for example, with the
18   flag, I don't think that was the agent that actually seized
19   it.
20             MR. WOODWARD:  Well, I think that agent testified
21   that he was present at the time that the warrant was
22   executed, that he was familiar with the flag, that he had
23   looked at the flag, and that he confirmed that that flag is
24   the one that was seized from Mr. Caldwell's residence.
25             THE COURT:  Okay.
```

```
1              MR. WOODWARD:  So, no, I don't think, I know the
2     Court doesn't want a parade of agents coming in and talking
3     about chain of custody.  That goes to weight, not
4     admissibility.
5              MR. MANZO:  Just to maybe be more precise on this
6     issue, Agent Kelsey is going to be testifying generally
7     about Florida subjects.  He was present.
8              THE COURT:  About which subjects?
9              MR. MANZO:  Florida subjects.
10             He was present, for example, at the search of
11    Defendant Harrelson's house.  He was not present at the
12    search of Defendant Meggs' house.
13             So we're in the position where we can call someone
14    to D.C., Agent Dando, who would come up and say, I took this
15    phone from the house of Kelly Meggs, and then we're going to
16    send him back to Florida.  So if that's what Mr. Woodward
17    wants, we can do that.  We can also do that with an agent
18    from Ohio who can testify that, I believe, he took a phone
19    from Ms. Watkins' house, but that's going to be the extent
20    of their testimony.  So if there's any -- if there is cross
21    on the fact of whether they did, in fact, take a phone and
22    then turn it over, then we can certainly fly these people
23    in.  But if not, then we'd rather not.
24             MR. WOODWARD:  We stipulate to the phones,
25    Your Honor.
```

```
1              MR. MANZO:  Okay.  So then we're in agreement
2    that -- not just the phone but the other physical items at
3    the residences of Ms. Watkins and Mr. Meggs.
4              THE COURT:  Okay.
5              MR. WOODWARD:  Those we do -- they want to
6    introduce shirts and hats, and we don't think that it's
7    appropriate for the government to come in here, unbag
8    evidence, present that to the jury, if they have agents who
9    can authenticate the evidence, then we welcome their
10   participation so that they can be subject to
11   cross-examination about their investigative prerogative and
12   why those particular items of evidence are relevant to this
13   case.
14             MR. MANZO:  Very well.
15             THE COURT:  Okay.
16             All right.
17             MR. MANZO:  I mean, we still need an answer on the
18   Ernest Hancock issue.
19             MR. WOODWARD:  We're working on it.  I mean, we
20   don't want Mr. Hancock to go to jail, but, which is the
21   Court's admonition.
22             THE COURT:  Yeah, he's the gentleman from
23   California.
24             MR. WOODWARD:  Right.
25             MR. MANZO:  Arizona, Your Honor.
```

1            THE COURT:  Arizona.  Oh, I thought -- okay.  He's

2    the gentleman we talked to on zoom?

3            MR. WOODWARD:  Yes, yes.

4            So we appreciate that the Court is in a difficult

5    position.

6            Of course, the government still has the option to

7    give him immunity, which it has not done.  We are --

8            THE COURT:  Well, but that presumes he's got a

9    basis to invoke in the first place.

10            MR. WOODWARD:  I believe that the government can

11    petition the Court for immunity if it wants and it hasn't

12    done that.

13            MR. MANZO:  We know of no Fifth Amendment issue

14    that Mr. Hancock has.

15            THE COURT:  Can't immunize against -- somebody

16    against something that's not incriminating.

17            I guess you could do it prophylactically, but

18    I don't --

19            MR. WOODWARD:  We don't believe the government is

20    in a position to give us a hard time about late disclosure

21    of evidence given what they gave us last night, so we're

22    discussing this amongst ourselves and we will get them an

23    answer as early as possible.

24            MR. MANZO:  I'm going to defer to my cocounsel.

25    I'll not aware of what Mr. Woodward is speaking about.

1              THE COURT:  I know.  I suspect the recording has

2    been in the defense's possession for some time.

3              MR. WOODWARD:  *Jencks*.

4              THE COURT:  I'm sorry?

5              MR. WOODWARD:  We received *Jencks* last night.

6              THE COURT:  But we're talking about bringing in

7    Mr. Hancock, who's coming in simply to authenticate the

8    recording.  That's what we're talking about.  We're not

9    talking about whatever *Jencks* material you got last night.

10             MS. RAKOCZY:  I'm sorry, Your Honor.  I sent the

11   defense last night one email that Special Agent Cody sent me

12   two days ago in response my request that he confirm when

13   certain defendants entered the chat.  And he sent it two

14   days go, so I sent it to them last night, one email, one

15   page for this particular witness, not Mr. Hancock.

16             THE COURT:  Okay.

17             Well, if we have to bring Mr. Hancock in, we'll

18   bring Mr. Hancock in.  But let's see what happens.

19             Anything else?

20             MR. LINDER:  I was not standing to go up there.

21             MR. NESTLER:  Not for the government, Your Honor.

22   Thank you.

23             MR. WOODWARD:  Not for the defense counsel, no.

24             THE COURT:  Okay.  Have a good weekend, everybody.

25             Why don't we plan to have everybody here at 9:00

1    on Tuesday so we can revisit these issues that are

2    open-ended.

3              And in particular, to the extent defense counsel

4    is seeking to admit either Signal chats, what have you, and

5    as well as the recording on 106 grounds, and the government

6    has any objection to whatever you all are proposing, it

7    would both be helpful to let us know; and to the extent that

8    you can get us the exhibits you wish to admit in advance so

9    I can look at them and then consider whatever the government

10   objection there is to them, I would very much appreciate

11   that, okay?

12             Thank you, everyone.  Have a good weekend.  Don't

13   wait for me, please.

14             COURTROOM DEPUTY:  All rise.  The Court stands in

15   recess.

16             (Proceedings concluded at 12:06 p.m.)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__October 7, 2022_____      

                                    William P. Zaremba, RMR, CRR

**BY MR. BRIGHT: [1]**
2150/24
**BY MR. FISCHER: [6]**
2154/5 2154/10 2156/9
2227/6 2227/12
2228/16
**BY MR. GEYER: [3]**
2229/12 2231/7
2232/19
**BY MR. NESTLER:**
**[20]** 2124/4 2130/6
2130/23 2131/13
2134/5 2135/19
2136/10 2136/21
2139/7 2140/11
2146/21 2147/19
2148/3 2148/23 2149/6
2149/14 2149/23
2150/5 2150/10
2157/17
**BY MS. RAKOCZY:**
**[31]** 2158/19 2160/24
2162/7 2163/2 2170/4
2170/13 2171/3 2172/8
2175/8 2175/23
2176/10 2179/3
2182/17 2183/9
2183/14 2184/11
2186/21 2187/5 2189/3
2189/20 2190/3 2196/6
2202/4 2202/18 2203/4
2207/24 2208/14
2216/5 2219/15
2221/14 2225/3
**COURTROOM**
**DEPUTY: [12]** 2122/2
2122/5 2123/6 2123/18
2123/21 2158/9
2158/11 2204/5
2204/14 2207/16
2235/19 2243/14
**MR. BRIGHT: [9]**
2141/20 2142/11
2142/13 2143/4
2143/12 2143/24
2144/9 2153/18 2183/3
**MR. CRISP: [6]**
2153/25 2168/25
2169/23 2205/15
2206/6 2234/24
**MR. FISCHER: [6]**
2154/2 2154/8 2157/10
2227/10 2228/13
2229/7
**MR. GEYER: [15]**
2153/23 2186/5 2186/9
2186/19 2206/2 2231/5
2231/15 2231/19
2232/2 2232/7 2232/17
2234/8 2234/11
2234/13 2234/16
**MR. LINDER: [22]**
2123/3 2133/21
2135/16 2196/1
2201/21 2205/2 2205/8
2205/11 2205/17
2206/15 2206/21

2207/13 2210/21
2214/20 2234/18
2235/1 2236/6 2236/15
2242/20
**MR. MANZO: [11]**
2236/18 2236/25
2237/3 2239/5 2239/9
2240/1 2240/14
2240/17 2240/25
2241/13 2241/24
**MR. NESTLER: [33]**
2123/15 2130/4
2130/15 2131/11
2133/19 2135/14
2136/2 2136/9 2138/22
2140/3 2140/6 2142/2
2143/18 2144/4
2145/19 2146/4
2146/10 2146/18
2146/16 2147/25
2148/14 2148/20
2149/4 2149/12
2149/20 2150/3 2150/9
2150/19 2156/5 2157/6
2157/14 2158/3
2242/21
**MR. WOODWARD:**
**[46]** 2130/17 2136/4
2139/5 2139/17
2144/20 2145/2
2145/23 2146/14
2153/21 2161/22
2164/7 2164/12
2166/13 2167/18
2168/1 2168/7 2168/18
2169/24 2175/2 2183/2
2204/25 2211/11
2211/13 2211/17
2212/16 2213/14
2214/8 2214/16 2215/4
2215/11 2215/16
2215/20 2237/11
2238/14 2238/20
2239/1 2239/24 2240/5
2240/19 2240/24
2241/3 2241/10
2241/19 2242/3 2242/5
2242/23
**MS. HALLER: [1]**
2133/22
**MS. RAKOCZY: [53]**
2123/2 2158/7 2160/20
2161/18 2162/3
2162/24 2164/4
2165/24 2167/24
2170/3 2170/6 2170/11
2171/1 2172/6 2174/24
2175/4 2175/6 2175/18
2178/24 2182/14
2182/22 2183/7
2183/12 2184/7
2186/16 2187/2 2189/1
2189/18 2189/23
2195/22 2196/3
2201/18 2201/24
2202/3 2202/12
2202/15 2203/3

2208/10 2211/4 2212/3
2214/9 2214/11
2214/18 2214/25
2215/22 2219/12
2221/13 2225/1 2227/1
2232/4 2242/10
**THE COURT: [129]**
2122/3 2122/23 2123/4
2123/8 2123/22
2130/21 2133/24
2135/17 2136/6
2136/15 2139/4
2139/19 2141/23
2141/25 2142/12
2142/22 2143/6
2143/17 2144/13
2144/24 2145/7
2145/25 2146/6
2146/12 2146/16
2148/17 2150/21
2153/19 2153/22
2153/24 2154/1 2156/6
2157/7 2157/12 2158/4
2158/12 2161/24
2166/20 2167/20
2168/4 2168/9 2168/24
2169/5 2169/25 2170/2
2170/8 2175/3 2175/5
2176/7 2183/4 2183/8
2186/8 2186/18 2196/2
2196/4 2201/22
2203/23 2204/7
2204/12 2204/15
2204/22 2205/7
2205/10 2205/13
2205/16 2205/23
2206/4 2206/14
2206/16 2206/24
2207/2 2207/6 2207/11
2207/15 2207/18
2210/25 2211/6 2211/9
2211/12 2211/15
2212/24 2213/20
2214/10 2214/15
2214/22 2215/2 2215/5
2215/13 2215/18
2215/25 2216/3
2221/11 2227/3 2229/9
2231/2 2231/12
2231/14 2231/17
2231/22 2232/3 2232/9
2234/10 2234/12
2234/15 2234/17
2234/22 2235/3
2235/21 2235/24
2236/14 2236/16
2236/23 2237/2 2237/8
2238/5 2238/17
2238/25 2239/8 2240/4
2240/15 2240/22
2241/1 2241/8 2241/15
2242/1 2242/4 2242/6
2242/16 2242/24
**THE WITNESS: [6]**
2123/25 2156/7 2158/6
2204/11 2231/13
2235/23

**'21 [8]** 2216/16 2216/22
2218/24 2221/22
2223/17 2224/8 2225/5
2233/24
**'conservative' [1]**
2173/17
**'fourth' [1]** 2185/3
**'fourth-generation [1]**
2185/3
**'last' [1]** 2192/22
**'Victory' [1]** 2197/23
**'WikiLeaks' [1]**
2188/18

**0**

**08077 [1]** 2118/13
**0826 [1]** 2118/18

**1**

**10 [1]** 2122/9
**1003 [6]** 2174/11
2174/25 2175/3 2175/5
2175/7 2182/24
**1004.1 [3]** 2138/24
2139/3 2140/4
**1004TR [1]** 2140/7
**1005 [9]** 2182/1 2182/5
2182/18 2183/1 2183/4
2183/5 2227/11
2227/14 2227/16
**1007 [4]** 2201/20
2201/22 2201/23
2201/25
**1007.1 [1]** 2202/1
**1007.2 [1]** 2202/13
**1007.3 [1]** 2202/16
**1007.4 [1]** 2203/1
**1008 [5]** 2195/11
2195/25 2196/2 2196/5
2228/19
**1021 [2]** 2193/9
2193/12
**105th [1]** 2148/24
**106 [9]** 2205/5 2205/20
2206/19 2207/12
2207/14 2235/2 2236/9
2236/10 2243/5
**10:29 [1]** 2213/2
**10:32 [1]** 2213/2
**10th [1]** 2140/22
**11 [3]** 2182/23 2195/23
2201/20
**11:00 [1]** 2204/1
**11:07 [1]** 2204/13
**11:20 [1]** 2204/2
**11:22 [1]** 2204/13
**11th [1]** 2177/20
**12 [1]** 2194/13
**12:06 [1]** 2243/16
**12th [12]** 2128/2
2130/1 2133/17 2135/4
2151/5 2154/11
2154/22 2157/2
2175/13 2176/1 2177/3
2177/9
**1460 [1]** 2117/12
**14th [8]** 2178/12

2179/13 2180/2
2180/18 2184/3
2190/24 2195/8 2197/2
**15 [3]** 2116/4 2122/6
2190/1
**15017 [1]** 2173/2
**15018 [2]** 2173/6
2176/18
**1530 [5]** 2219/14
2219/19 2220/8
2220/18 2221/6
**1532 [2]** 2175/21
2179/1
**153838 [1]** 2190/7
**15529 [1]** 2176/20
**15779 [2]** 2179/21
2180/8
**15784 [1]** 2180/23
**15791 [1]** 2180/23
**15838 [1]** 2190/6
**15847 [1]** 2192/10
**15th [3]** 2190/11
2191/21 2192/16
**1671 [7]** 2130/5
2130/16 2130/21
2130/22 2140/24
2154/9 2154/9
**17110 [1]** 2117/15
**17485 [1]** 2208/21
**17486 [1]** 2209/11
**17489 [1]** 2209/21
**1775 [1]** 2171/19
**1776 [1]** 2171/18
**18 [1]** 2124/16
**1808 [1]** 2118/3
**1998 [5]** 2142/6
2143/22 2148/6
2149/18 2150/1
**1999 [4]** 2142/6
2143/22 2148/12
2150/7
**19th [1]** 2193/23
**1st [1]** 2222/3

**2**

**20 [1]** 2222/23
**20001 [1]** 2119/5
**20010 [1]** 2118/4
**20036 [1]** 2118/9
**2006 [1]** 2118/12
**2015 [1]** 2125/4
**202 [4]** 2116/18 2118/4
2118/9 2119/5
**2020 [44]** 2126/16
2127/7 2128/2 2130/1
2154/11 2159/12
2159/15 2160/4 2160/8
2161/9 2162/9 2162/21
2170/22 2171/11
2172/10 2174/2
2175/10 2176/14
2177/3 2177/20
2178/11 2178/12
2178/14 2179/14
2180/2 2180/18 2184/3
2190/11 2191/6
2193/23 2196/22
2201/3 2203/9 2203/19

**2020... [10]** 2208/7
2208/16 2216/14
2217/2 2217/11 2219/2
2223/20 2224/11
2225/7 2226/16
**2021 [11]** 2159/15
2160/14 2161/16
2185/15 2191/6
2198/22 2199/2 2208/4
2208/8 2222/3 2225/18
**2022 [2]** 2116/5 2244/7
**20579 [1]** 2116/17
**20th [1]** 2185/15
**21061-3065 [1]**
2118/18
**214 [2]** 2117/5 2117/9
**22-15 [2]** 2116/4
2122/6
**23rd [5]** 2195/8
2196/22 2197/3
2197/12 2201/2
**24 [4]** 2141/21 2142/14
2142/19 2143/5
**252-7277 [1]** 2116/18
**252-9900 [1]** 2117/5
**25th [3]** 2160/8 2161/9
2170/22
**2615 [1]** 2118/9
**27 [1]** 2208/11
**270 [2]** 2190/16
2191/12
**27th [2]** 2171/11
2172/10
**2818 [1]** 2210/17
**29th [2]** 2208/16
2210/6

**3**

**300 [1]** 2118/17
**3065 [1]** 2118/18
**30th [4]** 2217/2
2217/11 2219/2
2223/20
**318 [1]** 2117/12
**31st [4]** 2224/11
2225/7 2226/16
2226/21
**3249 [1]** 2119/5
**3300 [2]** 2117/3 2117/7
**333 [1]** 2119/4
**335 [1]** 2221/22
**35 [1]** 2216/20
**352-2615 [1]** 2118/9
**354-3249 [1]** 2119/5
**3rd [2]** 2232/7 2232/21
**3RS [1]** 2172/17

**4**

**40 [2]** 2205/15 2205/25
**4031 [1]** 2117/15
**410 [1]** 2118/18
**412-4676 [1]** 2117/16
**45 [1]** 2205/15
**4676 [1]** 2117/16
**487-1460 [1]** 2117/12

**5,000 [1]** 2229/3
**5/6 [1]** 2223/2
**5708 [1]** 2118/13
**5:00 [3]** 2130/1 2131/9
2131/15
**5th [2]** 2225/18
2230/24

**6**

**601 [2]** 2116/17 2118/7
**607-5708 [1]** 2118/13
**65 [1]** 2216/24
**6610 [3]** 2161/1
2161/20 2162/4
**6624 [3]** 2161/12
2161/21 2162/5
**6701 [11]** 2162/25
2163/4 2164/5 2170/6
2170/9 2176/16
2176/20 2179/20
2190/1 2208/11
2216/20
**6:06 [1]** 2180/4
**6:08 [1]** 2180/18
**6th [12]** 2157/3 2157/9
2159/11 2159/21
2191/6 2195/1 2199/2
2202/20 2203/10
2217/22 2226/23
2231/25

**7**

**700 [2]** 2117/4 2117/8
**7001 [4]** 2135/24
2136/3 2136/15
2136/19
**7001A [4]** 2133/13
2133/20 2134/2 2134/3
**7002 [4]** 2141/17
2141/19 2146/19
2147/16
**7003 [4]** 2148/15
2148/17 2148/18
2148/20
**71301 [1]** 2117/11
**717 [1]** 2117/16
**720-7777 [1]** 2117/9
**7277 [1]** 2116/18
**7310 [1]** 2118/17
**7447 [1]** 2118/4
**75219 [2]** 2117/4
2117/8
**7777 [1]** 2117/9
**787-0826 [1]** 2118/18

**8**

**800 [1]** 2142/16
**819 [1]** 2117/11
**83 [1]** 2218/24
**856 [1]** 2118/13
**866 [1]** 2226/1

**9**

**900 [1]** 2118/8
**902 [4]** 2148/16
2182/23 2195/23
2201/20

**996-7447 [1]** 2118/4
**9:00 [1]** 2242/25
**9:30 [1]** 2116/6
**9th [2]** 2140/22 2160/4

**A**

**a.m [3]** 2116/6 2204/13
2204/13
**abandoning [1]**
2198/10
**abetted [1]** 2184/18
**able [10]** 2137/25
2153/10 2166/5
2189/11 2204/19
2207/3 2212/1 2215/14
2229/25 2230/1
**able-bodied [1]**
2189/11
**abound [1]** 2198/11
**about [70]** 2123/12
2126/16 2127/9
2127/17 2127/23
2127/24 2128/2
2129/11 2132/24
2138/6 2138/9 2142/16
2144/14 2144/15
2144/18 2145/9
2147/13 2151/9 2152/6
2152/13 2155/17
2156/3 2156/13 2157/3
2157/8 2159/9 2160/2
2160/8 2160/13 2161/9
2161/16 2162/1
2164/22 2165/2 2165/3
2165/23 2166/1
2166/10 2167/5 2169/7
2169/15 2170/24
2173/21 2176/13
2177/7 2179/17 2184/4
2190/22 2192/13
2205/15 2205/18
2207/14 2208/11
2208/25 2210/22
2222/20 2230/11
2231/21 2235/15
2237/12 2237/19
2239/3 2239/7 2239/8
2240/11 2241/20
2241/25 2242/6 2242/8
2242/9
**above [1]** 2244/4
**above-titled [1]** 2244/4
**absolutely [1]** 2142/17
**accept [3]** 2229/22
2230/4 2230/9
**access [9]** 2142/5
2144/4 2144/6 2144/10
2145/22 2147/4 2147/5
2148/8 2154/15
**accident [2]** 2144/22
2145/5
**accompanied [1]**
2183/19
**according [2]** 2184/2
2196/25
**accounts [5]** 2229/18
2229/21 2229/23

**accuracy [1]** 2167/1
**accurate [6]** 2133/25
2160/17 2166/3
2168/16 2174/21
2182/19
**accurately [2]** 2130/10
2163/17
**across [3]** 2127/5
2131/22 2155/12
**act [23]** 2180/6 2180/7
2181/20 2183/24
2185/6 2185/7 2185/17
2185/20 2187/12
2187/16 2188/3
2192/22 2195/6 2195/9
2196/19 2197/4 2203/7
2203/11 2203/17
2208/4 2209/9 2216/12
2216/12
**acting [1]** 2187/19
**action [3]** 2174/7
2174/19 2189/11
**active [2]** 2148/9
2148/11
**activities [3]** 2152/20
2153/16 2156/4
**activity [4]** 2125/8
2125/9 2151/3 2153/1
**actual [1]** 2186/12
**actually [8]** 2129/20
2143/24 2147/9 2160/7
2166/21 2228/14
2230/21 2238/18
**Adams [2]** 2201/8
2201/9
**added [9]** 2165/22
2222/7 2224/15
2224/22 2224/22
2232/7 2232/21
2233/18 2233/19
**addition [1]** 2164/23
**address [2]** 2223/24
2239/4
**addresses [1]** 2138/16
**admissibility [1]**
2239/4
**admit [4]** 2146/13
2148/15 2243/4 2243/8
**admitted [15]** 2121/3
2130/21 2134/2
2136/15 2139/25
2148/17 2161/25
2167/21 2169/21
2175/3 2175/5 2183/4
2196/2 2201/22
2206/19
**admitting [2]** 2145/12
2167/19
**admonition [2]**
2237/13 2240/21
**advance [2]** 2163/24
2243/8
**advice [3]** 2212/13
2213/19 2213/23
**advise [2]** 2212/10
2218/12
**advised [2]** 2213/25
2214/1

**advocates [1]** 2189/9
**affiliated [1]** 2155/7
**after [17]** 2125/25
2127/18 2135/4
2135/20 2136/11
2159/6 2159/20
2171/13 2180/15
2192/13 2193/24
2194/6 2197/17 2204/1
2205/22 2206/11
2221/25
**afternoon [4]** 2227/7
2227/8 2229/13
2229/14
**afterwards [1]** 2142/8
**again [23]** 2127/16
2129/14 2135/5 2137/4
2138/5 2141/13
2149/21 2152/3
2165/14 2165/18
2169/9 2171/18
2171/19 2173/10
2179/19 2186/24
2194/5 2196/8 2199/4
2207/25 2222/9 2235/7
2237/14
**against [7]** 2126/8
2178/1 2185/22 2186/2
2198/2 2241/15
2241/16
**age [1]** 2187/23
**agencies [2]** 2125/19
2126/5
**agency [5]** 2124/9
2127/2 2155/9 2156/24
2157/3
**agency's [1]** 2157/9
**agent [96]** 2123/17
2124/9 2124/13 2125/5
2126/22 2127/1 2130/5
2130/8 2133/14 2134/7
2134/22 2135/24
2136/18 2138/23
2139/8 2140/12
2141/17 2146/22
2150/12 2157/18
2158/4 2158/8 2158/12
2158/24 2158/25
2159/11 2160/23
2160/25 2161/11
2161/23 2162/8
2162/25 2163/3
2164/17 2165/2
2165/14 2165/21
2165/22 2165/25
2168/14 2168/21
2169/13 2169/20
2170/5 2174/1 2174/10
2174/13 2175/9
2175/19 2175/25
2176/7 2176/19
2178/10 2178/25
2179/4 2181/25 2182/4
2183/10 2183/15
2184/12 2186/22
2190/4 2191/9 2195/12
2195/14 2195/23
2196/9 2197/10

**A**

agent... [28] 2198/20
