<pre>
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2
      * * * * * * * * * * * * * * *    )
 3    UNITED STATES OF AMERICA,        )      Criminal Action
                                       )       No. 22-00015
 4                   Plaintiff,        )
                                       )
 5      vs.                            )      AFTERNOON SESSION
                                       )
 6    ELMER STEWART RHODES, III,       )      Washington, D.C.
      et al.,                          )      October 19, 2022
 7                                     )
                     Defendants.       )      1:47 p.m.
 8                                     )
      * * * * * * * * * * * * * * *    )
 9


10                TRANSCRIPT OF JURY TRIAL - DAY 14
11              BEFORE THE HONORABLE AMIT P. MEHTA,
                   UNITED STATES DISTRICT JUDGE
12


13
      APPEARANCES:
14
      FOR THE GOVERNMENT:      KATHRYN L. RAKOCZY, ESQ.
15                             TROY A. EDWARDS, JR., ESQ.
                               JEFFREY S. NESTLER, ESQ.
16                             LOUIS MANZO, ESQ.
                               UNITED STATES ATTORNEY'S OFFICE
17                                FOR THE DISTRICT OF COLUMBIA
                               601 D Street, Northwest
18                             Washington, D.C. 20579

19                             ALEXANDRA S. HUGHES, ESQ.
                               JUSTIN T. SHER, ESQ.
20                             U.S. DEPARTMENT OF JUSTICE
                               950 Pennsylvania Avenue, Northwest
21                             Washington, D.C. 20530

22
      FOR THE DEFENDANT        PHILLIP A. LINDER, ESQ.
23           RHODES:           JAMES L. BRIGHT, ESQ.
                               EDWARD L. TARPLEY, JR., ESQ.
24                             BARRETT BRIGHT LASSITER LINDER
                               3300 Oak Lawn Avenue
25                             Suite 700
                               Dallas, Texas 75219
</pre>

```
 1     APPEARANCES, CONT'D:

 2     FOR THE DEFENDANT        STANLEY E. WOODWARD, JR., ESQ.
               MEGGS:          BRAND WOODWARD LAW
 3                              1808 Park Road, Northwest
                               Washington, D.C. 20010
 4
                               JULI HALLER, ESQ.
 5                              LAW OFFICES OF JULI HALLER
                               601 Pennsylvania Avenue, Northwest
 6                              Suite 900
                               Washington, D.C. 20036
 7

 8     FOR THE DEFENDANT        BRADFORD L. GEYER, ESQ.
            HARRELSON:         FORMERFEDSGROUP.COM, LLC
 9                              141 I Route 130 South
                               Suite 303
10                              Cinnaminson, New Jersey 08077

11
       FOR THE DEFENDANT        JONATHAN W. CRISP, ESQ.
12           WATKINS:          CRISP AND ASSOCIATES, LLC
                               4031 North Front Street
13                              Harrisburg, Pennsylvania 17110

14
       FOR THE DEFENDANT        DAVID W. FISCHER, SR., ESQ.
15           CALDWELL:         FISCHER & PUTZI, P.A.
                               7310 Governor Ritchie Highway
16                              Glen Burnie, Maryland 21061

17
       REPORTED BY:            LISA EDWARDS, RDR, CRR
18                              Official Court Reporter
                               United States District Court for the
19                                District of Columbia
                               333 Constitution Avenue, Northwest
20                              Room 6706
                               Washington, D.C. 20001
21                              (202) 354-3269

22

23

24

25
```

1

<u>I N D E X</u>

2

3

|  | Direct | Cross | Red. |
|---|---|---|---|

4

5

<u>WITNESSES FOR THE GOVERNMENT:</u>

6

Jason Dolan

|  |  | 4351 |  |
|---|---|---|---|
|  |  | 4390 | 4403 |

7

8

Thomas Wickham

|  | 4420 | 4453 |  |
|---|---|---|---|
|  |  | 4460 |  |
|  |  | 4467 |  |
|  |  | 4470 | 4472 |

9

10

11

<u>EXHIBITS RECEIVED IN EVIDENCE</u>                          <u>PAGE</u>

12

Defendant Harrelson's Exhibit H-5                         4376
Defendant Harrelson's Exhibit H-7                         4378
Defendant Harrelson's Exhibit H-8                         4381
Defendant Harrelson's Exhibit H-9                         4382


Government's Exhibit No. 1051                             4406
Government's Exhibit No. 3500.2                           4423
Government's Exhibit No. 3500.12                          4427
Government's Exhibit No. 3501.15                          4429
Government's Exhibit No. 3501.16                          4431
Government's Exhibit No. 3501.17                          4433
Government's Exhibit No. 3503                             4435
Government's Exhibit No. 1516                             4437
Government's Exhibit No. 1057.SS                          4450
Government's Exhibit No. 1058.SS                          4452

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                THE COURT:  Please remain seated, everybody.

 2                THE COURTROOM DEPUTY:  Jury panel.

 3                (Whereupon, the jury entered the courtroom at 1:47

 4      p.m. and the following proceedings were had:)

 5                THE COURT:  Have a seat, everybody.  Welcome back.

 6      I hope everyone had a nice lunch break.

 7                We're ready to continue with Mr. Dolan, who I

 8      think is outside.

 9                MR. NESTLER:  Yes, your Honor.  He's on his way

10      in.

11                THE COURT:  Mr. Geyer, are you up next?

12                MR. GEYER:  Yes, your Honor.

13                (Thereupon, Jason Dolan entered the courtroom and

14      the following proceedings were had:)

15                THE COURT:  Mr. Dolan, welcome back.

16                Mr. Geyer, ready when you are.

17                          CROSS-EXAMINATION

18      BY MR. GEYER:

19      Q.  Hello, Mr. Dolan.  How are you today?

20      A.  Fine.  Thank you.

21      Q.  I represent Ken Harrelson, who's in the back.  I believe

22      you're friends.

23                First of all, I'd like to thank you for your

24      service.  Whenever I hear of five tours, that's an amazing

25      sacrifice you made for the country.  Thank you for that.
```

1          I'd like to direct your attention, if we could, to

2     January 3rd.  Is that when -- January 3rd, 2021.  Is that

3     when you learned that Ken Harrelson would be going to the

4     January 6th event in Washington, D.C.?

5     A.  I don't recall the exact date.  But that possibly could

6     be it.

7     Q.  It could have been the 3rd, maybe even the 4th?

8     A.  Again, I don't know the exact date.

9     Q.  You rented a minivan --

10    A.  Yes.

11    Q.  -- is that right?

12    A.  Yes.

13    Q.  And drove to his house?

14    A.  Yes.

15    Q.  Did you have an opportunity to meet his wife?

16    A.  Yes.  Briefly.

17    Q.  They did the hug good-bye stuff and got in the car and

18    drove to pick up Mr. Cummings?

19    A.  I'm sorry.  Could you repeat that?

20    Q.  They did the hug good-bye thing, got in the rented

21    minivan and then went to pick up Mr. Cummings?

22    A.  Yes.

23    Q.  And then went and overnighted in North Carolina.  Is

24    that right?

25    A.  I'm not sure.  I may have picked up -- I'm trying to

1  remember who I picked up first, if it was him or Terry.

2  Q.  Oh, it's okay.  Whether first or second.

3  A.  Yeah.  I think I got Ken first.

4  Q.  Thank you for clarifying for me.

5        And you spent the night in North Carolina, but

6  didn't have an opportunity to go to the range when you were

7  there.  Is that right?

8  A.  Yes.  We got there after dark.

9  Q.  And you made a stop in Arlington.  Is that right?

10  A.  Yes.  If you're talking about the hotel before we went

11  to D.C.

12  Q.  Right.  And then you stayed in the vehicle while Terry

13  and Ken went into the hotel?

14  A.  I was outside the vehicle, but I didn't go up inside the

15  hotel.  No.

16  Q.  Okay.  And then you went to the Washington, D.C., hotel.

17  Is that right?

18  A.  Yes.

19  Q.  At some point after you arrived at the Washington, D.C.,

20  hotel, did it come to your attention that there were events

21  over at the Capitol that required what is known as gray

22  security?  Am I referring to it properly?

23  A.  I'm not sure.  There's, I guess, events going that they

24  asked us to go to.

25  Q.  And this particular event, did you attend as security?

1    A.   Yeah.  I don't think it was directly as security.  It

2    was just to keep an eye on things and make sure nobody went

3    after the speakers.  But it wasn't, like, surrounding the

4    speakers and looking around.  It was just -- it was just

5    wandering around.

6    Q.   I guess in plainclothes?

7    A.   If I remember, I think it was, yes.

8    Q.   And what was the area of your concern?  When you're

9    thinking about security and you have speakers, what is it

10   you were looking for?

11   A.   At the time, looking for anybody that would try to go

12   after the speakers.  I guess Antifa types.  I believe there

13   was a lot of talk about Antifa.

14   Q.   Antifa.  Okay.

15        When you -- after that -- after that event was

16   over, you returned to the hotel?

17   A.   Yes.

18   Q.   And correct me if I'm wrong, but isn't it true that you

19   and Ken bought a couple of six-packs of beer?

20   A.   Yes.

21   Q.   And it was high-quality beer?

22   A.   I don't remember what beer I bought.  But --

23   Q.   Okay.

24   A.   -- it was the only store that was nearby.  It was one of

25   those -- I don't know -- kind of like boutique grocery

1    stores.  So probably whatever the price was was raised 10

2    percent and -- who knows.

3    Q.  Got it.  All right.

4         Do you recall if there was a meeting that night

5    for the security -- personal security details for the

6    following day?

7    A.  Yeah.  I recall their talk about a meeting.  Yes.

8    Q.  But you and Ken didn't go?

9    A.  No.

10   Q.  You basically were just hanging out, drinking?

11   A.  Yeah.  He had a different room than I did.  I believe

12   Terry and I stayed in a room.  But, yeah, just kind of

13   hanging out.

14   Q.  So nothing much happened that night?

15   A.  No.

16   Q.  You woke up in the morning, and correct me if I'm wrong,

17   but the garage was going to open up at around 6:00 a.m. and

18   you were going to get your gear?

19   A.  Yeah.  I'm not sure of the exact time.  I thought it was

20   a little later.  I think everybody was trying to leave at

21   6:00 a.m., and we had to wait to get our gear that was in

22   the car.

23   Q.  At some point, there was a communication between

24   Mr. Meggs and Mr. Harrelson where it was communicated that

25   the Secret Service preferred that kits not be brought behind

1    the barriers in the high-security areas.  Is that right?

2    A.  Yeah.  I didn't see the communication, but that's what

3    Kenny told me, and that's -- so we left -- we were told to

4    leave our gear behind.

5    Q.  Okay.  So you and Ken basically go over there in shirts,

6    pants?

7    A.  Correct.

8    Q.  You had almost like a burka.  Is that what you would --

9    A.  I knew it was going to be cold, so I grabbed one of

10   those, like, head things -- like the old mask thing.  I

11   figured it was double as the -- you know, the COVID mask and

12   to keep warm.  But yes.

13   Q.  Do you recall if you had any Mace on your person when

14   you went to the Ellipse?

15   A.  I had Mace, but I didn't bring it on the 6th.  I had it

16   on the 5th.

17   Q.  Okay.  When you were there -- let me rewind a little

18   bit.

19          When you were there on the 5th, it was your

20   understanding that that was perfectly legal to bring that to

21   the District.  Isn't that correct?

22   A.  That was my understanding.  Yes.

23   Q.  And isn't it also correct that before any Oath Keepers

24   event, there's a lot of thought given to what the local laws

25   are, there's a preop briefing, and there's strict guidelines

1    communicated to anybody attending about what they're able to

2    bring or not bring.  Isn't that true?

3                  MR. NESTLER:  Objection.  Compound.

4                  THE COURT:  It's sustained.  I mean, he also --

5    he's testified about two.  So I don't know that he can

6    testify -- answer that question.

7    BY MR. GEYER:

8    Q.  Was there a preop briefing prior to the January 5th and

9    6th event?

10   A.  There was a lot of talk on the Signal chat about what we

11   could bring and what we couldn't bring.

12   Q.  And was it communicated to you that it would be okay to

13   bring the Mace?

14   A.  Yes.

15   Q.  And to be clear, the Mace is to protect you against

16   attackers.  Isn't that correct?

17   A.  Yes.

18   Q.  And to protect your protectees?

19   A.  If needed.  Yes.

20   Q.  And would it be fair to say that pretty much the

21   exclusive focus on who these attackers might be was Antifa?

22   A.  Yes.

23   Q.  Okay.  So you got up in the morning.  Everybody is gone.

24   You have the communication from Mr. Meggs saying to leave

25   the kits behind.  And you take an Uber to the Ellipse?

1    A.  It was -- yeah.  Uber, Lyft, one of those types of

2    things.  Yes.

3    Q.  And I'm just going to refer to the exhibits that

4    Ms. Haller introduced related to your activities at the

5    Ellipse where -- you were behind the portable barriers.

6    Isn't that correct?

7    A.  Yes.  If you're talking about before everybody moved up

8    to the steps, yes.

9    Q.  And were you given a pass of some kind?

10   A.  You're talking about from much earlier in the day or...

11   Q.  Well, I see some in the security detail -- which I'll

12   show you the last security detail of the day for your

13   team -- I see some of the members have lanyards with a

14   badge.

15           Did you have anything like that?

16   A.  I did, yes.  That was from earlier in the day when we

17   were over at the Ellipse and watching President Trump at the

18   time speak.  I believe, if you were going through security,

19   they gave you that.

20   Q.  Okay.  At some point, did it come to your attention that

21   there was a need to bring speakers, VIPs, protectees,

22   whatever you want to call them, from the Ellipse over to the

23   day's next events by the Capitol?

24   A.  Speakers?  Oh, you mean people?

25   Q.  Yes.

1      A.  I thought -- yes.  So from my understanding, there were

2      a bunch of speakers that wanted to be able to get over to

3      the Capitol area so they could speak.  Yes.

4              MR. GEYER:  I'm going to mark for

5      identification -- I have what's been marked as Defense

6      Exhibit H-4.

7              J.C., if you'd be so kind as to publish that to

8      the witness.

9              THE COURTROOM DEPUTY:  Yes.

10             THE COURT:  Any objection?

11             MR. NESTLER:  I'm sorry.  Publishing it to the

12     witness?  No objection to showing it to the witness.

13             THE COURT:  Okay.

14     BY MR. GEYER:

15     Q.  Do you recognize this -- what this is?

16     A.  It looks like a map of the area.

17     Q.  Did you see this being circulated prior to January 6th?

18     A.  I don't remember specifically.  There were fliers going

19     around.  I don't remember seeing this specifically, but I

20     don't also not remember seeing it, if that makes sense.  So

21     I can't say one way or another if I specifically remember

22     this particular flier.  But it's possible I saw it.

23     Q.  Regarding the wild protest from 10:00 a.m. to 5:00 p.m.,

24     was it your understanding that the protectees who you were

25     bringing from the Ellipse to the Capitol had some

1    affiliation or some involvement with the wild protest?

2    A.   The only two names I see on there that I recognize are

3    Ali Alexander and Roger Stone.   I heard those names being --

4    you know, being spoken of.   So if that's where they were

5    going, then that's how I probably would have heard of it.

6    Q.   And do you see where it says -- it states, "We the

7    people must take the U.S. Capitol lawn and steps and tell

8    Congress, Do not certify on Jan 6.   Congress cannot certify

9    this fraudulent Electoral College"?

10   A.   I can read it.   Yes.

11   Q.   Oh, you read it?

12   A.   Yes.

13   Q.   So is this the first time you're seeing this?

14   A.   Again, I'm not sure if I saw this that day.   It's

15   probably the first time that I'm reading this.   Yes.

16   Q.   Does it appear to you to be a true and accurate

17   depiction of the day's events?

18   A.   Can you clarify?   What do you mean?

19   Q.   Does this seem to you to accurately portray the day's

20   events on January 6th?

21            THE COURT:   Does the Government have an objection?

22            MR. NESTLER:   Yes.   We object.

23            THE COURT:   Okay.   Mr. Geyer, I don't know if you

24   can get it in through him.

25            MR. GEYER:   Okay.   I'll move on.

1    BY MR. GEYER:

2    Q.  Just for your -- just so you know what this next exhibit

3    is, it's Defense Exhibit 3.  And all they are is

4    surveillance cameras that followed the Oath Keepers from

5    First and Constitution Avenue, which I think you may have

6    mentioned, and the point in time when you and Kenneth

7    Harrelson walked towards the steps.  Okay?

8    A.  Okay.

9    Q.  So -- and I'm just going to advance forward a little bit

10   and see if you can identify -- just so you know where I'm

11   coming from.

12               (Whereupon, segments of Defendant Harrelson's

13   Exhibit No. 3 were published in open court.)

14               THE COURT:  Mr. Geyer, maybe you can direct him to

15   which of the four squares you'd like him to be looking at.

16               MR. GEYER:  Thank you, your Honor.

17   BY MR. GEYER:

18   Q.  Mr. Dolan, if you'd direct your attention to the upper

19   right square, camera No. 0762.  You'll note in the upper

20   right it's 1:44:20.  1:44.

21               In the lower right -- can you identify that

22   individual in the lower right speaking to the police officer

23   in the yellow vest?

24   A.  Can I identify him?

25   Q.  Yes.

```
 1    A.  No.  Not really.  I can't identify him.

 2    Q.  Bear with me.  Just keep watching.  We'll get to the

 3    star of the show.

 4              (Whereupon, segments of Defendant Harrelson's

 5    Exhibit No. 3 were published in open court.)

 6    BY MR. GEYER:

 7    Q.  Right there, do you see the individual above the woman

 8    in red?

 9    A.  Yes.

10    Q.  Who is that?

11    A.  It looks like me.

12    Q.  Is this a personal security detail?

13    A.  That's what it looks like.

14              (Whereupon, segments of Defendant Harrelson's

15    Exhibit No. 3 were published in open court.)

16    BY MR. GEYER:

17    Q.  And who is that at the rear of the security detail

18    walking sideways?

19    A.  It looks like Kenny.

20    Q.  And what is he doing?

21    A.  It looks like he's walking.

22              (Whereupon, segments of Defendant Harrelson's

23    Exhibit No. 3 were published in open court.)

24    BY MR. GEYER:

25    Q.  And you're turning the corner here, aren't you?
```

1    A.  It looks like it, yes.

2    Q.  Okay.  We're going to fast-forward.

3              (Whereupon, segments of Defendant Harrelson's

4    Exhibit No. 3 were published in open court.)

5    BY MR. GEYER:

6    Q.  In the upper right again, 0813, it's 1:50.

7    A.  Okay.

8    Q.  Do you recognize yourself there?

9    A.  It looks like -- yeah.  Yes.

10   Q.  And you're headed to where the stage is supposed to be,

11   aren't you?

12   A.  If that's where the back of the Capitol is, then yes.

13   Q.  In the upper left, you're going to see a white circle

14   pop up.

15   A.  Okay.

16   Q.  Do you recall walking in this direction with the

17   security detail?

18   A.  Yes.  That looks like -- about right.

19   Q.  I'm going to fast-forward again.

20             (Whereupon, segments of Defendant Harrelson's

21   Exhibit No. 3 were published in open court.)

22   BY MR. GEYER:

23   Q.  In the upper left, you'll see a white circle.  And in

24   the right, is this your personal security detail walking in

25   the screen left to right?

1    A.  I'm trying to -- which --

2    Q.  It's coming.

3    A.  The white circle?  Okay.

4    Q.  Now, the person at the front end who seems to be in the

5    lead there, do you recall if that's Tom Burgess?

6    A.  I don't know his name.  As I said, when we were going up

7    there, there were a couple of other Oath Keepers besides

8    Kenny and I.  I just didn't know who they were.  They were

9    wearing jackets so --

10   Q.  Sure.

11   A.  If they moved away or were close, once we were in the

12   crowd, I couldn't tell anymore.  But --

13   Q.  So their identity really didn't have any significance to

14   you?

15   A.  No, other than the fact that we were helping each other

16   move the people up to this area.

17   Q.  Do you think you could recall any of the individuals

18   that were in this security detail?

19   A.  By name or -- I probably couldn't.

20   Q.  Dr. Simone Gold?  Can you recall --

21   A.  I thought I'd heard the name Ali, and then the person I

22   thought it was turned out not to be, so that was really the

23   only other name I knew.

24   Q.  Sure.

25            I'm going to continue playing the video.

1          (Whereupon, segments of Defendant Harrelson's

2    Exhibit No. 3 were published in open court.)

3    BY MR. GEYER:

4    Q.  And just for your situational awareness, Mr. Dolan, the

5    bottom right, 0907, is a camera that's facing the planters

6    that are directly to the east of the center east stairs.

7    And the camera on the bottom left is facing west.  It's a

8    pole camera that's facing west towards the east stairs.

9    A.  Okay.

10   Q.  You didn't have the benefit of this information on the

11   6th, unfortunately.

12          (Whereupon, segments of Defendant Harrelson's

13   Exhibit No. 3 were published in open court.)

14   BY MR. GEYER:

15   Q.  In the upper right, at the 9 o'clock -- okay.  We just

16   zoomed in the upper right, and I believe you'll see -- is

17   that Kenny Harrelson walking in with a protectee?

18   A.  It very well could be.  It looks like it.  Yes.

19   Q.  And are you standing next to him now?

20   A.  Yes.

21   Q.  It's 1:53, is it not?

22   A.  If the time is accurate, yes.

23   Q.  That time was in the upper right.

24   A.  I see it.

25   Q.  Let me just stop this for a second.

1    Are you thinking about disrupting the college and

2    the certification of the college as you stand there?

3    A.  No.

4    Q.  Were you out of phone coverage for most of the day?

5    A.  I don't know.  I didn't try.  I put my phone into

6    airline mode to save battery.

7    Q.  Why did you put your -- oh.  Before you put it into

8    airline mode, did you experience a communications failure?

9    A.  I put it into airline mode probably very early in the

10   morning.  If I remember right, somewhere on the way, I

11   think, as we were -- got out of the Uber and were walking

12   towards where we were going to meet up with everybody else.

13        I didn't have the best battery in my phone, so I

14   knew it would die quick, and I thought putting it in airline

15   mode would save battery because I knew I wanted to take

16   pictures.

17   Q.  Now -- it's 1:53 now.  And you testified that on the way

18   over, either somebody said -- one of the protectees said or

19   they received a communication, perhaps a text, that the

20   Capitol had been breached.  Is that your recollection?

21   A.  That's my recollection.  Yes.

22   Q.  Okay.  Would your recollection change if I told you that

23   the first breach of the Capitol was actually at 2:13 in the

24   west plaza on the west side of the building?

25   A.  My recollection wouldn't change.  That's just what I

 1    remember.

 2    Q.  That's all you remember?

 3              And --

 4    A.  So I don't know if there was a breach or they were

 5    trying to breach, but it seemed like something was

 6    happening.

 7    Q.  Something was happening.  Okay.

 8              I'm going to continue.

 9              (Whereupon, segments of Defendant Harrelson's

10    Exhibit No. 3 were published in open court.)

11    BY MR. GEYER:

12    Q.  Now, were you and Kenny right now planning to attack the

13    Capitol?

14    A.  No.

15              (Whereupon, segments of Defendant Harrelson's

16    Exhibit No. 3 were published in open court.)

17    BY MR. GEYER:

18    Q.  Do you recall what you were talking about?

19    A.  Probably just BSing.  I think the organizers were trying

20    to figure out where their podiums were.

21    Q.  In fact, weren't they trying to find what happened to

22    where all the people were that they were going to set up the

23    stage?

24    A.  Yeah.  Trying to figure out where their podiums were.

25    Q.  You're not thinking about attacking police officers

4368

```
1    here, are you?

2    A.  No.

3            (Whereupon, segments of Defendant Harrelson's

4    Exhibit No. 3 were published in open court.)

5    BY MR. GEYER:

6    Q.  Are you plotting at this point?

7    A.  I'm sorry?

8    Q.  Are you plotting?

9    A.  Plotting?

10   Q.  P-L-O-T-T-I-N-G, plotting.

11   A.  As in trying to attack?

12   Q.  Trying to formulate a plan to attack.

13   A.  No.

14   Q.  You're basically just standing around talking.

15   A.  Yes.

16   Q.  Chatting.

17           (Whereupon, segments of Defendant Harrelson's

18   Exhibit No. 3 were published in open court.)

19   BY MR. GEYER:

20   Q.  Does it look like you're trying to make a call there?

21   Or am I mis-seeing that?  Oh, are you on the phone there, do

22   you think?

23   A.  I could be.  I may have tried to get ahold of my wife at

24   some point.  That's the only person I could have imagined

25   trying to call at that point in time.
```

1    Q.  Sure.

2              (Whereupon, segments of Defendant Harrelson's

3    Exhibit No. 3 were published in open court.)

4    BY MR. GEYER:

5    Q.  There you are talking to Kenny again.

6              Now, I'll direct your attention to the bottom

7    right.  What you didn't have the benefit of knowing -- and

8    we heard this from -- strike that.

9              Does it look like you're putting your phone back

10   in your pocket, pulling it out again?  Is that right?

11   A.  Could be.  Sure.

12   Q.  I want you to direct your attention to the upper left,

13   0953.

14             You're not -- this is a camera that points on the

15   northeast gates by the Senate.  Did you even know where the

16   Senate was in relation to the House of Representatives on

17   January 6th?

18   A.  No.

19   Q.  When you were -- if I asked you when you were walking

20   across the street -- I played you that tape with the

21   security detail crossing the street -- would you know if you

22   were going north, south, east or west when you crossed that

23   street?

24   A.  No.

25   Q.  Can you let me know when you think, based on your

1    behavior in the upper right, you became aware that something

2    was amiss?

3                (Whereupon, segments of Defendant Harrelson's

4    Exhibit No. 3 were published in open court.)

5    BY MR. GEYER:

6    Q.  By the way, did you expect this to happen?  Did you

7    expect everybody to just spontaneously walk to the steps?

8    A.  I didn't know what was happening.  No.

9    Q.  In the upper left again.

10                (Whereupon, segments of Defendant Harrelson's

11   Exhibit No. 3 were published in open court.)

12                THE WITNESS:  Sorry.  You said upper left?

13   BY MR. GEYER:

14   Q.  Yes.  I'm sorry.  Upper left.

15   A.  I'm sorry.  I just want to confirm which screen I'm

16   watching.  The one with me on it or this other screen with

17   people walking?

18   Q.  That's a great question.  Thank you, Mr. Dolan.  I

19   appreciate you helping me be more clear.  The Court probably

20   does, too.

21                Right now, just as you're kind of keeping

22   situational awareness on the right as to what you and Kenny

23   are doing within the huddle of protectees, watch these --

24   these individuals feeding in on 0953, which is in the upper

25   left.

1        (Whereupon, segments of Defendant Harrelson's

2    Exhibit No. 3 were published in open court.)

3    BY MR. GEYER:

4    Q.  Did you see what just happened there in the upper left?

5    A.  No.  Could you rewind it just a tad?

6    Q.  Sure.

7        (Whereupon, segments of Defendant Harrelson's

8    Exhibit No. 3 were published in open court.)

9    BY MR. GEYER:

10   Q.  The gates are up.  Now watch what happens.

11       (Whereupon, segments of Defendant Harrelson's

12   Exhibit No. 3 were published in open court.)

13   BY MR. GEYER:

14   Q.  Did you see how the police, when those gates originally

15   opened, they about-faced and they walked in the other

16   direction?  Did you see that?

17   A.  I saw the gates open.

18       THE COURT:  Mr. Geyer, can we move on?  I'm not

19   quite sure I know what the relevance of this is.  So

20   let's -- can we move on to the next topic?

21       (Whereupon, segments of Defendant Harrelson's

22   Exhibit No. 3 were published in open court.)

23   BY MR. GEYER:

24   Q.  And you're in the upper right.  Focus on the upper

25   right, if you would.  There's going to be a camera change.

1              (Whereupon, segments of Defendant Harrelson's

2    Exhibit No. 3 were published in open court.)

3    BY MR. GEYER:

4    Q.   Now, in the upper left you can see the demonstrators or

5    protesters in the upper left moving towards the east steps,

6    can't you?

7    A.   Yes.  It appears that way.

8    Q.   Looking at your demeanor on the right, has that fact

9    become evident to you yet?

10   A.   I don't even see myself anymore in the upper right.

11   Q.   You'll appear again in a moment.

12              (Whereupon, segments of Defendant Harrelson's

13   Exhibit No. 3 were published in open court.)

14   BY MR. GEYER:

15   Q.   Now, at this point in the lower right, you see

16   provocateurs pushing through.  This would be to your left.

17   The way you're standing would be to your left facing the

18   Capitol.

19              Based on your behavior in the upper right, has

20   that entered your consciousness yet, that the police in the

21   lower right are under attack, at least in terms of pushing

22   barriers, and that it looks like hundreds of people are

23   walking north to south in the front of the Capitol?  I'm

24   going to rewind it.

25              (Whereupon, segments of Defendant Harrelson's

1    Exhibit No. 3 were published in open court.)

2    BY MR. GEYER:

3    Q.  Find yourself in the upper right.  And tell me when you

4    think you suspect something amiss is happening.

5            (Whereupon, segments of Defendant Harrelson's

6    Exhibit No. 3 were published in open court.)

7    BY MR. GEYER:

8    Q.  Are you going for a cigarette now?

9    A.  Probably.

10           THE COURT:  Mr. Geyer, can I ask you to get on the

11   phone, please.

12           (Whereupon, the following proceedings were had at

13   sidebar outside the presence of the jury:)

14           THE COURT:  So, look, I understand the importance

15   of this.  But if there are specific times and images you

16   want him to take a look at, can we move to these?  Because

17   sitting here and just watching it pass in realtime is not

18   exactly efficient.  And I'd like to get Mr. Dolan off the

19   stand today.

20           MR. GEYER:  Okay, your Honor.  I have -- let's

21   see -- less than a minute on this.  Then it's the walk to

22   the steps, which is a minute or two.  And then it's the

23   steps and then it's entering the Capitol.

24           I'll -- this is, like, a key witness for us.  I'm

25   trying to get it in as comprehensively --

1           THE COURT:  There's little doubt you're trying to

2     get it in comprehensively, and it is in comprehensively.

3     So, again, if you're going to show the same videos that the

4     Government has shown or somebody else has shown, just move

5     to what you want him to look at --

6           MR. GEYER:  Okay.

7           THE COURT:  -- instead of just letting it roll.

8     Okay?  Because --

9           MR. GEYER:  I'll speed it up, your Honor.

10          THE COURT:  -- he's been on the stand now for a

11    very long time and we still have two more lawyers to go,

12    so -- or at least one more lawyer to go.  Two more.

13          MR. GEYER:  That's right, your Honor.  I'm sorry.

14          (Whereupon, the following proceedings were had in

15    open court:)

16    BY MR. GEYER:

17    Q.  Looking at the upper right, please.

18          (Whereupon, segments of Defendant Harrelson's

19    Exhibit No. 3 were published in open court.)

20          THE WITNESS:  Can you pause it?  Are we still

21    waiting -- looking for that same question?

22    BY MR. GEYER:

23    Q.  Yes.

24    A.  Okay.

25    Q.  Let me know when you think something is amiss.

1          (Whereupon, segments of Defendant Harrelson's

2     Exhibit No. 3 were published in open court.)

3          THE WITNESS:  I'd say right there.

4     BY MR. GEYER:

5     Q.  Okay.  And I'm going to continue to play.

6          (Whereupon, segments of Defendant Harrelson's

7     Exhibit No. 3 were published in open court.)

8     BY MR. GEYER:

9     Q.  Do you see the upper left?

10    A.  Yes.

11    Q.  Do you know about where the portable bike racks were on

12    that camera that faces east from the Senate steps?

13    A.  Can you pause that?

14          Do you have any -- do you have any map or anything

15    like that?  That way, I can specifically say where I think

16    they are.

17          THE COURT:  Mr. Geyer, why don't you point out to

18    him where you think it is and have him confirm it.

19          MR. GEYER:  Confirm?

20          THE COURT:  Point out where you think it is and

21    see if he agrees with you.

22          MR. GEYER:  Oh.

23    BY MR. GEYER:

24    Q.  There was a line of bike racks --

25    A.  Along the grass, you're talking about?

1    Q.  Yes.

2              THE COURTROOM DEPUTY:  It's a touch screen.

3              MR. GEYER:  Oh, thank you.

4    BY MR. GEYER:

5    Q.  Right along there.

6    A.  Yeah.  Closer to the grass, but yeah, that's the general

7    area.

8    Q.  Okay.  I have what's been marked for identification as

9    Defense Exhibit H-5.  This is a photo of -- a still shot

10   from the camera that I previously identified.  And it is --

11             THE COURT:  Any objection to admitting this?

12             MR. NESTLER:  No, your Honor.

13             (Whereupon, Defendant Harrelson's Exhibit No. H-5

14   was entered into evidence.)

15             THE COURT:  All right.  Let's show it to the jury

16   and to the witness.

17             MR. GEYER:  Thank you, your Honor.

18   BY MR. GEYER:

19   Q.  And you see the bike racks are up.  And then I have --

20   40 seconds later, the bike racks are down.  This is Defense

21   Exhibit H-6.  And that's 13:59:04, 40 seconds later.

22             Now, at 13:59:04, which is 1:59:04 -- I'd have to

23   rewind this back to here, back to here, back to here, back

24   to here.  This is 1:59:05.

25             Now, looking at your demeanor, you had no

1    awareness that the portable barriers even came down, did

2    you?

3    A.  No, I did not.

4           (Whereupon, segments of Defendant Harrelson's

5    Exhibit No. H-5 were published in open court.)

6    BY MR. GEYER:

7    Q.  And you're not leading the protectees; you're in the

8    rear, aren't you, Mr. Dolan?

9    A.  Yeah.  They took off.

10   Q.  And here, do you see where you're standing?  And there's

11   Ken with a cigarette dangling from his mouth?

12   A.  Yes.

13   Q.  And he's filming.  Correct?

14   A.  Yes.

15   Q.  Okay.  Were you standing next to Ken while he was

16   filming this shot?

17   A.  Most likely.

18   Q.  I want you to listen very carefully to what he says,

19   because it's very important.

20          THE COURT REPORTER:  Counsel, for the record, is

21   this H-5?

22          MR. GEYER:  This is --

23          THE COURT:  It's H-7.

24          MR. GEYER:  7.  Thank you.

25          THE COURT:  Any objection?

