IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )        CR No. 22-15
                                   )        Washington, D.C.
        vs.                        )        October 20, 2022
                                   )        9:30 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )        Day 15
            Defendants.            )        Morning Session
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn L. Rakoczy
                              Jeffrey S. Nestler
                              Alexandra Hughes
                              Louis Manzo
                              Troy Edwards
                              U.S. ATTORNEY'S OFFICE
                              601 D Street, NW
                              Washington, D.C. 20579
                              (202) 252-7277
                              Email:
                              kathryn.rakoczy@usdoj.gov
                              Email:
                              jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:       Phillip A. Linder
                                BARRETT BRIGHT LASSITER LINDER
                                3300 Oak Lawn Avenue
                                Suite 700
                                Dallas, TX 75219
                                (214) 252-9900
                                Email:
                                phillip@thelinderfirm.com

                                James Lee Bright
                                3300 Oak Lawn Avenue
                                Suite 700
                                Dallas, TX 75219
                                (214) 720-7777
                                Email: jlbrightlaw@gmail.com

                                Edward L. Tarpley, Jr.
                                819 Johnston Street
                                Alexandria, LA 71301
                                (318) 487-1460
                                Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:             Jonathan W. Crisp
                                CRISP AND ASSOCIATES, LLC
                                4031 North Front Street
                                Harrisburg, PA 17110
                                (717) 412-4676
                                Email: jcrisp@crisplegal.com
```

```
APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                    Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com

                                Juli Zsuzsa Haller
                                LAW OFFICES OF JULIA HALLER
                                601 Pennsylvania Avenue, NW
                                Suite 900
                                S. Building
                                Washington, D.C. 20036
                                (202) 352-2615
                                Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:              Bradford L. Geyer
                                FormerFeds LLC
                                2006 Berwick Drive
                                Cinnaminson, NJ 08077
                                (856) 607-5708
                                Email:
                                Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:             David William Fischer, Sr.
                                FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
                                Empire Towers, Suite 300
                                Glen Burnie, MD 21061-3065
                                (410) 787-0826
                                Email:
                                fischerandputzi@hotmail.com
```

APPEARANCES CONTINUED:

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES              DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

WHITNEY DREW          4506

– – –

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | ADMITTED |
|---|---|
| 3000 | 4514 |
| 1077.1 THRU –.12 | 4516 |
| 1078.1 THRU –.3 | 4516 |
| 1079.1 THRU –.3 | 4516 |
| 1082.1 THRU –.2 | 4516 |
| 1085.1 THRU –.3 | 4516 |
| 1089.1 | 4516 |
| 1096.1 THRU –.4, –.3A | 4516 |
| 1098.1 THRU –.19 | 4516 |
| 1105 | 4516 |
| 1053.1 THRU –.2 | 4517 |
| 1083.1 THRU –.3 | 4517 |
| 1087 | 4517 |
| 1091.1 THRU –.4 | 4517 |
| 1082.1 | 4517 |

| | |
|---|---|
| 1093.1 | 4517 |
| 1099.2 | 4517 |
| 1102 | 4517 |
| 1101.2 THRU -.3 | 4517 |
| 1104 | 4517 |
| 6745 THRU -47 | 4517 |
| 7077 | 4517 |
| 2052 | 4517 |
| 6740 | 4518 |
| 1555 | 4525 |
| 6750 | 4526 |
| 1530.1 | 4536 |
| 6730 | 4541 |
| 6748 | 4551 |
| 6749 | 4555 |
| 1500 | 4557 |
| 6731 | 4565 |
| 1073.1 | 4575 |
| 1502 | 4576 |
| 5117 | 4581 |
| 5118 | 4589 |
| 6735 | 4595 |
| 3502.2 | 4648 |

1                    P R O C E E D I N G S

2           COURTROOM DEPUTY:  All rise.  The Honorable

3    Amit P. Mehta presiding.

4           THE COURT:  Please be seated, everyone.

5           COURTROOM DEPUTY:  Good morning, Your Honor.

6           This is Criminal Case No. 22-15, the United States

7    of America versus Defendant No. 1, Elmer Stewart Rhodes III;

8    Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;

9    Defendant 4, Jessica Watkins; and Defendant 10,

10   Thomas Edward Caldwell.

11          Kathryn Rakoczy, Jeffrey Nestler,

12   Alexandra Hughes, Troy Edwards, and Louis Manzo for the

13   government.

14          Phillip Linder, James Lee Bright, and

15   Edward Tarpley for Defendant Rhodes.

16          Stanley Woodward and Juli Haller for

17   Defendant Meggs.

18          Bradford Geyer for Defendant Harrelson.

19          Jonathan Crisp for Defendant Watkins.

20          And David Fischer for Defendant Caldwell.

21          All five defendants are present for these

22   proceedings.

23          THE COURT:  All right.  Welcome back and

24   good morning, everyone.  I hope everybody is doing well.

25          So we've got our jurors lined up.  Are we ready to

1    proceed?

2            MR. NESTLER:  Yes, Your Honor.

3            THE COURT:  Okay.

4            Why don't we bring our witness in.  One scheduling

5    change for tomorrow.  One of our witnesses has asked to end

6    the day at noon -- juror, excuse me -- juror has asked to

7    end the day at noon so she can get her son to a doctor's

8    appointment.  So we'll actually start tomorrow at 9:00 a.m.

9    so we can pick up that half hour.  So we'll go from 9:00 to

10   noon tomorrow.  All right?

11           COURTROOM DEPUTY:  Jury panel.

12           (Jury entered the courtroom.)

13           THE COURT:  All right.  Please be seated,

14   everyone.

15           Ladies and gentlemen, welcome back to the

16   courtroom, also known as the icebox.  It's nice to have you

17   all back.  We will get started.

18           Mr. Nestler.

19           MR. NESTLER:  Good morning, Your Honor.

20           THE COURT:  Good morning.

21           MR. NESTLER:  The United States calls FBI

22   Special Agent Whitney Drew.

23           COURTROOM DEPUTY:  Please raise your right hand.

24           (Witness is placed under oath.)

25

```
 1              COURTROOM DEPUTY:  Thank you.

 2              THE COURT:  Agent Drew, good morning.

 3              THE WITNESS:  Good morning.

 4              THE COURT:  I'll ask you to remove your mask.

 5   Thank you.

 6              THE WITNESS:  Thank you, Your Honor.

 7                         -  -  -

 8      WHITNEY DREW, WITNESS FOR THE GOVERNMENT, SWORN

 9                      DIRECT EXAMINATION

10                         -  -  -

11   BY MR. NESTLER:

12        Q    Good morning.

13        A    Good morning.

14        Q    Can you please state and spell your name for us.

15        A    Whitney Drew.  W-h-i-t-n-e-y, D-r-e-w.

16        Q    And, Ms. Drew, were you an FBI special agent until

17   just recently?

18        A    Yes.

19        Q    How long were you with the FBI in total?

20        A    Four years.

21        Q    And why did you leave the FBI?

22        A    I had a baby.  It changed my life and career

23   goals, so I decided to move to the private sector.

24        Q    Is that more lucrative?

25        A    Yes.
```

1    Q    Did you have a role in investigating the events of

2  January 6th and the defendants on trial here in particular?

3    A    Yes.

4    Q    When did you start on that investigation?

5    A    This investigation in particular?  January 17th,

6  2021.

7    Q    And did you work on this investigation until you

8  left the FBI just recently?

9    A    Yes.

10    Q    Prior to working on this particular investigation,

11  what types of investigations did you handle for the FBI?

12    A    Counterterrorism investigations.

13    Q    And what does counterterrorism mean?

14    A    We were responsible for conducting investigations

15  into persons that were connected to terror groups overseas

16  like Al-Qaeda and ISIS.

17    Q    Prior to joining the FBI, did you serve in the

18  United States military?

19    A    Yes.

20    Q    What branch did you serve in?

21    A    Army.

22    Q    What was your position in the Army?

23    A    I was a military intelligence officer.

24    Q    How long were you in the Army?

25    A    Almost six years.

1     Q     And what does a military intelligence officer do?

2     A     We study the enemy.

3     Q     What does that mean?

4     A     Whatever our mission set it is, we gather

5  intelligence on what the enemy is doing and provide that

6  intelligence to the commanding officers to make decisions.

7     Q     Did you deploy overseas with the Army?

8     A     Yes.

9     Q     And are you still in the Army Reserves now?

10    A     Yes.

11    Q     What does that entail?

12    A     One weekend a month, two weeks a year, I put on a

13  uniform and I conduct Army activities, whatever they have me

14  doing.

15    Q     Let's talk, Ms. Drew, about your role on

16  January 6th of 2021 itself, okay?

17    A     Okay.

18    Q     Were you on duty with the FBI that day?

19    A     Yes.

20    Q     Where were you working?

21    A     I was working outside the office.

22    Q     And did you receive any information about anything

23  happening at the United States Capitol?

24    A     Yes.

25    Q     How did you receive that information?

```
 1        A      I believe initially a news alert on my phone.

 2        Q      And did you later get additional information from

 3   people within the FBI?

 4        A      Yes.

 5        Q      When you started seeing news on your phone, what

 6   did you start to do?

 7        A      I started gathering my vest, my kit, loading

 8   magazines for my service weapon, and putting it all in my

 9   car and preparing to get the call to come in.

10        Q      Why?

11        A      Because I knew that there was an event happening

12   at the Capitol that would likely require response by federal

13   agents.

14        Q      When you said you got your kit together, can you

15   describe what a kit is for those of us why don't know?

16        A      Yes.

17               My personal kit was a tactical vest, a soft vest,

18   and hardened plates.  My service weapon.

19               And I didn't have a Kevlar helmet, but --

20        Q      And what's a tactical vest?

21        A      It's a vest that can or cannot carry armored

22   plates to prevent or help with any type of hostile fire,

23   knives, whatever.

24        Q      And that phrase "kit," is that a military phrase?

25        A      Yes.  We also use it in law enforcement as well.
```

1    Q    How did you get into D.C.?

2    A    I got into my FBI vehicle, put on lights and

3    flashers, and sped as fast as I legally could into the city.

4    Q    Were you concerned about your ability to get into

5    D.C.?

6    A    Absolutely.

7    Q    Why?

8    A    I knew that there was going to be traffic jams,

9    probably blocked streets, a lot of foot traffic, based on

10   what I had seen.  So I knew -- I had no idea how I was going

11   to get in and just drive in and hopefully I'd get there.

12   Q    Were you called to come in by your officials

13   within the FBI?

14   A    Yes.

15   Q    Do you know approximately what time you got to the

16   area of the United States Capitol?

17   A    I would say it was around 3:00 p.m.

18   Q    And how long did you remain there?

19   A    I was there until approximately 3:00 in the

20   morning.

21   Q    Generally, what was your role when you went to the

22   U.S. Capitol area on January 6th?

23   A    I was part of a team that was providing security

24   for our evidence response teams that were located at the

25   RNC, the scene of the pipe bomb.

1      Q      Now, let's talk about your investigation into
2  January 6th events.  Have you reviewed photographs related
3  to the events of January 6th?
4      A      Yes.
5      Q      Approximately how many?
6      A      Hundreds.
7      Q      Have you reviewed videos?
8      A      Yes.
9      Q      Approximately how many?
10     A      Hundreds of hours.
11     Q      What are some of the sources of those photographs
12  and videos that you've reviewed?
13     A      Official CCTV footage from the United States
14  Capitol.  I have viewed some MPD body-worn camera footage.
15  Social media.  I have viewed footage from the defendants'
16  phones, from other defendants' phones.  News footage.
17     Q      When you say -- thank you.
18            When you say "social media," can you describe some
19  of the sources that you reviewed video and photos from?
20     A      Predominantly, they would be Facebook, Parler,
21  Twitter, YouTube.
22     Q      And what is Parler?
23     A      Parler is a social media site.
24     Q      Now, you indicated that you reviewed some videos
25  from certain cell phones and other devices; is that right?

```
 1        A     Yes.

 2        Q     And did the FBI recover multiple phones and

 3   devices as part of this investigation?

 4        A     Yes.

 5              MR. NESTLER:  I'm now going to offer into the

 6   record, move in Government's Exhibit 3000, a stipulation

 7   regarding physical evidence.

 8              It says, "The government and the defendants hereby

 9   agree and stipulate as follows:

10              "That the following items of evidence were all

11   obtained lawfully pursuant to court-authorized search

12   warrant or subpoena or consents on or about the dates listed

13   below.

14              "On January 19th, 2021, the FBI collected the

15   following items of evidence from Defendant Caldwell's home:

16              Exhibit 29, a Western Digital hard drive; forensic

17   card examiners from the FBI CART, also connected the

18   computers labeled to Government's Exhibit 29 to an exam

19   machine and used data extraction and processing tools to

20   create a master copy forensic image acquisition of the data

21   on this hard drive.

22              "The parties agree and stipulate that the master

23   copy forensic image consists of authentic data that was

24   contained on Government's Exhibit 29 at the time it was

25   collected from Defendant Caldwell.
```

1          "No. 2, on December 3rd, 2021, the FBI collected

2     item 50 from Aaron Stone, a SanDisk 32-gigabyte thumb drive

3     containing a Signal backup.

4          "On September 29th, the FBI collected the

5     following item of evidence from Michael Greene:

6          "Item 53, a black Samsung S9.

7          "On February 18th, 2021, the FBI collected the

8     following items of evidence from Bennie and Sandra Parker:

9          "Exhibit 135, an iPhone, pink in color.

10          "And for each of those three other items, it's the

11     same language about the FBI CART examiners connecting the

12     devices to a forensic machine."

13     BY MR. NESTLER:

14     Q     So regarding phones, we just read the stipulation,

15     and we have other stipulations.

16          Did the FBI recover photos and videos from the

17     following devices or phones:

18          Exhibit 22, Thomas Caldwell's phone; Exhibit 29,

19     Thomas Caldwell's hard drive; Exhibit 53, Michael Greene's

20     phone; Exhibit 73, Kenneth Harrelson's phone;

21     135, Sandra Parker's phone; 192, Jessica Watkins' phone; and

22     200, Donovan Crowl's phone?

23     A     Yes.

24          MR. NESTLER:  All of these items are either

25     authenticated pursuant to this stipulation or one previously

4514

1  read.  I, therefore, move to admit the following specific

2  items and they are:  From item 22, 22.P.1 through .8, eight

3  photographs; and 22.V.1 through .V.3, three photos, all from

4  Thomas Caldwell's phone.

5          From item 29, called 29.P.1 through .P.3; three

6  photographs, and 29.V.1 to .V.2, two videos.

7          From item 53, Michael Greene's phone, 53.P.1, one

8  photo; from item 73, Kenneth Harrelson's phone, 73.P.1 to

9  .P.2; two photos from January 5th, 2021; 73.P.3, one photo

10  from January 6th of 2021.  And 73.V.1 to V.2, two videos

11  from January 6th.

12          From item 135, Sandra Parker, 135.V.1, one video;

13  from item 192, Jessica Watkins' phone, 192.P.4, .6 and .7,

14  which are three photographs.

15          And 192.V.1 through .4, four videos.

16          And, finally, from item 200, Donovan Crowl's

17  phone, 200.P.1 through .3, three photos, and 200.V.1, one

18  video.

19          THE COURT:  All right.  Any objection to those?

20          MR. NESTLER:  Thank you for your indulgence,

21  Your Honor.

22          THE COURT:  They will all be admitted.

23  No problem.

24                              (Government's Exhibit 3000
                                 received into evidence.)
25

1   BY MR. NESTLER:

2       Q    All right.  Now, let's talk about some of those

3   other sources of those videos and photographs that you

4   reviewed.

5           Agent Drew, did the FBI recover photos and videos

6   from the following news sources:  Bangumi or Sophie Gousset

7   LaCroix, a French news agency; Shermichael Singleton; Kirk

8   Sidlo; *Freedom News TV*, Michael Nigro; *True News*;

9   *Los Angeles Times*, *Agence France-Presse*, and *Insider News*?

10      A    Yes.

11          MR. NESTLER:  Each of these items are

12  authenticated pursuant to a business records certification

13  pursuant to Rule 902(11), and pursuant to that, the

14  government moves into evidence the following items.

15          1077.1 through .12, 12 video clips from

16  Bangumi/Sophie Gousset LaCroix.  1078.1 to .3, three video

17  clips from Shermichael Singleton; 1079.1 to .2, two video

18  clips from Kirk Sidlo; 1082.1 to .2, two video clips from

19  *Freedom News TV*; 1085.1 to .3, three videos clips from

20  Michael Nigro; 1089.1, one video clip from *True News*; 1096.1

21  through .4, including .3A, five video clips from the

22  *Los Angeles Times*; 1098.1 to .19, 19 photographs from *Agence

23  France-Presse*; and 1105, one video from *Insider News*.

24          I'll move all those into evidence, Your Honor.

25          THE COURT:  Okay.

1      Hearing no objection, those exhibits will be

2  admitted.

3           (Government's Exhibits 107.1 thru −.12; 1078.1
   thru − .3; 1079.1 thru −.2; 108.2 thru −.2; 1085.1 thru −.3;
4  1089.1; 1096.1 thru −.4, −.3A; 1098.1 thru −.19; 1105
   received into evidence.)

5

6      MR. NESTLER:  Finally, the parties have reached a

7  stipulation to authenticate the following video files:  And

8  those are 1053.1 to .2, "Declare Your Independence" podcast

9  clips from January 7th of 2021; 1083.1 through .3, video

10 clips from "Restoring Families Internet Radio Network";

11 1087, video from Chrissie Mayr, M-a-y-r; 1091.1 through .4,

12 four video clips from L. Pierson Ridge; 1082.1, a video clip

13 from Steven Horn; 1093.1, video clip from Derrick Evans;

14 1099.2, video from Chance Uptmore, U-p-t-m-o-r-e; 1102,

15 video clip from Ann Vandersteel of "Steel Truth"; 1102 −−

16 I'm sorry, 1101.2 and .3, photographs from Hunter Walker,

17 posted do Twitter; 1104, a video from Stacy Steele Facebook;

18 670 −− sorry, 6745, 6746, and 6747, Kellye SoRelle Facebook

19 Live videos; and 7077, Armstrong Williams Parler video.

20      And there's one more, 2052, a Parler video from

21 inside the United States Rotunda.

22      THE COURT:  Mr. Nestler, what was the second to

23 last one you mentioned?

24      MR. NESTLER:  I'm sorry.  7077, Armstrong Williams

25 Parler.

```
 1              THE COURT:  Okay.

 2              All right.  Any objection from the defense?

 3              MR. LINDER:  No, sir.

 4              THE COURT:  All right.  Those will all be admitted

 5    then.

 6              (Government's Exhibits 1053.1 thru -.2; 1083.1
      thru -.3; 1087; 1091.1 thru -.4; 1082.1; 1093.1; 1099.2;
 7    1102; 1101.2 thru -.3; 1104; 6745 thru -47; 7077; 2052
      received into evidence.)

 8

 9    BY MR. NESTLER:

10       Q    Thank you for your indulgence, Special Agent Drew,

11    we've now got all the administrative work out of the way.

12    Let's go on to some content.

13              So Mr. Manzo is putting up Exhibit 1530; it's

14    already introduced into evidence.

15              Have you reviewed, Agent Drew, phone records

16    related to subjects of this investigation?

17       A    Yes.

18       Q    And have you specifically reviewed phone records

19    related to the five defendants currently on trial?

20       A    Yes.

21       Q    I'm going pull up on the screen Exhibit 6740, just

22    for the Special Agent.

23              Are you familiar with this document, Agent Drew?

24       A    Yes.

25       Q    What is it generally?
```

1      A     A compilation of phone calls between the

2  defendants.

3      Q     And other individuals?

4      A     Yes.

5      Q     And are the phone records you have reviewed

6  voluminous?

7      A     Yes.

8      Q     Many rows?

9      A     Yes.

10      Q     Many columns?

11      A     Yes.

12      Q     Many tabs?

13      A     Yes.

14          MR. NESTLER:  The government moves into evidence

15  Government's Exhibit 6740.

16          MR. WOODWARD:  No objection.

17          THE COURT:  All right.  6740 is admitted.

18                            (Government's Exhibit 6740

19                             received into evidence.)

20  BY MR. NESTLER:

21      Q     Okay.  So these are call detail records from

22  January 6th of 2021; is that right?

23      A     Yes.

24      Q     And these go through about 3:30 p.m.; is that

25  right?

1        A    Yes.

2        Q    And just to set everything straight when we start,

3    today we're going to talk about January 6th of 2021 until

4    about 3:30 p.m., okay?

5        A    All right.

6        Q    On a different time, we will get into what

7    happened after about 3:30 p.m., but this can make things a

8    little bit more digestible, right?

9        A    Right.

10            MR. NESTLER:  So the first chunk up here, the

11   first section, Ms. Rohde, says "Stewart Rhodes and

12   Kelly Meggs."  If we could highlight that.  Thank you.

13   BY MR. NESTLER:

14       Q    At 8:27 and 8:56 a.m., what are we looking at

15   here?

16       A    This is a call from Stewart Rhodes to Kelly Meggs.

17       Q    And do both of those calls just last two seconds?

18       A    Yes.

19       Q    And at 9:54 a.m., what do we see?

20       A    A call from Kelly Meggs to Stewart Rhodes.

21       Q    How long did that last?

22       A    Three seconds.

23       Q    And then at 11:21 a.m., what do we see?

24       A    A call from Kelly Meggs to Stewart Rhodes.

25       Q    For how long?

```
 1       A      51 seconds.

 2       Q      Now, moving to 2:15 p.m., what do we see there?

 3       A      A call from Kelly Meggs to Stewart Rhodes.

 4       Q      For how long?

 5       A      15 seconds.

 6       Q      And then at 2:24, was there another call from

 7  Rhodes to Meggs that lasted only two seconds?

 8       A      Yes.

 9       Q      Now, let's move to 2:32 p.m.  What are we looking

10  at there?

11       A      A call from Kelly Meggs to Stewart Rhodes.

12       Q      And how long did that call connect between these

13  two men?

14       A      A minute and 37 seconds.

15       Q      From your review of the phone records from these

16  individuals and others, are you able to tell whether that

17  phone call was part of a larger three-way call?

18       A      Yes.

19       Q      And what is that?

20       A      It is when three individuals are connected on a

21  conference call.

22       Q      Who was the other individual connected on that

23  call?

24       A      Michael Greene.

25       Q      And was he connected on that call before Meggs
```

```
 1  called Rhodes?

 2       A    Yes.

 3       Q    And was he connected on that call after Meggs and

 4  Rhodes ended?

 5       A    Yes.

 6       Q    And then again at 2:37 p.m., what do we see there?

 7       A    A call from Kelly Meggs to Stewart Rhodes.

 8       Q    How long did that one last?

 9       A    Five seconds.

10            MR. NESTLER:  If we can go to the next section,

11  please, Ms. Rohde.

12  BY THE COURT:

13       Q    And who are these phone calls between, if you

14  could read that yellow bar at the top?

15       A    Yes, Tom Caldwell, Jessica Watkins, Donovan Crowl,

16  and Paul Stamey.

17       Q    And can you tell from looking at this

18  approximately how many times Thomas Caldwell called

19  Jessica Watkins on January 6th through about 3:30 p.m.?

20       A    Eight.

21       Q    And how many times did Watkins call Caldwell?

22       A    One.

23       Q    How long was that phone call?

24       A    Oh, excuse me.  I misread.  It was six calls from

25  Mr. Caldwell to Ms. Watkins.
```

1          Q      Thank you.

2          A      Yes.

3                 One from Ms. Watkins to Mr. Caldwell.

4          Q      And how long did that call last?

5          A      From Ms. Watkins to Mr. Caldwell?

6          Q      Yes.

7          A      Two minutes and 52 seconds.

8          Q      And what time was it at?

9          A      That was 6:49 a.m.

10         Q      How many times did Caldwell call Paul Stamey?

11         A      Mr. Caldwell called Mr. Stamey twice.

12         Q      And how many times did Mr. Stamey call

13    Mr. Caldwell?

14         A      It looks to be once.

15         Q      And how long did that last?

16         A      Four minutes, 52 seconds.

17         Q      When time did that call take place?

18         A      3:19 p.m.

19         Q      And did Paul Stamey call Donovan Crowl?

20         A      Yes.

21         Q      How many times?

22         A      Twice.

23                MR. NESTLER:  Now, let's go to the next page,

24    please, Ms. Rohde.

25

BY MR. NESTLER:

Q    And just looking at the top here, who are these phone calls reflected between?

A    Stewart Rhodes, Michael Greene, Joshua James, and Roberto Minuta.

Q    I'm not going ask you to do that tallying for this section, Agent Drew.

A    Thank you.

Q    Fair to say there are multiple phone calls amongst these four men from 6:50 a.m. to 3:16 p.m. on January 6th?

A    That's correct.

Q    Okay.  Let's take this one down, please.

Now, are you familiar with Signal?

A    Yes.

Q    How?

A    Through this investigation.

Q    Approximately how many Signal messages have you reviewed in connection with this investigation?

A    Thousands.

Q    Have you reviewed messages from Thomas Caldwell's phone?

A    Yes.

Q    From Stewart Rhodes' phone?

A    Yes.

Q    And from William Isaacs' phone?

1        A    Yes.

2        Q    I'm going to -- oh, and also from Aaron Stone's

3   phone that we read about earlier?

4        A    Yes.

5             MR. NESTLER:  I'm going to pull up on the screen

6   just for Special Agent Drew Exhibit 1555.

7   BY MR. NESTLER:

8        Q    Are you familiar with what this is?

9        A    Yes.

10       Q    And it's fair to say this is a summary of various

11  Signal chat groups, including their members, as of

12  January 6th of 2021?

13       A    Yes.

14       Q    And we're going to highlight these seven

15  particular Signal chat groups as we go through messages

16  today; is that correct?

17       A    Yes.

18       Q    All right.  So let's start here with the first

19  one.  Which Signal chat group is this?

20       A    This is the "D.C. Op Jan. 6, '21."

21       Q    And before we get into who was in it, let's do a

22  little bit of housekeeping.

23            On the top right-hand side, do you see some red

24  and some writing around it?

25       A    Yes.

```
 1        Q    All right.  Can you just walk through us that.

 2             So item 1, does that refer to Stewart Rhodes'

 3   phone?

 4        A    Yes.

 5        Q    And what does the S refer to?

 6        A    Signal.

 7        Q    And then what chat number was the

 8   "D.C. Op Jan. 6, '21" chat in Rhodes' phone?

 9        A    1:59.

10             MR. NESTLER:  Oh, I'm sorry.  Thank you,

11   Your Honor.

12             The government moves into evidence Exhibit 1555.

13             MR. FISCHER:  No objection.

14             THE COURT:  Okay.  1555 will be admitted.

15                            (Government's Exhibit 1555

                                 received into evidence.)
16

17             MR. NESTLER:  Thank you.  Sorry about that.

18   BY MR. NESTLER:

19        Q    Okay.  Now we can see on the screen.

20             So Stewart Rhodes' phone is 1.  Signal is S.  159

21   is the chat number in the phone; is that right?

22        A    That's correct.

23        Q    Okay.

24             So of the defendants here on trial today, who was

25   a member of this chat as of January 6 of 2021?
```

1      A      Stewart Rhodes, Kelly Meggs, Kenneth Harrelson,

2  and Jessica Watkins.

3      Q      And were other individuals who were on that board

4  there, 1530, also members of this chat group as of

5  January 6th?

6      A      Yes.

7      Q      Who were they?

8      A      Michael Greene, Don Siekerman, Kellye SoRelle,

9  Joshua James, Roberto Minuta, Brian Ulrich, Mark Grods,

10  Paul Stamey, and Doug Smith.

11      Q      Oh, and speaking of Doug Smith, why don't we pull

12  up on the phone -- on the board, 6750, for just the

13  Special Agent.

14              You mentioned Doug Smith.  Who is Doug Smith?

15      A      The North Carolina Oath Keepers leader.

16      Q      In this a photograph of Doug Smith as he looked on

17  January 6th of 2021?

18      A      Yes.

19              MR. NESTLER:  The government moves into evidence

20  Exhibit 6750.

21              THE COURT:  All right.  6750 will be admitted.

22              MR. LINDER:  No objection.

23              MR. NESTLER:  Thank you.

24                              (Government's Exhibit 6750
                                 received into evidence.)
25

```
 1              MR. NESTLER:  If we could publish to the jury.
 2   BY MR. NESTLER:
 3        Q    Doug Smith is not on this current version of the
 4   board; is that correct?
 5        A    That's correct.
 6              MR. NESTLER:  Okay.  Now, let's go back to 1555,
 7   please, Ms. Rohde.
 8              And we can go to the next slide.
 9   BY MR. NESTLER:
10        Q    And which Signal chat group is this?
11        A    This is the "OK FL D.C. Op Jan. 6."
12        Q    And whose phone was this chat recovered from?
13        A    William Isaacs.
14        Q    Is that Exhibit 85 here?
15        A    Yes.
16        Q    And then if we just walk through sort of the
17   numbering here, S stands for Signal; is that right?
18        A    Yes.
19        Q    And when it was recovered from Mr. Isaacs' phone,
20   was the FBI able to do a Signal backup extraction?
21        A    No.
22        Q    How did the FBI recover this Signal chat from
23   Mr. Isaacs' phone?
24        A    Picture by picture.
25        Q    Screenshot by screenshot?
```

```
 1        A    Screenshot by screenshot.

 2        Q    And each time a screenshot is taken, is an image

 3   file created?

 4        A    Yes.

 5        Q    Okay.  And so these six Xs here, do these reflect

 6   the number of the image file that the FBI saw when it

 7   created each screenshot?

 8        A    Yes.

 9        Q    And then on each screen shot, are there

10   potentially multiple messages per page?

11        A    Yes.

12        Q    And do we keep track of that by looking at the

13   letter A, B, C, D, E, from each image?

14        A    Yes.

15        Q    All right.  So that's our numbering nomenclature

16   for that.

17             Now, who was in this Signal chat group on

18   January 6th, of the defendants?

19        A    Kelly Meggs, Kenneth Harrelson, and

20   Jessica Watkins.

21        Q    And remind us, this was a Florida chat group; is

22   that right?

23        A    That's correct.

24        Q    And where was Ms. Watkins from?

25        A    Ohio.
```

1          Q    Who else was a member of this chat group that's on
2     the board there?
3          A    Joseph Hackett, David Moerschel, Graydon Young,
4     Caleb Berry, Jeremy Brown, Kenneth Bittner, and
5     William Isaacs.
6          Q    Now, if we can go to the next slide, please.
7               Which chat group is this?
8          A    This is the "Old Leadership" chat.
9          Q    Now, is that the name of the chat at the time the
10    FBI extracted this chat from Mr. Rhodes' phone?
11         A    Yes.
12         Q    What was the name of the chat at the time on
13    January 6th of 2021?
14         A    "Leadership Intel Sharing Secured."
15         Q    So that chat name sometime changed in between
16    those two dates; is that right?
17         A    That's correct.
18         Q    And the numbering here, it's 1 for Rhodes' phone,
19    S for Signal, and 696 as the chat number on the phone?
20         A    Yes.
21         Q    Which defendants were a member of this chat as of
22    January 6th?
23         A    Stewart Rhodes, Kelly Meggs, and Jessica Watkins.
24         Q    Who else was a member of this chat that's relevant
25    here?

1    A    Kellye SoRelle, Joshua James, Paul Stamey, and

2    Doug Smith.

3    Q    If we can go to the next slide, please.

4         Which chat is this?

5    A    "OK FL Hangout."

6    Q    And the chat number of this was 656 on Mr. Rhodes'

7    phone; is that right?

8    A    Yes.

9    Q    Which defendants were a member of this chat?

10   A    Stewart Rhodes, Kelly Meggs, Kenneth Harrelson.

11   Q    And other members who are on that board who were a

12   member of this chat?

13   A    Joshua James, Joseph Hackett, David Moerschel,

14   Graydon Young, Caleb Berry, Jeremy Brown, Kenneth Bittner,

15   Laura Steele, and Jason Dolan.

16   Q    And this is also a Florida chat; is that correct?

17   A    Correct.

18   Q    Now, remind us, is Joshua James from Florida?

19   A    No.

20   Q    Where is he from?

21   A    Alabama.

22   Q    Now, if we can go to the next slide, which chat is

23   this?

24   A    "Vetted OK FL Hangout."

25   Q    What does "vetted" mean, by the way?

1        A        Steps have been taken to verify the authenticity

2   of someone.

3        Q        And so the prior one was the "OK FL Hangout";

4   is that right?

5        A        Yes.

6        Q        And now this is the "Vetted OK FL Hangout"?

7        A        Yes.

8        Q        And where did the FBI recover this Signal

9   chat from?

10       A        Aaron Stone's phone.

11       Q        And is Aaron Stone a member of the board over here

12  on 1530?

13       A        No.

14       Q        Okay.

15                So Aaron Stone's phone has been given

16  Exhibit No. 50.  It's a Signal thread; is that right?

17       A        Yes.

18       Q        And is this the fourth Signal chat on Mr. Stone's

19  phone?

20       A        Yes.

21       Q        Okay.  So 50, S, 4.

22                Which defendants were a member of this

23  "Vetted OK FL Hangout" chat as of January 6th, 2021?

24       A        Kelly Meggs and Kenneth Harrelson.

25       Q        Were there other members on that board who were a

```
 1    member of this chat?

 2        A    Yes.

 3        Q    Please read their names.

 4        A    Joseph Hackett, David Moerschel, Caleb Berry,

 5    Jason Dolan, Graydon Young, Kenneth Bittner, and

 6    Jeremy Brown.

 7        Q    If we can go to the next one, please.  There's

 8    just two more.

 9             Which chat is this?

10        A    "January 5/6 D.C. Op Intel Team."

11        Q    And where was this chat recovered?

12        A    Mr. Rhodes' phone.

13        Q    And what was the chat number on the phone?

14        A    153.

15        Q    And who was a member of this chat, which

16    defendants, on January 6th?

17        A    Stewart Rhodes.

18        Q    And anyone else on the board?

19        A    Michael Greene, Don Siekerman, and Joshua James.

20        Q    And the final chat we're going to talk about today

21    is going to be on the next slide.  And which chat is this?

22        A    "F.O.S."

23        Q    What does that stand for?

24        A    Friends of Stone.

25        Q    Was this recovered also from Stewart Rhodes'
```

4533

```
1   phone?

2        A    Yes.

3        Q    Was it Chat No. 345?

4        A    Yes.

5        Q    Which defendants were members of this chat?

6        A    Stewart Rhodes.

7        Q    Was anyone else on that board there a member of

8   this chat?

9        A    Kellye SoRelle.

10       Q    Now, there were three other names here who were

11  also members of this chat; is that correct?

12       A    Correct.

13       Q    Who were those?

14       A    Roger Stone, Alex Jones, and Ali Alexander.

15       Q    Do you know generally who Roger Stone is?

16       A    Yes.

17       Q    Who is he generally?

18       A    A political figure.

19       Q    And who was Alex Jones?

20       A    He is a podcaster.

21       Q    And who is Ali Alexander?

22       A    Stop the Steal organizer.

23            MR. NESTLER:  The Court's brief indulgence.

24  BY MR. NESTLER:

25       Q    First of all, were there other individuals on the
```

```
 1   F.O.S. chat aside from what's listed here?
 2        A    Yes.
 3        Q    And is one of them named Enrique Tarrio?
 4        A    Yes.
 5        Q    And who is Enrique Tarrio?
 6        A    He's the leader of the Proud Boys.
 7        Q    And who are the Proud Boys generally?
 8        A    They're a group similar to the Oath Keepers that
 9   were present on January 6th.
10        Q    Okay.  Let's -- we just went over all those seven
11   different chat groups.  We have our board here.  Does this
12   current version of the board, 1530, reflect the chats
13   everybody was in?
14        A    No.
15        Q    No.
16             And that slide we just went through, 1555, that
17   has all the different names of the chats and who was in
18   them, right?
19        A    Yes.
20        Q    Are you aware of something the government has
21   created that merges those two things together.
22        A    Yes.
23        Q    Okay.
24             If we could pull, just for the Special Agent,
25   Exhibit 1530.1, and it's on a big board Mr. Manzo is
```

```
 1   getting.
 2           Does this large board reflect that information
 3   from those two different sources?
 4       A   Yes.
 5           MR. NESTLER:  The government moves 1530.1 into
 6   evidence.
 7           MR. WOODWARD:  Let me see.
 8           MR. NESTLER:  Yeah.
 9           THE COURT:  All right.  Hearing no objection,
10   1530.1 --
11           MR. LINDER:  Hold on one second, Your Honor.
12           MR. BRIGHT:  Can they bring it closer to us,
13   Your Honor?
14           THE COURT:  Counsel?
15           All right.  Counsel, is there an objection?
16           MR. LINDER:  We're trying to read it.
17           MR. BRIGHT:  We've never seen this before, Judge.
18           MR. NESTLER:  It was provided to counsel five
19   weeks --
20           THE COURT:  All right.  I'm giving you 30 seconds.
21           (Pause)
22           MR. LINDER:  No objection.
23           MR. FISCHER:  No objection.
24           THE COURT:  All right.  So 1530.1 is admitted.
25           MR. NESTLER:  Thank you.
```

```
 1                              (Government's Exhibit 1530.1
                                 received into evidence.)
 2

 3   BY MR. NESTLER:

 4        Q    We now have a new version of the board here.

 5             And does this reflect, as we just said, the seven

 6   Signal chats we were just talking about and which

 7   individuals on this board were members of which chats?

 8        A    Yes.

 9        Q    And in addition to what was on 1530, we also added

10   a picture and a name at the very top right corner?

11        A    Yes.

12        Q    And who's that?

13        A    Doug Smith.

14        Q    Okay.

15             Now, in addition to these seven Signal chats, you

16   see Thomas Caldwell on the top right, second one down?

17        A    Yes.

18        Q    Was Thomas Caldwell a member of any of these

19   Signal chats as of January 6th, 2021?

20        A    Not that we're aware of.

21        Q    Was he -- as far as you're aware of, did he have

22   direct communication with anybody else who's on this board?

23        A    Yes.

24        Q    Via what method?

25        A    Direct message.
```

1    Q    And who did he have direct messages with that's

2  listed there?

3    A    Jessica Watkins and Paul Stamey.

4    Q    And I'll leave this up for your reference as we're

5  talking and moving through messages throughout the day,

6  okay?

7         Now, in addition to Signal, are you also familiar

8  with text messages?

9    A    Yes.

10   Q    How are you familiar with text messages?

11   A    Everyday life.

12   Q    Okay.

13        Do cell phone carriers like AT&T and Verizon and

14 T-Mobile typically have access to a person's historical

15 content of their cell phone messages?

16   A    No.

17   Q    So the FBI can't usually send a search warrant to

18 T-Mobile to get someone's text message content?

19   A    No.

20   Q    Now, are you aware of whether T-Mobile preserved

21 text message content for a short period of time around

22 January 6th of 2021?

23   A    Yes.

24   Q    Was that unusual?

25   A    Yes.

1       Q    Was the FBI able to obtain, pursuant to a search

2   warrant, some text message content from T-Mobile?

3       A    Yes.

4       Q    Now, can you explain, was that content only for

5   T-Mobile subscribers?

6       A    No.

7       Q    How come?

8       A    An individual, say from a Verizon network, who

9   messaged, text messaged someone with a T-Mobile network, we

10  were able to capture that message content.

11      Q    And what if someone was a T-Mobile subscriber?

12      A    We captured that content.

13      Q    Okay.  Was Michael Greene, up there on the top

14  left, second from the right, a T-Mobile subscriber as of

15  January 6th, 2021?

16      A    Yes.

17      Q    And so was the FBI able to capture

18  Michael Greene's text message content from T-Mobile?

19      A    Yes.

20      Q    And we'll get to this a little bit later, but did

21  the FBI also recover Michael Greene's phone?

22      A    Yes.

23      Q    Were there text messages on that phone?

24      A    Yes.

25      Q    Did those two things always line up?

1         A      No.

2         Q      What does that mean?

3         A      There were messages in the T-Mobile content that

4    were not on Mr. Greene's phone.

5         Q      Now, what about Kelly Meggs and Connie Meggs,

6    which service provider did they have?

7         A      Verizon.

8         Q      And are you aware of them having text-message

9    communications with people who were T-Mobile subscribers

10   around the period of January 6th, 2021?

11        A      Yes.

12        Q      So was the FBI able to recover that content when

13   they messaged people who were T-Mobile subscribers?

14        A      Yes.

15        Q      Now, Government's Exhibit 2400 is a spreadsheet

16   obtained from T-Mobile pursuant to a search warrant.  Have

17   you reviewed that?

18        A      Yes.

19        Q      Does it have a lot of tabs?

20        A      Yes.

21        Q      And a lot of rows and columns?

22        A      Yes.

23        Q      For the messages that we're going to introduce

24   today from Government's Exhibit 2400, have you compared

25   those messages to the original that we got back from

1    T-Mobile?

2        A    Yes.

3        Q    Do they appear to be accurate compared to the

4    original?

5        A    Yes.

6        Q    All right.  When we get to those, we'll flag that

7    again.

8             Okay.  Now, let's get into January 6th.

9             The morning of January 6th, are you aware of

10   communications amongst these group of individuals preparing

11   for the day?

12       A    Yes.

13       Q    Let's pull up 6730 just for Special Agent Drew,

14   please.

15            Does 6730 reflect various messages amongst members

16   of this group on the morning of January 6th of 2021?

17       A    Yes.

18       Q    And have you compared these messages to their

19   original extractions, whether it's the original Cellebrite

20   or Excel extraction or PDF extraction from Cellebrite?

21       A    Yes.

22       Q    Do they appear to be accurate?

23       A    Yes.

24            MR. NESTLER:  Government moves into evidence 6730.

25            MR. WOODWARD:  No objection.

```
1              THE COURT:  6730 is admitted.

2                              (Government's Exhibit 6730
                                  received into evidence.)
3

4

5  BY MR. NESTLER:

6      Q    Okay.  Let's start here at 6:27 a.m. on

7  January 6th.

8              Ed Vallejo, who is he?

9      A    Arizona Oath Keepers.

10     Q    And do you know where he was on the morning of

11 January 6th of 2021 based on your review of surveillance

12 video?

13     A    Yes.

14     Q    Where is that?

15     A    The Comfort Inn.

16     Q    In Virginia?

17     A    In Ballston, Virginia.

18     Q    And he sends a message to which chat?

19     A    The "D.C. Op Jan 6 '21."

20     Q    What does he say?

21     A    "What is the D.C. blade length rule?  What's the

22 limit.  I want my boarding cutlass."

23     Q    Are you aware of what a boarding cutlass is?

24     A    Yes.

25     Q    What is it?
```

```
1        A      It is a sword.

2        Q      If we go to the next slide, about two minutes

3   later, does Stewart Rhodes also post to the same Signal

4   chat?

5        A      Yes.

6        Q      What does he say?

7        A      "Three inches, has to be 3 or less.  A utility

8   knife carried for utility purposes; i.e., no push daggers,

9   et cetera.  Don't wear a blade openly visible.  Keep 'em low

10  profile."

11       Q      And the next slide about a minute later, what does

12  Stewart Rhodes post to the same chat?

13       A      "Unfortunately, Don Siekerman is sick and won't be

14  able to make it.  Whip is now No. 1 on this op."

15       Q      If you could point to the top of this board, are

16  Don Siekerman and Whip up there on the top left?

17       A      Yes.

18       Q      And what's Whip's true name?

19       A      Michael Greene.

20       Q      Okay.  Now, we talked earlier about videos

21  recovered from certain individual's hard drives and phones.

22  I want to go to Exhibit 22.V.3, which has already been

23  admitted earlier today so it can be displayed to the jury,

24  please.

25              And is this a video recovered from
```

```
1   Thomas Caldwell's cell phone taken at 6:57 a.m. on
2   January 6th?
3       A    Yes.
4       Q    And can you tell approximately where this location
5   is?
6       A    The Ellipse.
7       Q    That's behind the White House?
8       A    It's south of the White House, yes.
9       Q    Thank you.  South of the White House.
10      A    Yes.
11      Q    Is it light outside or dark outside?
12      A    It appears to be dark.
13           MR. NESTLER:  And if we could play it forward.
14  And pause there.
15           (Video played)
16           MR. NESTLER:  You can play it forward.
17           (Video played)
18           MR. NESTLER:  Now, if we could pause it there.
19  BY MR. NESTLER:
20      Q    Did you see any individuals who are listed on this
21  board here in that video from Mr. Caldwell?
22      A    Yes.
23      Q    Can you name some of them?
24      A    Yes, I observed Joseph Hackett, Graydon Young,
25  Kelly Meggs, Terry -- not Terry -- Donovan Crowl.  I saw
```

```
 1    Jessica Watkins' helmet.
 2         Q    Thank you.
 3              MR. NESTLER:  Now, if we could go to the very end
 4    of the video, Ms. Rohde, please.
 5    BY MR. NESTLER:
 6         Q    Do you see somebody who's wearing like a pink or
 7    purple jacket, right there?
 8         A    Yes.
 9         Q    Have you seen an individual wearing that jacket in
10    other photos and videos from the day?
11         A    Yes.
12         Q    Who is that individual?
13         A    Sharon Caldwell.
14         Q    And who is Sharon Caldwell to Thomas Caldwell?
15         A    She is his wife.
16         Q    Now, if we can go to Exhibits 29.P.2 already
17    admitted into evidence this morning.
18              So this is a photograph from Thomas Caldwell's
19    hard drive, taken at 7:27 a.m.
20              Do you recognize who this individual is?
21         A    Yes.
22         Q    Who is it?
23         A    Sharon Caldwell.
24         Q    And can you read what's written on her shirt?
25         A    "Oath Keepers."
```

1       Q   And if we could zoom in on the sign she's holding.

2           Could you read the -- there's the sign.

3           Now, if you could -- we'll zoom out.

4           And if we can go to 29.P.3, also a photograph

5  recovered from Mr. Caldwell's hard drive.  And at 7:28 a.m.

6  on January 6th, can you identify who is this person in this

7  picture?

8       A   This is Thomas Caldwell.

9       Q   And can you read what's written on his shirt?

10      A   "Oath Keepers."

11      Q   And can you read what's written on the sign that

12  he's holding?

13          MR. NESTLER:  If you could zoom on that,

14  please, Ms. Rohde.

15          THE WITNESS:  Yes.  The white lettering says,

16  "Election = stolen."

17  BY MR. NESTLER:

18      Q   And what is the hashtag on the top right?

19      A   The hashtag in blue is "Stop the Steal."

20      Q   Now, let's go back to 6730 if we could, please.

21          And if we could go -- so this message is at

22  6:30 a.m.; is that right?

23      A   Yes.

24      Q   Let's go to the next message.

25          And what did Stewart Rhodes say here at 6:33 a.m.

```
 1   to that same Signal chat?
 2        A     "Highly recommend a C or D cell flashlight if you
 3   have one.  Collapsible batons are a gray area in the law.
 4   Unclear.  I bring one.  But I'm willing to take that risk
 5   because I love 'em.  Good hard gloves, Eye Pro helmet.  In a
 6   pinch, you can grab mechanic's gloves and a batter's helmet
 7   from Walmart.
 8        Q     So this is at around 6:30 in the morning.
 9              You can go to the next slide, please.
10              What does he continue?
11        A     Bring something to put on your noggin.  Antifa
12   likes bricks.
13        Q     Now, if we can go to the next slide.
14              So about three hours later and about two hours
15   after those pictures we just saw of Mr. Caldwell and his
16   wife outside in D.C., do we see a text message from
17   Thomas Caldwell to Paul Stamey?
18        A     Yes.
19        Q     And who's -- where was this recovered from?
20        A     Mr. Caldwell's phone.
21        Q     We see that down there on the bottom based on that
22   numbering; is that correct?
23        A     Yes.
24        Q     Okay.
25              So what does Caldwell tell Stamey via text message
```

1    at 9:51 a.m.?

2         A    "Never did have anyone show up with 'passes' to

3    get into the ellipse.  Most of the gang is standing on

4    Constitution Avenue.  Sharon and I have gone back to the car

5    to kit up and go back out on the streets.  Its nut to butt

6    on the Washington Monument grounds and Constitution Avenue.

7    More coming.  Constant flow."

8         Q    Do you see that word "kit up"?

9         A    Yes.

10        Q    Can you again just tell us what you understand

11   "kit up" to mean --

12        A    To don --

13        Q    -- from your experience?

14        A    In military and law enforcement experience, to don

15   protective equipment.

16        Q    Now, let's go to the next message.  So a couple of

17   hours later, about an hour and a half later, this is a

18   message from Ed Vallejo?

19        A    Yes.

20        Q    And what does he tell the "D.C. Op Jan. 6, 21"

21   chat?

22        A    "FYI, I brought a drone with a 720p cam for recon

23   use, but I am not a proficient operator.  Do we have anyone

24   qualified to use it?  Do you want it prepped for deployment?

25   Let me know."

1      Q    And what's a drone?

2      A    A small, portable, remote-operated aircraft.

3      Q    And what's a 720p cam, if you know?

4      A    720p refers to pixels or resolution.  720p, I know

5 to be high-definition resolution video.

6      Q    What's a cam?

7      A    Camera.

8      Q    And do you know what recon is.

9      A    It's short for reconnaissance.

10     Q    Have you ever done any reconnaissance during your

11 time in the Army?

12     A    Yes.

13     Q    What is reconnaissance?

14     A    You're surveilling or studying a target group

15 location.

16     Q    Are there additional messages we're going to see

17 at some point about Vallejo's drone later on January 6th?

18     A    Yes.

19     Q    And if we could go forward about three minutes

20 later, what does Stewart Rhodes say back to that same chat

21 group?

22     A    "Yes.  Bring it."

23     Q    Now, around this same time, around 11:00 a.m. on

24 January 6th, does Stewart Rhodes engage in a text-message

25 conversation that you're aware of?

```
 1        A     Yes.

 2        Q     If we can go to the next slide, please.

 3              Now, this text message exchange, can you tell

 4    which phone this was recovered from?

 5        A     Stewart Rhodes.

 6        Q     And the T there, does that indicate it's a text

 7    message and not a Signal message?

 8        A     Yes.

 9        Q     And how many people are a member of this text

10    message thread?

11        A     Five.

12        Q     And is one of them Stewart Rhodes?

13        A     Yes.

14        Q     And who's another one of note?

15        A     Kellye SoRelle.

16        Q     And is Kellye SoRelle listed on the board up

17    there?

18        A     Yes.

19        Q     Are you aware of who Kellye SoRelle was to

20    Stewart Rhodes on January 6th of 2021?

21        A     His girlfriend.

22        Q     Now, is Greg Smith a subject of the investigation,

23    the sender of this message?

24        A     Not that I'm aware of.

25        Q     Okay.
```

4550

1          What does Greg Smith say to Stewart Rhodes,

2  Kellye SoRelle, and other individuals in this text message?

3      A    "Stewart, very cool.  Seeing may Oath Keepers

4  shirts on the InfoWars D.C. feed.  I am just praying that

5  this isn't just another rally and a speech day, but a day of

6  positive consequence for our country."

7      Q    Remind us.  InfoWars, who's the Person in charge

8  of InfoWars?

9      A    Alex Jones.

10     Q    The person we talked about earlier in the F.O.S.

11 chat?

12     A    Yes.

13     Q    Okay.  Now, if we can go to next slide about five

14 minutes later, what does Greg Smith tell this group?

15     A    "The lights went out in Georgia."

16     Q    And do you know what was occurring the day prior

17 to this, so on January 5th of 2021, in Georgia?

18     A    Yes.  It was the runoff elections for the two

19 U.S. Senate seats for the state of Georgia.

20     Q    And, now, if we could go to the next slide about

21 13 minutes later, what does Stewart Rhodes say to this text

22 message group?

23     A    "As we predicted.  I told my guys last night that

24 at 3:00 a.m. it would be stolen.  And it was."

25     Q    And a few seconds later, what does he continue

1    with?

2         A    "Now it's nut-cuttin' time.  Does Trump have balls

3    or not?  We're about to find out."

4         Q    Now, have you reviewed other messages from this

5    particular text message exchange located on Stewart Rhodes'

6    phone?

7         A    Yes.

8         Q    Okay.

9              Now, before proceeding with the rest of

10   January 6th, I want to take a little bit of detour and go

11   back in time until December of 2020 to go through a couple

12   of those messages to give context, okay?

13        A    Yes.

14        Q    So you indicated that Kellye SoRelle was

15   Stewart Rhodes' girlfriend; is that right?

16        A    Yes.

17        Q    Now, if we can go to the next -- sorry -- to 6748.

18             Just for the witness.

19             And is this text messages extracted from Rhodes'

20   phone from that same text message exchange?

21        A    Yes.

22             MR. NESTLER:  Move into evidence 6748.

23             MR. FISCHER:  No objection.

24             THE COURT:  6748 will be admitted.

25                              (Government's Exhibit 6748
                                 received into evidence.)

1

2    BY MR. NESTLER:

3        Q    So back on December 10th of 2020, what does

4    Stewart Rhodes tell this exchange, including Kellye SoRelle

5    and three other people?

6        A    "Will insurrection or the Insurrection Act be our

7    only option?"

8             With a smile emoji.

9             "Ha-ha.  Well played.  Though it's in

10   reverse-either Trump gets off his ass and uses the

11   Insurrection Act to defeat the Chi-Com puppet coupe, or we

12   will have to rise up in insurrection (rebellion) against the

13   Chi-Com puppet Biden.  Take your pick."

14       Q    Now, what's rebellion?

15       A    Armed resistance, rising up against the

16   government.

17       Q    Could we go to the next slide, please.

18            Now, three days later, what does Greg Smith say to

19   this group?

20       A    "Stewart, just to clarify:  Any initiative on the

21   Insurrection Act will include steps to prevent Biden or

22   Kamala from taking the oath, right?  My sis says:  'Yes.'"

23       Q    Do you know who Kamala is?

24       A    Yes.

25       Q    Who's that?

1      A      At that point, vice president-elect.

2      Q      And if we can go to the next slide.

3             About a minute later, what does David Roberts say?

4      A      "What is Biden's recourse, if any, under that

5      scenario?"

6      Q      And the next slide, about four minutes later, how

7      does Rhodes respond?

8      A      "Yes, of course.  Biden and Kamala would be

9      prevented from being sworn in.  They'd be arrested and

10     should be the first two indicted."

11     Q      Now, if we could fast-forward about five days to

12     December 18th on the next slide -- sorry.

13            Let me continue one more on December 13th.

14            What does Rhodes continue at 6:16 p.m. on

15     December 13th?

16     A      "You can't let traitors and communist puppets who

17     were never," in capitalization, "duly elected to be sworn

18     in."

19     Q      All right.  Now, let's fast-forward about five

20     days later to December 18th.  Does Greg Smith pose a

21     question to Stewart Rhodes?

22     A      Yes.

23     Q      What does he say?

24     A      "Yeah, one probably got it from the other.  Kamala

25     has not surrendered her Senate seat yet-hedging.  To be

1   clear, only," in all caps, "the President can use the

2   Insurrection Act?  Is this like the TXAG suit wherein the

3   White House won't listen to us because they are doing it?"

4       Q    And does Stewart Rhodes respond about 45 minutes

5   later?

6       A    Yes.

7       Q    And what does he say?

8       A    "That's what should be happening.  But I have my

9   doubts.  I'm tired of waiting for Trump to do his damn

10  duty."

11      Q    And about four days after that on the next slide

12  on December 22nd, what does Rhodes tell this group?

13      A    "We are in a nearly exact parallel to what the

14  founders dealt with.  And the answer is the same.  Nothing

15  new under the sun."

16      Q    All right.  Now, if we can pull up just for the

17  Special Agent Exhibit 6749.

18           And about a week after that message -- that was on

19  December 22nd, correct?

20      A    Correct.

21      Q    The last one.  This is December 29th.  Does

22  Stewart Rhodes have a direct Signal exchange with Kellye

23  SoRelle?

24      A    Yes.

25      Q    Is this reflected on this slide here, 6749?

```
 1        A     Yes.

 2              MR. NESTLER:  The government moves this into

 3    evidence.

 4              MR. LINDER:  No objection.

 5              THE COURT:  6749 will be admitted.

 6                              (Government's Exhibit 6749
                                   received into evidence.)
 7

 8    BY MR. NESTLER:

 9        Q     Now, what does Stewart Rhodes tell Kellye SoRelle

10    on December 29th of 2020?

11        A     "Then I'll make peace with it.  And then I'll turn

12    my attention to what I need to do as the founder and leader

13    of the Oath Keepers to prepare for what comes after Trump

14    fails to do his duty.  I'll also have a small contingency

15    plan for what to do it he suddenly grows a pair."

16        Q     You can continue, please.

17        A     "But most of my focus will be on presuming he

18    won't.  And preparing for the worst.  I think an open letter

19    to the current serving U.S. military is needed."

20        Q     And if we could go to the next slide.

21              About five hours later, what does Rhodes tell

22    SoRelle?

23        A     "This will be a D.C. rally No. 3.  Getting kinda

24    old.  They don't have a shit" -- excuse me, "they don't give

25    a shit how many people show up and wave a sign, pray, or
```

1   yell.  They won't fear us till we come with rifles in hand."

2       Q    What does he continue about a minute later on the

3   next slide?

4       A    "Only reason to go is so Trump knows we support

5   him in taking reg gloves off and kickin' ass."

6       Q    All right.  We can take that down, please.

7            Let's return to January 6th itself with a little

8   more context now.

9            So we looked at messages earlier from January 6th

10  until late in the morning; is that right?

11      A    Yes.

12      Q    Were there many communications between around

13  12:30 p.m. through about 3:30 p.m.?

14      A    Yes.

15      Q    Okay.  I'm going to start going through some of

16  those with you now.  I'm going to start with Exhibit 1500.

17  Just for the Special Agent.

18           Do you recognize what this is?

19      A    This is a map of a portion of Washington, D.C.

20      Q    Okay.  Have you reviewed this entire exhibit,

21  Exhibit 1500?

22      A    Yes.

23      Q    And does it contain videos, photos, and message

24  content consistent with the underlying records you've

25  reviewed of those photos, videos, and messages?

```
 1        A    Yes.

 2        Q    And does it contain a map showing the approximate

 3   location of certain individuals at certain times?

 4        A    Yes.

 5        Q    Does, as far as you're aware, this exhibit fairly

 6   and accurately depict the approximate location and movements

 7   based on your investigation of those certain individuals?

 8        A    Yes.

 9             MR. NESTLER:  Government moves to admit into

10   evidence Exhibit 1500.

11             MR. WOODWARD:  Subject to the objection overruled

12   by the Court.

13             THE COURT:  Okay.

14             1500 will be admitted.

15                               (Government's Exhibit 1500
                                    received into evidence.)
16

17   BY MR. NESTLER:

18        Q    And if we could please play and stop at about four

19   seconds.

20             (Video played)

21   BY MR. NESTLER:

22        Q    And do you see the items indicated there on the

23   map, Agent Drew?

24        A    Yes.

25        Q    What's flagged there?
```

```
 1        A    In red, from left to right, we have the
 2   White House, the Willard Hotel, and the U.S. Capitol.
 3        Q    And is the Ellipse there south of the White House?
 4        A    Yes.
 5        Q    Thank you.
 6             The Willard Hotel, what significance does that
 7   have?
 8        A    Joshua James was present at the Willard Hotel that
 9   morning.
10        Q    Was he with other members of his contingent from
11   the southeast?
12        A    Yes.
13        Q    Let's play forward till about 17 seconds.
14             (Video played)
15   BY MR. NESTLER:
16        Q    If we could pause it there, a legend just popped
17   up in the bottom left, along with a timeline; is that right?
18        A    Yes.
19        Q    What's the timeline supposed to help us do?
20        A    Narrow down the time that the movements of the
21   Oath Keepers, in addition to showing when photo video was
22   taken.
23        Q    Okay.  Does that timeline move throughout the
24   course of this exhibit?
25        A    Yes.
```

1              MR. NESTLER:  And then there's a legend in the

2      bottom left corner.  If you could zoom in on that,

3      Ms. Rohde.  You can't.  Okay, fine.

4      BY MR. NESTLER:

5          Q    Do you see the legend there on the bottom left

6      corner?

7          A    Yes.

8          Q    So starting with this color coding that we've been

9      using the same on the board, orange says QRF.  What does

10     that stand for?

11         A    Quick Reaction Force.

12         Q    And does that indicate individuals who were

13     affiliated with the Quick Reaction Force?

14         A    Yes.

15         Q    And then green, what does that indicate?

16         A    Leadership.

17         Q    And who's indicated in leadership on this board?

18         A    Donald Siekerman, Kellye SoRelle, Michael Greene

19     and Stewart Rhodes.

20         Q    And then there's yellow.  What does it say there?

21         A    Stack 1.

22         Q    And who is indicated in Stack 1?  You don't have

23     to read all the names.  Is it all the names on the board

24     we're looking at there?

25         A    Yes.

1    Q    Okay.  Now, Dolan and Harrelson are on the board.

2  They're under Stack 1, but they're in blue here on this

3  exhibit.  Can you please explain why?

4    A    Yes, they arrived at the U.S. Capitol Grounds

5  before Stack 1.

6    Q    So were their movements until they all met on the

7  Capitol Grounds a little bit different from the rest of

8  Stack 1?

9    A    Yes.

10   Q    And then finally in purple there, we see Stack 2.

11  What's that?

12   A    Stack 2, do you want me to give the names?

13   Q    You can say generally what it is.

14   A    Stack 2 arrived at Capitol Grounds after Stack 1.

15   Q    Okay.

16        Now, you just used the phrase Stack 1 and Stack 2;

17  is that correct?

18   A    Yes.

19   Q    Now, you served time in the military, right?

20   A    Yes.

21   Q    In military parlance, what is a stack?

22   A    It's used in military and law enforcement.  It's

23  slang for a formation that we undertake a single file line

24  in close proximity to the person in the front and rear

25  before we enter a doorway, a building, a hallway, anyplace

1    that we expect a threat to be located.

2         Q    And why do people in the military and law

3    enforcement gather up into a stack formation before entering

4    certain locations?

5         A    For safety.

6         Q    Have you ever personally been in a stack

7    formation?

8         A    Yes.

9         Q    In what kinds of circumstances?

10        A    My first search of a house with the FBI.

11        Q    Let's play this exhibit forward till about

12   19 seconds.

13             (Video played)

14             MR. NESTLER:  If you could pause there.

15   BY MR. NESTLER:

16        Q    So this is indicating we're looking at

17   Exhibit 29.V.1.  Do you see that?

18        A    Yes.

19        Q    And it says it's video from Caldwell's hard drive.

20   Do you see that?

21        A    Yes.

22        Q    When we go through this exhibit and others, do

23   they try to indicate where this exhibit came from to bring

24   us back to the underlying record?

25        A    Yes.

1  Q And 136 -- sorry, 12:36 p.m., is that the

2 approximate time of the video?

3  A Yes.

4  Q Do you see the person standing in the middle with

5 a blue jacket on?

6  A Yes.

7  Q Do you know who that is?

8  A Yes.

9  Q Who is it?

10  A Thomas Caldwell.

11  Q Okay.

12  Do you hear certain voices in the video we're

13 about to listen to?

14  A Yes.

15  Q Whose voices do you hear?

16  A I hear Sharon Caldwell.  I also hear

17 Thomas Caldwell.

18  MR. NESTLER:  If we could please play that

19 forward, Ms. Rohde.

20  (Video played)

21 BY MR. NESTLER:

22  Q What does Mr. Caldwell say?

23  A "I'll tell you what, I know where Pence lives up

24 on Wisconsin Avenue.  That punk-ass better do what he's

25 supposed to do."

```
 1       Q    Do you know who Pence is?

 2       A    Yes.

 3       Q    Who was Pence at this time?

 4       A    The Vice President.

 5       Q    And do you know where the Vice President's

 6  official residence is?

 7       A    Yes.

 8       Q    Where is that?

 9       A    The Naval Observatory.

10       Q    And is that near Wisconsin Avenue?

11       A    Yes.

12       Q    If we could please play this forward.

13            (Video played)

14  BY MR. NESTLER:

15       Q    And we can pause it about 1:07.

16            Do you see we're looking at Exhibit 22.P.1 here?

17       A    Yes.

18       Q    Is that photo from Mr. Caldwell's phone?

19       A    Yes.

20       Q    Where is this photo taken, as far as you can tell?

21       A    It's taken in front of the peace mom.

22       Q    Is that near the Capitol Grounds?

23       A    It's on the west side of the Capitol.

24       Q    And is this taken at 1:13 p.m., according to the

25  metadata?
```

```
 1        A     Yes.

 2        Q     Okay.

 3              Now, that final message we had looked at from the

 4   morning session of messages was from 11:36 a.m., and you

 5   indicated there were also communications amongst this group

 6   in the afternoon, is that right?

 7        A     Yes.

 8        Q     All right.

 9              Let's pull up on the screen for Agent Drew 6731,

10   please.

11              Does this series of messages reflect

12   communications among this group on the afternoon of

13   January 1st until about 3:30 p.m.?

14        A     January 6th.

15        Q     Sorry.

16        A     Yes.

17        Q     January 6th until about 3:30 p.m.?

18        A     Yes.

19        Q     Have you reviewed these messages?

20        A     Yes.

21        Q     And compared them to the originals?

22              MR. NESTLER:  Move into evidence, Your Honor,

23   Exhibit 6731.

24              MR. WOODWARD:  No objection.

25              MR. LINDER:  No objection.
```

```
 1              THE COURT:  6731 will be admitted.

 2                              (Government's Exhibit 6731
                                  received into evidence.)
 3   BY MR. NESTLER:

 4       Q    Okay.  Let's start with the first slide here.

 5            So at 1:04 p.m., there's a message from someone

 6   named HorseWhisperer, to "D.C. Op Jan. 6, 21."

 7            Do you see that?

 8       A    Yes.

 9       Q    Is HorseWhisperer one of the individuals listed on

10   the board here?

11       A    No.

12       Q    Okay.

13            What does HorseWhisperer tell this group?

14       A    "Patriots storming the closed 'area' of the

15   Capitol Grounds by the scaffolding.  National Guard called

16   in.  Incoming."

17       Q    About 11 minutes later, on the next slide, what

18   does Blue Skies tell this group?

19       A    "Riot police en route to Capitol Grounds."

20       Q    And is Blue Skies a member of the board over here?

21       A    No.

22       Q    Okay.

23            And if we can go about five minutes later to the

24   next slide at 120, what does HorseWhisperer say?

25       A    "American blood on the Capitol steps.  Officers
```

1    down."

2         Q     And about five minutes later, does Stewart Rhodes

3    send a message to this group?

4         A     Yes.

5         Q     What does Stewart Rhodes say?

6         A     "Pence is doing nothing.  As I predicted."

7         Q     And have you reviewed many messages from

8    Stewart Rhodes prior to this time?

9         A     Yes.

10        Q     In general, what had Stewart Rhodes' messages

11   asked for Vice President Pence to do prior to this time?

12        A     To not certify the electoral results.

13        Q     And here Rhodes is saying that Pence is doing

14   nothing?

15        A     Yes.

16        Q     This is 1:25 p.m.; is that correct?

17        A     Yes.

18             MR. NESTLER:  All right.  Let's go back to

19   Exhibit 1500, please.

20             And if we can resume playing at 1:07 and play

21   until 1:25.

22             (Video played)

23   BY MR. NESTLER:

24        Q     And if we could pause there.

25             Is this the same message we're reading here on the

```
 1   screen that you had just read from the Signal messages?

 2        A    Yes.

 3        Q    Now, can you remind us, is Jessica Watkins a

 4   member of the "D.C. Op Jan. 6, 21" Signal thread?

 5        A    Yes.

 6        Q    Was Kelly Meggs?

 7        A    Yes.

 8        Q    Kenneth Harrelson?

 9        A    Yes.

10             MR. NESTLER:  All right.  If we could play that

11   forward.

12             If we could pause it right there.

13   BY MR. NESTLER:

14        Q    It says here, "Exhibit 192.V.1, a video from

15   Jessica Watkins' phones."

16             Do you see that?

17        A    Yes.

18        Q    When it was on the phone or in the extraction, did

19   it have metadata showing it was taken at around 1:26 p.m.

20        A    Yes.

21        Q    Could you tell approximately where this video was

22   taken?

23        A    The vicinity of The Ellipse.

24        Q    And can you hear Ms. Watkins' voice on this video?

25        A    Yes.
```

1           MR. NESTLER:  It if we could play it forward,

2    please.

3           (Video played)

4           MR. NESTLER:  If we could pause it there.

5    BY MR. NESTLER:

6    Q    Who was it that just shouted, "Move," at the end?

7    A    Jessica Watkins.

8    Q    And remind us, so Stewart Rhodes' message to that

9    group was at 1:25 p.m.?

10   A    Yes.

11   Q    And this video was about 1:26 p.m.?

12   A    Yes.

13   Q    Now, let's go back to Exhibit 6731.

14        And if we can go to the next message.

15        So at 1:30 p.m., which is about four minutes after

16   that video, does somebody named Chris send a message to the

17   "Old Leadership" chat?

18   A    Yes.

19   Q    And remind us, what was that chat called on

20   January 6th?

21   A    "Leadership Intel Sharing Secure."

22   Q    Is Chris one of the individuals on our board here?

23   A    No.

24   Q    What does Chris tell the "Old Leadership" chat?

25   A    "They dumb enough to act like Antifa.  What they

1    hope id going to happen if they get into the Capitol?"

2         Q    About a minute later, does Kellye SoRelle respond?

3         A    Yes.

4         Q    What does she say?

5         A    "We are acting like the Founding Fathers – can't

6    stand down."

7         Q    Does she continue?

8         A    Yes.

9         Q    What does she say next?

10        A    "Per Stewart and I concur."

11        Q    Now, have you reviewed, as we indicated, many

12   messages from Stewart Rhodes?

13        A    Yes.

14        Q    And how about messages from Kellye SoRelle?

15        A    Yes.

16        Q    Have you seen in other contexts Kelly SoRelle

17   write, "Per Stewart"?

18        A    Yes.

19        Q    What do you understand that to mean?

20        A    She is delivering a message on Stewart Rhodes'

21   behalf.

22        Q    And what does "I concur" mean?

23        A    That she agrees.

24        Q    Now, if we could go to the next message.

25             So about a minute later in a different chat, the

1    "D.C. Op Jan. 6" chat, what does HorseWhisperer say?

2         A    "Reinforcements inbound to Capitol-suggest

3    steering clear of Capitol area around the grandstands."

4         Q    And in military and law enforcement parlance,

5    what's a reinforcement?

6         A    Backup.

7         Q    Backup law enforcement and military officers?

8         A    Yes.

9         Q    And if we can go forward about four minutes, what

10   does HorseWhisperer continue at 1:36 p.m.?

11        A    "Flash grenades/explosions going off now at

12   Capitol Grounds."

13        Q    Now, around this time same time, if we can go to

14   next message, so also at 1:36 p.m. to a different message

15   thread, what message thread is this?

16        A    "January 5/6 D.C. Op Intel Team."

17        Q    Does someone who was in Rhodes' phone only as a

18   phone number and not with a user name send a message?

19        A    Yes.

20        Q    And is this phone number ending in 6235, is that

21   one of the individuals, as far as you're aware, on the

22   board?

23        A    No.

24        Q    Okay.

25             What does that individual say to this chat thread

1    at the same time, 1:36 p.m.?

2         A    "Patriots have stormed the Capitol according to

3    Gateway."

4         Q    Do you know what Gateway is?

5         A    I believe it's Gateway Pundit.

6         Q    And what is that?

7         A    A news organization.

8         Q    And about a minute later, does Joshua James

9    respond to that chat?

10        A    Yes.

11        Q    What does he say?

12        A    "That is correct."

13        Q    And Hydro AL, that's Joshua James, correct?

14        A    Yes.

15        Q    Now, about one minute later after that, back to

16   the "D.C. Op Jan. 6, 21" chat at 1:38 p.m., what is

17   Stewart Rhodes telling members on this chat?

18        A    "All I see Trump doing is complaining.  I see no

19   intent by him to do anything.  So the patriots are taking it

20   into their own hands.  They've had enough."

21             MR. NESTLER:  And if we can go back to 1500,

22   please, Ms. Rohde.

23             And if we could resume playing from 144.

24   BY MR. NESTLER:

25        Q    And is this the same message we just saw on the

1    Signal message itself?

2         A    Yes.

3         Q    From 1:38 p.m.?

4         A    Yes.

5         Q    We can continue plying.

6              (Video played)

7    BY MR. NESTLER:

8         Q    And what does Stewart Rhodes say here about

9    1:41 p.m., about five minutes later?

10        A    "To the "Leadership Intel Sharing Secured,"

11   Stewart Rhodes says, "Hey, the founding generation stormed

12   the governor's mansion in Massachusetts and tarred and

13   feathered his tax collectors.  And they seized and dumped

14   tea in the water.  They didn't fire on them, but they street

15   fought.  That's where we are now.  Next comes our

16   Lexington."

17        Q    Do you know what Lexington is?

18        A    Yes.

19        Q    What is it?

20        A    For Revolutionary War history, it's the first

21   battle of the Revolutionary War.

22        Q    Now, let's play that forward, please.

23             And, now, that yellow line we had seen for

24   Stack 1, that had gone north; is that correct?

25        A    Yes.

```
 1              MR. NESTLER:  You can stop it at 2:20, please,
 2   Ms. Rohde.
 3   BY MR. NESTLER:
 4       Q    Why does that line go that way on this map?
 5       A    Where they turn right is Pennsylvania Avenue.
 6       Q    Okay.  Is this the approximate location that the
 7   members of Stack 1 traveled from when they had left
 8   The Ellipse?
 9       A    Yes.
10       Q    And then they turned right here on Pennsylvania
11   Avenue; is that what you're saying?
12       A    Yes.
13       Q    Now, let's go back to 6731.
14            And if we can go to the next slide, this is that
15   same message we just read on Exhibit 1500; is that right?
16       A    Yes.
17       Q    Okay.
18            Can you remind us, "Old Leadership" chat is the
19   same as "Intel Leadership Sharing Secured."
20            Right?
21       A    Yes.
22       Q    All right.  Now, if we can go to the next slide,
23   that's the continuation of the prior message; is that right?
24       A    Yes.
25       Q    All right.
```

```
 1              Now, let's go forward about five minutes later.
 2   So this is at 1:41 p.m.  Next slide is at 1:46 p.m.
 3              We're in a different chat now, correct?
 4        A    Yes.
 5        Q    What chat is this?
 6        A    "OK FL D.C. Op Jan. 6."
 7        Q    And who posted to this chat at 1:46 p.m.?
 8        A    Gator Medic FL OK.
 9        Q    And is that individual on the board here?
10        A    No.
11        Q    What does Gator Medic say to this chat?
12        A    "Over the metro PD radio I overheard that people
13   were trying to breach the Capitol Building."
14        Q    What's Metro PD?
15        A    It's the police department in Washington, D.C.
16        Q    And if we could go one minute later at 1:47 p.m.,
17   what does Gator Medic continue?
18        A    "Throwing rocks, concrete blocks, and there was a
19   crowd trying to force their way in."
20        Q    Now, are you familiar with Zello?
21        A    Yes.
22        Q    I'm going pull up on the screen just for
23   Special Agent Drew Exhibit 1502.
24              How are you familiar with Zello?
25        A    Through this investigation.
```

```
 1        Q    Have you reviewed --
 2             MR. NESTLER:  Go back to the beginning, please,
 3   Ms. Rohde.
 4   BY MR. NESTLER:
 5        Q    And have you reviewed Exhibit 1073, the YouTube
 6   video of a Zello screen capture that Micah Loewinger posted
 7   to YouTube?
 8        A    Yes.
 9        Q    And is Exhibit 1073.1 a fair and accurate excerpt
10   of Exhibit 1073?
11        A    Yes.
12        Q    Okay.
13             MR. NESTLER:  I will move the admission of 1073.1,
14   consistent with the Court's prior rulings.
15             THE COURT:  Okay.  It will be admitted.
16                            (Government's Exhibit 1073.1
17                               received into evidence.)
18             MR. NESTLER:  I'm not going to display that one
19   right now.
20   BY MR. NESTLER:
21        Q    But let's go back to Exhibit 1502.
22             Now, Exhibit 1502, is this a compilation of
23   evidence that contains Exhibit 1073.1, that Zello audio,
24   portions of that?
25        A    Yes.
```

4576

```
1       Q    And a transcript of that, which is 1073.1TR?

2       A    Yes.

3       Q    And a map of D.C.?

4       A    Yes.

5       Q    And a photograph of Jessica Watkins from

6  January 6th?

7       A    Yes.

8       Q    And certain videos showing Jessica Watkins'

9  approximate location and her speaking on January 6th?

10      A    Yes.

11           MR. NESTLER:  The government moves the admission

12  of 1502.

13           MR. WOODWARD:  Subject to our prior objection.

14           THE COURT:  1502 will be admitted.

15                              (Government's Exhibit 1502
                                   received into evidence.)
16

17           THE COURT:  Ladies and gentlemen, just the same

18  reminder I've given you throughout about audio and

19  transcripts.  The audio is the evidence, the transcript is

20  provided simply to assist you in attempting to understand

21  the transcripts [sic].  If there's any difference between

22  the transcripts and the audio, it is the audio that

23  controls.

24           MR. NESTLER:  Thank you, Your Honor.

25
```

```
1    BY MR. NESTLER:

2        Q    And so when we looked at the original Zello screen

3    capture that Micah Loewinger had created, does it have time

4    stamps on it?

5        A    Yes.

6        Q    Does it have the name of the Zello user who was

7    speaking at each individual time?

8        A    Yes.

9        Q    But it does not have the actual transcript,

10   correct?

11       A    Correct.

12       Q    It only has the audio?

13       A    Yes.

14       Q    Okay.

15            Let's play this forward until about 1:31.

16            (Audio played)

17            MR. NESTLER:  If you could pause there, please.

18   BY MR. NESTLER:

19       Q    First of all, 1% Watchdog, is he an individual

20   who's on this board here?

21       A    No.

22       Q    And did you hear him say something about

23   McConnell?

24       A    Yes.

25       Q    And who was McConnell on January 6th of 2021?
```

```
 1        A     I don't recall.

 2        Q     Okay.  That's all right.

 3              All right.  And then at 1:49 here --

 4        A     The House minority leader?  Senate minority

 5   leader.

 6        Q     That's all right.

 7              A politician?

 8        A     Yes.

 9        Q     Okay.

10              Now, at 1:49 p.m., does someone named

11   "Ohio Regulars Actual - Oath Keepers" speak?

12        A     Yes.

13        Q     Do you know who that is?

14        A     Yes.

15        Q     Who is that?

16        A     Jessica Watkins.

17              MR. NESTLER:  And if we could play that forward.

18              (Audio played)

19              MR. NESTLER:  If we could pause there at 2:18.

20   BY MR. NESTLER:

21        Q     Now, there's a map on the left-hand side of this

22   exhibit.  Do you see that?

23        A     Yes.

24        Q     And does that reflect Watkins' approximate

25   location at the time this is occurring from 1:48 to 1:52
```

1    p.m.?

2        A    Yes.

3        Q    And just for a little bit of context, earlier we

4    talked about how Watkins and her group had walked north near

5    the Ellipse and then turned right onto Pennsylvania Avenue.

6             Do you remember that?

7        A    Yes.

8        Q    Is that reflected there on the map that's where

9    the Ellipse would have broken off to Pennsylvania Avenue on

10   the right-hand side.

11       A    Yes.

12       Q    Thank you.

13            Okay.  Now, let's talk about Zello for a little

14   while.  We'll take a little bit of detour from January 6th

15   and go into Zello records.

16            So I'll pull up on the screen Exhibit 5117 just

17   for the witness.

18            And I want to identify the following records which

19   the government has obtained pursuant to Zello and it's

20   authenticated pursuant to Rule 902(11):

21            Exhibit 5100 through 5112, and that is records

22   from Ohio Regulars; Camden 11414; Cag Spy; Big Dog 2020

23   okay; JPaul9; Ranger Smith 11; Cape Cane; MedaVac69;

24   DSiekerman; Dodd Koehler, K-o-e-h-l-e-r; channel Stop the

25   Steal J6; channel J6 BOTG team; and channel Okay D.C. Op.

1          And then also from Exhibits 5120 through 5126,
2    Mr. Nomad D; Kane Bonkers, with a K; Hydro AL, Josh.James,
3    FL underscore Joshua; Halo For You, and Stewart Rhodes.
4          Now, are you familiar with those Zello records
5    I just read off into the record?
6    A    Yes.
7    Q    And I'm showing you now on the screen Government's
8    Exhibit 5117.
9          Is this a summary of some of those Zello records?
10   A    Yes.
11   Q    And do those Zello records come in very
12   hard-to-read TXT files?
13   A    Yes.
14   Q    And are there a lot of them?
15   A    Yes.
16   Q    A lot of data?
17   A    Yes.
18        MR. NESTLER:  The government moves --
19   Q    Oh, do those records also come in Central Time?
20   A    Yes.
21   Q    And have we been able to change that to Eastern
22   Time for ease of readability?
23   A    Yes.
24        MR. NESTLER:  All right.  The government moves
25   into evidence Government's Exhibit 5117.

```
 1              MR. WOODWARD:  No objection.

 2              THE COURT:  5117 is admitted.

 3                                (Government's Exhibit 5117

 4                                  received into evidence.)

 5              MR. NESTLER:  Okay.

 6    BY MR. NESTLER:

 7         Q    If we could display to the jury, please.

 8              And we're looking here at the Zello profile for

 9    Ohio Regulars.  Do you see -- and whose account was this?

10         A    Jessica Watkins.

11         Q    And the display name there at the top, what was

12    that -- sorry, that's not displayed.

13              The display name over here, what is it?

14         A    Ohio Regulars Actual-Oath Keepers.

15         Q    And what was that user name that we talked about

16    where the account is from?

17         A    Ohio Regulars.

18         Q    Okay.

19              And that photograph we see there in the profile

20    picture, do you recognize the individual on the right?

21         A    Yes.

22         Q    Who is that?

23         A    Jessica Watkins.

24         Q    And does the Zello record show that she is the

25    owner of any channels on Zello?
```

```
 1      A     Yes.

 2      Q     What channel does she own?

 3      A     "OK DC Op."

 4      Q     Okay.

 5            And does the Zello records also show her contacts?

 6      A     Yes.

 7      Q     Okay.

 8            Now, let's go to the second page.

 9            Is this her channel log that Zello provided?

10      A     Yes.

11      Q     And, again, this has been changed to Eastern Time;

12   is that correct?

13      A     Yes.

14      Q     What is a channel log as far as you're aware from

15   Zello?

16      A     It is a list of the channels that you are

17   subscribed to or a member of.

18      Q     Okay.

19            And the two that are listed here, what are the

20   names of those two channels?

21      A     The first one is "J6 BOTG team."

22      Q     And what's the second one?

23      A     "Stop the Steal J6."

24      Q     And what date and time does she subscribe to these

25   two channels, approximately?
```

4583

1     A     January 5th, 2021, approximately 9:30.

2     Q     P.m.?

3     A     P.m., Eastern Standard Time.

4     Q     Now, going back to your military experience,

5  Agent Drew, have you heard of the phrase BOTG before?

6     A     Yes.

7     Q     What's it stand for?

8     A     Boots on the ground.

9     Q     And in military parlance, what does boots on the

10 ground mean?

11    A     It means being physically located in a specific

12 location prepared to accomplish whatever mission you're

13 assigned.

14    Q     And in the military, are there people who are part

15 of an operation who are not BOTG, the boots on the ground?

16    A     Yes.

17    Q     What are those people doing to assist the

18 operation?

19    A     Various types of support, administrative,

20 logistics, others.

21    Q     And are you aware of whether Micah Loewinger

22 recorded a portion of the "Stop the Steal J6" channel?

23    A     Yes.

24    Q     Is that the channel we were just listening to?

25    A     Yes.

1       Q     Are you aware of any recording that the FBI has in

2    its possession of the boots on the ground channel, the BOTG

3    channel?

4       A     No.

5       Q     So you don't know what was being said on that

6    channel?

7       A     No.

8       Q     Let's go to the next slide, please.

9             And this individual, what's his name?

10      A     His real name is Dodd Koehler.

11      Q     Okay.

12            And does Zello show that there are two different

13   user names for him.

14      A     Yes.

15      Q     What are they?

16      A     Dodd Koehler and Mr. Nomad D.

17      Q     And what's his display name?

18      A     Airborne America IL.

19      Q     Have you seen a photo of Mr. Koehler before?

20      A     Yes.

21      Q     Does this individual in the profile picture appear

22   to be consistent with Mr. Koehler?

23      A     Yes.

24      Q     And now we'll now go to the next slide.

25            And who is this slide for?

```
 1       A       Holden Haney.

 2       Q       What was his user name?

 3       A       Camden 11414.

 4       Q       And display name?

 5       A       "Freedom D03er 91."

 6       Q       Is Dozer spelled with a 0 and a 3 in the middle

 7  of it?

 8       A       Yes.

 9       Q       We can just call it "Dozer" here for the ease of

10  the record.

11               At the time that the government sent a subpoena to

12  Zello in late January of 2021, did Holden Haney, the user

13  Camden 11414, still have an active Zello account?

14       A       There's not one found in the system.

15       Q       So it was either a typo or the account had been

16  deleted; is that right?

17       A       Yes.

18       Q       Was the FBI able to obtain a profile photograph

19  from Haney's account before the account was deleted?

20       A       Yes.

21       Q       Is that what we're looking at here on the left?

22       A       Yes.

23       Q       What does that say on the firearms magazine?

24       A       "Oath Keepers" and it's upside-down.

25       Q       And what does it say on the tactical vest in the
```

```
 1   middle?

 2        A    "Oath Keeper."

 3        Q    And can you tell what the location of Camden 11414

 4   was?

 5        A    De Soto, Illinois.

 6        Q    Now, based on your investigation here, Agent Drew,

 7   did you determine whether Dodd Koehler and Holden Haney have

 8   any affiliation with the Oath Keepers?

 9        A    Yes.

10        Q    What does is that affiliation?

11        A    They're members of the Illinois Oath Keepers.

12        Q    And did you also review Zello's channel logs for

13   these two men, Holden Haney, Freedom Dozer, and

14   Dodd Koehler, Airborne America?

15        A    Yes.

16        Q    If we can glow to Slide 5 now.

17             Is this reflecting Zello records from

18   Dodd Koehler's Zello channel log?

19        A    Yes.

20        Q    Which channels did Dodd Koehler subscribe to on

21   January 5th of 2021?

22        A    Stop the Steal J6 and J6 BOTG Team.

23        Q    Those same two channels Jessica Watkins

24   subscribed to?

25        A    Yes.
```

```
 1        Q     If we can go to the next page, please.
 2              Are we looking at Holden Haney's Zello
 3   channel log?
 4        A     Yes.
 5        Q     Which two channels did he subscribe to on
 6   January 5th of 2021?
 7        A     Stop the Steal J6 and J6 BOTG Team.
 8        Q     Those same two channels that both Dodd Koehler,
 9   and Watkins subscribed to?
10        A     Yes.
11        Q     Okay.
12              Now, let's go to finally Slide 7.
13              Did Zello also provide an incredibly lengthy TXT
14   file with an activity log?
15        A     Yes.
16        Q     -- for each user?
17              Okay.
18              Now, in this a snippet from Watkins' activity log?
19        A     Yes.
20        Q     Has this been changed into Eastern Time for ease
21   of readability?
22        A     Yes.
23        Q     Now, does this activity log, what does it show
24   there in the highlighted portion of when Jessica Watkins
25   logged into the Zello app on January 6th of 2021?
```

```
 1         A      Time is 13:01.

 2         Q      And what is that in nonmilitary parlance?

 3         A      1:01 p.m.

 4         Q      Okay.

 5                Now, the first -- well, let's go back to -- well,

 6   let's just think about it for a second.

 7                Exhibit 5102 is that Zello recording, right?

 8         A      Yes.

 9         Q      And we heard One Percent Watchdog start talking at

10   1:48 p.m.; is that right?

11         A      Yes.

12         Q      So between 1:01 p.m. and 1:48 p.m., are you aware

13   of the FBI having access to any audio of what was said on

14   the Stop the Steal J6 channel?

15         A      Not that I'm aware.

16         Q      And Jessica Watkins was logged into the app during

17   that time; is that right?

18         A      Yes.

19         Q      And a subscriber to both Stop the Steal J6 channel

20   and the J6 Boots on the Ground channel?

21         A      Yes.

22         Q      Okay.

23                Now, let's pull up just for Special Agent Drew

24   Exhibit 5118.

25                Did other individuals who were part of this
```

1    investigation or subject of this investigation also have

2    profiles on Zello?

3        A    Yes.

4        Q    And does this exhibit reflect Zello's records

5    indicating these individual Zello profiles?

6        A    Yes.

7             MR. NESTLER:  The government moves into evidence

8    Exhibit 5118.

9             THE COURT:  All right.  5118 will be admitted.

10                         (Government's Exhibit 5118
                               received into evidence.)

11

12            MR. NESTLER:  If we could display it to the jury,

13   please.

14   BY MR. NESTLER:

15       Q    Just briefly, Agent Drew, did Stewart Rhodes have

16   a profile on Zello?

17       A    Yes.

18       Q    What was his user name?

19       A    Stewart Rhodes.

20       Q    Did Kelly Meggs have a profile on Zello?

21       A    Yes.

22       Q    What was his user name?

23       A    Big Dog 2020 OK.

24       Q    Next page, please.

25            Did Thomas Caldwell have a profile on Zello?

```
1     A    Yes.

2     Q    What was his user name?

3     A    CAG Spy.

4     Q    And who was one of his contacts?

5     A    Ohio Regulars.

6     Q    Who's that?

7     A    Jessica Watkins.

8     Q    And who's one of the AUTH requesters?

9     A    J Paul 9.

10    Q    Do you know who J Paul 9 is?

11    A    Paul Stamey.

12    Q    If we can go to the next slide, please.

13         Did Kenneth Harrelson have a profile on Zello?

14    A    Yes.

15    Q    What was his user name?

16    A    Halo 4U.

17    Q    And the next slide, did Joshua James have three

18    profiles on Zello?

19    A    Yes.

20    Q    What were his three user names?

21    A    Josh.James, FL_Joshua, and Hydro_AL.

22         MR. NESTLER:  Okay.  Thank you.  We can take that

23    down.

24         Now, let's go back to Exhibit 1502.  That's a

25    recording, now that we have some Zello background out of the
```

```
1    way.
2             Could we rewind a little bit until about 1:33 on
3    the recording and play from there, please, Ms. Rohde.
4    BY MR. NESTLER:
5        Q    And I want you to listen out, Agent Drew, for the
6    phrase "boots on the ground."  I'm going to ask you about
7    it.
8             THE COURT:  Mr. Nestler, if I could just interrupt
9    you.
10            Just so the record is clear, the time of the
11   transcript is 1:49 p.m.  The 1:33 refers to the internal
12   clock, correct?
13            MR. NESTLER:  Yes.  Thank you, Your Honor.
14            The transcript has been broken out into various
15   segments, so it's easier refer to the counter on the bottom.
16            THE COURT:  Understood.  I just wanted to make
17   sure the record is clear.
18            MR. NESTLER:  Thank you.
19            At 1:33 on the bottom, if we could play here,
20   please.
21            (Audio played)
22   BY MR. NESTLER:
23       Q    We can pause it there.
24            And did you hear Ms. Watkins say anything about
25   being boots on ground?
```

4592

```
 1      A      Yes.

 2      Q      What did she say?

 3      A      She said, "There are boots on the ground here."

 4      Q      Did she say whether she was or we were?

 5      A      "We."

 6      Q      Does "we" refer to one person or multiple?

 7      A      Multiple.

 8      Q      As far as your investigation revealed, was

 9   Ms. Watkins alone with other individuals at the time she

10   made this transmission around 1:50 p.m.?

11      A      She was with other individuals.

12      Q      And generally referring to this board over here,

13   who were these other individuals?

14      A      The individuals in Stack 1.

15             MR. NESTLER:  Now, if we can keep playing.

16             (Audio played)

17             MR. NESTLER:  If we could pause there.

18   BY MR. NESTLER:

19      Q      Do you see at 1:50 p.m., 1:52 on the counter,

20   someone named Airborne America talks?

21      A      Yes.

22      Q      Did we just see who Airborne America was?

23      A      Yes.

24      Q      Who's that?

25      A      Dodd Koehler.
```

```
 1        Q    Okay.

 2             And he says, "We'll see you soon Jess."

 3             Is that correct?

 4        A    Yes.

 5        Q    And later in this recording -- let me get to it in

 6   time -- do we hear Holden Haney speaking?

 7        A    Yes.

 8        Q    And that's Freedom Dozer?

 9        A    Yes.

10             MR. NESTLER:  Okay.

11             We'll now pull this down.

12             Oh, no.  We'll go to the next exhibit, which is

13   6735, unless Your Honor wanted to make this a break time.

14             THE COURT:  Yes.  If you're going to move to

15   another exhibit, why don't we take our morning break.

16             Ladies and gentlemen, it's 5 after 11:00.  We will

17   take our morning break and resume at 11:20.  Thank you, all,

18   very much.

19             COURTROOM DEPUTY:  All rise.

20             (Jury exited the courtroom.)

21             THE COURT:  All right.  Ms. Drew or Former Special

22   Agent Drew, we'll be back in about 15 minutes.  I'd just ask

23   you not to discuss your testimony with anybody over the

24   break, all right?  Thank you.

25             See everybody in 15.
```

```
 1                    (Recess from 11:05 a.m. to 11:21 a.m.)

 2                    THE COURT:  Please remain seated, everyone.

 3                    COURTROOM DEPUTY:  Jury panel.

 4                    (Jury entered the courtroom.)

 5                    THE COURT:  All right.  Please be seated,

 6      everyone.

 7                    Mr. Nestler.

 8                    MR. NESTLER:  Thank you, Your Honor.

 9      BY MR. NESTLER:

10          Q     Good morning again.

11          A     Good morning.

12                    MR. NESTLER:  Ms. Rohde, if we could pull up on

13      the screen just for the witness Exhibit 6735.

14      BY MR. NESTLER:

15          Q     We were talking before we took our morning break

16      about Jessica Watkins and Dodd Koehler, and Holden Haney.

17      Do you remember that?

18          A     Yes.

19          Q     Okay.

20                    Here on Exhibit 6735, do we have some text

21      messages recovered from Jessica Watkins' phone and other

22      locations about her communications with or about

23      Holden Haney and Dodd Koehler?

24          A     Yes.

25          Q     Do these messages fairly and accurately depict
```

4595

```
 1   what they look like from the original as you saw them?
 2        A    Yes.
 3             MR. NESTLER:  The government moves into evidence
 4   Exhibit 6735.
 5             MR. WOODWARD:  No objection.
 6             THE COURT:  6735 will be admitted.
 7                              (Government's Exhibit 6735
 8                                received into evidence.)
 9   BY MR. NESTLER:
10        Q    And first question here, the first slide here,
11   this is on January 10th, so four days after January 6th; is
12   that right?
13        A    Yes.
14        Q    Who is Jessica Watkins sending a message to?
15        A    Whip.
16             MR. NESTLER:  Is it published to the jury, please.
17             THE COURT:  Yes.
18             MR. NESTLER:  Thank you.
19             Sorry.
20             And, Mr. Manzo, for the record, is putting back up
21   1530.1.
22   BY MR. NESTLER:
23        Q    And who is Watkins sending this message to?
24        A    Whip.
25        Q    And who is Whip?
```

```
 1        A     Michael Greene.

 2        Q     And what does she say in the first line?

 3        A     "Dodd/Holden, OKs in Illinois would like your

 4   phone number."

 5        Q     Okay.  And if we can go to the next slide, please.

 6              How does Jessica Watkins have Dodd Koehler saved

 7   in her phone?  What's his contact name?

 8        A     Oath Keeper Dodd.

 9        Q     And back in November of 2020, what did

10   Jessica Watkins say to Oath Keeper Dodd Koehler?

11        A     "Hey, Dodd, you still do vetting for OKs?  I have

12   one of my militia guys coming to D.C. that needs to be

13   vetted in order to participate."

14        Q     And the next slide, what did Dodd reply?

15        A     "Yes."

16        Q     And then the next slide, what did Dodd say?

17        A     "Is he a member or new."

18        Q     And continuing to 538 on the bottom.  What did

19   Watkins say back to Oath Keeper Dodd?

20        A     "Not a member."

21        Q     And the final one in the series, 539 on the stamp

22   on the bottom?

23        A     I'm sorry?

24        Q     What did Watkins say here to Oath Keeper Dodd?

25        A     She said, "Stewart is allowing nonmembers who have
```

```
 1   been vetted to participate in D.C. in order to maximize

 2   patriot participation."

 3       Q    Do you know who Stewart is?

 4       A    Yes.

 5       Q    Who's that?

 6       A    Stewart Rhodes.

 7            MR. NESTLER:  If we could then go to the next

 8   slide.  This is Defendant Caldwell Exhibit 111.  If we could

 9   zoom in on the section right there, Ms. Rohde.  Thank you

10   very much.

11   BY MR. NESTLER:

12       Q    Now, shortly after that message exchange, did

13   Ms. Watkins on Facebook have a communication with Donovan?

14       A    Yes.

15       Q    And who's Donovan?

16       A    Donovan Crowl.

17       Q    And what did Watkins message Donovan Crowl on

18   Facebook after she had just spoken with Dodd Koehler about

19   vetting?

20       A    "Donovan, I need you to be on a conference call at

21   5.  They need to vet you.  I need you sober.  It's mandatory

22   to participate in D.C.  I understand, and honestly agree.

23   They're weeding out yahoos.  It's smart honestly.  Wish they

24   had vetted people before Louisville honestly.  Be ready to

25   impress.  You're vetting with Dodd, so you will be talking
```

1    with a great guy I trust.  See you then.  Roger."

2         Q    And the word here "vetting," who did she say he'd

3    be vetting with?

4         A    Dodd.

5         Q    Okay.

6              Now, later on November 11th --

7              MR. NESTLER:  If we could go to the next slide,

8    please, Ms. Rohde, and so slide 8 here.

9    BY MR. NESTLER:

10        Q    So later in the day on November 11th, does

11   Jessica Watkins continue her communications with Oath Keeper

12   Dodd Koehler?

13        A    Yes.

14        Q    What does she say?

15        A    "Donovan Crowl."

16        Q    And the next slide, what does she say next?

17        A    "He said he will join up Oath Keepers before

18   Friday."

19        Q    And then the next message, what does Oath Keeper

20   Dodd-Koehler reply back to Jessica Watkins then later that

21   day on November 11th?

22        A    "Excellent.  I am forwarding intel to Stewart

23   now."

24        Q    And if we can go to the next message, do you see

25   here where Dodd is sending a message to Watkins, message

1   starting at 568?

2       A    Yes.

3       Q    What does the message that Dodd forwards to

4   Watkins say?

5       A    "Good evening, sir.  Jess from Ohio reached out to

6   me to vet Donovan Crowl from Ohio, ex-marine training

7   master, no felonies, no FOID at the present time is."

8       Q    Next slide.

9       A    "In process and is planning to pay dues by Friday,

10  married, kids, no bad background or anything of concern;

11  from my vetting, seems to be a very squared away vet.  Sir,

12  how long you like me to follow up on this situation.  He is

13  planning on op in D.C. with Jess Ohio if accepted."

14      Q    And after Dodd sends these messages to Watkins, if

15  it we go next slide, 571 on the bottom, what does Dodd tell

16  Watkins?

17      A    "Just sent."

18      Q    And then the next slide, 572, what does Watkins

19  tell Dodd?

20      A    "Awesome Dodd.  You're the shot my brother."

21      Q    And then 573?

22      A    "Shit auto correct blows."

23      Q    And then, if we go to the next slide, about two

24  hours later, does Oath Keeper Dodd Koehler send another

25  message to Jessica Watkins later that same day?

1        A     Yes.

2        Q     What does he say?

3        A     "Stewart said good to go, vetted and tell my new

4    brother welcome."

5        Q     And then the next slide, 594 on the bottom, what

6    does Watkins reply?

7        A     "He say thank you very much."

8        Q     And then the next slide, 595, what does Watkins

9    say?

10       A     "Love you brother.  Looks like I can vet now too.

11   Stewart upgraded me tonight."

12       Q     So she says, "Looks like I can vet now too.

13   Stewart upgraded me tonight"?

14       A     Yes.

15       Q     Now, that's Oath Keeper Dodd Koehler we were just

16   looking at a message exchange with; is that right?

17       A     Yes.

18       Q     Now, let's go to the next slide.

19             And in Jessica Watkins' phone, did she also have

20   Holden Haney saved as a contact?

21       A     Yes.

22       Q     And what was Holden Haney saved as a contact under

23   in her phone?

24       A     Oath Keepers Dozer.

25       Q     And is Dozer the same name that Holden Haney was

1    using or similar name he was using on the Zello?

2        A    Yes.

3        Q    What name was that?

4        A    Freedom Dozer.

5        Q    Okay.

6             And so this is on January 14th of 2021;

7    is that correct?

8        A    Yes.

9        Q    So about eight days after January 6th?

10       A    Yes.

11       Q    What does Watkins tell Oath Keepers Dozer

12   Holden Haney?

13       A    *"The Washington Post* reposted *The Guardian's* story

14   about Zello."

15       Q    Now, let's go back to this Zello recording that

16   Micah Loewinger had created.  Are you aware that on January

17   13th of 2021, Micah Loewinger first published his article

18   about the Stop the Steal J6 channel on Zello in a newspaper

19   called *The Guardian*?

20       A    Yes.

21       Q    Okay.

22            And so the day after Micah Loewinger published

23   that article in *The Guardian*, what is it that

24   Jessica Watkins said to Freedom Dozer, Holden Haney?

25       A    *"The Washington Post* re-posted *The Guardian's*

```
 1   story about Zello."
 2            MR. NESTLER:  Thank you.
 3            If we can take that down now, please, Ms. Rohde.
 4   BY MR. NESTLER:
 5       Q    And now just a couple more questions about Zello
 6   generally, Agent Drew.
 7            You said earlier that you're generally familiar
 8   with how Zello works; is that right?
 9       A    Yes.
10       Q    And how?
11       A    Through this investigation.
12       Q    Have you done any testing to figure out how Zello
13   works?
14       A    Yes.
15       Q    What did you do?
16       A    I created an account, logged on, found channels to
17   subscribe to and listen to.
18       Q    Did you subscribe to a couple of channels?
19       A    Yes.
20       Q    And so did you try to figure out if you subscribe
21   to a channel on Zello, how does the audio come out of your
22   phone?
23       A    Yes.
24       Q    Explain that.
25       A    Yes.
```

4603

1          So I joined an open to all, open to the general
2    public channel that continuously played police scanner
3    transmissions.  I pressed play or pressed start, allowed it
4    to play on my phone, allowed my phone to go to lock screen,
5    and it continued playing.
6          Q    Even though your phone was in lock screen?
7          A    Yes.
8          Q    Now, did you subscribe to more than one channel?
9          A    Yes.
10         Q    How does the audio get delivered to your phone if
11   you're subscribed to multiple channels of people talking at
12   the same time, as far as your experience suggests?
13         A    The transmissions queue up.  So the first
14   transmission you'll hear may not be from the same channel as
15   the second transmission you hear.  So each transmission from
16   both channels that I was subscribed to come in at the time
17   that I could listen to them.
18         Q    So you're hearing audio from both channels even
19   though there might be being said simultaneously?
20         A    Yes.
21         Q    Now, you said you subscribed to a couple different
22   channels.  Did you subscribe to any channels that had a
23   permission of Zelect, Z-e-l-e-c-t?
24         A    Yes.
25         Q    How did that go?

1      A    I was not allowed to listen to any transmissions.

2  I could transmit to the administrator and they were the only

3  ones that could hear me until I was allowed into the room.

4      Q    And who allows you into the room in a Zelect type

5  channel?

6      A    The administrator.

7      Q    Let's go back to Exhibit 1500, back to our day of

8  January 6th of 2021.

9           And we're looking here at, stopped at 2:35.  And

10  we're looking at -- on the left, there's a map.  Can you

11  indicate approximately what time this is?

12      A    This is approximately 1:50 p.m.

13      Q    And on the right it says, "Stack 1," with a bunch

14  of names.  Can you remind us what that's referring to?

15      A    The stack of individuals that entered the Capitol

16  at 2:40 p.m.

17      Q    And the individuals who are listed here in

18  Stack 1, are they the individuals who are approximately at

19  this location on this map at this time?

20      A    Yes.

21           MR. NESTLER:  If we could play it forward for

22  about ten seconds.

23           (Video played)

24           MR. NESTLER:  If we could stop there at 2:43.

25

BY MR. NESTLER:

Q    So if you'll recall, Agent Drew, Jessica Watkins'
transmission on Zello was at about 1:50 p.m.; is that right?

A    Yes.

Q    The one we listened to before the break?

A    Yes.

Q    Now, about three minutes later at 1:53 p.m., where
is Watkins and the rest of her group.

A    They appear to be on Pennsylvania and 10th, maybe
12th, walking east towards the Capitol.

Q    And can you see the Capitol Building in this
photograph?

A    Yes.

Q    And where was this photograph recovered from?

A    This was from Donovan Crowl's phone.

Q    And did the photograph have metadata showing its
approximate timestamp?

A    Yes.

Q    What was that?

A    1:53 p.m.

Q    Okay.

     And do you see the person in the middle of the
frame there?

     You could highlight -- you can't highlight that.

     Do you see the person in the middle of the frame

1  here?

2       A     Yes.

3       Q     Do you know who that person is?

4       A     Yes.

5       Q     Who?

6       A     Kelly Meggs.

7       Q     What's Kelly Meggs wearing on his torso?

8       A     It's a vest.

9       Q     What kind of vest?

10      A     A tactical vest.

11      Q     What's he wearing on his head?

12      A     A baseball cap.

13      Q     Does his headgear change at some point?

14      A     Yes.

15      Q     Later, what are we going to see his headgear

16 become?

17      A     A helmet.

18            MR. NESTLER:  If we could resume playing,

19 Ms. Rohde.

20            (Video played)

21 BY MR. NESTLER:

22      Q     Agent Drew --

23            MR. NESTLER:  If we could just pause there for a

24 second, Ms. Rohde, at 3 on the counter.

25            So between about 1:53 p.m. and 2:04 p.m., are

1    several text messages -- sorry, are several Signal messages

2    exchanged on a particular Signal chat?

3         A    Yes.

4         Q    Which Signal chat is that?

5         A    "January 5/6 D.C. Op Intel Team."

6         Q    What does Liberty send to that chat at 1:53 p.m.?

7         A    A link to a YouTube video, "Livestream of patriots

8    storming Capitol."

9         Q    And have you tried to click on that link to the

10   YouTube video that Liberty sent?

11        A    Yes.

12        Q    What happens?

13        A    It's dead link.

14        Q    And remind us, what does Liberty say that the

15   video contains?

16        A    "Livestream of patriots storming Capitol."

17        Q    And about a minute later, does someone named

18   Highlander in that message thread send a message?

19        A    Yes.

20        Q    What does Highlander say?

21        A    "Are they actually patriots, not those who are

22   going to go into in disguise as patriots and cause trouble.

23   Need to verify this."

24             MR. NESTLER:  If we could continue playing,

25   please, Ms. Rohde.

```
 1              (Video played)
 2   BY MR. NESTLER:
 3        Q    At 1:59 p.m., what does Michael Greene say?
 4        A    "They're patriots."
 5             MR. NESTLER:  If we could pause there, Ms. Rohde,
 6   so it's 3:15 on the counter.
 7   BY MR. NESTLER:
 8        Q    So at 1:59, Michael Greene said they are patriots,
 9   correct?
10        A    Yes.
11        Q    And Michael Greene is on the board there; is
12   that right?
13        A    Yes.
14        Q    What does Stewart Rhodes say two minutes later?
15        A    "Actual patriots.  Pissed-off patriots.  Like the
16   Sons of Liberty were pissed-off patriots."
17        Q    And if we could continue playing.
18             And now pause there at 3:23 on the counter.
19             What does Joshua James say at 2:04 p.m. on this
20   same thread?
21        A    "We're coming to the Capitol, ETA 30 minutes."
22        Q    So three minutes after Stewart Rhodes said,
23   "Actual patriots.  Pissed-off patriots," Joshua James sent
24   that message?
25        A    Yes.
```

1     Q     Up here on the map on the left-hand side, a dot

2  popped up.  What is that referring to?

3     A     Where Mr. James is located, the vicinity of the

4  Willard Hotel.

5     Q     Now, does Joshua James and the rest of his group

6  eventually make their way to the Capitol sometime after

7  this?

8     A     Yes.

9     Q     We'll get to that later, but we'll go to back

10 what's happening with his group now, the people who were in

11 Stack 1.

12          MR. NESTLER:  Let's go to 6731, please, Ms. Rohde,

13 back to that message chain from January 6th in the

14 afternoon.

15 BY MR. NESTLER:

16    Q     And here, are we looking at these messages we just

17 read?  Is this the first one from Liberty?

18    A     Yes.

19    Q     With the link to the YouTube?

20          Yes?

21    A     Yes.

22    Q     If we could just go forward, did we just read this

23 message from Highlander?

24    A     Yes.

25    Q     And then if we could go forward again, at 1:59,

Case 1:22-cr-00015-APM   Document 734   Filed 01/02/24   Page 113 of 181

4610

```
 1   Whiplash, remind us who that is.

 2        A    Whip.

 3        Q    That's?

 4        A    Michael Greene.

 5        Q    And he wrote there, "Patriots," at 1:59 p.m.?

 6        A    Yes.

 7        Q    And if we could go forward.

 8             And Stewart Rhodes' message at 2:01 p.m., remind

 9   us what that was.

10        A    "Actual patriots, pissed-off patriots."

11        Q    Keep going, please.

12             Also at 2:01 p.m., he made the comment about

13   Sons of Liberty; is that right?

14        A    Yes.

15        Q    And then if we keep going.

16             And then Hydro AL at 2:04 p.m. says, "We're coming

17   to the Capitol.  ETA, 30 min."

18             Right?

19        A    Yes.

20        Q    Hydro AL is?

21        A    Joshua James.

22        Q    Okay.

23             Now, let's go to the next slide, please.  That

24   slide was at 2:04 p.m.

25             At 2:05 p.m., one minute later, what does
```

4611

1    Stewart Rhodes say to the "Old Leadership" chat?

2        A    "Trump has one last chance to man up and fulfill

3    his oath.  Will he?"

4        Q    And if we go to the next slide, which is also one

5    minute after that one; is that correct?

6        A    Yes.

7        Q    What time are we at now?

8        A    2:06 p.m.

9        Q    And what does Stewart Rhodes say to the

10   "D.C. Op Jan. 6, 21" chat?

11       A    "Whip, what's your location?  I'm trying to get to

12   you."

13       Q    Now, let's go back to 1502, that Zello recording.

14            And around this time, around 2:00 p.m., where does

15   the -- sorry.

16            MR. NESTLER:  Let's first fast-forward on the

17   bottom, Ms. Rohde, till about 2:18 on the counter.

18            And play it forward from there.

19            And we can pause it now, please, at 2:20 on the

20   counter.

21   BY MR. NESTLER:

22       Q    So around this time, between 1:56 p.m. and

23   2:00 p.m., where does video and photographic evidence show

24   Ms. Watkins and other members of Stack 1 to be?

25       A    On Pennsylvania Avenue.

```
 1        Q    Headed in what direction?

 2        A    East.

 3        Q    Are there Zello audio transmissions around this

 4   time between 1:56 p.m. and 2:00 p.m.?

 5        A    Yes.

 6        Q    Can we please play now from 2:20 on the counter

 7   till about 5:00 on the counter.

 8             (Audio played)

 9             MR. NESTLER:  If we could pause there, please.

10   BY MR. NESTLER:

11        Q    That's at 3:37 on the counter at 1:58 p.m.

12             Who is speaking now?

13        A    Ohio Regulars Actual - Oath Keeper.

14        Q    Who is that person's true identity?

15        A    Jessica Watkins.

16        Q    And if we could just rewind for about five

17   seconds, do we see that One Percent Watchdog ask a question?

18        A    Yes.

19        Q    What question did he ask?

20        A    "What kind of numbers do we have going to the

21   Capitol?  Any estimates?  What percentage of the crowd is

22   going to the Capitol?"

23        Q    And immediately after Watchdog speaks, does

24   Watkins speak?

25        A    Yes.
```

1             MR. NESTLER:  Okay.  Now, we can play it forward

2   from here, Ms. Rohde, please.

3             (Audio played)

4             MR. NESTLER:  You could pause there, please.

5             So it's 5:01 on the counter.

6   BY MR. NESTLER:

7        Q    Did you see an interaction between Jessica Watkins

8   and Watchdog over the prior minute?

9        A    Yes.

10       Q    And what does Watchdog say here to Watkins at

11   1:59 p.m.?

12       A    "I think you instead of a Shop-Vac, I think you

13   brought a fleet of A-10 warthogs."

14       Q    Do you know what an A-10 warthog is, Agent Drew?

15       A    Yes.

16       Q    How do you know what it is?

17       A    I toured an Air Force base in Arizona as part of

18   my training and sat in an A-10 warthog and met pilots.

19       Q    What is an A-10 warthog?

20       A    It is a fixed-wing aircraft that supports ground

21   combat operations.

22       Q    How does it support ground combat operations?

23       A    Through firepower, 30-millimeter Gatling gun.

24       Q    If we could continue, please, at 2:00 p.m., who is

25   speaking now at 2:00 p.m. after Watchdog has spoken at 1:59?

```
1        A      Ohio Regulars Actual-Oath Keeper.

2        Q      Who is that?

3        A      Jessica Watkins.

4        Q      Okay.

5               We can play it forward, please.

6               (Audio played)

7               MR. NESTLER:  We can pause it there at 5:07.

8               And just go back one second, Ms. Rohde.

9   BY MR. NESTLER:

10       Q      And did you hear what Ms. Watkins just said?

11       A      Yes.

12       Q      Can you repeat it for us please?

13       A      "Y'all, we're one block away from the Capitol now.

14  I'm probably gonna go silent when I get there because

15  I'm gonna to be a little busy."

16       Q      Now, if we could go back to Exhibit 1500, and say

17  this is around 2:00 p.m., correct, Agent Drew?

18       A      Yes.

19       Q      Now, around 2:00 p.m., where does video evidence

20  show Jason Dolan and Kenneth Harrelson to be?

21       A      Northeast Capitol Grounds.

22              MR. NESTLER:  Okay.

23              And if we could resume playing from 3:24 on the

24  counter on Exhibit 1500, please.

25              (Video played)
```

1    BY MR. NESTLER:

2         Q    And is this now reflecting the northeast grounds

3    of the Capitol, Agent Drew?

4         A    Yes.

5         Q    And the video reflected here, is that closed

6    caption cameras -- sorry, closed circuit cameras from the

7    Capitol Police.

8         A    Yes.

9              (Video played)

10             MR. NESTLER:  We can pause there at 4:13.

11   BY MR. NESTLER:

12        Q    Now, around 2:00 p.m. again, are these the

13   individuals that Ms. Watkins is with at around 2:13 p.m.?

14        A    Yes.

15        Q    I'm sorry, around 2:00 p.m.  I'm sorry.

16        A    Yes.  Both are accurate.

17        Q    Both are accurate, thank you.

18             MR. NESTLER:  Okay.  And if we can go back now to

19   that Zello recording, and if we could play it forward from 5

20   minutes and 7 seconds on the file?

21             (Video played)

22             MR. NESTLER:  If we could pause it for a second,

23   Ms. Rohde.

24   BY MR. NESTLER:

25        Q    What is this video from?

```
 1        A      This is from Ms. Watkins' cell phone.

 2        Q      And did the video have metadata reflecting its

 3   approximate creation time?

 4        A      Yes.

 5        Q      Which was what?

 6        A      2:05 p.m.

 7        Q      Can you tell from looking at this video

 8   approximately where Watkins and the rest of her group was?

 9        A      Yes, appears to be Pennsylvania and 6th.

10        Q      Headed in what direction?

11        A      Towards the Capitol.

12             MR. NESTLER:  And if we could continue playing

13   just for two more seconds.

14             (Video played)

15             MR. NESTLER:  Pause there.  Go back.  One second.

16   BY MR. NESTLER:

17        Q      Who appears to be holding the camera?

18        A      Jessica Watkins.

19        Q      And who appears over Ms. Watkins' left shoulder?

20        A      That is Donovan Crowl.

21             MR. NESTLER:  If we could resume playing this

22   until 2:42 -- until 5:42 on the counter, please.

23             (Video played)

24             MR. NESTLER:  And we can pause it there at 5:42 on

25   the counter.
```

```
 1                 Now, let's go back to Exhibit 1500.
 2      BY MR. NESTLER:
 3           Q    And around this time, around 2:05 p.m.,
 4      do you know where video evidence shows Dolan and Harrelson
 5      to be?
 6           A    Near the East Capitol steps.
 7                MR. NESTLER:  And if we can continue playing this
 8      forward, please, from 4:13 on the counter.
 9                (Video played)
10      BY MR. NESTLER:
11           Q    Does that blue line indicate their movement?
12           A    Yes.
13                (Video played)
14      BY MR. NESTLER:
15           Q    And did that video we saw just indicate where they
16      were going?
17           A    Yes.
18           Q    We can now fast-forward for about 20 seconds, from
19      4:50 to 5:05.  Is this the same video we just saw from the
20      other recording?
21           A    Yes.
22           Q    Okay.
23                MR. NESTLER:  If you could just fast-forward to
24      about 5:05, Ms. Rohde.
25                And we go back there.  That's perfect, back to the
```

```
 1   Capitol.
 2             And play it forward from about 5:05 on the
 3   counter.
 4             (Video played)
 5   BY MR. NESTLER:
 6        Q    What is that blue line indicating, Agent Drew?
 7        A    Kennel Harrelson and Jason Dolan making their way
 8   up the East Capitol steps.
 9        Q    Okay.
10             And the video on the right-hand side, what is that
11   video showing at this time there?
12        A    The crowd storming up the East Capitol steps.
13        Q    Do you see any police officers who were there on
14   the East Capitol steps before the crowd started storming.
15        A    Yes.
16        Q    What did they start doing?
17        A    Retreating.
18             If we could continue playing.
19             (Video played)
20   BY MR. NESTLER:
21        Q    And stop there.  At 5:22 who's circled in blue?
22        A    Jason Dolan.
23        Q    Okay.  If we can continue playing.
24             (Video played)
25
```

4619

```
 1    BY MR. NESTLER:
 2         Q    If we could pause here at 5:34 on the counter.
 3              What are we looking at now?
 4         A    A text message to Jessica Watkins from
 5    Thomas Caldwell.
 6         Q    And does photo and video evidence show Caldwell's
 7    approximate location around this time at 2:06 p.m.?
 8         A    Yes.
 9         Q    Where was he according to that evidence?
10         A    He was near the Peace Monument on the west side of
11    the Capitol.
12         Q    What does Thomas Caldwell say in a text message to
13    Jessica Watkins at this time, 2:06 p.m.?
14         A    "Where are you?  Pence has punked out.  We are
15    screwed.  Tear gassing peaceful protesters at Capital steps.
16    Getting rowdy here.  I am here at the dry fountain to the
17    left of the Capitol."
18         Q    If we could continue, please.
19              And just pause for a second now at 5:39.
20              Caldwell asks Watkins where she is; is that
21    correct?
22         A    Yes.
23         Q    And says that "Pence has punked out"?
24         A    Yes.
25         Q    Where approximately is Watkins at this time,
```

1    according to video and photographic evidence.

2         A    On Pennsylvania Avenue, marching east towards the

3    Capitol.

4         Q    That location where Caldwell is at the Peace

5    Fountain, what's that road that juts off to the left there?

6         A    Pennsylvania.  And it's the intersection of 1st

7    and Penn.

8         Q    So that's Pennsylvania Avenue?

9         A    Uh-huh.

10        Q    Yes?

11        A    Yes.  Sorry.

12        Q    It's okay.

13             MR. NESTLER:  Now, if we could play it forward,

14   please, from 5:39 on the counter, Ms. Rohde.

15             (Video played)

16             MR. NESTLER:  If we could pause there at about

17   5:50 on the counter.

18             Go back one.

19             If we can go back to about 5:50 on the counter,

20   please.

21             There you go.

22             There you go.

23   BY MR. NESTLER:

24        Q    At 2:19 p.m., what are we looking at here?

25        A    This is a photo recovered from the phone of

4621

1    Thomas Caldwell.  It appears to be a selfie that he took in
2    front of the Capitol.
3        Q    And are you able to tell approximately where he is
4    at this time at 2:19 p.m.?
5        A    In the vicinity of the Peace Monument on the west
6    side of the Capitol.
7        Q    And does the photo have metadata reflecting that
8    time?
9        A    Yes.
10       Q    Can you see this, inside of this tree, what that
11   is?
12       A    Yes.
13       Q    What is that?
14       A    Appears to be a person.
15       Q    If we could go back to our text-message chain.  So
16   6731, please.
17            So we had left off on that video and photographic
18   evidence at 2:19 p.m. with Caldwell's photo, right?
19       A    Yes.
20       Q    The last message we saw on the text messages was
21   at 2:06 p.m. with Rhodes asking Whip "What's your location";
22   is that right?
23       A    Yes.
24       Q    Now, let's play the next message, please.
25            Is this message also at 2:06 p.m., the one we just

1  saw from Caldwell to Watkins?

2      A    Yes.

3      Q    Okay.  Asking "Where are you," saying "Pence has

4  punked out."

5      A    Yes.

6      Q    If we can go forward.

7           This is the rest of that message; is that correct?

8      A    Yes.

9      Q    All right.

10          And now, let's go to the next message, please.

11          So one minute later, that message was 2:06 p.m.

12  what time is this message?

13     A    2:07.

14     Q    So at 2:07 p.m., what does Liberty say to the

15  "D.C. Op Jan 6, 21 chat?

16     A    "Patriots in Capitol."

17     Q    And if we could go to the next slide, please.

18          About seven minutes later, what does Whiplash, and

19  remind us, who is Whiplash?

20     A    Michael Greene.

21     Q    What does Whiplash say seven minutes after that

22  prior message from Liberty saying patriots were in the

23  Capitol?

24     A    "They have taken ground at the Capitol."

25     Q    Now, let's go to the next message.

```
 1              At 2:13 p.m., right around this same time, what
 2    does Stewart Rhodes write to Michael Greene?
 3         A    "Call me."
 4         Q    And down here on the bottom, this is the first
 5    time we've seen this so I'm going to highlight it --
 6              MR. NESTLER:  Ms. Rohde, maybe you could just blow
 7    it up.
 8    BY MR. NESTLER:
 9         Q    Does this indicate -- well, do you know what this
10    indicates?
11         A    Yes.
12         Q    What's that?
13         A    Text messages retrieved from T-Mobile.
14         Q    Okay.  So this is one of those records that the
15    FBI got from T-Mobile?
16         A    Yes.
17         Q    And just to sort of orient us, 2400 is that larger
18    batch of data the FBI got from T-Mobile; is that right?
19         A    Yes.
20         Q    T stands for text?
21         A    Text.
22         Q    And then did the FBI get many, many tabs or sheets
23    of data from T-Mobile?
24         A    Yes.
25         Q    Okay.
```

1                    And so one is going to refer to the tab or sheet

2       what we're dealing with here; is that right?

3            A    Yes.

4            Q    And 267, do you know what that refers to?

5            A    The number of the chat.

6            Q    Okay.

7            A    Message.

8            Q    So the number of the message within that chat; is

9       that right?

10           A    Yes.

11           Q    Thank you.

12                    So let's go forward at 2:13 p.m. after Rhodes

13      sends this message to Greene directly.  Two minutes later,

14      what does Greene say to the "D.C. Op Jan. 6, 21" chain?

15           A    "We need to regroup any members who are not on

16      mission."

17           Q    And if we go to the next slide, what does Rhodes

18      say around that same time, just seconds later?

19           A    "I'm on the Supreme Court side of U.S. Capitol.

20      Whip or Landon, where are you?"

21           Q    And if we could go to the next message, what does

22      Greene tell Stewart Rhodes about a minute afterwards, at

23      2:16 p.m.?

24           A    "Went to vm."

25           Q    Do you know what "vm" stands for?

```
 1        A     Voicemail.

 2        Q     All right.

 3              So this is at 2:16 p.m., correct?

 4        A     Yes.

 5        Q     All right.

 6              Now, are you familiar with something called

 7    Facebook Live?

 8        A     Yes.

 9              MR. NESTLER:  You can take this message down,

10    please, Ms. Rohde.

11    BY MR. NESTLER:

12        Q     What's Facebook Live, Agent Drew?

13        A     It's a way for individuals to stream live video on

14    Facebook.

15        Q     Are you aware of Kellye SoRelle streaming live

16    videos on Facebook on January 6th of 2021 from the

17    Capitol Grounds?

18        A     Yes.

19        Q     Have you reviewed those videos?

20        A     Yes.

21        Q     Okay.

22              In those videos, who does SoRelle appear to

23    be with?

24        A     She appears to be with Stewart Rhodes and an

25    individual named Dario Aquino, who is a member of the
```

```
1    Oath Keepers.
2         Q    And do you know what role Dario Aquino provided at
3    various times to Stewart Rhodes?
4         A    Bodyguard.
5              MR. NESTLER:  Now, let's go to 6745.TR.
6              It's been admitted into evidence this morning.  So
7    at this time, I'll ask to just publish it to the jury.  It's
8    a PowerPoint.  It contains a transcript.
9    BY MR. NESTLER:
10        Q    And, Agent Drew, the video that the FBI obtained,
11   did it have a transcript with it?
12        A    No.
13        Q    Okay.
14             It was just the Facebook Live video; is that
15   right?
16        A    Yes.
17        Q    And who is the individual depicted on the
18   right-hand part of the screen here in 6745.1?
19        A    Kellye SoRelle.
20        Q    And what's her name on Facebook there?
21        A    Kellye Crump SoRelle.
22             MR. NESTLER:  Your Honor, there's going to be
23   transcripts accompanying these videos that we're about to
24   play.
25             THE COURT:  Okay.
```

4627

```
1                Same reminder about the transcripts, ladies and
2    gentlemen, as previously.
3                MR. NESTLER:  Why don't we go ahead and play
4    6745.1 for the jury.
5                (Video played)
6    BY MR. NESTLER:
7         Q    And, Agent Drew, have you reviewed a lot of
8    surveillance video from the Capitol Grounds?
9         A    Yes.
10        Q    And have you and other members of the FBI been
11   able to determine approximately what time this Facebook Live
12   video was it posted based on what else was happening in the
13   background of the video?
14        A    Yes.
15        Q    Do you know approximately what time it was?
16        A    2:12 to 2:16.
17        Q    So approximately around the time of the last
18   message that we were looking at, around 2:12 to 2:16 p.m.?
19        A    Yes.
20        Q    And where at the Capitol Grounds is this?
21        A    This is the East Plaza.
22        Q    And can you remind us, where were Jason Dolan and
23   Kenneth Harrelson around this time, at 2:16 p.m.?
24        A    Near the top of the East Capitol steps.
25        Q    And where are Jessica Watkins, other members of
```

1    Stack 1, about to be in the next 15 or 20 minutes?

2        A    They're about to enter the restricted area of the

3    Capitol Grounds.

4        Q    And where do they eventually end up?

5        A    The East Capitol steps inside the Capitol.

6        Q    Around the same area where Ms. SoRelle is filming?

7        A    Yes.

8        Q    If we can go to the next slide, so 6745.2.

9            And this clip, let's play this forward.

10           (Video played)

11   BY MR. NESTLER:

12       Q    And just before that video clip ended, did you see

13   an individual wearing a cowboy hat walk in front of the

14   frame?

15       A    Yes.

16       Q    Who was that individual?

17       A    Stewart Rhodes.

18           MR. NESTLER:  If we can go to the next slide,

19   please.

20           And 6745.3, we'll now play this clip from the

21   Facebook Live video.

22           (Video played)

23   BY MR. NESTLER:

24       Q    And who is the individual on the front of the

25   frame here with the cowboy hat?

1       A       Stewart Rhodes.

2       Q       And what's the final two sentences that

3  Ms. SoRelle says here around 2:16 p.m. while she's with

4  Stewart Rhodes?

5       A       "That's how you take your government back.  You

6  literally take it back."

7       Q       And now let's go to the next slide, please.  This

8  is 6746, but is this a separate Facebook Live video recorded

9  just a couple minutes later?

10      A       Yes.

11      Q       Can you tell where this is?

12      A       Yes.

13      Q       Where is that?

14      A       At the base of the East Capitol steps.

15      Q       And who's on the East Capitol steps at this time?

16      A       Jason Dolan and Kenneth Harrelson.

17              MR. NESTLER:  If we could play this clip, 6746.1.

18              (Video played)

19  BY MR. NESTLER:

20      Q       If we could go to next slide, please, at 6746.2.

21              And how does she continue?

22              Let's play it forward.

23              (Video played)

24  BY MR. NESTLER:

25      Q       Have you ever heard of a storm, Agent Drew?

1       A     Yes.

2       Q     And in what context have you heard of the storm?

3       A     QAnon conspiracy theories.

4       Q     Now, let's -- this was around 2:16 p.m., you said,

5    correct?

6       A     Yes.

7             MR. NESTLER:  Let's go back to Exhibit 1500.

8             Sorry.  Let's go to 1502.  I'm sorry, Ms. Rohde.

9    BY MR. NESTLER:

10      Q     Okay.  Back to Exhibit 1502, we had left off on

11   the counter at 5:43.  If we could play this forward.

12            You can pause for a second.

13            So here at 2:19 p.m., where does video evidence

14   show Watkins and the rest of her group to approximately be?

15      A     North side of the Capitol.

16      Q     Walking in what direction?

17      A     East.

18      Q     And who was speaking here on the Zello recording

19   at 2:19 p.m.?

20      A     Freedom Dozer 91.

21      Q     And remind us who Freedom Dozer 91 is.

22      A     Holden Haney.

23      Q     And let's listen to what Holden Haney says on the

24   Zello chat at 2:19 p.m.

25            (Audio played)

1          MR. NESTLER:  Pause there, please.

2          If we can go back to 5:54.

3    BY MR. NESTLER:

4    Q    What does Freedom Dozer say on the Zello recording

5    at 2:26 p.m.?

6    A    "Jess, pull as much intel as you can, keep up with

7    everything."

8    Q    Now, we just saw two Facebook Live videos just

9    before this from Kellye SoRelle; is that right?

10   A    Yes.

11   Q    Did she broadcast a third Facebook Live video

12   about ten minutes later, at 2:26 p.m., also on the east side

13   of the Capitol?  Sorry.  Not on the east side of the

14   Capitol.

15         Did she broadcast a Facebook Live video about

16   ten minutes later?

17   A    Yes.

18   Q    Where was that?

19   A    Northwest side of the Capitol.

20   Q    Okay.  So where has she gone between those

21   ten minutes?

22   A    From the east side of the Capitol to the northwest

23   side of the Capitol.

24   Q    Who does she continue to be with?

25   A    Stewart Rhodes.

```
 1              MR. NESTLER:  And if we can now go back to

 2    6747.TR.  It's the PowerPoint that's going to have the

 3    transcript embedded in it.  And I think it's the final slide

 4    there, Ms. Rohde, if we could play that forward.

 5              (Video played)

 6    BY MR. NESTLER:

 7        Q    Do you see where SoRelle said, "I think we're

 8    going to hang till the 20th or what?"

 9        A    Yes.

10        Q    What day was this filmed on?

11        A    January 6th.

12        Q    What was supposed to happen on January 20th?

13        A    The inauguration.

14              MR. NESTLER:  Now, let's go back to 1500, please,

15    Ms. Rohde.

16    BY MR. NESTLER:

17        Q    So this was around 2:24 p.m., you said,

18    Agent Drew, or 2:26 p.m.?

19        A    Yes.

20        Q    And let's go back to Exhibit 1500, and we'll

21    resume here from 5:49 on the counter.

22              If we could pause there.

23              At 5:55 on the counter, does this reflect

24    Stewart Rhodes' location?

25        A    Yes.
```

```
 1        Q     Where was he at 2:24 p.m.?

 2        A     Northeast side of the Capitol.

 3        Q     Where does surveillance video show them going

 4   between 2:24 p.m. and 2:26 p.m.?

 5        A     From the northeast side of the Capitol to the

 6   northwest side of the Capitol.

 7        Q     And then what happened at 2:26 p.m. with

 8   Ms. SoRelle?

 9        A     Facebook Live video.

10        Q     Okay.  We're just bringing it all together.

11              MR. NESTLER:  Now, if we play this forward just

12   for another second or two, Ms. Rohde, and stop it there at

13   5:57.

14   BY MR. NESTLER:

15        Q     What does Stewart Rhodes appear to be doing,

16   Agent Drew?

17        A     He appears to be on his cell phone.

18        Q     And if we could play this forward, please.

19              (Video played)

20   BY MR. NESTLER:

21        Q     And if we could pause there at 6:14 on the

22   counter.

23              So at this same time, at 2:24 p.m., the

24   surveillance video shows Stewart Rhodes appearing to be on

25   his cell phone.  Did the FBI recover any evidence about what
```

```
1    Stewart Rhodes was sending in terms of text messages at this
2    exact same time?
3         A    Yes.
4         Q    What's that?
5         A    A text message from Stewart Rhodes to Kelly Meggs
6    at 2:24 p.m.:  "Go to the south side of the U.S. Capitol."
7         Q    Now, Agent Drew, do you know your cardinal
8    directions?
9         A    Yes.
10        Q    Is Stewart Rhodes on the south side of the U.S.
11   Capitol?
12        A    No.
13        Q    What side of the Capitol is he on?
14        A    Northeast side.
15        Q    Now, at 2:24 p.m., do you know approximately where
16   Kelly Meggs, Jessica Watkins, and other members of their
17   group are?
18        A    Yes.
19        Q    What's that?
20        A    The north side of the Capitol.
21        Q    Is that actually reflected here on this map in
22   that yellow dot?
23        A    Yes.
24        Q    So can you circle for us where Stewart Rhodes is?
25        A    On the map?
```

4635

1       Q    On the map.

2       A    Uh-huh.

3       Q    And you circled the green dot.

4            And can you circle where Jessica Watkins,

5   Kelly Meggs, and other members of their group were on

6   the map?

7       A    Yes.

8       Q    Yellow dot?

9       A    Yes.

10      Q    Now, if we could play this forward, please.

11      A    (Witness complied.)

12      Q    Pause it there.

13           At 6:18 p.m., what does Stewart Rhodes continue

14  that same minute to say via text message to Kelly Meggs?

15      A    At 2:24 p.m., he follows up with, "That's where

16  I'm going.  To link up with Whip."

17      Q    If we could continue please.

18           (Video played)

19  BY MR. NESTLER:

20      Q    And at 2:24 p.m., you just indicated that

21  surveillance video showed the location of Meggs, Watkins,

22  and other members of their group; is that right?

23      A    Yes.

24      Q    And is that what we're seeing here on this

25  Capitol Police surveillance video?

```
 1        A    Yes.

 2        Q    At this exact same time, 2:24 p.m., do you know

 3   where Ed Vallejo is?

 4        A    Yes.

 5        Q    And how do you know where Ed Vallejo is?

 6        A    CCTV footage.

 7        Q    From where.

 8        A    The Comfort Inn hotel in Ballston, Virginia.

 9             (Video played)

10             MR. NESTLER:  Let's pause there for a second,

11   Ms. Rohde, at 7:09 on the counter.

12   BY MR. NESTLER:

13        Q    What does Ed Vallejo send to the

14   "D.C. Op Jan. 6, 21" Signal chat group at 2:24 p.m.?

15        A    "Vallejo back at hotel and outfitted.  Have 2

16   trucks available.  Let me know how I can assist."

17        Q    In military or law enforcement parlance, what does

18   "outfitted" mean?

19        A    Ready to go.

20        Q    And what does "2 trucks" mean?

21        A    He has two trucks available.

22        Q    Okay.

23             Now, let's play that forward, please.

24             (Video played)

25             MR. NESTLER:  If we can pause there at 7:21 on the
```

1    counter.

2    BY MR. NESTLER:

3        Q    Does Stewart Rhodes send a message to the same

4    chat a minute after Ed Vallejo's message?

5        A    Yes.

6        Q    And what does Stewart Rhodes post to the same

7    "D.C. Op Jan. 6, 21" chat at 2:25 p.m.?

8        A    A photo taken from the northwest side of the

9    Capitol.

10       Q    Did the FBI recover that photograph from Rhodes'

11   phone?

12       A    Yes.

13       Q    Is that what we're seeing here on the right-hand

14   side?

15       A    Yes.

16            MR. NESTLER:  If we could continue forward,

17   please, Ms. Rohde.

18            If we could pause there at 7:28.

19   BY MR. NESTLER:

20       Q    What did someone whose phone number ends in 0404

21   post to this chat at 2:26 p.m.?

22       A    "They got s seed and ran when they heard people at

23   the door."

24       Q    It says here, "Image from Paul Taylor's phone."

25            Is Paul Taylor another member of the Oath Keepers?

1      A      Yes.

2      Q      And did the FBI also recover a version of this

3  Signal chat thread from Paul Taylor?

4      A      Yes.

5      Q      Is he on this board here?

6      A      No.

7      Q      If we can continue forward, please.

8             And if we could pause there.

9             That same time, 2:26 p.m., what did Stewart Rhodes

10  post to the chat?

11     A      A reply to a message from Whiplash.

12            "Come to the south side of Capitol.  On steps."

13     Q      And remind us who Whiplash is.

14     A      Michael Greene.

15     Q      And what was Whiplash's initial post that Rhodes

16  was responding to?

17     A      "We need to regroup any members who are not on

18  mission."

19     Q      And if we could continue forward, please.

20            And pause here at 7:38 on the counter.

21            One minute later, at 2:27 p.m. what did

22  HorseWhisperer send to this chat thread?

23     A      "We the people have taken the Capitol-Congress

24  forced to recess."  And a picture of Abraham Lincoln, with

25  the words, "Republican President Abraham Lincoln."

1      Q    And if we can continue playing just for about four

2   more seconds, stopping at 7:43.

3           Thank you.

4           Now, let's go back to the text message threads

5   where all the communication was happening at 6731, please.

6           And if we can go to -- so this slide here is from

7   Stewart Rhodes to Kelly Meggs, is that right?

8      A    Their conversation -- yes, the text message, yes.

9      Q    Is this one of the messages we just saw in

10  connection with the videos?

11     A    Yes.

12     Q    Now, have you reviewed the original cell phone

13  extraction from Stewart Rhodes' phone?

14     A    Yes.

15     Q    And what's that software program that you can use

16  to review?

17     A    It's called Cellebrite.

18     Q    And does that, when you're reviewing the message

19  in Cellebrite, does that version of the software interface

20  you were using, does it allow you to see the time the

21  message was delivered to the recipient's phone?

22     A    In the version that was -- no.

23     Q    Not in Cellebrite as you were looking at it?

24     A    No.

25     Q    And now, did you at some point export the messages

```
 1    from Cellebrite to a different format?

 2         A    Yes.

 3         Q    What format was that?

 4         A    Excel.

 5         Q    Why?

 6         A    Because there were thousands and thousands of

 7    messages.

 8         Q    Was it easier to review them in Excel?

 9         A    Yes.

10         Q    When you exported them to Excel, did the data show

11    the time the message was delivered?

12         A    No.

13         Q    After your review of the messages, did you come to

14    learn there was another way to export messages?

15         A    Yes.

16         Q    And which format is that?

17         A    PDF.

18         Q    Now, if you export messages in PDF, is there

19    certain data visible?

20         A    Yes.

21         Q    What does that data show?

22         A    It shows the date and time that the message was

23    delivered.  Also the date and time the message was read.

24         Q    And does that functionality apply to all messages

25    or only certain kinds of messages?
```

1      A     Just -- not to Signal messages.  Text messages, it

2   does apply.

3      Q     Okay.  But not to Signal messages?

4      A     Correct.

5      Q     Okay.

6            Now, have you since reviewed the PDF extraction

7   showing what time some of the text messages from

8   Stewart Rhodes on January 6th were delivered to the

9   recipients' phones?

10     A     Yes.

11     Q     And this message from Stewart Rhodes to

12  Kelly Meggs which was sent at 2:42 p.m. here on the screen,

13  do you know approximately when it was delivered to

14  Kelly Meggs' cell phone?

15     A     I believe it was 6:50 p.m.

16     Q     So a couple of hours later that day?

17     A     Yes.

18     Q     If we can go forward to the next message.

19           And is this one of the messages that we read on

20  the other video from Rhodes to Meggs?

21     A     Yes.

22     Q     Okay.

23           And if we can go forward to the next message.

24           This message from Ed Vallejo about being back at

25  the hotel and outfitted with two trucks available, did we

1    just read this on the other exhibit, 1500?

2        A    Yes.

3        Q    If we can go forward to the next message.

4             Now, at 2:24 p.m., what does Michael Greene say in

5    a text message to Stewart Rhodes?

6        A    "By the trailers."

7        Q    And if we can go forward to the next message.

8             And what does Rhodes respond to Michael Greene one

9    minute later?

10       A    "On my way."

11       Q    Now, let's go forward to the next message, please.

12   On 10:59 is the message, so at 2:26 p.m. when Rhodes writes

13   to "D.C. Op Jan. 6, 21", "Come to south side of Capitol on

14   steps," is that one of the ones we had just seen in the 1500

15   exhibit?

16       A    Yes.

17       Q    And if we can go forward again, same thing for

18   HorseWhisperer's message?

19       A    Yes.

20       Q    And one more.

21            What did Liberty now tell the group about one

22   minute later, at 2:27 p.m.?

23       A    "Patriots in the capital."

24       Q    Now, let's go to the next message here.  One

25   minute after that is 2:28 p.m.; is that right?

```
 1        A    Yes.

 2        Q    What does Stewart Rhodes say to a different chat

 3   group?

 4        A    "Back door of U.S. Capitol."

 5        Q    And what chat group is he posting to now?

 6        A    F.O.S., meaning "Friends of Stone" chat.

 7        Q    If we could then go forward, in that same minute,

 8   how did Liberty continue writing in the "D.C. Op Jan. 6, 21"

 9   chat?

10        A    "Patriots in the capital.  I bet they ran through

11   those tunnels."

12        Q    Are you aware of any tunnels in connection with

13   the U.S. Capitol Building?

14        A    Yes.

15        Q    Where are those tunnels?

16        A    Located on the west side.

17        Q    And what are those tunnels designed for?

18        A    Exfil.

19        Q    What does that mean?

20        A    I'm sorry.  Exit.

21        Q    Now, if we can continue forward.

22             About one minute after that, does Stewart Rhodes

23   send a message to a different chat?

24        A    Yes.

25        Q    What chat is he posting in now?
```

1        A    The "Old Leadership" chat.

2        Q    Whats does Stewart Rhodes say at 2:30 p.m. to the

3    "Old Leadership" chat?

4        A    "Pounding on the doors."

5             MR. NESTLER:  If we can go back to Exhibit 1500,

6    please, Ms. Rohde.  And we're at around 7:43, if we could

7    play if forward from there on the counter.

8             (Video played)

9    BY MR. NESTLER:

10       Q    Around this time, Agent Drew, at 2:29 p.m. does

11   the surveillance video show the approximate location of

12   Meggs and Watkins and their group?

13       A    Yes.

14       Q    Does this video show Watkins in it?

15       A    Yes.

16            MR. NESTLER:  And now this version, if we could

17   pause it there, Ms. Rohde, at 8:02 on the counter?

18   BY MR. NESTLER:

19       Q    Do you see Kelly Meggs?

20       A    Yes.

21       Q    What is on his head?

22       A    A helmet.

23       Q    Compare that to what was on his head earlier when

24   he was walking towards the Capitol.

25       A    He was wearing a baseball cap on his way to the

```
 1   Capitol.
 2           MR. NESTLER:  If we could play this forward,
 3   please, Ms. Rohde until about 8:10 on the counter.
 4   BY MR. NESTLER:
 5       Q    So that was at 2:29 p.m.; is that correct?
 6       A    Yes.
 7           MR. NESTLER:  Let's go now back to Exhibit 1502,
 8   the Zello recordings.
 9           And we last left off here at 2:26 p.m., so let's
10   go forward.
11           You can play it for me.
12           (Audio played)
13           MR. NESTLER:  And we can pause for a second,
14   Ms. Rohde.
15   BY MR. NESTLER:
16       Q    So this version is from -- containing
17   communications from what time, Agent Drew, on the top left?
18       A    2:27 p.m.
19       Q    Till what time?
20       A    Till 2:30 p.m.
21       Q    And around that time, according to surveillance
22   video, what was Watkins' approximate location?
23       A    Ms. Watkins was on the northwest side of the
24   Capitol.
25       Q    And at --
```

1       A      Excuse me.  Northeast side of the Capitol.

2       Q      And we just saw video from -- showing Watkins

3  walking from the west to the east sides of the Capitol; is

4  that right?

5       A      Yes.

6       Q      And that was at 2:29?

7       A      Yes.

8       Q      So now we're rewinding a couple minutes to 2:27 to

9  listen to the Zello.

10             MR. NESTLER:  Let's go back about ten seconds,

11  Ms. Rohde, and play this forward.

12             (Audio played)

13             MR. NESTLER:  If we could pause there, please,

14  Ms. Rohde.

15  BY MR. NESTLER:

16      Q      Who's speaking now at 2:31 p.m.?

17      A      Jessica Watkins.

18      Q      And is she providing her location?

19      A      Yes.

20      Q      What location does she provide?

21      A      The rear mezzanine behind the dome.

22      Q      And based on your review of surveillance video,

23  could you tell approximately where Watkins was at 2:31 p.m.

24  when she was saying this?

25      A      In the East Capitol grounds.

```
 1        Q    And -- okay.  Is there a large dome in
 2   the Capitol?
 3        A    Yes.
 4             MR. NESTLER:  Okay.  If we could just rewind for
 5   about four or five seconds, Ms. Rohde, and then play this
 6   forward.
 7             (Audio played)
 8             MR. NESTLER:  If we could pause there, please, at
 9   8:11 on the counter.
10   BY MR. NESTLER:
11        Q    What is it that Watchdog ends this segment by
12   saying?
13        A    "It's not a setup.  It's this is going on anyway,
14   with or without Antifa.  If they want to join in, fucking
15   join in."
16        Q    And the time is now approximately 2:33 p.m.
17   according to when Watchdog last spoke; is that right?
18        A    Yes.
19             MR. NESTLER:  Okay.
20             Now, if we could go, just for Agent Drew,
21   Exhibit 3502.2?
22             THE COURT:  Mr. Nestler, if I could interrupt you.
23   We're at 12:30, and it seems like you're moving to another
24   exhibit.  Is it an okay time to stop or do you want to --
25             MR. NESTLER:  Two more minutes.  This is a very
```

```
 1    short segment.  It's a perfect time then.

 2              THE COURT:  Sure.

 3    BY MR. NESTLER:

 4        Q    So 3502.2.

 5              And are you familiar with what this is?

 6        A    Yes.

 7        Q    Generally, what is it?

 8        A    The announcement of the curfew on January 6th,

 9    2021, in Washington, D.C.

10              MR. NESTLER:  The government moves into evidence

11    Exhibit 3502.2.

12              MR. WOODWARD:  The Court's indulgence.

13              No objection.

14              THE COURT:  3502.2 will be admitted.

15                              (Government's Exhibit 3502.2
                                   received into evidence.)
16

17              MR. NESTLER:  If we could put this on the screen

18    for the jury, please.

19    BY MR. NESTLER:

20        Q    Do you see, Agent Drew, what Mayor Muriel Bowser

21    tweeted at 2:31 p.m. on January 6th?

22        A    Yes.

23        Q    What did she write in the --

24              MR. NESTLER:  If you could just zoom in, Ms. Rohde

25    on the top portion.
```

1              THE WITNESS:  "Today, I'm ordering a city-wide

2     curfew for the District of Columbia from 6:00 p.m. on

3     Wednesday, January 6th, until 6:00 a.m. on Thursday,

4     January 7th."

5     BY MR. NESTLER:

6         Q    And if we could then go to the next portion, what

7     does the sort of formal language say?

8         A    "Today, Mayor Muriel Bowser ordered a city-wide

9     curfew for the District of Columbia from 6:00 p.m. on

10    Wednesday, January 6th, until 6:00 a.m. on Thursday,

11    January 7th.

12             "During the hours of the curfew, no person, other

13    than persons designated by the Mayor, shall walk, bike, run,

14    loiter, stand, or motor by car or other mode of transport

15    upon any street, alley, park, or other public place within

16    the District.

17             "The curfew imposed by the Mayor's order shall not

18    apply to essential workers, including working media with

19    their outlet-issued credentials, when engaged in essential

20    functions, including travel to and from their essential

21    work."

22        Q    If we could just go back and confirm the time

23    because we're going to stop for our lunch break.

24             What time was this curfew disseminated?

25        A    2:31 p.m.

1          MR. NESTLER:  Thank you, Your Honor.

2          THE COURT:  Okay.  Ladies and gentlemen, we have

3     reached our lunch hour.  It is 12:35 now.  We will resume at

4     1:35.  Enjoy your lunch hour, everyone.  See you soon.

5          COURTROOM DEPUTY:  All rise.

6          (Jury exited)

7          THE COURT:  All right.  Special Agent Drew, you

8     can step down and just remind you not to discuss your

9     testimony during the lunch break.

10          THE WITNESS:  Yes, Your Honor.

11          THE COURT:  Thank you.

12          All right.  Anything we need to address before we

13     adjourn?

14          MR. NESTLER:  Not from the government, Your Honor.

15          MR. LINDER:  No, Your Honor.

16          THE COURT:  Okay.

17          MR. FISCHER:  Your Honor, I have the issue with

18     the grand jury, but we can do that before if you'd like,

19     before the jury comes back.

20          THE COURT:  Do you want to do that?  Is that

21     something you want to try to introduce this afternoon?

22          MR. FISCHER:  Yes, Your Honor.

23          THE COURT:  Why don't we just come back a few

24     minutes, let's say 1:30, and we can talk about it.

25          MR. FISCHER:  Thank you, Your Honor.

1          MR. NESTLER:  I should just flag, this afternoon,

2     I do intend to introduce some video from the

3     Lower West Terrace tunnel around the time that Mr. Caldwell

4     was able to view it.

5          THE COURT:  So let's come back at 1:20.

6          (Recess from 12:35 p.m. to 1:20 p.m.)

## C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__October 20, 2022_____     

William P. Zaremba, RMR, CRR

**BY MR. NESTLER:**
**[97]** 4506/11 4513/13
4515/1 4517/9 4518/20
4519/13 4522/25
4524/7 4525/18 4527/2
4527/9 4533/24 4536/3
4541/5 4543/19 4544/5
4545/17 4552/2 4555/8
4557/17 4557/21
4558/15 4559/4
4561/15 4562/21
4563/14 4565/3
4566/23 4567/13
4568/5 4571/24 4572/7
4573/3 4575/4 4575/20
4576/25 4577/18
4578/20 4581/6
4589/14 4591/4
4591/22 4592/18
4594/9 4594/14 4595/9
4595/22 4597/11
4598/9 4602/4 4604/25
4606/21 4608/2 4608/7
4609/15 4611/21
4612/10 4613/6 4614/9
4615/1 4615/11
4615/24 4616/16
4617/2 4617/10
4617/14 4618/5
4618/20 4618/25
4620/23 4623/8
4625/11 4626/9 4627/6
4628/11 4628/23
4629/19 4629/24
4630/9 4631/3 4632/6
4632/16 4633/14
4633/20 4635/19
4636/12 4637/2
4637/19 4644/9
4644/18 4645/4
4645/15 4646/15
4647/10 4648/3
4648/19 4649/5
**BY THE COURT: [1]**
4521/12
**COURTROOM
DEPUTY: [8]** 4504/2
4504/5 4505/11
4505/23 4506/1
4593/19 4594/3 4650/5
**MR. BRIGHT: [2]**
4535/12 4535/17
**MR. FISCHER: [6]**
4525/13 4535/23
4551/23 4650/17
4650/22 4650/25
**MR. LINDER: [8]**
4517/3 4526/22
4535/11 4535/16
4535/22 4555/4
4564/25 4650/15
**MR. NESTLER: [127]**
4505/2 4505/19
4505/21 4512/5
4513/24 4514/20
4515/11 4516/6
4516/24 4518/14

4522/23 4524/5
4525/10 4525/17
4526/19 4526/23
4527/1 4527/6 4533/23
4535/5 4535/8 4535/18
4535/25 4540/24
4543/13 4543/16
4543/18 4544/3
4545/13 4551/22
4555/2 4557/9 4559/1
4561/14 4562/18
4564/22 4566/18
4567/10 4568/1 4568/4
4571/21 4573/1 4575/2
4575/13 4575/18
4576/11 4576/24
4577/17 4578/17
4578/19 4580/18
4580/24 4581/5 4589/7
4589/12 4590/22
4591/13 4591/18
4592/15 4592/17
4593/10 4594/8
4594/12 4595/3
4595/16 4595/18
4597/7 4598/7 4602/2
4604/21 4604/24
4606/18 4606/23
4607/24 4608/5
4609/12 4611/16
4612/9 4613/1 4613/4
4614/7 4614/22
4615/10 4615/18
4615/22 4616/12
4616/15 4616/21
4616/24 4617/7
4617/23 4620/13
4620/16 4623/6 4625/9
4626/5 4626/22 4627/3
4628/18 4629/17
4630/7 4631/1 4632/1
4632/14 4633/11
4636/10 4636/25
4637/16 4644/5
4644/16 4645/2 4645/7
4645/13 4646/10
4646/13 4647/4 4647/8
4647/19 4647/25
4648/10 4648/17
4648/24 4650/1
4650/14 4651/1
**MR. WOODWARD: [9]**
4518/16 4535/7
4540/25 4557/11
4564/24 4576/13
4581/1 4595/5 4648/12
**THE COURT: [49]**
4504/4 4504/23 4505/3
4505/13 4505/20
4506/2 4506/4 4514/19
4514/22 4515/25
4516/22 4517/1 4517/4
4518/17 4525/14
4526/21 4535/9
4535/14 4535/20
4535/24 4541/1
4551/24 4555/5

4575/15 4576/14
4576/17 4581/2 4589/9
4591/8 4591/16
4593/14 4593/21
4594/2 4594/5 4595/6
4595/17 4626/25
4647/22 4648/2
4648/14 4650/2 4650/7
4650/11 4650/16
4650/20 4650/23
4651/5
**THE WITNESS: [5]**
4506/3 4506/6 4545/15
4649/1 4650/10

**'**

**'21 [3]** 4524/20 4525/8
4541/19
**'area' [1]** 4565/14
**'em [2]** 4542/9 4546/5
**'passes' [1]** 4547/2
**'Yes.' [1]** 4552/22

**-**

**-.12 [1]** 4516/3
**-.19 [1]** 4516/4
**-.2 [3]** 4516/3 4516/3
4517/6
**-.3 [3]** 4516/3 4517/6
4517/7
**-.3A [1]** 4516/4
**-.4 [2]** 4516/4 4517/6
**-47 [1]** 4517/7

**.**

**.12 [2]** 4515/15 4516/3
**.19 [2]** 4515/22 4516/4
**.2 [6]** 4515/17 4515/18
4516/3 4516/3 4516/8
4517/6
**.3 [9]** 4514/17 4515/16
4515/19 4516/3 4516/3
4516/9 4516/16 4517/6
4517/7
**.3A [2]** 4515/21 4516/4
**.4 [5]** 4514/15 4515/21
4516/4 4516/11 4517/6
**.6 [1]** 4514/13
**.7 [1]** 4514/13
**.8 [1]** 4514/2
**.P.2 [1]** 4514/9
**.P.3 [1]** 4514/5
**.V.2 [1]** 4514/4
**.V.3 [1]** 4514/3

**0**

**0404 [1]** 4637/20
**08077 [1]** 4500/13
**0826 [1]** 4500/18

**1**

**1% Watchdog [1]**
4577/19
**10 [5]** 4504/9 4613/13
4613/14 4613/18
4613/19
**1053.1 [2]** 4516/8
4517/6

**1073 [2]** 4575/5
4575/10
**1073.1 [4]** 4575/9
4575/13 4575/16
4575/23
**1073.1TR [1]** 4576/1
**1077.1 [1]** 4515/15
**1078.1 [2]** 4515/16
4516/3
**1079.1 [2]** 4515/17
4516/3
**108.2 [1]** 4516/3
**1082.1 [3]** 4515/18
4516/12 4517/6
**1083.1 [2]** 4516/9
4517/6
**1085.1 [2]** 4515/19
4516/3
**1087 [2]** 4516/11
4517/6
**1089.1 [2]** 4515/20
4516/4
**1091.1 [2]** 4516/11
4517/6
**1093.1 [2]** 4516/13
4517/6
**1096.1 [2]** 4515/20
4516/4
**1098.1 [2]** 4515/22
4516/4
**1099.2 [2]** 4516/14
4517/6
**10:59 [1]** 4642/12
**10th [3]** 4552/3
4595/11 4605/9
**11 [4]** 4515/13 4565/17
4579/20 4579/23
**1101.2 [2]** 4516/16
4517/7
**1102 [3]** 4516/14
4516/15 4517/7
**1104 [2]** 4516/17
4517/7
**1105 [2]** 4515/23
4516/4
**111 [1]** 4597/8
**11414 [4]** 4579/22
4585/3 4585/13 4586/3
**11:00 [1]** 4593/16
**11:00 a.m [1]** 4548/23
**11:05 a.m [1]** 4594/1
**11:20 [1]** 4593/17
**11:21 [1]** 4519/23
**11:21 a.m [1]** 4594/1
**11:36 [1]** 4564/4
**11th [3]** 4598/6
4598/10 4598/21
**12 [1]** 4515/15
**120 [1]** 4565/24
**12:30 [2]** 4556/13
4647/23
**12:35 [1]** 4650/3
**12:35 p.m [1]** 4651/6
**12:36 [1]** 4562/1
**12th [1]** 4605/10
**13 [1]** 4550/21
**135 [2]** 4513/9 4514/12

**1,** Sandra Parker's
**[1]** 4513/21
**135.V.1 [1]** 4514/12
**136 [1]** 4562/1
**13:01 [1]** 4588/1
**13th [3]** 4553/13
4553/15 4601/17
**144 [1]** 4571/23
**1460 [1]** 4499/12
**14th [1]** 4601/6
**15 [7]** 4498/4 4498/7
4504/6 4520/5 4593/22
4593/25 4628/1
**1500 [18]** 4556/16
4556/21 4557/10
4557/14 4557/15
4566/19 4571/21
4573/15 4604/7
4614/16 4614/24
4617/1 4630/7 4632/14
4632/20 4642/1
4642/14 4644/5
**1502 [11]** 4574/23
4575/21 4575/22
4576/12 4576/14
4576/15 4590/24
4611/13 4630/8
4630/10 4645/7
**153 [1]** 4532/14
**1530 [5]** 4517/13
4526/4 4531/12
4534/12 4536/9
**1530.1 [6]** 4534/25
4535/5 4535/10
4535/24 4536/1
4595/21
**1555 [6]** 4524/6
4525/12 4525/14
4525/15 4527/6
4534/16
**159 [1]** 4525/20
**17 [1]** 4558/13
**17110 [1]** 4499/15
**17th [1]** 4507/5
**1808 [1]** 4500/3
**18th [3]** 4513/7
4553/12 4553/20
**19 [1]** 4515/22
**19 seconds [1]**
4561/12
**192 [2]** 4513/21
4514/13
**192.P.4 [1]** 4514/13
**192.V.1 [2]** 4514/15
4567/14
**19th [1]** 4512/14
**1:01 [1]** 4588/3
**1:01 p.m [1]** 4588/12
**1:04 p.m [1]** 4565/5
**1:07 [2]** 4563/15
4566/20
**1:13 [1]** 4563/24
**1:20 [1]** 4651/5
**1:20 p.m [1]** 4651/6
**1:25 [2]** 4566/21
4568/9
**1:25 p.m [1]** 4566/12
**1:26 [2]** 4567/19

# 1

1:26... [1] 4568/11
1:30 [1] 4650/24
1:30 p.m [1] 4568/15
1:31 [1] 4577/15
1:33 [3] 4591/2 4591/11 4591/19
1:35 [1] 4650/4
1:36 [3] 4570/10 4570/14 4571/1
1:38 p.m [2] 4571/16 4572/3
1:41 [1] 4574/2
1:41 p.m [1] 4572/9
1:46 [1] 4574/7
1:46 p.m [1] 4574/2
1:47 [1] 4574/16
1:48 [3] 4578/25 4588/10 4588/12
1:49 [3] 4578/3 4578/10 4591/11
1:50 [3] 4592/10 4592/19 4604/12
1:50 p.m [1] 4605/3
1:52 [2] 4578/25 4592/19
1:53 [3] 4605/7 4605/20 4607/6
1:53 p.m [1] 4606/25
1:56 p.m [2] 4611/22 4612/4
1:58 [1] 4612/11
1:59 [6] 4525/9 4608/3 4608/8 4609/25 4610/5 4613/25
1:59 p.m [1] 4613/11
1st [2] 4564/13 4620/6

# 2

20 [4] 4498/5 4617/18 4628/1 4652/7
200 [2] 4513/22 4514/16
200.P.1 [1] 4514/17
200.V.1 [1] 4514/17
20001 [1] 4501/5
20010 [1] 4500/4
20036 [1] 4500/9
2006 [1] 4500/12
202 [4] 4498/18 4500/4 4500/9 4501/5
2020 [5] 4551/11 4552/3 4555/10 4579/22 4596/9
2021 [34] 4507/6 4508/16 4512/14 4513/1 4513/7 4514/9 4514/10 4516/9 4518/22 4519/3 4524/12 4525/25 4526/17 4529/13 4531/23 4536/19 4537/22 4538/15 4539/10 4540/16 4541/11 4549/20 4550/17 4577/25 4583/1 4585/12 4586/21 4587/6

4601/17 4604/8
4625/16 4648/9
2022 [2] 4498/5 4652/7
2052 [2] 4516/20 4517/7
20579 [1] 4498/17
20th [2] 4632/8 4632/12
21 [11] 4547/20 4565/6 4567/4 4571/16 4611/10 4622/15 4624/14 4636/14 4637/7 4642/13 4643/8
21061-3065 [1] 4500/18
214 [2] 4499/5 4499/9
22 [2] 4513/18 4514/2
22-15 [2] 4498/4 4504/6
22.P.1 [2] 4514/2 4563/16
22.V.1 [1] 4514/3
22.V.3 [1] 4542/22
22nd [2] 4554/12 4554/19
2400 [3] 4539/15 4539/24 4623/17
252-7277 [1] 4498/18
252-9900 [1] 4499/5
2615 [1] 4500/9
267 [1] 4624/4
29 [5] 4512/16 4512/18 4512/24 4513/18 4514/5
29.P.1 [1] 4514/5
29.P.2 [1] 4544/16
29.P.3 [1] 4545/4
29.V.1 [2] 4514/6 4561/17
29th [3] 4513/4 4554/21 4555/10
2:00 [7] 4611/14 4613/24 4613/25 4614/17 4614/19 4615/12 4615/15
2:00 p.m [2] 4611/23 4612/4
2:01 [2] 4610/8 4610/12
2:04 [4] 4606/25 4608/19 4610/16 4610/24
2:05 [3] 4610/25 4616/6 4617/3
2:06 [6] 4611/8 4619/7 4619/13 4621/21 4621/25 4622/11
2:07 [2] 4622/13 4622/14
2:12 [2] 4627/16 4627/18
2:13 [3] 4615/13 4623/1 4624/12
2:15 [1] 4520/2
2:16 [6] 4625/3 4627/16 4627/18 4627/23 4629/3 4630/4

2:18 [2] 4578/19 4611/17
2:19 [6] 4620/24 4621/4 4621/18 4630/13 4630/19 4630/24
2:20 [3] 4573/1 4611/19 4612/6
2:24 [10] 4520/6 4632/17 4633/1 4633/23 4634/6 4634/15 4635/15 4635/20 4636/2 4636/14
2:24 p.m [2] 4633/4 4642/4
2:25 p.m [1] 4637/7
2:26 [6] 4631/5 4631/12 4632/18 4633/7 4642/12 4645/9
2:26 p.m [3] 4633/4 4637/21 4638/9
2:27 [1] 4646/8
2:27 p.m [3] 4638/21 4642/22 4645/18
2:28 p.m [1] 4642/25
2:29 [2] 4645/5 4646/6
2:29 p.m [1] 4644/10
2:30 p.m [2] 4644/2 4645/20
2:31 [3] 4646/16 4646/23 4648/21
2:31 p.m [1] 4649/25
2:32 [1] 4520/9
2:33 [1] 4647/16
2:35 [1] 4604/9
2:37 [1] 4521/6
2:40 [1] 4604/16
2:42 [1] 4616/22
2:42 p.m [1] 4641/12
2:43 [1] 4604/24

# 3

30 [3] 4535/20 4608/21 4610/17
30-millimeter [1] 4613/23
300 [1] 4500/17
3000 [2] 4512/6 4514/24
3065 [1] 4500/18
318 [1] 4499/12
32-gigabyte [1] 4513/2
3249 [1] 4501/5
3300 [2] 4499/3 4499/7
333 [1] 4501/4
345 [1] 4533/3
3502.2 [5] 4647/21 4648/4 4648/11 4648/14 4648/15
352-2615 [1] 4500/9
354-3249 [1] 4501/5
37 [1] 4520/14
3:00 [3] 4510/17 4510/19 4550/24
3:15 [1] 4608/6
3:16 [1] 4523/10

3:23 [1] 4608/18
3:24 [1] 4614/23
3:30 [7] 4518/24 4519/4 4519/7 4521/19 4556/13 4564/13 4564/17
3:37 [1] 4612/11
3rd [1] 4513/1

# 4

4031 [1] 4499/15
410 [1] 4500/18
412-4676 [1] 4499/16
45 [1] 4554/4
4676 [1] 4499/16
47 [1] 4517/7
487-1460 [1] 4499/12
4:13 [2] 4615/10 4617/8
4:50 [1] 4617/19
4U [1] 4590/16

# 5

50 [3] 4513/2 4531/16 4531/21
51 [1] 4520/1
5100 [1] 4579/21
5102 [1] 4588/7
5112 [1] 4579/21
5117 [5] 4579/16 4580/8 4580/25 4581/2 4581/3
5118 [4] 4588/24 4589/8 4589/9 4589/10
5120 [1] 4580/1
5126 [1] 4580/1
52 [2] 4522/7 4522/16
53 [3] 4513/6 4513/19 4514/7
53.P.1 [1] 4514/7
538 [1] 4596/18
539 [1] 4596/21
568 [1] 4599/1
5708 [1] 4500/13
571 [1] 4599/15
572 [1] 4599/18
573 [1] 4599/21
594 [1] 4600/5
595 [1] 4600/8
5:00 [1] 4612/7
5:01 [1] 4613/5
5:05 [3] 4617/19 4617/24 4618/2
5:07 [1] 4614/7
5:22 [1] 4618/21
5:34 [1] 4619/2
5:39 [2] 4619/19 4620/14
5:42 [2] 4616/22 4616/24
5:43 [1] 4630/11
5:49 [1] 4632/21
5:50 [2] 4620/17 4620/19
5:54 [1] 4631/2
5:55 [1] 4632/23
5:57 [1] 4633/13

501 [5] 4554/9 4550/17 4583/1 4586/21 4587/6

# 6

6, 21 [1] 4622/15
601 [2] 4498/17 4500/7
607-5708 [1] 4500/13
6235 [1] 4570/20
656 [1] 4530/6
670 [1] 4516/18
6730 [6] 4540/13 4540/15 4540/24 4541/1 4541/2 4545/20
6731 [9] 4564/9 4564/23 4565/1 4565/2 4568/13 4573/13 4609/12 4621/16 4639/5
6735 [6] 4593/13 4594/13 4594/20 4595/4 4595/6 4595/7
6740 [4] 4517/21 4518/15 4518/17 4518/18
6745 [2] 4516/18 4517/7
6745.1 [2] 4626/18 4627/4
6745.2 [1] 4628/8
6745.3 [1] 4628/20
6745.TR [1] 4626/5
6746 [2] 4516/18 4629/8
6746.1 [1] 4629/17
6746.2 [1] 4629/20
6747 [1] 4516/18
6747.TR [1] 4632/2
6748 [4] 4551/17 4551/22 4551/24 4551/25
6749 [4] 4554/17 4554/25 4555/5 4555/6
6750 [4] 4526/12 4526/20 4526/21 4526/24
696 [1] 4529/19
6:00 [1] 4649/10
6:00 a.m [1] 4649/3
6:00 p.m [2] 4649/2 4649/9
6:14 [1] 4633/21
6:16 [1] 4553/14
6:18 [1] 4635/13
6:27 [1] 4541/6
6:30 [1] 4546/8
6:30 a.m [1] 4545/22
6:33 [1] 4545/25
6:49 [1] 4522/9
6:50 [2] 4523/10 4641/15
6:57 [1] 4543/1
6th [57] 4507/2 4508/16 4510/22 4511/2 4511/3 4514/10 4514/11 4518/22 4519/3 4521/19 4523/10 4524/12 4526/5 4526/17

**6**

**6th...** [43] 4528/18
4529/13 4529/22
4531/23 4532/16
4534/9 4536/19
4537/22 4538/15
4539/10 4540/8 4540/9
4540/16 4541/7
4541/11 4543/2 4545/6
4548/17 4548/24
4549/20 4551/10
4556/7 4556/9 4564/14
4564/17 4568/20
4576/6 4576/9 4577/25
4579/14 4587/25
4595/11 4601/9 4604/8
4609/13 4616/9
4625/16 4632/11
4641/8 4648/8 4648/21
4649/3 4649/10

**7**

**700** [2] 4499/4 4499/8
**7077** [3] 4516/19
4516/24 4517/7
**71301** [1] 4499/11
**717** [1] 4499/16
**720-7777** [1] 4499/9
**720p** [4] 4547/22
4548/3 4548/4 4548/4
**7277** [1] 4498/18
**73** [2] 4513/20 4514/8
**73.P.1** [1] 4514/8
**73.P.3** [1] 4514/9
**73.V.1** [1] 4514/10
**7310** [1] 4500/17
**7447** [1] 4500/4
**75219** [2] 4499/4
4499/8
**7777** [1] 4499/9
**787-0826** [1] 4500/18
**7:09** [1] 4636/11
**7:21** [1] 4636/25
**7:27** [1] 4544/19
**7:28** [1] 4637/18
**7:28 a.m** [1] 4545/5
**7:38** [1] 4638/20
**7:43** [2] 4639/2 4644/6
**7th** [3] 4516/9 4649/4
4649/11

**8**

**819** [1] 4499/11
**85** [1] 4527/14
**856** [1] 4500/13
**8:02** [1] 4644/17
**8:10** [1] 4645/3
**8:11** [1] 4647/9
**8:27** [1] 4519/14
**8:56** [1] 4519/14

**9**

**900** [1] 4500/8
**902** [2] 4515/13
4579/20
**91** [3] 4585/5 4630/20
4630/21
**9900** [1] 4499/5

**9:00** [2] 4505/8 4505/9
**9:30** [2] 4498/6 4583/1
**9:51 a.m** [1] 4547/1
**9:54** [1] 4519/19

**A**

**a.m** [21] 4498/6 4505/8
4519/14 4519/19
4519/23 4522/9
4523/10 4541/6 4543/1
4544/19 4545/5
4545/22 4545/25
4547/1 4548/23
4550/24 4564/4 4594/1
4594/1 4649/3 4649/10
**Aaron** [5] 4513/2
4524/2 4531/10
4531/11 4531/15
**Aaron Stone** [2]
4513/2 4531/11
**Aaron Stone's** [3]
4524/2 4531/10
4531/15
**ability** [1] 4510/4
**able** [12] 4520/16
4527/20 4538/1
4538/10 4538/17
4539/12 4542/14
4580/21 4585/18
4621/3 4627/11 4651/4
**about** [112] 4508/15
4508/22 4510/4 4511/1
4512/12 4513/11
4515/2 4518/24 4519/3
4519/4 4519/7 4521/19
4524/3 4525/17
4532/20 4536/6 4539/5
4542/2 4542/11
4542/20 4546/14
4546/14 4547/17
4548/17 4548/19
4550/10 4550/13
4550/20 4551/3 4553/3
4553/6 4553/11
4553/19 4554/4
4554/11 4554/18
4555/21 4556/2
4556/13 4557/18
4558/13 4561/11
4562/13 4563/15
4564/13 4564/17
4565/17 4565/23
4566/2 4568/11
4568/15 4569/2
4569/14 4569/25
4570/9 4571/8 4571/15
4572/8 4572/9 4574/1
4576/18 4577/15
4577/22 4579/4
4579/13 4581/15
4588/6 4591/2 4591/6
4591/24 4593/22
4594/16 4594/22
4594/22 4597/18
4599/23 4601/9
4601/14 4601/18
4602/1 4602/5 4604/22

**9:00** [2] 4607/17 4610/12
**9:30** [2] 4611/17 4612/7
4612/16 4617/18
4617/24 4618/2
4620/16 4620/19
4622/18 4624/22
4626/23 4627/1 4628/1
4628/2 4631/12
4631/15 4633/25
4639/1 4641/24
4642/21 4643/22
4645/3 4646/10 4647/5
4650/24
**above** [1] 4652/4
**above-titled** [1] 4652/4
**Abraham** [2] 4638/24
4638/25
**Absolutely** [1] 4510/6
**accepted** [1] 4599/13
**access** [2] 4537/14
4588/13
**accompanying** [1]
4626/23
**accomplish** [1]
4583/12
**according** [6] 4563/24
4571/2 4619/9 4620/1
4645/21 4647/17
**account** [7] 4581/9
4581/16 4585/13
4585/15 4585/19
4585/19 4602/16
**accurate** [5] 4540/3
4540/22 4575/9
4615/16 4615/17
**accurately** [2] 4557/6
4594/25
**acquisition** [1]
4512/20
**act** [5] 4552/6 4552/11
4552/21 4554/2
4568/25
**acting** [1] 4569/5
**active** [1] 4585/13
**activities** [1] 4508/13
**activity** [3] 4587/14
4587/18 4587/23
**actual** [8] 4577/9
4578/11 4581/14
4608/15 4608/23
4610/10 4612/13
4614/1
**Actual-Oath Keeper** [1]
4614/1
**Actual-Oath Keepers**
[1] 4581/14
**actually** [3] 4505/8
4607/21 4634/21
**added** [1] 4536/9
**addition** [4] 4536/9
4536/15 4537/7
4558/21
**additional** [2] 4509/2
4548/16
**address** [1] 4650/12
**adjourn** [1] 4650/13
**administrative** [2]

**administrator** [2]
4604/2 4604/6
**admission** [2] 4575/13
4576/11
**admit** [2] 4514/1
4557/9
**admitted** [22] 4502/10
4514/22 4516/2 4517/4
4518/17 4525/14
4526/21 4535/24
4541/1 4542/23
4544/17 4551/24
4555/5 4557/14 4565/1
4575/15 4576/14
4581/2 4589/9 4595/6
4626/6 4648/14
**affiliated** [1] 4559/13
**affiliation** [1] 4586/8
4586/10
**after** [27] 4519/7
4521/3 4546/15
4554/11 4554/18
4555/13 4560/14
4568/15 4571/15
4593/16 4595/11
4597/12 4597/18
4599/14 4601/9
4601/22 4608/22
4609/6 4611/5 4612/23
4613/25 4622/21
4624/12 4637/4
4640/13 4642/25
4643/22
**afternoon** [5] 4564/6
4564/12 4609/14
4650/21 4651/1
**afterwards** [1] 4624/22
**again** [8] 4521/6
4540/7 4547/10
4582/11 4594/10
4609/25 4615/12
4642/17
**against** [2] 4552/12
4552/15
**Agence** [2] 4515/9
4515/22
**agency** [1] 4515/7
**agent** [43] 4505/22
4506/2 4506/16 4515/5
4517/10 4517/15
4517/22 4517/23
4523/7 4524/6 4526/13
4534/24 4540/13
4554/17 4556/17
4557/23 4564/9
4574/23 4583/5 4586/6
4588/23 4589/15
4591/5 4593/22 4602/6
4605/2 4606/22
4613/14 4614/17
4615/3 4618/6 4625/12
4626/10 4627/7
4629/25 4632/18
4633/16 4634/7
4644/10 4645/17
4647/20 4648/20
4650/7

**Agent Drew** [31]
4506/2 4515/5 4517/15
4517/23 4523/7 4524/6
4557/23 4564/9 4583/5
4586/6 4589/15 4591/5
4593/22 4602/6 4605/2
4606/22 4613/14
4614/17 4615/3 4618/6
4625/12 4626/10
4627/7 4629/25
4632/18 4633/16
4634/7 4644/10
4645/17 4647/20
4648/20
**agents** [1] 4509/13
**agree** [3] 4512/9
4512/22 4597/22
**agrees** [1] 4569/23
**ahead** [1] 4627/3
**aided** [1] 4501/7
**Air** [1] 4613/17
**Airborne** [4] 4584/18
4586/14 4592/20
4592/22
**Airborne America** [3]
4586/14 4592/20
4592/22
**aircraft** [2] 4548/2
4613/20
**AL** [7] 4498/6 4507/16
4571/13 4580/2
4590/21 4610/16
4610/20
**Al-Qaeda** [1] 4507/16
**Alabama** [1] 4530/21
**alert** [1] 4509/1
**Alex** [3] 4533/14
4533/19 4550/9
**Alex Jones** [3] 4533/14
4533/19 4550/9
**Alexander** [2] 4533/14
4533/21
**Alexandra** [2] 4498/15
4504/12
**Alexandra Hughes** [1]
4504/12
**Alexandria** [1] 4499/11
**Ali** [2] 4533/14 4533/21
**Ali Alexander** [2]
4533/14 4533/21
**all** [66] 4504/2 4504/21
4505/3 4505/10
4505/13 4505/17
4509/8 4512/10
4513/24 4514/3
4514/19 4514/22
4515/2 4515/24 4517/2
4517/4 4517/4 4517/11
4518/17 4519/5
4524/18 4525/1
4526/21 4528/15
4533/25 4534/17
4534/17 4535/9
4535/15 4535/20
4535/24 4540/6
4553/19 4554/1
4554/16 4556/6
4559/23 4559/23

**A**

all... [28] 4560/6
4564/8 4566/18
4567/10 4571/18
4573/22 4573/25
4577/19 4578/2 4578/3
4578/6 4580/24 4589/9
4593/17 4593/19
4593/21 4593/24
4594/5 4603/1 4622/9
4625/2 4625/5 4633/10
4639/5 4640/24 4650/5
4650/7 4650/12
all right [6] 4505/10
4517/2 4519/5 4578/2
4580/24 4650/7
alley [1] 4649/15
allow [1] 4639/20
allowed [4] 4603/3
4603/4 4604/1 4604/3
allowing [1] 4596/25
allows [1] 4604/4
Almost [1] 4507/25
alone [1] 4592/9
along [1] 4558/17
already [3] 4517/14
4542/22 4544/16
also [30] 4505/16
4509/25 4512/17
4524/2 4526/4 4530/16
4532/25 4533/11
4536/9 4537/7 4538/21
4542/3 4545/4 4555/14
4562/16 4564/5
4570/14 4580/1
4580/19 4582/5
4586/12 4587/13
4589/1 4600/19
4610/12 4611/4
4621/25 4631/12
4638/2 4640/23
always [1] 4538/25
am [4] 4547/23 4550/4
4598/22 4619/16
AMERICA [6] 4498/3
4504/7 4584/18
4586/14 4592/20
4592/22
American [1] 4565/25
AMIT [2] 4498/9 4504/3
Amit P. Mehta [1]
4504/3
among [1] 4564/12
amongst [4] 4523/9
4540/10 4540/15
4564/5
Angeles [2] 4515/9
4515/22
Ann [1] 4516/15
announcement [1]
4648/8
another [9] 4520/6
4549/14 4550/5
4593/15 4599/24
4633/12 4637/25
4640/14 4647/23
answer [1] 4554/14
Antifa [3] 4546/11

any [24] 4508/22
4509/22 4514/19
4517/2 4536/18
4543/20 4548/10
4552/20 4553/4
4576/21 4581/25
4584/1 4586/8 4588/13
4602/12 4603/22
4604/1 4612/21
4618/13 4624/15
4633/25 4638/17
4643/12 4649/15
anybody [2] 4536/22
4593/23
anyone [4] 4532/18
4533/7 4547/2 4547/23
anyplace [1] 4560/25
anything [5] 4508/22
4571/19 4591/24
4599/10 4650/12
anyway [1] 4647/13
app [2] 4587/25
4588/16
appear [6] 4540/3
4540/22 4584/21
4605/9 4625/22
4633/15
APPEARANCES [4]
4498/13 4498/20
4499/17 4500/20
appearing [1] 4633/24
appears [8] 4543/12
4616/9 4616/17
4616/19 4621/1
4621/14 4625/24
4633/17
apply [3] 4640/24
4641/2 4649/18
appointment [1]
4505/8
approximate [11]
4557/2 4557/6 4562/2
4573/6 4576/9 4578/24
4605/17 4616/3 4619/7
4644/11 4645/22
approximately [24]
4510/15 4510/19
4511/5 4511/9 4521/18
4523/17 4543/4
4567/21 4582/25
4583/1 4604/11
4604/12 4604/18
4616/8 4619/25 4621/3
4627/11 4627/15
4627/17 4630/14
4634/15 4641/13
4646/23 4647/16
Aquino [2] 4625/25
4626/2
are [94] 4504/21
4504/25 4508/9
4511/11 4513/24
4514/2 4514/14
4515/11 4516/8
4517/23 4518/5
4518/21 4519/14
4520/9 4520/16

4523/2 4523/9 4523/13
4524/8 4528/9 4530/11
4534/7 4534/20 4537/7
4537/10 4537/20
4539/8 4540/9 4541/23
4542/15 4543/20
4546/3 4548/16 4549/9
4549/19 4554/3
4554/13 4560/1 4569/5
4571/19 4572/15
4574/20 4574/24
4580/4 4580/14
4582/16 4582/19
4582/19 4583/14
4583/14 4583/15
4583/17 4583/21
4584/1 4584/12
4584/15 4587/2
4588/12 4592/3
4601/16 4604/17
4604/18 4604/18
4606/15 4606/25
4607/1 4607/21
4607/21 4608/8
4609/16 4611/7 4612/3
4615/12 4615/16
4615/17 4619/3
4619/14 4619/14
4620/24 4621/3 4622/3
4624/15 4624/20
4625/6 4625/15
4627/25 4634/17
4638/17 4643/12
4643/15 4643/17
4648/5
area [6] 4510/16
4510/22 4546/3 4570/3
4628/2 4628/6
Arizona [2] 4541/9
4613/17
Armed [1] 4552/15
armored [1] 4509/21
Armstrong [2] 4516/19
4516/24
Army [7] 4507/21
4507/22 4507/24
4508/7 4508/9 4508/13
4548/11
around [37] 4510/17
4524/24 4537/21
4539/10 4546/8
4548/23 4548/23
4556/12 4567/19
4570/3 4570/13
4592/10 4611/14
4611/14 4611/22
4612/3 4614/17
4614/19 4615/12
4615/13 4615/15
4617/3 4617/3 4619/7
4623/1 4624/18
4627/17 4627/18
4627/23 4628/6 4629/3
4630/4 4632/17 4644/6
4644/10 4645/21
4651/3
arrested [1] 4553/9

4560/14
article [2] 4601/17
4601/23
as [48] 4505/16
4509/25 4510/3 4510/3
4512/3 4512/9 4524/11
4524/15 4525/25
4526/4 4526/16
4529/19 4529/21
4531/23 4536/5
4536/19 4536/21
4536/21 4537/4
4538/14 4550/23
4555/12 4557/5 4557/5
4563/20 4563/20
4566/6 4569/11
4570/17 4570/21
4570/21 4573/19
4582/14 4582/14
4592/8 4592/8 4595/1
4600/20 4600/22
4603/12 4603/12
4603/14 4607/22
4613/17 4627/2 4631/6
4631/6 4639/23
aside [1] 4534/1
ask [7] 4504/6 4523/6
4591/6 4593/22
4612/17 4612/19
4626/7
asked [3] 4505/5
4505/6 4566/11
asking [2] 4621/21
4622/3
asks [1] 4619/20
ass [3] 4552/10 4556/5
4562/24
assigned [1] 4583/13
assist [3] 4576/20
4583/17 4636/16
ASSOCIATES [1]
4499/14
att.net [1] 4499/12
attempting [1] 4576/20
attention [1] 4555/12
ATTORNEY'S [1]
4498/16
audio [22] 4575/22
4576/18 4576/19
4576/22 4576/22
4577/12 4577/16
4578/18 4588/13
4591/21 4592/16
4602/21 4603/10
4603/18 4612/3 4612/8
4613/3 4614/6 4630/25
4645/12 4646/12
4647/7
AUTH [1] 4590/8
authentic [1] 4512/23
authenticate [1]
4516/7
authenticated [3]
4513/25 4515/12
4579/20
authenticity [1] 4531/1
authorized [1] 4512/11

101 [1] 4599/22

available [3] 4636/16
4636/21 4641/25
Avenue [15] 4499/3
4499/7 4500/7 4501/4
4547/4 4547/6 4562/24
4563/10 4573/5
4573/11 4579/5 4579/9
4611/25 4620/2 4620/8
aware [20] 4534/20
4536/20 4536/21
4537/20 4539/8 4540/9
4541/23 4548/25
4549/19 4549/24
4557/5 4570/21
4582/14 4583/21
4584/1 4588/12
4588/15 4601/16
4625/15 4643/12
away [2] 4599/11
4614/13
Awesome [1] 4599/20

**B**

baby [1] 4506/22
back [62] 4504/23
4505/15 4505/17
4527/6 4539/25
4545/20 4547/4 4547/5
4548/20 4551/11
4552/3 4561/24
4566/18 4568/13
4571/15 4571/21
4573/13 4575/2
4575/21 4583/4 4588/5
4590/24 4593/22
4595/20 4596/9
4596/19 4598/20
4601/15 4604/7 4604/7
4609/9 4609/13
4611/13 4614/8
4614/16 4615/18
4616/15 4617/1
4617/25 4617/25
4620/18 4620/19
4621/15 4629/5 4629/6
4630/7 4630/10 4631/2
4632/1 4632/14
4632/20 4636/15
4639/4 4641/24 4643/4
4644/5 4645/7 4646/10
4649/22 4650/19
4650/23 4651/5
background [3]
4590/25 4599/10
4627/13
backup [4] 4513/3
4527/20 4570/6 4570/7
bad [1] 4599/10
balls [1] 4551/2
Ballston [2] 4541/17
4636/8
Bangumi [2] 4515/6
4515/16
Bangumi/Sophie [1]
4515/16
bar [1] 4521/14
BARRETT [2] 4499/3

4657

**B**

BARRETT... [1] 4501/4
**base** [2] 4613/17
4629/14
**baseball** [2] 4606/12
4644/25
**based** [7] 4510/9
4541/11 4546/21
4557/7 4586/6 4627/12
4646/22
**batch** [1] 4623/18
**batons** [1] 4546/3
**batter's** [1] 4546/6
**battle** [1] 4572/21
**be** [67] 4504/4 4505/13
4510/8 4511/20
4514/22 4516/1 4517/4
4522/14 4525/14
4526/21 4532/21
4540/3 4540/22 4542/7
4542/13 4542/23
4543/12 4548/5
4550/24 4551/24
4552/6 4553/8 4553/9
4553/10 4553/17
4553/25 4554/8 4555/5
4555/17 4555/23
4557/14 4561/1 4565/1
4575/15 4576/14
4584/22 4589/9
4593/22 4594/5 4595/6
4596/12 4597/20
4597/24 4597/25
4598/3 4599/11
4603/14 4603/19
4605/9 4611/24
4614/15 4614/20
4616/9 4616/17 4617/5
4621/1 4621/14
4625/23 4625/24
4626/22 4628/1
4630/14 4631/24
4633/15 4633/17
4633/24 4648/14
**be with** [1] 4625/23
**because** [6] 4509/11
4546/5 4554/3 4614/14
4640/6 4649/23
**become** [1] 4606/16
**been** [13] 4531/1
4531/15 4542/22
4559/8 4561/6 4580/21
4582/11 4585/15
4587/20 4591/14
4597/1 4626/6 4627/10
**before** [21] 4498/9
4520/25 4524/21
4535/17 4551/9 4560/5
4560/25 4561/3 4583/5
4584/19 4585/19
4594/15 4597/24
4598/17 4605/5
4618/14 4628/12
4631/9 4650/12
4650/18 4650/19
**beginning** [1] 4575/2
**behalf** [1] 4569/21
**behind** [2] 4543/7

**being** [6] 4553/9
4583/11 4584/5
4591/25 4603/19
4641/24
**believe** [3] 4509/1
4571/5 4641/15
**below** [1] 4512/13
**Bennie** [1] 4513/8
**Berry** [3] 4529/4
4530/14 4532/4
**Berwick** [1] 4500/12
**bet** [1] 4643/10
**better** [1] 4562/24
**between** [14] 4518/1
4520/12 4521/13
4523/3 4529/15
4556/12 4576/21
4588/12 4606/25
4611/22 4612/4 4613/7
4631/20 4633/4
**Biden** [3] 4552/13
4552/21 4553/8
**Biden's** [1] 4553/4
**big** [3] 4534/25
4579/22 4589/23
**Big Dog 2020 OK** [1]
4589/23
**bike** [1] 4649/13
**bit** [8] 4519/8 4524/22
4538/20 4551/10
4560/7 4579/3 4579/14
4591/2
**Bittner** [3] 4529/4
4530/14 4532/5
**black** [1] 4513/6
**blade** [2] 4541/21
4542/9
**block** [1] 4614/13
**blocked** [1] 4510/9
**blocks** [1] 4574/18
**blood** [1] 4565/25
**blow** [1] 4623/6
**blows** [1] 4599/22
**blue** [8] 4545/19
4560/2 4562/5 4565/18
4565/20 4617/11
4618/6 4618/21
**Blue Skies** [2] 4565/18
4565/20
**board** [32] 4526/3
4526/12 4527/4 4529/2
4530/11 4531/11
4531/25 4532/18
4533/7 4534/11
4534/12 4534/25
4535/2 4536/4 4536/7
4536/22 4542/15
4543/21 4549/16
4559/9 4559/17
4559/23 4560/1
4565/10 4565/20
4568/22 4570/22
4574/9 4577/20
4592/12 4608/11
4638/5
**board here** [1] 4568/22
**boarding** [2] 4541/22

**body** [1] 4511/14
**body-worn** [1] 4511/14
**Bodyguard** [1] 4626/4
**bomb** [1] 4510/25
**Bonkers** [1] 4580/2
**boots** [8] 4583/8
4583/9 4583/15 4584/2
4588/20 4591/6
4591/25 4592/3
**BOTG** [7] 4579/25
4582/21 4583/5
4583/15 4584/2
4586/22 4587/7
**both** [7] 4519/17
4587/8 4588/19
4603/16 4603/18
4615/16 4615/17
**bottom** [12] 4546/21
4558/17 4559/2 4559/5
4591/15 4591/19
4596/18 4596/22
4599/15 4600/5
4611/17 4623/4
**Bowser** [2] 4648/20
4649/8
**Boys** [2] 4534/6 4534/7
**Bradford** [3] 4500/11
4500/14 4504/18
**Bradford Geyer** [1]
4504/18
**branch** [1] 4507/20
**BRAND** [1] 4500/3
**brandwoodwardlaw.c
om** [1] 4500/5
**breach** [1] 4574/13
**break** [8] 4593/13
4593/15 4593/17
4593/24 4594/15
4605/5 4649/23 4650/9
**Brian** [1] 4526/9
**Brian Ulrich** [1] 4526/9
**bricks** [1] 4546/12
**brief** [1] 4533/23
**briefly** [1] 4589/15
**BRIGHT** [3] 4499/3
4499/7 4504/14
**bring** [6] 4505/4
4535/12 4546/4
4546/11 4548/22
4561/23
**bringing** [1] 4633/10
**broadcast** [2] 4631/11
4631/15
**broken** [2] 4579/9
4591/14
**brother** [3] 4599/20
4600/4 4600/10
**brought** [2] 4547/22
4613/13
**Brown** [3] 4529/4
4530/14 4532/6
**building** [5] 4500/8
4560/25 4574/13
4605/11 4643/13
**bunch** [1] 4604/13
**Burnie** [1] 4500/18
**business** [1] 4515/12

**butt** [1] 4547/5

**C**

**Cag** [2] 4579/22 4590/3
**CAG Spy** [1] 4590/3
**Caldwell** [37] 4500/16
4504/10 4504/20
4512/25 4521/15
4521/18 4521/21
4521/25 4522/3 4522/5
4522/10 4522/11
4522/13 4536/16
4536/18 4543/21
4544/13 4544/14
4544/14 4544/23
4545/8 4546/15
4546/17 4546/25
4562/10 4562/16
4562/17 4562/22
4589/25 4597/8 4619/5
4619/12 4619/20
4620/4 4621/1 4622/1
4651/3
**Caldwell's** [13]
4512/15 4513/18
4513/19 4514/4
4523/20 4543/1
4544/18 4545/5
4546/20 4561/19
4563/18 4619/6
4621/18
**Caleb** [3] 4529/4
4530/14 4532/4
**Caleb Berry** [3] 4529/4
4530/14 4532/4
**call** [26] 4509/9
4518/21 4519/16
4519/20 4519/24
4520/3 4520/6 4520/11
4520/12 4520/17
4520/17 4520/21
4520/23 4520/25
4521/3 4521/7 4521/21
4521/23 4522/4
4522/10 4522/12
4522/17 4522/19
4585/9 4597/20 4623/3
**called** [10] 4510/12
4514/5 4521/1 4521/18
4522/11 4565/15
4568/19 4601/19
4625/6 4639/17
**calls** [7] 4505/21
4518/1 4519/17
4521/13 4521/24
4523/3 4523/9
**cam** [3] 4547/22
4548/3 4548/6
**Camden** [4] 4579/22
4585/3 4585/13 4586/3
**came** [1] 4561/23
**camera** [3] 4511/14
4548/7 4616/17
**cameras** [2] 4615/6
4615/6
**can** [119] 4505/7
4505/9 4506/14

4509/14 4509/21
4511/18 4519/7
4521/10 4521/17
4525/1 4525/19 4527/8
4529/6 4530/3 4530/22
4532/7 4535/12 4538/4
4542/23 4543/4
4543/16 4543/23
4544/16 4544/24
4545/4 4545/6 4545/9
4545/11 4546/6 4546/9
4546/13 4547/10
4549/2 4549/3 4550/13
4551/17 4553/2 4554/1
4554/16 4555/16
4556/6 4560/3 4560/13
4563/15 4563/20
4565/23 4566/20
4567/3 4567/24
4568/14 4570/9
4570/13 4571/21
4572/5 4573/1 4573/14
4573/18 4573/22
4585/9 4586/3 4586/16
4587/1 4590/12
4590/22 4591/23
4592/15 4596/5
4598/24 4600/10
4600/12 4602/3
4604/10 4604/14
4605/11 4611/19
4612/6 4613/1 4614/5
4614/7 4614/12
4615/10 4615/18
4616/7 4616/24 4617/7
4617/18 4618/23
4620/19 4621/10
4622/6 4625/9 4627/22
4628/8 4628/18
4629/11 4630/12
4631/2 4631/6 4632/1
4634/24 4635/4
4636/16 4636/25
4638/7 4639/1 4639/6
4639/15 4641/18
4641/23 4642/3 4642/7
4642/17 4643/21
4644/5 4645/11
4645/13 4650/8
4650/18 4650/24
**can't** [5] 4537/17
4553/16 4553/9 4569/5
4605/24
**Cane** [1] 4579/23
**cannot** [1] 4509/21
**cap** [2] 4606/12
4644/25
**Cape** [1] 4579/23
**capital** [3] 4619/15
4642/23 4643/10
**capitalization** [1]
4553/17
**Capitol** [85] 4508/23
4509/12 4510/16
4510/22 4511/14
4558/2 4560/4 4560/7
4560/14 4563/22
4563/23 4565/15

**Capitol...** [73] 4565/19
4565/25 4569/1 4570/2
4570/3 4570/12 4571/2
4574/13 4604/15
4605/10 4605/11
4607/8 4607/16
4608/21 4609/6
4610/17 4612/21
4612/22 4614/13
4614/21 4615/3 4615/7
4616/11 4617/6 4618/1
4618/8 4618/12
4618/14 4619/11
4619/17 4620/3 4621/2
4621/6 4622/16
4622/23 4622/24
4624/19 4625/17
4627/8 4627/20
4627/24 4628/3 4628/5
4628/5 4629/14
4629/15 4630/15
4631/13 4631/14
4631/19 4631/22
4631/23 4633/2 4633/5
4633/6 4634/6 4634/11
4634/13 4634/20
4635/25 4637/9
4638/12 4638/23
4642/13 4643/4
4643/13 4644/24
4645/1 4645/24 4646/1
4646/3 4646/25 4647/2
**Capitol Building** [1]
4605/11
**Capitol Grounds** [4]
4565/15 4625/17
4627/8 4627/20
**Capitol Police** [2]
4615/7 4635/25
**Capitol-Congress** [1]
4638/23
**Capitol-suggest** [1]
4570/2
**caps** [1] 4554/1
**caption** [1] 4615/6
**capture** [4] 4538/10
4538/17 4575/6 4577/3
**captured** [1] 4538/12
**car** [3] 4509/9 4547/4
4649/14
**card** [1] 4512/17
**cardinal** [1] 4634/7
**career** [1] 4506/22
**Carolina** [1] 4526/15
**carried** [1] 4542/8
**carriers** [1] 4537/13
**carry** [1] 4509/21
**CART** [2] 4512/17
4513/11
**Case** [1] 4504/6
**cause** [1] 4607/22
**CCTV** [2] 4511/13
4636/6
**cell** [10] 4511/25
4537/13 4537/15
4543/1 4546/2 4616/1
4633/17 4633/25

**Cellebrite** [6] 4540/19
4540/20 4639/17
4639/19 4639/23
4640/1
**Central** [1] 4580/19
**certain** [10] 4511/25
4542/21 4557/3 4557/3
4557/7 4561/4 4562/12
4576/8 4640/19
4640/25
**certification** [1]
4515/12
**Certified** [1] 4501/3
**certify** [2] 4566/12
4652/2
**cetera** [1] 4542/9
**CH** [1] 4501/4
**chain** [3] 4609/13
4621/15 4624/14
**chance** [2] 4516/14
4611/2
**change** [3] 4505/5
4580/21 4606/13
**changed** [4] 4506/22
4529/15 4582/11
4587/20
**channel** [23] 4579/24
4579/25 4579/25
4582/2 4582/9 4582/14
4583/22 4583/24
4584/2 4584/3 4584/6
4586/12 4586/18
4587/3 4588/14
4588/19 4588/20
4601/18 4602/21
4603/2 4603/8 4603/14
4604/5
**channel log** [1] 4587/3
**channels** [15] 4581/25
4582/16 4582/20
4582/25 4586/20
4586/23 4587/5 4587/8
4602/16 4602/18
4603/11 4603/16
4603/18 4603/22
4603/22
**charge** [1] 4550/7
**chat** [90] 4524/11
4524/15 4524/19
4525/7 4525/8 4525/21
4525/25 4526/4
4527/10 4527/12
4527/22 4528/17
4528/21 4529/1 4529/7
4529/8 4529/9 4529/10
4529/12 4529/15
4529/19 4529/21
4529/24 4530/4 4530/6
4530/9 4530/12
4530/16 4530/22
4531/9 4531/18
4531/23 4532/1 4532/9
4532/11 4532/13
4532/15 4532/20
4532/21 4533/3 4533/5
4533/8 4533/11 4534/1
4534/11 4541/18

4547/21 4548/20
4550/11 4568/17
4568/19 4568/24
4569/25 4570/1
4570/25 4571/9
4571/16 4571/17
4573/18 4574/3 4574/5
4574/7 4574/11 4607/2
4607/4 4607/6 4611/1
4611/10 4622/15
4624/5 4624/8 4630/24
4636/14 4637/4 4637/7
4637/21 4638/3
4638/10 4638/22
4643/2 4643/5 4643/6
4643/9 4643/23
4643/25 4644/1 4644/3
**chat from** [1] 4531/9
**Chat No. 345** [1]
4533/3
**chats** [6] 4534/12
4534/17 4536/6 4536/7
4536/15 4536/19
**Chi** [2] 4552/11
4552/13
**Chi-Com** [2] 4552/11
4552/13
**Chris** [3] 4568/16
4568/22 4568/24
**Chrissie** [1] 4516/11
**chunk** [1] 4519/10
**Cinnaminson** [1]
4500/13
**circle** [2] 4634/24
4635/4
**circled** [2] 4618/21
4635/3
**circuit** [1] 4615/6
**circumstances** [1]
4561/9
**city** [3] 4510/3 4649/1
4649/8
**city-wide** [2] 4649/1
4649/8
**clarify** [1] 4552/20
**clear** [4] 4554/1 4570/3
4591/10 4591/17
**click** [1] 4607/9
**clip** [8] 4515/20
4516/12 4516/13
4516/15 4628/9
4628/12 4628/20
4629/17
**clips** [9] 4515/15
4515/17 4515/18
4515/18 4515/19
4515/21 4516/9
4516/10 4516/12
**clock** [1] 4591/12
**close** [1] 4560/24
**closed** [3] 4565/14
4615/5 4615/6
**closer** [1] 4535/12
**coding** [1] 4559/8
**Collapsible** [1] 4546/3
**collected** [5] 4512/14
4512/25 4513/1 4513/4

**collectors** [1] 4572/13
**color** [2] 4513/9 4559/8
**COLUMBIA** [3] 4498/1
4649/2 4649/9
**columns** [2] 4518/10
4539/21
**Com** [2] 4552/11
4552/13
**combat** [2] 4613/21
4613/22
**come** [13] 4509/9
4510/12 4538/7 4556/1
4580/11 4580/19
4602/21 4603/16
4638/12 4640/13
4642/13 4650/23
4651/5
**comes** [3] 4555/13
4572/15 4650/19
**Comfort** [2] 4541/15
4636/8
**coming** [4] 4547/7
4596/12 4608/21
4610/16
**commanding** [1]
4508/6
**comment** [1] 4610/12
**communication** [3]
4536/22 4597/13
4639/5
**communications** [8]
4539/9 4540/10
4556/12 4564/5
4564/12 4594/22
4598/11 4645/17
**communist** [1]
4553/16
**Compare** [1] 4644/23
**compared** [4] 4539/24
4540/3 4540/18
4564/21
**compilation** [2] 4518/1
4575/22
**complaining** [1]
4571/18
**complied** [1] 4635/11
**computer** [1] 4501/7
**computer-aided** [1]
4501/7
**computers** [1] 4512/18
**concern** [1] 4599/10
**concerned** [1] 4510/4
**concrete** [1] 4574/18
**concur** [2] 4569/10
4569/22
**conduct** [1] 4508/13
**conducting** [1]
4507/14
**conference** [2]
4520/21 4597/20
**confirm** [1] 4649/22
**Congress** [1] 4638/23
**connect** [1] 4597/13
**connected** [6] 4507/15
4512/17 4520/20
4520/22 4520/25
4521/3

**connecting** [1]
4513/11
**connection** [3]
4523/18 4639/10
4643/12
**Connie** [1] 4539/5
**Connie Meggs** [1]
4539/5
**consents** [1] 4512/12
**consequence** [1]
4550/6
**consistent** [3] 4556/24
4575/14 4584/22
**consists** [1] 4512/23
**conspiracy** [1] 4630/3
**Constant** [1] 4547/7
**Constitution** [3]
4501/4 4547/4 4547/6
**contact** [1] 4596/7
4600/20 4600/22
**contacts** [1] 4582/5
4590/4
**contain** [1] 4556/23
4557/2
**contained** [1] 4512/24
**containing** [1] 4513/3
4645/16
**contains** [1] 4575/23
4607/15 4626/8
**content** [12] 4517/12
4537/15 4537/18
4537/21 4538/2 4538/4
4538/10 4538/12
4538/18 4539/3
4539/12 4556/24
**context** [4] 4551/12
4556/8 4579/3 4630/2
**contexts** [1] 4569/16
**contingency** [1]
4555/14
**contingent** [1] 4558/10
**continuation** [1]
4573/23
**continue** [29] 4546/10
4550/25 4553/13
4553/14 4555/16
4556/2 4569/7 4570/10
4572/5 4574/17
4598/11 4607/24
4608/17 4613/24
4616/12 4617/7
4618/18 4618/23
4619/18 4629/21
4631/24 4635/15
4635/17 4637/16
4638/7 4638/19 4639/1
4643/8 4643/21
**continued** [4] 4499/1
4500/1 4501/1 4603/5
**continuing** [1] 4596/18
**continuously** [1]
4603/2
**controls** [1] 4576/23
**conversation** [2]
4548/25 4639/8
**conversation -- yes** [1]
4639/8
**cool** [1] 4550/3

**copy [2]** 4512/20
4512/23
**corner [3]** 4536/10
4559/2 4559/6
**correct [37]** 4523/11
4524/16 4525/22
4527/4 4527/5 4528/23
4529/17 4530/16
4530/17 4533/11
4533/12 4546/22
4554/19 4554/20
4560/17 4566/16
4571/12 4571/13
4572/24 4574/3
4577/10 4577/11
4582/12 4591/12
4593/3 4599/22 4601/7
4608/9 4611/5 4614/17
4619/21 4622/7 4625/3
4630/5 4641/4 4645/5
4652/3
**could [109]** 4510/3
4519/12 4521/14
4527/1 4534/24
4542/15 4543/13
4543/18 4544/3 4545/1
4545/2 4545/3 4545/13
4545/20 4545/21
4548/19 4550/20
4552/17 4553/11
4555/20 4557/18
4558/16 4559/2
4561/14 4562/18
4563/12 4566/24
4567/10 4567/12
4567/21 4568/1 4568/4
4569/24 4571/23
4574/16 4577/17
4578/17 4578/19
4581/7 4589/12 4591/2
4591/8 4591/19
4592/17 4594/12
4597/7 4597/8 4598/7
4603/17 4604/2 4604/3
4604/21 4604/24
4605/24 4606/18
4606/23 4607/24
4608/5 4608/17
4609/22 4609/25
4610/7 4612/9 4612/16
4613/4 4613/24
4614/16 4614/23
4615/19 4615/22
4616/12 4616/21
4617/23 4618/18
4619/2 4619/18
4620/13 4620/16
4621/15 4622/17
4623/6 4624/21
4629/17 4629/20
4630/11 4632/4
4632/22 4633/18
4633/21 4635/10
4635/17 4637/16
4637/18 4638/8
4638/19 4643/7 4644/6
4644/16 4645/2

**counsel [3]** 4535/14
4535/15 4535/18
**counter [31]** 4591/15
4592/19 4606/24
4608/6 4608/18
4611/17 4611/20
4612/6 4612/7 4612/11
4613/5 4614/24
4616/22 4616/25
4617/8 4618/3 4619/2
4620/14 4620/17
4620/19 4630/11
4632/21 4632/23
4633/22 4636/11
4637/1 4638/20 4644/7
4644/17 4645/3 4647/9
**counterterrorism [2]**
4507/12 4507/13
**country [1]** 4550/6
**coupe [1]** 4552/11
**couple [8]** 4547/16
4551/11 4602/5
4602/18 4603/21
4629/9 4641/16 4646/8
**course [2]** 4553/8
4558/24
**court [6]** 4498/1
4501/2 4501/3 4512/11
4557/12 4624/19
**Court's [3]** 4533/23
4575/14 4648/12
**court-authorized [1]**
4512/11
**courtroom [4]** 4505/12
4505/16 4593/20
4594/4
**cowboy [2]** 4628/13
4628/25
**CR [1]** 4498/4
**create [1]** 4512/20
**created [6]** 4528/3
4528/7 4534/21 4577/3
4601/16 4602/16
**creation [1]** 4616/3
**credentials [1]**
4649/19
**Criminal [1]** 4504/6
**Crisp [3]** 4499/14
4499/14 4504/19
**crisplegal.com [1]**
4499/16
**CROSS [1]** 4502/4
**crowd [4]** 4574/19
4612/21 4618/12
4618/14
**Crowl [8]** 4521/15
4522/19 4543/25
4597/16 4597/17
4598/15 4599/6
4616/20
**Crowl's [3]** 4513/22
4514/16 4605/15
**CRR [2]** 4652/2 4652/8

**curfew [6]** 4648/8
4649/2 4649/9 4649/12
4649/17 4649/24
**current [3]** 4527/3
4534/12 4555/19
**currently [1]** 4517/19
**cutlass [2]** 4541/22
4541/23
**cuttin' [1]** 4551/2

**D**

**D-r-e-w [1]** 4506/15
**D.C [22]** 4498/5
4498/17 4500/4 4500/9
4501/5 4510/1 4510/5
4541/19 4541/21
4546/16 4550/4
4555/23 4556/19
4574/15 4576/3
4579/25 4596/12
4597/1 4597/22
4599/13 4622/15
4648/9
**D.C. [18]** 4524/20
4525/8 4527/11
4532/10 4547/20
4565/6 4567/4 4570/1
4570/16 4571/16
4574/6 4607/5 4611/10
4624/14 4636/14
4637/7 4642/13 4643/8
**D.C. Op Jan. 6 [1]**
4570/1
**D.C. Op Jan. 6, '21 [2]**
4524/20 4525/8
**D.C. Op Jan. 6, 21 [10]**
4547/20 4565/6 4567/4
4571/16 4611/10
4624/14 4636/14
4637/7 4642/13 4643/8
**D03er [1]** 4585/5
**daggers [1]** 4542/8
**Dallas [2]** 4499/4
4499/8
**damn [1]** 4554/9
**Dario [2]** 4625/25
4626/2
**Dario Aquino [2]**
4625/25 4626/2
**dark [2]** 4543/11
4543/12
**data [9]** 4512/19
4512/20 4512/23
4580/16 4623/18
4623/23 4640/10
4640/19 4640/21
**date [4]** 4582/24
4640/22 4640/23
4652/7
**dates [2]** 4512/12
4529/16
**David [6]** 4500/16
4504/20 4529/3
4530/13 4532/4 4553/3
**David Moerschel [3]**
4529/3 4530/13 4532/4
**David Roberts [1]**

**day [17]** 4498/7 4505/6
4505/7 4508/18 4537/5
4540/11 4544/10
4550/5 4550/5 4550/16
4598/10 4598/21
4599/25 4601/22
4604/7 4632/10
4641/16
**days [6]** 4552/18
4553/11 4553/20
4554/11 4595/11
4619/10
**DC [1]** 4582/3
**De [1]** 4586/5
**De Soto [1]** 4586/5
**dead [1]** 4607/13
**dealing [1]** 4624/2
**dealt [1]** 4554/14
**December [11]** 4513/1
4551/11 4552/3
4553/12 4553/13
4553/15 4553/20
4554/12 4554/19
4554/21 4555/10
**December 10th [1]**
4552/3
**December 13th [1]**
4553/15
**December 22nd [2]**
4554/12 4554/19
**December 29th [1]**
4555/10
**decided [1]** 4506/23
**decisions [1]** 4508/6
**Declare [1]** 4516/8
**defeat [1]** 4552/11
**Defendant [18]** 4499/2
4499/13 4500/2
4500/11 4500/15
4504/7 4504/8 4504/8
4504/9 4504/9 4504/15
4504/17 4504/18
4504/19 4504/20
4512/15 4512/25
4597/8
**Defendant 10 [1]**
4504/9
**Defendant 2 [1]** 4504/8
**Defendant 3 [1]** 4504/8
**Defendant 4 [1]** 4504/8
**Defendant Caldwell [3]**
4504/20 4512/25
4597/8
**Defendant Caldwell's
[1]** 4512/15
**Defendant Harrelson
[1]** 4504/18
**Defendant Meggs [1]**
4504/17
**Defendant No. 1 [1]**
4504/7
**Defendant Rhodes [1]**
4504/15
**Defendant Watkins [1]**
4504/19
**defendants [13]**
4498/7 4504/21 4507/2

**4512/8 4517/19 4518/2**
4525/24 4528/18
4529/21 4530/9
4531/22 4532/16
4533/5
**defendants' [2]**
4511/15 4511/16
**defense [1]** 4517/2
**definition [1]** 4548/5
**deleted [2]** 4585/16
4585/19
**delivered [6]** 4603/10
4639/21 4640/11
4640/23 4641/8
4641/13
**delivering [1]** 4569/20
**department [1]**
4574/15
**depict [2]** 4557/6
4594/25
**depicted [1]** 4626/17
**deploy [1]** 4508/7
**deployment [1]**
4547/24
**Derrick [1]** 4516/13
**describe [2]** 4509/15
4511/18
**designated [1]**
4649/13
**designed [1]** 4643/17
**detail [1]** 4518/21
**determine [2]** 4586/7
4627/11
**detour [2]** 4551/10
4579/14
**devices [4]** 4511/25
4512/3 4513/12
4513/17
**did [96]** 4506/21
4507/1 4507/4 4507/7
4507/11 4507/17
4507/20 4508/7
4508/22 4508/25
4509/2 4509/6 4510/1
4510/18 4512/2
4513/16 4515/5
4519/21 4520/12
4521/8 4521/21 4522/4
4522/10 4522/12
4522/15 4522/17
4522/19 4527/22
4531/8 4536/21 4537/1
4538/20 4538/25
4539/6 4543/20
4545/25 4547/2
4567/18 4577/22
4585/12 4586/7
4586/12 4586/20
4587/5 4587/13
4588/25 4589/15
4589/20 4589/25
4590/13 4590/17
4591/24 4592/2 4592/4
4592/22 4596/9
4596/14 4596/16
4596/18 4596/24
4597/12 4597/17
4598/2 4600/19

**did... [32]** 4602/15
4602/18 4602/20
4603/8 4603/22
4603/25 4605/16
4609/22 4612/19
4613/7 4614/10 4616/2
4617/15 4618/16
4623/22 4626/11
4628/12 4631/11
4631/15 4633/25
4637/10 4637/20
4638/2 4638/9 4638/21
4639/25 4640/10
4640/13 4641/25
4642/21 4643/8
4648/23
**did you [9]** 4507/17
4509/2 4586/7 4586/12
4602/20 4603/8
4603/22 4639/25
4640/13
**didn't [2]** 4509/19
4572/14
**difference [1]** 4576/21
**different [13]** 4519/6
4534/11 4534/17
4535/3 4560/7 4569/25
4570/14 4574/3
4584/12 4603/21
4640/1 4643/2 4643/23
**digestible [1]** 4519/8
**Digital [1]** 4512/16
**direct [6]** 4502/4
4506/9 4536/22
4536/25 4537/1
4554/22
**direction [3]** 4612/1
4616/10 4630/16
**directions [1]** 4634/8
**directly [1]** 4624/13
**discuss [2]** 4593/23
4650/8
**disguise [1]** 4607/22
**display [7]** 4575/18
4581/7 4581/11
4581/13 4584/17
4585/4 4589/12
**displayed [2]** 4542/23
4581/12
**disseminated [1]**
4649/24
**DISTRICT [6]** 4498/1
4498/1 4498/10 4649/2
4649/9 4649/16
**do [103]** 4508/1 4509/6
4510/15 4516/17
4519/17 4519/19
4519/23 4520/2 4521/6
4523/6 4524/21
4524/23 4527/20
4528/5 4528/12
4533/15 4537/13
4540/3 4540/22
4541/10 4544/6
4544/20 4546/16
4547/8 4547/23
4547/24 4548/8

4554/9 4555/12
4555/14 4555/15
4556/18 4557/22
4558/19 4559/5
4560/12 4561/2
4561/17 4561/20
4561/22 4562/4 4562/7
4562/12 4562/15
4562/24 4562/25
4563/1 4563/5 4563/16
4565/7 4566/11
4567/16 4569/19
4571/4 4571/19
4572/17 4578/13
4578/22 4579/6
4580/11 4580/19
4581/9 4581/20
4590/10 4592/19
4593/6 4594/17
4594/20 4594/25
4596/11 4597/3
4598/24 4602/15
4605/22 4605/25
4606/3 4612/17
4612/20 4613/14
4613/16 4617/4
4618/13 4623/9 4624/4
4624/25 4626/2
4627/15 4628/4 4632/7
4634/7 4634/15 4636/2
4636/5 4641/13
4644/19 4647/24
4648/20 4650/18
4650/20 4650/20
4651/2
**do you [4]** 4562/12
4562/15 4569/19
4594/17
**do you know [11]**
4548/8 4563/5 4613/16
4617/4 4624/4 4626/2
4634/7 4634/15 4636/2
4636/5 4641/13
**do you recognize [3]**
4544/20 4556/18
4581/20
**do you see [18]**
4524/23 4544/6
4557/22 4559/5
4561/17 4561/20
4562/4 4563/16 4565/7
4567/16 4578/22
4581/9 4592/19
4598/24 4618/13
4632/7 4644/19
4648/20
**doctor's [1]** 4505/7
**document [1]** 4517/23
**Dodd [33]** 4579/24
4584/10 4584/16
4586/7 4586/14
4586/18 4586/20
4587/8 4592/25
4594/16 4594/23
4596/3 4596/6 4596/8
4596/10 4596/11
4596/14 4596/16

4597/18 4597/25
4598/4 4598/12
4598/20 4598/25
4599/3 4599/14
4599/15 4599/19
4599/20 4599/24
4600/15
**Dodd Koehler [15]**
4584/10 4584/16
4586/7 4586/14
4586/20 4587/8
4592/25 4594/16
4594/23 4596/6
4596/10 4597/18
4598/12 4599/24
4600/15
**Dodd Koehler's [1]**
4586/18
**Dodd-Koehler [1]**
4598/20
**Dodd/Holden [1]**
4596/3
**does [170]**
**Dog [2]** 4579/22
4589/23
**doing [10]** 4504/24
4508/5 4508/14 4554/3
4566/6 4566/13
4571/18 4583/17
4618/16 4633/15
**Dolan [9]** 4530/15
4532/5 4560/1 4614/20
4617/4 4618/7 4618/22
4627/22 4629/16
**dome [2]** 4646/21
4647/1
**don [6]** 4526/8 4532/19
4542/13 4542/16
4547/12 4547/14
**Don Siekerman [4]**
4526/8 4532/19
4542/13 4542/16
**don't [12]** 4505/4
4509/15 4526/11
4542/9 4555/24
4555/24 4559/22
4578/1 4584/5 4593/15
4627/3 4650/23
**Donald [1]** 4559/18
**done [2]** 4548/10
4602/12
**Donovan [14]** 4513/22
4514/16 4521/15
4522/19 4543/25
4597/13 4597/15
4597/16 4597/17
4597/20 4598/15
4599/6 4605/15
4616/20
**Donovan Crowl [8]**
4521/15 4522/19
4543/25 4597/16
4597/17 4598/15
4599/6 4616/20
**Donovan Crowl's [3]**
4513/22 4514/16
4605/15

4643/4
**doors [1]** 4644/4
**doorway [1]** 4560/25
**dot [4]** 4609/1 4634/22
4635/3 4635/8
**doubts [1]** 4554/9
**Doug [8]** 4526/10
4526/11 4526/14
4526/14 4526/16
4527/3 4530/2 4536/13
**Doug Smith [8]**
4526/10 4526/11
4526/14 4526/14
4526/16 4527/3 4530/2
4536/13
**down [14]** 4523/12
4536/16 4546/21
4556/6 4558/20 4566/1
4569/6 4585/24
4590/23 4593/11
4602/3 4623/4 4625/9
4650/8
**Dozer [12]** 4585/6
4585/9 4586/13 4593/8
4600/24 4600/25
4601/4 4601/11
4601/24 4630/20
4630/21 4631/4
**Drew [42]** 4505/22
4506/2 4506/8 4506/15
4506/16 4508/15
4515/5 4517/10
4517/15 4517/23
4523/7 4524/6 4540/13
4557/23 4564/9
4574/23 4583/5 4586/6
4588/23 4589/15
4591/5 4593/21
4593/22 4602/6 4605/2
4606/22 4613/14
4614/17 4615/3 4618/6
4625/12 4626/10
4627/7 4629/25
4632/18 4633/16
4634/7 4644/10
4645/17 4647/20
4648/20 4650/7
**drive [9]** 4500/12
4510/11 4512/16
4512/21 4513/2
4513/19 4544/19
4545/5 4561/19
**drives [1]** 4542/21
**drone [3]** 4547/22
4548/1 4548/17
**dry [1]** 4619/16
**DSiekerman [1]**
4579/24
**dues [1]** 4599/9
**duly [1]** 4553/17
**dumb [1]** 4568/25
**dumped [1]** 4572/13
**during [4]** 4548/10
4650/9
**duty [3]** 4508/18
4554/10 4555/14

**each [9]** 4513/10
4515/11 4528/2 4528/7
4528/9 4528/13 4577/7
4587/16 4603/15
**earlier [8]** 4524/3
4542/20 4542/23
4550/10 4556/9 4579/3
4602/7 4644/23
**ease [3]** 4580/22
4585/9 4587/20
**easier [2]** 4591/15
4640/8
**east [18]** 4605/10
4612/2 4617/6 4618/8
4618/12 4618/14
4620/2 4627/21
4627/24 4628/5
4629/14 4629/15
4630/17 4631/12
4631/13 4631/22
4643/6 4646/25
**East Capitol [4]** 4628/5
4629/14 4629/15
4646/25
**East Plaza [1]** 4627/21
**Eastern [4]** 4580/21
4582/11 4583/3
4587/20
**Ed [7]** 4541/8 4547/18
4636/3 4636/5 4636/13
4637/4 4641/24
**Ed Vallejo [6]** 4541/8
4547/18 4636/3 4636/5
4636/13 4641/24
**Ed Vallejo's [1]** 4637/4
**Edmund [1]** 4500/2
**Edward [3]** 4499/10
4504/10 4504/15
**Edward Tarpley [1]**
4504/15
**Edwards [2]** 4498/16
4504/12
**edwardtarpley [1]**
4499/12
**eight [3]** 4514/2
4521/20 4601/9
**either [3]** 4513/24
4552/10 4585/15
**elect [1]** 4553/1
**elected [1]** 4553/17
**Election [1]** 4545/16
**elections [1]** 4550/18
**electoral [1]** 4566/12
**ellipse [7]** 4543/6
4547/3 4558/3 4567/23
4573/8 4579/5 4579/9
**ELMER [3]** 4498/6
4499/2 4504/7
**Elmer Stewart Rhodes
III [1]** 4504/7
**else [6]** 4529/1
4529/24 4532/18
4533/7 4536/22
4627/12
**Email [10]** 4498/18
4498/19 4499/5 4499/9
4499/12 4499/16

**Email... [4]** 4500/5
4500/10 4500/14
4500/19
**embedded [1]** 4632/3
**emoji [1]** 4552/8
**Empire [1]** 4500/17
**en [1]** 4565/19
**en route [1]** 4565/19
**end [5]** 4505/5 4505/7
4544/3 4568/6 4628/4
**ended [2]** 4521/4
4628/12
**ending [1]** 4570/20
**ends [2]** 4637/20
4647/11
**enemy [2]** 4508/2
4508/5
**enforcement [7]**
4509/25 4547/14
4560/22 4561/3 4570/4
4570/7 4636/17
**engage [1]** 4548/24
**engaged [1]** 4649/19
**Enjoy [1]** 4650/4
**enough [2]** 4568/25
4571/20
**Enrique [2]** 4534/3
4534/5
**entail [1]** 4508/11
**enter [2]** 4560/25
4628/2
**entered [3]** 4505/12
4594/4 4604/15
**entering [1]** 4561/3
**entire [1]** 4556/20
**equipment [1]** 4547/15
**essential [3]** 4649/18
4649/19 4649/20
**estimates [1]** 4612/21
**et [2]** 4498/6 4542/9
**ETA [2]** 4608/21
4610/17
**Evans [1]** 4516/13
**even [2]** 4603/6
4603/18
**evening [1]** 4599/5
**event [1]** 4509/11
**events [3]** 4507/1
4511/2 4511/3
**eventually [2]** 4609/6
4628/4
**ever [3]** 4548/10
4561/6 4629/25
**everybody [3]** 4504/24
4534/13 4593/25
**Everyday [1]** 4537/11
**everyone [6]** 4504/4
4504/24 4505/14
4594/2 4594/6 4650/4
**everything [2]** 4519/2
4631/7
**evidence [53]** 4510/24
4512/7 4512/10
4512/15 4513/5 4513/8
4514/24 4515/14
4515/24 4516/4 4517/7
4517/14 4518/14

4525/15 4526/19
4526/24 4535/6 4536/1
4540/24 4541/2
4544/17 4551/22
4551/25 4553/3 4555/6
4557/10 4557/15
4564/22 4565/2
4575/16 4575/23
4576/15 4576/19
4580/25 4581/3 4589/7
4589/10 4595/3 4595/7
4611/23 4614/19
4617/4 4619/6 4619/9
4620/1 4621/18 4626/6
4630/13 4633/25
4648/10 4648/15
**ex [1]** 4599/6
**ex-marine [1]** 4599/6
**exact [3]** 4554/13
4634/2 4636/2
**exam [1]** 4512/18
**EXAMINATION [1]**
4506/9
**examiners [2]** 4512/17
4513/11
**Excel [4]** 4540/20
4640/4 4640/8 4640/10
**Excellent [1]** 4598/22
**excerpt [1]** 4575/9
**exchange [7]** 4549/3
4551/5 4551/20 4552/4
4554/22 4597/12
4600/16
**exchanged [1]** 4607/2
**excuse [4]** 4505/6
4521/24 4555/24
4646/1
**Exfil [1]** 4643/18
**exhibit [92]** 4512/6
4512/16 4512/18
4512/24 4513/9
4513/18 4513/18
4513/19 4513/20
4514/24 4517/13
4517/21 4518/15
4518/18 4524/6
4525/12 4525/15
4526/20 4526/24
4527/14 4531/16
4534/25 4536/1
4539/15 4539/24
4541/2 4542/22
4551/25 4554/17
4555/6 4556/16
4556/20 4556/21
4557/5 4557/10
4557/15 4558/24
4560/3 4561/11
4561/17 4561/22
4561/23 4563/16
4564/23 4565/2
4566/19 4567/14
4568/13 4573/15
4574/23 4575/5 4575/9
4575/10 4575/16
4575/21 4575/22
4575/23 4576/15

4579/21 4580/8
4580/25 4581/3 4588/7
4588/24 4589/4 4589/8
4589/10 4590/24
4593/12 4593/15
4594/13 4594/20
4595/4 4595/7 4597/8
4604/7 4614/16
4614/24 4617/1 4630/7
4630/10 4632/20
4642/1 4642/15 4644/5
4645/7 4647/21
4647/24 4648/11
4648/15
**Exhibit 1500 [8]**
4566/19 4573/15
4604/7 4614/16
4614/24 4630/7
4632/20 4644/5
**Exhibit 1502 [3]**
4590/24 4630/10
4645/7
**Exhibit 1555 [1]**
4525/12
**Exhibit 22 [1]** 4513/18
**Exhibit 29 [1]** 4513/18
**Exhibit 29.V.1 [1]**
4561/17
**Exhibit 3000 [1]**
4512/6
**Exhibit 3502.2 [2]**
4647/21 4648/11
**Exhibit 5102 [1]**
4588/7
**Exhibit 5118 [1]**
4589/8
**Exhibit 53 [1]** 4513/19
**Exhibit 6731 [1]**
4568/13
**Exhibit 6750 [1]**
4526/20
**Exhibit 73 [1]** 4513/20
**Exhibit 85 [1]** 4527/14
**Exhibit No. 50 [1]**
4531/16
**exhibits [6]** 4502/8
4516/1 4516/3 4517/6
4544/16 4580/1
**Exit [1]** 4643/20
**exited [2]** 4593/20
4650/6
**expect [1]** 4561/1
**experience [4]** 4547/13
4547/14 4583/4
4603/12
**explain [3]** 4538/4
4560/3 4602/24
**explosions [1]** 4570/11
**export [3]** 4639/25
4640/14 4640/18
**exported [1]** 4640/10
**extracted [2]** 4529/10
4551/19
**extraction [7]** 4512/19
4527/20 4540/20
4540/20 4567/18
4639/14 4641/6

4540/19
**Eye [1]** 4546/5
**Eye Pro [1]** 4546/5

**F**

**F.O.S [4]** 4532/22
4534/1 4550/10 4643/6
**Facebook [18]** 4511/20
4516/17 4516/18
4597/13 4597/18
4625/7 4625/12
4625/14 4625/16
4626/14 4626/20
4627/11 4628/21
4629/8 4631/8 4631/11
4631/15 4633/9
**Facebook Live [6]**
4628/21 4629/8 4631/8
4631/11 4631/15
4633/9
**fails [1]** 4555/14
**fair [3]** 4523/9 4524/10
4575/9
**fairly [2]** 4557/5
4594/25
**familiar [11]** 4517/23
4523/13 4524/8 4537/7
4537/10 4574/20
4574/24 4580/4 4602/7
4625/6 4648/5
**Families [1]** 4516/10
**far [7]** 4536/21 4557/5
4563/20 4570/21
4582/14 4592/8
4603/12
**fast [6]** 4510/3 4553/11
4553/19 4611/16
4617/18 4617/23
**fast-forward [5]**
4553/11 4553/19
4611/16 4617/18
4617/23
**Fathers [1]** 4569/5
**FBI [42]** 4505/21
4506/16 4506/19
4506/21 4507/8
4507/11 4507/17
4508/18 4509/3 4510/2
4510/13 4512/2
4512/14 4512/17
4513/1 4513/4 4513/7
4513/11 4513/16
4515/5 4527/20
4527/22 4528/6
4529/10 4531/8
4537/17 4538/1
4538/17 4538/21
4539/12 4561/10
4584/1 4585/18
4588/13 4623/15
4623/18 4623/22
4626/10 4627/10
4633/25 4637/10
4638/2
**fear [1]** 4556/1
**feathered [1]** 4572/13
**February [1]** 4513/7

**federal [1]** 4509/12
**feed [1]** 4550/4
**felonies [1]** 4599/7
**few [2]** 4550/25
4650/23
**figure [1]** 4533/18
4602/12 4602/20
**file [5]** 4528/3 4528/6
4560/23 4587/14
4615/20
**files [2]** 4516/7
4580/12
**filmed [1]** 4632/10
**filming [1]** 4628/6
**final [5]** 4532/20
4564/3 4596/21 4629/2
4632/3
**finally [4]** 4514/16
4516/6 4560/10
4587/12
**find [1]** 4551/3
**fine [1]** 4559/3
**fire [2]** 4509/22
4572/14
**firearms [1]** 4585/23
**firepower [1]** 4613/23
**first [19]** 4519/10
4519/11 4524/18
4533/25 4553/10
4561/10 4565/4
4572/20 4577/19
4582/21 4588/5
4595/10 4595/10
4596/2 4601/17
4603/13 4609/17
4611/16 4623/4
**Fischer [3]** 4500/16
4500/16 4504/20
**fischerandputzi [1]**
4500/19
**five [16]** 4504/21
4515/21 4517/19
4521/9 4535/18
4549/11 4550/13
4553/11 4553/19
4555/21 4565/23
4566/2 4572/9 4574/1
4612/16 4647/5
**fixed [1]** 4613/20
**fixed-wing [1]** 4613/20
**FL [10]** 4527/11 4530/5
4530/24 4531/3 4531/6
4531/23 4574/6 4574/8
4580/3 4590/21
**flag [2]** 4506/4 6651/1
**flagged [1]** 4557/25
**Flash [1]** 4570/11
**flashers [1]** 4510/3
**flashlight [1]** 4546/2
**fleet [1]** 4613/13
**Florida [3]** 4528/21
4530/16 4530/18
**flow [1]** 4547/7
**focus [1]** 4555/17
**FOID [1]** 4599/7
**follow [1]** 4599/12
**following [10]** 4512/10
4512/15 4513/5 4513/8

following... [6]
4513/17 4514/1 4515/6
4515/14 4516/7
4579/18

follows [2]  4512/9
4635/15

foot [1]  4510/9

footage [5]  4511/13
4511/14 4511/15
4511/16 4636/6

force [4]  4559/11
4559/13 4574/19
4613/17

forced [1]  4638/24

foregoing [1]  4652/3

forensic [4]  4512/16
4512/20 4512/23
4513/12

formal [1]  4649/7

format [3]  4640/1
4640/3 4640/16

formation [3]  4560/23
4561/3 4561/7

Former [1]  4593/21

FormerFeds [1]
4500/12

formerfedsgroup.com
[1]  4500/14

forward [56]  4543/13
4543/16 4548/19
4553/11 4553/19
4558/13 4561/11
4562/19 4563/12
4567/11 4568/1 4570/9
4572/22 4574/1
4577/15 4578/17
4604/21 4609/22
4609/25 4610/7
4611/16 4611/18
4613/1 4614/5 4615/19
4617/8 4617/18
4617/23 4618/2
4620/13 4622/6
4624/12 4628/9
4629/22 4630/11
4632/4 4633/11
4633/18 4635/10
4636/23 4637/16
4638/7 4638/19
4641/18 4641/23
4642/3 4642/7 4642/11
4642/17 4643/7
4643/21 4644/7 4645/2
4645/10 4646/11
4647/6

forwarding [1]  4598/22

forwards [1]  4599/3

fought [1]  4572/15

found [2]  4585/14
4602/16

founder [1]  4555/12

founders [1]  4554/14

founding [2]  4569/5
4572/11

fountain [2]  4619/16
4620/5

four [13]  4506/20

4522/16 4523/10
4553/6 4554/11
4557/18 4568/15
4570/9 4595/11 4639/1
4647/5

fourth [1]  4531/18

frame [4]  4605/23
4605/25 4628/14
4628/25

France [2]  4515/9
4515/23

France-Presse [2]
4515/9 4515/23

Freedom [10]  4515/8
4515/19 4585/5
4586/13 4593/8 4601/4
4601/24 4630/20
4630/21 4631/4

Freedom D03er 91 [1]
4585/5

Freedom Dozer [5]
4586/13 4593/8 4601/4
4601/24 4631/4

Freedom Dozer 91 [2]
4630/20 4630/21

French [1]  4515/7

Friday [2]  4598/18
4599/9

Friends [2]  4532/24
4643/6

front [6]  4499/15
4560/24 4563/21
4621/2 4628/13
4628/24

fucking [1]  4647/14

fulfill [1]  4611/2

functionality [1]
4640/24

functions [1]  4649/20

FYI [1]  4547/22

G

gang [1]  4547/3

gassing [1]  4619/15

Gateway [3]  4571/3
4571/4 4571/5

Gateway Pundit [1]
4571/5

gather [2]  4508/4
4561/3

gathering [1]  4509/7

Gatling [1]  4613/23

Gator [3]  4574/8
4574/11 4574/17

Gator Medic FL OK [1]
4574/8

general [2]  4566/10
4603/1

generally [10]  4510/21
4517/25 4533/15
4533/17 4534/7
4560/13 4592/12
4602/6 4602/7 4648/7

generation [1]  4572/11

gentlemen [5]  4505/15
4576/17 4593/16
4627/2 4650/2

Georgia [3]  4550/17 4550/19
get [22]  4505/7
4505/17 4509/2 4509/9
4510/1 4510/4 4510/11
4510/11 4519/6
4524/21 4537/18
4538/20 4540/6 4540/8
4547/3 4569/1 4593/5
4603/10 4609/9
4611/1 4614/14
4623/22

gets [1]  4552/10

getting [3]  4535/1
4555/23 4619/16

Geyer [2]  4500/11
4504/18

gigabyte [1]  4513/2

girlfriend [2]  4549/21
4551/15

give [3]  4551/12
4555/24 4560/12

given [2]  4531/15
4576/18

giving [1]  4535/20

Glen [1]  4500/18

gloves [3]  4546/5
4546/6 4556/5

glow [1]  4586/16

gmail.com [1]  4499/9

go [133]  4505/9
4517/12 4518/24
4521/10 4522/23
4524/15 4527/6 4527/8
4529/6 4530/3 4530/22
4532/7 4542/2 4542/22
4544/3 4544/16 4545/4
4545/20 4545/21
4545/24 4546/9
4546/13 4547/5
4547/16 4548/19
4549/2 4550/13
4550/20 4551/10
4551/11 4551/17
4552/17 4553/2
4555/20 4556/4
4561/22 4565/23
4566/18 4568/13
4568/14 4569/24
4570/9 4570/13
4571/21 4573/4
4573/13 4573/14
4573/22 4574/1
4574/16 4575/2
4575/21 4579/15
4582/8 4584/8 4584/24
4587/1 4587/12 4588/5
4590/12 4590/24
4593/12 4596/5 4597/7
4598/7 4598/24
4599/15 4599/23
4600/3 4600/18
4601/15 4603/4
4603/25 4604/7
4607/22 4609/9
4609/12 4609/22
4609/25 4610/7
4610/23 4611/4

4614/14 4614/16
4615/18 4616/15
4617/1 4617/25
4620/18 4620/19
4620/21 4620/22
4621/15 4622/6
4622/10 4622/17
4622/25 4624/12
4624/17 4624/21
4626/5 4627/3 4628/8
4628/18 4629/7
4629/20 4630/7 4630/8
4631/2 4632/1 4632/14
4632/20 4634/6
4636/19 4639/4 4639/6
4641/18 4641/23
4642/3 4642/7 4642/11
4642/17 4642/24
4643/7 4644/5 4645/7
4645/10 4646/10
4647/20 4649/6
4649/22

goals [1]  4506/23

going [39]  4510/8
4510/10 4512/5
4517/21 4519/3 4523/6
4524/2 4524/5 4524/14
4532/20 4532/21
4539/23 4548/16
4556/15 4556/15
4556/16 4569/1
4570/11 4574/22
4575/18 4583/4 4591/6
4593/14 4606/15
4607/22 4610/11
4610/15 4612/20
4612/22 4617/16
4623/5 4624/1 4626/22
4632/2 4632/8 4633/3
4635/16 4647/13
4649/23

gone [3]  4547/4
4572/24 4631/20

gonna [2]  4614/14
4614/15

good [13]  4504/5
4504/24 4505/19
4505/20 4506/2 4506/3
4506/12 4506/13
4546/5 4594/10
4594/11 4599/5 4600/3

good morning [8]
4504/24 4505/19
4505/20 4506/2
4506/12 4506/13
4594/10 4594/11

got [10]  4504/25
4509/14 4510/2
4510/15 4517/11
4539/25 4553/24
4623/15 4623/18
4637/22

Gousset [2]  4515/6
4515/16

government [24]
4498/14 4504/13
4506/8 4512/8 4515/14

4518/14 4525/12
4526/19 4534/20
4535/5 4540/24
4552/16 4555/2 4557/9
4576/11 4579/19
4580/18 4580/24
4585/11 4589/7 4595/3
4629/5 4648/10
4650/14

GOVERNMENT'S [28]
4502/5 4502/10 4512/6
4512/18 4512/24
4514/24 4516/3 4517/6
4518/15 4518/18
4525/15 4526/24
4536/1 4539/15
4539/24 4541/2
4551/25 4555/6
4557/15 4565/2
4575/16 4576/15
4580/7 4580/25 4581/3
4589/10 4595/7
4648/15

Governor [1]  4500/17

governor's [1]  4572/12

grab [1]  4546/6

grand [1]  4650/18

grandstands [1]
4570/3

gray [1]  4546/3

Graydon [4]  4529/3
4530/14 4532/5
4543/24

Graydon Young [3]
4529/3 4530/14 4532/5

great [1]  4598/11

green [2]  4559/15
4635/3

Greene [21]  4513/5
4520/24 4523/4 4526/8
4532/19 4538/13
4542/19 4559/18
4596/1 4608/3 4608/8
4608/11 4610/4
4622/20 4623/2
4624/13 4624/14
4624/22 4638/14
4642/4 4642/8

Greene's [5]  4513/19
4514/7 4538/18
4538/21 4539/4

Greg [5]  4549/22
4550/1 4550/14
4552/18 4553/20

Greg Smith [4]
4549/22 4550/1
4550/14 4552/18

grenades [1]  4570/11

grenades/explosions
[1]  4570/11

Grods [1]  4526/9

ground [11]  4583/8
4583/10 4583/15
4584/2 4588/20 4591/6
4591/25 4592/3
4613/20 4613/22
4622/24

grounds [15]  4547/6

4663

**grounds... [14]** 4560/4
4560/7 4560/14
4563/22 4565/15
4565/19 4570/12
4614/21 4615/2
4625/17 4627/8
4627/20 4628/3
4646/25
**group [36]** 4524/19
4526/4 4527/10
4528/17 4528/21
4529/1 4529/7 4534/8
4540/10 4540/16
4548/14 4548/21
4550/14 4550/22
4552/19 4554/12
4564/5 4564/12
4565/13 4565/18
4566/3 4568/9 4579/4
4605/8 4609/5 4609/10
4616/8 4630/14
4634/17 4635/5
4635/22 4636/14
4642/21 4643/3 4643/5
4644/12
**groups [4]** 4507/15
4524/11 4524/15
4534/11
**grows [1]** 4555/15
**Guard [1]** 4565/15
**Guardian [2]** 4601/19
4601/23
**Guardian's [2]** 4601/13
4601/23
**gun [1]** 4613/23
**guy [1]** 4598/1
**guys [2]** 4550/23
4596/12

**H**

**ha [2]** 4552/9 4552/9
**Ha-ha [1]** 4552/9
**Hackett [4]** 4529/3
4530/13 4532/4
4543/24
**had [20]** 4506/22
4510/10 4510/10
4564/3 4566/10 4567/1
4571/20 4572/23
4572/24 4573/7 4577/3
4579/4 4585/15
4597/18 4597/24
4601/16 4603/22
4621/17 4630/10
4642/14
**half [4]** 4505/9 4547/17
**Haller [3]** 4500/6
4500/7 4504/16
**hallerjulia [1]** 4500/10
**hallway [1]** 4560/25
**Halo [2]** 4580/3
4590/16
**Halo 4U [1]** 4590/16
**hand [9]** 4505/23
4524/23 4556/1
4578/21 4579/10
4609/1 4618/10

**handle [1]** 4507/11
**hands [1]** 4571/20
**Haney [14]** 4585/1
4585/12 4586/7
4586/13 4593/6
4594/16 4594/23
4600/20 4600/22
4600/25 4601/12
4601/24 4630/22
4630/23
**Haney's [2]** 4585/19
4587/2
**hang [1]** 4632/8
**Hangout [5]** 4530/5
4530/24 4531/3 4531/6
4531/23
**happen [2]** 4569/1
4632/12
**happened [2]** 4519/7
4633/7
**happening [6]** 4508/23
4509/11 4554/8
4609/10 4627/12
4639/5
**happens [1]** 4607/12
**hard [9]** 4512/16
4512/21 4513/19
4542/21 4544/19
4545/5 4546/5 4561/19
4580/12
**hardened [1]** 4509/18
**Harrelson [15]** 4500/11
4504/8 4504/18 4526/1
4528/19 4530/10
4531/24 4560/1 4567/8
4590/13 4614/20
4617/4 4618/7 4627/23
4629/16
**Harrelson's [2]**
4513/20 4514/8
**Harrisburg [1]** 4499/15
**has [21]** 4505/5 4505/6
4531/15 4534/17
4534/20 4542/7
4542/22 4553/25
4577/12 4579/19
4582/11 4584/1
4587/20 4591/14
4611/2 4613/25
4619/14 4619/23
4622/3 4631/20
4636/21
**hashtag [2]** 4545/18
4545/19
**hat [2]** 4628/13
4628/25
**have [94]** 4505/16
4507/1 4508/13
4509/19 4511/2 4511/7
4511/14 4511/15
4513/15 4516/6
4517/15 4517/18
4518/5 4523/17
4523/20 4531/1
4534/11 4536/4
4536/21 4537/1
4537/14 4539/6

**4539/24 4540/18
4544/9 4546/3 4547/2
4547/4 4547/23
4548/10 4551/2 4551/4
4552/12 4554/8
4554/22 4555/14
4555/24 4556/20
4558/1 4558/7 4559/22
4561/6 4564/19 4566/7
4567/19 4569/11
4569/16 4571/2 4575/1
4575/5 4577/3 4577/6
4577/9 4579/9 4580/21
4583/5 4584/19
4585/13 4586/7 4589/1
4589/15 4589/20
4589/25 4590/13
4590/17 4590/25
4594/20 4596/6
4596/11 4596/25
4597/13 4600/19
4602/12 4605/16
4607/9 4612/20 4616/2
4621/7 4622/24
4625/19 4626/11
4627/7 4627/10
4629/25 4630/2 4632/2
4636/15 4638/23
4639/12 4641/6 4650/2
4650/17
**having [2]** 4539/8
4588/13
**he [53]** 4520/25 4521/3
4526/16 4530/20
4533/17 4533/20
4536/21 4536/21
4537/1 4541/8 4541/10
4541/18 4541/20
4542/6 4546/10
4547/20 4550/25
4553/23 4554/7
4555/15 4555/17
4556/2 4558/10
4571/11 4577/19
4587/5 4593/2 4596/17
4598/17 4598/17
4599/12 4600/2 4600/7
4601/1 4606/11 4610/5
4610/12 4611/3
4612/19 4619/9
4619/10 4621/1 4621/3
4633/1 4633/17
4634/13 4635/15
4636/21 4638/5 4643/5
4643/25 4644/24
4644/25
**he'd [1]** 4598/2
**he's [3]** 4534/6
4545/12 4562/24
**head [3]** 4606/11
4644/21 4644/23
**Headed [2]** 4612/1
4616/10
**headgear [2]** 4606/13
4606/15
**hear [12]** 4562/12
4562/15 4562/16**

**4577/22 4591/24
4593/6 4603/14
4603/15 4604/3
4614/10
**heard [5]** 4583/5
4588/9 4629/25 4630/2
4637/22
**hearing [3]** 4516/1
4535/9 4603/18
**hedging [1]** 4553/25
**helmet [6]** 4509/19
4544/1 4546/5 4546/6
4606/17 4644/22
**help [2]** 4509/22
4558/19
**her [16]** 4505/7
4544/24 4553/25
4576/9 4579/4 4582/5
4582/9 4594/22 4596/7
4598/11 4600/23
4605/8 4616/8 4626/20
4630/14 4646/18
**here [80]** 4507/2
4519/10 4519/15
4523/2 4524/18
4525/24 4527/14
4527/17 4528/5
4529/18 4529/25
4531/11 4533/10
4534/1 4534/11 4536/4
4541/6 4543/21
4545/25 4554/25
4560/2 4563/16 4565/4
4565/10 4565/20
4566/13 4566/25
4567/14 4568/22
4572/8 4573/10 4574/9
4577/20 4578/3 4581/8
4581/13 4582/19
4585/9 4585/21 4586/6
4591/19 4592/3
4592/12 4594/20
4595/10 4595/10
4596/24 4598/2 4598/8
4598/25 4604/9
4604/17 4606/1 4609/1
4609/16 4613/2
4613/10 4615/5 4619/2
4619/16 4619/16
4620/24 4623/4 4624/2
4626/18 4628/25
4629/3 4630/13
4630/18 4632/21
4634/21 4635/24
4637/13 4637/24
4638/5 4638/20 4639/6
4641/12 4642/24
4645/9
**hereby [1]** 4512/8
**Hey [2]** 4572/11
4596/11
**high [1]** 4548/5
**high-definition [1]**
4548/5
**Highlander [3]** 4607/18
4607/20 4609/23
**highlight [5]** 4519/12**

**4612/14 4605/24
4605/24 4623/5
**highlighted [1]**
4587/24
**Highly [1]** 4546/2
**Highway [1]** 4500/17
4577/22 4584/13
**his [33]** 4544/15
4545/9 4546/15
4549/21 4552/10
4554/9 4555/14
4558/10 4572/13
4584/9 4584/10
4584/17 4585/2
4589/18 4589/22
4590/2 4590/4 4590/15
4590/20 4596/7
4601/17 4606/7
4606/11 4606/13
4606/15 4609/5
4609/10 4611/3
4633/17 4633/23
4644/21 4644/23
4644/25
**historical [1]** 4537/14
**history [1]** 4572/20
**Hold [1]** 4535/11
**Holden [16]** 4585/1
4585/12 4586/7
4586/13 4587/2 4593/6
4594/16 4594/23
4596/3 4600/20
4600/22 4600/25
4601/12 4601/24
4630/22 4630/23
**Holden Haney [14]**
4585/1 4585/12 4586/7
4586/13 4593/6
4594/16 4594/23
4600/20 4600/22
4600/25 4601/12
4601/24 4630/22
4630/23
**Holden Haney's [1]**
4587/2
**holding [3]** 4545/1
4545/12 4616/17
**home [1]** 4512/15
**honestly [3]** 4597/22
4597/23 4597/24
**Honor [22]** 4504/5
4505/2 4505/19 4506/6
4514/21 4515/24
4525/11 4535/11
4535/13 4564/22
4576/24 4591/13
4593/13 4594/8
4626/22 4650/1
4650/10 4650/14
4650/15 4650/17
4650/22 4650/25
**HONORABLE [2]**
4498/9 4504/2
**hope [2]** 4504/24
4569/1
**hopefully [1]** 4510/11
**Horn [1]** 4516/13**

**H**

**HorseWhisperer [7]** 4565/6 4565/9 4565/13 4565/24 4570/1 4570/10 4638/22

**HorseWhisperer's [1]** 4642/18

**hostile [1]** 4509/22

**hotel [7]** 4558/2 4558/6 4558/8 4609/4 4636/8 4636/15 4641/25

**hotmail.com [1]** 4500/19

**hour [4]** 4505/9 4547/17 4650/3 4650/4

**hours [8]** 4511/10 4546/14 4546/14 4547/17 4555/21 4599/24 4641/16 4649/12

**house [8]** 4543/7 4543/8 4543/9 4554/3 4558/2 4558/3 4561/10 4578/4

**housekeeping [1]** 4524/22

**how [47]** 4506/19 4507/24 4508/25 4510/1 4510/10 4510/18 4511/5 4511/9 4519/21 4519/25 4520/4 4520/12 4521/8 4521/18 4521/21 4521/23 4522/4 4522/10 4522/12 4522/15 4522/21 4523/15 4523/17 4527/22 4537/10 4538/7 4549/9 4553/6 4555/25 4569/14 4574/24 4579/4 4596/6 4599/12 4602/8 4602/10 4602/12 4602/21 4603/10 4603/25 4613/16 4613/22 4629/5 4629/21 4636/5 4636/16 4643/8

**Hughes [2]** 4498/15 4504/12

**huh [2]** 4620/9 4635/2

**Hundreds [2]** 4511/6 4511/10

**Hunter [1]** 4516/16

**Hydro [5]** 4571/13 4580/2 4590/21 4610/16 4610/20

**Hydro AL [3]** 4571/13 4610/16 4610/20

**I**

**I also [1]** 4562/16

**I am [4]** 4547/23 4550/4 4598/22 4619/16

**I believe [2]** 4509/1 4641/15

**I can [3]** 4600/10

**I don't recall [1]** 4578/1

**I have [6]** 4511/14 4511/15 4547/4 4554/8 4596/11 4650/17

**I hope [1]** 4504/24

**I just [2]** 4580/5 4591/16

**I know [2]** 4548/4 4562/23

**I should [1]** 4651/1

**I think [5]** 4555/18 4613/12 4613/12 4632/3 4632/7

**I want [4]** 4541/22 4542/22 4551/10 4579/18

**I was [6]** 4507/23 4508/21 4510/23 4603/16 4604/1 4604/3 4604/3

**I will [1]** 4575/13

**I'd [2]** 4510/11 4593/22

**I'll [9]** 4506/4 4515/24 4537/4 4555/11 4555/11 4555/14 4562/23 4579/16 4626/7

**I'm [31]** 4512/5 4516/16 4516/24 4517/21 4523/6 4524/2 4524/5 4525/10 4535/20 4546/4 4549/24 4554/9 4556/15 4556/16 4574/22 4575/18 4580/7 4588/15 4591/6 4596/23 4611/11 4614/14 4614/15 4615/15 4615/15 4623/5 4624/19 4630/8 4635/16 4643/20 4649/1

**I'm going [5]** 4556/15 4556/16 4591/6 4623/5 4635/16

**I'm gonna [1]** 4614/15

**I'm not [1]** 4575/18

**I'm sorry [8]** 4516/16 4516/24 4525/10 4596/23 4615/15 4615/15 4630/8 4643/20

**I've [1]** 4576/18

**i.e [1]** 4542/8

**icebox [1]** 4505/16

**id [1]** 4569/1

**idea [1]** 4510/10

**identify [2]** 4545/6 4579/18

**identity [1]** 4612/14

**III [3]** 4498/6 4499/2 4504/7

**IL [1]** 4584/18

**Illinois [3]** 4586/5 4586/11 4596/3

**image [6]** 4512/20 4512/23 4528/2 4528/6

**immediately [1]** 4612/23

**imposed [1]** 4649/17

**impress [1]** 4597/25

**inauguration [1]** 4632/13

**inbound [1]** 4570/2

**inches [1]** 4542/7

**include [1]** 4552/21

**including [5]** 4515/21 4524/11 4552/4 4649/18 4649/20

**Incoming [1]** 4565/16

**incredibly [1]** 4587/13

**Independence [1]** 4516/8

**INDEX [2]** 4502/2 4502/8

**indicate [8]** 4549/6 4559/12 4559/15 4561/23 4604/11 4617/11 4617/15 4623/9

**indicated [8]** 4511/24 4551/14 4557/22 4559/17 4559/22 4564/5 4569/11 4635/20

**indicates [1]** 4623/10

**indicating [3]** 4561/16 4589/5 4618/6

**indicted [1]** 4553/10

**individual [18]** 4520/22 4538/8 4544/9 4544/12 4544/20 4570/25 4574/9 4577/7 4577/19 4581/20 4584/9 4584/21 4589/5 4625/25 4626/17 4628/13 4628/16 4628/24

**individual's [1]** 4542/21

**individuals [25]** 4518/3 4520/16 4520/20 4526/3 4533/25 4536/7 4540/10 4543/20 4550/2 4557/3 4557/7 4559/12 4565/9 4568/22 4570/21 4588/25 4592/9 4592/11 4592/13 4592/14 4604/15 4604/17 4604/18 4615/13 4625/13

**indulgence [4]** 4514/20 4517/10 4533/23 4648/12

**information [4]** 4508/22 4508/25 4509/2 4535/2

**InfoWars [3]** 4550/4 4550/7 4550/8

**initial [1]** 4638/10

**initially [1]** 4509/1

**initiative [1]** 4552/20

**Inn [2]** 4541/15 4636/8

**inside [3]** 4566/21 4621/10 4628/5

**Insider [2]** 4515/9 4515/23

**instead [1]** 4613/12

**insurrection [4]** 4552/6 4552/6 4552/11 4552/12 4552/21 4554/2

**Insurrection Act [4]** 4552/6 4552/11 4552/21 4554/2

**intel [9]** 4529/14 4532/10 4568/21 4570/16 4572/10 4573/19 4598/22 4607/5 4631/6

**intelligence [4]** 4507/23 4508/1 4508/5 4508/6

**intend [1]** 4651/2

**intent [1]** 4571/19

**interaction [1]** 4613/7

**interface [1]** 4639/19

**internal [1]** 4591/11

**Internet [1]** 4516/10

**interrupt [2]** 4591/8 4647/22

**intersection [1]** 4620/6

**introduce [3]** 4539/23 4650/21 4651/2

**introduced [1]** 4517/14

**investigating [1]** 4507/1

**investigation [17]** 4507/4 4507/5 4507/7 4507/10 4511/1 4512/3 4517/16 4523/16 4523/18 4549/22 4557/7 4574/25 4586/6 4589/1 4589/1 4592/8 4602/11

**investigations [3]** 4507/11 4507/12 4507/14

**iPhone [1]** 4513/9

**is [343]**

**is that correct [12]** 4524/16 4527/4 4530/16 4533/11 4560/17 4566/16 4572/24 4582/12 4601/7 4611/5 4622/7 4645/5

**is that right [6]** 4531/4 4531/16 4602/8 4610/13 4639/7 4647/17

**is there [3]** 4535/15 4647/1

**Isaacs [2]** 4527/13 4527/13

**Isaacs' [2]** 4523/25 4527/19 4527/23

**ISIS [1]** 4507/16

**isn't [1]** 4550/5

**issue [1]** 4650/17

**issued [1]** 4649/19

**outside [3]** 4566/12 4601/13

**4664**

4506/22 4508/4 4509/8 4509/25 4510/17 4512/8 4512/24 4517/25 4520/20 4521/24 4522/8 4522/14 4524/21 4524/24 4527/19 4528/6 4533/3 4535/12 4535/16 4535/18 4539/19 4541/25 4542/1 4542/14 4542/23 4543/11 4543/12 4543/13 4543/16 4543/18 4544/22 4547/24 4547/24 4548/22 4550/18 4550/24 4550/24 4553/24 4554/3 4555/11 4555/15 4556/23 4557/2 4558/16 4559/20 4559/23 4560/13 4561/19 4562/9 4563/15 4567/12 4567/14 4567/18 4567/19 4567/19 4568/1 4568/1 4568/4 4568/6 4571/19 4572/19 4573/1 4575/15 4576/22 4577/3 4577/4 4577/6 4577/9 4577/12 4581/13 4582/16 4583/7 4583/11 4585/7 4585/9 4585/15 4585/25 4587/23 4588/6 4589/12 4591/7 4591/23 4593/5 4595/16 4599/15 4601/23 4603/3 4603/5 4604/13 4604/21 4611/18 4611/19 4613/1 4613/16 4613/20 4613/22 4614/5 4614/7 4614/12 4615/19 4615/22 4616/24 4618/2 4620/13 4621/1 4623/5 4623/7 4626/7 4626/8 4626/11 4626/10 4626/14 4627/12 4627/15 4629/6 4629/22 4632/3 4633/10 4633/12 4635/12 4637/24 4639/20 4639/23 4640/8 4640/22 4641/1 4641/13 4641/15 4644/14 4644/17 4645/11 4647/17 4647/23 4647/24 4648/7 4650/3 4650/24 4651/4

**it's [43]** 4505/16 4509/21 4513/10 4517/13 4524/10 4529/18 4531/16

**I**

it's... [36] 4534/25
4540/19 4543/8 4548/9
4549/6 4551/2 4552/9
4560/22 4560/22
4561/19 4563/21
4563/23 4571/5
4572/20 4574/15
4579/19 4585/24
4591/15 4593/16
4597/21 4597/23
4606/8 4607/13 4608/6
4613/5 4620/6 4620/12
4625/13 4626/6 4626/7
4632/2 4632/3 4639/17
4647/13 4647/13
4648/1
item [11] 4513/2
4513/5 4513/6 4514/2
4514/5 4514/7 4514/8
4514/12 4514/13
4514/16 4525/2
items [9] 4512/10
4512/15 4513/8
4513/10 4513/24
4514/2 4515/11
4515/14 4557/22
its [4] 4547/5 4584/2
4605/16 4616/2
itself [3] 4508/16
4556/7 4572/1

**J**

J Paul 9 [2] 4590/9
4590/10
J6 [13] 4579/25
4579/25 4582/21
4582/23 4583/22
4586/22 4586/22
4587/7 4587/7 4588/14
4588/19 4588/20
4601/18
jacket [3] 4544/7
4544/9 4562/5
James [17] 4499/7
4504/14 4523/4 4526/9
4530/1 4530/13
4530/18 4532/19
4558/8 4571/8 4571/13
4590/17 4608/19
4608/23 4609/3 4609/5
4610/21
James Lee Bright [1]
4504/14
jams [1] 4510/8
Jan [2] 4541/19
4622/15
Jan. [15] 4524/20
4525/8 4527/11
4547/20 4565/6 4567/4
4570/1 4571/16 4574/6
4611/10 4624/14
4636/14 4637/7
4642/13 4643/8
January [76] 4507/2
4507/5 4508/16
4510/22 4511/2 4511/3
4512/14 4514/9

4516/9 4518/22 4519/3
4521/19 4523/10
4524/12 4525/25
4526/5 4526/17
4528/18 4529/13
4529/22 4531/23
4532/10 4532/16
4534/9 4536/19
4537/22 4538/15
4539/10 4540/8 4540/9
4540/16 4541/7
4541/11 4543/2 4545/6
4548/17 4548/24
4549/20 4550/17
4551/10 4556/7 4556/9
4564/13 4564/14
4564/17 4568/20
4570/16 4576/6 4576/9
4577/25 4579/14
4583/1 4585/12
4586/21 4587/6
4587/25 4595/11
4595/11 4601/6 4601/9
4601/16 4604/8 4607/5
4609/13 4625/16
4632/11 4632/12
4641/8 4648/8 4648/21
4649/3 4649/4 4649/10
4649/11
January 17th [1]
4507/5
January 1st [1]
4564/13
January 20th [1]
4632/12
January 5/6 D.C. Op
Intel Team [3] 4532/10
4570/16 4607/5
January 5th [5] 4514/9
4550/17 4583/1
4586/21 4587/6
January 6th [47]
4507/2 4508/16
4510/22 4511/2 4511/3
4514/10 4514/11
4521/19 4523/10
4524/12 4526/5
4528/18 4529/13
4529/22 4531/23
4532/16 4534/9
4536/19 4537/22
4538/15 4539/10
4540/8 4540/9 4540/16
4541/7 4541/11 4543/2
4548/24 4549/20
4551/10 4556/7 4556/9
4564/14 4568/20
4576/6 4576/9 4587/25
4601/9 4604/8 4609/13
4625/16 4632/11
4641/8 4648/8 4648/21
4649/3 4649/10
January 7th [2] 4649/4
4649/11
Jason [7] 4530/15
4532/5 4614/20 4618/7
4618/22 4627/22

Jason Dolan [7]
4530/15 4532/5
4614/20 4618/7
4618/22 4627/22
4629/16
jcrisp [1] 4499/16
Jeffrey [2] 4498/14
4504/11
Jeffrey Nestler [1]
4504/11
jeffrey.nestler [1]
4498/20
Jeremy [3] 4529/4
4530/14 4532/6
Jeremy Brown [3]
4529/4 4530/14 4532/6
Jess [4] 4593/2 4599/5
4599/13 4631/6
Jessica [44] 4499/14
4504/9 4513/21
4514/13 4521/15
4521/19 4526/2
4528/20 4529/23
4537/3 4544/1 4567/3
4567/15 4568/7 4576/5
4576/8 4578/16
4581/10 4581/23
4586/23 4587/24
4588/16 4590/7
4594/16 4594/21
4595/14 4596/6
4596/10 4598/11
4598/20 4599/25
4600/19 4601/24
4605/2 4612/15 4613/7
4614/3 4616/18 4619/4
4619/13 4627/25
4634/16 4635/4
4646/17
Jessica Watkins [31]
4504/9 4521/15
4521/19 4526/2
4528/20 4529/23
4567/3 4568/7 4578/16
4586/23 4587/24
4588/16 4590/7
4594/16 4595/14
4596/6 4596/10
4598/11 4598/20
4599/25 4601/24
4612/15 4613/7 4614/3
4616/18 4619/4
4619/13 4627/25
4634/16 4635/4
4646/17
Jessica Watkins' [6]
4544/1 4567/15 4576/8
4594/21 4600/19
4605/2
jlbrightlaw [1] 4499/9
Johnston [1] 4499/11
join [3] 4598/17
4647/14 4647/15
joined [1] 4603/1
joining [1] 4507/17
Jonathan [2] 4499/14
4504/19

4504/19
Jones [3] 4533/14
4533/19 4550/9
Joseph [4] 4529/3
4530/13 4532/4
4543/24
Joseph Hackett [4]
4529/3 4530/13 4532/4
4543/24
Josh.James [2] 4580/2
4590/21
Joshua [16] 4523/4
4526/9 4530/1 4530/13
4530/18 4532/19
4558/8 4571/8 4571/13
4580/3 4590/17
4590/21 4608/19
4608/23 4609/5
4610/21
Joshua James [13]
4523/4 4526/9 4530/1
4530/13 4530/18
4532/19 4558/8 4571/8
4590/17 4608/19
4608/23 4609/5
4610/21
JPaul9 [1] 4579/23
Jr [2] 4499/10 4500/2
JUDGE [2] 4498/10
4535/17
Juli [2] 4500/6 4504/16
Juli Haller [1] 4504/16
JULIA [1] 4500/7
juror [2] 4505/6 4505/6
jurors [1] 4504/25
jury [17] 4498/9
4505/11 4505/12
4527/1 4542/23 4581/7
4589/12 4593/20
4594/3 4594/4 4595/16
4626/7 4627/4 4648/18
4650/6 4650/18
4650/19
just [91] 4506/17
4507/8 4510/11
4513/14 4517/21
4519/2 4519/17 4523/2
4524/6 4525/1 4526/12
4527/16 4532/8
4534/10 4534/16
4534/24 4536/5 4536/6
4540/13 4546/15
4547/10 4550/4 4550/5
4551/18 4552/20
4554/16 4556/17
4558/16 4560/16
4567/1 4568/6 4571/25
4573/15 4574/22
4576/17 4579/3
4579/16 4580/5
4583/24 4585/9 4588/6
4588/23 4589/15
4591/8 4591/10
4591/16 4592/22
4593/22 4594/13
4597/18 4599/17
4600/15 4602/5

4616/23 4609/16
4609/22 4609/22
4612/16 4614/8
4614/10 4616/13
4617/15 4617/19
4617/23 4619/19
4621/25 4623/6
4623/17 4624/18
4626/7 4626/14
4628/12 4629/9 4631/8
4631/8 4633/10
4633/11 4635/20
4639/1 4639/9 4641/1
4642/1 4642/14 4646/2
4647/4 4647/20
4648/24 4649/22
4650/8 4650/23 4651/1
juts [1] 4620/5

**K**

K-o-e-h-l-e-r [1]
4579/24
Kamala [4] 4552/22
4552/23 4553/8
4553/24
Kane [1] 4580/2
Kathryn [2] 4498/14
4504/11
Kathryn Rakoczy [1]
4504/11
kathryn.rakoczy [1]
4498/19
keep [6] 4528/12
4542/9 4592/15
4610/11 4610/15
4631/6
Keeper [11] 4586/2
4596/8 4596/10
4596/19 4596/24
4598/11 4598/19
4599/24 4600/15
4612/13 4614/1
Keepers [18] 4526/15
4534/8 4541/9 4544/25
4545/10 4550/3
4555/13 4558/21
4578/11 4581/14
4585/24 4586/8
4586/11 4598/17
4600/24 4601/11
4626/1 4637/25
Kelly [29] 4500/2
4504/8 4519/12
4519/16 4519/16
4519/24 4520/3
4520/11 4521/7 4526/1
4528/19 4529/23
4530/10 4531/24
4539/5 4543/25 4567/6
4569/16 4589/20
4606/6 4606/7 4634/5
4634/16 4635/5
4635/14 4639/7
4641/12 4641/14
4644/19
Kelly Meggs [26]
4504/8 4519/12
4519/16 4519/20

**Kelly Meggs... [22]**
4519/24 4520/3
4520/11 4521/7 4526/1
4528/19 4529/23
4530/10 4531/24
4539/5 4543/25 4567/6
4589/20 4606/6 4606/7
4634/5 4634/16 4635/5
4635/14 4639/7
4641/12 4644/19
**Kelly Meggs' [1]**
4641/14
**Kelly SoRelle [1]**
4569/16
**Kellye [19]** 4516/18
4526/8 4530/1 4533/9
4549/15 4549/16
4549/19 4550/2
4551/14 4552/4
4554/22 4555/9
4559/18 4569/2
4569/14 4625/15
4626/19 4626/21
4631/9
**Kellye Crump SoRelle
[1]** 4626/21
**Kellye SoRelle [17]**
4516/18 4526/8 4530/1
4533/9 4549/15
4549/16 4549/19
4550/2 4551/14 4552/4
4555/9 4559/18 4569/2
4569/14 4625/15
4626/19 4631/9
**Kennel [1]** 4618/7
**Kenneth [16]** 4500/11
4504/8 4513/20 4514/8
4526/1 4528/19 4529/4
4530/10 4530/14
4531/24 4532/5 4567/8
4590/13 4614/20
4627/23 4629/16
**Kenneth Bittner [3]**
4529/4 4530/14 4532/5
**Kenneth Harrelson [9]**
4504/8 4526/1 4528/19
4530/10 4567/8
4590/13 4614/20
4627/23 4629/16
**Kevlar [1]** 4509/19
**kickin' [1]** 4556/5
**kids [1]** 4599/10
**kind [2]** 4606/9
4612/20
**kinda [1]** 4555/23
**kinds [2]** 4561/9
4640/25
**Kirk [2]** 4515/7
4515/18
**kit [8]** 4509/7 4509/14
4509/15 4509/17
4509/24 4547/5 4547/8
4547/11
**knew [3]** 4509/11
4510/8 4510/10
**knife [1]** 4542/8
**knives [1]** 4509/23

4510/15 4533/15
4541/10 4547/25
4548/3 4548/4 4548/8
4550/16 4552/23
4562/7 4562/23 4563/1
4563/5 4571/4 4572/17
4578/13 4584/5
4590/10 4597/3 4606/3
4613/14 4613/16
4617/4 4623/9 4624/4
4624/25 4626/2
4627/15 4634/7
4634/15 4636/2 4636/5
4636/16 4641/13
**known [1]** 4505/16
**knows [1]** 4556/4
**Koehler [19]** 4579/24
4584/10 4584/16
4584/19 4584/22
4586/7 4586/14
4586/20 4587/8
4592/25 4594/16
4594/23 4596/6
4596/10 4597/18
4598/12 4598/20
4599/24 4600/15
**Koehler's [1]** 4586/18

**L**
**LA [1]** 4499/11
**labeled [1]** 4512/18
**LaCroix [2]** 4515/7
4515/16
**ladies [5]** 4505/15
4576/17 4593/16
4627/1 4650/22
**Landon [1]** 4624/20
**language [2]** 4513/11
4649/7
**large [2]** 4535/2 4647/1
**larger [2]** 4520/17
4623/17
**LASSITER [1]** 4499/3
**last [13]** 4516/23
4519/17 4519/21
4521/8 4522/4 4522/15
4550/23 4554/21
4611/2 4621/20
4627/17 4645/9
4647/17
**lasted [1]** 4520/7
**late [2]** 4556/10
4585/12
**later [52]** 4509/2
4538/20 4542/3
4542/11 4546/14
4547/17 4547/17
4548/17 4548/20
4550/14 4550/21
4550/25 4552/18
4553/3 4553/6 4553/20
4554/5 4555/21 4556/2
4565/17 4565/23
4566/2 4569/2 4569/25
4571/8 4571/15 4572/9
4574/1 4574/16 4593/5
4598/6 4598/10

4599/25 4605/7
4606/15 4607/17
4608/14 4609/9
4610/25 4622/11
4622/18 4624/13
4624/18 4629/9
4631/12 4631/16
4638/21 4641/16
4642/9 4642/22
**Laura [1]** 4530/15
**Laura Steele [1]**
4530/15
**law [10]** 4500/3 4500/7
4509/25 4546/3
4547/14 4560/22
4561/2 4570/4 4570/7
4636/17
**lawfully [1]** 4512/11
**Lawn [2]** 4499/3
4499/7
**leader [5]** 4526/15
4534/6 4555/12 4578/4
4578/5
**leadership [13]** 4529/8
4529/14 4559/16
4559/17 4568/17
4568/21 4568/24
4572/10 4573/18
4573/19 4611/1 4644/1
4644/3
**learn [1]** 4640/14
**leave [2]** 4506/21
4537/4
**Lee [2]** 4499/7 4504/14
**left [19]** 4507/8
4538/14 4542/16
4558/1 4558/17 4559/2
4559/5 4573/7 4578/21
4585/21 4604/10
4609/1 4616/19
4619/17 4620/5
4621/17 4630/10
4645/9 4645/17
**left-hand [1]** 4578/21
4609/1
**legally [1]** 4510/3
**legend [3]** 4558/16
4559/1 4559/5
**length [1]** 4541/21
**lengthy [1]** 4587/13
**less [1]** 4542/7
**let [6]** 4535/7 4547/25
4553/13 4553/16
4593/5 4636/16
**let's [70]** 4508/15
4511/1 4515/2 4517/12
4520/9 4522/23
4523/12 4524/18
4524/21 4527/6
4534/10 4540/8
4540/13 4541/6
4545/20 4545/24
4547/16 4553/19
4556/7 4558/13
4561/11 4564/9 4565/4
4566/18 4568/13
4572/22 4573/13

4577/15 4579/13
4582/8 4584/8 4587/12
4588/5 4588/6 4588/23
4590/24 4600/18
4601/15 4604/7
4609/12 4610/23
4611/13 4611/16
4617/1 4621/24
4622/10 4622/25
4624/12 4626/5 4628/9
4629/7 4629/22 4630/4
4630/7 4630/8 4630/23
4632/14 4632/20
4636/10 4636/23
4639/4 4642/11
4642/24 4645/7 4645/9
4646/10 4650/24
4651/5
**letter [2]** 4528/13
4555/18
**lettering [1]** 4545/15
**Lexington [2]** 4572/16
4572/17
**Liberty [10]** 4607/6
4607/10 4607/14
4608/16 4609/17
4610/13 4622/14
4622/22 4642/21
4643/8
**life [2]** 4506/22
4537/11
**light [1]** 4543/11
**lights [2]** 4510/2
4550/15
**like [14]** 4507/16
4537/13 4544/6 4554/2
4568/25 4569/5 4595/1
4596/3 4599/12
4600/10 4600/12
4608/15 4647/23
4650/18
**likely [1]** 4509/12
**likes [1]** 4546/12
**limit [1]** 4541/22
**Lincoln [2]** 4638/24
4638/25
**Linder [3]** 4499/2
4499/3 4504/14
**line [7]** 4538/25
4560/23 4572/23
4573/4 4596/2 4617/11
4618/6
**lined [1]** 4504/25
**link [5]** 4607/7 4607/9
4607/13 4609/19
4635/16
**list [1]** 4582/16
**listed [8]** 4512/12
4534/1 4537/2 4543/20
4549/16 4565/9
4582/19 4604/17
**listen [8]** 4554/3
4562/13 4591/5
4602/17 4603/17
4604/1 4630/23 4646/9
**listened [1]** 4605/5
**listening [1]** 4583/24

**literally [1]** 4629/6
**little [11]** 4519/8
4524/22 4538/20
4551/10 4556/7 4560/7
4579/3 4579/13
4579/14 4591/2
4614/15
**live [13]** 4516/19
4625/7 4625/12
4625/13 4625/15
4626/14 4627/11
4628/21 4629/8 4631/8
4631/11 4631/15
4633/9
**lives [1]** 4562/23
**Livestream [2]** 4607/7
4607/16
**LLC [2]** 4499/14
4500/12
**loading [1]** 4509/7
**located [6]** 4510/24
4551/5 4561/1 4583/11
4609/3 4643/16
**location [20]** 4543/4
4548/15 4557/3 4557/6
4573/6 4576/9 4578/25
4583/12 4586/3
4604/19 4611/11
4619/7 4620/4 4621/21
4632/24 4635/21
4644/11 4645/22
4646/18 4646/20
**locations [2]** 4561/4
4594/22
**lock [2]** 4603/4 4603/6
**Loewinger [6]** 4575/6
4577/3 4583/21
4601/16 4601/17
4601/22
**log [7]** 4582/9 4582/14
4586/18 4587/3
4587/14 4587/18
4587/23
**logged [3]** 4587/25
4588/16 4602/16
**logistics [1]** 4583/20
**logs [1]** 4586/12
**loiter [1]** 4649/14
**long [12]** 4506/19
4507/24 4510/18
4519/21 4519/25
4520/4 4520/12 4521/8
4521/23 4522/4
4522/15 4599/12
**look [1]** 4595/1
**looked [4]** 4526/16
4556/9 4564/3 4577/2
**looking [20]** 4519/14
4520/9 4521/17 4523/2
4528/12 4559/24
4561/16 4563/16
4581/8 4585/21 4587/2
4600/16 4604/9
4604/10 4609/16
4616/7 4619/3 4620/24
4627/18 4639/23
**looks [3]** 4522/14
4600/10 4600/12

**L**

Los [2] 4515/9 4515/22
Los Angeles [2]
 4515/9 4515/22
lot [6] 4510/9 4539/19
 4539/21 4580/14
 4580/16 4627/7
Louis [2] 4498/15
 4504/12
Louis Manzo [1]
 4504/12
Louisville [1] 4597/24
love [2] 4546/5
 4600/10
low [1] 4542/9
Lower [1] 4651/3
Lower West Terrace
 [1] 4651/3
lucrative [1] 4506/24
lunch [4] 4649/23
 4650/3 4650/4 4650/9

**M**

M-a-y-r [1] 4516/11
machine [2] 4512/19
 4513/12
made [2] 4592/10
 4610/12
magazine [1] 4585/23
magazines [1] 4509/8
make [7] 4508/6
 4519/7 4542/14
 4555/11 4591/16
 4593/13 4609/6
making [1] 4618/7
man [1] 4611/2
mandatory [1] 4597/21
mansion [1] 4572/12
many [18] 4511/5
 4511/9 4518/8 4518/10
 4518/12 4521/18
 4521/21 4522/10
 4522/12 4522/21
 4523/17 4549/9
 4555/25 4556/12
 4566/7 4569/11
 4623/22 4623/22
Manzo [5] 4498/15
 4504/12 4517/13
 4534/25 4595/20
map [14] 4556/19
 4557/2 4557/23 4573/4
 4576/3 4578/21 4579/8
 4604/10 4604/19
 4609/1 4634/21
 4634/25 4635/1 4635/6
marching [1] 4620/2
marine [1] 4599/6
Mark [1] 4526/9
Mark Grods [1] 4526/9
married [1] 4599/10
mask [1] 4506/4
Massachusetts [1]
 4572/12
master [3] 4512/20
 4512/22 4599/7
matter [1] 4652/4
maximize [1] 4597/1

4603/14
maybe [2] 4605/9
 4623/6
Mayor [3] 4648/20
 4649/8 4649/13
Mayor Muriel Bowser
 [2] 4648/20 4649/8
Mayor's [1] 4649/17
Mayr [1] 4516/11
McConnell [2] 4577/23
 4577/25
MD [1] 4500/18
me [18] 4505/6
 4508/13 4521/24
 4535/7 4547/25
 4553/13 4555/24
 4560/12 4593/5 4599/6
 4599/12 4600/11
 4600/13 4604/3 4623/3
 4636/16 4645/11
 4646/1
mean [11] 4507/13
 4508/3 4530/25 4539/2
 4547/11 4569/19
 4569/22 4583/10
 4636/18 4636/20
 4643/19
meaning [1] 4643/6
means [1] 4583/11
mechanic's [1] 4546/16
mechanical [1] 4501/6
MedaVac69 [1]
 4579/23
media [4] 4511/15
 4511/18 4511/23
 4649/18
Medic [3] 4574/8
 4574/11 4574/17
Meggs [35] 4500/2
 4504/8 4504/17
 4519/12 4519/16
 4519/20 4519/24
 4520/3 4520/7 4520/11
 4520/25 4521/3 4521/7
 4526/1 4528/19
 4529/23 4530/10
 4531/24 4539/5 4539/5
 4543/25 4567/6
 4589/20 4606/6 4606/7
 4634/5 4634/16 4635/5
 4635/14 4635/21
 4639/7 4641/12
 4641/20 4644/12
 4644/19
Meggs' [1] 4641/14
MEHTA [1] 4498/9
 4504/3
member [20] 4525/25
 4529/1 4529/21
 4529/24 4530/9
 4530/12 4531/11
 4531/22 4532/1
 4532/15 4533/7
 4536/18 4549/9
 4565/20 4567/4
 4582/17 4596/17
 4596/20 4625/25

members [20] 4524/11
 4526/4 4530/11
 4531/25 4533/5
 4533/11 4536/7
 4545/10 4558/10
 4571/17 4573/7
 4586/11 4611/24
 4624/15 4627/10
 4627/25 4634/16
 4635/5 4635/22
 4638/17
men [3] 4520/13
 4523/10 4586/13
mentioned [2] 4516/23
 4526/14
merges [1] 4534/21
Merit [1] 4501/2
message [102]
 4536/25 4537/18
 4537/21 4538/2
 4538/10 4538/18
 4539/8 4541/18
 4545/21 4545/24
 4546/16 4546/25
 4547/16 4547/18
 4548/24 4549/3 4549/7
 4549/7 4549/10
 4549/23 4550/2
 4550/22 4551/5
 4551/20 4554/18
 4556/23 4564/3 4565/5
 4566/3 4566/25 4568/8
 4568/14 4568/16
 4569/20 4569/24
 4570/14 4570/14
 4570/15 4570/18
 4571/25 4572/1
 4573/15 4573/23
 4595/14 4595/23
 4597/12 4597/17
 4598/19 4598/24
 4598/25 4598/25
 4599/3 4599/25
 4600/16 4607/18
 4607/18 4608/24
 4609/13 4609/23
 4610/8 4619/4 4619/12
 4621/15 4621/20
 4621/24 4621/25
 4622/7 4622/10
 4622/11 4622/12
 4622/22 4622/25
 4624/7 4624/8 4624/13
 4624/21 4625/9
 4627/18 4634/5
 4635/14 4637/3 4637/4
 4638/11 4639/4 4639/8
 4639/18 4639/21
 4640/11 4640/22
 4640/23 4641/11
 4641/18 4641/23
 4641/24 4642/3 4642/5
 4642/7 4642/11
 4642/12 4642/18
 4642/24 4643/23
message chain [1]
 4609/13

messages [51]
 4538/9 4539/13
messages [51]
 4523/17 4523/20
 4524/15 4528/10
 4537/1 4537/5 4537/8
 4537/10 4537/15
 4538/23 4539/3
 4539/23 4539/25
 4540/15 4540/18
 4548/16 4551/1
 4551/12 4551/19
 4556/9 4556/25 4564/4
 4564/11 4564/19
 4566/7 4566/10 4567/1
 4569/12 4569/14
 4594/21 4594/25
 4599/14 4607/1 4607/1
 4609/16 4621/20
 4623/13 4634/1 4639/9
 4639/25 4640/7
 4640/13 4640/14
 4640/18 4640/24
 4640/25 4641/1 4641/1
 4641/3 4641/7 4641/19
met [2] 4560/6 4613/18
metadata [5] 4563/25
 4567/19 4605/16
 4616/2 4621/7
method [1] 4536/24
metro [2] 4574/12
 4574/14
mezzanine [1] 4646/21
Micah [6] 4575/6
 4577/3 4583/21
 4601/16 4601/17
 4601/22
Micah Loewinger [4]
 4575/6 4601/16
 4601/17 4601/22
Michael [24] 4513/5
 4513/19 4514/7 4515/8
 4515/20 4520/24
 4523/4 4526/8 4532/19
 4538/13 4538/18
 4538/21 4542/19
 4559/18 4596/1 4608/3
 4608/4 4608/11 4610/4
 4622/20 4623/2
 4638/14 4642/4 4642/8
Michael Greene [17]
 4513/5 4520/24 4526/8
 4532/19 4538/13
 4542/19 4559/18
 4596/1 4608/3 4608/8
 4608/11 4610/4
 4622/20 4623/2
 4638/14 4642/4 4642/8
Michael Greene's [3]
 4513/19 4514/7
 4538/18
middle [5] 4562/4
 4585/6 4586/1 4605/22
 4605/25
might [1] 4603/19
military [16] 4507/18
 4507/23 4508/1
 4509/24 4547/14

4515/19 4560/19
 4560/21 4560/22
 4561/2 4570/4 4570/7
 4583/4 4583/9 4583/14
 4636/17
militia [1] 4596/12
millimeter [1] 4613/23
min [1] 4610/17
minority [1] 4578/4
 4578/4
Minuta [2] 4523/5
 4526/9
minute [23] 4520/14
 4542/11 4553/3 4556/2
 4569/2 4569/25 4571/8
 4571/15 4574/16
 4607/17 4610/25
 4611/5 4613/8 4622/11
 4624/22 4635/14
 4637/4 4638/21 4642/9
 4642/22 4642/25
 4643/7 4643/22
minutes [32] 4522/7
 4522/16 4542/2
 4548/19 4550/14
 4550/21 4553/6 4554/4
 4565/17 4565/23
 4566/2 4568/15 4570/9
 4572/9 4574/1 4593/22
 4605/7 4608/14
 4608/21 4608/22
 4615/20 4622/18
 4622/21 4624/13
 4628/1 4629/9 4631/12
 4631/16 4631/21
 4646/8 4647/25
 4650/24
misread [1] 4521/24
mission [4] 4508/4
 4583/12 4624/16
 4638/18
Mobile [18] 4537/14
 4537/18 4537/20
 4538/2 4538/5 4538/9
 4538/11 4538/14
 4538/18 4539/3 4539/9
 4539/13 4539/16
 4540/1 4623/13
 4623/15 4623/18
 4623/23
mode [1] 4649/14
Moerschel [3] 4529/3
 4530/13 4532/4
mom [1] 4563/21
month [1] 4508/12
Monument [3] 4547/6
 4619/10 4621/5
more [13] 4506/24
 4516/20 4519/8 4532/8
 4547/7 4553/13 4556/8
 4602/5 4603/8 4616/13
 4639/2 4642/20
 4647/25
morning [24] 4498/7
 4504/5 4504/24
 4505/19 4505/20
 4506/2 4506/3 4506/12
 4506/13 4510/20

4668

**M**

**morning... [14]** 4540/9
4540/16 4541/10
4544/17 4546/8
4556/10 4558/9 4564/4
4593/15 4593/17
4594/10 4594/11
4594/15 4626/6
**most [2]** 4547/3
4555/17
**motor [1]** 4649/14
**move [11]** 4506/23
4512/6 4514/1 4515/24
4520/9 4551/22
4558/23 4564/22
4568/6 4575/13
4593/14
**movement [1]** 4617/11
**movements [3]** 4557/6
4558/20 4560/6
**moves [14]** 4515/14
4518/14 4525/12
4526/19 4535/5
4540/24 4555/2 4557/9
4576/11 4580/18
4580/24 4589/7 4595/3
4648/10
**moving [3]** 4520/2
4537/5 4647/23
**MPD [1]** 4511/14
**Mr. [34]** 4505/18
4516/22 4517/13
4521/25 4522/3 4522/5
4522/11 4522/11
4522/12 4522/13
4527/19 4527/23
4529/10 4530/6
4531/18 4532/12
4534/25 4539/4
4543/21 4545/5
4546/15 4546/20
4562/22 4563/18
4580/2 4584/16
4584/19 4584/22
4591/8 4594/7 4595/20
4609/3 4647/22 4651/3
**Mr. Caldwell [9]**
4521/25 4522/3 4522/5
4522/11 4522/13
4543/21 4546/15
4562/22 4651/3
**Mr. Caldwell's [3]**
4545/5 4546/20
4563/18
**Mr. Greene's [1]**
4539/4
**Mr. Isaacs' [2]** 4527/19
4527/23
**Mr. James [1]** 4609/3
**Mr. Koehler [2]**
4584/19 4584/22
**Mr. Manzo [3]** 4517/13
4534/25 4595/20
**Mr. Nestler [5]** 4505/18
4516/22 4591/8 4594/7
4647/22
**Mr. Nomad [2]** 4580/2
4584/16

**Mr. Rhodes [3]**
4529/10 4530/6
4532/12
**Mr. Stamey [2]**
4522/11 4522/12
**Mr. Stone's [1]**
4531/18
**Ms. [63]** 4506/16
4508/15 4519/11
4521/11 4521/25
4522/3 4522/5 4522/24
4527/7 4528/24 4544/4
4545/14 4559/3
4562/19 4567/24
4571/22 4573/2 4575/3
4591/3 4591/24 4592/9
4593/21 4594/12
4597/9 4597/13 4598/8
4602/3 4606/19
4606/24 4607/25
4608/5 4609/12
4611/17 4611/24
4613/2 4614/8 4614/10
4615/13 4615/23
4616/1 4616/19
4617/24 4620/14
4623/6 4625/10 4628/6
4629/3 4630/8 4632/4
4632/15 4633/8
4633/12 4636/11
4637/17 4644/6
4644/17 4645/3
4645/14 4645/23
4646/11 4646/14
4647/5 4648/24
**Ms. Drew [3]** 4506/16
4508/15 4593/21
**Ms. Rohde [42]**
4519/11 4521/11
4522/24 4527/7 4544/4
4559/3 4562/19
4571/22 4573/2 4575/3
4591/3 4594/12 4597/9
4598/8 4602/3 4606/19
4606/24 4607/25
4608/5 4609/12
4611/17 4613/2 4614/8
4615/23 4617/24
4620/14 4623/6
4625/10 4630/8 4632/4
4632/15 4633/12
4636/11 4637/17
4644/6 4644/17 4645/3
4645/14 4646/11
4646/14 4647/5
4648/24
**Ms. SoRelle [3]** 4628/6
4629/3 4633/8
**Ms. Watkins [11]**
4521/25 4522/3 4522/5
4528/24 4591/24
4592/9 4597/13
4611/24 4614/10
4615/13 4645/23
**Ms. Watkins' [3]**
4567/24 4616/1
4616/19
**much [4]** 4593/18

**multiple [6]** 4512/2
4523/9 4528/10 4592/6
4592/7 4603/11
**Muriel [2]** 4648/20
4649/8
**my [24]** 4506/22
4509/1 4509/7 4509/7
4509/8 4509/8 4509/17
4509/18 4510/2
4541/22 4550/23
4552/22 4554/8
4555/12 4555/17
4561/10 4596/12
4599/11 4599/20
4600/3 4603/4 4603/4
4613/18 4642/10

**N**

**name [26]** 4506/14
4529/9 4529/12
4529/15 4536/10
4542/18 4543/23
4570/18 4577/6
4581/11 4581/13
4581/15 4584/9
4584/10 4584/17
4585/2 4585/4 4589/18
4589/22 4590/2
4590/15 4596/7
4600/25 4601/1 4601/3
4626/20
**named [7]** 4534/3
4565/6 4568/16
4578/10 4592/20
4607/17 4625/25
**names [10]** 4532/3
4533/10 4534/17
4559/23 4559/23
4560/12 4582/20
4584/13 4590/20
4604/14
**Narrow [1]** 4558/20
**National [1]** 4565/15
**Naval [1]** 4563/9
**near [6]** 4563/10
4563/22 4579/4 4617/6
4619/10 4627/24
**nearly [1]** 4554/13
**need [8]** 4555/12
4597/20 4597/21
4597/21 4607/23
4624/15 4638/17
4650/12
**needed [1]** 4555/19
**needs [1]** 4596/12
**Nestler [7]** 4498/14
4504/11 4505/18
4516/22 4591/8 4594/7
4647/22
**network [3]** 4516/10
4538/8 4538/9
**never [3]** 4535/17
4547/2 4553/17
**new [4]** 4536/4
4554/15 4596/17
4600/3
**news [12]** 4509/1

4515/7 4515/8 4515/8
4515/9 4515/19
4515/20 4515/23
4571/7
**newspaper [1]**
4601/18
**next [78]** 4521/10
4522/23 4527/8 4529/6
4530/3 4530/22 4532/7
4532/21 4542/2
4542/11 4545/24
4546/9 4546/13
4547/16 4549/2
4550/13 4550/20
4551/17 4552/17
4553/2 4553/6 4553/12
4554/11 4555/20
4556/3 4565/17
4565/24 4568/14
4569/9 4569/24
4570/14 4572/15
4573/14 4573/22
4574/2 4584/8 4584/24
4587/1 4589/24
4590/12 4590/17
4593/12 4596/5
4596/14 4596/16
4597/7 4598/7 4598/16
4598/16 4598/19
4598/24 4599/9
4599/15 4599/18
4599/23 4600/5 4600/8
4600/18 4610/23
4611/4 4621/24
4622/10 4622/17
4622/25 4624/17
4624/21 4628/1 4628/8
4628/18 4629/7
4629/20 4641/18
4641/23 4642/3 4642/7
4642/11 4642/24
4649/6
**nice [1]** 4505/16
**night [1]** 4550/23
**Nigro [2]** 4515/8
4515/20
**NJ [1]** 4500/13
**no [54]** 4498/4 4504/6
4510/10 4513/1
4514/23 4516/1 4517/3
4518/16 4525/13
4526/22 4527/21
4530/19 4531/13
4534/14 4534/15
4535/9 4535/22
4535/23 4537/16
4537/19 4538/6 4539/1
4540/25 4542/8
4542/14 4551/23
4555/4 4555/23
4564/24 4564/25
4565/11 4565/21
4568/23 4570/23
4571/18 4574/10
4577/21 4581/1 4584/4
4584/7 4593/12 4595/5
4599/7 4599/7 4599/10

4626/12 4634/12
4638/6 4639/22
4639/24 4640/12
4648/13 4649/12
4650/15
**No problem [1]**
4514/23
**No. [3]** 4504/7 4531/16
4533/3
**noggin [1]** 4546/11
**Nomad [2]** 4580/2
4584/16
**nomenclature [1]**
4528/15
**nonmembers [1]**
4596/25
**nonmilitary [1]** 4588/2
**noon [3]** 4505/6 4505/7
4505/10
**north [6]** 4499/15
4526/15 4572/24
4579/4 4630/15
4634/20
**North Carolina [1]**
4526/15
**northeast [6]** 4614/21
4615/2 4633/2 4633/5
4634/14 4646/1
**northwest [5]** 4631/19
4631/22 4633/6 4637/8
4645/23
**not [33]** 4523/6 4527/3
4536/20 4539/4
4543/25 4547/23
4549/7 4549/24 4551/3
4553/25 4566/12
4570/18 4575/18
4577/9 4581/12
4583/15 4585/14
4588/15 4593/23
4596/20 4603/14
4604/1 4607/21
4624/15 4631/13
4638/17 4639/23
4641/1 4641/3 4647/13
4649/17 4650/8
4650/14
**note [1]** 4549/14
**nothing [3]** 4554/14
4566/6 4566/14
**November [4]** 4596/9
4598/6 4598/10
4598/21
**now [164]**
**number [12]** 4525/7
4525/21 4528/6
4529/19 4530/6
4532/13 4570/18
4570/20 4596/4 4624/5
4624/8 4637/20
**numbering [4]** 4527/17
4528/15 4529/18
4546/22
**numbers [1]** 4612/20
**nut [2]** 4547/5 4551/2
**nut-cuttin' [1]** 4551/2
**NW [4]** 4498/17 4500/3
4500/7 4501/4

**O**
Oak [2] 4499/3 4499/7
oath [32] 4505/24
4526/15 4534/8 4541/9
4544/25 4545/10
4550/3 4552/22
4555/13 4558/21
4578/11 4581/14
4585/24 4586/2 4586/8
4586/11 4596/8
4596/10 4596/19
4596/24 4598/11
4598/17 4598/19
4599/24 4600/15
4600/24 4601/11
4611/3 4612/13 4614/1
4626/1 4637/25
Oath Keeper [10]
4586/2 4596/8 4596/10
4596/19 4596/24
4598/11 4598/19
4599/24 4600/15
4612/13
Oath Keepers [17]
4526/15 4534/8 4541/9
4544/25 4545/10
4550/3 4555/13
4558/21 4578/11
4585/24 4586/8
4586/11 4598/17
4600/24 4601/11
4626/1 4637/25
objection [20] 4514/19
4516/1 4517/2 4518/16
4525/13 4526/22
4535/9 4535/15
4535/22 4535/23
4540/25 4551/23
4555/4 4557/11
4564/24 4564/25
4576/13 4581/1 4595/5
4648/13
Observatory [1]
4563/9
observed [1] 4543/24
obtain [2] 4538/1
4585/18
obtained [4] 4512/11
4539/16 4579/19
4626/10
occurring [2] 4550/16
4578/25
October [2] 4498/5
4652/7
off [13] 4552/10 4556/5
4570/11 4579/9 4580/5
4608/15 4608/16
4608/23 4610/10
4620/5 4621/17
4630/10 4645/9
offer [1] 4512/5
office [2] 4498/16
4508/21
officer [2] 4507/23
4508/1
officers [4] 4508/6
4565/25 4570/7
4618/13

official [3] 4501/3
4511/13 4563/6
officials [1] 4510/12
oh [6] 4521/24 4524/2
4525/10 4526/11
4580/19 4593/12
Ohio [12] 4528/25
4578/11 4579/22
4581/9 4581/14
4581/17 4590/5 4599/5
4599/6 4599/13
4612/13 4614/1
Ohio Regulars [5]
4578/11 4579/22
4581/9 4581/14 4590/5
OK [10] 4527/11
4530/5 4530/24 4531/3
4531/6 4531/23 4574/6
4574/8 4582/3 4589/23
OK FL [1] 4530/5
OK FL D.C. Op Jan. 6
[2] 4527/11 4574/6
OK FL Hangout [1]
4531/3
okay [100] 4505/3
4508/16 4508/17
4515/25 4517/1
4518/21 4519/4
4523/12 4525/14
4525/19 4525/23
4527/6 4528/5 4531/14
4531/21 4534/10
4534/23 4536/14
4537/6 4537/12
4538/13 4540/8 4541/6
4542/20 4546/24
4549/25 4550/13
4551/8 4551/12
4556/15 4556/20
4557/13 4558/23
4559/3 4560/1 4560/15
4562/11 4564/2 4565/4
4565/12 4565/22
4570/24 4573/6
4573/17 4575/12
4575/15 4577/14
4578/2 4578/9 4579/13
4579/23 4579/25
4581/5 4581/18 4582/4
4582/7 4582/18
4584/11 4587/11
4587/17 4588/4
4588/22 4590/22
4593/1 4593/10
4594/19 4596/5 4598/5
4601/5 4601/21
4605/21 4610/22
4613/1 4614/4 4614/22
4615/18 4617/22
4618/9 4618/23
4620/12 4622/3
4623/14 4623/25
4624/6 4625/21
4626/13 4626/25
4630/10 4631/20
4633/10 4636/22
4641/3 4641/5 4641/22

4647/24 4650/2
4650/16
OKs [2] 4596/3
4596/11
old [8] 4529/8 4555/24
4568/17 4568/24
4573/18 4611/1 4644/1
4644/3
Old Leadership [7]
4529/8 4568/17
4568/24 4573/18
4611/1 4644/1 4644/3
once [1] 4522/14
one [69] 4505/4 4505/5
4508/12 4513/25
4514/7 4514/9 4514/12
4514/17 4515/20
4515/23 4516/20
4516/23 4521/8
4521/22 4522/3
4523/12 4524/19
4531/3 4532/7 4534/3
4535/11 4536/16
4546/3 4546/4 4549/12
4549/14 4553/13
4553/24 4554/21
4565/9 4568/22
4570/21 4571/15
4574/16 4575/18
4582/21 4582/22
4585/14 4588/9 4590/4
4590/8 4592/6 4596/12
4596/21 4603/8 4605/5
4609/17 4610/25
4611/2 4611/4 4611/5
4612/17 4614/8
4614/13 4616/15
4620/18 4621/25
4622/11 4623/14
4624/1 4638/21 4639/9
4641/19 4642/8
4642/14 4642/20
4642/21 4642/24
4643/22
One Percent
Watchdog [1] 4588/9
4612/17
ones [2] 4604/3
4642/14
only [9] 4520/7 4538/4
4552/7 4554/1 4556/4
4570/17 4577/12
4604/22 4640/25
op [24] 4524/20 4525/8
4527/11 4532/10
4541/19 4542/14
4547/20 4565/6 4567/4
4570/1 4570/16
4571/16 4574/6
4579/25 4582/3
4599/13 4607/5
4611/10 4622/15
4624/14 4636/14
4637/7 4642/13 4643/8
op in [1] 4599/13
open [3] 4555/18
4603/1 4603/1

operated [1] 4548/2
operation [2] 4583/15
4583/18
operations [2] 4613/21
4613/22
operator [1] 4547/23
option [1] 4552/7
orange [1] 4559/9
order [3] 4596/13
4597/1 4649/17
ordered [1] 4649/8
ordering [1] 4649/1
organization [1]
4571/7
organizer [1] 4533/22
orient [1] 4623/17
original [7] 4539/25
4540/4 4540/19
4540/19 4577/2 4595/1
4639/12
originals [1] 4564/21
other [36] 4511/16
4511/25 4513/10
4513/15 4515/3 4518/3
4520/22 4526/3
4530/11 4531/25
4533/10 4533/25
4544/10 4550/2 4551/4
4552/5 4553/24
4558/10 4569/16
4588/25 4592/9
4592/11 4592/13
4594/21 4611/24
4617/20 4627/10
4627/25 4634/16
4635/5 4635/22
4641/20 4642/1
4649/12 4649/14
4649/15
others [3] 4520/16
4561/22 4583/20
our [19] 4504/25
4505/4 4505/5 4508/4
4510/24 4528/15
4534/11 4550/6 4552/6
4568/22 4572/15
4576/13 4593/15
4593/17 4594/15
4604/7 4621/15
4649/23 4650/3
out [16] 4517/11
4545/3 4547/5 4550/15
4551/3 4590/25 4591/5
4591/14 4597/23
4599/5 4602/12
4602/20 4602/21
4619/14 4619/23
4622/4
outfitted [3] 4636/15
4636/18 4641/25
outlet [1] 4649/19
outlet-issued [1]
4649/19
outlook.com [1]
4500/10
outside [4] 4508/21
4543/11 4543/11

4516/16
over [9] 4531/11
4534/10 4565/20
4574/12 4581/13
4592/12 4593/23
4613/8 4616/19
overheard [1] 4574/12
overruled [1] 4557/11
overseas [2] 4507/3
4508/7
own [2] 4571/20
4582/2
owner [1] 4581/25

**P**
P. [1] 4504/3
P.A [1] 4500/16
p.m [138] 4510/17
4518/24 4519/4 4519/7
4520/2 4520/9 4521/6
4521/19 4522/18
4523/10 4553/14
4556/13 4556/13
4562/1 4563/24
4564/13 4564/17
4565/5 4566/16
4567/19 4568/9
4568/11 4568/15
4570/10 4570/14
4571/11 4571/16 4572/3
4572/9 4574/2 4574/2
4574/7 4574/16
4578/10 4579/1 4583/2
4583/3 4588/3 4588/10
4588/12 4588/12
4591/11 4592/10
4592/19 4604/12
4604/16 4605/3 4605/7
4605/20 4606/25
4606/25 4607/6 4608/3
4608/19 4610/5 4610/8
4610/12 4610/16
4611/8 4611/14
4611/22 4611/23
4612/4 4612/4 4612/11
4613/11 4613/24
4614/19 4615/12
4615/13 4615/15
4616/6 4617/3 4619/7
4619/13 4620/24
4621/4 4621/18
4621/21 4621/25
4622/11 4622/14
4623/1 4624/12
4624/23 4625/3
4627/18 4627/23
4629/3 4630/4 4630/13
4630/19 4630/24
4631/5 4631/12
4632/17 4632/18
4633/1 4633/4 4633/4
4633/7 4633/23 4634/6
4634/15 4635/13
4635/15 4635/20
4636/2 4636/14 4637/7
4637/21 4638/9

**P**

**p.m... [22]** 4638/21
4641/12 4641/15
4642/4 4642/12
4642/22 4642/25
4644/2 4644/10 4645/5
4645/9 4645/18
4645/20 4646/16
4646/23 4647/16
4648/21 4649/2 4649/9
4649/25 4651/6 4651/6
**PA [1]** 4499/15
**page [5]** 4522/23
4528/10 4582/8 4587/1
4589/24
**pair [1]** 4555/15
**panel [2]** 4505/11
4594/3
**parallel [1]** 4554/13
**park [2]** 4500/3
4649/15
**Parker [2]** 4513/8
4514/12
**Parker's [1]** 4513/21
**parlance [5]** 4560/21
4570/4 4583/9 4588/2
4636/17
**Parler [6]** 4511/20
4511/22 4511/23
4516/19 4516/20
4516/25
**part [7]** 4510/23 4512/3
4520/17 4583/14
4588/25 4613/17
4626/18
**participance [1]**
4597/2
**participate [3]** 4596/13
4597/1 4597/22
**particular [6]** 4507/2
4507/5 4507/10
4524/15 4551/5 4607/2
**parties [2]** 4512/22
4516/6
**patriot [1]** 4597/2
**patriots [21]** 4565/14
4571/2 4571/19 4607/7
4607/16 4607/21
4607/22 4608/4 4608/8
4608/15 4608/15
4608/16 4608/23
4608/23 4610/5
4610/10 4610/10
4622/16 4622/22
4642/23 4643/10
**Paul [13]** 4521/16
4522/10 4522/19
4526/10 4530/1 4537/3
4546/17 4590/9
4590/10 4590/11
4637/24 4637/25
4638/3
**Paul Stamey [8]**
4521/16 4522/10
4522/19 4526/10
4530/1 4537/3 4546/17
4590/11
**Paul Taylor [2]**

**Paul Taylor's [1]**
4637/24
**pause [41]** 4535/21
4543/14 4543/18
4558/16 4561/14
4563/15 4566/24
4567/12 4568/4
4577/17 4578/19
4591/23 4592/17
4606/23 4608/5
4608/18 4611/19
4612/9 4613/4 4614/7
4615/10 4615/22
4616/15 4616/24
4619/2 4619/19
4620/16 4630/12
4631/1 4632/22
4633/21 4635/12
4636/10 4636/25
4637/18 4638/8
4638/20 4644/17
4645/13 4646/13
4647/8
**pay [1]** 4599/9
**PD [2]** 4574/12
4574/14
**PDF [4]** 4540/20
4640/17 4640/18
4641/6
**peace [5]** 4555/11
4563/21 4619/10
4620/4 4621/5
**peaceful [1]** 4619/15
**Pence [9]** 4562/23
4563/1 4563/3 4566/6
4566/11 4566/13
4619/14 4619/23
4622/3
**Penn [1]** 4620/7
**Pennsylvania [11]**
4500/7 4573/5 4573/10
4579/5 4579/9 4605/9
4611/25 4616/9 4620/2
4620/6 4620/8
**people [15]** 4509/3
4539/9 4539/13 4549/9
4552/5 4555/25 4561/2
4574/12 4583/14
4583/17 4597/24
4603/11 4609/10
4637/22 4638/23
**per [3]** 4528/10
4569/10 4569/17
**Percent [2]** 4588/9
4612/17
**percentage [1]**
4612/21
**perfect [2]** 4617/25
4648/1
**period [2]** 4537/21
4539/10
**permission [1]**
4603/23
**person [11]** 4545/6
4550/7 4550/10
4560/24 4562/4 4592/6
4605/22 4605/25

4649/12
**person's [2]** 4537/14
4612/14
**personal [1]** 4509/17
**personally [1]** 4561/6
**persons [1]** 4507/15
4649/13
**phillip [3]** 4499/2
4499/6 4504/14
**Phillip Linder [1]**
4504/14
**phone [82]** 4509/1
4509/5 4513/18
4513/20 4513/20
4513/21 4513/21
4513/22 4514/4 4514/7
4514/8 4514/13
4514/17 4517/15
4517/18 4518/1 4518/5
4520/15 4520/17
4521/13 4521/23
4523/3 4523/9 4523/21
4523/23 4523/25
4524/3 4525/3 4525/8
4525/20 4525/21
4526/12 4527/12
4527/19 4527/23
4529/10 4529/18
4529/19 4530/7
4531/10 4531/15
4531/19 4532/12
4532/13 4533/1
4537/13 4537/15
4538/21 4538/23
4539/4 4543/1 4546/20
4549/4 4551/6 4551/20
4563/18 4567/18
4570/17 4570/18
4570/20 4594/21
4596/4 4596/7 4600/19
4600/23 4602/22
4603/4 4603/4 4603/6
4603/10 4605/15
4616/1 4620/25
4633/17 4633/25
4637/11 4637/20
4637/24 4639/12
4639/13 4639/21
4641/14
**phones [9]** 4511/16
4511/16 4511/25
4512/2 4513/14
4513/17 4542/21
4567/15 4641/9
**photo [11]** 4514/8
4514/9 4558/21
4563/18 4563/20
4584/19 4619/6
4620/25 4621/7
4621/18 4637/8
**photograph [10]**
4526/16 4544/18
4545/4 4576/5 4581/19
4585/18 4605/12
4605/14 4605/16
4637/10
**photographic [3]**

**photographs [8]**
4511/2 4511/11 4514/3
4514/6 4514/14 4515/3
4515/22 4516/16
**photos [9]** 4511/19
4513/16 4514/3 4514/9
4514/17 4515/5
4544/10 4556/23
4556/25
**phrase [5]** 4509/24
4509/24 4560/16
4583/5 4591/6
**physical [1]** 4512/7
**physically [1]** 4583/11
**pick [2]** 4505/9
4552/13
**picture [7]** 4527/24
4527/24 4536/10
4545/7 4581/20
4584/21 4638/24
**pictures [1]** 4546/15
**Pierson [1]** 4516/12
**pilots [1]** 4613/18
**pinch [1]** 4546/6
**pink [2]** 4513/9 4544/6
**pipe [1]** 4510/25
**pissed [4]** 4608/15
4608/16 4608/23
4610/10
**pissed-off [4]** 4608/15
4608/16 4608/23
4610/10
**pixels [1]** 4548/4
**place [2]** 4522/17
4649/15
**placed [1]** 4505/24
**Plaintiff [1]** 4498/4
**plan [1]** 4555/15
**planning [2]** 4599/9
4599/13
**plates [2]** 4509/18
4509/22
**play [43]** 4543/13
4543/16 4557/18
4558/13 4561/11
4562/18 4563/12
4566/20 4567/10
4568/1 4572/22
4577/15 4578/17
4591/3 4591/19 4603/3
4603/4 4604/21
4611/18 4612/6 4613/1
4614/5 4615/19 4618/2
4620/13 4621/24
4626/24 4627/3 4628/9
4628/20 4629/17
4629/22 4630/11
4632/4 4633/11
4633/18 4635/10
4636/23 4644/7 4645/2
4645/11 4646/11
4647/5
**played [48]** 4543/15
4543/17 4552/9
4557/20 4558/14
4561/13 4562/20

4563/13 4566/22
**4568/3 4572/6 4577/16**
4578/18 4591/21
4592/16 4603/2
4604/23 4606/20
4608/1 4612/8 4613/3
4614/6 4614/25 4615/9
4615/21 4616/14
4616/23 4617/9
4617/13 4618/4
4618/19 4618/24
4620/15 4627/5
4628/10 4628/22
4629/18 4629/23
4630/25 4632/5
4633/19 4635/18
4636/9 4636/24 4644/8
4645/12 4646/12
4647/7
**playing [14]** 4566/20
4571/23 4592/15
4603/5 4606/18
4607/24 4608/17
4614/23 4616/12
4616/21 4617/7
4618/18 4618/23
4639/1
**Plaza [1]** 4627/21
**please [89]** 4504/4
4505/13 4505/23
4506/14 4521/11
4522/24 4523/12
4527/7 4529/6 4530/3
4532/3 4532/7 4540/14
4542/24 4544/4
4545/20 4546/9 4549/2
4552/17 4555/16
4556/6 4557/18 4560/3
4562/18 4563/12
4564/10 4566/19
4568/2 4571/22
4572/22 4573/1 4575/2
4577/17 4581/7 4584/8
4587/1 4589/13
4589/24 4590/12
4591/3 4591/20 4594/2
4594/5 4595/16 4596/5
4598/8 4602/3 4607/25
4609/12 4610/11
4610/23 4611/19
4612/6 4612/9 4613/2
4613/4 4613/24 4614/5
4614/12 4614/24
4616/22 4617/8
4619/18 4620/14
4620/20 4621/16
4621/24 4622/10
4622/17 4625/10
4628/19 4629/7
4629/20 4631/1
4632/14 4633/18
4635/10 4635/17
4636/23 4637/17
4638/7 4638/19 4639/5
4642/11 4644/6 4645/3
4646/13 4647/8
4648/18
**please, [1]** 4545/14

**please, Ms. Rohde [1]**
4545/14
**plying [1]** 4572/5
**podcast [1]** 4516/8
**podcaster [1]** 4533/20
**point [5]** 4542/15
4548/17 4553/1
4606/13 4639/25
**police [6]** 4565/19
4574/15 4603/2 4615/7
4618/13 4635/25
**political [1]** 4533/18
**politician [1]** 4578/7
**popped [2]** 4558/16
4609/2
**portable [1]** 4548/2
**portion [5]** 4556/19
4583/22 4587/24
4648/25 4649/6
**portions [1]** 4575/24
**pose [1]** 4553/20
**position [1]** 4507/22
**positive [1]** 4550/6
**possession [1]** 4584/2
**post [8]** 4542/3
4542/12 4601/13
4601/25 4637/6
4637/21 4638/10
4638/15
**posted [5]** 4516/17
4574/7 4575/6 4601/25
4627/12
**posting [2]** 4643/5
4643/25
**potentially [1]** 4528/10
**Pounding [1]** 4644/4
**PowerPoint [2]** 4626/8
4632/2
**pray [1]** 4555/25
**praying [1]** 4550/4
**predicted [2]** 4550/23
4566/6
**Predominantly [1]**
4511/20
**prepare [1]** 4555/13
**prepared [1]** 4583/12
**preparing [3]** 4509/9
4540/10 4555/18
**prepped [1]** 4547/24
**present [4]** 4504/21
4534/9 4558/8 4599/7
**preserved [1]** 4537/20
**president [5]** 4553/1
4554/1 4563/4 4566/11
4638/25
**President's [1]** 4563/5
**president-elect [1]**
4553/1
**presiding [1]** 4504/3
**Presse [2]** 4515/9
4515/23
**pressed [2]** 4603/3
4603/3
**presuming [1]** 4555/17
**Prettyman [1]** 4501/4
**prevent [2]** 4509/22
4552/21

**previously [2]** 4513/25
4627/2
**prior [11]** 4507/10
4507/17 4531/3
4550/16 4566/8
4566/11 4573/23
4575/14 4576/13
4613/8 4622/22
**private [1]** 4506/23
**Pro [1]** 4546/5
**probably [3]** 4510/9
4553/24 4614/14
**problem [1]** 4514/23
**proceed [1]** 4505/1
**proceeding [1]** 4551/9
**proceedings [4]**
4498/9 4501/6 4504/22
4652/4
**process [1]** 4599/9
**processing [1]**
4512/19
**produced [1]** 4501/7
**proficient [1]** 4547/23
**profile [9]** 4542/10
4581/8 4581/19
4584/21 4585/18
4589/16 4589/20
4589/25 4590/13
**profiles [3]** 4589/2
4589/5 4590/18
**program [1]** 4639/15
**protective [1]** 4547/15
**protesters [1]** 4619/15
**Proud [1]** 4534/6
4534/7
**Proud Boys [1]** 4534/7
**provide [3]** 4508/5
4587/13 4646/20
**provided [4]** 4535/18
4576/20 4582/9 4626/2
**provider [1]** 4539/6
**providing [2]** 4510/23
4646/18
**proximity [1]** 4560/24
**public [2]** 4603/2
4649/15
**publish [2]** 4527/1
4626/7
**published [3]** 4595/16
4601/17 4601/22
**pull [13]** 4517/21
4524/5 4526/11
4534/24 4540/13
4554/16 4564/9
4574/22 4579/16
4588/23 4593/11
4594/12 4631/6
**Pundit [1]** 4571/5
**punk [1]** 4562/24
**punk-ass [1]** 4562/24
**punked [3]** 4619/14
4619/23 4622/4
**puppet [2]** 4552/11
4552/13
**puppets [1]** 4553/16
**purple [1]** 4544/7
4560/10

**pursuant [9]** 4512/11
4513/25 4515/12
4515/13 4515/13
4538/1 4539/16
4579/19 4579/20
**push [1]** 4542/8
**put [4]** 4508/12 4510/2
4546/11 4648/17
**putting [3]** 4509/8
4513/13 4595/20
**PUTZI [1]** 4500/16

**Q**

**Qaeda [1]** 4507/16
**QAnon [1]** 4630/3
**QRF [1]** 4559/9
**qualified [1]** 4547/24
**question [4]** 4553/21
4595/10 4612/17
4612/19
**questions [1]** 4602/5
**queue [1]** 4603/13
**Quick [2]** 4559/11
4559/13
**Quick Reaction Force
[1]** 4559/13

**R**

**radio [2]** 4516/10
4574/12
**raise [1]** 4505/23
**Rakoczy [2]** 4498/14
4504/11
**rally [2]** 4550/5
4555/23
**ran [2]** 4637/22
4643/10
**Ranger [1]** 4579/23
**Ranger Smith [1]**
4579/23
**re [1]** 4601/25
**re-posted [1]** 4601/25
**reached [1]** 4516/6
4599/5 4650/3
**Reaction [1]** 4559/11
4559/13
**read [20]** 4513/14
4514/1 4521/14 4524/3
4532/3 4535/16
4544/24 4545/2 4545/9
4545/11 4559/23
4567/1 4573/15 4580/5
4580/12 4609/17
4609/22 4640/23
4641/19 4642/1
**readability [1]** 4580/22
4587/21
**reading [1]** 4566/25
**ready [3]** 4504/25
4597/24 4636/19
**real [1]** 4584/10
**Realtime [1]** 4501/3
**rear [2]** 4560/24
4646/21
**reason [1]** 4556/4
**rebellion [1]** 4552/12
4552/14

**recall [2]** 4578/19
4605/2
**receive [2]** 4508/22
4508/25
**received [18]** 4514/24
4516/4 4517/7 4518/18
4525/15 4526/24
4536/1 4541/2 4551/25
4555/6 4557/15 4565/2
4575/16 4576/15
4581/3 4589/10 4595/7
4648/15
**recently [2]** 4506/17
4507/8
**recess [3]** 4594/1
4638/24 4651/6
**recipient's [1]** 4639/21
**recipients' [1]** 4641/9
**recognize [2]** 4544/20
4556/18 4581/20
**recommend [1]** 4546/2
**recon [2]** 4547/22
4548/8
**reconnaissance [3]**
4548/9 4548/10
4548/13
**record [9]** 4512/6
4561/24 4580/5
4581/24 4585/10
4591/10 4591/17
4595/20 4652/3
**recorded [3]** 4501/6
4583/22 4629/8
**recording [11]** 4584/1
4588/7 4590/25 4591/3
4593/5 4601/15
4611/13 4615/19
4617/20 4630/18
4631/4
**recordings [1]** 4645/8
**records [18]** 4515/12
4517/15 4517/18
4518/5 4518/21
4520/15 4556/24
4579/15 4579/18
4579/21 4580/4 4580/9
4580/11 4580/19
4582/5 4586/17 4589/4
4623/14
**recourse [1]** 4553/4
**recover [10]** 4512/2
4513/16 4515/5
4527/22 4531/8
4538/21 4539/12
4633/25 4637/10
4638/2
**recovered [12]**
4527/12 4527/19
4532/11 4532/25
4542/21 4542/25
4545/5 4546/19 4549/4
4594/21 4605/14
4620/25
**RECROSS [1]** 4502/4
**red [2]** 4524/23 4558/1
**REDIRECT [1]** 4502/4
**refer [5]** 4525/2 4525/5
4591/5 4592/6 4624/1

**reference [1]** 4537/4
**referring [3]** 4592/12
4604/14 4609/2
**refers [3]** 4548/4
4591/11 4624/4
**reflect [9]** 4528/5
4534/12 4535/2 4536/5
4540/15 4564/11
4578/24 4589/4
4632/23
**reflected [5]** 4523/3
4554/25 4579/8 4615/5
4634/21
**reflecting [4]** 4586/17
4615/2 4616/2 4621/7
**reg [1]** 4556/5
**regarding [2]** 4512/7
4513/14
**Registered [1]** 4501/2
**regroup [2]** 4624/15
4638/17
**Regulars [8]** 4578/11
4579/22 4581/9
4581/14 4581/17
4590/5 4612/13 4614/1
**reinforcement [1]**
4570/5
**Reinforcements [1]**
4570/2
**related [3]** 4511/2
4517/16 4517/19
**relevant [1]** 4529/24
**remain [2]** 4510/18
4594/2
**remember [2]** 4579/6
4605/2
**remind [16]** 4528/21
4530/18 4550/7 4567/3
4568/8 4568/19
4573/18 4604/14
4607/14 4610/1 4610/8
4622/19 4627/22
4630/21 4638/13
4650/8
**reminder [2]** 4576/18
4627/1
**remote [1]** 4548/2
**remote-operated [1]**
4548/2
**remove [1]** 4506/4
**repeat [1]** 4614/12
**reply [4]** 4596/14
4598/20 4600/6
4638/11
**Reporter [4]** 4501/2
4501/2 4501/3 4501/3
**reposted [1]** 4601/13
**Republican [1]**
4638/25
**requesters [1]** 4590/8
**require [1]** 4509/12
**Reserves [1]** 4508/9
**residence [1]** 4563/6
**resistance [1]** 4552/15
**resolution [2]** 4548/4
4548/5
**respond [5]** 4553/7
4554/4 4569/2 4571/9

**R**

respond... [1] 4642/8
responding [1] 4638/16
response [2] 4509/12 4510/24
responsible [1] 4507/14
rest [7] 4551/9 4560/7 4605/8 4609/5 4616/8 4622/7 4630/14
Restoring [1] 4516/10
restricted [1] 4628/2
results [1] 4566/12
resume [8] 4566/20 4571/23 4593/17 4606/18 4614/23 4616/21 4632/21 4650/3
Retreating [1] 4618/17
retrieved [1] 4623/13
return [1] 4556/7
revealed [1] 4592/8
reverse [1] 4552/10
reverse-either [1] 4552/10
review [7] 4520/15 4541/11 4586/12 4639/16 4640/8 4640/13 4646/22
reviewed [24] 4511/2 4511/7 4511/12 4511/19 4511/24 4515/4 4517/15 4517/18 4518/5 4523/18 4523/20 4539/17 4551/4 4556/20 4556/25 4564/19 4566/7 4569/11 4575/1 4575/5 4625/19 4627/7 4639/12 4641/6
reviewing [1] 4639/18
Revolutionary [2] 4572/20 4572/21
Revolutionary War [2] 4572/20 4572/21
rewind [3] 4591/2 4612/16 4647/4
rewinding [1] 4646/8
RHODES [88] 4498/16 4499/2 4504/7 4504/15 4519/11 4519/16 4519/20 4519/24 4520/3 4520/7 4520/11 4521/1 4521/4 4521/7 4523/4 4526/1 4529/23 4530/10 4532/17 4533/6 4542/3 4542/12 4545/25 4548/20 4548/24 4549/5 4549/12 4549/20 4550/1 4550/21 4552/4 4553/7 4553/14 4553/21 4554/4 4554/12 4554/22 4555/9 4555/21 4559/19 4566/2 4566/5

4569/12 4571/17
4572/8 4572/11 4580/3
4589/15 4589/19
4597/6 4608/14
4608/22 4611/1 4611/9
4621/21 4623/2
4624/12 4624/17
4624/22 4625/24
4626/3 4628/17 4629/1
4629/4 4631/25
4633/15 4633/24
4634/1 4634/5 4634/10
4634/24 4635/13
4637/3 4637/6 4638/9
4638/15 4639/7 4641/8
4641/11 4641/20
4642/5 4642/8 4642/12
4643/2 4643/22 4644/2
**Rhodes' [20]** 4523/23
4525/2 4525/8 4525/20
4529/10 4529/18
4530/6 4532/12
4532/25 4551/5
4551/15 4551/19
4566/10 4568/8
4569/20 4570/17
4610/8 4632/24
4637/10 4639/13
**Ridge [1]** 4516/12
**rifles [1]** 4556/1
**right [106]** 4504/23
4505/10 4505/13
4505/23 4511/25
4514/19 4515/2 4517/2
4517/4 4518/17
4518/22 4518/25
4519/5 4519/8 4519/9
4524/18 4524/23
4525/1 4525/21
4526/21 4527/17
4528/15 4528/22
4529/16 4530/7 4531/4
4531/16 4534/18
4535/9 4535/15
4535/20 4535/24
4536/10 4536/16
4538/14 4540/6 4544/7
4545/18 4545/22
4551/15 4552/22
4553/19 4554/16
4556/6 4556/10 4558/1
4558/17 4560/19
4564/6 4564/8 4566/18
4567/10 4567/12
4573/5 4573/10
4573/15 4573/20
4573/22 4573/23
4573/25 4575/19
4578/2 4578/3 4578/6
4579/5 4579/10
4580/24 4581/20
4585/16 4588/7
4588/10 4588/17
4589/9 4593/21
4593/24 4594/5
4595/12 4597/9
4600/16 4602/8

4608/12 4610/13
4610/18 4618/10
4621/18 4621/22
4622/9 4623/1 4623/18
4624/2 4624/9 4625/2
4625/5 4626/15
4626/18 4631/9
4635/22 4637/13
4639/7 4642/25 4646/4
4647/17 4650/7
4650/12
**right-hand [5]** 4524/23
4579/10 4618/10
4626/18 4637/13
**Riot [1]** 4565/19
**rise [4]** 4504/2 4552/12
4593/19 4650/5
**rising [1]** 4552/15
**risk [1]** 4546/4
**Ritchie [1]** 4500/17
**RMR [2]** 4652/2 4652/8
**RNC [1]** 4510/25
**road [2]** 4500/3 4620/5
**Roberto [2]** 4523/5
4526/9
**Roberto Minuta [1]**
4523/5
**Roberts [1]** 4553/3
**rocks [1]** 4574/18
**Roger [3]** 4533/14
4533/15 4598/1
**Roger Stone [2]**
4533/14 4533/15
**Rohde [43]** 4519/11
4521/11 4522/24
4527/7 4544/4 4545/14
4559/3 4562/19
4571/22 4573/2 4575/3
4591/3 4594/12 4597/9
4598/8 4602/3 4606/19
4606/24 4607/25
4608/5 4609/12
4611/17 4613/2 4614/8
4615/23 4617/24
4620/14 4623/6
4625/10 4630/8 4632/4
4632/15 4633/12
4636/11 4637/17
4644/6 4644/17 4645/3
4645/14 4646/11
4646/14 4647/5
4648/24
**role [4]** 4507/1 4508/15
4510/21 4626/2
**room [2]** 4604/3
4604/4
**Rotunda [1]** 4516/21
**route [1]** 4565/19
**rowdy [1]** 4619/16
**rows [2]** 4518/8
4539/21
**rule [3]** 4515/13
4541/21 4579/20
**Rule 902 [2]** 4515/13
4579/20
**rulings [1]** 4575/14
**run [1]** 4649/13

**S**

**S9 [1]** 4513/6
**safety [1]** 4561/5
**said [18]** 4509/14
4536/5 4584/5 4588/13
4592/3 4596/25
4598/17 4600/3
4601/24 4602/7
4603/19 4603/21
4608/8 4608/22
4614/10 4630/4 4632/7
4632/17
**same [37]** 4513/11
4542/3 4542/12 4546/1
4548/20 4548/23
4551/20 4554/14
4559/9 4566/25
4570/13 4571/1
4571/25 4573/15
4573/19 4576/17
4586/23 4587/8
4599/25 4600/25
4603/12 4603/14
4608/20 4617/19
4623/1 4624/18 4627/1
4628/6 4633/23 4634/2
4635/14 4636/2 4637/3
4637/6 4638/9 4642/17
4643/7
**Samsung [1]** 4513/6
**SanDisk [1]** 4513/2
**Sandra [3]** 4513/8
4513/21 4514/12
**Sandra Parker [1]**
4513/8
**sat [1]** 4613/10
**saved [3]** 4596/6
4600/20 4600/22
**saw [12]** 4528/6
4543/25 4546/15
4571/25 4595/1
4617/15 4617/19
4621/20 4622/1 4631/8
4639/9 4646/2
**say [67]** 4510/17
4511/17 4511/18
4523/9 4524/10 4538/8
4541/20 4542/6
4545/25 4548/20
4550/1 4550/21
4552/18 4553/3
4553/23 4554/7
4559/20 4560/13
4562/22 4565/24
4566/5 4569/4 4569/9
4570/1 4570/25
4571/11 4572/8
4574/11 4577/22
4585/23 4585/25
4591/24 4592/2 4592/4
4596/2 4596/10
4596/16 4596/19
4596/24 4598/2
4598/14 4598/16
4599/4 4600/2 4600/7
4600/9 4607/14

4608/14 4608/19
4611/1 4611/9 4613/10
4614/16 4619/12
4622/14 4622/21
4624/14 4624/18
4631/4 4635/14 4642/4
4643/2 4644/2 4649/7
4650/24
**saying [6]** 4566/13
4573/11 4622/3
4622/22 4646/24
4647/20
**says [16]** 4512/8
4519/11 4545/15
4552/22 4559/9
4561/19 4567/14
4572/11 4593/2
4600/12 4604/13
4610/16 4619/23
4629/3 4630/23
4637/24
**scaffolding [1]**
4565/15
**scanner [1]** 4603/2
**scenario [1]** 4553/5
**scene [1]** 4510/25
**scheduling [1]** 4505/4
**screen [17]** 4517/21
4524/5 4525/19 4528/9
4564/9 4567/1 4574/22
4575/6 4577/2 4579/16
4580/7 4594/13 4603/4
4603/6 4626/18
4641/12 4648/17
**screenshot [6]**
4527/25 4527/25
4528/1 4528/1 4528/2
4528/7
**screwed [1]** 4619/15
**search [5]** 4512/11
4537/17 4538/1
4539/16 4561/10
**seat [1]** 4613/2
**seated [4]** 4504/4
4505/13 4594/2 4594/5
**seats [1]** 4550/19
**second [17]** 4516/22
4535/11 4536/16
4538/14 4582/8
4582/22 4588/6
4603/15 4606/24
4614/8 4615/22
4616/15 4619/19
4630/12 4633/12
4636/10 4645/13
**seconds [23]** 4519/17
4519/22 4520/1 4520/5
4520/7 4520/14 4521/9
4522/7 4522/16
4535/20 4550/25
4557/19 4558/13
4561/12 4604/22
4612/17 4615/20
4616/13 4617/18
4624/18 4639/2
4646/10 4647/5
**section [4]** 4519/11

**section... [3]** 4521/10
4523/7 4597/9
**sector [1]** 4506/23
**Secure [1]** 4568/21
**Secured [3]** 4529/14
4572/10 4573/19
**security [1]** 4510/23
**see [48]** 4519/19
4519/23 4520/2 4521/6
4524/23 4525/19
4535/7 4536/16
4543/20 4544/6
4546/16 4546/21
4547/8 4548/16
4557/22 4559/5
4560/10 4561/17
4561/20 4562/4
4563/16 4565/7
4567/16 4571/18
4571/18 4578/22
4581/9 4581/19
4592/19 4592/22
4593/2 4593/25 4598/1
4598/24 4605/11
4605/22 4605/25
4606/15 4612/17
4613/7 4618/13
4621/10 4628/12
4632/7 4639/20
4644/19 4648/20
4650/4
**seed [1]** 4637/22
**seeing [4]** 4509/5
4550/3 4635/24
4637/13
**seems [2]** 4599/11
4647/23
**seen [8]** 4510/10
4535/17 4544/9
4569/16 4572/23
4584/19 4623/5
4642/14
**segment [2]** 4647/11
4648/1
**segments [1]** 4591/15
**seized [1]** 4572/13
**selfie [1]** 4621/1
**Senate [3]** 4550/19
4553/25 4578/4
**send [11]** 4537/17
4566/3 4568/16
4570/18 4599/24
4607/6 4607/18
4636/13 4637/3
4638/22 4643/23
**sender [1]** 4549/23
**sending [4]** 4595/14
4595/23 4598/25
4634/1
**sends [3]** 4541/18
4599/14 4624/13
**sent [5]** 4585/11
4599/17 4607/10
4608/23 4641/12
**sentences [1]** 4629/2
**separate [1]** 4629/8
**September [1]** 4513/4

4596/21
**serve [2]** 4507/17
4507/20
**served [1]** 4560/19
**service [3]** 4509/8
4509/18 4539/6
**serving [1]** 4635/21
**session [2]** 4498/7
4564/4
**set [2]** 4508/4 4519/2
**setup [1]** 4647/13
**seven [6]** 4524/14
4534/10 4536/5
4536/15 4622/18
4622/21
**several [2]** 4607/1
4607/1
**shall [2]** 4649/13
4649/17
**Sharing [4]** 4529/14
4568/21 4572/10
4573/19
**Sharon [5]** 4544/13
4544/14 4544/23
4547/4 4562/16
**Sharon Caldwell [4]**
4544/13 4544/14
4544/23 4562/16
**she [35]** 4505/7
4544/15 4569/4 4569/7
4569/9 4569/20
4569/23 4581/24
4582/2 4582/24 4592/2
4592/3 4592/4 4592/4
4592/9 4592/11 4596/2
4596/25 4597/18
4598/2 4598/14
4598/16 4600/12
4600/19 4619/20
4625/24 4629/21
4631/11 4631/15
4631/20 4631/24
4646/18 4646/20
4646/24 4648/23
**she's [2]** 4545/1
4629/3
**sheet [1]** 4624/1
**sheets [1]** 4623/22
**Shermichael [2]**
4515/7 4515/17
**shirt [2]** 4544/24
4545/9
**shirts [1]** 4550/4
**shit [3]** 4555/24
4555/25 4599/22
**Shop [1]** 4613/12
**Shop-Vac [1]** 4613/12
**short [3]** 4537/21
4548/9 4648/1
**shortly [1]** 4597/12
**shot [2]** 4528/9
4599/20
**should [3]** 4553/10
4554/8 4651/1
**shoulder [1]** 4616/19
**shouted [1]** 4568/6
**show [15]** 4547/2

4582/5 4584/12
4587/23 4611/23
4614/20 4619/6
4630/14 4633/3
4640/10 4640/21
4644/11 4644/14
**showed [1]** 4635/21
**showing [9]** 4557/2
4558/21 4567/19
4576/8 4580/7 4605/16
4618/11 4641/7 4646/2
**shows [3]** 4617/4
4633/24 4640/22
**sic [1]** 4576/21
**sick [1]** 4542/13
**side [30]** 4524/23
4563/23 4578/21
4579/10 4609/1
4618/10 4619/10
4621/6 4624/19
4630/15 4631/12
4631/13 4631/19
4631/22 4631/23
4633/2 4633/5 4633/6
4634/6 4634/10
4634/13 4634/14
4634/20 4637/8
4637/14 4638/12
4642/13 4643/16
4645/23 4646/1
**sides [1]** 4646/3
**Sidlo [2]** 4515/8
4515/18
**Siekerman [5]** 4526/8
4532/19 4542/13
4542/16 4559/18
**sign [4]** 4545/1 4545/2
4545/11 4555/25
**Signal [35]** 4513/3
4523/13 4523/17
4524/11 4524/15
4524/19 4525/6
4525/20 4527/10
4527/17 4527/20
4527/22 4528/17
4529/19 4531/8
4531/16 4531/18
4536/6 4536/15
4536/19 4537/7 4542/3
4546/1 4549/7 4554/22
4567/1 4567/4 4572/1
4636/14 4638/3 4641/1
4641/3
**significance [1]** 4558/6
**silent [1]** 4614/14
**similar [2]** 4534/8
4601/1
**simply [1]** 4576/20
**simultaneously [1]**
4603/19
**since [1]** 4641/6
**single [1]** 4560/23
**Singleton [2]** 4515/7
4515/17
**sir [3]** 4517/3 4599/5
4599/11

**site [1]** 4511/23
**situation [1]** 4599/12
**six [3]** 4507/25
4521/24 4528/5
**Skies [2]** 4565/18
4565/20
**slang [1]** 4555/23
**slide [60]** 4527/8
4529/6 4530/3 4530/22
4532/21 4534/16
4542/2 4542/11 4546/9
4546/13 4549/2
4550/13 4550/20
4552/17 4553/2 4553/6
4553/12 4554/11
4554/25 4555/20
4556/3 4565/4 4565/17
4565/24 4573/14
4573/22 4574/2 4584/8
4584/24 4584/25
4586/16 4587/12
4590/12 4590/17
4595/10 4596/5
4596/14 4596/16
4597/8 4598/7 4598/8
4598/16 4599/8
4599/15 4599/18
4599/23 4600/5 4600/8
4600/18 4610/23
4610/24 4611/4
4622/17 4624/17
4628/8 4628/18 4629/7
4629/20 4632/3 4639/6
**Slide 5 [1]** 4586/16
**Slide 7 [1]** 4587/12
**slide 8 [1]** 4598/8
**small [2]** 4548/2
4555/14
**smart [1]** 4597/23
**smile [1]** 4552/8
**Smith [14]** 4526/10
4526/11 4526/14
4526/14 4526/16
4527/3 4530/2 4536/13
4549/22 4550/1
4550/14 4552/18
4553/20 4579/23
**snippet [1]** 4587/18
**so [102]** 4504/25
4505/7 4505/8 4505/9
4505/9 4506/23
4510/10 4513/14
4517/13 4518/21
4519/10 4524/18
4525/2 4525/20
4525/24 4528/5
4528/15 4529/15
4531/3 4531/15
4531/21 4535/24
4537/17 4538/17
4539/12 4542/23
4544/18 4545/21
4546/8 4546/14
4546/25 4547/16
4550/17 4551/14
4552/3 4556/4 4556/9
4559/8 4560/6 4561/16

4569/25 4570/14
4571/19 4574/2 4577/2
4579/16 4584/5
4585/15 4588/12
4591/10 4591/15
4595/11 4597/25
4598/8 4598/10
4600/12 4601/6 4601/9
4601/22 4602/20
4603/1 4603/13
4603/15 4603/18
4605/2 4606/25 4608/6
4608/8 4608/22
4611/22 4613/5 4620/8
4621/15 4621/17
4622/11 4622/14
4623/5 4623/14 4624/1
4624/8 4624/12 4625/3
4626/6 4627/17 4628/8
4630/13 4631/20
4632/17 4633/23
4634/24 4639/6
4641/16 4642/12
4645/5 4645/9 4645/16
4646/8 4648/4 4651/5
**so this is [2]** 4561/16
4601/6
**so this message [1]**
4545/21
**So this version [1]**
4645/16
**sober [1]** 4597/21
**social [3]** 4511/15
4511/18 4511/23
**soft [1]** 4509/17
**software [2]** 4639/15
4639/19
**some [19]** 4511/11
4511/14 4511/18
4511/24 4515/2
4517/12 4524/23
4524/24 4538/2
4543/23 4548/17
4556/15 4580/9
4590/25 4594/20
4606/13 4639/25
4641/7 4651/2
**somebody [2]** 4544/6
4568/16
**someone [9]** 4531/2
4538/9 4538/11 4565/5
4570/17 4578/10
4592/20 4607/17
4637/20
**someone's [1]** 4537/18
**something [5]** 4534/20
4546/11 4577/22
4625/6 4650/21
**sometime [2]** 4529/15
4609/6
**son [1]** 4505/7
**Sons [2]** 4608/16
4610/13
**soon [2]** 4593/2 4650/4
**Sophie [2]** 4515/6
4515/16
**SoRelle [26]** 4516/18

**SoRelle... [25]** 4526/8
4530/1 4533/9 4549/15
4549/16 4549/19
4550/2 4551/14 4552/4
4554/23 4555/9
4555/22 4559/18
4569/2 4569/14
4569/16 4625/15
4625/22 4626/19
4626/21 4628/6 4629/3
4631/9 4632/7 4633/8
**sorry [22]** 4516/16
4516/18 4516/24
4525/10 4525/17
4551/17 4553/12
4562/1 4564/15
4581/12 4595/19
4596/23 4607/1
4611/15 4615/6
4615/15 4615/15
4620/11 4630/8 4630/8
4631/13 4643/20
**sort [3]** 4527/16
4623/17 4649/7
**Soto [1]** 4586/5
**sources [5]** 4511/11
4511/19 4515/3 4515/6
4535/3
**south [7]** 4543/8
4543/9 4558/3 4634/6
4634/10 4638/12
4642/13
**southeast [1]** 4558/11
**speak [2]** 4578/11
4612/24
**speaking [8]** 4526/11
4576/9 4577/7 4593/6
4612/12 4613/25
4630/18 4646/16
**speaks [1]** 4612/23
**special [14]** 4505/22
4506/16 4517/10
4517/22 4524/6
4526/13 4534/24
4540/13 4554/17
4556/17 4574/23
4588/23 4593/21
4650/7
**Special Agent [7]**
4505/22 4517/22
4526/13 4534/24
4540/13 4556/17
4574/23
**Special Agent Drew [2]**
4588/23 4650/7
**specific [2]** 4514/1
4583/11
**specifically [1]**
4517/18
**sped [1]** 4510/3
**speech [1]** 4550/5
**spell [1]** 4506/14
**spelled [1]** 4585/6
**spoke [1]** 4647/17
**spoken [2]** 4597/18
4613/25
**spreadsheet [1]**

**Spy [2]** 4579/22 4590/3
**squared [1]** 4599/11
**Sr [1]** 4500/16
**stack [23]** 4559/21
4559/22 4560/2 4560/5
4560/8 4560/10
4560/12 4560/14
4560/14 4560/16
4560/16 4560/21
4561/3 4561/6 4572/24
4573/7 4592/14
4604/13 4604/15
4604/18 4609/11
4611/24 4628/1
**Stack 1 [15]** 4559/21
4559/22 4560/2 4560/5
4560/8 4560/14
4560/16 4572/24
4573/7 4592/14
4604/13 4604/18
4609/11 4611/24
4628/1
**Stack 2 [4]** 4560/10
4560/12 4560/14
4560/16
**Stacy [1]** 4516/17
**Stamey [11]** 4521/16
4522/10 4522/11
4522/12 4522/19
4526/10 4530/1 4537/3
4546/17 4546/25
4590/11
**stamp [1]** 4596/21
**stamps [1]** 4577/4
**stand [5]** 4532/23
4559/10 4569/6 4583/7
4649/14
**Standard [1]** 4583/3
**standing [2]** 4547/3
4562/4
**stands [3]** 4527/17
4623/20 4624/25
**stanley [3]** 4500/2
4500/5 4504/16
**Stanley Woodward [1]**
4504/16
**start [12]** 4505/8
4507/4 4509/6 4519/2
4524/18 4541/6
4556/15 4556/16
4565/4 4588/9 4603/3
4618/16
**started [4]** 4505/17
4509/5 4509/7 4618/14
**starting [2]** 4559/8
4599/1
**state [2]** 4506/14
4550/19
**STATES [10]** 4498/1
4498/3 4498/10 4504/6
4505/21 4507/18
4508/23 4510/16
4511/13 4516/21
**Steal [10]** 4533/22
4545/19 4579/25
4582/23 4583/22
4586/22 4587/7

4601/18
**Steel [1]** 4516/15
**Steele [2]** 4516/17
4530/15
**steering [1]** 4570/3
**stenography [1]**
4501/6
**step [1]** 4650/8
**steps [14]** 4531/1
4552/21 4565/25
4617/6 4618/8 4618/12
4618/14 4619/15
4627/24 4628/5
4629/14 4629/15
4638/12 4642/14
**Steven [1]** 4516/13
**STEWART [94]** 4498/6
4499/2 4504/7 4519/11
4519/16 4519/20
4519/24 4520/3
4520/11 4521/7 4523/4
4523/23 4525/2
4525/20 4526/1
4529/23 4530/10
4532/17 4532/25
4533/6 4542/3 4542/12
4545/25 4548/20
4548/24 4549/5
4549/12 4549/20
4550/1 4550/3 4550/21
4551/5 4551/15 4552/4
4552/20 4553/21
4554/4 4554/22 4555/9
4559/19 4566/2 4566/5
4569/10 4569/12
4569/17 4569/20
4571/17 4572/8
4572/11 4580/3
4589/15 4589/19
4596/25 4597/3 4597/6
4598/22 4600/3
4600/11 4600/13
4608/14 4608/22
4610/8 4611/1 4611/9
4623/2 4624/22
4625/24 4626/3
4628/17 4629/1 4629/4
4631/25 4632/24
4633/15 4633/24
4634/1 4634/5 4634/10
4634/24 4635/13
4637/3 4637/6 4638/9
4639/7 4639/13 4641/8
4641/11 4642/5 4643/2
4643/22 4644/2
**Stewart Rhodes [68]**
4519/11 4519/16
4519/20 4519/24
4520/3 4520/11 4521/7
4523/4 4526/1 4529/23
4530/10 4532/17
4533/6 4542/3 4542/12
4545/25 4548/20
4548/24 4549/5
4549/12 4549/20
4550/1 4550/21 4552/4

4554/22 4555/9
4559/19 4566/2 4566/5
4566/8 4569/12
4571/17 4572/8
4572/11 4589/15
4589/15 4589/19
4608/14 4608/22
4611/1 4611/9 4623/2
4624/22 4625/24
4626/3 4628/17 4629/1
4629/4 4631/25
4633/15 4633/24
4634/1 4634/5 4634/10
4634/24 4635/13
4637/3 4637/6 4638/9
4639/7 4641/8 4641/11
4642/5 4643/2 4643/22
4644/2
**Stewart Rhodes' [12]**
4523/23 4525/2
4525/20 4532/25
4551/5 4551/15
4566/10 4568/8
4569/20 4610/8
4632/24 4639/13
**still [3]** 4508/9 4585/13
4596/11
**stipulate [2]** 4512/9
4512/22
**stipulation [4]** 4512/6
4513/14 4513/25
4516/7
**stipulations [1]**
4513/15
**stolen [2]** 4545/16
4550/24
**Stone [6]** 4513/2
4531/11 4532/24
4533/14 4533/15
4643/6
**Stone's [4]** 4524/2
4531/10 4531/15
4531/18
**stop [17]** 4533/22
4545/19 4557/18
4573/1 4579/24
4582/23 4583/22
4586/22 4587/7
4588/14 4588/19
4601/18 4604/24
4618/21 4633/12
4647/24 4649/23
**stopped [1]** 4604/9
**stopping [1]** 4639/2
**storm [2]** 4629/25
4630/2
**stormed [1]** 4571/2
4572/11
**storming [5]** 4565/14
4607/8 4607/16
4618/12 4618/14
**story [2]** 4601/13
4602/1
**straight [1]** 4519/2
**stream [1]** 4625/13
**streaming [1]** 4625/15
**street [5]** 4498/17

4572/14 4649/15
**streets [2]** 4510/9
4547/5
**study [1]** 4508/2
**studying [1]** 4548/14
**subject [4]** 4549/22
4557/11 4576/13
4589/1
**subjects [1]** 4517/16
**subpoena [2]** 4512/12
4585/11
**subscribe [8]** 4582/24
4586/20 4587/5
4602/17 4602/18
4602/20 4603/8
4603/22
**subscribed [6]**
4582/17 4586/24
4587/9 4603/11
4603/16 4603/21
**subscribed to [1]**
4586/24
**subscriber [3]** 4538/5
4538/14 4588/19
**subscribers [3]** 4538/5
4539/9 4539/13
**suddenly [1]** 4555/15
**suggest [1]** 4570/2
**suggests [1]** 4603/12
**suit [1]** 4554/2
**Suite [4]** 4499/4 4499/8
4500/8 4500/17
**summary [2]** 4524/10
4580/9
**sun [1]** 4554/15
**support [3]** 4556/4
4583/19 4613/22
**supports [1]** 4613/20
**supposed [3]** 4558/19
4562/25 4632/12
**Supreme [1]** 4624/19
**Supreme Court [1]**
4624/19
**sure [2]** 4591/17
4648/2
**surrendered [1]**
4553/25
**surveillance [9]**
4541/11 4627/8 4633/3
4633/24 4635/21
4635/25 4644/11
4645/21 4646/22
**surveilling [1]** 4548/14
**sword [1]** 4542/1
**sworn [3]** 4506/8
4553/9 4553/17
**system [1]** 4585/14

**T**

**T-Mobile [18]** 4537/14
4537/18 4537/20
4538/2 4538/5 4538/9
4538/11 4538/14
4538/18 4539/3 4539/9
4539/13 4539/16
4540/1 4623/13
4623/15 4623/18

T-Mobile... [1] 4623/23
tab [1] 4624/1
tabs [3] 4518/12
4539/19 4623/22
tactical [4] 4509/17
4509/20 4585/25
4606/10
take [14] 4522/17
4523/12 4546/4
4551/10 4552/13
4556/6 4579/14
4590/22 4593/15
4593/17 4602/3 4625/9
4629/5 4629/6
taken [13] 4528/2
4531/1 4543/1 4544/19
4558/22 4563/20
4563/21 4563/24
4567/19 4567/22
4622/24 4637/8
4638/23
taking [3] 4552/22
4556/5 4571/19
talk [7] 4508/15 4511/1
4515/2 4519/3 4532/20
4579/13 4650/24
talked [4] 4542/20
4550/10 4579/4
4581/15
talking [6] 4536/6
4537/5 4588/9 4594/15
4597/25 4603/11
talks [1] 4592/20
tallying [1] 4523/6
target [1] 4548/14
Tarpley [2] 4499/10
4504/15
tarred [1] 4572/12
Tarrio [2] 4534/3
4534/5
tax [1] 4572/13
Taylor [2] 4637/25
4638/3
Taylor's [1] 4637/24
tea [1] 4572/14
team [8] 4510/23
4532/10 4570/16
4579/25 4582/21
4586/22 4587/7 4607/5
teams [1] 4510/24
Tear [1] 4619/15
tell [29] 4520/16
4521/17 4543/4
4546/25 4547/10
4547/20 4549/3
4550/14 4552/4
4554/12 4555/9
4555/21 4562/23
4563/20 4565/13
4565/18 4567/21
4568/24 4586/3
4599/15 4599/19
4600/3 4601/11 4616/7
4621/3 4642/22
4629/11 4642/21
4646/23
telling [1] 4571/17

4631/12 4631/16
4631/21 4646/10
ten minutes [2]
4631/16 4631/21
terms [1] 4634/1
Terrace [1] 4651/3
terror [1] 4507/15
Terry [2] 4543/25
4543/25
testimony [2] 4593/23
4650/9
testing [1] 4602/12
text [37] 4537/8
4537/10 4537/18
4537/21 4538/2 4538/9
4538/18 4538/23
4539/8 4546/16
4546/25 4548/24
4549/3 4549/6 4549/9
4550/2 4550/21 4551/5
4551/19 4551/20
4594/20 4607/1 4619/4
4619/12 4621/15
4621/20 4623/13
4623/20 4623/21
4634/1 4634/5 4635/14
4639/4 4639/8 4641/1
4641/7 4642/5
text-message [3]
4539/8 4548/24
4621/15
than [2] 4603/8
4649/13
thank [34] 4506/1
4506/5 4506/6 4511/17
4514/20 4517/10
4519/12 4522/1 4523/8
4525/10 4525/17
4526/23 4535/25
4543/9 4544/2 4558/5
4576/24 4579/12
4590/22 4591/13
4591/18 4593/17
4593/24 4594/8
4595/18 4597/9 4600/7
4602/2 4615/17
4624/11 4639/3 4650/1
4650/11 4650/25
thank you [29] 4506/1
4506/5 4506/6 4511/17
4514/20 4517/10
4519/12 4522/1 4523/8
4525/10 4525/17
4526/23 4543/9 4544/2
4576/24 4579/12
4590/22 4593/24
4594/8 4595/18 4597/9
4600/7 4602/2 4615/17
4624/11 4639/3 4650/1
4650/11 4650/25
that [367]
that right [1] 4608/12
that's [29] 4523/11
4525/22 4527/5
4528/15 4528/23
4529/1 4529/17
4529/24 4537/1 4543/7

4572/15 4573/23
4578/2 4578/6 4579/8
4581/12 4590/24
4593/8 4600/15
4604/14 4610/3
4612/11 4617/25
4620/8 4629/5 4632/2
4635/15
their [17] 4524/11
4532/3 4537/15
4540/18 4560/6
4571/20 4574/19
4609/6 4617/11 4618/7
4634/16 4635/5
4635/22 4639/8
4644/12 4649/19
4649/20
thelinderfirm.com [1]
4499/6
them [13] 4534/3
4534/18 4539/8
4543/23 4549/12
4564/21 4572/14
4580/14 4595/1
4603/17 4633/3 4640/8
4640/10
then [36] 4517/5
4519/23 4520/6 4521/6
4525/7 4527/16 4528/9
4555/11 4555/11
4559/1 4559/15
4559/20 4560/10
4573/10 4578/3 4579/5
4580/1 4596/16 4597/7
4598/1 4598/19
4598/20 4599/18
4599/21 4599/23
4600/5 4600/8 4609/25
4610/15 4610/16
4623/22 4633/7 4643/7
4647/5 4648/1 4649/6
theories [1] 4630/3
there [103] 4509/11
4510/8 4510/11
4510/18 4510/19
4520/2 4520/6 4520/10
4521/6 4523/9 4526/4
4528/9 4529/2 4531/25
4533/7 4533/10
4533/25 4535/15
4537/2 4538/13
4538/23 4539/3
4542/16 4543/14
4543/18 4544/7
4546/21 4548/16
4549/6 4549/17
4556/12 4557/22
4557/25 4558/3
4558/16 4559/5
4559/20 4559/24
4560/10 4561/14
4564/5 4566/24
4567/12 4568/4
4574/18 4577/17
4578/19 4579/8
4580/14 4581/11
4581/19 4583/14

4591/3 4591/23 4592/3
4592/17 4597/9
4603/19 4604/24
4605/23 4606/23
4608/5 4608/11
4608/18 4610/5
4611/18 4612/3 4612/9
4613/4 4614/7 4614/14
4615/10 4616/15
4616/24 4617/25
4618/11 4618/13
4618/21 4620/5
4620/16 4620/21
4620/22 4626/20
4631/1 4632/4 4632/22
4633/12 4633/21
4635/12 4636/10
4636/25 4637/18
4638/8 4640/6 4640/14
4640/18 4644/7
4644/17 4646/13
4647/1 4647/8
there's [11] 4516/20
4532/7 4545/2 4559/1
4559/20 4565/5
4576/21 4578/21
4585/14 4604/10
4626/22
therefore [1] 4514/1
these [27] 4504/21
4513/24 4515/11
4518/21 4518/24
4520/12 4520/15
4521/13 4523/2
4523/10 4524/14
4528/5 4528/5 4536/15
4536/18 4540/10
4540/18 4564/19
4582/24 4586/13
4589/5 4592/13
4594/25 4599/14
4609/16 4615/12
4626/23
they [43] 4508/13
4511/20 4514/2
4514/22 4526/7
4535/12 4539/6
4539/13 4540/3
4540/22 4554/3
4555/24 4555/24
4556/1 4560/4 4560/6
4561/23 4568/25
4568/25 4569/1
4572/13 4572/14
4572/14 4573/5 4573/7
4573/10 4584/15
4595/1 4597/21
4597/23 4604/2
4604/18 4605/9
4607/21 4608/8
4617/15 4618/16
4622/24 4628/4
4637/22 4637/22
4643/10 4647/14
They'd [1] 4553/9
they're [7] 4534/8
4560/2 4560/2 4586/11

4637/23 4608/4 4628/2
They've [1] 4571/20
thing [1] 4642/17
things [3] 4519/7
4534/21 4538/25
think [6] 4555/18
4588/6 4612/17
4613/12 4632/3 4632/7
third [1] 4631/11
this [273]
Thomas [20] 4500/16
4504/10 4513/18
4513/19 4514/4
4521/18 4523/20
4536/16 4536/18
4543/1 4544/14
4544/18 4545/8
4546/17 4562/10
4562/17 4589/25
4619/5 4619/12 4621/1
Thomas Caldwell [11]
4536/16 4536/18
4544/14 4545/8
4546/17 4562/10
4562/17 4589/25
4619/5 4619/12 4621/1
Thomas Caldwell's [6]
4513/18 4513/19
4514/4 4523/20 4543/1
4544/18
Thomas Edward
Caldwell [1] 4504/10
those [40] 4509/15
4511/1 4513/10
4514/19 4515/2 4515/3
4515/24 4516/1 4516/8
4517/4 4519/17
4529/16 4533/13
4534/10 4534/21
4535/3 4538/25
4539/25 4540/6
4546/15 4551/12
4556/16 4556/25
4557/7 4580/4 4580/9
4580/11 4580/19
4582/20 4583/17
4586/23 4587/8
4607/21 4623/14
4625/19 4625/22
4631/20 4643/11
4643/15 4643/17
though [3] 4552/9
4603/6 4603/19
thousands [3] 4523/19
4640/6 4640/6
thread [10] 4531/16
4549/10 4567/4
4570/15 4570/15
4570/25 4607/18
4608/20 4638/3
4638/22
threads [1] 4639/4
threat [1] 4561/1
three [20] 4513/10
4514/3 4514/5 4514/14
4514/17 4515/16
4515/19 4519/22
4520/17 4520/20

4676

**T**

three... [10] 4533/10
4542/7 4546/14
4548/19 4552/5
4552/18 4590/17
4590/20 4605/7
4608/22
three-way [1] 4520/17
through [27] 4514/2
4514/3 4514/5 4514/15
4514/17 4515/15
4515/21 4516/9
4516/11 4518/24
4521/19 4523/16
4524/15 4525/1
4527/16 4534/16
4537/5 4551/11
4556/13 4556/15
4561/22 4574/25
4579/21 4580/1
4602/11 4613/23
4643/10
throughout [3] 4537/5
4558/23 4576/18
Throwing [1] 4574/18
thru [12] 4516/3
4516/3 4516/3 4516/3
4516/3 4516/4 4516/4
4517/6 4517/6 4517/6
4517/7 4517/7
thumb [1] 4513/2
Thursday [2] 4649/3
4649/10
till [8] 4556/1 4558/13
4561/11 4611/17
4612/7 4632/8 4645/19
4645/20
time [84] 4510/15
4512/24 4519/6 4522/8
4522/17 4528/2 4529/9
4529/12 4537/21
4548/11 4548/23
4551/2 4551/11
4558/20 4560/19
4562/2 4563/3 4566/8
4566/11 4570/13
4570/13 4571/1 4577/3
4577/7 4578/25
4580/19 4580/22
4582/11 4582/24
4583/3 4585/11
4587/20 4588/1
4588/17 4591/10
4592/9 4593/6 4593/13
4599/7 4603/12
4603/16 4604/11
4604/19 4611/7
4611/14 4611/22
4612/4 4616/3 4617/3
4618/11 4619/7
4619/13 4619/25
4621/4 4621/8 4622/12
4623/1 4623/5 4624/18
4626/7 4627/11
4627/15 4627/17
4627/23 4629/15
4633/23 4634/2 4636/2
4638/9 4639/20

4640/23 4641/7
4644/10 4645/17
4645/19 4645/21
4647/16 4647/24
4648/1 4649/22
4649/24 4651/3
timeline [3] 4558/17
4558/19 4558/23
times [9] 4515/9
4515/22 4521/18
4521/21 4522/10
4522/12 4522/21
4557/3 4626/3
timestamp [1] 4605/17
tired [1] 4554/9
titled [1] 4652/4
today [8] 4519/3
4524/16 4525/24
4532/20 4539/24
4542/23 4649/1 4649/8
together [3] 4509/14
4534/21 4633/10
told [1] 4550/23
Tom [1] 4521/15
Tom Caldwell [1]
4521/15
tomorrow [2] 4505/5
4505/8 4505/10
tonight [2] 4600/11
4600/13
too [2] 4600/10
4600/12
took [2] 4594/15
4621/1
tools [1] 4512/19
top [13] 4521/14
4523/2 4524/23
4536/10 4536/16
4538/13 4542/15
4542/16 4545/18
4581/11 4627/24
4645/17 4648/25
torso [1] 4606/7
total [1] 4506/19
toured [1] 4613/17
towards [4] 4605/10
4616/11 4620/2
4644/24
Towers [1] 4500/17
track [1] 4528/12
traffic [2] 4510/8
4510/9
trailers [1] 4642/6
training [2] 4599/6
4613/18
traitors [1] 4553/16
transcript [11] 4498/9
4501/6 4576/1 4576/19
4577/9 4591/11
4591/14 4626/8
4626/11 4632/3 4652/3
transcription [1]
4501/7
transcripts [5] 4576/19
4576/21 4576/22
4626/23 4627/1
transmission [5]

4603/15 4603/15
4605/3
transmissions [4]
4603/3 4603/13 4604/1
4612/3
transmit [1] 4604/2
transport [1] 4649/14
travel [1] 4649/20
traveled [1] 4573/7
tree [1] 4621/10
trial [4] 4498/9 4507/2
4517/19 4525/24
tried [1] 4607/9
trouble [1] 4607/22
Troy [2] 4498/16
4504/12
Troy Edwards [1]
4504/12
trucks [4] 4636/16
4636/20 4636/21
4641/25
true [14] 4515/8 4515/20
4542/18 4612/14
Trump [7] 4551/2
4552/10 4554/9
4555/13 4556/4
4571/18 4611/2
trust [1] 4598/1
Truth [1] 4516/15
try [3] 4561/23 4602/20
4650/21
trying [4] 4535/16
4574/13 4574/19
4611/11
tunnel [1] 4651/3
tunnels [4] 4643/11
4643/12 4643/15
4643/17
turn [2] 4555/11
4573/5
turned [1] 4573/10
4579/5
TV [2] 4515/8 4515/19
tweeted [1] 4648/21
twice [2] 4522/11
4522/22
Twitter [2] 4511/21
4516/17
two [37] 4508/12
4514/6 4514/9 4514/10
4515/17 4515/18
4519/17 4520/7
4520/13 4522/7
4529/16 4532/8
4534/21 4535/3
4538/25 4542/2
4546/14 4550/18
4553/10 4582/19
4582/20 4582/25
4584/12 4586/13
4586/23 4587/5 4587/8
4599/23 4608/14
4616/13 4624/13
4629/2 4631/8 4633/12
4636/21 4641/25
4647/25
TX [2] 4499/4 4499/8

TXT [2] 4580/12
4587/13
type [2] 4509/22
4604/4
types [2] 4507/11
4583/19
typically [1] 4537/14
typo [1] 4585/15

**U**

U-p-t-m-o-r-e [1]
4516/14
U.S [10] 4498/16
4510/22 4555/19
4558/2 4560/4 4624/19
4634/6 4634/10 4643/4
4643/13
U.S. [1] 4550/19
U.S. Senate [1]
4550/19
Uh [2] 4620/9 4635/2
Uh-huh [2] 4620/9
4635/2
Ulrich [1] 4526/9
Unclear [1] 4546/4
under [5] 4505/24
4553/4 4554/15 4560/2
4600/22
underlying [2] 4556/24
4561/24
underscore [1] 4580/3
understand [4]
4547/10 4569/19
4576/20 4597/22
Understood [1]
4591/16
undertake [1] 4560/23
Unfortunately [1]
4542/13
uniform [1] 4508/13
UNITED [10] 4498/1
4498/3 4498/10 4504/6
4505/21 4507/18
4508/23 4510/16
4511/13 4516/21
United States [5]
4505/21 4507/18
4508/23 4510/16
4511/13
unless [1] 4593/13
until [18] 4506/16
4507/7 4510/19 4519/3
4551/11 4556/10
4560/6 4564/13
4564/17 4566/21
4577/15 4591/2 4604/3
4616/22 4616/22
4645/3 4649/3 4649/14
unusual [1] 4537/24
up [43] 4524/25 4505/9
4517/13 4517/21
4519/10 4524/5
4526/12 4537/24
4538/13 4538/25
4540/13 4542/16
4547/2 4547/5 4547/8
4547/11 4549/10

4552/12 4552/15
4554/16 4555/25
4558/17 4561/3
4562/23 4564/9
4574/24 4579/16
4588/23 4594/12
4595/20 4598/17
4599/12 4603/13
4609/1 4609/2 4611/2
4618/8 4618/12 4623/7
4628/4 4631/6 4635/15
4635/16
upgraded [2] 4600/11
4600/13
upon [1] 4649/15
upside [1] 4585/24
upside-down [1]
4585/24
Uptmore [1] 4516/14
us [27] 4506/14
4509/15 4525/1
4528/21 4530/18
4535/12 4547/10
4550/7 4554/3 4556/1
4558/19 4561/24
4567/3 4568/8 4568/19
4573/18 4604/14
4607/14 4610/1 4610/9
4614/12 4622/19
4623/17 4627/22
4630/21 4634/24
4638/13
usdoj.gov [2] 4498/19
4498/20
use [5] 4509/25
4547/23 4547/24
4554/1 4639/15
used [3] 4512/19
4560/16 4560/22
user [12] 4570/18
4577/6 4581/15
4584/13 4585/2
4585/12 4587/16
4589/18 4589/22
4590/2 4590/15
4590/20
uses [1] 4552/10
using [4] 4559/9
4601/1 4601/1 4639/20
usually [1] 4537/17
utility [2] 4542/7
4542/8

**V**

V.2 [1] 4514/10
Vac [1] 4613/12
Vallejo [7] 4541/8
4547/18 4636/3 4636/5
4636/13 4636/15
4641/24
Vallejo's [2] 4548/17
4637/4
Vandersteel [1]
4516/15
various [5] 4524/10
4540/15 4583/19
4591/14 4626/3
vehicle [1] 4510/2

**V**

verify [2] 4531/1
4607/23
Verizon [3] 4537/13
4538/8 4539/7
version [8] 4527/3
4534/12 4536/4 4638/2
4639/19 4639/22
4644/16 4645/16
versus [1] 4504/7
very [9] 4536/10
4544/3 4550/3 4580/11
4593/18 4597/10
4599/11 4600/7
4647/25
vest [9] 4509/7
4509/17 4509/17
4509/20 4509/21
4585/25 4606/8 4606/9
4606/10
vet [5] 4597/21 4599/6
4599/11 4600/10
4600/12
vetted [8] 4530/24
4530/25 4531/6
4531/23 4596/13
4597/1 4597/24 4600/3
Vetted OK FL Hangout
[3] 4530/24 4531/6
4531/23
vetting [6] 4596/11
4597/19 4597/25
4598/2 4598/3 4599/11
via [3] 4536/24 4546/25
4635/14
vice [4] 4553/1 4563/4
4563/5 4566/11
Vice President Pence
[1] 4566/11
vicinity [3] 4567/23
4609/3 4621/5
video [112] 4511/19
4514/12 4514/18
4515/15 4515/16
4515/17 4515/18
4515/23 4516/7 4516/9
4516/11 4516/12
4516/12 4516/13
4516/14 4516/15
4516/17 4516/19
4516/20 4541/12
4542/25 4543/15
4543/17 4543/21
4544/4 4548/5 4557/20
4558/14 4558/21
4561/13 4561/19
4562/2 4562/12
4562/20 4563/13
4566/22 4567/14
4567/21 4567/24
4568/3 4568/11
4568/16 4572/6 4575/6
4604/23 4606/20
4607/7 4607/10
4607/15 4608/1
4611/23 4614/19
4614/25 4615/5 4615/9

4616/2 4616/7 4616/14
4616/23 4617/4 4617/9
4617/13 4617/15
4617/19 4618/4
4618/10 4618/11
4618/19 4618/24
4619/6 4620/1 4620/15
4621/17 4625/13
4626/10 4626/14
4627/5 4627/8 4627/12
4627/13 4628/10
4628/12 4628/21
4628/22 4629/8
4629/18 4629/23
4630/13 4631/11
4631/15 4632/5 4633/3
4633/9 4633/19
4633/24 4635/18
4635/21 4635/25
4636/9 4636/24
4641/20 4644/8
4644/11 4644/14
4645/22 4646/2
4646/22 4651/2
videos [22] 4511/7
4511/12 4511/24
4513/16 4514/6
4514/10 4514/15
4515/3 4515/5 4515/19
4516/19 4542/20
4544/10 4556/23
4556/25 4576/8
4625/16 4625/19
4625/22 4626/23
4631/8 4639/10
view [1] 4651/4
viewed [1] 4511/14
4511/15
Virginia [3] 4541/16
4541/17 4636/8
visible [1] 4542/9
4640/19
vm [2] 4624/24
4624/25
voice [1] 4567/24
Voicemail [1] 4625/1
voices [2] 4562/12
4562/15
voluminous [1] 4518/6
vs [1] 4498/5

**W**

W-h-i-t-n-e-y [1]
4506/15
waiting [1] 4554/9
walk [4] 4525/1
4527/16 4628/13
4649/13
walked [1] 4579/4
Walker [1] 4516/16
walking [4] 4605/10
4630/16 4644/24
4646/3
Walmart [1] 4546/7
want [11] 4541/22
4542/22 4547/24
4551/10 4560/12

4647/14 4647/24
4650/20 4650/21
wanted [2] 4591/16
4593/13
War [2] 4572/20
4572/21
warrant [4] 4512/12
4537/17 4538/2
4539/16
warthog [3] 4613/14
4613/18 4613/19
warthogs [1] 4613/13
was [162]
Washington [11]
4498/5 4498/17 4500/4
4500/9 4501/5 4547/6
4556/19 4574/15
4601/13 4601/25
4648/9
Washington
Monument [1] 4547/6
Watchdog [9] 4577/19
4588/9 4612/17
4612/23 4613/8
4613/10 4613/23
4647/11 4647/17
water [1] 4572/14
Watkins [76] 4499/14
4504/9 4504/19
4521/15 4521/19
4521/21 4521/25
4522/3 4522/5 4526/2
4528/20 4528/24
4529/23 4537/3 4567/3
4568/7 4576/5 4578/16
4579/4 4581/10
4581/23 4586/23
4587/9 4587/24
4588/16 4590/7
4591/24 4592/9
4594/16 4595/14
4595/23 4596/6
4596/10 4596/19
4596/24 4597/13
4597/17 4598/11
4598/20 4598/25
4599/4 4599/14
4599/16 4599/18
4599/25 4600/6 4600/8
4601/11 4601/24
4605/8 4611/24
4612/15 4612/24
4613/7 4613/10 4614/3
4614/10 4615/13
4616/8 4616/18 4619/4
4619/13 4619/20
4619/25 4622/1
4627/25 4630/14
4634/16 4635/4
4635/21 4644/12
4644/14 4645/23
4646/2 4646/17
4646/3
Watkins' [14] 4513/21
4514/13 4544/1
4567/15 4567/24
4576/8 4578/24

4600/19 4605/2 4616/1
4616/19 4645/2
wave [1] 4555/25
way [12] 4517/11
4520/17 4530/25
4573/4 4574/19 4591/1
4609/6 4618/7 4625/13
4640/14 4642/10
4644/25
we [277]
we will [3] 4519/6
4593/16 4650/3
we'll [15] 4505/8
4505/9 4538/20 4540/6
4545/3 4579/14
4584/24 4593/2
4593/11 4593/12
4593/22 4609/9 4609/9
4628/20 4632/20
we're [32] 4519/3
4524/14 4532/20
4535/16 4536/20
4537/4 4539/23
4548/16 4551/3
4559/24 4561/16
4562/12 4563/16
4566/25 4574/3 4581/8
4585/21 4604/9
4604/10 4608/21
4610/16 4614/13
4624/2 4626/23 4632/7
4633/10 4635/24
4637/13 4644/6 4646/8
4647/23 4649/23
we've [5] 4504/25
4517/11 4535/17
4559/8 4623/5
weapon [2] 4509/8
4509/18
wear [1] 4542/9
wearing [6] 4544/6
4544/9 4606/7 4606/11
4628/13 4644/25
Wednesday [2] 4649/3
4649/10
weeding [1] 4597/23
week [1] 4554/18
weekend [1] 4508/12
weeks [2] 4508/12
4535/19
welcome [3] 4504/23
4505/15 4600/4
well [6] 4504/24
4509/25 4552/9 4588/5
4588/5 4623/9
went [5] 4510/21
4534/10 4534/16
4550/15 4624/24
were [60] 4506/16
4506/19 4507/14
4507/15 4507/24
4508/18 4508/20
4510/4 4510/12
4510/24 4512/10
4526/3 4526/3 4526/7
4529/21 4530/9
4530/11 4531/22

4533/5 4533/10
4533/10 4533/13
4533/25 4534/9 4536/6
4536/7 4538/10
4538/23 4539/3 4539/4
4539/9 4539/13
4553/17 4556/12
4559/12 4560/6 4564/5
4574/13 4583/24
4588/25 4590/20
4592/4 4592/13
4594/15 4600/15
4604/2 4608/16
4609/10 4617/16
4618/13 4622/22
4627/18 4627/22
4635/5 4639/20
4639/23 4640/6 4641/8
west [6] 4563/23
4619/10 4621/5
4643/16 4646/3 4651/3
Western [1] 4512/16
Western Digital [1]
4512/16
what [259]
what's [34] 4509/20
4534/1 4541/21
4542/18 4544/24
4545/9 4545/11 4548/1
4548/3 4548/6 4552/14
4557/25 4558/19
4560/11 4570/5
4574/14 4582/22
4583/7 4584/9 4584/17
4596/7 4606/7 4606/11
4609/10 4611/11
4620/5 4621/21
4623/12 4625/12
4626/20 4629/2 4634/4
4634/19 4639/15
whatever [4] 4508/4
4508/13 4509/23
4583/12
Whats [1] 4644/2
when [29] 4507/4
4509/5 4509/10
4510/21 4511/17
4511/18 4519/2
4520/20 4522/17
4527/19 4528/6
4539/12 4540/6
4558/21 4561/22
4567/18 4573/7 4577/2
4587/24 4614/14
4637/22 4639/18
4640/10 4641/13
4642/12 4644/23
4646/24 4647/17
4649/19
where [60] 4508/20
4528/24 4530/20
4531/8 4532/11
4541/10 4541/14
4543/4 4546/19
4561/23 4562/23
4563/5 4563/8 4563/20
4567/21 4572/15

where... [44] 4573/5
4579/8 4581/16
4598/25 4605/7
4605/14 4609/3
4611/14 4611/23
4614/19 4616/8 4617/4
4617/15 4619/9
4619/14 4619/20
4619/25 4620/4 4621/3
4622/3 4624/20
4627/20 4627/22
4627/25 4628/4 4628/6
4629/11 4629/13
4630/13 4631/18
4631/20 4632/7 4633/1
4633/3 4634/15
4634/24 4635/4
4635/15 4636/3 4636/5
4636/7 4639/5 4643/15
4646/23
wherein [1] 4554/2
whether [6] 4520/16
4537/20 4540/19
4583/21 4586/7 4592/4
which [30] 4514/14
4524/19 4527/10
4529/7 4529/21 4530/4
4530/9 4530/22
4531/22 4532/9
4532/15 4532/21
4533/5 4536/6 4536/7
4539/6 4541/18
4542/22 4549/4
4568/15 4576/1
4579/18 4586/20
4587/5 4593/12 4607/4
4611/4 4616/5 4640/16
4641/12
while [2] 4579/14
4629/3
Whip [10] 4542/14
4542/16 4595/15
4595/24 4595/25
4610/2 4611/11
4621/21 4624/20
4635/16
Whip's [1] 4542/18
Whiplash [6] 4610/1
4622/18 4622/19
4622/21 4638/11
4638/13
Whiplash's [1]
4638/15
white [7] 4543/7
4543/8 4543/9 4545/15
4554/3 4558/2 4558/3
White House [6]
4543/7 4543/8 4543/9
4554/3 4558/2 4558/3
Whitney [3] 4505/22
4506/8 4506/15
Whitney Drew [2]
4505/22 4506/15
who [93] 4522/20
4521/13 4523/2
4524/21 4525/24
4526/3 4526/7 4526/14

4529/24 4530/11
4530/11 4531/25
4532/15 4533/10
4533/13 4533/15
4533/17 4533/19
4533/21 4534/5 4534/7
4534/17 4537/1 4538/8
4539/9 4539/13 4541/8
4543/20 4544/12
4544/14 4544/20
4544/22 4545/6
4549/19 4552/23
4553/16 4559/12
4559/22 4562/7 4562/9
4563/1 4563/3 4568/6
4570/17 4574/7 4577/6
4577/25 4578/13
4578/15 4581/22
4583/14 4583/15
4584/25 4588/25
4590/4 4590/10
4592/13 4592/22
4595/14 4595/23
4595/25 4596/25
4597/3 4598/2 4604/4
4604/17 4604/18
4606/3 4606/5 4607/21
4609/10 4610/1
4612/12 4612/14
4613/24 4614/2
4616/17 4616/19
4618/13 4622/19
4624/15 4625/22
4625/25 4626/17
4628/16 4628/24
4630/18 4630/21
4631/24 4638/13
4638/17
who's [17] 4536/12
4536/22 4544/6
4546/19 4549/14
4550/7 4552/25
4559/17 4577/20
4590/6 4590/8 4592/24
4597/5 4597/15
4618/21 4629/15
4646/16
whose [4] 4527/12
4562/15 4581/9
4637/20
why [13] 4505/4
4506/21 4509/10
4509/15 4510/7
4526/11 4560/3 4561/2
4573/4 4593/15 4627/3
4640/5 4650/23
wide [2] 4649/1 4649/8
wife [2] 4544/15
4546/16
will [27] 4505/17
4514/22 4516/1 4517/4
4519/6 4525/14
4526/21 4551/24
4552/6 4552/12
4552/21 4555/5
4555/17 4555/23
4557/14 4565/1

4576/14 4589/9
4593/16 4595/6
4597/25 4598/17
4611/3 4648/14 4650/3
Willard [4] 4558/2
4558/6 4558/8 4609/4
Willard Hotel [1]
4609/4
William [7] 4500/16
4501/2 4523/25
4527/13 4529/5 4652/2
4652/8
William Isaacs [2]
4527/13 4529/5
Williams [2] 4516/19
4516/24
willing [1] 4546/4
wing [1] 4613/20
Wisconsin [2] 4562/24
4563/10
Wish [1] 4597/23
within [4] 4509/3
4510/13 4624/8
4649/15
without [1] 4647/14
witness [8] 4502/2
4505/4 4505/24 4506/8
4551/18 4579/17
4594/13 4635/11
witnesses [2] 4502/4
4505/5
won't [4] 4542/13
4554/3 4555/18 4556/1
Woodward [3] 4500/2
4500/3 4504/16
word [2] 4547/8 4598/2
words [1] 4638/25
work [3] 4507/7
4517/11 4649/21
workers [1] 4649/18
working [4] 4507/10
4508/20 4508/21
4649/18
works [2] 4602/8
4602/13
worn [1] 4511/14
worst [1] 4555/18
would [7] 4509/12
4510/17 4511/20
4550/24 4553/8 4579/9
4596/3
write [3] 4569/17
4623/2 4648/23
writes [1] 4642/12
writing [2] 4524/24
4643/8
written [3] 4544/24
4545/9 4545/11
wrote [1] 4610/5

**X**

Xs [1] 4528/5

**Y**

Y'all [1] 4614/13
yahoos [1] 4597/23
Yeah [2] 4535/8

year [1] 4508/12
years [2] 4506/20
4507/25
yell [1] 4556/1
yellow [5] 4521/14
4559/20 4572/23
4634/22 4635/8
yes [421]
yet [1] 4553/25
yet-hedging [1]
4553/25
you [327]
you'd [1] 4650/18
you'll [2] 4603/14
4605/2
you're [16] 4536/21
4548/14 4548/25
4557/5 4570/21
4573/11 4582/14
4583/12 4593/14
4597/25 4599/20
4602/7 4603/11
4603/18 4639/18
4647/23
you've [2] 4511/12
4556/24
Young [4] 4529/3
4530/14 4532/5
4543/24
your [61] 4504/5
4505/2 4505/19
4505/23 4506/4 4506/6
4506/14 4507/22
4508/15 4509/5
4509/14 4510/4
4510/12 4510/21
4511/1 4514/20
4514/21 4515/24
4516/8 4517/10
4520/15 4525/11
4535/11 4535/13
4537/4 4541/11
4546/11 4547/13
4548/10 4552/13
4557/7 4564/22
4576/24 4583/4 4586/6
4591/13 4592/8
4593/13 4593/23
4594/8 4596/3 4602/21
4603/6 4603/10
4603/12 4611/11
4621/21 4626/22
4629/5 4634/7 4640/13
4646/22 4650/1 4650/4
4650/8 4650/10
4650/14 4650/15
4650/17 4650/22
4650/25
Your Honor [22]
4504/5 4505/2 4505/19
4506/6 4514/21
4515/24 4525/11
4535/11 4535/13
4564/22 4576/24
4591/13 4593/13
4594/8 4626/22 4650/1
4650/10 4650/14

4650/15 4650/17
4650/22 4650/25
YouTube [6] 4511/21
4575/5 4575/7 4607/7
4607/10 4609/19

**Z**

Z-e-l-e-c-t [1] 4603/23
Zaremba [3] 4501/2
4652/2 4652/8
Zelect [2] 4603/23
4604/4
Zello [53] 4574/20
4574/24 4575/6
4575/23 4577/2 4577/6
4579/13 4579/15
4579/19 4580/4 4580/9
4580/11 4581/8
4581/24 4581/25
4582/5 4582/9 4582/15
4584/12 4585/12
4585/13 4586/17
4586/18 4587/2
4587/13 4587/25
4588/7 4589/2 4589/5
4589/16 4589/20
4589/25 4590/13
4590/18 4590/25
4601/1 4601/14
4601/15 4601/18
4602/1 4602/5 4602/8
4602/12 4602/21
4605/3 4611/13 4612/3
4615/19 4630/18
4630/24 4631/4 4645/8
4646/9
Zello's [2] 4586/12
4589/4
zoom [6] 4545/1
4545/3 4545/13 4559/2
4597/9 4648/24
Zsuzsa [1] 4500/6