**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,    ) Criminal Action
                                  ) No. 1:22-cr-00015-APM
            Plaintiff,   )
                                  ) **Jury Trial - Day 15**
vs.                            ) (afternoon session)
                                  )
ELMER STEWART RHODES III,   )
et al.,                       ) Washington, D.C.
                                  ) **October 20, 2022**
                  Defendants. ) Time:  1:40 p.m.

_____

**Transcript of Jury Trial - Day 15**
**Held Before**
**The Honorable Amit P. Mehta**
**United States District Judge**

_____

A P P E A R A N C E S

For the Government:     **Kathryn L. Rakoczy**
                            **Troy A. Edwards, Jr.**
                            **Jeffrey S. Nestler**
                            UNITED STATES ATTORNEY'S OFFICE
                            FOR THE DISTRICT OF COLUMBIA
                            601 D Street, Northwest
                            Washington, D.C. 20579

                            **Alexandra S. Hughes**
                            **Louis J. Manzo**
                            U.S. DEPARTMENT OF JUSTICE
                            950 Pennsylvania Avenue, Northwest
                            Washington, D.C. 20530

For the Defendant Elmer Stewart Rhodes III:
                            **Phillip A. Linder**
                            **James Lee Bright**
                            **Edward L. Tarpley, Jr.**
                            BARRETT BRIGHT LASSITER LINDER
                            3300 Oak Lawn Avenue, Suite 700
                            Dallas, Texas 75219

For the Defendant Kelly Meggs:
                            **Stanley E. Woodward, Jr.**
                            BRAND WOODWARD LAW
                            1808 Park Road, Northwest
                            Washington, D.C. 20010

```
1                    A P P E A R A N C E S, continued

2        For the Defendant Kelly Meggs:
                              Juli Z. Haller
3                             LAW OFFICES OF JULIA HALLER
                              601 Pennsylvania Avenue, Northwest
4                             Washington, D.C. 20036

5        For the Defendant Kenneth Harrelson:
                              Bradford L. Geyer
6                             FORMERFEDSGROUP.COM LCC
                              141 I Route 130 South, Suite 303
7                             Cinnaminson, New Jersey 08077

8        For the Defendant Jessica Watkins:
                              Jonathan W. Crisp
9                             CRISP AND ASSOCIATES, LLC
                              4031 North Front Street
10                            Harrisburg, Pennsylvania 17110

11       For the Defendant Thomas Caldwell:
                              David W. Fischer, Sr.
12                            FISCHER & PUTZI, P.A.
                              7310 Governor Ritchie Highway
13                            Glen Burnie, Maryland 21061-3065

14       _____

15       Stenographic Official Court Reporter:
                              Nancy J. Meyer
16                            Registered Diplomate Reporter
                              Certified Realtime Reporter
17                            333 Constitution Avenue, Northwest
                              Washington, D.C. 20001
18                            202-354-3118

19

20

21

22

23

24

25
```

1                          **I N D E X**

2                                                        PAGE:

3    **Witnesses**:

4    Whitney Drew

5         Direct Examination, continuing, by Mr. Nestler... 4702
          Cross-Examination by Mr. Fischer................. 4805
6

7    **Exhibits Admitted**:

8         Government Exhibit 1503.......................... 4741
9         Government Exhibit 1504.......................... 4769
          Government Exhibit 1505.......................... 4779
10        Government Exhibit 1506.......................... 4793
          Government Exhibit 2522.1........................ 4703
11        Government Exhibit 6725.1........................ 4797
          Government Exhibit 6725.2........................ 4797
12        Government Exhibit 6736.......................... 4736

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

1

2          (REPORTER'S NOTE:  The morning session of the jury

3     trial was reported by William P. Zaremba who prepared said

4     transcript.)

5          (Proceedings held outside of the jury.)

6          THE COURT:  So why don't we discuss the two issues

7     that we left off with.  So we're going to start with the

8     transcript matter.

9          Mr. Fischer, why don't you come on up.

10         So let me start with the easier of the two.  This is

11    Agent Lochner's grand jury testimony.  Are you still wanting to

12    admit that given the fact that he had -- that he corrected

13    himself later on in the --

14         MR. FISCHER:  Your Honor, I didn't read that as a

15    complete correction.  I think what he said was the -- well,

16    first of all, what he initially said was he made an

17    identification -- a voice identification off a recording.

18         THE COURT:  Right.

19         MR. FISCHER:  And then he was asked, are you sure --

20    or something to the effect, are you sure about that?  And he

21    said we have other evidence that would corroborate -- or other

22    evidence that would -- would back that up, and then he was

23    later, I believe, on -- sometime 40 pages later, I guess, in

24    the transcript where they asked him, do you have any certain

25    evidence, and he says no.  Certain evidence is not the same as

1      he has evidence.  So he represented to the grand jury, first of

2      all, that he identified a voice, number one; and number two,

3      that he had evidence to back it up.

4           And I would say, Your Honor, there are three ways to get

5      in a statement of a party opponent.  One would be whether the

6      party adopted or believed it to be true.  I think that's what

7      the government is arguing, is that the government didn't

8      necessarily believe that to be true, but I would point out in

9      two -- I believe in three detention memos subsequent to that

10     grand jury testimony, the government clearly suggested that

11     Mr. Caldwell was on Zello because at the time that -- the Court

12     remembers, there were only three defendants.  It was Watkins,

13     Crowl, and --

14              THE COURT:  So why don't you use that as evidence

15     instead of the grand jury transcript?

16              MR. FISCHER:  Well, Your Honor, I think --

17              THE COURT:  It's much cleaner that way and there's --

18     I don't know if the government would dispute that if they put

19     in a pleading, that -- I mean, it -- at least it seems to me

20     that you're on stronger footing with the circuit precedent when

21     it comes to submission -- you know, pleadings submitted to a

22     court.

23              MR. FISCHER:  Your Honor, I would say also under

24     subheading (c) and (d) under 801.2, it would come in as an

25     authorized -- the FBI agent was authorized to make the

4684

1    statement on the subject.  So the government clearly authorized

2    him to make the statement on the subject; and also under

3    subheading (d), he was the party's agent or employee, and he

4    did so in a relationship.

5         So when -- when the government puts somebody before the

6    grand jury that's a member of the government, I mean, this

7    isn't an outside person; this is a representative to the

8    Department of Justice.  And they make a statement, they're the

9    agent of the government.

10        THE COURT:  Here's my concern.  Not so with this one

11   than it is with the other one, which is the Esposito excerpt

12   which concerns Mr. Caldwell and whether there's evidence that

13   he understood that Mr. Caldwell was, essentially, doing

14   reconnaissance during the November and December rallies.

15        Couple things.  One is I don't know what his role is in

16   this; that's one.  Two, you know, am I going to have to, then,

17   sort of deal with in some way a side -- a side matter in terms

18   of what Agent Esposito knew at the time versus what, you know,

19   he or some other agent may have known then -- now?  Excuse me.

20   And so that -- that's my concern with that.  I mean, at least

21   the Caldwell -- I mean, the one with Lochner and about the

22   Zello, that's -- that sort of resolved itself.  We know

23   ultimately Mr. Caldwell is not on that call.

24        MR. FISCHER:  But, Your Honor, it goes to the

25   reliability on the investigation, and that's very important

1    because that's our defense.  And the FBI interviewed him for

2    hours, multiple members of the FBI heard his voice, but here

3    they are eight days later saying they identified his voice

4    being on Zello.  And --

5              THE COURT:  Well, was Lochner among them?  I'm sorry.

6    Not -- yeah, was Lochner in the -- in the interview?

7              MR. FISCHER:  He wasn't, Your Honor, but he was part

8    of the investigative team, and he must have been told by

9    somebody.

10             THE COURT:  Well, I --

11             MR. FISCHER:  Your Honor, it's a grand jury -- as --

12             THE COURT:  And, look, here's the thing:  I -- you

13   just put a case in front of me -- and I've invited both sides

14   to do it -- in which testimony by an agent before a grand jury

15   is deemed an adoptive admission or any other admission by the

16   government.  Particularly in -- there's -- there's variance on

17   this.  Lochner's testimony, for example -- I'm sorry.  Not

18   Lochner -- Esposito's testimony, for example, comes in response

19   to, you know, a grand juror's question.  It's not a question

20   that's elicited by the prosecutor.

21        You know, how does that fit into the equation versus --

22   you know, it's a lot easier when, you know, an agent signs off

23   on an affidavit and that gets submitted to a court.  That

24   point -- part of the rationale in *Warren* and, I think, in

25   *Morgan*, at least, in one of the two cases is that, you know,

 1     the court pointed out that, you know, the prosecutor actually

 2     reviews a filing before it goes in before a judge, and so

 3     there's greater -- I think there's a stronger argument to be

 4     made that the government has actually adopted the statement --

 5                 MR. FISCHER:  Your Honor, I would say that --

 6                 THE COURT:  -- in this context.

 7                 MR. FISCHER:  -- having been involved in hundreds

 8     of -- of federal cases, it seems to me that every time a

 9     witness goes before the grand jury, the government preps them

10     and they ask them questions ahead of time so they don't hold up

11     the grand jury for five hours.  This guy was, obviously -- this

12     agent was, obviously -- you know, he was prepped and ready to

13     go.  He gave his statement.  He makes an ID of a voice and says

14     it's Caldwell.  They had evidence to back it up, and I know --

15     I know it was later said it's not certain evidence, but he said

16     they have evidence to back it up.

17                 THE COURT:  So -- but help me -- but help me

18     understand why it's not adequate for your purposes to submit a

19     government pleading.

20                 MR. FISCHER:  Well, Your Honor, the pleading, it's

21     suggestive.  So it doesn't come out -- it doesn't say

22     specifically Caldwell was on Zello, but it's -- it clearly

23     suggests that.  You have to read through the pleading and

24     understand, because they talk about an unknown male voice on

25     the Zello.  They -- they talk about the plan became clear,

1    which at that time they were claiming the plan was to arrest

2    members of Congress, and Caldwell was part of that plan.

3            Mr. Caldwell had been asked -- Agent Palian on his

4    testimony confirmed Mr. Caldwell had been asked about Zello --

5    or being in communication via radio.  And clearly when they

6    arrested Mr. Caldwell, they thought he was on the radio on

7    Zello giving out orders.  And the Agent Palian denies that they

8    ever had that -- that thought ever crossed his mind, and this

9    grand jury testimony says quite the contrary, because

10   Agent Lochner is a part of that team.

11           THE COURT:  So what's Lochner's role in all this?  He

12   wasn't in the -- Mr. Caldwell's interview.  So what's the basis

13   of his -- what's the government's understanding of the basis of

14   his ability to have identified or not identified Mr. Caldwell's

15   voice?

16           MR. EDWARDS:  Yes, Your Honor.

17           Special Agent Lochner was involved initially in the

18   investigation, but as you point out, and as Mr. Fischer points

19   out, he was not in the room when he was interviewing

20   Mr. Caldwell; and I disagree with Mr. Fischer's read of page 43

21   of the transcript.  I think Special Agent Lochner made it very

22   clear that he clarified himself on the record.  He said I'm not

23   certain, actually, it was that individual, which is what you

24   would want your government officials to say if they're not

25   certain when they're in the grand jury.

1          To the extent that that would introduce confusion to the

2     jury as to why this statement should come in and then a

3     clarification, I think that has resolved itself.  I think

4     Special Agent Lochner clarified after a follow-up question as

5     to whether or not that individual, in fact, was Mr. Caldwell.

6          MR. FISCHER:  Your Honor, I would also say that --

7     that Agent Palian, on his testimony, he -- he suggested -- I

8     want to go to Esposito for a second before I forget, if I may.

9     He suggested a few times on Esposito, on that type of testimony

10    that -- that he suggested the November 14th was a dry run or

11    was something far bigger.  So it's relevant on that issue,

12    and -- and Lochner is relevant on a reliability investigation.

13         MR. EDWARDS:  Your Honor, I can start at first

14    principles here.  You know, the government's position here is

15    that the grand jury testimony is not the same as what was

16    identified as 801(d)(2)(B) statements in *United States v.*

17    *Morgan* or *United States v. Warren*.  Those written statements

18    were, in the court's view, in Footnote 10 approved by AUSAs,

19    and the D.C. Circuit identified the AUSAs for a reason.  That

20    is the party opponent.

21         The party opponent approved those statements, and so

22    under 801(d)(2)(B), there were factors of reliability.  Now,

23    that does not exist when the government puts on a witness in

24    the grand jury and a grand -- so we'll take Special Agent Mark

25    Esposito.  A grand juror asks the question of the special

1     agent, and that agent answers spontaneously.  There's no review

2     process with the AUSA the same way there is through the search

3     warrant and the --

4              THE COURT:  Let me ask you this:  With respect to

5     Mr. Lochner -- or Agent Lochner -- I mean, her -- Mr. Fischer

6     suggested the reason he wants to put this in is not for the

7     truth of what Lochner said; right?

8              MR. FISCHER:  That's correct, Your Honor.

9              THE COURT:  Right.  So we're now arguably outside the

10    realm of hearsay and needing it to -- well, that's not

11    accurate, I suppose.

12             MR. EDWARDS:  Right.  I think -- I think he's still

13    putting it in for the truth that Special Agent Lochner thought

14    it, and I would argue, Your Honor, that even if we were to kind

15    of step outside of 801, it's confusing to the jury to start

16    bringing in transcripts from a grand -- from a witness who a

17    couple pages later corrects himself on the record.

18             MR. FISCHER:  Your Honor, if -- I would say, if

19    that's confusing the grand [sic] jury, I think I -- I think our

20    team over here is seeing about 500 messages from people who are

21    not even defendants here, you know, Liberty this and Joe this

22    and these people from all over the place.  If the jury isn't

23    getting confused by messages from unidentified people, I'm not

24    sure how they're going to get confused by three paragraphs from

25    an FBI agent.

1          And, Your Honor, it does -- it shows the FBI that they

2     did believe -- they did have a belief that Mr. Caldwell -- that

3     he was on Zello.  It is highly relevant to our defense.  And,

4     you know, the reality is our entire defense with Mr. Caldwell

5     has been clear.  It's a reliability investigation.  They

6     made -- they made a rush to judgment.  They thought he was on

7     Zello.  Again, Your Honor, I point out not an hour ago the

8     government just brought up testimony, again, that suggested

9     Mr. Caldwell was on Zello.

10          MR. EDWARDS:  No.  We brought up evidence that

11     Mr. Caldwell did have Zello.  And that is -- that is accurate.

12          MR. FISCHER:  Well --

13          MR. EDWARDS:  And what I would submit to the Court is

14     that if Mr. Fischer would like to bring in evidence that the

15     government believed that, then he can pull statements from a

16     party opponent which are our pleadings from the AUSAs, but I

17     would -- I would ask --

18          THE COURT:  It sounds like the pleadings are not

19     clear.

20          MR. EDWARDS:  Because the government was being

21     accurate there, the same way Special Agent Lochner was when he

22     clarified on the record that we weren't sure.  And this was

23     just -- for the Court's awareness, you know, this is two years

24     later.  At this time it was January 27th, and the government

25     was investigating this.  And I think Special Agent Lochner did

1    what I -- what you would want an agent to do to clarify this,

2    and I don't see that this falls into any kind of 403 -- or 402

3    or 403 admissibility here.

4         THE COURT:  All right.  So, look, here's what I'll

5    do.  On Lochner, I'll let it in as long as it's in completely,

6    and I won't allow Mr. Fischer to argue -- I don't think you're

7    going to argue -- that Lochner's answer is for the truth of his

8    answer; right?  I mean, everybody agrees that the truth of that

9    answer is incorrect.  At least to the extent that it's not

10   hedged.  I mean, it is hedged a little bit.

11        And, you know, the fact that it's partially corrected or

12   fully corrected, depending on your view later on, it takes the

13   prejudicial quality out of it.  So I'll let that be put in.

14        MR. EDWARDS:  May I submit one question -- one point,

15   Your Honor, on that testimony?

16        THE COURT:  Sure.  And to be clear, I don't know that

17   I'm admitting this as an adoptive admission.  It's being

18   admitted, rather, to allow Mr. Fischer to argue that yet this

19   is another example of a government rush to judgment.

20        MR. EDWARDS:  Sure, Your Honor.  I think I would

21   submit, though, that this -- it's not appropriate for this

22   witness who is by the rules not allowed to be in that room when

23   that agent testified to this.

24        MR. FISCHER:  I'll agree to that, Your Honor.  I'll

25   need some time, anyway, to redact it and work with Mr. Edwards

```
 1    on that.
 2              THE COURT:  Okay.  All right.
 3         And then on the Esposito one, again, this is the agent
 4    that was asked by a grand juror, you know, special -- I mean,
 5    the question -- why don't I just read this -- can I read this
 6    into the record at this point?  It's not -- all right?
 7              MR. FISCHER:  It was actually a very good question.
 8    It's --
 9              THE COURT:  It was a good question, actually.
10              MR. EDWARDS:  I suspect you probably shouldn't read
11    it.
12              THE COURT:  I mean, I think I probably could because
13    now it's a litigated issue in court; so I don't think that's a
14    problem.
15              MR. EDWARDS:  Yes, Your Honor.
16              THE COURT:  So, anyway, I mean, the grand jury
17    transcript is now -- you know, the grand juror asks, "One is do
18    you think you have any evidence that these previous marches
19    were kind of practice because from -- Constitution, you know,
20    that this was meant -- you didn't testify to this or anything.
21    But I wonder if that's -- about that."
22         The prosecutor tries to reframe it.  "I'm sorry.  I just
23    want to try and understand it.  So are you asking --"
24         The grand juror then asks:  "So the previous march on
25    December 14th that went down Constitution."
```

1       And the prosecution says, "And your question, is that a

2  practice run?"

3       Grand juror says:  "Yeah, sort of a way to gauge how

4  long it takes and, you know, the military --"

5       So then the prosecutor says:  "So, Special Agent

6  Esposito, I think the question is do you have any reason to

7  believe that the rallies that occurred in November and December

8  in Washington, D.C., were in fact some sort of practice run or

9  test run of what was to take place in January 2021?"

10      Agent Esposito says, "I don't have any evidence to lead

11 me to that conclusion."

12      So, look, I think -- this one, Mr. Fischer, I think I'm

13 going to keep out for the following reason:  While it's

14 arguably relevant -- and I'm sort of dismissing on the grounds

15 of relevance, I think, you know, it is -- there's a potential

16 for confusion.  And creating collateral issues is greater here

17 than it is in the other one.  And, specifically, what I mean is

18 I haven't been given any context of what Agent Esposito's

19 knowledge was at the time.  You know, was he actually an agent

20 who was looking into this?  It's not clear to me what the

21 testimony was that prompted the grand jurors.

22      MR. FISCHER:  Your Honor, can I ask the government to

23 respond on that, because I don't know either.

24      THE COURT:  Well, I don't know, for example, if it's

25 in the grand jury transcript that he actually says, you know, I

1    did the following.  So, I mean -- I'm happy to revisit this,

2    but at least right now, I feel like there's sort of too many

3    unanswered questions that could create these collateral issues

4    that I just think would sidetrack us.  You know, as I've said,

5    we've seen here that these agents -- I don't know whether this

6    was true as early as --

7            MR. EDWARDS:  It was, Your Honor.

8            THE COURT:  -- March.  That they've --

9            MR. EDWARDS:  Yeah.  Sorry.  Go ahead.

10           THE COURT:  That they've sort of had taskings, if you

11   will, and I don't know what Agent Esposito's tasking was and

12   whether it was specific to those dates and times.

13           MR. FISCHER:  Fair enough, Your Honor.

14        I'll reread the transcript and make an appropriate

15   filing or send to your chambers for appropriate --

16           THE COURT:  Okay.  All right.

17           MR. FISCHER:  Thank you, Your Honor.

18           THE COURT:  Thank you.

19           MR. EDWARDS:  Thank you.

20           THE COURT:  All right.  Well, we're going to have

21   the -- you know, it also occurs to me I've not read a limiting

22   instruction with respect to the Zello app.  It occurred to me

23   on the Zello recording with respect to the third-party voices

24   that they are only to be taken for context to the jury, and so

25   we need to do that when the jury returns.

1    MR. NESTLER:  I'll return to the Zello recording, if

2    you want to do it when I return to the Zello recording.  I'm

3    not there yet.  It'll be 20 or 30 minutes, Judge, and then I

4    have a bunch -- the remainder of the Zello entries.

5    THE COURT:  Remind me, again, the handles or the

6    names of the two who I said could come in because they're also

7    Oath Keepers.

8    MR. NESTLER:  That's FreedomD0z3r, D-o-z-e-r; that's

9    Holden Haney.  And Airborne America; that's Dodd Koehler,

10    K-o-e-h-l-e-r.

11    THE COURT:  Okay.  All right.  And let's deal with

12    the issue of Mr. Caldwell and his -- whether he was able to

13    observe what was going on in the tunnel or not.

14    MR. NESTLER:  Yes.  Your Honor, if we can please pull

15    up Government Exhibit 22.P.8, Ms. Rohde.  This is a photograph

16    that Mr. Caldwell took of his wife, Sharon Caldwell, on the

17    west side of the Capitol Building at 2:51 p.m. according to the

18    metadata on the time stamp.

19    If you can zoom in on the middle arch, please,

20    Ms. Rohde.  That's the lower west terrace tunnel, Your Honor.

21    And if Your Honor wants, we could pull up on all the CCTV and

22    other video in order to say that that sort of boom or camera

23    hung up by a news media person is visible on the CCTV video

24    from inside of the lower west terrace tunnel at that exact

25    time.  We intend to play 30 seconds of video that takes place a

 1    minute or two after this from inside the tunnel.

 2              MR. FISCHER:  Can we see the video?

 3              THE COURT:  I assume it's the one that was already --

 4              MR. NESTLER:  It's not.  The one that we had in the

 5    montage was from 3:10.  It was, again, just to give a sense

 6    about what was happening there, but we now have a video that is

 7    tied to this time.  So we have video at 2:53 p.m., so about

 8    minute and a half or two minutes after this picture, and it's

 9    Exhibit 1056.0074.  That's the camera number.  0253; that's the

10    time it starts.

11         So if we can go to 2:53 and start there.  We need to

12    clip it later, but this is the -- this is the 30 seconds we're

13    going to show from 2:53 even to 2:53:30.

14              And to be clear, around this time, Mr. Caldwell will

15    be outside of this tunnel off to the right.

16              (A video recording was played.)

17              MR. NESTLER:  If we could stop it there.  At 2:53:29,

18    that's the clip we're going to play.  We'll deal with the

19    clipping of it later.

20              THE COURT REPORTER:  Mr. Fischer, can you come

21    forward.

22              MR. FISCHER:  I apologize.

23         Could I inquire of the government what time they believe

24    that Mr. Caldwell exited the stage?

25              MR. NESTLER:  I don't have that with me right now.  I

 1    know that there's a time stamped photo he took at 2:51 p.m.

 2         MR. FISCHER:  Your Honor, we're looking it up right

 3    now, but I think Mr. Caldwell -- they may have been off the

 4    stage by the time this is taking place.  First of all, it looks

 5    much more crowded than the picture, I think, they showed

 6    before.  It looks more crowded.

 7         I would say, secondly, Your Honor, we did a tour of the

 8    Capitol.  And if I remember right, there's two flights of

 9    stairs that go up -- there's an initial flight of stairs that

10    go up, and then there's another flight of stairs that go up in

11    this tunnel.  So it's not visible what's going on in this

12    tunnel from the picture and --

13         Court's indulgence.

14         Your Honor, it's going to take a minute or so to pull

15    up an exact time, but I believe that photo -- I mean, the

16    government, I think -- the exhibit that they introduced is the

17    famous Mr. Caldwell talking about Speaker Pelosi's doorknob;

18    that was only moments before they exited the stage.  So that

19    should give us a time frame.

20         (An visual recording was played.)

21         MR. NESTLER:  We can pause it right there.  This is

22    2:51 p.m.  This camera that I just circled for Your Honor,

23    that's visible in the photograph that Mr. Caldwell is taking of

24    his wife, just feet away.

25         THE COURT:  Yeah.  But going on inside is not visible

1  to him.  It doesn't seem like it would be visible.  Look, can

2  you go back to the beginning of the video?  Of the video.

3            MR. NESTLER:  Well, it is a continuous CCTV from --

4            THE COURT:  Oh, I see.  Okay.

5            MR. NESTLER:  -- 2:49 p.m. for a half hour.  We just

6  pulled the actual video.

7            THE COURT:  Can you cue it up to the time that's 2:51

8  that coincides with the time of the photograph?

9            MR. NESTLER:  Sure.  That's around now, and I can

10  pull back the seconds of the photograph, if necessary.

11            (A video recording was played.)

12            MR. NESTLER:  But the witness will testify, we

13  expect, that where Mr. Caldwell was standing, one could see the

14  mouth of this tunnel, that one could be able to hear what was

15  happening inside of this tunnel.

16       If Mr. Fischer would like, we can bring out videos that

17  have audio attached to them too.  We can hear the roar of the

18  crowd as they push forward.  We were trying to make it a little

19  bit less of that and just show the video, but we're happy to

20  bring the video and audio, which I think will more accurately

21  capture what Mr. Caldwell is hearing and seeing.

22            MR. FISCHER:  Your Honor, my assistant tells me that

23  the last photo that was taken up there by -- by the Caldwells

24  was at 2:51 p.m., and I know that after that photo was taken,

25  they exited the inaugural balcony.  So it couldn't have been

 1    within 30 seconds later at 2:51.  So -- and he would not have

 2    had a view from that angle of seeing what was going on in

 3    there.  So if it's for his knowledge, he would not have -- he

 4    was -- on this screen, he would have been to the right.  He was

 5    on the far right, it appeared to me, of the inaugural stage.

 6    And I'm not sure how you could see anything going on with

 7    police.

 8            THE COURT:  Can you just back it up to 2:40 -- I'm

 9    sorry.  2:50:45 seconds --

10            MR. NESTLER:  Sure.

11            THE COURT:  -- and just run it.

12            (A video recording was played.)

13            THE COURT:  Okay.

14            MR. NESTLER:  And, Your Honor -- if Your Honor would

15    like, we have additional photographs showing Mr. Caldwell

16    outside of this area that depict him looking in the direction

17    of this tunnel.  We're happy to introduce all of this evidence.

18    We're trying to get in the fact that Mr. Caldwell would have

19    been aware of this, which is what we talked about two days ago

20    when Your Honor had thought this ought to be excluded from our

21    larger montage.

22            MR. FISCHER:  Your Honor, I make just one final

23    point.  The video the government showed, which is the last

24    video where Mr. Caldwell makes the remark about

25    Speaker Pelosi's doorknob, like three seconds after that, four

```
 1    seconds after that, he's telling his wife:  Let's go.  Let's
 2    go.  Let's go.  And they exited the stage.
 3                MR. NESTLER:  There's no evidence that they exited
 4    the stage at that time.
 5                MR. FISCHER:  Actually, we do have evidence.  We have
 6    a video that the government apparently -- I have as one of my
 7    exhibits that shows them exiting the stage.
 8                THE COURT:  Well, let me just interrupt here for a
 9    second.  I mean, if you've got video showing after -- because
10    that photograph is time stamped 2:41 -- I'm sorry.  2:51.
11    Excuse me.  And you've got video that shows that as soon as
12    that photograph was taken, they walk away?
13                MR. FISCHER:  Court's indulgence.
14          Your Honor, I think my assistant can actually pull the
15    video up of Mr. Caldwell leaving the stage at 2:51.
16                THE COURT:  Can we do this:  Can we take this up at
17    our afternoon break?  Because they're standing out there, and
18    unless it's going to come up in the next 90 minutes, I would
19    just as well --
20                THE ASSISTANT:  I have it, if you'd like.
21                MR. FISCHER:  It just popped up.
22          What's the time stamp on here?
23                THE COURT REPORTER:  Ma'am, if you're going to speak,
24    you have to speak into the microphone.
25                THE ASSISTANT:  Sorry.
```

1        If you see right where my mouse is, this is where the

2   Caldwells are.  And this video starts at 19:51:17 UTC Time, and

3   that would be 2:51 Eastern Time.  So I can, like, show you

4   where they kind of follow, but this is exactly where they

5   leave.

6            THE COURT:  2:51?

7            THE ASSISTANT:  That is correct.

8            THE COURT:  Okay.

9            (A video recording was played.)

10           THE COURT:  All right.  Let's do this:  Let -- I

11  don't want to keep them waiting anymore, unless we need to do

12  this immediately.  So my eyes are straining to figure out which

13  one is Mr. Caldwell.

14           MR. FISCHER:  I think it's obvious, Your Honor, but

15  you must --

16           THE COURT:  Let's bring them in, and we'll deal with

17  it in a little bit.

18           (Proceedings held in the presence of the jury.)

19           THE COURT:  All right.  Have a seat, everyone.  We

20  have one juror who's taking a restroom break, so.

21       Okay.  Welcome back, everybody.  Hope you had a nice

22  lunch hour.

23       Mr. Nestler, are you ready to continue with Agent Drew's

24  testimony?

25           MR. NESTLER:  Thank you, Your Honor.

1         For the record, my colleague Mr. Manzo is putting up

2    that board, 1530.1, we were talking about.

3                    DIRECT EXAMINATION, continuing

4    BY MR. NESTLER:

5    Q.   Okay.  Agent Drew, before we left for our lunch break, we

6    were talking about the mayor's curfew order that was issued at

7    2:31 p.m.  Do you remember that?

8    A.   Yes.

9    Q.   Do you have a cell phone?

10   A.   Yes.

11   Q.   What kind of alerts do you get on your phone?

12   A.   News alerts.

13   Q.   Why?

14   A.   Because I like to be informed.

15   Q.   Do you recall getting any news alerts on January 6th of

16   2021 in the afternoon?

17   A.   Yes.

18   Q.   Do you recall any information about that curfew order being

19   disseminated in the news?

20   A.   Yes.

21   Q.   All right.  I'm going to pull up on the screen just for

22   Special Agent Drew Exhibit 2522.1.  Are you familiar with what

23   this is, Special Agent Drew?

24   A.   Yes.

25   Q.   What is it?

```
1    A.  It is a screenshot of a phone that's in lock-screen mode.

2    Q.  And did this come from the FBI's review of Defendant

3    Kenneth Harrelson's iCloud account?

4    A.  Yes.

5             MR. NESTLER:  The government moves into evidence

6    2552 -- sorry -- 2522.1.

7             THE COURT:  Any objection?

8             MR. LINDER:  No objection.

9             THE COURT:  All right.  2522.1?

10            MR. NESTLER:  Yes.

11            THE COURT:  All right.

12            (Government Exhibit 2522.1 admitted into evidence.)

13            MR. NESTLER:  If we can show that to the jury,

14   please.

15   BY MR. NESTLER:

16   Q.  And you indicated this was from Defendant Harrelson's

17   iCloud account that the FBI received from Apple; is that

18   correct?

19   A.  Yes.

20   Q.  Okay.  Are you familiar with how screenshots work?

21   A.  Yes.

22   Q.  Can you generally describe them.

23   A.  Yes.  In this instance, the photo appears to be in lock

24   mode, and you can take a picture of the screen using certain

25   buttons -- combination of buttons on your iPhone.
```

1    Q.  And it says here -- what's the date and time that the

2    screen says?

3    A.  Says Wednesday, January 6th at 6:23.

4    Q.  And have you reviewed the various records that we see here

5    listed on the screen from the actual Signal messages?

6    A.  Yes.

7    Q.  Based on that, can you make a determination about whether

8    6:23 likely refers to a.m. or p.m.?

9    A.  Yes.  It likely refers to a.m.

10   Q.  And why do you think that?

11   A.  Because of the content of the messages that we see are

12   displayed on the phone.

13   Q.  Have you seen this content in 11 minutes prior, 12 minutes

14   prior, 1 hour prior, in these different Signal threads?

15   A.  Yes.

16   Q.  Now, let's talk about the four different Signal threads we

17   see here on the home screen.  What is the first Signal thread

18   that Mr. Harrelson is receiving an alert from?

19   A.  The notification is from OK Gator 1 to OK FL DC OP Jan 6.

20   Q.  Is that one of the Signal threads we've been talking about

21   today?

22   A.  Yes.

23   Q.  And who's OK Gator 1?

24   A.  Kelly Meggs.

25   Q.  And the next -- well, can you tell -- what are those weird

1    sort of shading underneath that first Signal message?  Can you

2    tell what that is?

3    A.  Yes.

4    Q.  What does it look like?

5    A.  From my experience, that means multiple notifications under

6    the same thread.

7    Q.  Now, the next thread, which thread is that?

8    A.  That is the DC OP: Jan 6 21.

9    Q.  And who sent that message?

10   A.  Stewart Rhodes.

11   Q.  And the next thread, which thread is that?

12   A.  Vetted OK FL Hangout.

13   Q.  And earlier we talked about how there was both a Vetted OK

14   FL Handout and a -- just an OKFL Hangout; is that right?

15   A.  Yes.

16   Q.  And then the final thread, the -- the fifth thing down,

17   which thread is that?

18   A.  OKFL Hangout.

19   Q.  And in addition to these four Signal thread notifications

20   that Mr. Harrelson was receiving, can you tell whether he was

21   receiving anything else as an alert on his phone?

22   A.  Yes.

23   Q.  What's that?

24   A.  Appears to be a news story.

25   Q.  What does that mean to you?

1    A.  That he was receiving updated news stories.

2    Q.  Now, did you also review the extraction that the FBI

3    performed on Mr. Harrelson's iPhone at the time it was

4    collected?

5    A.  Yes.

6    Q.  Was this screenshot located on Mr. Harrelson's iPhone?

7    A.  Not that I recall.

8           MR. NESTLER:  Let's go back to Exhibit 1500, if we

9    could, Ms. Rohde; and if we could resume from 8:10 where we

10   were.

11   BY MR. NESTLER:

12   Q.  When -- earlier we were around 2:31 p.m.; is that right,

13   Agent Drew --

14   A.  That's correct.

15   Q.  -- when the mayor issued her curfew order?

16   A.  That's correct.

17   Q.  All right.  This is picking up now at around 2:32 p.m.

18           MR. NESTLER:  Let's play it forward.

19           (A video recording was played.)

20           MR. NESTLER:  And if we can pause there.

21   BY MR. NESTLER:

22   Q.  At 8:13 on the counter, according to Capitol Police

23   surveillance video, have you been able to identify where

24   Stewart Rhodes was located at approximately 2:32 p.m.?

25   A.  Yes.

1    Q.  Where is that?

2    A.  The northwest side of the Capitol.

3            MR. NESTLER:  And if we can continue playing that

4    forward, Ms. Rohde.

5            (A video recording was played.)

6            MR. NESTLER:  If we stop it here around 8:41 on the

7    counter, please.

8    BY MR. NESTLER:

9    Q.  According to surveillance video that you have viewed,

10   Agent Drew, approximately where were Kelly Meggs,

11   Jessica Watkins, and the rest of their group at this time

12   around 2:32 p.m.?

13   A.  In the east of the Capitol.

14   Q.  Is that what is depicted there in that yellow circle?

15   A.  Yes.

16           MR. NESTLER:  If we can continue playing that video

17   forward.

18           (A video recording was played.)

19           MR. NESTLER:  If we can pause there.

20   BY MR. NESTLER:

21   Q.  At 8:50 on the counter, where was this video located?

22   Where was the video file located?

23   A.  From the phone of Sandra Parker.

24   Q.  And approximately what time, according to the metadata on

25   the phone, was this video created?

1    A.  2:32 p.m.

2    Q.  And can you tell approximately where the individuals in

3    this photo -- this video were located at the time this video

4    was created?

5    A.  In the east side of the Capitol.

6         MR. NESTLER:  If we could please play this forward,

7    Ms. Rohde.

8         (An audio-visual recording was played.)

9         MR. NESTLER:  And if we could stop there at 9 even.

10   BY MR. NESTLER:

11   Q.  Now, earlier, Agent Drew, we discussed call records; is

12   that correct?

13   A.  Yes.

14   Q.  And are we about to see a visual display of some of those

15   call records?

16   A.  Yes.

17        MR. NESTLER:  Okay.  Why don't we play it forward,

18   please.

19        (A video recording was played.)

20   BY MR. NESTLER:

21   Q.  At 2:31 p.m., who calls whom?

22   A.  Mr. Greene calls Mr. Rhodes.

23   Q.  And at 2:32 p.m., what happens?

24   A.  Mr. Meggs calls Mr. Rhodes.

25        (A video recording was played.)

```
1    BY MR. NESTLER:

2    Q.  And at 2:32:18, what happens?

3    A.  Mr. -- Mr. Rhodes merges the call between himself and

4    Mr. Greene.

5    Q.  And at 2:33:48 seconds, what happens?

6    A.  Mr. Meggs leaves the phone call.

7              MR. NESTLER:  If we can pause there, please.

8    BY MR. NESTLER:

9    Q.  At 9:35 on the counter, does -- can you tell approximately

10   how long Kelly Meggs and Stewart Rhodes were on the phone with

11   Michael Greene?

12   A.  Just over a minute.

13   Q.  And --

14   A.  Excuse me.  It appears to be a minute and 30 seconds.

15   Q.  So about a minute and 30 seconds?

16   A.  Yes.

17   Q.  And before Kelly Meggs and -- joined that three-way call,

18   how long had Michael Greene been speaking with Stewart Rhodes?

19   A.  Less than a minute.

20   Q.  And after Kelly Meggs leaves the call, does Michael Greene

21   and Stewart Rhodes continue on their call?

22   A.  Yes.

23              MR. NESTLER:  If we could play that forward, please,

24   Ms. Rohde.

25              (An audio-visual recording was played.)
```

4710

1          MR. NESTLER:  And if we can stop it there at 9:39 on

2     the counter.

3     BY MR. NESTLER:

4     Q.  What time does the phone call between Stewart Rhodes and

5     Michael Greene end?

6     A.  At 2:37 p.m.

7     Q.  How long did they remain on the phone after Kelly Meggs

8     dropped off of that three-way call?

9     A.  Over three minutes.

10    Q.  And the indications here, are these approximate locations

11    of where individuals were on the Capitol Grounds around this

12    time?

13    A.  Yes.

14          MR. NESTLER:  Now, if we can play this forward,

15    Ms. Rohde.

16          (An audio-visual recording was played.)

17          MR. NESTLER:  If we could pause there at 9:51 on the

18    counter.

19    BY MR. NESTLER:

20    Q.  What does the video from Sandra Parker's phone show

21    Kelly Meggs and Jessica Watkins and their group doing?

22    A.  Moving towards the east Capitol steps.

23    Q.  Can you give us in relation, approximately, to when

24    Mr. Meggs was on that phone call with Michael Greene and

25    Stewart Rhodes.

1    A.   This movement started happening during the phone call.

2           MR. NESTLER:  If we could please -- now, a minute or

3    two -- well, let's continue playing, please, from 9:52 on the

4    counter.

5           (An audio-visual recording was played.)

6           MR. NESTLER:  And if he can pause there at 9:59 on

7    the counter.

8    BY MR. NESTLER:

9    Q.   So a minute or two later, at 2:35 p.m., where are

10   Kelly Meggs, Jessica Watkins, and the rest of their group?

11   A.   They are ascending the east Capitol steps.

12   Q.   And is that a video that we're watching here on the east --

13   on the right-hand side?

14   A.   Yes.

15   Q.   At the time Kelly Meggs, Jessica Watkins are walking up the

16   stairs, do you know where Kenneth Harrelson is, according to

17   video evidence?

18   A.   He's near the top of the stairs.

19   Q.   Can you see him in this video?

20   A.   Yes.

21   Q.   Can you circle him for us.

22   A.   Yes.

23   Q.   And you've circled the individual at the top middle of the

24   photograph, stopped at 9:59.

25           MR. NESTLER:  If we can continue playing that,

4712

1    please, Ms. Rohde.

2              (An audio-visual recording was played.)

3              MR. NESTLER:  And if we can pause here at 10:16 on

4    the counter.

5    BY MR. NESTLER:

6    Q.  At this same time, 2:35 p.m., approximately where is

7    Thomas Caldwell, according to video evidence?

8    A.  On the west side of the Capitol.

9    Q.  And we're looking here at a photograph.  Where was that

10   photograph recovered?

11   A.  From Thomas Caldwell's phone.

12   Q.  Does that photograph have metadata on it that showed its

13   approximate time at which it was taken?

14   A.  Yes.

15   Q.  Okay.  Is that around 2:35 p.m.?

16   A.  Yes.

17             MR. NESTLER:  All right.  If we can continue playing

18   forward, please.

19             (A video recording was played.)

20             MR. NESTLER:  If we could please pause here at 10:28

21   on the counter.

22   BY MR. NESTLER:

23   Q.  Does surveillance video show where -- approximately where

24   Stewart Rhodes was at 2:37 p.m.?

25   A.  Yes.

```
1    Q.  And where is that?

2    A.  The west side of the Capitol.

3              MR. NESTLER:  If we could please continue this

4    forward.

5              (A video recording was played.)

6              MR. NESTLER:  If we can pause there.

7    BY MR. NESTLER:

8    Q.  Do you see what Mr. Rhodes's left hand looks like in that

9    video?

10   A.  Yes.

11   Q.  What does it appear to be doing?

12   A.  Appears to be holding an object to his head.

13             MR. NESTLER:  We can play this forward, please.

14             (A video recording was played.)

15             MR. NESTLER:  And pause it there at 10:34 on the

16   counter ending at about 2:37 p.m.

17        Let's go back to Exhibit 1502, that Zello file we were

18   talking about earlier.  And before we resume from about 8:12,

19   I'm going to look to the Court.  If the Court wants to give the

20   instruction we were discussing earlier.

21             THE COURT:  Ladies and gentlemen, with respect to the

22   recording that you've heard on Zello, you've seen many

23   different names appear on that transcript, statements made by

24   Ms. Watkins, FreedomDosier -- I'm sorry.

25             MR. NESTLER:  D0z3r.
```

1          THE COURT:  D0z3r.  Sorry.  And Airborne America.

2    Those are statements that you may accept for the truth of the

3    matter asserted in those statements.  Statements of all other

4    parties, all other third parties who are unidentified, those

5    are statements being provided to you for context of the

6    statements that are made by Ms. Watkins, FreedomD0z3r and

7    America -- or Airborne America.

8          MR. NESTLER:  Thank you, Your Honor.

9    BY MR. NESTLER:

10   Q.  When we left off with the Zello recording, it was just

11   prior to 2:30 p.m., and we're back here now at around 2:33 p.m.

12   Do you see that here on the screen, Agent Drew?

13   A.  Yes.

14         MR. NESTLER:  Okay.  And if we could continue

15   playing.

16         (An audio-visual recording was played.)

17         MR. NESTLER:  If we can pause for a second.

18   BY MR. NESTLER:

19   Q.  Are you familiar with this video file, Agent Drew?

20   A.  Yes.

21   Q.  Where is this video file taken?

22   A.  It was taken from Ms. Watkins's cell phone.

23   Q.  And where -- can you tell where the video itself -- the

24   area depicts?

25   A.  Yes.  Standing on top of the east Capitol steps.

1    Q.  And did the video file have metadata showing the

2    approximate time at which it was recorded?

3    A.  Yes.

4    Q.  Is that reflected here on the screen?

5    A.  Yes.

6    Q.  What is that?

7    A.  2:36 p.m.

8         MR. NESTLER:  Now, let's play this forward for about

9    20 seconds, Ms. Rohde.

10        (An audio-visual recording was played.)

11        MR. NESTLER:  You can pause it there, please, at

12    8:33.

13   BY MR. NESTLER:

14   Q.  Well, before we replay it, Agent Drew, on the video file

15   recovered from Jessica Watkins's cell phone that we're looking

16   at here, what can a person hear?

17   A.  I can hear a Zello transmission.

18   Q.  And that Zello transmission that a person can hear while

19   listening to the video file, have you done anything to try to

20   match that up with the Zello recording we've been listening to?

21   A.  Yes.

22   Q.  What have you done?

23   A.  Compared them, listened to both of them.

24   Q.  And what's your conclusion?

25   A.  They are the same.

```
 1              MR. NESTLER:  If we could rewind until about 8:20 or
 2    so and try playing that again, Ms. Rohde.  We just tried
 3    messing with the treble and, hopefully, that lets it play
 4    through better.
 5              (An audio-visual recording was played.)
 6              MR. NESTLER:  You can pause it, please.
 7    BY MR. NESTLER:
 8    Q.  So if we go back to that video file, you heard that audio
 9    on the video file?
10    A.  Yes.
11    Q.  And now we're playing it in court here today.  Did it sound
12    a little muffled?
13    A.  It does.
14    Q.  What happens when you play the video file on its own?
15    A.  Apparently it's muffled -- or it's clear on its own, but in
16    this instance, it sounds muffled.
17    Q.  Okay.  And what about the Zello file when you play that
18    audio on its own?
19    A.  Very clear.
20              MR. NESTLER:  Let's now go to 1500.  And if we could
21    resume playing there at 10:34 on the counter, please.
22              (An audio-visual recording was played.)
23    BY MR. NESTLER:
24    Q.  And as this plays through, Agent Drew, I want to ask you a
25    couple questions.  Where are Kelly Meggs, Jessica Watkins, and
```

1    Kenneth Harrelson at around 2:38 p.m., according to

2    surveillance video?

3    A.  2:38 p.m.?

4    Q.  Yeah.

5    A.  They are outside of the east Capitol doors.

6    Q.  And where do they move, if at all, over the next

7    two minutes or so?

8    A.  Towards the east Capitol doors.

9            MR. NESTLER:  If we pause there at 11:03 on the

10   counter.

11   BY MR. NESTLER:

12   Q.  Here at 2:38 p.m., do you see a message?

13   A.  Yes.

14   Q.  And who is sending the message?

15   A.  Ed Vallejo.

16   Q.  Where does surveillance video show Ed Vallejo to be at this

17   time?

18   A.  At the Comfort Inn in Ballston, Virginia.

19   Q.  And which Signal message thread is Mr. Vallejo posting to?

20   A.  DC OP: Jan 6 21.

21   Q.  What does he say?

22   A.  "QRF standing by at hotel.  Just say the word..."

23           MR. NESTLER:  And if we could resume playing, please.

24   We're going to go for about two more minutes.

25           (An audio-visual recording was played.)

```
1    BY MR. NESTLER:

2    Q.  Who is William Isaacs, Agent Drew?

3    A.  He's a member of the Florida Oath Keepers.

4    Q.  Is he on that board up there?

5    A.  Yes.

6    Q.  Approximately what time does he enter the Capitol Building?

7    A.  2:38 to 2:39.

8              (A video recording was played.)

9              MR. NESTLER:  If we could pause it there,

10   Ms. Rohde, for a second, and we're pausing at it 12:09 on the

11   counter.

12   BY MR. NESTLER:

13   Q.  Do you see two individuals wearing uniforms here by the

14   door, Agent Drew?

15   A.  Yes.

16   Q.  Do you know who those individuals are affiliated with?

17   A.  They appear to be Capitol Police.

18             MR. NESTLER:  If we can continue playing, please,

19   Ms. Rohde.

20             (A video recording was played.)

21   BY MR. NESTLER:

22   Q.  And at 12:27, the video puts a yellow circle on a group of

23   people.  Do you see that?

24   A.  Yes.

25   Q.  Who are those individuals?
```

1    A.  It's Stack 1.

2              (A video recording was played.)

3    BY MR. NESTLER:

4    Q.  What direction would people be going if they move from this

5    foyer area?

6    A.  They would be moving into -- into the Rotunda.

7              MR. NESTLER:  If we can pause there, please.

8    BY MR. NESTLER:

9    Q.  I'm sorry?

10   A.  They would be moving into the Rotunda.

11   Q.  Okay.

12             (A video recording was played.)

13             MR. NESTLER:  Let's stop it there at 13:02.

14   BY MR. NESTLER:

15   Q.  Now, let's go back to Exhibit 6731, the messages that were

16   going back around this time.  Now, up here on the Exhibit 6731,

17   do we see a message from Ed Vallejo?

18   A.  Yes.

19   Q.  Remind us the time he sent this message.

20   A.  2:38 p.m.

21   Q.  And remind us what he said.

22   A.  "QRF standing by at hotel.  Just say the word..."

23   Q.  And is this the same message we saw in that other exhibit

24   just a second ago?

25   A.  Yes.

```
 1              MR. NESTLER:  If we can go to the next message,
 2    please, Ms. Rohde.
 3    BY MR. NESTLER:
 4    Q.  One minute later at 2:39 p.m., what does Highlander say to
 5    the same Signal group?
 6    A.  "They are reporting tear gas (or pepper spray) deployed
 7    INSIDE the Rotunda - not sure at this point."
 8              MR. NESTLER:  And if we can go to the next slide.
 9    BY MR. NESTLER:
10    Q.  One minute later, what does Western State Leader say to the
11    DC OP: Jan 6 chat?
12    A.  "That affirmative."
13    Q.  And can you remind us who the Western State Leader is on
14    the Signal thread here?
15    A.  Paul Stamey.
16    Q.  Is he on this board over here?
17    A.  Yes.
18    Q.  And where does your investigation lead you to believe he
19    was based on review of surveillance video at the time he sent
20    this message?
21    A.  The Comfort Inn.
22    Q.  Where was Mr. Vallejo again?
23    A.  The Comfort Inn.
24              MR. NESTLER:  Now, if we can go to the next message,
25    please.
```

1    BY MR. NESTLER:

2    Q.  That same minute, 2:40 p.m., what does Stewart Rhodes write

3    to the Old Leadership chat?

4    A.  "We are right hare."

5         MR. NESTLER:  And if we can go to the next slide,

6    please.

7    BY MR. NESTLER:

8    Q.  Also at 2:40 p.m., what does Stewart Rhodes write to the

9    DC OP: Jan 6 21 chat?

10   A.  He includes a picture of where he's standing on the west

11   side of the Capitol.

12        MR. NESTLER:  And if we can go to the next slide,

13   please.

14   BY MR. NESTLER:

15   Q.  One minute later, what does Stewart Rhodes say to that same

16   chat?

17   A.  "South side of US Capitol.  Patriots pounding on doors."

18        MR. NESTLER:  If we can go to the next slide, please.

19   BY MR. NESTLER:

20   Q.  That same minute, what does Jim reply to that same chat?

21   A.  "We own that fucking building and keep charging."

22        MR. NESTLER:  And if we can go forward.

23   BY MR. NESTLER:

24   Q.  That same minute, what does Highlander write to that chat?

25   A.  "They are deploying protective masks to Congress and being

1    evacuated.......chickens.....face the music you wankers!!!!!!

2    I have goose bumps watching this........."

3               MR. NESTLER:  If we can go forward, please.

4    BY MR. NESTLER:

5    Q.  One minute later, what does Stewart Rhodes post to this

6    chat?

7    A.  A picture of the west side of the Capitol.

8               MR. NESTLER:  And if we can go forward, please.

9    BY MR. NESTLER:

10   Q.  What does Stewart Rhodes write one minute later at

11   2:43 p.m. to this chat?

12   A.  "Pissed off patriots."

13   Q.  Remind us, Agent Drew, where are the rest of the members of

14   this group off from Stack 1 at the time that Rhodes is writing

15   this message at 2:43 p.m.?

16   A.  Inside the Capitol.

17               MR. NESTLER:  If we can go forward one message,

18   please.

19   BY MR. NESTLER:

20   Q.  What does Rhodes say here at 2:43 p.m.?

21   A.  "Come to [the] South side.  Just left of dome."

22   Q.  And the final message, what does he post at the same time

23   at 2:43 p.m.?

24   A.  Another picture of the west side of the Capitol.

25               MR. NESTLER:  Let's go back to Exhibit 1500.

4723

1    BY MR. NESTLER:

2    Q.  Now, we were just looking at messages from Stewart Rhodes

3    and photos at around 2:43 p.m.; is that right?

4    A.  Yes.

5    Q.  And approximately where was he at that time based on

6    surveillance video?

7    A.  The west side of the Capitol.

8             MR. NESTLER:  And if we could play this forward

9    starting at 13:02 on the counter.

10            (An audio-visual recording was played.)

11            MR. NESTLER:  You can pause for a second.

12   BY MR. NESTLER:

13   Q.  Where was this video located?

14   A.  From Mr. Rhodes's iCloud.

15   Q.  And who was the person looking at the camera right now

16   paused at 13:07?

17   A.  That is a Florida Oath Keeper by the name of Dario Aquino.

18   Q.  And who did you indicate earlier he was to Stewart Rhodes

19   on many occasions?

20   A.  Bodyguard.

21            MR. NESTLER:  And if we could please play that

22   forward, Ms. Rohde.

23            (An audio-visual recording was played.)

24            MR. NESTLER:  We can pause there at 13:25 on the

25   video.

```
1     BY MR. NESTLER:
2     Q.  Can you hear a woman's voice during the time this video was
3     playing?
4     A.  Yes.
5     Q.  Do you recall -- remind us who Stewart Rhodes generally was
6     with around this time?
7     A.  Kellye SoRelle.
8     Q.  Now, what's the last thing that Stewart Rhodes says on this
9     video before it ends?
10    A.  "Sic semper tyrannis."
11    Q.  Have you heard that phrase before?
12    A.  Yes.
13    Q.  In what context?
14    A.  In -- it is the phrase that John Wilkes Booth used after he
15    assassinated President Lincoln.
16              MR. NESTLER:  If we could go back to 15:02, please,
17    the Zello recording.
18    BY MR. NESTLER:
19    Q.  And when we left off here, it was at 2:36 p.m.  And now
20    we're at 2:42 p.m.; does that sound about right, Agent Drew?
21    A.  Yes.
22    Q.  And at this time, can you tell us approximately where
23    Jessica Watkins is.
24    A.  Inside the Capitol.
25              MR. NESTLER:  And if we could play this forward,
```

1    please.

2              (An audio recording was played.)

3              MR. NESTLER:  If we can pause it there, please, at

4    9:26 on the file.

5    BY MR. NESTLER:

6    Q.  What just happened with the audio, Agent Drew?

7    A.  You could hear it on this video that's being recorded.

8    Q.  And so this video that's on the screen here at 9:26 on the

9    counter, where was this video recovered from?

10   A.  The cell phone of Ms. Watkins.

11   Q.  And when listening to this video recording on the

12   cell phone of Ms. Watkins, what do you hear?

13   A.  A portion of the Zello transmission.

14   Q.  And have you compared that portion that you hear on this

15   video file to the actual Zello transmission that you have

16   separately?

17   A.  Yes.

18   Q.  What do they appear to be?

19   A.  The same.

20   Q.  Does the video file from Watkins's cell phone have metadata

21   showing the approximate time at which it was recorded?

22   A.  Yes.

23   Q.  And what's that?

24   A.  2:44.

25   Q.  And does that time match up with the time that the

```
 1    statement was made on the Zello recording according to the
 2    Zello records?
 3    A.  Yes.
 4              MR. NESTLER:  If we could please play this forward.
 5              (An audio-visual recording was played.)
 6              MR. NESTLER:  And if we can pause here at 9:37 on the
 7    exhibit here.
 8    BY MR. NESTLER:
 9    Q.  At what time was this video recorded, approximately?
10    A.  2:44 p.m.
11    Q.  Around the same time as the prior video we just saw?
12    A.  Yes.
13              MR. NESTLER:  And if we could please play this
14    forward, Ms. Rohde.
15              (An audio-visual recording was played.)
16    BY MR. NESTLER:
17    Q.  What does Jessica Watkins appear to have in her left
18    hand?
19    A.  A cell phone.
20    Q.  Where does she appear to put that cell phone?
21              MR. NESTLER:  You can pause it for a second.
22    BY MR. NESTLER:
23    Q.  Where does she appear to put that cell phone right before
24    the video cuts?
25    A.  To her face.
```

1          MR. NESTLER:  If we could just rewind a couple of

2     seconds, Ms. Rohde.

3     BY MR. NESTLER:

4     Q.  And we are also going to pick up with the Zello transcript

5     also at 2:44 p.m.; is that right?

6     A.  Yes.

7     Q.  Where is this video recovered from?

8     A.  Sandra Parker's cell phone.

9     Q.  And remind us who Sandra Parker is.

10    A.  She is an Ohio Oath Keepers.

11    Q.  Is she on that board?

12    A.  Stack 1.

13    Q.  And what time -- according to the metadata on Sandra

14    Parker's phone was this time around the same as the prior video

15    we just saw?

16    A.  Yes.

17          MR. NESTLER:  And if could please play this forward,

18    Ms. Rohde.

19    BY MR. NESTLER:

20    Q.  What does Jessica Watkins appear to have in her left

21    hand?

22    A.  A cell phone.

23          (A video recording was played.)

24    BY MR. NESTLER:

25    Q.  Where does she appear to put that cell phone?

1           MR. NESTLER:  Can you pause it for a second.

2    BY MR. NESTLER:

3    Q.  Where does she appear to put that cell phone right before

4    the video cuts?

5    A.  To her face.

6           MR. NESTLER:  If we could just rewind just a couple

7    of seconds, Ms. Rohde.

8    BY MR. NESTLER:

9    Q.  And we're going to pick up with the Zello transcript also

10   at 2:44 p.m.; is that right?

11   A.  Yes.

12         MR. NESTLER:  We can play from 9:47.

13         (An audio-visual recording was played.)

14         MR. NESTLER:  Pause it, please.

15   BY MR. NESTLER:

16   Q.  So we've now moved from the Zello recording back to another

17   video; is that right?

18   A.  Yes.

19   Q.  And where is this video recovered from?

20   A.  Donovan Crowl's phone.

21   Q.  Remind us who Donovan Crowl was?

22   A.  Ohio Oath Keepers.

23   Q.  Part of Stack 1?

24   A.  Yes.

25   Q.  And what time, according to the metadata in Donovan Crowl's

4729

1    phone, was this video taken?

2    A.   2:45 p.m.

3    Q.   How does that line up with the time that Jessica Watkins

4    was speaking on Zello, according to the Zello records?

5    A.   Approximately one minute later.

6              MR. NESTLER:   If we can play this forward, Ms. Rohde.

7              (An audio-visual recording was played.)

8              MR. NESTLER:   Pause it.   And we can just go back for

9    a second, Ms. Rohde.

10   BY MR. NESTLER:

11   Q.   Who was it, Agent Drew, that said, "We took over the

12   Capitol, overran the Capitol"?

13   A.   That was Donovan Crowl.

14   Q.   Is there a person over Crowl's right shoulder visible in

15   the video?

16   A.   Yes.

17   Q.   Who is that?

18   A.   Jessica Watkins.

19   Q.   What does Jessica Watkins say?

20   A.   "We're in the fucking Capitol, bro!"

21             MR. NESTLER:   If we can please play it forward,

22   Ms. Rohde.

23             (An audio recording was played.)

24             MR. NESTLER:   We can pause it there, please, at 10:16

25   on the counter.

1   BY MR. NESTLER:

2   Q.  Remind us who FreedomD0z3r is, Agent Drew?

3   A.  Holden Haney.

4   Q.  And what does Holden Haney tell Jessica Watkins on this

5   Zello recording at 2:46 p.m.?

6   A.  "Get it, Jess.  Do your shit.  This is what we fucking

7   lived up for.  Everything we fucking trained for."

8   Q.  Where was Watkins, according to surveillance video, at this

9   time, approximately 2:46 p.m.?

10  A.  She was in the Rotunda moving towards the Senate wing.

11  Q.  And does she go down the Senate wing of the

12  Capitol Building --

13  A.  Yes.

14  Q.  -- almost immediately after this recording?

15  A.  Yes.

16  Q.  We'll get to the -- what happens in the Senate wing in a

17  second.  Let's go back to some messages before we get there so

18  we keep our times generally aligned.

19          MR. NESTLER:  We can go back to 6731, please.  And

20  at -- if we can forward one.

21  BY MR. NESTLER:

22  Q.  At 2:48 p.m. -- so two minutes after Holden Haney's message

23  to Jessica Watkins on Zello -- what does Tom Caldwell say on a

24  Facebook direct message group?

25  A.  "We are surging forward.  Doors breached."

1    Q.  And remind us where are Meggs and Harrelson and Watkins at

2    this time at 2:48 p.m.?

3    A.  Inside the Capitol.

4            MR. NESTLER:  And if we can go to the next slide,

5    please.

6    BY MR. NESTLER:

7    Q.  What does Tom Caldwell say to the same group about

8    20 minutes later at 3:05 p.m.?

9    A.  "Inside."

10           MR. NESTLER:  Now if we can go back to Exhibit 1500,

11   please, Ms. Rohde.  And if we could resume playing there at

12   13:25.

13           (A video recording was played.)

14           MR. NESTLER:  And if you can pause, please.

15   BY MR. NESTLER:

16   Q.  So we're paused here at 13:31 on the recording of -- of

17   Exhibit 1500.  Can you tell, Agent Drew, based on review of

18   this video approximately where Thomas Caldwell is?

19   A.  He is on a balcony on the west side of the Capitol.

20   Q.  And where was this video file recovered from?

21   A.  Mr. Caldwell's hard drive.

22   Q.  And on this video, are their voices audible?

23   A.  Yes.

24   Q.  Whose?

25   A.  Mrs. Caldwell and Mr. Thomas Caldwell.

```
1    Q.  And if we could -- oh, and did the video file have metadata

2    reflecting approximately when it was recorded?

3    A.  Yes.

4    Q.  And what's that?

5    A.  2:51 p.m.

6              MR. NESTLER:  And if we could please play this

7    forward, Ms. Rohde.

8              (An audio-visual recording was played.)

9              MR. NESTLER:  If we can please pause it there at

10   14:08.

11   BY MR. NESTLER:

12   Q.  Agent Drew, do you know who Nancy Pelosi was at the time of

13   January 6, 2021?

14   A.  Yes.

15   Q.  What's that?

16   A.  Speaker of the House.

17             MR. NESTLER:  And let me rewind about five seconds,

18   please, Ms. Rohde.  And just a little bit more.  Little bit

19   more.  Right there.

20   BY MR. NESTLER:

21   Q.  Do you know what this archway is, Agent Drew?

22   A.  Yes.

23   Q.  What is that?

24   A.  That is the entryway to the tunnels.

25   Q.  And I want to go back to the messages at 6731.  So that
```

1    message is that -- or that are video from Caldwell was around

2    2:51 p.m.; is that right?

3    A.  Correct.

4            MR. NESTLER:  If we can go to the next message here,

5    please.

6    BY MR. NESTLER:

7    Q.  At 2:53 p.m., two minutes later, what does Stewart Rhodes

8    tell the DC OP: Jan 6 21 chat?

9    A.  "They started spraying pepper spray.  I moved

10   Kellye Sorrelle to the left edge of back of US Capitol."

11           MR. NESTLER:  And if we can go forward, please.

12   BY MR. NESTLER:

13   Q.  Two minutes later, what does Rhodes say to that same group?

14   A.  "Back steps.  On reflecting pool side.  Opposite the

15   SCOTUS."

16           MR. NESTLER:  If we can go forward, please.

17   BY MR. NESTLER:

18   Q.  Five minutes later, what does Stewart Rhodes tell that

19   group at 3:00 p.m.

20   A.  "Walking back toward center of building.  Under dome."

21           MR. NESTLER:  And go to the next slide.

22   BY MR. NESTLER:

23   Q.  One minute later, what does Rhodes tell that same group?

24   A.  "Still on top level."

25           MR. NESTLER:  Now, let's go to the next message,

1    please.

2    BY MR. NESTLER:

3    Q.  So that was at 3:01 p.m. from Stewart Rhodes; correct?

4    A.  Correct.

5    Q.  So now five minutes later, it's 3:06 p.m., whose messages

6    are we looking at here?

7    A.  This is a text message from Michael Greene to a number

8    ending in 9080.

9    Q.  And do you recall where the FBI located this message?

10   A.  T-Mobile search warrant returns.

11   Q.  Did you review the content of Mr. Greene's cell phone to

12   find the messages that were on his phone at the time it was

13   collected?

14   A.  We did review the messages.  This message was not on his

15   phone.

16   Q.  So this message existed on the T-Mobile records but not on

17   his phone records?

18   A.  Correct.

19   Q.  You have a cell phone; right, Agent Drew?

20   A.  Correct.

21   Q.  How do you remove messages from your phone?

22   A.  I delete them.

23   Q.  Okay.  Did the FBI do any investigation to try to determine

24   the owner of the 9080 number?

25   A.  Yes.

1    Q.   What does that investigation reveal?

2    A.   It came back to a Google Voice number.

3    Q.   What does that mean?

4    A.   Google Voice could not tell us the -- the subscriber to

5    that number.

6    Q.   What did Michael Greene say to this other number at

7    3:06 p.m.?

8    A.   "Were storming the capital."

9    Q.   Now, I heard you say "We're storming the capital."  Can you

10   spell how that -- that first word you're using there?

11   A.   W-e-r-e.

12   Q.   And how are you pronouncing it?

13   A.   We're, we are.

14   Q.   W-e space a-r-e?

15   A.   Yes.

16   Q.   Why are you pronouncing it that way?

17   A.   Because that is how I would read this message.

18   Q.   Have you reviewed other text message content from

19   Michael Greene's phone around the period of January 6th?

20   A.   Yes.

21   Q.   And what have you determined about -- it is that -- how

22   Mr. Greene tends to use this word w-e-r-e?

23   A.   Yes.  In at least six other occasions on January 6th,

24   Mr. Greene types w-e-r-e in place of w-e a-r-e -- or w-e-'-r-e.

25              MR. NESTLER:  And if we could pull up on the screen

1    just for Agent Drew Exhibit 6736.

2    BY MR. NESTLER:

3    Q.  Are these those messages you were referring to around the

4    period of January 6th?

5    A.  Yes.

6            MR. NESTLER:  The government moves 6736 into

7    evidence.

8            MR. FISCHER:  No objection.

9            THE COURT:  6736 is admitted.

10           (Government Exhibit 6736 admitted into evidence.)

11           MR. NESTLER:  If we could please publish this to the

12   jury.

13   BY MR. NESTLER:

14   Q.  And you had indicated that that appears to be how

15   Mr. Greene writes; is that correct, Agent Drew?

16   A.  Correct.

17   Q.  Could you please read to us the five or so other messages

18   we have listed here where he uses w-e-r-e around January 6th.

19   A.  Yes.

20           At 1:48 a.m., "Were gonna get kicked out of the lobby."

21           2:07 a.m., "Were probably getting ready to leave."

22           2:09 a.m., "Were outside."

23           2:49 a.m., "Were down in this lobby area."

24           12:01 a.m. on January 7th, "Were coming down."

25   Q.  Okay.

4737

```
 1              MR. NESTLER:  We can go back to 6731, please,
 2    Ms. Rohde.  And if we can go back one slide.  And so after
 3    Michael Greene posts -- or sends a message to someone else
 4    saying "Were storming the capital."  Let's go forward one
 5    slide.
 6    BY MR. NESTLER:
 7    Q.  So that same minute, what does somebody else send a message
 8    to Michael Greene saying?
 9    A.  "I see they are trying to get into chamber...said police
10    has pulled guns."
11    Q.  Now, this phone number ending 9453, is that one of the
12    individuals here on this board?
13    A.  No.
14    Q.  And does Greene appear to respond to this message?
15              MR. NESTLER:  And if we can go forward.
16    BY MR. NESTLER:
17    Q.  Two minutes later, what does Greene say to this other
18    individual?
19    A.  "There in."
20              MR. NESTLER:  If we can go forward one.
21    BY MR. NESTLER:
22    Q.  What does Greene say that same minute, 3:08 p.m., to this
23    other individual?
24    A.  "Fucked up Nancy office."
25    Q.  Can you remind us again who Nancy is?
```

1    A.  Nancy Pelosi, the Speaker of the House.

2              MR. NESTLER:  And if we can go forward one more.

3    BY MR. NESTLER:

4    Q.  One minute later, what does Greene say to this other phone

5    number?

6    A.  "Congress evacuated."

7              MR. NESTLER:  Now, if we can go to the next message,

8    please.

9    BY MR. NESTLER:

10   Q.  Moving away from Michael Greene back to Stewart Rhodes and

11   the Signal chat at 3:06 p.m., a couple minutes before that,

12   what does Rhodes say to the DC OP: Jan 6 21 chat?

13   A.  "On the North side of Capitol.  Actual north.  From

14   Supreme Court, come to the right around side of building."

15   Q.  And what does he continue?

16   A.  "Fuck em."

17             MR. NESTLER:  And if we could go forward to the next

18   slide.

19   BY MR. NESTLER:

20   Q.  That same minute, at 3:09 p.m., what does Rhodes say?

21   A.  "Trump better do his damn duty."

22             MR. NESTLER:  And if we could continue, please.

23   BY MR. NESTLER:

24   Q.  About 13 minutes later, what does Rhodes say to the

25   DC OP: Jan 6 21 chat?

1    A.  "Nope.  I'm right here.  These are Patriots."

2    Q.  And do you recall, Agent Drew, what other people have been

3    saying in this chat over the prior ten minutes or so?

4    A.  Yes.

5    Q.  What was the general gist of it?

6    A.  That -- that individuals were inside the Capitol.

7    Q.  And that -- Mr. Rhodes says what here at 3:22?

8    A.  "Nope.  I'm right here.  These are Patriots."

9    Q.  Okay.

10            MR. NESTLER:  Your Honor, this is the conclusion of

11   this exhibit.  We can get into the other topic we discussed

12   earlier.

13            THE COURT:  Do you want a break?

14            MR. NESTLER:  It would be a good time for a break, if

15   you wanted to do that now.

16            THE COURT:  So when you say "the other topic," you

17   mean the one we were discussing at the break?

18            MR. NESTLER:  Before the break, yes.

19            THE COURT:  Can we --

20            MR. NESTLER:  I can do a different topic and come

21   back to it.

22            THE COURT:  Yeah.

23            MR. NESTLER:  I appreciate the Court's indulgence.  I

24   have to go back in time chronologically.

25            THE COURT:  Understand.

```
 1    BY MR. NESTLER:

 2    Q.  All right.  Agent Drew, in addition to the messages and the

 3    general movements of individuals getting to the Capitol

 4    Grounds, are you aware of video depicting people at and then

 5    inside the Capitol Grounds?

 6    A.  Yes.

 7            MR. NESTLER:  All right.  I'm going to pull up on the

 8    screen Exhibit 1503.

 9            THE COURTROOM DEPUTY:  Is this for everyone?

10            MR. NESTLER:  No, just for Agent Drew.

11    BY MR. NESTLER:

12    Q.  And are you familiar with Exhibit 1503, Agent Drew?

13    A.  Yes.

14    Q.  And we talked a lot about video earlier; is that right?

15    A.  Yes.

16    Q.  Were you able to review the video and have it compiled in

17    such a way to put all of the different video components into

18    one 20-minute-long segment to make it easier to watch?

19    A.  I myself was not able to do that.

20    Q.  Were you -- did you review this after it was compiled?

21    A.  Yes.

22    Q.  And did you have input in terms of identifying videos to

23    be -- the appropriate videos and appropriate times and

24    locations?

25    A.  Absolutely.
```

4741

```
 1    Q.  And on the right side of this, is there a map that goes
 2    along with it?
 3    A.  Yes.
 4    Q.  What's the purpose of having a map there?
 5    A.  To illustrate the -- the location on the Capitol Grounds.
 6              MR. NESTLER:  At this time, the government moves into
 7    evidence Exhibit 1503.
 8              MR. WOODWARD:  Subject to our prior objection.
 9              THE COURT:  1503 will be admitted.
10              (Government Exhibit 1503 admitted into evidence.)
11    BY MR. NESTLER:
12    Q.  And so this is starting at around 1:59 p.m.; is that
13    correct, Agent Drew?
14    A.  Correct.
15    Q.  And on the right side, can you tell us approximately where
16    the action is in this video?
17    A.  This video is showing the northeast lawn on the northeast
18    portion of the Capitol.
19              MR. NESTLER:  Okay.  If we could play this forward,
20    please, Ms. Rohde.
21              (A video recording was played.)
22    BY MR. NESTLER:
23    Q.  Who are those individuals who were just identified?
24    A.  Jason Dolan and Kenneth Harrelson.
25              (A video recording was played.)
```

1    BY MR. NESTLER:

2    Q.  What do they appear to be doing with their hands?

3    A.  Filming or holding up a camera.

4              (A video recording was played.)

5    BY MR. NESTLER:

6    Q.  And at 1:20 on the counter, but 1:59 p.m., do you see cars

7    moving?

8    A.  Yes.

9    Q.  And what do you see people doing?

10   A.  Breaking through the barricades on the east Capitol front.

11   Q.  Is there a door in the middle of that building that people

12   are walking towards?

13   A.  Yes.

14   Q.  What is that door?

15   A.  That's the entryway to the Capitol.

16             (An audio-visual recording was played.)

17   BY MR. NESTLER:

18   Q.  And at 1:51 on the counter, what are those metal things

19   that are outlined in yellow?

20   A.  Those are bike racks set up that day to be barricades.

21   Q.  What's happening to them?

22   A.  The rioters are removing the barricades.

23             (An audio-visual recording was played.)

24   BY MR. NESTLER:

25   Q.  And who's indicated here at 2:34 on the counter,

1    Agent Drew?

2    A.   Kenneth Harrelson and Jason Dolan.

3    Q.   And what time is this, approximately?

4    A.   2:01.

5              (An audio-visual recording was played.)

6    BY MR. NESTLER:

7    Q.   And at 3:06 on the counter, who is the circle over?

8    A.   Jason Dolan.

9              (An audio-visual recording was played.)

10   BY MR. NESTLER:

11   Q.   Now at 3:17, who's the circle over?

12   A.   Kenneth Harrelson.

13             (An audio-visual recording was played.)

14   BY MR. NESTLER:

15   Q.   And at 3:31, who is the circle on?

16   A.   Jason Dolan.

17   Q.   And also at 3:44?

18   A.   Jason Dolan.

19             (An audio-visual recording was played.)

20   BY MR. NESTLER:

21   Q.   And who is the circle on now at 4:22 on the counter?

22   A.   Jason Dolan.

23             (An audio-visual recording was played.)

24   BY MR. NESTLER:

25   Q.   And just to orient everybody here, does this 20-minute

```
 1    video file contain clips of video leading up to people actually

 2    entering the building?

 3    A.  Yes.

 4             (An audio-visual recording was played.)

 5    BY MR. NESTLER:

 6    Q.  And at 5:06 on the counter, who is the circle over?

 7    A.  Jason Dolan.

 8             (An audio-visual recording was played.)

 9    BY MR. NESTLER:

10    Q.  And here at 5:35 p.m., who is outlined?

11    A.  Jason Dolan.

12    Q.  And then the video that we're seeing, where was that video

13    from, the inset video?

14    A.  It was from Jason Dolan.

15             (An audio-visual recording was played.)

16             (A video recording was played.)

17             (An audio-visual recording was played.)

18             (A video recording was played.)

19    BY MR. NESTLER:

20    Q.  Who have we circled now?

21    A.  Laura Steele, Graydon Young, David Moerschel, and

22    William Isaacs.

23    Q.  That was at 6:20.  And how about at 6:23?

24    A.  Kelly Meggs and Connie Meggs.

25             MR. NESTLER:  We can continue.
```

```
 1              (An audio-visual recording was played.)

 2    BY MR. NESTLER:

 3    Q.  And who is circled now at 6:32?

 4    A.  Donovan Crowl, Joseph Hackett, and Caleb Berry.

 5    Q.  These individuals you just named, were they all members of

 6    Stack 1?

 7    A.  Yes.

 8              (An audio-visual recording was played.)

 9    BY MR. NESTLER:

10    Q.  Are some of the same individuals identified here at 7:02 on

11    the counter?

12    A.  Yes.

13    Q.  And remind us, at 2:32 p.m., approximately at that time,

14    what is Kelly Meggs doing, according to the phone records?

15    A.  He's on a three-way phone call with Stewart Rhodes and

16    Michael Greene.

17              (An audio-visual recording was played.)

18    BY MR. NESTLER:

19    Q.  And can you tell what direction they're walking now towards

20    the end of this video at 7:30 on the file?

21    A.  Towards the east Capitol steps.

22              (An audio-visual recording was played.)

23              (A video recording was played.)

24    BY MR. NESTLER:

25    Q.  And at 2:35 p.m., where does this group appear to be?
```

1    A.  Ascending the east Capitol steps.

2    Q.  Who's indicated here at 7:48 on the counter?

3    A.  David Moerschel.

4              MR. NESTLER:  We can just play it forward, actually,

5    Ms. Rohde.

6              (A video recording was played.)

7    BY MR. NESTLER:

8    Q.  And then?

9    A.  Connie Meggs.

10             (A video recording was played.)

11   BY MR. NESTLER:

12   Q.  And then?

13   A.  Jessica Watkins.

14             (A video recording was played.)

15   BY MR. NESTLER:

16   Q.  And then?

17   A.  Laura Steele.

18             (A video recording was played.)

19   BY MR. NESTLER:

20   Q.  And then?

21   A.  Graydon Young.

22             (A video recording was played.)

23   BY MR. NESTLER:

24   Q.  And then at 8:28 on the counter?

25   A.  Donovan Crowl.

```
1    Q.  And at 8:37 on the counter?

2    A.  Sandra Parker.

3    Q.  And at 8:45 on the counter?

4    A.  James Beeks.

5              (A video recording was played.)

6              (An audio-visual recording was played.)

7              (A video recording was played.)

8    BY MR. NESTLER:

9    Q.  At 9:32 on the counter, are all of the individuals

10   identified by name as they're walking up the stairs or already

11   there on the stairs?

12   A.  Yes.

13             (A video recording was played.)

14   BY MR. NESTLER:

15   Q.  Is that same video from Jessica Watkins on which the Zello

16   audio is audible?

17   A.  Yes.

18   Q.  And this is at 10:16 on the counter.

19             (An audio-visual recording was played.)

20             (A video recording was played.)

21             (An audio-visual recording was played.)

22             (A video recording was played.)

23             (An audio-visual recording was played.)

24             (A video recording was played.)

25   ///
```

```
1     BY MR. NESTLER:

2     Q.  And who is the circle on now at 11:07 on the counter?

3     A.  William Isaacs.

4              (An audio-visual recording was played.)

5     BY MR. NESTLER:

6     Q.  What direction is he going?

7     A.  Towards the east Capitol doors.

8     Q.  Thank you.

9              (An audio-visual recording was played.)

10             (A video recording was played.)

11    BY MR. NESTLER:

12    Q.  Who's the circle on now at 11:34 on the counter?

13    A.  William Isaacs.

14             (An audio-visual recording was played.)

15             (A video recording was played.)

16    BY MR. NESTLER:

17    Q.  Who is depicted here at approximately 2:37 p.m., at 12 even

18    on the counter?

19    A.  Caleb Berry, David Moerschel, Graydon Young,

20    Jessica Watkins, and Donovan Crowl.

21    Q.  Can you see where David Moerschel's left hand is?

22    A.  Yes.

23    Q.  Where is it?

24    A.  On top of the shoulder of Caleb Berry.

25             MR. NESTLER:  If we can continue playing forward.
```

1           (An audio-visual recording was played.)

2           MR. NESTLER:  If we can pause there at 12:27, please.

3    BY MR. NESTLER:

4    Q.  Did you see a few individuals walk towards the camera?

5    A.  Yes.

6    Q.  And could you tell who those individuals were affiliated

7    with?

8           MR. NESTLER:  If we can go back a couple seconds.  A

9    few more seconds, Ms. Rohde.  Here we go.

10   BY MR. NESTLER:

11   Q.  The people with the professional-looking beanies on their

12   hats?

13   A.  Capitol Police.

14   Q.  Okay.  And what direction were they going away from?

15   A.  Away from the east Capitol doors.

16   Q.  Could you tell what people were screaming as they did that?

17   A.  "You've done your job.  We'll do ours."

18          MR. NESTLER:  If we can continue playing, please,

19   from 12:17.

20          (An audio-visual recording was played.)

21          (A video recording was played.)

22   BY MR. NESTLER:

23   Q.  Who is indicated there at 2:37 p.m., 12:38 on the counter?

24   A.  William Isaacs.

25          (An audio-visual recording was played.)

```
1              MR. GEYER:  I have an objection.

2              THE COURT REPORTER:  I couldn't hear.

3              MR. FISCHER:  Mr. Geyer.

4              THE COURT:  Okay.

5              (Bench conference on the record.)

6              THE COURT REPORTER:  I still can't hear you.

7              MR. GEYER:  Testing, one, two, three.

8         They're flip-flopping back and forth.  Their tape is

9   messed up.  *The New York Times* -- I'm sorry.  The -- the

10  *Los Angeles Time* video that occurred prior to the Oath Keepers

11  walking to the door, and they've gone back and forth and

12  flip-flopped and screwed up the entire time line.  It's a big

13  deal because right now during the *L.A. Times* video when they're

14  ushering the police off the -- from the door, the Oath Keepers,

15  I can document, are standing on the stairs.  So it's extremely

16  prejudicial and extremely deceptive.

17             THE COURT:  Maybe I'm missing something here, but the

18  video shows those officers walking away from the doors, and the

19  only person who's arguably within the vicinity of the doors at

20  that time is Mr. Isaacs.

21             MR. GEYER:  That's -- actually, that's not accurate,

22  Your Honor, and that's -- that's the problem.  The officers are

23  ushered off right after the National Anthem, and that was

24  played -- ushered off, the officers.  It was played after the

25  Oath Keepers were let up.  There was -- it was a clip that
```

1  preceded that.  So they've -- they've really just botched their

2  time lines here, and it's really confusing, and it's really

3  prejudicial.

4          THE COURT:  All right.  Well, for one, the evidence

5  is now in.

6          MR. GEYER:  Okay.

7          THE COURT:  And you are certainly welcome to provide

8  any video you think is -- completes this or corrects this when

9  you cross-examine the agent.

10         MR. GEYER:  Okay, Your Honor.  Thank you.

11         THE COURT:  Okay.

12         (Proceedings held in open court.)

13         THE COURT:  All right.  You can continue,

14  Mr. Nestler.

15         MR. NESTLER:  Thank you, Your Honor.

16  BY MR. NESTLER:

17  Q.  Agent Drew, the time here listed at 2:37 p.m.; is that

18  approximate?

19  A.  Yes.

20  Q.  Okay.  How many different video sources do you think you've

21  watched of this scene of people getting close to these east

22  side doors?

23  A.  Fifteen to 20 open source, and I would say 6 to 8

24  from -- from cell phones of defendants.

25  Q.  Do some of those videos last for several minutes?

```
1    A.   Yes.

2    Q.   Do some of those videos last for only a few seconds?

3    A.   Yes.

4    Q.   Do they all capture different angles at times?

5    A.   Yes.

6    Q.   Different audio at times?

7    A.   Yes.

8    Q.   All right.  Is this exhibit, Exhibit 1503, meant to show

9    various different video clips from around the same time?

10   A.   Yes.

11   Q.   Okay.

12            MR. NESTLER:  Let's continue playing, if we could,

13   from 12:44.

14            (An audio-visual recording was played.)

15   BY MR. NESTLER:

16   Q.   Who is indicated here at 12:52 on the video?

17   A.   Kenneth Harrelson and Joseph Hackett.

18            (An audio-visual recording was played.)

19   BY MR. NESTLER:

20   Q.   What direction are they going?

21   A.   Towards the east Capitol doors.

22   Q.   Do they appear to be -- well, how do they appear to be

23   getting there?

24   A.   They appear to be pushing through the crowd.

25            MR. NESTLER:  If we could play it forward from
```

```
 1    13 even.

 2              (An audio-visual recording was played.)

 3    BY MR. NESTLER:

 4    Q.  And who is indicated here at 13:09?

 5              MR. NESTLER:  If we could pause it, please.

 6    A.  Kelly Meggs and Jason Dolan.

 7              MR. NESTLER:  If we could play it forward.

 8              (An audio-visual recording was played.)

 9              (A video recording was played.)

10    BY MR. NESTLER:

11    Q.  Who's indicated here at 13:22?

12    A.  Connie Meggs and Caleb Berry.

13              MR. NESTLER:  If we could just pause it for a second,

14    Ms. Rohde, there at 13:24.

15    BY MR. NESTLER:

16    Q.  Did you hear what someone had just said prior to this video

17    being paused?

18    A.  I didn't hear it, no.

19              MR. NESTLER:  Can we go back a couple seconds,

20    Ms. Rohde.  If we can play it from 13:16.

21              (An audio-visual recording was played.)

22              (A video recording was played.)

23              MR. NESTLER:  I think we missed it.  Let's go back to

24    13:10, if you don't mind.  Actually, why don't we pause it

25    there at 13:08.
```

1    BY MR. NESTLER:

2    Q.  Can you see on Kelly Meggs, the person who's identified,

3    what he's wearing on his upper torso?

4    A.  He is wearing a vest.

5    Q.  And what's he wearing on his head?

6    A.  A Kevlar helmet.

7    Q.  And can you --

8    A.  A helmet.

9    Q.  I'm sorry.

10   A.  A helmet.  I can't -- I don't know if it's Kevlar.  It's a

11   helmet.

12   Q.  And can you see if there was a patch on the back of his

13   vest?

14   A.  Yes.

15   Q.  Can you tell what it says from there?

16   A.  The patch on the left appears to be an Oath Keepers patch.

17   The patch on the right appears to say, "I don't believe in

18   anything.  I'm just here for the violence."

19          MR. NESTLER:  If we could play it forward here,

20   listening for the audio now at 13:08.

21          (An audio-visual recording was played.)

22   BY MR. NESTLER:

23   Q.  Do you hear somebody say Oath Keepers?

24   A.  I -- I'm sorry.  I did not.

25   Q.  Okay.

```
 1                MR. NESTLER:  Let's keep playing --
 2      A.  If you play it back, I could listen.
 3                MR. CRISP:  He's testifying --
 4                THE COURT REPORTER:  I'm sorry, Mr. Crisp.  "He's
 5      testifying."
 6                MR. CRISP:  He's testifying for the witness.  He's
 7      telling her did she hear him saying Oath Keepers?
 8                MR. NESTLER:  The witness said she didn't.
 9                MR. CRISP:  It's leading.
10                THE COURT:  Mr. Nestler, if you would just ask more
11      open-ended questions --
12                MR. NESTLER:  Yes, Your Honor.
13                THE COURT:  -- that would avoid the objection.
14                MR. NESTLER:  If we could please continue at 13:22.
15                (An audio-visual recording was played.)
16      BY MR. NESTLER:
17      Q.  If we pause it at 13:31, what did you just hear?
18      A.  I'm sorry.  I didn't -- I heard someone in the background
19      saying "Who's my President?"
20      Q.  Okay.  We'll play -- who's indicated here on the screen at
21      13:33?
22      A.  Jessica Watkins and Donovan Crowl.
23                MR. NESTLER:  Okay.  If we can play it forward.
24      BY MR. NESTLER:
25      Q.  And now at 13:43?
```

1    A.  Graydon Young and David Moerschel.

2              (An audio-visual recording was played.)

3    BY MR. NESTLER:

4    Q.  And at 14:30, what are those yellow lines indicating?

5    A.  The east Capitol doors.

6    Q.  Okay.

7              MR. NESTLER:  If we could play it forward from 14:11.

8    BY MR. NESTLER:

9    Q.  What happens to those doors at this time?

10   A.  They open.

11             (A video recording was played.)

12   BY MR. NESTLER:

13   Q.  And the people in the circles on the left-hand side of the

14   screen, who are those?

15   A.  The Oath Keepers, Stack 1.

16   Q.  What is -- what are these two right-hand-facing arrows

17   mean?

18   A.  Playing forward.

19             MR. NESTLER:  Let's pause for a second.

20   BY MR. NESTLER:

21   Q.  I'm sorry?

22   A.  Playing forward, fast-forward.

23   Q.  It's a fast-forward.  Okay.

24        And now here at 14:33, who is indicated here on the

25   screen?

```
 1    A.   Kelly Meggs.

 2    Q.   And does he have any part of his body raised?

 3    A.   His arm.

 4    Q.   Which arm?

 5    A.   His right arm.

 6    Q.   What does his hand appear to look like?

 7    A.   A fist.

 8              MR. NESTLER:  Okay.  If we can rewind it for a

 9    couple -- and I'll ask you to play it forward.

10    BY MR. NESTLER:

11    Q.   And I'll ask you to describe what you interpret his arm to

12    be doing.

13              (A video recording was played.)

14    A.   His arm is motioning, a forward motion.

15              (An audio-visual recording was played.)

16              (A video recording was played.)

17    BY MR. NESTLER:

18    Q.   And here at 14:49, whose arm is raised now?

19    A.   Kelly Meggs.

20    Q.   And do you see his arm move at all?

21    A.   Yes.

22    Q.   In what kind of a motion?

23    A.   A forward motion.

24    Q.   Let's talk about your time in the military, Agent Drew.

25    A.   Yes.
```

4758

1    Q.  Have you ever seen such a hand signal before?

2    A.  Yes.

3    Q.  In what context?

4    A.  To move forward.

5    Q.  Where do the rest of this group of Oath Keepers appear to

6    be at the time that Kelly Meggs is making this arm motion?

7    A.  Outside of the east Capitol doors.

8    Q.  And where are they in relation to him?

9    A.  They are all behind him.

10   Q.  And so --

11   A.  With the exception of William Isaacs.

12   Q.  And after Mr. Meggs makes this hand motion, do you see

13   which direction the rest of the group goes?

14   A.  They go into the Capitol with him.

15   Q.  Would that be forward or backwards?

16   A.  Forwards.

17             MR. NESTLER:  Can we please play it forward from

18   14:52.

19             (A video recording was played.)

20             (An audio-visual recording was played.)

21   BY MR. NESTLER:

22   Q.  And at 15:15, these little arrows indicate fast-forward

23   again; is that correct?

24   A.  Yes.

25             (A video recording was played.)

```
 1              (An audio-visual recording was played.)

 2              (A video recording was played.)

 3   BY MR. NESTLER:

 4   Q.  Who's indicated here at 15:33?

 5   A.  Jason Dolan, Caleb Berry, David Moerschel, and Kelly Meggs.

 6   Q.  Thank you.

 7              (An audio-visual recording was played.)

 8   BY MR. NESTLER:

 9   Q.  Do you hear what somebody in the crowd says about a helmet?

10   A.  Yes.  "Take his helmet off."

11   Q.  Is there anybody from law enforcement there at this time?

12   A.  Yes.

13   Q.  What are they wearing on their head?

14   A.  A helmet.

15              (An audio-visual recording was played.)

16   BY MR. NESTLER:

17   Q.  Who's indicated here at 16:50 on the counter?

18   A.  It's William Isaacs.

19              (An audio-visual recording was played.)

20              (A video recording was played.)

21              (An audio-visual recording was played.)

22   BY MR. NESTLER:

23   Q.  And now going back just a little bit at 17:21, who is

24   indicated here on the screen?

25   A.  Kelly Meggs, Jason Dolan, Joseph Hackett, and
```

1    Kenneth Harrelson.

2              MR. NESTLER:  If we can play it forward, please.

3              (An audio-visual recording was played.)

4    BY MR. NESTLER:

5    Q.  Who's indicated at 18:04 on the counter?

6    A.  William Isaacs.

7              (An audio-visual recording was played.)

8    BY MR. NESTLER:

9    Q.  And is this now a different view, Agent Drew, at 18:20 on

10   the counter?

11   A.  Yes.

12   Q.  Where is this view from?

13   A.  From the interior of the U.S. Capitol.

14   Q.  And on the surveillance video, who is indicated at 18:30 on

15   the counter?

16   A.  William Isaacs.

17              (A video recording was played.)

18   BY MR. NESTLER:

19   Q.  Now at 19:04 on the counter, what are we looking at?

20   A.  Stack 1 entering the east Capitol doors.

21   Q.  Who's the tall person we see in the big circle?

22   A.  First individual is Kelly Meggs.

23              (A video recording was played.)

24   BY MR. NESTLER:

25   Q.  And now what's the inset box we're looking at?

1    A.  That is footage from Kenneth Harrelson's phone.

2              (An audio-visual recording was played.)

3              (A video recording was played.)

4    BY MR. NESTLER:

5    Q.  And who's indicated here in this photograph at 20 minutes

6    even?

7    A.  Jason Dolan and Kenneth Harrelson.

8              (An audio-visual recording was played.)

9    BY MR. NESTLER:

10   Q.  Who's indicated now at 20:11 on the counter?

11   A.  Jessica Watkins.

12             MR. NESTLER:  That concludes Exhibit 1503.  We'll

13   pick up with the rest of that group and the next set of videos,

14   which will be 1504.

15             THE COURT:  Okay.  Good time to break, ladies and

16   gentlemen.  It's about 3:07, as far as I can tell.  We'll get

17   started about 3:25.

18             (Proceedings held outside the presence of the jury.)

19             THE COURT:  All right.  You can step down.

20         All right.  Be seated, everyone.

21         Do you want to cue that video portion up?

22             MR. FISCHER:  Your Honor, it may be easier if at the

23   break I can show this to the government so maybe we can just --

24             THE COURT:  Okay.

25             MR. FISCHER:  -- be in agreement.  I think that would

1    be easier.

2              THE COURT:  I'm always happy to have you-all try to

3    reach an agreement.

4         Okay.  We'll see everybody shortly.

5              (Recess taken.)

6              THE COURT:  Mr. Fischer, have you reached an

7    accommodation with Mr. Nestler?

8              MR. FISCHER:  Your Honor, I showed the government

9    our -- the video, and what it shows is -- I think we basically

10   agree that, basically, at 2:53:50 -- between 2:54 somewhere --

11   the government thinks a little later.  We think a little

12   earlier -- Mr. Caldwell starts going down the fire escape on

13   the -- or the stairs on the fire escape.

14        I would just argue, Your Honor, first of all, from that

15   angle, it appears, even in the video Mr. Nestler showed, there

16   are, obviously, lots of people that are between Mr. Caldwell

17   and the tunnel.  And also the angle of the tunnel, I don't see

18   how Mr. Caldwell could have seen what was inside the tunnel.

19   So we'd ask to exclude the video.

20             THE COURT:  Here's what I'll do.  I'll strike up a

21   modest balance here.  You can run the first 10 seconds instead

22   of the full 30.  The worst of the video from that -- the worst

23   of the events in the tunnel aren't on there to begin with, but

24   they seem to be starting, and it looks like the pushing forward

25   is starting to commence at that time, and I think it's in the

1    latter 20 seconds of the video.  So if the point is to show

2    that people had filled that tunnel and were trying to move

3    forward, I think you can convey that in the first 10 seconds

4    without --

5              MR. NESTLER:  So -- so for the record, we are trying

6    to show the violence and that Mr. Caldwell was aware of the

7    violence.

8              THE COURT:  I understand.  And truth be told, I'm not

9    sure he is, but I think this is a straight -- you know, a way

10   to balance this out.  I mean, there's no way he can certainly

11   see all the way into the end of the tunnel.  I think that's

12   impossible.  At most, he can maybe see that there are people at

13   the mouth of the tunnel trying to make their way in, and so I

14   think that strikes a reasonable balance between what the

15   government is trying to show and what's fair to the defendant.

16             MR. FISCHER:  Thank you, Your Honor.

17             MR. NESTLER:  We'll find the 10 seconds -- so you're

18   looking for a particular 10 seconds, or are we finding

19   10 seconds to show?

20             THE COURT:  It was the 10 seconds from 2:- --

21   whatever the time of the photograph was.

22             MR. NESTLER:  I -- we were planning to show from 2:53

23   to 2:53:30; that was the 30 seconds we wanted to show.

24             THE COURT:  So it's the first 10 seconds of what you

25   showed, because the photograph was at 2:53.

```
 1              MR. NESTLER:  It was at 2:51.

 2              THE COURT:  2:51.

 3              MR. NESTLER:  And he leaves at 2:54, three minutes

 4    later.  And we have other photographs we can show with him

 5    staying in that area for the next three minutes, from 2:51 to

 6    2:54.  And I agree with Mr. Fischer; he leaves at 2:54.

 7              THE COURT:  I haven't seen the 10 seconds at 2:53.  I

 8    think what we --

 9              MR. NESTLER:  It's what we showed you earlier.

10              THE COURT:  Oh, it is?

11              MR. NESTLER:  That's what we intended to show, from

12    2:53 to 2:53:30.

13              MR. FISCHER:  And, Your Honor, perhaps this is a

14    misunderstanding.  The government could play it just for the

15    witness and the Court and the parties first, and then --

16              THE COURT:  Sure.

17              MR. FISCHER:  -- we can always -- thank you,

18    Your Honor.

19              MR. WOODWARD:  Your Honor, this is Mr. Woodward.

20         For the rest of us, there's no question that the other

21    defendants did not see what was happening in the tunnel.  And

22    so we'd request a limiting instruction that clarifies that this

23    is being brought in for Mr. --

24              THE COURT:  I don't have any need for a clarifying

25    instruction.  I mean, I can ask; on the other hand, you know,
```

 1    there were several images of Mr. Rhodes on the other side of

 2    the Capitol.  I mean, if I've got to give an instruction every

 3    time it's only one person or only goes to one defendant, I

 4    think the jury can understand.

 5              MR. WOODWARD:  Understood, Your Honor.  But this

 6    video is, of course, unique, which is why we're spending so

 7    much time talking about it.

 8              THE COURT:  Well, I think you can clarify on

 9    cross-examination.

10              MR. NESTLER:  This is 2:53 even.  And, Ms. Rohde, if

11    you can just play this forward.

12              (A video recording was played.)

13              THE COURT:  All right.  If you cut that off at

14    10 seconds, 2:53:10 seconds, that's fine.

15              MR. NESTLER:  Yes, Your Honor.

16              THE COURT:  And, look, Mr. Woodward, you can make the

17    point -- you can make the point on cross-examination.  I think

18    it's fairly evident.

19              MR. WOODWARD:  We're okay with that.  Thank you, Your

20    Honor.

21              (Proceedings held in the presence of the jury.)

22              THE COURT:  All right.  Have a seat, everyone.

23    Welcome back.  All right.  We're in the homestretch for the

24    afternoon.

25              MR. NESTLER:  Thank you, Your Honor.

1    BY MR. NESTLER:

2    Q.  Agent Drew, when we left before the break, we were at

3    around 2:40 to 2:41 p.m. with people entering the building; is

4    that correct?

5    A.  Yes.

6    Q.  Which side of the Capitol was that?

7    A.  The east side of the Capitol.

8    Q.  Okay.  I want to go over to the west side of the Capitol

9    for just a minute and talk about Mr. Caldwell.  Okay?

10   A.  Yes.

11            MR. NESTLER:  I want to pull up on the screen just

12   for Agent Drew 22.P.8, and I believe we introduced this this

13   morning.  So -- or admitted this morning so we can publish it

14   to the jury, please.

15   BY MR. NESTLER:

16   Q.  And who is indicated here in Government Exhibit 22.P.8,

17   Agent Drew?

18   A.  Sharon Caldwell.

19   Q.  And this is one of the photographs recovered from

20   Thomas Caldwell's phone; is that correct?

21   A.  Yes.

22   Q.  And does the metadata reflect that this photograph was

23   taken at around 2:51 p.m.?

24   A.  Yes.

25   Q.  And earlier you indicated that there was a tunnel; is that

1   correct?

2   A.   Yes.

3   Q.   And where does that tunnel lead?

4   A.   Underneath the Rotunda.

5   Q.   Okay.  And so into the Capitol Building?

6   A.   Yes.

7   Q.   If you could please circle that tunnel for us in this

8   photograph.

9   A.   Yes.

10  Q.   And you circled the open area in the top middle of the

11  frame; is that correct?

12  A.   Yes.

13  Q.   I want to play for you now a short video from inside of

14  that tunnel area.

15          MR. NESTLER:  If we could please, Ms. Rohde, pull up

16  Government Exhibit 1066.0074 -- which is the camera -- 0253 --

17  which is the time.

18  BY MR. NESTLER:

19  Q.   And before we start playing, could you indicate on here,

20  Agent Drew, what's outside of this tunnel area.

21  A.   The west terrace balcony in the west side of the Capitol.

22  Q.   Is that where we saw just a photograph where --

23  Mr. Caldwell taking a picture of Mrs. Caldwell?

24  A.   A picture of Mrs. Caldwell, yes.

25          MR. NESTLER:  If we could play this forward for

1    10 seconds, please, Ms. Rohde.

2              (A video recording was played.)

3              MR. NESTLER:  If we could stop it there at 2:53:11 on

4    the clock there.

5    BY MR. NESTLER:

6    Q.  Are you -- have you seen other surveillance video from this

7    area, Special Agent Drew?

8    A.  Yes.

9    Q.  And how long does this -- well, what would you call what

10   happens here over the next period of time?

11             UNIDENTIFIED ATTORNEY:  Objection.

12             THE COURT:  Objection sustained.

13             MR. NESTLER:  Okay.

14   BY MR. NESTLER:

15   Q.  Let's go back to the east side of the Capitol.  We're

16   actually -- we'll just go north of here to the -- or above here

17   to inside of the Rotunda.  Is that right?

18   A.  Yes.

19   Q.  Geographically?

20   A.  Yes.

21   Q.  Okay.  When we left off at Exhibit 1503, we had a video of

22   people entering the building.  Let's go to Exhibit 1504.

23             Are there also videos of these defendants and others

24   inside of the Rotunda, Agent Drew?

25   A.  Yes.

1    Q.  And have you seen a compilation where these videos were put

2    together into one easy-to-play format?

3    A.  Yes.

4    Q.  I'm pulling up on the screen 1504.  Does that appear to be

5    that compilation?

6    A.  Yes.

7              MR. NESTLER:  We move into evidence Exhibit 1504.

8              MR. FISCHER:  Object per our prior discussion.

9              THE COURT:  Okay.  It will be admitted.

10             (Government Exhibit 1504 admitted into evidence.)

11             MR. NESTLER:  And if we could, please, play this

12   forward, Ms. Rohde.

13             (A video recording was played.)

14   BY MR. NESTLER:

15   Q.  And approximately what time is this?

16   A.  2:41 p.m.

17   Q.  Thank you.

18             (An audio-visual recording was played.)

19             (A video recording was played.)

20   BY MR. NESTLER:

21   Q.  And who's indicated there at 19 seconds?

22   A.  Jessica Watkins.

23             (A video recording was played.)

24   BY MR. NESTLER:

25   Q.  And at 26 seconds?

```
1    A.   Kenneth Harrelson and Graydon Young.

2              (An audio-visual recording was played.)

3              (A video recording was played.)

4              (An audio-visual recording was played.)

5              (A video recording was played.)

6    BY MR. NESTLER:

7    Q.   Who's indicated here at 58 seconds?

8    A.   Graydon Young, Kenneth Harrelson, and Jessica Watkins.

9              (An audio-visual recording was played.)

10              (A video recording was played.)

11    BY MR. NESTLER:

12    Q.   And who's indicated at a minute 14?

13    A.   Kenneth Harrelson and Jason Dolan.

14              (A video recording was played.)

15    BY MR. NESTLER:

16    Q.   And minute 21?

17    A.   Jessica Watkins and Graydon Young.

18              MR. NESTLER:  If we can pause it there.

19    BY MR. NESTLER:

20    Q.   What -- do you observe Ms. Watkins's hand?

21    A.   Yes.

22    Q.   Where does it appear to be?

23    A.   On Graydon Young's back or shoulder.

24              MR. NESTLER:  If we can continue forward, please.

25              (An audio-visual recording was played.)
```

```
 1                MR. NESTLER:  And if we can pause there at 1:30.

 2    BY MR. NESTLER:

 3    Q.  Who's indicated?

 4    A.  Sandra Parker and Donovan Crowl.

 5    Q.  Can you please describe how their arms appear.

 6    A.  On the shoulder of the person in front of them.

 7                MR. NESTLER:  Please play forward from 1:31.

 8                (A video recording was played.)

 9                (An audio-visual recording was played.)

10                (A video recording was played.)

11    BY MR. NESTLER:

12    Q.  Does a photographer take several photographs around this

13    time at 2:04 on the counter?

14    A.  Yes.

15                MR. NESTLER:  If we just pause it for a second at

16    2:09 on the counter.

17    BY MR. NESTLER:

18    Q.  Who is depicted on the right-hand side in the foreground?

19    A.  I see Graydon Young with his hand on the shoulder of

20    Kenneth Harrelson.

21    Q.  Thank you.

22                MR. NESTLER:  You can please play it forward,

23    Ms. Rohde.

24                (A video recording was played.)

25                (An audio-visual recording was played.)
```

```
 1              (A video recording was played.)

 2   BY MR. NESTLER:

 3   Q.  Who's depicted here around 2:42 p.m., at 2:29 on the

 4   counter?

 5   A.  Kelly Meggs, Connie Meggs, David Moerschel, and

 6   Joseph Hackett.

 7              (An audio-visual recording was played.)

 8   BY MR. NESTLER:

 9   Q.  What are we about to hear?

10   A.  Video taken from Kenneth Harrelson's phone.

11   Q.  And does somebody say anything?

12   A.  Yes.

13   Q.  What are the words we're about to hear?

14   A.  "This is our fucking house."

15   Q.  You can play it forward.

16              (An audio-visual recording was played.)

17   BY MR. NESTLER:

18   Q.  Who's depicted here at 2:55 on the counter?

19   A.  Donovan Crowl, Sandra Parker, and James Beeks.

20              (An audio-visual recording was played.)

21              (A video recording was played.)

22              (An audio-visual recording was played.)

23              MR. NESTLER:  You can pause it there at 3:22.

24   BY MR. NESTLER:

25   Q.  Did you just hear someone speak?
```

```
1    A.   Yes.

2    Q.   What did they say?

3    A.   "Just trying to keep an eye on where's our people."

4    Q.   And remind us, who's -- where this video came from.

5    A.   Kenneth Harrelson.

6              MR. NESTLER:  If we can please play that forward.

7              (A video recording was played.)

8              (An audio-visual recording was played.)

9              (A video recording was played.)

10             (An audio-visual recording was played.)

11             (A video recording was played.)

12   BY MR. NESTLER:

13   Q.   Where does that hallway lead that we're looking at at 3:52?

14   A.   North to the Senate.

15             (A video recording was played.)

16             (An audio-visual recording was played.)

17             (A video recording was played.)

18             (An audio-visual recording was played.)

19             (A video recording was played.)

20             (An audio-visual recording was played.)

21             MR. NESTLER:  If we could pause there at 4:46.

22   BY MR. NESTLER:

23   Q.   What words did you just hear?

24   A.   "We took the fucking Capitol."

25   Q.   And remind us who's recording this video?
```

```
1    A.   Kenneth Harrelson.

2              MR. NESTLER:  Please play it forward.

3              (Bench conference on the record.)

4              MR. WOODWARD:  If we cannot have it displayed before

5    it's heard on the video.  If we can do it before the transcript

6    is displayed on the video.

7              THE COURT:  Okay.  That's fair.

8         Mr. Nestler, can you pause it and then ask the question

9    of do you hear something on the -- on the video, and then

10   elicit it from her and move forward?

11             MR. NESTLER:  Unfortunately, no.  The video we have,

12   it's teed up to the transcript first to orient the viewer about

13   what they're about to hear.

14             THE COURT:  Well, is there any dispute about what is

15   said on the video?

16             MR. WOODWARD:  No, but it's -- I mean, it's leading.

17             THE COURT:  Okay.  Yes.  Although it's not optimal,

18   but I can't ask him to switch it out midstream, and unless

19   there's a reason to think that the text is wrong, I don't think

20   it's unduly prejudicial to the defense.

21             MR. CRISP:  The only time we can say that is when I

22   objected to the leading issue.  So I certainly can do that, to

23   the extent we believe it's unclear.  I think then at that point

24   we'll stand up, Judge.

25             THE COURT:  Okay.
```

4775

```
 1                (Proceedings held in open court.)
 2                THE COURT:  If I may, Mr. Nestler.
 3           And just -- again, another reminder.  I've reminded you
 4      of this many times about video that has accompanying text.
 5      Ultimately, it is the video and the audio that's the evidence.
 6      Also, it will be up to you, ultimately, to determine and decide
 7      whose voice it may be, if anyone's.  And so, ultimately, those
 8      will be your responsibilities.
 9                MR. NESTLER:  Thank you, Your Honor.  I appreciate
10      that.
11           At 4:49 p.m., if we can continue.
12                (A video recording was played.)
13                (An audio-visual recording was played.)
14                (A video recording was played.)
15                MR. NESTLER:  And if we could pause there at 5:13 on
16      the counter.
17      BY MR. NESTLER:
18      Q.  Who's the person on the left?
19      A.  Jessica Watkins.
20      Q.  And on the right?
21      A.  Donovan Crowl.
22      Q.  And is this one of the videos that we saw earlier when
23      looking at the Zello exhibit, Agent Drew?
24      A.  Yes.
25      Q.  What is Jessica Watkins holding in her left hand?
```

```
 1    A.  A cell phone.

 2    Q.  What's the approximate time based on the metadata from this

 3    video?

 4    A.  2:44 p.m.

 5              MR. NESTLER:  If we could play it forward, please.

 6              (An audio-visual recording was played.)

 7              (A video recording was played.)

 8              (An audio-visual recording was played.)

 9              (A video recording was played.)

10              (An audio-visual recording was played.)

11              (A video recording was played.)

12    BY MR. NESTLER:

13    Q.  Who's depicted in the picture now at 5:50?

14    A.  That's Donovan Crowl.

15              (An audio-visual recording was played.)

16    BY MR. NESTLER:

17    Q.  And who enters the photo here now at 6:01?

18    A.  Jessica Watkins.

19              (An audio-visual recording was played.)

20              (A video recording was played.)

21              (An audio-visual recording was played.)

22              (A video recording was played.)

23              MR. NESTLER:  We can pause it there at 6:42.

24    BY MR. NESTLER:

25    Q.  Did you hear what someone just said?
```

1    A.   Yes.

2    Q.   And what did that person say?

3    A.   "The Senate's on this side; right?  The House is on this

4    side."

5    Q.   And was that person one of the individuals who's a member

6    of the charged conspiracy?

7    A.   No.

8              MR. NESTLER:  Can we go back a couple seconds,

9    Ms. Rohde.

10             (A video recording was played.)

11   BY MR. NESTLER:

12   Q.   Who appeared to be present --

13             MR. NESTLER:  If you go back a little bit further.

14             (A video recording was played.)

15   BY MR. NESTLER:

16   Q.   Who appeared to be present at the time that person was

17   speaking?

18   A.   Jessica Watkins, Graydon Young, and Donovan Crowl.  It's a

19   video from his phone.

20   Q.   I'm sorry?

21   A.   It's a video from Donovan Crowl's phone.  So he was in

22   close proximity.

23   Q.   And in the Capitol Building, are the House and the Senate

24   on the same side or different sides?

25   A.   Different sides.

1    Q.  And this group -- Meggs and Harrelson and Watkins -- did

2    they all go to the same place or different places inside the

3    building?

4    A.  Different places.

5    Q.  What direction did some of the group go?

6    A.  North towards the Senate.

7    Q.  And what direction did the other group go?

8    A.  South towards the House.

9         MR. NESTLER:  And if we could now go to Exhibit 1505

10   just for Agent Drew.

11   BY MR. NESTLER:

12   Q.  You indicated that some members of the group went north

13   towards the Senate; is that right?

14   A.  Yes.

15   Q.  Have you seen several videos from that hallway headed north

16   to the Senate from the Rotunda?

17   A.  Yes.

18   Q.  Does this compilation, Exhibit 1505, compile them all into

19   a format that's sort of easier to watch?

20   A.  Yes.

21        MR. NESTLER:  The government moves Exhibit 1505 into

22   evidence.

23        MR. WOODWARD:  Subject to our prior discussion, no

24   objection.

25        THE COURT:  Okay.  1505 will be admitted.

```
 1                    (Government Exhibit 1505 admitted into evidence.)

 2                    MR. NESTLER:  And if we can please play that forward.

 3                    (A video recording was played.)

 4                    MR. NESTLER:  If we could pause it there for a

 5         second.

 6         BY MR. NESTLER:

 7         Q.  Who do we see depicted in the video at 7 seconds?

 8         A.  Jason Dolan, Donovan Crowl, Sandra Parker, Jessica Watkins,

 9         James Beeks, William Isaacs, and Kenneth Harrelson.

10                    MR. NESTLER:  And if we can play, please.

11                    (A video recording was played.)

12                    (An audio-visual recording was played.)

13         BY MR. NESTLER:

14         Q.  Who's indicated here at 28 seconds?

15         A.  William Isaacs.

16         Q.  Is he about to talk?

17         A.  Yes.

18                    MR. NESTLER:  And if we can pause it for a second.

19         BY MR. NESTLER:

20         Q.  At 36 seconds, what is he about to say?

21         A.  "The fight's not over."

22         Q.  And did he make any movements with his arms?

23         A.  Yes.

24         Q.  What are they?

25         A.  Motioning people towards the north side of the Capitol,
```

4780

1    which is the Senate hallway.

2    Q.  After that motioning occurs, what do you see individuals

3    who are part of this group do?

4    A.  Move towards the Senate hallway.

5    Q.  What did you see Isaacs do?

6    A.  He continues.

7         MR. NESTLER:  Please play it forward from 36 seconds.

8         (An audio-visual recording was played.)

9    BY MR. NESTLER:

10   Q.  And at 1:03, who do we see indicated here?

11   A.  William Isaacs.

12        MR. NESTLER:  And if we could just pause it for a

13   second, Ms. Rohde.

14   BY MR. NESTLER:

15   Q.  Could you please describe for us, Agent Drew, approximately

16   where these individuals are using the map on the right-hand

17   side.

18   A.  Would you like me to draw?

19   Q.  Yeah, that would be great.

20   A.  Okay.  The individuals at this point are located -- well,

21   it's kind of covered, but right here.

22   Q.  So right at, sort of, the mouth of that green arrow?

23   A.  Yes.

24   Q.  And what is south of them, that big circle?

25   A.  The Rotunda.

1    Q.  And what is north of them, that semicircle?

2    A.  The Senate Chambers.

3    Q.  Who works in the Senate Chambers?

4    A.  Senators.

5          MR. NESTLER:  If we could continue, please, from

6    1:09.

7          MR. GEYER:  Objection.

8          (Bench conference on the record.)

9          THE COURT:  All right.  Mr. Geyer, we can't hear you.

10          MR. GEYER:  Your Honor, the Senate -- it's my

11   understanding that the senators were all evacuated by this

12   point in time.

13          THE COURT:  That may be.  The question was who works

14   in the Senate, the senators.  If you want ask her on cross

15   whether they were there at the time, feel free to do so.  Okay?

16          MR. GEYER:  Okay.  Thank you.

17          (Proceedings held in open court.)

18          MR. NESTLER:  If we could please play forward.

19          THE COURT REPORTER:  Hold on.  Hold on.

20          MR. NESTLER:  I'm sorry.

21          THE COURT REPORTER:  Go ahead.

22          MR. NESTLER:  If we could please play it forward from

23   1:11.

24          (An audio-visual recording was played.)

25          MR. NESTLER:  If we could pause there for a second at

```
1     1:17.

2     BY MR. NESTLER:

3     Q.  What's indicated in yellow on the left-hand side of the

4     video?

5     A.  The doorway to the Senate Chamber.

6     Q.  And what's indicated in that circle on the right-hand side

7     of the map?

8     A.  The location of the doorway.

9     Q.  And all of these people wearing helmets in the video, who

10    are they?

11    A.  Metro Police Department, riot police.

12              MR. NESTLER:  If we can play it forward, please, from

13    1:17.

14              (An audio-visual recording was played.)

15    BY MR. NESTLER:

16    Q.  Who's indicated here at 1:32?

17    A.  Jessica Watkins.

18              (An audio-visual recording was played.)

19    BY MR. NESTLER:

20    Q.  And at 1:38?

21    A.  Donovan Crowl.

22              (An audio-visual recording was played.)

23    BY MR. NESTLER:

24    Q.  And at 1:49?

25    A.  Sandra Parker.
```

1    Q.  Where is her left arm?

2    A.  On the shoulder or the -- the vest of Donovan Crowl.

3              (An audio-visual recording was played.)

4    BY MR. NESTLER:

5    Q.  What direction are they headed at 2:03?

6    A.  North towards the Senate Chamber.

7              (An audio-visual recording was played.)

8              (A video recording was played.)

9              (An audio-visual recording was played.)

10   BY MR. NESTLER:

11   Q.  Who's indicated here at 2:36?

12   A.  Jessica Watkins.

13             (A video recording was played.)

14             (An audio-visual recording was played.)

15             MR. NESTLER:  We'll pause it for a second at 2:49.

16   BY MR. NESTLER:

17   Q.  What did you hear Jessica Watkins say on the video?

18   A.  "Push, push, push.  Get it in there.  They can't hold us."

19   Q.  And that video that was recording that --

20             MR. NESTLER:  If we can go back for just a couple of

21   seconds, Ms. Rohde.

22             (A video recording was played.)

23   BY MR. NESTLER:

24   Q.  Could you tell where the -- based on your review of all

25   the different cameras that you've seen at that time,

1    approximately where the cell phone was that was recording that

2    video?

3    A.   Next to Jessica Watkins in the Senate hallway.

4    Q.   Sorry.   You said next to Jessica Watkins?

5    A.   Yes.

6              MR. NESTLER:  If we could play it forward, please,

7    from 2:46.

8              (An audio-visual recording was played.)

9              (A video recording was played.)

10   BY MR. NESTLER:

11   Q.   And who's indicated in yellow here at 2:45?

12   A.   Metro Police.

13             (An audio-visual recording was played.)

14             (A video recording was played.)

15   BY MR. NESTLER:

16   Q.   Who's indicated now at 3:18?

17   A.   Jessica Watkins.

18             (An audio-visual recording was played.)

19             (A video recording was played.)

20   BY MR. NESTLER:

21   Q.   And who's indicated here at 3:35?

22   A.   Jessica Watkins and Donovan Crowl.

23             (A video recording was played.)

24   BY MR. NESTLER:

25   Q.   And who's indicated here at 3:59?

```
1    A.   James Beeks and Graydon Young.

2               (An audio-visual recording was played.)

3               (A video recording was played.)

4    BY MR. NESTLER:

5    Q.   And how about now at 4:27?

6    A.   Jessica Watkins and Donovan Crowl.

7               (A video recording was played.)

8    BY MR. NESTLER:

9    Q.   And whose hand is that at 4:37?

10   A.   Sandra Parker.

11              (An audio-visual recording was played.)

12              (A video recording was played.)

13   BY MR. NESTLER:

14   Q.   And now at 4:52, what's being indicated by the yellow?

15   A.   The doorway to the U.S. Senate Chamber.

16              (An audio-visual recording was played.)

17              (A video recording was played.)

18   BY MR. NESTLER:

19   Q.   And who's indicated here at 5:19?

20   A.   Graydon Young, James Beeks, and Laura Steele.

21   Q.   And what part of James Beeks can you see?

22   A.   His glove.

23   Q.   Thank you.

24              (An audio recording was played.)

25              MR. NESTLER:  If we could pause here at 5:34.
```

4786

1   BY MR. NESTLER:

2   Q.  Now, the green triangle on the right-hand side of the map

3   has changed orientation; is that right?

4   A.  Correct.

5   Q.  Why?

6   A.  Because this is body-worn camera footage from an MPD --

7   Metro Police Department officer.

8   Q.  And what direction was the officer facing when this camera

9   footage was recorded?

10  A.  They were facing south.

11  Q.  And what direction were Jessica Watkins and the rest of

12  that group facing?

13  A.  North.

14          MR. NESTLER:  We can play it forward, please.

15          (An audio-visual recording was played.)

16          MR. NESTLER:  If you could pause it there at 5:50.

17  BY MR. NESTLER:

18  Q.  What did you just hear somebody say?

19  A.  "Sorry.  They're pushing.  They're pushing."

20  Q.  Remind us, who was behind that individual who was saying,

21  "They're pushing.  They're pushing"?

22  A.  Jessica Watkins, Donovan Crowl, Sandra Parker, James Beeks,

23  Graydon Young, Laura Steele, and William Isaacs.

24          MR. NESTLER:  If we can play it forward, please, from

25  5:50.

```
 1                   (An audio-visual recording was played.)

 2    BY MR. NESTLER:

 3    Q.  What do we -- what's indicated here at 5:58 in yellow?

 4    A.  An MPD officer.

 5    Q.  Doing what?

 6    A.  Spraying OC spray.

 7                   (An audio-visual recording was played.)

 8    BY MR. NESTLER:

 9    Q.  And at 6:10, who's indicated?

10    A.  William Isaacs.

11                   (An audio-visual recording was played.)

12                   (A video recording was played.)

13    BY MR. NESTLER:

14    Q.  At 6:22?

15    A.  Donovan Crowl.

16                   (An audio-visual recording was played.)

17                   (A video recording was played.)

18                   (An audio-visual recording was played.)

19              MR. NESTLER:  If we can pause it there at 6:50.

20    BY MR. NESTLER:

21    Q.  What do you just hear somebody say?

22    A.  "We need a second wave.  Come on.  Push your way in."

23    Q.  What happened over the prior minute or so?

24    A.  A group of rioters attempted to push on -- well,

25    they actually did push on a line of Metro Police
```

```
1    Department riot police that were standing in front of the

2    Senate Chambers.

3    Q.  And then what happened to that group of rioters?

4    A.  They were repelled with pepper spray.

5              MR. NESTLER:  If we can continue forward from 5:50,

6    please.  I'm sorry.  6:50.

7    BY MR. NESTLER:

8    Q.  Who's indicated now at 7:05?

9    A.  Graydon Young.

10             (An audio-visual recording was played.)

11             (A video recording was played.)

12   BY MR. NESTLER:

13   Q.  And who's indicated here at 7:25?

14   A.  Jessica Watkins and Donovan Crowl.

15             (An audio-visual recording was played.)

16             (A video recording was played.)

17             (An audio-visual recording was played.)

18             (A video recording was played.)

19             (An audio-visual recording was played.)

20   BY MR. NESTLER:

21   Q.  Who's indicated here at 8:17?

22   A.  William Isaacs.

23             (A video recording was played.)

24   BY MR. NESTLER:

25   Q.  And at 8:28?
```

4789

```
 1    A.   Laura Steele.

 2              (An audio-visual recording was played.)

 3    BY MR. NESTLER:

 4    Q.   And who's indicated at 8:44?

 5    A.   James Beeks.

 6              (An audio-visual recording was played.)

 7              (A video recording was played.)

 8    BY MR. NESTLER:

 9    Q.   And at 8:58?

10    A.   Donovan Crowl.

11              (An audio-visual recording was played.)

12    BY MR. NESTLER:

13    Q.   And here at 9:15?

14    A.   Graydon Young.

15    Q.   What direction are these people going?

16    A.   South.

17    Q.   Towards which part of the Capitol?

18    A.   To the Rotunda.

19              (An audio-visual recording was played.)

20              (A video recording was played.)

21    BY MR. NESTLER:

22    Q.   And who's indicated here at 9:30?

23    A.   Jessica Watkins.

24              (An audio-visual recording was played.)

25              (A video recording was played.)
```

4790

1 BY MR. NESTLER:

2 Q. And then where is this photograph taken at 2:51?

3 A. Inside the Rotunda.

4 Q. And who's in it?

5 A. Sandra Parker and William Isaacs.

6   MR. NESTLER:  Now I want to pull up on the screen

7 Exhibit 1516.  It was admitted into evidence yesterday.

8 I'm going to pull it up on the counter at 9:05, please,

9 Ms. Rohde.

10   (An audio-visual recording was played.)

11   MR. NESTLER:  If we go back to 9:05, please, and just

12 leave it paused there.

13 BY MR. NESTLER:

14 Q. So we looked at video from around 2:46 to 2:50 p.m. -- is

15 that fair to say? -- from the Senate hallway?

16 A. Yes.

17 Q. And you indicated what you observed happening in the Senate

18 hallway; is that right?

19 A. Yes.

20 Q. And you also indicated where the door to the Senate Chamber

21 is at; right?

22 A. Yes.

23 Q. Do you know what we're looking at here at 9:04 on the

24 counter in Exhibit 1516?

25 A. Footage -- CCTV footage from inside the Senate Chamber.

1   Q.  And at 2:46 p.m., how does that compare to the video we

2   just saw?

3   A.  It's the same time as the video we just saw.

4           MR. NESTLER:  Okay.  And if we can play this forward,

5   please, Ms. Rohde.

6           (A video recording was played.)

7   BY MR. NESTLER:

8   Q.  Does the person on the screen appear to be a senator,

9   Agent Drew?

10  A.  No.

11  Q.  Or a member of staff?

12  A.  No.

13  Q.  Security?

14  A.  No.

15  Q.  And how far, could you estimate, or -- in relation to where

16  Defendant Watkins was, was the Senate Chamber door at this

17  time?

18  A.  Fifty feet.

19          (A video recording was played.)

20          MR. NESTLER:  If we could stop it there at 9:41 on

21  the counter, please, Ms. Rohde.

22  BY MR. NESTLER:

23  Q.  What time is it now on the counter?

24  A.  3:04 p.m.

25  Q.  And are there still rioters inside of the Senate Chamber?

4792

1    A.   Yes.

2    Q.   And so from 2:46 p.m. to 3:04 p.m., what was happening

3    inside the Senate Chamber?

4    A.   Rioters were moving through the Senate Chamber.

5    Q.   Okay.  Now, earlier you indicated that some members of the

6    group -- I think you rattled off seven of their names -- went

7    north towards the Senate; is that correct?

8    A.   That's correct.

9    Q.   How many individuals that were part of this group went

10   south towards the House?

11   A.   The remaining five -- five -- well, Kelly Meggs,

12   Connie Meggs, Jason Dolan, Kenneth Harrelson, Joseph Hackett,

13   and David Moerschel.

14   Q.   Is there one more?  Do you want the board?

15            THE COURT:  It's not a math test.

16   A.   Yes.  So Kelly Meggs, Kenneth Harrelson, Joseph Hackett,

17   David Moerschel, Jason Dolan, Connie Meggs, Caleb Berry.

18   BY MR. NESTLER:

19   Q.   Caleb Berry.

20   A.   Caleb Berry.

21   Q.   Thank you, Agent Drew.

22        Okay.  That was seven; correct?

23   A.   Seven, yes.

24            MR. NESTLER:  Let's pull up Government Exhibit -- I

25   lost it -- 1506.

```
1    BY MR. NESTLER:

2    Q.   Is this going to contain videos depicting individuals as

3    they moved south towards where the House would meet,

4    Agent Drew?

5    A.   Yes.

6              MR. NESTLER:  Okay.  The government moves into

7    evidence Government Exhibit 1506.

8              MR. WOODWARD:  Subject to our prior discussion.

9              THE COURT:  1506 is admitted.

10             (Government Exhibit 1506 admitted into evidence.)

11             MR. NESTLER:  If we can publish to the jury, please.

12   BY MR. NESTLER:

13   Q.   And so what area of the Capitol are we in now at 2:41 p.m.,

14   Agent Drew?

15   A.   The Rotunda.

16   Q.   Where is this footage going to take us over the next 10 to

17   20 minutes?

18   A.   From the Rotunda in the south direction towards the House.

19   Q.   Okay.

20             MR. NESTLER:  If we can play it forward, please.

21             (A video recording was played.)

22             (An audio-visual recording was played.)

23             (A video recording was played.)

24   BY MR. NESTLER:

25   Q.   And who's indicated at 22 seconds?
```

```
 1    A.  Kelly Meggs, Connie Meggs, Caleb Berry, and
 2    David Moerschel.
 3              MR. NESTLER:  If we could play it forward, please.
 4              (An audio-visual recording was played.)
 5              (A video recording was played.)
 6    BY MR. NESTLER:
 7    Q.  And at 2:44 p.m., who's indicated?
 8    A.  Jason Dolan and Caleb Berry.
 9              MR. NESTLER:  And that's 39 on the counter.
10              (A video recording was played.)
11              (An audio-visual recording was played.)
12    BY MR. NESTLER:
13    Q.  And who's indicated here at 1:09?
14    A.  Kenneth Harrelson.
15              (An audio-visual recording was played.)
16    BY MR. NESTLER:
17    Q.  And who's indicated in yellow at 1:22?
18    A.  Capitol Police Off- --
19              MR. WOODWARD:  Objection.  Lack of foundation.
20              THE COURT:  She knows who he is.
21    BY MR. NESTLER:
22    Q.  Have you met with the person indicated in yellow?
23    A.  Yes.
24    Q.  Have you spoken with him?
25    A.  Yes.
```

1    Q.  You've seen him live?

2    A.  Yes.

3    Q.  Who's the person indicated in yellow at 1:25?

4    A.  Capitol Police Officer Harry Dunn.

5              THE COURT:  We can continue, please.

6              (An audio-visual recording was played.)

7    BY MR. NESTLER:

8    Q.  And who's indicated here at 1:37?

9    A.  Kenneth Harrelson, Kelly Meggs, and Jason Dolan.

10             (An audio-visual recording was played.)

11             MR. NESTLER:  If you could pause it there at 2:08.

12   BY MR. NESTLER:

13   Q.  Did you just hear a woman's voice?

14   A.  Yes.

15   Q.  Could you describe what that woman's voice said?

16   A.  "We're not here to kill anybody.  We just want answers."

17             MR. NESTLER:  If we can play it forward, please.

18             (A video recording was played.)

19   BY MR. NESTLER:

20   Q.  Who's indicated here at 2:11?

21   A.  Kelly Meggs.

22             (A video recording was played.)

23   BY MR. NESTLER:

24   Q.  Who's indicated here at 2:27?

25   A.  Jason Dolan.

```
1                    (An audio-visual recording was played.)

2      BY MR. NESTLER:

3      Q.  And who's indicated here at 2:44?

4      A.  Kenneth Harrelson.

5                    (An audio-visual recording was played.)

6      BY MR. NESTLER:

7      Q.  Who's indicated here at 2:59?

8      A.  Connie Meggs, Joseph Hackett, Kelly Meggs, and Caleb Berry.

9                    (An audio-visual recording was played.)

10     BY MR. NESTLER:

11     Q.  Okay.  Now, have you been to the United States Capitol?

12     A.  Yes.

13     Q.  And while you were there, did you take any pictures?

14     A.  Yes.

15     Q.  Did you take pictures in the area we were just looking

16     at?

17     A.  Yes.

18               MR. NESTLER:  If we can pull up on the screen for

19     Special Agent Drew Exhibit 6725.1 and .2.

20     BY MR. NESTLER:

21     Q.  Are these the two photographs you took?

22     A.  Yes.

23               MR. NESTLER:  Government moves 6725.1 and .2 into

24     evidence.

25               MR. WOODWARD:  Subject to our prior discussion, no
```

 1    objection.

 2                  THE COURT:  Okay.  It will be admitted.

 3                  (Government Exhibit 6725.1 and 6725.2 admitted into

 4    evidence.)

 5                  MR. NESTLER:  And if we could show the jury, please,

 6    6725.1.

 7    BY MR. NESTLER:

 8    Q.  What are we looking at here, Agent Drew?

 9    A.  This is a photo that I took in the east direction of the

10    Capitol, and this is where U.S. Capitol Police Officer

11    Harry Dunn was located with the Oath Keepers.

12    Q.  And if you turned 180 degrees, what would you be looking

13    at?

14    A.  The west side of the Capitol and an entrance to Speaker of

15    the House, Nancy Pelosi.

16    Q.  All right.

17                  MR. NESTLER:  So 6725.2, please, Ms. Rohde.

18    BY MR. NESTLER:

19    Q.  Did you take a photograph from that same position?

20    A.  Yes.

21    Q.  Basically 180 degrees the other direction?

22    A.  Yes.

23    Q.  And what --

24                  MR. NESTLER:  If we can zoom in on that sign, please,

25    Ms. Rohde.

4798

```
1    BY MR. NESTLER:

2    Q.  What does that sign say?

3    A.  "Speaker of the House Nancy Pelosi."

4    Q.  And, again, this was not -- photograph was not taken on

5    January 6th; is that correct?

6    A.  Correct.

7    Q.  Some number of months later?

8    A.  Correct.

9    Q.  Now, we're almost done.

10          Now, aside from these -- these individuals inside the

11   building around 2:40 p.m., we want to go back to referring to

12   Stack 2.

13              MR. NESTLER:  Mr. Manzo, do you mind putting up the

14   board for us briefly.

15          Let's go back to Government Exhibit 1500.  And we had

16   left off, Government Exhibit 1500, at 14:20 on the counter.

17   And if we could --

18          Thank you, Mr. Manzo.

19          And if we could play this forward from 14:20 on the

20   counter.

21              (A video recording was played.)

22              MR. NESTLER:  And if we could pause there for a

23   second at 14:26.

24   BY MR. NESTLER:

25   Q.  Do you remember earlier, possibly even before lunch, we
```

1   went over a message from 2:04 p.m. from Joshua James?

2   A.  Yes.

3   Q.  And what was it that Joshua James said to the Jan 5/6 DC Op

4   Intel team Signal chat at 2:04 p.m.?

5   A.  "We're coming to Capitol ETA 30 MIN."

6   Q.  And apparently where was Joshua James and other members of

7   Stack 2 at around 2:04 p.m.?

8   A.  Vicinity of the Willard hotel.

9   Q.  And where is that pink dot indicated on the map?

10  A.  The Willard hotel.

11  Q.  All right.

12          MR. NESTLER:  If we could play this forward, please,

13  Ms. Rohde.

14          (A video recording was played.)

15          (An audio-visual recording was played.)

16          MR. NESTLER:  If we can pause there.

17  BY MR. NESTLER:

18  Q.  At 14:37, do you see on the right-hand side is an

19  exhibit number?

20  A.  Yes.

21  Q.  Do you see where -- where is this exhibit taken from?

22  A.  The Facebook live feed of Roberto Minuta.

23  Q.  And is Roberto Minuta one of the individuals on that board

24  there?

25  A.  Yes.

```
 1    Q.  Where is he in relation to Joshua James?

 2    A.  On Stack 2.

 3    Q.  And the purple line on the left side of the screen moved a

 4    little bit.  Did you see that?

 5    A.  Yes.

 6    Q.  What's that supposed to indicate?

 7    A.  That Stack 2 is moving.

 8    Q.  And how is Stack 2 moving?

 9    A.  In a golf cart.

10              MR. NESTLER:  If we could play that forward, please.

11              (An audio-visual recording was played.)

12              (A video recording was played.)

13              MR. NESTLER:  If we could pause for a second at

14    15:14.

15    BY MR. NESTLER:

16    Q.  What is the purple line indicating now?

17    A.  Stack 2 movement towards the Capitol.

18              MR. NESTLER:  If we could continue, please.

19              (A video recording was played.)

20              (An audio-visual recording was played.)

21              MR. NESTLER:  If you could pause right there at

22    15:44.

23    BY MR. NESTLER:

24    Q.  Can you identify the building on the right?

25    A.  That's the building that we're in right now.
```

4801

```
 1                  MR. NESTLER:  And if we could continue forward from

 2    15:44.

 3                  (An audio-visual recording was played.)

 4                  (A video recording was played.)

 5    BY MR. NESTLER:

 6    Q.  And at -- pause it there.  At 16:23, did this group of

 7    individuals continue using their golf cart after around

 8    2:35 p.m.?

 9    A.  Not that I'm aware.

10    Q.  How did they continue moving?

11    A.  On foot.

12                  MR. NESTLER:  And if we can play it from 16:24,

13    please, on the counter.

14                  (An audio-visual recording was played.)

15                  (A video recording was played.)

16                  MR. NESTLER:  If we could pause there at 16:46 on the

17    counter.

18    BY MR. NESTLER:

19    Q.  What are we looking at here, Agent Drew?

20    A.  This is a video of Stack 2 on the west side of the Capitol.

21    Q.  Where do some of their arms appear to be?

22    A.  On each other's shoulder.

23    Q.  And does there appear to be an animal with them?

24    A.  Yes.

25    Q.  What kind of animal?
```

1    A.   A dog.

2                MR. NESTLER:  If we can play that forward, please.

3                (An audio-visual recording was played.)

4                (A video recording was played.)

5                MR. NESTLER:  And if we can pause it there at 17:03.

6    BY MR. NESTLER:

7    Q.   That purple line that we just saw, what was that supposed

8    to indicate?

9    A.   Movement of Stack 2 from the west side of the Capitol to

10   the east side of the Capitol.

11   Q.   And here at 3:14 p.m., where are members of Stack 2?

12   A.   Entering the U.S. Capitol.

13   Q.   Through which doors?

14   A.   The east Capitol doors.

15   Q.   Remind us which doors the members of Stack 1 entered the

16   U.S. Capitol through.

17   A.   The east Capitol doors.

18                MR. NESTLER:  If we can play that forward from 17:04.

19                (A video recording was played.)

20   BY MR. NESTLER:

21   Q.   Who's indicated in purple, just generally?

22   A.   Stack 2.

23   Q.   And here at 3:21 p.m., who's indicated?

24   A.   Mark Grods and Brian Ulrich.

25                (A video recording was played.)

```
1    BY MR. NESTLER:
2    Q.  Now, after entering -- that's the end of Exhibit 1500.
3         After Stack 2 entered the Capitol through the east
4    Rotunda doors, did some number of them go into the Rotunda?
5    A.  Yes.
6              MR. NESTLER:  I want to pull up Government
7    Exhibit 1089.  It was introduced into evidence this morning,
8    Your Honor.
9    BY MR. NESTLER:
10   Q.  And have you seen video of some members of Stack 2 inside
11   of the Capitol Building, inside of the Rotunda, Agent Drew?
12   A.  Yes.
13   Q.  I'm going to show you now and publish to the jury
14   Government Exhibit 1089.1 already introduced into evidence.
15             MR. NESTLER:  And if we could play it forward,
16   please.
17             (An audio-visual recording was played.)
18             MR. NESTLER:  Pause it there at 28 seconds.
19   BY MR. NESTLER:
20   Q.  Agent Drew, do you know who the person circled in the
21   direct middle of the frame wearing a baseball hat is?
22   A.  Yes.
23   Q.  Who is that?
24   A.  Joshua James.
25   Q.  What does it say on his hat?
```

1    A.   Oath Keepers.

2    Q.   And do you know who the person just in front of the door

3    wearing the goggles is?

4    A.   Yes.

5    Q.   Who is that?

6    A.   Roberto Minuta.

7    Q.   And are they both listed on the board there under Stack 2?

8    A.   Yes.

9         MR. NESTLER:   And if we could please play it forward,

10   Ms. Rohde.

11        (An audio-visual recording was played.)

12        MR. NESTLER:   If we could rewind that until about

13   40 seconds, please, Ms. Rohde.   And play it for about 10 --

14   play it for about 13 seconds.

15   BY MR. NESTLER:

16   Q.   I want to ask you, Agent Drew, to listen for what

17   Joshua James is saying, as far as you can hear.

18        (An audio-visual recording was played.)

19        MR. NESTLER:   And if you could pause it there.

20   BY MR. NESTLER:

21   Q.   What was it that you heard Joshua James saying?

22   A.   "This is my fucking Capitol.   This is not yours.   This is

23   my building."

24   Q.   Agent Drew, these events ended around -- that we went over

25   today -- around 3:33 p.m.; is that fair to say?

```
 1    A.  Yes.

 2    Q.  When we pick up next time, we'll go from 3:30 p.m. onwards.

 3              MR. NESTLER:  Thank you, Your Honor.  I have no

 4    further questions.

 5              THE COURT:  All right.  Thank you, Mr. Nestler.

 6          All right.  Mr. Fischer, you're first.

 7              MR. FISCHER:  I believe so.

 8                        CROSS-EXAMINATION

 9    BY MR. FISCHER:

10    Q.  Good afternoon, Agent.

11    A.  Good afternoon, sir.

12    Q.  My name is David Fischer, and I represent Mr. Caldwell.

13    A.  Okay.

14    Q.  You presented two photos of Mr. and Mrs. Caldwell wearing

15    Oath Keepers T-shirts.  Do you remember that?

16    A.  Yes.

17    Q.  You're also familiar with -- there was a video that was

18    shown that was in the early morning hours of January 6th that

19    Mr. Caldwell showed you.  Do you remember that as well?

20    A.  Yes.

21    Q.  And through your investigation, you've been able to

22    determine, obviously, there was a speech planned by

23    President Trump on January 6th; is that correct?

24    A.  Yes.

25    Q.  And in that speech, isn't it true that there was a
```

1   section -- there was a section that had seats -- in other

2   words, chairs -- that were set aside in the front -- in the

3   front rows to see President Trump speak; is that correct?

4   A.  That's correct.

5   Q.  And behind that section was sort of a general audience

6   where people, I guess, had to stand in the mud on the Ellipse;

7   is that pretty much correct?

8   A.  That sounds correct.

9   Q.  And isn't it true there were lots of people seated in those

10  chairs who were wearing Oath Keepers T-shirts; is that right?

11  A.  Yes.

12  Q.  Okay.  And, in fact, through your investigation, you

13  learned that Mr. and Mrs. Caldwell were attempting to get

14  passes to get some of those front row seats; is that correct?

15          MR. NESTLER:  Objection.  Calls for hearsay.

16          THE COURT:  It's overruled.

17  BY MR. FISCHER:

18  Q.  Is that correct?

19  A.  I'm sorry.  Can you please repeat the question.

20  Q.  Through your investigation, you learned that Mr. and

21  Mrs. Caldwell were attempting to get some passes to be in the

22  front row to watch President Trump speak; isn't that true?

23  A.  Direct knowledge of that, no.

24  Q.  Okay.  Well, you do agree the government, a long time ago,

25  I think it was about -- it feels it was about six days, but it

1    was earlier this morning -- the government put up an exhibit

2    about Mr. Caldwell being disappointed in not getting, quote,

3    unquote, passes; is that correct?

4    A.  I do recall that, yes.

5    Q.  That rings a bell?

6         Okay.  So, in other words, they were trying to get

7    passes to be up -- to have a seat in the front row to see the

8    President; correct?

9    A.  If that's -- the pass means.

10   Q.  Okay.  Would you agree that the Caldwells -- that the FBI

11   recovered hundreds of photos that the Caldwells took on

12   January 6th?

13   A.  I don't know if there were hundreds.

14   Q.  Would you agree there were lots of photos?

15   A.  I -- I have viewed several, but I -- I cannot give you the

16   exact number.

17   Q.  Okay.  And certainly none of those photos showed

18   Mr. and Mrs. Caldwell wearing military-style gear; is that

19   correct?

20   A.  I saw one with Mrs. Caldwell at 2:51 on the west side of

21   the Capitol with a black vest.

22   Q.  Okay.  Well, you didn't see them wearing Kevlar or military

23   helmets; right?

24   A.  No Kevlar helmets, no.

25   Q.  Okay.  And also it -- also, there were pictures that

1    documented what they did throughout the day; correct?

2    A.   Correct.

3    Q.   Okay.  And, in fact, through your investigation and looking

4    at these pictures and doing other investigations, you were able

5    to confirm that Mr. and Mrs. Caldwell were together the entire

6    day?

7    A.   From the photos and videos that they posted.

8    Q.   Okay.

9    A.   That would be the only source, though.

10   Q.   Fair enough.

11        And, Agent, the --

12        MR. FISCHER:  Court's indulgence.

13        If I could -- Ms. Rohde, if you can please put up

14   1515.1, and if you could give me one second with --

15   BY MR. FISCHER:

16   Q.   Agent, I'm going to show you just in a second -- this is a

17   government's exhibit that was marked 1515.1.  It's going to be

18   pulled up in front of you.  It was admitted into evidence, I

19   believe, yesterday.

20   A.   Okay.

21   Q.   While she's doing that, Agent, you are familiar with the

22   area, the Peace Circle and the Peace fountain; is that correct?

23   A.   I am.

24   Q.   Would you agree that area was not restricted -- it was

25   unrestricted grounds on January 6th.  Would you agree with

1    that?

2    A.   The Peace Circle itself, the monument itself, was not on

3    restricted grounds.

4    Q.   Okay.

5          MR. FISCHER:   Court's indulgence.

6          Ms. Rohde, it's 1515.1.  And let's see.  Okay.  If we

7    could freeze it right there, please.

8    BY MR. FISCHER:

9    Q.   You could see -- would you agree that seems to be a

10   closed-circuit TV camera that shows an angle facing from the

11   west towards the -- towards the west side of the Capitol, I

12   should say, around Peace -- the Peace monument?

13   A.   That is difficult.  It's just -- one moment.  Let me look.

14   Q.   You can also look to the right also.  There's a graphic on

15   the right.

16   A.   Yes.

17   Q.   Does that appear to be the area --

18   A.   Yes.

19   Q.   -- not where the crowd is standing at right there, but the

20   area, roughly, where Mr. Caldwell was at earlier in the day; is

21   that correct?

22   A.   It would appear to be behind, yes.

23   Q.   Okay.  And so that video is shown at 12:51 p.m.

24   January 6th; is that correct?

25   A.   That's correct.

```
 1                 MR. FISCHER:  And if I can ask you -- can you forward
 2      it to 12:54, please.  Yes, time.  I think it --
 3                 Actually, if you can't, then I'm going to have
 4      Exhibit No. 80, please.  I'll put our exhibit in.  Can you put
 5      up No. 80, please.  Give us one second here.
 6      BY MR. FISCHER:
 7      Q.  Okay.  Agent, I'm going to show you what's been marked as
 8      Defense Exhibit 80.  Does that appear to be the same camera
 9      angle?
10      A.  Yes.
11      Q.  Okay.
12                 MR. FISCHER:  And if you can stop it right there.
13                 (A video recording was played.)
14      BY MR. FISCHER:
15      Q.  It appears, you'd agree, the time stamp here -- if you can
16      put that up -- is January 6th, 2021?
17                 THE COURT:  Mr. Fischer, hang on.  Sorry to interrupt
18      you.
19            Any objection?
20                 MR. NESTLER:  No objection, Your Honor.
21                 THE COURT:  You may publish Caldwell 80.
22      BY MR. FISCHER:
23      Q.  And it says 17:40 hours, which is UTC time, which would be
24      12:40 p.m. in the afternoon; correct?
25      A.  That's correct.
```

1          MR. FISCHER:  Okay.  If you could move -- move the

2     tape forward and --

3     BY MR. FISCHER:

4     Q.  So right now we are at --

5          MR. FISCHER:  I want to stop it right there.  Okay.

6     BY MR. FISCHER:

7     Q.  So the -- so the video starts at 17:40.  And it's now 13:35

8     seconds into it.  So it's at 17:40, and you add 13, that looks

9     like it's about 12:53.  Does that sound about right?

10    A.  Correct.

11    Q.  So at 12:53 p.m. --

12         MR. FISCHER:  Go ahead and play the video, please.

13         (A video recording was played.)

14    BY MR. FISCHER:

15    Q.  -- does it appear that the crowd is moving forward towards

16    where the police and the bike racks were?

17    A.  It's not the best video, but it appears -- I can see it

18    most from the left side of the screen, yes.

19    Q.  Okay.

20         MR. FISCHER:  Can we skip ahead 30 seconds, please,

21    just for time.  Skip it another 30 seconds, please.

22         Okay.  And we'll stop it right there.

23         (A video recording was played.)

24    BY MR. FISCHER:

25    Q.  Does it appear that there are protesters or other

4812

1    individuals who have moved past the barricades and the police

2    officers that were out there?

3    A.  Yes.

4    Q.  Okay.  And if -- that looks like that's at 14:58.  So that

5    would be -- that would be at 12:54:58.  So basically 12:55 p.m.

6    on January 6th is what we're showing; is that correct?

7    A.  That's correct.

8    Q.  And you'd agree, Mr. and Mrs. Caldwell did not arrive to

9    the Peace fountain until 1:13 p.m.?

10   A.  That's the photo metadata that we have, yes.

11            MR. FISCHER:  And could we move this forward about

12   90 seconds, please.  Okay.  And another 60 seconds, please.

13   Okay.  Right there.  You can stop.

14            (A video recording was played.)

15   BY MR. FISCHER:

16   Q.  Okay, Agent.  You would agree at this time that 17 -- it

17   looks like it's 12:57 p.m.  It appears that the barricades, the

18   bike racks, and the fences, and the police that were out there

19   are no longer there; is that correct?

20   A.  That were on the sidewalk?

21   Q.  That were blocking the people on the circle from getting up

22   to where the police were at.

23   A.  That's correct.  But the bike racks are still in place

24   directly to the east of the Peace monument.

25   Q.  Okay.  You mean the ones that are in the very front of the

1    picture?

2    A.   Yes.

3    Q.   Okay.  Fair enough.

4         But the ones that were blocking the walkway where the

5    police were appear to no longer be in place; correct?

6    A.   Yes.   Those were the interior barriers, yes.

7    Q.   Okay.  And that would be 16 minutes before the Caldwells

8    arrive -- approximately 16 minutes before they arrived at the

9    Peace fountain; correct?

10   A.   I'm not sure when they arrived.  We just have photo

11   metadata showing that the photo was taken from the Peace

12   monument at 1:13 p.m.

13   Q.   Okay.  Fair enough.

14        MR. FISCHER:  And if I could have -- Ms. Rohde, if

15   you could please pull up -- this is 22.V.1.  Okay.  If you can

16   go back to the very beginning, please.

17        I apologize.  Court's indulgence.

18        We're going to put up what's been marked as

19   Government's 1500.

20   BY MR. FISCHER:

21   Q.   Okay.  Agent, as this goes, I'm going to stop things here

22   in a second, but this was -- obviously, you -- the government

23   played this montage here earlier.

24             (A video recording was played.)

25   ///

 1    BY MR. FISCHER:

 2    Q.  And the first line that's going to show is an orange line,

 3    which is going to show the movements of Mr. and Mrs. Caldwell.

 4           MR. FISCHER:  So if we could stop right there.

 5    BY MR. FISCHER:

 6    Q.  You would agree that Mr. Caldwell and his wife appear to be

 7    at 12:36 p.m. in this picture; is that right?

 8    A.  Yes.

 9    Q.  And do you know what area of D.C. -- do you know where

10    they're located at as they're walking there?

11    A.  Yes.  They are walking east on Constitution Avenue in the

12    intersection of 14th Street.

13    Q.  Okay.  So it appears, actually, that they're east of 14th

14    Street and are heading towards the Peace fountain.  Would that

15    be fair to say?

16    A.  They are heading in the -- east on Constitution.

17           MR. FISCHER:  Okay.  And if we could move it forward

18    to the next -- just until they get to the Peace fountain.

19           (A video recording was played.)

20    BY MR. FISCHER:

21    Q.  And would you agree that the distance between that area --

22    the 14th Street area and Constitution Avenue and the Peace

23    fountain -- is, approximately, maybe a mile, maybe a mile and

24    tenth.  Does that sound about right?

25    A.  I was going to say 1.1 miles.  Yes, sir.

1          MR. FISCHER:  In fact, if we can stop it right there.

2               (A video recording was played.)

3     BY MR. FISCHER:

4     Q.  So it appears that Mr. and Mrs. Caldwell, as you indicated

5     earlier, arrived at the Peace fountain around 1:13 p.m.  Does

6     that sound right?

7     A.  I don't know when they arrived.  We just have this photo

8     and the metadata associated with it taken near the Peace

9     monument at 1:13 p.m.

10    Q.  Okay.  Well, you would agree that's a time difference of

11    about 37 minutes between when the first -- when they're walking

12    in the parade and when this photo shows up at 1:13 p.m.;

13    correct?

14    A.  That's correct.

15    Q.  Okay.

16          MR. FISCHER:  And if we can play a little bit.  Let's

17    go on a little bit further.  We'll move ahead about a minute.

18               (A video recording was played.)

19          MR. FISCHER:  And let's stop it right there.

20    BY MR. FISCHER:

21    Q.  You can see up at -- up at the top right, there's a Signal

22    message regarding Stewart Rhodes that shows up on this montage;

23    correct?

24    A.  Correct.

25    Q.  And that's from the DC OP: Jan 6 21 chat; correct?

1    A.  Correct.

2    Q.  And you agree that Mr. Caldwell was not on that chat; is

3    that right?

4    A.  Not that I'm aware of.

5    Q.  Okay.

6             MR. FISCHER:  And you can go ahead and start playing

7    it, Ms. Rohde.

8             (A video recording was played.)

9    BY MR. FISCHER:

10   Q.  And you see on the left, Stack 1, apparently, leaves the

11   Ellipse about 50 minutes after the Caldwells already left; is

12   that right?  Approximately?

13   A.  Approximately.

14   Q.  Okay.  And then we have another -- we have another message

15   that comes up from Stewart Rhodes, again, that Mr. Caldwell

16   is -- is not a party to; correct?

17   A.  Correct.  That -- as far as I know.

18            MR. FISCHER:  All right.  So let's move it ahead

19   about 30 seconds, please.

20            (A video recording was played.)

21   BY MR. FISCHER:

22   Q.  And, again, every -- as -- as it's moving ahead, every time

23   one of these Stewart Rhodes Signal messages come up, that's not

24   on Mr. Caldwell.

25            MR. FISCHER:  So let's stop right here, Ms. Rohde.

1    BY MR. FISCHER:

2    Q.  Agent, would you agree that Mr. Caldwell -- there is no

3    evidence that Mr. Caldwell had any contact with Graydon Young,

4    to your knowledge; is that right?

5    A.  To my knowledge, they had contact the morning of before the

6    rally, which was what the video showed this morning.

7    Mr. Caldwell was surrounded by Florida Oath Keepers.

8    Q.  Well, would you agree the video showed Mr. Caldwell panning

9    the audience of the Trump rally, is what the video showed; and

10   it also caught these -- some members of the Oath Keepers in the

11   video; correct?

12   A.  Surrounding him, yes.

13   Q.  And -- and you don't have any video of any of those -- of

14   Mr. Young speaking with Mr. Caldwell; correct?

15   A.  No additional video that I'm aware of.

16   Q.  And Mr. Berry, the same way; correct?

17   A.  Correct.

18   Q.  Laura Steele, the same way; correct?

19   A.  Correct.

20   Q.  Okay.  Kelly Meggs; correct?

21   A.  Not that I'm aware of.

22   Q.  Okay.  James Beeks; is that correct, also?

23   A.  Not that I'm aware of, yes.

24   Q.  And would you agree Mr. Beeks -- through your

25   investigation, you found out that Mr. Beeks is actually a

```
1    Broadway actor?

2    A.  Through my investigation?

3              MR. NESTLER:  Objection.

4              THE COURT:  Overruled.  If she knows.

5    BY MR. FISCHER:

6    Q.  You're aware he's a Broadway actor?

7    A.  Correct.

8    Q.  And you're aware Mr. Young is an MBA and a small business

9    owner; correct?

10   A.  Correct.

11   BY MR. FISCHER:

12   Q.  Okay.  And on this, with the exception of Jessica Watkins

13   and Donovan Crowl, the FBI has absolutely no evidence that

14   Mr. Caldwell has ever spoken to any of these individuals or has

15   communicated with them digitally by telephone, text, Signal, or

16   any other way; is that correct?

17   A.  As far as I'm aware.

18   Q.  Okay.  Great.

19             MR. FISCHER:  We're going to play on here.  Let's go

20   about 30 seconds up, please.

21             (A video recording was played.)

22             MR. FISCHER:  You can move on.  Move on.

23             (A video recording was played.)

24   BY MR. FISCHER:

25   Q.  Okay.  And we'll just let it play.  But you -- you -- you
```

1  would agree that Mr. Caldwell -- there's no evidence that

2  Mr. Caldwell has ever spoken with Mr. Dolan or Mr. Harrelson or

3  has had any type of digital communication with them; would that

4  be fair to say?

5  A.  Digital communication, as --

6  Q.  Like text messages.

7  A.  As far as I'm aware, no.

8  Q.  In fact, Ms. Dolan and Mr. Harrelson are from Florida, if

9  I'm not mistaken; is that right?

10  A.  That's correct.

11          MR. FISCHER:  Let's move it about 30 seconds up,

12  please.

13          (A video recording was played.)

14          MR. FISCHER:  Another 30 seconds, please.

15          (A video recording was played.)

16          MR. FISCHER:  Another 30.

17          (A video recording was played.)

18          MR. FISCHER:  And let's stop right there.  Okay.

19  Let's go back just a little bit.

20  BY MR. FISCHER:

21  Q.  Now, Agent, as the government's own exhibit shows up there

22  on the left, it shows Mr. Caldwell at the Peace fountain at

23  2:19 p.m.; is that correct?

24  A.  Yes.

25  Q.  Okay.  And you're aware that Congress, if they had not

1    already started evacuating, were ordered to be evacuated right

2    about that time, 2:19, 2:20 p.m.; is that right?

3    A.  I believe they recessed, ultimately, at 2:29 p.m.

4    Q.  They recessed, but they were ordered to be evac- -- there

5    was an evacuation order at 2:30 p.m.?

6    A.  On and off, yes.

7    Q.  Okay.  So, Agent, you talked about a lot of military terms

8    before, but I'm going to give you a legal term.  Have you ever

9    heard of an alibi?

10   A.  Yes.

11   Q.  Well, Mr. Caldwell is charged with -- one of the things

12   he's charged with is obstructing an official proceeding, namely

13   the Electoral College.  You would agree Mr. Caldwell is at the

14   Peace fountain right when members of Congress are being

15   evacuated out of the U.S. Capitol; is that correct?

16   A.  He's near the Peace monument, as far as I can tell from

17   this photo.

18   Q.  Okay.  Well, he's also charged with conspiring to,

19   essentially, chase members of Congress away from their jobs or

20   their posts.  You'd agree at 2:19 p.m., he doesn't appear to be

21   doing that, does he?

22   A.  I can see this photo taken from outside the U.S. Capitol on

23   the west side at 2:19 p.m.

24   Q.  Okay.  Well, is -- let's be clear.  This isn't my exhibit.

25   It's theirs.  It's yours.

1    A.  I agree.

2    Q.  It's the government's exhibit.  It says right there at the

3    Peace fountain 2:19 p.m.; correct?

4    A.  Correct.

5    Q.  And the Peace fountain is not even -- was not even on

6    restricted grounds on January 6th?

7    A.  Correct.

8              MR. FISCHER:  Let's move it along about 30 seconds,

9    please.  And let's stop right -- we'll go -- stop right there

10   for a second.

11             (A video recording was played.)

12   BY MR. FISCHER:

13   Q.  You'll see Stack 1 -- that's with Jessica Watkins and

14   others -- is on the north side of the Capitol; right?

15   A.  Correct.

16   Q.  And you see the yellow line that kind of traces inside

17   Independence Avenue; right?

18   A.  Correct.

19             MR. FISCHER:  We can move along another 30, please.

20   Okay.  Another 30 seconds, please.  Another 30.  All right.

21   Let's stop right there.

22             (A video recording was played.)

23   BY MR. FISCHER:

24   Q.  At this point you would agree, Mr. Caldwell is not having

25   physical contact with any of the players involved in the blue

1    line, the green line, or the yellow line; is that right?

2    A.  Physical contact, no, he was not.

3             MR. FISCHER:  Okay.  We'll move along 30 seconds.

4    30 seconds, please.  Let's stop right there.

5             (A video recording was played.)

6    BY MR. FISCHER:

7    Q.  Okay.  Agent, there was one message, I believe, that

8    Mr. Caldwell sent to Jessica Watkins at around, I think it was,

9    2:06 where he said:  Jessica, where are you; is that correct?

10   A.  Yes.

11   Q.  So let's just be clear.  On January 6th the FBI has no

12   evidence that Mr. Caldwell had any personal contact or digital

13   communication of any type with Stewart Rhodes; is that correct?

14   A.  Sorry.  I'm just making sure.  I haven't, obviously, been

15   doing this for 90 days.  Not that I can recall on the 6th.

16   Q.  And you would agree that Mr. Caldwell had no physical

17   contact or digital contact with Kelly Meggs; correct?  Besides

18   showing up in a video that he's taking, no conversation that

19   you know of and no digital contact; right?

20   A.  On January 6th?

21   Q.  That's correct.

22   A.  I'm sorry.  From the video, no.

23   Q.  And the same with Mr. Harrelson; correct?

24   A.  Correct.

25   Q.  Okay.  And with Ms. Watkins, there was a message that

1       Mr. Caldwell sent that said, on January 6th -- well, let me

2       withdraw that.

3              The allegation here is that Mr. Caldwell is in a

4       conspiracy with four other defendants here; right?  Does that

5       sound right?

6       A.  Correct.

7       Q.  And so he's had no contact with anybody on January 6th

8       except Jessica Watkins; right?

9       A.  Of those four defendants?

10      Q.  Yes.

11      A.  I'm sorry.  Can you please repeat.

12      Q.  On January 6th -- I think you've already testified -- he

13      had no contact, no conversations or digital communications with

14      three of the defendants here.  Everybody except Jessica

15      Watkins; right?

16              MR. NESTLER:  Objection.  Misstates the evidence.

17              THE COURT:  It's cross-examination.  If she can

18      remember what the evidence shows.

19      BY MR. FISCHER:

20      Q.  On January 6th you have no evidence that Mr. Caldwell ever

21      held a conversation with or communicated with digitally three

22      of the defendants?  Everybody except Ms. Watkins; correct?

23      A.  Direct message conversations, text message, I have not --

24      not that I can recall.

25      Q.  And Jessica Watkins, the other person he's allegedly

1  coordinating with, his first words to her were:  Where are you

2  Jessica?  Right?

3  A.  Yes, it was a very long text, but yes.

4  Q.  Well, that doesn't sound like coordination to me.  Would

5  you agree with that?

6  A.  It was followed by Pence punked out.

7  Q.  From -- also in this portion of the video -- in this

8  portion of this re-creation, the yellow line and the orange

9  line seem to meet at the Peace fountain; correct?

10  A.  Appear to meet at the Peace fountain?

11  Q.  They appear to run by one another at the Peace fountain?

12  A.  At this point; correct.

13  Q.  Okay.  However -- and that would suggest that Ms. Caldwell

14  and the people she was with, the Oath Keepers stack, somehow

15  were right at the Peace Circle at some point.  Is that what

16  this exhibit -- from what I can see here?

17  A.  This -- this shows the movement of Stack 1, and it is also

18  showing the movement of Mr. and Mrs. Caldwell at that point.

19  Q.  Well --

20  A.  Not to imply that they met at that point.

21  Q.  In fact, they did not meet at that point, to your

22  knowledge; correct?

23  A.  To my knowledge.

24  Q.  And, in fact, that yellow line should be farther away from

25  the orange line because the Oath Keepers did not get that close

1    to the Peace fountain as they marched to the Capitol; correct?

2    A.  Are -- you mean like not on -- I understand what you're

3    saying, but the yellow line looks to be drawn on -- almost on

4    top of the Peace fountain; correct.

5    Q.  Correct.  But, in fact, the Oath Keepers did not walk on

6    the Peace fountain circle.  They walked north of the Peace

7    fountain circle.  In other words, higher on this exhibit;

8    right?

9    A.  Yes, they did not walk on top of the Peace fountain.

10          MR. FISCHER:  Fair enough.  If we can move along

11    another 30 seconds, please.  And we'll keep going.  Another 30,

12    please.

13          (A video recording was played.)

14          MR. FISCHER:  Other 30, please.

15          (A video recording was played.)

16          MR. FISCHER:  Another 30.

17          (A video recording was played.)

18          MR. FISCHER:  And another 30, please.

19          (A video recording was played.)

20          MR. FISCHER:  Just another 30 seconds, please.

21          (A video recording was played.)

22          MR. FISCHER:  Another 30.

23          (A video recording was played.)

24    BY MR. FISCHER:

25    Q.  Okay.  So, Agent, let's be clear again.  At this point,

1   2:41 p.m., you do not see any contact with the green line, the

2   yellow line, or the blue line, the people who those are

3   represented by -- correct? -- with Mr. Caldwell?  Right?

4   A.   Correct.

5          MR. FISCHER:  Okay.  And at this time, if I can --

6   Ms. Rohde, you can put that down.  If we can bring Defense

7   Exhibit 87 up.

8   BY MR. FISCHER:

9   Q.   Agent, I'm going -- I want to show you a video.  Actually,

10  the government has already introduced a similar exhibit.

11         THE COURT:  Any objection, Mr. Nestler to showing 87?

12         MR. NESTLER:  No, Your Honor.

13         THE COURT:  Okay.

14         (An audio-visual recording was played.)

15  BY MR. FISCHER:

16  Q.   I'm going to show you what's been marked as Caldwell

17  Exhibit 87.  And I'm going to ask you to listen.

18         MR. FISCHER:  If we can turn the volume up on this,

19  please.

20  BY MR. FISCHER:

21  Q.   So you, obviously, are familiar with the famous Caldwell

22  video about Nancy Pelosi's doorknob; right?

23  A.   I have viewed it, yes.

24  Q.   Okay.  And I'm going to play for you the section of it that

25  was not included in the government's exhibit.  So let's --

```
 1                   (An audio-visual recording was played.)

 2      BY MR. FISCHER:

 3      Q.  Isn't it true towards the end of the video you hear

 4      Mr. Caldwell say, "Let's go.  Let's go"?

 5      A.  I didn't hear that.  You'd have to play it again for me.

 6      Q.  We'll move it forward then.  That's fine.

 7                   (An audio-visual recording was played.)

 8            MR. FISCHER:  We can move another minute, please.

 9      Right there.  That's fine.  Move back a little bit.  All right.

10      Move it back more.  Okay.

11            Court's indulgence.

12                   (An audio-visual recording was played.)

13      BY MR. FISCHER:

14      Q.  That appears, would you agree, Mr. Caldwell -- let's go

15      and -- "Let's go.  Let's go," Mrs. Caldwell says, "Okay.  I've

16      got my flag"?

17      A.  I heard Ms. Caldwell say, "I've got my flag."  I cannot

18      tell if that's Mr. Caldwell saying let's go or -- I --

19      Q.  It kind of sounds like they're starting to pack up and go,

20      doesn't it?

21      A.  Again, all I hear her say is, "Where's my flag?"

22            MR. FISCHER:  Your Honor, this might be a good place.

23      I don't know if the Court wants me to go another ten minutes --

24            THE COURT:  (Nods head.)

25            MR. FISCHER:  Keep going.  Okay.  Court's indulgence.
```

1          You can take that down.

2     BY MR. FISCHER:

3     Q.  All right.  In the video that was shown, Government's

4     Exhibit 1500, the various lines, the orange line, yellow line,

5     there was a part in there about a couple of guys in a golf

6     cart; is that right?

7     A.  Yes.

8     Q.  Yeah.  You'd agree, at one point during that video,

9     apparently one of the -- one of the occupants of the golf cart

10    had Siri on, giving directions to them to the Capitol.  Do you

11    remember that?

12    A.  Correct.

13    Q.  And, again, wouldn't you agree that if you're planning to

14    do something at the Capitol, you wouldn't need to have Siri

15    give directions to the Capitol?

16    A.  I don't -- I disagree.

17    Q.  Okay.

18    A.  It was very busy, crowded that day, especially at

19    that point in time.  And there were blockades everywhere.

20    So I believe you would -- I would need directions to get

21    in.

22    Q.  Okay.

23          MR. FISCHER:  Court's indulgence.

24          Ms. Rohde, if we can show Government

25    Exhibit 2001.T.129.52.

1    BY MR. FISCHER:

2    Q.  Do you recognize this exhibit?

3    A.  Yes.

4    Q.  Okay.  It's at 3:05 p.m. on January 6th, 2021; right?  Is

5    that correct?

6    A.  Yes.

7    Q.  It's Mr. Caldwell saying, "Inside."  Is that correct?

8    A.  Yes.

9    Q.  Are you aware that this is one of the messages that

10   Mr. Caldwell sent that led your colleague Agent Palian to

11   believe that he actually went inside the Capitol?

12   A.  I'm not aware.

13   Q.  Okay.  Have you ever found a video of Mr. Caldwell --

14   Mr. and Mrs. Caldwell leaving the inaugural balcony?

15   A.  Have I viewed a video of Mr. and Mrs. Calendar leaving the

16   balcony?  No.

17   Q.  Okay.

18         MR. FISCHER:  Court's indulgence.

19   BY MR. FISCHER:

20   Q.  I know during your investigation you also -- as part of

21   your investigation of Mr. Caldwell, you looked at the term

22   recce, which I think you described as reconnaissance; right?

23   A.  Correct.

24   Q.  And from -- from your experience in the military,

25   reconnaissance means that you're searching out and studying a

1    target; is that correct?

2    A.   Just generally gathering intelligence, location specifics,

3    yes, about a target, location.

4    Q.   And, in fact, obviously, when you read Mr. Caldwell's

5    social media messages, the fact that he kept talking about

6    recces, prestrike recces, that concerned the FBI; is that

7    true?

8    A.   In combination with the events of January 6th, absolutely.

9    Q.   Fair enough.

10         I'm going to show you what's been marked as Defense

11   Exhibit 10.  It's already in evidence and admitted.  Do you

12   remember that document?

13   A.   The document itself?

14   Q.   If you want to take a second, you can read it to yourself.

15   A.   And this has already been introduced?

16   Q.   It's already been admitted.

17         Would you agree that appears to be a Signal message that

18   Mr. Caldwell sent to someone named TREES Shawn Pugh, actually

19   is the name?

20   A.   I am -- I can't tell from this photo.

21   Q.   Okay.  Let me show you --

22              THE COURT:  Hang on.  Hang on.  Mr. Fischer, it's

23   introduced.  She doesn't need to -- you can just ask her.  I

24   mean, it's -- doesn't matter however it's been admitted.

25              MR. FISCHER:  I'll do that, Your Honor.

1    BY MR. FISCHER:

2    Q.  Would you agree, Agent, the person that sent this indicated

3    down in -- halfway down towards the right, quote, Just got

4    recce.  Lots of fresh porta potties being placed.  Do you agree

5    with that?

6    A.  That is what it states.

7    Q.  Okay.  I mean, you work on -- you worked on an

8    investigation with other FBI agents in this case; is that

9    correct?

10   A.  Correct.

11   Q.  You worked with Agent Palian and Agent Hilgeman; is that

12   right?

13   A.  Correct.

14   Q.  Among -- among others; right?

15   A.  Correct.

16   Q.  Did this topic of conversation ever come up about the recce

17   being aimed at porta potties?  Did that ever come up during

18   your investigation?

19   A.  I am aware that he mentioned, in combination with the

20   recce, porta potties being available; as I am aware that he

21   also included maps of downtown D.C.

22   Q.  Okay.  Yeah.  And were you aware of the maps -- the maps

23   that he included of downtown D.C., you're familiar with those

24   maps?

25   A.  Yes.  They show multiple ingress and egress routes to

1    downtown D.C.

2    Q.  And were you aware that those maps directed the QRF to

3    Georgetown?

4    A.  I am not aware that they were directing the QRF to

5    Georgetown insomuch as directing -- showing infill and exfill

6    routes into D.C.

7    Q.  Well, I mean, are you familiar with the geography and

8    traffic patterns of Washington?

9    A.  I am.

10   Q.  Okay.  Do you know where M Street is at?

11   A.  Yes.

12   Q.  And you must -- then you must realize that M Street goes

13   one way from west to east and then dead ends because M Street

14   goes east to west one way; does that sound right?

15   A.  Correct, with multiple north-south facing streets

16   intersecting.

17   Q.  So if I were to tell you one of your colleagues testified

18   that the QRF was going to go M Street all the way across the

19   top of -- the north of the Capitol, you'd agree that really

20   wouldn't be possible, would it?

21              MR. NESTLER:  Objection.

22              THE COURT:  Sustained.  Rephrase the question.  It's

23   sustained.  As worded, it's sustained.

24   BY MR. FISCHER:

25   Q.  You talked about Zello in your testimony; is that right?

1    A.  That's correct.

2    Q.  Okay.  And, again, there was an exhibit put up that showed

3    that Mr. Caldwell's Signal CAG Spy had some Zello sign up at

4    some point; is that right?

5    A.  I'm sorry?

6    Q.  There was a Zello -- there was -- the government put up an

7    exhibit.  It said CAG Spy?

8    A.  Yes, from Zello.

9    Q.  Okay.  That's a moniker the government and the FBI have

10   tied to Mr. Caldwell; right?

11   A.  That was the username he gave himself when he registered

12   for Zello.

13   Q.  Were you -- and you would agree that the FBI has done a

14   forensic analysis of Mr. Caldwell's cell phone regarding Zello;

15   right?

16   A.  Correct.

17   Q.  And you'd agree that in the FBI's own lab, their own

18   forensic expert determined that Zello had not been utilized on

19   Mr. Caldwell's phone after mid-November of 2020; does that

20   sound right?

21   A.  That -- that does sound familiar, yes.

22   Q.  Okay.  Okay.  The -- on -- on the issue of the maps we said

23   before, are you aware that -- that the maps for the QRF

24   directed the QRF to go across the Key Bridge and into

25   Georgetown?

1   A.  I'm -- do you have the map available so -- I don't remember

2   exactly.

3   Q.  Sure.  I might put in what's been marked as Exhibit No. --

4   Caldwell No. 120.  First of all, I will show you.  I want to

5   show you -- so this is already in evidence, Agent.  It's

6   Exhibit 120.  Would you agree the top left says

7   voicesinmyhead1954, an email tied to Mr. Caldwell; correct?

8   A.  Yes.

9   Q.  And will you read the language of the email that's sent

10  regarding more old maps?

11  A.  Subject is more old maps.

12      Body:  More of the ones you saw first time.  Number six

13  is important for Wednesday, because it shows which roads are

14  one way, and I intend to find us parking either 1) 19th Street,

15  south of Dupont Circle or 2) Mass Ave, east of Dupont Circle.

16  These circles can get tricky.

17  Q.  And, Agent, are you aware where 19th Street and south of

18  Dupont Circle is located?

19  A.  North -- northern part of the city, yes.

20  Q.  Yeah.  Northwest of the White House, probably

21  three-quarters of a mile, give or take; right?  It doesn't

22  sound very close to the Capitol; right?

23  A.  This doesn't mention the Capitol or the QRF, so.

24  Q.  Okay.  Well, the -- the time on this email, you would

25  agree, is January 3rd, 23:50 hours; correct?

4835

1          MR. NESTLER:  Your Honor, objection.  It's beyond the

2     scope.

3          MR. FISCHER:  I think it's a little late for that,

4     Your Honor.  We've been asking questions for five minutes.

5          THE COURT:  Well --

6          MR. NESTLER:  I gave some before I objected.

7          THE COURT:  We can keep going.  Why don't we finish

8     up this line and we can break.

9     BY MR. FISCHER:

10    Q.  Agent, I'm going to show you the next email.  We said that

11    that email was January 3rd, and it was at 23:50.  And the next

12    email appears to be time stamped, would you agree, Jan 3rd,

13    23:54 hours?  Is that right?  Four minutes later?

14    A.  Correct.  Correct.

15    Q.  Can you go ahead and read that email out, please.

16    A.  New maps relative to hotel and ingress for QRF.

17         The body?

18    Q.  Yes?

19    A.  These maps walk you from the hotel into D.C. and east

20    toward the target area on multiple roads running west to east,

21    including M Street and P street, two of my favorites.  One

22    shows a quick left-hand jog up Wisconsin Avenue and then you

23    can blast east on P or O.  Avoids a lot of crud.

24    Q.  Okay.  And I'm going to show you page 2 of Exhibit 121.

25    Zoom in a little more.

4836

1          Okay.  Do you see M Street on the map?

2     A.  I do.

3     Q.  Okay.  So it appears the directions Mr. Caldwell gave to

4     the QRF were that you could go east on M Street and P Street,

5     two of his favorites; right?

6     A.  Yes.

7     Q.  Okay.  And you know, obviously, the streets in D.C., the

8     letters go, you know -- they're on latitudes.  So he also says

9     you can take a left, a quick left-hand jog, on Wisconsin

10    Avenue; right?

11    A.  Correct.

12    Q.  That would mean you would have to go north -- you would

13    take either M or P Street and then make a left going north --

14    going north over here, farther north away from the Capitol;

15    right?

16    A.  According to those directions, yes.

17    Q.  Were you aware that there were several road closures in

18    Washington, D.C., on January 6th?

19    A.  Personally aware, yes.

20    Q.  Okay.  What -- what direction -- when you came to the

21    Capitol, what highway or roads did you take in?

22    A.  Initially, I tried to come in on Route 50.  Constitution

23    Avenue was blocked.  Used Google Maps.  Came on 395.  And then

24    when I deployed to the Capitol, all of the roads were blocked,

25    and we had to find multiple ways around.

4837

```
1    Q.  So the bottom line, what you found out was the quickest way

2    to get into D.C. was to go 66, 395 right by the Capitol; right?

3    A.  Well, I went 50 to 395.  But I understand there was --

4    there were a lot of roadblocks.  There's a lot of traffic.

5    Q.  Understood.

6              MR. FISCHER:  Your Honor, I have nothing else of this

7    witness.

8              THE COURT:  Okay.  Thank you, Mr. Fischer.

9         Okay.  Ladies and gentlemen, we're going to break for

10   the day.  It's 5 o'clock now.  I look forward to seeing you

11   tomorrow.  Remember, we will start tomorrow at 9:00 and then

12   end at noon so we can get in our half day, and then we will be

13   done for the week.

14        Thank you all very much, and we'll see you tomorrow.

15             (Proceedings held outside the presence of the jury.)

16             THE COURT:  All right.  Agent Drew, you can step

17   down.  And just a reminder, do not discuss your testimony

18   overnight.

19             THE WITNESS:  Thank you, Your Honor.

20             THE COURT:  Thank you very much.

21        Have a seat, everyone.

22        All right.  Just before we adjourn, are there any loose

23   ends we need to tie up before tomorrow morning?

24             MR. NESTLER:  Not from the government.

25             MR. CRISP:  What was the question?
```

4838

1          THE COURT:  Any loose ends to tie up before the

2   morning?

3          MR. CRISP:  Not from defense, Judge, no.

4          MS. HALLER:  We may have one, but I'd like to ask the

5   government first when they --

6          MR. WOODWARD:  Your Honor, laptops.

7          THE COURT:  I don't have an answer.

8          MS. HALLER:  We received some pictures today from the

9   government related to something, I believe, they intend to

10  introduce tomorrow we have objections to.  We could do -- I

11  don't know when Your Honor wants to hear about it, but,

12  essentially, in a nutshell, there's about five pictures that

13  show broken glass and -- and people breaking glass not at the

14  time that these defendants were present at the Capitol and --

15  and not the defendants.

16      So the pictures we deem prejudicial and without

17  foundation.

18          THE COURT:  Let me ask.  Are these -- what are those

19  photos of?  Are these the glass broken on the east Capitol --

20  whatever those doors are called?

21          MS. HALLER:  They are in -- in the -- in that

22  location, yes, Your Honor.

23          THE COURT:  Mr. Manzo.

24          MR. MANZO:  So, Your Honor, these are photos that

25  we'll be introducing through agent -- or not agent, but Officer

1    Ryan Salke.  He was one of the officers at the east doors that

2    the stack came in through.  And so he has a couple photos on

3    his personal phone that he provided, and there was a couple

4    photos from journalists that were also provided.  So he'd be

5    identifying himself on those photos as a fair and accurate

6    representation of -- of his placement on the afternoon of

7    January 6th at the ingress and egress of the doors that Stack 1

8    and Stack 2 entered in and came out of.

9              THE COURT:  Okay.

10             MS. HALLER:  Should I show Your Honor the pictures?

11   We can.

12             THE COURT:  Sure.  If you've got them.

13             MS. HALLER:  Stanley is running our technology.

14             THE COURT:  That's not saying a lot.

15             MR. WOODWARD:  Judge.  Objection.

16             UNIDENTIFIED ATTORNEY:  Overruled.

17             THE COURT:  We've been long enough together; I could

18   say that.

19             MS. HALLER:  So these are the pictures.  And, yes,

20   these are the doors that the group -- the defendants that are

21   alleged to have entered, but not at this time.  And we don't

22   have time on the photos to confirm what I was saying because I

23   know from --

24             THE COURT:  Well, let me ask.  Is the officer going

25   to come in and testify that these are photos in, sort of,

1    moments before?

2              MR. MANZO:  Yes.  So the --

3              THE COURT:  -- the doors opened and the defendants

4    went in?

5              MR. MANZO:  So the third photo, actually is the

6    *L.A. Times* video that will be playing through the officer, and

7    this is moments before Stack 1 came in.

8              MS. HALLER:  Can we -- when you say "moments before,"

9    can we get a time on the pictures?

10             MR. MANZO:  Maybe.  I mean --

11             THE COURT:  We've seen it.  It's within, like 2

12   minutes?

13             MS. HALLER:  No.  Like, is there a time?

14             MR. MANZO:  This is a still from the *L.A. Times* video

15   that's already in evidence.

16             MS. HALLER:  But you don't have metadata?

17             MR. MANZO:  I do, but not on this picture.  These are

18   just five pictures the officer provided to me.

19             THE COURT:  Right.  You can look at the video to know

20   what time the -- what the metadata -- what the actual time of

21   the photo is.

22             MS. HALLER:  So these are all from the *L.A. Times*?

23             MR. MANZO:  No, no.  And then the other photos here,

24   he's going to testify to the violence of the mob and how hard

25   it was to secure that door.

1          THE COURT:  Sure.

2          MR. MANZO:  And the mob, of course --

3          THE COURT:  Look, the first three are clearly

4    admissible.  As long as he gets up and says this is me and this

5    is, you know, a fair and accurate photo of me later on.  The

6    relevant time, that's certainly fine.  And what do we have

7    here?

8          MR. MANZO:  And then these are just two photos he

9    took on January 6th.  The top one here is of the doors after

10   they had finally been secured at the end of the day.  And then

11   he took a picture of the Rotunda.  I don't think I'll even use

12   the picture of the Rotunda.  I don't think it has --

13         THE COURT:  Okay.

14         MR. MANZO:  -- particularly probative value.

15         MS. HALLER:  But this --

16         MR. MANZO:  And then this is -- the final picture

17   here is, again, him looking out as they're trying to secure

18   the -- the east doors.

19         THE COURT:  Okay.  All right.  Well, I think, you

20   know, other than the one of the Rotunda, which I don't know

21   what that -- what value that adds, the rest of them are

22   certainly relevant.  You know, it shows him at the time of the

23   events in question.  And then the one afterwards shows the

24   condition of the door at the end of the day.  And there was a

25   destruction of property charge in the case.  So -- and I assume

1       that's the government property the government says was damaged?

2                   MR. MANZO:  I think it's -- it's twofold.  It's, one,

3       that -- Agent Salke -- or Officer Salke will testify that on a

4       given day, if any one person took the actions they did, he'd be

5       able to stop them.

6                   THE COURT:  No, no, no.  I'm not talking about his

7       testimony.  I'm just talking about that photo, the one of the

8       doors at the end of the day.  The condition of the doors --

9                   MR. MANZO:  Yes.

10                  THE COURT:  -- at the end of the day, that's the

11      property the government is going to contend was damaged?

12                  MR. MANZO:  Among -- among the property, yes.

13                  THE COURT:  All right.  So that comes in.  All right.

14          Anything else?

15                  MS. HALLER:  Thank you, Your Honor.

16                  THE COURT:  Mr. Geyer.

17                  MR. GEYER:  Your Honor, the video montages were very

18      problematic.  Specifically, I believe it was 1500.  It was

19      shown that the Oath Keepers were brought up to -- in front of

20      the Columbus Door at the conclusion of the National Anthem,

21      which is correct, and they played two different angles of that

22      from two different cameras, and then they went -- where's -- it

23      appears as if the Oath Keepers are right in front of the door.

24                  And then they went to the *Los Angeles Times* video where

25      police have just been maced and they're being ushered off to

 1    the south of the Capitol.  So anybody watching that on the --
 2    in the jury box would conclude that they had that consciousness
 3    of guilt.  They clearly didn't.  We can establish that they
 4    were standing on the stairs, and so I'm not sure exactly what
 5    to do about that, but it's kind of a big issue.
 6         The other thing is -- and they have -- they should have
 7    reviewed the two or three expert disclosures we made because I
 8    believe that those are correct in how the evidence was
 9    presented today, which just wasn't accurate.  The -- the -- the
10    people that ended up being in the Senate did not come from that
11    Senate hallway.  The Senate hallway had people -- a bunch of
12    goons and provocateurs slamming from the back, push them
13    towards the police.  Everybody got maced, including the French
14    film filmographer.  She got maced too.  And everybody backed
15    out of that hallway.
16         THE COURT:  So, Mr. Geyer, the answer is the one we
17    talked about earlier, which is you are more than free on
18    cross-examination to show whatever videos you think --
19         MR. GEYER:  Okay.
20         THE COURT:  -- either complete the government's
21    exhibit or demonstrate its inaccuracy.
22         All of that is -- is fair game.  And, you know, if you
23    have a -- well, let's leave it at that for now and figure out
24    what, if anything, would be admissible in your case in chief,
25    if you want to do it then.  But certainly tomorrow you're free

```
 1    to show whatever video you want --
 2                MR. GEYER:  That's fair.
 3                THE COURT:  -- that's relevant, of course.
 4                MR. GEYER:  Thank you, Your Honor, for your time.
 5    Thank you.
 6                THE COURT:  Of course.  All right.
 7                MR. MANZO:  And if this is any condolence, we'll be
 8    using the Nigrotime and L.A. Times video with Officer Salke.
 9    So if there's confusion, it could be cleared up then.
10                THE COURT:  Okay.  You know, the time line is
11    important.  So if there are disputes about the time line, that
12    will be flushed out through cross-examination, presumably.
13          Okay.  Anything else?
14          All right.  Thank you, everybody.  We'll -- we're going
15    to get started at 9:00, and we'll end at noon.
16                Do not wait for me.  Thank you.
17                THE COURTROOM DEPUTY:  Court stands in recess.
18                (Proceedings were concluded at 5:10 p.m.)
19
20
21
22
23
24
25
```

```
1              CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3              I, Nancy J. Meyer, Registered Diplomate Reporter,

4     Certified Realtime Reporter, do hereby certify that the above

5     and foregoing constitutes a true and accurate transcript of my

6     stenograph notes and is a full, true, and complete transcript

7     of the proceedings to the best of my ability.

8

9                          Dated this 21st day of October, 2022.

10

11                         /s/ Nancy J. Meyer
                           Nancy J. Meyer
12                         Official Court Reporter
                           Registered Diplomate Reporter
13                         Certified Realtime Reporter
                           333 Constitution Avenue Northwest
14                         Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25
```

**0**

**0253** [2] - 4696:9, 4767:16

**1**

**1** [17] - 4704:14, 4704:19, 4704:23, 4719:1, 4722:14, 4727:12, 4728:23, 4745:6, 4756:15, 4760:20, 4802:15, 4816:10, 4821:13, 4824:17, 4834:14, 4839:7, 4840:7
**1.1** [1] - 4814:25
**10** [14] - 4688:18, 4762:21, 4763:3, 4763:17, 4763:18, 4763:19, 4763:20, 4763:24, 4764:7, 4765:14, 4768:1, 4793:16, 4804:13, 4830:11
**1056.0074** [1] - 4696:9
**1066.0074** [1] - 4767:16
**1089** [1] - 4803:7
**1089.1** [1] - 4803:14
**10:16** [3] - 4712:3, 4729:24, 4747:18
**10:28** [1] - 4712:20
**10:34** [2] - 4713:15, 4716:21
**11** [1] - 4704:13
**11:03** [1] - 4717:9
**11:07** [1] - 4748:2
**11:34** [1] - 4748:12
**12** [2] - 4704:13, 4748:17
**120** [2] - 4834:4, 4834:6
**121** [1] - 4835:24
**12:01** [1] - 4736:24
**12:09** [1] - 4718:10
**12:17** [1] - 4749:19
**12:27** [2] - 4718:22, 4749:2
**12:36** [1] - 4814:7
**12:38** [1] - 4749:23
**12:40** [1] - 4810:24
**12:44** [1] - 4752:13
**12:51** [1] - 4809:23
**12:52** [1] - 4752:16
**12:53** [2] - 4811:9, 4811:11
**12:54** [1] - 4810:2
**12:54:58** [1] - 4812:5
**12:55** [1] - 4812:5

**12:57** [1] - 4812:17
**13** [4] - 4738:24, 4753:1, 4804:14, 4811:8
**13:02** [2] - 4719:13, 4723:9
**13:07** [1] - 4723:16
**13:08** [2] - 4753:25, 4754:20
**13:09** [1] - 4753:4
**13:10** [1] - 4753:24
**13:16** [1] - 4753:20
**13:22** [2] - 4753:11, 4755:14
**13:24** [1] - 4753:14
**13:25** [2] - 4723:24, 4731:12
**13:31** [2] - 4731:16, 4755:17
**13:33** [1] - 4755:21
**13:35** [1] - 4811:7
**13:43** [1] - 4755:25
**14** [1] - 4770:12
**14:08** [1] - 4732:10
**14:11** [1] - 4756:7
**14:20** [2] - 4798:16, 4798:19
**14:26** [1] - 4798:23
**14:30** [1] - 4756:4
**14:33** [1] - 4756:24
**14:37** [1] - 4799:18
**14:49** [1] - 4757:18
**14:52** [1] - 4758:18
**14:58** [1] - 4812:4
**14th** [5] - 4688:10, 4692:25, 4814:12, 4814:13, 4814:22
**1500** [11] - 4706:8, 4716:20, 4722:25, 4731:10, 4731:17, 4798:15, 4798:16, 4803:2, 4813:19, 4828:4, 4842:18
**1502** [1] - 4713:17
**1503** [8] - 4740:8, 4740:12, 4741:7, 4741:9, 4741:10, 4752:8, 4761:12, 4768:21
**1503**........................
   [1] - 4681:8
**1504** [5] - 4761:14, 4768:22, 4769:4, 4769:7, 4769:10
**1504**........................
   [1] - 4681:9
**1505** [5] - 4778:9, 4778:18, 4778:21, 4778:25, 4779:1
**1505**........................

**[1]** - 4681:9
**1506** [4] - 4792:25, 4793:7, 4793:9, 4793:10
**1506**........................
   [1] - 4681:10
**1515.1** [3] - 4808:14, 4808:17, 4809:6
**1516** [2] - 4790:7, 4790:24
**1530.1** [1] - 4702:2
**15:02** [1] - 4724:16
**15:14** [1] - 4800:14
**15:15** [1] - 4758:22
**15:33** [1] - 4759:4
**15:44** [2] - 4800:22, 4801:2
**16** [2] - 4813:7, 4813:8
**16:23** [1] - 4801:6
**16:24** [1] - 4801:12
**16:46** [1] - 4801:16
**16:50** [1] - 4759:17
**17** [1] - 4812:16
**17:03** [1] - 4802:5
**17:04** [1] - 4802:18
**17:21** [1] - 4759:23
**17:40** [3] - 4810:23, 4811:7, 4811:8
**180** [2] - 4797:12, 4797:21
**18:04** [1] - 4760:5
**18:20** [1] - 4760:9
**18:30** [1] - 4760:14
**19** [1] - 4769:21
**19:04** [1] - 4760:19
**19:51:17** [1] - 4701:2
**19th** [2] - 4834:14, 4834:17
**1:03** [1] - 4780:10
**1:09** [2] - 4781:6, 4794:13
**1:11** [1] - 4781:23
**1:13** [5] - 4812:9, 4813:12, 4815:5, 4815:9, 4815:12
**1:17** [2] - 4782:1, 4782:13
**1:20** [1] - 4742:6
**1:22** [1] - 4794:17
**1:25** [1] - 4795:3
**1:30** [1] - 4771:1
**1:31** [1] - 4771:7
**1:32** [1] - 4782:16
**1:37** [1] - 4795:8
**1:38** [1] - 4782:20
**1:48** [1] - 4736:20
**1:49** [1] - 4782:24
**1:51** [1] - 4742:18
**1:59** [2] - 4741:12,

4742:6

**2**

**2** [20] - 4763:20, 4796:19, 4796:23, 4798:12, 4799:7, 4800:2, 4800:7, 4800:8, 4800:17, 4801:20, 4802:9, 4802:11, 4802:22, 4803:3, 4803:10, 4804:7, 4834:15, 4835:24, 4839:8, 4840:11
**20** [7] - 4695:3, 4715:9, 4731:8, 4751:23, 4761:5, 4763:1, 4793:17
**20-minute** [1] - 4743:25
**20-minute-long** [1] - 4740:18
**2001.T.129.52** [1] - 4828:25
**2020** [1] - 4833:19
**2021** [5] - 4693:9, 4702:16, 4732:13, 4810:16, 4829:4
**20:11** [1] - 4761:10
**21** [8] - 4705:8, 4717:20, 4721:9, 4733:8, 4738:12, 4738:25, 4770:16, 4815:25
**22** [1] - 4793:25
**22.P.8** [3] - 4695:15, 4766:12, 4766:16
**22.V.1** [1] - 4813:15
**23:50** [2] - 4834:25, 4835:11
**23:54** [1] - 4835:13
**2522.1** [4] - 4702:22, 4703:6, 4703:9, 4703:12
**2522.1**........................
   [1] - 4681:10
**2552** [1] - 4703:6
**26** [1] - 4769:25
**27th** [1] - 4690:24
**28** [2] - 4779:14, 4803:18
**2:01** [1] - 4743:4
**2:03** [1] - 4783:5
**2:04** [4] - 4771:13, 4799:1, 4799:4, 4799:7
**2:06** [1] - 4822:9
**2:07** [1] - 4736:21
**2:08** [1] - 4795:11

**2:09** [2] - 4736:22, 4771:16
**2:11** [1] - 4795:20
**2:19** [5] - 4819:23, 4820:2, 4820:20, 4820:23, 4821:3
**2:20** [1] - 4820:2
**2:27** [1] - 4795:24
**2:29** [2] - 4772:3, 4820:3
**2:30** [2] - 4714:11, 4820:5
**2:31** [3] - 4702:7, 4706:12, 4708:21
**2:32** [6] - 4706:17, 4706:24, 4707:12, 4708:1, 4708:23, 4745:13
**2:32:18** [1] - 4709:2
**2:33** [1] - 4714:11
**2:33:48** [1] - 4709:5
**2:34** [1] - 4742:25
**2:35** [5] - 4711:9, 4712:6, 4712:15, 4745:25, 4801:8
**2:36** [3] - 4715:7, 4724:19, 4783:11
**2:37** [6] - 4710:6, 4712:24, 4713:16, 4748:17, 4749:23, 4751:17
**2:38** [5] - 4717:1, 4717:3, 4717:12, 4718:7, 4719:20
**2:39** [2] - 4718:7, 4720:4
**2:40** [5] - 4699:8, 4721:2, 4721:8, 4766:3, 4798:11
**2:41** [5] - 4700:10, 4766:3, 4769:16, 4793:13, 4826:1
**2:42** [2] - 4724:20, 4772:3
**2:43** [5] - 4722:11, 4722:15, 4722:20, 4722:23, 4723:3
**2:44** [7] - 4725:24, 4726:10, 4727:5, 4728:10, 4776:4, 4794:7, 4796:3
**2:45** [2] - 4729:2, 4784:11
**2:46** [5] - 4730:5, 4730:9, 4784:7, 4790:14, 4791:1, 4792:2
**2:48** [2] - 4730:22, 4731:2
**2:49** [3] - 4698:5,

4847

4736:23, 4783:15
**2:50** [1] - 4790:14
**2:50:45** [1] - 4699:9
**2:51** [18] - 4695:17,
4697:1, 4697:22,
4698:7, 4698:24,
4699:1, 4700:10,
4700:15, 4701:3,
4701:6, 4732:5,
4733:2, 4764:1,
4764:2, 4764:5,
4766:23, 4790:2,
4807:20
**2:53** [9] - 4696:7,
4696:11, 4696:13,
4733:7, 4763:22,
4763:25, 4764:7,
4764:12, 4765:10
**2:53:10** [1] - 4765:14
**2:53:11** [1] - 4768:3
**2:53:29** [1] - 4696:17
**2:53:30** [3] - 4696:13,
4763:23, 4764:12
**2:53:50** [1] - 4762:10
**2:54** [4] - 4762:10,
4764:3, 4764:6
**2:55** [1] - 4772:18
**2:59** [1] - 4796:7

---

### 3

**30** [29] - 4695:3,
4695:25, 4696:12,
4699:1, 4709:14,
4709:15, 4762:22,
4763:23, 4799:5,
4811:20, 4811:21,
4816:19, 4818:20,
4819:11, 4819:14,
4819:16, 4821:8,
4821:19, 4821:20,
4822:3, 4822:4,
4825:11, 4825:14,
4825:16, 4825:18,
4825:20, 4825:22
**36** [2] - 4779:20,
4780:7
**37** [1] - 4815:11
**39** [1] - 4794:9
**395** [3] - 4836:23,
4837:2, 4837:3
**3:00** [1] - 4733:19
**3:01** [1] - 4734:3
**3:04** [2] - 4791:24,
4792:2
**3:05** [2] - 4731:8,
4829:4
**3:06** [4] - 4734:5,
4735:7, 4738:11,
4743:7

**3:07** [1] - 4761:16
**3:08** [1] - 4737:22
**3:09** [1] - 4738:20
**3:10** [1] - 4696:5
**3:14** [1] - 4802:11
**3:17** [1] - 4743:11
**3:18** [1] - 4784:16
**3:21** [1] - 4802:23
**3:22** [2] - 4739:7,
4772:23
**3:25** [1] - 4761:17
**3:30** [1] - 4805:2
**3:31** [1] - 4743:15
**3:33** [1] - 4804:25
**3:35** [1] - 4784:21
**3:44** [1] - 4743:17
**3:52** [1] - 4773:13
**3:59** [1] - 4784:25
**3rd** [3] - 4834:25,
4835:11, 4835:12

---

### 4

**40** [2] - 4682:23,
4804:13
**402** [1] - 4691:2
**403** [2] - 4691:2,
4691:3
**43** [1] - 4687:20
**4702** [1] - 4681:5
**4703** [1] - 4681:10
**4736** [1] - 4681:8
**4741** [1] - 4681:8
**4769** [1] - 4681:9
**4779** [1] - 4681:9
**4793** [1] - 4681:10
**4797** [2] - 4681:11,
4681:11
**4805** [1] - 4681:5
**4:22** [1] - 4743:21
**4:27** [1] - 4785:5
**4:37** [1] - 4785:9
**4:46** [1] - 4737:3
**4:49** [1] - 4775:11
**4:52** [1] - 4785:14

---

### 5

**5** [1] - 4837:10
**5/6** [1] - 4799:3
**50** [3] - 4816:11,
4836:22, 4837:3
**500** [1] - 4689:20
**58** [1] - 4770:7
**5:06** [1] - 4744:6
**5:10** [1] - 4844:18
**5:13** [1] - 4775:15
**5:19** [1] - 4785:19
**5:34** [1] - 4785:25
**5:35** [1] - 4744:10

**5:50** [4] - 4776:13,
4786:16, 4786:25,
4788:5
**5:58** [1] - 4787:3

---

### 6

**6** [11] - 4704:19,
4705:8, 4717:20,
4720:11, 4721:9,
4732:13, 4733:8,
4738:12, 4738:25,
4751:23, 4815:25
**60** [1] - 4812:12
**66** [1] - 4837:2
**6725.1** [4] - 4796:19,
4796:23, 4797:3,
4797:6
**6725.1.....................
** [1] - 4681:11
**6725.2** [2] - 4797:3,
4797:17
**6725.2.....................
** [1] - 4681:11
**6731** [5] - 4719:15,
4719:16, 4730:19,
4732:25, 4737:1
**6736** [4] - 4736:1,
4736:6, 4736:9,
4736:10
**6736.....................
** [1] - 4681:12
**6:01** [1] - 4776:17
**6:10** [1] - 4787:9
**6:20** [1] - 4744:23
**6:22** [1] - 4787:14
**6:23** [3] - 4704:3,
4704:8, 4744:23
**6:32** [1] - 4745:3
**6:42** [1] - 4776:23
**6:50** [2] - 4787:19,
4788:6
**6th** [27] - 4702:15,
4704:3, 4735:19,
4735:23, 4736:4,
4736:18, 4798:5,
4805:18, 4805:23,
4807:12, 4808:25,
4809:24, 4810:16,
4812:6, 4821:6,
4822:11, 4822:15,
4822:20, 4823:1,
4823:7, 4823:12,
4823:20, 4829:4,
4830:8, 4836:18,
4839:7, 4841:9

---

### 7

**7** [1] - 4779:7
**7:02** [1] - 4745:10

**7:05** [1] - 4788:8
**7:25** [1] - 4788:13
**7:30** [1] - 4745:20
**7:48** [1] - 4746:2
**7th** [1] - 4736:24

---

### 8

**8** [1] - 4751:23
**80** [4] - 4810:4,
4810:5, 4810:8,
4810:21
**801** [1] - 4689:15
**801(d)(2)(B** [2] -
4688:16, 4688:22
**801.2** [1] - 4683:24
**87** [3] - 4826:7,
4826:11, 4826:17
**8:10** [1] - 4706:9
**8:12** [1] - 4713:18
**8:13** [1] - 4706:22
**8:17** [1] - 4788:21
**8:20** [1] - 4716:1
**8:28** [2] - 4746:24,
4788:25
**8:33** [1] - 4715:12
**8:37** [1] - 4747:1
**8:41** [1] - 4707:6
**8:44** [1] - 4789:4
**8:45** [1] - 4747:3
**8:50** [1] - 4707:21
**8:58** [1] - 4789:9

---

### 9

**9** [1] - 4708:9
**90** [3] - 4700:18,
4812:12, 4822:15
**9080** [2] - 4734:8,
4734:24
**9453** [1] - 4737:11
**9:00** [2] - 4837:11,
4844:15
**9:04** [1] - 4790:23
**9:05** [2] - 4790:8,
4790:11
**9:15** [1] - 4789:13
**9:26** [2] - 4725:4,
4725:8
**9:30** [1] - 4789:22
**9:32** [1] - 4747:9
**9:35** [1] - 4709:9
**9:37** [1] - 4726:6
**9:39** [1] - 4710:1
**9:41** [1] - 4791:20
**9:47** [1] - 4728:12
**9:51** [1] - 4710:17
**9:52** [1] - 4711:3
**9:59** [2] - 4711:6,
4711:24

---

### A

**a.m** [7] - 4704:8,
4704:9, 4736:20,
4736:21, 4736:22,
4736:23, 4736:24
**ability** [1] - 4687:14
**able** [8] - 4695:12,
4698:14, 4706:23,
4740:16, 4740:19,
4805:21, 4808:4,
4842:5
**absolutely** [3] -
4740:25, 4818:13,
4830:8
**accept** [1] - 4714:2
**accommodation** [1] -
4762:7
**accompanying** [1] -
4775:4
**according** [14] -
4695:17, 4706:22,
4707:9, 4707:24,
4711:16, 4712:7,
4717:1, 4726:1,
4727:13, 4728:25,
4729:4, 4730:8,
4745:14, 4836:16
**account** [2] - 4703:3,
4703:17
**accurate** [7] -
4689:11, 4690:11,
4690:21, 4750:21,
4839:5, 4841:5,
4843:9
**accurately** [1] -
4698:20
**action** [1] - 4741:16
**actions** [1] - 4842:4
**actor** [2] - 4818:1,
4818:6
**actual** [5] - 4698:6,
4704:5, 4725:15,
4738:13, 4840:20
**add** [1] - 4811:8
**addition** [2] - 4705:19,
4740:2
**additional** [2] -
4699:15, 4817:15
**adds** [1] - 4841:21
**adequate** [1] -
4686:18
**adjourn** [1] - 4837:22
**admissibility** [1] -
4691:3
**admissible** [2] -
4841:4, 4843:24
**admission** [3] -
4685:15, 4691:17
**admit** [1] - 4682:12

**admitted** [20] - 4691:18, 4703:12, 4736:9, 4736:10, 4741:9, 4741:10, 4766:13, 4769:9, 4769:10, 4778:25, 4779:1, 4790:7, 4793:9, 4793:10, 4797:2, 4797:3, 4808:18, 4830:11, 4830:16, 4830:24

**Admitted** [1] - 4681:7

**admitting** [1] - 4691:17

**adopted** [2] - 4683:6, 4686:4

**adoptive** [2] - 4685:15, 4691:17

**affidavit** [1] - 4685:23

**affiliated** [2] - 4718:16, 4749:6

**afternoon** [7] - 4700:17, 4702:16, 4765:24, 4805:10, 4805:11, 4810:24, 4839:6

**afterwards** [1] - 4841:23

**agent** [26] - 4683:25, 4684:3, 4684:9, 4684:19, 4685:14, 4685:22, 4686:12, 4689:1, 4689:25, 4691:1, 4691:23, 4692:3, 4693:10, 4693:19, 4702:5, 4751:9, 4808:16, 4810:7, 4813:21, 4817:2, 4822:7, 4826:9, 4835:10, 4838:25

**Agent** [84] - 4682:11, 4684:18, 4687:3, 4687:7, 4687:10, 4687:17, 4687:21, 4688:4, 4688:7, 4688:24, 4689:5, 4689:13, 4690:21, 4690:25, 4693:5, 4693:18, 4694:11, 4701:23, 4702:22, 4702:23, 4706:13, 4707:10, 4708:11, 4714:12, 4714:19, 4715:14, 4716:24, 4718:2, 4718:14, 4722:13, 4724:20, 4725:6, 4729:11, 4730:2, 4731:17, 4732:12, 4732:21,

4734:19, 4736:1, 4736:15, 4739:2, 4740:2, 4740:10, 4740:12, 4741:13, 4743:1, 4751:17, 4757:24, 4760:9, 4766:2, 4766:12, 4766:17, 4767:20, 4768:7, 4768:24, 4775:23, 4778:10, 4780:15, 4791:9, 4792:21, 4793:4, 4793:14, 4796:19, 4797:8, 4801:19, 4803:11, 4803:20, 4804:16, 4804:24, 4805:10, 4808:11, 4808:21, 4812:16, 4819:21, 4820:7, 4825:25, 4829:10, 4831:2, 4831:11, 4834:5, 4834:17, 4837:16, 4842:3

**agents** [2] - 4694:5, 4831:8

**ago** [4] - 4690:7, 4699:19, 4719:24, 4806:24

**agree** [38] - 4691:24, 4762:10, 4764:6, 4806:24, 4807:10, 4807:14, 4808:24, 4808:25, 4809:9, 4810:15, 4812:8, 4812:16, 4814:6, 4814:21, 4815:10, 4816:2, 4817:2, 4817:8, 4817:24, 4819:1, 4820:13, 4820:20, 4821:1, 4821:24, 4822:16, 4824:5, 4827:14, 4828:8, 4828:13, 4830:17, 4831:2, 4831:4, 4832:19, 4833:13, 4833:17, 4834:6, 4834:25, 4835:12

**agreement** [2] - 4761:25, 4762:3

**agrees** [1] - 4691:8

**ahead** [10] - 4686:10, 4694:9, 4781:21, 4811:12, 4811:20, 4815:17, 4816:6, 4816:18, 4816:22, 4835:15

**aimed** [1] - 4831:17

**Airborne** [3] - 4695:9, 4714:1, 4714:7

**alert** [2] - 4704:18, 4705:21

**alerts** [3] - 4702:11, 4702:12, 4702:15

**alibi** [1] - 4820:9

**aligned** [1] - 4730:18

**allegation** [1] - 4823:3

**alleged** [1] - 4839:21

**allegedly** [1] - 4823:25

**allow** [2] - 4691:6, 4691:18

**allowed** [1] - 4691:22

**almost** [3] - 4730:14, 4798:9, 4825:3

**America** [4] - 4695:9, 4714:1, 4714:7

**analysis** [1] - 4833:14

**Angeles** [2] - 4750:10, 4842:24

**angle** [5] - 4699:2, 4762:15, 4762:17, 4809:10, 4810:9

**angles** [2] - 4752:4, 4842:21

**animal** [2] - 4801:23, 4801:25

**answer** [5] - 4691:7, 4691:8, 4691:9, 4838:7, 4843:16

**answers** [2] - 4689:1, 4795:16

**Anthem** [2] - 4750:23, 4842:20

**anyway** [2] - 4691:25, 4692:16

**apologize** [2] - 4696:22, 4813:17

**app** [1] - 4694:22

**appear** [34] - 4713:11, 4713:23, 4718:17, 4725:18, 4726:17, 4726:20, 4726:23, 4727:20, 4727:25, 4728:3, 4737:14, 4742:2, 4745:25, 4757:6, 4758:5, 4769:4, 4770:22, 4771:5, 4791:8, 4801:21, 4801:23, 4809:17, 4809:22, 4810:8, 4811:15, 4811:25, 4813:5, 4814:6, 4820:20, 4824:10, 4824:11

**appeared** [3] - 4699:5, 4777:12, 4777:16

**Apple** [1] - 4703:17

**appreciate** [2] - 4739:23, 4775:9

**appropriate** [5] - 4691:21, 4694:14, 4694:15, 4740:23

**approved** [2] - 4688:18, 4688:21

**approximate** [6] - 4710:10, 4712:13, 4715:2, 4725:21, 4751:18, 4776:2

**Aquino** [1] - 4723:17

**arch** [1] - 4695:19

**archway** [1] - 4732:21

**ARE** [2] - 4735:14, 4735:24

**area** [19] - 4699:16, 4714:24, 4719:5, 4736:23, 4764:5, 4767:10, 4767:14, 4767:20, 4768:7, 4793:13, 4796:15, 4808:22, 4808:24, 4809:17, 4809:20, 4814:9, 4814:21, 4814:22, 4835:20

**arguably** [3] - 4689:9, 4693:14, 4750:19

**argue** [5] - 4689:14, 4691:6, 4691:7, 4691:18, 4762:14

**arguing** [1] - 4683:7

**argument** [1] - 4686:3

**arm** [9] - 4757:3, 4757:4, 4757:5, 4757:11, 4757:14, 4757:18, 4757:20, 4758:6, 4783:1

**arms** [3] - 4771:5, 4779:22, 4801:21

**arrest** [1] - 4687:1

**arrested** [1] - 4687:6

**arrive** [2] - 4812:8, 4813:8

**arrived** [4] - 4813:8, 4813:10, 4815:5, 4815:7

**arrow** [1] - 4780:22

**arrows** [2] - 4756:16, 4758:22

**ascending** [2] - 4711:11, 4746:1

**aside** [2] - 4798:10, 4806:2

**assassinated** [1] - 4724:15

**asserted** [1] - 4714:3

**assistant** [2] - 4698:22, 4700:14

**ASSISTANT** [3] - 4700:20, 4700:25, 4701:7

**associated** [1] - 4815:8

**assume** [2] - 4696:3, 4841:25

**attached** [1] - 4698:17

**attempted** [1] - 4787:24

**attempting** [2] - 4806:13, 4806:21

**ATTORNEY** [2] - 4768:11, 4839:16

**audible** [2] - 4731:22, 4747:16

**audience** [2] - 4806:5, 4817:9

**audio** [150] - 4698:17, 4698:20, 4708:8, 4709:25, 4710:16, 4711:5, 4712:2, 4714:16, 4715:10, 4716:5, 4716:8, 4716:18, 4716:22, 4717:25, 4723:10, 4723:23, 4725:2, 4725:6, 4726:5, 4726:15, 4728:13, 4729:7, 4729:23, 4732:8, 4742:16, 4742:23, 4743:5, 4743:9, 4743:13, 4743:19, 4743:23, 4744:4, 4744:8, 4744:15, 4744:17, 4745:1, 4745:8, 4745:17, 4745:22, 4747:6, 4747:16, 4747:19, 4747:21, 4747:23, 4748:4, 4748:9, 4748:14, 4749:1, 4749:20, 4749:25, 4752:6, 4752:14, 4752:18, 4753:2, 4753:8, 4753:21, 4754:20, 4754:21, 4755:15, 4756:2, 4757:15, 4758:20, 4759:1, 4759:7, 4759:15, 4759:19, 4759:21, 4760:3, 4760:7, 4761:2, 4761:8, 4769:18, 4770:2, 4770:4, 4770:9, 4770:25, 4771:9, 4771:25, 4772:7, 4772:16, 4772:20, 4772:22, 4773:8, 4773:10, 4773:16, 4773:18, 4773:20, 4775:5, 4775:13,

4849

4776:6, 4776:8, 4776:10, 4776:15, 4776:19, 4776:21, 4779:12, 4780:8, 4781:24, 4782:14, 4782:18, 4782:22, 4783:3, 4783:7, 4783:9, 4783:14, 4784:8, 4784:13, 4784:18, 4785:2, 4785:11, 4785:16, 4785:24, 4786:15, 4787:1, 4787:7, 4787:11, 4787:16, 4787:18, 4788:10, 4788:15, 4788:17, 4788:19, 4789:2, 4789:6, 4789:11, 4789:19, 4789:24, 4790:10, 4793:22, 4794:4, 4794:11, 4794:15, 4795:6, 4795:10, 4796:1, 4796:5, 4796:9, 4799:15, 4800:11, 4800:20, 4801:3, 4801:14, 4802:3, 4803:17, 4804:11, 4804:18, 4826:14, 4827:1, 4827:7, 4827:12

**audio-visual** [138] - 4708:8, 4709:25, 4710:16, 4711:5, 4712:2, 4714:16, 4715:10, 4716:5, 4716:22, 4717:25, 4723:10, 4723:23, 4726:5, 4726:15, 4728:13, 4729:7, 4732:8, 4742:16, 4742:23, 4743:5, 4743:9, 4743:13, 4743:19, 4743:23, 4744:4, 4744:8, 4744:15, 4744:17, 4745:1, 4745:8, 4745:17, 4745:22, 4747:6, 4747:19, 4747:21, 4747:23, 4748:4, 4748:9, 4748:14, 4749:1, 4749:20, 4749:25, 4752:14, 4752:18, 4753:2, 4753:8, 4753:21, 4754:21, 4755:15, 4756:2, 4757:15, 4758:20, 4759:1, 4759:7, 4759:15, 4759:19, 4759:21, 4760:3,

4760:7, 4761:2, 4761:8, 4769:18, 4770:2, 4770:4, 4770:9, 4770:25, 4771:9, 4771:25, 4772:7, 4772:16, 4772:20, 4772:22, 4773:8, 4773:10, 4773:16, 4773:18, 4773:20, 4775:13, 4776:6, 4776:8, 4776:10, 4776:15, 4776:19, 4776:21, 4779:12, 4780:8, 4781:24, 4782:14, 4782:18, 4782:22, 4783:3, 4783:7, 4783:9, 4783:14, 4784:8, 4784:13, 4784:18, 4785:2, 4785:11, 4785:16, 4786:15, 4787:1, 4787:7, 4787:11, 4787:16, 4787:18, 4788:10, 4788:15, 4788:17, 4788:19, 4789:2, 4789:6, 4789:11, 4789:19, 4789:24, 4790:10, 4793:22, 4794:4, 4794:11, 4794:15, 4795:6, 4795:10, 4796:1, 4796:5, 4796:9, 4799:15, 4800:11, 4800:20, 4801:3, 4801:14, 4802:3, 4803:17, 4804:11, 4804:18, 4826:14, 4827:1, 4827:7, 4827:12

**AUSA** [1] - 4689:2
**AUSAs** [3] - 4688:18, 4688:19, 4690:16
**authorized** [3] - 4683:25, 4684:1
**available** [2] - 4831:20, 4834:1
**Ave** [1] - 4834:15
**Avenue** [6] - 4814:11, 4814:22, 4821:17, 4835:22, 4836:10, 4836:23
**avoid** [1] - 4755:13
**avoids** [1] - 4835:23
**aware** [24] - 4699:19, 4740:4, 4763:6, 4801:9, 4816:4, 4817:15, 4817:21, 4817:23, 4818:6, 4818:8, 4818:17,

4819:7, 4819:25, 4829:9, 4829:12, 4831:19, 4831:20, 4831:22, 4832:2, 4832:4, 4833:23, 4834:17, 4836:17, 4836:19
**awareness** [1] - 4690:23

## B

**backed** [1] - 4843:14
**background** [1] - 4755:18
**backwards** [1] - 4758:15
**balance** [3] - 4762:21, 4763:10, 4763:14
**balcony** [5] - 4698:25, 4731:19, 4767:21, 4829:14, 4829:16
**Ballston** [1] - 4717:18
**barricades** [5] - 4742:10, 4742:20, 4742:22, 4812:1, 4812:17
**barriers** [1] - 4813:6
**baseball** [1] - 4803:21
**based** [6] - 4704:7, 4720:19, 4723:5, 4731:17, 4776:2, 4783:24
**basis** [2] - 4687:12, 4687:13
**beanies** [1] - 4749:11
**became** [1] - 4686:25
**Beeks** [11] - 4747:4, 4772:19, 4779:9, 4785:1, 4785:20, 4785:21, 4786:22, 4789:5, 4817:22, 4817:24, 4817:25
**begin** [1] - 4762:23
**beginning** [2] - 4698:2, 4813:16
**behind** [4] - 4758:9, 4786:20, 4806:5, 4809:22
**belief** [1] - 4690:2
**bell** [1] - 4807:5
**Bench** [3] - 4750:5, 4774:3, 4781:8
**berry** [1] - 4817:16
**Berry** [11] - 4745:4, 4748:19, 4748:24, 4753:12, 4759:5, 4792:17, 4792:19, 4792:20, 4794:1, 4794:8, 4796:8

**best** [1] - 4811:17
**better** [2] - 4716:4, 4738:21
**between** [7] - 4709:3, 4710:4, 4762:10, 4762:16, 4763:14, 4814:21, 4815:11
**beyond** [1] - 4835:1
**big** [4] - 4750:12, 4760:21, 4780:24, 4843:5
**bigger** [1] - 4688:11
**bike** [4] - 4742:20, 4811:16, 4812:18, 4812:23
**bit** [12] - 4691:10, 4698:19, 4701:17, 4732:18, 4759:23, 4777:13, 4800:4, 4815:16, 4815:17, 4821:9, 4837:19, 4837:23
**black** [1] - 4807:21
**blast** [1] - 4835:23
**blockades** [1] - 4828:19
**blocked** [2] - 4836:23, 4836:24
**blocking** [2] - 4812:21, 4813:4
**blue** [2] - 4821:25, 4826:2
**board** [9] - 4702:2, 4718:4, 4720:16, 4727:11, 4737:12, 4792:14, 4798:14, 4799:23, 4804:7
**body** [4] - 4757:2, 4786:6, 4834:12, 4835:17
**body-worn** [1] - 4786:6
**bodyguard** [1] - 4723:20
**boom** [1] - 4695:22
**Booth** [1] - 4724:14
**botched** [1] - 4751:1
**bottom** [1] - 4837:1
**box** [2] - 4760:25, 4843:2
**breached** [1] - 4730:25
**break** [12] - 4700:17, 4701:20, 4702:5, 4739:13, 4739:14, 4739:17, 4739:18, 4761:15, 4761:23, 4766:2, 4835:8, 4837:9
**breaking** [2] - 4742:10, 4838:13

**Brian** [1] - 4802:24
**Bridge** [1] - 4833:24
**briefly** [1] - 4798:14
**bring** [5] - 4690:14, 4698:16, 4698:20, 4701:16, 4826:6
**bringing** [1] - 4689:16
**bro** [1] - 4729:20
**Broadway** [2] - 4818:1, 4818:6
**broken** [2] - 4838:13, 4838:19
**brought** [4] - 4690:8, 4690:10, 4764:23, 4842:19
**Building** [6] - 4695:17, 4718:6, 4730:12, 4767:5, 4777:23, 4803:11
**building** [12] - 4721:21, 4733:20, 4738:14, 4742:11, 4744:2, 4766:3, 4768:22, 4778:3, 4798:11, 4800:24, 4800:25, 4804:23
**bumps** [1] - 4722:2
**bunch** [2] - 4695:4, 4843:11
**business** [1] - 4818:8
**busy** [1] - 4828:18
**buttons** [2] - 4703:25

## C

**CAG** [2] - 4833:3, 4833:7
**Caldwell** [104] - 4683:11, 4684:12, 4684:13, 4684:21, 4684:23, 4686:14, 4686:22, 4687:2, 4687:3, 4687:4, 4687:6, 4687:20, 4688:5, 4690:2, 4690:4, 4690:9, 4690:11, 4695:12, 4695:16, 4696:14, 4696:24, 4697:3, 4697:17, 4697:23, 4698:13, 4698:21, 4699:15, 4699:18, 4699:24, 4700:15, 4701:13, 4712:7, 4730:23, 4731:7, 4731:18, 4731:25, 4733:1, 4762:12, 4762:16, 4762:18, 4763:6, 4766:9, 4766:18, 4767:23,

4850

4767:24, 4805:12, 4805:14, 4805:19, 4806:13, 4806:21, 4807:2, 4807:18, 4807:20, 4808:5, 4809:20, 4810:21, 4812:8, 4814:3, 4814:6, 4815:4, 4816:2, 4816:15, 4816:24, 4817:2, 4817:3, 4817:7, 4817:8, 4817:14, 4818:14, 4819:1, 4819:2, 4819:22, 4820:11, 4820:13, 4821:24, 4822:8, 4822:12, 4822:16, 4823:1, 4823:3, 4823:20, 4824:13, 4824:18, 4826:3, 4826:16, 4826:21, 4827:4, 4827:14, 4827:15, 4827:17, 4827:18, 4829:7, 4829:10, 4829:13, 4829:14, 4829:21, 4830:18, 4833:10, 4834:4, 4834:7, 4836:3

**Caldwell's** [9] - 4687:12, 4687:14, 4712:11, 4731:21, 4766:20, 4830:4, 4833:3, 4833:14, 4833:19

**Caldwells** [6] - 4698:23, 4701:2, 4807:10, 4807:11, 4813:7, 4816:11

**Caleb** [11] - 4745:4, 4748:19, 4748:24, 4753:12, 4759:5, 4792:17, 4792:19, 4792:20, 4794:1, 4794:8, 4796:8

**calendar** [1] - 4829:15

**camera** [11] - 4695:22, 4696:9, 4697:22, 4723:15, 4742:3, 4749:4, 4767:16, 4786:6, 4786:8, 4809:10, 4810:8

**cameras** [2] - 4783:25, 4842:22

**cannot** [3] - 4774:4, 4807:15, 4827:17

**capital** [3] - 4735:8, 4735:9, 4737:4

**Capitol** [99] - 4695:17, 4697:8, 4706:22,

4707:2, 4707:13, 4708:5, 4710:11, 4710:22, 4711:11, 4712:8, 4713:2, 4714:25, 4717:5, 4717:8, 4718:6, 4718:17, 4721:11, 4721:17, 4722:7, 4722:16, 4722:24, 4723:7, 4724:24, 4729:12, 4729:20, 4730:12, 4731:3, 4731:19, 4733:10, 4738:13, 4739:6, 4740:3, 4740:5, 4741:5, 4741:18, 4742:10, 4742:15, 4745:21, 4746:1, 4748:7, 4749:13, 4749:15, 4752:21, 4756:5, 4758:7, 4758:14, 4760:13, 4760:20, 4765:2, 4766:6, 4766:7, 4766:8, 4767:5, 4767:21, 4768:15, 4773:24, 4777:23, 4779:25, 4789:17, 4793:13, 4794:18, 4795:4, 4796:11, 4797:10, 4797:14, 4799:5, 4800:17, 4801:20, 4802:9, 4802:10, 4802:12, 4802:14, 4802:16, 4802:17, 4803:3, 4803:11, 4804:22, 4807:21, 4809:11, 4820:15, 4820:22, 4821:14, 4825:1, 4828:10, 4828:14, 4828:15, 4829:11, 4832:19, 4834:22, 4834:23, 4836:14, 4836:21, 4836:24, 4837:2, 4838:14, 4838:19, 4843:1

**capture** [2] - 4698:21, 4752:4

**cars** [1] - 4742:6

**cart** [4] - 4800:9, 4801:7, 4828:6, 4828:9

**case** [4] - 4685:13, 4831:8, 4841:25, 4843:24

**cases** [2] - 4685:25, 4686:8

**caught** [1] - 4817:10

**CCTV** [4] - 4695:21,

4695:23, 4698:3, 4790:25

**cell** [19] - 4702:9, 4714:22, 4715:15, 4725:10, 4725:12, 4725:20, 4726:19, 4726:20, 4726:23, 4727:8, 4727:22, 4727:25, 4728:3, 4734:11, 4734:19, 4751:24, 4776:1, 4784:1, 4833:14

**center** [1] - 4733:20

**certain** [6] - 4682:24, 4682:25, 4686:15, 4687:23, 4687:25, 4703:24

**certainly** [7] - 4751:7, 4763:10, 4774:22, 4807:17, 4841:6, 4841:22, 4843:25

**chairs** [2] - 4806:2, 4806:10

**Chamber** [9] - 4782:5, 4783:6, 4785:15, 4790:20, 4790:25, 4791:16, 4791:25, 4792:3, 4792:4

**chamber...said** [1] - 4737:9

**chambers** [1] - 4694:15

**Chambers** [3] - 4781:2, 4781:3, 4788:2

**changed** [1] - 4786:3

**charge** [1] - 4841:25

**charged** [4] - 4777:6, 4820:11, 4820:12, 4820:18

**charging** [1] - 4721:21

**chase** [1] - 4820:19

**chat** [16] - 4720:11, 4721:3, 4721:9, 4721:16, 4721:20, 4721:24, 4722:6, 4722:11, 4733:8, 4738:11, 4738:12, 4738:25, 4739:3, 4799:4, 4815:25, 4816:2

**chief** [1] - 4843:24

**chronologically** [1] - 4739:24

**circle** [17] - 4707:14, 4711:21, 4718:22, 4743:7, 4743:11, 4743:15, 4743:21, 4744:6, 4748:2, 4748:12, 4760:21,

4767:7, 4780:24, 4782:6, 4812:21, 4825:6, 4825:7

**Circle** [6] - 4808:22, 4809:2, 4824:15, 4834:15, 4834:18

**circled** [6] - 4697:22, 4711:23, 4744:20, 4745:3, 4767:10, 4803:20

**circles** [2] - 4756:13, 4834:16

**Circuit** [1] - 4688:19

**circuit** [2] - 4683:20, 4809:10

**city** [1] - 4834:19

**claiming** [1] - 4687:1

**clarification** [1] - 4688:3

**clarified** [3] - 4687:22, 4688:4, 4690:22

**clarifies** [1] - 4764:22

**clarify** [2] - 4691:1, 4765:8

**clarifying** [1] - 4764:24

**cleaner** [1] - 4683:17

**clear** [12] - 4686:25, 4687:22, 4690:5, 4690:19, 4691:16, 4693:20, 4696:14, 4716:15, 4716:19, 4820:24, 4822:11, 4825:25

**cleared** [1] - 4844:9

**clearly** [6] - 4683:10, 4684:1, 4686:22, 4687:5, 4841:3, 4843:3

**clip** [3] - 4696:12, 4696:18, 4750:25

**clipping** [1] - 4696:19

**clips** [2] - 4744:1, 4752:9

**clock** [1] - 4768:4

**close** [4] - 4751:21, 4777:22, 4824:25, 4834:22

**closed** [1] - 4809:10

**closed-circuit** [1] - 4809:10

**closures** [1] - 4836:17

**coincides** [1] - 4698:8

**collateral** [2] - 4693:16, 4694:3

**colleague** [2] - 4702:1, 4829:10

**colleagues** [1] - 4832:17

**collected** [2] - 4706:4,

4734:13

**College** [1] - 4820:13

**Columbus** [1] - 4842:20

**combination** [3] - 4703:25, 4830:8, 4831:19

**Comfort** [3] - 4717:18, 4720:21, 4720:23

**coming** [2] - 4736:24, 4799:5

**commence** [1] - 4762:25

**communicated** [2] - 4818:15, 4823:21

**communication** [4] - 4687:5, 4819:3, 4819:5, 4822:13

**communications** [1] - 4823:13

**compare** [1] - 4791:1

**compared** [2] - 4715:23, 4725:14

**compilation** [3] - 4769:1, 4769:5, 4778:18

**compile** [1] - 4778:18

**compiled** [2] - 4740:16, 4740:20

**complete** [2] - 4682:15, 4843:20

**completely** [1] - 4691:5

**completes** [1] - 4751:8

**components** [1] - 4740:17

**concern** [2] - 4684:10, 4684:20

**concerned** [1] - 4830:6

**concerns** [1] - 4684:12

**conclude** [1] - 4843:2

**concluded** [1] - 4844:18

**concludes** [1] - 4761:12

**conclusion** [4] - 4693:11, 4715:24, 4739:10, 4842:20

**condition** [2] - 4841:24, 4842:8

**condolence** [1] - 4844:7

**conference** [3] - 4750:5, 4774:3, 4781:8

**confirm** [2] - 4808:5, 4839:22

4851

confirmed [1] - 4687:4
confused [2] -
4689:23, 4689:24
confusing [3] -
4689:15, 4689:19,
4751:2
confusion [3] -
4688:1, 4693:16,
4844:9
Congress [6] -
4687:2, 4721:25,
4738:6, 4819:25,
4820:14, 4820:19
Connie [8] - 4744:24,
4746:9, 4753:12,
4772:5, 4792:12,
4792:17, 4794:1,
4796:8
consciousness [1] -
4843:2
conspiracy [2] -
4777:6, 4823:4
conspiring [1] -
4820:18
Constitution [6] -
4692:19, 4692:25,
4814:11, 4814:16,
4814:22, 4836:22
contact [11] - 4817:3,
4817:5, 4821:25,
4822:2, 4822:12,
4822:17, 4822:19,
4823:7, 4823:13,
4826:1
contain [2] - 4744:1,
4793:2
contend [1] - 4842:11
content [4] - 4704:11,
4704:13, 4734:11,
4735:18
context [6] - 4686:6,
4693:18, 4694:24,
4714:5, 4724:13,
4758:3
continue [27] -
4701:23, 4707:3,
4707:16, 4709:21,
4711:3, 4711:25,
4712:17, 4713:3,
4714:14, 4718:18,
4738:15, 4738:22,
4744:25, 4748:25,
4749:18, 4751:13,
4752:12, 4755:14,
4770:24, 4775:11,
4781:5, 4788:5,
4795:5, 4800:18,
4801:1, 4801:7,
4801:10
continues [1] - 4780:6

continuing [2] -
4681:5, 4702:3
continuous [1] -
4698:3
contrary [1] - 4687:9
conversation [3] -
4822:18, 4823:21,
4831:16
conversations [2] -
4823:13, 4823:23
convey [1] - 4763:3
coordinating [1] -
4824:1
coordination [1] -
4824:4
correct [115] - 4689:8,
4701:7, 4703:18,
4706:14, 4706:16,
4708:12, 4733:3,
4734:3, 4734:4,
4734:18, 4734:20,
4736:15, 4736:16,
4741:13, 4741:14,
4758:23, 4766:4,
4766:20, 4767:1,
4767:11, 4786:4,
4792:7, 4792:8,
4792:22, 4798:5,
4798:6, 4798:8,
4805:23, 4806:3,
4806:4, 4806:7,
4806:8, 4806:14,
4806:18, 4807:3,
4807:8, 4807:19,
4808:1, 4808:2,
4808:22, 4809:21,
4809:24, 4809:25,
4810:24, 4810:25,
4811:10, 4812:6,
4812:7, 4812:19,
4812:23, 4813:5,
4813:9, 4815:13,
4815:14, 4815:23,
4815:24, 4815:25,
4816:1, 4816:16,
4816:17, 4817:11,
4817:14, 4817:16,
4817:17, 4817:18,
4817:19, 4817:20,
4817:22, 4818:7,
4818:9, 4818:10,
4818:16, 4819:10,
4819:23, 4820:15,
4821:3, 4821:4,
4821:7, 4821:15,
4821:18, 4822:9,
4822:13, 4822:17,
4822:21, 4822:23,
4822:24, 4823:6,
4823:22, 4824:9,

4824:12, 4824:22,
4825:1, 4825:4,
4825:5, 4826:3,
4826:4, 4828:12,
4829:5, 4829:7,
4829:23, 4830:1,
4831:9, 4831:10,
4831:13, 4831:15,
4832:15, 4833:1,
4833:16, 4834:7,
4834:25, 4835:14,
4836:11, 4842:21,
4843:8
corrected [3] -
4682:12, 4691:11,
4691:12
correction [1] -
4682:15
corrects [2] - 4689:17,
4751:8
corroborate [1] -
4682:21
counter [54] -
4706:22, 4707:7,
4707:21, 4709:9,
4710:2, 4710:18,
4711:4, 4711:7,
4712:4, 4712:21,
4713:16, 4716:21,
4717:10, 4718:11,
4723:9, 4725:9,
4729:25, 4742:6,
4742:18, 4742:25,
4743:7, 4743:21,
4744:6, 4745:11,
4746:2, 4746:24,
4747:1, 4747:3,
4747:9, 4747:18,
4748:2, 4748:12,
4748:18, 4749:23,
4759:17, 4760:5,
4760:10, 4760:15,
4760:19, 4761:10,
4771:13, 4771:16,
4772:4, 4772:18,
4775:16, 4790:8,
4790:24, 4791:21,
4791:23, 4794:9,
4798:16, 4798:20,
4801:13, 4801:17
couple [14] - 4684:15,
4689:17, 4716:25,
4727:1, 4728:6,
4738:11, 4749:8,
4753:19, 4757:9,
4777:8, 4783:20,
4828:5, 4839:2,
4839:3
course [4] - 4765:6,
4841:2, 4844:3,

4844:6
COURT [143] - 4682:6,
4682:18, 4683:14,
4683:17, 4684:10,
4685:5, 4685:10,
4685:12, 4686:6,
4686:17, 4687:11,
4689:4, 4689:9,
4690:18, 4691:4,
4691:16, 4692:2,
4692:9, 4692:12,
4692:16, 4693:24,
4694:8, 4694:10,
4694:16, 4694:18,
4694:20, 4695:5,
4695:11, 4696:3,
4696:20, 4697:25,
4698:4, 4698:7,
4699:8, 4699:11,
4699:13, 4700:8,
4700:16, 4700:23,
4701:6, 4701:8,
4701:10, 4701:16,
4701:19, 4703:7,
4703:9, 4703:11,
4713:21, 4714:1,
4736:9, 4739:13,
4739:16, 4739:19,
4739:22, 4739:25,
4741:9, 4750:2,
4750:4, 4750:6,
4750:17, 4751:4,
4751:7, 4751:11,
4751:13, 4755:4,
4755:10, 4755:13,
4761:15, 4761:19,
4761:24, 4762:2,
4762:6, 4762:20,
4763:8, 4763:20,
4763:24, 4764:2,
4764:7, 4764:10,
4764:16, 4764:24,
4765:8, 4765:13,
4765:16, 4765:22,
4768:12, 4769:9,
4774:7, 4774:14,
4774:17, 4774:25,
4775:2, 4778:25,
4781:9, 4781:13,
4781:19, 4781:21,
4792:15, 4793:9,
4794:20, 4795:5,
4797:2, 4805:5,
4806:16, 4810:17,
4810:21, 4818:4,
4823:17, 4826:11,
4826:13, 4827:24,
4830:22, 4832:22,
4835:5, 4835:7,
4837:8, 4837:16,
4837:20, 4838:1,

4838:7, 4838:18,
4838:23, 4839:9,
4839:12, 4839:14,
4839:17, 4839:24,
4840:3, 4840:11,
4840:19, 4841:1,
4841:3, 4841:13,
4841:19, 4842:6,
4842:10, 4842:13,
4842:16, 4843:16,
4843:20, 4844:3,
4844:6, 4844:10
Court [7] - 4683:11,
4690:13, 4713:19,
4738:14, 4764:15,
4827:23
court [9] - 4683:22,
4685:23, 4686:1,
4692:13, 4716:11,
4751:12, 4775:1,
4781:17, 4844:17
court's [1] - 4688:18
Court's [11] - 4690:23,
4697:13, 4700:13,
4739:23, 4808:12,
4809:5, 4813:17,
4827:11, 4827:25,
4828:23, 4829:18
COURTROOM [2] -
4740:9, 4844:17
covered [1] - 4780:21
create [1] - 4694:3
created [2] - 4707:25,
4708:4
creating [1] - 4693:16
creation [1] - 4824:8
CRISP [6] - 4755:3,
4755:6, 4755:9,
4774:21, 4837:25,
4838:3
Crisp [1] - 4755:4
CROSS [1] - 4805:8
cross [7] - 4751:9,
4765:9, 4765:17,
4781:14, 4823:17,
4843:18, 4844:12
Cross [1] - 4681:5
CROSS-
EXAMINATION [1] -
4805:8
Cross-Examination
[1] - 4681:5
cross-examination [5]
- 4765:9, 4765:17,
4823:17, 4843:18,
4844:12
cross-examine [1] -
4751:9
crossed [1] - 4687:8
crowd [5] - 4698:18,

4752:24, 4759:9,
4809:19, 4811:15
**crowded** [3] - 4697:5,
4697:6, 4828:18
**Crowl** [22] - 4683:13,
4728:21, 4729:13,
4745:4, 4746:25,
4748:20, 4755:22,
4771:4, 4772:19,
4775:21, 4776:14,
4777:18, 4779:8,
4782:21, 4783:2,
4784:22, 4785:6,
4786:22, 4787:15,
4788:14, 4789:10,
4818:13
**Crowl's** [4] - 4728:20,
4728:25, 4729:14,
4777:21
**crud** [1] - 4835:23
**cue** [2] - 4698:7,
4761:21
**curfew** [3] - 4702:6,
4702:18, 4706:15
**cut** [1] - 4765:13
**cuts** [2] - 4726:24,
4728:4

**D**

**D.C** [11] - 4688:19,
4693:8, 4814:9,
4831:21, 4831:23,
4832:1, 4832:6,
4835:19, 4836:7,
4836:18, 4837:2
**D0z3r** [2] - 4713:25,
4714:1
**damaged** [2] - 4842:1,
4842:11
**damn** [1] - 4738:21
**Dario** [1] - 4723:17
**date** [1] - 4704:1
**dates** [1] - 4694:12
**David** [11] - 4744:21,
4746:3, 4748:19,
4748:21, 4756:1,
4759:5, 4772:5,
4792:13, 4792:17,
4794:2, 4805:12
**days** [4] - 4685:3,
4699:19, 4806:25,
4822:15
**DC** [10] - 4704:19,
4705:8, 4717:20,
4720:11, 4721:9,
4733:8, 4738:12,
4738:25, 4799:3,
4815:25
**dead** [1] - 4832:13

**deal** [5] - 4684:17,
4695:11, 4696:18,
4701:16, 4750:13
**December** [3] -
4684:14, 4692:25,
4693:7
**deceptive** [1] -
4750:16
**decide** [1] - 4775:6
**deem** [1] - 4838:16
**deemed** [1] - 4685:15
**defendant** [2] -
4763:15, 4765:3
**Defendant** [3] -
4703:2, 4703:16,
4771:16
**defendants** [13] -
4683:12, 4689:21,
4751:24, 4764:21,
4768:23, 4823:4,
4823:9, 4823:14,
4823:22, 4838:14,
4838:15, 4839:20,
4840:3
**Defense** [3] - 4810:8,
4826:6, 4830:10
**defense** [5] - 4685:1,
4690:3, 4690:4,
4774:20, 4838:3
**degrees** [2] - 4797:12,
4797:21
**delete** [1] - 4734:22
**demonstrate** [1] -
4843:21
**denies** [1] - 4687:7
**Department** [4] -
4684:8, 4782:11,
4786:7, 4788:1
**depict** [1] - 4699:16
**depicted** [7] -
4707:14, 4748:17,
4771:18, 4772:3,
4772:18, 4776:13,
4779:7
**depicting** [2] - 4740:4,
4793:2
**depicts** [1] - 4714:24
**deployed** [2] - 4720:6,
4836:24
**deploying** [1] -
4721:25
**DEPUTY** [2] - 4740:9,
4844:17
**describe** [5] -
4703:22, 4757:11,
4771:5, 4780:15,
4795:15
**described** [1] -
4829:22
**destruction** [1] -

4841:25
**detention** [1] - 4683:9
**determination** [1] -
4704:7
**determine** [3] -
4734:23, 4775:6,
4805:22
**determined** [2] -
4735:21, 4833:18
**difference** [1] -
4815:10
**different** [17] -
4704:14, 4704:16,
4713:23, 4739:20,
4740:17, 4751:20,
4752:4, 4752:6,
4752:9, 4760:9,
4777:24, 4777:25,
4778:2, 4778:4,
4783:25, 4842:21,
4842:22
**difficult** [1] - 4809:13
**digital** [6] - 4819:3,
4819:5, 4822:12,
4822:17, 4822:19,
4823:13
**digitally** [2] - 4818:15,
4823:21
**direct** [4] - 4730:24,
4803:21, 4806:23,
4823:23
**Direct** [1] - 4681:5
**DIRECT** [1] - 4702:3
**directed** [2] - 4832:2,
4833:24
**directing** [2] - 4832:4,
4832:5
**direction** [17] -
4699:16, 4719:4,
4745:19, 4748:6,
4749:14, 4752:20,
4758:13, 4778:5,
4778:7, 4783:5,
4786:8, 4786:11,
4789:15, 4793:18,
4797:9, 4797:21,
4836:20
**directions** [5] -
4828:10, 4828:15,
4828:20, 4836:3,
4836:16
**directly** [1] - 4812:24
**disagree** [2] -
4687:20, 4828:16
**disappointed** [1] -
4807:2
**disclosures** [1] -
4843:7
**discuss** [2] - 4682:6,
4837:17

**discussed** [2] -
4708:11, 4739:11
**discussing** [2] -
4713:20, 4739:17
**discussion** [4] -
4769:8, 4773:8,
4793:8, 4796:25
**dismissing** [1] -
4693:14
**display** [1] - 4708:14
**displayed** [3] -
4704:12, 4774:4,
4774:6
**dispute** [2] - 4683:18,
4774:14
**disputes** [1] - 4844:11
**disseminated** [1] -
4702:19
**distance** [1] - 4814:21
**document** [3] -
4750:15, 4830:12,
4830:13
**documented** [1] -
4808:1
**Dodd** [1] - 4695:9
**dog** [1] - 4802:1
**Dolan** [22] - 4741:24,
4743:2, 4743:8,
4743:16, 4743:18,
4743:22, 4744:7,
4744:11, 4744:14,
4753:6, 4759:5,
4759:25, 4761:7,
4770:13, 4779:8,
4792:12, 4792:17,
4794:8, 4795:9,
4795:25, 4819:2,
4819:8
**dome** [2] - 4722:21,
4733:20
**done** [6] - 4715:19,
4715:22, 4749:17,
4798:9, 4833:13,
4837:13
**Donovan** [24] -
4728:20, 4728:21,
4728:25, 4729:13,
4745:4, 4746:25,
4748:20, 4755:22,
4771:4, 4772:19,
4775:21, 4776:14,
4777:18, 4777:21,
4779:8, 4782:21,
4783:2, 4784:22,
4785:6, 4786:22,
4787:15, 4788:14,
4789:10, 4818:13
**Door** [1] - 4842:20
**door** [11] - 4718:14,
4742:11, 4742:14,

4750:11, 4750:14,
4790:20, 4791:16,
4804:2, 4840:25,
4841:24, 4842:23
**doorknob** [3] -
4697:17, 4699:25,
4826:22
**doors** [28] - 4717:5,
4717:8, 4721:17,
4730:25, 4748:7,
4749:15, 4750:18,
4750:19, 4751:22,
4752:21, 4756:5,
4756:9, 4758:7,
4760:20, 4802:13,
4802:14, 4802:15,
4802:17, 4803:4,
4838:20, 4839:1,
4839:7, 4839:20,
4840:3, 4841:9,
4841:18, 4842:8
**doorway** [3] - 4782:5,
4782:8, 4785:15
**dot** [1] - 4799:9
**down** [12] - 4692:25,
4705:16, 4730:11,
4736:23, 4736:24,
4761:19, 4762:12,
4826:6, 4828:1,
4831:3, 4837:17
**downtown** [3] -
4831:21, 4831:23,
4832:1
**DOZER** [1] - 4695:8
**draw** [1] - 4780:18
**drawn** [1] - 4825:3
**Drew** [54] - 4681:4,
4702:5, 4702:22,
4702:23, 4706:13,
4707:10, 4708:11,
4714:12, 4714:19,
4715:14, 4716:24,
4718:2, 4718:14,
4722:13, 4724:20,
4725:6, 4729:11,
4730:2, 4731:17,
4732:12, 4732:21,
4734:19, 4736:1,
4736:15, 4739:2,
4740:2, 4740:10,
4740:12, 4741:13,
4743:1, 4751:17,
4757:24, 4760:9,
4766:2, 4766:12,
4766:17, 4767:20,
4768:7, 4768:24,
4775:23, 4778:10,
4780:15, 4791:9,
4792:21, 4793:4,
4793:14, 4796:19,

4853

4797:8, 4801:19,
4803:11, 4803:20,
4804:16, 4804:24,
4837:16
**Drew's** [1] - 4701:23
**drive** [1] - 4731:21
**dropped** [1] - 4710:8
**dry** [1] - 4688:10
**Dunn** [2] - 4795:4,
4797:11
**Dupont** [3] - 4834:15,
4834:18
**during** [7] - 4684:14,
4711:1, 4724:2,
4750:13, 4828:8,
4829:20, 4831:17
**duty** [1] - 4738:21

### E

**early** [2] - 4694:6,
4805:18
**easier** [6] - 4682:10,
4685:22, 4740:18,
4761:22, 4762:1,
4778:19
**east** [39] - 4707:13,
4708:5, 4710:22,
4711:11, 4711:12,
4714:25, 4717:5,
4717:8, 4742:10,
4745:21, 4746:1,
4748:7, 4749:15,
4751:21, 4752:21,
4756:5, 4758:7,
4760:20, 4766:7,
4768:15, 4797:9,
4802:10, 4802:14,
4802:17, 4803:3,
4812:24, 4814:11,
4814:13, 4814:16,
4832:13, 4832:14,
4834:15, 4835:19,
4835:20, 4835:23,
4836:4, 4838:19,
4839:1, 4841:18
**Eastern** [1] - 4701:3
**easy** [1] - 4769:2
**easy-to-play** [1] -
4769:2
**ed** [1] - 4717:15
**Ed** [2] - 4717:16,
4719:17
**edge** [1] - 4733:10
**Edwards** [1] - 4691:25
**EDWARDS** [13] -
4687:16, 4688:13,
4689:12, 4690:10,
4690:13, 4690:20,
4691:14, 4691:20,

4692:10, 4692:15,
4694:7, 4694:9,
4694:19
**effect** [1] - 4682:20
**egress** [2] - 4831:25,
4839:7
**eight** [1] - 4685:3
**either** [4] - 4693:23,
4834:14, 4836:13,
4843:20
**Electoral** [1] - 4820:13
**elicit** [1] - 4774:10
**elicited** [1] - 4685:20
**Ellipse** [2] - 4806:6,
4816:11
**em** [1] - 4738:16
**email** [7] - 4834:7,
4834:9, 4834:24,
4835:10, 4835:11,
4835:12, 4835:15
**employee** [1] - 4684:3
**end** [11] - 4710:5,
4745:20, 4763:11,
4803:2, 4827:3,
4837:12, 4841:10,
4841:24, 4842:8,
4842:10, 4844:15
**ended** [3] - 4755:11,
4804:24, 4843:10
**ending** [3] - 4713:16,
4734:8, 4737:11
**ends** [4] - 4724:9,
4832:13, 4837:23,
4838:1
**enforcement** [1] -
4759:11
**enter** [1] - 4718:6
**entered** [4] - 4802:15,
4803:3, 4839:8,
4839:21
**entering** [6] - 4744:2,
4760:20, 4766:3,
4768:22, 4802:12,
4803:2
**enters** [1] - 4776:17
**entire** [3] - 4690:4,
4750:12, 4808:5
**entrance** [1] - 4797:14
**entries** [1] - 4695:4
**entryway** [2] -
4732:24, 4742:15
**equation** [1] - 4685:21
**escape** [2] - 4762:12,
4762:13
**especially** [1] -
4828:18
**Esposito** [8] -
4684:11, 4684:18,
4688:8, 4688:9,
4688:25, 4692:3,

4693:6, 4693:10
**Esposito's** [3] -
4685:18, 4693:18,
4694:11
**essentially** [3] -
4684:13, 4820:19,
4838:12
**establish** [1] - 4843:3
**estimate** [1] - 4791:15
**ETA** [1] - 4799:5
**evac** [1] - 4820:4
**evacuated** [4] -
4738:6, 4781:11,
4820:1, 4820:15
**evacuated.......**
chickens.....face [1]
- 4722:1
**evacuating** [1] -
4820:1
**evacuation** [1] -
4820:5
**events** [4] - 4762:23,
4804:24, 4830:8,
4841:23
**everywhere** [1] -
4828:19
**evidence** [51] -
4682:21, 4682:22,
4682:25, 4683:1,
4683:3, 4683:14,
4684:12, 4686:14,
4686:15, 4686:16,
4690:10, 4690:14,
4692:18, 4693:10,
4699:17, 4700:3,
4700:5, 4703:5,
4703:12, 4711:17,
4712:7, 4736:7,
4736:10, 4741:7,
4741:10, 4751:4,
4769:7, 4769:10,
4775:5, 4778:22,
4779:1, 4790:7,
4793:7, 4793:10,
4796:24, 4797:4,
4803:7, 4803:14,
4808:18, 4817:3,
4818:13, 4819:1,
4822:12, 4823:16,
4823:18, 4823:20,
4830:11, 4834:5,
4840:15, 4843:8
**evident** [1] - 4765:18
**exact** [3] - 4695:24,
4697:15, 4807:16
**exactly** [3] - 4701:4,
4834:2, 4843:4
**examination** [5] -
4765:9, 4765:17,
4823:17, 4843:18,

4844:12
**EXAMINATION** [2] -
4702:3, 4805:8
**Examination** [2] -
4681:5, 4681:5
**examine** [1] - 4751:9
**example** [4] - 4685:17,
4685:18, 4691:19,
4693:24
**except** [3] - 4823:8,
4823:14, 4823:22
**exception** [2] -
4758:11, 4818:12
**excerpt** [1] - 4684:11
**exclude** [1] - 4762:19
**excluded** [1] -
4699:20
**excuse** [3] - 4684:19,
4700:11, 4709:14
**exfill** [1] - 4832:5
**exhibit** [22] - 4697:16,
4719:23, 4726:7,
4739:11, 4752:8,
4775:23, 4799:19,
4799:21, 4807:1,
4808:17, 4810:4,
4819:21, 4820:24,
4821:2, 4824:16,
4825:7, 4826:10,
4826:25, 4829:2,
4833:2, 4833:7,
4843:21
**Exhibit** [59] - 4681:8,
4681:9, 4681:9,
4681:10, 4681:10,
4681:11, 4681:11,
4681:12, 4695:15,
4696:9, 4702:22,
4703:12, 4706:8,
4713:17, 4719:15,
4719:16, 4722:25,
4731:10, 4731:17,
4736:1, 4736:10,
4740:8, 4740:12,
4741:7, 4741:10,
4752:8, 4761:12,
4766:16, 4767:16,
4768:21, 4768:22,
4769:7, 4769:10,
4778:9, 4778:18,
4778:21, 4779:1,
4790:7, 4790:24,
4792:24, 4793:7,
4793:10, 4796:19,
4797:3, 4798:15,
4798:16, 4803:2,
4803:7, 4803:14,
4810:4, 4810:8,
4826:7, 4826:17,
4828:4, 4828:25,

4830:11, 4834:3,
4834:6, 4835:24
**exhibits** [1] - 4700:7
**Exhibits** [1] - 4681:7
**exist** [1] - 4688:23
**existed** [1] - 4734:16
**exited** [5] - 4696:24,
4697:18, 4698:25,
4700:2, 4700:3
**exiting** [1] - 4700:7
**expect** [1] - 4698:13
**experience** [2] -
4705:5, 4829:24
**expert** [2] - 4833:18,
4843:7
**extent** [3] - 4688:1,
4691:9, 4774:23
**extraction** [1] - 4706:2
**extremely** [2] -
4750:15, 4750:16
**eye** [1] - 4773:3
**eyes** [1] - 4701:12

### F

**face** [2] - 4726:25,
4728:5
**Facebook** [2] -
4730:24, 4799:22
**facing** [6] - 4756:16,
4786:8, 4786:10,
4786:12, 4809:10,
4832:15
**fact** [14] - 4682:12,
4688:5, 4691:11,
4693:8, 4699:18,
4806:12, 4808:3,
4815:1, 4819:8,
4824:21, 4824:24,
4825:5, 4830:4,
4830:5
**factors** [1] - 4688:22
**fair** [16] - 4694:13,
4763:15, 4774:7,
4790:15, 4804:25,
4808:10, 4813:3,
4813:13, 4814:15,
4819:4, 4825:10,
4830:9, 4839:5,
4841:5, 4843:22,
4844:2
**fairly** [1] - 4765:18
**falls** [1] - 4691:2
**familiar** [10] - 4702:22,
4703:20, 4714:19,
4740:12, 4805:17,
4808:21, 4826:21,
4831:23, 4832:7,
4833:21
**famous** [2] - 4697:17,

4854

4826:21
**far** [9] - 4688:11,
4699:5, 4761:16,
4791:15, 4804:17,
4816:17, 4818:17,
4819:7, 4820:16
**fast** [3] - 4756:22,
4756:23, 4758:22
**fast-forward** [3] -
4756:22, 4756:23,
4758:22
**favorites** [2] -
4835:21, 4836:5
**FBI** [16] - 4683:25,
4685:1, 4685:2,
4689:25, 4690:1,
4703:17, 4706:2,
4734:9, 4734:23,
4807:10, 4818:13,
4822:11, 4830:6,
4831:8, 4833:9,
4833:13
**FBI's** [2] - 4703:2,
4833:17
**federal** [1] - 4686:8
**feed** [1] - 4799:22
**feet** [2] - 4697:24,
4791:18
**fences** [1] - 4812:16
**few** [4] - 4688:9,
4749:4, 4749:9,
4752:2
**fifteen** [1] - 4751:23
**fifth** [1] - 4705:16
**fifty** [1] - 4791:18
**fight's** [1] - 4779:21
**figure** [2] - 4701:12,
4843:23
**file** [18] - 4707:22,
4713:17, 4714:19,
4714:21, 4715:1,
4715:14, 4715:19,
4716:8, 4716:9,
4716:14, 4716:17,
4725:4, 4725:15,
4725:20, 4731:20,
4732:1, 4744:1,
4745:20
**filing** [2] - 4686:2,
4694:15
**filled** [1] - 4763:2
**film** [1] - 4843:14
**filming** [1] - 4742:3
**filmographer** [1] -
4843:14
**final** [4] - 4699:22,
4705:16, 4722:22,
4841:16
**finally** [1] - 4841:10
**fine** [4] - 4765:14,

4827:6, 4827:9,
4841:6
**finish** [1] - 4835:7
**fire** [2] - 4762:12,
4762:13
**first** [22] - 4682:16,
4683:1, 4688:13,
4697:4, 4704:17,
4705:1, 4735:10,
4760:22, 4762:14,
4762:21, 4763:3,
4763:24, 4764:15,
4774:12, 4805:6,
4814:2, 4815:11,
4824:1, 4834:4,
4834:12, 4838:5,
4841:3
**Fischer** [16] - 4682:9,
4687:18, 4689:5,
4690:14, 4691:6,
4691:18, 4693:12,
4696:20, 4698:16,
4762:6, 4764:6,
4805:6, 4805:12,
4810:17, 4830:22,
4837:8
**FISCHER** [122] -
4682:14, 4682:19,
4683:16, 4683:23,
4684:24, 4685:7,
4685:11, 4686:5,
4686:7, 4686:20,
4688:6, 4689:8,
4689:18, 4690:12,
4691:24, 4692:7,
4693:22, 4694:13,
4694:17, 4696:2,
4696:22, 4697:2,
4698:22, 4699:22,
4700:5, 4700:13,
4700:21, 4701:14,
4736:8, 4750:3,
4761:22, 4761:25,
4762:8, 4763:16,
4764:13, 4764:17,
4769:8, 4805:7,
4805:9, 4806:17,
4808:12, 4808:15,
4809:5, 4809:8,
4810:1, 4810:6,
4810:12, 4810:14,
4810:22, 4811:1,
4811:3, 4811:5,
4811:6, 4811:12,
4811:14, 4811:20,
4811:24, 4812:11,
4812:15, 4813:14,
4813:20, 4814:1,
4814:4, 4814:5,
4814:17, 4814:20,

4815:1, 4815:3,
4815:16, 4815:19,
4815:20, 4816:6,
4816:9, 4816:18,
4816:21, 4816:25,
4817:1, 4818:5,
4818:11, 4818:19,
4818:22, 4818:24,
4819:11, 4819:14,
4819:16, 4819:18,
4819:20, 4821:8,
4821:12, 4821:19,
4821:23, 4822:3,
4822:6, 4823:19,
4825:10, 4825:14,
4825:16, 4825:18,
4825:20, 4825:22,
4825:24, 4826:5,
4826:8, 4826:15,
4826:18, 4826:20,
4827:2, 4827:8,
4827:13, 4827:22,
4827:25, 4828:2,
4828:23, 4829:1,
4829:18, 4829:19,
4830:25, 4831:1,
4832:24, 4835:3,
4835:9, 4837:6
**Fischer's** [1] -
4687:20
**Fischer................** [1] -
4681:5
**fist** [1] - 4757:7
**fit** [1] - 4685:21
**five** [10] - 4686:11,
4732:17, 4733:18,
4734:5, 4736:17,
4792:11, 4835:4,
4838:12, 4840:18
**FL** [3] - 4704:19,
4705:12, 4705:14
**flag** [3] - 4827:16,
4827:17, 4827:21
**flight** [2] - 4697:9,
4697:10
**flights** [1] - 4697:8
**flip** [2] - 4750:8,
4750:12
**flip-flopped** [1] -
4750:12
**flip-flopping** [1] -
4750:8
**flopped** [1] - 4750:12
**flopping** [1] - 4750:8
**Florida** [4] - 4718:3,
4723:17, 4817:7,
4819:8
**flushed** [1] - 4844:12
**follow** [2] - 4688:4,
4701:4

**follow-up** [1] - 4688:4
**followed** [1] - 4824:6
**following** [2] -
4693:13, 4694:1
**foot** [1] - 4801:11
**footage** [6] - 4761:1,
4786:6, 4786:9,
4790:25, 4793:16
**footing** [1] - 4683:20
**Footnote** [1] - 4688:18
**foreground** [1] -
4771:18
**forensic** [2] - 4833:14,
4833:18
**forget** [1] - 4688:8
**format** [2] - 4769:2,
4778:19
**forth** [2] - 4750:8,
4750:11
**forward** [96] -
4696:21, 4698:18,
4706:18, 4707:4,
4707:17, 4708:6,
4708:17, 4709:23,
4710:14, 4712:18,
4713:4, 4713:13,
4715:8, 4721:22,
4722:3, 4722:8,
4722:17, 4723:8,
4723:22, 4724:25,
4726:4, 4726:14,
4727:17, 4729:6,
4729:21, 4730:20,
4730:25, 4732:7,
4733:11, 4733:16,
4737:4, 4737:15,
4737:20, 4738:2,
4738:17, 4741:19,
4746:4, 4748:25,
4752:25, 4753:7,
4754:19, 4755:23,
4756:7, 4756:18,
4756:22, 4756:23,
4757:9, 4757:14,
4757:23, 4758:4,
4758:15, 4758:17,
4758:22, 4760:2,
4762:24, 4763:3,
4765:11, 4767:25,
4769:12, 4770:24,
4771:7, 4771:22,
4772:15, 4773:6,
4774:2, 4774:10,
4776:5, 4779:2,
4780:7, 4781:18,
4781:22, 4782:12,
4784:6, 4786:14,
4786:24, 4788:5,
4791:4, 4793:20,
4794:3, 4795:17,

4798:19, 4799:12,
4800:10, 4801:1,
4802:2, 4802:18,
4803:15, 4804:9,
4810:1, 4811:2,
4811:15, 4812:11,
4814:17, 4827:6,
4837:10
**forwards** [1] - 4758:16
**foundation** [2] -
4794:19, 4838:17
**fountain** [19] -
4808:22, 4812:9,
4813:9, 4814:14,
4814:18, 4814:23,
4815:5, 4819:22,
4820:14, 4821:3,
4821:5, 4824:9,
4824:10, 4824:11,
4825:1, 4825:4,
4825:6, 4825:7,
4825:9
**four** [6] - 4699:25,
4704:16, 4705:19,
4823:4, 4823:9,
4835:13
**foyer** [1] - 4719:5
**frame** [3] - 4697:19,
4767:11, 4803:21
**free** [3] - 4781:15,
4843:17, 4843:25
**FreedomD0z3r** [3] -
4695:8, 4714:6,
4730:2
**FreedomDosier** [1] -
4713:24
**freeze** [1] - 4809:7
**French** [1] - 4843:13
**fresh** [1] - 4831:4
**front** [14] - 4685:13,
4742:10, 4771:6,
4788:1, 4804:2,
4806:2, 4806:3,
4806:14, 4806:22,
4807:7, 4808:18,
4812:25, 4842:19,
4842:23
**fuck** [1] - 4738:16
**fucked** [1] - 4737:24
**fucking** [7] - 4721:21,
4729:20, 4730:6,
4730:7, 4772:14,
4773:24, 4804:22
**full** [1] - 4762:22
**fully** [1] - 4691:12

## G

**game** [1] - 4843:22
**gas** [1] - 4720:6

gathering [1] - 4830:2
**Gator** [2] - 4704:19, 4704:23
**gauge** [1] - 4693:3
**gear** [1] - 4807:18
**general** [3] - 4739:5, 4740:3, 4806:5
**generally** [5] - 4703:22, 4724:5, 4730:18, 4802:21, 4830:2
**gentlemen** [3] - 4713:21, 4761:16, 4837:9
**geographically** [1] - 4768:19
**geography** [1] - 4832:7
**Georgetown** [3] - 4832:3, 4832:5, 4833:25
**GEYER** [12] - 4750:1, 4750:7, 4750:21, 4751:6, 4751:10, 4781:7, 4781:10, 4781:16, 4842:17, 4843:19, 4844:2, 4844:4
**Geyer** [4] - 4750:3, 4781:9, 4842:16, 4843:16
**gist** [1] - 4739:5
**given** [3] - 4682:12, 4693:18, 4842:4
**glass** [3] - 4838:13, 4838:19
**glove** [1] - 4785:22
**goggles** [1] - 4804:3
**golf** [4] - 4800:9, 4801:7, 4828:5, 4828:9
**gonna** [1] - 4736:20
**Google** [3] - 4735:2, 4735:4, 4836:23
**goons** [1] - 4843:12
**goose** [1] - 4722:2
**government** [47] - 4683:7, 4683:10, 4683:18, 4684:1, 4684:5, 4684:6, 4684:9, 4685:16, 4686:4, 4686:9, 4686:19, 4687:24, 4688:23, 4690:8, 4690:15, 4690:20, 4690:24, 4691:19, 4693:22, 4696:23, 4697:16, 4699:23, 4700:6, 4703:5, 4736:6, 4741:6,

4761:23, 4762:8, 4762:11, 4763:15, 4764:14, 4778:21, 4793:6, 4796:23, 4806:24, 4807:1, 4813:22, 4826:10, 4833:6, 4833:9, 4837:24, 4838:5, 4838:9, 4842:1, 4842:11
**Government** [25] - 4681:8, 4681:9, 4681:9, 4681:10, 4681:10, 4681:11, 4681:11, 4681:12, 4695:15, 4703:12, 4736:10, 4741:10, 4766:16, 4767:16, 4769:10, 4779:1, 4792:24, 4793:7, 4793:10, 4797:3, 4798:15, 4798:16, 4803:6, 4803:14, 4828:24
**Government's** [2] - 4813:19, 4828:3
**government's** [7] - 4687:13, 4688:14, 4808:17, 4819:21, 4821:2, 4826:25, 4843:20
**grand** [25] - 4682:11, 4683:1, 4683:10, 4683:15, 4684:6, 4685:11, 4685:14, 4685:19, 4686:9, 4686:11, 4687:9, 4687:25, 4688:15, 4688:24, 4688:25, 4689:16, 4689:19, 4692:4, 4692:16, 4692:17, 4692:24, 4693:3, 4693:21, 4693:25
**graphic** [1] - 4809:14
**Graydon** [16] - 4744:21, 4746:21, 4748:19, 4756:1, 4770:1, 4770:8, 4770:17, 4770:23, 4771:19, 4777:18, 4785:1, 4785:20, 4786:23, 4788:9, 4789:14, 4817:3
**great** [2] - 4780:19, 4818:18
**greater** [2] - 4686:3, 4693:16
**green** [4] - 4780:22, 4786:2, 4822:1,

4826:1
**Greene** [20] - 4708:22, 4709:4, 4709:11, 4709:18, 4709:20, 4710:5, 4710:24, 4734:7, 4735:6, 4735:22, 4735:24, 4736:15, 4737:3, 4737:8, 4737:14, 4737:17, 4737:22, 4738:4, 4738:10, 4745:16
**Greene's** [2] - 4734:11, 4735:19
**Grods** [1] - 4802:24
**grounds** [4] - 4693:14, 4808:25, 4809:3, 4821:6
**Grounds** [4] - 4710:11, 4740:4, 4740:5, 4741:5
**group** [27] - 4707:11, 4710:21, 4711:10, 4718:22, 4720:5, 4722:14, 4730:24, 4731:7, 4733:13, 4733:19, 4733:23, 4745:25, 4758:5, 4758:13, 4761:13, 4778:1, 4778:5, 4778:7, 4778:12, 4780:3, 4786:12, 4787:24, 4788:3, 4792:6, 4792:9, 4801:6, 4839:20
**guess** [2] - 4682:23, 4806:6
**guilt** [1] - 4843:3
**guns** [1] - 4737:10
**guy** [1] - 4686:11
**guys** [1] - 4828:5

# H

**Hackett** [7] - 4745:4, 4752:17, 4759:25, 4772:6, 4792:12, 4792:16, 4796:8
**half** [3] - 4696:8, 4698:5, 4837:12
**halfway** [1] - 4831:3
**HALLER** [12] - 4838:4, 4838:8, 4838:21, 4839:10, 4839:13, 4839:19, 4840:8, 4840:13, 4840:16, 4840:22, 4841:15, 4842:15
**hallway** [10] - 4773:13, 4778:15, 4780:1, 4780:4, 4784:3,

4790:15, 4790:18, 4843:11, 4843:15
**hand** [23] - 4711:13, 4713:8, 4726:18, 4727:21, 4748:21, 4756:13, 4756:16, 4757:6, 4758:1, 4758:12, 4764:25, 4770:20, 4771:18, 4771:19, 4775:25, 4780:16, 4782:3, 4782:6, 4785:9, 4786:2, 4799:18, 4835:22, 4836:9
**handles** [1] - 4695:5
**Handout** [1] - 4705:14
**hands** [1] - 4742:2
**Haney** [3] - 4695:9, 4730:3, 4730:4
**Haney's** [1] - 4730:22
**hang** [3] - 4810:17, 4830:22
**Hangout** [3] - 4705:12, 4705:14, 4705:18
**happy** [4] - 4694:1, 4698:19, 4699:17, 4762:2
**hard** [2] - 4731:21, 4840:24
**hare** [1] - 4721:4
**Harrelson** [27] - 4704:18, 4705:20, 4711:16, 4717:1, 4731:1, 4741:24, 4743:2, 4743:12, 4752:17, 4760:1, 4761:7, 4770:1, 4770:8, 4770:13, 4771:20, 4773:5, 4774:1, 4778:1, 4779:9, 4792:12, 4792:16, 4794:14, 4795:9, 4796:4, 4819:2, 4819:8, 4822:23
**Harrelson's** [6] - 4703:3, 4703:16, 4706:3, 4706:6, 4761:1, 4772:10
**Harry** [2] - 4795:4, 4797:11
**hat** [2] - 4803:21, 4803:25
**hats** [1] - 4749:12
**head** [4] - 4713:12, 4754:5, 4759:13, 4827:24
**headed** [2] - 4778:15, 4783:5

**heading** [2] - 4814:14, 4814:16
**hear** [34] - 4698:14, 4698:17, 4715:16, 4715:17, 4715:18, 4724:2, 4725:7, 4725:12, 4725:14, 4750:2, 4750:6, 4753:16, 4753:18, 4754:23, 4755:7, 4755:17, 4759:9, 4772:9, 4772:13, 4772:25, 4773:23, 4774:9, 4774:13, 4776:25, 4781:9, 4783:17, 4786:18, 4787:21, 4795:13, 4804:17, 4827:3, 4827:5, 4827:21, 4838:11
**heard** [10] - 4685:2, 4713:22, 4716:8, 4724:11, 4735:9, 4755:18, 4774:5, 4804:21, 4820:9, 4827:17
**hearing** [1] - 4698:21
**hearsay** [2] - 4689:10, 4806:15
**hedged** [2] - 4691:10
**held** [9] - 4682:5, 4701:18, 4751:12, 4761:18, 4765:21, 4775:1, 4781:17, 4823:21, 4837:15
**helmet** [7] - 4754:6, 4754:8, 4754:10, 4754:11, 4759:9, 4759:10, 4759:14
**helmets** [3] - 4782:9, 4807:23, 4807:24
**help** [2] - 4686:17
**higher** [1] - 4825:7
**Highlander** [2] - 4720:4, 4721:24
**highly** [1] - 4690:3
**highway** [1] - 4836:21
**Hilgeman** [1] - 4831:11
**himself** [6] - 4682:13, 4687:22, 4689:17, 4709:3, 4833:11, 4839:5
**hold** [3] - 4686:10, 4781:19, 4783:18
**Hold** [1] - 4781:19
**Holden** [4] - 4695:9, 4730:3, 4730:4, 4730:22
**holding** [3] - 4713:12,

4856

4742:3, 4775:25
**home** [1] - 4704:17
**homestretch** [1] -
4765:23
**Honor** [77] - 4682:14,
4683:4, 4683:16,
4683:23, 4684:24,
4685:7, 4685:11,
4686:5, 4686:20,
4687:16, 4688:6,
4688:13, 4689:8,
4689:14, 4689:18,
4690:1, 4690:7,
4691:15, 4691:20,
4691:24, 4692:15,
4693:22, 4694:7,
4694:13, 4694:17,
4695:14, 4695:20,
4695:21, 4697:2,
4697:7, 4697:14,
4697:22, 4698:22,
4699:14, 4699:20,
4699:22, 4700:14,
4701:14, 4701:25,
4714:8, 4739:10,
4750:22, 4751:10,
4751:15, 4755:12,
4761:22, 4762:8,
4762:14, 4763:16,
4764:13, 4764:18,
4764:19, 4765:5,
4765:15, 4765:20,
4765:25, 4775:9,
4781:10, 4803:8,
4805:3, 4810:20,
4826:12, 4827:22,
4830:25, 4835:1,
4835:4, 4837:6,
4837:19, 4838:6,
4838:11, 4838:22,
4838:24, 4839:10,
4842:15, 4842:17,
4844:4
**hope** [1] - 4701:21
**hopefully** [1] - 4716:3
**hotel** [6] - 4717:22,
4719:22, 4799:8,
4799:10, 4835:16,
4835:19
**hour** [4] - 4690:7,
4698:5, 4701:22,
4704:14
**hours** [6] - 4685:2,
4686:11, 4805:18,
4810:23, 4834:25,
4835:13
**House** [11] - 4732:16,
4738:1, 4777:3,
4777:23, 4778:8,
4792:10, 4793:3,

4793:18, 4797:15,
4798:3, 4834:20
**house** [1] - 4772:14
**hundreds** [4] - 4686:7,
4807:11, 4807:13
**hung** [1] - 4695:23

**I**

**iCloud** [3] - 4703:3,
4703:17, 4723:14
**ID** [1] - 4686:13
**identification** [2] -
4682:17
**identified** [10] -
4683:2, 4685:3,
4687:14, 4688:16,
4688:19, 4741:23,
4745:10, 4747:10,
4754:2
**identify** [2] - 4706:23,
4800:24
**identifying** [2] -
4740:22, 4839:5
**illustrate** [1] - 4741:5
**images** [1] - 4765:1
**immediately** [2] -
4701:12, 4730:14
**imply** [1] - 4824:20
**important** [3] -
4684:25, 4834:13,
4844:11
**impossible** [1] -
4763:12
**inaccuracy** [1] -
4843:21
**inaugural** [3] -
4698:25, 4699:5,
4829:14
**included** [3] -
4826:25, 4831:21,
4831:23
**includes** [1] - 4721:10
**including** [2] -
4835:21, 4843:13
**incorrect** [1] - 4691:9
**Independence** [1] -
4821:17
**indicate** [5] - 4723:18,
4758:22, 4767:19,
4800:6, 4802:8
**indicated** [62] -
4703:16, 4736:14,
4742:25, 4746:2,
4749:23, 4752:16,
4753:4, 4753:11,
4755:20, 4756:24,
4759:4, 4759:17,
4759:24, 4760:5,
4760:14, 4761:5,

4761:10, 4766:16,
4766:25, 4769:21,
4770:7, 4770:12,
4771:3, 4778:12,
4779:14, 4780:10,
4782:3, 4782:6,
4782:16, 4783:11,
4784:11, 4784:16,
4784:21, 4784:25,
4785:14, 4785:19,
4787:3, 4787:9,
4788:8, 4788:13,
4788:21, 4789:4,
4789:22, 4790:17,
4790:20, 4792:5,
4793:25, 4794:7,
4794:13, 4794:17,
4794:22, 4795:3,
4795:8, 4795:20,
4795:24, 4796:3,
4796:7, 4799:9,
4802:21, 4802:23,
4815:4, 4831:2
**indicating** [2] -
4756:4, 4800:16
**indications** [1] -
4710:10
**individual** [7] -
4687:23, 4688:5,
4711:23, 4737:18,
4737:23, 4760:22,
4786:20
**individuals** [25] -
4708:2, 4710:11,
4718:13, 4718:16,
4718:25, 4737:12,
4739:6, 4740:3,
4741:23, 4745:5,
4745:10, 4747:9,
4749:4, 4749:6,
4777:5, 4780:2,
4780:16, 4780:20,
4792:9, 4793:2,
4798:10, 4799:23,
4801:7, 4812:1,
4818:14
**indulgence** [10] -
4697:13, 4700:13,
4739:23, 4808:12,
4809:5, 4813:17,
4827:11, 4827:25,
4828:23, 4829:18
**infill** [1] - 4832:5
**information** [1] -
4702:18
**informed** [1] - 4702:14
**ingress** [3] - 4831:25,
4835:16, 4839:7
**initial** [1] - 4697:9
**Inn** [3] - 4717:18,

4720:21, 4720:23
**input** [1] - 4740:22
**inquire** [1] - 4696:23
**inset** [2] - 4744:13,
4760:25
**inside** [24] - 4695:24,
4696:1, 4697:25,
4698:15, 4722:16,
4724:24, 4731:3,
4731:9, 4739:6,
4740:5, 4762:18,
4767:13, 4768:17,
4768:24, 4778:2,
4790:3, 4790:25,
4791:25, 4792:3,
4798:10, 4803:10,
4803:11, 4821:16,
4829:11
**INSIDE** [1] - 4720:7
**Inside** [1] - 4829:7
**insomuch** [1] - 4832:5
**instance** [2] -
4703:23, 4716:16
**instead** [2] - 4683:15,
4762:21
**instruction** [5] -
4694:22, 4713:20,
4764:22, 4764:25,
4765:2
**Intel** [1] - 4799:4
**intelligence** [1] -
4830:2
**intend** [3] - 4695:25,
4834:14, 4838:9
**intended** [1] - 4764:11
**interior** [2] - 4760:13,
4813:6
**interpret** [1] - 4757:11
**interrupt** [2] - 4700:8,
4810:17
**intersecting** [1] -
4832:16
**intersection** [1] -
4814:12
**interview** [2] - 4685:6,
4687:12
**interviewed** [1] -
4685:1
**interviewing** [1] -
4687:19
**introduce** [3] - 4688:1,
4699:17, 4838:10
**introduced** [7] -
4697:16, 4766:12,
4803:7, 4803:14,
4826:10, 4830:15,
4830:23
**introducing** [1] -
4838:25
**investigating** [1] -

4690:25
**investigation** [17] -
4684:25, 4687:18,
4688:12, 4690:5,
4720:18, 4734:23,
4735:1, 4805:21,
4806:12, 4806:20,
4808:3, 4817:25,
4818:2, 4829:20,
4829:21, 4831:8,
4831:18
**investigations** [1] -
4808:4
**investigative** [1] -
4685:8
**invited** [1] - 4685:13
**involved** [3] - 4686:7,
4687:17, 4821:25
**iPhone** [3] - 4703:25,
4706:3, 4706:6
**Isaacs** [18] - 4718:2,
4744:22, 4748:3,
4748:13, 4749:24,
4750:20, 4758:11,
4759:18, 4760:6,
4760:16, 4779:9,
4779:15, 4780:5,
4780:11, 4786:23,
4787:10, 4788:22,
4790:5
**issue** [6] - 4688:11,
4692:13, 4695:12,
4774:22, 4833:22,
4843:5
**issued** [2] - 4702:6,
4706:15
**issues** [3] - 4682:6,
4693:16, 4694:3
**it'll** [1] - 4695:3
**itself** [6] - 4684:22,
4688:3, 4714:23,
4809:2, 4830:13

**J**

**James** [16] - 4747:4,
4772:19, 4779:9,
4785:1, 4785:20,
4785:21, 4786:22,
4792:5, 4799:1,
4799:3, 4799:6,
4800:1, 4803:24,
4804:17, 4804:21,
4817:22
**Jan** [11] - 4704:19,
4705:8, 4717:20,
4720:11, 4721:9,
4733:8, 4738:12,
4738:25, 4799:3,
4815:25, 4835:12
**January** [32] -

4857

4690:24, 4693:9,
4702:15, 4704:3,
4732:13, 4735:19,
4735:23, 4736:4,
4736:18, 4736:24,
4798:5, 4805:18,
4805:23, 4807:12,
4808:25, 4809:24,
4810:16, 4812:6,
4821:6, 4822:11,
4822:20, 4823:1,
4823:7, 4823:12,
4823:20, 4829:4,
4830:8, 4834:25,
4835:11, 4836:18,
4839:7, 4841:9
**Jason** [20] - 4741:24,
4743:2, 4743:8,
4743:16, 4743:18,
4743:22, 4744:7,
4744:11, 4744:14,
4753:6, 4759:5,
4759:25, 4761:7,
4770:13, 4779:8,
4792:12, 4792:17,
4794:8, 4795:9,
4795:25
**Jess** [1] - 4730:6
**Jessica** [47] - 4707:11,
4710:21, 4711:10,
4711:15, 4715:15,
4716:25, 4724:23,
4726:17, 4727:20,
4729:3, 4729:18,
4729:19, 4730:4,
4730:23, 4746:13,
4747:15, 4748:20,
4755:22, 4761:11,
4769:22, 4770:8,
4770:17, 4775:19,
4775:25, 4776:18,
4777:18, 4779:8,
4782:17, 4783:12,
4783:17, 4784:3,
4784:4, 4784:17,
4784:22, 4785:6,
4786:11, 4786:22,
4788:14, 4789:23,
4818:12, 4821:13,
4822:8, 4822:9,
4823:8, 4823:14,
4823:25, 4824:2
**Jim** [1] - 4721:20
**job** [1] - 4749:17
**jobs** [1] - 4820:19
**Joe** [1] - 4689:21
**jog** [2] - 4835:22,
4836:9
**John** [1] - 4724:14
**joined** [1] - 4709:17

**Joseph** [7] - 4745:4,
4752:17, 4759:25,
4772:6, 4792:12,
4792:16, 4796:8
**Joshua** [7] - 4799:1,
4799:3, 4799:6,
4800:1, 4803:24,
4804:17, 4804:21
**journalists** [1] -
4839:4
**Judge** [3] - 4695:3,
4774:24, 4838:3
**judge** [2] - 4686:2,
4839:15
**judgment** [2] - 4690:6,
4691:19
**juror** [6] - 4688:25,
4692:4, 4692:17,
4692:24, 4693:3,
4701:20
**juror's** [1] - 4685:19
**jurors** [1] - 4693:21
**jury** [35] - 4682:2,
4682:5, 4682:11,
4683:1, 4683:10,
4683:15, 4684:6,
4685:11, 4685:14,
4686:9, 4686:11,
4687:9, 4687:25,
4688:2, 4688:15,
4688:24, 4689:15,
4689:19, 4689:22,
4692:16, 4693:25,
4694:24, 4694:25,
4701:18, 4703:13,
4736:12, 4761:18,
4765:4, 4765:21,
4766:14, 4793:11,
4797:5, 4803:13,
4837:15, 4843:2
**Justice** [1] - 4684:8

## K

**K-o-e-h-l-e-r** [1] -
4695:10
**keep** [9] - 4693:13,
4701:11, 4721:21,
4730:18, 4755:1,
4773:3, 4825:11,
4827:25, 4835:7
**Keeper** [1] - 4723:17
**Keepers** [23] - 4695:7,
4718:3, 4727:10,
4728:22, 4750:10,
4750:14, 4750:25,
4754:16, 4754:23,
4755:7, 4756:15,
4758:5, 4797:11,
4804:1, 4805:15,
4806:10, 4817:7,

4817:10, 4824:14,
4824:25, 4825:5,
4842:19, 4842:23
**Kelly** [29] - 4704:24,
4707:10, 4709:10,
4709:17, 4709:20,
4710:7, 4710:21,
4711:10, 4711:15,
4716:25, 4744:24,
4745:14, 4753:6,
4754:2, 4757:1,
4757:19, 4758:6,
4759:5, 4759:25,
4760:22, 4772:5,
4792:11, 4792:16,
4794:1, 4795:9,
4795:21, 4796:8,
4817:20, 4822:17
**Kellye** [2] - 4724:7,
4733:10
**Kenneth** [23] - 4703:3,
4711:16, 4717:1,
4741:24, 4743:2,
4743:12, 4752:17,
4760:1, 4761:1,
4761:7, 4770:1,
4770:8, 4770:13,
4771:20, 4772:10,
4773:5, 4774:1,
4779:9, 4792:12,
4792:16, 4794:14,
4795:9, 4796:4
**kept** [1] - 4830:5
**Kevlar** [4] - 4754:6,
4754:10, 4807:22,
4807:24
**Key** [1] - 4833:24
**kicked** [1] - 4736:20
**kill** [1] - 4795:16
**kind** [11] - 4689:14,
4691:2, 4692:19,
4701:4, 4702:11,
4757:22, 4780:21,
4801:25, 4821:16,
4827:19, 4843:5
**knowledge** [7] -
4693:19, 4699:3,
4806:23, 4817:4,
4817:5, 4824:22,
4824:23
**known** [1] - 4684:19
**knows** [2] - 4794:20,
4818:4
**Koehler** [1] - 4695:9

## L

**L.A** [5] - 4750:13,
4840:6, 4840:14,
4840:22, 4844:8
**lab** [1] - 4833:17

**lack** [1] - 4794:19
**ladies** [3] - 4713:21,
4761:15, 4837:9
**language** [1] - 4834:9
**laptops** [1] - 4838:6
**larger** [1] - 4699:21
**last** [5] - 4698:23,
4699:23, 4724:8,
4751:25, 4752:2
**late** [1] - 4835:3
**latitudes** [1] - 4836:8
**latter** [1] - 4763:1
**Laura** [6] - 4744:21,
4746:17, 4785:20,
4786:23, 4789:1,
4817:18
**law** [1] - 4759:11
**lawn** [1] - 4741:17
**lead** [4] - 4693:10,
4720:18, 4767:3,
4773:13
**Leader** [2] - 4720:10,
4720:13
**Leadership** [1] -
4721:3
**leading** [4] - 4744:1,
4755:9, 4774:16,
4774:22
**learned** [2] - 4806:13,
4806:20
**least** [6] - 4683:19,
4684:20, 4685:25,
4691:9, 4694:2,
4735:23
**leave** [4] - 4701:5,
4736:21, 4790:12,
4843:23
**leaves** [5] - 4709:6,
4709:20, 4764:3,
4764:6, 4816:10
**leaving** [3] - 4700:15,
4829:14, 4829:15
**led** [1] - 4829:10
**left** [29] - 4682:7,
4702:5, 4713:8,
4714:10, 4722:21,
4724:19, 4726:17,
4727:20, 4733:10,
4748:21, 4754:16,
4756:13, 4766:2,
4768:21, 4775:18,
4775:25, 4782:3,
4783:1, 4798:16,
4800:3, 4811:18,
4816:10, 4816:11,
4819:22, 4834:6,
4835:22, 4836:9,
4836:13
**left-hand** [4] -
4756:13, 4782:3,

4835:22, 4836:9
**legal** [1] - 4820:8
**less** [2] - 4698:19,
4709:19
**letters** [1] - 4836:8
**level** [1] - 4733:24
**Liberty** [1] - 4689:21
**likely** [2] - 4704:8,
4704:9
**limiting** [2] - 4694:21,
4764:22
**Lincoln** [1] - 4724:15
**LINDER** [1] - 4703:8
**line** [26] - 4729:3,
4750:12, 4787:25,
4800:3, 4800:16,
4802:7, 4814:2,
4821:16, 4822:1,
4824:8, 4824:9,
4824:24, 4824:25,
4825:3, 4826:1,
4826:2, 4828:4,
4835:8, 4837:1,
4844:10, 4844:11
**lines** [3] - 4751:2,
4756:4, 4828:4
**listed** [4] - 4704:5,
4736:18, 4751:17,
4804:7
**listen** [3] - 4755:2,
4804:16, 4826:17
**listened** [1] - 4715:23
**listening** [4] -
4715:19, 4715:20,
4725:11, 4754:20
**litigated** [1] - 4692:13
**live** [2] - 4795:1,
4799:22
**lived** [1] - 4730:7
**lobby** [2] - 4736:20,
4736:23
**located** [11] - 4706:6,
4706:24, 4707:21,
4707:22, 4708:3,
4723:13, 4734:9,
4780:20, 4797:11,
4814:10, 4834:18
**location** [5] - 4741:5,
4782:8, 4830:2,
4830:3, 4838:22
**locations** [2] -
4710:10, 4740:24
**Lochner** [16] -
4684:21, 4685:5,
4685:6, 4685:18,
4687:10, 4687:17,
4687:21, 4688:4,
4688:12, 4689:5,
4689:7, 4689:13,
4690:21, 4690:25,

4858

4691:5
**Lochner's** [3] - 4682:11, 4687:11, 4691:7
**lochner's** [1] - 4685:17
**lock** [2] - 4703:1, 4703:23
**lock-screen** [1] - 4703:1
**look** [13] - 4685:12, 4691:4, 4693:12, 4698:1, 4705:4, 4713:19, 4757:6, 4765:16, 4809:13, 4809:14, 4837:10, 4840:19, 4841:3
**looked** [2] - 4790:14, 4829:21
**looking** [21] - 4693:20, 4697:2, 4699:16, 4712:9, 4715:15, 4723:2, 4723:15, 4734:6, 4749:11, 4760:19, 4760:25, 4763:18, 4773:13, 4775:23, 4790:23, 4796:15, 4797:8, 4797:12, 4801:19, 4808:3, 4841:17
**looks** [8] - 4697:4, 4697:6, 4713:8, 4762:24, 4811:8, 4812:4, 4812:17, 4825:3
**loose** [2] - 4837:22, 4838:1
**Los** [2] - 4750:10, 4842:24
**lost** [1] - 4792:25
**lower** [2] - 4695:20, 4695:24
**lunch** [3] - 4701:22, 4702:5, 4798:25

**M**

**Ma'am** [1] - 4700:23
**maced** [3] - 4842:25, 4843:13, 4843:14
**male** [1] - 4686:24
**Manzo** [4] - 4702:1, 4798:13, 4798:18, 4838:23
**MANZO** [15] - 4838:24, 4840:2, 4840:5, 4840:10, 4840:14, 4840:17, 4840:23, 4841:2, 4841:8, 4841:14,

4841:16, 4842:2, 4842:9, 4842:12, 4844:7
**map** [8] - 4741:1, 4741:4, 4780:16, 4782:7, 4786:2, 4799:9, 4834:1, 4836:1
**maps** [11] - 4831:21, 4831:22, 4831:24, 4832:2, 4833:22, 4833:23, 4834:10, 4834:11, 4835:16, 4835:19
**Maps** [1] - 4836:23
**march** [1] - 4692:24
**March** [1] - 4694:8
**marched** [1] - 4825:1
**marches** [1] - 4692:18
**Mark** [2] - 4688:24, 4802:24
**marked** [6] - 4808:17, 4810:7, 4813:18, 4826:16, 4830:10, 4834:3
**masks** [1] - 4721:25
**Mass** [1] - 4834:15
**match** [2] - 4715:20, 4725:25
**math** [1] - 4792:15
**matter** [4] - 4682:8, 4684:17, 4714:3, 4830:24
**mayor** [1] - 4706:15
**mayor's** [1] - 4702:6
**MBA** [1] - 4818:8
**mean** [29] - 4683:19, 4684:6, 4684:20, 4684:21, 4689:5, 4691:8, 4691:10, 4692:4, 4692:12, 4692:16, 4693:17, 4694:1, 4697:15, 4700:9, 4705:25, 4735:3, 4739:17, 4756:17, 4763:10, 4764:25, 4765:2, 4774:16, 4812:25, 4825:2, 4830:24, 4831:7, 4832:7, 4836:12, 4840:10
**means** [3] - 4705:5, 4807:9, 4829:25
**meant** [2] - 4692:20, 4752:8
**media** [2] - 4695:23, 4830:5
**meet** [4] - 4793:3, 4824:9, 4824:10, 4824:21

**Meggs** [43] - 4704:24, 4707:10, 4708:24, 4709:6, 4709:10, 4709:17, 4709:20, 4710:7, 4710:21, 4710:24, 4711:10, 4711:15, 4716:25, 4731:1, 4744:24, 4745:14, 4746:9, 4753:6, 4753:12, 4754:2, 4757:1, 4757:19, 4758:6, 4758:12, 4759:5, 4759:25, 4760:22, 4772:5, 4778:1, 4792:11, 4792:12, 4792:16, 4792:17, 4794:1, 4795:9, 4795:21, 4796:8, 4817:20, 4822:17
**member** [4] - 4684:6, 4718:3, 4777:5, 4791:11
**members** [13] - 4685:2, 4687:2, 4722:13, 4745:5, 4778:12, 4792:5, 4799:6, 4802:11, 4802:15, 4803:10, 4817:10, 4820:14, 4820:19
**memos** [1] - 4683:9
**mention** [1] - 4834:23
**mentioned** [1] - 4831:19
**merges** [1] - 4709:3
**message** [37] - 4705:1, 4705:9, 4717:12, 4717:14, 4717:19, 4719:17, 4719:19, 4719:23, 4720:1, 4720:20, 4720:24, 4722:15, 4722:17, 4722:22, 4730:22, 4730:24, 4733:1, 4733:4, 4733:25, 4734:7, 4734:9, 4734:14, 4734:16, 4735:17, 4735:18, 4737:3, 4737:7, 4737:14, 4738:7, 4799:1, 4815:22, 4816:14, 4822:7, 4822:25, 4823:23, 4830:17
**messages** [19] - 4689:20, 4689:23, 4704:5, 4704:11, 4719:15, 4723:2, 4730:17, 4732:25,

4734:5, 4734:12, 4734:14, 4734:21, 4736:3, 4736:17, 4740:2, 4816:23, 4819:6, 4829:9, 4830:5
**messed** [1] - 4750:9
**messing** [1] - 4716:3
**met** [2] - 4794:22, 4824:20
**metadata** [15] - 4695:18, 4707:24, 4712:12, 4715:1, 4725:20, 4727:13, 4728:25, 4732:1, 4766:22, 4776:2, 4812:10, 4813:11, 4815:8, 4840:16, 4840:20
**metal** [1] - 4742:18
**metro** [1] - 4782:11
**Metro** [3] - 4784:12, 4786:7, 4787:25
**Michael** [12] - 4709:11, 4709:18, 4709:20, 4710:5, 4710:24, 4734:7, 4735:6, 4735:19, 4737:3, 4737:8, 4738:10, 4745:16
**microphone** [1] - 4700:24
**mid** [1] - 4833:19
**mid-November** [1] - 4833:19
**middle** [5] - 4695:19, 4711:23, 4742:11, 4767:10, 4803:21
**midstream** [1] - 4774:18
**might** [4] - 4827:22, 4834:3
**mile** [3] - 4814:23, 4834:21
**miles** [1] - 4814:25
**military** [6] - 4693:4, 4757:24, 4807:18, 4807:22, 4820:7, 4829:24
**military-style** [1] - 4807:18
**MIN** [1] - 4799:5
**mind** [3] - 4687:8, 4753:24, 4798:13
**Minuta** [2] - 4799:22, 4799:23, 4804:6
**minute** [29] - 4696:1, 4696:8, 4697:14, 4709:12, 4709:14, 4709:15, 4709:19,

4711:2, 4711:9, 4720:4, 4720:10, 4721:2, 4721:15, 4721:20, 4721:24, 4722:5, 4722:10, 4729:5, 4733:23, 4737:7, 4737:22, 4738:4, 4738:20, 4766:9, 4770:12, 4770:16, 4787:23, 4815:17, 4827:8
**minutes** [31] - 4695:3, 4696:8, 4700:18, 4704:13, 4710:9, 4717:7, 4717:24, 4730:22, 4731:8, 4733:7, 4733:13, 4733:18, 4734:5, 4737:17, 4738:11, 4738:24, 4739:3, 4751:25, 4761:5, 4764:3, 4764:5, 4793:17, 4813:7, 4813:8, 4815:11, 4816:11, 4827:23, 4835:4, 4835:13, 4840:12
**missed** [1] - 4753:23
**missing** [1] - 4750:17
**misstates** [1] - 4823:16
**mistaken** [1] - 4819:9
**misunderstanding** [1] - 4764:14
**mob** [2] - 4840:24, 4841:2
**Mobile** [2] - 4734:10, 4734:16
**mode** [2] - 4703:1, 4703:24
**modest** [1] - 4762:21
**Moerschel** [9] - 4744:21, 4746:3, 4748:19, 4756:1, 4759:5, 4772:5, 4792:13, 4792:17, 4794:2
**Moerschel's** [1] - 4748:21
**moment** [1] - 4809:13
**moments** [4] - 4697:18, 4840:1, 4840:7, 4840:8
**moniker** [1] - 4833:9
**montage** [4] - 4696:5, 4699:21, 4813:23, 4815:22
**montages** [1] - 4842:17
**months** [1] - 4798:7

**monument** [6] - 4809:2, 4809:12, 4812:24, 4813:12, 4815:9, 4820:16
**Morgan** [2] - 4685:25, 4688:17
**morning** [10] - 4682:2, 4766:13, 4803:7, 4805:18, 4807:1, 4817:5, 4817:6, 4837:23, 4838:2
**most** [2] - 4763:12, 4811:18
**motion** [5] - 4757:14, 4757:22, 4757:23, 4758:6, 4758:12
**motioning** [3] - 4757:14, 4779:25, 4780:2
**mouse** [1] - 4701:1
**mouth** [3] - 4698:14, 4763:13, 4780:22
**move** [25] - 4717:6, 4719:4, 4757:20, 4758:4, 4763:2, 4769:7, 4774:10, 4780:4, 4811:1, 4812:11, 4814:17, 4815:17, 4816:18, 4818:22, 4819:11, 4821:8, 4821:19, 4822:3, 4825:10, 4827:6, 4827:8, 4827:9, 4827:10
**moved** [5] - 4728:16, 4733:9, 4793:3, 4800:3, 4812:1
**movement** [5] - 4711:1, 4800:17, 4802:9, 4824:17, 4824:18
**movements** [3] - 4740:3, 4779:22, 4814:3
**moves** [6] - 4703:5, 4736:6, 4741:6, 4778:21, 4793:6, 4796:23
**moving** [12] - 4710:22, 4719:6, 4719:10, 4730:10, 4738:10, 4742:7, 4792:4, 4800:7, 4800:8, 4801:10, 4811:15, 4816:22
**MPD** [2] - 4786:6, 4787:4
**mud** [1] - 4806:6
**muffled** [3] - 4716:12, 4716:15, 4716:16

**multiple** [6] - 4685:2, 4705:5, 4831:25, 4832:15, 4835:20, 4836:25
**music** [1] - 4722:1
**must** [4] - 4685:8, 4701:15, 4832:12

## N

**name** [4] - 4723:17, 4747:10, 4805:12, 4830:19
**named** [2] - 4745:5, 4830:18
**namely** [1] - 4820:12
**names** [3] - 4695:6, 4713:23, 4792:6
**Nancy** [7] - 4732:12, 4737:24, 4737:25, 4738:1, 4797:15, 4798:3, 4826:22
**National** [2] - 4750:23, 4842:20
**near** [3] - 4711:18, 4815:8, 4820:16
**necessarily** [1] - 4683:8
**necessary** [1] - 4698:10
**need** [10] - 4691:25, 4694:25, 4696:11, 4701:11, 4764:24, 4787:22, 4828:14, 4828:20, 4830:23, 4837:23
**needing** [1] - 4689:10
**NESTLER** [484] - 4695:1, 4695:8, 4695:14, 4696:4, 4696:17, 4696:25, 4697:21, 4698:3, 4698:5, 4698:9, 4698:12, 4699:10, 4699:14, 4700:3, 4701:25, 4702:4, 4703:5, 4703:10, 4703:13, 4703:15, 4706:8, 4706:11, 4706:18, 4706:20, 4706:21, 4707:3, 4707:6, 4707:8, 4707:16, 4707:19, 4707:20, 4708:6, 4708:9, 4708:10, 4708:17, 4708:20, 4709:1, 4709:7, 4709:8, 4709:23, 4710:1, 4710:3, 4710:14, 4710:17, 4710:19, 4711:2,

4711:6, 4711:8, 4711:25, 4712:3, 4712:5, 4712:17, 4712:20, 4712:22, 4713:3, 4713:6, 4713:7, 4713:13, 4713:15, 4713:25, 4714:8, 4714:9, 4714:14, 4714:17, 4714:18, 4715:8, 4715:11, 4715:13, 4716:1, 4716:6, 4716:7, 4716:20, 4716:23, 4717:9, 4717:11, 4717:23, 4718:1, 4718:9, 4718:12, 4718:18, 4718:21, 4719:3, 4719:7, 4719:8, 4719:13, 4719:14, 4720:1, 4720:3, 4720:8, 4720:9, 4720:24, 4721:1, 4721:5, 4721:7, 4721:12, 4721:14, 4721:18, 4721:19, 4721:22, 4721:23, 4722:3, 4722:4, 4722:8, 4722:9, 4722:17, 4722:19, 4722:25, 4723:1, 4723:8, 4723:11, 4723:12, 4723:21, 4723:24, 4724:1, 4724:16, 4724:18, 4724:25, 4725:3, 4725:5, 4726:4, 4726:6, 4726:8, 4726:13, 4726:16, 4726:21, 4726:22, 4727:1, 4727:3, 4727:17, 4727:19, 4727:24, 4728:1, 4728:2, 4728:6, 4728:8, 4728:12, 4728:14, 4728:15, 4729:6, 4729:8, 4729:10, 4729:21, 4729:24, 4730:1, 4730:19, 4730:21, 4731:4, 4731:6, 4731:10, 4731:14, 4731:15, 4732:6, 4732:9, 4732:11, 4732:17, 4732:20, 4733:4, 4733:6, 4733:11, 4733:12, 4733:16, 4733:17, 4733:21, 4733:22, 4733:25, 4734:2, 4735:25, 4736:2,

4736:6, 4736:11, 4736:13, 4737:1, 4737:6, 4737:15, 4737:16, 4737:20, 4737:21, 4738:2, 4738:3, 4738:7, 4738:9, 4738:17, 4738:19, 4738:22, 4738:23, 4739:10, 4739:14, 4739:18, 4739:20, 4739:23, 4740:1, 4740:7, 4740:10, 4740:11, 4741:6, 4741:11, 4741:19, 4741:22, 4742:1, 4742:5, 4742:17, 4742:24, 4743:6, 4743:10, 4743:14, 4743:20, 4743:24, 4744:5, 4744:9, 4744:19, 4744:25, 4745:2, 4745:9, 4745:18, 4745:24, 4746:4, 4746:7, 4746:11, 4746:15, 4746:19, 4746:23, 4747:8, 4747:14, 4748:1, 4748:5, 4748:11, 4748:16, 4748:25, 4749:2, 4749:3, 4749:8, 4749:10, 4749:18, 4749:22, 4751:15, 4751:16, 4752:12, 4752:15, 4752:19, 4752:25, 4753:3, 4753:5, 4753:7, 4753:10, 4753:13, 4753:15, 4753:19, 4753:23, 4754:1, 4754:19, 4754:22, 4755:1, 4755:8, 4755:12, 4755:14, 4755:16, 4755:23, 4755:24, 4756:3, 4756:7, 4756:8, 4756:12, 4756:19, 4756:20, 4757:8, 4757:10, 4757:17, 4758:17, 4758:21, 4759:3, 4759:8, 4759:16, 4759:22, 4760:2, 4760:4, 4760:8, 4760:18, 4760:24, 4761:4, 4761:9, 4761:12, 4763:5, 4763:17, 4763:22, 4764:1, 4764:3, 4764:9, 4764:11, 4765:10, 4765:15,

4765:25, 4766:1, 4766:11, 4766:15, 4767:15, 4767:18, 4767:25, 4768:3, 4768:5, 4768:13, 4768:14, 4769:7, 4769:11, 4769:14, 4769:20, 4769:24, 4770:6, 4770:11, 4770:15, 4770:18, 4770:19, 4770:24, 4771:1, 4771:2, 4771:7, 4771:11, 4771:15, 4771:17, 4771:22, 4772:2, 4772:8, 4772:17, 4772:23, 4772:24, 4773:6, 4773:12, 4773:21, 4773:22, 4774:2, 4774:11, 4775:9, 4775:15, 4775:17, 4776:5, 4776:12, 4776:16, 4776:23, 4776:24, 4777:8, 4777:11, 4777:13, 4777:15, 4778:9, 4778:11, 4778:21, 4779:2, 4779:4, 4779:6, 4779:10, 4779:13, 4779:18, 4779:19, 4780:7, 4780:9, 4780:12, 4780:14, 4781:5, 4781:18, 4781:20, 4781:22, 4781:25, 4782:2, 4782:12, 4782:15, 4782:19, 4782:23, 4783:4, 4783:10, 4783:15, 4783:16, 4783:20, 4783:23, 4784:6, 4784:10, 4784:15, 4784:20, 4784:24, 4785:4, 4785:8, 4785:13, 4785:18, 4785:25, 4786:1, 4786:14, 4786:16, 4786:17, 4786:24, 4787:2, 4787:8, 4787:13, 4787:19, 4787:20, 4788:5, 4788:7, 4788:12, 4788:20, 4788:24, 4789:3, 4789:8, 4789:12, 4789:21, 4790:1, 4790:6, 4790:11, 4790:13, 4791:4, 4791:7, 4791:20, 4791:22, 4792:18, 4792:24, 4793:1,

4860

4793:6, 4793:11,
4793:12, 4793:20,
4793:24, 4794:3,
4794:6, 4794:9,
4794:12, 4794:16,
4794:21, 4795:7,
4795:11, 4795:12,
4795:17, 4795:19,
4795:23, 4796:2,
4796:6, 4796:10,
4796:18, 4796:20,
4796:23, 4797:5,
4797:7, 4797:17,
4797:18, 4797:24,
4798:1, 4798:13,
4798:22, 4798:24,
4799:12, 4799:16,
4799:17, 4800:10,
4800:13, 4800:15,
4800:18, 4800:21,
4800:23, 4801:1,
4801:5, 4801:12,
4801:16, 4801:18,
4802:2, 4802:5,
4802:6, 4802:18,
4802:20, 4803:1,
4803:6, 4803:9,
4803:15, 4803:18,
4803:19, 4804:9,
4804:12, 4804:15,
4804:19, 4804:20,
4805:3, 4806:15,
4810:20, 4818:3,
4823:16, 4826:12,
4832:21, 4835:1,
4835:6, 4837:24
**Nestler** [9] - 4701:23,
4751:14, 4755:10,
4762:7, 4762:15,
4774:8, 4775:2,
4805:5, 4826:11
**Nestler..** [1] - 4681:5
**new** [1] - 4835:16
**New** [1] - 4750:9
**news** [6] - 4695:23,
4702:12, 4702:15,
4702:19, 4705:24,
4706:1
**next** [27] - 4700:18,
4704:25, 4705:7,
4705:11, 4717:6,
4720:1, 4720:8,
4720:24, 4721:5,
4721:12, 4721:18,
4731:4, 4733:4,
4733:21, 4733:25,
4738:7, 4738:17,
4761:13, 4764:5,
4768:10, 4784:3,
4784:4, 4793:16,

4805:2, 4814:18,
4835:10, 4835:11
**nice** [1] - 4701:21
**Nigrotime** [1] - 4844:8
**none** [1] - 4807:17
**noon** [2] - 4837:12,
4844:15
**North** [1] - 4738:13
**north** [20] - 4738:13,
4768:16, 4773:14,
4778:6, 4778:12,
4778:15, 4779:25,
4781:1, 4783:6,
4786:13, 4792:7,
4821:14, 4825:6,
4832:15, 4832:19,
4834:19, 4836:12,
4836:13, 4836:14
**north-south** [1] -
4832:15
**northeast** [2] -
4741:17
**northern** [1] - 4834:19
**northwest** [2] -
4707:2, 4834:20
**NOTE** [1] - 4682:2
**nothing** [1] - 4837:6
**notification** [1] -
4704:19
**notifications** [2] -
4705:5, 4705:19
**November** [4] -
4684:14, 4688:10,
4693:7, 4833:19
**number** [15] - 4683:2,
4696:9, 4734:7,
4734:24, 4735:2,
4735:5, 4735:6,
4737:11, 4738:5,
4798:7, 4799:19,
4803:4, 4807:16,
4834:12
**nutshell** [1] - 4838:12

**O**

**o'clock** [1] - 4837:10
**Oath** [24] - 4695:7,
4718:3, 4723:17,
4727:10, 4728:22,
4750:10, 4750:14,
4750:25, 4754:16,
4754:23, 4755:7,
4756:15, 4758:5,
4797:11, 4804:1,
4805:15, 4806:10,
4817:7, 4817:10,
4824:14, 4824:25,
4825:5, 4842:19,
4842:23

**object** [2] - 4713:12,
4769:8
**objected** [2] -
4774:22, 4835:6
**Objection** [1] -
4768:11
**objection** [20] -
4703:7, 4703:8,
4736:8, 4741:8,
4750:1, 4755:13,
4768:12, 4778:24,
4781:7, 4794:19,
4797:1, 4806:15,
4810:19, 4810:20,
4818:3, 4823:16,
4826:11, 4832:21,
4835:1, 4839:15
**objections** [1] -
4838:10
**observe** [2] - 4695:13,
4770:20
**observed** [1] -
4790:17
**obstructing** [1] -
4820:12
**obvious** [1] - 4701:14
**obviously** [9] -
4686:11, 4686:12,
4762:16, 4805:22,
4813:22, 4822:14,
4826:21, 4830:4,
4836:7
**OC** [1] - 4787:6
**occasions** [2] -
4723:19, 4735:23
**occupants** [1] -
4828:9
**occurred** [3] - 4693:7,
4694:22, 4750:10
**occurs** [2] - 4694:21,
4780:2
**office** [1] - 4737:24
**officer** [6] - 4786:7,
4786:8, 4787:4,
4839:24, 4840:6,
4840:18
**Officer** [5] - 4795:4,
4797:10, 4838:25,
4842:3, 4844:8
**officers** [5] - 4750:18,
4750:22, 4750:24,
4812:2, 4839:1
**official** [1] - 4820:12
**officials** [1] - 4687:24
**Ohio** [2] - 4727:10,
4728:22
**OK** [5] - 4704:19,
4704:23, 4705:12,
4705:13
**OKFL** [2] - 4705:14,

4705:18
**old** [2] - 4834:10,
4834:11
**Old** [1] - 4721:3
**One** [1] - 4692:17
**one** [75] - 4683:2,
4683:5, 4684:10,
4684:11, 4684:15,
4684:16, 4684:21,
4685:25, 4691:14,
4692:3, 4693:12,
4693:17, 4696:3,
4696:4, 4698:13,
4698:14, 4699:22,
4700:6, 4701:13,
4701:20, 4704:20,
4720:4, 4720:10,
4721:15, 4722:5,
4722:10, 4722:17,
4729:5, 4730:20,
4733:23, 4737:2,
4737:4, 4737:11,
4737:20, 4738:2,
4738:4, 4739:17,
4740:18, 4750:7,
4751:4, 4765:3,
4766:19, 4769:2,
4775:22, 4777:5,
4792:14, 4799:23,
4807:20, 4808:14,
4809:13, 4810:5,
4816:23, 4820:11,
4822:7, 4824:11,
4828:8, 4828:9,
4829:9, 4832:13,
4832:14, 4832:17,
4834:14, 4835:21,
4838:4, 4839:1,
4841:9, 4841:20,
4841:23, 4842:2,
4842:4, 4842:7,
4843:16
**ones** [3] - 4812:25,
4813:4, 4834:12
**onwards** [1] - 4805:2
**Op** [1] - 4799:3
**OP** [9] - 4704:19,
4705:8, 4717:20,
4720:11, 4721:9,
4733:8, 4738:12,
4738:25, 4815:25
**open** [7] - 4751:12,
4751:23, 4755:11,
4756:10, 4767:10,
4775:1, 4781:17
**open-ended** [1] -
4755:11
**opened** [1] - 4840:3
**opponent** [4] - 4683:5,
4688:20, 4688:21,

4690:16
**opposite** [1] - 4733:14
**optimal** [1] - 4774:17
**orange** [4] - 4814:2,
4824:8, 4824:25,
4828:4
**order** [5] - 4695:22,
4702:6, 4702:18,
4706:15, 4820:5
**ordered** [2] - 4820:1,
4820:4
**orders** [1] - 4687:7
**orient** [2] - 4743:25,
4774:12
**orientation** [1] -
4786:3
**ought** [1] - 4699:20
**outlined** [2] - 4742:19,
4744:10
**outside** [13] - 4682:5,
4684:7, 4689:9,
4689:15, 4696:15,
4699:16, 4717:5,
4736:22, 4758:7,
4761:18, 4767:20,
4820:22, 4837:15
**overnight** [1] -
4837:18
**overran** [1] - 4729:12
**overruled** [3] -
4806:16, 4818:4,
4839:16
**own** [7] - 4716:14,
4716:15, 4716:18,
4721:21, 4819:21,
4833:17
**owner** [2] - 4734:24,
4818:9

**P**

**p.m** [108] - 4695:17,
4696:7, 4697:1,
4697:22, 4698:5,
4698:24, 4702:7,
4704:8, 4706:12,
4706:17, 4706:24,
4707:12, 4708:1,
4708:21, 4708:23,
4710:6, 4711:9,
4712:6, 4712:15,
4712:24, 4713:16,
4714:11, 4715:7,
4717:1, 4717:3,
4717:12, 4719:20,
4720:4, 4721:2,
4721:8, 4722:11,
4722:15, 4722:20,
4722:23, 4723:3,
4724:19, 4724:20,

4861

4726:10, 4727:5,
4728:10, 4729:2,
4730:5, 4730:9,
4730:22, 4731:2,
4731:8, 4732:5,
4733:2, 4733:7,
4733:19, 4734:3,
4734:5, 4735:7,
4737:22, 4738:11,
4738:20, 4741:12,
4742:6, 4744:10,
4745:13, 4745:25,
4748:17, 4749:23,
4751:17, 4766:3,
4766:23, 4769:16,
4772:3, 4775:11,
4776:4, 4790:14,
4791:1, 4791:24,
4792:2, 4793:13,
4794:7, 4798:11,
4799:1, 4799:4,
4799:7, 4801:8,
4802:11, 4802:23,
4804:25, 4805:2,
4809:23, 4810:24,
4811:11, 4812:5,
4812:9, 4812:17,
4813:12, 4814:7,
4815:5, 4815:9,
4815:12, 4819:23,
4820:2, 4820:3,
4820:5, 4820:20,
4820:23, 4821:3,
4826:1, 4829:4,
4844:18
**pack** [1] - 4827:19
**page** [2] - 4687:20,
4835:24
**PAGE** [1] - 4681:2
**pages** [2] - 4682:23,
4689:17
**Palian** [5] - 4687:3,
4687:7, 4688:7,
4829:10, 4831:11
**panning** [1] - 4817:8
**parade** [1] - 4815:12
**paragraphs** [1] -
4689:24
**Parker** [10] - 4707:23,
4727:9, 4747:2,
4771:4, 4772:19,
4779:8, 4782:25,
4785:10, 4786:22,
4790:5
**Parker's** [3] - 4710:20,
4727:8, 4727:14
**parking** [1] - 4834:14
**part** [13] - 4685:7,
4685:24, 4687:2,
4687:10, 4728:23,

4757:2, 4780:3,
4785:21, 4789:17,
4792:9, 4828:5,
4829:20, 4834:19
**partially** [1] - 4691:11
**particular** [1] -
4763:18
**particularly** [2] -
4685:16, 4841:14
**parties** [3] - 4714:4,
4764:15
**party** [7] - 4683:5,
4683:6, 4688:20,
4688:21, 4690:16,
4694:23, 4816:16
**party's** [1] - 4807:9
**pass** [1] - 4807:9
**passes** [4] - 4806:14,
4806:21, 4807:3,
4807:7
**past** [1] - 4812:1
**patch** [4] - 4754:12,
4754:16, 4754:17
**patriots** [2] - 4721:17,
4722:12
**Patriots** [2] - 4739:1,
4739:8
**patterns** [1] - 4832:8
**Paul** [1] - 4720:15
**pause** [59] - 4697:21,
4706:20, 4707:19,
4709:7, 4710:17,
4711:6, 4712:3,
4712:20, 4713:6,
4713:15, 4714:17,
4715:11, 4716:6,
4717:9, 4718:9,
4719:7, 4723:11,
4723:24, 4725:3,
4726:6, 4726:21,
4728:1, 4728:14,
4729:8, 4729:24,
4731:14, 4732:9,
4749:2, 4753:5,
4753:13, 4753:24,
4755:17, 4756:19,
4770:18, 4771:1,
4771:15, 4772:23,
4773:21, 4774:8,
4775:15, 4776:23,
4779:4, 4779:18,
4780:12, 4781:25,
4783:15, 4785:25,
4786:16, 4787:19,
4795:11, 4798:22,
4799:16, 4800:13,
4800:21, 4801:6,
4801:16, 4802:5,
4803:18, 4804:19
**paused** [4] - 4723:16,

4731:16, 4753:17,
4790:12
**pausing** [1] - 4718:10
**Peace** [28] - 4808:22,
4809:2, 4809:12,
4812:9, 4812:24,
4813:9, 4813:11,
4814:14, 4814:18,
4814:22, 4815:5,
4815:8, 4819:22,
4820:14, 4820:16,
4821:3, 4821:5,
4824:9, 4824:10,
4824:11, 4824:15,
4825:1, 4825:4,
4825:6, 4825:9
**Pelosi** [4] - 4732:12,
4738:1, 4797:15,
4798:3
**Pelosi's** [3] - 4697:17,
4699:25, 4826:22
**Pence** [1] - 4824:6
**people** [31] - 4689:20,
4689:22, 4689:23,
4718:23, 4719:4,
4739:2, 4740:4,
4742:9, 4742:11,
4744:1, 4749:11,
4749:16, 4751:21,
4756:13, 4762:16,
4763:2, 4763:12,
4766:3, 4768:22,
4773:3, 4779:25,
4782:9, 4789:15,
4806:6, 4806:9,
4812:21, 4824:14,
4826:2, 4838:13,
4843:10, 4843:11
**pepper** [3] - 4720:6,
4733:9, 4788:4
**per** [1] - 4769:8
**performed** [1] -
4706:3
**perhaps** [1] - 4764:13
**period** [3] - 4735:19,
4736:4, 4768:10
**person** [23] - 4684:7,
4695:23, 4715:16,
4715:18, 4723:15,
4729:14, 4750:19,
4754:2, 4760:21,
4765:3, 4771:6,
4775:18, 4777:2,
4777:5, 4777:16,
4791:8, 4794:22,
4795:3, 4803:20,
4804:2, 4823:25,
4831:2, 4842:4
**personal** [2] -
4822:12, 4839:3

**personally** [1] -
4836:19
**phone** [51] - 4702:9,
4702:11, 4703:1,
4704:12, 4705:21,
4707:23, 4707:25,
4709:6, 4709:10,
4710:4, 4710:7,
4710:20, 4710:24,
4711:1, 4712:11,
4714:22, 4715:15,
4725:10, 4725:12,
4725:20, 4726:19,
4726:20, 4726:23,
4727:8, 4727:14,
4727:22, 4727:25,
4728:3, 4728:20,
4729:1, 4734:11,
4734:12, 4734:15,
4734:17, 4734:19,
4734:21, 4735:19,
4737:11, 4738:4,
4745:14, 4745:15,
4761:1, 4766:20,
4772:10, 4776:1,
4777:19, 4777:21,
4784:1, 4833:14,
4833:19, 4839:3
**phones** [1] - 4751:24
**photo** [20] - 4697:1,
4697:15, 4698:23,
4698:24, 4703:23,
4708:3, 4776:17,
4797:9, 4812:10,
4813:10, 4813:11,
4815:7, 4815:12,
4820:17, 4820:22,
4830:20, 4840:5,
4840:21, 4841:5,
4842:7
**photograph** [19] -
4695:15, 4697:23,
4698:8, 4698:10,
4700:10, 4700:12,
4711:24, 4712:9,
4712:10, 4712:12,
4761:5, 4763:21,
4763:25, 4766:22,
4767:8, 4767:22,
4790:2, 4797:19,
4798:4
**photographer** [1] -
4771:12
**photographs** [5] -
4699:15, 4764:4,
4766:19, 4771:12,
4796:21
**photos** [15] - 4723:3,
4805:14, 4807:11,
4807:14, 4807:17,

4808:7, 4838:19,
4838:24, 4839:2,
4839:4, 4839:5,
4839:22, 4839:25,
4840:23, 4841:8
**phrase** [2] - 4724:11,
4724:14
**physical** [3] - 4821:25,
4822:2, 4822:16
**pick** [4] - 4727:4,
4728:9, 4761:13,
4805:2
**picking** [1] - 4706:17
**picture** [16] - 4696:8,
4697:5, 4697:12,
4703:24, 4721:10,
4722:7, 4722:24,
4767:23, 4767:24,
4776:13, 4813:1,
4814:7, 4840:17,
4841:11, 4841:12,
4841:16
**pictures** [11] -
4796:13, 4796:15,
4807:25, 4808:4,
4838:8, 4838:12,
4838:16, 4839:10,
4839:19, 4840:9,
4840:18
**pink** [1] - 4799:9
**pissed** [1] - 4722:12
**place** [9] - 4689:22,
4693:9, 4695:25,
4697:4, 4735:24,
4778:2, 4812:23,
4813:5, 4827:22
**placed** [1] - 4831:4
**placement** [1] -
4839:6
**places** [2] - 4778:2,
4778:4
**plan** [3] - 4686:25,
4687:1, 4687:2
**planned** [1] - 4805:22
**planning** [2] -
4763:22, 4828:13
**play** [76] - 4695:25,
4696:18, 4706:18,
4708:6, 4708:17,
4709:23, 4710:14,
4713:13, 4715:8,
4716:3, 4716:14,
4716:17, 4723:8,
4723:21, 4724:25,
4726:4, 4726:13,
4727:17, 4728:12,
4729:6, 4729:21,
4732:6, 4741:19,
4746:4, 4752:25,
4753:7, 4753:20,

4862

4754:19, 4755:2,
4755:20, 4755:23,
4756:7, 4757:9,
4758:17, 4760:2,
4764:14, 4765:11,
4767:13, 4767:25,
4769:2, 4769:11,
4771:7, 4771:22,
4772:15, 4773:6,
4774:2, 4776:5,
4779:2, 4779:10,
4780:7, 4781:18,
4781:22, 4782:12,
4784:6, 4786:14,
4786:24, 4791:4,
4793:20, 4794:3,
4795:17, 4798:19,
4799:12, 4800:10,
4801:12, 4802:2,
4802:18, 4803:15,
4804:9, 4804:13,
4804:14, 4811:12,
4815:16, 4818:19,
4818:25, 4826:24,
4827:5
**played** [288] - 4696:16,
4697:20, 4698:11,
4699:12, 4701:9,
4706:19, 4707:5,
4707:18, 4708:8,
4708:19, 4708:25,
4709:25, 4710:16,
4711:5, 4712:2,
4712:19, 4713:5,
4713:14, 4714:16,
4715:10, 4716:5,
4716:22, 4717:25,
4718:8, 4718:20,
4719:2, 4719:12,
4723:10, 4723:23,
4725:2, 4726:5,
4726:15, 4727:23,
4728:13, 4729:7,
4729:23, 4731:13,
4732:8, 4741:21,
4741:25, 4742:4,
4742:16, 4742:23,
4743:5, 4743:9,
4743:13, 4743:19,
4743:23, 4744:4,
4744:8, 4744:15,
4744:16, 4744:17,
4744:18, 4745:1,
4745:8, 4745:17,
4745:22, 4745:23,
4746:6, 4746:10,
4746:14, 4746:18,
4746:22, 4747:5,
4747:6, 4747:7,
4747:13, 4747:19,
4747:20, 4747:21,

4747:22, 4747:23,
4747:24, 4748:4,
4748:9, 4748:10,
4748:14, 4748:15,
4749:1, 4749:20,
4749:21, 4749:25,
4750:24, 4752:14,
4752:18, 4753:2,
4753:8, 4753:9,
4753:21, 4753:22,
4754:21, 4755:15,
4756:2, 4756:11,
4757:13, 4757:15,
4757:16, 4758:19,
4758:20, 4758:25,
4759:1, 4759:2,
4759:7, 4759:15,
4759:19, 4759:20,
4759:21, 4760:3,
4760:7, 4760:17,
4760:23, 4761:2,
4761:3, 4761:8,
4765:12, 4768:2,
4769:13, 4769:18,
4769:19, 4769:23,
4770:2, 4770:3,
4770:4, 4770:5,
4770:9, 4770:10,
4770:14, 4770:25,
4771:8, 4771:9,
4771:10, 4771:24,
4771:25, 4772:1,
4772:7, 4772:16,
4772:20, 4772:21,
4772:22, 4773:7,
4773:8, 4773:9,
4773:10, 4773:11,
4773:15, 4773:16,
4773:17, 4773:18,
4773:19, 4773:20,
4775:12, 4775:13,
4775:14, 4776:6,
4776:7, 4776:8,
4776:9, 4776:10,
4776:11, 4776:15,
4776:19, 4776:20,
4776:21, 4776:22,
4777:10, 4777:14,
4779:3, 4779:11,
4779:12, 4780:8,
4781:24, 4782:14,
4782:18, 4782:22,
4783:3, 4783:7,
4783:8, 4783:9,
4783:13, 4783:14,
4783:22, 4784:8,
4784:9, 4784:13,
4784:14, 4784:18,
4784:19, 4784:23,
4785:2, 4785:3,
4785:7, 4785:11,

4785:12, 4785:16,
4785:17, 4785:24,
4786:15, 4787:1,
4787:7, 4787:11,
4787:12, 4787:16,
4787:17, 4787:18,
4788:10, 4788:11,
4788:15, 4788:16,
4788:17, 4788:18,
4788:19, 4788:23,
4789:2, 4789:6,
4789:7, 4789:11,
4789:19, 4789:20,
4789:24, 4789:25,
4790:10, 4791:6,
4791:19, 4793:21,
4793:22, 4793:23,
4794:4, 4794:5,
4794:10, 4794:11,
4794:15, 4795:6,
4795:10, 4795:18,
4795:22, 4796:1,
4796:5, 4796:9,
4798:21, 4799:14,
4799:15, 4800:11,
4800:12, 4800:19,
4800:20, 4801:3,
4801:4, 4801:14,
4801:15, 4802:3,
4802:4, 4802:19,
4802:25, 4803:17,
4804:11, 4804:18,
4810:13, 4811:13,
4811:23, 4812:14,
4813:23, 4813:24,
4814:19, 4815:2,
4815:18, 4816:8,
4816:20, 4818:21,
4818:23, 4819:13,
4819:15, 4819:17,
4821:11, 4821:22,
4822:5, 4825:13,
4825:15, 4825:17,
4825:19, 4825:21,
4825:23, 4826:14,
4827:1, 4827:7,
4827:12, 4842:21
**players** [1] - 4821:25
**playing** [22] - 4707:3,
4707:16, 4711:3,
4711:25, 4712:17,
4714:15, 4716:2,
4716:11, 4716:21,
4717:23, 4718:18,
4724:3, 4731:11,
4748:25, 4749:18,
4752:12, 4755:1,
4756:18, 4756:22,
4767:19, 4816:6,
4840:6
**plays** [1] - 4716:24

**pleading** [4] -
4683:19, 4686:19,
4686:20, 4686:23
**pleadings** [3] -
4683:21, 4690:16,
4690:18
**point** [24] - 4683:8,
4685:24, 4687:18,
4690:7, 4691:14,
4692:6, 4699:23,
4720:7, 4763:1,
4765:17, 4774:23,
4780:20, 4781:12,
4821:24, 4824:12,
4824:15, 4824:18,
4824:20, 4824:21,
4825:25, 4828:8,
4828:19, 4833:4
**pointed** [1] - 4686:1
**points** [1] - 4687:18
**police** [12] - 4699:7,
4737:9, 4750:14,
4782:11, 4788:1,
4811:16, 4812:1,
4812:18, 4812:22,
4813:5, 4842:25,
4843:13
**Police** [10] - 4706:22,
4718:17, 4749:13,
4782:11, 4784:12,
4786:7, 4787:25,
4794:18, 4795:4,
4797:10
**pool** [1] - 4733:14
**popped** [1] - 4700:21
**porta** [3] - 4831:4,
4831:17, 4831:20
**portion** [6] - 4725:13,
4725:14, 4741:18,
4761:21, 4824:7,
4824:8
**position** [2] - 4688:14,
4797:19
**possible** [1] - 4832:20
**possibly** [1] - 4798:25
**post** [2] - 4722:5,
4722:22
**posted** [1] - 4808:7
**posting** [1] - 4717:19
**posts** [2] - 4737:3,
4820:20
**potential** [1] - 4693:15
**potties** [3] - 4831:4,
4831:17, 4831:20
**pounding** [1] -
4721:17
**practice** [3] - 4692:19,
4693:2, 4693:8
**preceded** [1] - 4751:1
**precedent** [1] -

4683:20
**prejudicial** [5] -
4691:13, 4750:16,
4751:3, 4774:20,
4838:16
**prepared** [1] - 4682:3
**prepped** [1] - 4686:12
**preps** [1] - 4686:9
**presence** [4] -
4701:18, 4761:18,
4765:21, 4837:15
**present** [3] - 4777:12,
4777:16, 4838:14
**presented** [2] -
4805:14, 4843:9
**President** [6] -
4724:15, 4755:19,
4805:23, 4806:3,
4806:22, 4807:8
**prestrike** [1] - 4830:6
**presumably** [1] -
4844:12
**pretty** [1] - 4806:7
**previous** [2] -
4692:18, 4692:24
**principles** [1] -
4688:14
**probative** [1] -
4841:14
**problem** [2] - 4692:14,
4750:22
**problematic** [1] -
4842:18
**proceeding** [1] -
4820:12
**Proceedings** [9] -
4682:5, 4701:18,
4751:12, 4761:18,
4765:21, 4775:1,
4781:17, 4837:15,
4844:18
**process** [1] - 4689:2
**professional** [1] -
4749:11
**professional-looking**
[1] - 4749:11
**prompted** [1] -
4693:21
**pronouncing** [2] -
4735:12, 4735:16
**property** [4] - 4841:25,
4842:1, 4842:11,
4842:12
**prosecution** [1] -
4693:1
**prosecutor** [4] -
4685:20, 4686:1,
4692:22, 4693:5
**protective** [1] -
4721:25

4863

**protesters** [1] -
4811:25
**provide** [1] - 4751:7
**provided** [4] - 4714:5,
4839:3, 4839:4,
4840:18
**provocateurs** [1] -
4843:12
**proximity** [1] -
4777:22
**publish** [5] - 4736:11,
4766:13, 4793:11,
4803:13, 4810:21
**Pugh** [1] - 4830:18
**pull** [17] - 4690:15,
4695:14, 4695:21,
4697:14, 4698:10,
4700:14, 4702:21,
4735:25, 4740:7,
4766:11, 4767:15,
4790:6, 4790:8,
4792:24, 4796:18,
4803:6, 4813:15
**pulled** [3] - 4698:6,
4737:10, 4808:18
**pulling** [1] - 4769:4
**punked** [1] - 4824:6
**purple** [4] - 4800:3,
4800:16, 4802:7,
4802:21
**purpose** [1] - 4741:4
**purposes** [1] -
4686:18
**push** [8] - 4698:18,
4783:18, 4787:22,
4787:24, 4787:25,
4843:12
**pushing** [6] - 4752:24,
4762:24, 4786:19,
4786:21
**puts** [3] - 4684:5,
4688:23, 4718:22
**putting** [3] - 4689:13,
4702:1, 4798:13

**Q**

**QRF** [10] - 4717:22,
4719:22, 4832:2,
4832:4, 4832:18,
4833:23, 4833:24,
4834:23, 4835:16,
4836:4
**quality** [1] - 4691:13
**quarters** [1] - 4834:21
**questions** [6] -
4686:10, 4694:3,
4716:25, 4755:11,
4805:4, 4835:4
**quick** [2] - 4835:22,

4836:9
**quickest** [1] - 4837:1
**quite** [1] - 4687:9
**quote** [2] - 4807:2,
4831:3

**R**

**racks** [4] - 4742:20,
4811:16, 4812:18,
4812:23
**radio** [2] - 4687:5,
4687:6
**raised** [2] - 4757:2,
4757:18
**rallies** [2] - 4684:14,
4693:7
**rally** [2] - 4817:6,
4817:9
**rather** [1] - 4691:18
**rationale** [1] - 4685:24
**rattled** [1] - 4792:6
**re** [1] - 4824:8
**re-creation** [1] -
4824:8
**reach** [1] - 4762:3
**reached** [1] - 4762:6
**read** [13] - 4682:14,
4686:23, 4687:20,
4692:5, 4692:10,
4694:21, 4735:17,
4736:17, 4830:4,
4830:14, 4834:9,
4835:15
**ready** [3] - 4686:12,
4701:23, 4736:21
**reality** [1] - 4690:4
**realize** [1] - 4832:12
**really** [4] - 4751:1,
4751:2, 4832:19
**realm** [1] - 4689:10
**reason** [5] - 4688:19,
4689:6, 4693:6,
4693:13, 4774:19
**reasonable** [1] -
4763:14
**recce** [4] - 4829:22,
4831:4, 4831:16,
4831:20
**recces** [2] - 4830:6
**received** [2] - 4703:17,
4838:8
**receiving** [4] -
4704:18, 4705:20,
4705:21, 4706:1
**recess** [1] - 4844:17
**Recess** [1] - 4762:5
**recessed** [2] - 4820:3,
4820:4
**recognize** [1] - 4829:2

**reconnaissance** [3] -
4684:14, 4829:22,
4829:25
**record** [9] - 4687:22,
4689:17, 4690:22,
4692:6, 4702:1,
4750:5, 4763:5,
4774:3, 4781:8
**recorded** [6] - 4715:2,
4725:7, 4725:21,
4726:9, 4732:2,
4786:9
**recording** [301] -
4682:17, 4694:23,
4695:1, 4695:2,
4696:16, 4697:20,
4698:11, 4699:12,
4701:9, 4706:19,
4707:5, 4707:18,
4708:8, 4708:19,
4708:25, 4709:25,
4710:16, 4711:5,
4712:2, 4712:19,
4713:5, 4713:14,
4713:22, 4714:10,
4714:16, 4715:10,
4715:20, 4716:5,
4716:22, 4717:25,
4718:8, 4718:20,
4719:2, 4719:12,
4723:10, 4723:23,
4724:17, 4725:2,
4725:11, 4726:1,
4726:5, 4726:15,
4727:23, 4728:13,
4728:16, 4729:7,
4729:23, 4730:5,
4730:14, 4731:13,
4731:16, 4732:8,
4741:21, 4741:25,
4742:4, 4742:16,
4742:23, 4743:5,
4743:9, 4743:13,
4743:19, 4743:23,
4744:4, 4744:8,
4744:15, 4744:16,
4744:17, 4744:18,
4745:1, 4745:8,
4745:17, 4745:22,
4745:23, 4746:6,
4746:10, 4746:14,
4746:18, 4746:22,
4747:5, 4747:6,
4747:7, 4747:13,
4747:19, 4747:20,
4747:21, 4747:22,
4747:23, 4747:24,
4748:4, 4748:9,
4748:10, 4748:14,
4748:15, 4749:1,
4749:20, 4749:21,

4749:25, 4752:14,
4752:18, 4753:2,
4753:8, 4753:9,
4753:21, 4753:22,
4754:21, 4755:15,
4756:2, 4756:11,
4757:13, 4757:15,
4757:16, 4758:19,
4758:20, 4758:25,
4759:1, 4759:2,
4759:7, 4759:15,
4759:19, 4759:20,
4759:21, 4760:3,
4760:7, 4760:17,
4760:23, 4761:2,
4761:3, 4761:8,
4765:12, 4768:2,
4769:13, 4769:18,
4769:19, 4769:23,
4770:2, 4770:3,
4770:4, 4770:5,
4770:9, 4770:10,
4770:14, 4770:25,
4771:8, 4771:9,
4771:10, 4771:24,
4771:25, 4772:1,
4772:7, 4772:16,
4772:20, 4772:21,
4772:22, 4773:7,
4773:8, 4773:9,
4773:10, 4773:11,
4773:15, 4773:16,
4773:17, 4773:18,
4773:19, 4773:20,
4773:25, 4775:12,
4775:13, 4775:14,
4776:6, 4776:7,
4776:8, 4776:9,
4776:10, 4776:11,
4776:15, 4776:19,
4776:20, 4776:21,
4776:22, 4777:10,
4777:14, 4779:3,
4779:11, 4779:12,
4780:8, 4781:24,
4782:14, 4782:18,
4782:22, 4783:3,
4783:7, 4783:8,
4783:9, 4783:13,
4783:14, 4783:19,
4783:22, 4784:1,
4784:8, 4784:9,
4784:13, 4784:14,
4784:18, 4784:19,
4784:23, 4785:2,
4785:3, 4785:7,
4785:11, 4785:12,
4785:16, 4785:17,
4785:24, 4786:15,
4787:1, 4787:7,
4787:11, 4787:12,

4787:16, 4787:17,
4787:18, 4788:10,
4788:11, 4788:15,
4788:16, 4788:17,
4788:18, 4788:19,
4788:23, 4789:2,
4789:6, 4789:7,
4789:11, 4789:19,
4789:20, 4789:24,
4789:25, 4790:10,
4791:6, 4791:19,
4793:21, 4793:22,
4793:23, 4794:4,
4794:5, 4794:10,
4794:11, 4794:15,
4795:6, 4795:10,
4795:18, 4795:22,
4796:1, 4796:5,
4796:9, 4798:21,
4799:14, 4799:15,
4800:11, 4800:12,
4800:19, 4800:20,
4801:3, 4801:4,
4801:14, 4801:15,
4802:3, 4802:4,
4802:19, 4802:25,
4803:17, 4804:11,
4804:18, 4810:13,
4811:13, 4811:23,
4812:14, 4813:24,
4814:19, 4815:2,
4815:18, 4816:8,
4816:20, 4818:21,
4818:23, 4819:13,
4819:15, 4819:17,
4821:11, 4821:22,
4822:5, 4825:13,
4825:15, 4825:17,
4825:19, 4825:21,
4825:23, 4826:14,
4827:1, 4827:7,
4827:12
**records** [8] - 4704:4,
4708:11, 4708:15,
4726:2, 4729:4,
4734:16, 4734:17,
4745:14
**recovered** [8] -
4712:10, 4715:15,
4725:9, 4727:7,
4728:19, 4731:20,
4766:19, 4807:11
**redact** [1] - 4691:25
**referring** [2] - 4736:3,
4798:11
**refers** [2] - 4704:8,
4704:9
**reflect** [1] - 4766:22
**reflected** [1] - 4715:4
**reflecting** [1] - 4732:2,

4864

4733:14
**reframe** [1] - 4692:22
**regarding** [3] -
4815:22, 4833:14,
4834:10
**registered** [1] -
4833:11
**related** [1] - 4838:9
**relation** [4] - 4710:23,
4758:8, 4791:15,
4800:1
**relationship** [1] -
4684:4
**relative** [1] - 4835:16
**relevance** [1] -
4693:15
**relevant** [7] - 4688:11,
4688:12, 4690:3,
4693:14, 4841:6,
4841:22, 4844:3
**reliability** [4] -
4684:25, 4688:12,
4688:22, 4690:5
**remain** [1] - 4710:7
**remainder** [1] - 4695:4
**remaining** [1] -
4792:11
**remark** [1] - 4699:24
**remember** [10] -
4697:8, 4702:7,
4798:25, 4805:15,
4805:19, 4823:18,
4828:11, 4830:12,
4834:1, 4837:11
**remembers** [1] -
4683:12
**remind** [16] - 4695:5,
4719:19, 4719:21,
4720:13, 4722:13,
4724:5, 4727:9,
4728:21, 4730:2,
4731:1, 4737:25,
4745:13, 4773:4,
4773:25, 4786:20,
4802:15
**reminded** [1] - 4775:3
**reminder** [2] - 4775:3,
4837:17
**remove** [1] - 4734:21
**removing** [1] -
4742:22
**repeat** [2] - 4806:19,
4823:11
**repelled** [1] - 4788:4
**rephrase** [1] - 4832:22
**replay** [1] - 4715:14
**reply** [1] - 4721:20
**reported** [1] - 4682:3
**REPORTER** [7] -
4696:20, 4700:23,

4750:2, 4750:6,
4755:4, 4781:19,
4781:21
**REPORTER'S** [1] -
4682:2
**reporting** [1] - 4720:6
**represent** [1] -
4805:12
**representation** [1] -
4839:6
**representative** [1] -
4684:7
**represented** [2] -
4683:1, 4826:3
**request** [1] - 4764:22
**reread** [1] - 4694:14
**resolved** [2] -
4684:22, 4688:3
**respect** [4] - 4689:4,
4694:22, 4694:23,
4713:21
**respond** [2] - 4693:23,
4737:14
**response** [1] -
4685:18
**responsibilities** [1] -
4775:8
**rest** [2] - 4707:11,
4711:10, 4722:13,
4758:5, 4758:13,
4761:13, 4764:20,
4786:11, 4841:21
**restricted** [3] -
4808:24, 4809:3,
4821:6
**restroom** [1] - 4701:20
**resume** [5] - 4706:9,
4713:18, 4716:21,
4717:23, 4731:11
**return** [2] - 4695:1,
4695:2
**returns** [2] - 4694:25,
4734:10
**reveal** [1] - 4735:1
**review** [10] - 4689:1,
4703:2, 4706:2,
4720:19, 4731:17,
4734:11, 4734:14,
4740:16, 4740:20,
4783:24
**reviewed** [3] - 4704:4,
4735:18, 4843:7
**reviews** [1] - 4686:2
**revisit** [1] - 4694:1
**rewind** [6] - 4716:1,
4727:1, 4728:6,
4732:17, 4757:8,
4804:12
**Rhodes** [38] -
4705:10, 4706:24,

4708:22, 4708:24,
4709:3, 4709:10,
4709:18, 4709:21,
4710:4, 4710:25,
4712:24, 4721:2,
4721:8, 4721:15,
4722:5, 4722:10,
4722:14, 4722:20,
4723:2, 4723:18,
4724:5, 4724:8,
4733:7, 4733:13,
4733:18, 4733:23,
4734:3, 4738:10,
4738:12, 4738:20,
4738:24, 4739:7,
4745:15, 4765:1,
4815:22, 4816:15,
4816:23, 4822:13
**Rhodes's** [2] - 4713:8,
4723:14
**right-hand** [6] -
4711:13, 4771:18,
4780:16, 4782:6,
4786:2, 4799:18
**right-hand-facing** [1]
- 4756:16
**rings** [1] - 4807:5
**riot** [2] - 4782:11,
4788:1
**rioters** [5] - 4742:22,
4787:24, 4788:3,
4791:25, 4792:4
**road** [1] - 4836:17
**roadblocks** [1] -
4837:4
**roads** [4] - 4834:13,
4835:20, 4836:21,
4836:24
**roar** [1] - 4698:17
**Roberto** [3] - 4799:22,
4799:23, 4804:6
**Rohde** [53] - 4695:15,
4695:20, 4706:9,
4707:4, 4708:7,
4709:24, 4710:15,
4712:1, 4715:9,
4716:2, 4718:10,
4718:19, 4722:20,
4723:22, 4726:14,
4727:2, 4727:18,
4728:7, 4729:6,
4729:9, 4729:22,
4731:11, 4732:7,
4732:18, 4737:2,
4741:20, 4746:5,
4749:9, 4753:14,
4753:20, 4765:10,
4767:15, 4768:1,
4769:12, 4771:23,
4777:9, 4780:13,

4783:21, 4790:9,
4791:5, 4791:21,
4797:17, 4797:25,
4799:13, 4804:10,
4804:13, 4808:13,
4809:6, 4813:14,
4816:7, 4816:25,
4826:6, 4828:24
**role** [2] - 4684:15,
4687:11
**room** [2] - 4687:19,
4691:22
**Rotunda** [19] - 4719:6,
4719:10, 4720:7,
4730:10, 4767:4,
4768:17, 4768:24,
4778:16, 4780:25,
4789:18, 4790:3,
4793:15, 4793:18,
4803:4, 4803:11,
4841:11, 4841:12,
4841:20
**roughly** [1] - 4809:20
**Route** [1] - 4836:22
**routes** [2] - 4831:25,
4832:6
**row** [2] - 4806:14,
4806:22, 4807:7
**rows** [1] - 4806:3
**rules** [1] - 4691:22
**run** [7] - 4688:10,
4693:2, 4693:8,
4693:9, 4699:11,
4762:21, 4824:11
**running** [2] - 4835:20,
4839:13
**rush** [2] - 4690:6,
4691:19
**Ryan** [1] - 4839:1

---

**S**

**Salke** [4] - 4839:1,
4842:3, 4844:8
**Sandra** [13] - 4707:23,
4710:20, 4727:8,
4727:9, 4727:13,
4747:2, 4771:4,
4772:19, 4779:8,
4782:25, 4785:10,
4786:22, 4790:5
**saw** [10] - 4719:23,
4726:11, 4727:15,
4767:22, 4775:22,
4791:2, 4791:3,
4802:7, 4807:20,
4834:12
**scene** [1] - 4751:21
**scope** [1] - 4835:2
**SCOTUS** [1] - 4733:15

**screaming** [1] -
4749:16
**screen** [23] - 4699:4,
4702:21, 4703:1,
4703:24, 4704:2,
4704:5, 4704:17,
4714:12, 4715:4,
4725:8, 4735:25,
4740:8, 4755:20,
4756:14, 4756:25,
4759:24, 4766:11,
4769:4, 4790:6,
4791:8, 4796:18,
4800:3, 4811:18
**screenshot** [2] -
4703:1, 4706:6
**screenshots** [1] -
4703:20
**screwed** [1] - 4750:12
**search** [2] - 4689:2,
4734:10
**searching** [1] -
4829:25
**seat** [4] - 4701:19,
4765:22, 4807:7,
4837:21
**seated** [2] - 4761:20,
4806:9
**seats** [2] - 4806:1,
4806:14
**second** [27] - 4688:8,
4700:9, 4714:17,
4718:10, 4719:24,
4723:11, 4726:21,
4728:1, 4729:9,
4730:17, 4753:13,
4756:19, 4771:15,
4779:5, 4779:18,
4780:13, 4781:25,
4783:15, 4787:22,
4798:23, 4800:13,
4808:14, 4808:16,
4810:5, 4813:22,
4821:10, 4830:14
**secondly** [1] - 4697:7
**seconds** [59] -
4695:25, 4696:12,
4698:10, 4699:1,
4699:9, 4699:25,
4700:1, 4709:5,
4709:14, 4709:15,
4715:9, 4727:2,
4728:7, 4732:17,
4749:8, 4749:9,
4752:2, 4753:19,
4762:21, 4763:1,
4763:3, 4763:17,
4763:18, 4763:19,
4763:20, 4763:23,
4763:24, 4764:7,

4865

4765:14, 4768:1, 4769:21, 4769:25, 4770:7, 4777:8, 4779:7, 4779:14, 4779:20, 4780:7, 4783:21, 4793:25, 4803:18, 4804:13, 4804:14, 4811:8, 4811:20, 4811:21, 4812:12, 4816:19, 4818:20, 4819:11, 4819:14, 4821:8, 4821:20, 4822:3, 4822:4, 4825:11, 4825:20

**section** [4] - 4806:1, 4806:5, 4826:24
**secure** [2] - 4840:25, 4841:17
**secured** [1] - 4841:10
**security** [1] - 4791:13
**see** [56] - 4691:2, 4696:2, 4698:4, 4698:13, 4699:6, 4701:1, 4704:4, 4704:11, 4704:17, 4708:14, 4711:19, 4713:8, 4714:12, 4717:12, 4718:13, 4718:23, 4719:17, 4737:9, 4742:6, 4742:9, 4748:21, 4749:4, 4754:2, 4754:12, 4757:20, 4758:12, 4760:21, 4762:4, 4762:17, 4763:11, 4763:12, 4764:21, 4771:19, 4779:7, 4780:2, 4780:5, 4780:10, 4785:21, 4799:18, 4799:21, 4800:4, 4806:3, 4807:7, 4807:22, 4809:6, 4809:9, 4811:17, 4815:21, 4816:10, 4820:22, 4821:13, 4821:16, 4824:16, 4826:1, 4836:1, 4837:14
**seeing** [5] - 4689:20, 4698:21, 4699:2, 4744:12, 4837:10
**seem** [3] - 4698:1, 4762:24, 4824:9
**segment** [1] - 4740:18
**semicircle** [1] - 4781:1
**semper** [1] - 4724:10
**Senate** [31] - 4730:10, 4730:11, 4730:16,

4773:14, 4777:23, 4778:6, 4778:13, 4778:16, 4780:1, 4780:4, 4781:2, 4781:3, 4781:10, 4781:14, 4782:5, 4783:6, 4784:3, 4785:15, 4788:2, 4790:15, 4790:17, 4790:20, 4790:25, 4791:16, 4791:25, 4792:3, 4792:4, 4792:7, 4843:10, 4843:11
**Senate's** [1] - 4777:3
**senator** [1] - 4791:8
**senators** [3] - 4781:4, 4781:11, 4781:14
**send** [2] - 4694:15, 4737:7
**sending** [1] - 4717:14
**sends** [1] - 4737:3
**sense** [1] - 4696:5
**sent** [9] - 4705:9, 4719:19, 4720:19, 4822:8, 4823:1, 4829:10, 4830:18, 4831:2, 4834:9
**separately** [1] - 4725:16
**session** [1] - 4682:2
**set** [3] - 4742:20, 4761:13, 4806:2
**seven** [3] - 4792:6, 4792:22, 4792:23
**several** [6] - 4751:25, 4765:1, 4771:12, 4778:15, 4807:15, 4836:17
**shading** [1] - 4705:1
**Sharon** [2] - 4695:16, 4766:18
**Shawn** [1] - 4830:18
**shirts** [2] - 4805:15, 4806:10
**shit** [1] - 4730:6
**short** [1] - 4767:13
**shortly** [1] - 4762:4
**shoulder** [7] - 4729:14, 4748:24, 4770:23, 4771:6, 4771:19, 4783:2, 4801:22
**show** [37] - 4696:13, 4698:19, 4701:3, 4703:13, 4710:20, 4712:23, 4717:16, 4752:8, 4761:23, 4763:1, 4763:6, 4763:15, 4763:19,

4763:22, 4763:23, 4764:4, 4764:11, 4797:5, 4803:13, 4808:16, 4810:7, 4814:2, 4814:3, 4826:9, 4826:16, 4828:24, 4830:10, 4830:21, 4831:25, 4834:4, 4834:5, 4835:10, 4835:24, 4838:13, 4839:10, 4843:18, 4844:1
**showed** [13] - 4697:5, 4699:23, 4712:12, 4762:8, 4762:15, 4763:25, 4764:9, 4805:19, 4807:17, 4817:6, 4817:8, 4817:9, 4833:2
**showing** [11] - 4699:15, 4700:9, 4715:1, 4725:21, 4741:17, 4812:6, 4813:11, 4822:18, 4824:18, 4826:11, 4832:5
**shown** [4] - 4805:18, 4809:23, 4828:3, 4842:19
**shows** [16] - 4690:1, 4700:7, 4700:11, 4750:18, 4762:9, 4809:10, 4815:12, 4815:22, 4819:21, 4819:22, 4823:18, 4824:17, 4834:13, 4835:22, 4841:22, 4841:23
**sic** [2] - 4689:19, 4724:10
**side** [48] - 4684:17, 4695:17, 4707:2, 4708:5, 4711:13, 4712:8, 4713:2, 4721:11, 4721:17, 4722:7, 4722:21, 4722:24, 4723:7, 4731:19, 4733:14, 4738:13, 4738:14, 4741:1, 4741:15, 4751:22, 4756:13, 4765:1, 4766:6, 4766:7, 4766:8, 4767:21, 4768:15, 4771:18, 4777:3, 4777:4, 4777:24, 4779:25, 4780:17, 4782:3, 4782:6, 4786:2, 4797:14, 4799:18, 4800:3,

4801:20, 4802:9, 4802:10, 4807:20, 4809:11, 4811:18, 4820:23, 4821:14
**sides** [3] - 4685:13, 4777:24, 4777:25
**sidetrack** [1] - 4694:4
**sidewalk** [1] - 4812:20
**sign** [3] - 4797:24, 4798:2, 4833:3
**Signal** [17] - 4704:5, 4704:14, 4704:16, 4704:17, 4704:20, 4705:1, 4705:19, 4717:19, 4720:5, 4720:14, 4738:11, 4799:4, 4815:21, 4816:23, 4818:15, 4830:17, 4833:3
**signal** [1] - 4758:1
**signs** [1] - 4685:22
**similar** [1] - 4826:10
**Siri** [2] - 4828:10, 4828:14
**six** [3] - 4735:23, 4806:25, 4834:12
**skip** [2] - 4811:20, 4811:21
**slamming** [1] - 4843:12
**slide** [9] - 4720:8, 4721:5, 4721:12, 4721:18, 4731:4, 4733:21, 4737:2, 4737:5, 4738:18
**small** [1] - 4818:8
**social** [1] - 4830:5
**someone** [6] - 4737:3, 4753:16, 4755:18, 4772:25, 4776:25, 4830:18
**sometime** [1] - 4682:23
**somewhere** [1] - 4762:10
**soon** [1] - 4700:11
**SoRelle** [1] - 4724:7
**Sorrelle** [1] - 4733:10
**sorry** [28] - 4685:5, 4685:17, 4692:22, 4694:9, 4699:9, 4700:10, 4700:25, 4703:6, 4713:24, 4714:1, 4719:9, 4750:9, 4754:9, 4754:24, 4755:4, 4755:18, 4756:21, 4777:20, 4781:20, 4784:4, 4786:19, 4788:6, 4806:19,

4810:17, 4822:14, 4822:22, 4823:11, 4833:5
**sort** [13] - 4684:17, 4684:22, 4693:3, 4693:8, 4693:14, 4694:2, 4694:10, 4695:22, 4705:1, 4778:19, 4780:22, 4806:5, 4839:25
**sound** [11] - 4716:11, 4724:20, 4811:9, 4814:24, 4815:6, 4823:5, 4824:4, 4832:14, 4833:20, 4833:21, 4834:22
**sounds** [4] - 4690:18, 4716:16, 4806:8, 4827:19
**source** [2] - 4751:23, 4808:9
**sources** [1] - 4751:20
**south** [12] - 4721:17, 4778:8, 4780:24, 4786:10, 4789:16, 4792:10, 4793:3, 4793:18, 4832:15, 4834:15, 4834:17, 4843:1
**South** [1] - 4722:21
**space** [1] - 4735:14
**Speaker** [5] - 4697:17, 4699:25, 4732:16, 4738:1, 4797:14
**speaker** [1] - 4798:3
**speaking** [4] - 4709:18, 4729:4, 4777:17, 4817:14
**special** [3] - 4687:17, 4688:25, 4692:4
**Special** [11] - 4687:21, 4688:4, 4688:24, 4689:13, 4690:21, 4690:25, 4693:5, 4702:22, 4702:23, 4768:7, 4796:19
**specific** [1] - 4694:12
**specifically** [3] - 4686:22, 4693:17, 4842:18
**specifics** [1] - 4830:2
**speech** [2] - 4805:22, 4805:25
**spell** [1] - 4735:10
**spending** [1] - 4765:6
**spoken** [3] - 4794:24, 4818:14, 4819:2
**spontaneously** [1] - 4689:1
**spray** [4] - 4720:6,

4866

4733:9, 4787:6, 4788:4

**spraying** [2] - 4733:9, 4787:6

**Spy** [2] - 4833:3, 4833:7

**stack** [2] - 4824:14, 4839:2

**Stack** [27] - 4719:1, 4722:14, 4727:12, 4728:23, 4745:6, 4756:15, 4760:20, 4798:12, 4799:7, 4800:2, 4800:7, 4800:8, 4800:17, 4801:20, 4802:9, 4802:11, 4802:15, 4802:22, 4803:3, 4803:10, 4804:7, 4816:10, 4821:13, 4824:17, 4839:7, 4839:8, 4840:7

**staff** [1] - 4791:11

**stage** [8] - 4696:24, 4697:4, 4697:18, 4699:5, 4700:2, 4700:4, 4700:7, 4700:15

**stairs** [10] - 4697:9, 4697:10, 4711:16, 4711:18, 4747:10, 4747:11, 4750:15, 4762:13, 4843:4

**Stamey** [1] - 4720:15

**stamp** [3] - 4695:18, 4700:22, 4810:15

**stamped** [3] - 4697:1, 4700:10, 4835:12

**stand** [2] - 4774:24, 4806:6

**standing** [10] - 4698:13, 4700:17, 4714:25, 4717:22, 4719:22, 4721:10, 4750:15, 4788:1, 4809:19, 4843:4

**stands** [1] - 4844:17

**Stanley** [1] - 4839:13

**start** [8] - 4682:7, 4682:10, 4688:13, 4689:15, 4696:11, 4767:19, 4816:6, 4837:11

**started** [5] - 4711:1, 4733:9, 4761:17, 4820:1, 4844:15

**starting** [5] - 4723:9, 4741:12, 4762:24, 4762:25, 4827:19

**starts** [4] - 4696:10,

4701:2, 4762:12, 4811:7

**State** [2] - 4720:10, 4720:13

**statement** [8] - 4683:5, 4684:1, 4684:2, 4684:8, 4686:4, 4686:13, 4688:2, 4726:1

**statements** [10] - 4688:16, 4688:17, 4688:21, 4690:15, 4713:23, 4714:2, 4714:3, 4714:5, 4714:6

**states** [1] - 4831:6

**States** [3] - 4688:16, 4688:17, 4796:11

**staying** [1] - 4764:5

**Steele** [6] - 4744:21, 4746:17, 4785:20, 4786:23, 4789:1, 4817:18

**step** [3] - 4689:15, 4761:19, 4837:16

**steps** [6] - 4710:22, 4711:11, 4714:25, 4733:14, 4745:21, 4746:1

**Stewart** [26] - 4705:10, 4706:24, 4709:10, 4709:18, 4709:21, 4710:4, 4710:25, 4712:24, 4721:2, 4721:8, 4721:15, 4722:5, 4722:10, 4723:2, 4723:18, 4724:5, 4724:8, 4733:7, 4733:18, 4734:3, 4738:10, 4745:15, 4815:22, 4816:15, 4816:23, 4822:13

**still** [7] - 4682:11, 4689:12, 4733:24, 4750:6, 4791:25, 4812:23, 4840:14

**stop** [22] - 4696:17, 4707:6, 4708:9, 4710:1, 4719:13, 4768:3, 4791:20, 4810:12, 4811:5, 4811:22, 4812:13, 4813:21, 4814:4, 4815:1, 4815:19, 4816:25, 4819:18, 4821:9, 4821:21, 4822:4, 4842:5

**stopped** [1] - 4711:24

**stories** [1] - 4706:1

**storming** [3] - 4735:8, 4735:9, 4737:4

**story** [1] - 4705:24

**straight** [1] - 4763:9

**straining** [1] - 4701:12

**Street** [14] - 4814:12, 4814:14, 4814:22, 4832:10, 4832:12, 4832:13, 4832:18, 4834:14, 4834:17, 4835:21, 4836:1, 4836:4, 4836:13

**street** [1] - 4835:21

**streets** [2] - 4832:15, 4836:7

**strike** [1] - 4762:20

**strikes** [1] - 4763:14

**stronger** [2] - 4683:20, 4686:3

**studying** [1] - 4829:25

**style** [1] - 4807:18

**subheading** [2] - 4683:24, 4684:3

**subject** [7] - 4684:1, 4684:2, 4741:8, 4778:23, 4793:8, 4796:25, 4834:11

**submission** [1] - 4683:21

**submit** [4] - 4686:18, 4690:13, 4691:14, 4691:21

**submitted** [2] - 4683:21, 4685:23

**subscriber** [1] - 4735:4

**subsequent** [1] - 4683:9

**suggest** [1] - 4824:13

**suggested** [6] - 4683:10, 4688:7, 4688:9, 4688:10, 4689:6, 4690:8

**suggestive** [1] - 4686:21

**suggests** [1] - 4686:23

**suppose** [1] - 4689:11

**supposed** [2] - 4800:6, 4802:7

**Supreme** [1] - 4738:14

**surging** [1] - 4730:25

**surrounded** [1] - 4817:7

**surrounding** [1] - 4817:12

**surveillance** [10] - 4706:23, 4707:9, 4712:23, 4717:2, 4717:16, 4720:19,

4723:6, 4730:8, 4760:14, 4768:6

**suspect** [1] - 4692:10

**sustained** [4] - 4768:12, 4832:22, 4832:23

**switch** [1] - 4774:18

---

### T

**T-Mobile** [2] - 4734:10, 4734:16

**T-shirts** [2] - 4805:15, 4806:10

**tall** [1] - 4760:21

**tape** [2] - 4750:8, 4811:2

**target** [3] - 4830:1, 4830:3, 4835:20

**tasking** [1] - 4694:11

**taskings** [1] - 4694:10

**team** [4] - 4685:8, 4687:10, 4689:20, 4799:4

**tear** [1] - 4720:6

**technology** [1] - 4839:13

**teed** [1] - 4774:12

**telephone** [1] - 4818:15

**ten** [2] - 4739:3, 4827:23

**tends** [1] - 4735:22

**tenth** [1] - 4814:24

**term** [2] - 4820:8, 4829:21

**terms** [3] - 4684:17, 4740:22, 4820:7

**terrace** [3] - 4695:20, 4695:24, 4767:21

**test** [2] - 4693:9, 4792:15

**testified** [3] - 4691:23, 4823:12, 4832:17

**testify** [5] - 4692:20, 4698:12, 4839:25, 4840:24, 4842:3

**testifying** [3] - 4755:3, 4755:5, 4755:6

**testimony** [17] - 4682:11, 4683:10, 4685:14, 4685:17, 4685:18, 4687:4, 4687:9, 4688:7, 4688:9, 4688:15, 4690:8, 4691:15, 4693:21, 4701:24, 4832:25, 4837:17, 4842:7

**testing** [1] - 4750:7

**text** [8] - 4734:7, 4735:18, 4774:19, 4775:4, 4818:15, 4819:6, 4823:23, 4824:3

**theirs** [1] - 4820:25

**they've** [5] - 4694:8, 4694:10, 4750:11, 4751:1

**thinks** [1] - 4762:11

**third** [3] - 4694:23, 4714:4, 4840:5

**third-party** [1] - 4694:23

**this........** [1] - 4722:2

**Thomas** [5] - 4712:7, 4712:11, 4731:18, 4731:25, 4766:20

**thread** [11] - 4704:17, 4705:6, 4705:7, 4705:11, 4705:16, 4705:17, 4705:19, 4717:19, 4720:14

**threads** [3] - 4704:14, 4704:16, 4704:20

**three** [17] - 4683:4, 4683:9, 4683:12, 4689:24, 4699:25, 4709:17, 4710:8, 4710:9, 4745:15, 4750:7, 4764:3, 4764:5, 4823:14, 4823:21, 4834:21, 4841:3, 4843:7

**three-quarters** [1] - 4834:21

**three-way** [3] - 4709:17, 4710:8, 4745:15

**throughout** [1] - 4808:1

**tie** [2] - 4837:23, 4838:1

**tied** [3] - 4696:7, 4833:10, 4834:7

**today** [5] - 4704:21, 4716:11, 4804:25, 4838:8, 4843:9

**together** [3] - 4769:2, 4808:5, 4839:17

**Tom** [2] - 4730:23, 4731:7

**tomorrow** [6] - 4837:11, 4837:14, 4837:23, 4838:10, 4843:25

**took** [10] - 4695:16, 4697:1, 4729:11, 4773:24, 4796:21, 4797:9, 4807:11,

4841:9, 4841:11, 4842:4
**top** [12] - 4711:18, 4711:23, 4714:25, 4733:24, 4748:24, 4767:10, 4815:21, 4825:4, 4825:9, 4832:19, 4834:6, 4841:9
**topic** [4] - 4739:11, 4739:16, 4739:20, 4831:16
**torso** [1] - 4754:3
**tour** [1] - 4697:7
**toward** [2] - 4733:20, 4835:20
**towards** [28] - 4710:22, 4717:8, 4730:10, 4742:12, 4745:19, 4745:21, 4748:7, 4749:4, 4752:21, 4778:6, 4778:8, 4778:13, 4779:25, 4780:4, 4783:6, 4789:17, 4792:7, 4792:10, 4793:3, 4793:18, 4800:17, 4809:11, 4811:15, 4814:14, 4827:3, 4831:3, 4843:13
**traces** [1] - 4821:16
**traffic** [2] - 4832:8, 4837:4
**trained** [1] - 4730:7
**transcript** [13] - 4682:4, 4682:8, 4682:24, 4683:15, 4687:21, 4692:17, 4693:25, 4694:14, 4713:23, 4727:4, 4728:9, 4774:5, 4774:12
**transcripts** [1] - 4689:16
**transmission** [4] - 4715:17, 4715:18, 4725:13, 4725:15
**treble** [1] - 4716:3
**TREES** [1] - 4830:18
**trial** [1] - 4682:3
**triangle** [1] - 4786:2
**tricky** [1] - 4834:16
**tried** [2] - 4716:2, 4836:22
**tries** [1] - 4692:22
**true** [8] - 4683:6, 4683:8, 4694:6, 4805:25, 4806:9, 4806:22, 4827:3,

4830:7
**Trump** [5] - 4738:21, 4805:23, 4806:3, 4806:22, 4817:9
**truth** [6] - 4689:7, 4689:13, 4691:7, 4691:8, 4714:2, 4763:8
**try** [5] - 4692:23, 4715:19, 4716:2, 4734:23, 4762:2
**trying** [10] - 4698:18, 4699:18, 4737:9, 4763:2, 4763:5, 4763:13, 4763:15, 4773:3, 4807:6, 4841:17
**tunnel** [23] - 4695:13, 4695:20, 4695:24, 4696:1, 4696:15, 4697:11, 4697:12, 4698:14, 4698:15, 4699:17, 4762:17, 4762:18, 4762:23, 4763:2, 4763:11, 4763:13, 4764:21, 4766:25, 4767:3, 4767:7, 4767:14, 4767:20
**tunnels** [1] - 4732:24
**turn** [1] - 4826:18
**turned** [1] - 4797:12
**TV** [1] - 4809:10
**two** [31] - 4682:6, 4682:10, 4683:2, 4683:9, 4684:16, 4685:25, 4690:23, 4695:6, 4696:1, 4696:8, 4697:8, 4699:19, 4711:3, 4711:9, 4717:7, 4717:24, 4718:13, 4730:22, 4733:7, 4733:13, 4737:17, 4750:7, 4756:16, 4796:21, 4805:14, 4835:21, 4836:5, 4841:8, 4842:21, 4842:22, 4843:7
**twofold** [1] - 4842:2
**type** [3] - 4688:9, 4819:3, 4822:13
**types** [1] - 4735:24
**tyrannis** [1] - 4724:10

## U

**U.S** [7] - 4760:13, 4785:15, 4797:10, 4802:12, 4802:16, 4820:15, 4820:22

**Ulrich** [1] - 4802:24
**ultimately** [5] - 4684:23, 4775:5, 4775:6, 4775:7, 4820:3
**unanswered** [1] - 4694:3
**unclear** [1] - 4774:23
**under** [7] - 4683:23, 4683:24, 4684:2, 4688:22, 4705:5, 4733:20, 4804:7
**underneath** [2] - 4705:1, 4767:4
**understood** [3] - 4684:13, 4765:5, 4837:5
**unduly** [1] - 4774:20
**unfortunately** [1] - 4774:11
**unidentified** [2] - 4689:23, 4714:4
**UNIDENTIFIED** [2] - 4768:11, 4839:16
**uniforms** [1] - 4718:13
**unique** [1] - 4765:6
**United** [3] - 4688:16, 4688:17, 4796:11
**unknown** [1] - 4686:24
**unless** [3] - 4700:18, 4701:11, 4774:18
**unquote** [1] - 4807:3
**unrestricted** [1] - 4808:25
**up** [97] - 4682:9, 4682:22, 4683:3, 4686:10, 4686:14, 4686:16, 4688:4, 4690:8, 4690:10, 4695:15, 4695:21, 4695:23, 4697:2, 4697:9, 4697:10, 4697:15, 4698:7, 4698:23, 4699:8, 4700:15, 4700:16, 4700:18, 4700:21, 4702:1, 4702:21, 4706:17, 4711:15, 4715:20, 4718:4, 4719:16, 4725:25, 4727:4, 4728:9, 4729:3, 4730:7, 4735:25, 4737:24, 4740:7, 4742:3, 4742:20, 4744:1, 4747:10, 4750:9, 4750:12, 4750:25, 4761:13, 4761:21, 4762:20, 4766:11,

4767:15, 4769:4, 4774:12, 4774:24, 4775:6, 4790:6, 4790:8, 4792:24, 4796:18, 4798:13, 4803:6, 4805:2, 4807:1, 4807:7, 4808:13, 4808:18, 4810:5, 4810:16, 4812:21, 4813:15, 4813:18, 4815:12, 4815:21, 4815:22, 4816:15, 4816:23, 4818:20, 4819:11, 4819:21, 4822:18, 4826:7, 4826:18, 4827:19, 4831:16, 4831:17, 4833:2, 4833:3, 4833:6, 4835:8, 4835:22, 4837:23, 4838:1, 4841:4, 4842:19, 4843:10, 4844:9
**updated** [1] - 4706:1
**upper** [1] - 4754:3
**US** [2] - 4721:17, 4733:10
**username** [1] - 4833:11
**uses** [1] - 4736:18
**ushered** [3] - 4750:23, 4750:24, 4842:25
**ushering** [1] - 4750:14
**UTC** [2] - 4701:2, 4810:23
**utilized** [1] - 4833:18

## V

**Vallejo** [5] - 4717:15, 4717:16, 4717:19, 4719:17, 4720:22
**value** [2] - 4841:14, 4841:21
**variance** [1] - 4685:16
**various** [3] - 4704:4, 4752:9, 4828:4
**versus** [2] - 4684:18, 4685:21
**vest** [4] - 4754:4, 4754:13, 4783:2, 4807:21
**Vetted** [2] - 4705:12, 4705:13
**via** [1] - 4687:5
**vicinity** [2] - 4750:19, 4799:8
**video** [299] - 4695:22, 4695:23, 4695:25, 4696:2, 4696:6,

4696:7, 4696:16, 4698:2, 4698:6, 4698:11, 4698:19, 4698:20, 4699:12, 4699:23, 4699:24, 4700:6, 4700:9, 4700:11, 4700:15, 4701:2, 4701:9, 4706:19, 4706:23, 4707:5, 4707:9, 4707:16, 4707:18, 4707:21, 4707:22, 4707:25, 4708:3, 4708:19, 4708:25, 4710:20, 4711:12, 4711:17, 4711:19, 4712:7, 4712:19, 4712:23, 4713:5, 4713:9, 4713:14, 4714:19, 4714:21, 4714:23, 4715:1, 4715:14, 4715:19, 4716:8, 4716:9, 4716:14, 4717:2, 4717:16, 4718:8, 4718:20, 4718:22, 4719:2, 4719:12, 4720:19, 4723:6, 4723:13, 4723:25, 4724:2, 4724:9, 4725:7, 4725:8, 4725:9, 4725:11, 4725:15, 4725:20, 4726:9, 4726:11, 4726:24, 4727:7, 4727:14, 4727:23, 4728:4, 4728:17, 4728:19, 4729:1, 4729:15, 4730:8, 4731:13, 4731:18, 4731:20, 4731:22, 4732:1, 4733:1, 4740:4, 4740:14, 4740:16, 4740:17, 4741:16, 4741:17, 4741:21, 4741:25, 4742:4, 4744:1, 4744:12, 4744:13, 4744:16, 4744:18, 4745:20, 4745:23, 4746:6, 4746:10, 4746:14, 4746:18, 4746:22, 4747:5, 4747:7, 4747:13, 4747:15, 4747:20, 4747:22, 4747:24, 4748:10, 4748:15, 4749:21, 4750:10, 4750:13, 4750:18, 4751:8, 4751:20, 4752:9, 4752:16,

4868

4753:9, 4753:16, 4753:22, 4756:11, 4757:13, 4757:16, 4758:19, 4758:25, 4759:2, 4759:20, 4760:14, 4760:17, 4760:23, 4761:3, 4761:21, 4762:9, 4762:15, 4762:19, 4762:22, 4763:1, 4765:6, 4765:12, 4767:13, 4768:2, 4768:6, 4768:21, 4769:13, 4769:19, 4769:23, 4770:3, 4770:5, 4770:10, 4770:14, 4771:8, 4771:10, 4771:24, 4772:1, 4772:10, 4772:21, 4773:4, 4773:7, 4773:9, 4773:11, 4773:15, 4773:17, 4773:19, 4773:25, 4774:5, 4774:6, 4774:9, 4774:11, 4774:15, 4775:4, 4775:5, 4775:12, 4775:14, 4776:3, 4776:7, 4776:9, 4776:11, 4776:20, 4776:22, 4777:10, 4777:14, 4777:19, 4777:21, 4779:3, 4779:7, 4779:11, 4782:4, 4782:9, 4783:8, 4783:13, 4783:17, 4783:19, 4783:22, 4784:2, 4784:9, 4784:14, 4784:19, 4784:23, 4785:3, 4785:7, 4785:12, 4785:17, 4787:12, 4787:17, 4788:11, 4788:16, 4788:18, 4788:23, 4789:7, 4789:20, 4789:25, 4790:14, 4791:1, 4791:3, 4791:6, 4791:19, 4793:21, 4793:23, 4794:5, 4794:10, 4795:18, 4795:22, 4798:21, 4799:14, 4800:12, 4800:19, 4801:4, 4801:15, 4801:20, 4802:4, 4802:19, 4802:25, 4803:10, 4805:17, 4809:23, 4810:13, 4811:7, 4811:12, 4811:13,

4811:17, 4811:23, 4812:14, 4813:24, 4814:19, 4815:2, 4815:18, 4816:8, 4816:20, 4817:6, 4817:8, 4817:9, 4817:11, 4817:13, 4817:15, 4818:21, 4818:23, 4819:13, 4819:15, 4819:17, 4821:11, 4821:22, 4822:5, 4822:18, 4822:22, 4824:7, 4825:13, 4825:15, 4825:17, 4825:19, 4825:21, 4825:23, 4826:9, 4826:22, 4827:3, 4828:3, 4828:8, 4829:13, 4829:15, 4840:6, 4840:14, 4840:19, 4842:17, 4842:24, 4844:1, 4844:8
**videos** [13] - 4698:16, 4740:22, 4740:23, 4751:25, 4752:2, 4761:13, 4768:23, 4769:1, 4775:22, 4778:15, 4793:2, 4808:7, 4843:18
**view** [5] - 4688:18, 4691:12, 4699:2, 4760:9, 4760:12
**viewed** [4] - 4707:9, 4807:15, 4826:23, 4829:15
**viewer** [1] - 4774:12
**violence** [4] - 4754:18, 4763:6, 4763:7, 4840:24
**Virginia** [1] - 4717:18
**visible** [6] - 4695:23, 4697:11, 4697:23, 4697:25, 4698:1, 4729:14
**visual** [140] - 4697:20, 4708:8, 4708:14, 4709:25, 4710:16, 4711:5, 4712:2, 4714:16, 4715:10, 4716:5, 4716:22, 4717:25, 4723:10, 4723:23, 4726:5, 4726:15, 4728:13, 4729:7, 4732:8, 4742:16, 4742:23, 4743:5, 4743:9, 4743:13, 4743:19, 4743:23, 4744:4, 4744:8, 4744:15,

4744:17, 4745:1, 4745:8, 4745:17, 4745:22, 4747:6, 4747:19, 4747:21, 4747:23, 4748:4, 4748:9, 4748:14, 4749:1, 4749:20, 4749:25, 4752:14, 4752:18, 4753:2, 4753:8, 4753:21, 4754:21, 4755:15, 4756:2, 4757:15, 4758:20, 4759:1, 4759:7, 4759:15, 4759:19, 4759:21, 4760:3, 4760:7, 4761:2, 4761:8, 4769:18, 4770:2, 4770:4, 4770:9, 4770:25, 4771:9, 4771:25, 4772:7, 4772:16, 4772:20, 4772:22, 4773:8, 4773:10, 4773:16, 4773:18, 4773:20, 4775:13, 4776:6, 4776:8, 4776:10, 4776:15, 4776:19, 4776:21, 4779:12, 4780:8, 4781:24, 4782:14, 4782:18, 4782:22, 4783:3, 4783:7, 4783:9, 4783:14, 4784:8, 4784:13, 4784:18, 4785:2, 4785:11, 4785:16, 4786:15, 4787:1, 4787:7, 4787:11, 4787:16, 4787:18, 4788:10, 4788:15, 4788:17, 4788:19, 4789:2, 4789:6, 4789:11, 4789:19, 4789:24, 4790:10, 4793:22, 4794:4, 4794:11, 4794:15, 4795:6, 4795:10, 4796:1, 4796:5, 4796:9, 4799:15, 4800:11, 4800:20, 4801:3, 4801:14, 4802:3, 4803:17, 4804:11, 4804:18, 4826:14, 4827:1, 4827:7, 4827:12
**Voice** [2] - 4735:2, 4735:4
**voice** [11] - 4682:17, 4683:2, 4685:2, 4685:3, 4686:13,

4686:24, 4687:15, 4724:2, 4775:7, 4795:13, 4795:15
**voices** [2] - 4694:23, 4731:22
**voicesinmyhead 1954** [1] - 4834:7
**volume** [1] - 4826:18

**W**

**w-e-'-r-e** [1] - 4735:24
**W-e-r-e** [1] - 4735:11
**wait** [1] - 4844:16
**waiting** [1] - 4701:11
**walk** [5] - 4700:12, 4749:4, 4825:5, 4825:9, 4835:19
**walked** [1] - 4825:6
**walking** [10] - 4711:15, 4733:20, 4742:12, 4745:19, 4747:10, 4750:11, 4750:18, 4814:10, 4814:11, 4815:11
**walkway** [1] - 4813:4
**wankers** [1] - 4722:1
**wants** [5] - 4689:6, 4695:21, 4713:19, 4827:23, 4838:11
**warrant** [2] - 4689:3, 4734:10
**Warren** [2] - 4685:24, 4688:17
**Washington** [3] - 4693:8, 4832:8, 4836:18
**watch** [3] - 4740:18, 4778:19, 4806:22
**watched** [1] - 4751:21
**watching** [3] - 4711:12, 4722:2, 4843:1
**Watkins** [55] - 4683:12, 4707:11, 4710:21, 4711:10, 4711:15, 4713:24, 4714:6, 4716:25, 4724:23, 4725:10, 4725:12, 4726:17, 4727:20, 4729:3, 4729:18, 4729:19, 4730:4, 4730:8, 4730:23, 4731:1, 4746:13, 4747:15, 4748:20, 4755:22, 4761:11, 4769:22, 4770:8, 4770:17, 4775:19, 4775:25, 4776:18, 4777:18,

4778:1, 4779:8, 4782:17, 4783:12, 4783:17, 4784:3, 4784:4, 4784:17, 4784:22, 4785:6, 4786:11, 4786:22, 4788:14, 4789:23, 4791:16, 4818:12, 4821:13, 4822:8, 4822:25, 4823:8, 4823:15, 4823:22, 4823:25
**Watkins's** [4] - 4714:22, 4715:15, 4725:20, 4770:20
**wave** [1] - 4787:22
**ways** [2] - 4683:4, 4836:25
**WE** [2] - 4735:14, 4735:24
**wearing** [12] - 4718:13, 4754:3, 4754:4, 4754:5, 4759:13, 4782:9, 4803:21, 4804:3, 4805:14, 4806:10, 4807:18, 4807:22
**Wednesday** [2] - 4704:3, 4834:13
**week** [1] - 4837:13
**weird** [1] - 4704:25
**welcome** [3] - 4701:21, 4751:7, 4765:23
**WERE** [3] - 4735:22, 4735:24, 4736:18
**west** [23] - 4695:17, 4695:20, 4695:24, 4712:8, 4713:2, 4721:10, 4722:7, 4722:24, 4723:7, 4731:19, 4766:8, 4767:21, 4797:14, 4801:20, 4802:9, 4807:20, 4809:11, 4820:23, 4832:13, 4832:14, 4835:20
**Western** [2] - 4720:10, 4720:13
**White** [1] - 4834:20
**Whitney** [1] - 4681:4
**wife** [4] - 4695:16, 4697:24, 4700:1, 4814:6
**Wilkes** [1] - 4724:14
**Willard** [2] - 4799:8, 4799:10
**William** [17] - 4682:3, 4718:2, 4744:22, 4748:3, 4748:13,

4869

4749:24, 4758:11,
4759:18, 4760:6,
4760:16, 4779:9,
4779:15, 4780:11,
4786:23, 4787:10,
4788:22, 4790:5
**wing** [3] - 4730:10,
4730:11, 4730:16
**Wisconsin** [2] -
4835:22, 4836:9
**withdraw** [1] - 4823:2
**witness** [9] - 4686:9,
4688:23, 4689:16,
4691:22, 4698:12,
4755:6, 4755:8,
4764:15, 4837:7
**WITNESS** [1] -
4837:19
**Witnesses** [1] -
4681:3
**woman's** [3] - 4724:2,
4795:13, 4795:15
**wonder** [1] - 4692:21
**WOODWARD** [12] -
4741:8, 4764:19,
4765:5, 4765:19,
4774:4, 4774:16,
4778:23, 4793:8,
4794:19, 4796:25,
4838:6, 4839:15
**Woodward** [2] -
4764:19, 4765:16
**word** [2] - 4735:10,
4735:22
**word..** [2] - 4717:22,
4719:22
**worded** [1] - 4832:23
**words** [6] - 4772:13,
4773:23, 4806:2,
4807:6, 4824:1,
4825:7
**works** [2] - 4781:3,
4781:13
**worn** [1] - 4786:6
**worst** [2] - 4762:22
**write** [4] - 4721:2,
4721:8, 4721:24,
4722:10
**writes** [1] - 4736:15
**writing** [1] - 4722:14
**written** [1] - 4688:17

## Y

**years** [1] - 4690:23
**yellow** [18] - 4707:14,
4718:22, 4742:19,
4756:4, 4782:3,
4784:11, 4785:14,
4787:3, 4794:17,

4794:22, 4795:3,
4821:16, 4822:1,
4824:8, 4824:24,
4825:3, 4826:2,
4828:4
**yesterday** [2] -
4790:7, 4808:19
**York** [1] - 4750:9
**you-all** [1] - 4762:2
**young** [2] - 4817:14,
4818:8
**Young** [15] - 4744:21,
4746:21, 4748:19,
4756:1, 4770:1,
4770:8, 4770:17,
4771:19, 4777:18,
4785:1, 4785:20,
4786:23, 4788:9,
4789:14, 4817:3
**Young's** [1] - 4770:23
**yourself** [1] - 4830:14

## Z

**Zaremba** [1] - 4682:3
**Zello** [44] - 4683:11,
4684:22, 4685:4,
4686:22, 4686:25,
4687:4, 4687:7,
4690:3, 4690:7,
4690:9, 4690:11,
4694:22, 4694:23,
4695:1, 4695:2,
4695:4, 4713:17,
4713:22, 4714:10,
4715:17, 4715:18,
4715:20, 4716:17,
4724:17, 4725:13,
4725:15, 4726:1,
4726:2, 4727:4,
4728:9, 4728:16,
4729:4, 4730:5,
4730:23, 4747:15,
4775:23, 4832:25,
4833:3, 4833:6,
4833:8, 4833:12,
4833:14, 4833:18