2199/6 2199/15
2200/18 2200/23
2202/5 2202/11
2202/19 2203/5 2204/7
2207/22 2207/25
2210/4 2216/6 2216/20
2219/13 2219/16
2221/15 2226/13
2227/7 2232/6 2235/21
2238/18 2238/20
2239/6 2239/14
2239/17 2242/11
**Agent Cody [2]**
2183/15 2227/7
**Agent Palian [1]**
2165/22
**Agent's [1]** 2182/23
**agents [12]** 2133/10
2135/21 2135/25
2157/23 2184/15
2187/19 2237/5
2237/17 2237/18
2237/20 2239/2 2240/8
**ago [2]** 2212/5 2242/12
**agree [4]** 2206/15
2228/5 2228/22 2229/1
**agreed [4]** 2231/21
2234/10 2234/12
2236/11
**agreement [1]** 2240/1
**ahead [1]** 2204/25
**aided [2]** 2119/7
2184/18
**air [1]** 2218/11
**aisle [1]** 2156/19
**AL [1]** 2116/6
**Alexandra [2]** 2116/15
2122/12
**Alexandra Hughes [1]**
2122/12
**Alexandria [1]** 2117/11
**Alito [1]** 2194/14
**all [83]** 2122/2 2122/21
2122/25 2123/8
2123/22 2139/25
2141/16 2141/25
2144/25 2145/11
2145/23 2148/22
2157/10 2157/12
2158/12 2164/1 2165/6
2165/7 2165/11
2166/23 2168/4
2168/24 2169/5
2169/10 2171/18
2171/19 2172/3
2173/14 2177/25
2178/2 2185/9 2185/23
2185/24 2186/10
2188/13 2188/15
2194/15 2199/25
2199/25 2200/14
2204/5 2204/7 2204/14
2205/25 2206/14
2206/16 2207/6
2207/15 2207/20
2211/6 2212/1 2213/16

2215/8 2216/3 2217/6
2217/15 2218/13
2222/16 2222/17
2224/3 2227/10 2229/7
2230/7 2230/18
2230/22 2231/9
2231/22 2232/3
2234/17 2234/22
2235/3 2235/4 2235/7
2235/19 2235/21
2236/14 2236/16
2237/24 2240/16
2243/6 2243/14
**All right [8]** 2158/12
2168/24 2206/14
2207/6 2207/15
2231/22 2234/17
2240/16
**alleged [1]** 2216/15
**allegiance [1]** 2184/25
**allies [1]** 2186/2
**allow [1]** 2197/21
**allows [2]** 2129/14
2129/17
**Almost [1]** 2124/16
**along [3]** 2128/22
2132/16 2173/15
**already [10]** 2168/14
2173/25 2184/14
2184/21 2185/10
2186/12 2186/25
2194/8 2237/25
2238/15
**also [18]** 2133/1
2137/14 2149/24
2150/6 2152/8 2160/13
2164/8 2168/1 2169/19
2173/14 2186/2
2187/20 2196/24
2200/21 2201/3 2210/5
2221/19 2239/17
**although [3]** 2145/14
2155/22 2168/2
**always [4]** 2129/16
2137/7 2219/8 2222/15
**am [8]** 2160/5 2162/11
2176/22 2192/21
2212/9 2218/13
2229/20 2229/20
**amenable [1]** 2206/10
**Amendment [1]**
2241/13
**AMERICA [2]** 2116/3
2122/7
**American [5]** 2184/15
2184/24 2186/3
2197/13 2200/12
**Americans [3]** 2187/22
2189/11 2196/14
**AMIT [1]** 2116/9
**among [4]** 2169/11
2169/12 2178/19
2206/4
**amongst [1]** 2241/22
**anniversary [1]**
2197/13
**another [3]** 2133/1

**answer [5]** 2171/23
2232/16 2236/22
2240/17 2241/23
**answers [1]** 2236/20
**anther [1]** 2142/7
**anticipate [1]** 2214/16
**any [45]** 2125/7 2125/8
2125/11 2125/14
2125/23 2127/4 2139/4
2139/23 2144/23
2145/6 2151/15
2152/20 2152/23
2153/10 2155/12
2157/13 2161/20
2162/21 2167/9
2191/25 2200/23
2203/13 2208/3 2211/9
2213/12 2217/6
2218/15 2229/17
2229/18 2229/25
2230/1 2230/2 2230/4
2230/6 2230/23
2231/21 2232/13
2233/22 2234/1 2234/2
2234/3 2234/5 2237/18
2239/20 2243/6
**anybody [3]** 2138/6
2204/9 2234/22
**anyone [8]** 2132/24
2165/10 2165/15
2167/10 2173/13
2222/15 2225/11
2233/9
**anything [11]** 2123/1
2129/9 2132/12
2144/14 2152/16
2157/8 2157/24 2169/7
2171/21 2178/12
2242/19
**anywhere [1]** 2238/2
**apologize [2]** 2186/9
2197/8
**Appeals [1]** 2172/18
**appear [2]** 2174/21
2211/20
**APPEARANCES [4]**
2116/13 2116/20
2117/17 2118/20
**appeared [1]** 2133/6
**appears [7]** 2146/9
2175/10 2183/16
2212/19 2222/23
2227/25 2233/20
**applies [1]** 2236/5
**appointees [1]**
2172/17
**appreciate [3]** 2168/2
2241/4 2243/10
**approach [1]** 2219/13
**appropriate [1]** 2240/7
**approximate [1]**
2141/3
**approximately [6]**
2131/10 2131/14
2134/23 2140/19
2159/3 2190/1
**are [96]** 2122/21

2126/9 2126/18
2128/18 2128/21
2128/21 2128/24
2129/19 2137/5
2139/14 2139/19
2139/21 2145/23
2146/22 2146/25
2150/11 2150/25
2153/13 2155/24
2158/25 2160/4
2161/25 2162/10
2164/1 2164/3 2164/23
2166/7 2166/8 2167/2
2167/2 2167/9 2167/11
2167/14 2167/15
2167/18 2167/23
2168/6 2168/16 2169/6
2169/10 2169/11
2169/16 2169/18
2176/21 2177/10
2178/5 2178/12
2184/10 2184/14
2185/9 2185/20
2186/10 2186/12
2186/24 2186/25
2187/18 2189/16
2190/19 2198/24
2200/12 2207/2 2207/2
2207/20 2211/3
2211/17 2214/12
2217/7 2220/2 2220/11
2220/24 2222/14
2222/16 2223/8
2223/16 2229/4
2229/19 2230/4
2230/10 2231/17
2231/19 2235/5 2235/9
2236/3 2236/4 2236/23
2237/15 2237/18
2237/20 2238/7
2238/11 2240/12
2241/7 2243/1 2243/6
**area [12]** 2130/11
2131/12 2132/17
2132/17 2137/8
2140/23 2141/7
2143/10 2151/13
2151/15 2154/19
2198/18
**argue [2]** 2142/19
2144/12
**argument [3]** 2143/7
2143/14 2213/17
**Arizona [5]** 2236/21
2237/1 2237/4 2240/25
2241/1
**Armed [1]** 2185/25
**arms [2]** 2142/4 2200/9
**Army [6]** 2223/6
2223/8 2223/14
2228/24 2229/2 2229/5
**Arnolds [1]** 2198/11
**around [14]** 2126/18
2126/23 2129/15
2130/1 2130/9 2131/15
2134/14 2135/8
2140/22 2154/19

2147/20 2159/11
2201/2 2201/7
**arrest [2]** 2199/20
2199/21
**article [19]** 2127/5
2127/19 2127/21
2127/24 2133/3
2137/19 2137/22
2137/23 2137/24
2138/3 2138/11
2155/17 2156/7
2156/12 2156/24
2172/21 2196/17
2196/21 2196/23
**articles [1]** 2156/3
**as [110]** 2124/21
2125/10 2126/22
2126/25 2127/2 2127/6
2128/18 2130/13
2132/14 2133/25
2133/25 2134/24
2136/5 2137/5 2137/8
2139/13 2139/13
2139/19 2139/25
2140/1 2143/14
2143/14 2143/16
2144/21 2145/6 2146/8
2147/2 2147/2 2147/13
2148/16 2150/11
2151/25 2153/10
2156/14 2156/23
2157/24 2159/21
2161/1 2164/15
2164/20 2164/24
2165/20 2166/9 2167/1
2167/2 2167/3 2167/3
2167/5 2167/11
2167/19 2167/20
2167/21 2168/6
2171/21 2172/4
2175/20 2184/17
2184/17 2185/3 2185/7
2185/10 2187/19
2188/14 2188/15
2189/17 2192/21
2197/14 2199/2
2199/18 2199/23
2199/23 2199/24
2202/22 2206/20
2207/7 2207/7 2209/9
2209/16 2211/18
2211/22 2212/10
2217/7 2217/16
2217/18 2219/7
2219/25 2220/23
2220/25 2222/14
2223/6 2223/7 2227/16
2228/19 2229/23
2230/6 2230/20
2230/20 2232/20
2232/20 2232/22
2232/22 2232/23
2232/24 2233/13
2236/8 2237/17
2241/23 2241/23
2243/5 2243/5
**Aside [2]** 2151/25
2153/7

2248

**A**

**ask [16]** 2144/13
2160/2 2165/2 2176/8
2182/15 2195/4 2205/3
2205/5 2207/21 2211/6
2214/5 2214/22
2231/22 2232/9
2232/15 2235/12
**asked [3]** 2208/2
2212/21 2237/16
**asking [2]** 2168/19
2205/21
**ass [1]** 2213/9
**Assange [1]** 2188/20
**assign [2]** 2218/4
2218/17
**assigned [2]** 2126/10
2159/21
**assignment [2]**
2128/10 2129/2
**assist [3]** 2139/22
2186/3 2189/12
**Assisting [1]** 2223/19
**ASSOCIATES [1]**
2117/14
**assume [1]** 2183/17
**Assuming [1]** 2165/20
**Atlanta [1]** 2223/9
**Atlantic [1]** 2156/1
**att.net [1]** 2117/12
**attached [1]** 2138/25
**attack [2]** 2197/24
2198/14
**attacked [1]** 2198/5
**attempt [1]** 2191/25
**attention [11]** 2132/12
2152/1 2152/5 2152/9
2152/14 2152/17
2152/24 2162/9
2178/11 2226/14
2235/8
**attest [1]** 2230/7
**attorney [3]** 2188/15
2213/13 2214/4
**ATTORNEY'S [1]**
2116/16
**attorney-client [2]**
2213/13 2214/4
**audience [1]** 2165/13
**audio [2]** 2139/20
2140/8
**authenticate [4]**
2238/3 2238/22 2240/9
2242/7
**authenticated [1]**
2238/15
**authenticating [1]**
2237/4
**authentication [1]**
2238/6
**authenticity [2]** 2168/2
2168/4
**author [2]** 2189/9
2196/25
**available [1]** 2225/23
**Avenue [7]** 2117/3
2117/7 2118/7 2119/4
2131/20 2131/21

**avoid [2]** 2166/10
2237/22
**avoided [2]** 2177/11
2178/6
**aware [15]** 2139/1
2139/13 2155/24
2156/2 2156/14
2178/12 2190/19
2212/10 2212/17
2220/24 2229/4
2229/17 2229/19
2229/20 2241/25
**awareness [4]** 2137/5
2158/2 2230/3 2230/7
**away [1]** 2134/25
**awkward [1]** 2212/14

**B**

**B-y-r-o-n [1]** 2158/24
**back [23]** 2122/24
2123/10 2140/2
2140/24 2145/14
2153/8 2166/17
2166/21 2172/24
2176/16 2193/20
2194/7 2194/7 2198/25
2207/19 2211/22
2212/24 2216/19
2218/12 2223/17
2223/19 2229/16
2239/16
**back-channel [1]**
2218/12
**badge [9]** 2142/5
2144/4 2144/6 2145/21
2147/9 2147/12
2147/20 2148/7 2153/8
**badges [2]** 2146/23
2146/25
**badging [2]** 2142/3
2147/8
**balls [1]** 2218/11
**Barr [2]** 2188/21
2188/23
**BARRETT [2]** 2117/3
2119/4
**based [11]** 2130/19
2136/16 2141/4 2192/6
2193/3 2193/18 2220/2
2220/11 2220/24
2222/18 2234/25
**basis [3]** 2161/24
2179/10 2241/9
**battle [2]** 2184/23
2197/15
**be [104]** 2122/3 2123/8
2126/3 2126/23
2126/24 2127/16
2128/19 2129/3 2129/8
2129/10 2129/12
2130/21 2133/6 2134/2
2134/7 2136/4 2136/15
2137/8 2139/25 2140/1
2141/12 2144/2 2145/7
2146/2 2146/16
2147/12 2148/17
2150/17 2151/9

2154/17 2155/23
2156/4 2164/19 2166/4
2166/14 2166/18
2167/8 2167/11 2170/8
2171/12 2171/18
2171/23 2173/15
2174/21 2175/3 2175/5
2177/10 2178/2 2178/5
2179/9 2181/8 2183/4
2186/14 2187/17
2188/13 2189/5
2190/19 2196/2
2199/18 2200/7
2201/22 2203/14
2204/19 2204/24
2205/4 2205/21 2206/1
2206/10 2206/13
2207/3 2209/2 2209/17
2209/18 2209/19
2211/20 2212/11
2212/17 2213/3
2213/17 2214/12
2214/15 2215/14
2215/18 2218/5
2218/16 2218/21
2222/19 2222/24
2223/5 2223/14
2225/12 2228/2
2233/10 2234/21
2235/12 2236/15
2237/4 2237/5 2237/19
2239/5 2239/6 2239/19
2240/10 2243/7
**became [3]** 2125/5
2126/2 2197/23
**because [9]** 2137/6
2145/5 2173/16 2206/7
2212/17 2214/12
2219/8 2219/25 2236/3
**become [3]** 2159/12
2159/15 2159/21
**been [33]** 2124/14
2136/13 2136/17
2143/3 2147/9 2151/11
2151/16 2161/1
2164/16 2165/5
2166/14 2168/5 2168/5
2176/13 2179/17
2201/16 2205/18
2206/8 2212/18
2212/20 2213/17
2218/4 2218/11 2219/8
2219/25 2229/25
2230/1 2235/8 2235/10
2236/9 2237/24
2238/10 2242/2
**before [19]** 2116/9
2123/1 2123/18 2135/2
2137/24 2139/8
2144/21 2159/4
2159/24 2163/3
2177/21 2182/16
2192/25 2193/2
2193/15 2193/16
2205/21 2212/6
2217/19
**begin [3]** 2170/5
2199/16 2202/1

**beginning [2]** 2133/17
2170/12
**begins [3]** 2184/9
2184/9 2186/23
**begs [1]** 2238/5
**behavior [1]** 2152/13
**behaviors [1]** 2152/20
**behind [5]** 2131/24
2141/9 2185/24
2188/14 2218/13
**being [16]** 2125/10
2139/14 2139/21
2154/6 2165/12
2165/19 2165/23
2167/7 2167/20
2167/21 2169/21
2173/21 2179/6
2206/19 2220/23
2236/23
**belief [1]** 2203/6
**believe [21]** 2130/18
2135/10 2140/21
2154/12 2165/24
2167/14 2167/18
2178/23 2191/14
2196/10 2201/8 2205/5
2213/20 2214/18
2214/20 2224/24
2232/7 2237/6 2239/18
2241/10 2241/19
**believed [1]** 2155/13
**below [1]** 2137/14
**bench [6]** 2141/24
2146/17 2164/11
2186/7 2211/8 2231/16
**Benedict [1]** 2198/11
**benefit [1]** 2129/12
**Berwick [1]** 2118/12
**best [3]** 2139/17
2163/16 2166/2
**bet [1]** 2191/24
**betray [1]** 2199/3
**better [3]** 2177/11
2178/6 2185/10
**between [13]** 2126/5
2139/23 2150/18
2164/21 2165/9
2168/20 2195/8 2197/2
2203/9 2210/17
2210/23 2211/22
2236/2
**beyond [2]** 2152/17
2157/7
**Biden [5]** 2171/21
2172/19 2178/1
2179/11 2190/16
**big [1]** 2144/18
**bit [6]** 2138/8 2143/5
2206/13 2207/5
2217/12 2223/19
**black [2]** 2134/12
2134/24
**blackmailed [1]**
2184/24
**blank [1]** 2215/18
**block [1]** 2189/19
**blocked [2]** 2132/7
2154/14

**body [3]** 2178/3
2180/21 2185/21
**bodied [1]** 2189/11
**bodies [1]** 2197/15
**body [1]** 2191/2
**bold [2]** 2184/10
2198/21
**bolded [1]** 2198/18
**borrow [1]** 2231/6
**both [12]** 2164/8
2173/23 2178/21
2182/23 2182/24
2197/17 2197/25
2198/23 2207/21
2223/8 2223/9 2243/7
**bottom [7]** 2138/15
2139/11 2143/8
2147/23 2173/1
2227/17 2227/20
**bought [1]** 2184/24
**Bradford [3]** 2118/11
2118/14 2122/18
**Bradford Geyer [1]**
2122/18
**branch [1]** 2184/19
**branches [2]** 2186/1
2199/25
**BRAND [1]** 2118/3
**brandwoodwardlaw.c
om [1]** 2118/5
**break [6]** 2203/25
2204/3 2204/9 2206/11
2207/8 2208/3
**Brief [1]** 2146/10
**briefly [1]** 2157/14
**BRIGHT [4]** 2117/3
2117/7 2122/14
2150/21
**bring [13]** 2149/22
2160/11 2162/24
2168/10 2169/16
2169/17 2169/20
2174/10 2174/15
2181/24 2189/18
2242/17 2242/18
**bringing [5]** 2222/8
2222/15 2225/12
2233/10 2242/6
**broke [1]** 2234/21
**brought [2]** 2227/11
2227/13
**building [16]** 2118/8
2131/22 2131/23
2131/24 2132/1
2141/10 2141/12
2143/4 2144/2 2144/5
2144/11 2144/11
2147/3 2147/4 2147/6
2147/13
**bunch [1]** 2125/19
**Bureau [2]** 2159/1
2160/18
**Burnie [1]** 2118/18
**buses [1]** 2132/13
**business [4]** 2139/2
2141/19 2160/18
2236/20
**busy [2]** 2218/5

2249

**B**

busy... [1] 2218/12
Byron [3] 2158/8
2158/16 2158/24
Byron Cody [1]
2158/24

**C**

C-o-d-y [1] 2158/24
cabal [1] 2171/21
Caldwell [4] 2118/16
2122/10 2122/20
2234/4
Caldwell's [1] 2238/24
calendar [2] 2175/20
2176/2
California [1] 2240/23
call [11] 2123/4
2126/13 2129/18
2132/17 2174/7
2174/19 2187/21
2189/11 2236/21
2237/9 2239/13
called [7] 2155/19
2175/16 2175/17
2195/5 2216/16
2216/21 2236/23
calls [2] 2123/16
2158/7
calm [1] 2221/19
came [6] 2152/3
2155/12 2156/13
2168/15 2217/21
2218/16
camera [1] 2134/25
cameraman [5]
2132/15 2132/20
2152/3 2152/8 2152/12
can [86] 2127/2 2127/3
2129/4 2131/2 2131/9
2131/11 2132/10
2133/13 2133/23
2134/6 2134/10 2136/5
2136/7 2137/6 2139/5
2140/8 2140/18 2141/3
2141/25 2142/11
2142/12 2143/6
2143/11 2143/11
2146/8 2147/13
2148/14 2150/9
2157/18 2161/23
2164/9 2164/21
2167/13 2168/9
2168/22 2175/24
2176/8 2178/8 2178/8
2183/15 2186/16
2191/14 2191/15
2191/24 2194/12
2199/3 2203/23 2204/8
2206/12 2206/21
2207/7 2209/10
2210/25 2211/2 2211/6
2212/24 2213/16
2215/6 2215/8 2219/18
2221/11 2222/15
2227/18 2227/19
2230/7 2230/23 2231/5
2231/6 2231/12

2234/18 2235/21
2238/11 2239/13
2239/17 2239/17
2239/18 2239/22
2240/9 2240/10
2241/10 2243/1 2243/8
2243/9
can't [11] 2165/2
2168/7 2173/15
2177/10 2178/5 2209/1
2226/10 2229/24
2234/2 2234/5 2241/15
capacities [1] 2144/1
Capital [1] 2125/21
Capitol [38] 2123/16
2124/11 2124/15
2124/18 2124/19
2124/21 2124/25
2125/3 2126/1 2126/6
2126/13 2126/14
2128/4 2128/24 2130/2
2131/4 2131/7 2131/12
2132/1 2137/1 2138/20
2142/5 2142/9 2142/17
2142/21 2144/2 2144/5
2146/23 2147/1 2147/3
2147/13 2150/11
2151/13 2154/19
2155/5 2157/22
2159/13 2159/16
Capitol Building [2]
2144/5 2147/13
Capitol Complex [1]
2147/1
Capitol is [1] 2131/4
Capitol Police [11]
2123/16 2124/18
2124/19 2125/3 2126/1
2126/6 2126/13
2126/14 2128/24
2138/20 2155/5
caption [4] 2183/13
2183/22 2196/8
2196/13
carefully [2] 2235/9
2237/13
Carolina [5] 2217/8
2224/15 2224/16
2224/24 2232/23
cars [1] 2132/18
CART [2] 2168/10
2168/19
case [10] 2122/6
2141/22 2142/21
2155/16 2159/22
2168/1 2169/14 2229/3
2235/15 2240/13
cast [3] 2178/17
2178/21 2179/5
caught [1] 2132/12
cause [1] 2198/2
cell [2] 2162/17 2212/4
Cellebrite [1] 2215/16
cellular [1] 2164/2
certain [4] 2142/25
2162/12 2212/19
2242/13

2155/11 2156/14
2156/23 2157/3 2168/5
2239/22
certificate [2] 2182/24
2195/24
certification [6] 2139/3
2141/19 2160/16
2190/20 2191/2
2201/20
certified [4] 2119/3
2184/5 2191/15 2192/5
certify [1] 2244/2
certifying [1] 2199/4
cetera [2] 2188/17
2217/8
CH [1] 2119/4
chain [6] 2211/16
2212/8 2237/5 2237/14
2238/10 2239/3
chance [4] 2180/6
2214/21 2215/25
2231/8
change [1] 2156/4
changed [1] 2143/4
channel [1] 2218/12
chapter [1] 2201/10
charge [1] 2159/10
chat [74] 2165/9
2165/19 2170/17
2170/19 2171/7 2171/8
2172/13 2172/15
2173/3 2173/6 2173/10
2177/1 2177/9 2177/14
2177/16 2177/23
2179/22 2180/8
2180/20 2180/25
2190/8 2191/17
2192/10 2193/6
2193/10 2193/13
2193/20 2208/13
2208/20 2208/21
2209/21 2210/8 2210/8
2211/25 2216/7
2216/15 2216/21
2216/24 2217/9
2218/20 2218/24
2221/23 2222/24
2223/1 2223/2 2223/17
2223/25 2224/8
2224/18 2224/22
2225/4 2225/13
2225/15 2226/1 2226/4
2226/17 2226/18
2226/22 2230/10
2230/10 2230/11
2231/23 2231/25
2232/14 2232/21
2232/23 2232/25
2233/1 2233/3 2233/11
2233/13 2233/18
2233/25 2242/13
chats [15] 2165/5
2165/12 2165/16
2165/18 2165/19
2165/20 2165/22
2166/14 2169/12
2176/13 2179/17

2231/10 2243/4
Chi [1] 2210/1
Chi-Com [1] 2210/1
chief [8] 2141/22
2177/12 2178/7
2185/11 2189/17
2199/20 2209/10
2209/17
chief - is [1] 2209/10
China [4] 2184/15
2184/22 2185/22
2187/20
Chinese [1] 2185/13
choice [2] 2200/4
2226/25
Chris [3] 2172/12
2172/16 2172/20
Christmas [1] 2196/15
chronological [1]
2212/2
Cinnaminson [1]
2118/13
circle [2] 2134/14
2134/20
circled [2] 2134/23
2141/8
Circuit [1] 2172/18
city [5] 2126/23
2126/24 2127/18
2128/13 2129/11
Civil [3] 2180/21
2185/21 2199/20
Civil War [2] 2185/21
2199/20
Civil War/revolution [1]
2180/21
clarify [1] 2165/15
clashes [1] 2137/8
clear [8] 2134/7
2158/22 2164/18
2165/15 2167/13
2171/12 2191/10
2194/8
clearly [5] 2156/24
2167/4 2167/6 2167/6
2212/12
click [1] 2133/3
clicked [1] 2133/5
client [3] 2213/13
2214/4 2231/20
climate [1] 2156/4
clip [6] 2202/6 2202/13
2202/16 2202/19
2202/25 2202/25
clipped [1] 2140/16
clips [3] 2201/25
2202/1 2203/6
clock [1] 2188/24
close [2] 2154/18
2236/20
closed [1] 2154/21
closing [1] 2199/14
closures [1] 2154/12
clothes [1] 2129/2
club [1] 2173/16
co [2] 2184/16 2216/15
co-conspirators [2]

cocounsel [1] 2241/24
Cody [51] 2158/8
2158/12 2158/16
2158/24 2158/25
2159/11 2162/8 2163/3
2170/5 2174/1 2175/9
2175/19 2175/25
2176/7 2176/19
2178/10 2178/25
2179/4 2181/25 2182/4
2183/10 2183/15
2184/12 2186/22
2190/4 2191/9 2195/12
2196/9 2197/10
2198/20 2199/6
2199/15 2200/19
2200/23 2202/5
2202/11 2202/19
2203/5 2204/7 2207/25
2210/4 2216/6 2216/20
2219/13 2219/16
2221/15 2226/13
2227/7 2232/6 2235/21
2242/11
Cody's [1] 2195/23
coffin [1] 2226/24
cohesive [1] 2217/15
coin [1] 2157/25
colleagues [1] 2157/21
collection [2] 2166/24
2168/20
college [4] 2179/10
2190/17 2190/20
2191/12
colleges [2] 2179/5
2190/23
collusion [1] 2187/18
COLUMBIA [1] 2116/1
Com [1] 2210/1
combined [1] 2165/5
come [17] 2127/5
2127/9 2132/15
2156/15 2166/9
2174/19 2176/1
2178/25 2213/6 2214/2
2217/15 2230/18
2230/20 2231/10
2237/25 2239/14
2240/7
comfortable [2]
2123/23 2158/13
coming [10] 2126/24
2127/17 2128/14
2137/6 2154/13
2184/21 2217/7 2224/4
2239/2 2242/7
command [12]
2128/23 2132/6
2132/10 2185/24
2218/3 2218/5 2218/17
2219/6 2219/9 2219/17
2222/16 2223/7
commander [6]
2177/12 2178/7
2185/11 2189/17
2209/9 2209/17
commonly [1] 2185/2

**communication [4]**
2213/13 2214/4
2215/15 2230/24
**communications [11]**
2167/10 2167/12
2169/1 2212/13
2232/11 2232/15
2234/1 2234/2 2234/3
2234/6 2236/2
**communist [4]**
2184/15 2184/22
2185/22 2187/20
**communities [1]**
2172/3
**community [1]**
2157/21
**compared [1]** 2163/13
**comparing [1]** 2215/23
**compilation [1]** 2169/1
**compiled [1]** 2169/16
**complete [1]** 2211/20
**completely [2]** 2142/14
2143/10
**complex [3]** 2142/9
2146/23 2147/1
**compliance [1]**
2171/24
**complied [4]** 2131/16
2175/22 2179/2
2219/20
**comply [2]** 2185/11
2210/2
**compromised [1]**
2192/6
**computer [1]** 2119/24
**computer-aided [1]**
2119/7
**concede [1]** 2185/14
**concern [6]** 2145/9
2167/3 2167/5 2167/8
2169/9 2169/10
**concerned [2]** 2165/22
2169/15
**concerns [1]** 2165/3
**conclude [1]** 2189/14
**concluded [1]** 2243/16
**conclusion [2]**
2189/15 2232/10
**condition [1]** 2189/10
**conduct [1]** 2212/11
**conference [5]**
2141/24 2164/11
2186/7 2211/8 2231/16
**confirm [4]** 2168/8
2229/24 2234/18