```
 1              MR. NESTLER:  No, your Honor.  Thank you.
 2         (Whereupon, Defendant Harrelson's Exhibit No. H-7
 3    was entered into evidence.)
 4              (Whereupon, segments of Defendant Harrelson's
 5    Exhibit No. H-7 were published in open court.)
 6    BY MR. GEYER:
 7    Q.  This is not the version that's subtitled, but I believe
 8    what is stated is -- and I apologize for the profane
 9    language, but "They're storming the fucking Capitol.
10    Whoopdy-fucking-do."
11              I believe that's the quote.
12              Do you recognize that voice?
13              (Whereupon, segments of Defendant Harrelson's
14    Exhibit No. H-7 were published in open court.)
15    BY MR. GEYER:
16    Q.  "They're storming the fucking Capitol building.
17    Whoopdy-fucking-do."
18              Did you hear that?
19    A.  I heard it.  Yes.
20    Q.  Do you know who said that?
21    A.  Not for 100 percent certainty, no.
22    Q.  How about to a reasonable certainty?
23    A.  If Kenny is filming it, it was probably Kenny.
24    Q.  Okay.
25    A.  But I --
```

1    Q.  And he says -- just to be clear, he says, "They're

2    storming the Capitol."  He doesn't say, "We're storming the

3    Capitol."

4            Isn't that correct?

5    A.  That's what was said.  Yes.

6    Q.  Because you were there working, weren't you?

7    A.  I was there.  Yes.

8            (Whereupon, segments of Defendant Harrelson's

9    Exhibit No. H-7 were published in open court.)

10   BY MR. GEYER:

11   Q.  Now, at the end, was that you saying:  "I think we

12   should go up there," and Kenny said:  "Huh?"  And you said:

13   "I think we should go up there"?

14   A.  It's quite possible.  Yes.

15   Q.  You weren't going up there to attack the Capitol, were

16   you?

17   A.  I wasn't going up to attack the Capitol.  No.

18   Q.  Okay.  You weren't going there to disrupt the

19   certification of the college?

20   A.  I didn't know what was happening at that point.

21   Q.  Just kind of a confusing moment.  Is that fair to say?

22   A.  Yes.

23   Q.  Okay.  I'm going to go to Government's Exhibit 1503.

24           This isn't where the January 6th story began for

25   James Dolan and Ken Harrelson, is it?

1    A.  "Jason."

2    Q.  Jason.  Sorry.  Sorry, Mr. Dolan.

3              This isn't where the whole story began.  Right?

4    It began earlier in the day?

5    A.  We went up there early that morning.  Yes.

6    Q.  You had to work on security details.  Right?

7    A.  Yes.

8    Q.  So if somebody testified about there not being security

9    details earlier in the day, that would be incorrect.

10   Correct?

11             MR. NESTLER:  Objection.

12             THE COURT:  Sustained.

13             (Whereupon, segments of Government's Exhibit No.

14   1503 were published in open court.)

15   BY MR. GEYER:

16   Q.  Do you recognize who these two people are?

17   A.  It looks like me and Kenny.

18   Q.  And Ken is in front and you're behind.  Is that correct?

19   A.  That's what it looks like.

20   Q.  You can't -- can you see police officers on the stairs

21   at this point?

22   A.  I'm not sure what I saw at that point.  Probably --

23   maybe; maybe not.  I don't know.

24             (Whereupon, segments of Government's Exhibit No.

25   1503 were published in open court.)

1    BY MR. GEYER:

2    Q.  Where do you see police officers?

3    A.  You can see where the line stops.  There's police

4    officers up at the top.  And --

5    Q.  The three police officers up at the top?

6    A.  I see them.  Yes.

7    Q.  Okay.

8              MR. GEYER:  This is from camera 0952.  I offer it

9    for identification as Defense Exhibit D-8 [sic].

10             THE COURT:  Any objection to H-8?

11             MR. NESTLER:  No, your Honor.

12             (Whereupon, Defendant Harrelson's Exhibit No. H-8

13   was entered into evidence.)

14   BY MR. GEYER:

15   Q.  I have a red circle.

16             Do you recall being there at around 2:00 on

17   January 6th, you and Ken?

18   A.  Not that specific spot.  But yeah, in that area.

19   Q.  Okay.  Do you see the feed at the upper right of this

20   camera?

21   A.  Yes.

22   Q.  There's a line of police going down there, isn't there?

23   A.  If those are police, then yes.

24   Q.  And you weren't able to see that line of police, were

25   you?  You were looking at the police up higher.

1   A.  I don't recall at that exact moment what I was seeing

2   and what I wasn't seeing.

3   Q.  That's fair.

4         MR. GEYER:  I'd like to mark this for

5   identification as Defense Exhibit H-9.

6         THE COURT:  Any objection?

7         MR. NESTLER:  Sorry.  I don't see anything

8   different, your Honor.

9         Is this the same?

10        MR. GEYER:  No.  There's a circle this time around

11  Mr. Dolan, who broke away from Ken.

12        MR. NESTLER:  I'm sorry.  No objection.  I didn't

13  realize it was a different exhibit.  No objection.

14        THE COURT:  H-9 is admitted.

15        MR. GEYER:  Thank you.

16        (Whereupon, Defendant Harrelson's Exhibit No. H-9

17  was entered into evidence.)

18        (Whereupon, segments of Defendant Harrelson's

19  Exhibit No. H-9 were published in open court.)

20  BY MR. GEYER:

21  Q.  If you look at the red hat, just to the right of it on

22  Exhibit 1077 --

23  A.  Can you circle it or something?  There's a lot of red

24  hats.  I'm trying to pick out -- are you talking about the

25  big red hat?

1    Q.  (Indicates.)

2    A.  Okay.  Fair enough.

3    Q.  Those are your hands.  Correct?

4    A.  It looks like it.

5    Q.  But I want you to focus on the man who followed you like

6    a cheap suit up the stairs, right here.  I'm going to hit

7    play.  Okay?

8    A.  Okay.

9    Q.  Ken is behind you.  A man steps in front of him.  You

10   break and walk.  The man on the left that I've circled

11   follows you.

12              (Whereupon, segments of Defendant Harrelson's

13   Exhibit No. H-9 were published in open court.)

14   BY MR. GEYER:

15   Q.  Do you see him?

16   A.  Okay.  Yeah.  I see somebody.

17   Q.  Right here.

18              Do you see Ken Harrelson there?

19   A.  It looks like maybe behind him, if that's his camouflage

20   hat, possibly behind that blue hat with the diamond.  Is

21   that what you're referring to?

22   Q.  Yeah.  Can you draw an arrow pointing to Ken Harrelson?

23   A.  I'm going to assume that that would be him.

24   Q.  Right.

25              Do you see that unidentified individual step right

4384

1    in front of him?

2    A.  Yeah.  Where you --

3    Q.  I'll rewind it and replay it.

4              (Whereupon, segments of Defendant Harrelson's

5    Exhibit No. H-9 were published in open court.)

6    BY MR. GEYER:

7    Q.  And that was the last time you saw each other until a

8    few minutes before the Kelly Meggs contingent walked up the

9    steps.  Isn't that true?

10   A.  Well, no.  We met -- we met back up before Kelly came up

11   the steps.  But at some point, if that was that point, we

12   got separated.  Yes.

13   Q.  Would you say you were separated for the vast majority

14   of the time that you were standing on the steps?

15   A.  Probably.

16   Q.  Okay.  Now we can see -- clearly see the line of police,

17   can't we?  I'll go back here.

18             (Whereupon, segments of Defendant Harrelson's

19   Exhibit No. H-9 were published in open court.)

20   BY MR. GEYER:

21   Q.  This is you on the steps.  Now, you didn't go up on the

22   steps to attack the police officer, did you?

23   A.  I moved up to get closer.

24   Q.  Were you interested in having a conversation with the

25   police officer?

Dolan - CROSS - By Mr. Geyer

1    A.  No.

2    Q.  Did you have any intention to get in any kind of a

3    dispute with the police officer?

4    A.  No.  I wasn't intending to go after police officers.

5    Q.  Did you find yourself at some point being physically

6    assaulted when you were standing on the steps?

7    A.  There was a lot of pushing and shoving on the steps.

8    Q.  Was any of it directed at you specifically?

9    A.  I think I was pushed by one of the police officers and

10   then decided to leave those steps.

11            (Whereupon, segments of Defendant Harrelson's

12   Exhibit No. H-9 were published in open court.)

13   BY MR. GEYER:

14   Q.  Do you see the person who followed you up the steps is

15   actually standing behind you now with the phone facing the

16   camera and he's pushing you towards the police officer?

17   A.  I can't tell.  Everybody was getting pushed everywhere

18   up there, but -- yeah.  I see somebody pushing me.

19   Q.  Okay.  And is that -- did you identify him as Ricky

20   Christopher Willden?

21   A.  I'm sorry?

22   Q.  Do you know him as Ricky Christopher Willden?

23   A.  I've never heard the name.

24   Q.  Never seen him before?

25   A.  No.

1          (Whereupon, segments of Defendant Harrelson's

2     Exhibit No. H-9 were published in open court.)

3     BY MR. GEYER:

4     Q.  Okay.  And then you basically just back out.  Is that

5     correct?

6     A.  Yes.

7               MR. GEYER:  For the Government's Exhibit -- this

8     is just 1501.  It's another version of 1501.  It's panned

9     back.

10              (Whereupon, segments of Government's Exhibit No.

11    1501 were published in open court.)

12    BY MR. GEYER:

13    Q.  I'm going to play the video of Kelly Meggs walking up

14    the steps.  Okay?

15    A.  Yes.

16    Q.  Do you recognize this scene?

17    A.  Yes.

18    Q.  Can you draw a circle around -- actually, I like the

19    arrows.  Can you draw an arrow pointing to you and then an

20    arrow pointing at Ken?

21    A.  (Indicates.)

22    Q.  Thank you.

23              (Whereupon, segments of Government's Exhibit No.

24    1501 were published in open court.)

25

Dolan - CROSS - By Mr. Geyer

4387

1    BY MR. GEYER:

2    Q.  Do you know this individual who -- strike that.

3            The top guy is Kelly Meggs, isn't it?

4    A.  From this angle, I'm not sure.

5            (Whereupon, segments of Government's Exhibit No.

6    1501 were published in open court.)

7    BY MR. GEYER:

8    Q.  The guy with the red hoodie and black hat who's at the

9    front of the column, do you know who he is?

10   A.  I barely knew any of the Oath Keepers, much less anybody

11   else there.  No.  I don't know who he is.

12   Q.  Do you know who this person is here with the bullhorn

13   who just shook his head?

14           THE COURT:  Mr. Geyer, I think he testified he

15   does not know who else is in the crowd.  So can we move

16   forward, please?

17           (Whereupon, segments of Government's Exhibit No.

18   1501 were published in open court.)

19   BY MR. GEYER:

20   Q.  This person, bald guy, referenced before, do you see how

21   he's sliding behind you guys as the national anthem is being

22   sung?

23   A.  (No response.)

24   Q.  At this point, Government's --

25           THE COURT REPORTER:  I didn't hear an answer.

Dolan - CROSS - By Mr. Geyer

```
 1                THE COURT:  There wasn't one.

 2                MR. GEYER:  There wasn't one.  It's okay.

 3                THE WITNESS:  Is there something -- was there a

 4       question, then, please?

 5       BY MR. GEYER:

 6       Q.  I'll go back.  You're right.

 7                THE COURT:  Mr. Geyer, can we please -- I'm

 8       directing you now to please move forward.  Okay?  I mean, I

 9       know the point you're trying to make.  The jury gets the

10       point you're trying to make.  Let's get Mr. Dolan off the

11       stand at some point today, please.

12                MR. GEYER:  Okay.

13       BY MR. GEYER:

14       Q.  At this point, the Government's exhibit ends, during the

15       last two stanzas of the national anthem.  Now, you were

16       standing on the steps during the last two stanzas of the

17       national anthem, weren't you?

18       A.  Yes.

19       Q.  Did you have any idea that at that moment police by the

20       Columbus door were being brutally attacked by goons and

21       provocateurs spraying Mace all over them by the Columbus

22       door?

23       A.  No.

24                MR. GEYER:  This was a defense -- this was a

25       defense exhibit and a prosecution exhibit.  It's the Ford
```

 1    Fischer video.  I'll get the court reporter the proper

 2    exhibit number.  It's been introduced into evidence.

 3    BY MR. GEYER:

 4    Q.  Do you remember the scene -- you testified to Ms. Haller

 5    you remember the scene.  Is that right?

 6    A.  Yes.

 7    Q.  And this is right after the national anthem is over.

 8    Correct?

 9    A.  Shortly after that.  Yes.

10              (Whereupon, segments of the Ford Fischer video

11    were published in open court.)

12    BY MR. GEYER:

13    Q.  In the lower right --

14              THE COURT:  Mr. Geyer, come on.  Stop asking him

15    to identify somebody he doesn't know, please.  Otherwise,

16    I'm going to have you sit down.

17              (Whereupon, segments of the Ford Fischer video

18    were published in open court.)

19    BY MR. GEYER:

20    Q.  You said that when you went up to the Columbus door

21    level that the crowd sort of parted and you could just walk

22    right in.  Is that right?

23    A.  It seemed like it.  Yes.

24    Q.  And --

25    A.  I was more towards the middle of the crowd, so -- as you

1   can see.  So I mean, I didn't have the perfect vantage

2   point.  But...

3   Q.  Were you expecting the door to open?

4   A.  No.

5   Q.  When it opened, what happened?

6   A.  People started going in.

7   Q.  Did you -- were you constricted in your physical space?

8   A.  It was pretty tight.

9   Q.  You basically got trash-compacted, didn't you?

10  A.  It was -- it was pretty tight.

11  Q.  And did you think you were being let into the Capitol?

12  A.  Let in?

13  Q.  Yes.

14  A.  I don't think I was contemplating that at all at the

15  time.  I was trying to take pictures, filming and watching

16  or trying to watch ahead of me.

17  Q.  Okay.

18          MR. GEYER:  Thank you very much, Mr. Dolan.  I

19  appreciate your time.

20          THE COURT:  Thank you, Mr. Geyer.

21          Mr. Crisp.

22                      CROSS-EXAMINATION

23  BY MR. CRISP:

24  Q.  Good afternoon, Staff Sergeant.  I promise I'll be as

25  quick as I possibly can.  So no videos.

1          I want to talk to you about what you talked about

2     on direct earlier.  You're drawing a retired pay from the

3     Marine Corps.  Right?

4     A.  Yes.

5     Q.  Okay.  You understand that, as someone who's drawing

6     retired pay, you're subject to recall for commission of

7     offenses by the Department of the Navy.  Right?

8     A.  Upon my retirement in 2014, I think I went into the

9     inactive retired reserve.  I'd have to go back and look at

10    it.

11    Q.  Is it your understanding that if you commit a crime, you

12    can be court-martialed by the Marine Corps even when you're

13    retired?

14    A.  That is not my understanding.

15    Q.  So no one ever briefed you on that?

16    A.  No.

17    Q.  Okay.  And you said you were a platoon sergeant --

18    A.  Just to clarify, I was enlisted.  I know officers can be

19    recalled back to active duty.  They serve for life.  I don't

20    believe enlisted falls under that same legal paradigm.

21    Q.  So under Article II-alpha of the Uniform Code of

22    Military Justice, you think that only applies to officers?

23    A.  I -- I haven't read Article II.

24    Q.  Sure.

25    A.  I don't know everything in there it says.  I know that

1    officers can be recalled to active duty.  I am unaware of

2    whether or not I could ever be recalled back to active duty

3    after --

4    Q.  If you don't know, that's fine.

5    A.  -- my retirement and disability.  So, yeah.  I'm not

6    sure --

7              THE COURT REPORTER:  Repeat that answer, please.

8              THE WITNESS:  I'm not aware of whether or not I

9    could be recalled back to active duty.  It's -- no.

10   BY MR. CRISP:

11   Q.  Okay.  So it's safe to say that you've never had a

12   discussion with anyone about that possibility based on your

13   misconduct that you pled guilty to here in front of Judge

14   Mehta?

15   A.  No, I have not.

16   Q.  Okay.  Now, again, directing your attention to being a

17   platoon sergeant in the Marine Corps, you supervised about

18   40 Marines as a platoon sergeant?

19   A.  I have at different times.  Yes.

20   Q.  Okay.  And you are the assistant for the platoon leader,

21   who's a first lieutenant?

22   A.  Yes.

23   Q.  Okay.  Have you ever served on a brigade or regimental

24   staff?

25   A.  Not that I recall serving on the staff.  No.

1    Q.  Okay.  And for the jury's understanding, when you're

2    serving on a staff versus serving in a line unit, you do a

3    different function in the Marine Corps.  Right?

4    A.  Yeah.  If you're on brigade staff or some type of

5    headquarters, you're probably doing more planning and things

6    like that.

7    Q.  Okay.  A brigade staff, again, for those who may not

8    understand, is a larger Marine Corps or Army unit.  Would

9    you agree?

10   A.  Army.  Yes.

11   Q.  Okay.  Regiment.  Brigade is -- about how many Marines

12   typically in a regiment or a brigade?

13   A.  An RCT, regimental combat team, could have thousands.  I

14   mean, it depends on all the different attachments that are

15   given to it, but it could reach into the thousands.

16   Q.  So you were talking earlier about the mission planning

17   process and the orders operations process on Friday -- or

18   earlier yesterday; excuse me -- with Government counsel.

19        Do you remember that?

20   A.  Just trying to simplify it a little bit.  But yes.

21   Q.  Okay.  That was something that obviously came up in

22   discussions you had with Government counsel before you

23   walked into the courtroom.

24   A.  Did I mention that before?  Yes.  I've used those terms

25   before.  I sometimes speak in, I guess, military jargon.

1    Q.  Okay.  Well, there were some questions that were asked

2    about that.  In response to those questions, you talked very

3    generally about that process.

4              Now, I want to talk about how you learned about

5    what the mission planning process is.  Okay?

6    A.  Okay.

7    Q.  Did you receive briefings in the Marine Corps about

8    that?

9    A.  I have.  Yes.

10   Q.  And there are publications that the Marine Corps puts

11   out?

12   A.  Yes.

13   Q.  Okay.  And they're called Marine -- I think they're

14   Marine Corps war fighting publications.  Right?

15   A.  There's all different kinds.  That's one of them.  Yes.

16   Q.  And that's one with which you are familiar.  Yes?

17   A.  I couldn't recite it word for word, and I haven't looked

18   at it in ten years, but yes.

19   Q.  Okay.  And as part of the publication process, they talk

20   about the commander's intent and what that means.  Right?

21   A.  Correct.

22   Q.  And they talk about the mission planning process?

23   A.  Correct.

24   Q.  Okay.  One of the fundamental underpinnings of the

25   mission planning process is it takes a very broad concept

1   and breaks it down into simple tasks.  Fair to say?

2   A.  Yes.

3   Q.  Okay.  So it details how an operation is supposed to be

4   conducted.  Agreed?

5   A.  Yes.

6   Q.  Okay.  And it takes -- it discusses things like

7   movements; it discusses things like opposing forces, things

8   of that nature.  Right?

9   A.  It can get very detailed and be hundreds of pages long.

10  Yes.

11  Q.  And the commander's intent is what drives an operation

12  plan.  Right?

13  A.  Yeah.  The commander's intent is generally why we're

14  doing something.

15  Q.  And from the commander's intent is where you put

16  together, at the lower level, an op plan?

17  A.  Sounds about right.

18  Q.  Okay.  And you've seen op plans before in deployment

19  status -- in deployed statuses.  Right?

20  A.  Yes.

21  Q.  Okay.  So one of the components of a commander's intent

22  is it has to be clear, concise and easily understood.  Would

23  you agree with me?

24  A.  Yes.

25  Q.  Because if it's not, you're not going to know what to

```
 1    do?

 2    A.  Sounds correct.  Yes.

 3    Q.  Okay.  So getting further into what an operation plan

 4    discusses, it talks about opposing forces, their

 5    composition, where they are, the threat that they pose to

 6    you.  Right?

 7    A.  Yes.

 8    Q.  Okay.  You didn't get any of that on the 5th or the 6th,

 9    did you?

10    A.  No.

11    Q.  Okay.  You also talk about the forces you're working

12    with, friendlies, things of that nature.  Right?

13    A.  Yes.

14    Q.  You testified just a few moments ago you had no idea who

15    the other Oath Keepers were?

16    A.  Correct.

17    Q.  So pretty fair to say that you didn't know and didn't

18    get a briefing on the friendly forces?

19    A.  Correct.

20    Q.  Okay.  There's a concept of operations that's also

21    typical embedded within an op plan?

22    A.  I'm sorry?

23    Q.  There's a concept of operations that is embedded within

24    an operation plan?

25    A.  Yes.
```

1    Q.  Okay.  You've heard that phrase before.  Right?

2    A.  I've heard of it before.  Yes.

3    Q.  And it's, again, a clear, concise expression of the

4    commander's intent of how to accomplish the mission with

5    available resources.

6    A.  Okay.

7    Q.  Does that sound right?

8    A.  Sounds right.

9    Q.  Okay.  You had no idea about any of that when it came to

10   any of the things that were going on on the 6th of January.

11   Right?

12   A.  No.

13   Q.  And then the tasks that are going to be assigned is also

14   broken out in an operation plan.  So, for example, you may

15   have a fire team that's going to accomplish one task.

16   Right?

17   A.  Yes.

18   Q.  And then you're going to have a transportation element

19   that's going to perform a certain --

20   A.  You're going to have all different elements that will

21   perform different tasks.  Yes.

22   Q.  You never had any of those minute breakdowns of what you

23   were going to do relative to anybody else on that particular

24   day.

25   A.  No.  I was never sat down and given an operational order

1    or anything like that.

2    Q.   Okay.  You talked about the QRF, I think, on your direct

3    with Government counsel as well.  Do you remember that?

4    A.   Yes.

5    Q.   All right.  It's fair to say that you had none of that

6    discussion I just went through with you about the function

7    of the QRF.

8    A.   Only from what I was told.

9    Q.   Well, I'm trying to find out what it was you were told.

10   You weren't told about the task of the QRF in terms of who's

11   going to transport weapons.  Right?

12   A.   Correct.

13   Q.   You weren't told about where you would meet to pick up

14   weapons if that were to happen.  Right?

15   A.   Correct.

16   Q.   You weren't told about how the units would be broken up

17   or how the individuals would be broken up in particular

18   functions.  Correct?

19   A.   Correct.

20   Q.   What you would do if that order ever came, were you?

21   A.   Correct.

22   Q.   So you really didn't know anything.

23   A.   I didn't really know a whole lot about their upper-level

24   plans that they were making.  No.

25   Q.   You didn't ask, did you?

1    A.  I asked -- I think multiple people were asking:  What

2    would the plan be?  How are we going to get our weapons?

3    And it never felt like I got a clear, definitive answer on

4    that.

5    Q.  So multiple people asked and nobody got an answer?

6    A.  Yes.

7    Q.  Okay.  And importantly, you talked about the use of your

8    phone that day.  I think you said a couple of times that you

9    had it on airplane mode.  Right?

10   A.  Yes.

11   Q.  An important component to any mission is effective

12   communications.

13   A.  Yes.

14   Q.  Okay.  You weren't able to communicate with anybody that

15   day.

16   A.  Verbally.  I was -- I tried to stick around with

17   everybody as best I could.

18   Q.  So you talked to Harrelson verbally.  Right?

19   A.  Yes.

20   Q.  And that's about it.  Right?

21   A.  Yes.  Whoever -- the Oath Keepers that were in the area,

22   whether it was Kenny or Kelly or other Oath Keepers.  But I

23   wasn't familiar -- I don't remember very many of their

24   names.

25   Q.  And the one time you said you turned on the phone that

```
 1    we saw, you said you were calling your wife?
 2    A.   That's most likely what I would have been doing.  I
 3    can't say for certain that's who I called.  But if I had to
 4    guess, I'd say the probability would lean in that direction.
 5    Q.   So you have no recollection of calling any of the other
 6    people you just referenced except for maybe your wife?
 7    A.   Correct.
 8    Q.   Okay.  And you also testified on direct that you thought
 9    you would be working alongside pro-government forces.
10    Right?
11    A.   Yes.
12    Q.   Your intent, if something were to happen, however
13    amorphous it would be, would be to support what you thought
14    was a legitimate government?
15    A.   Yes.  So I figured -- or my idea was -- now, there's
16    nothing -- so to be firm, this was through all the different
17    talks and how I formulated it in my own, I guess, way of
18    reckoning, that if we were called up to fight in some
19    capacity or another, it would be to back up the current
20    administration that was still there, meaning the Trump
21    Administration, against the incoming administration, which
22    would be the Biden Administration.
23    Q.   So when the Government asked --
24    A.   How -- in what manner that turned into, I don't know.
25    Q.   Okay.  And you didn't have a phone that was functional
```

1    at that point that you'd be able to do any communications

2    with.  Correct?

3    A.  If I needed to turn off airline mode, that only takes

4    two seconds.  But I was trying to save the battery.  I

5    didn't know how long we would be out there.

6    Q.  You weren't told when to turn on your phone or when to

7    turn off your phone, were you?

8    A.  You mean did anybody tell me?  Nobody told me to turn it

9    into airline mode.  I just did it.

10   Q.  My question was:  You weren't told, Turn on your phone

11   at a particular time.  Right?

12   A.  No.

13   Q.  You weren't told, Go to a particular location and

14   contact this person at this time.  Right?

15   A.  No.

16   Q.  Okay.  So when we're talking about mission planning and

17   we're talking about orders planning, as you referenced on

18   your direct, none of that took place.

19   A.  No.

20   Q.  Okay.  So when the Government counsel asked you a number

21   of times about the mission planning process and your

22   discussion about that, you were not trying to imply that any

23   of that took place?

24   A.  I was -- it's the way my mind was trying to interpret

25   things.  No.  I was not trying to imply that we were taken

1    in and given a direct briefing on what we were going to be

2    doing that day.

3    Q.  Or how or where --

4    A.  Correct.

5    Q.  -- or anything like that?

6    A.  Correct.

7    Q.  Okay.

8              MR. CRISP:  Thank you, sir.

9              THE COURT:  Mr. Fischer?

10             MR. FISCHER:  No cross, your Honor.

11             THE COURT:  Okay.  Ladies and gentlemen, why don't

12   we take our afternoon break.  It's 3:00.  We will come back

13   a little bit after 3:15.  We'll see you shortly.

14             THE COURTROOM DEPUTY:  All rise.

15             (Whereupon, the jury exited the courtroom at 3:02

16   p.m. and the following proceedings were had:)

17             THE COURT:  Okay.  Mr. Dolan, I think we'll be in

18   the homestretch of your testimony after we return from the

19   break.  Okay?

20             THE WITNESS:  Yes, sir.

21             THE COURT:  See you shortly.

22             Thank you, everyone.

23             (Thereupon a recess was taken, after which the

24   following proceedings were had:)

25             THE COURT:  Have a seat, everybody.  Thank you.

```
1              Mr. Nestler, do we have Mr. Dolan nearby?

2              MR. NESTLER:  Yes, your Honor.  My colleagues are

3      collecting him.

4              THE COURT:  Okay.  Anything we need to take up

5      before -- our jury is pretty much lined up.

6              MR. NESTLER:  Not from the Government's

7      perspective, your Honor.

8              MR. LINDER:  Not from the defense.

9              (Thereupon, the witness entered the courtroom and

10     the following proceedings were had:)

11             THE COURT:  Mr. Dolan, you can have a seat.  You

12     don't need to stand.

13             THE COURTROOM DEPUTY:  Jury panel.

14             (Whereupon, the jury entered the courtroom at 3:21

15     p.m. and the following proceedings were had:)

16             THE COURT:  Please be seated.  Welcome back,

17     everyone.

18             We'll continue with Mr. Dolan's redirect

19     examination.

20             Mr. Nestler.

21             MR. NESTLER:  Thank you, your Honor.

22                        REDIRECT EXAMINATION

23     BY MR. NESTLER:

24     Q.  Good afternoon, Mr. Dolan.

25     A.  Good afternoon.
```

1    Q.  On cross-examination, one of the defense lawyers asked

2    you a question about that photograph of a pass that you

3    took.  Do you remember that?

4    A.  Yes.

5    Q.  And where was that pass allowing you to go?

6    A.  It was -- there was a seating section that was closer to

7    where the president was speaking.

8    Q.  So that's where President Trump was speaking at the

9    Ellipse.  Is that right?

10   A.  Yes.

11   Q.  In the morning?

12   A.  Yes.

13   Q.  Did you have a pass to go into the Capitol Building?

14   A.  No.

15   Q.  One of the defense lawyers asked you about and showed

16   you several of the photographs you had taken in the morning

17   and in the afternoon.  Do you remember that?

18   A.  Yes.

19   Q.  Did you take a lot of photographs and some videos that

20   day?

21   A.  Yes.

22   Q.  I think you told us yesterday that you had deleted some

23   of those photos and videos.  Is that right?

24   A.  Yes.

25   Q.  The photos and videos you deleted, were they from the

1   morning Trump rally or from some later part in the day?

2   A.  Later, when I was inside the Capitol.

3   Q.  Why did you delete the photos from when you were inside

4   the Capitol but not the photos from when you were at the

5   rally?

6   A.  I got scared and figured -- this was after pretty much

7   everybody had been arrested, and -- I don't know the exact

8   day I deleted them, but I was trying to delete the evidence

9   that I was inside the Capitol Building.

10  Q.  But you didn't delete any evidence of you being at the

11  Trump rally?

12  A.  No.

13  Q.  Why not?

14  A.  Because being in the Capitol Building was where we were

15  not supposed to be.

16  Q.  How about being at the Trump rally?

17  A.  There was no issue with the Trump rally.

18  Q.  One of the defense lawyers asked you about when you were

19  in the building, if you were chanting "treason" at people.

20  Do you remember those questions?

21  A.  Yes.

22  Q.  Were you chanting "treason" at someone's face, face to

23  face?

24  A.  No.

25  Q.  Why not?

1    A.  There was nobody face to face with me to scream it at, I

2    guess.  It was a chant as I was walking in.

3    Q.  Who did you want to hear your chants of "treason"?

4    A.  Congress.

5    Q.  Now, one of the defense lawyers showed you a video --

6    and I'm going to pull it up on our screen.  It's -- 1051 is

7    the Government exhibit number.  I think they called it the

8    News2Share video.

9            MR. NESTLER:  If we could please -- I'll move it

10    into evidence at this time.

11            THE COURT:  Government's 1051, you said?

12            MR. NESTLER:  Yes.

13            MS. HALLER:  I'm sorry.  I thought this was

14    already an exhibit earlier.  But no objection.

15            THE COURT:  Either way, 1051 is in.

16            Thank you, Ms. Haller.

17            (Whereupon, Government's Exhibit No. 1051 was

18    entered into evidence.)

19            MR. NESTLER:  Thank you.  If we could please

20    publish to the jury, Mr. Douyon.

21            And so I'm going to play from about 1:25 till

22    about 1:35, the same clip that Ms. Haller played for you.

23            (Whereupon, segments of Government's Exhibit No.

24    1051 were published in open court.)

25

1    BY MR. NESTLER:

2    Q.  And did you hear somebody say:  "We're the first wave"?

3    A.  I heard that.  Yes.

4    Q.  And while this clip was playing, did you see people with

5    the Oath Keepers helmets in the video frame on the left?

6    A.  Yes.

7    Q.  What does it mean that "We're the first wave"?

8    A.  Probably the first people getting inside the building.

9    Q.  Now, yesterday, we talked for a while about some of your

10   messages and thoughts about being the vanguard.  Do you

11   remember that?

12   A.  Yes.

13   Q.  Can you explain to us what you were talking about when

14   you talked about whether you and the other members of your

15   group needed to be the vanguard?

16   A.  Being the lead element, being the first in there, being

17   the first to fight.

18              MR. NESTLER:  If we could fast-forward till about

19   6:20 and play for about 40 seconds.

20   BY MR. NESTLER:

21   Q.  Now, this is a clip that Ms. Haller did not play for

22   you.  I want to play it forward about 40 seconds.

23              (Whereupon, segments of Government's Exhibit No.

24   1051 were published in open court.)

25              MR. NESTLER:  If we could pause it there, please,

Dolan - REDIRECT - By Mr. Nestler

1    at 6:56.

2              THE WITNESS:  I'm sorry?

3              MR. NESTLER:  Sorry.  I was just telling them that

4    we could pause it there at 6:56.

5    BY MR. NESTLER:

6    Q.  How would you characterize what we just saw?

7    A.  I mean, you've seen it.  It's a tight, packed crowd.

8    People are crammed together, trying to get into the

9    building.

10   Q.  Do they seem to be operating peacefully?

11   A.  I'm not going to speak, obviously, for everybody there.

12   But there were people pushing their way, trying to get in.

13   Q.  And what about you?  Did you want to get in the

14   building?

15   A.  Yes.

16   Q.  Why?

17   A.  I saw that as an opportunity, with everybody going in,

18   to make sure that -- or to take that time for Congress to

19   finally realize that we didn't want to take what they were

20   giving laying down.  We wanted to stand up for our country.

21   We wanted to stand up for America.  We didn't want to see

22   a -- what I saw as a fraudulent election move forward and to

23   stop -- to stop the certification.

24   Q.  Now, there were a couple of questions that I think

25   Mr. Rhodes's lawyers asked you about whether you had talked

 1    with Mr. Rhodes outside of the Capitol Building.

 2            Do you remember that?

 3    A.  Yes.

 4    Q.  And you said you saw -- talked to him briefly for a

 5    couple of seconds?

 6    A.  Yes.

 7    Q.  When you saw Mr. Rhodes after you were inside of the

 8    Capitol Building, did he scold you for what you had done?

 9    A.  I didn't get scolded.  I think he -- I heard him say at

10    one point in time, "That was pretty stupid."  But I couldn't

11    tell you exactly what he said.  And then I probably wasn't

12    paying too much attention after that.

13    Q.  Could you tell what he was talking about?

14    A.  I was wandering around, so I don't -- I mean, I

15    basically met him, shook his hand.  Kelly had introduced me,

16    said:  "This is Jason."  Said:  "Nice to meet you."  And

17    then that was pretty much it.

18            So I recalled little snippets of things here and

19    there, but there was no conversation that stands out in my

20    mind at the moment.

21    Q.  Was that comment directed at you or you heard that in

22    connection with someone else?

23    A.  I think that was in connection to when we went inside.

24    Q.  No, but who was he talking to?

25    A.  I believe he was talking to Kelly at the time, but I'm

1    not 100 percent sure.

2    Q.  And what about Kelly?  When you were -- after you were

3    inside the building, did Kelly tell you that you had done

4    something wrong?

5    A.  I know there was some discussions at some point while we

6    were down there that talked about the possibility of a

7    trespassing charge probably being the worst thing that could

8    happen to us.

9    Q.  Now, you were asked some questions about your

10   interaction with that police officer.

11          Do you recall that?

12   A.  Yes.

13   Q.  On the Signal boards in November and December and early

14   January, was there any talk about helping police officers in

15   Washington, D.C.?

16   A.  Not that I recall.

17   Q.  Was there any talk on the GoToMeetings about helping

18   police officers in Washington, D.C.?

19   A.  No, not that I recall.

20   Q.  When you were here in D.C. on January 5th and went to

21   the Capitol Building, any talk about that?

22   A.  No, not that I recall.

23   Q.  And what about on January 6th when you were

24   communicating live, face to face, verbally?  Was anybody

25   talking before you went in the Capitol Building about going

1    to help police officers?

2    A.  No.

3    Q.  Now, Mr. Meggs's lawyer asked you:  How do you know

4    Mr. Meggs wasn't just using hyperbole?  How do you know that

5    you met -- why did you take what he said as real?

6          Do you remember those kinds of questions?

7          MS. HALLER:  Objection to form.  Leading and

8    compound.

9          THE COURT:  It's overruled.  He's just directing

10   him to the portion of cross-examination.

11   BY MR. NESTLER:

12   Q.  So let me -- let me repeat that for you.

13         Do you remember getting some questions about how

14   you knew what Mr. Meggs meant when he was saying all those

15   words on Signal?

16   A.  Yes.

17   Q.  And why is it that you thought that he was -- he meant

18   what he was saying and wasn't just venting or using

19   hyperbole?

20   A.  I think there was -- there was a lot of venting, but I

21   think there was also a lot of seriousness to it, too,

22   because -- even with me, it was the constant "We need -- we

23   need to stop this from happening.  We need to take our

24   country back.  We need -- that was -- we need to keep

25   Congress from certifying this sham election.  We need to do

1    something if Trump doesn't."  It was the constant refrain.

2              I can't sit inside his head and know exactly what

3    he meant.  But it was basically from everybody.  It was a

4    sounding board.  I was thinking the same thing.  And it felt

5    like and it seemed like to me that they were thinking the

6    same thing as well.

7              MR. FISCHER:  Objection.  Move to strike.

8              THE COURT:  It's overruled.

9    BY MR. NESTLER:

10   Q.  And were there certain things about what people were

11   saying and then doing that reinforced for you that it was

12   real?

13             MR. FISCHER:  Objection.

14             THE COURT:  Basis?

15             MR. FISCHER:  Form of the question.  Relevance

16   also, your Honor.  He's talking about other people.

17             MS. HALLER:  And there's a lack of foundation.

18             MR. NESTLER:  I'll rephrase it.  We can get there.

19             THE COURT:  Okay.

20   BY MR. NESTLER:

21   Q.  So you just indicated about what all the talk was on the

22   message boards and why you thought it was real.  Is that

23   right?

24   A.  Yes.

25   Q.  Now, did there come a time when there was conversation

1    about actually going to Washington, D.C.?

2    A.  Yes.

3    Q.  What did that mean for you in terms of how real people

4    were being?

5    A.  It was again another opportunity to go to D.C. and --

6    well, an opportunity to go to D.C.  And -- I don't know by

7    how real, but it seemed like one step closer, just getting

8    to D.C.

9    Q.  And what about the talk about bringing weapons?  Did

10   that make it more real or less real?

11   A.  It made it more real.

12   Q.  And what about when you rented the minivan and packed it

13   up with your AR-15 and Glock pistol?  Did that make it more

14   real or less real?

15   A.  More real.

16   Q.  And how about when you picked up Defendant Kenneth

17   Harrelson and he had his rifle case?

18              MS. HALLER:  Objection.  Leading.

19              THE COURT:  It's overruled.

20              You can answer, sir.

21   BY MR. NESTLER:

22   Q.  You can answer.

23   A.  More real.  Every kind of step that we took brought us a

24   step closer, I guess you could say.

25   Q.  And how about when you got to the hotel in Arlington,

1    Virginia, and you saw all of the other members of your group

2    there?

3    A.  Yeah.  It was -- it seemed like we had a decent amount

4    of people.

5            MR. NESTLER:  I want to pull up on the screen

6    Government Exhibit 6860, already in evidence.  Pull up

7    Slide 73.

8    BY MR. NESTLER:

9    Q.  Do you see where Stewart Rhodes says, "And he needs to

10   know that if he fails to act, then we will.  He needs to

11   understand that we will have no choice"?

12   A.  Yes.

13           MR. NESTLER:  And if we can go to Slide 77,

14   please.

15   BY MR. NESTLER:

16   Q.  And do you see where Stewart Rhodes said to the OK FL

17   Hangout chat:  "Obviously, we won't be doing that unless he

18   calls us up as a militia, as he has the power to do.  I'm

19   not talking about us just waltzing onto the White House lawn

20   with rifles.  But he needs to know that we will answer the

21   call.  If he calls us up as militia, I think" --

22           MR. NESTLER:  Next slide.

23   BY MR. NESTLER:

24   Q.  -- "the Secret Service would be happy to have us."

25           MR. NESTLER:  If we can go to the next slide.

1    BY MR. NESTLER:

2    Q.  And do you see where Kelly Meggs, OK Gator 1, says, "We

3    need to make those senators very uncomfortable with all of

4    us being a few hundred feet away"?

5            Do you see that?

6    A.  Yes.

7    Q.  Is this the kind of talk and things you were hearing

8    when you were on these Signal messages in December of 2020?

9    A.  Yes, it is.

10   Q.  And what about when you were on the GoToMeetings with

11   other members of your group?

12   A.  Yes.

13   Q.  What did it mean to you, Mr. Dolan, that if President

14   Trump did not act, you would have to?

15           MR. FISCHER:  Objection.  Leading.  Also, there's

16   no testimony he actually saw these particular messages.  So

17   no foundation.

18           THE COURT:  Get on the phone, please, for a

19   second.

20           (Whereupon, the following proceedings were had at

21   sidebar outside the presence of the jury:)

22           THE COURT:  I thought he testified on direct

23   examination that he was in the OK Florida Hangout, he was in

24   communication with people -- and I don't know whether he

25   said he specifically saw this communication or not.  But

1       somebody can refresh my memory on that.

2               MR. NESTLER:  He said that this was the general

3       tone and tenor of the things he was hearing on Signal

4       messages in December of 2020.

5               MR. WOODWARD:  I do not believe he was on the chat

6       at this time.

7               MR. NESTLER:  He was a member of the chat at this

8       time.

9               MR. FISCHER:  He didn't specifically see these

10      messages.  I don't know how the Government should be able to

11      ask a leading question on a very, very important issue.

12              THE COURT:  Well, you can ask him if he remembers

13      reading this and see what he says.

14              MR. NESTLER:  I already asked him.  He said this

15      was the general things he was seeing.  He doesn't remember

16      specific messages.  I don't think I asked him about specific

17      messages.  He already identified this as the kind of message

18      that he was seeing and then hearing.

19              MR. WOODWARD:  If the Government is going to ask

20      him what he believes this meant, then the foundation is

21      necessary that he actually saw this at the time.

22              THE COURT:  I think the general gist of what's

23      happening here is that he's being asked whether he saw

24      something 18 months to 20 months ago.  I don't know that he

25      can specifically say one way or another.  I think he's been

1    pretty honest about that.

2          He certainly has said earlier that he was on the

3    Signal chats at the time, he was reading these messages and

4    they left an impression on him.

5          And so I think that's sufficient foundation for

6    him to be asked these questions.

7          Insofar as the leading question goes, he was

8    simply -- Mr. Nestler was simply just saying what the text

9    is and then asking him what he thought about it.  So I don't

10   think that's leading.  He's just directing him to the

11   particular text and then asking him:  What did you think

12   about this?

13         So I'll allow this to continue.

14         (Whereupon, the following proceedings were had in

15   open court:)

16         THE COURT:  The objection is overruled.

17   BY MR. NESTLER:

18   Q.  Do you want me to reask the question?

19   A.  Please.

20   Q.  What did you understand this general messages to mean

21   when people were saying:  If President Trump did not act,

22   then we, the Oath Keepers, needed to?

23   A.  Well, that's my exact understanding:  If the president

24   didn't act, then we needed to.  We were up in D.C.  We were

25   there.  We were on location.  So when the Capitol

 1    Building -- when the doors opened, we get -- went in -- I

 2    mean, we were all in line.  We could have gotten out of

 3    line.  We could have moved out of the way.  We -- it

 4    probably would have been hard or difficult.  But we went in.

 5            And it's -- it's this -- it was that same idea of

 6    the -- the texts over and over:  We will do something.  We

 7    will do something.  We will do something.

 8            And now here we are in front of the Capitol doors,

 9    and they opened.  And it was:  Let's do something.

10    Q.  And did you do something?

11    A.  Well, I went into the Capitol doors screaming:

12    "Traitor, traitor, traitor."

13    Q.  And what about other members of the group you were with?

14    A.  There were other people there going in as well.

15            MR. NESTLER:  I want to pull up, finally,

16    Government Exhibit 38 -- sorry -- 5308, Slide 10.

17    BY MR. NESTLER:

18    Q.  Mr. Dolan, do you remember we went over this message

19    yesterday?

20    A.  Yes.

21    Q.  I want you to explain what it is you were saying to

22    other members of your group when you were having this

23    conversation with Kelly Meggs on Signal about how you might

24    get tagged with a prison sentence, tagged with treason or a

25    bullet from the very people you would protect.

1          What intent are you expressing here?

2     A.  I was trying to convince myself, but in a way, it's also

3     a warning, because if we are going to keep moving forward,

4     then that's probably something that we would have to expect.

5     Because if you're going to side on -- whether you think it's

6     a legitimate form of government or an illegitimate form of

7     government, if you are siding one side against another,

8     you're -- there is going to be some type of violence, and

9     one side or another is going to win.

10          And depending on what side wins, it's -- that's

11     basically what's going to happen.  If you're going to fight

12     a revolution or -- against a government, there aren't a

13     whole lot of other options when you talk about the fighting

14     aspect of it.

15          There's ways to, you know, petition your

16     government.  We could have all sat out in the grass with

17     roses and sang Kumbaya, but that's not what we were talking

18     about.

19     Q.  And when those options failed and all of the other legal

20     options we talked about yesterday failed, what was it that

21     you thought your duty was to do?

22     A.  Thought it was to try and get Congress -- physically

23     inside that Capitol Building to stop the certification.

24          MR. NESTLER:  No further questions.

25          THE COURT:  Mr. Dolan, thank you for your time and