2242/12
**confirmed [2]** 2211/25
2238/23
**confrontations [1]**
2152/23
**confusion [1]** 2167/9
**Congress [12]** 2126/8
2144/8 2144/10
2147/10 2148/24
2178/19 2191/4 2194/6
2194/21 2198/23
2199/22 2213/11

**Congress's [1]** 2142/2
2150/24
**congressional [1]**
2143/16
**Congressmen [1]**
2142/25
**Congressmen Paul [1]**
2142/25
**consecutive [1]** 2167/9
**consensus [1]** 2206/2
**consequences [1]**
2209/25
**consider [2]** 2238/6
2243/9
**consistent [1]** 2162/1
**conspirators [2]**
2184/16 2216/15
**constituents [1]**
2150/18
**Constitution [7]**
2119/4 2140/22
2184/16 2185/1 2185/8
2187/18 2191/10
**constitutional [1]**
2202/22
**consumption [1]**
2235/13
**contact [3]** 2129/20
2138/19 2138/20
**contained [2]** 2156/12
2156/13
**contend [2]** 2143/14
2144/14
**content [1]** 2207/4
**context [4]** 2167/16
2205/17 2205/24
2213/14
**continuation [4]**
2191/7 2194/11
2217/20 2222/12
**continue [21]** 2173/18
2173/20 2178/4 2185/5
2189/4 2192/24 2194/9
2194/17 2200/1
2207/23 2209/5
2209/12 2209/21
2217/24 2218/2 2218/8
2221/15 2221/18
2222/10 2223/10
2223/16
**CONTINUED [3]**
2117/1 2118/1 2119/1
**continues [1]** 2212/8
**contractor [2]** 2159/7
2223/8
**controlled [2]** 2190/14
2198/25
**controls [1]** 2139/24
**cool [1]** 2226/11
**coordinate [1]** 2235/1
**coordinating [1]**
2222/17
**coordination [1]**
2223/13
**cop [1]** 2223/8
**copy [2]** 2174/22
2182/19
**corner [3]** 2173/1

**correct [24]** 2134/19
2134/20 2148/11
2149/19 2151/4
2154/25 2155/3
2156/16 2156/21
2156/25 2157/5
2167/24 2180/8 2197/6
2227/23 2227/24
2228/10 2228/24
2230/16 2233/13
2233/14 2233/19
2236/25 2244/3
**corrected [1]** 2186/15
**correspondent [6]**
2143/23 2144/7
2149/17 2149/24
2150/7 2150/15
**corrupt [2]** 2188/15
2209/3
**could [114]** 2123/18
2124/7 2126/24
2129/18 2130/4
2131/14 2132/9
2134/14 2135/8
2135/23 2136/22
2138/22 2140/6
2140/24 2141/1
2146/19 2147/17
2147/17 2147/25
2148/2 2148/4 2148/21
2149/4 2149/5 2149/12
2149/20 2149/21
2150/3 2154/8 2158/22
2160/11 2160/20
2160/22 2163/21
2165/15 2170/14
2171/1 2172/6 2172/23
2172/24 2174/15
2174/17 2178/4
2179/19 2180/22
2181/16 2181/24
2181/25 2182/2
2183/12 2184/7 2184/8
2184/12 2185/4 2185/5
2185/19 2186/24
2187/2 2187/13 2188/5
2188/10 2189/1 2189/7
2189/18 2189/23
2191/7 2191/16 2192/9
2193/4 2193/8 2193/12
2194/11 2194/19
2195/11 2196/7 2197/7
2197/8 2197/10 2198/7
2198/15 2198/17
2198/20 2199/7 2199/7
2199/13 2199/14
2199/16 2200/17
2201/24 2202/15
2202/25 2208/12
2208/24 2213/18
2215/23 2216/19
2217/5 2217/9 2218/1
2219/11 2220/20
2221/5 2221/17
2222/12 2223/16
2225/1 2226/3 2226/13
2227/10 2228/8

**counsel [11]** 2166/4
2166/15 2204/17
2211/13 2212/10
2212/13 2212/20
2214/18 2215/1
2242/23 2243/3
**counter [1]** 2137/7
**countersurveillance
[5]** 2125/15 2125/23
2128/12 2128/18
2135/22
**counterterrorism [2]**
2126/7 2126/12
**county [2]** 2171/25
2222/7
**coup [1]** 2181/20
**coupe [2]** 2183/25
2187/17
**couple [4]** 2171/13
2212/24 2221/25
2228/17
**course [6]** 2144/22
2173/13 2209/1 2218/5
2229/1 2241/6
**court [28]** 2116/1
2119/2 2119/3 2128/15
2128/16 2131/23
2132/4 2135/14
2135/17 2146/15
2154/14 2164/21
2166/4 2170/1 2172/18
2186/20 2194/16
2199/21 2205/4
2206/10 2215/17
2216/2 2232/18
2238/16 2239/2 2241/4
2241/11 2243/14
**Court's [11]** 2130/17
2160/21 2168/2
2175/18 2178/24
2205/2 2216/18
2219/12 2234/20
2237/13 2240/21
**courtroom [7]** 2122/21
2123/7 2135/8 2135/9
2204/6 2207/17
2235/20
**covert [6]** 2129/3
2129/4 2129/5 2129/12
2151/3 2151/25
**cowboy [3]** 2132/25
2134/13 2152/10
**CR [1]** 2116/4
**crazy [1]** 2193/14
**create [5]** 2163/9
2163/10 2164/18
2165/14 2168/22
**created [2]** 2139/6
2148/5
**credentialing [1]**
2147/8
**crime [1]** 2236/5
**criminal [3]** 2122/6
2125/9 2125/12
**Crisis [1]** 2197/14
**Crisp [5]** 2117/14

2177/14 2122/19
2153/24 2234/23
**crisplegal.com [1]**
2117/16
**critical [1]** 2197/15
**cross [16]** 2120/4
2150/23 2154/4
2168/23 2169/17
2196/14 2197/24
2204/23 2206/11
2207/10 2207/13
2211/21 2227/5
2229/11 2239/20
2240/11
**cross-examination [6]**
2150/23 2154/4
2168/23 2227/5
2229/11 2240/11
**cross-reference [1]**
2211/21
**crossing [3]** 2196/15
2228/24 2229/2
**crowd [1]** 2132/8
**crowds [2]** 2128/21
2132/7
**CRR [1]** 2244/2 2244/8
**cumulative [2]** 2161/23
2161/25
**current [1]** 2124/12
**curve [1]** 2218/13
**custody [4]** 2237/5
2237/14 2238/11
2239/3
**cut [1]** 2206/12
**cutout [2]** 2132/17
2137/1

**D**

**D.C [33]** 2116/5
2116/17 2118/4 2118/9
2119/5 2130/11
2140/20 2154/12
2174/4 2174/20
2175/10 2213/3
2216/16 2216/21
2217/22 2218/4
2218/24 2219/8
2219/25 2221/22
2222/8 2223/2 2223/9
2223/17 2224/3 2224/5
2224/8 2225/5 2226/11
2231/25 2232/20
2233/24 2239/14
**Dallas [2]** 2117/4
2117/8
**Dando [2]** 2239/14
2117/8
**data [9]** 2163/14
2164/13 2165/18
2166/1 2166/1 2168/8
2188/7 2188/13
2188/19
**data dump [1]** 2188/19
**date [15]** 2175/12
2175/20 2176/1 2177/4
2177/24 2178/11
2178/17 2178/25
2197/2 2197/3 2208/15
2222/2 2225/17

**D**

date... [2] 2226/15
2244/7
David [2] 2118/16
2122/20
David Fischer [1]
2122/20
day [41] 2116/7
2123/12 2126/9 2126/9
2128/5 2128/9 2128/11
2128/23 2129/24
2132/5 2132/9 2133/12
2135/2 2135/22 2137/4
2151/3 2151/9 2151/15
2157/23 2159/13
2159/17 2177/2 2177/5
2177/6 2177/21
2178/13 2178/16
2179/5 2184/4 2188/24
2191/21 2192/16
2193/6 2198/11 2204/3
2207/1 2207/21
2210/23 2235/6
2235/11 2236/12
days [5] 2171/13
2193/24 2221/25
2242/12 2242/14
deadline [1] 2214/12
deadly [1] 2200/8
deal [4] 2144/18
2198/4 2198/13 2214/6
death,' [1] 2197/23
December [53]
2126/16 2127/6 2128/2
2130/1 2133/17 2135/4
2149/25 2151/5
2154/11 2154/22
2157/2 2174/2 2175/10
2175/13 2176/1
2176/14 2177/3 2177/9
2177/20 2178/11
2178/12 2179/13
2180/2 2180/18 2184/3
2190/11 2190/24
2191/21 2192/16
2193/23 2195/8 2195/8
2196/22 2197/2 2197/3
2197/12 2201/2 2201/3
2203/9 2203/19 2208/3
2208/7 2208/16 2210/6
2216/14 2217/2
2217/11 2219/2
2223/20 2224/11
2225/7 2226/16
2226/21
December 2020 [1]
2208/7
December 30th [1]
2223/20
decertify [5] 2190/16
2191/14 2192/5 2193/1
2193/16
decide [2] 2147/4
2205/12
decisive [1] 2199/18
declare [3] 2171/19
2200/10 2203/13
declaring [4] 2187/16

declassification [1]
2188/8
dedicated [1] 2151/15
deep [4] 2173/24
2178/2 2185/24 2199/1
defeat [8] 2173/24
2181/20 2183/24
2184/22 2185/1
2197/17 2197/17
2198/1
defeats [1] 2198/9
defend [2] 2185/8
2210/3
Defendant [20] 2117/2
2117/13 2118/2
2118/11 2118/15
2122/7 2122/8 2122/8
2122/9 2122/9 2122/15
2122/17 2122/18
2122/19 2122/20
2135/15 2162/17
2164/2 2239/11
2239/12
Defendant 10 [1]
2122/9
Defendant 2 [1] 2122/8
Defendant 4 [1] 2122/9
Defendant Caldwell [1]
2122/20
Defendant Harrelson
[1] 2122/18
Defendant Harrelson's
[1] 2239/11
Defendant Meggs [1]
2122/17
Defendant Meggs' [1]
2239/12
Defendant Rhodes [2]
2122/15 2135/15
Defendant Stewart
Rhodes [1] 2162/17
2164/2
Defendant Watkins [1]
2122/19
defendants [4] 2116/7
2122/21 2231/10
2242/13
defense [17] 2123/3
2130/18 2155/19
2155/22 2155/25
2156/8 2156/14
2166/15 2167/16
2200/9 2212/5 2212/15
2236/1 2237/9 2242/11
2242/23 2243/4
defense's [1] 2242/2
defenseone.com [1]
2138/12
defer [4] 2234/10
2234/12 2234/13
2241/24
defiance [1] 2171/24
definition [1] 2215/10
definitively [1] 2234/2
defy [1] 2210/2
Delaware [4] 2196/11
2197/24 2228/24

delegation [2] 2190/10
2230/13
delegations [2] 2193/3
2193/18
deliberate [1] 2166/17
demarcated [2] 2167/4
2167/6
Democrats [1] 2190/14
demoralized [1]
2197/18
Dems [1] 2173/14
deny [2] 2190/16
2229/24
Department [1] 2159/7
depict [2] 2130/10
2183/16
depicted [1] 2220/17
depiction [1] 2133/25
depictions [1] 2163/17
derive [1] 2173/22
describe [4] 2166/21
2183/15 2185/16
2189/7
described [1] 2222/21
designed [1] 2223/5
desperate [1] 2178/3
despite [1] 2155/7
destroyed [3] 2148/9
2148/10 2148/11
destructive [1] 2200/6
detail [1] 2151/3
detailed [2] 2151/12
2153/7
determine [3] 2125/8
2215/7 2215/14
determined [1]
2165/25
did [138]
did you [22] 2125/11
2127/5 2136/11
2136/22 2137/2
2140/13 2159/12
2159/15 2159/20
2160/7 2160/13
2160/16 2162/20
2163/9 2163/10 2174/6
2175/25 2176/4
2176/12 2201/3
2201/13 2203/20
didn't [7] 2127/22
2140/12 2169/20
2206/7 2215/10
2216/12 2233/20
die [1] 2209/10
difference [2] 2139/23
2168/20
different [13] 2127/17
2128/13 2129/15
2138/15 2138/17
2156/15 2156/15
2166/8 2177/14 2193/9
2211/19 2217/22
2222/24
difficult [1] 2241/4
diligently [1] 2235/8
dire [1] 2209/25
direct [6] 2120/4
2124/3 2158/17

2230/13
directed [1] 2208/19
directly [2] 2187/15
2212/9
dirty [1] 2188/8
disagree [1] 2190/13
disclosed [1] 2212/4
disclosure [1] 2241/20
discuss [4] 2140/1
2201/15 2204/8 2236/9
discussed [2] 2162/22
2234/9
discussing [1] 2241/22
discussion [2] 2162/1
2234/25
discussions [6]
2146/17 2230/22
2230/23 2233/22
2235/14 2237/12
display [2] 2233/15
2233/19 2233/20
2233/21
dispute [1] 2167/1
distance [1] 2129/18
distinction [1] 2186/13
DISTRICT [3] 2116/1
2116/1 2116/10
distro [3] 2136/24
2137/2 2138/3
division [2] 2124/20
2124/23
do [94] 2124/9 2124/23
2125/6 2125/14
2125/23 2126/15
2128/11 2130/7
2131/17 2133/7
2133/15 2133/24
2134/20 2135/20
2137/15 2138/15
2148/9 2148/24 2149/7
2150/16 2150/17
2152/8 2154/21 2159/5
2159/8 2159/25 2161/2
2161/6 2161/7 2161/13
2161/14 2163/16
2172/3 2174/12
2174/17 2175/12
2175/16 2177/25
2178/13 2182/4
2185/14 2185/14
2185/14 2186/16
2190/4 2190/25 2191/2
2191/5 2191/15 2192/7
2192/21 2192/25
2193/15 2195/16
2195/15 2196/9
2196/20 2198/13
2200/3 2200/13
2200/13 2200/14
2200/15 2201/6
2204/23 2206/23
2207/10 2207/12
2207/13 2209/15
2209/16 2211/25
2213/24 2214/22
2215/5 2216/7 2218/18
2220/8 2220/15

2240/17 2222/19
2224/21 2228/19
2228/21 2233/17
2228/21 2233/17
2234/23 2236/12
2237/15 2238/2 2238/6
2239/17 2239/17
2240/5 2241/17
do you [5] 2124/9
2175/12 2214/22
2224/21 2238/6
do you have [1]
2125/14
do you know [1]
2191/5
do you recognize [7]
2161/2 2161/6 2161/13
2174/17 2182/4 2190/4
2195/14
do you remember [3]
2190/25 2201/6
2218/18
Do you see [5] 2130/7
2133/15 2137/15
2148/24 2149/7
doctrines [1] 2185/3
document [2] 2143/15
2143/17 2143/20
2161/2 2161/6 2174/18
documenting [2]
2160/7 2160/17
does [59] 2124/23
2125/6 2126/3 2126/13
2128/17 2129/13
2130/10 2130/12
2139/13 2139/16
2145/15 2147/5
2147/12 2149/1 2149/9
2149/15 2150/15
2163/4 2163/7 2174/21
2181/12 2182/18
2185/16 2187/6 2188/2
2189/4 2189/14
2191/12 2192/2
2192/24 2193/3 2193/9
2193/17 2194/9
2194/10 2194/17
2196/21 2199/9 2209/5
2209/6 2209/11
2209/14 2209/21
2209/24 2214/16
2217/24 2218/8
2218/10 2221/15
2221/16 2221/17
2222/10 2223/10
2223/12 2223/22
2223/23 2223/24
2224/2 2237/9
doesn't [5] 2169/16
2177/25 2209/15
2210/1 2239/2
doing [5] 2122/24
2128/19 2132/2 2206/9
2218/6
domestic [2] 2184/25
2187/17
dominated [1] 2190/14
Don [8] 2219/6
2219/17 2219/18

**D**

Don... [5] 2220/24
2222/13 2222/16
2222/20 2223/6
**Don Siekerman [5]**
2219/18 2220/24
2222/13 2222/20
2223/6
don't [45] 2129/16
2130/18 2133/24
2134/15 2144/22
2145/3 2145/16 2146/1
2154/23 2165/1
2165/10 2185/14
2188/24 2189/8
2191/14 2198/13
2203/24 2205/25
2206/17 2206/19
2210/25 2211/23
2211/24 2212/6 2212/7
2212/9 2212/21 2213/4
2213/14 2215/4 2215/5
2228/3 2230/6 2232/5
2232/12 2237/14
2237/25 2238/18
2239/1 2240/6 2240/20
2241/18 2241/19
2242/25 2243/12
**Donate [1]** 2227/21
done [20] 2132/9
2134/1 2136/13
2146/11 2166/14
2171/21 2176/7 2181/8
2189/17 2196/16
2198/2 2213/11
2213/22 2214/15
2235/5 2235/5 2235/6
2235/6 2241/7 2241/12
dot [1] 2141/12
doubt [1] 2237/21
**Doubting [1]** 2198/3
down [38] 2125/13
2129/3 2129/8 2138/15
2138/22 2141/16
2150/9 2154/21 2158/5
2161/3 2161/12
2164/25 2174/15
2175/19 2176/1 2176/8
2178/8 2178/25
2181/24 2182/2 2184/7
2187/2 2187/3 2189/2
2189/19 2189/23
2195/12 2197/18
2198/15 2199/7
2199/13 2200/17
2204/8 2206/12 2211/1
2221/10 2235/22
2238/8
drafted [1] 2128/8
**Drain [1]** 2200/14
draw [1] 2152/24
dressed [3] 2129/2
2129/8 2129/10
drew [5] 2152/1 2152/4
2152/9 2152/13
2152/17
**Drive [1]** 2118/12
drop [1] 2132/19

dump [2] 2188/19
during [4] 2142/25
2163/24 2169/14
2232/5
duties [2] 2144/1
2151/25
duty [3] 2192/7
2194/14 2200/3

**E**

each [6] 2166/10
2166/12 2167/4 2167/6
2188/5 2189/8
ear [1] 2198/12
earlier [5] 2147/2
2160/1 2162/1 2228/23
2234/9
early [3] 2127/6 2208/7
2241/23
editors [1] 2199/23
**Edmund [1]** 2118/2
**Edward [3]** 2117/10
2122/10 2122/15
**Edward Tarpley [1]**
2122/15
**Edwards [2]** 2116/16
2122/12
edwardtarpley [1]
2117/12
effect [1] 2187/17
eight [1] 2192/13
either [3] 2167/14
2215/6 2243/4
elderly [1] 2229/3
elect [1] 2192/7
elected [1] 2179/7
election [6] 2127/18
2178/14 2185/12
2188/16 2190/16
2195/1
elections [1] 2192/5
electoral [6] 2179/5
2179/10 2190/16
2190/20 2190/23
2191/12
electors [7] 2178/17
2179/4 2184/5 2190/15
2191/11 2192/7 2199/4
elicit [2] 2231/18
2231/19
elites [2] 2184/17
2184/24
**ELMER [4]** 2116/6
2117/2 2122/7 2147/21
**Elmer Stewart Rhodes
[1]** 2147/21
else [9] 2138/6
2165/10 2167/10
2177/4 2229/8 2234/22
2236/5 2238/2 2242/19
email [21] 2116/18
2116/19 2117/5 2117/9
2117/12 2117/16
2118/5 2118/10
2118/14 2118/19
2135/24 2136/5 2136/8
2136/12 2136/22

2137/22 2137/25
2138/16 2231/8
2242/11 2242/14
**Empire [1]** 2118/17
employed [2] 2155/5
2158/25
employment [5]
2145/15 2145/16
2145/18 2145/20
2145/22
encouraged [1]
2200/24
end [8] 2132/5 2179/5
2193/10 2194/19
2198/17 2198/20
2199/17 2202/6
ended [2] 2132/3
2243/2
ending [3] 2176/17
2176/20 2190/7
ends [2] 2179/21
2200/6
enemies [4] 2184/18
2184/25 2187/17
2187/21
enemy [4] 2187/19
2198/4 2200/8 2209/3
enemy-occupied [1]
2209/3
enforcement [2]
2129/8 2129/16
engaged [2] 2153/16
2156/4
enough [3] 2156/22
2190/15 2228/12
entered [3] 2123/7
2207/17 2242/13
entire [4] 2141/4
2186/1 2206/8 2230/22
entirely [1] 2153/16
equipment [1] 2162/22
**Ernest [4]** 2237/1
2237/3 2237/12
2240/18
especially [2] 2137/6
2194/22
establish [1] 2136/7
establishes [1]
2133/25
et [3] 2116/6 2188/17
2217/8
et cetera [1] 2217/8
even [2] 2188/24
2198/10
evening [3] 2179/13
2205/5 2217/12
event [6] 2128/3
2128/11 2132/3
2140/21 2175/14
2175/16
events [6] 2127/4
2127/18 2128/9
2128/13 2128/18
2128/21
ever [4] 2126/13
2156/7 2165/10
2203/10
every [6] 2169/13

2189/8 2200/15
2206/25
everybody [6] 2122/24
2137/4 2204/15 2235/8
2242/24 2242/25
everyday [1] 2129/10
everyone [11] 2122/3
2122/23 2123/9 2123/9
2123/11 2204/4
2204/12 2207/18
2235/18 2235/24
2243/12
evidence [48] 2130/15
2130/22 2133/19
2134/3 2136/2 2136/19
2139/2 2139/17
2139/20 2139/21
2140/4 2144/19
2148/18 2161/2
2161/19 2162/4 2162/5
2162/12 2164/6
2167/17 2170/7 2170/9
2174/2 2174/6 2175/1
2175/7 2175/20 2183/1
2183/5 2188/13
2195/19 2195/25
2196/5 2201/19
2201/23 2214/14
2217/20 2220/25
2231/20 2234/18
2235/17 2237/16
2238/3 2238/15 2240/8
2240/9 2240/12
2241/21
evident [1] 2232/14
evidentiary [1] 2236/24
ex [1] 2223/8
ex-cop/military [1]
2223/8
exactly [1] 2212/6
examination [11]
2124/3 2150/23 2154/4
2157/16 2158/17
2167/13 2168/23
2169/17 2227/5
2229/11 2240/11
examiner [2] 2168/10
2168/19
example [5] 2165/9
2167/9 2198/14
2238/17 2239/10
exceptions [1] 2198/24
exclusive [1] 2228/3
exclusively [1] 2151/9
**Excuse [2]** 2191/6
2234/11
executed [1] 2238/22
exhibit [114] 2130/5
2130/16 2130/19
2130/22 2133/13
2133/20 2134/3
2135/24 2136/3
2136/19 2138/24
2139/3 2140/4 2140/6
2140/24 2141/17
2141/19 2142/1 2142/7
2142/7 2146/19

2147/16 2148/15
2148/18 2154/9 2161/1
2161/12 2161/13
2161/13 2162/4 2162/5
2162/25 2163/4
2163/10 2163/13
2163/22 2164/5 2164/8
2164/8 2164/12
2164/18 2164/24
2165/4 2165/14
2166/18 2166/22
2166/23 2167/2
2167/19 2167/22
2170/9 2174/11
2174/25 2175/7
2175/21 2176/16
2176/17 2176/20
2178/9 2179/1 2179/20
2181/24 2182/1 2182/3
2182/5 2182/18
2182/18 2182/24
2182/24 2183/1 2183/5
2183/11 2184/8
2189/23 2190/1 2190/1
2190/6 2195/11
2195/13 2195/14
2195/25 2196/5 2196/7
2197/7 2197/8 2199/8
2200/17 2201/20
2201/23 2201/25
2203/24 2207/5
2208/11 2212/5
2212/22 2216/19
2216/20 2219/14
2219/19 2219/22
2220/8 2220/17 2221/6
2221/11 2221/22
2226/14 2227/14
2227/16 2228/13
2228/19 2231/6 2231/6
2233/6 2236/11
**Exhibit 1003 [1]**
2182/24
**Exhibit 1005 [2]**
2183/1 2227/16
**Exhibit 1008 [1]**
2228/19
**Exhibit 1671 [2]**
2130/16 2154/9
**Exhibit 6701 [5]**
2162/25 2163/4 2164/5
2190/1 2208/11
**Exhibit 7002 [1]**
2147/16
**Exhibit 7003 [1]**
2148/15
exhibits [7] 2121/1
2160/1 2161/20
2161/25 2162/2
2236/10 2243/8
existence [1] 2229/21
exited [2] 2204/6
2235/20
expect [3] 2185/25
2194/12 2194/21
expectation [1]
2204/17
experience [1] 2217/18

**E**

experienced [3]
2223/9 2223/16
2224/16
explain [3] 2129/5
2142/1 2145/23
explained [2] 2166/3
2211/18
explanation [1] 2146/8
explore [1] 2168/22
exponentially [1]
2209/17
expose [2] 2188/14
2188/15
extent [8] 2133/22
2167/8 2169/15
2206/17 2206/18
2239/19 2243/3 2243/7
extracted [8] 2162/17
2163/5 2163/14 2164/1
2166/25 2168/12
2168/13 2215/11
eye [4] 2132/25
2135/12 2135/13
2152/10
eyesight [1] 2145/5

**F**

F-o-r-d [1] 2151/23
F.O.S [5] 2177/17
2177/23 2193/6
2193/10 2193/13
Facebook [1] 2229/18
facing [1] 2134/25
fact [9] 2142/14 2143/9
2145/4 2155/7 2164/15
2236/3 2237/23
2239/21 2239/21
facts [5] 2144/18
2184/10 2184/14
2213/16 2213/18
fail [2] 2185/20 2200/3
fails [1] 2185/17
fair [9] 2133/25
2156/22 2160/17
2166/2 2174/21
2180/13 2182/19
2228/2 2228/12
fairly [3] 2130/10
2151/2 2163/17
familiar [10] 2146/22
2146/25 2150/11
2160/4 2162/10
2176/21 2220/3
2220/12 2230/10
2238/22
familiarity [2] 2142/9
2143/2
family [1] 2210/23
far [9] 2139/13 2159/24
2230/20 2232/20
2232/22 2232/24
fast [1] 2157/2
fast-forward [1]
2157/2
favor [1] 2179/6
FBI [13] 2126/2 2126/4
2126/6 2126/11

2155/12 2159/4 2160/3
2160/16 2228/10
2237/5
fear [1] 2213/5
February [1] 2148/12
federal [3] 2159/1
2160/18 2184/20
feel [3] 2123/23
2168/11 2193/14
few [12] 2151/2 2154/7
2159/6 2174/16
2180/13 2181/2 2181/4
2187/4 2189/4 2193/24
2201/24 2227/9
field [2] 2126/11
2145/15
Fifth [1] 2241/13
fight [17] 2177/10
2177/11 2178/1 2178/3
2178/5 2178/6 2180/21
2185/10 2185/21
2186/2 2186/11
2186/13 2186/25
2189/16 2200/11
2209/18 2226/24
fighting [2] 2183/17
figure [1] 2206/13
file [2] 2181/17
2181/18
fill [1] 2167/16
filter [7] 2212/18
2212/18 2214/17
2215/2 2215/8 2215/9
2215/11
filtered [1] 2215/3
final [3] 2202/25
2226/23 2236/22
finally [4] 2125/25
2165/3 2220/23
2226/13
find [8] 2174/2 2200/23
2201/3 2213/20 2214/1
2217/20 2229/25
2230/1
fine [1] 2186/16
finish [1] 2204/21
fire [2] 2185/2 2188/21
fired [1] 2146/2
first [30] 2124/18
2124/22 2131/19
2131/21 2132/7 2137/1
2145/14 2154/14
2163/4 2164/12
2166/23 2169/5
2170/12 2184/12
2187/10 2187/14
2197/3 2197/9 2197/9
2197/11 2198/18
2198/21 2199/11
2205/4 2207/10
2212/25 2213/2 2221/7
2227/10 2241/9
First Street [1] 2132/7
Fischer [8] 2118/16
2118/16 2122/20
2154/1 2157/12 2207/9
2207/11 2227/3

2118/19
Fisher [1] 2206/11
flag [4] 2238/18
2238/22 2238/23
2238/23
fleshed [1] 2212/15