```
 1    your testimony, sir.  You may step down.  And safe travels
 2    home.
 3                THE WITNESS:  Yes, sir.
 4                (Witness excused.)
 5                THE COURT:  Mr. Nestler, are you ready with your
 6    next witness?
 7                MR. NESTLER:  Yes, your Honor.
 8                Your Honor, the United States calls Thomas
 9    Wickham.
10                (Thereupon, Thomas Wickham entered the courtroom
11    and the following proceedings were had:)
12                THE COURTROOM DEPUTY:  Before you have a seat,
13    please raise your right hand.
14                THOMAS WICKHAM, GOVERNMENT WITNESS, SWORN.
15                          DIRECT EXAMINATION
16    BY MR. NESTLER:
17    Q.  Good afternoon, sir.
18    A.  Good afternoon.
19    Q.  If you're comfortable, you're allowed to remove your
20    mask.
21    A.  Thank you.
22    Q.  You're welcome.
23                Could you please tell us what your name is.
24    A.  Thomas Wickham.
25    Q.  And how do you spell your name?
```

1    A.   T-H-O-M-A-S, W-I-C-K-H-A-M.

2    Q.   And, Mr. Wickham, were you formerly the parliamentarian

3    for the United States House of Representatives?

4    A.   Yes.

5    Q.   When did you serve in that role?

6    A.   I began my tenure in the office in 1995 and then retired

7    as parliamentarian in 2020.

8    Q.   And after you retired as parliamentarian in 2020, did

9    you stay on with that office for some short period of time

10   afterwards?

11   A.   I did.  I --

12   Q.   Why?

13   A.   I served as a senior advisor for the remainder of 2020

14   and into 2021.

15   Q.   And after that, did you retire?

16   A.   I did.

17   Q.   Did you work for the House of Representatives on

18   January 6th of 2021?

19   A.   Yes.

20   Q.   Are you a lawyer?

21   A.   Yes.

22   Q.   And do you do any volunteer work related to civics and

23   American government?

24   A.   Yes.  I'm a civics teacher as a volunteer.

25   Q.   What kind of teaching do you do?

4422

```
 1    A.  I teach immigrants that are interested in becoming
 2    citizens through a local church.
 3    Q.  Does that cause you to have to know a lot about American
 4    history and American government?
 5    A.  Yes.  It's a very comprehensive test.
 6    Q.  Let's start from the beginning, then.
 7            So, Mr. Wickham, what year did the first transfer
 8    of presidential power take place in our country?
 9    A.  1797.
10    Q.  And who was the outgoing president?
11    A.  George Washington.
12    Q.  And who was the incoming president?
13    A.  John Adams.
14    Q.  Is there a -- thank you.
15            Is there an article of the Constitution that
16    explains the powers of the president and the oath a person
17    must take to become president?
18    A.  Yes.
19    Q.  Which article of the Constitution is that?
20    A.  Article II.
21            MR. NESTLER:  If we could pull up on the screen
22    for the witness Exhibit 3500.2 and go to Page 2.
23    BY MR. NESTLER:
24    Q.  Is this Article II?
25    A.  Yes.
```

Wickham - DIRECT - By Mr. Nestler

1          MR. NESTLER:  The Government moves 3500.2 into

2     evidence.

3          MR. LINDER:  No objection.

4          THE COURT:  3500.2 will be admitted.

5          (Whereupon, Government's Exhibit No. 3500.2 was

6     entered into evidence.)

7          MR. NESTLER:  If we could please highlight the

8     first section there.  Thank you, Ms. Rohde.

9     BY MR. NESTLER:

10    Q.  Is that large enough for you, Mr. Wickham?

11    A.  Yes.

12    Q.  Can you please read us what the very first words in

13    Article II of the Constitution are?

14    A.  "The executive power shall be vested in a president of

15    the United States of America.  He shall hold his office

16    during the term of four years."

17    Q.  Thank you.

18          MR. NESTLER:  And if we could now go to the other

19    highlighted portion here at the end of this page.

20    BY MR. NESTLER:

21    Q.  What does the rest of Article II say here?

22    A.  "Before he enter on the execution of his office, he

23    shall take the following oath or affirmation:  I do solemnly

24    swear or affirm that I will faithfully execute the office of

25    the president of the United States and will to the best of

Wickham - DIRECT - By Mr. Nestler

1     my ability preserve, protect and defend the Constitution of

2     the United States."

3     Q.  Thank you.

4          Now, is there an amendment to the Constitution

5     that explains the date that one person's presidency ends and

6     that another person's presidency begins?

7     A.  Yes.

8     Q.  Which amendment to the Constitution is that?

9     A.  The 20th Amendment.

10         MR. NESTLER:  Could we please pull up on the

11    screen Exhibit 3500.20 and go to Page 2.

12    BY MR. NESTLER:

13    Q.  Is this a section of the 20th Amendment?

14    A.  Yes.

15         MR. NESTLER:  The Government moves the 20th

16    Amendment into evidence.

17         MR. LINDER:  No objection.

18         MR. NESTLER:  If we could please zoom in,

19    Ms. Rohde.

20         THE COURT:  3500.20 will be admitted.

21         (Whereupon, Government's Exhibit No. 3500.20 was

22    entered into evidence.)

23         MR. NESTLER:  And if we could please publish to

24    the jury, Mr. Douyon.

25

1    BY MR. NESTLER:

2    Q.  Can you please read the highlighted portion,

3    Mr. Wickham?

4    A.  "The terms of the president and the vice president shall

5    end at noon on the 20th day of January, and the terms of

6    their successors shall then begin."

7    Q.  Thank you.

8              Now, let's take that down for a second and talk

9    about the calendar briefly.

10             Do you know what date Election Day was in 2020?

11   If I showed you a calendar, would it help?

12   A.  Yes.

13   Q.  Great.  Let's start with Exhibit 1532.

14             Can you look at the calendar, Mr. Wickham, and

15   point to Election Day?

16   A.  It's the first Tuesday after the first Monday in

17   November.

18   Q.  Thank you.  That's November 3rd of 2020.

19             Now, what happens on Election Day?

20   A.  The election for president and other federal

21   officeholders is held.

22   Q.  Did there come a time shortly after Election Day when

23   news media outlets projected who the winner of the election

24   would be?

25   A.  Yes.

1    Q.  Do you follow that news?

2    A.  Yes.

3    Q.  Why?

4    A.  It's something that we will often use to advise members

5    of the House or to teach on how elections are covered and

6    information disseminated in our system.

7    Q.  Does the person who is projected to be the winner of the

8    election by news media organizations ultimately become

9    president?

10   A.  No.

11   Q.  Why not?

12   A.  Because that is just merely informational.

13   Q.  In December, is there a particularly important date

14   that's part of the Electoral College process that you're

15   aware of?

16   A.  Yes.  December 14th.

17   Q.  And what happened on December 14th?

18   A.  That's the day where the collectors meet in their

19   respective state capitals and cast their votes for president

20   and vice president.

21   Q.  And where do those electors send their ballots for

22   president and vice president?

23   A.  They send them to a number of places, most notably to

24   the archivist and to the U.S. Senate.

25   Q.  Now, we earlier talked about two parts of the

1    Constitution, Article II and the 20th Amendment.  Is that

2    right?

3    A.  Yes.

4    Q.  Does the 12th Amendment to the Constitution also play a

5    role in the process of selecting the president?

6    A.  Yes.

7              MR. NESTLER:  I'll pull up on the screen for

8    Mr. Wickham Exhibit 3500.12.  And go to Page 2, please.

9    BY MR. NESTLER:

10   Q.  Is this the 12th Amendment?

11   A.  Yes.

12             MR. NESTLER:  If we could zoom on the top

13   highlighted portion, Ms. Rohde.

14             And if we could move this into evidence, your

15   Honor.

16             THE COURT:  35 --

17             MR. NESTLER:  3500.12.

18             THE COURT:  3500.12 will be admitted.

19             (Whereupon, Government's Exhibit No. 3500.12 was

20   entered into evidence.)

21   BY MR. NESTLER:

22   Q.  What does this highlighted portion say, Mr. Wickham?

23   A.  "The electors shall meet in their respective states and

24   vote by ballot for president and vice president."

25             MR. NESTLER:  If we could then go to the other

1    highlighted portion.

2    BY MR. NESTLER:

3    Q.  If you could read that for us, please.

4    A.  "Which lists they shall sign and certify and transmit

5    sealed to the seat of the government of the United States,

6    directed to the president of the Senate.  The president of

7    the Senate shall, in the presence of the Senate and House of

8    Representatives, open all the certificates and the votes

9    shall then be counted.  The person having the greatest

10   number of votes for president shall be the president."

11   Q.  Thank you.

12             What is the seat of the government of the United

13   States?

14   A.  Washington, D.C.

15   Q.  And who is the president of the Senate?

16   A.  The vice president.

17   Q.  Of the United States?

18   A.  Yes.

19   Q.  Now, you said earlier that the person who was projected

20   to be the winner after Election Day is not necessarily the

21   winner.  Is that correct?

22   A.  That's correct.

23   Q.  Under the 12th Amendment to the Constitution, what

24   determines who actually wins the presidential election?

25   A.  The votes that are opened and counted on that day.

1    Q.  Is there a federal law, aside from these constitutional

2    provisions, that further explains the process Congress is

3    required to go through to determine the winner of the

4    presidential election?

5    A.  Yes.

6           MR. NESTLER:  I'm now going to pull up on the

7    screen just for the witness Title 3 of the United States

8    Code, Section 15.  And that is -- this is Exhibit 3501.15.

9    BY MR. NESTLER:

10   Q.  Is this Title 3 of the United States Code, Section 15?

11   A.  Yes.

12          MR. NESTLER:  The Government moves this into

13   evidence.

14          THE COURT:  3501.15 will be admitted.

15          (Whereupon, Government's Exhibit No. 3501.15 was

16   entered into evidence.)

17          MR. NESTLER:  And if we could please zoom in on

18   just the title first.  There you go.

19   BY MR. NESTLER:

20   Q.  What is this section called, Mr. Wickham?

21   A.  Counting electoral votes in Congress.

22          MR. NESTLER:  If we could then just go to the

23   highlighted portion.  Before we go there --

24   BY MR. NESTLER:

25   Q.  Is this law very long?

```
1    A.  Yes.

2    Q.  Does it contain lots of other provisions?

3    A.  Yes.

4              MR. NESTLER:  Let's go to the highlighted portion

5    only.  And if we could make that bigger, possibly.

6    BY MR. NESTLER:

7    Q.  Can you read that, Mr. Wickham?

8    A.  Yes.

9    Q.  Okay.

10   A.  "Congress shall be in session on the 6th day of January

11   succeeding every meeting of the electors.  The Senate and

12   the House of Representatives shall meet in the hall of the

13   House of Representatives at the hour of 1:00 in the

14   afternoon on that day, and the president of the Senate shall

15   be their presiding officer."

16   Q.  Now, a couple of questions about this.

17             MR. NESTLER:  If we could leave it up on the

18   screen.

19   BY MR. NESTLER:

20   Q.  The first sentence says, "Succeeding every meeting of

21   the electors."

22             What does that mean?

23   A.  That means the Congress meets following that meeting of

24   the electors in their respective states on December 14th.

25   Q.  And that happens every how many years?
```

Wickham - DIRECT - By Mr. Nestler

1    A.  Four years.

2    Q.  And then the next sentence says that "The Senate and the

3    House of Representatives shall meet in the hall of the House

4    of Representatives."

5           What is that?

6    A.  The hall of the House of Representatives is the House

7    chamber where the House has its sittings.

8    Q.  And where is the House chamber located?

9    A.  In the U.S. Capitol Building.

10   Q.  And what does it mean that -- well, actually, let's go

11   to the next one.  Then we'll get to that question.

12          MR. NESTLER:  Let's go to 3501.16.

13   BY MR. NESTLER:

14   Q.  And is this another provision of the law about how

15   Congress needs to follow the procedures to elect presidents?

16   A.  Yes.

17          MR. NESTLER:  If we could look at -- the

18   Government moves into evidence 3501.16.

19          MS. HALLER:  No objection.

20          THE COURT:  3501.16 will be admitted.

21          (Whereupon, Government's Exhibit No. 3501.16 was

22   entered into evidence.)

23   BY MR. NESTLER:

24   Q.  Can you read the title for us, Mr. Wickham?

25   A.  "Same; seats for officers and members of two Houses in

1    joint meeting."

2              MR. NESTLER:  If we could then go to the highlight

3    portion, please, Ms. Rohde.  One second.  We're going to

4    highlight just the sentence in the middle of this paragraph

5    here.

6    BY MR. NESTLER:

7    Q.  And can you please read starting with "Such joint

8    meeting"?

9    A.  "Such joint meeting shall not be dissolved until the

10   count of electoral votes shall be completed and the result

11   declared; and no recess shall be taken unless a question

12   shall have arisen in regard to counting any"...

13   Q.  That's okay.  We only needed the first -- up until the

14   semicolon.  Thank you.  That's fine.

15             So when the law refers to a joint meeting, what's

16   that?

17   A.  A joint meeting is when the House and Senate join

18   together in the House chamber.

19   Q.  Is that a usual or unusual occurrence in our system of

20   government?

21   A.  It is unusual.

22   Q.  And what does the word "dissolved" mean?

23   A.  "Dissolved" means permanently end.

24   Q.  And what does it mean here at the end of this clause to

25   have the result declared?

 1    A.  That is when the presiding officer declares the result

 2    of the electoral count and announces a winner.

 3    Q.  And can you remind us, who is the presiding officer

 4    during this joint meeting?

 5    A.  Vice President Mike Pence.

 6              MR. NESTLER:  If we could now go to 3500.17 --

 7    sorry -- 3501.17.

 8    BY MR. NESTLER:

 9    Q.  And is this another provision related to the procedure

10    Congress has to follow?

11    A.  Yes.

12              MR. NESTLER:  The Government moves into evidence

13    3501.17.

14              MS. HALLER:  No objection.

15              THE COURT:  3501.17 will be admitted.

16              (Whereupon, Government's Exhibit No. 3501.17 was

17    entered into evidence.)

18              MR. NESTLER:  And if we could just zoom in on the

19    highlighted portion, Ms. Rohde, please.

20    BY MR. NESTLER:

21    Q.  Can you read the highlighted portion, please,

22    Mr. Wickham?

23    A.  "When the two Houses separate to decide upon an

24    objection that may have been made to the counting of any

25    electoral vote."

1    Q.  And what does it mean for the two Houses to separate

2    during this joint meeting?

3    A.  That means that they no longer are together in the same

4    House chamber; the Senate returns to its chamber and the

5    House meets individually in the House chamber.

6    Q.  When the two Houses separate, the House of

7    Representatives and the Senate, is the joint session that we

8    were referring to in the prior provisions, is that still

9    technically ongoing?

10   A.  Yes.

11   Q.  What are the two Houses supposed to do after they

12   separate?

13   A.  They are to consider the objections.

14   Q.  And after that?

15   A.  They will then reconvene.

16          MR. NESTLER:  Now, let's go to Exhibit 3503,

17   please.

18   BY MR. NESTLER:

19   Q.  Are you familiar with this?

20   A.  Yes.

21   Q.  Is this a Senate concurrent resolution?

22   A.  It is.

23          MR. NESTLER:  The Government moves into evidence

24   Exhibit 3503.

25          MR. LINDER:  No objection.

```
1              MR. WOODWARD:  No objection.
2              THE COURT:  3503 is admitted.
3              (Whereupon, Government's Exhibit No. 3503 was
4     entered into evidence.)
5     BY MR. NESTLER:
6     Q.  Can you explain to us what a concurrent resolution is,
7     Mr. Wickham?
8     A.  A concurrent resolution is a resolution that's agreed to
9     in identical form by both houses, both the House and the
10    Senate.
11    Q.  Why are some concurrent resolutions Senate concurrent
12    resolutions and others are House concurrent resolutions?
13    A.  That means that this particular concurrent resolution
14    originated in the Senate.
15             MR. NESTLER:  If we could zoom in on the
16    highlighted portion, please, Ms. Rohde.
17    BY MR. NESTLER:
18    Q.  Could you please read to us what the beginning of the
19    Senate concurrent resolution on January 3rd of 2021 said?
20    A.  "Resolved by the Senate (the House of Representatives
21    concurring) that the two Houses of Congress shall meet in
22    the hall of the House of Representatives on Wednesday, the
23    6th day of January, 2021, at 1:00 post Meridian, pursuant to
24    the requirement of the Constitution and laws relating to the
25    election of president and vice president of the United
```

1    States, and the president of the Senate shall be their

2    presiding officer."

3    Q.  And what's the role of a presiding officer during a

4    joint meeting?

5    A.  That person is to maintain order and decorum and follow

6    the rules of proceedings during that sitting.

7    Q.  So which individual was the president of the Senate on

8    January 6th of 2021?

9    A.  Vice President Mike Pence.

10            MR. NESTLER:  Thank you, Ms. Rohde.  We can take

11   that one down.

12   BY MR. NESTLER:

13   Q.  Are you familiar are something called the Congressional

14   Record, Mr. Wickham?

15   A.  Yes.

16   Q.  What is it?

17   A.  The Congressional Record is a verbatim transcript of the

18   proceedings that have occurred in the Congress.

19   Q.  And does the parliamentarian for the House have a role

20   in helping to prepare the Congressional Record?

21   A.  Yes.  The parliamentarian reviews the Congressional

22   Record for accuracy in matters of parliamentary and

23   constitutional procedures.

24   Q.  Thank you, Mr. Wickham.

25            MR. NESTLER:  At this time, your Honor, the

1    Government seeks the admission of Exhibit 1516, which is

2    admissible as a compilation of official government records,

3    that being the Congressional Record snippets, and also the

4    business records certifications for the House and Senate

5    recording studios.

6              MR. WOODWARD:  Subject -- your Honor, subject to

7    the objection that we previously lodged, we have no

8    additional objections.

9              THE COURT:  Okay.  So 1516 will be admitted.

10             (Whereupon, Government's Exhibit No. 1516 was

11   entered into evidence.)

12             MR. WOODWARD:  That was Mr. Woodward.  Sorry.

13             MR. NESTLER:  And if we could please make sure we

14   have audio.  If we can just play this forward.

15             And I'll stop it a couple of times and ask you a

16   few questions, Mr. Wickham.  Thank you.

17             (Whereupon, segments of Government's Exhibit No.

18   1516 were published in open court.)

19             MR. NESTLER:  If we could pause right there,

20   Ms. Rohde, at about 42 seconds, at 12:51 p.m.

21   BY MR. NESTLER:

22   Q.  Can you tell what chamber we're looking at now,

23   Mr. Wickham?

24   A.  The U.S. Senate chamber.

25   Q.  And who are those young people in the well of the U.S.

Wickham - DIRECT - By Mr. Nestler

1    Senate chamber?

2    A.   Those are Senate pages.

3    Q.   Do you know what their job is?

4    A.   They are to bring the electoral votes over to the House

5    chamber.

6    Q.   And when you say the electoral votes, what are those?

7    A.   Those are the votes cast at the individual state

8    capitals and transmitted to the U.S. Senate.

9    Q.   And how do you know what's inside of those wooden boxes?

10   A.   I have reviewed them on numerous occasions in my tenure

11   as parliamentarian.

12              MR. NESTLER:  If we could please play it forward,

13   please.

14              (Whereupon, segments of Government's Exhibit No.

15   1516 were published in open court.)

16              MR. NESTLER:  Now, if we could pause it right when

17   those boxes -- right there at 2:45.

18   BY MR. NESTLER:

19   Q.   Do you see the Senate pages still carrying those wooden

20   boxes?

21   A.   Yes.

22   Q.   And you earlier indicated that they contained the

23   electoral ballots.  Is that right?

24   A.   Yes.

25   Q.   Are those paper ballots?

```
 1    A.  Yes.

 2    Q.  Actual pieces of paper?

 3    A.  Yes.

 4              MR. NESTLER:  If we could please play this

 5    forward.

 6              (Whereupon, segments of Government's Exhibit No.

 7    1516 were published in open court.)

 8    BY MR. NESTLER:

 9    Q.  Mr. Wickham, you indicated earlier that when the two

10    Houses separate, they're supposed to then return back

11    together in a joint session.  Is that right?

12    A.  That's correct.

13              (Whereupon, segments of Government's Exhibit No.

14    1516 were published in open court.)

15              MR. NESTLER:  If we could pause it there, please,

16    at 6:30 on the counter.  It's 2:14 p.m.

17    BY MR. NESTLER:

18    Q.  Which chamber are we looking at here, Mr. Wickham?

19    A.  The House chamber.

20    Q.  And who is the presiding officer of the House chamber at

21    this time?

22    A.  Speaker Nancy Pelosi.

23    Q.  And are you in the House chamber at this time?

24    A.  Yes.

25    Q.  Approximately where are you?
```

1   A.  To the left of the rostrum, just off camera, by the

2   portrait of George Washington.

3   Q.  Why are you off camera?

4   A.  Because my role was as an advisor.  My job was just to

5   oversee the proceedings and provide advice when necessary.

6          MR. NESTLER:  If we could play it forward, please.

7          (Whereupon, segments of Government's Exhibit No.

8   1516 were published in open court.)

9          MR. NESTLER:  And if we could pause it there at

10  6:50.

11  BY MR. NESTLER:

12  Q.  Who is the presiding officer now at 2:16 p.m. in the

13  House chamber, Mr. Wickham?

14  A.  Mr. McGovern.

15  Q.  So Speaker Pelosi had left the presiding officer's chair

16  in the past two minutes?

17  A.  That's correct.

18  Q.  Did you observe Speaker Pelosi leave?

19  A.  Yes.

20  Q.  Could you please describe how she left the chamber?

21  A.  She left under the escort of her security detail.

22  Q.  Could you please describe for us how quickly or slowly

23  her security detail was moving?

24  A.  They moved with great haste.

25  Q.  Can you describe for us how quickly or slowly Speaker

1      Pelosi was moving?

2      A.  Also very quickly.

3      Q.  Had you ever seen Speaker Pelosi leave the presiding

4      officer's chair before?

5      A.  Not to -- not with that type of accompaniment, no.

6      Not -- not with a security detail, no.

7      Q.  While you were on the House floor, did you at some point

8      observe the House sergeant at arms?

9      A.  Yes.

10     Q.  What did that mean for you?

11     A.  That meant we were in an elevated security situation.

12     Q.  Why?

13     A.  The sergeant at arms has many assistants, one of which

14     is in the chamber at all times.  And the head of the office,

15     the sergeant at arms, only comes to the floor on rare

16     occasions.

17              MR. NESTLER:  If we could please play this forward

18     at 650 on the counter.  It's 2:16 p.m.

19              (Whereupon, segments of Government's Exhibit No.

20     1516 were published in open court.)

21              MR. NESTLER:  Please pause there, Ms. Rohde, at

22     738.  It's 2:18 p.m.

23     BY MR. NESTLER:

24     Q.  What did you hear Representative McGovern just say?

25     A.  He declared a recess pursuant to clause B -- 12(b) of

 1    Rule 1.

 2    Q.   What is Clause 12(b) of Rule 1?

 3    A.   That is the clause that signifies an emergency recess.

 4    Q.   How do you know that?

 5    A.   Because I was in the office when it was written and have

 6    seen it executed on a couple of occasions.

 7    Q.   What -- sorry.  When was it written?

 8    A.   It was written after 9/11.

 9    Q.   And you were in the parliamentarian's office at the

10    time?

11    A.   Yes.

12    Q.   And why was Clause 12(b) of Rule 1 written after 9/11?

13    A.   There was a need to immediately break the proceedings

14    and get the members to a -- to move into a more secure

15    position.

16    Q.   What did it mean for you that Representative McGovern

17    was invoking Clause 12(b)?

18    A.   That meant that there was an emergency afoot.

19    Q.   Now, shortly after the House recessed, did it come back

20    into session for a short period of time?

21    A.   Yes.

22             MR. NESTLER:  If we could play it forward, please,

23    Ms. Rohde.

24             (Whereupon, segments of Government's Exhibit No.

25    1516 were published in open court.)

```
 1                    MR. NESTLER:  And if we could pause there briefly
 2       at 8:22 on the counter.
 3       BY MR. NESTLER:
 4       Q.  So did the House go back into recess at 2:29 p.m.?
 5       A.  Yes.
 6       Q.  What does a recess mean?
 7       A.  It means it's a temporary break in the proceedings.
 8       Q.  Is the House still technically in session during a
 9       recess?
10       A.  Yes.
11       Q.  What did you personally observe in the House chamber
12       after Representative McGovern declared this recess at 2:29
13       p.m.?
14       A.  There was a change from it being a legislative
15       proceeding in which the presiding officer is keeping order
16       and decorum to one in which the security personnel was
17       taking over the situation.
18       Q.  Did you hear anything that was unusual?
19       A.  Yes.  The sergeant at arms and that team began providing
20       orders and instruction, and then eventually a Capitol Police
21       officer made a general announcement to the chamber.
22       Q.  And did you hear any odd noises?
23       A.  Yes.  There was significant banging around the chamber
24       with regard to shutting of doors and banging on doors.
25       Q.  What did that mean for you?
```

1   A.  That meant that the security situation was getting

2   elevated and that they needed to close the doors and secure

3   them so -- and not allow anyone else to get in or out.

4   Q.  At the time this was happening, were you standing or

5   sitting?

6   A.  I was standing and then was instructed to take a seat.

7   Q.  Why did you sit down?

8   A.  Because -- I was told to take a seat to better ensure my

9   safety.

10  Q.  What were you supposed to stand away from?

11  A.  There was a lot of instructions being given, but away

12  from the doors and in -- in a seat.

13  Q.  Did anyone use the phrase "shelter in place"?

14  A.  Yes.

15  Q.  What did you take that to mean?

16  A.  That meant that this situation on the outside was so

17  unsafe that -- to not allow the natural egress and movement

18  to and from the chamber.

19  Q.  What did you observe with respect to the presence of any

20  additional law enforcement officers inside of the House

21  chamber?

22  A.  At that point, we began seeing the Capitol Police

23  officers, members of the sergeant at arms, sometimes armed,

24  taking positions within the chamber.

25  Q.  What did that mean for you?

1    A.   That meant, once again, that the security situation was

2    elevated such that there needed to be an open presence of

3    these type of security personnel.

4    Q.   Did you see these officers carrying any weapons?

5    A.   Yes.  A number of them had long guns, some with side

6    arms.

7    Q.   Have you been involved with drills during your time with

8    the United States House?

9    A.   Yes.

10   Q.   How did this experience compare to the drills you had

11   been involved with?

12   A.   It was definitely an elevated state of alarm.  First of

13   all, the speaker leaving by her security detail and then the

14   sheltering in place with members, and then the amount of

15   instruction and the intensity of that instruction was

16   greater than any drill I had ever experienced.

17   Q.   During drills, did officers typically carry long guns?

18   A.   Not generally.

19   Q.   Now, after sheltering in place for some period of time,

20   did there come a time when you were told to evacuate the

21   House chamber?

22   A.   Yes.

23   Q.   How did that come about?

24   A.   After the instruction to shelter in place, there was

25   more instruction given, increased intensity in the chamber,

1    and eventually we were instructed to evacuate.

2    Q.  Can you describe your general mood during the evacuation

3    process?

4    A.  It was a period of heightened intensity and

5    apprehension.

6    Q.  Now, are you aware of something called the Official

7    House Journal?

8    A.  I am.

9    Q.  What is that?

10   A.  The Journal is the minutes that is taken in the House

11   every time we're in session, and that is required by the

12   Constitution.

13   Q.  Is there a House Journal for every Congress since the

14   beginning of our nation?

15   A.  Yes.

16   Q.  Where are those journals kept?

17   A.  Those journals are kept in the U.S. House of

18   Representatives and then also in the U.S. Archives.

19   Q.  After the -- that Congress is over?

20   A.  That's correct.

21   Q.  As you were preparing and then going through your

22   evacuation process, did you notice anything with respect to

23   the Official House Journal?

24   A.  Yes.  The journal clerk was carrying the Journal.

25   Q.  What did that mean for you?

Wickham - DIRECT - By Mr. Nestler

1    A.  That meant that we were evacuating, but that those

2    instruments that were required by our Constitution were

3    going to be taken and safely cared for.

4    Q.  What would have happened if the journal had been

5    destroyed or stolen?

6    A.  That would have been a very serious situation.  And we

7    would have had to have come up with a way to replace it and

8    verify its contents.

9    Q.  And to be clear, the Journal itself is required by the

10   Constitution?

11   A.  That is correct.

12   Q.  Now, after you arrived at your evacuation location,

13   without saying where that location is, what was the first

14   thing you did?

15   A.  Well, the parliamentarian and I gathered all of the

16   members of the parliamentarian's team to ensure that

17   everyone was safely accounted for.  And then we began

18   discussing the potential next constitutional and

19   parliamentary steps.

20   Q.  Did you make any phone calls around this time?

21   A.  I did make a phone call to my wife.

22   Q.  Why?

23   A.  I wanted to let her know that I was safe.

24   Q.  What was the general mood like in the evacuation

25   location where you were taken?

1     A.   There was a lot of tension and a lot of concern about

2     what was happening throughout the Capitol complex.   There

3     were some prayers given.   There were frequent security

4     updates.

5                MR. NESTLER:   If we could continue playing 1516.

6                (Whereupon, segments of Government's Exhibit No.

7     1516 were published in open court.)

8     BY MR. NESTLER:

9     Q.   And do you know which chamber we're looking at here at

10    2:44 p.m.?

11    A.   That's the House chamber.

12                (Whereupon, segments of Government's Exhibit No.

13    1516 were published in open court.)

14    BY MR. NESTLER:

15    Q.   You were already gone at this time from the House

16    chamber.   Correct?

17    A.   Yes.

18    Q.   Had you seen people with their firearms drawn like that

19    inside of the House chamber before?

20    A.   No.

21    Q.   And which chamber are we looking at here at 2:46 p.m.?

22    A.   U.S. Senate chamber.

23    Q.   Had you seen unauthorized members on the U.S. Senate

24    floor prior to this day?

25    A.   No.

```
 1              (Whereupon, segments of Government's Exhibit No.

 2     1516 were published in open court.)

 3     BY MR. NESTLER:

 4     Q.  Are we still at looking at the U.S. Senate chamber here

 5     at 2:49 p.m.?

 6     A.  Yes.

 7     Q.  And here at 3:04 p.m.?

 8     A.  Yes.

 9              (Whereupon, segments of Government's Exhibit No.

10     1516 were published in open court.)

11     BY MR. NESTLER:

12     Q.  Then at 3:08 p.m., do you see police officers entering

13     the chamber?

14     A.  Yes.

15              (Whereupon, segments of Government's Exhibit No.

16     1516 were published in open court.)

17     BY MR. NESTLER:

18     Q.  Did you return to the House of Representatives in the

19     evening of January 6th?

20     A.  Yes.

21              (Whereupon, segments of Government's Exhibit No.

22     1516 were published in open court.)

23     BY MR. NESTLER:

24     Q.  And did you hear Vice President Pence declare the joint

25     session dissolved at 3:44 a.m.?
```

1    A.  Yes.

2    Q.  Remind us, what does it mean for the joint session to be

3    dissolved?

4    A.  That means that it's permanently ended.

5    Q.  And prior to it being dissolved or permanently ended,

6    was it still ongoing?

7    A.  That's correct.

8            MR. NESTLER:  Now, if we could pull up on the

9    screen Exhibit 1057.SS.

10   BY MR. NESTLER:

11   Q.  Are these still frames from the House chamber,

12   Mr. Wickham?

13   A.  Yes.

14           MR. NESTLER:  The Government moves into evidence

15   1057.SS.

16           THE COURT:  1057.SS will be admitted.

17           (Whereupon, Government's Exhibit No. 1057.SS was

18   entered into evidence.)

19           MR. NESTLER:  And if we could publish to the jury.

20   BY MR. NESTLER:

21   Q.  And, Mr. Wickham, we're looking at the House chamber.

22   Is that correct?

23   A.  Yes.

24   Q.  So on January 6th of 2021 at 1:43 p.m., who was

25   presiding over the House chamber?

Wickham - DIRECT - By Mr. Nestler

4451

```
1     A.  Speaker Nancy Pelosi.

2               MR. NESTLER:  And if we could go to the next

3     slide.

4     BY MR. NESTLER:

5     Q.  And at 1:48 p.m.?

6     A.  Speaker Nancy Pelosi.

7               MR. NESTLER:  And the next.

8     BY MR. NESTLER:

9     Q.  1:54 p.m.?

10    A.  Speaker Nancy Pelosi.

11              MR. NESTLER:  If we could continue.

12    BY MR. NESTLER:

13    Q.  1:59?

14    A.  Speaker Nancy Pelosi.

15              MR. NESTLER:  If we could continue.

16    BY MR. NESTLER:

17    Q.  At 2:04 p.m.?

18    A.  Speaker Nancy Pelosi.

19              MR. NESTLER:  And two more.  One more.

20    BY MR. NESTLER:

21    Q.  At 2:10 p.m.?

22    A.  Speaker Nancy Pelosi.

23    Q.  And then, finally, at 2:14 p.m.?

24    A.  Speaker Nancy Pelosi.

25              MR. NESTLER:  And if we could now go to Exhibit
```

```
 1    1058.SS.

 2    BY MR. NESTLER:

 3    Q.  Are these still frames from the video showing the Senate

 4    chamber?

 5    A.  Yes.

 6            MR. NESTLER:  If we could move this into evidence,

 7    your Honor.

 8            THE COURT:  1058.SS will be admitted.

 9            (Whereupon, Government's Exhibit No. 1058.SS was

10    entered into evidence.)