flip [3] 2164/20
2165/17 2211/2
Florida [6] 2201/10
2223/15 2236/22
2239/7 2239/9 2239/16
fly [1] 2239/22
flying [1] 2236/21
focus [4] 2146/5
2157/4 2162/8 2178/10
focused [1] 2156/24
fold [1] 2194/23
folks [3] 2129/10
2132/16 2237/10
follow [2] 2188/1
2198/13
followers [1] 2200/24
following [2] 2126/18
2151/11
follows [1] 2196/18
footsteps [1] 2200/4
force [6] 2126/2 2126/3
2126/10 2138/19
2170/24 2170/25
Forces [1] 2185/25
Ford [3] 2151/21
2151/22 2151/23
foregoing [1] 2244/3
foreign [5] 2184/17
2186/2 2187/19
2187/20 2200/8
forensic [1] 2168/20
foresee [1] 2237/9
forget [1] 2237/12
formatted [1] 2165/4
formatting [1] 2164/24
FormerFeds [1]
2118/12
formerfedsgroup.com
[1] 2118/14
forsake [1] 2200/13
forth [1] 2211/22
forward [4] 2157/2
2192/1 2216/3 2235/16
found [2] 2230/2
2238/7
foundation [5] 2133/22
2136/17 2139/5
2165/25 2236/24
founder [1] 2136/25
founders [1] 2210/3
founders' [1] 2200/4
founding [1] 2200/8
frame [1] 2151/8
fraud [2] 2188/14
2236/5
fraudulent [3] 2185/11
2192/6 2199/5
free [3] 2123/23
2169/17 2188/20
Friday [1] 2123/11
front [5] 2117/15

2169/13
frozen [1] 2196/14
fucked [1] 2172/17
full [1] 2126/10
full-time [1] 2126/10
fully [1] 2185/25
fundraising [1] 2228/1
further [5] 2150/20
2153/18 2157/11
2227/1 2234/14

**G**

gap [1] 2215/14
garage [1] 2226/10
garden [1] 2141/11
gated [1] 2226/10
gave [3] 2137/24
2201/4 2241/21
gear [1] 2226/10
general [4] 2128/22
2181/12 2197/16
2197/22
generally [7] 2126/18
2189/7 2189/9 2190/19
2199/9 2229/20 2239/6
Generals [1] 2188/16
generation [2] 2185/3
2200/8
gentleman [4] 2153/7
2153/11 2240/22
2241/2
gentlemen [5] 2123/10
2158/23 2204/1
2207/19 2235/4
Georgia [2] 2125/13
2217/7
get [25] 2123/1
2123/13 2144/5 2164/9
2170/24 2189/16
2190/15 2196/23
2197/19 2197/21
2204/18 2206/7
2206/21 2211/6
2211/17 2217/17
2217/18 2217/19
2219/9 2231/14
2232/16 2235/25
2237/16 2241/22
2243/8
gets [2] 2152/6
2191/12
getting [3] 2128/21
2213/3 2218/13
Geyer [11] 2118/11
2122/18 2153/22
2186/8 2186/18 2205/3
2229/9 2229/15
2231/12 2231/17
2234/15
give [17] 2127/3
2132/6 2141/3 2144/23
2172/19 2193/1
2193/16 2198/4
2198/12 2213/4
2213/16 2214/2 2214/5
2215/25 2236/11
2241/7 2241/20

given [6] 2147/9
2151/12 2200/9
2215/24 2237/23
2241/21
giving [2] 2214/17
2235/10
Glen [1] 2118/18
gloves [1] 2213/9
Glynco [1] 2125/13
gmail.com [1] 2117/9
go [58] 2122/25
2129/19 2141/2
2145/14 2147/13
2147/17 2147/25
2148/14 2149/4
2149/12 2149/20
2150/3 2159/24
2166/17 2170/20
2172/23 2172/24
2173/15 2174/4
2176/16 2180/10
2185/16 2187/6 2188/2
2189/10 2191/7 2191/9
2191/12 2191/16
2192/2 2193/3 2193/17
2194/12 2196/7 2197/7
2197/19 2198/17
2199/7 2199/10 2204/2
2204/25 2205/3 2205/4
2207/7 2207/9 2208/12
2212/24 2213/8
2213/23 2215/6 2217/9
2218/1 2223/12
2228/11 2234/19
2240/20 2242/14
2242/20
go ahead [1] 2204/25
God [1] 2200/9
God-given [1] 2200/9
goes [3] 2173/16
2210/22 2239/3
going [54] 2122/25
2126/23 2128/9
2128/20 2129/8 2129/9
2129/10 2139/1
2143/15 2144/12
2145/7 2145/23 2152/7
2152/23 2153/4
2154/18 2166/18
2168/10 2168/11
2174/10 2177/5
2177/10 2178/5
2186/22 2202/12
2203/16 2205/3 2205/4
2205/5 2205/20
2205/20 2206/6
2206/18 2207/9
2207/11 2207/12
2207/13 2208/25
2210/21 2213/10
2213/21 2221/10
2223/19 2226/23
2234/13 2235/1 2236/2
2236/8 2236/9 2238/4
2239/6 2239/15
2239/19 2241/24
gone [2] 2177/12
2178/7

2254

**G**

**good [21]** 2122/4
2122/5 2122/23 2123/5
2123/11 2123/23
2124/5 2124/6 2150/25
2151/1 2158/20
2158/21 2207/25
2208/1 2226/10 2227/7
2227/8 2229/13
2229/14 2242/24
2243/12
**good morning [9]**
2122/4 2122/23 2123/5
2123/11 2123/23
2150/25 2158/20
2158/21 2207/25
**GOP [5]** 2172/18
2194/7 2194/21
2198/25 2199/2
**GOP-controlled [1]**
2198/25
**got [6]** 2214/15
2214/20 2231/4
2236/18 2241/8 2242/9
**GoToMeeting [1]**
2160/3
**government [52]**
2116/14 2122/13
2123/2 2124/2 2130/15
2133/19 2136/2 2139/1
2141/18 2142/18
2143/8 2148/15
2148/18 2154/8 2158/7
2158/16 2161/19
2164/5 2164/20
2164/24 2165/4
2165/17 2165/21
2167/13 2170/9
2174/25 2182/15
2183/5 2184/20
2195/24 2199/25
2200/7 2201/19
2204/17 2206/5
2206/18 2214/16
2227/11 2231/6 2231/9
2232/12 2237/15
2237/22 2238/2
2238/12 2240/7 2241/6
2241/10 2241/19
2242/21 2243/5 2243/9
**Government 1005 [1]**
2227/11
**government's [43]**
2120/5 2121/3 2130/22
2134/3 2136/19 2140/4
2160/25 2161/12
2161/20 2162/4 2162/5
2162/25 2163/4 2164/5
2169/12 2170/6
2174/11 2174/25
2175/7 2175/21
2176/16 2176/20
2179/19 2181/25
2182/4 2182/18 2183/1
2189/25 2190/6
2195/11 2195/24
2196/5 2201/19
2201/23 2201/25
2216/19 2219/14
2219/19 2221/6
2227/14 2233/6
**Government's 6701 [1]**
2170/6
**Government's Exhibit
1005 [1]** 2182/18
**government-read [1]**
2237/22
**Governor [1]** 2118/17
**Governors [1]** 2188/16
**grassy [1]** 2140/23
**grateful [1]** 2235/9
**Gray [1]** 2135/12
**great [4]** 2134/17
2145/12 2148/13
2234/21
**Greene [3]** 2220/7
2220/8 2222/20
**grounds [6]** 2130/2
2143/3 2143/3 2144/6
2206/19 2243/5
**group [26]** 2127/23
2132/16 2132/20
2132/22 2132/23
2136/24 2137/7
2137/25 2138/3 2138/7
2138/8 2138/9 2138/13
2152/9 2152/18 2153/9
2153/14 2155/14
2170/19 2174/4
2179/17 2203/21
2210/8 2222/24 2223/1
2224/18
**grouping [1]** 2165/11
**groups [9]** 2127/17
2129/15 2137/5
2151/11 2152/5
2169/19 2172/4 2217/6
2218/12
**Guard [1]** 2187/22
**guess [4]** 2142/22
2181/16 2188/10
2241/17
**guessing [1]** 2208/25
**gunshot [2]** 2144/22
2145/5

**H**

**had [42]** 2127/17
2127/20 2132/7
2132/24 2133/2 2135/1
2138/9 2142/5 2143/13
2144/4 2144/6 2144/10
2144/11 2147/7 2147/7
2147/12 2147/20
2151/11 2151/16
2153/8 2153/9 2154/15
2156/15 2157/4 2162/1
2178/13 2190/19
2197/4 2197/17
2199/24 2213/17
2214/21 2229/3 2229/3
2229/17 2229/22
2230/4 2233/22
2233/22 2234/3
2234/25 2238/22
**Haller [3]** 2118/6
2118/7 2122/16
**hallerjulia [1]** 2118/10
**Hancock [9]** 2237/1
2237/3 2240/18
2240/20 2241/14
2242/7 2242/15
2242/17 2242/18
**hand [4]** 2123/19
2131/8 2158/9 2213/6
**handed [1]** 2166/18
**handful [1]** 2198/24
**hands [1]** 2185/13
**Hang [3]** 2166/20
2231/2 2231/2
**hanging [2]** 2132/16
2136/25
**happen [5]** 2140/13
2185/16 2191/5 2195/1
2228/11
**happened [3]** 2132/14
2145/6 2159/16
**happening [2]** 2165/8
2178/16
**happens [1]** 2242/18
**happy [3]** 2123/11
2181/9 2215/17
**hard [4]** 2202/22
2213/12 2213/20
2241/20
**harder [1]** 2209/17
**Harrelson [10]** 2118/11
2122/8 2122/18
2229/15 2229/17
2229/21 2230/24
2232/11 2233/12
2233/16
**Harrelson's [1]**
2239/11
**Harris [1]** 2171/21
**Harrisburg [1]** 2117/15
**has [32]** 2134/12
2135/12 2138/13
2138/25 2143/1 2143/4
2145/6 2147/4 2161/1
2164/13 2165/4
2165/25 2168/4
2168/14 2173/23
2177/25 2180/6
2188/23 2194/8
2213/25 2215/1 2226/9
2230/2 2230/18
2230/20 2235/8
2237/25 2241/6 2241/7
2241/14 2242/1 2243/6
**hasn't [2]** 2157/8
2241/11
**hat [8]** 2132/25 2133/2
2134/13 2134/18
2134/24 2134/25
2152/10 2153/8
**hate [1]** 2173/21
**hats [2]** 2138/18
2240/6
**Haun [1]** 2222/7
**have [117]** 2123/18
2124/14 2125/7

2129/9 2129/13
2129/24 2131/3
2136/13 2136/13
2138/15 2138/17
2138/18 2139/8
2139/10 2139/11
2140/15 2141/5 2142/7
2143/2 2147/5 2147/7
2147/7 2147/9 2148/5
2154/6 2154/8 2154/14
2154/15 2157/4
2157/10 2159/2
2160/21 2161/3
2162/12 2162/16
2162/18 2163/13
2163/15 2163/21
2163/23 2163/25
2165/3 2165/21
2166/14 2167/8
2169/13 2175/9
2175/19 2177/10
2177/11 2178/1 2178/5
2178/6 2178/20
2178/25 2181/22
2181/23 2184/18
2184/19 2185/11
2185/21 2189/8 2192/4
2198/9 2198/12
2200/13 2204/15
2204/23 2206/2
2206/20 2207/18
2208/6 2209/16
2211/13 2211/18
2211/24 2212/18
2212/19 2212/20
2212/21 2212/22
2213/18 2214/22
2215/2 2218/4 2218/11
2218/11 2218/16
2219/8 2219/25 2223/5
2224/18 2225/23
2226/25 2227/1
2227/10 2228/13
2228/17 2229/7 2230/1
2231/8 2234/14
2235/16 2235/24
2236/9 2237/18
2237/24 2237/25
2238/10 2240/8
2242/17 2242/24
2242/25 2243/4
2243/12
**haven't [2]** 2214/21
2229/25
**having [5]** 2148/7
2185/2 2212/14
2227/13 2230/23
**he [133]**
**he said [2]** 2193/12
2224/22
**he's [16]** 2135/10
2143/3 2144/7 2164/17
2178/7 2205/5 2207/12
2207/13 2221/19
2222/8 2229/2 2232/14
2233/19 2240/22
2241/1 2241/8

**head [3]** 2209/1 2212/8
2231/1
**Heads [1]** 2225/23
**Heads-up [1]** 2225/23
**hear [3]** 2139/24
2142/11 2203/5
**heard [4]** 2127/17
2127/20 2127/22
2235/5
**hearsay [3]** 2136/5
2136/6 2161/20
**heavily [1]** 2126/6
**Heck [1]** 2194/7
**help [2]** 2128/15
2200/15
**helpful [2]** 2214/12
2243/7
**helping [1]** 2139/22
**her [5]** 2211/13
2213/17 2213/23
2215/9 2215/15
**here [37]** 2123/12
2131/5 2134/12 2135/9
2135/10 2137/10
2141/7 2141/12
2147/16 2154/6
2159/24 2163/24
2164/15 2164/24
2165/8 2165/19 2167/1
2170/12 2181/9
2184/10 2184/14
2184/21 2187/10
2194/25 2199/14
2209/14 2209/24
2214/12 2217/14
2224/14 2224/22
2225/10 2227/21
2231/18 2233/6 2240/7
2242/25
**Here's [3]** 2181/8
2192/1 2206/6
**Hessians [1]** 2197/24
**higher [1]** 2189/10
**highlight [6]** 2147/17
2148/2 2148/21 2149/5
2149/21 2198/18
**highlighted [2]**
2149/13 2149/22
**highlights [1]** 2212/13
**highly [2]** 2169/4
2169/5 2223/8
**Highway [1]** 2118/17
**Hill [1]** 2157/23
**him [34]** 2134/14
2135/4 2135/5 2135/6
2135/9 2144/9 2171/19
2178/2 2188/21
2188/24 2194/5 2194/6
2194/7 2198/2 2198/4
2209/2 2209/8 2209/9
2209/16 2213/9
2213/10 2213/16
2213/19 2220/20
2221/6 2222/19
2226/25 2231/22
2232/9 2232/13
2232/15 2232/15
2239/16 2241/7

**H**

himself [1] 2197/22
hip [1] 2229/4
his [40] 2134/1
2134/24 2135/13
2142/9 2142/20
2143/25 2144/22
2145/4 2145/15
2145/21 2146/3 2152/7
2152/13 2153/8 2157/9
2166/2 2166/25
2170/21 2172/17
2174/4 2197/18
2197/18 2197/21
2198/1 2200/24 2203/6
2206/11 2207/13
2208/25 2210/23
2214/24 2215/6
2216/15 2219/7
2219/25 2223/7
2228/24 2229/2
2230/18 2237/12
History [1] 2141/13
hold [2] 2160/12
2175/24
home [2] 2126/13
2207/20
Homeland [1] 2159/7
honest [1] 2205/4
honor [70] 2122/5
2123/2 2123/15
2130/18 2138/25
2139/1 2140/3 2141/21
2142/2 2142/11
2142/13 2143/4
2143/12 2143/24
2144/20 2145/2
2146/14 2153/18
2153/21 2153/23
2153/25 2154/2
2157/10 2158/7
2160/20 2161/18
2161/22 2162/3 2164/4
2164/7 2164/12
2165/24 2167/18
2167/24 2168/25
2169/23 2169/24
2170/3 2170/6 2174/24
2175/4 2175/19
2182/14 2182/22
2186/5 2186/9 2186/16
2186/19 2195/22
2201/18 2204/21
2206/2 2211/4 2212/3
2214/8 2214/9 2214/11
2215/17 2215/23
2219/12 2221/10
2232/4 2232/17 2234/8
2234/25 2236/7
2239/25 2240/25
2242/10 2242/21
Honor's [1] 2168/18
HONORABLE [2]
2116/9 2149/7
Honorable Ron Paul
[1] 2149/7
hope [1] 2122/24
hoping [1] 2204/20

hotel [1] 2225/24
hotmail.com [1]
2118/19
hour [1] 2204/20
house [13] 2142/3
2143/21 2185/12
2190/13 2190/15
2191/13 2193/3
2193/18 2198/23
2239/11 2239/12
2239/15 2239/19
housekeeping [1]
2159/25
how [25] 2124/14
2127/9 2136/11
2137/25 2139/5 2144/8
2144/10 2146/25
2147/3 2150/25 2156/3
2159/2 2165/15
2165/25 2169/3
2169/15 2173/12
2189/14 2190/22
2192/24 2204/23
2205/13 2213/4
2213/12 2237/15
however [1] 2228/5
Hughes [2] 2116/15
2122/12
huh [1] 2137/16

**I**

I already [1] 2173/25
I also [1] 2173/14
I am [7] 2160/5
2162/11 2192/21
2212/9 2218/13
2229/20 2229/20
I apologize [2] 2186/9
2197/8
I ask [1] 2235/12
I believe [14] 2135/10
2140/21 2154/12
2165/24 2167/18
2196/10 2201/8 2205/5
2214/18 2214/20
2224/24 2232/7
2239/18 2241/10
I can [7] 2142/12
2164/21 2176/8 2230/7
2233/8 2234/18 2243/9
I can't [2] 2229/24
2234/2
I did [7] 2132/13
2132/25 2159/14
2201/1 2201/14
2231/13 2232/25
I didn't [2] 2206/7
2233/20
I don't [5] 2130/18
2191/14 2212/6
2238/18 2241/18
I don't recall [2]
2154/23 2212/7
I don't think [1] 2239/1
I guess [3] 2142/22
2188/10 2241/17
I have [8] 2138/17

2162/18 2181/23
2218/11 2227/1
2234/14
I hope [1] 2122/24
I just [6] 2127/18
2154/6 2186/22
2199/15 2205/24
2232/5
I know [8] 2127/17
2146/6 2154/13 2207/2
2232/22 2235/8 2239/1
2242/1
I mean [15] 2136/4
2143/1 2144/14
2144/17 2205/17
2205/24 2206/17
2213/1 2213/12
2215/13 2236/1 2238/6
2238/9 2240/17
2240/19
I should [1] 2182/15
I think [18] 2131/2
2138/5 2140/8 2169/1
2169/3 2186/9 2186/13
2186/14 2208/2 2209/2
2209/8 2215/22
2230/21 2232/8
2234/20 2238/12
2238/14 2238/20
I thought [3] 2234/10
2234/12 2241/1
I told [2] 2173/14
2173/22
I understand [2]
2142/18 2155/16
I want [3] 2159/25
2160/2 2168/25
I was [7] 2128/8
2137/25 2156/2 2159/6
2159/7 2159/9 2242/20
I will [3] 2218/5 2218/6
2223/5
I'd [14] 2137/24 2162/8
2162/24 2175/19
2176/16 2178/10
2178/24 2183/10
2186/14 2189/25
2208/10 2210/4
2219/13 2234/8
I'll [12] 2142/22 2145/9
2146/13 2171/23
2194/5 2204/8 2207/21
2214/2 2214/5 2214/5
2215/25 2241/25
I'm [47] 2126/5
2126/10 2145/7
2145/25 2146/4
2156/11 2160/12
2160/25 2168/10
2169/2 2172/25
2174/10 2175/4 2175/5
2176/19 2181/9
2186/22 2190/7
2193/14 2204/18
2204/20 2208/25
2210/21 2211/12
2212/8 2213/1 2213/10

2213/22 2215/17
2218/23 2219/6
2219/17 2221/10
2227/13 2227/15
2228/18 2229/5
2229/15 2231/19
2232/3 2232/4 2237/2
2241/24 2242/4
2242/10
I'm going [2] 2213/10
2213/21
I'm just [1] 2186/22
I'm not [2] 2146/4
2168/10
I'm not sure [1] 2145/7
I'm showing [2]
2160/25 2228/18
I'm sorry [11] 2160/12
2172/25 2175/4 2175/5
2190/7 2211/12 2213/1
2232/3 2237/2 2242/4
2242/10
I'm sure [1] 2212/8
I've [3] 2139/19 2156/7
2235/10
ice [25] 2141/9
iconic [1] 2228/23
ID [1] 2142/4
idea [4] 2128/21
2236/8 2236/12
2237/23
identification [2]
2135/15 2135/18
identified [4] 2121/3
2125/8 2161/1 2227/16
identify [3] 2133/23
2137/6 2153/10
III [3] 2116/6 2117/2
2122/7
illegal [1] 2152/20
illegitimate [7] 2171/20
2178/1 2185/13
2185/22 2185/23
2200/5 2210/1
image [2] 2168/20
2215/17
immediate [2] 2217/16
2222/16
immediately [3]
2180/15 2188/22
2188/24
immortal [1] 2197/20
immunity [2] 2241/7
2241/11
immunize [1] 2241/15
implausible [1] 2214/5
important [6] 2126/25
2138/2 2157/19
2186/13 2230/25
2232/13
imposter [1] 2171/20
impostor [1] 2199/5
impression [2]
2136/16 2146/2
improperly [1] 2186/14
inaccurate [1] 2168/6
incapable [1] 2200/5

incident [1] 2159/13
include [2] 2138/2
included [3] 2137/19
2194/15 2199/10
including [3] 2136/25
2172/18 2187/21
inconsistencies [1]
2164/23
incriminating [1]
2241/16
indeed [1] 2123/1
independence [1]
2200/10
independent [1]
2235/13
INDEX [2] 2120/2
2120/9
indicate [2] 2203/16
2216/11
indicated [1] 2154/11
indicating [2] 2156/11
2218/21
indications [1]
2164/13
individual [2] 2134/10
2215/12
individuals [3] 2133/23
2153/11 2172/4
indulge [1] 2231/6
indulgence [6]
2130/17 2146/10
2160/21 2205/2
2216/18 2234/20
inevitable [1] 2198/1
infested [1] 2194/22
infiltrated [2] 2184/19
2184/23
inflammatory [3]
2169/4 2169/6 2169/7
information [11]
2127/24 2137/25
2138/4 2138/7 2138/19
2138/20 2142/3 2155/8
2155/11 2155/12
2156/12
inherent [1] 2165/1
inside [5] 2124/21
2124/24 2144/11
2147/3 2185/1
insist [1] 2236/2
insisting [2] 2238/7
2238/11
insofar [3] 2144/21
2167/3 2167/5
insofaras [1] 2164/13
instead [2] 2184/23
2198/5
institutions [1]
2184/24
insurrection [19]
2180/7 2181/20
2183/24 2187/12
2187/16 2187/16
2187/24 2188/3
2192/22 2195/6 2195/9
2197/4 2199/24 2203/7
2203/11 2203/14
2207/18 2208/4 2209/9

**Insurrection Act [12]** 2180/7 2183/24 2187/12 2187/16 2192/22 2195/6 2195/9 2203/7 2203/11 2203/17 2208/4 2209/9
**insurrection and [1]** 2199/24
**intel [1]** 2138/3
**intelligence [10]** 2125/4 2125/6 2125/10 2125/22 2125/25 2126/22 2126/25 2133/11 2155/2 2157/21
**intend [2]** 2163/23 2211/3
**intending [1]** 2165/21
**intent [1]** 2234/24
**interest [2]** 2127/12 2132/21
**interested [1]** 2132/20
**interior [1]** 2142/20
**international [1]** 2184/17
**interposition [1]** 2171/24
**interrupt [1]** 2203/23
**interrupting [1]** 2214/13
**intersection [2]** 2131/18 2131/19
**interview [3]** 2153/4 2201/4 2205/9
**interviewing [1]** 2152/12
**introduce [4]** 2141/18 2158/23 2207/11 2240/6
**introduction [1]** 2197/11
**invasion [1]** 2209/19
**investigated [1]** 2162/12
**investigating [2]** 2159/12 2159/16
**investigation [13]** 2159/1 2160/18 2162/14 2174/3 2195/20 2217/21 2220/2 2220/11 2220/25 2222/19 2230/2 2230/7 2230/25
**investigations [4]** 2126/7 2126/7 2126/12 2133/11
**investigative [2]** 2125/7 2240/11
**investigator [2]** 2125/12 2159/21
**invoke [9]** 2187/12 2188/3 2195/5 2195/9 2203/7 2203/10 2203/16 2208/4 2241/9
**invoked [1]** 2197/4
**invoking [2]** 2187/16 2192/22

**involved [2]** 2159/10 2159/16
**involving [2]** 2126/12 2188/3
**irrelevant [4]** 2142/14 2142/17 2142/19 2142/21
**is [290]**
**is that correct [4]** 2155/3 2156/25 2157/5 2233/19
**is that fair [1]** 2180/13
**is that right [1]** 2197/5
**Is there [2]** 2139/4 2144/13 2211/9
**isn't [4]** 2137/17 2184/20 2215/6 2227/20
**issue [10]** 2187/15 2206/3 2216/4 2235/2 2235/25 2236/13 2237/14 2239/6 2240/18 2241/13
**issued [2]** 2199/20 2199/21
**issues [2]** 2236/24 2243/1
**it [211]**
**it up [1]** 2143/19
**it would be [1]** 2155/23
**it's [63]** 2126/22 2127/16 2129/2 2129/3 2131/19 2132/17 2136/6 2136/16 2137/4 2139/20 2141/6 2141/7 2141/13 2141/21 2142/13 2142/14 2142/19 2142/19 2144/24 2145/11 2146/6 2146/7 2147/3 2154/9 2154/17 2156/3 2157/8 2157/25 2158/1 2158/1 2161/22 2164/18 2165/5 2165/12 2165/15 2167/7 2167/20 2169/3 2169/3 2169/5 2176/17 2177/11 2178/6 2182/8 2185/10 2186/13 2198/18 2204/1 2205/15 2205/18 2211/24 2213/2 2213/10 2213/12 2213/23 2214/15 2214/23 2215/5 2215/7 2232/14 2240/6
**it-because [1]** 2173/16
**item [2]** 2161/2 2238/1
**items [8]** 2237/5 2237/16 2237/17 2237/19 2238/3 2238/15 2240/2 2240/12
**its [3]** 2142/1 2184/15 2237/15

**J**
**jail [1]** 2240/20
**James [6]** 2117/7 2122/14 2220/16 2220/17 2223/14 2233/23
**James Lee Bright [1]** 2122/14
**Jan [12]** 2192/25 2193/2 2193/15 2193/16 2194/6 2196/20 2198/22 2216/16 2218/24 2221/22 2225/5 2233/24
**Jan. [4]** 2192/4 2216/22 2223/17 2224/8
**Jan. 6 [2]** 2192/4 2223/17
**Jan. 6, '21 [1]** 2216/22
**January [19]** 2150/7 2157/3 2157/9 2159/11 2159/21 2185/15 2191/6 2195/1 2202/20 2203/10 2208/3 2208/8 2217/22 2222/3 2223/2 2225/18 2230/24 2231/25 2232/21
**January 2021 [1]** 2208/8
**January 20th [1]** 2185/15
**January 6th [10]** 2157/3 2157/9 2159/11 2159/21 2191/6 2195/1 2202/20 2203/10 2217/22 2231/25
**JC [1]** 2122/25
**jcrisp [1]** 2117/16
**Jeffrey [2]** 2116/14 2122/11
**Jeffrey Nestler [1]** 2122/11
**jeffrey.nestler [1]** 2116/20
**Jencks [3]** 2242/3 2242/5 2242/9
**Jericho [7]** 2140/21 2142/15 2151/11 2175/17 2176/5 2177/6 2177/21
**Jessica [3]** 2117/14 2122/9 2223/7
**Jessica Watkins [1]** 2122/9
**Jessica Watkins' [1]** 2237/6
**jlbrightlaw [1]** 2117/9
**job [4]** 2126/22 2127/16 2146/3 2237/15
**jobs [1]** 2138/17
**John [1]** 2151/21
**John Ford [1]** 2151/21
**Johnston [1]** 2117/11

**joined [1]** 2125/4
**joining [1]** 2186/3
**Jonathan [2]** 2117/14 2122/19
**Jonathan Crisp [1]** 2122/19
**Joseph [1]** 2179/11
**Josh [5]** 2219/7 2219/24 2220/13 2220/15 2223/14
**Josh James [1]** 2223/14
**Joshua [3]** 2220/16 2220/17 2233/23
**Joshua James [3]** 2220/16 2220/17 2233/23
**journalist [1]** 2201/6
**Jr [2]** 2117/10 2118/2
**JUDGE [3]** 2116/10 2206/7 2210/21
**judges [3]** 2173/15 2173/17 2188/15
**Juli [2]** 2118/6 2122/16
**Juli Haller [1]** 2122/16
**JULIA [1]** 2118/7
**Julian [1]** 2188/20
**Julian Assange [1]** 2188/20
**July [1]** 2149/18
**jump [1]** 2191/24
**June [2]** 2148/6 2199/2
**jurors [2]** 2122/25 2145/6
**jury [34]** 2116/9 2123/6 2123/7 2129/5 2134/6 2139/19 2140/6 2144/3 2145/24 2146/20 2157/19 2158/23 2165/15 2166/4 2166/6 2166/16 2169/2 2169/18 2170/11 2170/14 2178/8 2179/19 2196/3 2202/1 2204/6 2205/5 2207/16 2207/17 2211/1 2217/5 2235/20 2237/20 2238/4 2240/8
**just [127]** 2127/10 2127/11 2127/11 2127/18 2128/22 2129/7 2130/4 2132/6 2132/8 2133/6 2133/11 2133/13 2134/7 2134/14 2134/22 2136/7 2136/23 2137/23 2138/23 2139/1 2141/1 2141/3 2141/8 2141/12 2141/17 2141/25 2144/24 2145/17 2145/19 2147/17 2147/17 2148/22 2148/21 2149/5 2151/2 2151/25 2152/4 2152/12 2153/4 2153/11 2154/6

**joined** [column continues]
2146/11 2157/14 2157/18 2157/22 2157/25 2158/1 2159/25 2160/20 2160/22 2161/4 2161/11 2162/24 2163/9 2163/21 2165/9 2166/4 2166/10 2171/12 2171/14 2172/24 2174/10 2174/15 2175/20 2175/25 2181/25 2182/2 2182/11 2182/15 2183/12 2184/4 2185/4 2186/22 2186/22 2186/24 2187/4 2188/5 2188/10 2189/7 2189/19 2190/22 2191/8 2192/14 2193/8 2193/25 2195/12 2195/12 2197/8 2197/10 2198/17 2198/25 2199/9 2199/13 2199/15 2199/16 2200/6 2201/24 2204/8 2204/18 2205/8 2205/24 2207/13 2211/4 2212/1 2212/12 2212/13 2212/24 2214/11 2215/18 2216/6 2217/19 2218/18 2219/21 2221/11 2222/21 2227/9 2228/14 2231/22 2232/5 2232/9 2232/15 2235/5 2235/10 2236/22 2237/4 2239/5 2240/2