11    BY MR. NESTLER:

12    Q.  And who was presiding over the Senate chamber on

13    January 6th of 2021 at 1:39 p.m.?

14    A.  Vice President Mike Pence.

15            MR. NESTLER:  If we could continue.

16    BY MR. NESTLER:

17    Q.  At 1:48 p.m.?

18    A.  Vice President Mike Pence.

19            MR. NESTLER:  Continue.

20    BY MR. NESTLER:

21    Q.  1:54 p.m.?

22    A.  Vice President Mike Pence.

23            MR. NESTLER:  Continue.

24    BY MR. NESTLER:

25    Q.  At 2:00 p.m.?
```

1       A.  Vice President Mike Pence.

2                   MR. NESTLER:  If we could continue.

3       BY MR. NESTLER:

4       Q.  At 2:05?

5       A.  Vice President Mike Pence.

6       Q.  And finally at 2:10 p.m.?

7       A.  Vice President Mike Pence.

8       Q.  Now, Mr. Wickham --

9                   MR. NESTLER:  You can take that down, Ms. Rohde.

10      Thank you.

11      BY MR. NESTLER:

12      Q.  Now, Mr. Wickham, did you remain with the House of

13      Representatives until that joint session ended or was

14      dissolved on January 7th at 3:45 a.m.?

15      A.  Yes.

16      Q.  When you started your morning on the morning of

17      January 6th, did you think you were going to continue to be

18      at the Capitol Building almost 24 hours later?

19      A.  I did not.

20                  MR. NESTLER:  No further questions.

21                  THE COURT:  Mr. Fischer?

22                  MR. FISCHER:  Thank you, your Honor.

23                              CROSS-EXAMINATION

24      BY MR. FISCHER:

25      Q.  Mr. Wickham, just a few questions.

4454

1          MR. FISCHER:  Ms. Rohde, if you could, 3500.20,

2     please.

3     BY MR. FISCHER:

4     Q.  Mr. Wickham, I'm going to put up on the screen the 20th

5     Amendment to the Constitution.  You're familiar with that

6     amendment, obviously?

7     A.  Yes, sir.

8          MR. FISCHER:  And, Ms. Rohde, if we could pull up

9     the 20th Amendment.  If you could zoom in.

10    BY MR. FISCHER:

11    Q.  Sir, if you could read that, the 20th Amendment, out to

12    the jury.

13    A.  "The terms of president and the vice president shall end

14    at noon on the 20th day of January, and the terms of their

15    successors shall then begin."

16    Q.  And, sir, you indicated, I believe, you teach history.

17    Is that correct?

18    A.  Citizenship.  Yes.

19    Q.  Citizenship.  Fair enough.

20          You would agree in the 20th Amendment there is no

21    mention of an inauguration.  Do you agree?

22    A.  Yes.

23    Q.  And in fact, you know, through your research, sir, that

24    under the 20th Amendment, the person who becomes -- who wins

25    the Electoral College vote upon certification automatically

1    becomes the president on January 20th of, in this case,

2    2020 -- or 2020.  Do you understand that, sir?

3    A.  That is the date for the transfer of power.  Yes.

4    Q.  Yes.

5            And so, in other words, the individual who is

6    elected through the Electoral College, or who receives the

7    required number of votes for the Electoral College -- and in

8    this case, it would be -- it would have been now-President

9    Biden, but at that time Candidate Biden -- once he received

10   enough votes for the Electoral College on January 6th, he

11   would ultimately become the president under the 20th

12   Amendment.  Correct?

13   A.  The Constitution would call for that transfer of power

14   to occur on that day.

15   Q.  And his -- he becomes the president of the United States

16   under the 20th Amendment whether he's in Washington, whether

17   he's at his home in Delaware, whether he's in a foreign

18   country.  It doesn't matter.  He becomes the president no

19   matter what?

20   A.  The 20th Amendment just speaks to the beginning and

21   ending of the term.

22   Q.  Well, it -- it also indicates -- sir, wouldn't you

23   agree, under the 20TH amendment -- my point is, the person

24   who is selected by the Congress of the Electoral College

25   certification, that individual automatically becomes the

1    president of the United States whether they show up at an

2    inauguration or whether they're in their house in Delaware

3    or whether they're on the beach in California.  It doesn't

4    matter.  You can't stop them from becoming the president of

5    the United States.

6    A.  The 20th Amendment just speaks to the beginning and end

7    of the term and not to other activities that might yield the

8    qualifications for president.

9    Q.  Well, I understand that, sir.

10         But the bottom line, the individual who is

11   selected -- or elected as president through the Electoral

12   College is the president-elect; and they become president on

13   January 20th at noon of the election -- of -- in this case

14   2020.  They become president at that time.  And the person

15   who's in office -- in this case, Donald Trump --

16   automatically becomes unemployed.  Correct?

17   A.  The dates of the term begin on -- at that time.

18   Correct.

19   Q.  Okay.  Fair enough.

20         I guess my point, sir, is, it's self-executing.

21   In other words, one cannot physically stop the ascendency of

22   Joe Biden from becoming president because he automatically

23   becomes president under the 20th Amendment after he is

24   certified and Donald Trump no longer is president.

25         MR. NESTLER:  Objection.  Calls for a legal

1    conclusion.

2              THE COURT:  The objection is sustained.

3              MR. FISCHER:  Ms. Rohde, if we could go to Exhibit

4    3500.2, please.  If you could zero in on the top.

5    BY MR. FISCHER:

6    Q.  Sir, you would agree that, under Article II of the

7    Constitution, that the president and the Executive Branch

8    executes the law and the Congress does not.  Would you agree

9    with that proposition?

10             MR. NESTLER:  Objection.  Calls for a legal

11   conclusion.

12             MR. FISCHER:  I thought he was a lawyer.

13             THE COURT:  Well, he may be, but he's not here as

14   a legal expert.  So let's stick to the language of the

15   article.

16             MR. FISCHER:  Okay.

17   BY MR. FISCHER:

18   Q.  Mr. Wickham, you talked about the concept of a recess.

19   Would you agree that a recess is something that can last for

20   days, weeks or even months?  Is that fair to say?

21   A.  A recess is a temporary postponement of --

22   Q.  Sure.  Well, there are times that -- for example, there

23   are times that a recess appointment is something where the

24   president can appoint individuals to cabinet positions or --

25   or judicial nominations during a lengthy period of recess

1    between when Congress meets.  Is that fair to say?

2    A.  There is a term called recess appointment, yes, that --

3    an appointment that occurs during a congressional recess

4    period.

5    Q.  So the point is, sir, a recess can last an indefinite

6    time.  Is that correct?

7    A.  That's correct.

8    Q.  Okay.  And, sir, in this case -- so we have the

9    Electoral College going on on January 6th.  And I believe it

10   was roughly around 2:13 p.m. and 2:16 p.m., respectively,

11   that Vice President Pence and Speaker Pelosi were evacuated

12   from the chambers.  Is that correct?

13   A.  That sounds right.

14   Q.  Okay.  And obviously, the Electoral College proceeding

15   cannot proceed without those individuals present.  Is that

16   fair to say?

17   A.  The proceedings allow for a substitute or for another

18   person to preside.

19   Q.  But you certainly would need the vice president of the

20   United States, as the president of the Senate, to preside

21   over the Electoral College certification.  Correct?

22   A.  The statute calls for the vice president or the -- or

23   the president pro tempore to preside.  So it's not exclusive

24   to the vice president.

25   Q.  Fair enough, sir.

1          Well, there came a point, certainly, sir, when the
2     chambers were evacuated.  Is that correct?
3     A.  Yes.
4     Q.  And you evacuated along with the members of Congress and
5     other staff and personnel.  Is that correct?
6     A.  Yes.
7     Q.  Okay.  And there also came a point -- well, once you
8     were evacuated, you certainly were told at some point how
9     long it was going to be before the proceeding could begin
10    again.  Is that correct?
11    A.  There were instructions given about when we could safely
12    resume.  Yes.
13    Q.  Sure.
14          I mean, that was obviously going to take hours.
15    Is that correct?
16    A.  The time was not obvious, but it did turn out to be
17    hours.  Yes.
18    Q.  Well, sir, it did turn out to be hours, but you
19    indicated you received some information.  You would agree
20    that it was obvious it was -- once you -- once the chambers
21    were evacuated, that it was going to take hours before the
22    proceeding could ramp up again.  Would that be fair to say?
23    A.  Hours seems like a --
24    Q.  Fair enough.
25    A.  -- fair term.

Wickham - CROSS - By Mr. Fischer

```
 1              MR. FISCHER:  Sir, thank you very much.  And thank
 2    you for your service.
 3              THE COURT:  Mr. Tarpley.
 4                         CROSS-EXAMINATION
 5    BY MR. TARPLEY:
 6    Q.  Good afternoon, sir.  My name is Ed Tarpley.  I'm one of
 7    Stewart Rhodes's attorneys.  I would like to just ask you a
 8    few questions about the procedure that took place on the
 9    night and evening of January 6th.
10              Under the Electoral Count Act, there are specific
11    procedures in place to deal with objections.  And in order
12    for an objection to be formally considered, it has to be
13    presented by one member of the Senate and one member of the
14    House.  Is that correct?
15    A.  Yes.
16    Q.  And I think the Electoral Count Act requires that the
17    objections be in writing.  Is that correct?
18    A.  Yes.
19    Q.  Now, once the objection has been filed under the
20    Electoral Count Act, the House and the Senate separate to
21    their own chambers.  Would that be correct?
22    A.  Yes.
23    Q.  And according to the Electoral Count Act, they have a
24    period of two hours in which to consider the objection.
25    Would that also be correct?
```

Wickham - CROSS - By Mr. Tarpley

1    A.  Two hours of debate.  Yes.

2    Q.  And then at the conclusion of the two hours, they must

3    vote whether to uphold the objection or not.  Would that be

4    correct?

5    A.  Yes.

6    Q.  On the day in question, do you recall how many

7    objections were considered by the Congress?

8    A.  I do not.

9    Q.  Okay.  Well, there was an objection that was made by

10   Congressmen Gosar of Arizona and Senator Cruz of Texas as to

11   the electoral votes of the state of Arizona.

12              Are you --

13              MR. NESTLER:  Objection.  Beyond the scope.

14              THE COURT:  He can answer that question if he

15   knows the answer.

16   BY MR. FISCHER:

17   Q.  There were two objections considered by the -- both

18   Houses of Congress on the night of January 6th -- on the day

19   of January 6th.  The initial objection was heard beginning

20   at approximately 1:00, shortly after the session was gaveled

21   into order.

22              Do you recall that moment?

23   A.  Yes.

24   Q.  Okay.  And do you recall the substance of the objection?

25   A.  I do not.

1    Q.  Under Article II, Section 1 --

2              MR. TARPLEY:  If Ms. Rohde could pull that up,

3    please, I would appreciate it.  Article II, Section 1.

4              MR. NESTLER:  That's Exhibit 3500.2.

5              MR. TARPLEY:  Thank you.

6              If you could highlight the second paragraph of

7    that article.  Thank you very much.

8    BY MR. TARPLEY:

9    Q.  The paragraph of Section 1, Article II, which has been

10   highlighted, indicates that each state shall appoint in such

11   manner as the legislature thereof may direct, a number of

12   electors equal to the whole number of senators and

13   representatives to which the state may be entitled in the

14   Congress; but no senator or representative or person holding

15   an office of trust or profit under the United States shall

16   be appointed an elector.

17             Would you agree, sir, that this refers to the

18   qualification of the electors?

19   A.  The second part talks about eligibility to be appointed

20   an elector.

21   Q.  Does this also indicate that each state appoints in such

22   manner as the legislature requires?

23   A.  As the legislature may direct.

24   Q.  All right.  So does that indicate to you, sir, that each

25   state legislature has the ultimate authority in each state

1    to determine who may be an elector for that state?

2              THE COURT:  All right.  That's sustained.

3              Let's stick to the text of the statutes.  We're

4    not here to interpret.

5              MR. TARPLEY:  Thank you, your Honor.

6    BY MR. TARPLEY:

7    Q.  Let me ask you this question, sir:  If one of the

8    objections that was made before the joint session had to do

9    with the qualification of the electors, would that be the

10   type of objection that the bodies -- the separate bodies

11   would separate to consider?

12   A.  I really wouldn't be qualified to advise on that

13   hypothetically.

14   Q.  Okay.  Well, then, certainly the objections made by the

15   senators and representatives on the day of January 6th for

16   the two states that were in question, Arizona and

17   Pennsylvania -- are you familiar with what the substance of

18   those objections were?

19   A.  No.  Those objections would be carried in the

20   Congressional Record.

21   Q.  So you were on the floor of the House of Representatives

22   while the House and Senate were meeting in joint session,

23   but you don't remember exactly what objections were made at

24   that point?

25   A.  I do not.

1    Q.  Okay.  Well, are you aware of how the objections were

2    processed and handled by the separate bodies of the Houses

3    of Congress?

4    A.  I would advise on what the proper procedures for

5    handling those would be.  Yes.

6    Q.  And could you tell the Court what those proper

7    procedures would be?

8    A.  As you indicated, the statute calls for one senator and

9    one representative to sign on to an objection in writing and

10   then the two Houses would divide and debate those

11   objections, and then report their results back to the joint

12   meeting.

13   Q.  Would it be correct to say that the ultimate counting of

14   all the electoral votes could not be concluded until the

15   objections had been considered by both the House and the

16   Senate?

17   A.  The procedure calls for a consideration of the

18   objections and then, after the objections are addressed,

19   then the result is tallied and the totals announced.

20   Q.  In the Electoral Count Act itself, there is language

21   regarding the length of time allowed to complete the

22   counting of the electoral votes.  And there are provisions

23   relating to the House and the Senate of the joint session

24   recessing for whatever purpose they may choose.

25           But that has limits on it, doesn't it, sir?

Wickham - CROSS - By Mr. Tarpley

1            THE COURT:  Can you direct him to whatever you may

2     be referring to?

3     BY MR. TARPLEY:

4     Q.  In the Electoral Count Act, the language at the end of

5     the Act states that they may, for a period of four days,

6     recess, but at the conclusion of four days, they will not be

7     allowed to have a recess or any other interruption in the

8     counting of the vote.

9            So in other words, in the Electoral Count Act

10    itself, there is a provision which requires the joint

11    session to move forward regardless of whatever interruption

12    or whatever impediment may present itself in order to

13    complete the count of the electoral votes.  Would that be

14    correct?

15    A.  If that's the language of the statute, that's the

16    language of the statute.  Yes.

17    Q.  Well, you were present in the House chamber on the day

18    of January 6th.  Was the counting of the electoral votes

19    concluded?

20    A.  Yes.

21    Q.  Was there ever any doubt in your mind that the electoral

22    votes that were being cast in the election of 2020 and were

23    presented to the House and the Senate in joint session on

24    January 6th were going to be counted?

25    A.  With regard to the procedure, no.  With regard to

1    security, that's a different question.

2    Q.  Well, but in actuality, you witnessed the House recess

3    for a few hours, the Senate recess for a few hours and then

4    return to conclude the proceedings of the day.  Is that

5    true?

6    A.  That's correct.

7    Q.  And the electoral votes were counted, ultimately.  Isn't

8    that true?

9    A.  That's correct.

10   Q.  And is there anything now or then that would have led

11   you to believe that any person or any group could have

12   prevented the electoral votes from being counted?

13              THE COURT:  Objection sustained.

14   BY MR. TARPLEY:

15   Q.  Let me ask you one or two other questions, sir.

16              Are you familiar with whether or not there have

17   been previous objections filed to the counting of electoral

18   votes?

19   A.  Yes.

20   Q.  Can you tell me what --

21              THE COURT:  The objection is sustained.

22              Mr. Tarpley, this is not the forum for this.

23   Okay?  It really isn't.  I'm giving you some rope, but this

24   is not the forum for this.

25              MR. TARPLEY:  Thank you, your Honor.

1    BY MR. TARPLEY:

2    Q.  You said in your testimony that during the recess that

3    you had gathered with the team to consider the next steps

4    that would need to be taken to conclude the counting of the

5    votes.  Do you recall that statement?

6    A.  Yes.

7    Q.  And when the session was reconvened, did everything go

8    as you thought it should go based on your experience as

9    parliamentarian?

10   A.  Yes.

11   Q.  Very good.

12          MR. TARPLEY:  Thank you, sir, for your answers and

13   for your service.

14          MR. WOODWARD:  I will be very brief, your Honor.

15                      CROSS-EXAMINATION

16   BY MR. WOODWARD:

17   Q.  I am mindful that I again find myself perhaps the only

18   person between you and the door.  But thank you for your

19   service.

20          I'd like to ask you about something a bit more

21   upbeat, which is actually the malleability of the

22   Constitution.

23          Would you agree, sir -- does Article II specify

24   any particular form through which state legislatures must

25   express their chosen selection procedures?

1    A.  I believe it just says "legislature may direct."

2    Q.  You would agree, however, that the Constitution often,

3    but not always, does specify how Congress must act?

4    A.  (No response.)

5    Q.  Let me be more specific.

6            THE COURT:  I think the --

7    BY MR. WOODWARD:

8    Q.  Money can only be drawn from the federal treasury

9    pursuant to an appropriation made by law?

10           MR. NESTLER:  Objection.

11           THE COURT:  It's sustained.

12   BY MR. WOODWARD:

13   Q.  Would you agree that Congress can state rules for

14   federal elections by law?

15           MR. NESTLER:  Objection.

16           THE COURT:  Sustained.

17   BY MR. WOODWARD:

18   Q.  Okay.  Would you agree that Congress can set its own

19   rules?

20   A.  Yes.

21   Q.  Would you agree that one privilege of Congress is to

22   choose its officers?

23   A.  Yes.

24   Q.  The only exception being the president of the Senate?

25   A.  I'm the House parliamentarian -- I was the House

1    parliamentarian, so that's probably a better question for

2    the Senate.

3    Q.  Well, with respect to the leader of the House of

4    Representatives, would you agree that the Constitution does

5    not specify how that person is chosen?

6    A.  That's correct.

7    Q.  And so if the Congress, if the House of Representatives,

8    wanted to -- well, new sentence:  Typically, the majority

9    party creates the rules.

10           THE COURT:  Mr. Woodward, you are going into

11   arcana that is not at all relevant here.  So if you've got

12   something that's precise and relevant to the issues in this

13   case, ask them.

14   BY MR. WOODWARD:

15   Q.  You testified that the Constitution specifies that the

16   House must keep a journal.

17   A.  Correct.

18   Q.  Does the Constitution specify how the House must keep

19   that journal?

20   A.  It does not.

21   Q.  Who decides how the House keeps its journal?

22   A.  That would be a decision for the House as a body.

23   Q.  And the House can change the way that it keeps its

24   journal.

25   A.  The House has certain flexibility under its rules.  Yes.

1    Q.  Article II, as you testified, is similarly silent about

2    the means by which state legislatures must establish the

3    selection of their electors.  Correct?

4              MR. NESTLER:  Objection.

5              THE COURT:  Sustained.

6              MR. WOODWARD:  The Court's indulgence.

7              No further questions.

8              THE COURT:  Thank you, Mr. Woodward.

9              Mr. Geyer?

10                      CROSS-EXAMINATION

11   BY MR. GEYER:

12   Q.  Thank you for being here today.

13             You mentioned before about there being a

14   distinction in your mind between process and security, how

15   the process, that was progressing along a clock, and that

16   kind of happens based on our Constitution.  Security,

17   however, was another situation entirely.  Is that true?

18   A.  The parliamentarian and the presiding officer will rely

19   on advice from security officials on how to use the -- the

20   rules to create a secure location.  So there is a little bit

21   of a merger of those two things.

22   Q.  And is it true that you can't restart proceedings in

23   either the House or the Senate until the vice president gets

24   clearance to return?  Is that true?

25   A.  I don't feel qualified to answer that.

```
 1    Q.  I guess what I'm asking -- I'll rephrase it.

 2         In order to -- for the process to continue, the

 3    president of the Senate has to be physically present.  Isn't

 4    that true?

 5    A.  The role of the presiding officer can be carried out by

 6    other individuals.  So I can't tell you with precision or as

 7    specifically as you suggest that it has to stop or start

 8    based on where the vice president is or isn't at the time.

 9    Q.  Okay.  So the first breach was at 2:13 and, shortly

10    thereafter, there was a recess.

11         When the Capitol itself is breached, doesn't that

12    trigger security procedures that must be carried out before

13    things can be restarted?  It stands to reason.  Right?

14    A.  Not -- I'm not an expert on that.  No.

15    Q.  Well, certainly you would have to physically eject

16    anybody who was inside the building.  Make sense?

17    A.  I don't feel comfortable speaking to the specific

18    security procedures.

19    Q.  Okay.  Are you able to see that it would take some

20    period of hours for professionals, tactical teams, to come

21    in, make sure everybody is safe, make sure everybody has

22    been cleared out --

23         THE COURT:  Mr. Geyer, he said he's not qualified

24    to answer these questions.  So you can rephrase it as many

25    times as you want and you're going to get the same answer.
```

Wickham - CROSS - By Mr. Geyer

1    So let's move on.

2              MR. GEYER:  Fair enough, your Honor.  Thank you

3    very much.

4              Thank you, sir.

5              THE COURT:  Thank you, Mr. Geyer.

6              Okay.  Mr. Crisp?

7              MR. CRISP:  No, your Honor.

8              THE COURT:  Any redirect examination?

9              MR. NESTLER:  Very briefly, your Honor.  Thank

10   you.

11             If we could please pull up Exhibit 3501.16,

12   already admitted into evidence, and display and publish it

13   to the jury.  If we could highlight again that sentence,

14   please, Ms. Rohde, about -- starting with "Such joint

15   meeting shall not be dissolved," the fifth line down.

16                      REDIRECT EXAMINATION

17   BY MR. NESTLER:

18   Q.  Mr. Wickham, do you see where the law says:  "Such joint

19   meeting shall not be dissolved until the count of electoral

20   votes shall be completed and the result declared"?

21   A.  Yes.

22   Q.  For the joint session that occurred on January 6th of

23   2021, approximately when was the counting completed and the

24   result declared?

25   A.  I believe sometime around 4:00 a.m.

1    Q.  So 4:00 a.m. the following day?

2    A.  That's correct.

3    Q.  And until then, the process was not over?

4    A.  That's correct.

5    Q.  And until then, Joe Biden was not declared the incoming

6    president on January 20th of 2021?

7    A.  That is correct.

8              MR. NESTLER:  No further questions.

9              THE COURT:  Mr. Wickham, thank you for your time

10   and your testimony, sir.  You may step down and you're free

11   to go.

12             (Witness excused.)

13             THE COURT:  All right, ladies and gentlemen.  That

14   brings us to the end of our day.  Thank you all very much

15   once more for your time and attention.

16             Have a nice evening.  Again, no -- avoid the media

17   about this case, no independent research, and please don't

18   discuss it with anyone.  We look forward to seeing you in

19   the morning.  Thank you.

20             THE COURTROOM DEPUTY:  All rise.

21             (Whereupon, the jury exited the courtroom at 4:54

22   p.m. and the following proceedings were had:)

23             THE COURT:  All right.  Anything we need to

24   discuss before we adjourn for the afternoon?

25             MR. NESTLER:  Just to alert your Honor tomorrow

 1    we're going to call Special Agent Whitney Drew.  She'll be a

 2    lengthy witness, and we're going to introduce a voluminous

 3    amount of evidence through her.  I just wanted to give your

 4    Honor a heads-up.

 5         THE COURT:  Okay.

 6         MR. NESTLER:  She's covering January 6th itself,

 7    and we're going to put her into two chunks.  The first one

 8    is going to be January 6th until about 3:30 p.m., all the

 9    video, text messages, that day.  So there's a lot of

10    different moving parts.

11         And then she'll come back next week for a little

12    bit after 3:30 p.m.

13         THE COURT:  I see.

14         So in terms of tomorrow's testimony, is your

15    expectation she'll be the entirety of the day on direct?

16         MR. NESTLER:  Not on direct.  I think that she'll

17    be three and a half hours, maybe, on direct, to play the

18    various videos and the text messages.  And I expect that all

19    the defense counsel will want to cross her for an extensive

20    period of time.  So I'm just alerting the Court.

21         THE COURT:  Sure.  Of course.

22         So if there are any completeness issues with

23    respect to the text messages or videos, if we can deal with

24    that in the morning, that would be ideal.  So -- I would

25    appreciate that.