**Justice [1]** 2199/21

**K**
**Kathryn [2]** 2116/14 2122/11
**Kathryn Rakoczy [1]** 2122/11
**kathryn.rakoczy [1]** 2116/19
**keep [6]** 2169/9 2175/24 2192/22 2200/14 2209/7 2222/15
**Keepere [2]** 2225/1 2233/9
**Keepers [22]** 2127/6 2127/20 2133/2 2134/19 2134/25 2136/25 2142/16 2153/8 2153/9 2153/10 2155/17 2156/13 2156/25 2157/5 2174/7 2174/19 2181/14 2182/20 2196/24 2201/10 2222/14 2223/6
**keeping [1]** 2128/22
**Kelly [12]** 2118/2

**K**

**Kelly...** **[11]** 2122/8
2210/18 2219/7
2219/25 2220/23
2221/1 2221/4 2221/5
2223/14 2237/6
2239/15
**Kelly Meggs [4]**
2122/8 2221/4 2223/14
2239/15
**Kelly Meggs' [1]**
2237/6
**Kellye [3]** 2189/22
2200/21 2210/11
**Kellye SoRelle [2]**
2189/22 2200/21
**Kelsey [1]** 2239/6
**Ken [3]** 2229/15
2229/17 2233/15
**Ken Harrelson [2]**
2229/15 2229/17
**Kenneth [2]** 2118/11
2122/8
**kicking [1]** 2213/9
**kidding [1]** 2196/15
**kill [1]** 2196/14
**kind [17]** 2125/17
2127/16 2132/15
2132/21 2147/7
2147/11 2152/3 2152/7
2153/4 2157/25 2159/4
2159/8 2205/11
2205/18 2205/19
2205/21 2213/4
**knew [2]** 2138/6
2231/20
**know [51]** 2126/23
2127/17 2127/17
2127/22 2130/13
2131/17 2133/24
2135/9 2137/5 2144/7
2144/10 2145/17
2146/6 2154/13
2154/21 2157/25
2165/1 2165/10 2191/5
2205/25 2206/18
2206/19 2206/25
2207/2 2207/2 2209/1
2209/15 2209/25
2211/23 2212/9
2213/14 2214/2 2215/4
2215/5 2217/7 2225/25
2228/3 2230/6 2230/20
2232/10 2232/20
2232/22 2232/24
2235/8 2236/4 2238/7
2238/12 2239/1
2241/13 2242/1 2243/7
**knowledge [8]** 2142/20
2144/11 2163/16
2166/2 2230/17 2233/5
2234/5 2237/19
**known [2]** 2127/6
2187/20
**knows [3]** 2156/6
2209/2 2213/8

**L**

**LA [1]** 2117/11
**Lack [1]** 2133/22
**ladies [5]** 2123/10
2158/23 2204/1
2207/19 2235/4
**laid [4]** 2136/17
2165/25 2168/5
2173/25
**language [1]** 2186/12
**large [2]** 2151/14
2154/18
**larger [3]** 2165/12
2167/11 2167/12
**LASSITER [1]** 2117/3
**last [16]** 2123/12
2180/6 2208/2 2214/19
2214/20 2215/24
2222/8 2231/9 2234/19
2236/12 2237/12
2241/21 2242/5 2242/9
2242/11 2242/14
**late [10]** 2162/9
2162/21 2174/1 2201/2
2203/9 2203/19 2208/3
2208/7 2216/14
2241/20
**later [7]** 2144/12
2171/13 2180/13
2181/2 2181/4 2209/20
2217/12
**law [4]** 2118/3 2118/7
2129/7 2129/16
**Lawn [2]** 2117/3
2117/7
**lay [1]** 2139/5
**lead [4]** 2217/18
2223/6 2233/1 2233/13
**leaded [1]** 2221/20
**leader [6]** 2199/3
2201/9 2222/8 2225/12
2233/1 2233/10
**leaders [8]** 2188/16
2217/6 2217/18
2218/16 2218/21
2222/17 2224/15
2224/23
**leadership [25]**
2170/17 2171/7
2172/15 2173/2 2177/1
2177/9 2179/22
2180/20 2180/25
2190/8 2192/10
2193/20 2208/20
2216/7 2217/16 2218/4
2218/17 2223/13
2224/3 2224/5 2226/18
2226/22 2230/11
2231/23 2233/3
**leadership/coordinatio
n [1]** 2223/13
**leads [2]** 2217/17
2222/14
**leaned [1]** 2179/6
**least [4]** 2193/2
2193/17 2207/3
2232/21
**leave [6]** 2178/9

2200/3 2200/13
2226/10
**Lee [2]** 2117/7 2122/14
**left [15]** 2125/25
2134/12 2134/23
2145/18 2145/19
2145/22 2146/2
2148/21 2173/1
2173/23 2177/25
2219/22 2220/9 2221/7
2227/21
**legal [4]** 2153/16
2212/11 2213/16
2213/19
**legislative [9]** 2142/10
2143/23 2144/7
2149/16 2149/24
2150/6 2150/15
2150/17 2188/16
**legislators [3]** 2192/4
2193/1 2193/16
**legislatures [1]** 2199/1
**legitimate [1]** 2171/22
**Lengthy [1]** 2205/14
**Leo [1]** 2219/9
**less [1]** 2204/20
**let [9]** 2135/9 2135/14
2144/13 2160/12
2188/24 2211/1
2214/22 2225/25
2243/7
**let's [14]** 2123/13
2124/17 2126/16
2128/2 2141/16
2141/16 2166/21
2170/5 2189/16
2202/11 2214/1
2225/11 2233/9
2242/18
**let's see [1]** 2242/18
**letter [22]** 2181/19
2182/8 2183/20
2183/22 2183/23
2184/1 2187/3 2187/6
2189/21 2195/17
2196/19 2197/3 2199/9
2199/11 2200/18
2200/21 2200/25
2227/14 2227/17
2227/25 2228/1
2228/15
**letters [1]** 2201/16
**level [1]** 2184/20
**levelheaded [1]**
2221/19
**levels [1]** 2199/25
2150/18 2154/24
**liberty [3]** 2200/7
2200/9 2200/11
**like [45]** 2127/4
2129/10 2129/15
2132/7 2132/15
2132/18 2137/5 2137/9
2148/6 2148/12 2152/3
2155/23 2156/4 2162/8
2162/24 2165/5

2171/18 2175/19
2176/16 2178/10
2178/24 2181/10
2183/10 2186/14
2189/25 2193/14
2194/12 2198/9
2198/11 2198/25
2200/1 2200/8 2205/19
2207/1 2208/10 2210/4
2212/15 2215/17
2219/8 2219/13 2234/8
2235/25 2236/11
**likely [2]** 2198/25
2212/23
**limit [1]** 2202/23
**Lincoln [1]** 2199/19
**Linder [6]** 2117/2
2117/3 2122/14 2205/1
2211/18 2234/17
**line [5]** 2122/25 2143/8
2164/25 2199/15
2202/22
**lined [1]** 2236/19
**lines [1]** 2136/23
**link [4]** 2137/19 2138/3
2172/20 2182/10
**list [4]** 2137/3 2211/22
2236/11 2238/9
**listed [1]** 2231/9
**listen [2]** 2198/3
2201/13
**listeners [1]** 2165/7
**listening [1]** 2235/9
**literally [1]** 2145/17
**little [8]** 2131/7
2137/10 2138/8 2172/4
2206/13 2207/5
2217/12 2223/19
**live [1]** 2140/13
**LLC [2]** 2117/14
2118/12
**location [1]** 2141/3
**LOL [1]** 2193/14
**long [9]** 2124/14
2133/25 2136/11
2159/2 2166/11
2204/23 2205/13
2207/7 2235/16
**longer [2]** 2140/15
2140/18
**look [16]** 2132/7
2135/8 2156/11 2173/1
2183/10 2192/9 2193/4
2193/19 2206/17
2211/1 2214/21
2215/16 2215/25
2233/15 2235/16
2243/9
**looked [4]** 2132/15
2168/15 2182/25
2238/23
**looking [5]** 2132/21
2132/23 2179/20
2216/6 2216/8
**looks [2]** 2148/6
2148/12
**loop [1]** 2217/6
**lose [1]** 2145/4

**lost [1]** 2198/2
**lot [2]** 2138/18 2205/19
**loud [1]** 2158/22
**Louis [2]** 2116/15
2122/12
**Louis Manzo [1]**
2122/12
**lunch [1]** 2204/2
**lurch [1]** 2123/13

**M**

**M-c-C-a-m-l-e-y [1]**
2124/8
**made [8]** 2131/7
2131/17 2141/12
2166/24 2184/25
2186/23 2194/8
2199/15
**magazine [1]** 2155/19
**magazines [1]** 2156/15
**magic [1]** 2146/12
**major [1]** 2218/7
**Majority [1]** 2199/3
**make [10]** 2129/20
2143/6 2167/13
2169/18 2198/4
2198/13 2225/11
2231/5 2233/9 2233/20
**makes [1]** 2191/10
**Mall [2]** 2140/23
2140/23
**man [1]** 2201/8
**many [12]** 2171/13
2185/25 2197/18
2197/25 2198/2
2209/17 2212/5
2212/21 2212/21
2213/4 2218/11
2222/17
**Manzo [4]** 2116/15
2122/12 2176/8
2236/17
**map [6]** 2130/7
2130/10 2131/2 2131/8
2141/9 2154/9
**march [7]** 2128/14
2132/3 2142/15
2154/13 2154/18
2160/14 2161/16
**mark [4]** 2131/17
2137/10 2175/20
2178/25
**marked [1]** 2228/19
**markings [1]** 2129/8
**Maryland [2]** 2131/20
2131/21
**mask [2]** 2123/24
2158/13
**mass [3]** 2171/23
2171/24 2188/8
**massive [1]** 2188/18
**master [1]** 2211/22
**material [2]** 2207/12
2242/9
**materials [1]** 2214/17
**matter [3]** 2145/4
2189/16 2244/4
**may [14]** 2127/22

**M**

**may...** [13] 2128/13
2158/5 2167/8 2170/8
2170/11 2178/20
2183/7 2183/8 2196/3
2206/23 2207/23
2218/16 2222/13
**maybe** [4] 2192/13
2214/2 2230/21 2239/5
**McCamley** [13]
2123/17 2123/22
2124/2 2124/8 2124/9
2130/8 2134/7 2134/22
2135/24 2139/9
2140/12 2146/22
2157/18
**McConnell** [2] 2194/8
2199/3
**MD** [1] 2118/18
**me** [17] 2134/20
2137/24 2142/11
2144/13 2145/2
2160/12 2166/10
2191/6 2200/1 2211/1
2213/12 2214/4
2214/22 2225/25
2234/11 2242/11
2243/13
**mean** [26] 2126/3
2128/17 2136/4 2143/1
2144/14 2144/17
2147/5 2147/13 2149/1
2149/9 2167/20
2205/17 2205/24
2206/17 2211/15
2213/1 2213/12 2215/5
2215/13 2232/14
2236/1 2236/23 2238/6
2238/9 2240/17
2240/19
**means** [4] 2129/7
2145/17 2145/19
2235/5
**meant** [1] 2159/15
**mechanical** [1] 2119/6
**media** [5] 2152/6
2229/18 2229/23
2230/5 2235/12
**meet** [2] 2206/21
2236/8
**meeting** [7] 2128/21
2151/12 2152/1 2160/8
2160/14 2161/9
2161/16
**meetings** [1] 2218/6
**Meggs** [7] 2118/2
2122/8 2122/17 2221/4
2223/14 2239/15
2240/3
**Meggs'** [2] 2237/6
2239/12
**MEHTA** [1] 2116/9
**member** [1] 2150/18
**members** [5] 2126/8
2150/12 2172/18
2174/4 2199/22
**men** [5] 2197/18
2197/18 2197/21

**mentioned** [1] 2129/4
**mentions** [1] 2220/23
**mere** [1] 2200/7
**merely** [1] 2237/22
**Merit** [1] 2119/2
**message** [136]
**Message 20** [1]
2222/23
**Message 335** [1]
2221/22
**messages** [41]
2162/16 2162/20
2162/21 2163/13
2163/17 2163/18
2163/23 2164/1
2164/15 2164/19
2164/20 2166/1 2166/2
2166/5 2166/7 2166/9
2167/14 2169/11
2169/19 2171/13
2176/12 2179/12
2179/16 2180/13
2181/2 2192/13
2193/24 2195/4
2200/23 2201/16
2203/20 2205/21
2208/6 2209/20
2210/22 2211/5 2212/3
2215/12 2216/7 2216/8
2218/20
**met** [2] 2233/22 2234/3
**methods** [1] 2185/3
**Michael** [2] 2220/7
2222/20
**Michael Greene** [2]
2220/7 2222/20
**mid** [2] 2178/11
2214/12
**mid-trial** [1] 2214/12
**middle** [3] 2131/8
2141/1 2141/8
**might** [2] 2185/25
2204/19
**Mike** [2] 2201/8 2201/9
**Mike Adams** [2] 2201/8
2201/9
**militant** [1] 2138/13
**military** [5] 2156/3
2187/23 2187/23
2189/10 2223/8
**militia** [4] 2172/1
2187/21 2189/11
2222/7
**millions** [1] 2200/12
**mind** [2] 2134/15
2143/18
**minds** [2] 2197/15
2197/21
**minute** [1] 2160/12
**minutes** [5] 2136/14
2181/4 2204/1 2205/15
2205/25
**mirroring** [1] 2169/2
**misheard** [1] 2178/20
**misleading** [1] 2144/3
2169/2
**mission** [1] 2227/21

**mistake** [1] 2142/12
**Mitch** [1] 2199/3
**modern** [2] 2146/12
2198/11
**Monday** [1] 2212/22
**monitoring** [4]
2128/12 2128/17
2132/8 2152/5
**month** [2] 2148/4
2148/7
**months** [1] 2212/5
**more** [14] 2127/24
2129/3 2129/19
2137/14 2137/25
2149/21 2150/4
2171/18 2188/25
2206/13 2209/18
2215/22 2228/17
2239/5
**morning** [16] 2122/4
2122/5 2122/23 2123/5
2123/11 2123/23
2124/5 2124/6 2150/25
2151/1 2158/20
2158/21 2203/25
2207/25 2208/1
2235/17
**most** [2] 2147/15
2151/8
**move** [10] 2139/2
2161/19 2164/5
2174/25 2182/15
2182/25 2195/24
2201/19 2214/6 2216/3
**moves** [3] 2130/15
2133/19 2136/2
**moving** [3] 2174/1
2203/24 2222/17
**Mr** [1] 2213/2
**Mr.** [140]
**Mr. Bright** [1] 2150/21
**Mr. Caldwell** [1]
2234/4
**Mr. Caldwell's** [1]
2238/24
**Mr. Crisp** [2] 2153/24
2234/23
**Mr. Fischer** [2] 2154/1
2157/12 2207/9
2207/11 2227/3
**Mr. Fisher** [1] 2206/11
**Mr. Geyer** [8] 2153/22
2186/8 2205/3 2229/9
2229/15 2231/12
2231/17 2234/15
**Mr. Greene** [1] 2220/8
**Mr. Hancock** [6]
2240/20 2241/14
2242/7 2242/15
2242/17 2242/18
**Mr. Harrelson** [4]
2229/21 2230/24
2232/11 2233/12
**Mr. Linder** [3] 2205/1
2211/18 2234/17
**Mr. Manzo** [2] 2176/8
2236/17
**Mr. Meggs** [1] 2240/3

2141/25
**Mr. Rhodes** [79]
2135/18 2142/24
2144/21 2147/22
2148/5 2149/24 2150/6
2153/11 2164/21
2165/4 2165/9 2166/24
2170/21 2170/23
2171/17 2173/20
2174/3 2174/7 2175/10
2176/12 2177/8
2177/19 2177/23
2180/5 2180/17
2180/19 2181/7 2184/1
2185/16 2187/6 2188/2
2189/14 2190/10
2190/12 2191/9
2191/23 2192/2 2193/5
2193/9 2194/25 2195/4
2199/10 2200/24
2201/4 2201/15
2202/19 2203/6
2203/20 2209/11
2209/21 2210/20
2213/15 2213/21
2216/7 2216/11
2216/14 2217/5
2217/10 2217/14
2218/2 2218/15
2218/20 2219/16
2219/24 2220/3
2220/12 2220/23
2222/6 2222/18 2223/4
2223/12 2223/22
2224/21 2225/10
2225/19 2225/19
2226/8 2226/21 2236/3
**Mr. Rhodes'** [17]
2162/20 2163/18
2167/23 2168/8
2168/12 2169/6
2170/19 2176/11
2179/12 2208/6
2210/14 2211/20
2212/4 2212/20
2214/25 2215/15
2224/19
**Mr. Stewart** [1]
2142/15
**Mr. Woodward** [5]
2153/20 2166/20
2169/3 2239/16
2241/25
**Ms.** [34] 2131/11
2133/13 2140/8
2140/25 2143/18
2147/18 2148/1
2148/22 2149/13
2163/1 2164/21
2165/10 2165/11
2165/19 2167/10
2169/16 2203/23
2207/22 2211/12
2211/19 2212/7
2212/16 2212/17
2213/2 2213/15
2213/21 2214/6

2236/3 2236/10 2238/1
2239/19 2240/3
**Ms. Rakoczy** [7]
2169/16 2203/23
2207/22 2212/16
2214/6 2214/10
2221/1
**Ms. Rakoczy's** [1]
2236/10
**Ms. Rohde** [10]
2131/11 2133/13
2140/8 2140/25
2143/18 2147/18
2148/1 2148/22
2149/13 2163/1
**Ms. SoRelle** [10]
2164/21 2165/10
2165/11 2165/19
2167/10 2211/10
2213/3 2213/15
2213/21 2236/3
**Ms. SoRelle's** [3]
2211/19 2212/7
2212/17
**Ms. Watkins** [1] 2240/3
**Ms. Watkins'** [2]
2238/1 2239/19
**much** [9] 2127/22
2129/16 2138/6
2151/24 2158/5 2162/3
2194/12 2203/3
2243/10
**multiple** [3] 2167/21
2211/14 2224/4
**Museum** [1] 2141/13
**must** [8] 2180/6
2181/20 2183/24
2185/6 2185/7 2192/25
2193/15 2199/18
**my** [24] 2126/11
2127/10 2127/10
2127/11 2127/12
2127/16 2138/18
2138/19 2151/8
2151/14 2152/5 2152/9
2212/8 2218/5 2230/3
2230/7 2230/17 2231/1
2231/20 2233/5 2234/5
2234/24 2241/24
2242/12

---

**N**

**nail** [1] 2226/23
**name** [14] 2124/7
2147/17 2147/18
2147/20 2149/5
2151/20 2155/22
2181/16 2181/18
2210/13 2223/1
2230/18 2230/23
2237/12
**named** [2] 2122/21
2201/8
**nation** [2] 2184/18
2209/18
**National** [2] 2125/21
2187/22

**N**

**National Guard [1]** 2187/22

**natural [2]** 2141/13 2232/10

**Navy [2]** 2159/6 2159/8

**NC [1]** 2224/22

**NCR [2]** 2125/19 2125/20

**near [2]** 2137/1 2199/15

**necessary [2]** 2167/16 2237/21

**need [18]** 2127/3 2129/16 2140/1 2166/14 2167/11 2205/24 2205/25 2225/24 2225/24 2232/12 2234/19 2236/19 2236/20 2236/22 2237/9 2240/17

**needed [6]** 2129/18 2188/14 2197/19 2197/19 2203/7 2229/4

**needlessly [1]** 2161/23

**needs [8]** 2133/24 2188/23 2192/21 2193/1 2193/15 2209/15 2209/25 2238/12

**neither [1]** 2211/20

**neocon [1]** 2194/22

**Nestler [4]** 2116/14 2122/11 2123/14 2141/25

**never [7]** 2184/22 2229/17 2230/4 2230/9 2230/16 2233/22 2234/3

**new [2]** 2143/10 2203/24

**news [1]** 2126/18

**newsfeed [1]** 2127/10

**newspaper [1]** 2199/23

**next [61]** 2125/3 2126/1 2143/14 2143/17 2143/20 2145/21 2147/25 2149/4 2149/20 2150/3 2165/17 2171/1 2172/6 2172/23 2173/5 2173/6 2174/16 2177/13 2180/10 2180/22 2185/19 2190/2 2191/7 2191/16 2191/17 2192/2 2192/9 2193/4 2193/19 2194/19 2198/7 2198/8 2199/8 2199/14 2208/12 2209/11 2209/20 2210/5 2213/7 2215/7 2217/9 2217/19 2217/20 2218/1 2218/10 2218/23 2221/17 2221/21

2224/7 2225/1 2225/14 2226/3 2226/4 2226/14 2228/13 2228/18 2236/1 2236/4 2236/19

**nexus [1]** 2125/9

**nice [1]** 2235/16

**night [12]** 2137/24 2179/13 2214/19 2214/20 2215/24 2231/9 2234/19 2236/12 2241/21 2242/5 2242/9 2242/11 2242/14

**NJ [1]** 2118/13

**no [70]** 2116/4 2122/6 2122/7 2128/25 2129/7 2130/19 2135/3 2135/16 2140/14 2141/21 2145/12 2146/6 2146/8 2150/20 2151/19 2152/15 2152/19 2152/22 2152/25 2153/18 2153/21 2153/23 2153/25 2157/10 2166/15 2166/18 2167/1 2168/5 2171/18 2173/22 2175/2 2180/16 2183/2 2183/3 2188/10 2189/16 2191/11 2191/25 2196/1 2197/14 2200/4 2201/21 2203/12 2203/15 2203/18 2207/13 2209/3 2211/15 2211/15 2213/23 2213/23 2214/15 2215/11 2215/19 2226/25 2227/1 2229/22 2230/19 2231/20 2231/20 2231/24 2232/2 2232/10 2232/15 2234/14 2235/13 2235/13 2239/1 2241/13 2242/23

**No. [1]** 2187/10

**No. 1 [1]** 2187/10

**nobody [2]** 2169/6 2219/9

**nominal [1]** 2185/24

**nominees [1]** 2194/15

**non [1]** 2171/24

**non-compliance [1]** 2171/24

**None [1]** 2169/21

**Nonsense [2]** 2192/25 2193/15

**North [5]** 2117/15 2224/15 2224/16 2224/24 2232/23

**North Carolina [4]** 2224/15 2224/16 2224/24 2232/23

**northeast [3]** 2131/20 2131/21 2137/1

2123/3 2129/1 2129/9 2136/6 2139/20 2140/14 2143/3 2144/1 2144/24 2145/2 2145/7 2145/11 2146/4 2151/19 2156/2 2157/8 2163/11 2164/8 2164/17 2164/18 2164/18 2165/7 2165/14 2165/15 2166/13 2166/15 2166/23 2167/20 2167/21 2167/22 2168/10 2168/19 2168/22 2169/5 2180/15 2185/14 2185/14 2195/5 2195/10 2196/15 2196/20 2197/4 2198/3 2198/22 2199/18 2200/13 2200/13 2201/9 2201/11 2204/8 2206/23 2207/12 2208/5 2210/1 2210/8 2210/9 2211/11 2211/24 2212/1 2212/10 2212/12 2212/16 2212/20 2213/11 2213/17 2213/18 2213/18 2214/2 2214/24 2214/24 2215/7 2215/16 2215/20 2230/1 2230/3 2230/17 2231/13 2232/14 2232/14 2232/25 2233/5 2233/12 2233/18 2234/5 2237/16 2237/25 2239/3 2239/11 2239/23 2239/23 2240/2 2241/7 2241/16 2241/25 2242/8 2242/15 2242/20 2242/21 2242/23

**notable [1]** 2198/24

**notation [1]** 2131/7

**note [2]** 2186/23 2197/22

**noted [1]** 2139/25

**nothing [1]** 2229/8

**notice [2]** 2132/15 2152/20

**noticed [3]** 2132/25 2152/10 2153/9

**November [9]** 2160/4 2160/8 2161/9 2162/9 2162/21 2170/22 2171/11 2172/10 2174/2

**now [56]** 2126/9 2130/19 2131/9 2132/5 2138/23 2140/6 2140/12 2141/18 2142/11 2148/14 2158/7 2160/23 2160/25 2161/4

2162/24 2163/3 2166/18 2172/2 2174/1 2174/11 2176/19 2177/11 2178/6 2178/11 2179/19 2181/8 2181/24 2184/7 2185/6 2185/7 2185/15 2189/25 2192/25 2193/15 2195/11 2196/19 2197/2 2200/15 2201/24 2202/11 2202/12 2202/25 2205/12 2209/8 2210/4 2212/6 2212/14 2214/2 2214/13 2218/23 2221/21 2223/17 2228/20 2230/20

**nullification [1]** 2171/23

**nullify [1]** 2210/2

**number [3]** 2149/2 2213/3 2238/10

**numbers [3]** 2128/22 2141/6 2166/11

**NW [4]** 2116/17 2118/3 2118/7 2119/4

**O**

**Oak [2]** 2117/3 2117/7

**oath [28]** 2123/20 2127/6 2127/20 2133/2 2134/19 2134/25 2136/25 2142/16 2153/8 2153/9 2153/10 2155/17 2156/13 2156/25 2157/5 2158/10 2174/7 2174/19 2181/14 2182/20 2185/8 2185/9 2196/24 2201/10 2222/14 2223/6 2225/11 2233/9

**Oath Keepere [2]** 2225/11 2233/9

**Oath Keepers [22]** 2127/6 2127/20 2133/2 2134/19 2134/25 2136/25 2142/16 2153/8 2153/9 2153/10 2155/17 2156/13 2156/25 2157/5 2174/7 2174/19 2181/14 2182/20 2196/24 2201/10 2222/14 2223/6

**oaths [2]** 2194/15 2199/4

**object [7]** 2139/17 2161/22 2164/7 2164/9 2168/1 2210/21 2238/1

**objection [26]** 2130/20 2133/21 2135/16 2136/4 2136/16 2139/4 2139/25 2141/20 2142/23 2145/10 2146/16 2156/5 2157/6

2161/24 2168/6 2169/1 2170/2 2175/2 2183/2 2183/3 2186/5 2196/1 2201/21 2206/20 2243/6 2243/10