```
 1                    Anything further?
 2                    MR. LINDER:  No, your Honor.
 3                    MR. BRIGHT:  No, sir.
 4                    MR. FISCHER:  Your Honor, I probably -- on the use
 5       of the grand jury, the 801 issue, I'll probably file
 6       something or send something to chambers regarding the use of
 7       the grand jury of FBI agents, so just to alert the Court and
 8       the Government.
 9                    THE COURT:  Sure.  Everybody, you can sit if you
10       like.
11                    But -- look, the bottom line is, send me what you
12       want to send me, whether it's a brief, case citations.  I'm
13       still waiting on it from the Government.  As you know, I'll
14       read it and then consider the request.
15                    MR. FISCHER:  I'll do that.  Thank you.
16                    THE COURT:  Thank you, Mr. Fischer.
17                    All right.  Anything else?
18                    Have a good night, everybody.  We'll see you in
19       the morning.
20                    MR. NESTLER:  Thank you.
21                    (Proceedings concluded.)
22
23
24
25
```

4476

1                        **<u>CERTIFICATE</u>**

2

3                I, LISA EDWARDS, RDR, CRR, do hereby

4    certify that the foregoing constitutes a true and accurate

5    transcript of my stenographic notes, and is a full, true,

6    and complete transcript of the proceedings produced to the

7    best of my ability.

8

9

10               Dated this 19th day of October, 2022.

11

12          <u>/s/ Lisa Edwards, RDR, CRR</u>
            Official Court Reporter
13          United States District Court for the
              District of Columbia
14          333 Constitution Avenue, Northwest
            Washington, D.C. 20001
15          (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 4476:12

## 0

**0762** [1] - 4361:19
**08077** [1] - 4349:10
**0813** [1] - 4363:6
**0907** [1] - 4365:5
**0952** [1] - 4383:4
**0953** [2] - 4369:13, 4370:24

## 1

**1** [7] - 4415:2, 4442:1, 4442:2, 4442:12, 4462:1, 4462:3, 4462:9
**10** [2] - 4355:1, 4418:16
**100** [2] - 4378:21, 4410:1
**1051** [7] - 4350:15, 4406:6, 4406:11, 4406:15, 4406:17, 4406:24, 4407:24
**1057.SS** [5] - 4350:19, 4450:9, 4450:15, 4450:16, 4450:17
**1058.SS** [4] - 4350:20, 4452:1, 4452:8, 4452:9
**1077** [1] - 4382:22
**10:00** [1] - 4359:23
**12(b** [4] - 4441:25, 4442:2, 4442:12, 4442:17
**12:51** [1] - 4437:20
**12th** [3] - 4427:4, 4427:10, 4428:23
**130** [1] - 4349:9
**13:59:04** [2] - 4376:21, 4376:22
**14** [1] - 4348:10
**141** [1] - 4349:9
**14th** [3] - 4426:16, 4426:17, 4430:24
**15** [2] - 4429:8, 4429:10
**1501** [6] - 4386:8, 4386:11, 4386:24, 4387:6, 4387:18
**1503** [3] - 4379:23, 4380:14, 4380:25
**1516** [18] - 4350:19,

4437:1, 4437:9, 4437:10, 4437:18, 4438:15, 4439:7, 4439:14, 4440:8, 4441:20, 4442:25, 4448:5, 4448:7, 4448:13, 4449:2, 4449:10, 4449:16, 4449:22
**1532** [1] - 4425:13
**17110** [1] - 4349:13
**1797** [1] - 4422:9
**18** [1] - 4416:24
**1808** [1] - 4349:3
**19** [1] - 4348:6
**1995** [1] - 4421:6
**19th** [1] - 4476:10
**1:00** [3] - 4430:13, 4435:23, 4461:20
**1:25** [1] - 4406:21
**1:35** [1] - 4406:22
**1:39** [1] - 4452:13
**1:43** [1] - 4450:24
**1:44** [1] - 4361:20
**1:44:20** [1] - 4361:20
**1:47** [2] - 4348:7, 4351:3
**1:48** [2] - 4451:5, 4452:17
**1:50** [1] - 4363:6
**1:53** [2] - 4365:21, 4366:17
**1:54** [2] - 4451:9, 4452:21
**1:59** [1] - 4451:13
**1:59:04** [1] - 4376:22
**1:59:05** [1] - 4376:24

## 2

**2** [3] - 4422:22, 4424:11, 4427:8
**20** [1] - 4416:24
**20001** [2] - 4349:20, 4476:14
**20010** [1] - 4349:3
**20036** [1] - 4349:6
**2014** [1] - 4391:8
**202** [2] - 4349:21, 4476:15
**2020** [11] - 4415:8, 4416:4, 4421:7, 4421:8, 4421:13, 4425:10, 4425:18, 4455:2, 4456:14, 4465:22
**2021** [10] - 4352:2, 4421:14, 4421:18, 4435:19, 4435:23,

4436:8, 4450:24, 4452:13, 4472:23, 4473:6
**2022** [2] - 4348:6, 4476:10
**20530** [1] - 4348:21
**20579** [1] - 4348:18
**20th** [19] - 4424:9, 4424:13, 4424:15, 4425:5, 4427:1, 4454:4, 4454:9, 4454:11, 4454:14, 4454:20, 4454:24, 4455:1, 4455:11, 4455:16, 4455:20, 4456:6, 4456:13, 4456:23, 4473:6
**20TH** [1] - 4455:23
**21061** [1] - 4349:16
**22-00015** [1] - 4348:3
**24** [1] - 4453:18
**2:00** [2] - 4381:16, 4452:25
**2:04** [1] - 4451:17
**2:05** [1] - 4453:4
**2:10** [2] - 4451:21, 4453:6
**2:13** [3] - 4366:23, 4458:10, 4471:9
**2:14** [2] - 4439:16, 4451:23
**2:16** [3] - 4440:12, 4441:18, 4458:10
**2:18** [1] - 4441:22
**2:29** [2] - 4443:4, 4443:12
**2:44** [1] - 4448:10
**2:45** [1] - 4438:17
**2:46** [1] - 4448:21
**2:49** [1] - 4449:5

## 3

**3** [29] - 4361:3, 4361:13, 4362:5, 4362:15, 4362:23, 4363:4, 4363:21, 4365:2, 4365:13, 4367:10, 4367:16, 4368:4, 4368:18, 4369:3, 4370:4, 4370:11, 4371:2, 4371:8, 4371:12, 4371:22, 4372:2, 4372:13, 4373:1, 4373:6, 4374:19, 4375:2, 4375:7, 4429:7, 4429:10
**303** [1] - 4349:9

**3300** [1] - 4348:24
**333** [2] - 4349:19, 4476:14
**35** [1] - 4427:16
**3500.12** [5] - 4350:16, 4427:8, 4427:17, 4427:18, 4427:19
**3500.17** [1] - 4433:6
**3500.2** [7] - 4350:16, 4422:22, 4423:1, 4423:4, 4423:5, 4457:4, 4462:4
**3500.20** [4] - 4424:11, 4424:20, 4424:21, 4454:1
**3501.15** [4] - 4350:17, 4429:8, 4429:14, 4429:15
**3501.16** [6] - 4350:17, 4431:12, 4431:18, 4431:20, 4431:21, 4472:11
**3501.17** [5] - 4350:18, 4433:7, 4433:13, 4433:15, 4433:16
**3503** [5] - 4350:18, 4434:16, 4434:24, 4435:2, 4435:3
**354-3269** [2] - 4349:21, 4476:15
**38** [1] - 4418:16
**3:00** [1] - 4402:12
**3:02** [1] - 4402:15
**3:04** [1] - 4449:7
**3:08** [1] - 4449:12
**3:15** [1] - 4402:13
**3:21** [1] - 4403:14
**3:30** [2] - 4474:8, 4474:12
**3:44** [1] - 4449:25
**3:45** [1] - 4453:14
**3rd** [5] - 4352:2, 4352:7, 4425:18, 4435:19

## 4

**40** [5] - 4376:20, 4376:21, 4392:18, 4407:19, 4407:22
**4031** [1] - 4349:12
**42** [1] - 4437:20
**4351** [1] - 4350:6
**4376** [1] - 4350:12
**4378** [1] - 4350:13
**4381** [1] - 4350:13
**4382** [1] - 4350:14

**4390** [1] - 4350:6
**4403** [1] - 4350:6
**4406** [1] - 4350:15
**4420** [1] - 4350:8
**4423** [1] - 4350:16
**4427** [1] - 4350:16
**4429** [1] - 4350:17
**4431** [1] - 4350:17
**4433** [1] - 4350:18
**4435** [1] - 4350:18
**4437** [1] - 4350:19
**4450** [1] - 4350:19
**4452** [1] - 4350:20
**4453** [1] - 4350:8
**4460** [1] - 4350:8
**4467** [1] - 4350:9
**4470** [1] - 4350:9
**4472** [1] - 4350:9
**4:00** [2] - 4472:25, 4473:1
**4:54** [1] - 4473:21
**4th** [1] - 4352:7

## 5

**5308** [1] - 4418:16
**5:00** [1] - 4359:23
**5th** [5] - 4356:16, 4356:19, 4357:8, 4396:8, 4410:20

## 6

**6** [1] - 4360:8
**601** [2] - 4348:17, 4349:5
**650** [1] - 4441:18
**6706** [1] - 4349:20
**6860** [1] - 4414:6
**6:00** [2] - 4355:17, 4355:21
**6:20** [1] - 4407:19
**6:30** [1] - 4439:16
**6:50** [1] - 4440:10
**6:56** [2] - 4408:1, 4408:4
**6th** [31] - 4352:4, 4356:15, 4357:9, 4359:17, 4360:20, 4365:11, 4369:17, 4379:24, 4381:17, 4396:8, 4397:10, 4410:23, 4421:18, 4430:10, 4435:23, 4436:8, 4449:19, 4450:24, 4452:13, 4453:17, 4455:10, 4458:9, 4460:9,

4478

4461:18, 4461:19,
4463:15, 4465:18,
4465:24, 4472:22,
4474:6, 4474:8

## 7

**7** [1] - 4377:24
**700** [1] - 4348:25
**73** [1] - 4414:7
**7310** [1] - 4349:15
**738** [1] - 4441:22
**75219** [1] - 4348:25
**77** [1] - 4414:13
**7th** [1] - 4453:14

## 8

**801** [1] - 4475:5
**8:22** [1] - 4443:2

## 9

**9** [1] - 4365:15
**9/11** [2] - 4442:8,
4442:12
**900** [1] - 4349:6
**950** [1] - 4348:20

## A

**a.m** [7] - 4355:17,
4355:21, 4359:23,
4449:25, 4453:14,
4472:25, 4473:1
**ability** [2] - 4424:1,
4476:7
**able** [7] - 4357:1,
4359:2, 4381:24,
4399:14, 4401:1,
4416:10, 4471:19
**about-faced** [1] -
4371:15
**accompaniment** [1]
- 4441:5
**accomplish** [2] -
4397:4, 4397:15
**according** [1] -
4460:23
**accounted** [1] -
4447:17
**accuracy** [1] -
4436:22
**accurate** [3] -
4360:16, 4365:22,
4476:4
**accurately** [1] -

4360:19
**act** [5] - 4414:10,
4415:14, 4417:21,
4417:24, 4468:3
**Act** [8] - 4460:10,
4460:16, 4460:20,
4460:23, 4464:20,
4465:4, 4465:5,
4465:9
**Action** [1] - 4348:3
**active** [4] - 4391:19,
4392:1, 4392:2,
4392:9
**activities** [2] -
4358:4, 4456:7
**actual** [1] - 4439:2
**actuality** [1] - 4466:2
**Adams** [1] - 4422:13
**additional** [2] -
4437:8, 4444:20
**addressed** [1] -
4464:18
**adjourn** [1] - 4473:24
**administration** [2] -
4400:20, 4400:21
**Administration** [2] -
4400:21, 4400:22
**admissible** [1] -
4437:2
**admission** [1] -
4437:1
**admitted** [12] -
4382:14, 4423:4,
4424:20, 4427:18,
4429:14, 4431:20,
4433:15, 4435:2,
4437:9, 4450:16,
4452:8, 4472:12
**admitting** [1] -
4376:11
**advance** [1] - 4361:9
**advice** [2] - 4440:5,
4470:19
**advise** [3] - 4426:4,
4463:12, 4464:4
**advisor** [2] -
4421:13, 4440:4
**affiliation** [1] -
4360:1
**affirm** [1] - 4423:24
**affirmation** [1] -
4423:23
**afoot** [1] - 4442:18
**AFTERNOON** [1] -
4348:5
**afternoon** [10] -
4390:24, 4402:12,
4403:24, 4403:25,
4404:17, 4420:17,
4420:18, 4430:14,

4460:6, 4473:24
**afterwards** [1] -
4421:10
**Agent** [1] - 4474:1
**agents** [1] - 4475:7
**ago** [2] - 4396:14,
4416:24
**agree** [16] - 4393:9,
4395:23, 4454:20,
4454:21, 4455:23,
4457:6, 4457:8,
4457:19, 4459:19,
4462:17, 4467:23,
4468:2, 4468:13,
4468:18, 4468:21,
4469:4
**agreed** [2] - 4395:4,
4435:8
**agrees** [1] - 4375:21
**ahead** [1] - 4390:16
**ahold** [1] - 4368:23
**airline** [6] - 4366:6,
4366:8, 4366:9,
4366:14, 4401:3,
4401:9
**airplane** [1] - 4399:9
**al** [1] - 4348:6
**alarm** [1] - 4445:12
**alert** [2] - 4473:25,
4475:7
**alerting** [1] - 4474:20
**Alexander** [1] -
4360:3
**ALEXANDRA** [1] -
4348:19
**Ali** [2] - 4360:3,
4364:21
**allow** [4] - 4417:13,
4444:3, 4444:17,
4458:17
**allowed** [3] -
4420:19, 4464:21,
4465:7
**allowing** [1] - 4404:5
**almost** [2] - 4356:8,
4453:18
**alongside** [1] -
4400:9
**alpha** [1] - 4391:21
**amazing** [1] -
4351:24
**amendment** [4] -
4424:4, 4424:8,
4454:6, 4455:23
**Amendment** [17] -
4424:13, 4424:16,
4427:1, 4427:4, 4427:7,
4428:23, 4454:5,
4454:9, 4454:11,

4454:20, 4454:24,
4455:12, 4455:16,
4455:20, 4456:6,
4456:23
**AMERICA** [1] -
4348:3
**America** [2] -
4408:21, 4423:15
**American** [3] -
4421:23, 4422:3,
4422:4
**amiss** [3] - 4370:2,
4373:4, 4374:25
**AMIT** [1] - 4348:11
**amorphous** [1] -
4400:13
**amount** [3] - 4414:3,
4445:14, 4474:3
**AND** [1] - 4349:12
**angle** [1] - 4387:4
**announced** [1] -
4464:19
**announcement** [1] -
4443:21
**announces** [1] -
4433:2
**answer** [13] - 4357:6,
4387:25, 4392:7,
4399:3, 4399:5,
4413:20, 4413:22,
4414:20, 4461:14,
4461:15, 4470:25,
4471:24, 4471:25
**answers** [1] -
4467:12
**anthem** [4] -
4387:21, 4388:15,
4388:17, 4389:7
**Antifa** [4] - 4354:12,
4354:13, 4354:14,
4357:21
**any".. ** [1] - 4432:12
**apologize** [1] -
4378:8
**appear** [2] - 4360:16,
4372:17
**aPPEARANCES** [1] -
4348:13
**APPEARANCES** [1] -
4349:1
**applies** [1] - 4391:22
**appoint** [2] -
4457:24, 4462:10
**appointed** [2] -
4462:16, 4462:19
**appointment** [3] -
4457:23, 4458:2,
4458:3
**appoints** [1] -
4462:21

**appreciate** [4] -
4370:19, 4390:19,
4462:3, 4474:25
**apprehension** [1] -
4446:5
**appropriation** [1] -
4468:9
**AR-15** [1] - 4413:13
**arcana** [1] - 4469:11
**Archives** [1] -
4446:18
**archivist** [1] -
4426:24
**area** [7] - 4354:8,
4359:3, 4359:16,
4364:16, 4376:7,
4381:18, 4399:21
**areas** [1] - 4356:1
**arisen** [1] - 4432:12
**Arizona** [3] -
4461:10, 4461:11,
4463:16
**Arlington** [2] -
4353:9, 4413:25
**armed** [1] - 4444:23
**arms** [6] - 4441:8,
4441:13, 4441:15,
4443:19, 4444:23,
4445:6
**Army** [2] - 4393:8,
4393:10
**arrested** [1] - 4405:7
**arrived** [2] - 4353:19,
4447:12
**arrow** [3] - 4383:22,
4386:19, 4386:20
**arrows** [1] - 4386:19
**article** [4] - 4422:15,
4422:19, 4457:15,
4462:7
**Article** [13] -
4391:21, 4391:23,
4422:20, 4422:24,
4423:13, 4423:21,
4427:1, 4457:6,
4462:1, 4462:3,
4462:9, 4467:23,
4470:1
**ascendency** [1] -
4456:21
**aside** [1] - 4429:1
**aspect** [1] - 4419:14
**assaulted** [1] -
4385:6
**assigned** [1] -
4397:13
**assistant** [1] -
4392:20
**assistants** [1] -
4441:13

**ASSOCIATES** [1] - 4349:12
**assume** [1] - 4383:23
**attachments** [1] - 4393:14
**attack** [7] - 4367:12, 4368:11, 4368:12, 4372:21, 4379:15, 4379:17, 4384:22
**attacked** [1] - 4388:20
**attackers** [2] - 4357:16, 4357:21
**attacking** [1] - 4367:25
**attend** [1] - 4353:25
**attending** [1] - 4357:1
**attention** [9] - 4352:1, 4353:20, 4358:20, 4361:18, 4369:6, 4369:12, 4392:16, 4409:12, 4473:15
**ATTORNEY'S** [1] - 4348:16
**attorneys** [1] - 4460:7
**audio** [1] - 4437:14
**authority** [1] - 4462:25
**automatically** [4] - 4454:25, 4455:25, 4456:16, 4456:22
**available** [1] - 4397:5
**Avenue** [6] - 4348:20, 4348:24, 4349:5, 4349:19, 4361:5, 4476:14
**avoid** [1] - 4473:16
**aware** [5] - 4370:1, 4392:8, 4426:15, 4446:6, 4464:1
**awareness** [3] - 4365:4, 4370:22, 4377:1

## B

**badge** [1] - 4358:14
**bald** [1] - 4387:20
**ballot** [1] - 4427:24
**ballots** [3] - 4426:21, 4438:23, 4438:25
**banging** [2] - 4443:23, 4443:24
**barely** [1] - 4387:10
**BARRETT** [1] -

4348:24
**barriers** [4] - 4356:1, 4358:5, 4372:22, 4377:1
**based** [6] - 4369:25, 4372:19, 4392:12, 4467:8, 4470:16, 4471:8
**basis** [1] - 4412:14
**battery** [4] - 4366:6, 4366:13, 4366:15, 4401:4
**beach** [1] - 4456:3
**bear** [1] - 4362:2
**became** [1] - 4370:1
**become** [6] - 4372:9, 4422:17, 4426:8, 4455:11, 4456:12, 4456:14
**becomes** [7] - 4454:24, 4455:1, 4455:15, 4455:18, 4455:25, 4456:16, 4456:23
**becoming** [3] - 4422:1, 4456:4, 4456:22
**beer** [1] - 4354:19, 4354:21, 4354:22
**BEFORE** [1] - 4348:11
**began** [7] - 4379:24, 4380:3, 4380:4, 4421:6, 4443:19, 4444:22, 4447:17
**begin** [4] - 4425:6, 4454:15, 4456:17, 4459:9
**beginning** [6] - 4422:6, 4435:18, 4446:14, 4455:20, 4456:6, 4461:19
**begins** [1] - 4424:6
**behavior** [2] - 4370:1, 4372:19
**behind** [10] - 4355:25, 4356:4, 4357:25, 4358:5, 4380:18, 4383:9, 4383:19, 4383:20, 4385:15, 4387:21
**believes** [1] - 4416:20
**benefit** [2] - 4365:10, 4369:7
**best** [4] - 4366:13, 4399:17, 4423:25, 4476:7
**better** [2] - 4444:8, 4469:1

**between** [4] - 4355:23, 4458:1, 4467:18, 4470:14
**beyond** [1] - 4461:13
**Biden** [5] - 4400:22, 4455:9, 4456:22, 4473:5
**big** [1] - 4382:25
**bigger** [1] - 4430:5
**bike** [4] - 4375:11, 4375:24, 4376:19, 4376:20
**bit** [7] - 4356:18, 4361:9, 4393:20, 4402:13, 4467:20, 4470:20, 4474:12
**black** [1] - 4387:8
**blue** [1] - 4383:20
**board** [1] - 4412:4
**boards** [2] - 4410:13, 4412:22
**bodies** [3] - 4463:10, 4464:2
**body** [1] - 4469:22
**bottom** [5] - 4365:5, 4365:7, 4369:6, 4456:10, 4475:11
**bought** [2] - 4354:19, 4354:22
**boutique** [1] - 4354:25
**boxes** [3] - 4438:9, 4438:17, 4438:20
**BRADFORD** [1] - 4349:8
**Branch** [1] - 4457:7
**BRAND** [1] - 4349:2
**breach** [4] - 4366:23, 4367:4, 4367:5, 4471:9
**breached** [2] - 4366:20, 4471:11
**break** [6] - 4351:6, 4383:10, 4402:12, 4402:19, 4442:13, 4443:7
**breakdowns** [1] - 4397:22
**breaks** [1] - 4395:1
**brief** [2] - 4467:14, 4475:12
**briefed** [1] - 4391:15
**briefing** [4] - 4356:25, 4357:8, 4396:18, 4402:1
**briefings** [1] - 4394:7
**briefly** [5] - 4352:16, 4409:4, 4425:9, 4443:1, 4472:9
**brigade** [5] -

4392:23, 4393:4, 4393:7, 4393:11, 4393:12
**BRIGHT** [3] - 4348:23, 4348:24, 4475:3
**bring** [9] - 4356:15, 4356:20, 4357:2, 4357:11, 4357:13, 4358:21, 4438:4
**bringing** [2] - 4359:25, 4413:9
**brings** [1] - 4473:14
**broad** [1] - 4394:25
**broke** [1] - 4382:11
**broken** [3] - 4397:14, 4398:16, 4398:17
**brought** [2] - 4355:25, 4413:23
**brutally** [1] - 4388:20
**BSing** [1] - 4367:19
**Building** [1] - 4404:13, 4405:9, 4405:14, 4409:1, 4409:8, 4410:21, 4410:25, 4418:1, 4419:23, 4431:9, 4453:18
**building** [8] - 4366:24, 4378:16, 4405:19, 4407:8, 4408:9, 4408:14, 4410:3, 4471:16
**bullet** [1] - 4418:25
**bullhorn** [1] - 4387:12
**bunch** [1] - 4359:2
**Burgess** [1] - 4364:5
**burka** [1] - 4356:8
**Burnie** [1] - 4349:16
**business** [1] - 4437:4
**but...** [1] - 4390:2
**BY** [142] - 4349:17, 4351:18, 4357:7, 4359:14, 4361:1, 4361:17, 4362:6, 4362:16, 4362:24, 4363:5, 4363:22, 4365:3, 4365:14, 4367:11, 4367:17, 4368:5, 4368:19, 4369:4, 4370:5, 4370:13, 4371:3, 4371:9, 4371:13, 4371:23, 4372:3, 4372:14, 4373:2, 4373:7, 4374:16, 4374:22, 4375:4, 4375:8, 4375:23,

4376:4, 4376:18, 4377:6, 4378:6, 4378:15, 4379:10, 4380:15, 4381:1, 4381:14, 4382:20, 4383:14, 4384:6, 4384:20, 4385:13, 4386:3, 4386:12, 4387:1, 4387:7, 4387:19, 4388:5, 4388:13, 4389:3, 4389:12, 4389:19, 4390:23, 4392:10, 4403:23, 4407:1, 4407:20, 4408:5, 4411:11, 4412:9, 4412:20, 4413:21, 4414:8, 4414:15, 4414:23, 4415:1, 4417:17, 4418:17, 4420:16, 4422:23, 4423:9, 4423:20, 4424:12, 4425:1, 4427:9, 4427:21, 4428:2, 4429:9, 4429:19, 4429:24, 4430:6, 4430:19, 4431:13, 4431:23, 4432:6, 4433:8, 4433:20, 4434:18, 4435:5, 4435:17, 4436:12, 4437:21, 4438:18, 4439:8, 4439:17, 4440:11, 4441:23, 4443:3, 4448:8, 4448:14, 4449:3, 4449:11, 4449:17, 4449:23, 4450:10, 4450:20, 4451:4, 4451:8, 4451:12, 4451:16, 4451:20, 4452:2, 4452:11, 4452:16, 4452:20, 4452:24, 4453:3, 4453:11, 4453:24, 4454:3, 4454:10, 4457:5, 4457:17, 4460:5, 4461:16, 4462:8, 4463:6, 4465:3, 4466:14, 4467:1, 4467:16, 4468:7, 4468:12, 4468:17, 4469:14, 4470:11, 4472:17
**bye** [2] - 4352:17, 4352:20

4480

# C

**cabinet** [1] - 4457:24
**CALDWELL** [1] -
4349:15
**calendar** [3] -
4425:9, 4425:11,
4425:14
**California** [1] -
4456:3
**camera** [13] -
4361:19, 4365:5,
4365:7, 4365:8,
4369:14, 4371:25,
4375:12, 4376:10,
4381:8, 4381:20,
4385:16, 4440:1,
4440:3
**cameras** [1] - 4361:4
**camouflage** [1] -
4383:19
**Candidate** [1] -
4455:9
**cannot** [3] - 4360:8,
4456:21, 4458:15
**capacity** [1] -
4400:19
**capitals** [2] -
4426:19, 4438:8
**Capitol** [38] -
4353:21, 4358:23,
4359:3, 4359:25,
4360:7, 4363:12,
4366:20, 4366:23,
4367:13, 4372:18,
4372:23, 4373:23,
4378:9, 4378:16,
4379:2, 4379:3,
4379:15, 4379:17,
4390:11, 4404:13,
4405:2, 4405:4,
4405:9, 4405:14,
4409:1, 4409:8,
4410:21, 4410:25,
4417:25, 4418:8,
4418:11, 4419:23,
4431:9, 4443:20,
4444:22, 4448:2,
4453:18, 4471:11
**car** [2] - 4352:17,
4355:22
**cared** [1] - 4447:3
**carefully** [1] -
4377:18
**Carolina** [2] -
4352:23, 4353:5
**carried** [3] - 4463:19,
4471:5, 4471:12
**carry** [1] - 4445:17

**carrying** [3] -
4438:19, 4445:4,
4446:24
**case** [9] - 4413:17,
4455:1, 4455:8,
4456:13, 4456:15,
4458:8, 4469:13,
4473:17, 4475:12
**cast** [3] - 4426:19,
4438:7, 4465:22
**center** [1] - 4365:6
**certain** [4] - 4397:19,
4400:3, 4412:10,
4469:25
**certainly** [6] -
4417:2, 4458:19,
4459:1, 4459:8,
4463:14, 4471:15
**certainty** [2] -
4378:21, 4378:22
**CERTIFICATE** [1] -
4476:1
**certificates** [1] -
4428:8
**certification** [7] -
4366:2, 4379:19,
4408:23, 4419:23,
4454:25, 4455:25,
4458:21
**certifications** [1] -
4437:4
**certified** [1] -
4456:24
**certify** [4] - 4360:8,
4428:4, 4476:4
**certifying** [1] -
4411:25
**chair** [2] - 4440:15,
4441:4
**chamber** [39] -
4431:7, 4431:8,
4432:18, 4434:4,
4434:5, 4437:22,
4437:24, 4438:1,
4438:5, 4439:18,
4439:19, 4439:20,
4439:23, 4440:13,
4440:20, 4441:14,
4443:11, 4443:21,
4443:23, 4444:18,
4444:21, 4444:24,
4445:21, 4445:25,
4448:9, 4448:11,
4448:16, 4448:19,
4448:21, 4448:22,
4449:4, 4449:13,
4450:11, 4450:21,
4450:25, 4452:4,
4452:12, 4465:17
**chambers** [5] -

4458:12, 4459:2,
4459:20, 4460:21,
4475:6
**change** [5] -
4366:22, 4366:25,
4371:25, 4443:14,
4469:23
**chant** [1] - 4406:2
**chanting** [2] -
4405:19, 4405:22
**chants** [1] - 4406:3
**characterize** [1] -
4408:6
**charge** [1] - 4410:7
**chat** [4] - 4357:10,
4414:17, 4416:5,
4416:7
**chats** [1] - 4417:3
**chatting** [1] -
4368:16
**cheap** [1] - 4383:6
**choice** [1] - 4414:11
**choose** [2] -
4464:24, 4468:22
**chosen** [2] -
4467:25, 4469:5
**Christopher** [2] -
4385:20, 4385:22
**chunks** [1] - 4474:7
**church** [1] - 4422:2
**cigarette** [2] -
4373:8, 4377:11
**Cinnaminson** [1] -
4349:10
**circle** [7] - 4363:13,
4363:23, 4364:3,
4381:15, 4382:10,
4382:23, 4386:18
**circled** [1] - 4383:10
**circulated** [1] -
4359:17
**citations** [1] -
4475:12
**citizens** [1] - 4422:2
**citizenship** [2] -
4454:18, 4454:19
**civics** [2] - 4421:22,
4421:24
**clarify** [2] - 4360:18,
4391:18
**clarifying** [1] -
4353:4
**Clause** [3] - 4442:2,
4442:12, 4442:17
**clause** [3] - 4432:24,
4441:25, 4442:3
**clear** [7] - 4357:15,
4370:19, 4371:7,
4395:22, 4397:3,
4399:3, 4447:9

**clearance** [1] -
4470:24
**cleared** [1] - 4471:22
**clearly** [1] - 4384:16
**clerk** [1] - 4446:24
**clip** [3] - 4406:22,
4407:4, 4407:21
**clock** [1] - 4470:15
**close** [2] - 4364:11,
4444:2
**closer** [5] - 4376:6,
4384:23, 4404:6,
4413:7, 4413:24
**Code** [3] - 4391:21,
4429:8, 4429:10
**cold** [1] - 4356:9
**colleagues** [1] -
4403:2
**collecting** [1] -
4403:3
**collectors** [1] -
4426:18
**College** [11] -
4360:9, 4426:14,
4454:25, 4455:6,
4455:7, 4455:10,
4455:24, 4456:12,
4458:9, 4458:14,
4458:21
**college** [3] - 4366:1,
4366:2, 4379:19
**Columbia** [2] -
4349:19, 4476:13
**COLUMBIA** [2] -
4348:1, 4348:17
**Columbus** [3] -
4388:20, 4388:21,
4389:20
**column** [1] - 4387:9
**combat** [1] - 4393:13
**comfortable** [2] -
4420:19, 4471:17
**coming** [2] -
4361:11, 4364:2
**commander's** [6] -
4394:20, 4395:11,
4395:13, 4395:15,
4395:21, 4397:4
**comment** [1] -
4409:21
**commission** [1] -
4391:6
**commit** [1] - 4391:11
**communicate** [1] -
4399:14
**communicated** [3] -
4355:24, 4357:1,
4357:12
**communicating** [1] -
4410:24

**communication** [6] -
4355:23, 4356:2,
4357:24, 4366:19,
4415:24, 4415:25
**communications** [3]
- 4366:8, 4399:12,
4401:1
**compacted** [1] -
4390:9
**compare** [1] -
4445:10
**compilation** [1] -
4437:2
**complete** [3] -
4464:21, 4465:13,
4476:6
**completed** [3] -
4432:10, 4472:20,
4472:23
**completeness** [1] -
4474:22
**complex** [1] - 4448:2
**component** [1] -
4399:11
**components** [1] -
4395:21
**composition** [1] -
4396:5
**compound** [2] -
4357:3, 4411:8
**comprehensive** [1] -
4422:5
**comprehensively** [3]
- 4373:25, 4374:2
**concept** [4] -
4394:25, 4396:20,
4396:23, 4457:18
**concern** [2] - 4354:8,
4448:1
**concise** [2] -
4395:22, 4397:3
**conclude** [2] -
4466:4, 4467:4
**concluded** [3] -
4464:14, 4465:19,
4475:21
**conclusion** [4] -
4457:1, 4457:11,
4461:2, 4465:6
**concurrent** [8] -
4434:21, 4435:6,
4435:8, 4435:11,
4435:12, 4435:13,
4435:19
**concurring** [1] -
4435:21
**conducted** [1] -
4395:4
**confirm** [3] -
4370:15, 4375:18,

4375:19
**confusing** [1] - 4379:21
**Congress** [29] - 4360:8, 4406:4, 4408:18, 4411:25, 4419:22, 4429:2, 4429:21, 4430:10, 4430:23, 4431:15, 4433:10, 4435:21, 4436:18, 4446:13, 4446:19, 4455:24, 4457:8, 4458:1, 4459:4, 4461:7, 4461:18, 4462:14, 4464:3, 4468:3, 4468:13, 4468:18, 4468:21, 4469:7
**Congressional** [6] - 4436:13, 4436:17, 4436:20, 4436:21, 4437:3, 4463:20
**congressional** [1] - 4458:3
**Congressmen** [1] - 4461:10
**connection** [2] - 4409:22, 4409:23
**consciousness** [1] - 4372:20
**consider** [5] - 4434:13, 4460:24, 4463:11, 4467:3, 4475:14
**consideration** [1] - 4464:17
**considered** [4] - 4460:12, 4461:7, 4461:17, 4464:15
**constant** [2] - 4411:22, 4412:1
**constitutes** [1] - 4476:4
**Constitution** [25] - 4349:19, 4361:5, 4422:15, 4422:19, 4423:13, 4424:1, 4424:4, 4424:8, 4427:1, 4427:4, 4428:23, 4435:24, 4446:12, 4447:2, 4447:10, 4454:5, 4455:13, 4457:7, 4467:22, 4468:2, 4469:4, 4469:15, 4469:18, 4470:16, 4476:14
**constitutional** [3] - 4429:1, 4436:23, 4447:18

**constricted** [1] - 4390:7
**CONT'D** [1] - 4349:1
**contact** [1] - 4401:14
**contain** [1] - 4430:2
**contained** [1] - 4438:22
**contemplating** [1] - 4390:14
**contents** [1] - 4447:8
**contingent** [1] - 4384:8
**continue** [15] - 4351:7, 4364:25, 4367:8, 4375:5, 4403:18, 4417:13, 4448:5, 4451:11, 4451:15, 4452:15, 4452:19, 4452:23, 4453:2, 4453:17, 4471:2
**conversation** [4] - 4384:24, 4409:19, 4412:25, 4418:23
**convince** [1] - 4419:2
**corner** [1] - 4362:25
**Corps** [8] - 4391:3, 4391:12, 4392:17, 4393:3, 4393:8, 4394:7, 4394:10, 4394:14
**correct** [64] - 4354:18, 4355:16, 4356:7, 4356:21, 4356:23, 4357:16, 4358:6, 4377:13, 4379:4, 4380:10, 4380:18, 4383:3, 4386:5, 4389:8, 4394:21, 4394:23, 4396:2, 4396:16, 4396:19, 4398:12, 4398:15, 4398:18, 4398:19, 4398:21, 4400:7, 4401:2, 4402:4, 4402:6, 4428:21, 4428:22, 4439:12, 4440:17, 4446:20, 4447:11, 4448:16, 4450:7, 4450:22, 4454:17, 4455:12, 4456:16, 4456:18, 4458:6, 4458:7, 4458:12, 4458:21, 4459:2, 4459:5, 4459:10, 4459:15, 4460:14, 4460:17, 4460:21, 4460:25, 4461:4,

4464:13, 4465:14, 4466:6, 4466:9, 4469:6, 4469:17, 4470:3, 4473:2, 4473:4, 4473:7
**counsel** [6] - 4377:20, 4393:18, 4393:22, 4398:3, 4401:20, 4474:19
**count** [4] - 4432:10, 4433:2, 4465:13, 4472:19
**Count** [7] - 4460:10, 4460:16, 4460:20, 4460:23, 4464:20, 4465:4, 4465:9
**counted** [5] - 4428:9, 4428:25, 4465:24, 4466:7, 4466:12
**counter** [3] - 4439:16, 4441:18, 4443:2
**counting** [10] - 4429:21, 4432:12, 4433:24, 4464:13, 4464:22, 4465:8, 4465:18, 4466:17, 4467:4, 4472:23
**country** [5] - 4351:25, 4408:20, 4411:24, 4422:8, 4455:18
**couple** [8] - 4354:19, 4364:7, 4399:8, 4408:24, 4409:5, 4430:16, 4437:15, 4442:6
**course** [1] - 4474:21
**COURT** [94] - 4348:1, 4351:1, 4351:5, 4351:11, 4351:15, 4357:4, 4359:10, 4359:13, 4360:21, 4360:23, 4361:14, 4371:18, 4373:10, 4373:14, 4374:1, 4374:7, 4374:10, 4375:17, 4375:20, 4376:11, 4376:15, 4377:20, 4377:23, 4377:25, 4380:12, 4381:10, 4382:6, 4382:14, 4387:14, 4387:25, 4388:1, 4388:7, 4389:14, 4390:20, 4392:7, 4402:9, 4402:11, 4402:17, 4402:21, 4402:25, 4403:4, 4403:11, 4403:16,

4406:11, 4406:15, 4411:9, 4412:8, 4412:14, 4412:19, 4413:19, 4415:18, 4415:22, 4416:12, 4416:22, 4417:16, 4419:25, 4420:5, 4423:4, 4424:20, 4427:16, 4427:18, 4429:14, 4431:20, 4433:15, 4435:2, 4437:9, 4450:16, 4452:8, 4453:21, 4457:2, 4457:13, 4460:3, 4461:14, 4463:2, 4465:1, 4466:13, 4466:21, 4468:6, 4468:11, 4468:16, 4469:10, 4470:5, 4470:8, 4471:23, 4472:5, 4472:8, 4473:9, 4473:13, 4473:23, 4474:5, 4474:13, 4474:21, 4475:9, 4475:16
**Court** [8] - 4349:18, 4349:18, 4370:19, 4464:6, 4474:20, 4475:7, 4476:12, 4476:13
**court** [63] - 4361:13, 4362:5, 4362:15, 4362:23, 4363:4, 4363:21, 4365:2, 4365:13, 4367:10, 4367:16, 4368:4, 4368:18, 4369:3, 4370:4, 4370:11, 4371:2, 4371:8, 4371:12, 4371:22, 4372:2, 4372:13, 4373:1, 4373:6, 4374:15, 4374:19, 4375:2, 4375:7, 4377:5, 4378:5, 4378:14, 4379:9, 4380:14, 4380:25, 4382:19, 4383:13, 4384:5, 4384:19, 4385:12, 4386:2, 4386:11, 4386:24, 4387:6, 4387:18, 4389:1, 4389:11, 4389:25, 4408:7, 4406:24, 4407:24, 4417:15, 4437:18, 4438:15, 4439:7, 4439:14, 4440:8, 4441:20, 4442:25, 4448:7, 4448:13,

4449:2, 4449:10, 4449:16, 4449:22
**Court's** [1] - 4470:6
**court-martialed** [1] - 4391:12
**COURTROOM** [7] - 4351:2, 4359:9, 4376:2, 4402:14, 4403:13, 4420:12, 4473:20
**courtroom** [8] - 4351:3, 4351:13, 4393:23, 4402:15, 4403:9, 4403:14, 4420:10, 4473:21
**coverage** [1] - 4366:4
**covered** [1] - 4426:5
**covering** [1] - 4474:6
**COVID** [1] - 4356:11
**crammed** [1] - 4408:8
**create** [1] - 4470:20
**creates** [1] - 4469:9
**crime** [1] - 4391:11
**Criminal** [1] - 4348:3
**CRISP** [6] - 4349:11, 4349:12, 4390:23, 4392:10, 4402:8, 4472:7
**Crisp** [2] - 4390:21, 4472:6
**CROSS** [6] - 4351:17, 4390:22, 4453:23, 4460:4, 4467:15, 4470:10
**Cross** [1] - 4350:3
**cross** [4] - 4402:10, 4404:1, 4411:10, 4474:19
**CROSS-EXAMINATION** [6] - 4351:17, 4390:22, 4453:23, 4460:4, 4467:15, 4470:10
**cross-examination** [2] - 4404:1, 4411:10
**crossed** [1] - 4369:22
**crossing** [1] - 4369:21
**crowd** [5] - 4364:12, 4387:15, 4389:21, 4389:25, 4408:7
**CRR** [3] - 4349:17, 4476:3, 4476:12
**Cruz** [1] - 4461:10
**Cummings** [2] - 4352:18, 4352:21
**current** [1] - 4400:19

4482