**observe [5]** 2129/14 2129/17 2162/21 2174/6 2176/12

**observed [1]** 2163/18

**Observing [1]** 2128/20

**obtain [1]** 2160/16

**obviously [2]** 2154/24 2233/12 2235/13

**occupied [1]** 2209/3

**occurred [4]** 2140/19 2141/5 2159/13 2160/3

**occurring [1]** 2178/13

**October [3]** 2116/5 2149/25 2244/7

**off [10]** 2123/24 2132/19 2154/14 2154/19 2158/13 2160/12 2168/15 2212/7 2213/9 2231/1

**offensive [2]** 2197/20 2198/5

**offer [2]** 2187/6 2199/10

**office [8]** 2116/16 2126/11 2126/11 2142/4 2147/8 2185/12 2185/20 2188/21

**officer [10]** 2123/22 2124/21 2126/2 2126/3 2126/10 2129/21 2138/19 2147/2 2159/10 2223/7

**Officer McCamley [1]** 2123/22

**officers [2]** 2129/19 2138/14

**offices [2]** 2118/7 2150/13

**official [4]** 2119/3 2143/20 2144/1 2148/16

**officials [2]** 2188/17 2199/23

**Oh [1]** 2241/1

**Ohio [2]** 2236/21 2239/18

**okay [101]** 2122/23 2123/4 2126/17 2128/3 2130/21 2131/6 2136/15 2137/13 2139/4 2141/8 2141/16 2146/13 2146/18 2151/10 2153/19 2154/16 2158/4 2159/19 2160/6 2160/10 2161/24 2162/19 2163/8 2163/12 2163/20 2168/24 2169/22 2170/18 2171/16 2172/5 2174/1 2176/6 2177/8 2177/18 2181/6 2181/11 2181/15

**O**

okay... [64] 2182/13
2183/19 2186/18
2187/1 2187/9 2187/25
2189/1 2189/13
2190/18 2192/8
2192/20 2194/24
2196/12 2201/12
2202/10 2204/22
2205/7 2205/10
2205/25 2206/17
2206/24 2207/6
2207/18 2208/12
2208/23 2210/12
2210/16 2213/23
2216/10 2220/10
2220/22 2221/8
2221/21 2223/2 2223/3
2224/6 2224/17
2224/25 2225/19
2226/12 2228/4
2228/12 2229/22
2229/25 2230/8 2231/5
2232/17 2233/12
2233/15 2234/3 2234/7
2234/13 2234/15
2235/4 2236/14 2237/8
2238/25 2240/1 2240/4
2240/15 2241/1
2242/16 2242/24
2243/11
old [27] 2141/21
2142/14 2142/20
2170/17 2171/7
2172/15 2173/2 2177/1
2177/9 2179/22
2180/20 2180/25
2190/8 2192/10
2193/20 2208/20
2213/4 2216/7 2226/18
2226/22 2230/10
2230/10 2230/11
2231/23 2233/1 2233/1
2233/3
**Old Leadership [3]**
2177/9 2180/20 2190/8
one [44] 2149/21
2150/4 2153/7 2155/19
2155/22 2155/25
2156/8 2156/14
2160/21 2164/15
2165/19 2166/12
2166/12 2166/12
2166/14 2166/14
2166/18 2172/24
2172/25 2173/23
2173/23 2179/6 2180/6
2180/15 2185/4 2189/8
2191/11 2197/19
2205/7 2205/8 2212/25
2213/2 2218/14
2219/11 2222/9
2222/14 2230/21
2232/1 2233/7 2237/1
2238/24 2242/11
2242/14 2242/14
ones [2] 2137/6
2205/22

2135/24 2156/7
2164/17 2168/7
2173/23 2190/14
2191/12 2191/15
2193/2 2193/17
2194/13 2194/21
2208/25 2209/10
2212/19 2213/8 2218/6
2228/17 2237/18
op [20] 2216/16
2216/21 2217/16
2218/3 2218/17
2218/21 2218/24
2219/7 2219/18
2221/22 2222/14
2223/6 2223/17 2224/3
2224/5 2224/8 2224/16
2225/5 2231/25
2233/24
**Op Chat [1]** 2231/25
**Op Jan [1]** 2233/24
**Op Jan. 6 [1]** 2224/8
**op lead [1]** 2223/6
**op veterans [1]**
2224/16
open [20] 2132/10
2137/23 2146/15
2170/1 2181/19 2182/8
2183/23 2184/22
2186/20 2196/19
2197/3 2199/11
2200/18 2200/24
2201/16 2216/2
2227/14 2228/6
2232/18 2243/2
**open-ended [1]** 2243/2
**Open-letter-to-Preside
nt-Trump [1]** 2181/19
**open-source [1]**
2228/6
opens [1] 2236/4
operating [1] 2154/17
operation [2] 2125/6
2197/24
operational [2] 2158/1
2217/17
operations [1] 2125/4
opinion [1] 2213/16
opportunity [2] 2214/3
2214/5
ops [4] 2218/4 2223/9
2232/20 2232/23
optimistic [1] 2194/25
option [2] 2173/23
2241/6
order [5] 2188/7
2188/8 2188/18 2205/3
2212/2
ordered [1] 2197/20
ordering [1] 2189/9
orders [1] 2186/1
organization [3]
2127/6 2127/25
2147/23
organize [1] 2172/2
organized [2] 2171/23
2171/25

other [26] 2129/18
2133/1 2133/10
2135/25 2138/5
2152/11 2152/12
2157/25 2165/11
2165/12 2166/1
2167/15 2169/10
2169/11 2169/14
2178/19 2184/17
2187/20 2189/5 2206/9
2210/23 2221/12
2230/23 2236/1
2236/12 2240/2
others [2] 2153/10
2176/12
otherwise [4] 2152/23
2153/1 2153/16 2214/1
our [29] 2124/22
2126/22 2128/23
2132/21 2147/8
2157/22 2167/25
2172/2 2178/9 2184/16
2184/18 2184/23
2184/25 2185/25
2198/12 2200/7 2200/9
2200/10 2200/11
2203/24 2207/4
2209/10 2209/18
2225/24 2226/24
2227/21 2227/22
2236/8 2236/12
ourselves [3] 2145/1
2209/16 2241/22
out [36] 2128/15
2128/20 2129/10
2131/2 2132/16
2134/10 2137/1 2138/7
2164/16 2166/9
2167/16 2169/7
2169/13 2169/16
2169/17 2169/20
2173/25 2185/1
2188/24 2194/13
2194/21 2205/3
2206/13 2211/13
2212/15 2214/1 2215/3
2215/9 2215/10
2219/18 2220/20
2221/5 2226/24 2228/1
2236/19 2237/25
outlook.com [1]
2118/10
outset [1] 2199/19
outside [3] 2124/21
2124/24 2147/3
over [17] 2132/15
2132/18 2135/10
2135/12 2136/15
2139/25 2152/3
2171/18 2171/19
2184/19 2204/9
2206/22 2219/10
2235/11 2235/12
2238/8 2239/22
overall [7] 2218/3
2218/5 2218/17 2219/6
2219/17 2222/14

overrule [1] 2145/10
overruled [3] 2146/16
2161/25 2170/2
overt [2] 2129/5
2129/21
overthrow [1] 2184/16
own [6] 2127/10
2172/17 2192/5 2192/7
2194/15 2217/17

**P**

**P.A [1]** 2118/16
**p.m [7]** 2130/1 2131/9
2131/15 2180/4
2180/18 2213/2
2243/16
**PA [3]** 2117/15 2172/17
2172/18
package [1] 2148/5
page [29] 2145/21
2148/1 2149/4 2149/20
2150/3 2163/4 2163/22
2172/23 2176/17
2182/2 2183/10 2184/8
2187/3 2190/1 2192/2
2194/19 2196/7 2197/7
2197/7 2198/17
2198/20 2199/8
2199/13 2199/14
2216/20 2218/1
2221/17 2226/3
2242/15
**page 3 [1]** 2184/8
pages [4] 2167/4
2167/6 2174/16
2208/11
**Paine's [2]** 2197/13
2197/20
painting [2] 2183/16
2196/10
**Palian [2]** 2165/22
2168/21
panel [2] 2123/6
2207/16
panties [1] 2219/9
parade [1] 2239/2
paragraph [10]
2184/13 2185/19
2186/10 2187/14
2197/9 2197/11 2198/8
2198/19 2199/16
2199/17
paragraphs [1] 2187/4
**Pardon [1]** 2188/20
**Park [1]** 2118/3
parking [1] 2226/10
part [17] 2125/10
2126/22 2127/16
2128/18 2147/15
2151/25 2154/13
2166/8 2167/11
2196/19 2198/21
2209/2 2209/8 2213/15
2214/3 2232/23 2233/1
participate [1] 2216/15
participation [1]
2240/10

particular [13] 2155/13
2156/19 2156/19
2159/22 2167/15
2167/23 2169/7
2211/24 2233/25
2235/11 2242/10
2242/15 2243/3
particularized [1]
2168/5
particularly [1]
2235/12
parties' [1] 2140/1
partner [2] 2129/24
2151/14
partner's [1] 2151/20
parts [2] 2188/6
2222/17
password [1] 2197/23
past [2] 2143/2
2143/13
patch [5] 2132/25
2133/2 2135/12
2152/10 2153/12
path [1] 2210/3
patriot [2] 2171/19
2171/25
patriotic [1] 2187/22
patriots [3] 2172/3
2186/4 2200/12
patrol [2] 2151/14
**Paul [12]** 2142/7
2142/9 2142/7
2143/13 2143/22
2143/25 2147/24
2149/7 2149/10
2149/25 2150/7
2224/24
peaceful [1] 2153/1
pen [1] 2175/24
penned [1] 2197/22
**Pennsylvania [1]**
2118/7
people [19] 2132/11
2132/19 2149/9
2152/12 2152/18
2152/21 2153/14
2154/15 2165/7
2169/19 2185/21
2198/10 2198/12
2200/4 2224/21 2229/6
2230/23 2238/10
2239/22
perhaps [2] 2143/6
2155/23
period [11] 2142/25
2162/9 2162/10
2162/13 2162/21
2176/14 2201/2
2203/19 2203/21
2208/7 2232/5
permission [4]
2175/18 2178/24
2205/3 2219/13
person [15] 2133/1
2134/23 2134/24
2144/25 2147/12
2147/20 2155/13
2172/13 2172/16

**P**

**person... [6]** 2172/20
2179/6 2179/9 2202/5
2202/8 2210/13
**personal [2]** 2127/10
2127/11
**personally [2]** 2229/20
2230/1
**perspective [2]**
2141/14 2153/14
**petition [1]** 2241/11
**phillip [3]** 2117/2
2117/6 2122/14
**Phillip Linder [1]**
2122/14
**phone [36]** 2127/11
2138/10 2141/23
2162/17 2162/20
2163/6 2163/14
2163/18 2164/10
2165/18 2166/25
2167/23 2168/8
2168/12 2168/15
2168/17 2170/19
2176/11 2179/12
2186/6 2208/6 2210/14
2211/6 2211/19
2211/20 2211/25
2212/4 2214/24
2214/25 2215/7
2224/19 2231/14
2239/15 2239/18
2239/21 2240/2
**phones [1]** 2239/24
**photo [4]** 2183/13
2183/19 2196/8
2219/22
**photograph [12]**
2133/15 2133/17
2134/1 2134/8 2134/11
2135/5 2135/20 2136/8
2136/11 2137/11
2138/4 2157/20
**physical [6]** 2147/9
2229/6 2237/19 2238/3
2238/15 2240/2
**picked [1]** 2212/18
**picture [9]** 2133/8
2137/12 2144/20
2144/25 2147/10
2152/2 2152/4 2152/9
2229/2
**pictures [1]** 2145/1
**piece [1]** 2196/13
**pills [1]** 2193/14
**piqued [2]** 2127/12
2132/21
**place [3]** 2152/21
2226/10 2241/9
**placed [2]** 2123/20
2158/10
**places [2]** 2178/19
2211/19
**plain [1]** 2129/2
**Plaintiff [1]** 2116/4
**plan [4]** 2128/22
2187/7 2188/3 2242/25
**planning [3]** 2144/12

**play [6]** 2140/8
2201/24 2202/12
2202/15 2202/25
2234/8
**played [5]** 2140/10
2202/2 2202/14
2202/17 2203/2
**please [70]** 2122/3
2123/8 2123/19 2124/7
2131/11 2134/21
2135/15 2138/22
2139/6 2140/24
2141/23 2146/20
2147/14 2147/18
2148/1 2150/9 2154/9
2157/18 2158/9
2158/22 2171/2 2172/7
2172/23 2174/11
2174/16 2178/4 2179/1
2181/17 2181/24
2182/1 2184/8 2184/13
2185/5 2185/13
2185/19 2186/6 2187/3
2187/4 2189/19
2189/24 2192/9
2192/21 2193/19
2194/20 2195/12
2195/13 2196/3 2198/8
2198/8 2198/15
2198/19 2199/8 2200/2
2200/17 2202/1
2202/12 2202/15
2203/1 2204/15
2207/18 2208/24
2209/7 2217/6 2220/20
2222/12 2225/2
2228/15 2231/3
2231/14 2243/13
**pleasure [1]** 2173/22
**plugged [1]** 2218/14
**point [23]** 2131/2
2134/10 2145/3 2146/1
2159/20 2161/18
2164/4 2168/18
2169/14 2174/24
2182/14 2182/22
2195/22 2201/18
2208/3 2215/22
2219/18 2220/20
2221/5 2233/13
2233/14 2233/23
2237/23
**pointed [2]** 2169/7
2219/21
**police [19]** 2123/16
2124/11 2124/15
2124/18 2124/19
2125/3 2126/1 2126/6
2126/13 2126/14
2128/4 2128/24 2129/9
2138/14 2138/20
2150/11 2155/5
2157/22 2223/7
**political [2]** 2155/24
2156/19
**popped [1]** 2127/11
**portion [5]** 2148/2

2149/22 2184/9
**portions [1]** 2169/12
**portrait [1]** 2228/23
**portray [1]** 2163/17
**position [1]** 2124/12
2167/25 2212/14
2239/13 2241/5
2241/20
**positions [1]** 2140/1
**possession [1]** 2242/2
**possible [3]** 2219/9
2234/9 2241/23
**possies [1]** 2171/25
**post [6]** 2124/24
2125/1 2172/21 2184/1
2196/17 2196/25
**posted [7]** 2164/24
2174/7 2174/22
2181/22 2182/10
2196/21 2196/23
**potential [2]** 2212/15
2236/10
**powers [1]** 2185/23
**pray [1]** 2213/5
**precise [2]** 2206/13
2239/5
**predicting [1]** 2198/1
**prefer [1]** 2217/15
**preferably [1]** 2226/25
**prejudice [2]** 2145/9
2145/12
**prejudiced [1]** 2144/25
**prejudicial [7]** 2144/14
2144/15 2144/21
2144/24 2164/9 2169/2
2169/4
**prepare [2]** 2127/2
2127/4
**prepared [3]** 2142/24
2144/17 2197/14
**prerogative [1]**
2240/11
**presence [2]** 2129/17
2129/19
**present [9]** 2122/21
2136/16 2169/14
2238/4 2238/21 2239/7
2239/10 2239/11
2240/8
**present-sense [1]**
2136/16
**presentation [2]**
2168/22 2214/13
**presented [3]** 2165/20
2169/3 2237/20
**president [25]** 2178/18
2178/18 2178/21
2178/22 2179/7
2181/19 2182/9
2183/23 2185/7
2185/17 2187/7
2191/11 2195/5 2195/9
2195/18 2196/19
2197/4 2197/12
2199/18 2199/19
2203/6 2203/10 2208/4
2216/11 2218/13

2182/9 2183/23 2187/7
2195/5 2195/9 2195/18
2196/19 2197/12
2199/18 2208/4
**presidential [2]**
2178/14 2187/15
**press [2]** 2132/15
2189/10
**pressure [1]** 2221/20
**presumably [2]**
2215/15 2228/9
**presumes [1]** 2241/8
**pretty [1]** 2154/17
**Prettyman [1]** 2119/4
**prevent [1]** 2137/8
**prevents [1]** 2169/21
**previous [2]** 2172/25
2180/15
**previously [6]** 2139/25
2161/1 2182/25
2227/15 2228/18
2229/23
**prior [11]** 2127/20
2166/3 2182/11 2192/5
2208/2 2212/14 2218/4
2219/8 2220/1 2223/9
2224/16
**privilege [2]** 2235/25
2236/13
**privileged [1]** 2236/3
**Pro [1]** 2138/13
**probably [2]** 2132/10
2206/12
**probative [1]** 2145/11
**problem [2]** 2145/8
2218/7
**procedure [1]** 2154/17
**proceedings [5]**
2116/9 2119/6 2122/22
2243/16 2244/4
**process [2]** 2142/10
2153/4
**proclaiming [1]** 2192/5
**proclamation [1]**
2187/15
**proclamations [1]**
2203/13
**produce [1]** 2143/15
**produced [1]** 2119/7
**program [1]** 2125/13
**projected [1]** 2179/9
**promise [1]** 2200/14
**proper [1]** 2164/8
**properly [2]** 2127/2
2238/3
**property [2]** 2238/8
2238/9
**prophylactically [1]**
2241/17
**proposal [1]** 2199/10
**propose [1]** 2206/20
**proposes [2]** 2187/7
2187/10
**proposing [1]** 2243/6
**protest [1]** 2154/18
**provide [4]** 2127/24
2166/16 2188/2

**provided [7]** 2130/19
2139/21 2166/14
2212/5 2212/20
2212/22 2213/17
**providence [1]** 2166/7
**providing [1]** 2213/15
**PSD [1]** 2223/14
**PSDs [1]** 2223/15
**public [2]** 2188/18
2228/8
**publication [3]**
2148/16 2155/25
2156/20
**publications [1]**
2156/15
**publish [4]** 2170/11
2183/7 2196/3 2201/25
**published [2]** 2170/8
2228/5
**pull [11]** 2130/4
2132/18 2133/13
2135/23 2138/9
2138/22 2138/23
2140/24 2141/16
2146/19 2154/8
**pulling [3]** 2143/18
2166/11 2169/12
**puppet [3]** 2200/7
2200/10 2210/2
**puppets [4]** 2184/15
2185/13 2185/23
2199/2
**purpose [2]** 2223/24
2228/3
**pursuant [7]** 2139/2
2141/19 2148/15
2182/23 2185/7
2195/23 2201/20
**put [19]** 2125/18
2133/1 2134/14
2142/22 2152/10
2167/17 2169/13
2169/20 2205/21
2206/1 2206/22 2207/4
2207/4 2211/21 2212/1
2219/8 2226/23
2228/19 2238/9
**puts [1]** 2205/17
**putting [3]** 2144/18
2219/6 2219/17
**PUTZI [1]** 2118/16

**Q**

**QRF [2]** 2229/3 2229/6
**question [7]** 2137/10
2231/2 2231/3 2231/4
2232/9 2236/4 2238/5
**questions [14]**
2150/20 2151/2 2151/8
2153/18 2153/21
2153/23 2154/7
2157/11 2160/2 2227/2
2227/9 2228/17
2232/16 2234/14
**quick [3]** 2138/7
2138/10 2211/7
**quickly [1]** 2136/13

**Q**

quite [1] 2143/5
quote [1] 2184/9

**R**

raise [2] 2123/19
2158/9
Rakoczy [9] 2116/14
2122/11 2169/16
2203/23 2207/22
2212/16 2214/6
2214/10 2221/12
Rakoczy's [1] 2236/10
rally [5] 2175/17
2176/5 2177/6 2177/21
2213/3
ran [1] 2223/15
rare [1] 2206/2
rather [2] 2172/3
2239/23
Rayburn [1] 2144/2
Rayburn Building [1]
2144/2
re [1] 2207/22
re-take [1] 2207/22
reach [1] 2143/11
reached [1] 2211/13
read [38] 2127/13
2127/19 2132/24
2133/4 2136/23
2137/24 2155/16
2156/8 2165/10
2165/21 2171/14
2181/9 2181/16
2184/12 2185/5
2185/19 2186/10
2186/14 2186/24
2187/13 2188/5
2188/11 2189/8
2192/14 2193/12
2194/11 2194/19
2197/10 2197/21
2198/7 2198/21
2200/24 2208/24
2212/1 2217/5 2222/12
2233/7 2237/22
readiness [1] 2189/10
reading [10] 2127/20
2156/23 2166/11
2178/4 2191/8 2193/25
2197/13 2199/16
2209/7 2218/18
ready [3] 2186/11
2200/13 2236/15
real [3] 2138/10 2192/1
2211/7
really [3] 2143/24
2173/13 2231/20
Realtime [1] 2119/3
reason [4] 2144/23
2165/1 2166/15 2213/8
reasonable [2]
2206/16 2236/16
rebellion [2] 2187/17
2199/24
recall [5] 2154/23
2175/12 2212/7
2222/13 2224/21

2160/7 2160/13
received [19] 2130/22
2134/3 2136/19 2140/4
2148/18 2160/3 2161/8
2161/15 2162/4 2162/5
2164/14 2170/9 2175/7
2183/5 2196/5 2201/23
2214/24 2234/18
2242/5
recently [1] 2132/24
recess [2] 2204/13
2243/15
recognize [13] 2135/6
2138/1 2161/2 2161/6
2161/13 2171/21
2174/12 2174/17
2182/4 2190/4 2195/14
2202/5 2228/19
record [16] 2134/22
2135/14 2135/17
2139/2 2141/19
2143/20 2145/14
2149/15 2160/7
2160/13 2161/8
2161/15 2163/9
2166/11 2175/25
2244/3
recorded [1] 2119/6
recording [5] 2201/3
2201/13 2242/1 2242/8
2243/5
records [8] 2144/18
2145/13 2145/21
2160/17 2160/18
2167/22 2167/23
2212/19
RECROSS [1] 2120/4
recruited [1] 2138/13
redact [1] 2146/8
redaction [1] 2146/13
redactions [1] 2161/20
redirect [3] 2120/4
2157/13 2157/16
refer [3] 2202/20
2202/22 2233/6
reference [4] 2151/8
2211/21 2231/5
2232/12
references [1] 2233/2
referred [1] 2185/2
referring [3] 2220/3
2220/12 2221/1
reflect [4] 2135/14
2135/17 2139/14
2196/21
reflected [1] 2167/2
refuse [3] 2171/20
2186/1 2210/2
reg [1] 2213/9
regard [1] 2231/10
regarding [1] 2127/5
regime [5] 2178/2
2185/23 2200/5
2200/10 2210/2
Region [1] 2125/21
Registered [1] 2119/2
reiterating [1] 2203/6

relative [1] 2119/1
release [1] 2132/10
relevance [7] 2141/20
2141/21 2142/1 2143/9
2143/14 2144/15
2145/10
relevant [4] 2143/1
2144/6 2162/13
2240/12
relies [1] 2126/6
remember [9] 2153/13
2173/25 2175/16
2190/25 2201/6 2212/6
2216/8 2218/18
2230/21
remembrance [1]
2152/16
remind [2] 2157/18
2166/19
reminders [1] 2235/10
removal [2] 2215/19
2215/20
removed [3] 2145/22
2188/21 2188/23
rephrase [2] 2231/3
2231/4
replacements [1]
2229/4
report [2] 2129/14
2129/17
reported [1] 2125/8
Reporter [4] 2119/2
2119/2 2119/3 2119/3
reporting [1] 2128/20
represent [1] 2229/15
representative [7]
2142/6 2142/8 2143/22
2147/22 2149/25
2150/7 2150/16
Representative Paul
[2] 2149/25 2150/7
Representative Ron
Paul [1] 2143/22
representatives [3]
2142/4 2143/21
2199/23
represented [2] 2134/1
2165/23
representing [1]
2200/6
republic [2] 2209/10
2226/24
Republicans [1]
2198/23
request [1] 2242/12
require [1] 2168/11
research [2] 2150/17
2235/13
residence [3] 2237/7
2238/2 2238/24
residences [1] 2240/3
resident [1] 2168/17
resigned [1] 2188/23
resist [1] 2210/3
resistance [1] 2171/24
resolved [1] 2235/25
resort.' [1] 2192/23
respect [4] 2159/25

respectfully [1] 2186/5
respond [1] 2173/12
responded [1] 2212/9
responder [1] 2124/22
response [8] 2125/7
2211/9 2212/7 2212/17
2215/9 2236/9 2236/10
2242/12
responsibilities [1]
2126/9
rest [4] 2135/21
2194/14 2194/23
2205/6
result [3] 2156/23
2179/6 2184/5
results [2] 2192/6
2195/2
resume [3] 2204/2
2206/12 2235/17
retired [1] 2223/7
return [3] 2189/25
2208/10 2212/4
review [5] 2130/19
2141/4 2203/20 2231/8
2232/25
reviewed [9] 2139/8
2162/16 2163/21
2163/23 2175/9
2195/19 2208/6
2220/25 2224/18
reviewing [1] 2135/5
revisit [2] 2216/4
2243/1
revolution [2] 2180/21
2185/22
Revolutionary [1]
2183/18
Revolutionary War [1]
2183/18
RHODES [129] 2116/6
2117/22 2122/7 2122/15
2133/6 2134/11
2134/24 2135/1
2135/15 2135/18
2136/25 2137/14
2138/1 2142/5 2142/15
2142/24 2143/21
2144/21 2147/21
2147/22 2148/5
2149/16 2149/24
2150/6 2153/11
2155/17 2156/13
2156/25 2157/4
2157/20 2162/17
2164/2 2164/21 2165/4
2165/9 2166/24 2167/7
2170/15 2170/21
2170/23 2171/5
2171/17 2173/9
2173/20 2174/3 2174/7
2175/10 2176/12
2176/24 2177/8
2177/19 2177/23
2179/25 2180/5
2180/17 2180/19
2181/7 2182/8 2184/1
2185/16 2187/6 2188/2

2190/14 2189/22
2190/10 2190/12
2191/9 2191/20
2191/23 2192/2
2192/19 2193/5 2193/9
2194/3 2194/25 2195/4
2195/17 2197/1
2199/10 2200/20
2200/24 2201/4
2201/15 2202/9
2202/19 2203/6
2203/20 2208/18
2209/11 2209/21
2210/18 2210/20
2213/2 2213/15
2213/21 2216/7
2216/11 2216/14
2217/4 2217/5 2217/10
2217/14 2218/2
2218/15 2218/20
2219/4 2219/16
2219/24 2220/3
2220/12 2220/23
2222/5 2222/6 2222/18
2223/4 2223/12
2223/22 2224/13
2224/21 2225/9
2225/10 2225/19
2225/19 2226/7 2226/8
2226/20 2226/21
2226/23 2226/3
Rhodes' [19] 2162/20
2163/5 2163/14
2163/18 2167/23
2168/8 2168/12 2169/6
2170/19 2176/11
2179/12 2208/6
2210/14 2211/20
2212/4 2212/20
2214/25 2215/15
2224/19
rifle [1] 2213/22
rifles [1] 2213/6
rigged [1] 2209/3
right [66] 2122/25
2123/8 2123/19
2123/22 2131/5 2131/8
2131/19 2132/17
2134/12 2134/24
2137/20 2141/25
2155/5 2155/9 2155/14
2155/17 2155/20
2155/24 2156/14
2157/10 2157/12
2157/25 2158/9
2158/12 2163/3 2168/4
2168/9 2168/24
2169/13 2171/14
2171/19 2173/21
2180/11 2180/23
2181/8 2192/11
2194/13 2197/5
2197/21 2204/7
2205/12 2205/23
2206/14 2206/16
2207/6 2207/15
2207/20 2215/8 2216/3
2219/22 2220/21