# D

**D-8** [1] - 4381:9
**D.C** [20] - 4348:6,
4348:18, 4348:21,
4349:3, 4349:6,
4349:20, 4352:4,
4353:11, 4353:16,
4353:19, 4410:15,
4410:18, 4410:20,
4413:1, 4413:5,
4413:6, 4413:8,
4417:24, 4428:14,
4476:14
**Dallas** [1] - 4348:25
**dangling** [1] -
4377:11
**dark** [1] - 4353:8
**date** [6] - 4352:5,
4352:8, 4424:5,
4425:10, 4426:13,
4455:3
**Dated** [1] - 4476:10
**dates** [1] - 4456:17
**DAVID** [1] - 4349:14
**DAY** [1] - 4348:10
**day's** [3] - 4358:23,
4360:17, 4360:19
**days** [3] - 4457:20,
4465:5, 4465:6
**deal** [2] - 4460:11,
4474:23
**debate** [2] - 4461:1,
4464:10
**December** [7] -
4410:13, 4415:8,
4416:4, 4426:13,
4426:16, 4426:17,
4430:24
**decent** [1] - 4414:3
**decide** [1] - 4433:23
**decided** [1] -
4385:10
**decides** [1] -
4469:21
**decision** [1] -
4469:22
**declare** [1] - 4449:24
**declared** [7] -
4432:11, 4432:25,
4441:25, 4443:12,
4472:20, 4472:24,
4473:5
**declares** [1] - 4433:1
**decorum** [2] -
4436:5, 4443:16
**defend** [1] - 4424:1
**Defendant** [45] -
4350:12, 4350:13,

4350:13, 4350:14,
4361:12, 4362:4,
4362:14, 4362:22,
4363:3, 4363:20,
4365:1, 4365:12,
4367:9, 4367:15,
4368:3, 4368:17,
4369:2, 4370:3,
4370:10, 4371:1,
4371:7, 4371:11,
4371:21, 4372:1,
4372:12, 4372:25,
4373:5, 4374:18,
4375:1, 4375:6,
4376:13, 4377:4,
4378:2, 4378:4,
4378:13, 4379:8,
4381:12, 4382:16,
4382:18, 4383:12,
4384:4, 4384:18,
4385:11, 4386:1,
4413:16
**DEFENDANT** [8] -
4348:22, 4349:2,
4349:8, 4349:11,
4349:14
**Defendants** [1] -
4348:7
**Defense** [6] - 4359:5,
4361:3, 4376:9,
4376:20, 4381:9,
4382:5
**defense** [8] -
4388:24, 4388:25,
4403:8, 4404:1,
4404:15, 4405:18,
4406:5, 4474:19
**definitely** [1] -
4445:12
**definitive** [1] -
4399:3
**Delaware** [2] -
4455:17, 4456:2
**delete** [3] - 4405:3,
4405:8, 4405:10
**deleted** [3] -
4404:22, 4404:25,
4405:8
**demeanor** [2] -
4372:8, 4376:25
**demonstrators** [1] -
4372:4
**DEPARTMENT** [1] -
4348:20
**Department** [1] -
4391:7
**depiction** [1] -
4360:17
**deployed** [1] -
4395:19

**deployment** [1] -
4395:18
**DEPUTY** [7] -
4351:2, 4359:9,
4376:2, 4402:14,
4403:13, 4420:12,
4473:20
**describe** [1] -
4440:20, 4440:22,
4440:25, 4446:2
**destroyed** [1] -
4447:5
**detail** [12] - 4358:11,
4358:12, 4362:12,
4362:17, 4363:17,
4363:24, 4364:18,
4369:21, 4440:21,
4440:23, 4441:6,
4445:13
**detailed** [1] - 4395:9
**details** [4] - 4355:5,
4380:6, 4380:9,
4395:3
**determine** [2] -
4429:3, 4463:1
**determines** [1] -
4428:24
**diamond** [1] -
4383:20
**die** [1] - 4366:14
**different** [12] -
4355:11, 4382:8,
4382:13, 4392:19,
4393:3, 4393:14,
4394:15, 4397:20,
4397:21, 4400:16,
4466:1, 4474:10
**difficult** [1] - 4418:4
**direct** [18] - 4352:1,
4361:14, 4361:18,
4369:6, 4369:12,
4391:2, 4398:2,
4400:8, 4401:18,
4402:1, 4415:22,
4462:11, 4462:23,
4465:1, 4468:1,
4474:15, 4474:16,
4474:17
**DIRECT** [1] -
4420:15
**Direct** [1] - 4350:3
**directed** [3] - 4385:8,
4409:21, 4428:6
**directing** [4] -
4388:8, 4392:16,
4411:9, 4417:10
**direction** [3] -
4363:16, 4371:16,
4400:4
**directly** [2] - 4354:1,

4365:6
**disability** [1] -
4392:5
**discuss** [2] -
4473:18, 4473:24
**discusses** [3] -
4395:6, 4395:7,
4396:4
**discussing** [1] -
4447:18
**discussion** [3] -
4392:12, 4398:6,
4401:22
**discussions** [2] -
4393:22, 4410:5
**display** [1] - 4472:12
**dispute** [1] - 4385:3
**disrupt** [1] - 4379:18
**disrupting** [1] -
4366:1
**disseminated** [1] -
4426:6
**dissolved** [9] -
4432:9, 4432:22,
4432:23, 4449:25,
4450:3, 4450:5,
4453:14, 4472:15,
4472:19
**distinction** [1] -
4470:14
**district** [1] - 4476:13
**District** [4] -
4349:18, 4349:19,
4356:21, 4476:13
**DISTRICT** [4] -
4348:1, 4348:1,
4348:11, 4348:17
**divide** [1] - 4464:10
**Dolan** [22] - 4350:6,
4351:7, 4351:13,
4351:15, 4351:19,
4361:18, 4365:4,
4370:18, 4373:18,
4377:8, 4379:25,
4380:2, 4382:11,
4388:10, 4390:18,
4402:17, 4403:1,
4403:11, 4403:24,
4415:13, 4418:18,
4419:25
**Dolan's** [1] - 4403:18
**Donald** [2] - 4456:15,
4456:24
**done** [2] - 4409:8,
4410:3
**door** [5] - 4388:20,
4388:22, 4389:20,
4390:3, 4467:18
**doors** [7] - 4418:1,
4418:8, 4418:11,

4443:24, 4444:2,
4444:12
**double** [1] - 4356:11
**doubt** [2] - 4374:1,
4465:21
**Douyon** [2] -
4406:20, 4424:24
**down** [15] - 4376:20,
4377:1, 4381:22,
4389:16, 4395:1,
4397:25, 4408:20,
4410:6, 4420:1,
4425:8, 4436:11,
4444:7, 4453:9,
4472:15, 4473:10
**Dr** [1] - 4364:20
**draw** [3] - 4383:22,
4386:18, 4386:19
**drawing** [2] - 4391:2,
4391:5
**drawn** [2] - 4448:18,
4468:8
**Drew** [1] - 4474:1
**drill** [1] - 4445:16
**drills** [3] - 4445:7,
4445:10, 4445:17
**drinking** [1] -
4355:10
**drives** [1] - 4395:11
**drove** [2] - 4352:13,
4352:18
**during** [14] -
4388:14, 4388:16,
4423:16, 4433:4,
4434:2, 4436:3,
4436:6, 4443:8,
4445:7, 4445:17,
4446:2, 4457:25,
4458:3, 4467:2
**duty** [5] - 4391:19,
4392:1, 4392:2,
4392:9, 4419:21

# E

**early** [3] - 4366:9,
4380:5, 4410:13
**easily** [1] - 4395:22
**east** [6] - 4365:6,
4365:8, 4369:22,
4372:5, 4375:12
**Ed** [1] - 4460:6
**EDWARD** [1] -
4348:23
**Edwards** [1] -
4476:12
**EDWARDS** [3] -
4348:15, 4349:17,
4476:3

**effective** [1] - 4399:11

**efficient** [1] - 4373:18

**egress** [1] - 4444:17

**either** [3] - 4366:18, 4406:15, 4470:23

**eject** [1] - 4471:15

**elect** [2] - 4431:15, 4456:12

**elected** [2] - 4455:6, 4456:11

**election** [10] - 4408:22, 4411:25, 4425:20, 4425:23, 4426:8, 4428:24, 4429:4, 4435:25, 4456:13, 4465:22

**Election** [5] - 4425:10, 4425:15, 4425:19, 4425:22, 4428:20

**elections** [2] - 4426:5, 4468:14

**elector** [3] - 4462:16, 4462:20, 4463:1

**Electoral** [18] - 4360:9, 4426:14, 4454:25, 4455:6, 4455:7, 4455:10, 4455:24, 4456:11, 4458:9, 4458:14, 4458:21, 4460:10, 4460:16, 4460:20, 4460:23, 4464:20, 4465:4, 4465:9

**electoral** [17] - 4429:21, 4432:10, 4433:2, 4433:25, 4438:4, 4438:6, 4438:23, 4461:11, 4464:14, 4464:22, 4465:13, 4465:18, 4465:21, 4466:7, 4466:12, 4466:17, 4472:19

**electors** [9] - 4426:21, 4427:23, 4430:11, 4430:21, 4430:24, 4462:12, 4462:18, 4463:9, 4470:3

**element** [2] - 4397:18, 4407:16

**elements** [1] - 4397:20

**elevated** [4] - 4441:11, 4444:2, 4445:2, 4445:12

**eligibility** [1] -

4462:19

**Ellipse** [7] - 4356:14, 4357:25, 4358:5, 4358:17, 4358:22, 4359:25, 4404:9

**ELMER** [1] - 4348:6

**embedded** [2] - 4396:21, 4396:23

**emergency** [2] - 4442:3, 4442:18

**end** [10] - 4364:4, 4379:11, 4423:19, 4425:5, 4432:23, 4432:24, 4454:13, 4456:6, 4465:4, 4473:14

**ended** [3] - 4450:4, 4450:5, 4453:13

**ending** [1] - 4455:21

**ends** [2] - 4388:14, 4424:5

**enforcement** [1] - 4444:20

**enlisted** [2] - 4391:18, 4391:20

**ensure** [2] - 4444:8, 4447:16

**enter** [1] - 4423:22

**entered** [21] - 4351:3, 4351:13, 4372:20, 4376:14, 4378:3, 4381:13, 4382:17, 4403:9, 4403:14, 4406:18, 4420:10, 4423:6, 4424:22, 4427:20, 4429:16, 4431:22, 4433:17, 4435:4, 4437:11, 4450:18, 4452:10

**entering** [2] - 4373:23, 4449:12

**entirely** [1] - 4470:17

**entirety** [1] - 4474:15

**entitled** [1] - 4462:13

**equal** [1] - 4462:12

**escort** [1] - 4440:21

**ESQ** [14] - 4348:14, 4348:15, 4348:15, 4348:16, 4348:19, 4348:19, 4348:22, 4348:23, 4348:23, 4349:2, 4349:4, 4349:8, 4349:11, 4349:14

**establish** [1] - 4470:2

**et** [1] - 4348:6

**evacuate** [2] - 4445:20, 4446:1

**evacuated** [5] - 4458:11, 4459:2, 4459:4, 4459:8, 4459:21

**evacuating** [1] - 4447:1

**evacuation** [4] - 4446:2, 4446:22, 4447:12, 4447:24

**evening** [3] - 4449:19, 4460:9, 4473:16

**event** [5] - 4352:4, 4353:25, 4354:15, 4356:24, 4357:9

**events** [5] - 4353:20, 4353:23, 4358:23, 4360:17, 4360:20

**eventually** [2] - 4443:20, 4446:1

**everywhere** [1] - 4385:17

**evidence** [31] - 4376:14, 4378:3, 4381:13, 4382:17, 4389:2, 4405:8, 4405:10, 4406:10, 4406:18, 4414:6, 4423:2, 4423:6, 4424:16, 4424:22, 4427:14, 4427:20, 4429:13, 4429:16, 4431:18, 4431:22, 4433:12, 4433:17, 4434:23, 4435:4, 4437:11, 4450:14, 4450:18, 4452:6, 4460:12, 4472:12, 4474:3

**EVIDENCE** [1] - 4350:11

**evident** [1] - 4372:9

**exact** [6] - 4352:5, 4352:8, 4355:19, 4382:1, 4405:7, 4417:23

**exactly** [4] - 4373:18, 4409:11, 4412:2, 4463:23

**EXAMINATION** [9] - 4351:17, 4390:22, 4403:22, 4420:15, 4453:23, 4460:4, 4467:15, 4470:10, 4472:16

**examination** [5] - 4403:19, 4404:1, 4411:10, 4415:23, 4472:8

**example** [2] -

4397:14, 4457:22

**except** [1] - 4400:6

**exception** [1] - 4468:24

**exclusive** [2] - 4357:21, 4458:23

**excuse** [1] - 4393:18

**excused** [2] - 4420:4, 4473:12

**execute** [1] - 4423:24

**executed** [1] - 4442:6

**executes** [1] - 4457:8

**executing** [1] - 4456:20

**execution** [1] - 4423:22

**Executive** [1] - 4457:7

**executive** [1] - 4423:14

**Exhibit** [110] - 4350:12, 4350:13, 4350:13, 4350:14, 4350:15, 4350:16, 4350:16, 4350:17, 4350:17, 4350:18, 4350:18, 4350:19, 4350:19, 4350:20, 4359:6, 4361:3, 4361:13, 4362:5, 4362:15, 4362:23, 4363:4, 4363:21, 4365:2, 4365:13, 4367:10, 4367:16, 4368:4, 4368:18, 4369:3, 4370:4, 4370:11, 4371:2, 4371:8, 4371:12, 4371:22, 4372:2, 4372:13, 4373:1, 4373:6, 4374:19, 4375:2, 4375:7, 4376:9, 4376:13, 4376:21, 4377:5, 4378:2, 4378:5, 4378:14, 4379:9, 4379:23, 4380:13, 4380:24, 4381:9, 4381:12, 4382:5, 4382:16, 4382:19, 4382:22, 4383:13, 4384:5, 4384:19, 4385:12, 4386:2, 4386:7, 4386:10, 4386:23, 4387:5, 4387:17, 4406:17, 4406:23, 4407:23,

4414:6, 4418:16, 4422:22, 4423:5, 4424:11, 4424:21, 4425:13, 4427:8, 4427:19, 4429:8, 4429:15, 4431:21, 4433:16, 4434:16, 4434:24, 4435:3, 4437:1, 4437:10, 4437:17, 4438:14, 4439:6, 4439:13, 4440:7, 4441:19, 4442:24, 4448:6, 4448:12, 4449:1, 4449:9, 4449:15, 4449:21, 4450:9, 4450:17, 4451:25, 4452:9, 4457:3, 4462:4, 4472:11

**exhibit** [8] - 4361:2, 4382:13, 4388:14, 4388:25, 4389:2, 4406:7, 4406:14

**exhibits** [1] - 4358:3

**EXHIBITS** [1] - 4350:11

**exited** [2] - 4402:15, 4473:21

**expect** [4] - 4370:6, 4370:7, 4419:4, 4474:18

**expectation** [1] - 4474:15

**expecting** [1] - 4390:3

**experience** [3] - 4366:8, 4445:10, 4467:8

**experienced** [1] - 4445:16

**expert** [2] - 4457:14, 4471:14

**explain** [3] - 4407:13, 4418:21, 4435:6

**explains** [3] - 4422:16, 4424:5, 4429:2

**express** [1] - 4467:25

**expressing** [1] - 4419:1

**expression** [1] - 4397:3

**extensive** [1] - 4474:19

**eye** [1] - 4354:2

4484

## F

**face** [7] - 4405:22, 4405:23, 4406:1, 4410:24
**faced** [1] - 4371:15
**faces** [1] - 4375:12
**facing** [5] - 4365:5, 4365:7, 4365:8, 4372:17, 4385:15
**fact** [4] - 4364:15, 4367:21, 4372:8, 4454:23
**failed** [2] - 4419:19, 4419:20
**fails** [1] - 4414:10
**failure** [1] - 4366:8
**fair** [17] - 4357:20, 4379:21, 4382:3, 4383:2, 4395:1, 4396:17, 4398:5, 4454:19, 4456:19, 4457:20, 4458:1, 4458:16, 4458:25, 4459:22, 4459:24, 4459:25, 4472:2
**faithfully** [1] - 4423:24
**falls** [1] - 4391:20
**familiar** [7] - 4394:16, 4399:23, 4434:19, 4436:13, 4454:5, 4463:17, 4466:16
**fast** [3] - 4363:2, 4363:19, 4407:18
**fast-forward** [3] - 4363:2, 4363:19, 4407:18
**FBI** [1] - 4475:7
**federal** [4] - 4425:20, 4429:1, 4468:8, 4468:14
**feed** [1] - 4381:19
**feeding** [1] - 4370:24
**feet** [1] - 4415:4
**felt** [2] - 4399:3, 4412:4
**few** [8] - 4384:8, 4396:14, 4415:4, 4437:16, 4453:25, 4460:8, 4466:3
**fifth** [1] - 4472:15
**fight** [3] - 4400:18, 4407:17, 4419:11
**fighting** [2] - 4394:14, 4419:13
**figure** [2] - 4367:20, 4367:24

**figured** [3] - 4356:11, 4400:15, 4405:6
**file** [1] - 4475:5
**filed** [2] - 4460:19, 4466:17
**filming** [4] - 4377:13, 4377:16, 4378:23, 4390:15
**finally** [4] - 4408:19, 4418:15, 4451:23, 4453:6
**fine** [3] - 4351:20, 4392:4, 4432:14
**fire** [1] - 4397:15
**firearms** [1] - 4448:18
**firm** [1] - 4400:16
**First** [1] - 4361:5
**first** [25] - 4351:23, 4353:1, 4353:2, 4353:3, 4360:13, 4360:15, 4366:23, 4392:21, 4407:2, 4407:7, 4407:8, 4407:16, 4407:17, 4422:7, 4423:8, 4423:12, 4425:16, 4429:18, 4430:20, 4432:13, 4445:12, 4447:13, 4471:9, 4474:7
**Fischer** [6] - 4389:1, 4389:10, 4389:17, 4402:9, 4453:21, 4475:16
**FISCHER** [23] - 4349:14, 4349:15, 4402:10, 4412:7, 4412:13, 4412:15, 4415:15, 4416:9, 4453:22, 4453:24, 4454:1, 4454:3, 4454:8, 4454:10, 4457:3, 4457:5, 4457:12, 4457:16, 4457:17, 4460:1, 4461:16, 4475:4, 4475:15
**five** [1] - 4351:24
**FL** [1] - 4414:16
**flexibility** [1] - 4469:25
**flier** [1] - 4359:22
**fliers** [1] - 4359:18
**floor** [4] - 4441:7, 4441:15, 4448:24, 4463:21
**Florida** [1] - 4415:23
**focus** [3] - 4357:21, 4371:24, 4383:5

**follow** [4] - 4426:1, 4431:15, 4433:10, 4436:5
**followed** [3] - 4361:4, 4383:5, 4385:14
**following** [16] - 4351:4, 4351:14, 4355:6, 4373:12, 4374:14, 4402:16, 4402:24, 4403:10, 4403:15, 4415:20, 4417:14, 4420:11, 4423:23, 4430:23, 4473:1, 4473:22
**follows** [1] - 4383:11
**FOR** [9] - 4348:1, 4348:14, 4348:17, 4348:22, 4349:2, 4349:8, 4349:11, 4349:14, 4350:5
**forces** [5] - 4395:7, 4396:4, 4396:11, 4396:18, 4400:9
**Ford** [3] - 4388:25, 4389:10, 4389:17
**foregoing** [1] - 4476:4
**foreign** [1] - 4455:17
**form** [6] - 4411:7, 4412:15, 4419:6, 4435:9, 4467:24
**formally** [1] - 4460:12
**FORMERFEDSGROUP.COM** [1] - 4349:8
**formerly** [1] - 4421:2
**formulate** [1] - 4368:12
**formulated** [1] - 4400:17
**forum** [2] - 4466:22, 4466:24
**forward** [17] - 4361:9, 4363:2, 4363:19, 4387:16, 4388:8, 4407:18, 4407:22, 4408:22, 4419:3, 4437:14, 4438:12, 4439:5, 4440:6, 4441:17, 4442:22, 4465:11, 4473:18
**foundation** [4] - 4412:17, 4415:17, 4416:20, 4417:5
**four** [5] - 4361:15, 4423:16, 4431:1, 4465:5, 4465:6
**frame** [1] - 4407:5

**frames** [2] - 4450:11, 4452:3
**fraudulent** [2] - 4360:9, 4408:22
**free** [1] - 4473:10
**frequent** [1] - 4448:3
**Friday** [1] - 4393:17
**friendlies** [1] - 4396:12
**friendly** [1] - 4396:18
**friends** [1] - 4351:22
**front** [8] - 4364:4, 4372:23, 4380:18, 4383:9, 4384:1, 4387:9, 4392:13, 4418:8
**Front** [1] - 4349:12
**fucking** [4] - 4378:9, 4378:10, 4378:16, 4378:17
**full** [1] - 4476:5
**function** [2] - 4393:3, 4398:6
**functional** [1] - 4400:25
**functions** [1] - 4398:18
**fundamental** [1] - 4394:24

## G

**garage** [1] - 4355:17
**gates** [4] - 4369:15, 4371:10, 4371:14, 4371:17
**gathered** [2] - 4447:15, 4467:3
**Gator** [1] - 4415:2
**gaveled** [1] - 4461:20
**gear** [3] - 4355:18, 4355:21, 4356:4
**general** [8] - 4376:6, 4416:2, 4416:15, 4416:22, 4417:20, 4443:21, 4446:2, 4447:24
**generally** [3] - 4394:3, 4395:13, 4445:18
**gentlemen** [2] - 4402:11, 4473:13
**George** [2] - 4422:11, 4440:2
**Geyer** [14] - 4351:11, 4351:16, 4360:23, 4361:14, 4371:18, 4373:10, 4375:17,

4387:14, 4388:7, 4389:14, 4390:20, 4470:9, 4471:23, 4472:5
**GEYER** [82] - 4349:8, 4351:12, 4351:18, 4357:7, 4359:4, 4359:14, 4360:25, 4361:1, 4361:16, 4361:17, 4362:6, 4362:16, 4362:24, 4363:5, 4363:22, 4365:3, 4365:14, 4367:11, 4367:17, 4368:5, 4368:19, 4369:4, 4370:5, 4370:13, 4371:3, 4371:9, 4371:13, 4371:23, 4372:3, 4372:14, 4373:2, 4373:7, 4373:20, 4374:6, 4374:9, 4374:13, 4374:16, 4374:22, 4375:4, 4375:8, 4375:19, 4375:22, 4375:23, 4376:3, 4376:4, 4376:17, 4376:18, 4377:6, 4377:22, 4377:24, 4378:6, 4378:15, 4379:10, 4380:15, 4381:1, 4381:8, 4381:14, 4382:4, 4382:10, 4382:15, 4382:20, 4383:14, 4384:6, 4384:20, 4385:13, 4386:3, 4386:7, 4386:12, 4387:1, 4387:7, 4387:19, 4388:2, 4388:5, 4388:12, 4388:13, 4388:24, 4389:3, 4389:12, 4389:19, 4390:18, 4470:11, 4472:2
**gist** [1] - 4416:22
**given** [9] - 4356:24, 4358:9, 4393:15, 4397:25, 4402:1, 4444:11, 4445:25, 4448:3, 4459:11
**Glen** [1] - 4349:16
**Glock** [1] - 4413:13
**Gold** [1] - 4364:20
**good-bye** [2] - 4352:17, 4352:20
**goons** [1] - 4388:20
**Gosar** [1] - 4461:10
**GoToMeetings** [2] -

4485

4410:17, 4415:10
**government** [12] -
4400:9, 4400:14,
4419:6, 4419:7,
4419:12, 4419:16,
4421:23, 4422:4,
4428:5, 4428:12,
4432:20, 4437:2
**GOVERNMENT** [3] -
4348:14, 4350:5,
4420:14
**Government** [22] -
4360:21, 4374:4,
4393:18, 4393:22,
4398:3, 4400:23,
4401:20, 4406:7,
4414:6, 4416:10,
4416:19, 4418:16,
4423:1, 4424:15,
4429:12, 4431:18,
4433:12, 4434:23,
4437:1, 4450:14,
4475:8, 4475:13
**government's** [10] -
4350:15, 4350:16,
4350:16, 4350:17,
4350:17, 4350:18,
4350:18, 4350:19,
4350:19, 4350:20
**Government's** [38] -
4379:23, 4380:13,
4380:24, 4386:7,
4386:10, 4386:23,
4387:5, 4387:17,
4387:24, 4388:14,
4403:6, 4406:11,
4406:17, 4406:23,
4407:23, 4423:5,
4424:21, 4427:19,
4429:15, 4431:21,
4433:16, 4435:3,
4437:10, 4437:17,
4438:14, 4439:6,
4439:13, 4440:7,
4441:19, 4442:24,
4448:6, 4448:12,
4449:1, 4449:9,
4449:15, 4449:21,
4450:17, 4452:9
**Governor** [1] -
4349:15
**grabbed** [1] - 4356:9
**grand** [2] - 4475:5,
4475:7
**grass** [3] - 4375:25,
4376:6, 4419:16
**gray** [1] - 4353:21
**great** [3] - 4370:18,
4425:13, 4440:24
**greater** [1] - 4445:16

**greatest** [1] - 4428:9
**grocery** [1] - 4354:25
**group** [6] - 4407:15,
4414:1, 4415:11,
4418:13, 4418:22,
4466:11
**guess** [10] - 4353:23,
4354:6, 4354:12,
4393:25, 4400:4,
4400:17, 4406:2,
4413:24, 4456:20,
4471:1
**guidelines** [1] -
4356:25
**guilty** [1] - 4392:13
**guns** [2] - 4445:5,
4445:17
**guy** [3] - 4387:3,
4387:8, 4387:20
**guys** [1] - 4387:21

# H

**H-4** [1] - 4359:6
**H-5** [3] - 4350:12,
4376:9, 4377:21
**h-5** [2] - 4376:13,
4377:5
**H-6** [1] - 4376:21
**H-7** [6] - 4350:13,
4377:23, 4378:2,
4378:5, 4378:14,
4379:9
**H-8** [3] - 4350:13,
4381:10, 4381:12
**H-9** [10] - 4350:14,
4382:5, 4382:14,
4382:16, 4382:19,
4383:13, 4384:5,
4384:19, 4385:12,
4386:2
**half** [1] - 4474:17
**hall** [4] - 4430:12,
4431:3, 4431:6,
4435:22
**HALLER** [8] -
4349:4, 4349:5,
4406:13, 4411:7,
4412:17, 4413:18,
4431:19, 4433:14
**Haller** [5] - 4358:4,
4389:4, 4406:16,
4406:22, 4407:21
**hand** [2] - 4409:15,
4420:13
**handled** [1] - 4464:2
**handling** [1] - 4464:5
**hands** [1] - 4383:3
**hanging** [2] -

4355:10, 4355:13
**Hangout** [2] -
4414:17, 4415:23
**happy** [1] - 4414:24
**hard** [1] - 4418:4
**Harrelson** [10] -
4351:21, 4352:3,
4355:24, 4361:7,
4365:17, 4379:25,
4383:18, 4383:22,
4399:18, 4413:17
**HARRELSON** [1] -
4349:8
**Harrelson's** [44] -
4350:12, 4350:13,
4350:13, 4350:14,
4361:12, 4362:4,
4362:14, 4362:22,
4363:3, 4363:20,
4365:1, 4365:12,
4367:9, 4367:15,
4368:3, 4368:17,
4369:2, 4370:3,
4370:10, 4371:1,
4371:7, 4371:11,
4371:21, 4372:1,
4372:12, 4372:25,
4373:5, 4374:18,
4375:1, 4375:6,
4376:13, 4377:4,
4378:2, 4378:4,
4378:13, 4379:8,
4381:12, 4382:16,
4382:18, 4383:12,
4384:4, 4384:18,
4385:11, 4386:1
**Harrisburg** [1] -
4349:13
**haste** [1] - 4440:24
**hat** [5] - 4382:21,
4382:25, 4383:20,
4387:8
**hats** [1] - 4382:24
**head** [4] - 4356:10,
4387:13, 4412:2,
4441:14
**headed** [1] - 4363:10
**headquarters** [1] -
4393:5
**heads** [1] - 4474:4
**heads-up** [1] -
4474:4
**hear** [9] - 4351:24,
4378:18, 4387:25,
4406:3, 4407:2,
4441:24, 4443:18,
4443:22, 4449:24
**heard** [12] - 4360:3,
4360:5, 4364:21,
4369:8, 4378:19,

4385:23, 4397:1,
4397:2, 4407:3,
4409:9, 4409:21,
4461:19
**hearing** [3] - 4415:7,
4416:3, 4416:18
**heightened** [1] -
4446:4
**held** [1] - 4425:21
**hello** [1] - 4351:19
**helmets** [1] - 4407:5
**help** [2] - 4411:1,
4425:11
**helping** [5] -
4364:15, 4370:19,
4410:14, 4410:17,
4436:20
**hereby** [1] - 4476:3
**high** [2] - 4354:21,
4356:1
**high-quality** [1] -
4354:21
**high-security** [1] -
4356:1
**higher** [1] - 4381:25
**highlight** [5] -
4423:7, 4432:2,
4432:4, 4462:6,
4472:13
**highlighted** [11] -
4423:19, 4425:2,
4427:13, 4427:22,
4428:1, 4429:23,
4430:4, 4433:19,
4433:21, 4435:16,
4462:10
**Highway** [1] -
4349:15
**history** [2] - 4422:4,
4454:16
**hit** [1] - 4383:6
**hold** [1] - 4423:15
**holding** [1] - 4462:14
**home** [2] - 4420:2,
4455:17
**homestretch** [1] -
4402:18
**honest** [1] - 4417:1
**Honor** [33] - 4351:9,
4351:12, 4361:16,
4373:20, 4374:9,
4374:13, 4376:12,
4376:17, 4378:1,
4381:11, 4382:8,
4402:10, 4403:2,
4403:7, 4403:21,
4412:16, 4420:7,
4420:8, 4427:15,
4436:25, 4437:6,
4452:7, 4453:22,

4463:5, 4466:25,
4467:14, 4472:2,
4472:7, 4472:9,
4473:25, 4474:4,
4475:2, 4475:4
**HONORABLE** [1] -
4348:11
**hoodie** [1] - 4387:8
**hope** [1] - 4351:6
**hotel** [7] - 4353:10,
4353:13, 4353:15,
4353:16, 4353:20,
4354:16, 4413:25
**hour** [1] - 4430:13
**hours** [13] - 4453:18,
4459:14, 4459:17,
4459:18, 4459:21,
4459:23, 4460:24,
4461:1, 4461:2,
4466:3, 4471:20,
4474:17
**house** [2] - 4352:13,
4456:2
**House** [73] -
4369:16, 4414:19,
4421:3, 4421:17,
4426:5, 4428:7,
4430:12, 4430:13,
4431:3, 4431:6,
4431:7, 4431:8,
4432:17, 4432:18,
4434:4, 4434:5,
4434:6, 4435:9,
4435:12, 4435:20,
4435:22, 4436:19,
4437:4, 4438:4,
4439:19, 4439:20,
4439:23, 4440:13,
4441:7, 4441:8,
4442:19, 4443:4,
4443:8, 4443:11,
4444:20, 4445:8,
4445:21, 4446:7,
4446:10, 4446:13,
4446:17, 4446:23,
4448:11, 4448:15,
4448:19, 4449:18,
4450:11, 4450:21,
4450:25, 4453:12,
4460:14, 4460:20,
4463:21, 4463:22,
4464:15, 4464:23,
4465:17, 4465:23,
4466:2, 4468:25,
4469:3, 4469:7,
4469:16, 4469:18,
4469:21, 4469:22,
4469:23, 4469:25,
4470:23
**Houses** [10] -

4486

4431:25, 4433:23, 4434:1, 4434:6, 4434:11, 4435:21, 4439:10, 4461:18, 4464:2, 4464:10
**houses** [1] - 4435:9
**huddle** [1] - 4370:23
**hug** [2] - 4352:17, 4352:20
**HUGHES** [1] - 4348:19
**hundred** [1] - 4415:4
**hundreds** [2] - 4372:22, 4395:9
**hyperbole** [2] - 4411:4, 4411:19
**hypothetically** [1] - 4463:13

## I

**idea** [5] - 4388:19, 4396:14, 4397:9, 4400:15, 4418:5
**ideal** [1] - 4474:24
**identical** [1] - 4435:9
**identification** [4] - 4359:5, 4376:8, 4381:9, 4382:5
**identified** [2] - 4376:10, 4416:17
**identify** [6] - 4361:10, 4361:21, 4361:24, 4362:1, 4385:19, 4389:15
**identity** [1] - 4364:13
**II** [13] - 4391:21, 4391:23, 4422:20, 4422:24, 4423:13, 4423:21, 4427:1, 4457:6, 4462:1, 4462:3, 4462:9, 4467:23, 4470:1
**II-alpha** [1] - 4391:21
**III** [1] - 4348:6
**illegitimate** [1] - 4419:6
**images** [1] - 4373:15
**imagined** [1] - 4368:24
**immediately** [1] - 4442:13
**immigrants** [1] - 4422:1
**impediment** [1] - 4465:12
**imply** [2] - 4401:22, 4401:25
**importance** [1] -

4373:14
**important** [4] - 4377:19, 4399:11, 4416:11, 4426:13
**importantly** [1] - 4399:7
**impression** [1] - 4417:4
**IN** [1] - 4350:11
**inactive** [1] - 4391:9
**inauguration** [2] - 4454:21, 4456:2
**incoming** [3] - 4400:21, 4422:12, 4473:5
**incorrect** [1] - 4380:9
**increased** [1] - 4445:25
**indefinite** [1] - 4458:5
**independent** [1] - 4473:17
**indicate** [2] - 4462:21, 4462:24
**indicated** [6] - 4412:21, 4438:22, 4439:9, 4454:16, 4459:19, 4464:8
**indicates** [4] - 4383:1, 4386:21, 4455:22, 4462:10
**individual** [9] - 4361:22, 4362:7, 4383:25, 4387:2, 4436:7, 4438:7, 4455:5, 4455:25, 4456:10
**individually** [1] - 4434:5
**individuals** [6] - 4364:17, 4370:24, 4398:17, 4457:24, 4458:15, 4471:6
**indulgence** [1] - 4470:6
**information** [3] - 4365:10, 4426:6, 4459:19
**informational** [1] - 4426:12
**initial** [1] - 4461:19
**inside** [14] - 4353:14, 4405:2, 4405:3, 4405:9, 4407:8, 4409:7, 4409:23, 4410:3, 4412:2, 4419:23, 4438:9, 4444:20, 4448:19, 4471:16

**insofar** [1] - 4417:7
**instead** [1] - 4374:7
**instructed** [2] - 4444:6, 4446:1
**instruction** [5] - 4443:20, 4445:15, 4445:24, 4445:25
**instructions** [2] - 4444:11, 4459:11
**instruments** [1] - 4447:2
**intending** [1] - 4385:4
**intensity** [3] - 4445:15, 4445:25, 4446:4
**intent** [8] - 4394:20, 4395:11, 4395:13, 4395:15, 4395:21, 4397:4, 4400:12, 4419:1
**intention** [1] - 4385:2
**interaction** [1] - 4410:10
**interested** [2] - 4384:24, 4422:1
**interpret** [2] - 4401:24, 4463:4
**interruption** [2] - 4465:7, 4465:11
**introduce** [1] - 4474:2
**introduced** [3] - 4358:4, 4389:2, 4409:15
**invoking** [1] - 4442:17
**involved** [2] - 4445:7, 4445:11
**involvement** [1] - 4360:1
**issue** [3] - 4405:17, 4416:11, 4475:5
**issues** [2] - 4469:12, 4474:22

## J

**J.C** [1] - 4359:7
**jackets** [1] - 4364:9
**JAMES** [1] - 4348:23
**James** [1] - 4379:25
**Jan** [1] - 4360:8
**January** [39] - 4352:2, 4352:4,

4357:8, 4359:17, 4360:20, 4369:17, 4379:24, 4381:17, 4397:10, 4410:14, 4410:20, 4410:23, 4421:18, 4425:5, 4430:10, 4435:19, 4435:23, 4436:8, 4449:19, 4450:24, 4452:13, 4453:14, 4453:17, 4454:14, 4455:1, 4455:10, 4456:13, 4458:9, 4460:9, 4461:18, 4461:19, 4463:15, 4465:18, 4465:24, 4472:22, 4473:6, 4474:6, 4474:8
**jargon** [1] - 4393:25
**Jason** [5] - 4350:6, 4351:13, 4380:1, 4380:2, 4409:16
**JEFFREY** [1] - 4348:15
**Jersey** [1] - 4349:10
**job** [2] - 4438:3, 4440:4
**Joe** [2] - 4456:22, 4473:5
**John** [1] - 4422:13
**join** [1] - 4432:17
**joint** [22] - 4432:1, 4432:7, 4432:9, 4432:15, 4432:17, 4433:4, 4434:2, 4434:7, 4436:4, 4439:11, 4449:24, 4450:2, 4453:13, 4463:8, 4463:22, 4464:11, 4464:23, 4465:10, 4465:23, 4472:14, 4472:18, 4472:22
**JONATHAN** [1] - 4349:11
**Journal** [6] - 4446:7, 4446:10, 4446:13, 4446:23, 4446:24, 4447:9
**journal** [6] - 4446:24, 4447:4, 4469:16, 4469:19, 4469:21, 4469:24
**journals** [2] - 4446:16, 4446:17
**JR** [3] - 4348:15, 4348:23, 4349:2
**Judge** [1] - 4392:13
**JUDGE** [1] - 4348:11
**judicial** [1] - 4457:25

**JULI** [2] - 4349:4, 4349:5
**JURY** [1] - 4348:10
**jury** [18] - 4351:2, 4351:3, 4373:13, 4376:15, 4388:9, 4402:15, 4403:5, 4403:13, 4403:14, 4406:20, 4415:21, 4424:24, 4450:19, 4454:12, 4472:13, 4473:21, 4475:5, 4475:7
**jury's** [1] - 4393:1
**JUSTICE** [1] - 4348:20
**Justice** [1] - 4391:22
**JUSTIN** [1] - 4348:19

## K

**KATHRYN** [1] - 4348:14
**keep** [7] - 4354:2, 4356:12, 4362:2, 4411:24, 4419:3, 4469:16, 4469:18
**Keepers** [9] - 4356:23, 4361:4, 4364:7, 4387:10, 4396:15, 4399:21, 4399:22, 4407:5, 4417:22
**keeping** [2] - 4370:21, 4443:15
**keeps** [2] - 4469:21, 4469:23
**Kelly** [11] - 4384:8, 4384:10, 4386:13, 4387:3, 4399:22, 4409:15, 4409:25, 4410:2, 4410:3, 4415:2, 4418:23
**Ken** [17] - 4351:21, 4352:3, 4353:3, 4353:13, 4354:19, 4355:8, 4356:5, 4377:11, 4377:15, 4379:25, 4380:18, 4381:17, 4382:11, 4383:9, 4383:18, 4383:22, 4386:20
**Kenneth** [2] - 4361:6, 4413:16
**Kenny** [12] - 4356:3, 4362:19, 4364:8, 4365:17, 4367:12, 4369:5, 4370:22, 4378:23, 4379:12, 4380:17, 4399:22

4487