**R**

**right... [15]** 2222/24
2226/1 2228/8 2228/20
2229/7 2231/22 2232/3
2234/17 2234/22
2235/3 2235/21 2236/6
2236/14 2240/16
2240/24
**right-hand [1]** 2131/8
**rink [1]** 2141/9
**RINO [1]** 2199/1
**RINO-state [1]** 2199/1
**rise [5]** 2122/2 2204/5
2204/14 2235/19
2243/14
**Ritchie [1]** 2118/17
**river [1]** 2196/14
**RMR [2]** 2244/2 2244/8
**road [4]** 2118/3 2141/6
2154/12 2154/15
**Roger [1]** 2223/15
**Roger Stone [1]**
2223/15
**Rohde [10]** 2131/11
2133/13 2140/8
2140/25 2143/18
2147/18 2148/1
2148/22 2149/13
2163/1
**role [12]** 2124/18
2125/3 2126/1 2129/3
2129/4 2129/5 2129/12
2129/22 2220/2
2220/11 2220/24
2222/18
**roles [1]** 2143/16
**Ron [8]** 2142/6 2142/8
2143/13 2143/22
2143/25 2147/24
2149/7 2149/10
**Ron Paul [4]** 2143/13
2143/25 2147/24
2149/10
**room [3]** 2225/24
2225/25 2238/9
**rooms [1]** 2225/23
**roughly [1]** 2163/22
**row [4]** 2220/9 2220/21
2221/7 2233/16
**rule [4]** 2129/5 2139/18
2148/16 2205/5
**Rule 106 [1]** 2205/5
**Rule 902 [1]** 2148/16
**run [2]** 2188/24
2217/16
**Ryan [3]** 2123/17
2124/2 2124/8
**Ryan McCamley [1]**
2123/17

**S**

**SA [1]** 2158/16
**safety [1]** 2158/1
**said [18]** 2125/20
2133/2 2134/10
2134/18 2134/19
2135/1 2136/5 2153/9
2159/15 2169/3
2217/5 2218/15
2219/17 2224/22
2230/6
**salutation [1]** 2197/9
**Sam [2]** 2222/7
2222/13
**Sam Haun [1]** 2222/7
**same [18]** 2143/14
2160/14 2165/6 2165/7
2166/8 2171/8 2173/10
2180/25 2191/8
2191/21 2192/16
2193/5 2193/6 2210/3
2222/20 2224/7
2225/15 2235/10
**same chat [1]** 2225/15
**Saturday [1]** 2128/2
**save [1]** 2209/10
**saved [1]** 2210/13
**saw [7]** 2134/18
2135/5 2151/17
2157/24 2174/22
2182/11 2199/11
**say [48]** 2128/14
2141/7 2142/13
2145/15 2168/10
2170/23 2171/17
2172/16 2173/20
2177/8 2177/23
2178/21 2180/5
2180/13 2180/19
2181/7 2190/12 2191/9
2191/23 2191/24
2192/3 2192/20 2194/4
2194/5 2209/14
2209/24 2210/20
2211/24 2212/10
2215/8 2217/14 2218/2
2218/10 2219/5
2219/24 2222/6 2223/4
2223/12 2224/2
2225/10 2225/22
2226/8 2226/21 2228/2
2230/24 2232/4 2234/5
2239/14
**saying [5]** 2156/20
2190/25 2192/22
2213/21 2224/14
**says [18]** 2129/9
2138/13 2139/22
2145/16 2145/16
2147/21 2148/24
2149/7 2149/16 2167/7
2184/10 2185/6
2187/13 2198/18
2220/3 2220/12 2221/1
2227/21
**schools [1]** 2125/18
**scope [1]** 2157/7
**scoped [1]** 2212/4
**SCOTUS [2]** 2191/24
2194/13
**screen [14]** 2134/15
2135/23 2141/17
2146/9 2147/16
2160/11 2173/2
2174/12 2176/19
2227/13 2228/20
2233/7
**screen, [1]** 2227/18
**screen, sir [1]** 2227/18
**scroll [9]** 2161/3
2174/16 2184/7 2187/2
2187/3 2193/8 2195/12
2199/13 2228/14
**scrolling [2]** 2161/4
2161/12
**sculpture [1]** 2141/11
**search [4]** 2167/11
2237/24 2239/10
2239/12
**searched [1]** 2237/24
**seargent [1]** 2142/4
**seat [4]** 2123/18
2204/15 2207/18
2235/24
**seated [2]** 2122/3
2123/8
**second [14]** 2160/21
2172/24 2178/20
2185/4 2186/10
2195/17 2219/11
2220/9 2220/21
2220/21 2220/24
2221/7 2223/7 2233/16
**seconds [2]** 2219/7
2219/25
**secrets [1]** 2188/9
**section [7]** 2125/5
2125/6 2125/10
2125/22 2125/25
2133/11 2189/15
**secure [2]** 2200/7
2226/9
**Security [2]** 2159/7
2223/2
**Security/VIP [1]**
2223/2
**see [34]** 2130/7 2132/6
2132/8 2132/12
2132/24 2133/15
2135/9 2137/7 2137/15
2141/6 2146/7 2148/24
2149/7 2152/7 2164/25
2166/5 2170/12
2174/12 2179/12
2186/12 2196/9 2205/6
2213/12 2218/6 2220/8
2220/15 2220/17
2221/5 2227/18
2227/20 2228/8
2228/10 2233/15
2242/18
**seeing [3]** 2135/4
2201/16 2235/17
**seek [10]** 2141/18
2161/19 2164/5
2174/25 2182/15
2182/25 2184/16
2195/24 2201/19
2201/25
**seeking [1]** 2243/4
**seeks [1]** 2148/15
**seemed [1]** 2132/20
**seems [5]** 2182/18
2214/4 2236/16
**seen [4]** 2135/1
2139/11 2181/22
2233/2
**seized [7]** 2188/7
2237/5 2237/24 2238/1
2238/7 2238/18
2238/24
**seizing [1]** 2237/17
**select [1]** 2191/11
**selected [1]** 2212/19
**Senate [5]** 2191/14
2194/7 2194/22
2198/24 2199/3
**send [18]** 2125/12
2136/12 2137/2 2138/7
2170/16 2170/21
2172/13 2176/25
2177/2 2177/19 2180/1
2180/17 2190/10
2193/5 2193/9 2213/10
2218/20 2239/16
**sending [3]** 2138/4
2140/2 2173/10
**sense [4]** 2136/16
2204/18 2204/23
2214/11
**sent [42]** 2133/10
2135/21 2135/25
2136/7 2157/20
2164/15 2165/6
2165/12 2167/4 2167/5
2167/7 2171/10
2171/12 2172/9
2172/20 2176/12
2176/23 2179/13
2179/16 2179/21
2184/5 2190/23
2191/19 2192/18
2193/22 2194/7
2203/20 2214/18
2216/21 2217/1 2217/3
2217/10 2219/1 2225/6
2226/17 2228/1 2231/9
2232/13 2242/10
2242/11 2242/13
2242/14
**sentence [5]** 2186/23
2186/24 2187/14
2198/7 2198/21
**separate [6]** 2155/8
2164/19 2165/20
2169/18 2169/19
2236/18
**separated [1]** 2164/16
**separately [2]** 2166/15
2166/16
**September [1]** 2149/18
**sequence [1]** 2165/16
**serious [1]** 2170/24
**services [1]** 2127/3
**several [5]** 2125/18
2128/9 2164/14
2199/22 2210/24
**share [3]** 2155/2
2155/8 2155/11
**she [8]** 2212/8 2212/9
2212/10 2213/16
2213/18 2213/25
2215/7 2236/11
**she's [2]** 2214/1
2236/11
**sheriff [1]** 2171/25
**shifting [1]** 2164/25
**ships [1]** 2159/9
**shirt [1]** 2135/12
**shirts [1]** 2240/6
**shit [1]** 2213/4
**shot [1]** 2185/2
**should [8]** 2141/12
2156/4 2174/4 2181/8
2182/15 2187/7 2189/5
2198/22
**shouldn't [1]** 2146/2
**show [19]** 2131/9
2131/14 2134/6 2140/6
2145/21 2149/15
2160/22 2163/5
2163/24 2164/21
2175/10 2179/19
2181/25 2211/3 2213/4
2214/3 2215/17
2215/19 2215/20
**showed [1]** 2205/8
**showing [9]** 2142/4
2142/8 2142/9 2143/21
2160/25 2161/11
2176/19 2227/15
2228/18
**shown [1]** 2146/7
**shows [1]** 2144/21
**side [6]** 2131/8 2137/1
2155/24 2156/19
2157/25 2227/21
**sides [1]** 2197/25
**Siekerman [7]** 2219/6
2219/17 2219/18
2220/24 2222/13
2222/20 2223/6
**sign [2]** 2200/21
2213/5
**Signal [9]** 2170/19
2176/13 2177/14
2179/16 2203/20
2222/24 2223/1
2224/18 2243/4
**signature [1]** 2189/19
**signed [2]** 2189/21
2200/18
**significance [1]** 2177/4
**similar [5]** 2133/3
2185/9 2193/5 2199/10
2201/15
**simple [3]** 2151/2
2197/22 2232/16
**simply [2]** 2139/21
2242/7
**sir [25]** 2124/5 2150/25
2151/1 2151/6 2151/7
2151/18 2154/6
2154/11 2154/24
2155/11 2155/16
2155/22 2156/8
2156/23 2227/9
2227/13 2227/15

**S**

**sir... [8]** 2227/18
2228/17 2228/18
2229/6 2229/24
2232/25 2233/21
2235/23
**site [1]** 2181/17
**sitting [3]** 2135/10
2149/2 2199/22
**six [1]** 2166/17
**size [2]** 2138/8 2229/5
**skating [1]** 2141/9
**slate [1]** 2192/7
**sleep [1]** 2196/15
**slide [1]** 2213/7
**slides [4]** 2193/8
2211/3 2212/24 2213/1
**slightly [1]** 2193/9
**small [5]** 2136/24
2146/1 2153/9 2153/14
2198/24
**so [125]** 2123/13
2124/20 2125/7 2126/2
2126/5 2126/9 2126/10
2126/11 2127/2 2127/2
2127/18 2129/2 2129/4
2129/16 2129/21
2131/2 2131/7 2131/21
2132/3 2132/5 2132/8
2132/14 2132/21
2132/21 2132/23
2133/2 2133/5 2134/2
2134/7 2134/10 2135/7
2135/21 2135/23
2136/15 2136/22
2137/2 2137/14 2138/7
2138/18 2138/18
2139/1 2139/24
2140/21 2141/8 2144/7
2144/15 2146/13
2146/16 2146/19
2151/15 2151/24
2152/7 2153/1 2154/15
2154/17 2155/7 2157/2
2164/12 2164/18
2165/15 2169/2 2170/5
2170/6 2172/2
2176/11 2177/6
2178/23 2180/13
2183/4 2184/23 2190/2
2190/22 2192/13
2193/24 2194/21
2197/2 2199/2 2199/19
2203/19 2204/17
2205/11 2206/8 2207/7
2207/9 2207/21
2211/23 2212/12
2213/1 2213/8 2213/16
2215/2 2215/6 2216/14
2218/6 2218/12 2219/9
2226/10 2227/25
2228/8 2229/22 2230/4
2230/9 2230/22 2232/3
2232/9 2232/15
2232/20 2233/18
2235/9 2235/24
2236/12 2237/1
2237/11 2237/25

2239/16 2239/20
2240/1 2240/10 2241/4
2241/21 2242/14
2243/1 2243/8
**So I think [1]** 2237/11
**so this is [3]** 2193/24
2213/1 2237/25
**social [3]** 2229/18
2229/22 2230/5
**soldiers [2]** 2138/14
2183/16
**solution [1]** 2209/3
**some [29]** 2132/11
2142/16 2142/23
2143/2 2143/9 2144/15
2145/10 2145/11
2147/7 2151/14
2159/20 2159/25
2160/1 2160/2 2169/14
2176/13 2179/16
2203/5 2205/22
2205/24 2210/22
2214/11 2215/14
2216/6 2216/15
2224/15 2224/21
2224/22 2242/2
**somebody [6]** 2129/20
2134/18 2143/10
2152/4 2238/11
2241/15
**somehow [2]** 2213/23
2214/3
**someone [1]** 2239/13
**something [13]**
2129/20 2152/6 2152/8
2152/13 2157/8
2160/22 2176/2
2178/13 2182/19
2195/1 2206/7 2236/5
2241/16
**somewhere [2]**
2140/22 2141/7
**SoRelle [12]** 2164/21
2165/10 2165/11
2165/19 2167/10
2189/22 2200/21
2211/10 2213/3
2213/15 2213/21
2236/3
**SoRelle's [3]** 2211/19
2212/7 2212/17
**sorry [16]** 2125/21
2159/15 2160/12
2172/25 2175/4 2175/5
2181/13 2190/7
2206/11 2211/12
2213/1 2232/3 2232/4
2237/2 2242/4 2242/10
**sort [10]** 2131/8
2131/24 2141/8
2155/22 2155/23
2163/21 2188/5
2206/19 2223/24
2236/24
**sound [1]** 2194/25
**sounds [1]** 2155/23
**source [2]** 2137/23

**South [1]** 2217/7
**speak [3]** 2175/14
2223/22 2225/20
**speaker [2]** 2139/14
2226/6
**speakers [1]** 2132/4
**speaking [5]** 2199/9
2218/6 2222/18
2222/19 2241/25
**speaks [1]** 2139/18
**special [83]** 2123/17
2124/9 2124/13 2125/5
2125/11 2127/4 2128/8
2128/9 2128/10 2130/5
2130/8 2133/14 2134/7
2134/22 2135/24
2136/17 2138/23
2139/8 2140/12
2141/17 2146/22
2150/12 2157/18
2158/4 2158/8 2158/12
2158/24 2158/25
2159/11 2160/23
2160/25 2161/11
2162/8 2162/25 2163/3
2165/25 2168/21
2170/5 2174/1 2174/10
2174/13 2175/9
2175/19 2175/25
2176/7 2176/19
2178/10 2178/25
2179/4 2181/25 2182/4
2183/10 2183/15
2184/12 2186/22
2190/4 2191/9 2195/12
2195/14 2195/23
2196/9 2197/10
2198/20 2199/6
2199/15 2200/18
2200/23 2202/5
2202/11 2202/19
2203/5 2204/7 2207/22
2207/25 2210/4 2216/6
2216/20 2219/13
2219/16 2221/15
2226/13 2232/6
2242/11
**Special Agent [25]**
2123/17 2124/13
2125/5 2130/5 2135/24
2141/17 2146/22
2150/12 2157/18
2158/4 2158/8 2158/24
2159/11 2160/23
2162/25 2165/25
2174/1 2174/10
2174/13 2175/19
2176/19 2178/25
2200/18 2207/22
2221/15
**Special Agent Cody**
**[32]** 2158/25 2162/8
2163/3 2170/5 2175/9
2176/7 2179/4 2182/4
2183/10 2184/12
2186/22 2190/4 2191/9
2195/12 2197/10

2199/15 2200/23
2202/5 2202/11
2202/19 2203/5 2204/7
2207/25 2210/4 2216/6
2216/20 2219/16
2226/13 2232/6
2242/11
**Special Agent Cody's**
**[1]** 2195/23
**Special Agent**
**McCamley [2]** 2124/9
2130/8
**specific [2]** 2151/15
2152/13
**specifically [6]**
2151/13 2152/17
2174/6 2178/11
2179/20 2187/19
**spectrum [1]** 2155/24
**speculating [1]** 2145/6
**speech [7]** 2140/13
2140/16 2140/19
2141/5 2151/12
2151/16 2151/17
**speeches [1]** 2132/4
**spell [1]** 2124/7
**spending [1]** 2235/14
**spirits [1]** 2197/15
**spoke [3]** 2177/6
2201/6 2202/6
**spoken [1]** 2139/14
**sponsored [1]** 2155/25
**spread [1]** 2199/25
**Sr [1]** 2118/16
**stab [3]** 2194/6 2194/7
2198/25
**Staff [1]** 2226/11
**Stage [1]** 2178/2
**Stamey [1]** 2224/24
**stand [5]** 2158/8
2172/2 2172/3 2194/22
2207/22
**standard [1]** 2154/17
**standing [7]** 2124/24
2125/1 2132/14 2147/2
2200/12 2238/1
2242/20
**stands [1]** 2243/14
**stanley [3]** 2118/2
2118/5 2122/16
**Stanley Woodward [1]**
2122/16
**start [3]** 2124/17
2199/16 2234/24
**started [7]** 2123/1
2123/13 2124/20
2124/20 2132/21
2132/23 2133/3
**state [15]** 2124/7
2173/24 2178/17
2179/4 2184/5 2184/20
2185/24 2188/15
2193/1 2193/16 2199/1
2199/1 2199/22 2217/6
2229/6
**stated [2]** 2147/2
2229/23

**statement [1]** 2205/25
**statements [11]**
2162/13 2162/16
2166/24 2167/2 2167/3
2167/21 2168/16
2168/16 2169/6
2176/11 2231/20
**states [17]** 2116/1
2116/3 2116/10 2122/6
2123/16 2123/16
2178/18 2179/7
2190/16 2191/10
2191/15 2191/15
2192/4 2193/2 2193/17
2217/22 2224/4
**steal [4]** 2173/14
2173/24 2181/20
2183/24
**stenography [1]**
2119/6
**step [8]** 2158/5
2166/21 2175/19
2187/10 2200/15
2204/8 2218/6 2235/21
**steps [3]** 2187/7
2189/5 2199/11
**STEWART [49]** 2116/6
2117/2 2122/7 2133/6
2134/11 2134/24
2135/1 2136/25 2138/1
2142/5 2142/15
2143/21 2147/21
2149/16 2155/17
2156/13 2156/25
2157/4 2157/20
2162/17 2163/5
2163/14 2164/2 2167/7
2170/15 2171/5 2173/9
2176/24 2179/25
2182/8 2189/22
2191/20 2192/19
2194/3 2195/17 2197/1
2200/20 2202/9
2208/18 2210/18
2210/23 2217/4 2219/4
2222/5 2224/13 2225/9
2226/7 2226/20
2227/25
**Stewart Rhodes [38]**
2133/6 2134/11
2134/24 2135/1
2136/25 2138/1 2142/5
2143/21 2149/16
2155/17 2156/13
2156/25 2157/4
2157/20 2167/7
2170/15 2171/5 2173/9
2176/24 2179/25
2182/8 2189/22
2191/20 2192/19
2194/3 2195/17 2197/1
2202/9 2208/18
2210/18 2217/4 2219/4
2222/5 2224/13 2225/9
2226/7 2226/20
2227/25
**Stewart Rhodes' [2]**
2163/5 2163/14

**still [10]** 2142/13
2142/19 2157/4 2178/2
2185/20 2192/21
2211/17 2237/11
2240/17 2241/6
**stipulate [6]** 2142/24
2143/12 2143/25
2144/9 2144/17
2239/24
**stipulated [1]** 2168/19
**stipulation [2]** 2143/11
2237/23
**stirred [1]** 2152/6
**Stone [1]** 2223/15
**stop [7]** 2148/7
2173/24 2181/20
2183/24 2185/4 2195/1
2219/11
**street [9]** 2116/17
2117/11 2117/15
2131/18 2131/22
2132/7 2132/10 2137/1
2154/14
**streets [2]** 2154/19
2154/21
**stretch [1]** 2207/20
**Strike [1]** 2185/15
**string [5]** 2167/12
2167/12 2167/15
2214/23 2214/23
**strings [1]** 2167/15
**stuff [6]** 2126/14
2168/15 2205/20
2206/22 2207/14
2232/13
**style [1]** 2188/18
**subheader [1]** 2184/10
**subheads [1]** 2188/5
**subject [4]** 2146/17
2161/19 2236/18
2240/10
**subjects [3]** 2239/7
2239/8 2239/9
**submit [3]** 2143/11
2178/19 2210/1
**subpart [1]** 2188/10
**subparts [2]** 2188/1
2188/1
**substeps [1]** 2188/2
**subverted [1]** 2184/23
**such [3]** 2191/25
2199/2 2217/7
**suffered [3]** 2144/22
2197/17 2198/9
**sufficient [1]** 2238/6
**suggest [6]** 2164/14
2165/6 2165/12
2165/18 2189/4 2206/6
**suggested [1]** 2174/3
**suggesting [2]**
2166/13 2213/24
**suggests [1]** 2165/1
**suit [1]** 2135/12
**Suite [4]** 2117/4 2117/8
2118/8 2118/17
**summary [7]** 2164/8
2166/23 2167/19

2167/22 2236/11
**support [2]** 2213/8
2227/21
**suppose [1]** 2237/20
**supposed [5]** 2128/11
2128/14 2128/19
2129/3 2191/5
**suppress [1]** 2187/23
**suppressed [1]**
2199/24
**suppression [1]**
2186/3
**Supreme [6]** 2128/15
2128/16 2131/23
2132/4 2154/14
2199/21
**Supreme Court [6]**
2128/15 2128/16
2131/23 2132/4
2154/14 2199/21
**sure [16]** 2124/8
2129/7 2134/16 2136/9
2136/24 2138/6 2145/7
2164/17 2168/9
2169/18 2188/12
2209/1 2212/8 2225/11
2231/15 2233/9
**surprised [1]** 2173/13
**suspect [1]** 2242/1
**suspicious [1]** 2125/8
**sustain [1]** 2227/22
**sustained [2]** 2157/7
2231/3
**swamp [1]** 2200/14
**swore [1]** 2185/9
**SWORN [2]** 2124/2
2158/16
**system [1]** 2209/4

**T**

**table [1]** 2130/18
**tactical [1]** 2159/10
**take [31]** 2123/1
2141/16 2145/2
2145/17 2150/9 2152/4
2157/20 2166/21
2168/18 2176/8 2178/8
2187/2 2187/7 2189/1
2189/23 2198/15
2199/7 2200/9 2200/17
2203/24 2207/4
2207/22 2210/25
2211/1 2211/1 2215/10
2215/25 2221/10
2226/11 2237/12
2239/21
**taken [2]** 2184/19
2189/5
**taking [4]** 2123/23
2152/21 2193/14
2213/9
**talk [3]** 2126/16 2128/2
2166/10
**talked [2]** 2210/22
2241/2
**talking [14]** 2142/16
2164/22 2176/13

2190/22 2205/18
2213/11 2213/22
2230/11 2239/2 2242/6
2242/8 2242/9
**tall [1]** 2194/22
**tape [1]** 2234/8
**Tarpley [2]** 2117/10
2122/15
**Task [4]** 2126/2 2126/3
2126/10 2138/18
**team [20]** 2135/21
2159/10 2212/18
2212/19 2214/17
2215/2 2215/8 2215/10
2215/11 2217/16
2217/17 2222/9
2222/15 2222/15
2225/12 2225/12
2233/10 2233/10
2233/13 2234/19
**teams [4]** 2138/5
2217/15 2217/21
2218/15
**technically [1]** 2138/17
**technology [1]**
2146/12
**telephone [1]** 2164/2
**tell [7]** 2140/18
2147/10 2148/4
2170/14 2174/17
2215/23 2237/15
**telling [1]** 2169/9
**ten [1]** 2159/3
**terminated [3]** 2145/16
2146/7 2146/8
**terms [2]** 2204/18
2206/8
**terrorism [1]** 2125/9
**testified [5]** 2157/8
2164/17 2168/14
2228/23 2238/20
**testify [4]** 2136/5
2161/23 2237/17
2239/18
**testifying [2]** 2232/6
2239/6
**testimony [11]**
2136/17 2158/5
2159/24 2163/24
2166/3 2166/9 2182/23
2195/23 2204/8
2231/11 2239/20
**text [8]** 2164/14
2169/10 2205/19
2205/21 2206/21
2211/15 2214/23
2214/23
**text-message [1]**
2211/15
**texts [1]** 2207/4
**than [8]** 2152/12
2165/11 2172/3
2177/12 2178/7
2185/11 2199/19
2204/20
**thank [54]** 2123/15
2123/21 2123/25

2150/19 2151/24
2153/23 2154/6
2157/12 2158/3 2158/4
2158/6 2158/11
2158/14 2162/3 2163/1
2169/23 2169/24
2169/25 2170/3 2175/6
2176/9 2182/3 2183/13
2186/19 2187/1
2198/16 2198/19
2199/6 2199/14
2200/16 2202/3
2202/15 2203/3 2204/4
2204/10 2204/11
2204/12 2204/16
2214/8 2219/21 2221/9
2227/1 2229/7 2232/17
2234/15 2234/16
2235/7 2235/18
2235/23 2242/9
2242/22 2243/12
**thank you [46]**
2123/15 2123/21
2123/25 2146/14
2150/19 2151/24
2153/23 2154/6
2157/12 2158/3 2158/4
2158/6 2158/11
2158/14 2162/3 2163/1
2169/25 2170/3 2175/6
2176/9 2182/3 2183/13
2187/1 2198/16
2198/19 2199/6
2199/14 2200/16
2202/3 2202/15 2203/3
2204/10 2204/11
2204/12 2204/16
2214/8 2219/21 2221/9
2227/1 2229/7 2232/17
2234/15 2234/16
2235/7 2235/23 2236/7
**that [495]**
**that's [47]** 2123/4
2136/17 2137/12
2137/23 2139/20
2144/5 2144/6 2144/24
2145/7 2145/9 2145/25
2152/8 2152/9 2155/25
2165/7 2167/4 2167/6
2167/24 2167/24
2169/7 2177/25
2178/17 2181/11
2186/16 2202/13
2205/11 2205/23
2210/13 2211/4
2213/10 2213/25
2214/1 2215/13 2226/1
2227/24 2228/3
2228/22 2228/23
2230/6 2232/8 2233/7
2233/14 2234/19
2239/16 2239/19
2241/16 2242/8
**their [26]** 2138/9
2178/17 2178/21
2179/5 2184/5 2185/23
2186/1 2186/2 2190/16

2194/5 2192/7 2192/7
2194/14 2194/14
2197/14 2197/21
2199/2 2199/4 2217/17
2217/18 2219/9
2222/15 2222/16
2239/20 2240/9
2240/11
**thelinderfirm.com [1]**
2117/6
**them [27]** 2127/22
2140/2 2146/7 2152/24
2157/24 2166/16
2166/19 2169/8
2169/13 2169/14
2185/24 2186/2
2200/13 2200/13
2211/18 2212/22
2213/11 2213/22
2214/20 2214/21
2215/25 2223/13
2236/21 2241/22
2242/14 2243/9
2243/10
**themselves [1]**
2200/14
**then [64]** 2124/21
2125/5 2129/18 2132/9
2134/18 2137/7 2138/8
2138/19 2142/7
2144/18 2147/25
2149/21 2150/4
2167/12 2171/21
2172/20 2173/5
2173/18 2174/17
2178/1 2185/5 2187/13
2189/4 2189/19
2191/12 2192/2 2192/7
2193/2 2193/5 2193/17
2196/17 2197/22
2199/13 2204/2 2204/3
2204/23 2206/11
2206/12 2207/7 2207/9
2207/10 2207/14
2208/10 2213/23
2213/25 2215/8
2217/24 2219/7
2219/24 2229/22
2234/14 2237/4
2237/20 2238/8 2238/8
2238/9 2238/17
2239/15 2239/22
2239/22 2239/23
2240/1 2240/9 2243/9
**then-Biden/Harris [1]**
2171/21
**there [65]** 2124/12
2125/18 2128/8
2128/13 2131/17
2131/25 2132/2 2132/3
2132/14 2132/17
2133/1 2135/4 2138/19
2139/4 2141/1 2141/2
2141/9 2142/15
2142/23 2143/1 2143/9
2144/13 2144/15
2145/15 2146/6
2147/23 2149/5

**T**

**there... [38]** 2151/19
2152/13 2152/16
2152/23 2154/11
2155/13 2157/9 2157/9
2157/24 2159/2
2164/19 2164/23
2167/8 2167/9 2167/14
2169/10 2169/11
2179/6 2183/22
2190/19 2190/22
2197/25 2200/12
2203/13 2209/2 2211/9
2215/6 2215/6 2215/8
2215/14 2222/18
2223/5 2231/19
2232/10 2237/15
2239/20 2242/20
2243/10

**there's [23]** 2129/7
2137/5 2139/23 2143/9
2144/23 2145/10
2145/11 2145/12
2145/15 2146/8
2154/18 2166/15
2167/1 2168/5 2181/9
2188/10 2205/19