**kept** [2] - 4446:16, 4446:17
**key** [1] - 4373:24
**kind** [12] - 4354:25, 4355:12, 4358:9, 4359:7, 4370:21, 4379:21, 4385:2, 4413:23, 4415:7, 4416:17, 4421:25, 4470:16
**kinds** [2] - 4394:15, 4411:6
**kits** [2] - 4355:25, 4357:25
**knowing** [1] - 4369:7
**known** [1] - 4353:21
**knows** [2] - 4355:2, 4461:15
**Kumbaya** [1] - 4419:17

**L**

**lack** [1] - 4412:17
**ladies** [2] - 4402:11, 4473:13
**language** [6] - 4378:9, 4457:14, 4464:20, 4465:4, 4465:15, 4465:16
**lanyards** [1] - 4358:13
**large** [1] - 4423:10
**larger** [1] - 4393:8
**LASSITER** [1] - 4348:24
**last** [6] - 4358:12, 4384:7, 4388:15, 4388:16, 4457:19, 4458:5
**LAW** [2] - 4349:2, 4349:5
**law** [9] - 4429:1, 4429:25, 4431:14, 4432:15, 4444:20, 4457:8, 4468:9, 4468:14, 4472:18
**lawn** [2] - 4360:7, 4414:19
**Lawn** [1] - 4348:24
**laws** [2] - 4356:24, 4435:24
**lawyer** [4] - 4374:12, 4411:3, 4421:20, 4457:12
**lawyers** [6] - 4374:11, 4404:1, 4404:15, 4405:18, 4406:5, 4408:25

**laying** [1] - 4408:20
**lead** [2] - 4364:5, 4407:16
**leader** [1] - 4392:20, 4469:3
**leading** [7] - 4377:7, 4411:7, 4413:18, 4415:15, 4416:11, 4417:7, 4417:10
**lean** [1] - 4400:4
**learned** [2] - 4352:3, 4394:4
**least** [2] - 4372:21, 4374:12
**leave** [7] - 4355:20, 4356:4, 4357:24, 4385:10, 4430:17, 4440:18, 4441:3
**leaving** [1] - 4445:13
**led** [1] - 4466:10
**left** [23] - 4356:3, 4363:13, 4363:23, 4363:25, 4365:7, 4369:12, 4370:9, 4370:12, 4370:14, 4370:25, 4371:4, 4372:4, 4372:5, 4372:16, 4372:17, 4375:9, 4383:10, 4407:5, 4417:4, 4440:1, 4440:15, 4440:20, 4440:21
**legal** [2] - 4356:20, 4391:20, 4419:19, 4456:25, 4457:10, 4457:14
**legislative** [1] - 4443:14
**legislature** [5] - 4462:11, 4462:22, 4462:23, 4462:25, 4468:1
**legislatures** [2] - 4467:24, 4470:2
**legitimate** [2] - 4400:14, 4419:6
**length** [1] - 4464:21
**lengthy** [2] - 4457:25, 4474:2
**less** [4] - 4373:21, 4387:10, 4413:10, 4413:14
**letting** [1] - 4374:7
**level** [3] - 4389:21, 4395:16, 4398:23
**lieutenant** [1] - 4392:21
**life** [1] - 4391:19
**likely** [2] - 4377:17, 4400:2

**limits** [1] - 4464:25
**LINDER** [7] - 4348:22, 4348:24, 4403:8, 4423:3, 4424:17, 4434:25, 4475:2
**line** [11] - 4375:24, 4381:3, 4381:22, 4381:24, 4384:16, 4393:2, 4418:2, 4418:3, 4456:10, 4472:15, 4475:11
**lined** [1] - 4403:5
**LISA** [2] - 4349:17, 4476:3
**Lisa** [1] - 4476:12
**listen** [1] - 4377:18
**lists** [1] - 4428:4
**live** [1] - 4410:24
**LLC** [2] - 4349:8, 4349:12
**local** [2] - 4356:24, 4422:2
**located** [1] - 4431:8
**location** [6] - 4401:13, 4417:25, 4447:12, 4447:13, 4447:25, 4470:20
**lodged** [1] - 4437:7
**look** [11] - 4368:20, 4369:9, 4373:14, 4373:16, 4374:5, 4382:21, 4391:9, 4425:14, 4431:17, 4473:18, 4475:11
**looked** [1] - 4394:17
**looking** [15] - 4354:4, 4354:10, 4354:11, 4361:15, 4372:8, 4374:17, 4374:21, 4376:25, 4381:25, 4437:22, 4439:18, 4448:9, 4448:21, 4449:4, 4450:21
**looks** [14] - 4359:16, 4362:11, 4362:13, 4362:19, 4362:21, 4363:1, 4363:9, 4363:18, 4365:18, 4372:22, 4380:17, 4380:19, 4383:4, 4383:19
**LOUIS** [1] - 4348:16
**lower** [6] - 4361:21, 4361:22, 4372:15, 4372:21, 4389:13, 4395:16
**lunch** [1] - 4351:6
**Lyft** [1] - 4358:1

**M**

**Mace** [5] - 4356:13, 4356:15, 4357:13, 4357:15, 4388:21
**maintain** [1] - 4436:5
**majority** [2] - 4384:13, 4469:8
**malleability** [1] - 4467:21
**man** [3] - 4383:5, 4383:9, 4383:10
**manner** [3] - 4400:24, 4462:11, 4462:22
**MANZO** [1] - 4348:16
**map** [2] - 4359:16, 4375:14
**Marine** [9] - 4391:3, 4391:12, 4392:17, 4393:3, 4393:8, 4394:7, 4394:10, 4394:13, 4394:14
**Marines** [2] - 4392:18, 4393:11
**mark** [2] - 4359:4, 4382:4
**marked** [2] - 4359:5, 4376:8
**martialed** [1] - 4391:12
**Maryland** [1] - 4349:16
**mask** [3] - 4356:10, 4356:11, 4420:20
**matter** [3] - 4455:18, 4455:19, 4456:4
**matters** [1] - 4436:22
**McGovern** [4] - 4440:14, 4441:24, 4442:16, 4443:12
**mean** [28] - 4357:4, 4358:24, 4360:18, 4388:8, 4390:1, 4393:14, 4401:8, 4407:7, 4408:7, 4409:14, 4413:3, 4415:13, 4417:20, 4418:2, 4430:22, 4431:10, 4432:22, 4432:24, 4434:1, 4441:10, 4442:16, 4443:6, 4443:25, 4444:15, 4444:25, 4446:25, 4450:2, 4459:14
**meaning** [1] - 4400:20
**means** [8] - 4394:20,

4430:23, 4432:23, 4434:3, 4435:13, 4443:7, 4450:4, 4470:2
**meant** [10] - 4411:14, 4411:17, 4412:3, 4416:20, 4441:11, 4442:18, 4444:1, 4444:16, 4445:1, 4447:1
**media** [3] - 4425:23, 4426:8, 4473:16
**meet** [9] - 4352:15, 4366:12, 4398:13, 4409:16, 4426:18, 4427:23, 4430:12, 4431:3, 4435:21
**meeting** [17] - 4355:4, 4355:7, 4430:11, 4430:20, 4430:23, 4432:1, 4432:8, 4432:9, 4432:15, 4432:17, 4433:4, 4434:2, 4436:4, 4463:22, 4464:12, 4472:15, 4472:19
**meets** [3] - 4430:23, 4434:5, 4458:1
**Meggs** [9] - 4355:24, 4357:24, 4384:8, 4386:13, 4387:3, 4411:4, 4411:14, 4415:2, 4418:23
**MEGGS** [1] - 4349:2
**Meggs's** [1] - 4411:3
**MEHTA** [1] - 4348:11
**Mehta** [1] - 4392:14
**member** [3] - 4416:7, 4460:13
**members** [14] - 4358:13, 4407:14, 4414:1, 4415:11, 4418:13, 4418:22, 4426:4, 4431:25, 4442:14, 4444:23, 4445:14, 4447:16, 4448:23, 4459:4
**memory** [1] - 4416:1
**mention** [2] - 4393:24, 4454:21
**mentioned** [2] - 4361:6, 4470:13
**merely** [1] - 4426:12
**merger** [1] - 4470:21
**Meridian** [1] - 4435:23
**message** [3] - 4412:22, 4416:17, 4418:18

4488

messages [12] - 4407:10, 4415:8, 4415:16, 4416:4, 4416:10, 4416:16, 4416:17, 4417:3, 4417:20, 4474:9, 4474:18, 4474:23
met [4] - 4384:10, 4409:15, 4411:5
middle [2] - 4389:25, 4432:4
might [3] - 4357:21, 4418:23, 4456:7
Mike [8] - 4433:5, 4436:9, 4452:14, 4452:18, 4452:22, 4453:1, 4453:5, 4453:7
Military [1] - 4391:22
military [1] - 4393:25
militia [2] - 4414:18, 4414:21
mind [4] - 4401:24, 4409:20, 4465:21, 4470:14
mindful [1] - 4467:17
minivan [3] - 4352:9, 4352:21, 4413:12
minute [3] - 4373:21, 4373:22, 4397:22
minutes [3] - 4384:8, 4440:16, 4446:10
mis [1] - 4368:21
mis-seeing [1] - 4368:21
misconduct [1] - 4392:13
mission [8] - 4393:16, 4394:5, 4394:22, 4394:25, 4397:4, 4399:11, 4401:16, 4401:21
mode [7] - 4366:6, 4366:8, 4366:9, 4366:15, 4399:9, 4401:3, 4401:9
moment [6] - 4372:11, 4379:21, 4382:1, 4388:19, 4409:20, 4461:22
moments [1] - 4396:14
Monday [1] - 4425:16
money [1] - 4468:8
months [3] - 4416:24, 4457:20
mood [2] - 4446:2, 4447:24
morning [12] -

4355:16, 4357:23, 4366:10, 4380:5, 4404:11, 4404:16, 4405:1, 4453:16, 4473:19, 4474:24, 4475:19
most [4] - 4366:4, 4377:17, 4400:2, 4426:23
mouth [1] - 4377:11
move [16] - 4360:25, 4364:16, 4371:18, 4371:20, 4373:16, 4374:4, 4387:15, 4388:8, 4406:9, 4408:22, 4412:7, 4427:14, 4442:14, 4452:6, 4465:11, 4472:1
moved [5] - 4358:7, 4364:11, 4384:23, 4418:3, 4440:24
movement [1] - 4444:17
movements [1] - 4395:7
moves [7] - 4423:1, 4424:15, 4429:12, 4431:18, 4433:12, 4434:23, 4450:14
moving [5] - 4372:5, 4419:3, 4440:23, 4441:1, 4474:10
MR [301] - 4351:9, 4351:12, 4351:18, 4357:3, 4357:7, 4359:4, 4359:11, 4359:14, 4360:22, 4360:25, 4361:1, 4361:16, 4361:17, 4362:6, 4362:16, 4362:24, 4363:5, 4363:22, 4365:3, 4365:14, 4367:11, 4367:17, 4368:5, 4368:19, 4369:4, 4370:5, 4370:13, 4371:3, 4371:9, 4371:13, 4371:23, 4372:3, 4372:14, 4373:2, 4373:7, 4373:20, 4374:6, 4374:9, 4374:13, 4374:16, 4374:22, 4375:4, 4375:8, 4375:19, 4375:22, 4375:23, 4376:3, 4376:4, 4376:12, 4376:17, 4376:18, 4377:6, 4377:22,

4377:24, 4378:1, 4378:6, 4378:15, 4379:10, 4380:11, 4380:15, 4381:1, 4381:8, 4381:11, 4381:14, 4382:4, 4382:7, 4382:10, 4382:12, 4382:15, 4382:20, 4383:14, 4384:6, 4384:20, 4385:13, 4386:3, 4386:7, 4386:12, 4387:1, 4387:7, 4387:19, 4388:2, 4388:5, 4388:12, 4388:13, 4388:24, 4389:3, 4389:12, 4389:19, 4390:18, 4390:23, 4392:10, 4402:8, 4402:10, 4403:2, 4403:6, 4403:8, 4403:21, 4403:23, 4406:9, 4406:12, 4406:19, 4407:1, 4407:18, 4407:20, 4407:25, 4408:3, 4408:5, 4411:11, 4412:7, 4412:9, 4412:13, 4412:15, 4412:18, 4412:20, 4413:21, 4414:5, 4414:8, 4414:13, 4414:15, 4414:22, 4414:23, 4415:1, 4415:1, 4415:15, 4416:2, 4416:5, 4416:7, 4416:9, 4416:14, 4416:19, 4417:17, 4418:15, 4418:17, 4419:24, 4420:7, 4420:16, 4422:21, 4422:23, 4423:1, 4423:3, 4423:7, 4423:9, 4423:18, 4423:20, 4424:10, 4424:12, 4424:15, 4424:17, 4424:18, 4424:23, 4425:1, 4427:7, 4427:9, 4427:12, 4427:17, 4427:21, 4427:25, 4428:2, 4429:6, 4429:9, 4429:12, 4429:17, 4429:19, 4429:22, 4429:24, 4430:4, 4430:6, 4430:17, 4430:19, 4431:12, 4431:13, 4431:17, 4431:23, 4432:2, 4432:6,

4433:6, 4433:8, 4433:12, 4433:18, 4433:20, 4434:16, 4434:18, 4434:23, 4434:25, 4435:1, 4435:5, 4435:15, 4435:17, 4436:10, 4436:12, 4436:25, 4437:6, 4437:12, 4437:13, 4437:19, 4437:21, 4438:12, 4438:16, 4438:18, 4439:4, 4439:8, 4439:15, 4439:17, 4440:6, 4440:9, 4440:11, 4441:17, 4441:21, 4441:23, 4442:22, 4443:1, 4443:3, 4448:5, 4448:8, 4448:14, 4449:3, 4449:11, 4449:17, 4449:23, 4450:8, 4450:10, 4450:14, 4450:19, 4450:20, 4451:2, 4451:4, 4451:7, 4451:8, 4451:11, 4451:12, 4451:15, 4451:16, 4451:19, 4451:20, 4451:25, 4452:2, 4452:6, 4452:11, 4452:15, 4452:16, 4452:19, 4452:20, 4452:23, 4452:24, 4453:2, 4453:3, 4453:9, 4453:11, 4453:20, 4453:22, 4453:24, 4454:1, 4454:3, 4454:8, 4454:10, 4456:25, 4457:3, 4457:5, 4457:10, 4457:12, 4457:16, 4457:17, 4460:1, 4460:5, 4461:13, 4461:16, 4462:2, 4462:4, 4462:5, 4462:8, 4463:5, 4463:6, 4465:3, 4466:14, 4466:25, 4467:1, 4467:12, 4467:14, 4467:16, 4468:7, 4468:10, 4468:12, 4468:15, 4468:17, 4469:14, 4470:4, 4470:6, 4470:11, 4472:2, 4472:7, 4472:9, 4472:17, 4473:8, 4473:25, 4474:6, 4474:16, 4475:2,

4475:3, 4475:4, 4475:15, 4475:20
MS [6] - 4406:13, 4411:7, 4412:17, 4413:18, 4431:19, 4433:14
multiple [2] - 4399:1, 4399:5
must [9] - 4360:7, 4422:17, 4461:2, 4467:24, 4468:3, 4469:16, 4469:18, 4470:2, 4471:12

## N

name [8] - 4364:6, 4364:19, 4364:21, 4364:23, 4385:23, 4420:23, 4420:25, 4460:6
names [3] - 4360:2, 4360:3, 4399:24
Nancy [8] - 4439:22, 4451:1, 4451:6, 4451:10, 4451:14, 4451:18, 4451:22, 4451:24
nation [1] - 4446:14
national [4] - 4387:21, 4388:15, 4388:17, 4389:7
natural [1] - 4444:17
nature [2] - 4395:8, 4396:12
Navy [1] - 4391:7
nearby [2] - 4354:24, 4403:1
necessarily [1] - 4428:20
necessary [2] - 4416:21, 4440:5
need [14] - 4358:21, 4403:4, 4403:12, 4411:22, 4411:23, 4411:24, 4411:25, 4415:3, 4442:13, 4458:19, 4467:4, 4473:23
needed [8] - 4357:19, 4401:3, 4407:15, 4417:22, 4417:24, 4432:13, 4444:2, 4445:2
needs [4] - 4414:9, 4414:10, 4414:20, 4431:15
Nestler [4] - 4403:1, 4403:20, 4417:8,

4420:5

**NESTLER** [167] - 4348:15, 4351:9, 4357:3, 4359:11, 4360:22, 4376:12, 4378:1, 4380:11, 4381:11, 4382:7, 4382:12, 4403:2, 4403:6, 4403:21, 4403:23, 4406:9, 4406:12, 4406:19, 4407:1, 4407:18, 4407:20, 4407:25, 4408:3, 4408:5, 4411:11, 4412:9, 4412:18, 4412:20, 4413:21, 4414:5, 4414:8, 4414:13, 4414:15, 4414:22, 4414:23, 4414:25, 4415:1, 4416:2, 4416:7, 4416:14, 4417:17, 4418:15, 4418:17, 4419:24, 4420:7, 4420:16, 4422:21, 4422:23, 4423:1, 4423:7, 4423:9, 4423:18, 4423:20, 4424:10, 4424:12, 4424:15, 4424:18, 4424:23, 4425:1, 4427:7, 4427:9, 4427:12, 4427:17, 4427:21, 4427:25, 4428:2, 4429:6, 4429:9, 4429:12, 4429:17, 4429:19, 4429:22, 4429:24, 4430:4, 4430:6, 4430:17, 4430:19, 4431:12, 4431:13, 4431:17, 4431:23, 4432:2, 4432:6, 4433:6, 4433:8, 4433:12, 4433:18, 4433:20, 4434:16, 4434:18, 4434:23, 4435:5, 4435:15, 4435:17, 4436:10, 4436:12, 4436:25, 4437:13, 4437:19, 4437:21, 4438:12, 4438:16, 4438:18, 4439:4, 4439:8, 4439:15, 4439:17, 4440:6, 4440:9, 4440:11, 4441:17, 4441:21, 4441:23, 4442:22, 4443:1, 4443:3, 4448:5, 4448:8,

4448:14, 4449:3, 4449:11, 4449:17, 4449:23, 4450:8, 4450:10, 4450:14, 4450:19, 4450:20, 4451:2, 4451:4, 4451:7, 4451:8, 4451:11, 4451:12, 4451:15, 4451:16, 4451:19, 4451:20, 4451:25, 4452:2, 4452:6, 4452:11, 4452:15, 4452:16, 4452:19, 4452:20, 4452:23, 4452:24, 4453:2, 4453:3, 4453:9, 4453:11, 4453:20, 4456:25, 4457:10, 4461:13, 4462:4, 4468:10, 4468:15, 4470:4, 4472:9, 4472:17, 4473:8, 4473:25, 4474:6, 4474:16, 4475:20

**never** [6] - 4385:23, 4385:24, 4392:11, 4397:22, 4397:25, 4399:3

**new** [1] - 4469:8

**New** [1] - 4349:10

**news** [3] - 4425:23, 4426:1, 4426:8

**News2Share** [1] - 4406:8

**next** [16] - 4351:11, 4358:23, 4361:2, 4365:19, 4371:20, 4377:15, 4414:22, 4414:25, 4420:6, 4431:2, 4431:11, 4447:18, 4451:2, 4451:7, 4467:3, 4474:11

**nice** [3] - 4351:6, 4409:16, 4473:16

**night** [6] - 4353:5, 4355:4, 4355:14, 4460:9, 4461:18, 4475:18

**nobody** [4] - 4354:2, 4399:5, 4401:8, 4406:1

**noises** [1] - 4443:22

**nominations** [1] - 4457:25

**none** [2] - 4398:5, 4401:18

**noon** [3] - 4425:5, 4454:14, 4456:13

**north** [2] - 4369:22, 4372:23

**North** [3] - 4349:12, 4352:23, 4353:5

**northeast** [1] - 4369:15

**Northwest** [6] - 4348:17, 4348:20, 4349:3, 4349:5, 4349:19, 4476:14

**notably** [1] - 4426:23

**note** [1] - 4361:19

**notes** [1] - 4476:5

**nothing** [2] - 4355:14, 4400:16

**notice** [1] - 4446:22

**November** [3] - 4410:13, 4425:17, 4425:18

**now-President** [1] - 4455:8

**number** [9] - 4389:2, 4401:20, 4406:7, 4426:23, 4428:10, 4445:5, 4455:7, 4462:11, 4462:12

**numerous** [1] - 4438:10

---

## O

**o'clock** [1] - 4365:15

**Oak** [1] - 4348:24

**oath** [2] - 4422:16, 4423:23

**Oath** [9] - 4356:23, 4361:4, 4364:7, 4387:10, 4396:15, 4399:21, 4399:22, 4407:5, 4417:22

**object** [1] - 4360:22

**objection** [44] - 4357:3, 4359:10, 4359:12, 4360:21, 4376:11, 4377:25, 4380:11, 4381:10, 4382:6, 4382:12, 4382:13, 4406:14, 4411:7, 4412:7, 4412:13, 4413:18, 4415:15, 4417:16, 4423:3, 4424:17, 4431:19, 4433:14, 4433:24, 4434:25, 4435:1, 4437:7, 4456:25, 4457:2, 4457:10, 4460:12, 4460:19, 4460:24, 4461:3, 4461:9,

4461:13, 4461:19, 4461:24, 4463:10, 4464:9, 4466:13, 4466:21, 4468:10, 4468:15, 4470:4

**objections** [17] - 4434:13, 4437:8, 4460:11, 4460:17, 4461:7, 4461:17, 4463:8, 4463:14, 4463:18, 4463:19, 4463:23, 4464:1, 4464:11, 4464:15, 4464:18, 4466:17

**observe** [4] - 4440:18, 4441:8, 4443:11, 4444:19

**obvious** [2] - 4459:16, 4459:20

**obviously** [6] - 4393:21, 4408:11, 4414:17, 4454:6, 4458:14, 4459:14

**occasions** [3] - 4438:10, 4441:16, 4442:6

**occur** [1] - 4455:14

**occurred** [2] - 4436:18, 4472:22

**occurrence** [1] - 4432:19

**occurs** [1] - 4458:3

**October** [2] - 4348:6, 4476:10

**odd** [1] - 4443:22

**OF** [6] - 4348:1, 4348:3, 4348:10, 4348:17, 4348:20, 4349:5

**offenses** [1] - 4391:7

**offer** [1] - 4381:8

**office** [10] - 4421:6, 4421:9, 4423:15, 4423:22, 4423:24, 4441:14, 4442:5, 4442:9, 4456:15, 4462:15

**OFFICE** [1] - 4348:16

**officeholders** [1] - 4425:21

**officer** [17] - 4361:22, 4384:22, 4384:25, 4385:3, 4385:16, 4410:10, 4430:15, 4433:1, 4433:3, 4436:2, 4436:3, 4439:20, 4440:12, 4443:15, 4443:21, 4470:18, 4471:5

**officer's** [2] - 4440:15, 4441:4

**officers** [20] - 4367:25, 4380:20, 4381:2, 4381:4, 4381:5, 4385:4, 4385:9, 4391:18, 4391:22, 4392:1, 4410:14, 4410:18, 4411:1, 4431:25, 4444:20, 4444:23, 4445:4, 4445:17, 4449:12, 4468:22

**OFFICES** [1] - 4349:5

**Official** [3] - 4349:18, 4446:6, 4446:23

**official** [2] - 4437:2, 4476:12

**officials** [1] - 4470:19

**often** [2] - 4426:4, 4468:2

**OK** [3] - 4414:16, 4415:2, 4415:23

**old** [1] - 4356:10

**once** [8] - 4364:11, 4445:1, 4455:9, 4459:7, 4459:20, 4460:19, 4473:15

**one** [43] - 4354:24, 4356:9, 4358:1, 4359:21, 4366:18, 4370:16, 4374:12, 4385:9, 4388:1, 4388:2, 4391:15, 4394:15, 4394:16, 4394:24, 4395:21, 4397:15, 4399:25, 4404:1, 4404:15, 4405:18, 4406:5, 4409:10, 4413:7, 4416:25, 4419:7, 4419:9, 4424:5, 4431:11, 4432:3, 4436:11, 4441:13, 4443:16, 4451:19, 4456:21, 4460:6, 4460:13, 4463:7, 4464:8, 4464:9, 4466:15, 4468:21, 4474:7

**ongoing** [2] - 4434:9, 4450:6

**op** [3] - 4395:16, 4395:18, 4396:21

**open** [66] - 4355:17, 4361:13, 4362:5, 4362:15, 4362:23, 4363:4, 4363:21,

4490

4365:2, 4365:13,
4367:10, 4367:16,
4368:4, 4368:18,
4369:3, 4370:4,
4370:11, 4371:2,
4371:8, 4371:12,
4371:17, 4371:22,
4372:2, 4372:13,
4373:1, 4373:6,
4374:15, 4374:19,
4375:2, 4375:7,
4377:5, 4378:5,
4378:14, 4379:9,
4380:14, 4380:25,
4382:19, 4383:13,
4384:5, 4384:19,
4385:12, 4386:2,
4386:11, 4386:24,
4387:6, 4387:18,
4389:11, 4389:18,
4390:3, 4406:24,
4407:24, 4417:15,
4428:8, 4437:18,
4438:15, 4439:7,
4439:14, 4440:8,
4441:20, 4442:25,
4445:2, 4448:7,
4448:13, 4449:2,
4449:10, 4449:16,
4449:22

**opened** [5] -
4371:15, 4390:5,
4418:1, 4418:9,
4428:25

**operating** [1] -
4408:10

**operation** [5] -
4395:3, 4395:11,
4396:3, 4396:24,
4397:14

**operational** [1] -
4397:25

**operations** [3] -
4393:17, 4396:20,
4396:23

**opportunity** [5] -
4352:15, 4353:6,
4408:17, 4413:5,
4413:6

**opposing** [2] -
4395:7, 4396:4

**options** [3] -
4419:13, 4419:19,
4419:20

**or..** [1] - 4358:10

**order** [8] - 4397:25,
4398:20, 4436:5,
4443:15, 4460:11,
4461:21, 4465:12,
4471:2

**orders** [3] - 4393:17,
4401:17, 4443:20

**organizations** [1] -
4426:8

**organizers** [1] -
4367:19

**originally** [1] -
4371:14

**originated** [1] -
4435:14

**otherwise** [1] -
4389:15

**outgoing** [1] -
4422:10

**outlets** [1] - 4425:23

**outside** [6] - 4351:8,
4353:14, 4373:13,
4409:1, 4415:21,
4444:16

**overnighted** [1] -
4352:23

**overruled** [4] -
4411:9, 4412:8,
4413:19, 4417:16

**oversee** [1] - 4440:5

**own** [3] - 4400:17,
4460:21, 4468:18

---

**P**

**P.A** [1] - 4349:15

**p.m** [33] - 4348:7,
4351:4, 4359:23,
4402:16, 4403:15,
4437:20, 4439:16,
4440:12, 4441:18,
4441:22, 4443:4,
4443:13, 4448:10,
4448:21, 4449:5,
4449:7, 4449:12,
4450:24, 4451:5,
4451:9, 4451:17,
4451:21, 4451:23,
4452:13, 4452:17,
4452:21, 4452:25,
4453:6, 4458:10,
4473:22, 4474:8,
4474:12

**packed** [2] - 4408:7,
4413:12

**packs** [1] - 4354:19

**Page** [3] - 4422:22,
4424:11, 4427:8

**PAGE** [1] - 4350:11

**page** [1] - 4423:19

**pages** [3] - 4395:9,
4438:2, 4438:19

**panel** [2] - 4351:2,
4403:13

**panned** [1] - 4386:8

**pants** [1] - 4356:6

**paper** [2] - 4438:25,
4439:2

**paradigm** [1] -
4391:20

**paragraph** [3] -
4432:4, 4462:6,
4462:9

**Park** [1] - 4349:3

**parliamentarian** [11]
- 4421:2, 4421:7,
4421:8, 4436:19,
4436:21, 4438:11,
4447:15, 4467:9,
4468:25, 4469:1,
4470:18

**parliamentarian's**
[2] - 4442:9, 4447:16

**parliamentary** [2] -
4436:22, 4447:19

**part** [4] - 4394:19,
4405:1, 4426:14,
4462:19

**parted** [1] - 4389:21

**particular** [10] -
4353:25, 4359:22,
4397:23, 4398:17,
4401:11, 4401:13,
4415:16, 4417:11,
4435:13, 4467:24

**particularly** [1] -
4442:13

**parts** [2] - 4426:25,
4474:14

**party** [1] - 4469:9

**pass** [5] - 4358:9,
4373:17, 4404:2,
4404:5, 4404:13

**past** [1] - 4440:16

**pause** [10] - 4374:20,
4375:13, 4407:25,
4408:4, 4437:19,
4438:16, 4439:15,
4440:9, 4441:21,
4443:1

**pay** [2] - 4391:2,
4391:6

**paying** [1] - 4409:12

**peacefully** [1] -
4408:10

**Pelosi** [13] - 4439:22,
4440:15, 4440:18,
4441:1, 4441:3,
4451:1, 4451:6,
4451:10, 4451:14,
4451:18, 4451:22,
4451:24, 4458:11

**Pence** [10] - 4433:5,
4436:9, 4449:24,

4452:14, 4452:18,
4452:22, 4453:1,
4453:5, 4453:7,
4458:11

**Pennsylvania** [4] -
4348:20, 4349:5,
4349:13, 4463:17

**people** [26] -
4358:24, 4360:7,
4364:16, 4367:22,
4370:17, 4372:22,
4380:16, 4390:6,
4399:1, 4399:5,
4400:6, 4405:19,
4407:4, 4407:8,
4408:8, 4408:12,
4412:10, 4412:16,
4413:3, 4414:4,
4415:24, 4417:21,
4418:14, 4418:25,
4437:25, 4448:18

**percent** [3] - 4355:2,
4378:21, 4410:1

**perfect** [1] - 4390:1

**perfectly** [1] -
4356:20

**perform** [2] -
4397:19, 4397:21

**perhaps** [2] -
4366:19, 4467:17

**period** [12] - 4421:9,
4442:20, 4445:19,
4446:4, 4457:25,
4458:4, 4460:24,
4465:5, 4471:20,
4474:20

**permanently** [3] -
4432:23, 4450:4,
4450:5

**person** [21] -
4356:13, 4364:4,
4364:21, 4368:24,
4385:14, 4387:12,
4387:20, 4401:14,
4422:16, 4426:7,
4428:9, 4428:19,
4436:5, 4454:24,
4455:23, 4456:14,
4458:18, 4462:14,
4466:11, 4467:18,
4469:5

**person's** [2] -
4424:5, 4424:6

**personal** [3] -
4355:5, 4362:12,
4363:24

**personally** [1] -
4443:11

**personnel** [3] -
4443:16, 4445:3,

4459:5

**perspective** [1] -
4403:7

**petition** [1] - 4419:15

**PHILLIP** [1] -
4348:22

**phone** [16] - 4366:4,
4366:5, 4366:13,
4368:21, 4369:9,
4373:11, 4385:15,
4399:8, 4399:25,
4400:25, 4401:6,
4401:7, 4401:10,
4415:18, 4447:20,
4447:21

**photo** [1] - 4376:9

**photograph** [1] -
4404:2

**photographs** [2] -
4404:16, 4404:19

**photos** [4] - 4404:23,
4404:25, 4405:3,
4405:4

**phrase** [2] - 4397:1,
4444:13

**physical** [1] - 4390:7

**physically** [5] -
4385:5, 4419:22,
4456:21, 4471:3,
4471:15

**pick** [4] - 4352:18,
4352:21, 4382:24,
4398:13

**picked** [3] - 4352:25,
4353:1, 4413:16

**pictures** [2] -
4366:16, 4390:15

**pieces** [1] - 4439:2

**pistol** [1] - 4413:13

**place** [9] - 4401:18,
4401:23, 4422:8,
4444:13, 4445:14,
4445:19, 4445:24,
4460:8, 4460:11

**places** [1] - 4426:23

**plainclothes** [1] -
4354:6

**Plaintiff** [1] - 4348:4

**plan** [8] - 4368:12,
4395:12, 4395:16,
4396:3, 4396:21,
4396:24, 4397:14,
4399:2

**planning** [9] -
4367:12, 4393:5,
4393:16, 4394:5,
4394:22, 4394:25,
4401:16, 4401:17,
4401:21

**plans** [2] - 4395:18,

4491

4398:24
  **planters** [1] - 4365:5
  **platoon** [4] -
4391:17, 4392:17,
4392:18, 4392:20
  **play** [15] - 4375:5,
4383:7, 4386:13,
4406:21, 4407:19,
4407:21, 4407:22,
4427:4, 4437:14,
4438:12, 4439:4,
4440:6, 4441:17,
4442:22, 4474:17
  **played** [2] - 4369:20,
4406:22
  **playing** [3] -
4364:25, 4407:4,
4448:5
  **plaza** [1] - 4366:24
  **pled** [1] - 4392:13
  **plotting** [4] - 4368:6,
4368:8, 4368:9,
4368:10
  **PLOTTING** [1] -
4368:10
  **pocket** [1] - 4369:10
  **podiums** [2] -
4367:20, 4367:24
  **point** [35] - 4353:19,
4355:23, 4358:20,
4361:6, 4368:6,
4368:24, 4368:25,
4372:15, 4375:17,
4375:20, 4379:20,
4380:21, 4380:22,
4384:11, 4385:5,
4387:24, 4388:9,
4388:10, 4388:11,
4388:14, 4390:2,
4401:1, 4409:10,
4410:5, 4425:15,
4441:7, 4444:22,
4455:23, 4456:20,
4458:5, 4459:1,
4459:7, 4459:8,
4463:24
  **pointing** [3] -
4383:22, 4386:19,
4386:20
  **points** [1] - 4369:14
  **pole** [1] - 4365:8
  **police** [25] - 4361:22,
4367:25, 4371:14,
4372:20, 4380:20,
4381:2, 4381:3,
4381:5, 4381:22,
4381:23, 4381:24,
4381:25, 4384:16,
4384:22, 4384:25,
4385:3, 4385:4,

4385:9, 4385:16,
4388:19, 4410:10,
4410:14, 4410:18,
4411:1, 4449:12
  **Police** [2] - 4443:20,
4444:22
  **pop** [1] - 4363:14
  **portable** [3] - 4358:5,
4375:11, 4377:1
  **portion** [12] -
4411:10, 4423:19,
4425:2, 4427:13,
4427:22, 4428:1,
4429:23, 4430:4,
4432:3, 4433:19,
4433:21, 4435:16
  **portrait** [1] - 4440:2
  **portray** [1] - 4360:19
  **pose** [1] - 4396:5
  **position** [1] -
4442:15
  **positions** [2] -
4444:24, 4457:24
  **possibility** [1] -
4392:12, 4410:6
  **possible** [2] -
4359:22, 4379:14
  **possibly** [4] -
4352:5, 4383:20,
4390:25, 4430:5
  **post** [1] - 4435:23
  **postponement** [1] -
4457:21
  **potential** [1] -
4447:18
  **power** [5] - 4414:18,
4422:8, 4423:14,
4455:3, 4455:13
  **powers** [1] - 4422:16
  **prayers** [1] - 4448:3
  **precise** [1] - 4469:12
  **precision** [1] -
4471:6
  **preferred** [1] -
4355:25
  **preop** [2] - 4356:25,
4357:8
  **prepare** [1] - 4436:20
  **preparing** [1] -
4446:21
  **presence** [5] -
4373:13, 4415:21,
4428:7, 4444:19,
4445:2
  **present** [4] -
4458:15, 4465:12,
4465:17, 4471:3
  **presented** [2] -
4460:13, 4465:23
  **preserve** [1] - 4424:1

  **preside** [3] -
4458:18, 4458:20,
4458:23
  **presidency** [2] -
4424:5, 4424:6
  **President** [15] -
4358:17, 4404:8,
4415:13, 4417:21,
4433:5, 4436:9,
4449:24, 4452:14,
4452:18, 4452:22,
4453:1, 4453:5,
4453:7, 4455:8,
4458:11
  **president** [58] -
4404:7, 4417:23,
4422:10, 4422:12,
4422:16, 4422:17,
4423:14, 4423:25,
4425:4, 4425:20,
4426:9, 4426:19,
4426:20, 4426:22,
4427:5, 4427:24,
4428:6, 4428:10,
4428:15, 4428:16,
4430:14, 4435:25,
4436:1, 4436:7,
4454:13, 4455:1,
4455:11, 4455:15,
4455:18, 4456:1,
4456:4, 4456:8,
4456:11, 4456:12,
4456:14, 4456:22,
4456:23, 4456:24,
4457:7, 4457:24,
4458:19, 4458:20,
4458:22, 4458:23,
4458:24, 4468:24,
4470:23, 4471:3,
4471:8, 4473:6
  **president-elect** [1] -
4456:12
  **presidential** [3] -
4422:8, 4428:24,
4429:4
  **presidents** [1] -
4431:15
  **presiding** [14] -
4430:15, 4433:1,
4433:3, 4436:2,
4436:3, 4439:20,
4440:12, 4440:15,
4441:3, 4443:15,
4450:25, 4452:12,
4470:18, 4471:5
  **pretty** [9] - 4357:20,
4390:8, 4390:10,
4396:17, 4403:5,
4405:6, 4409:10,
4409:17, 4417:1

  **prevented** [1] -
4466:12
  **previous** [1] -
4466:17
  **previously** [2] -
4376:10, 4437:7
  **price** [1] - 4355:1
  **prison** [1] - 4418:24
  **privilege** [1] -
4468:21
  **pro** [2] - 4400:9,
4458:23
  **pro-government** [1]
- 4400:9
  **probability** [1] -
4400:4
  **procedure** [4] -
4433:9, 4460:8,
4464:17, 4465:25
  **procedures** [8] -
4431:15, 4460:23,
4460:11, 4464:4,
4464:7, 4467:25,
4471:12, 4471:18
  **proceed** [1] -
4458:15
  **proceeding** [4] -
4443:15, 4458:14,
4459:9, 4459:22
  **proceedings** [21] -
4351:4, 4351:14,
4373:12, 4374:14,
4402:16, 4402:24,
4403:10, 4403:15,
4415:20, 4417:14,
4420:11, 4436:6,
4436:18, 4440:5,
4442:13, 4443:7,
4458:17, 4466:4,
4470:22, 4473:22,
4476:6
  **Proceedings** [1] -
4475:21
  **process** [17] -
4393:17, 4394:3,
4394:5, 4394:19,
4394:22, 4394:25,
4401:21, 4426:14,
4427:5, 4429:2,
4446:3, 4446:22,
4470:14, 4470:15,
4471:2, 4473:3
  **processed** [1] -
4464:2
  **produced** [1] -
4476:6
  **profane** [1] - 4378:8
  **professionals** [1] -
4471:20
  **profit** [1] - 4462:15

  **progressing** [1] -
4470:15
  **projected** [3] -
4425:23, 4426:7,
4428:19
  **promise** [1] -
4390:24
  **proper** [3] - 4389:1,
4464:4, 4464:6
  **properly** [1] -
4353:22
  **proposition** [1] -
4457:9
  **prosecution** [1] -
4388:25
  **protect** [4] - 4357:15,
4357:18, 4418:25,
4424:1
  **protectee** [1] -
4365:17
  **protectees** [6] -
4357:18, 4358:21,
4359:24, 4366:18,
4370:23, 4377:7
  **protest** [1] - 4359:23,
4360:1
  **protesters** [1] -
4372:5
  **provide** [1] - 4440:5
  **providing** [1] -
4443:19
  **provision** [3] -
4431:14, 4433:9,
4465:10
  **provisions** [4] -
4429:2, 4430:2,
4434:8, 4464:22
  **provocateurs** [2] -
4372:16, 4388:21
  **publication** [1] -
4394:19
  **publications** [2] -
4394:10, 4394:14
  **publish** [5] - 4359:7,
4406:20, 4424:23,
4450:19, 4472:12
  **published** [59] -
4361:13, 4362:5,
4362:15, 4362:23,
4363:4, 4363:21,
4365:2, 4365:13,
4367:10, 4367:16,
4368:4, 4368:18,
4369:3, 4370:4,
4370:11, 4371:2,
4371:8, 4371:12,
4371:22, 4372:2,
4372:13, 4373:1,
4373:6, 4374:19,
4375:2, 4375:7,

4377:5, 4378:5,
4378:14, 4379:9,
4380:14, 4380:25,
4382:19, 4383:13,
4384:5, 4384:19,
4385:12, 4386:2,
4386:11, 4386:24,
4387:6, 4387:18,
4389:11, 4389:18,
4406:24, 4407:24,
4437:18, 4438:15,
4439:7, 4439:14,
4440:8, 4441:20,
4442:25, 4448:7,
4448:13, 4449:2,
4449:10, 4449:16,
4449:22
  **publishing** [1] -
4359:11
  **pull** [12] - 4406:6,
4414:5, 4414:6,
4418:15, 4422:21,
4424:10, 4427:7,
4429:6, 4450:8,
4454:8, 4462:2,
4472:11
  **pulling** [1] - 4369:10
  **purpose** [1] -
4464:24
  **pursuant** [3] -
4435:23, 4441:25,
4468:9
  **pushed** [2] - 4385:9,
4385:17
  **pushing** [6] -
4372:16, 4372:21,
4385:7, 4385:16,
4385:18, 4408:12
  **put** [7] - 4366:5,
4366:7, 4366:9,
4395:15, 4454:4,
4474:7
  **puts** [1] - 4394:10
  **putting** [2] - 4366:14,
4369:9
  **PUTZI** [1] - 4349:15

## Q

  **QRF** [3] - 4398:2,
4398:7, 4398:10
  **qualification** [2] -
4462:18, 4463:9
  **qualifications** [1] -
4456:8
  **qualified** [3] -
4463:12, 4470:25,
4471:23
  **quality** [1] - 4354:21

  **questions** [18] -
4394:1, 4394:2,
4405:20, 4408:24,
4410:9, 4411:6,
4411:13, 4417:6,
4419:24, 4430:16,
4437:16, 4453:20,
4453:25, 4460:8,
4466:15, 4470:7,
4471:24, 4473:8
  **quick** [2] - 4366:14,
4390:25
  **quickly** [3] -
4440:22, 4440:25,
4441:2
  **quite** [2] - 4371:19,
4379:14
  **quote** [1] - 4378:11

## R

  **racks** [4] - 4375:11,
4375:24, 4376:19,
4376:20
  **raise** [1] - 4420:13
  **raised** [1] - 4355:1
  **RAKOCZY** [1] -
4348:14
  **rally** [5] - 4405:1,
4405:5, 4405:11,
4405:16, 4405:17
  **ramp** [1] - 4459:22
  **range** [1] - 4353:6
  **rare** [1] - 4441:15
  **RCT** [1] - 4393:13
  **RDR** [3] - 4349:17,
4476:3, 4476:12
  **reach** [1] - 4393:15
  **read** [13] - 4360:10,
4360:11, 4391:23,
4423:12, 4425:2,
4428:3, 4430:7,
4431:24, 4432:7,
4433:21, 4435:18,
4454:11, 4475:14
  **reading** [3] -
4360:15, 4416:13,
4417:3
  **ready** [1] - 4351:7,
4351:16, 4420:5
  **real** [12] - 4411:5,
4412:12, 4412:22,
4413:3, 4413:7,
4413:10, 4413:11,
4413:14, 4413:15,
4413:23
  **realize** [2] - 4382:13,
4408:19
  **really** [7] - 4362:1,

4364:13, 4364:22,
4398:22, 4398:23,
4463:12, 4466:23
  **realtime** [1] -
4373:17
  **rear** [2] - 4362:17,
4377:8
  **reask** [1] - 4417:18
  **reason** [1] - 4471:13
  **reasonable** [1] -
4378:22
  **recalled** [5] -
4391:19, 4392:1,
4392:2, 4392:9,
4409:18
  **receive** [1] - 4394:7
  **received** [3] -
4366:19, 4455:9,