2210/23 2215/9
2232/14 2237/4
2238/10 2239/20

**therefore [2]** 2143/2
2191/11

**these [40]** 2122/22
2144/18 2145/12
2162/1 2163/16 2164/1
2165/6 2165/16
2165/18 2165/21
2166/1 2166/5 2167/22
2168/6 2168/16 2169/6
2169/11 2169/12
2169/16 2169/18
2173/21 2176/13
2179/16 2185/22
2188/6 2190/23 2195/4
2201/16 2202/1
2210/24 2212/3
2230/22 2236/2
2236/23 2237/9
2237/16 2237/18
2237/24 2239/22
2243/1

**they [44]** 2125/12
2126/15 2127/3 2132/9
2138/8 2138/9 2146/1
2147/13 2147/13
2150/17 2157/24
2164/3 2166/7 2166/8
2166/13 2166/17
2167/2 2167/5 2167/10
2167/18 2172/22
2173/15 2178/21
2184/19 2197/14
2205/8 2206/20 2213/4
2213/5 2214/18
2215/23 2215/23
2217/16 2217/17
2218/16 2219/8
2219/25 2222/13

2240/5 2240/8 2240/10
2241/21

**They'd [1]** 2150/17
**they'll [1]** 2146/7
**they're [7]** 2143/15
2165/19 2166/18
2173/16 2226/23
2236/21 2238/4
**they've [1]** 2164/16
**thing [4]** 2194/13
2195/5 2205/16 2208/2
**things [12]** 2126/23
2126/24 2127/4
2129/15 2132/4
2132/18 2137/8
2147/11 2156/4
2173/21 2205/17
2206/9
**think [32]** 2131/2
2135/7 2138/5 2140/8
2144/6 2144/23
2167/15 2169/1 2169/3
2186/9 2186/13
2186/14 2204/25
2208/2 2209/2 2209/8
2212/12 2213/25
2215/22 2230/21
2230/25 2232/5 2232/8
2234/20 2237/11
2237/12 2238/13
2238/14 2238/18
2238/20 2239/1 2240/6
**thinks [1]** 2143/9
**third [2]** 2134/23
2219/22
**this [261]**
**this chat [2]** 2223/25
2225/13
**This is [1]** 2122/6
**Thomas [5]** 2118/16
2122/10 2194/13
2197/13 2197/20
**Thomas Edward**
**Caldwell [1]** 2122/10
**Thomas' [1]** 2198/3
**those [28]** 2144/17
2147/11 2152/21
2153/11 2153/13
2160/4 2160/17
2166/11 2167/17
2178/19 2179/10
2189/7 2191/2 2193/2
2193/8 2193/17 2203/5
2211/4 2216/8 2218/18
2218/21 2225/23
2229/21 2232/9
2232/15 2237/20
2240/5 2240/12
**though [3]** 2143/16
2185/25 2233/21
**thought [4]** 2157/19
2234/10 2234/12
2241/1
**thousands [1]** 2138/14
**thread [2]** 2210/17
2224/3
**threat [1]** 2155/13

**threats [3]** 2134/5
**three [11]** 2165/17
2165/20 2193/2
2193/17 2209/20
2211/2 2211/5 2213/3
2225/23 2235/11
2236/18
**three-day [1]** 2235/11
**through [19]** 2125/18
2127/10 2147/8
2149/25 2161/4
2161/12 2163/22
2166/9 2174/16 2182/2
2188/1 2188/2 2188/6
2193/8 2195/13
2199/17 2211/2
2230/24 2234/19
**throughout [3]**
2128/13 2199/25
2235/11
**thus [1]** 2213/18
**tide [1]** 2197/16
**tie [1]** 2142/18
**till [4]** 2177/12 2178/7
2199/2 2204/2
**time [47]** 2123/3
2126/10 2126/19
2127/11 2138/9
2142/25 2149/3 2158/5
2159/11 2159/20
2161/18 2162/9
2162/10 2162/13
2162/21 2164/4
2170/24 2172/2
2174/24 2176/14
2180/3 2182/14
2182/22 2193/1
2193/16 2195/22
2197/25 2201/2 2201/7
2201/18 2203/9
2203/21 2207/5
2210/22 2214/7 2216/4
2222/8 2223/19
2230/21 2230/22
2232/5 2233/18
2234/19 2237/5
2238/21 2241/20
2242/2
**times [2]** 2211/14
2212/21
**timing [2]** 2165/16
2204/19
**tip [7]** 2160/2 2160/8
2160/13 2160/13
2160/17 2161/9
2161/15
**tips [1]** 2160/4
**title [4]** 2138/11
2183/22 2183/23
2196/17
**titled [2]** 2189/15
2244/4
**today [9]** 2135/9
2154/6 2159/25
2163/24 2182/25
2197/12 2230/18
2236/10 2236/20
**today's [1]** 2231/10

**together [3]** 2169/12
2172/3 2206/22 2207/5
2211/22 2212/1
2222/15 2224/4
**told [4]** 2139/19
2173/14 2173/14
2173/22
**too [8]** 2132/22
2134/20 2152/7
2159/24 2173/17
2192/6 2198/7 2198/8
**took [9]** 2133/8
2133/17 2134/8
2135/20 2136/11
2152/2 2215/9 2239/14
2239/18
**top [10]** 2136/23
2148/2 2148/21
2148/22 2187/4 2212/7
2219/21 2220/9
2228/14 2231/1
**topic [2]** 2209/22
2212/9
**topics [1]** 2201/15
**Totally [1]** 2196/15
**touchscreen [1]**
2131/3
**tough [2]** 2141/6
2141/13
**towards [2]** 2128/14
2132/5
**Towers [1]** 2118/17
**town [2]** 2171/25
2236/19
**traffic [1]** 2132/8
**tragic [1]** 2194/5
**training [6]** 2125/11
2125/13 2125/14
2125/17 2162/22
2170/24
**traitors [1]** 2187/18
**transcript [9]** 2116/9
2119/6 2138/25 2139/6
2139/11 2139/13
2139/23 2140/7 2244/3
**transcription [1]**
2119/7
**transcripts [3]** 2139/19
2139/21 2140/2
**treachery [1]** 2198/10
**Trenton [1]** 2197/16
**trial [5]** 2116/9 2163/24
2205/19 2212/15
2214/12
**troops [1]** 2197/14
**Troy [2]** 2116/16
2122/12
**Troy Edwards [1]**
2122/12
**true [2]** 2227/20
2237/21
**Trump [20]** 2138/13
2172/17 2173/23
2177/11 2178/6 2180/6
2181/19 2182/9
2183/23 2187/7
2192/21 2195/5 2195/9
2195/18 2196/19

2172/12 2199/18
2208/4 2213/8 2226/25
**Trump's [2]** 2194/15
2198/10
**try [4]** 2137/8 2143/15
2198/4 2235/1
**trying [12]** 2132/6
2137/7 2142/18 2144/5
2152/4 2204/18
2205/11 2211/17
2211/21 2218/12
2231/17 2231/19
**Tuesday [3]** 2206/8
2206/12 2207/14
2214/15 2234/24
2235/17 2236/1
2236/15 2243/1
**turn [12]** 2171/1
2172/6 2180/22
2195/11 2210/4
2216/19 2221/11
2221/17 2225/1 2226/3
2226/13 2239/22
**turned [4]** 2194/14
2197/16 2198/2 2208/8
**turning [10]** 2173/5
2176/11 2177/13
2198/11 2203/19
2218/23 2221/21
2222/23 2224/7
2225/14
**Twitter [1]** 2229/18
**two [21]** 2126/5
2136/23 2137/24
2138/15 2138/17
2152/10 2152/10
2153/11 2153/13
2153/14 2159/9
2185/22 2193/8 2197/9
2198/21 2211/19
2211/22 2229/3 2237/5
2242/12 2242/13
**TX [2]** 2117/4 2117/8
**type [1]** 2145/16
**Tysons [1]** 2225/24

**U**

**U.S [6]** 2116/16
2124/11 2142/5
2146/23 2187/23
2190/13
**U.S. [6]** 2124/15
2128/4 2150/11
2157/22 2187/18
2191/14
**U.S. Capitol Police [4]**
2124/15 2128/4
2150/11 2157/22
**U.S. Constitution [1]**
2187/18
**U.S. Senate [1]**
2191/14
**Uh [1]** 2137/16
**Uh-huh [1]** 2137/16
**unaware [3]** 2156/18
2229/5 2229/20
**unbag [1]** 2240/7

**U**

**under [14]** 2123/20
2147/23 2158/10
2187/10 2205/5
2205/20 2208/4
2210/14 2217/16
2218/3 2218/5 2218/16
2221/19 2222/16
**underneath [1]** 2184/9
**understand [5]**
2139/22 2142/18
2155/16 2205/23
2222/19
**understanding [1]**
2166/6
**understands [2]**
2169/18 2209/8
**understood [5]**
2141/15 2146/4
2156/10 2167/11
2169/23
**unduly [1]** 2169/1
**unescorted [3]** 2147/4
2147/6 2147/12
**unfairly [1]** 2164/9
**unfamiliar [1]** 2143/3
**uniform [2]** 2128/24
2129/21
**uniformed [2]** 2124/20
2124/23 2127/3
2129/19 2147/2
**unit [2]** 2124/22
2217/18
**UNITED [8]** 2116/1
2116/3 2116/10 2122/6
2123/16 2123/16
2178/18 2179/7
**United States [3]**
2123/16 2123/16
2179/7
**units [1]** 2186/1
**unknown [1]** 2187/20
**unless [5]** 2168/11
2168/11 2180/21
2191/11 2226/24
**unreliability [1]** 2165/2
**until [8]** 2185/14
2192/4 2194/6 2198/22
2206/8 2213/5 2230/20
2232/21
**untrustworthiness [1]**
2164/13
**up [50]** 2122/25 2123/1
2127/11 2130/4 2132/3
2132/10 2133/13
2135/23 2137/6 2138/9
2138/23 2140/24
2141/17 2143/19
2146/9 2146/19
2147/16 2151/13
2152/6 2154/9 2160/11
2162/24 2164/25
2166/12 2172/2
2174/10 2178/9
2179/21 2187/21
2189/11 2198/4
2198/13 2200/6
2212/18 2213/4 2217/7

2227/11 2227/13
2228/14 2228/19
2230/18 2230/20
2231/10 2233/23
2236/4 2236/19
2239/14 2242/20
**update [4]** 2132/6
2132/9 2136/24
2188/23
**updating [1]** 2128/23
**upon [1]** 2136/16
**urge [1]** 2195/4
**urging [3]** 2192/21
2198/4 2198/12
**URL [1]** 2181/9
**us [31]** 2125/12
2129/10 2129/14
2129/17 2131/9
2131/14 2135/8 2135/9
2141/3 2148/4 2149/22
2164/19 2174/17
2184/22 2185/1 2185/9
2187/22 2200/6 2207/4
2209/18 2211/11
2212/22 2213/5
2214/17 2222/8 2231/9
2236/11 2241/20
2241/21 2243/7 2243/8
**usdoj.gov [2]** 2116/19
2116/20
**use [3]** 2180/6 2181/20
2183/24
**using [1]** 2185/2
**usually [2]** 2128/15
2152/5
**usurper [1]** 2171/20
**usurpers [1]** 2185/13
**utterly [1]** 2214/4

**V**

**value [1]** 2145/11
**various [3]** 2127/18
2165/5 2217/21
**vehicle [1]** 2132/8
**vents [1]** 2152/6
**verify [1]** 2192/6
**version [6]** 2137/11
2138/25 2140/7
2140/15 2140/18
2163/10
**versus [2]** 2122/7
2129/5
**very [21]** 2133/3
2157/14 2158/4 2162/3
2166/11 2173/5 2185/8
2193/5 2198/24 2203/3
2212/12 2221/19
2226/9 2226/11
2227/16 2227/21
2232/15 2235/16
2237/13 2240/14
2243/10
**vet [2]** 2223/8 2223/14
**veteran [1]** 2223/6
**veterans [4]** 2138/14
2185/9 2187/22
2224/16

**via [1]** 2237/24
**vice [2]** 2178/18
2178/21
**victory [1]** 2197/19
**video [18]** 2139/8
2139/15 2139/18
2139/20 2139/22
2139/23 2139/24
2140/10 2141/4
2151/18 2175/9 2202/2
2202/14 2202/17
2203/2 2205/6 2205/7
2206/8
**view [1]** 2168/2
**viewed [1]** 2151/18
**viewpoint [1]** 2156/18
**viewpoints [1]** 2156/16
**vigilant [1]** 2235/12
**violated [1]** 2194/14
**violating [1]** 2199/4
**VIP [1]** 2223/2
**Virginia [2]** 2222/7
2226/9
**voice [1]** 2158/22
**voluminous [1]**
2167/22
**volunteers [1]** 2227/22
**vote [6]** 2178/21
2188/14 2190/15
2191/13 2193/3
2193/18
**voted [1]** 2190/23
**votes [10]** 2172/19
2178/18 2178/19
2179/5 2179/10
2190/17 2190/20
2190/23 2191/3
2191/12
**vs [1]** 2116/5
**vulnerable [1]** 2209/19

**W**

**wad [1]** 2219/10
**wage [1]** 2185/10
**wait [2]** 2177/12
2178/7 2185/14 2194/6
2196/20 2198/22
2199/2 2243/13
**walk [1]** 2200/4
**walked [1]** 2210/3
**wall [1]** 2132/16
**want [20]** 2134/20
2138/23 2144/9 2145/5
2146/1 2148/9 2152/7
2159/25 2160/2
2168/25 2206/22
2207/3 2232/16
2234/20 2234/23
2237/14 2238/2 2239/2
2240/5 2240/20
**wanting [1]** 2237/22
**wants [3]** 2199/1
2239/17 2241/11
**war [9]** 2180/21
2183/18 2184/14
2184/18 2184/20
2184/21 2185/21

**warfare [1]** 2209/9
**warfare - with [1]**
2209/9
**warfare,' [1]** 2185/3
**warrant [4]** 2199/20
2212/4 2237/24
2238/21
**warrants [1]** 2199/21
**Warren [1]** 2222/7
**Warren County [1]**
2222/7
**wartime [1]** 2185/7
**was [142]**
**Washington [23]**
2116/5 2116/17 2118/4
2118/9 2119/5 2126/11
2130/11 2140/19
2154/12 2172/21
2174/4 2174/20
2196/10 2197/17
2197/22 2198/3 2198/9
2198/12 2213/22
2213/24 2217/21
2228/24 2229/1
**Washington's [3]**
2197/14 2198/13
2229/5
**wasn't [5]** 2138/6
2143/10 2232/20
2232/23 2233/1
**watch [2]** 2140/12
2205/16
**watched [1]** 2140/15
**watching [2]** 2153/2
2235/9
**Watkins [4]** 2117/14
2122/9 2122/19 2240/3
**Watkins' [3]** 2237/6
2238/1 2239/19
**wave [1]** 2213/5
**way [17]** 2138/7
2142/22 2148/22
2165/3 2165/5 2165/23
2166/4 2166/10
2170/25 2190/14
2192/1 2200/15
2206/22 2209/10
2217/17 2221/12
2226/24
**ways [1]** 2237/15
**we [239]**
**we will [11]** 2178/1
2200/9 2200/10
2200/11 2200/15
2204/2 2209/16
2216/12 2218/11
2235/17 2241/22
**we'd [1]** 2239/23
**we'll [9]** 2139/17
2202/1 2204/2 2207/7
2207/7 2207/14 2214/6
2216/3 2242/17
**we're [39]** 2123/12
2129/8 2129/9 2129/10
2137/7 2144/5 2144/25
2145/1 2152/5 2164/22
2165/22 2166/13

2184/18 2179/20
2184/14 2202/12
2205/2 2205/11
2205/20 2205/20
2206/6 2206/25
2211/21 2212/1
2234/13 2235/1 2235/5
2236/8 2236/9 2237/11
2237/22 2239/13
2239/15 2240/1
2240/19 2241/21
2242/6 2242/8 2242/8
**we've [13]** 2166/3
2176/13 2179/17
2182/25 2196/15
2201/16 2205/18
2206/8 2211/25
2227/16 2233/2
2236/18 2237/16
**wear [1]** 2138/18
**wearing [6]** 2128/24
2129/21 2134/18
2134/25 2135/11
2153/12
**website [11]** 2174/8
2174/22 2181/12
2181/14 2181/22
2182/20 2183/20
2184/2 2196/24 2228/6
2228/11
**week [9]** 2123/12
2204/3 2207/21
2207/21 2212/23
2235/6 2235/6 2236/19
2238/15
**weekend [8]** 2206/22
2234/21 2235/11
2235/14 2235/16
2236/8 2242/24
2243/12
**weeks [1]** 2166/17
**weight [1]** 2239/3
**welcome [8]** 2122/24
2123/10 2123/22
2158/13 2167/16
2169/20 2207/19
2240/9
**well [29]** 2122/24
2136/7 2137/8 2142/22
2143/6 2143/16
2144/13 2144/20
2145/25 2157/24
2166/13 2168/4 2168/9
2182/15 2184/17
2188/15 2199/23
2212/10 2215/8
2215/13 2231/22
2238/5 2238/14
2238/17 2238/20
2240/14 2241/8
2242/17 2243/5
**went [6]** 2124/21
2148/9 2148/11 2198/5
2206/11 2219/24
**were [58]** 2125/22
2128/4 2128/9 2128/11
2130/1 2131/10
2131/14 2132/2 2132/5

were... **[49]** 2132/9
2132/14 2132/16
2133/10 2135/22
2138/3 2138/5 2138/8
2142/23 2151/3
2151/12 2151/14
2152/23 2153/2 2153/9
2154/12 2154/21
2156/24 2157/23
2157/23 2159/4
2160/17 2164/1
2164/15 2165/6
2165/19 2166/24
2167/4 2167/5 2168/16
2179/16 2184/4
2190/22 2190/22
2190/23 2191/8
2193/24 2197/18
2197/18 2197/25
2198/3 2212/3 2212/14
2214/18 2215/24
2216/6 2223/9 2230/11
2232/10
**weren't [1]** 2151/15
**what [165]**
**what's [14]** 2126/1
2131/22 2131/24
2134/1 2135/11
2143/17 2144/15
2144/18 2147/20
2152/7 2165/7 2204/17
2228/19 2232/13
**whatever [5]** 2156/11
2211/2 2242/9 2243/6
2243/9
**whatsoever [2]** 2146/5
2237/19
**when [46]** 2128/17
2129/15 2132/8
2132/23 2136/7 2137/5
2145/1 2145/22
2148/11 2152/5 2152/9
2154/18 2166/17
2167/3 2170/21
2171/10 2172/9
2177/19 2179/4 2180/1
2180/17 2184/1
2190/10 2191/5
2193/22 2196/21
2199/20 2204/19
2207/10 2212/6
2214/16 2215/16
2217/1 2217/10
2217/15 2219/1 2220/3
2220/12 2221/1
2224/10 2224/22
2225/6 2229/2 2232/21
2235/17 2242/12
**where [24]** 2124/14
2128/20 2128/21
2131/3 2131/7 2131/10
2131/14 2138/8
2140/15 2140/19
2141/4 2141/9 2148/24
2149/7 2151/12
2158/25 2184/9 2185/5
2196/23 2200/24

2239/13
**whereas [1]** 2229/3
**whether [12]** 2145/17
2146/1 2166/8 2178/12
2190/19 2206/20
2208/3 2213/15 2236/1
2236/5 2236/20
2239/21
**which [23]** 2142/23
2147/22 2148/15
2161/1 2165/1 2182/24
2185/8 2197/16
2197/23 2205/7 2207/4
2211/20 2212/19
2214/4 2215/13
2221/20 2226/17
2227/14 2231/9 2238/5
2239/8 2240/20 2241/7
**while [7]** 2125/22
2173/24 2177/11
2178/6 2185/20
2209/18 2235/8
**Whip [7]** 2219/7
2219/24 2220/4
2222/13 2222/16
2222/20 2223/7
**white [2]** 2135/12
2185/12
**White House [1]**
2185/12
**who [60]** 2132/15
2137/4 2147/4 2147/20
2149/9 2166/7 2170/14
2171/4 2171/6 2172/11
2173/8 2176/23
2176/25 2179/9 2179/9
2184/16 2184/18
2187/18 2188/14
2189/21 2192/18
2194/2 2196/25 2198/3
2200/18 2201/9 2202/6
2202/8 2208/19
2210/10 2217/3 2218/4
2218/21 2220/3
2220/12 2220/15
2221/1 2222/4 2222/21
2223/15 2224/12
2224/14 2224/21
2225/8 2225/11
2225/12 2225/24
2226/6 2226/19 2229/4
2231/10 2233/9
2233/10 2237/4 2237/5
2238/11 2238/12
2239/14 2239/18
2240/8
**who's [7]** 2143/10
2191/19 2208/17
2220/6 2221/3 2229/16
2242/7
**whoever [1]** 2238/7
**whole [2]** 2205/16
2205/18
**wholly [1]** 2153/1
**whom [5]** 2167/5
2167/7 2170/16
2179/24 2219/3

**why [21]** 2126/21
2126/25 2127/15
2128/7 2129/1 2129/12
2137/2 2138/2 2138/15
2142/18 2145/6
2157/19 2164/19
2168/6 2198/22
2203/24 2210/25
2212/14 2213/10
2240/12 2242/25
**will [56]** 2130/21
2134/2 2135/17
2136/15 2139/24
2140/1 2141/18
2146/16 2148/17
2151/9 2166/9 2171/18
2171/19 2171/20
2173/15 2175/3 2175/5
2178/1 2183/4 2185/16
2185/21 2188/13
2194/6 2194/7 2194/23
2196/2 2200/3 2200/9
2200/10 2200/11
2200/15 2201/22
2204/2 2204/24
2206/20 2207/4 2209/2
2209/16 2209/17
2209/18 2209/18
2209/19 2210/1 2210/2
2214/2 2216/12 2218/5
2218/6 2218/11 2223/5
2223/13 2225/12
2233/10 2235/17
2237/19 2241/22
**William [4]** 2118/16
2119/2 2244/2 2244/8
**willing [6]** 2184/15
2184/25 2196/14
2206/10 2230/4 2230/9
**winner [1]** 2179/10
**wish [1]** 2243/8
**within [6]** 2136/14
2162/20 2188/13
2209/3 2233/24
2233/24
**without [6]** 2141/6
2141/13 2185/1
2209/16 2213/14
2226/25
**witness [16]** 2120/2
2123/20 2124/2
2131/16 2158/10
2158/16 2168/7
2168/21 2168/21
2175/22 2179/2
2204/18 2219/20
2237/1 2237/3 2242/15
**witnesses [2]** 2120/4
2236/19
**won [1]** 2198/6
**won't [1]** 2213/5
**wondering [1]** 2145/25
**Woodward [8]** 2118/2
2118/3 2122/16
2153/20 2166/20
2169/3 2239/16
2241/25

2197/21 2218/18
2236/1
**work [13]** 2124/10
2126/13 2128/8
2128/10 2143/25
2144/1 2147/22 2149/9
2155/8 2157/9 2157/9
2159/4 2159/8
**worked [8]** 2142/6
2142/8 2142/24 2143/1
2143/13 2143/21
2144/2 2159/2
**working [10]** 2128/4
2133/10 2135/22
2137/4 2138/6 2142/20
2157/23 2206/25
2218/12 2240/19
**workings [1]** 2150/12
**works [2]** 2144/8
2144/10
**worn [1]** 2197/18
**worry [1]** 2207/14
**would [70]** 2129/12
2135/5 2136/4 2136/13
2136/13 2137/7 2141/5
2141/7 2142/13
2142/19 2143/2
2143/12 2143/13
2143/18 2143/25
2144/2 2144/7 2147/7
2147/9 2150/17
2152/24 2154/14
2154/15 2155/11
2155/23 2157/3
2161/19 2164/5
2164/14 2164/19
2164/20 2165/6
2165/17 2165/18
2173/14 2174/25
2182/15 2183/17
2184/22 2191/24
2195/1 2195/24 2200/1
2201/19 2206/10
2206/15 2212/11
2212/16 2212/18
2213/3 2213/17
2214/12 2215/14
2215/18 2215/18
2215/20 2218/16
2218/21 2228/2
2228/22 2229/1
2234/21 2234/22
2235/25 2237/4 2237/5
2238/10 2239/14
2243/7 2243/10
**wouldn't [1]** 2215/2
**write [3]** 2136/22
2176/1 2176/4
**written [1]** 2156/3
**wrote [2]** 2137/14
2238/8
**Wyoming [1]** 2217/8

**Y**

**yards [1]** 2142/16
**Yeah [5]** 2125/21
2141/10 2145/7

**year [2]** 2148/4 2147/7
**years [8]** 2124/16
2141/21 2142/14
2142/20 2143/5 2159/3
2159/6 2159/9
**yell [1]** 2213/5
**Yep [1]** 2125/2
**yes [174]**
**yesterday [2]** 2165/20
2211/18
**yet [4]** 2165/11 2199/3
2212/1 2212/20
**you [435]**
**you understand [1]**
2222/19
**you'd [3]** 2161/3
2181/10 2228/5
**you'll [2]** 2164/25
2232/16
**you're [27]** 2123/23
2128/17 2129/15
2131/24 2139/13
2141/4 2144/12
2144/17 2147/10
2154/24 2155/5 2155/7
2156/14 2156/18
2156/20 2158/13
2168/9 2168/11
2169/15 2169/17
2169/19 2176/7
2203/24 2213/24
2229/17 2230/9
2235/14
**you've [3]** 2131/7
2228/22 2231/4
**young [2]** 2145/1
**younger [1]** 2144/25
**your [129]** 2122/5
2123/2 2123/15
2123/19 2123/23
2124/7 2124/12
2124/17 2124/18
2125/3 2126/1 2126/9
2128/10 2128/24
2130/18 2132/12
2134/14 2135/5
2138/25 2139/1 2140/3
2141/21 2142/2
2142/11 2142/13
2143/4 2143/12
2143/24 2144/20
2145/2 2145/2 2146/14
2147/10 2151/20
2151/25 2152/1
2152/14 2152/16
2152/17 2152/24
2153/14 2153/18
2153/21 2153/23
2153/25 2154/2
2156/24 2157/3
2157/10 2157/21
2158/5 2158/7 2158/9
2158/13 2159/24
2160/20 2161/18
2161/22 2162/3 2162/8
2163/16 2163/24
2164/4 2164/7 2164/12

**Y**

**your... [64]** 2165/24
2167/3 2167/18
2167/24 2168/18
2168/25 2169/9
2169/10 2169/23
2169/24 2170/3 2170/6
2174/24 2175/4
2175/19 2178/10
2182/14 2182/22
2185/8 2186/5 2186/9
2186/16 2186/19
2195/22 2196/15
2200/3 2200/14
2201/18 2204/8
2204/17 2204/21
2206/2 2211/4 2212/3
2212/10 2214/8 2214/9
2214/11 2215/17
2215/23 2219/12
2220/2 2220/11
2220/24 2221/10
2222/18 2226/14
2227/18 2228/20
2230/2 2231/6 2232/4
2232/17 2233/19
2234/8 2234/25 2235/7
2235/7 2235/12 2236/7
2239/25 2240/25
2242/10 2242/21
**Your Honor [66]**
2122/5 2123/2 2123/15
2130/18 2138/25
2139/1 2140/3 2141/21
2142/2 2142/11
2142/13 2143/4
2143/12 2143/24
2144/20 2145/2
2146/14 2153/18
2153/21 2153/23
2153/25 2154/2
2157/10 2158/7
2160/20 2161/18
2161/22 2162/3 2164/4
2164/7 2164/12
2165/24 2167/18
2167/24 2169/23
2170/3 2170/6 2174/24
2175/4 2175/19
2182/14 2182/22
2186/5 2186/9 2186/16
2186/19 2195/22
2201/18 2204/21
2211/4 2212/3 2214/8
2214/9 2214/11
2215/17 2215/23
2221/10 2232/4
2232/17 2234/8
2234/25 2236/7
2239/25 2240/25
2242/10 2242/21
**yourself [1]** 2158/23
**yourselves [1]** 2206/4

**Z**

**Zaremba [3]** 2119/2
2244/2 2244/8
**zoom [15]** 2131/11

2183/12 2184/8 2187/3
2187/4 2189/1 2189/18
2189/19 2196/7 2197/8
2198/15 2199/14
2241/2
**zoom-in [3]** 2187/3
2189/1 2189/18
**zoomed [1]** 2227/16
**Zsuzsa [1]** 2118/6