4459:19
  **RECEIVED** [1] -
4350:11
  **receives** [1] - 4455:6
  **recess** [22] -
4402:23, 4432:11,
4441:25, 4442:3,
4443:4, 4443:6,
4443:9, 4443:12,
4457:18, 4457:19,
4457:21, 4457:23,
4457:25, 4458:2,
4458:3, 4458:5,
4465:6, 4465:7,
4466:2, 4466:3,
4467:2, 4471:10
  **recessed** [1] -
4442:19
  **recessing** [1] -
4464:24
  **recite** [1] - 4394:17
  **reckoning** [1] -
4400:18
  **recognize** [6] -
4359:15, 4360:2,
4363:8, 4378:12,
4380:16, 4386:16
  **recollection** [5] -
4366:20, 4366:21,
4366:22, 4366:25,
4400:5
  **reconvene** [1] -
4434:15
  **reconvened** [1] -
4467:7
  **Record** [6] -
4436:14, 4436:17,
4436:20, 4436:22,
4437:3, 4463:20
  **record** [1] - 4377:20
  **recording** [1] -
4437:5

  **records** [2] - 4437:2,
4437:4
  **red** [6] - 4362:8,
4381:15, 4382:21,
4382:23, 4382:25,
4387:8
  **Red** [1] - 4350:3
  **redirect** [2] -
4403:18, 4472:8
  **REDIRECT** [2] -
4403:22, 4472:16
  **refer** [1] - 4358:3
  **referenced** [3] -
4387:20, 4400:6,
4401:17
  **referring** [4] -
4353:22, 4383:21,
4434:8, 4465:2
  **refers** [2] - 4432:15,
4462:17
  **refrain** [1] - 4412:1
  **refresh** [1] - 4416:1
  **regard** [4] - 4432:12,
4443:24, 4465:25
  **regarding** [3] -
4359:23, 4464:21,
4475:6
  **regardless** [1] -
4465:11
  **regiment** [2] -
4393:11, 4393:12
  **regimental** [2] -
4392:23, 4393:13
  **reinforced** [1] -
4412:11
  **related** [3] - 4358:4,
4421:22, 4433:9
  **relating** [1] -
4435:24, 4464:23
  **relation** [1] - 4369:16
  **relative** [1] - 4397:23
  **relevance** [2] -
4371:19, 4412:15
  **relevant** [2] -
4469:11, 4469:12
  **rely** [1] - 4470:18
  **remain** [2] - 4351:1,
4453:12
  **remainder** [1] -
4421:13
  **remember** [25] -
4353:1, 4354:7,
4354:22, 4359:18,
4359:19, 4359:20,
4359:21, 4366:10,
4367:1, 4367:2,
4389:4, 4389:5,
4393:19, 4398:3,
4399:23, 4404:3,
4404:17, 4405:20,

4407:11, 4409:2,
4411:6, 4411:13,
4416:15, 4418:18,
4463:23
  **remembers** [1] -
4416:12
  **remind** [2] - 4433:3,
4450:2
  **remove** [1] - 4420:19
  **rented** [3] - 4352:9,
4352:20, 4413:12
  **repeat** [3] - 4352:19,
4392:7, 4411:12
  **rephrase** [3] -
4412:18, 4471:1,
4471:24
  **replace** [1] - 4447:7
  **replay** [1] - 4384:3
  **report** [1] - 4464:11
  **REPORTED** [1] -
4349:17
  **REPORTER** [3] -
4377:20, 4387:25,
4392:7
  **reporter** [1] - 4389:1
  **Reporter** [2] -
4349:18, 4476:12
  **represent** [1] -
4351:21
  **Representative** [3] -
4441:24, 4442:16,
4443:12
  **representative** [2] -
4462:14, 4464:9
  **Representatives** [18]
- 4369:16, 4421:3,
4421:17, 4428:8,
4430:12, 4430:13,
4431:3, 4431:4,
4431:6, 4434:7,
4435:20, 4435:22,
4446:18, 4449:18,
4453:13, 4463:21,
4469:4, 4469:7
  **representatives** [2] -
4462:13, 4463:15
  **request** [1] - 4475:14
  **required** [6] -
4353:21, 4429:3,
4446:11, 4447:2,
4447:9, 4455:7
  **requirement** [1] -
4435:24
  **requires** [3] -
4460:16, 4462:22,
4465:10
  **research** [2] -
4454:23, 4473:17
  **reserve** [1] - 4391:9
  **resolution** [6] -

4493

4434:21, 4435:6, 4435:8, 4435:13, 4435:19

**resolutions** [3] - 4435:11, 4435:12

**resolved** [1] - 4435:20

**resources** [1] - 4397:5

**respect** [4] - 4444:19, 4446:22, 4469:3, 4474:23

**respective** [3] - 4426:19, 4427:23, 4430:24

**respectively** [1] - 4458:10

**response** [3] - 4387:23, 4394:2, 4468:4

**rest** [1] - 4423:21

**restart** [1] - 4470:22

**restarted** [1] - 4471:13

**result** [6] - 4432:10, 4432:25, 4433:1, 4464:19, 4472:20, 4472:24

**results** [1] - 4464:11

**resume** [1] - 4459:12

**retire** [1] - 4421:15

**retired** [6] - 4391:2, 4391:6, 4391:9, 4391:13, 4421:6, 4421:8

**retirement** [2] - 4391:8, 4392:5

**return** [5] - 4402:18, 4439:10, 4449:18, 4466:4, 4470:24

**returned** [1] - 4354:16

**returns** [1] - 4434:4

**reviewed** [1] - 4438:10

**reviews** [1] - 4436:21

**revolution** [1] - 4419:12

**rewind** [5] - 4356:17, 4371:5, 4372:24, 4376:23, 4384:3

**Rhodes** [4] - 4409:1, 4409:7, 4414:9, 4414:16

**RHODES** [2] - 4348:6, 4348:23

**Rhodes's** [2] - 4408:25, 4460:7

**Ricky** [2] - 4385:19, 4385:22

**rifle** [1] - 4413:17

**rifles** [1] - 4414:20

**rise** [2] - 4402:14, 4473:20

**Ritchie** [1] - 4349:15

**Road** [1] - 4349:3

**Roger** [1] - 4360:3

**Rohde** [16] - 4423:8, 4424:19, 4427:13, 4432:3, 4433:19, 4435:16, 4436:10, 4437:20, 4441:21, 4442:23, 4453:9, 4454:1, 4454:8, 4457:3, 4462:2, 4472:14

**role** [6] - 4421:5, 4427:5, 4436:3, 4436:19, 4440:4, 4471:5

**roll** [1] - 4374:7

**room** [2] - 4355:11, 4355:12

**Room** [1] - 4349:20

**rope** [1] - 4466:23

**roses** [1] - 4419:17

**rostrum** [1] - 4440:1

**roughly** [1] - 4458:10

**Route** [1] - 4349:9

**Rule** [3] - 4442:1, 4442:2, 4442:12

**rules** [6] - 4436:6, 4468:13, 4468:19, 4469:9, 4469:25, 4470:20

## S

**sacrifice** [1] - 4351:25

**safe** [4] - 4392:11, 4420:1, 4447:22, 4471:21

**safely** [3] - 4447:3, 4447:17, 4459:11

**safety** [1] - 4444:9

**sang** [1] - 4419:17

**sat** [2] - 4397:25, 4419:16

**save** [3] - 4366:6, 4366:15, 4401:4

**saw** [16] - 4359:22, 4360:14, 4371:17, 4380:22, 4384:7, 4400:1, 4408:6, 4408:17, 4408:22, 4409:4, 4409:7, 4414:1, 4415:16, 4415:25, 4416:21,

4416:23

**scared** [1] - 4405:6

**scene** [3] - 4386:16, 4389:4, 4389:5

**scold** [1] - 4409:8

**scolded** [1] - 4409:9

**scope** [1] - 4461:13

**scream** [1] - 4406:1

**screaming** [1] - 4418:11

**screen** [13] - 4363:25, 4370:15, 4370:16, 4376:2, 4406:6, 4414:5, 4422:21, 4424:11, 4427:7, 4429:7, 4430:18, 4450:9, 4454:4

**sealed** [1] - 4428:5

**seat** [9] - 4351:5, 4402:25, 4403:11, 4420:12, 4428:5, 4428:12, 4444:6, 4444:8, 4444:12

**seated** [2] - 4351:1, 4403:16

**seating** [1] - 4404:6

**seats** [1] - 4431:25

**second** [7] - 4353:2, 4365:25, 4415:19, 4425:8, 4432:3, 4462:6, 4462:19

**seconds** [7] - 4376:20, 4376:21, 4401:4, 4407:19, 4407:22, 4409:5, 4437:20

**Secret** [2] - 4355:25, 4414:24

**section** [4] - 4404:6, 4423:8, 4424:13, 4429:20

**Section** [5] - 4429:8, 4429:10, 4462:1, 4462:3, 4462:9

**secure** [3] - 4442:14, 4444:2, 4470:20

**security** [34] - 4353:22, 4353:25, 4354:1, 4354:9, 4355:5, 4356:1, 4358:11, 4358:12, 4358:18, 4362:12, 4362:17, 4363:17, 4363:24, 4364:18, 4369:21, 4380:6, 4380:8, 4440:21, 4440:23, 4441:6, 4441:11, 4443:16, 4444:1, 4445:1,

4445:3, 4445:13, 4448:3, 4466:1, 4470:14, 4470:16, 4470:19, 4471:12, 4471:18

**see** [57] - 4356:2, 4358:11, 4358:13, 4359:17, 4360:2, 4360:6, 4361:10, 4362:7, 4363:13, 4363:23, 4365:16, 4365:24, 4371:4, 4371:14, 4371:16, 4372:4, 4372:10, 4372:15, 4373:21, 4375:9, 4375:21, 4376:19, 4377:10, 4380:20, 4381:2, 4381:3, 4381:6, 4381:19, 4381:24, 4382:7, 4383:15, 4383:16, 4383:18, 4383:25, 4384:16, 4385:14, 4385:18, 4387:20, 4390:1, 4402:13, 4402:21, 4407:4, 4408:21, 4414:9, 4414:16, 4415:2, 4415:5, 4416:9, 4416:13, 4438:19, 4445:4, 4449:12, 4471:19, 4472:18, 4474:13, 4475:18

**seeing** [10] - 4359:19, 4359:20, 4360:13, 4368:21, 4382:1, 4382:2, 4416:15, 4416:18, 4444:22, 4473:18

**seeks** [1] - 4437:1

**seem** [2] - 4360:19, 4408:10

**segments** [59] - 4361:12, 4362:4, 4362:14, 4362:22, 4363:3, 4363:20, 4365:1, 4365:12, 4367:9, 4367:15, 4368:3, 4368:17, 4369:2, 4370:3, 4370:10, 4371:1, 4371:7, 4371:11, 4371:21, 4372:1, 4372:12, 4372:25, 4373:5, 4374:18, 4375:1, 4375:6, 4377:4, 4378:4, 4378:13, 4379:8, 4380:13, 4380:24,

4382:18, 4383:12, 4384:4, 4384:18, 4385:11, 4386:1, 4386:10, 4386:23, 4387:5, 4387:17, 4389:10, 4389:17, 4406:23, 4407:23, 4437:17, 4438:14, 4439:6, 4439:13, 4440:7, 4441:19, 4442:24, 4448:6, 4448:12, 4449:1, 4449:9, 4449:15, 4449:21

**selected** [2] - 4455:24, 4456:11

**selecting** [1] - 4427:5

**selection** [2] - 4467:25, 4470:3

**self** [1] - 4456:20

**self-executing** [1] - 4456:20

**semicolon** [1] - 4432:14

**Senate** [45] - 4369:15, 4369:16, 4375:12, 4426:24, 4428:6, 4428:7, 4428:15, 4430:11, 4430:14, 4431:2, 4432:17, 4434:4, 4434:7, 4434:21, 4435:10, 4435:11, 4435:14, 4435:19, 4435:20, 4436:1, 4436:7, 4437:4, 4437:24, 4438:1, 4438:2, 4438:8, 4438:19, 4448:22, 4448:23, 4449:4, 4452:3, 4452:12, 4458:20, 4460:13, 4460:20, 4463:22, 4464:16, 4464:23, 4465:23, 4466:3, 4468:24, 4469:2, 4470:23, 4471:3

**Senator** [1] - 4461:10

**senator** [2] - 4462:14, 4464:8

**senators** [3] - 4415:3, 4462:12, 4463:15

**send** [5] - 4426:21, 4426:23, 4475:6, 4475:11, 4475:12

**senior** [1] - 4421:13

**sense** [2] - 4359:20,

4494

4471:16
  **sentence** [6] -
4418:24, 4430:20,
4431:2, 4432:4,
4469:8, 4472:13
  **separate** [9] -
4433:23, 4434:1,
4434:6, 4434:12,
4439:10, 4460:20,
4463:10, 4463:11,
4464:2
  **separated** [2] -
4384:12, 4384:13
  **sergeant** [8] -
4391:17, 4392:17,
4392:18, 4441:8,
4441:13, 4441:15,
4443:19, 4444:23
  **Sergeant** [1] -
4390:24
  **serious** [1] - 4447:6
  **seriousness** [1] -
4411:21
  **serve** [2] - 4391:19,
4421:5
  **served** [2] - 4392:23,
4421:13
  **Service** [2] -
4355:25, 4414:24
  **service** [4] - 4351:24,
4460:2, 4467:13,
4467:19
  **serving** [3] -
4392:25, 4393:2
  **session** [17] -
4430:10, 4434:7,
4439:11, 4442:20,
4443:8, 4446:11,
4449:25, 4450:2,
4453:13, 4461:20,
4463:8, 4463:22,
4464:23, 4465:11,
4465:23, 4467:7,
4472:22
  **SESSION** [1] -
4348:5
  **set** [2] - 4367:22,
4468:18
  **several** [1] - 4404:16
  **shall** [27] - 4423:14,
4423:15, 4423:23,
4425:4, 4425:6,
4427:23, 4428:4,
4428:7, 4428:9,
4428:10, 4430:10,
4430:12, 4430:14,
4431:3, 4432:9,
4432:10, 4432:11,
4432:12, 4435:21,
4436:1, 4454:13,

4454:15, 4462:10,
4462:15, 4472:15,
4472:19, 4472:20
  **sham** [1] - 4411:25
  **shelter** [2] - 4444:13,
4445:24
  **sheltering** [2] -
4445:14, 4445:19
  **SHER** [1] - 4348:19
  **shirts** [1] - 4356:5
  **shook** [2] - 4387:13,
4409:15
  **short** [2] - 4421:9,
4442:20
  **shortly** [7] - 4389:9,
4402:13, 4402:21,
4425:22, 4442:19,
4461:20, 4471:9
  **shot** [2] - 4376:9,
4377:16
  **shoving** [1] - 4385:7
  **show** [5] - 4358:12,
4362:3, 4374:3,
4376:15, 4456:1
  **showed** [3] -
4405:14, 4406:5,
4425:11
  **showing** [2] -
4359:12, 4452:3
  **shown** [2] - 4374:4
  **shutting** [1] -
4443:24
  **sic]** [1] - 4381:9
  **side** [6] - 4366:24,
4419:5, 4419:7,
4419:9, 4419:10,
4445:5
  **sidebar** [2] -
4373:13, 4415:21
  **sideways** [1] -
4362:18
  **siding** [1] - 4419:7
  **sign** [2] - 4428:4,
4464:9
  **Signal** [7] - 4357:10,
4410:13, 4411:15,
4415:8, 4416:3,
4417:3, 4418:23
  **significance** [1] -
4364:13
  **significant** [1] -
4443:23
  **signifies** [1] - 4442:3
  **silent** [1] - 4470:1
  **similarly** [1] - 4470:1
  **Simone** [1] - 4364:20
  **simple** [1] - 4395:1
  **simplify** [1] -
4393:20
  **simply** [2] - 4417:8

  **sit** [4] - 4389:16,
4412:2, 4444:7,
4475:9
  **sitting** [3] - 4373:17,
4436:6, 4444:5
  **sittings** [1] - 4431:7
  **situation** [7] -
4441:11, 4443:17,
4444:1, 4444:16,
4445:1, 4447:6,
4470:17
  **situational** [2] -
4365:4, 4370:22
  **six** [1] - 4354:19
  **six-packs** [1] -
4354:19
  **Slide** [3] - 4414:7,
4414:13, 4418:16
  **slide** [3] - 4414:22,
4414:25, 4451:3
  **sliding** [1] - 4387:21
  **slowly** [2] - 4440:22,
4440:25
  **snippets** [2] -
4409:18, 4437:3
  **solemnly** [1] -
4423:23
  **someone** [2] -
4391:5, 4409:22
  **sometime** [1] -
4472:25
  **sometimes** [2] -
4393:25, 4444:23
  **somewhere** [1] -
4366:10
  **sorry** [20] - 4352:19,
4359:11, 4368:7,
4370:12, 4370:14,
4370:15, 4374:13,
4380:2, 4382:7,
4382:12, 4385:21,
4396:22, 4406:13,
4408:2, 4408:3,
4418:16, 4433:7,
4437:12, 4442:7
  **sort** [1] - 4389:21
  **sound** [1] - 4397:7
  **sounding** [1] -
4412:4
  **sounds** [4] -
4395:17, 4396:2,
4397:8, 4458:13
  **south** [2] - 4369:22,
4372:23
  **South** [1] - 4349:9
  **space** [1] - 4390:7
  **speaker** [9] -
4439:22, 4445:13,
4451:1, 4451:6,
4451:10, 4451:14,

4451:18, 4451:22,
4451:24
  **Speaker** [5] -
4440:15, 4440:18,
4440:25, 4441:3,
4458:11
  **speakers** [7] -
4354:3, 4354:4,
4354:9, 4354:12,
4358:21, 4358:24,
4359:2
  **speaking** [4] -
4361:22, 4404:7,
4404:8, 4471:17
  **speaks** [2] - 4455:20,
4456:6
  **Special** [1] - 4474:1
  **specific** [7] -
4373:15, 4381:18,
4416:16, 4460:10,
4468:5, 4471:17
  **specifically** [9] -
4359:18, 4359:19,
4359:21, 4375:15,
4385:8, 4415:25,
4416:9, 4416:25,
4471:7
  **specifies** [1] -
4469:15
  **specify** [4] - 4467:23,
4468:3, 4469:5,
4469:18
  **speed** [1] - 4374:9
  **spell** [1] - 4420:25
  **spent** [1] - 4353:5
  **spoken** [1] - 4360:4
  **spontaneously** [1] -
4370:7
  **spot** [1] - 4381:18
  **spraying** [1] -
4388:21
  **square** [1] - 4361:19
  **squares** [1] -
4361:15
  **SR** [1] - 4349:14
  **staff** [6] - 4392:24,
4392:25, 4393:2,
4393:4, 4393:7,
4459:5
  **Staff** [1] - 4390:24
  **stage** [2] - 4363:10,
4367:23
  **stairs** [4] - 4365:6,
4365:8, 4380:20,
4383:6
  **stand** [8] - 4366:2,
4373:19, 4374:10,
4388:11, 4403:12,
4408:20, 4408:21,
4444:10

  **standing** [11] -
4365:19, 4368:14,
4372:17, 4377:10,
4377:15, 4384:14,
4385:6, 4385:15,
4388:16, 4444:4,
4444:6
  **stands** [2] - 4409:19,
4471:13
  **STANLEY** [1] -
4349:2
  **stanzas** [2] -
4388:15, 4388:16
  **star** [1] - 4362:3
  **start** [3] - 4422:6,
4425:13, 4471:7
  **started** [2] - 4390:6,
4453:16
  **starting** [2] - 4432:7,
4472:14
  **state** [13] - 4426:19,
4438:7, 4445:12,
4461:11, 4462:10,
4462:13, 4462:21,
4462:25, 4463:1,
4467:24, 4468:13,
4470:2
  **statement** [1] -
4467:5
  **States** [19] - 4349:18,
4420:8, 4421:3,
4423:15, 4423:25,
4424:2, 4428:5,
4428:13, 4428:17,
4429:7, 4429:10,
4436:1, 4445:8,
4455:15, 4456:1,
4456:5, 4458:20,
4462:15, 4476:13
  **STATES** [4] - 4348:1,
4348:3, 4348:11,
4348:16
  **states** [5] - 4360:6,
4427:23, 4430:24,
4463:16, 4465:5
  **status** [1] - 4395:19
  **statuses** [1] -
4395:19
  **statute** [4] - 4458:22,
4464:8, 4465:15,
4465:16
  **statutes** [1] - 4463:3
  **stay** [1] - 4421:9
  **stayed** [2] - 4353:12,
4355:12
  **stenographic** [1] -
4476:5
  **step** [6] - 4383:25,
4413:7, 4413:23,
4413:24, 4420:1,

4473:10
   **steps** [22] - 4358:8,
4360:7, 4361:7,
4370:7, 4372:5,
4373:22, 4373:23,
4375:12, 4383:9,
4384:9, 4384:11,
4384:14, 4384:21,
4384:22, 4385:6,
4385:7, 4385:10,
4385:14, 4386:14,
4388:16, 4447:19,
4467:3
   **Stewart** [3] - 4414:9,
4414:16, 4460:7
   **STEWART** [1] -
4348:6
   **stick** [3] - 4399:16,
4457:14, 4463:3
   **still** [12] - 4374:11,
4374:20, 4376:9,
4400:20, 4434:8,
4438:19, 4443:8,
4449:4, 4450:6,
4450:11, 4452:3,
4475:13
   **stolen** [1] - 4447:5
   **Stone** [1] - 4360:3
   **stop** [11] - 4353:9,
4365:25, 4389:14,
4408:23, 4411:23,
4419:23, 4437:15,
4456:4, 4456:21,
4471:7
   **stops** [1] - 4381:3
   **store** [1] - 4354:24
   **stores** [1] - 4355:1
   **storming** [4] -
4378:9, 4378:16,
4379:2
   **story** [2] - 4379:24,
4380:3
   **street** [3] - 4369:20,
4369:21, 4369:23
   **Street** [2] - 4348:17,
4349:12
   **strict** [1] - 4356:25
   **strike** [3] - 4369:8,
4387:2, 4412:7
   **studios** [1] - 4437:5
   **stuff** [1] - 4352:17
   **stupid** [1] - 4409:10
   **subject** [3] - 4391:6,
4437:6
   **substance** [2] -
4461:24, 4463:17
   **substitute** [1] -
4458:17
   **subtitled** [1] - 4378:7
   **Succeeding** [1] -

4430:20
   **succeeding** [1] -
4430:11
   **successors** [2] -
4425:6, 4454:15
   **sufficient** [1] -
4417:5
   **suggest** [1] - 4471:7
   **suit** [1] - 4383:6
   **Suite** [3] - 4348:25,
4349:6, 4349:9
   **sung** [1] - 4387:22
   **supervised** [1] -
4392:17
   **support** [1] -
4400:13
   **supposed** [6] -
4363:10, 4395:3,
4405:15, 4434:11,
4439:10, 4444:10
   **surrounding** [1] -
4354:3
   **surveillance** [1] -
4361:4
   **suspect** [1] - 4373:4
   **sustained** [9] -
4357:4, 4380:12,
4457:2, 4463:2,
4466:13, 4466:21,
4468:11, 4468:16,
4470:5
   **swear** [1] - 4423:24
   **SWORN** [1] -
4420:14
   **system** [2] - 4426:6,
4432:19

---

# T

   **tactical** [1] - 4471:20
   **tad** [1] - 4371:5
   **tagged** [2] - 4418:24
   **talks** [3] - 4396:4,
4400:17, 4462:19
   **tallied** [1] - 4464:19
   **tape** [1] - 4369:20
   **TARPLEY** [12] -
4348:23, 4460:5,
4462:2, 4462:5,
4462:8, 4463:5,
4463:6, 4465:3,
4466:14, 4466:25,
4467:1, 4467:12
   **Tarpley** [3] - 4460:3,
4460:6, 4466:22
   **task** [2] - 4397:15,
4398:10
   **tasks** [3] - 4395:1,
4397:13, 4397:21

   **teach** [3] - 4422:1,
4426:5, 4454:16
   **teacher** [1] - 4421:24
   **teaching** [1] -
4421:25
   **team** [6] - 4358:13,
4393:13, 4397:15,
4443:19, 4447:16,
4467:3
   **teams** [1] - 4471:20
   **technically** [2] -
4434:9, 4443:8
   **temporary** [2] -
4443:7, 4457:21
   **tempore** [1] -
4458:23
   **ten** [1] - 4394:18
   **tenor** [1] - 4416:3
   **tension** [1] - 4448:1
   **tenure** [2] - 4421:6,
4438:10
   **term** [6] - 4423:16,
4455:21, 4456:7,
4456:17, 4458:2,
4459:25
   **terms** [9] - 4372:21,
4393:24, 4398:10,
4413:3, 4425:4,
4425:5, 4454:13,
4454:14, 4474:14
   **Terry** [3] - 4353:1,
4353:12, 4355:12
   **test** [1] - 4422:5
   **testified** [10] -
4357:5, 4366:17,
4380:8, 4387:14,
4389:4, 4396:14,
4400:8, 4415:22,
4469:15, 4470:1
   **testify** [1] - 4357:6
   **testimony** [6] -
4402:18, 4415:16,
4420:1, 4467:2,
4473:10, 4474:14
   **Texas** [2] - 4348:25,
4461:10
   **text** [7] - 4366:19,
4417:8, 4417:11,
4463:3, 4474:9,
4474:18, 4474:23
   **texts** [1] - 4418:6
   **THE** [118] - 4348:1,
4348:11, 4348:14,
4348:17, 4348:22,
4349:2, 4349:8,
4349:11, 4349:14,
4350:5, 4351:1,
4351:2, 4351:5,
4351:11, 4351:15,
4357:4, 4359:9,

4359:10, 4359:13,
4360:21, 4360:23,
4361:14, 4370:12,
4371:18, 4373:10,
4373:14, 4374:1,
4374:7, 4374:10,
4374:20, 4375:3,
4375:17, 4375:20,
4376:2, 4376:11,
4376:15, 4377:20,
4377:23, 4377:25,
4380:12, 4381:10,
4382:6, 4382:14,
4387:14, 4387:25,
4388:1, 4388:3,
4388:7, 4389:14,
4390:20, 4392:7,
4392:8, 4402:9,
4402:11, 4402:14,
4402:17, 4402:20,
4402:21, 4402:25,
4403:4, 4403:11,
4403:13, 4403:16,
4406:11, 4406:15,
4408:2, 4411:9,
4412:8, 4412:14,
4412:19, 4413:19,
4415:18, 4415:22,
4416:12, 4416:22,
4417:16, 4419:25,
4420:3, 4420:5,
4420:12, 4423:4,
4424:20, 4427:16,
4427:18, 4429:14,
4431:20, 4433:15,
4435:2, 4437:9,
4450:16, 4452:8,
4453:21, 4457:2,
4457:13, 4460:3,
4461:14, 4463:2,
4465:1, 4466:13,
4466:21, 4468:6,
4468:11, 4468:16,
4469:10, 4470:5,
4470:8, 4471:23,
4472:5, 4472:8,
4473:9, 4473:13,
4473:20, 4473:23,
4474:5, 4474:13,
4474:21, 4475:9,
4475:16
   **thereafter** [1] -
4471:10
   **thereof** [1] - 4462:11
   **Thereupon** [4] -
4351:13, 4402:23,
4403:9, 4420:10
   **thinking** [5] - 4354:9,
4366:1, 4367:25,
4412:4, 4412:5

   **THOMAS** [2] -
4420:14, 4421:1
   **Thomas** [4] - 4350:8,
4420:8, 4420:10,
4420:24
   **thoughts** [1] -
4407:10
   **thousands** [2] -
4393:13, 4393:15
   **threat** [1] - 4396:5
   **three** [2] - 4381:5,
4474:17
   **throughout** [1] -
4448:2
   **tight** [3] - 4390:8,
4390:10, 4408:7
   **Title** [2] - 4429:7,
4429:10
   **title** [2] - 4429:18,
4431:24
   **today** [4] - 4351:19,
4373:19, 4388:11,
4470:12
   **together** [5] -
4395:16, 4408:8,
4432:18, 4434:3,
4439:11
   **Tom** [1] - 4364:5
   **tomorrow** [1] -
4473:25
   **tomorrow's** [1] -
4474:14
   **tone** [1] - 4416:3
   **took** [6] - 4377:9,
4401:18, 4401:23,
4404:3, 4413:23,
4460:8
   **top** [5] - 4381:4,
4381:5, 4387:3,
4427:12, 4457:4
   **topic** [1] - 4371:20
   **totals** [1] - 4464:19
   **touch** [1] - 4376:2
   **tours** [1] - 4351:24
   **towards** [6] - 4361:7,
4365:8, 4366:12,
4372:5, 4385:16,
4389:25
   **traitor** [3] - 4418:12
   **TRANSCRIPT** [1] -
4348:10
   **transcript** [3] -
4436:17, 4476:5,
4476:6
   **transfer** [3] - 4422:7,
4455:3, 4455:13
   **transmit** [1] - 4428:4
   **transmitted** [1] -
4438:8
   **transport** [1] -

4398:11
  **transportation** [1] - 4397:18
  **trash** [1] - 4390:9
  **trash-compacted** [1] - 4390:9
  **travels** [1] - 4420:1
  **treason** [4] - 4405:19, 4405:22, 4406:3, 4418:24
  **treasury** [1] - 4468:8
  **trespassing** [1] - 4410:7
  **TRIAL** [1] - 4348:10
  **tried** [2] - 4368:23, 4399:16
  **trigger** [1] - 4471:12
  **TROY** [1] - 4348:15
  **true** [12] - 4354:18, 4357:2, 4360:16, 4384:9, 4466:5, 4466:8, 4470:17, 4470:22, 4470:24, 4471:4, 4476:4, 4476:5
  **Trump** [12] - 4358:17, 4400:20, 4404:8, 4405:1, 4405:11, 4405:16, 4405:17, 4412:1, 4415:14, 4417:21, 4456:15, 4456:24
  **trust** [1] - 4462:15
  **try** [3] - 4354:11, 4366:5, 4419:22
  **trying** [28] - 4352:25, 4355:20, 4364:1, 4367:5, 4367:19, 4367:21, 4367:24, 4368:11, 4368:12, 4368:20, 4368:25, 4373:25, 4374:1, 4382:24, 4388:9, 4388:10, 4390:15, 4390:16, 4393:20, 4398:9, 4401:4, 4401:22, 4401:24, 4401:25, 4405:8, 4408:8, 4408:12, 4419:2
  **Tuesday** [1] - 4425:16
  **turn** [7] - 4401:3, 4401:6, 4401:7, 4401:8, 4401:10, 4459:16, 4459:18
  **turned** [3] - 4364:22, 4399:25, 4400:24
  **turning** [1] - 4362:25
  **two** [28] - 4357:5,

4360:2, 4373:22, 4374:11, 4374:12, 4380:16, 4388:15, 4388:16, 4401:4, 4426:25, 4431:25, 4433:23, 4434:1, 4434:6, 4434:11, 4435:21, 4439:9, 4440:16, 4451:19, 4460:24, 4461:1, 4461:2, 4461:17, 4463:16, 4464:10, 4465:15, 4470:21, 4474:7
  **type** [5] - 4393:4, 4419:8, 4441:5, 4445:3, 4463:10
  **types** [2] - 4354:12, 4358:1
  **typical** [1] - 4396:21
  **typically** [3] - 4393:12, 4445:17, 4469:8

## U

  **U.S** [12] - 4348:20, 4360:7, 4426:24, 4431:9, 4437:24, 4437:25, 4438:8, 4446:17, 4446:18, 4448:22, 4448:23, 4449:4
  **Uber** [3] - 4357:25, 4358:1, 4366:11
  **ultimate** [2] - 4462:25, 4464:13
  **ultimately** [3] - 4426:8, 4455:11, 4466:7
  **unauthorized** [1] - 4448:23
  **unaware** [1] - 4392:1
  **uncomfortable** [1] - 4415:3
  **under** [16] - 4372:21, 4391:20, 4391:21, 4428:23, 4440:21, 4454:24, 4455:11, 4455:16, 4455:23, 4456:23, 4457:6, 4460:10, 4460:19, 4462:1, 4462:15, 4469:25
  **underpinnings** [1] - 4394:24
  **understood** [1] - 4395:22
  **unemployed** [1] - 4456:16

  **unfortunately** [1] - 4365:11
  **unidentified** [1] - 4383:25
  **Uniform** [1] - 4391:21
  **unit** [2] - 4393:2, 4393:8
  **UNITED** [4] - 4348:1, 4348:3, 4348:11, 4348:16
  **United** [18] - 4420:8, 4421:3, 4423:15, 4423:25, 4424:2, 4428:5, 4428:12, 4428:17, 4429:7, 4429:10, 4435:25, 4445:8, 4455:15, 4456:1, 4456:5, 4458:20, 4462:15, 4476:13
  **united** [1] - 4349:18
  **units** [1] - 4398:16
  **unless** [2] - 4414:17, 4432:11
  **unsafe** [1] - 4444:17
  **unusual** [3] - 4432:19, 4432:21, 4443:18
  **up** [70] - 4351:11, 4352:18, 4352:21, 4352:25, 4353:1, 4353:14, 4355:16, 4355:17, 4357:23, 4358:7, 4363:14, 4364:6, 4364:16, 4366:12, 4367:22, 4371:10, 4374:9, 4376:19, 4379:12, 4379:13, 4379:15, 4379:17, 4380:5, 4381:4, 4381:5, 4381:25, 4383:6, 4384:8, 4384:10, 4384:21, 4384:23, 4385:14, 4385:18, 4386:13, 4389:20, 4393:21, 4398:13, 4398:16, 4398:17, 4400:18, 4400:19, 4403:4, 4403:5, 4406:6, 4408:20, 4408:21, 4413:13, 4413:16, 4414:5, 4414:6, 4414:18, 4414:21, 4417:24, 4418:15, 4422:21, 4424:10, 4427:7, 4429:6, 4430:17, 4432:13, 4447:7,

4450:8, 4454:4, 4454:8, 4456:1, 4459:22, 4462:2, 4472:11, 4474:4
  **upbeat** [1] - 4467:21
  **updates** [1] - 4448:4
  **uphold** [1] - 4461:3
  **upper** [26] - 4361:18, 4361:19, 4363:6, 4363:13, 4363:23, 4365:15, 4365:16, 4365:23, 4369:12, 4370:1, 4370:9, 4370:12, 4370:14, 4370:24, 4371:4, 4371:24, 4372:4, 4372:5, 4372:10, 4372:19, 4373:3, 4374:17, 4375:9, 4381:19, 4398:23
  **upper-level** [1] - 4398:23
  **usual** [1] - 4432:19

## V

  **vanguard** [2] - 4407:10, 4407:15
  **vantage** [1] - 4390:1
  **various** [1] - 4474:18
  **vast** [1] - 4384:13
  **vehicle** [2] - 4353:12, 4353:14
  **venting** [2] - 4411:18, 4411:20
  **verbally** [3] - 4399:16, 4399:18, 4410:24
  **verbatim** [1] - 4436:17
  **verify** [1] - 4447:8
  **version** [2] - 4378:7, 4386:8
  **versus** [1] - 4393:2
  **vest** [1] - 4361:23
  **vested** [1] - 4423:14
  **Vice** [10] - 4433:5, 4436:9, 4449:24, 4452:14, 4452:18, 4452:22, 4453:1, 4453:5, 4453:7, 4458:11
  **vice** [12] - 4425:4, 4426:20, 4426:22, 4427:24, 4428:16, 4435:25, 4454:13, 4458:19, 4458:22, 4458:24, 4470:23, 4471:8

  **video** [10] - 4364:25, 4386:13, 4389:1, 4389:10, 4389:17, 4406:5, 4406:8, 4407:5, 4452:3, 4474:9
  **videos** [7] - 4374:3, 4390:25, 4404:19, 4404:23, 4404:25, 4474:18, 4474:23
  **violence** [1] - 4419:8
  **VIPs** [1] - 4358:21
  **Virginia** [1] - 4414:1
  **voice** [1] - 4378:12
  **voluminous** [1] - 4474:2
  **volunteer** [2] - 4421:22, 4421:24
  **vote** [5] - 4427:24, 4433:25, 4454:25, 4461:3, 4465:8
  **votes** [22] - 4426:19, 4428:8, 4428:10, 4428:25, 4429:21, 4432:10, 4438:4, 4438:6, 4438:7, 4455:7, 4455:10, 4461:11, 4464:14, 4464:22, 4465:13, 4465:18, 4465:22, 4466:7, 4466:12, 4466:18, 4467:5, 4472:20
  **vs** [1] - 4348:5

## W

  **W-I-C-K-H-A-M** [1] - 4421:1
  **wait** [1] - 4355:21
  **waiting** [2] - 4374:21, 4475:13
  **walk** [4] - 4370:7, 4373:21, 4383:10, 4389:21
  **walked** [4] - 4361:7, 4371:15, 4384:8, 4393:23
  **walking** [11] - 4362:18, 4362:21, 4363:16, 4363:24, 4365:17, 4366:11, 4369:19, 4370:17, 4372:23, 4386:13, 4406:2
  **waltzing** [1] - 4414:19
  **wandering** [2] - 4354:5, 4409:14

**war** [1] - 4394:14
**warm** [1] - 4356:12
**warning** [1] - 4419:3
**washington** [1] - 4349:6
**Washington** [16] - 4348:6, 4348:18, 4348:21, 4349:3, 4349:20, 4352:4, 4353:16, 4353:19, 4410:15, 4410:18, 4413:1, 4422:11, 4428:14, 4440:2, 4455:16, 4476:14
**watch** [3] - 4370:23, 4371:10, 4390:16
**watching** [5] - 4358:17, 4362:2, 4370:16, 4373:17, 4390:15
**WATKINS** [1] - 4349:12
**wave** [2] - 4407:2, 4407:7
**ways** [1] - 4419:15
**weapons** [5] - 4398:11, 4398:14, 4399:2, 4413:9, 4445:4
**wearing** [1] - 4364:9
**Wednesday** [1] - 4435:22
**week** [1] - 4474:11
**weeks** [1] - 4457:20
**welcome** [4] - 4351:5, 4351:15, 4403:16, 4420:22
**west** [5] - 4365:7, 4365:8, 4366:24, 4369:22
**White** [1] - 4414:19
**white** [3] - 4363:13, 4363:23, 4364:3
**Whitney** [1] - 4474:1
**whole** [4] - 4380:3, 4398:23, 4419:13, 4462:12
**whoopdy** [2] - 4378:10, 4378:17
**whoopdy-fucking-do** [2] - 4378:10, 4378:17
**Wickham** [32] - 4350:8, 4420:9, 4420:10, 4420:24, 4421:2, 4422:7, 4423:10, 4425:3, 4425:14, 4427:8, 4427:22, 4429:20, 4430:7, 4431:24,

4433:22, 4435:7, 4436:14, 4436:24, 4437:16, 4437:23, 4439:9, 4439:18, 4440:13, 4450:12, 4450:21, 4453:8, 4453:12, 4453:25, 4454:4, 4457:18, 4472:18, 4473:9
**WICKHAM** [1] - 4420:14
**wife** [5] - 4352:15, 4368:23, 4400:1, 4400:6, 4447:21
**wild** [2] - 4359:23, 4360:1
**Willden** [2] - 4385:20, 4385:22
**win** [1] - 4419:9
**winner** [6] - 4425:23, 4426:7, 4428:20, 4428:21, 4429:3, 4433:2
**wins** [3] - 4419:10, 4428:24, 4454:24
**WITNESS** [9] - 4370:12, 4374:20, 4375:3, 4388:3, 4392:8, 4402:20, 4408:2, 4420:3, 4420:14
**witness** [12] - 4359:8, 4359:12, 4373:24, 4376:16, 4403:9, 4420:4, 4420:6, 4422:22, 4429:7, 4473:12, 4474:2
**witnessed** [1] - 4466:2
**WITNESSES** [1] - 4350:5
**woke** [1] - 4355:16
**woman** [1] - 4362:7
**wooden** [2] - 4438:9, 4438:19
**WOODWARD** [14] - 4349:2, 4349:2, 4416:5, 4416:19, 4435:1, 4437:6, 4437:12, 4467:14, 4467:16, 4468:7, 4468:12, 4468:17, 4469:14, 4470:6
**Woodward** [3] - 4437:12, 4469:10, 4470:8
**word** [3] - 4394:17, 4432:22
**words** [5] - 4411:15,

4423:12, 4455:5, 4456:21, 4465:9
**worst** [1] - 4410:7
**writing** [2] - 4460:17, 4464:9
**written** [4] - 4442:5, 4442:7, 4442:8, 4442:12

## Y

**year** [1] - 4422:7
**years** [4] - 4394:18, 4423:16, 4430:25, 4431:1
**yellow** [1] - 4361:23
**yesterday** [5] - 4393:18, 4404:22, 4407:9, 4418:19, 4419:20
**yield** [1] - 4456:7
**young** [1] - 4437:25
**yourself** [3] - 4363:8, 4373:3, 4385:5

## Z

**zero** [1] - 4457:4
**zoom** [6] - 4424:18, 4427:12, 4429:17, 4433:18, 4435:15, 4454:9
**zoomed** [1] - 4365:16