IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )    CR No. 22-15
                                    )    Washington, D.C.
        vs.                         )    November 8, 2022
                                    )    9:00 a.m.
ELMER STEWART RHODES III, ET AL.,   )
                                    )    Day 26
            Defendants.             )    Morning Session
_____    )

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:             Kathryn L. Rakoczy
                                Jeffrey S. Nestler
                                Alexandra Hughes
                                Louis Manzo
                                Troy Edwards
                                U.S. ATTORNEY'S OFFICE
                                601 D Street, NW
                                Washington, D.C. 20579
                                (202) 252-7277
                                Email:
                                kathryn.rakoczy@usdoj.gov
                                Email:
                                jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:          Phillip A. Linder
                                   BARRETT BRIGHT LASSITER LINDER
                                   3300 Oak Lawn Avenue
                                   Suite 700
                                   Dallas, TX 75219
                                   (214) 252-9900
                                   Email:
                                   phillip@thelinderfirm.com

                                   James Lee Bright
                                   3300 Oak Lawn Avenue
                                   Suite 700
                                   Dallas, TX 75219
                                   (214) 720-7777
                                   Email: jlbrightlaw@gmail.com

                                   Edward L. Tarpley, Jr.
                                   819 Johnston Street
                                   Alexandria, LA 71301
                                   (318) 487-1460
                                   Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:                Jonathan W. Crisp
                                   CRISP AND ASSOCIATES, LLC
                                   4031 North Front Street
                                   Harrisburg, PA 17110
                                   (717) 412-4676
                                   Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Stanley Edmund Woodward, Jr.
                                      BRAND WOODWARD LAW
                                      1808 Park Road NW
                                      Washington, D.C. 20010
                                      (202) 996-7447
                                      Email:
                                      stanley@brandwoodwardlaw.com

For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES              DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

LEE MADDOX            7600  7652    7679
DARIO AQUINO         7685
                              – – –

INDEX OF EXHIBITS

– – –

GOVERNMENT'S                              ADMITTED

9200                                        7654

9208                                        7662

9205                                        7665

9201                                        7668

```
 1                     P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.  The Honorable
 3    Amit P. Mehta presiding.
 4              THE COURT:  Please be seated, everyone.
 5              COURTROOM DEPUTY:  Good morning, Your Honor.
 6              This is Criminal Case No. 22-15, the United States
 7    of America versus Defendant No. 1, Elmer Stewart Rhodes III;
 8    Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
 9    Defendant 4, Jessica Watkins; and Defendant 10, Thomas
10    Edward Caldwell.
11              Kathryn Rakoczy, Jeffrey Nestler, Alexandra
12    Hughes, Troy Edwards, and Louis Manzo for the government.
13              Phillip Linder, James Lee Bright, and Edward
14    Tarpley for Defendant Rhodes.
15              Stanley Woodward for Defendant Meggs.
16              Bradford Geyer for Defendant Harrelson.
17              Jonathan Crisp for Defendant Watkins.
18              And David Fischer for Defendant Caldwell.
19              All named defendants are present in the courtroom
20    for need proceedings.
21              THE COURT:  All right.  Good morning, everybody.
22              Mr. Linder, I understand there's some witness
23    matters you wanted to raise.  Mr. Bright.
24              MR. BRIGHT:  All right.
25              So, Your Honor, we got notice that -- about,
```

```
 1   I want to say about 7:30 last night, that our primary, our

 2   first witness to be this morning, Greg McWhirter, and this

 3   is where -- are we under seal currently?

 4           COURTROOM DEPUTY:  No.

 5           MR. BRIGHT:  I think it might be wise to do such

 6   considering what we're about to discuss and his place in

 7   this entire scenario, sir.

 8           THE COURT:  Let's just get on phone.  And I'll

 9   decide whether we need to go under seal or not.

10           (Sealed bench conference)
```







7571

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████

3 ████████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ███████████████████████████████████████████

6 ████████████████████████████████████████████████

7          ███████████   ███████████

8       ████████████████████████████████

9 ████████████████████████████████████

10      ████████████████████████████████

11 ████████████████████████████████████████████████

12 ████████████████████████████████████████

13 ██████████████████████████████████████████

14          (Open court)

15          THE COURT:  So that bench conference will be

16 placed under seal as it involves a witness matter of some

17 sensitivity that still needs to be worked out among the

18 parties, in particular -- well, as it involves sensitivity

19 with respect to a particular witness and that witness'

20 status that still needs to be worked out.

21          Now, as to that witness, Mr. Bright, why don't you

22 just put on the record what has up with respect to that

23 witness's availability.

24          MR. BRIGHT:  Yes, Your Honor.

25          It is our understanding, as of 7:30 last night

```
 1    that Mr. McWhirter was, at least as has been communicated to
 2    us, showed some type of medical distress while on an
 3    airplane out of Montana before they had taken off.
 4    Apparently, the flight attendants had noticed something,
 5    they called and got an ambulance, he was taken to a
 6    hospital.  I don't want to disclose what it may or may not
 7    be.  That's his business.  But apparently it's a result of
 8    some long-term COVID issues.
 9              He has now become unavailable as a witness for us.
10    I think the Court understands that he's a very necessary
11    witness for us.
12              THE COURT:  Can I interrupt you?
13              When you say unavailable, do we know what the
14    extent of his unavailability is?  Do we have any insight
15    into how sick he is, whether he's expected to recover?  Is
16    this something life threatening?  Do we have any idea?
17              MR. BRIGHT:  Well, Your Honor, I was going to go
18    down that road.
19              My intent of saying unavailable had to do with our
20    case-in-chief today and the fact that we were going to
21    present him first in our entire lineup due to the fact that
22    he was the Vice President of the Oath Keepers during this
23    period of time and had intimate knowledge of everything that
24    was going on.
25              I do not, at this time, know what the prognosis
```

```
 1    is, how long he would be available.  Certainly we would like
 2    to explore that.  But I think if he is not available to come
 3    in within the next week, if the Court would allow us to take
 4    him order out of order if he is available, then no problem.
 5              But if he is in a situation whereby that is not a
 6    possibility, I think we would be asking for the Court, due
 7    to the unique circumstances, the fact that he is a unique
 8    witness, the information that he would be offering is not in
 9    any manner available through any other alternative witness,
10    we would certainly be petitioning the Court to allow us to
11    depose him.
12              THE COURT:  Okay.
13              MR. BRIGHT:  We'd be welling to fly to Montana to
14    do so.  But that would be a request that we would be making
15    to the Court.
16              THE COURT:  All right.  Well, let's do this a step
17    at a time.  Let's find out what we can about his health
18    condition, how serious it is, what the prognosis is and
19    when, if at all, he's likely to be available for testimony
20    here, if at all, and if he's unable to fly, whether he would
21    be available for a deposition.  So, I mean, I'm open to the
22    notion of doing that.  I just think we need more
23    information.
24              MR. BRIGHT:  Certainly, sir.
25              And then I guess -- then the other issue to
```

```
 1    address with the Court this morning is we do have a couple
 2    of witnesses that, within the past 15 hours, one of which
 3    was on the phone call last night with Mr. Nestler and
 4    Ms. Rakoczy, where they are expressing some concern
 5    regarding the exposure now of two of our witnesses if they
 6    come in and testify.  If you'd like to clarify the manner in
 7    which that was said last night, I'll let you do it yourself,
 8    please.
 9                MR. NESTLER:  As defense counsel tells us the
10    names of their witnesses, usually a day or so in advance, we
11    tell them if we believe they have a Fifth Amendment
12    potential issue.  We told defense counsel last night one of
13    their witnesses today may have a Fifth Amendment issue, he
14    has counsel.  We asked if they had explored that with that
15    witness, and I believe there's another witness they may call
16    who also might have Fifth Amendment issues so we informed
17    that of defense counsel, made sure they were able to flesh
18    it out with the witness, any counsel, or the Court.
19                THE COURT:  Okay.
20                So where do things stand in terms of those
21    witnesses and their understanding of potential exposure and
22    willingness to testify?  I think at least --
23                MR. BRIGHT:  There's two specific witnesses,
24    Your Honor, that I believe they're referring -- I know
25    they're referring to, is Mr. Dario Aquino.
```

```
 1              THE COURT:  Uh-huh.
 2              MR. BRIGHT:  He would be second to testify today.
 3    He is represented by counsel.  We have contacted his
 4    counsel.  His counsel has advised him to not testify.  He is
 5    aware of that and intends to waive.  If the Court wishes to
 6    discuss that with him, so be it.  But it has been discussed
 7    with him.  He's here voluntarily.  He has an attorney in
 8    Miami.  He has a court appointed attorney here as well.
 9              Our investigator, Mr. Wallace, has been in touch
10    with them, and he is aware, I believe, thoroughly, of what
11    he's doing and he's been admonished fully.
12              The second one is Mr. Ricky Jackson.  That is the
13    specific person that was mentioned in the phone call at 7:30
14    last night that the government thinks has, I believe the
15    term was serious exposure.  I have spoken with him
16    personally about the nature of the phone call, his ability
17    to invoke the Fifth, and what I personally and
18    professionally feel that the government is intending by
19    giving him notice of that.
20              So Mr. Jackson does not have counsel, to my
21    understanding.  The FBI did go and talk to him after we had
22    given notice to the government that we intended to call him
23    as a witness.  He mentioned that Saturday during an
24    interview on Zoom.  So I don't know if the Court wishes to
25    speak with him about that and, if so, have independent
```

1   counsel appointed to him to guide him through what they

2   ascertain to be his actual level of exposure and his

3   potential need or desire to invoke the Fifth or waive.

4           THE COURT:  What's the government's view?

5           MR. NESTLER:  We did what we thought we were

6   obligated to do, which is tell defense counsel if they're

7   planning to sponsor a witness, that witness might have a

8   Fifth Amendment privilege, and they ought to advise that

9   witness and the Court.

10          That's the position that we're in.  We do believe

11  he has exposure.  We have not communicated that directly to

12  Mr. Jackson.  We believe it's up to defense counsel to

13  communicate that to him and to request counsel if necessary.

14          If Your Honor wants, we could put a proffer as to

15  what Mr. Jackson's exposure likely is.

16          MR. WOODWARD:  Your Honor, if I can just add to

17  what -- Mr. Bright and share with the Court, this is not a

18  new issue for the Court.  This is something Mr. Fischer

19  raised for the Court weeks ago.  This is a complaint that

20  Mr. Bright had for the Court after Michael Greene was

21  indicted and then Kellye Sorrelle was indicted.

22          We provided witness lists weeks and weeks ago as

23  instructed by the Court, and now here we are in the middle

24  of our case-in-chief and the government is contacting our

25  witnesses or their counsel and advising of these concerns.

1          With respect to Mr Aquino, the government reached

2    out to his lawyer to inquire as to whether the lawyer knew

3    that he was testifying.  The Court's aware of that.  The

4    lawyer reached out to the Court with respect to Mr. Jackson.

5    Again, no real surprise that he's going to testify.

6          We, of course, don't have control over how the

7    government prosecutes its cases, but there's -- I have a

8    real concern over whether, the way this is proceeding, our

9    client's Sixth Amendment rights are being jeopardized when

10   witnesses are being threatened with -- you know, the

11   Court -- we talked about this with respect to Mr. Rhodes'

12   testimony.  Anybody who went into protected grounds

13   obviously has some exposure, and so this is a real concern

14   for us in the middle of our case-in-chief after openings

15   have been given, after Mr. Rhodes has testified, that these

16   issues are coming up.

17          It seems --

18          THE COURT:  You'll forgive me in the following

19   sense.  I guess I don't understand what the problem is in

20   the government seeking to interview somebody once they've

21   been identified, in the same way that once the defense is on

22   notice of a witness of the government, you all can try and

23   interview that person.  Right?  I mean, witnesses don't

24   belong to a particular party.

25          MR. WOODWARD:  I think you are correct, but it's

```
 1   one thing when defense counsel interviews somebody, it's

 2   another when an FBI agent interviews somebody.  There is a

 3   difference.

 4          THE COURT:  Sure.  But you point me to a legal

 5   principle that says the government of the United States or

 6   any Prosecutor's Office can't interview a defense witness,

 7   and I'm happy to consider it, but I know of no such

 8   restriction, because there isn't one.  There isn't one.

 9          MR. WOODWARD:  There isn't one.  But this is a

10   unique case.  Have I said that before?

11          THE COURT:  It's not unique in that sense.

12          MR. WOODWARD:  It's odd to me, Your Honor.

13          We purchased the plane ticket for Mr. McWhirter.

14   We're arranging for his travel, and he doesn't call us to

15   tell us.  I spent two hours with him on Saturday prepping

16   him for his testimony, and he doesn't call us to tell us; he

17   calls the FBI.

18          THE COURT:  So I'm not going to speculate as to

19   what's in Mr. McWhirter's head and why he called whom he

20   called.

21          MR. WOODWARD:  I appreciate that.  We need to talk

22   to him.

23          MR. BRIGHT:  But I think if I may, Your Honor,

24   I apologize, the issue we put on hold when we were on the

25   phone is exactly why I think he didn't come.
```

```
 1                THE COURT:  Okay.  Fine.  But that --
 2                MR. BRIGHT:  Exactly why.
 3                THE COURT:  But that has -- okay.
 4                MR. BRIGHT:  It's nefarious what he's doing,
 5     I think.
 6                THE COURT:  Okay.  Maybe.  I don't know.  I mean,
 7     perhaps it is, perhaps it isn't, I have no idea.
 8                But if it is, then there will be -- the question
 9     is, does that -- is there any misconduct by the government
10     in that.  But let's leave him to the side for a moment.
11                Look, I don't know what to tell you all.  I mean,
12     this is not unusual in the sense that when defendants
13     sometimes want to call the defense witnesses, those defense
14     witnesses sometimes have exposure issues.  It's not the
15     least bit unusual.
16                And the question then becomes, does that person
17     wish to testify.  I mean, it's not the least bit surprising
18     that when somebody's accused, that somebody who's close to
19     the action may have similar exposure.  I mean, you all have
20     done this before, it's not unusual.
21                So the only question is -- at this point, I guess
22     there's two, is there any undue influence by the
23     United States, and all I've heard is the government
24     notifying defense counsel of potential exposure.
25                And then the second question is, what, if
```

1    anything, do I need to do about it in order to advise the

2    witness or confirm on the record that he is aware of any

3    Fifth Amendment exposure and is still prepared to testify.

4            I mean, I haven't looked at this issue in a while,

5    but I'm not sure I have any obligation to confirm that a

6    witness is aware of the person's Fifth Amendment right, and

7    frankly, I'm a little bit concerned about doing so unless

8    I'm required to because I don't want to see as -- I don't

9    want to be seen as coercive, and I don't want somebody to

10   say, Oh, this judge in a black robe is telling me I've got a

11   Fifth Amendment privilege, maybe I ought to think twice

12   about testifying.  I mean, that's something that's between

13   somebody's counsel.  I can appoint counsel, but I don't know

14   that it's a good idea for me to make that kind of inquiry.

15           MR. WOODWARD:  We're not asking you to.

16           THE COURT:  Okay.

17           So then what are asking me?

18           MR. WOODWARD:  We're flagging for the Court that

19   in the last 15 hours, three witnesses have had some

20   interaction with the government, and we're concerned --

21   we're flagging for the Court that in the last 15 hours,

22   several witnesses have had some interaction with the

23   government, and I'm personally concerned about disclosing

24   who I'm going to call next because of a concern that the

25   government is going to reach out to that person or their

1    counsel and suggest, remind, however the government is going

2    to phrase it, that there's a real Fifth Amendment concern

3    here.

4              THE COURT:  Well, I thought the government had not

5    reached out to any of them.

6              MR. WOODWARD:  I understand the government did

7    reach out to Mr. Aquino's counsel, and Mr. Aquino's counsel

8    then reached out to the Court to get in touch with us.

9              MS. RAKOCZY:  Yes, Your Honor, that's correct.

10   I notified Mr. Aquino's counsel because Mr. Aquino was

11   represented when he was meant to testify before the grand

12   jury and he was advised to invoke his Fifth Amendment

13   privilege, so I notified Mr. Aquino's counsel that he would

14   be testifying here and said, Did you know that?  He said no,

15   he did not.  So that's what I did.

16             THE COURT:  And that was when?  That wasn't

17   yesterday.

18             MR. WOODWARD:  It was yesterday that the

19   government contacted Mr. Aquino's counsel.

20             THE COURT:  Mr. Crawley or somebody else?

21             MR. WOODWARD:  I don't know who contacted

22   Mr. Aquino's -- oh, which lawyer?  Yes.

23             MS. RAKOCZY:  Yes, I contacted Mr. Aquino's

24   lawyer, Mr. Crawley, I believe, Sunday evening when we

25   learned from the defense he would be testifying.

```
 1              THE COURT:  Okay.

 2              MS. RAKOCZY:  And to be clear, Your Honor, that

 3    was because we understood that he was advised to revoke his

 4    privilege, his rights, and we wanted to make sure that his

 5    attorney knew that so that he would give him the advice that

 6    he'd given him before or not given him the advice, but

 7    obviously he sought counsel before, and so we wanted to make

 8    sure that his counsel was continuing to advise him in

 9    connection with this process.

10              We're not trying to stop anyone from testifying,

11    but it is important that people who seek counsel continue to

12    have that counsel when they have criminal exposure.

13              THE COURT:  All right.  Well, with respect to

14    Mr. Aquino, he's testifying, right?  I mean, that's --

15              MR. WOODWARD:  He desires to testify.  We've

16    spoken took him.

17              THE COURT:  That's fine.

18              MR. WOODWARD:  The government need only call us

19    and ask if we've had that conversation.  They don't need to

20    call the witnesses and --

21              MS. RAKOCZY:  Your Honor, we did.  We did ask

22    counsel, Have you -- we did ask defense counsel, Have you

23    notified these witnesses' counsel, and we got no response,

24    and that's why we notified their counsel.

25              THE COURT:  All right.  So can we just continue to
```

1    move the ball forward here, which is, Mr. Aquino's counsel

2    been notified he's agreed to testify, correct?

3              MR. WOODWARD:  Correct.

4              THE COURT:  Okay.

5              So no problem with him.

6              The other witness is Mr. Jackson, correct?

7              MR. BRIGHT:  Yes, Your Honor.

8              THE COURT:  All right.  Does he have a lawyer?

9              MR. BRIGHT:  He does not, Your Honor.

10             THE COURT:  And I guess I would need...

11             Does anybody know what, if anything, the Circuit

12   has said about my obligation to appoint counsel for somebody

13   who may have a Fifth Amendment concern?

14             I know in Superior Court this used to come up all

15   the time.  It doesn't come up all that often here.

16             MR. WOODWARD:  I would be -- I'll look, but

17   I'm not aware of an obligation.  Insofar as my experience

18   has been, there's always been an ask.  The witness has said,

19   Do I need a lawyer.  The judge says, I can't tell you if you

20   need a lawyer, I can appoint one for you, and the witness

21   says, Please.

22             THE COURT:  I mean, again, right, if he says

23   something, then that's fine.

24             MR. WOODWARD:  Right.

25             THE COURT:  But do I have an affirmative

 1    obligation to do something about it?

 2              MR. NESTLER:  We can look into that further,

 3    Your Honor.  I know in the grand jury context, oftentimes we

 4    advise, as we always do, witnesses they have opportunity for

 5    counsel, and many times people do.

 6              That's how this came up with Mr. Aquino.  He was

 7    served with a grand jury subpoena, and we advised him of his

 8    opportunity for counsel.  He asked for that, and we had

 9    counsel appointed through the Chief Judge.

10              THE COURT:  Sure.

11              MR. NESTLER:  With regard to Mr. Jackson, we

12    could, of course, put a proffer on the record, but he's part

13    of all the Signal messages and is on the Capitol Grounds

14    outside of the east Rotunda doors with the rest of the

15    members of Stack 2.  We think his possible Fifth Amendment

16    right is obvious.

17              Our concern is that he testifies not realizing

18    this, and then on cross-examination some lightbulb goes off

19    and he realizes that he is incriminating himself by

20    testifying in response to our questions on cross

21    examination, and appointing counsel prophylactically seems

22    like the better move than having that come up spontaneously

23    in the middle of his examination.

24              MR. WOODWARD:  You know, I'd be remiss were I not

25    to mention that this is a quagmire well within the

1   government's control.  They can obviously ask the Court,

2   under 18 U.S.C. 6003, to provide use immunity for the

3   testimony, and then this isn't an issue on cross

4   examination.

5         You can't -- the judge -- the Court can't force

6   the government to do that, but that -- that's obviously the

7   government's prerogative, and that gets us through the day.

8         And I think, for the record --

9         THE COURT:  I mean, you're right, but am I

10   supposed to do anything other than shrug my shoulders?

11         I mean, I can't compel them to do it.  I can shake

12   my finger and say, Why don't you do it, and if they don't do

13   it, then what?  I don't have the authority to give out

14   immunity --

15         MR. WOODWARD:  You do not have the authority to

16   give immunity --

17         THE COURT:  -- in this district so --

18         MR. WOODWARD:  -- but you are adept at

19   admonishment, Your Honor.

20         MR. FISCHER:  Your Honor, I would also -- and if

21   I can say, if the Court wants an ex parte proffer as to why

22   we will not and have not given him immunity, we're happy to

23   provide that.

24         MR. BRIGHT:  I wish.

25         MR. FISCHER:  Your Honor, I would say this.

1    The Court doesn't have power to grant immunity, but the

2    Court does have the power to stop the trial from being

3    distorted, which is what's happening is, this trial is being

4    distorted because critical witnesses are somehow not being

5    able to testify even though they would -- their criminal

6    exposure would have been known to the government 20 plus

7    months ago.

8            We have a situation I brought up with Mr. Caldwell

9    about a particular witness that completely exon -- he's

10   already spoken to the FBI and gave a three- or four-hour

11   statement, and his statements completely exonerate

12   Mr. Caldwell.  So in that sense, the trial is being

13   distorted.

14           And I would ask the Court, I think we're going to

15   have to consult as counsel here.  But I think there are

16   remedies.  If these people really are suspects, then any

17   statements they gave to law enforcement would be statements

18   against penal interest.  We believe they could be admissible

19   if they are statements, or if they have a videotaped

20   statement as the case with the witness from North Carolina,

21   Mr. Stamey, that I brought up regarding Mr. Caldwell, there

22   could be an 801 issue with the initial person that was

23   discussed today, so I think the Court does have the ability

24   to at least allow important information to get to the jury

25   so that the trial, the playing field is level.  Thank you.

1              THE COURT:  Look, I'm open to hearing anything you

2     have to suggest.  If you think there is a basis to admit the

3     out-of-court statements of someone who has invoked the

4     Fifth, then let me know.  I mean, I'm happy to consider it,

5     as you know.  So I'm not going to, at this point, speculate

6     as to whether that is possible, but it may be.  I don't

7     know.

8              Look, I think -- I understand the frustration, and

9     my question to you all is if you believe there is anything

10    that's unethical about what they've done or an FBI agent has

11    done or that has crossed the line in some way, let me know;

12    but I haven't heard anybody suggest that, as opposed to a

13    fact of many criminal cases is witnesses from both sides

14    have potential criminal exposure by testifying.  We had one

15    gentleman the government called, Mr. Cummings.  In theory,

16    he had criminal exposure because he stepped onto the

17    Capitol Grounds, but he evidently was comfortable in

18    testifying.  Other people may make different choices, and

19    you know, the Fifth Amendment has its benefits and its

20    shortcomings in terms of the truth-seeking function.

21             To sort of bring this back around to where it

22    needs to be, which is what, if anything, are you all asking

23    me to do with respect to Mr. Jackson.  And I can call and

24    see if we can get somebody in here to talk to him.  I mean,

25    it's not unusual.  I don't know that I'm obligated to do it,

1    but it's probably a prudent thing to do because you don't

2    want somebody to get on the stand and invoke either

3    mid-direct or during cross, in which case the person's

4    entire testimony might have to be stricken.  So unless

5    anybody objects, perhaps that's something I ought to do.

6            MR. WOODWARD:  I think we do object unless there's

7    a requirement for the Court to do it.

8            And just to be transparent about this, what

9    happens if he's appointed counsel who has no familiarity

10   with the case, who doesn't appreciate the facts and

11   circumstances, what would any defense lawyer worth a nickel

12   say to their client?  Invoke, right?  You don't owe these

13   folks anything.  Don't testify, you don't have to.  And now

14   we're in a position where, as a result of the government's

15   request and the Court's acceptance, this person has been

16   appointed counsel who's advising him not to testify, and

17   we're back in what -- I think Mr. Fischer put it more

18   eloquently, we're back in an area where I have Sixth

19   Amendment concerns about our client's ability to put on a

20   defense.

21           THE COURT:  I mean, you say that, but the

22   Sixth Amendment concerns implicated only if there's some

23   wrongdoing by the government, and you're not telling me

24   they've done anything wrong.

25           I'm happy to hear from you if you tell me they've

1    done something wrong, but the people you want to call, if

2    they've got exposure, they've got exposure.  Now, I don't

3    know what to say about that.  If Mr. Jackson walked in with

4    Stack 2, he's got exposure.  And I don't know why the

5    government hasn't charged him, but evidently they haven't.

6          MR. WOODWARD:  Well, that's the only way for us to

7    know whether something wrong has occurred is to know why the

8    government hasn't charged him, what deliberations have

9    occurred.  We're not entitled to that.  I'm not going to ask

10   the Court for that.  But without knowing what internal

11   deliberations the government has had about Mr. Jackson

12   versus Mr. Cummings, two people who are similarly situated,

13   and why -- did the government ask Mr. Cummings if he had a

14   Fifth Amendment concern before he testified?  Was this

15   colloquy happening in realtime the way it's happening with

16   Mr. Jackson and others?

17         MR. NESTLER:  We did.  He has counsel.  He had

18   counsel appointed by the Chief Judge.

19         MR. WOODWARD:  I mean, who requested the counsel

20   and how did they get Mr. Cummings to testify?

21         THE COURT:  Look, Mr. Woodward, I don't know the

22   answers to these questions, but you know as well as I do

23   that it's not the least bit unusual when somebody comes

24   before the grand jury, that they are offered counsel.

25         MR. WOODWARD:  Correct.

```
1              THE COURT:  Right?

2              And it sounds like to me that's what happened

3    here.

4              And Mr. Cummings, you know, still decided to

5    testify apparently before the grand jury and he apparently

6    decided he was going to testify here.

7              And I don't know whether Mr. Jackson has even

8    thought about it.

9              Now, again, I don't know what the answer is in

10   terms of do I have an affirmative obligation to protect this

11   witness.  I'm staring at a case from 1966 in which the

12   Circuit says in a footnote that it's not -- this is *Woody*

13   *versus United States*, 370 F.2d 214, buried in a footnote,

14   and says simply, you know, "but, of course, it's not unusual

15   for district judges to appoint counsel for witnesses who are

16   not under indictment to ensure they are aware of their

17   rights."

18             I haven't looked any closer to see whether or

19   not -- whether there's some obligation.  I can ask around.

20             So let me just ask this in terms of where we are

21   for the day.  We have Mr. Aquino, he's prepared to testify

22   and you all have one other witness ready to go?

23             MR. BRIGHT:  Your Honor, we initially have ready

24   to call a gentleman named Lee Maddox.  To my knowledge,

25   there are no outstanding issues of the nature that we're
```

```
 1   discussing in any manner with him.  Is that reasonable?
 2   Is there something I haven't been told?
 3            MR. NESTLER:  I don't foresee an issue about his
 4   Fifth Amendment privilege.  I've never spoken to the man.
 5            MR. BRIGHT:  So I got one.
 6            I got to start, Judge.
 7            The intended lineup had been originally
 8   Mr. McWhirter.
 9            Just to let you know, while Mr. Woodward was
10   talking with you, I reached out to his attorney to see if we
11   could get an update.  I'll let the Court know that as soon
12   as I get one, when I get one, if I get one.
13            After Mr. Maddox, the intended lineup had been
14   Mr. Dario Aquino, who we have been discussing.  And then the
15   followup to that was going to be Mr. Ricky Jackson, who
16   we've also been discussing here.
17            Due to the unforeseen gap that has occurred with
18   Mr. McWhirter since he probably would have been, at least on
19   direct, probably a half-day, there's a significant gap in my
20   ability to provide you with more direct witnesses today,
21   Your Honor.
22            It is our intent to call tomorrow morning
23   Michael Greene, AKA Whip.  He is represented by counsel.
24   This issue has been fully fleshed out with he and his
25   counsel, so I don't see this problem arising unless there's
```

```
 1    some kind of change of heart that I'm not aware of or any
 2    communications going on that we're not aware of between the
 3    government and his lawyer, and that had been where we were
 4    going to close out the case.
 5              But, again, I apologize to the Court that this
 6    unforeseen situation with Mr. McWhirter kind of puts me at
 7    the point that I think we only have a half-day maybe that
 8    I'm capable of offering.  I'm not doing this to waste the
 9    Court's time.  I know you're interested in expediency.  My
10    take on it has always been I'm going to take the time
11    necessary, not worried about the time.  But in terms of
12    scheduling, we've done our best and this is kind of where we
13    are, Your Honor.
14              MR. WOODWARD:  And we have asked a witness to
15    drive down this morning -- last night, we asked a witness,
16    his name is Don Siekerman, you've seen his name in messages.
17    We asked him to drive down last night when we learned about
18    Mr. McWhirter's status.  He won't be very long on direct
19    examination.
20              We're also --
21              THE COURT:  So will he be available today?
22              MR. WOODWARD:  Yes, he will be here at noon.
23              THE COURT:  Okay.
24              MR. WOODWARD:  And then our witnesses are in
25    Florida so we're trying to get them flown in.  We weren't
```

```
 1   planning to call them until Monday with the understanding
 2   that Mr. Rhodes' case-in-chief would last through the week
 3   so we're making arrangements to see who we can get here
 4   sooner, and how quickly we can get them here.  If we can do
 5   it, we will.
 6            THE COURT:  Okay.
 7            MR. FISCHER:  Your Honor, I would point out, and
 8   I'll just put the government on notice, that under Federal
 9   Rule of Evidence 807, that statements, even hearsay
10   statements, can be admitted if the statement is supported by
11   sufficient guarantee of the trustworthiness based on the
12   totality of the circumstances and if it's more probative of
13   the point or if it's probative of the point to be offered.
14            There is basically a catch-all where the Court can
15   allow hearsay evidence in.  We do have to notify the
16   government.  So we would be notifying the government right
17   now that we intend, any of these individuals who are
18   invoking their Fifth Amendment privilege or who have medical
19   issues, that we're going to ask to move in their statements
20   under 807, and we will get them the portions that we're
21   seeking to move in.
22            It's required that we give them notice,
23   Your Honor, so I wanted to put that on the record.
24            MS. RAKOCZY:  Thank you, Your Honor, we will
25   object when we receive those.
```

```
1                THE COURT:  Okay.

2                MR. NESTLER:  With respect to Mr. McWhirter, we

3     understand that the defense would like to call him and

4     propose the deposition.  I don't know what his status is, I

5     don't know if he's still in the hospital or when he's going

6     to be getting out, hopefully we'll hear from his counsel at

7     some point in the near future about that.

8                If the defense wants to propose a videotape, like

9     a live feed testimony, that might be more expedient than

10    having some number of us fly to Montana to take a

11    deposition, then coming back and examining the videotape,

12    and we would be amenable to that if that's something that

13    the Court and defense counsel want in order to facilitate

14    that, I'm sure we could work with our colleagues at the FBI

15    and U.S. Attorney's Office in Montana in order to facilitate

16    that if necessary.

17               MR. BRIGHT:  Your Honor, I'll do anything under

18    the sun to get this testimony.

19               But if I recall correctly, this issue was already

20    addressed a long time ago regarding -- was it,

21    Don Siekerman -- John Siemens, excuse me.

22               MR. WOODWARD:  John Siemens.

23               MR. BRIGHT:  If I recall correctly, the Court had

24    indicated that that was not a possibility under the Federal

25    Rules and that by --
```

```
1              THE COURT:  Remote testimony is not a possibility,
2    but a remote deposition is.  I don't see why that's a
3    problem.
4              MR. BRIGHT:  Okay.
5              THE COURT:  If a deposition that's in person is
6    okay.
7              MR. NESTLER:  And we believe remote testimony is
8    allowed if both parties consent.
9              THE COURT:  That's probably true but --
10             MR. NESTLER:  And we were not in a position to
11   consent for Mr. Siemens' remote testimony.  But we would
12   consent for Mr. McWhirter's remote testimony.
13             THE COURT:  We can figure this out, but
14   I'm not sure it's actually true that just because the two
15   parties consent, but it's something I'll have to take a look
16   at, this has been coming up as a result of COVID.
17             All right.
18             MR. BRIGHT:  As soon as I hear from his attorney,
19   I'll let everybody know.  He may reach out to them first.
20             THE COURT:  The bottom line is, let's call the two
21   witnesses that we can call this morning.  I'll find out
22   what, if anything, I need to do with Mr. Jackson.  Hopefully
23   Mr. Siekerman will be here, and we can just continue to use
24   the time that we can until we get some of these issues
25   resolved.
```

1          MR. NESTLER:  Thank you, Your Honor.

2          And Mr. Woodward flagged an issue I think I need

3    to raise again, I raised it twice yesterday, which is we

4    have not heard from Mr. Woodward the names of his witnesses.

5    He told us Mr. Siekerman's name this morning as we are

6    sitting in the courtroom.  I understand he's reluctant to

7    tell us the names of his witnesses because he thinks we're

8    going to go talk to them, and we might because they don't

9    belong to either party, but he is required to tell us the

10   names of the people he expects to call as witnesses.

11         THE COURT:  I'm pretty hard and fast on this rule

12   absent some exceptions, and unless a notice is provided,

13   I will delay the witness testimony until that 24 hours has

14   passed.

15         MR. WOODWARD:  So the one witness that we've

16   identified, we did not anticipate calling today.  We've

17   provided the government with a witness list.  We will give

18   the government at least 24 hours' notice before we call a

19   witness.

20         THE COURT:  Okay.

21         MR. WOODWARD:  We are familiar with not just the

22   Court's rule but the practice in the District.  Mr. Nestler

23   is correct, we are very concerned, given what has happened

24   with witnesses.  And so this is just one of those cases

25   where the 24-hour rule is something we're adhering to.

1          But to be clear, we provided the witness list,

2    right.  And so if there was a witness that was not on that

3    witness list, we would give the government especially

4    reasonable notice so that they're not prejudiced or can't

5    claim prejudice.  So the government has our witness list

6    from the Pretrial Statement.

7          MR. NESTLER:  And to be clear, the witness list

8    contains over 100 possible witnesses from the defense, and

9    if we want to be expedient about moving this trial along, as

10   we told the defense counsel, we gave them a list both for

11   the jury about who they might hear from or about and also

12   who we expect to call.

13         And so we expect -- and then we gave them notice,

14   of course, in advance for each of our witnesses.  We expect

15   to be given reciprocal notice about who they actually expect

16   to call in their defense case-in-chief, which we've been

17   told should be wrapping up by early to mid-next week.  So if

18   there's only a couple of witnesses, we ought to be informed

19   about who they are.

20         MR. WOODWARD:  I can't speak to the witnesses that

21   my colleagues identified on the witness list, but we didn't

22   have two lists.  We put people on there that we reasonably

23   anticipated calling.

24         THE COURT:  Okay.

25         Let's get started.  We'll try and resolve these

```
 1    issues as promptly as we can, and let's use the time we can
 2    today to move forward.
 3              MR. LINDER:  Before we start, Your Honor, you'll
 4    recognize Mr. Crisp is not in the courtroom.  His client,
 5    Jessica Watkins, has given the team the authority to stand
 6    in for him while he's conducting another hearing.
 7              THE COURT:  Okay.  Terrific.  Thank you for
 8    raising that because Mr. Crisp had mentioned that to me
 9    yesterday morning.
10              So, Ms. Watkins, you're prepared to move forward
11    this morning without your counsel present?
12              DEFENDANT WATKINS:  Yes, Your Honor, I am.
13              THE COURT:  All right.  And you understand you
14    have the right to have him here for those proceedings?
15              DEFENDANT WATKINS:  Yes, Your Honor, I do.
16              THE COURT:  Okay.
17              MR. LINDER:  Thank you, sir.
18              MR. BRIGHT:  I have a bit of an update on
19    McWhirter I can give the Court.
20              It's my understanding that we now know that he did
21    not have a heart attack.  He got dizzy and kind of had a
22    fainting spell.  He has been released from the hospital.  He
23    is going to see his medical provider today.  And so we will
24    do everything that we can to expedite, assuming he is still
25    compliant, his visit to D.C. to offer testimony.
```

1          THE COURT:  Okay.  Good.

2          MR. BRIGHT:  With the Court's indulgence that

3    we will get him worked in whenever he becomes available in

4    terms of that, if you're okay with that being completely out

5    of order, but we'll do our best to accommodate Your Honor.

6          THE COURT:  Well, I'm glad to hear he's in good

7    health.

8          All right.  So, Mr. Bright, are you ready with

9    your witness?

10         MR. BRIGHT:  Yes, Your Honor.

11         THE COURT:  Okay.

12         (Pause).

13         COURTROOM DEPUTY:  Jury panel.

14         (Jury entered the courtroom.)

15         THE COURT:  All right.  Please be seated,

16   everyone.

17         Ladies and gentlemen, welcome back and

18   good morning.  Apologies for the delay.  Happy Election Day,

19   everybody.  Hope everybody's had their chance to vote.

20         So we will continue with Mr. Rhodes'

21   case-in-chief.

22         Mr. Bright.

23         MR. BRIGHT:  Thank you, Your Honor.  At this time,

24   we call Lee Maddox.

25         COURTROOM DEPUTY:  Please raise your right hand.

```
 1                    (Witness is placed under oath.)
 2                    COURTROOM DEPUTY:  Thank you.
 3                    THE COURT:  Mr. Maddox, welcome.
 4                              -  -  -
 5    LEE MADDOX, WITNESS FOR DEFENDANT ELMER STEWART RHODES,
 6    SWORN
 7    BY MR. BRIGHT:
 8         Q    Good morning, Mr. Maddox.  How are you doing?
 9         A    Pretty good.  How about yourself?
10         Q    I'm all right.
11              Could you state your name for the record, please,
12    and spell it in full, your full name.
13         A    Lee Hellmers Maddox.  L-e-e, H-e-l-l-m-e-r-s,
14    M-a-d-d-o-x.
15         Q    Where do you live?
16         A    Cheyenne, Wyoming.
17         Q    How long have you lived there?
18         A    About 11 years.
19         Q    How old are you?
20         A    43.
21         Q    All right.
22         A    Just turned yesterday.
23              THE COURT:  Happy birthday.
24              THE WITNESS:  Thank you.
25
```

```
 1   BY MR. BRIGHT:
 2       Q    Right.
 3            So, Mr. Maddox, you and I have previously spoken
 4   twice, correct?
 5       A    Yes, sir.
 6       Q    The first time was on Zoom, right?
 7       A    Uh-huh.
 8       Q    And you were nervous about that meeting, weren't
 9   you?
10       A    Huh-uh.
11       Q    No?
12            About me taking notes and recordings you were,
13   right?
14       A    Oh, I guess.  I don't remember.
15       Q    And then we spoke again yesterday --
16       A    Yes.
17       Q    -- for about 30 minutes.
18            And that's the entirety of the time that you and
19   I have spent together?
20       A    Yes.
21       Q    Okay.
22            I'd like to start out a little bit about your
23   brief history.  Tell me about yourself.
24       A    Grew up in Mississippi, moved around the world
25   with the military, joined back in 2001 before 9/11.  I --
```

7602

1          Q    What motivated you to join the military?

2          A    I'm a patriot.  I love my country.  I mean,

3     I wanted to serve.

4          Q    What branch did you join?

5          A    Army.

6          Q    How long were you in?

7          A    Eight years.

8          Q    Eight years?

9          A    Yes, sir.

10         Q    And you did -- any deployments?

11         A    Oh, yeah.

12         Q    Talk to me.

13         A    My first tour, we secured convoy rounds in

14    Baghdad.

15         Q    That was your first tour?

16         A    Yes, sir.

17         Q    Tell me the nature of your deployment there.  What

18    were you doing?

19         A    We were securing convoy routes.

20         Q    What does that mean, for the jury?

21         A    So --

22         Q    I'm not in the military.

23         A    No, I got you.

24         Q    I never was, so some of what you're going to talk

25    about, I don't know.

1    A    So convoys, log packs, we're moving goods, I guess
2    you could say, from supply points to forward operating
3    bases.
4          And in and around Baghdad, there's no front line,
5    the bad guys are everywhere.  So we were there to make sure
6    that goods got to where they needed to be, made sure convoy
7    lines stayed open and supply lines stayed open.
8    Q    What year was this?
9    A    This was '03, at the very beginning of the war.
10   Q    Okay.
11         And how long did you serve there?  This is your
12   first deployment, right?
13   A    The first deployment I was there for 15 months.
14   Q    Was it a dangerous mission?
15   A    Yeah, you could say that.
16   Q    All right.  So you and I have talked a little bit
17   about some things that you experienced, right?
18   A    Yes, sir.
19   Q    Why don't you share with me some of what you
20   experienced while you were there that ultimately -- and to
21   why you chose later to be an Oath Keeper, correct?
22   A    Yes, sir.
23   Q    All right.  Tell me.  What happened on your first
24   deployment.
25   A    Well, the first time I got my bell rung, got hit,

```
 1    we were moving trash, actually, with HETs.  These are heavy
 2    transportation vehicles.  We were all in humvees protecting
 3    the convoy.  Pulled up on Tampa, it was a main supply route.
 4           As we were crossing the median -- or my team, we
 5    stopped on one side to stop traffic coming, my NCO gets out
 6    and goes across the other side, I actually walked across the
 7    IED, didn't know it was there, stopping traffic on the other
 8    side.  Two vehicles passed me, and then everything went
 9    black.
10           I don't even remember what the explosion sounded
11    like.  I dropped like a sack of potatoes on the floor of the
12    humvee, and my team thought I was dead.
13           And then I came to.  We ended up going to Baghdad
14    International Airport to finish the mission.
15           The very next day, I had saved rocks in my Tourit,
16    and the bag broke and it got into my Tourit.  Well, as we
17    were coming back on Tampa, we crossed underneath an overpass
18    and took RPG fire, accurate RPG fire.  I --
19    Q    This was just in a two-day window?
20    A    Yeah, this was in a two-day window.
21    Q    This was the norm of what you experienced?
22    A    Yes, yes, yeah, that was the --
23    Q    You were actually in 68 bombings, weren't you?
24    A    Yeah.
25    Q    How many times did you get hit?
```

1      A    Three directly under my vehicle.  The rest of them
2  I was danger close.
3      Q    You're lucky to be here, aren't you?
4      A    I'd say I'm blessed.
5      Q    Very good.
6           That was your first tour.  When was your second --
7      A    No, that was my first and second.  The second tour
8  was when -- it was in '06, and I -- we started in Al-Hillah
9  about 20 miles away from the Hanging Gardens of Babylon.
10          We were supporting a consulate in the area with
11 Special Forces unit, and then a general shows up, says 122
12 is getting their ass kicked in Duhl Province [phon.], need
13 1-10 cav.  So we go to the rescue.
14          That's when we started hunting bomb makers and IED
15 placements and looking for caches.  That's when the
16 explosions started happening.
17          We lost five dudes due to IEDs and sniper fire.
18 Yeah, that was the rough one.
19     Q    All right.  How long were you in on your second
20 tour.
21     A    Yes, sir.
22     Q    How long were you in on your second tour?
23     A    Ten months.
24          I actually got there late because my first tour
25 took so long and then training other guys, getting ready to

```
 1    go back over.
 2           And then I was in Germany, and then they moved me
 3    to Fort Hood at PCS.
 4           And my team had already left just as I got there,
 5    and so I was about two months behind.
 6    Q     What year did you finish in the Army?
 7    A     April 12th, 2009.  My retirement date.
 8    Q     What did you do after that?
 9    A     Contracted.
10           I took a contract on Fort Carson teaching
11    soldiers, getting them ready to go deploy.
12    Q     What were you teaching them?
13    A     Infantry tactics.  We were -- we would put
14    instruments in their vehicles and watch and listen to what
15    they were doing.
16           Then we would bring them in, put them in a theater
17    and show them what they can do better and improve their
18    survivability.
19    Q     When you were in country, when you were on one of
20    your tours, and you'd be sent out on missions, correct?
21    A     Yes.
22    Q     Would you go out on those missions without a
23    detailed plan?
24    A     Never.
25    Q     Tell me about the detail of planning that you
```

```
 1   would have during your tours?
 2        A    We would go into all sorts of scenarios, like if
 3   you came across an IED, what's the first thing you do.
 4   Roger that.  We push out 300 meters, this vehicle is in
 5   charge of this, this vehicle is in charge of that.  If we
 6   take fire.
 7        Q    But it's fair to say that when you went on a
 8   mission, it was detailed?
 9        A    Oh, extremely, yes.
10        Q    Extremely detailed?
11        A    Every member knew exactly what's going to happen.
12        Q    Was there anything left to question?
13        A    No.
14        Q    Was there anything left to chance?
15        A    Never.
16        Q    Was there anything unspoken about any mission you
17   were ever on?
18        A    Never.
19        Q    Okay.
20             You get back, you're teaching other soldiers,
21   you're teaching them the same thing, correct?
22        A    Yes, of course.
23        Q    And that's your full experience in the military,
24   is it, it is always done of that way on a mission?
25        A    Yeah.
```

1    Q    Okay.  What did you do after you finished

2  teaching, where did you go?

3    A    I came to Wyoming with my wife.  I took a job with

4  C.R. England as a driving manager.  Walmart was my client.

5    Q    Is that where you currently work?

6    A    No, I'm retired now.  The VA has put me out to

7  pasture.

8    Q    Congratulations.

9    A    Thank you.  I did it the hard way.

10    Q    You did.  Thank you.

11    A    Yeah.

12    Q    About what time in terms of years, did the concept

13  of and your knowledge of the Oath Keepers kind of come

14  around?

15    A    So my daughter was in kindergarten at St. Mary's

16  so probably about five years ago.

17    Q    So if today is 2022, you'd say it was roughly

18  2017, does that sound approximately right?

19    A    '16, '17, yeah, that sounds right.

20    Q    But there's some flexibility there, you're not

21  exactly sure?

22    A    Brain injury.  I don't remember things exactly

23  sometimes.

24    Q    No.  I understand.

25         What do you recall how you first heard about the

1  Oath Keepers?

2       A    I was meeting a buddy of mine, both of our kids

3  went to the same school, and we both liked to shoot and I

4  love teaching, like, that's my bread and butter is teaching

5  people how to survive and live on their own if they had to.

6            And so he had told me about Oath Keepers.  And so

7  there wasn't really a chapter in Wyoming and so we of kind

8  of like started our own chapter.

9       Q    Okay.

10           And how did that happen?  How did you -- in terms

11  of forming the chapter, how did that go, explain the process

12  of it?

13      A    So I don't know all the ins and outs of it, but we

14  joined, first you had to join, and then there was a vetting

15  process.

16      Q    Tell me how you joined, please, like --

17      A    I went online.  And you fill out some, like an

18  application or some crap like that, you tell them what level

19  you want to be at.

20           And then you wait for a packet to come to you.

21  And actually at the time, it just took forever, like six

22  months, because they wanted to go and make sure that you

23  were who you were, you weren't some kind of crazy dude.

24      Q    Did somebody contact you?

25      A    Yeah, actually, there was a guy from Nebraska,

```
1    I can't remember his name, but he was like their IT guy.
2         Q    Okay.
3         A    And he put together whatever packet I got and then
4    sent it to me.
5         Q    How many other people were kind of part of your
6    formation of the Wyoming chapter?
7         A    Gosh, I couldn't tell you exactly, but, I mean,
8    I would say probably like 50 people, something -- across the
9    entire state.
10        Q    Okay.  About 500,000 people live in Wyoming?
11        A    Yeah, the whole -- there's probably more people in
12   this courthouse.
13        Q    I lived there for a while, so I loved it.
14        A    Yeah.
15        Q    What was it about the Oath Keepers that drew you
16   to them, that drew you to wanting to become a member?
17        A    When I was in the military, you never did anything
18   by yourself, nothing.  I mean, you didn't even go pee by
19   yourself.  You always had a battle buddy, you always had
20   someone you could count on.
21             When I was contracting, I still had that.  And
22   then I got retired and moved to Wyoming and all of a sudden
23   I was a civilian.  And I didn't have anything.  Except my
24   wife.  Don't get me wrong, that's awesome, and my wife is my
25   best friend, but she's not a soldier.  You know, I know
```

```
 1    I'm not in combat, but it feels like you're naked, you know.
 2             And Oath Keepers gave me brothers, you know?  My
 3    buddy Jason was a CB, the guy that we started the chapter
 4    with.
 5         Q    Jason Ottenberg?
 6         A    Ottersberg, yeah.
 7         Q    Ottersberg, excuse me, I apologize.
 8         A    He's my brother, you know.  He's another service
 9    member that gets it, he had served, he had been in combat.
10         Q    Is camaraderie a fair word?
11         A    Oh, yeah.
12         Q    Brotherhood?
13         A    Brotherhood.
14         Q    Okay.
15         A    And that was the biggest thing, I mean.
16             And then getting to do what I did as a sergeant in
17    the Army was.
18         Q    Tell me about that.
19             So you joined '16, '17, roughly?
20         A    Sure.
21         Q    You kind of did it in conjunction with roughly 50
22    guys?
23         A    It started a lot smaller than that but, yeah.
24         Q    Okay.
25             And were they overwhelmingly military guys, too?
```

```
 1        A    Not necessarily, no.

 2             Actually, after a while, we probably got more

 3   civilians than we got anything else, people that had never

 4   been in the military but were interested in learning things

 5   and thought it was cool, you know, and so we were like,

 6   yeah, come hang out.

 7        Q    Even with them, it was that brotherhood?

 8        A    Yeah.

 9        Q    It was an organization?

10        A    Yeah.

11        Q    It was camaraderie?

12        A    Even in the military everyone starts as a

13   civilian.

14        Q    Tell me, as you've referenced a couple of times,

15   the teaching, the plans, the programs.  What were you all

16   doing.  And I'm going to kind of limit it to the beginning

17   of 2020.  But from the year that you formed it, you started

18   doing this, what is it that you were doing via the Oath

19   Keepers, that fulfilled what you've stated that you enjoyed

20   about the military and teaching?

21        A    So, actually, we would teach combat medicine,

22   which is what I was taught in the Army.

23        Q    Okay.

24        A    Which is very pertinent to Wyoming because we live

25   in the wild.
```

1           So combat medicine, navigation with map and

2    compass, communication on a radio.

3      Q    Who would you teach this stuff to?

4      A    Anybody that would come to the classes, to be

5    honest with you.

6      Q    So you'd host community classes?

7      A    Yeah.

8      Q    Okay.

9           Can you see something on your screen?

10     A    Uh-huh.

11     Q    Okay.  I'm going show you what's been marked as

12   Stewart Rhodes 10, SR-10.

13          Do you recognize that?

14     A    It looks familiar, but I don't remember actually

15   seeing this.

16     Q    Oh, you don't.  Okay.  Not a problem.

17          Would you agree with me that part of the

18   Oath Keepers was the manner in which they tried to wrap

19   communities together?

20     A    Yes, very much so.

21     Q    Explain that to me, please, sir.

22     A    So our bread and butter was getting neighborhoods

23   to come together.  And the idea --

24     Q    How so?

25     A    The idea was to, one, get to know your neighbors,

```
 1    find out if they had special skills, abilities, and then

 2    incorporate that into almost like a -- I mean, I don't have

 3    any better word for it but like an A team.

 4         Q    The what?

 5         A    Like an A team.

 6         Q    Okay.

 7         A    So you've got a guy that's really good at medicine

 8    or medic -- like a paramedic or something or a nurse or

 9    whatever.  You've got another guy that, I don't know, is

10    really good at horticulture or something, or another guy

11    that, I don't know, speaks well or something, and you find a

12    spot for them in your community so that if something

13    happens, some kind of natural disaster or whatever, I mean,

14    anything could happen, that you guys could band together.

15              The idea is that to stop people from wanting to

16    perform violence, we provide for each other and so there's

17    no feeling of, like, I'm lost or desperation.

18         Q    So grassroots community preparedness?

19         A    Yes, exactly.

20         Q    And you would also form kind of teams, is that

21    accurate?

22         A    Oh, yeah, that's very fair.

23         Q    How would those teams be formed?

24         A    Well, it's usually neighborhoods.  But, of course,

25    you've got to have some kind of leadership to point
```

```
 1   everybody in the right direction, so, I mean, we had
 2   leadership teams in every county.
 3           And they were more or less like an encyclopedia of
 4   information.  So if you needed information on something, you
 5   could contact this person and they could help you with it.
 6       Q    Did you also create community safety programs?
 7       A    Yes.
 8       Q    Tell me about those, please, sir.
 9       A    We had -- it was a home safe program for police
10   officers that were in trouble.  So like if a cop was worried
11   about their family or if they were having issues, we would
12   be there to assist them if we could.
13       Q    Did you do firearms training?
14       A    Yes, very much so.
15       Q    Did you just go to ranges or did you have programs
16   that you would provide out in the fields or --
17       A    Ye.
18       Q    Tell me about the diversity of that, please.
19       A    So we would have, like, concealed carry classes.
20   A lot of people -- and especially in Wyoming, there are a
21   lot of people that carry guns in Wyoming.  And so the idea
22   is to make sure that they understand how to utilize that
23   firearm correctly.
24           And then, you know, we have a lot of people that
25   hunt, and so we would do what we would call patrolling
```

```
 1    classes, because hunting is very similar.  And so we would

 2    show them how to utilize all of the classes that we would

 3    put together and put it all together in like a hike or like

 4    staying out in the mountains overnight, because that's a

 5    very common where I live, and, I mean, I imagine it's common

 6    other places, too, but...

 7        Q    I live in Texas.  Everything you're describing is

 8    the norm.

 9        A    Oh, no, in Wyoming, I still know people that

10    live -- they get water brought to them, and their

11    electricity is diesel ran.

12        Q    So when you talked about firearms training, that

13    wasn't just handguns, was it?

14        A    No, no, no.  We --

15        Q    Shotguns?

16        A    Rifles, shotgun.

17        Q    High-capacity rifles?

18        A    Sure.

19        Q    Would that be part of the norm that you would go

20    out and train with those?

21        A    Yeah.

22        Q    Okay.

23             And for the uninitiated, someone that's not like

24    you and me, who aren't used to being around guns, that might

25    seem a bit frightful to them if say saw it for the first
```

1    time?

2        A    It could be, I guess.  I mean, we -- usually

3    somebody who's never shot a rifle or pistol before, the

4    first day is just getting used to it.  Having explosions

5    happen in your hand, I guess, isn't normal for everybody,

6    and so it's hard to think.

7            And so we would just, you know, put a rifle in

8    their hands and just let them shoot.  It wasn't even about

9    accuracy or anything like that.  It's just getting familiar

10   with your weapon.

11       Q    Did you all also sponsor Back the Blue programs?

12       A    Yes, very much so.

13       Q    Okay.  Those were actually very common, correct?

14       A    Yes, very common.

15       Q    And it's fairly reasonable to say Wyoming's a bit

16   conservative?

17       A    Extremely.

18       Q    Yeah, right?

19       A    Yeah.

20       Q    What was the nature of those programs in terms of

21   what you all intended to do with Back the Blue?

22       A    Well, Wyoming, I would say, is more of a small

23   town than a small state.  So we all know each other very

24   well, in most cases.

25           And so a lot of your business owners are friends.

```
 1    And we would have people from out of town come to our state
 2    and, you know, threaten violence.  They would try to destroy
 3    parts of our history.  I mean, this is --
 4         Q    Now, you're talking about 2020 right there,
 5    aren't you?
 6         A    Yeah.  Yes, sir.
 7         Q    Okay.  We'll get to that in just a second.
 8         A    Okay, sorry.
 9         Q    I didn't mean to cut you off, I apologize.
10         A    No, you're good.
11         Q    But that's where we're building.  All right?
12              So what you're describing to me --
13         A    Yeah.
14         Q    -- Community Safe program, Back the Blue programs,
15    rifle training, hunting training, patrolling, the wide gamut
16    of everything we've discussed, that was the norm --
17         A    Yeah.
18         Q    -- of what you and the Oath Keepers were involved
19    in from the time that you joined, to present, really, but
20    kind of cutting it off at 2020, right?
21         A    Yeah.
22         Q    Things changed in 2020, didn't they?
23         A    Yeah, I would say so.
24         Q    From your perspective in Wyoming, what did you see
25    happening to your country?
```

1      A      It looked like the rest of the country was losing

2   their mind.

3      Q      Tell me about it.  What did you see?  What was

4   your perception?

5      A      I mean, we're watching cities burn on TV, and

6   you're hearing people on the news say, It's no big deal,

7   don't look at it like you're seeing it.  It's fine.  It's

8   mostly peaceful.

9           And we're all going, Are you fucking nuts, dude?

10  Like you're burning cop cars and you're killing people on

11  the street, and no one's going to do anything about this.

12     Q      Is it a shock to your system to see that happen in

13  the country that you fought for?

14     A      It pissed me off.  It pissed me off.  I didn't

15  fight for that.

16          I know men that died for this country, and that's

17  not what they died for.

18     Q      So what was your response to it?  You continued

19  doing the training you were already doing?

20     A      Yeah.

21     Q      Did some of this come to rest in Wyoming?

22     A      Yeah.

23     Q      Tell me about it.

24     A      We had two riots in Cheyenne, Wyoming right in

25  front of the Capitol, and we ran them off.

```
 1        Q    Tell me.  When you say you ran them off, what do
 2  you mean?
 3        A    We went out there and kitted up, and we told them
 4  to leave.
 5        Q    You had a show of force?
 6        A    Yeah.
 7        Q    As a deterrence?
 8        A    Yes, sir.
 9        Q    Okay.
10        A    And we had Highway Patrol there, we had sheriff's
11  department there.  And every time we were there, we went to
12  the sheriff and we went to the Highway Patrol and said, Hey,
13  my name is, we're with Oath Keepers, if we can be of
14  assistance, let us know.  If you want us to leave, we will
15  leave.
16             And every time, they were thankful we were there,
17  every time.
18        Q    Would you personally make contact with the police?
19        A    Yes.
20        Q    Where within the organization did that
21  responsibility lie?
22        A    Usually relied with whoever was in charge, the
23  leader --
24        Q    Okay.
25        A    -- of your --
```

7621

1    Q    Okay.  How were the leader decided for one of

2    those type of missions or ops?

3    A    Usually based on your experience.

4    Q    And who was available or?

5    A    Yeah, who was available.

6         But, you know, like I'm retired, so I can do

7    whatever I want.

8    Q    Fair enough.

9         Did you have the opportunity during this period of

10   time to leave the state of Wyoming and go to other events

11   that the Oath Keepers --

12   A    Yes.

13   Q    -- hosted?

14   A    Yes.

15   Q    Could you be so kind as to name a couple of those

16   events and detail them for me, please, sir.

17   A    So we were in Denver for the big black -- Back the

18   Blue rally.

19   Q    When was that, do you recall?

20   A    This was '21, I believe.

21        So there was one in 2020, I didn't make it to

22   that.

23   Q    Let's not go into 2021 here.  Okay?

24   A    Okay.

25   Q    Let's talk about, did you do any national events?

```
 1      A    No, not before 2020, no.

 2      Q    Okay.

 3           What about during 2020?

 4      A    Yeah, during 2020, yeah.

 5      Q    Okay.  During the year of 2020, kind of the

 6  election season --

 7      A    Sure.

 8      Q    -- up to the election itself, if you will, and

 9  then you've detailed your view of the riots that you saw.

10      A    Sure.

11      Q    What events during that period of time did you

12  attend that were outside the state of Wyoming?

13      A    So we were in Fort Collins for -- there was an

14  Antifa riot there.

15      Q    Okay.  What was the nature of what you all were

16  doing there?

17      A    Stopping them from destroying businesses.

18      Q    Okay.

19           And was that also with the involvement of law

20  enforcement?

21      A    Yes.

22      Q    Okay.  Did you make contact with law enforcement?

23      A    Not that time, no.  There was other people there

24  that made contact.

25      Q    How many Oath Keepers would you suggest were at
```

1    that event?

2        A    I -- to be honest, I couldn't tell you.

3              Because not every time was it like, Hey, we're

4    getting together to go down here, it's not like that.  It's,

5    you know, you get a call from a buddy, Hey, dude, they're

6    destroying this town, and we're like, Well, that's not

7    happening, so you jump in your truck with a couple of

8    buddies, you go down there, and you're like, Hey, can I help

9    you, what's going on.  Or you just stand in the way.  You're

10   not doing this.

11       Q    Okay.

12            And so during those events that you were doing

13   that, those were for security purposes, right?

14       A    Yes, exactly.

15       Q    And would that be what -- you know, in this trial,

16   a lot of talk has been around PSDs.

17       A    Personal security detachments?

18       Q    Yeah.  Okay.  Is that part of what you all were

19   doing?

20       A    Oh, yeah.

21       Q    Okay.

22            You've been in the Army, you've been through a

23   lot, you taught in the Army afterwards.

24       A    Yes.

25       Q    You've been teaching.  Would it be fair to say

```
 1   that you're fairly knowledgeable about gun laws?
 2       A    Yeah.
 3       Q    Okay.
 4            And at any time during this period of time leading
 5   up to January 6th, were you always meticulous about
 6   maintaining compliance with gun laws?
 7       A    Oh, yeah.
 8            MR. NESTLER:  Objection; leading.
 9            THE COURT:  It's overruled.  He can answer.
10            THE WITNESS:  Yeah.
11   BY MR. BRIGHT:
12       Q    You can answer.
13       A    Yeah.
14       Q    Okay.  Why?
15       A    Because I'm a law-abiding citizen.
16       Q    Okay.
17       A    And it's important to me that people are not
18   idiots.
19       Q    When was the first time that you ever met
20   Stewart Rhodes?
21       A    I don't remember the exact date.
22       Q    That's okay.
23       A    But I was teaching a class on how to use cover and
24   concealment correctly.
25       Q    Cover and conceal, what is that?
```

1    A    So concealment is just hiding your body.  And

2    cover is something that can stop bullets.

3    Q    Why would you be teaching a class of that nature?

4    A    Because in a self-defense scenario, a lot of times

5    people don't even understand -- or in a home invasion

6    scenario, people don't understand how to utilize cover and

7    concealment.

8         There is a correct way and a wrong way to do it.

9    Most people just jump out or try to be sneaky, and that's

10   dumb.

11   Q    Where were you when you were teaching this class?

12   A    I was at the Otto Road Shooting Range.  It's where

13   I usually shoot.

14   Q    In Cheyenne?

15   A    Uh-huh.

16   Q    Okay.  And you said that's the first time that you

17   met Stewart Rhodes?

18   A    Yeah.  We did that class and we did another class

19   on how to stop bleeds and keep the airway open at the same

20   time.

21   Q    I appreciate that you said you don't remember the

22   exact date, but do you recollect, by chance, the generalized

23   period of time that it would have been?

24   A    I -- no, I'm sorry.  It -- dates and stuff don't

25   stick.

```
 1      Q    It was before January 6th?

 2      A    Yeah, yeah, it was before.

 3      Q    Was it before the election?

 4      A    Yes.

 5      Q    Summer of 2020?

 6      A    That sounds right.

 7      Q    Okay.

 8      A    Sure.

 9      Q    And did you spend much time with Mr. Rhodes as a

10   result of that?

11      A    I think we went to like a barbecue afterwards.

12   And then we went to another speaking engagement of his.

13           Actually, you know what?  I think it was later

14   than the summer because I think we got snow that evening

15   coming back from Laramie.

16           And, I mean, it was cool, we just kind of hung

17   out, had some drinks, talked to people.

18           He, you know, just wanted to see what we were

19   doing.  He didn't even teach a class.  He just kind of hung

20   out with us.

21      Q    So it was just a friendly, non-lecturing,

22   non-history kind of deal?

23      A    Yeah, yeah.

24      Q    But since that time, you had actually, between

25   then and January 6th, did you spend more time with
```

```
 1   Mr. Rhodes?

 2        A    Yeah, he slept in my house.  He's been around my

 3   family several times.  My wife and kids know him.  They love

 4   him to death.

 5        Q    He likes to teach history, doesn't he?

 6        A    Yeah, he does.  Every time I'm around him, it's a

 7   history lesson.

 8        Q    Is it fair to say that you, individually, were not

 9   pleased with the results of the election?

10        A    Of course, yeah.  I'm very upset about it.

11        Q    Okay.

12             And is that, for you, part of what motivated you

13   to go to D.C. on January 6th?

14        A    I mean, yeah, but, I mean, the President asked

15   everybody to come.

16        Q    Okay.  We'll get there.

17             Did you go to any events in Washington, D.C. prior

18   to January 6th, 2021?

19        A    No, that was actually my first time to be in D.C.

20        Q    Had you ever been to D.C. before that?

21        A    No.  This is my second time.

22        Q    You and I have spoken that at various times you

23   were part of communications?

24        A    Yeah.

25        Q    In terms of Signal chats?
```

```
1        A      Uh-huh.

2        Q      Okay.  What was your moniker?

3        A      Whiskey 17.

4        Q      What does that mean?

5        A      Whiskey means -- stands for W, which meant

6   Wyoming.  The 1 was for headquarters, which is like where

7   the state, I guess, leadership.  And then 7 stands training.

8        Q      For?

9        A      Training.

10       Q      Training?

11       A      Yeah, training.

12       Q      Oh, okay.

13       A      Teaching.  So I was the training coordinator for

14  Wyoming.

15       Q      Okay.

16              Is it fair to say that as part of the Signal chats

17  that you witnessed a lot of people venting?

18       A      Yes.

19       Q      People saying stuff that was apparently bombastic?

20       A      Yeah, but I mean, a lot of these guys are --

21  it would be just be like locker room talk.  I mean, and a

22  lot of them were ex-military and we talk different.

23       Q      Okay.  Tell me about that, because that's

24  something I wanted to ask.

25              You all have your own lingo, right?
```

```
 1      A    Yeah.

 2      Q    Tell me about that.

 3      A    And it's rough.  If you're not used to how we

 4 talked around each other, I mean, you'd probably be a little

 5 like red-faced.

 6           But it's dudes, it's like locker room talk.

 7      Q    Okay.

 8           But you would agree with me at times locker room

 9 talk can go too far?

10      A    Oh, sure.

11      Q    At times you disengaged from those Signal chats as

12 well; isn't that right?

13      A    Yes, a lot of times.

14      Q    Why would you do that?

15      A    'Cause it gets old.  After a while you're just

16 like, dude, shut up, you're not doing nothing.

17           So I just stop listening.

18      Q    Okay.

19           So come January, leading up to January 6th, what

20 drew you to want to come to D.C.?

21      A    So we'd all heard, you know, that there was going

22 to be a rally and --

23      Q    Where did you hear that?

24      A    Actually, I heard it from a buddy of mine, because

25 I don't have cable.  We don't watch TV or the news or
```

1    anything like that where I'm at.

2              And so my buddy, Weston Welch, and Jeremy Weasel

3    and his wife, they came over to my house, we hung out in my

4    basement, had a couple of drinks.  And Weston was telling me

5    that we had a dude that had been in CAG and a couple of soft

6    guys up in Sheridan.

7         Q    He had done what?

8         A    CAG.

9         Q    You're going to have to help me on that one.

10        A    Combat applications group.  It's an Army Special

11   Forces unit.

12        Q    Okay.  That's an example of a military lingo I

13   don't know.

14        A    Yeah, sorry, I mean, you guys might know of it as

15   like Delta.

16        Q    Okay.

17        A    But so they were going and we were like, look,

18   we've got guys from Oath Keepers going to this and

19   leadership is not going to go, that's kind of poor.  And so

20   we were like, let's go; all right, cool.  So we all jumped

21   in the truck.  I think there was like four trucks and 11

22   dudes from all over.

23        Q    So it's not anything that came down from national?

24        A    No.

25        Q    Was there, to your knowledge, any interaction or

1    call from national that you personally witnessed or heard?

2         A    There was no, like, call to action or anything

3    like that.

4         Q    That you would have been aware -- that you were

5    aware of?

6         A    I would have been aware, and there wasn't one.

7         Q    Okay.

8              But do you have the Internet?

9         A    Oh, yeah.

10        Q    Did you ever see any of the posts that Mr. Rhodes

11   made call to actions, rallies, these things?

12        A    Yeah, but they were never about rallies.  It was

13   always like hurricanes or, like, you know, there's going to

14   be a riot and we know it's coming, or something like that,

15   where people's lives were in danger.

16        Q    So you don't recall?

17        A    No.

18        Q    Let me, just to be fair then, because they're --

19   you don't recall on the website or anything like that seeing

20   any of Mr. Rhodes' open letters to President Trump or any of

21   his calls to action?

22        A    No, I don't remember anything like that.

23        Q    Okay.

24             So the discussion between you and some family

25   friends and some others in your basement sometime in

1    December is what led you, you personally, to go to D.C.

2        A    Oh, everybody that went with me, we were like,

3    yeah, we're going to go.

4             There was no discussion with national.  It wasn't

5    until after we decided we were going to go that we were even

6    put on any threads.

7        Q    So when you were ultimately put on some threads,

8    are you referring to like Signal chats?

9        A    Yeah, Signal chats, I'm sorry, yeah, Signal chats.

10       Q    Okay.

11            And so once you did make it onto the Signal chats,

12   you became aware that others were going as well?

13       A    Oh, yeah, yeah.

14       Q    A good number of you?

15       A    Actually, once I realized what was going on, like,

16   people that are on Facebook, I'm not, but they were like,

17   look, everybody is going, let's see if we can hook up with

18   them.

19       Q    When you say once you became aware of what was

20   going on, what are you referring to?

21       A    Like the rally that was going to happen on

22   January 6th.

23       Q    Okay.

24       A    To be honest with you, maybe I'm slow, but

25   I didn't really even know about it until that discussion in

```
 1   the basement.
 2       Q    How far -- if you recall, the discussion of the
 3   basement before January 6th, how long of a period of time
 4   was that to you?
 5       A    I don't remember.  Maybe a week or two.
 6       Q    So somewhere within a 14-day window maybe?
 7       A    Yeah, something like that.
 8       Q    Okay.
 9            And who was leading the concept, the organization
10   to go there within your group?
11       A    Me and Jeremy Weasel and Weston Welch.
12       Q    Okay.
13            And what, if you recall, was the nature of your
14   discussions in terms of what you would be going there to do,
15   sir?
16       A    We were going to go and listen to the President.
17       Q    And that's all you were going to do?
18       A    Yeah.
19       Q    Did that change over time in terms of what you
20   were going to do on the ground that day in D.C.?
21       A    No.
22       Q    Well, did you all -- let's -- so when did you
23   leave and get to D.C.?
24       A    We got there January 5th.  I think we left the
25   3rd.  We stopped and stayed in a hotel room before we got
```

```
1    there.
2              And then drove into Arlington, I believe.
3    We stayed in a hotel there.
4        Q    Did you have firearms with you?
5        A    Yeah.
6        Q    That would be the norm for you, correct?
7        A    Yeah, it's -- yeah, I've carried a firearm ever
8    since I joined the Army.
9        Q    Did you take them into the District?
10       A    No.
11       Q    Why not?
12       A    Because it's illegal.
13       Q    Okay.  Did other people in your group have
14   firearms?
15       A    No.
16            Well, I mean, in Arlington, yeah, but not in D.C.
17       Q    No, no, no.  I'm not meaning in the District.
18   I apologize, sir.
19       A    Yeah, I mean.
20       Q    The group you traveled with, everybody was armed?
21       A    Yeah, everybody is.
22       Q    Okay.
23            And everybody, to your knowledge, left them in
24   Arlington?
25       A    I know they did.
```

```
 1        Q    How do you know?

 2        A    Because I made sure of it.

 3        Q    You communicated with them?

 4        A    Yeah.

 5        Q    Okay.

 6             And you're aware also that there had been

 7   communications at the national level?

 8        A    Yeah.

 9        Q    How were you aware of that?

10        A    Because I was put on the thread.

11        Q    Okay.

12        A    The chat.

13        Q    So you were aware both personally, what you

14   instructed your group to do --

15        A    Yeah.

16        Q    -- as well as you had an awareness, direct

17   awareness based on the national Signal chats, that weapons

18   were prohibited and forbidden by the group from coming into

19   D.C., correct?

20        A    Well, it's the law.

21        Q    Right.

22        A    So --

23        Q    The intent was to follow the law?

24        A    Yeah.  Our whole thing, ever since even starting

25   Oath Keepers, is that, well, for one, we want to be a part
```

1  of the solution, not the problem, and that includes

2  following laws that are put before you.  So it was always,

3  we do not break the law, we are the people that help law or,

4  like, police.

5       Q    And that was your perception of Oath Keepers?

6       A    Yeah, that's --

7       Q    The oath you swore?

8       A    Yeah.

9       Q    To continue?

10      A    Yes, it didn't have an expiration date on it.

11  I didn't say, you know, until.  It was until I die.

12      Q    And that goes back to the day you joined the

13  military?

14      A    Yes.

15      Q    Okay.

16           So let's talk specifically about the 5th, into the

17  6th of January --

18      A    Okay.

19      Q    -- of '21.

20      A    Uh-huh.

21      Q    Tell me about the morning of January the 6th.

22  Where did you go?

23      A    I went downstairs and got coffee first.

24           We got on the Metro.

25      Q    How were you dressed?

```
 1        A     I had a gray jacket on and I think some pants.

 2        Q     Did you have any Oath Keeper gear on?

 3        A     Actually, no, I didn't.

 4        Q     Did anybody else in your group?

 5        A     Yeah.

 6        Q     Okay.

 7              How were they dressed?

 8        A     Had a black T-shirt on and said -- a gold

 9   Oath Keeper on it.

10        Q     Okay.

11              So there were people within your group making it

12   very well-known that they were members of the Oath Keepers?

13        A     Oh, yeah.  We didn't hide it.

14        Q     Okay.  And they had hats, shirts?

15        A     Sure, hats, shirts.

16              Actually, there was a guy in Wyoming.  Him and his

17   wife did -- made T-shirts, and Stewart actually gave them

18   like carte blanche, you can make Oath Keeper shirts for

19   everybody, and so we all have them.  I still have them.

20   I've got a hoodie and all that stuff.

21        Q     All right.  So you have all of that stuff as well?

22        A     Oh, yeah, yeah.

23        Q     Okay.  And it's not something that you were ever

24   embarrassed or ashamed to wear?

25        A     No.  I used to have a sticker on my truck.
```

```
 1    Everybody knew my truck because I had a big Oath Keeper sign
 2    on it.
 3         Q    Okay.
 4              Is it possible that you did --
 5         A    It's possible but --
 6         Q    -- have that gear on that day?
 7         A    I had a sticker on my truck for sure.
 8         Q    No, no, I'm talking about --
 9         A    Oh, on my body?  I think I may have had like a
10    Velcro thing on my that I always wear.
11         Q    That would not have been unusual?
12         A    No, it's not unusual.
13         Q    You would have been --
14         A    I'm not ashamed of being an Oath Keeper.
15         Q    But do I recall correctly that part of what you
16    all were doing in D.C. that day, aside from attending the
17    President' speech that you wanted to hear --
18         A    Yes.
19         Q    -- was doing PSDs as well?
20         A    Oh, yes, of course.
21              So there was like Latin Women of America that was
22    asking for help.
23              I think General Flynn, we were supposed to be
24    working with him.
25              There were some other people too but --
```

1      Q    Who made you aware of the events that you were

2    offering?  And, again, I respect the fact that you've

3    indicated you've had brain trauma and some of this may not

4    be perfect recollection.

5      A    Sure.

6      Q    Just to the best of your memory, do you recall how

7    you and your group were made aware?

8      A    I think it was -- we would do Zoom meetings every

9    once in a while where, you know, you'd get on there, or,

10   like, phone call conferences and you'd dial in.  And more

11   often than not, you'd just put your phone on mute and

12   listen, you know.

13           But I want to say it came out in something like

14   that.

15     Q    On the day in question, regarding the PSDs that

16   you all were doing, how did you learn about the detail of

17   those, do you recall?

18     A    I think it was one of those meetings way before

19   January 6th.

20     Q    Okay.

21           Did you have a point that you were supposed to

22   check in at where you were supposed to go?  Who led that?

23     A    Well, we had heard that -- there was a flag that

24   had been placed by the Washington Monument.

25     Q    Okay.

1        A    When a lot of -- and it said Oath Keepers on it.

2   A lot of people were going over there, and then you check

3   in, Hey, man, what's going on, I ain't seen you in a while,

4   and then we'd walk off.

5        Q    All right.

6             So, you know, in this case, it's come up that

7   there were different types of security details.  Is that

8   your experience with Oath Keepers?

9        A    I don't know anything about that.

10            MR. NESTLER:  Objection; leading.

11   BY MR. BRIGHT:

12        Q    Is it your experience with Oath Keepers that there

13   were different types of security details?

14        A    I don't know anything about that.

15        Q    Okay.

16             But you were not given a very specific

17   assignment --

18        A    No.

19        Q    -- of a location to be at, an event to protect,

20   correct?

21        A    No.

22        Q    Were you doing security services on that day?

23        A    I had some people with me that I was taking care

24   of, they were older.

25        Q    Okay.  What were you doing?

```
 1       A    I was just making sure that nothing happened to
 2  them.
 3       Q    Okay.
 4            Why?
 5       A    Because they were older and, I mean, couldn't get
 6  around that well.
 7       Q    So you all -- would it be fair to say your group
 8  was moving around doing mobile security details?
 9       A    Sure, yeah.
10       Q    Were you moving from event to event or just --
11       A    No.  We were -- we were just in the big crowd.
12            Hell, we even helped them move the big flag
13  around.  It was actually kind of fun.
14       Q    Okay.
15       A    It was a good day.
16       Q    Was the experience that you were having on that
17  day in terms of the services you were offering normal for
18  what you would do at Oath Keeper events?
19       A    Actually, it was pretty mild compared to --
20       Q    How so?
21       A    Well, there wasn't anything really happening.
22  Everybody was happy.  There were kids playing.  There
23  were -- I mean, there were 80- and 90-year-old people
24  walking through the crowd like it was -- and everybody was
25  helpful and nice, and so it was really kind of chill.
```

1    Nobody was trying to hurt anybody.

2        Q    Where you were?

3        A    Yeah.

4        Q    Okay.

5        A    And I was in a big-ass crowd.

6        Q    Okay.

7             And on that day, just to clarify, you did not

8    reach out to the local police, the sheriff, or anything like

9    that?

10       A    I talked to them, but, I mean, it wasn't like --

11   there was nothing happening, so there was no need to be on

12   guard.

13       Q    Well, no, I'm referring to like what you said in

14   the past.  Like when you went to Fort Collins --

15       A    Oh, yeah.

16       Q    -- or when you performed services in Cheyenne,

17   you've said that you would reach out to talk to --

18       A    Yeah, we would go out and introduce ourselves to

19   police officers anytime we've gone to -- anytime that we've

20   gone to perform security at an event and we knew there would

21   be police there, because in some cases, we would show up

22   with gear on, and, you know, we don't want the police

23   officers to think we're there to hurt anyone, so we'd go and

24   say, Hey, I'm so-and-so, give me your name and who you're

25   with.

1              When we were there January 6th, the two cops that
2       I saw before anything ever went nuts, is, I guess, a park
3       ranger and a Metro cop.  And we're just saying, Hey, man,
4       how are you doing, we're Oath Keepers.
5              It wasn't like, Hey, do you need assistance?
6       Because there was nothing happening.
7       Q     Okay.
8              So during this period of time, is it fair to say
9       that you were still a member of various Signal chats and
10      stuff like that?
11      A     Oh, yeah.  Yeah.
12      Q     Okay.
13             And is it fair to say that Mr. Rhodes had access
14      to your phone number and you to his?
15      A     Oh, yeah.
16      Q     Did you speak with him on that morning?
17      A     No.
18      Q     Okay.
19             And he never reached out to you, to your
20      remembrance?
21      A     No.
22      Q     Okay.
23             But he could have if he chose to?
24      A     Oh, yeah.
25      Q     And he was -- to your knowledge, the larger group

1   of Oath Keepers were all aware each -- of being in town

2   together?

3        A    Oh, yeah.

4        Q    Okay.

5             When did you, with your group, make the decision

6   to start working your way towards Capitol Hill?

7        A    When the President said, Hey, we're all going to

8   walk over to the Capitol and see what happens.

9        Q    All right.

10            And that was at the end of his speech at The

11  Ellipse?

12       A    Yeah.  Yes, sir.

13       Q    Did you receive any communications from anybody

14  else, to your remembrance, to come up to Capitol Hill?

15       A    No.  Our phones stopped working.  There were -- I

16  mean, if you had a little Motorola, all that shit stopped

17  working.

18       Q    Were you getting text messages?

19       A    No, nothing.

20       Q    Were you getting phone calls?

21       A    No, nothing.

22       Q    From your experience, was that normal?

23       A    No.

24       Q    From your experience on that date, was it normal

25  for others to be having --

```
 1       A    Oh, yeah, yeah, everybody's phone stopped working.

 2  Like, we couldn't get any communication.

 3            We would call people like, Hey, man, where you at,

 4  you know, because you'd want to hook up with your buddies

 5  and hang out with them at an event.  I mean, it's like going

 6  to a concert.

 7            And we couldn't -- unless you were standing next

 8  to the person or knew where they were standing to walk to

 9  them, you could not talk to them.

10       Q    Did you, to your memory --

11       A    Yeah.

12       Q    Did you get, after that day was over, batch text

13  messages and calls?

14       A    Yeah, it was like everything started coming in at

15  one time.

16       Q    About -- so --

17       A    Actually, right after we got back to -- when I

18  left the event and we all got back to the hotel.

19       Q    Are you talking about back in Arlington?

20       A    Yeah.

21       Q    That evening?

22       A    That -- yeah.  I mean, all of a sudden, I could

23  talk again, and that's when I called back to Wyoming and was

24  like, Hey, bro, shit just went weird.

25       Q    Okay.  Well, let's get back to that.
```

1            But your experience on that day --

2    A    Yeah.

3    Q    -- while you were moving from The Ellipse up to

4    the Capitol Building --

5    A    Yeah.

6    Q    -- your phone was not working at all?

7    A    No.

8    Q    And was that common with everyone else?

9    A    Yes.

10   Q    But you would agree with me that your testimony is

11   that you didn't start receiving text messages until later

12   that afternoon?

13   A    Yes.

14   Q    Okay.

15            So during the time you were on -- from the

16   monument to the Hill, it's your testimony that at that time

17   your phone was not working?

18   A    No, I couldn't -- my phone worked, I just couldn't

19   get anything.  I couldn't phone out.

20   Q    How many in your group walked up towards the west

21   side of the Capitol?

22   A    I think there was three, four, five.  There's six

23   of us, me included.

24   Q    Okay.

25            And how far did you go?

```
 1      A    Oh, we got about halfway there and, like, there
 2   were -- it seemed like every cop in town was hauling ass
 3   around us.  They had armored vehicles.
 4           Actually, we started seeing that stuff before we
 5   even started walking, like we were -- we went to go pee,
 6   and, like, it was crazy.  That's when I saw that ranger and
 7   the metro cop, and I'm like, "Bro, what's going on?"  And
 8   they're like, "Dude, don't get involved."
 9      Q    Okay.
10           Do you recall, by chance, the rough time that it
11   was that you started heading towards the Capitol?
12      A    No, I don't remember.
13           All I can tell you is the President was like,
14   "We're all going to walk up to the Capitol peacefully."  And
15   I'm like, "Okay, cool, let's go."
16           And so everybody was excited.  So we started
17   walking that way.  It was like a concert.
18      Q    How close to the Capitol did you get?
19      A    I think I got about halfway up the lawn.
20           It was -- you could see the smoke.
21      Q    What did you witness from -- I believe you
22   detailed for me that maybe a half mile away is where you
23   stopped.  Does that sound rational?
24      A    I think we were maybe a little closer than that.
25      Q    Okay.
```

```
 1      A     But, yeah, and I told everybody, if we see stuff
 2  going weird, we're getting out of here.  I'm not --
 3      Q     That's what you ultimately did, correct?
 4      A     Yeah, we left.
 5      Q     Okay.
 6            You never received any orders as an Oath Keeper to
 7  do anything inappropriate that day?
 8      A     No.
 9      Q     Did you, in the days leading up to this event,
10  receive any notices, orders, decrees that told you to storm
11  the Capitol?
12      A     No.
13            And I'll tell you, with all the locker room talk,
14  when people would get really hot and heavy and talk about
15  stupid shit, Stewart would be the first one getting on there
16  and saying, that's not what we do.
17      Q     Okay.
18            But, to be fair, there are also communications
19  you've seen from Mr. Rhodes that can be rather bombastic as
20  well, correct?
21      A     No, I have never seen that.  I've never heard it
22  come out of his mouth.
23            And I've been to some talks after January 6th.
24            And every talk that I had ever been to with
25  Stewart was basically a history lesson.
```

1    Q    Okay.

2         When you left the Hill that day, where do you go?

3    A    Yes.  Hotel room.

4    Q    What did you then do?

5    A    I take my evening pills and went to bed.

6    Q    And then?

7    A    We got up, jumped in the truck, and hauled ass

8    back to Wyoming.

9    Q    When did you first become aware that other

10   Oath Keepers had gone into the building?

11   A    On the news, actually.

12        I -- that evening, me and Stewart talked, he

13   called me, or I called him, actually, and he's like, "Hey,

14   bro, we're partying over here at this hotel, you should

15   come."  I'm like, "Nah, I already took my pills, bro,

16   I'm going to get bed."  I called Jason and told him shit

17   went weird and that, "Hey, man, should we leave today or

18   should we leave tomorrow?"  He's like, "I'd get a good night

19   rest and then leave."

20        So that's what we did.

21   Q    So you did actually have a communication with

22   Mr. Rhodes on the 6th?

23   A    Yeah, yeah, I guess I did, that evening, yeah.

24   Q    And did he at that time make you aware that

25   Oath Keepers had gone into the building?

```
 1        A     No.

 2              Like I said, I found out about Oath Keepers going

 3     into the building from the news, and, really, other people

 4     watching the news.

 5        Q     Were you ever directed, to your recollection, to

 6     do anything to stop the certification of the election?

 7        A     No.

 8        Q     Were you ever directed, to your remembrance, to

 9     breach the Capitol?

10        A     No.

11        Q     Would you have done so had you been given those?

12        A     No.

13              MR. NESTLER:  Objection.

14              THE COURT:  Sustained.

15     BY MR. BRIGHT:

16        Q     What would you have done had you have been aware

17     of such plans?

18              MR. NESTLER:  Objection.

19              THE COURT:  I guess I'll allow it.  I don't know

20     how relevant it is, but go ahead.

21              MR. BRIGHT:  I'm so sorry.

22              THE COURT:  Go ahead.  He can answer.

23     BY MR. BRIGHT:

24        Q     Had you been aware of those types of plans, what

25     would you have done?
```

```
1          A     I'd have gone home.

2          Q     Would you have called the cops?

3          A     I did go home.

4          Q     Had you been aware of those types of plans, would

5    you have wanted to remain an Oath Keeper?

6          A     Let me explain something.

7                An Oath Keeper is somebody who keeps an oath.  It

8    has nothing to do with an organization.  I wouldn't have

9    involved myself with people in the first place that would

10   have done something like that.

11               I have a pretty good idea of who people are before

12   we start doing things together.  I wouldn't involve myself

13   with people like that.  Does that make sense?

14         Q     It does, but my question is a tiny --

15         A     No, I wouldn't do it.

16               And, yeah, I would have probably called the cops.

17   I would have let somebody know, because Oath Keepers are not

18   anti-government, we are pro government, we're pro

19   Constitution.

20               MR. BRIGHT:  I pass the witness, Your Honor.

21               THE COURT:  Okay.  All right.

22               MR. WOODWARD:  No questions, Your Honor.

23               MR. GEYER:  No questions, Your Honor.

24               MR. CRISP:  No, Your Honor.

25               MR. FISCHER:  No cross.
```

```
1                    THE COURT:  Mr. Nestler.

2                         -  -  -

3                    CROSS-EXAMINATION

4    BY MR. NESTLER:

5         Q    Good morning, sir.

6         A    Howdy.

7         Q    How are you doing?

8         A    Living my best life.

9         Q    Welcome back to D.C.

10        A    Yeah.

11        Q    So you're a good judge of people, right?

12        A    I think so.

13        Q    And you would not associate with people if they

14   were going to do anything that were to be wrong, right?

15        A    In my eyes, yeah.

16        Q    Okay.

17             And you knew Stewart Rhodes fairly well, right?

18        A    I think so.

19        Q    He would --

20        A    Well, I knew him after January 6th more than I did

21   before.

22        Q    Before wouldn't he come to your house and talk

23   with you and your wife and kids?

24        A    He slept at my house after January 6th.

25        Q    Oh, not before?
```

```
 1       A     Not before.

 2             But he's been to my house around my kids, yeah.

 3       Q     Okay.

 4             And you think he's a good person?

 5       A     I do.

 6       Q     Okay.

 7             And when people were saying all this bombastic

 8   stuff on the Signal chats, it was not Stewart who was saying

 9   that stuff, right?

10       A     Not that I recall, no.

11       Q     He was the one telling everyone else to stop

12   saying bad things?

13       A     Yeah, he's always been the first guy to say,

14   that's not what we do, that's not who we are.

15       Q     So in your experience Stewart Rhodes is

16   levelheaded?

17       A     I believe so.

18       Q     Never says anything over the top?

19       A     Not in my presence.

20       Q     Never makes these big grandiose plans?

21       A     Yeah, that's correct.

22       Q     Great.

23             MR. NESTLER:  Now, if we could pull up on the

24   screen, please, Ms. Rohde, Government's Exhibit 9200,

25   please.
```

```
 1    BY MR. NESTLER:
 2         Q    This is you at the Washington Monument, right?
 3         A    That's correct.
 4              MR. NESTLER:  The government moves into evidence
 5    Exhibit 9200?
 6              MR. BRIGHT:  No objection.
 7              THE COURT:  Government 9200 is admitted.
 8                                (Government's Exhibit 9200
 9                                  received into evidence.)
10              MR. NESTLER:  If you can zoom in on the picture,
11    please, Ms. Rohde.
12              Just the picture itself.
13              THE COURT:  Hang on for a second.
14              Can we take that down for a second, please.
15              (Bench conference)
16              THE COURT:  They've already seen it, I guess.
17              Can you hear me?
18              MR. BRIGHT:  I can hear you.
19              THE COURT:  Can you hear me now?
20              MR. BRIGHT:  Yes, sir, I can hear you now.
21              THE COURT:  All right.
22              Mr. Nestler, what's the purpose of showing the
23    photograph?
24              MR. NESTLER:  That's what he was wearing at the
25    Washington Monument that day.
```

1          He was asked on direct whether he was wearing

2     Oath Keepers paraphernalia to identify himself as an

3     Oath Keeper.  He doesn't appear to be wearing any

4     Oath Keepers paraphernalia.  He's, in fact, wearing an "It's

5     okay to be white" sticker.

6          MR. BRIGHT:  Your Honor, he testified that his

7     memory was that he might have had a Velcro top hat on.  He

8     didn't say whether he wasn't wearing anything or not.

9     I think that's being done purely to embarrass him on the

10    stand.  I mean --

11         THE COURT:  I would agree.  I don't think the

12    probative value of the -- if there's some other reason you

13    want to introduce it.  I mean, he barely remembered what he

14    was wearing, let alone was affirmative about wearing any

15    Oath Keeper gear.

16         MR. NESTLER:  There's a purpose to introducing

17    this, is that the direct tried to elicit that he was there

18    to be a general, roving protective security detail.  People

19    would come up to him and ask him for help and ask him to

20    escort them around.

21         And I want to ask him if he thought that was going

22    to be the case, if he was wearing the sticker that he was

23    wearing, if that made him look like a welcoming person in

24    Washington, D.C. that people wanted to be escorted by him.

25         MR. BRIGHT:  I would re-assert the objection of

```
 1    that based on the probative value of this, Your Honor.
 2    I think -- I would disagree with the characterization that
 3    Mr. Nestler is making that it's not inflammatory.
 4             He said that the rest of the group had
 5    Oath Keepers gear, shirts, stuff on.  He said he could not
 6    remember whether or not he had gear on or not.  He was very
 7    clear that there was not a specific detailed PSD that day
 8    and they were walking and helping people.  That's all
 9    he said.
10             THE COURT:  All right.  I'm going to -- I'm not
11    going to allow the questioning and show the photograph any
12    further.
13             Look, the reality is, it's not necessary.  It's
14    not terribly probative of this witness's credibility.  He's
15    already got memory issues.  He's already said things that
16    I don't think any further examination of his memory of that
17    day is going to be terribly useful.
18             So I'm going to sustain the objection in terms of
19    asking about what he was wearing in particular on his
20    clothing.
21             If you can black it out and show him what else he
22    was wearing, that's fine, but...
23             MR. BRIGHT:  And I would have no problem with
24    that, Your Honor.
25             MR. NESTLER:  And if I could just say for the
```

1    record, Your Honor, yesterday Mr. Rhodes testified very

2    clearly that his organization was not racist, they did not

3    allow racists in the organization, and that he would not

4    allow anyone to display anything racist.  He was very clear

5    about that on direct examination yesterday.

6           MR. BRIGHT:  You'll forgive me, Your Honor, if I

7    question whether --

8           THE COURT:  Hang on.  Hang on a minute.

9           I'm not going to get into a debate here as to

10   whether somebody who's got a patch on that says "it's okay

11   to be white" is racist or not.  So let's move on.

12          As I said, you can show the photograph if you can

13   redact the patch.  If you can't, then let's move on.

14          MR. NESTLER:  Yes, Your Honor.

15          (Open court)

16          MR. NESTLER:  The Court's brief indulgence,

17   Your Honor.

18          If we could please publish again Exhibit 9200.

19   And if we could just zoom out in the picture a portion,

20   Ms. Rohde, so we can get a better view of Mr. Maddox.  Thank

21   you.

22          THE WITNESS:  It's a good picture.

23   BY MR. NESTLER:

24      Q    So this is you at the Washington Monument on

25   January 6th, correct?

1    A    Yes, sir, it is.

2    Q    You're not wearing any Oath Keepers gear, correct?

3    A    No, I think on the back of the head, I had an

4  Oath Keeper tab, but I couldn't tell you for sure.

5    Q    Okay.

6         And underneath your sweatshirt there, you're

7  wearing body armor, right?

8    A    Yeah, yeah, I was, actually.

9    Q    And that's because you thought it was important to

10  be kitted up that day, right?

11   A    Actually, we were scared to death that Antifa was

12  going to come and start crap.  And to be honest with you,

13  have you ever been stabbed, sir?  I have.  It sucks.

14   Q    But when you got to the Washington Monument,

15  it was pretty chill?

16   A    Oh, yeah, it was extremely chill.

17   Q    It was a rally.

18   A    Yeah, it was cool.

19   Q    And I think you said that being in D.C. on

20  January 6th was -- I think your quote was, "It was a good

21  day"?

22   A    It was a good day.

23   Q    Okay.

24        So let's talk about when you were back in Wyoming.

25  Mr. Ottersberg, Jason, is the leader of the Wyoming

Oath Keepers?

     A     He was at the time, yeah.

     Q     Okay.

           And, in fact, he became the leader of Oath Keepers National for some time afterwards, right?

     A     I believe he did, yeah.

     Q     And there was a time when Mr. Ottersberg offered to local sheriff to have Oath Keepers train with the local sheriff, right?

     A     Yes.

     Q     And the local sheriff's response was, "Hell no"?

     A     I don't remember that.  I've actually worked with sheriffs before and local police.

     Q     And so if we could -- let's talk about the weapons you brought to D.C. area.  You drove, right?

     A     Yeah, I did.

     Q     And that's so you could bring your weapons with you, right?

     A     Yeah.  I always have a gun on me or in my truck.

     Q     And you brought rifles with you, right?

     A     Yeah.

     Q     And not just you but the rest of the members of your group did, right?

     A     Yeah.

     Q     And remind us how far is it from Wyoming to D.C.

```
 1   area?
 2        A    I can't remember, but it took me to two days.
 3        Q    About 28 hours driving, right?
 4        A    Yep.
 5        Q    About 1800 miles?
 6        A    That sounds right.
 7        Q    It's a far drive?
 8        A    Yeah.
 9        Q    And you drove all the way so that you could bring
10   your weapons with you, right?
11        A    Yeah, because I wanted to have a weapon on me,
12   yeah.
13        Q    And not just a handgun but a rifle?
14        A    Yeah.
15        Q    Because you said you always carry a weapon on you,
16   right?
17        A    I always have a weapon in my truck and on me,
18   except here because we're in D.C.
19        Q    But when you always have a weapon on you, it's not
20   always a rifle, is it?
21        A    No, not always, but I always have something in my
22   truck.  Have you ever heard of truck guns?  It's a thing in
23   Wyoming.
24        Q    Was it a thing in Arlington, Virginia when you
25   were staying?
```

1     A    I have no idea.  But I had a gun in my truck.  It

2   never came out.  It was actually locked in a big green box.

3   It's a Harrison Pelican.  We get them from the military all

4   the time because they throw them away.  And you can lock

5   them and no one can get in them.

6     Q    And in addition to you, the other members of the

7   Wyoming Oath Keepers all brought assault rifles with them,

8   right?

9     A    Oh, yeah, everybody had rifles.

10    Q    If we could pull on then screen for the witness,

11  please, Ms. Rohde, Exhibit 9208.

12         And if we could zoom in on just the top

13  two messages, please.

14         So we talked earlier about Signal messages,

15  Mr. Maddox; is that right?

16    A    Yeah.

17    Q    And we also talked about being a member of some

18  Signal groups; is that right?

19    A    Yeah.

20    Q    And were you a member of the WYCO Signal group?

21    A    I'm sure, yeah.

22    Q    And the Wyoming OK Signal group?

23    A    Sure.

24    Q    And the Wyoming Leadership Signal group?

25    A    Yeah, I was a member of a lot of them.  I don't

1    remember them all.

2         Q    And you talked about training when Mr. Bright

3    asked you questions, right?

4         A    Yeah.

5         Q    Do you remember sending these messages as part of

6    your Signal messages?

7         A    Say again, I'm sorry.

8         Q    I'm sorry.  Do you remember sending these messages

9    to the other members of Oath Keepers in Wyoming?

10        A    Oh, yeah, I'm sure I did send those.

11             MR. NESTLER:  The government moves into evidence

12   9208.

13             MR. BRIGHT:  No objection.

14             THE COURT:  9208 will be admitted.

15                             (Government's Exhibit 9208
                                received into evidence.)
16

17   BY MR. NESTLER:

18        Q    And so when you talk about the training you

19   provide to people who aren't familiar with how to use

20   firearms, you mentioned that on direct examination, right?

21        A    Yeah.

22        Q    And then you see the top message here.  You talked

23   about training people on dynamic room entry; is that right?

24        A    Yeah.

25        Q    Is that what civilians need to know about how to

```
 1   properly carry on --

 2        A     During a home invasion, you're damn right.

 3        Q     And how does dynamic room entry work, Mr. Maddox?

 4        A     Violence of action.

 5        Q     What does that mean?

 6        A     That means being overwhelmingly in someone's face.

 7   It's yelling, screaming.  And it usually turns into whoever

 8   your opponent is backing down.

 9              It -- it can stop you from having to use a weapon.

10        Q     And so you're saying that a homeowner would be

11   trained in dynamic room entry if somebody invaded their

12   house?

13        A     Yeah, because there are rooms in a house.

14        Q     And so who's doing the entry of those rooms?

15        A     Probably the homeowner.

16        Q     To clear out their own house?

17        A     Yes.

18              Have you ever heard of home invasions, sir?

19        Q     So that's the covering and carrying, use of kit

20   and dynamic room entry, that's some of the training you

21   provided, right?

22        A     Yeah.

23        Q     And then the other training you talked about on

24   the bottom there, you said, "If it comes to it, you'll need

25   to pull the trigger, this is fighting in an insurgency;"
```

```
 1   do you remember saying that?

 2        A    Yeah.

 3        Q    And who's the insurgency?

 4        A    Antifa.  The Denver communist party.  I mean,

 5   I can name all kinds.  But, yeah, Antifa was the big

 6   umbrella that a lot of these guys were falling under.

 7        Q    So as you mentioned on direct examination, you

 8   were a supporter of President Trump.

 9             You can take that down, Ms. Rohde.  Thanks.

10             You were a supporter of President Trump; is that

11   right?

12        A    Yes.

13        Q    And you were upset about the election results?

14        A    Yeah.  We all watched at 2:00 when everything went

15   weird so...

16        Q    You thought the election had been stolen?

17        A    Yeah, I believe it was unconstitutional.

18        Q    And you were ready to fight because of that,

19   right?

20        A    Yes and no.  I mean, I'm a soldier at heart, but

21   I'll do what is legal.

22        Q    But you were ready to fight?

23        A    Of course.

24        Q    So if we could pull up --

25        A    Every soldier is, sir.
```

```
 1        Q    Sure.

 2             And so if we can pull up on the screen 9205,

 3   please, Ms. Rohde.

 4             So, Mr. Maddox, you were asked on direct

 5   examination if you ever talked to Stewart Rhodes directly.

 6   Do you remember that?

 7        A    Yeah, I sent that out.

 8        Q    And do you remember saying this to Mr. Rhodes?

 9        A    One more time.

10        Q    Sorry.  Do you remember sending this message to

11   Mr. Rhodes?

12        A    Yeah, I did.

13             MR. NESTLER:  The government moves into evidence

14   9205.

15             MR. BRIGHT:  No objection.

16             THE COURT:  9205 is admitted.

17                              (Government's Exhibit 9205
                                  received into evidence.)
18

19   BY MR. NESTLER:

20        Q    So, on November 16th, a couple of weeks after the

21   election, you said to Stewart Rhodes, "Brother, I was mad

22   earlier at some people here in Wyoming.  Please keep my

23   membership active.  Thanks."

24        A    Yeah.

25        Q    "I also want to send you a video of an interview
```

1    I did here in Cheyenne.  I want this to go viral if we can.

2    I'm mad and I don't want to hide anymore.  I'm ready to

3    fight!!!", right?

4         A    Yeah.

5         Q    Why did you send that message to Stewart Rhodes?

6         A    Because we were watching cities burn, sir.

7         Q    And you were ready to fight?

8         A    Of course.  I have -- I know people in Seattle.

9    I have friends with family there.  I know people across the

10   country.

11        Mostly because I served with them.  And you're

12   watching these cities burn and shops burn, and no one's

13   doing anything about it.

14        And we were worried it was going to come to

15   Cheyenne.  It was already in Denver, two hours away.

16        Q    And so you told Stewart Rhodes that, right?  Why

17   was it important for you to tell Rhodes that you were ready

18   to fight?

19        A    I don't know.  Why was it not?

20        Q    So he's the leader of Oath Keepers, right?

21        A    Yes.

22        Q    And you wanted him to be aware of this, right?

23        A    Well, because I had told him I wanted to leave

24   Oath Keepers because I was mad at some people in Wyoming.

25   And then I decided -- I talked to my wife, we prayed about

```
 1    it, and I said, no, I'm going to stay with it.
 2         Q    Because you wanted to fight alongside of
 3    Oath Keepers?
 4         A    Sure.
 5         Q    So if we go into January 6th, we talked about how
 6    you were here in D.C., right?
 7         A    Yeah, I was here.
 8         Q    So in advance of that, you were added to one of
 9    those Signal chats; is that right?
10         A    Yeah.
11              MR. NESTLER:  So if we can go to 9201, please.
12              And if we could just scroll through a little bit,
13    Ms. Rohde.
14    BY MR. NESTLER:
15         Q    Are these some of the messages that you remember
16    sending and receiving when you first joined the Signal chat,
17    Mr. Maddox?
18         A    I don't remember.
19         Q    Okay.
20              Do you remember joining the Signal chat?
21         A    Yeah, I'm on Signal.  I hardly ever use it.
22         Q    Okay.
23              And your name is Lee Maddox?
24         A    My name is Lee Maddox, yes.
25              MR. NESTLER:  The government moves into evidence
```

```
 1    Exhibit 9201.

 2              MR. BRIGHT:  No objection.

 3              THE COURT:  9201 will be admitted.

 4                        (Government's Exhibit 9201
                             received into evidence.)
 5

 6              MR. NESTLER:  If we can go to it beginning,

 7    please, Ms. Rohde.  Thanks.

 8    BY MR. NESTLER:

 9         Q    You see here this is the screenshot from the first

10    page.  You see the name of the chat appears "D.C. Op Jan 6,

11    '21."  Do you see that?  Sorry, do you see it?

12         A    Yes, I see it.

13         Q    Okay.

14              And do you see here at the bottom that it says

15    "OKN6A added Whiskey 17"?

16         A    Whiskey 1-7, that's me.

17         Q    That's you, Whiskey 1-7?

18         A    Yeah.

19         Q    So this means you were added to this chat around

20    December 30th of 2020, do you see that?

21         A    That doesn't mean I listened to it or watched it,

22    because I mute most of these.

23         Q    And shortly after you were added, if we can go to

24    next slide, please, you, a couple minutes later, you said,

25    "We already have an op thread, what's with the new one?"
```

```
 1              Do you remember saying that?
 2       A    Yeah, I probably did, yeah.
 3              Because there was a lot of crap like that where
 4   one guy would start a thread and then somebody else would
 5   start a thread and then everybody is talking at once so
 6   I'm just like, mute.
 7       Q    Got it.
 8       A    And sometimes I would talk on them.  "You're an
 9   idiot" or something.  I don't remember.
10              I'm sure you'll show me.
11       Q    I'm not saying that, sir.
12              If we can go to the next slide.
13              And then Rhodes says, "Which op thread is that
14   right?  For Wyoming/Utah men?"
15              Do you see that?
16       A    Yeah.
17       Q    Then if we go to the next slide, and then someone
18   named Chaos says, "We have a Wyoming thread.  This is
19   Stewart's it looks like.  Stewart, this is Weston."
20       A    Yeah, he's a buddy of my mine from Laramie.
21       Q    Does Weston go by Chaos?
22       A    Sure, yeah.  I don't remember.
23       Q    If we could go to the next one, please.
24              And then Rhodes says, "This is the D.C. op thread
25   for all leadership coming in, from multiple states, and
```

 1    together with the overall D.C. Op leadership."

 2            Do you see that?

 3    A     Yes, I see it.

 4    Q     Then if we go to the next one.

 5            And he wrote, "Greetings.  Now you are plugged in

 6    with all the other leaders coming in from all over the

 7    nation."

 8            Do you see that.

 9    A     Yeah, I see it.

10    Q     And then the next one.

11            And Chaos says, "Roger."

12            And then if we go to the next one.

13            And then you say "The."  And then you say "Roger."

14    You get that?

15    A     Yeah, I see it.

16    Q     Okay.

17            And then you were a member of this chat over the

18    next week or so as you came to D.C., right?

19    A     Yeah.

20    Q     And so if we could now go to your time in D.C.

21            THE COURT:  Mr. Nestler, before you turn to that,

22    why don't we take a break and take our morning break.  It's

23    about a little after 11:00.

24            So we'll resume a little bit, say about -- just a

25    little after 11:15.  We'll see everybody shortly.

```
 1    Thank you, all very much.
 2              COURTROOM DEPUTY:  All rise.
 3              (Jury exited the courtroom.)
 4              THE COURT:  Mr. Maddox, you can step on down and
 5    I'll ask you to exit the courtroom.  And while you're on
 6    break I'll ask you to not discuss your testimony with
 7    anyone, all right.
 8              THE WITNESS:  Yes, sir.
 9              THE COURT:  Thank you, sir.
10              MR. LINDER:  Our next witness is here but his
11    lawyer is here also.
12              THE COURT:  Okay.
13              MR. LINDER:  He wanted to address the Court.
14              THE COURT:  This is Mr. Aquino's counsel.
15              Hi, Mr. Crawley.
16              Everybody have a seat, please.
17              THE COURT:  Mr. Crawley, good morning.
18              MR. CRAWLEY:  Are you okay?  Can I proceed?
19              Yes, Your Honor, on behalf of Mr. Aquino.
20              So yesterday I received an email from government
21    counsel indicating that my client had been subpoenaed or
22    requested to be here by defense counsel.  I was totally
23    unaware of that.
24              I was initially appointed to this case back in
25    May.  It was my understanding at that time that my client
```

1  would invoke.

2          The initial appointment centered around the

3  government's request that he appear for a grand jury

4  hearing.  So it is my understanding that he does wish to go

5  forward today, against my wishes.

6          I would ask the Court to just inquire of him as to

7  whether or not he fully appreciates the ramifications of

8  taking the stand.

9          I've explained that to him, that he does have a

10  Fifth Amendment privilege, he does not have to testify, and

11  that if he testifies, anything that he says could be used

12  against him.

13          But I just wanted to make sure he fully understood

14  that because, again, this was just brought to my attention

15  yesterday by government counsel.

16          THE COURT:  Okay.

17          You weren't here earlier, Mr. Crawley, and don't

18  have the benefit of at least this observation, which is, I'm

19  disinclined to inquire of your client.  I trust that you've

20  advised him properly, you've warned him about the potential

21  consequences of testifying.  I think it's -- I am reluctant

22  to have such an inquiry with a witness after his lawyer has

23  had it for fear of seeming to be coercive.  And so I trust,

24  as I said, you've advised him and he's made a decision

25  that's knowing and voluntarily and he's going to testify and

1    he'll testify.

2              MR. CRAWLEY:  I understand, Your Honor.

3              I just would ask that, you know, in situations

4    like a trial, many times the Court does inquire of the

5    defendant in those cases and I've seen it in other case

6    where's the Court does inquire of a witness.  That was the

7    reason that he received appointed counsel, was the Court

8    wanted to make sure that he was aware of his rights.

9              THE COURT:  Sure.  And now he is --

10             MR. CRAWLEY:  I see.

11             THE COURT:  -- as a result of your conversations.

12             MR. CRAWLEY:  I understand, Your Honor.

13             THE COURT:  That's why we've appointed counsel,

14    for that reason.

15             MR. BRIGHT:  I would like the opportunity to

16    apologize for any confusion in this entire matter that may

17    have come from our defense team.

18             THE COURT:  It's all right.  I suspect you weren't

19    even aware of it.  That's okay.  It's nothing to worry

20    about.

21             MR. CRAWLEY:  Your Honor, just scheduling

22    logistically, because I wasn't aware of this, I have a

23    number of other matters that I'm trying to deal with.  Is

24    the Court expecting that he will be called as the next

25    witness, or does anyone --

1              MR. BRIGHT:  That's correct, sir.

2              MR. CRAWLEY:  Does anyone have any idea of when

3    that would be?

4              THE COURT:  I would think -- well, I'd leave it to

5    you all, but I don't think it will be --

6              MR. BRIGHT:  I don't know how long the government

7    wants to continue crossing Mr. Maddox, but my redirect would

8    be incredibly short.

9              MR. NESTLER:  Maybe 20 minutes.

10             MR. CRAWLEY:  Thank you, Your Honor.

11             THE COURT:  Okay.

12             If you all would just take a couple minutes in the

13   break and see if you can find anything about -- I mean, I

14   checked around.  I don't think I have an obligation to

15   appoint a witness with a Fifth Amendment concern a lawyer,

16   but it is the typical practice in this jurisdiction to do

17   so, so that the witness can be properly advised of that

18   person's rights; and sort of consistent with that practice,

19   I'm likely inclined to do so, but I'll give you all an

20   opportunity to take a look and see what you can find over

21   the break and then we'll come back and decide what to do

22   with respect to Mr. Jackson.  Okay?  Thanks, everyone.

23             COURTROOM DEPUTY:  All rise.

24             The Court stands in recess.

25             (Recess from 11:07 a.m. to 11:22 a.m.)

1          THE COURT:  Please be seated, everyone.

2          Okay.  So I understand that we've identified

3     potential CJA counsel for Mr. Jackson; is that right?

4          MR. WOODWARD:  If the Court is inclined to appoint

5     counsel, then, yes, we reached out to CJA counsel, Nick

6     Smith.  He has a number of these January 6th cases.  He said

7     he's be happy to step in on short notice and speak to

8     Mr. Jackson by phone, but I don't think that's an issue.

9          THE COURT:  Okay.  I reached out to Ms. Peterson

10    with the FPD.  She wasn't available.  Mr. Cramer is in

11    trial.  I am inclined to appoint somebody sort of consistent

12    with the practice is this district to do so and particularly

13    given what I understand to be this person's particular

14    exposure.

15         MR. WOODWARD:  Alleged.

16         THE COURT:  I think it's reasonable to appoint

17    somebody so that he has counsel before he decides to

18    testify.

19         MR. WOODWARD:  Okay.  How does -- should I give

20    Mr. Smith's JC's contact information or how --

21         THE COURT:  I think, look, the question, I want to

22    make sure, does he have any conflict in this case?  Is he

23    representing any witnesses.

24         DEFENDANT WATKINS:  She was my attorney, Your

25    Honor.

```
 1              THE COURT:  Not Ms. Peterson.  I was reaching out
 2   to Ms. Peterson to identify a lawyer, Ms. Watkins.
 3              DEFENDANT WATKINS:  Oh, okay.
 4              THE COURT:  Thank you for the reminder.
 5              Sure.  If he doesn't have a conflict, just have
 6   him, you can give him the contact information for JC or just
 7   directly for Mr. Jackson and let him know a lawyer is going
 8   to be contacting him.
 9              MR. WOODWARD:  Great.
10              I just meant for the appointment process, there's
11   paperwork that I think the Court has to deal with.
12              THE COURT:  We'll deal with that later.
13              MR. WOODWARD:  Very good.  Thank you, Your Honor.
14              MR. BRIGHT:  Ready for Mr. Maddox to be brought
15   up?
16              THE COURT:  Yes, please, thank you.
17              MR. BRIGHT:  I'm not allowed to talk to you.
18              THE WITNESS:  Oh, that's cool.
19              MR. BRIGHT:  I apologize.  I'm prohibited from
20   talking to you or anything like that.
21              THE WITNESS:  Oh, you're good.  I'm not looking
22   for anything.
23              MR. BRIGHT:  I thought you were calling my name.
24              THE WITNESS:  No, no, no.  I'm just hanging out.
25              MR. CRISP:  If the jury is ready, don't worry
```

```
 1    about it, I can do it later.
 2              COURTROOM DEPUTY:  Jury panel.
 3              (Jury entered the courtroom.)
 4              THE COURT:  All right.  Welcome back, everyone.
 5              Please have a seat, everybody.
 6              Mr. Nestler.
 7              MR. NESTLER:  Thank you, Your Honor.
 8    BY MR. NESTLER:
 9         Q    Good morning again, sir.
10         A    How are you doing?
11         Q    Okay.
12              Just a few more questions.
13              So on January 6th, you were at the
14    Washington Monument watching the Trump rally, right?
15         A    (Nodding head.)
16         Q    So you have to say "yes" or "no," because he's
17    writing everything down.
18         A    Yes.
19         Q    Thank you.
20              And you were there with a bunch of your friends
21    from Wyoming, right?
22         A    Yes.
23         Q    And that was your mission for the day?
24         A    Yes.
25         Q    Okay.
```

1            You were not guarding any dignitaries or anything

2    like that?

3       A    No.  I had some older people with me, and I was

4    just making sure they made it around all right.

5       Q    From Wyoming?

6       A    Yeah.  And Utah.

7       Q    Who had come with you as part of the Oath Keepers

8    group?

9       A    Yes.  Yeah.

10      Q    Okay.  So they were part of your group?

11      A    Yes.

12      Q    Okay.

13            You didn't come to D.C. and start being a security

14    guard for a Congressman or something?

15      A    No.

16      Q    Okay.

17            And then when the rally was over, you started

18    heading towards the Capitol, right?

19      A    Yeah.

20      Q    Like lots of other people?

21      A    Yeah.

22      Q    And as you got a little bit closer to the Capitol,

23    you saw all sort of police vehicles and emergency vehicles

24    racing towards the Capitol?

25      A    We saw that before we started walking.

1       Q      And as you got --

2       A      Well, before, actually.

3       Q      Okay.

4              And as you got closer to the Capitol, you decided,

5       Maybe we shouldn't go any further?

6       A      Yeah.

7       Q      And you did an about-face and went the other

8       direction?

9       A      Yeah, and I -- actually, a lot of other people

10      that were going that way were like, What's going on?  I was

11      like, I don't know, but we're not going over there.

12      Q      Because you didn't want to be involved in whatever

13      was going on over there, right?

14      A      Yeah.

15             MR. NESTLER:  No further questions.

16             MR. BRIGHT:  Briefly, Your Honor.

17                              - - -

18                     REDIRECT EXAMINATION

19      BY MR. BRIGHT:

20      Q      Good morning again, sir.

21      A      Hey.

22      Q      Just a few very brief questions.  In all honesty.

23             You have been shown some text messages that -- or

24      Signal chats today, correct?

25      A      Yes.

1    Q    And did they jog your memory as to the remembrance

2    of the fact that you were on that "D.C. Op" chat?

3    A    Yeah, I remember being on the chat.

4    Q    Okay.

5         But you've said that as part of that, you were a

6    somewhat infrequent user?

7    A    Yeah.

8    Q    Okay.

9         But you would acknowledge on that date, you were

10   part of that "D.C. Op" chat, correct?

11   A    Yeah.

12   Q    Okay.

13        And so theoretically, had you been aware of orders

14   or anything coming through on that chat, had your phone been

15   working, you would have seen them; is that fair?

16   A    Yeah.

17   Q    Okay.

18        And you didn't receive any orders or anything

19   later when you got back to Virginia and your phone started

20   downloading, correct?

21   A    Yeah, and even then there was nothing on there

22   saying go, so...

23   Q    You think all responsible gun owners should get

24   formal training; is that accurate?

25   A    Say again.  Say one more time.

7681

1      Q    Do you believe that all gun owners should get

2  formal training?

3      A    Yeah, I believe it should part of school

4  curriculum.

5      Q    Okay.

6           And you think it's actually irresponsible of

7  regular gun owners to not be trained efficiently in them; is

8  that --

9      A    I absolutely feel that way.

10     Q    Do you believe that force-on-force Simunitions

11  training is also an important part of being prepared?

12     A    Yes, very much so.

13     Q    What is Simunitions?

14     A    Simunitions, well, you could say Airsoft.

15  Simunitions -- native Simunitions come from England, I

16  believe, but we used them in the military.

17          A lot of your civilian trainers use Airsoft

18  because most of your gunfights happen within three to

19  seven feet of each other, and so it involves not only being

20  able to manipulate and utilize your firearm efficiently but

21  also being able to utilize some sort of marshal art.

22          And so if you can't practice that in some way,

23  when the bad stuff happens -- and we don't get to know when

24  that's going to happen -- most people freeze up and will,

25  more often than not, get themselves hurt.

1    Q    So force-on-force training?

2    A    Yeah.

3    Q    Is that a military term?

4    A    Yes.

5    Q    Okay.

6         And force-on-force training is not necessarily

7    intended to be offensive, correct?

8    A    No, a lot of times it's defensive.  Especially if

9    you're hands-on, it is mostly defense.

10   Q    Okay.

11   A    You don't go hands-on because you want to.  It's

12   because someone is attacking you and you need to defend

13   yourself.

14        And more often than not, a gun isn't going to do

15   it inside that distance.  You have to be able to manipulate

16   their body and yours in order to protect you and those

17   around you.

18   Q    Okay.

19        I want to clarify two final things, if I may, with

20   you, sir.

21   A    Sure.

22   Q    On cross, the question was asked, "You wanted to

23   fight alongside the Oath Keepers."  Remember that?

24   A    Yeah, I remember that.

25   Q    And you -- to clarify, from the message that you

1    saw in terms of your preparedness to fight, that was a

2    reference to Antifa, correct?

3         A    Yes.

4         Q    That was a reference to other groups that you saw

5    nationwide burning this country down?

6         A    Yes.

7         Q    It had nothing to do with wanting to fight your

8    government?

9         A    No.

10        Q    Thank you.

11        A    We're not -- Oath Keepers --

12        Q    Thank you very much.

13        A    Yeah, Roger.

14             MR. BRIGHT:  No further questions, Your Honor.

15             THE COURT:  All right.  Thank you.

16             Mr. Maddox, thank you for your time and testimony,

17    sir.  You may step down, and safe travels home.

18             THE WITNESS:  Roger that.  Thank you, sir.

19             MR. BRIGHT:  Your Honor, we call Dario Aquino to

20    the stand.

21             THE COURT:  Would you all pick up the phone for a

22    moment?

23             (Bench conference)

24             THE COURT:  Mr. Woodward, I understand the CJA

25    lawyer is now connected with Mr. Jackson; is that right?

1          MR. WOODWARD:  Yes.  They're speaking now in the

2    witness room.

3          THE COURT:  Okay.

4          Does the defense lawyer have any sense of what

5    Mr. Jackson's role is in all of this and what his testimony

6    is likely to be?

7          MR. WOODWARD:  I have given him a preview of that,

8    obviously very brief and high level.

9          I have also told him that the government has

10   concerns about his exposure, so I flagged for Mr. Smith that

11   this is why we're doing it.  I expect there will be

12   questions.  But obviously, I didn't want to get very

13   involved in --

14         THE COURT:  Sure.

15         MR. WOODWARD:  -- the relationships --

16         THE COURT:  I just wanted to make sure.  I don't

17   know whether -- obviously if Mr. Smith would like to speak

18   with government counsel, that would be something that would

19   be appropriate, and we can make those arrangements.

20         MR. WOODWARD:  Okay.  Understood.

21         THE COURT:  All right.

22         (Open court)

23         THE COURT:  Mr Aquino, welcome, sir.

24         THE WITNESS:  Yes.

25         COURTROOM DEPUTY:  Raise your right hand.

```
 1                  (Witness is placed under oath.)

 2              COURTROOM DEPUTY:  Thank you.

 3              THE WITNESS:  Yeah, under my counsel advice, we

 4   were talking just outside and --

 5              THE COURT:  Hang on.

 6              Mr. Aquino, hang on for a second.  Hang on.

 7              THE WITNESS:  Okay.

 8              MR. BRIGHT:  Did you need to communicate

 9   something?

10              THE WITNESS:  No, we just communicated just right

11   now.  Yeah, just a couple minutes ago.

12              MR. BRIGHT:  Okay.

13              THE COURT:  All right.  Why don't you get started.

14                          -  -  -

15   DARIO AQUINO, WITNESS FOR DEFENDANT RHODES, SWORN

16                    DIRECT EXAMINATION

17                          -  -  -

18   BY MR. BRIGHT:

19      Q    Good morning, Mr. Aquino.  My name's James Lee

20   Bright.  I represent Stewart Rhodes.  You and I have

21   previously spoken, correct?

22      A    Yes.

23      Q    Okay.  We've spoken twice, correct?

24      A    We decide to plead the Fifth, under my lawyer

25   advice.
```

```
 1                THE COURT:  All right.
 2                MR. BRIGHT:  Number one, I didn't understand him,
 3     I apologize.
 4                THE COURT:  I did.
 5                So, ladies and gentlemen, I'm going to actually --
 6     I hate to do this, but we're going to have to excuse you
 7     momentarily before we proceed with this witness.
 8                I'm not going to predict right now how long it's
 9     going to be, but hopefully it won't be that long.  All
10     right.
11                Mr. Douyon will show you out.  Thank you.
12                COURTROOM DEPUTY:  All rise.
13                (Jury exited the courtroom.)
14                THE COURT:  All right.  Have a seat, everyone.
15                Mr. Crawley, on behalf of Mr. Aquino, do you have
16     any updates for us?
17                MR. CRAWLEY:  Yes, Your Honor.
18                As the Court is aware and as I mentioned earlier,
19     this matter was brought to my attention for the first time
20     yesterday.  I hadn't spoken to Mr. Aquino since May.
21                I found it to be very disturbing that defense
22     counsel would speak to Mr. Aquino without informing me
23     first.
24                Mr. Aquino indicated that he told them that he had
25     counsel here in the District of Columbia.
```

1            Based upon our discussions, Mr. Aquino now wishes

2     to invoke his Fifth Amendment privilege against

3     self-incrimination.  He is and was at the time that I was

4     appointed a target of a potential investigation concerning

5     January 6th and the incidents that occurred there.

6            So on advice of counsel back then, he indicated to

7     the government he would invoke.  Today, he is maintaining

8     that position, that he will invoke his Fifth Amendment

9     privilege against self-incrimination.

10           Thank you, Your Honor.

11           THE COURT:  Okay.  Mr. Aquino, why don't you step

12    down and why don't --

13           THE WITNESS:  Yes.

14           THE COURT:  And I'll actually ask you to step

15    outside the courtroom.

16           Mr. Crawley, I'll ask you to remain, please, for a

17    moment.  Mr. Crawley, you can remove your mask if you like.

18           MR. CRAWLEY:  Thank you, Your Honor.

19           THE COURT:  Okay.  Well, that was an unexpected

20    turn.

21           So let me ask defense counsel whether there's a

22    contest or a challenge to the basis for the invocation?

23    Because I have no idea what this gentleman is going to

24    testify to or what his exposure is.  So I'm happy to be

25    enlightened.

1            MR. BRIGHT:  Your Honor, if I may, so the primary

2    focus of the line of questions that I would have had for

3    Mr. Aquino, from my perspective, have nothing to do with

4    the -- with behavior that could expose him to legal

5    jeopardy.

6            -- at the time that Mr. Rhodes and Ms. SoRelle

7    made contact with Mr. Aquino, it is my understanding that he

8    was actually at his hotel, not on the Hill.

9            Mr. Rhodes reached out to him because the porta

10   potties, ironically, had long lines, were nasty, backed up,

11   and it was cold and Mr. Rhodes was, having known Mr. Aquino

12   was in town because they had briefly spent time the night

13   before, not engaged in any untoward or illegal activity, but

14   actually at one point just walking around trying to find

15   their car; that Mr. Rhodes reached out to Mr. Aquino knowing

16   that he had a hotel room nearby and available, and they

17   stopped, got some chicken wings, walked to the hotel, he

18   greeted them, brought them up into the room, and that during

19   the period of time that they were there, they were watching

20   TV until a given notice was sent to Mr. Rhodes alerting them

21   that stuff had started happening on the Hill.

22           He can attest to the fact that during the period

23   of time that they were together, Mr. Rhodes was not calling

24   people, he was not planning anything, he was not giving

25   directions, he was not giving orders.  They were literally

```
 1   just sitting there eating chicken wings and watching TV.  It
 2   fills in the period of time from the time that Mr. Rhodes
 3   and Ms. SoRelle left the Hill after the Latinos for Trump
 4   rally and his speaking engagement, and then until they
 5   re-approached the Hill later on.
 6          The only thing that I could think of that, from my
 7   review of the evidence, unless the government is willing to
 8   proffer something differently, is that Mr. Aquino could have
 9   some limited liability exposure for going into a restricted
10   area.
11          Now, I've spoken with Mr. Aquino about this and he
12   has been absolutely adamant with me that when they went back
13   to the Capitol, there were no barricades even thrown down
14   the side.  They literally just walked up, not even knowing
15   that anything was restricted because there was a cast of
16   thousands of people.
17          Now, unless the government has a different take on
18   it, that's my understanding of what his testimony would be.
19          And then what he personally witnessed on the
20   northeast point of the Hill that day.  He was standing next
21   to Mr. Rhodes; he can attest that he wasn't telling people
22   to do these things.  But more than anything, he fills in
23   that two hour, if you will, gap.
24          MS. RAKOCZY:  Your Honor, Mr. Aquino is on some of
25   the Signal chats that have been important in this case.
```

1          He's added to the "OK FL Hangout" chat, I believe,

2    on November 25th of 2020.

3          He participates in some conversations that we have

4    introduced as evidence of the conspiracy.

5          There's part of what's already in evidence as

6    Government's 6860.

7          There's an exchange in mid December as people are

8    gearing up for January 6th where we allege the messages are

9    suggesting an interest in doing something with respect to

10   the 6th, an interest in using force, and he chimes in to a

11   series of four messages that we would show him.

12         He messages at other points in the "OK FL Hangout"

13   chat, things like, "It's time to remove these," some

14   derogatory term, "by force."

15         He then makes plans to come to D.C.  He says to

16   Mr. Rhodes he's going to come to D.C., he says he's not

17   getting along super well with the Floridians, so he's going

18   to come with the North Carolina group.  Mr. Rhodes says,

19   "Come with me, I want you to be my 'battle buddy.'"

20         Mr. Aquino then comes to D.C. and follows

21   Mr. Rhodes around all day on the 6th.  They enter the

22   Capitol Grounds, he, Mr. Rhodes and Ms. SoRelle, around 2:12

23   p.m., as Ms. SoRelle is live-streaming to Facebook things

24   like, "They overran the barricades, don't be alarmed; this

25   is how you take your country back; you literally take your

1    country back."

2           Mr. Aquino then goes around to the west side of

3    the Capitol and they get -- they, Mr. Rhodes, Mr. Aquino,

4    and Ms. SoRelle get pretty close to the alcove on the Upper

5    West Terrace, which is contrary to testimony yesterday,

6    where some of the first rioters breached the building

7    through a window with the shield.

8           They're pretty close at what appears to be

9    sometime between 2:15 and 2:30.  So it's not the precise

10   moment of entry of the breach on that side, it seems a

11   little bit before then, but they're pretty close in time and

12   space to that incident.

13          A little bit later in the day, Mr. Aquino is then

14   with Ms. SoRelle and Mr. Rhodes on the west side, the Upper

15   West Terrace a little bit further back from the earlier

16   position, and they're filming.  There are people who've

17   climbed up the scaffolding.

18          At this point in time, rioters have breached the

19   building, and Mr Aquino, as you've already seen, turns to

20   Mr. Rhodes and says, "They've got to be shitting their pants

21   inside right now."  Mr. Rhodes says, "They better be

22   shitting their pants.  Sic semper tyrannis."

23          So all of that does put him in a position that the

24   government would argue exposes him to the realm of charges

25   that are available here, starting with 1752 and up to and

```
 1    including seditious conspiracy.  And so I think we would

 2    probably ask about all the things I just said on cross.

 3              MR. BRIGHT:  So you would consider him an

 4    unindicted co-conspirator for all five charges?

 5              MS. RAKOCZY:  Yes, Your Honor.

 6              MR. FISCHER:  Your Honor, if I could add, if I

 7    understand Ms. Rakoczy correct, so the government -- and

 8    what Mr. Nestler said this morning is that they were aware

 9    through his counsel that he would invoke the Fifth

10    Amendment, but the government went ahead and introduced

11    Signal messages that are inculpatory Signal messages from

12    Mr. Aquino.

13              So they get to put messages in from Mr. Aquino

14    that the defense believes are out of context and could be

15    explained way.  And now, the defense doesn't have a chance

16    to bring in this witness to explain.  That's the problem

17    that we're having, Your Honor.  It's distorting the trial.

18              THE COURT:  So, Mr. Fischer, I mean, look, you've

19    been doing this long enough to understand that that is often

20    what happens, where there's written evidence, written

21    communications, and, for whatever reason, whether it's the

22    defendant who doesn't testify or a witness who doesn't

23    testify, who doesn't come in to explain what it is and it's

24    left to the jury to infer what the meaning of those writings

25    are.  This is not unusual.
```

1          The question is ultimately, I guess, whether the

2     defense is contesting his invocation.  I mean, from what

3     I've heard and, as you all know, the basis for invocation

4     doesn't have to be -- it's just a link in the chain of the

5     evidence.  And if he gets up on the witness stand and says,

6     I was with Mr. Rhodes, I sent these communications, yeah, I

7     went with Mr. Rhodes out there and was on the

8     Capitol Grounds, that's a few links.

9          MR. BRIGHT:  My direct with him is not what would

10    expose him.  It would be the government's cross.

11         THE COURT:  Well, are you going to limit your

12    direct examination to the hotel?

13         MR. BRIGHT:  In the period back up to -- I mean,

14    and I could keep it fairly narrow.  I could keep it fairly

15    narrow, Your Honor.

16         THE COURT:  But define what you mean by narrow.

17         MR. BRIGHT:  Prior involvement in the

18    Oath Keepers' legal activities, the lead-up to January 6th,

19    and then the manner in which he entreated them to come back

20    to his hotel room.  And he can attest from that window and

21    period of time, that he did not witness any of the type of

22    things that the government's alleged against Mr. Rhodes.

23         THE COURT:  So any testimony about anything prior

24    to January 6th and his participation and legal activities is

25    going to be subject to cross-examination with respect to his

1    communications before January 6th, and that's part of the

2    exposure the government has just articulated.

3          If the questioning began with, you were in the

4    hotel room and Mr. Rhodes came in, what was your

5    observations, A, B, and C, and he sits down after that, I

6    don't know, that may be a different story; but, again --

7    look, just as the defense gets to cross-examine as to bias,

8    the government gets to cross-examine as to bias.

9          MR. BRIGHT:  I mean, I would take it and run if

10   you just give me the latitude to keep it extremely narrow to

11   the period of time of when they went down there, when they

12   left.

13         THE COURT:  You're putting him outside.  I mean,

14   that's the problem.  You're putting him outside with

15   Mr. Rhodes during the riot.

16         Mr. Crawley.

17         MR. CRAWLEY:  Thank you again, Your Honor.

18         Puts me in an awkward position as a defense

19   attorney, obviously, to argue against other defense

20   attorneys, but I will say this, from an ethical standpoint,

21   it has always been my understanding that once an attorney is

22   made aware that an individual has an attorney, the

23   communication has to first go through the attorney.

24         We would not be here, because if I had not -- if I

25   took the position to Mr. Aquino that you cannot talk to

1   them, they would have had no interviews to base upon -- base

2   their decision to bring him forward as a witness.

3           And now they want to take the questionable ethical

4   issue and play it to their favor to put my client, which I

5   would say is not as sophisticated when it comes to the law

6   as it relates to his rights, and that's why me asked for an

7   attorney, they want to put that individual on the witness

8   stand for their self-gain while denying him the opportunity

9   to at least have his attorney made aware that they were

10  going to question him.

11          The government did it the right way.  They got him

12  an attorney.  And it's unbelievable that I'm saying this,

13  they got him an attorney.  He communicated to the defense

14  team that he had an attorney.  They just totally said to

15  hell with that, excuse my expression, made no contact with

16  me, and he's in a plane on his way here yesterday when I

17  find out about it.  That's unbelievable to me.

18          MR. BRIGHT:  Your Honor, may I clarify?  I mean,

19  if my ethics are going to be in question today, I am going

20  to bite back.

21          When I made contact with Mr Aquino, I had been

22  made aware, and I thought it was factual and accurate, that

23  his counsel had been contacted.

24          I was told that he had an attorney here in D.C.,

25  correct.  I was told he also had an attorney in Miami.

```
 1    I would never have approached the witness and done that had
 2    I not been told otherwise.
 3              I've made it clear to the Court, I've apologized
 4    to his counsel already in person, I've apologized to the
 5    Court.  This isn't an ethical issue done intentionally.
 6              I apologized to you in person outside.
 7              I apologize to the Court if there's a lapse, but
 8    that's what it was, it was a lapse.  If the Court deems that
 9    he can't take the stand -- or he chooses not to, I'm okay
10    with that, I have no problem with that, but I'm not going to
11    have the other challenges made today in court without
12    fighting back.
13              THE COURT:  Okay.
14              MR. BRIGHT:  An accident happened and I asked for
15    forgiveness and if he can't give it, so be it.
16              THE COURT:  All right.  Let's turn the temperature
17    down a little bit.  Everybody is operating, I think, in good
18    faith.  Everybody is doing their jobs and I appreciate that.
19    So let's keep the emotions in check.
20              Look, absent some agreement of a narrow set of
21    questions that he's prepared to answer that would not on
22    cross-examination expose him to criminal liability, he's
23    invoked, and I don't see that there is a basis at this point
24    to overrule that assertion.
25              As I said, if there can be crafted something that
```

```
1   is narrow, something that would not require or would place

2   out of bounds cross-examination that might give rise to

3   incriminating testimony, that may be a different situation,

4   but that's certainly not the scope that's been presented,

5   and you all may want to think about that, talk to

6   Mr. Crawley.

7            MR. CRISP:  May I step out with Mr. Crawley, if I

8   may?  I have little to no knowledge of any of this so I

9   figured I could at least try.

10           THE COURT:  It's good to have a neutral --

11           All right.

12           MR. CRISP:  May I?

13           THE COURT:  Well, sure.  Why don't you -- do we

14  have -- yes, please.  Mr. Crawley, why don't you take an

15  opportunity to speak with him.

16           Look, I think the government needs to be involved

17  in your conversation insofar as I don't know what -- and

18  maybe it's done separately, but, you know, I think all

19  parties need to have their say so Mr. Crawley can be fully

20  informed.

21           MR. WOODWARD:  Your Honor, for the record, we

22  would ask the Court to give Mr. Aquino immunity.

23  I understand the Circuit precedent, but we're not going to

24  be able to change that unless we make a record.  So the

25  defense request is that the Court grant Mr. Aquino immunity.
```

1    We do that respectfully, appreciating that your hands are

2    tied.

3            THE COURT:  The request is denied.  I don't have

4    the power or the authority to do it so...

5            MR. WOODWARD:  We'll work on getting you the

6    power, Judge.

7            MS. RAKOCZY:  Your Honor, I guess with the Court's

8    indulgence, I'll step out.  Thank you.

9            THE COURT:  All right.  Why don't we all just cool

10   our heels for a couple minutes, see what comes of this and

11   then see where we go from here.

12           (Pause)

13           MR. WOODWARD:  Well, we do have a witness.

14   Mr. Siekerman is here.

15           THE COURT:  Okay.

16           MR. WOODWARD:  If we decide we want to proceed

17   before lunch, we can put him on.

18           THE COURT:  Just give this a couple minutes.

19           MR. WOODWARD:  Sure.

20           THE COURT:  Let it play out till about noon.  And

21   then if we can get Mr. Siekerman on the stand before lunch,

22   we'll do that.

23           Alternatively, maybe we'll just break early and

24   then come back and see where all the dust settles.

25           MR. WOODWARD:  No objection.

```
 1              (Pause)
 2              THE COURT:  Mr. Woodward, what's the name of the
 3    lawyer that's consulting with Mr. Jackson?
 4              MR. WOODWARD:  Nicholas Smith, Your Honor.
 5              THE COURT:  Okay.  JC, can you just email
 6    Ms. Peterson back and let her know we've identified someone
 7    who's doing it.
 8              (Pause)
 9              THE COURT:  Mr. Woodward, can I ask you to --
10    well, hang on.
11              Can I ask you to step outside and just see where
12    the discussions are.  If they're not near completion, then
13    perhaps we ought to just take lunch and see where things are
14    afterwards.
15              MR. BRIGHT:  Your Honor, I apologize to the Court
16    for my demeanor a minute ago.  I think you've seen, in the
17    ten months we've been working together, the only two times
18    I've gotten upset are when my ethics get questioned.
19              THE COURT:  Do not worry, Mr. Bright.
20              (Pause)
21              MR. CRAWLEY:  Your Honor, may I approach the
22    Clerk?
23              MR. CRISP:  Your Honor, I think at this point,
24    speaking with Ms. Rakoczy, Mr. Crawley, I don't believe
25    there's a series of questions we could craft, so the short
```

```
 1    answer is we will not -- I don't believe the defense has any
 2    basis to challenge the invocation of the Fifth Amendment and
 3    that I think at this point it's a moot issue, and he's
 4    invoked and we drive on.
 5              THE COURT:  Okay.
 6              All right.  In that case, why don't we then take
 7    our lunch break.  We'll see where we are when we return with
 8    respect to Mr. Jackson.  And if Mr. Jackson is still
 9    delayed, then we'll take up Mr. Siekerman's testimony at
10    that point, okay.
11              MR. BRIGHT:  Yes, Your Honor.
12              THE COURT:  Does that work for everybody?
13              All right.  Thank you, everyone.  We'll see you
14    shortly.
15              MR. FISCHER:  What time does the Court want us
16    back?
17              THE COURT:  1:05.
18              MR. FISCHER:  Thank you.
19              THE COURT:  Thank you.
20              (Recess from 12:04 p.m. to 1:05 p.m.)
21
22
23
24
25
```

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__November 8, 2022_____    _____

                    William P. Zaremba, RMR, CRR

**BY MR. BRIGHT: [8]**
7600/7 7600/25
7624/11 7640/11
7650/15 7650/23
7679/19 7685/18
**BY MR. NESTLER: [8]**
7652/4 7654/1 7657/23
7662/17 7665/19
7667/14 7668/8 7677/8
**COURTROOM
DEPUTY: [12]** 7566/2
7566/5 7567/4 7599/13
7599/25 7600/2 7671/2
7674/23 7677/2
7684/25 7685/2
7686/12
**DEFENDANT
WATKINS: [4]** 7598/12
7598/15 7675/24
7676/3
**MR. BRIGHT: [65]**
7566/24 7567/5
7567/11 7567/13
7568/10 7569/8
7569/18 7569/24
7571/24 7572/17
7573/13 7573/24
7574/23 7575/2
7578/23 7579/2 7579/4
7590/23 7591/5
7594/17 7594/23
7595/4 7595/18
7598/18 7599/2
7599/10 7599/23
7650/21 7651/20
7654/6 7654/18
7654/20 7655/6
7655/25 7656/23
7657/6 7662/13
7665/15 7668/2
7673/15 7674/1 7674/6
7676/14 7676/17
7676/19 7676/23
7679/16 7683/14
7683/19 7685/8
7685/12 7686/2 7688/1
7692/3 7693/9 7693/13
7693/17 7694/9
7695/18 7696/14
7699/15 7700/11
**MR. CRAWLEY: [11]**
7671/18 7673/2
7673/10 7673/12
7673/21 7674/2
7674/10 7686/17
7687/18 7694/17
7699/21
**MR. CRISP: [5]**
7651/24 7676/25
7697/7 7697/12
7699/23
**MR. FISCHER: [7]**
7585/20 7585/25
7593/7 7651/25 7692/6
7700/15 7700/18
**MR. GEYER: [1]**

**MR. LINDER: [5]**
7568/8 7598/3 7598/17
7671/10 7671/13
**MR. NESTLER: [34]**
7569/5 7569/13
7570/15 7574/9 7576/5
7584/2 7584/11
7589/17 7591/3 7594/2
7595/7 7595/10 7596/1
7597/7 7624/8 7640/10
7650/13 7650/18
7653/23 7654/4
7654/10 7654/24
7655/16 7656/25
7657/14 7657/16
7662/11 7665/13
7667/11 7667/25
7668/6 7674/9 7677/7
7679/15
**MR. WOODWARD:
[47]** 7570/7 7576/16
7577/25 7578/9
7578/12 7578/21
7580/15 7580/18
7581/6 7581/18
7581/21 7582/15
7582/18 7583/3
7583/16 7583/24
7584/24 7585/15
7585/18 7588/6 7589/6
7589/19 7589/25
7592/14 7592/22
7592/24 7594/22
7596/15 7596/21
7597/20 7651/22
7675/4 7675/15
7675/19 7676/9
7676/13 7684/1 7684/7
7684/15 7684/20
7697/21 7698/5
7698/13 7698/16
7698/19 7698/25
7699/4
**MS. RAKOCZY: [8]**
7581/9 7581/23 7582/2
7582/21 7593/24
7689/24 7692/5 7698/7
**THE COURT: [140]**
7566/4 7566/21 7567/8
7567/12 7569/2
7569/20 7570/2 7571/7
7571/15 7572/12
7573/12 7573/16
7574/19 7575/11 7576/4
7577/18 7578/4
7578/11 7578/18
7579/1 7579/3 7579/6
7580/16 7581/4
7581/16 7581/20
7582/1 7582/13
7582/17 7582/25
7583/4 7583/8 7583/10
7583/22 7583/25
7584/10 7585/9
7585/17 7587/1
7589/21 7589/21
7590/1 7592/21

7595/1 7595/5 7595/9
7595/13 7595/20
7596/11 7596/20
7597/24 7598/7
7598/13 7598/16
7599/1 7599/6 7599/11
7599/15 7600/3
7600/23 7624/9
7650/14 7650/19
7650/22 7651/21
7652/1 7654/7 7654/13
7654/16 7654/19
7654/21 7655/11
7656/10 7657/8
7662/14 7665/16
7668/3 7670/21 7671/4
7671/9 7671/12
7671/14 7671/17
7672/16 7673/9
7673/11 7673/13
7673/18 7674/4
7674/11 7675/1 7675/9
7675/16 7675/21
7676/1 7676/4 7676/12
7676/16 7677/4
7683/15 7683/21
7683/24 7684/4
7684/14 7684/16
7684/21 7684/23
7685/5 7685/13 7686/1
7686/4 7686/14
7687/11 7687/14
7687/19 7692/18
7693/11 7693/16
7693/23 7694/13
7696/13 7696/16
7697/10 7697/13
7698/3 7698/9 7698/15
7698/18 7698/20
7699/2 7699/5 7699/9
7699/19 7700/5
7700/12 7700/17
7700/19
**THE WITNESS: [13]**
7600/24 7624/10
7657/22 7671/8
7676/18 7676/21
7676/24 7683/18
7684/24 7685/3 7685/7
7685/10 7687/13

**,**
**'03 [1]** 7603/9
**'06 [1]** 7605/8
**'16 [2]** 7608/19 7611/19
**'17 [2]** 7608/19 7611/19
**'21 [3]** 7621/20 7636/19
7668/11
**'battle [1]** 7690/19
**'Cause [1]** 7629/15

**0**
**08077 [1]** 7563/8
**0826 [1]** 7563/14

**1**
**1-10 [1]** 7605/13

7668/17
**10 [4]** 7566/9 7605/13
7613/12 7613/12
**100 [1]** 7597/8
**11 [3]** 7600/18 7601/25
7630/21
**11:00 [1]** 7670/23
**11:07 [1]** 7674/25
**11:15 [1]** 7670/25
**11:22 [1]** 7674/25
**122 [1]** 7605/11
**12:04 [1]** 7700/20
**12th [1]** 7606/7
**14-day [1]** 7633/6
**1460 [1]** 7562/12
**15 [6]** 7561/4 7566/6
7574/2 7580/19
7580/21 7603/13
**16th [1]** 7665/20
**17 [2]** 7628/3 7668/15
**17110 [1]** 7562/15
**1752 [1]** 7691/25
**18 U.S.C [1]** 7585/2
**1800 [1]** 7660/5
**1808 [1]** 7563/3
**1966 [1]** 7590/11
**1:05 [2]** 7700/17
7700/20

**2**
**20 [3]** 7586/6 7605/9
7674/9
**20001 [1]** 7564/5
**2001 [1]** 7601/25
**20010 [1]** 7563/4
**2006 [1]** 7563/8
**2009 [1]** 7606/7
**2017 [1]** 7608/18
**202 [3]** 7561/18 7563/4
7564/5
**2020 [12]** 7612/17
7618/4 7618/20
7618/22 7621/21
7622/1 7622/3 7622/4
7622/5 7626/5 7668/20
7690/2
**2021 [2]** 7621/23
7627/18
**2022 [3]** 7561/5
7608/17 7701/7
**20579 [1]** 7561/17
**21061-3065 [1]**
7563/13
**214 [3]** 7562/5 7562/9
7590/13
**22-15 [2]** 7561/4
7566/6
**24 [2]** 7596/13 7596/18
**24-hour [1]** 7596/25
**252-7277 [1]** 7561/18
**252-9900 [1]** 7562/5
**25th [1]** 7690/2
**26 [1]** 7561/7
**28 [1]** 7660/3
**2:00 [1]** 7664/14
**2:12 [1]** 7690/22
**2:15 [1]** 7691/9

7691/9

**3**
**30 [1]** 7601/17
**300 [2]** 7563/13 7607/4
**3065 [1]** 7563/13
**30th [1]** 7668/20
**318 [1]** 7562/12
**3249 [1]** 7564/5
**3300 [2]** 7562/3 7562/7
**333 [1]** 7564/4
**354-3249 [1]** 7564/5
**370 [1]** 7590/13
**3rd [1]** 7633/25

**4**
**4031 [1]** 7562/15
**410 [1]** 7563/14
**412-4676 [1]** 7562/16
**43 [1]** 7600/20
**4676 [1]** 7562/16
**487-1460 [1]** 7562/12

**5**
**50 [2]** 7610/8 7611/21
**500,000 [1]** 7610/10
**5708 [1]** 7563/9
**5th [2]** 7633/24
7636/16

**6**
**6003 [1]** 7585/2
**601 [1]** 7561/17
**607-5708 [1]** 7563/9
**68 [1]** 7604/23
**6860 [1]** 7690/6
**6th [28]** 7624/5 7626/1
7626/25 7627/13
7627/18 7629/19
7632/22 7633/3
7636/17 7636/21
7639/19 7643/1
7648/23 7649/22
7652/20 7652/24
7657/25 7658/20
7667/5 7675/6 7677/13
7687/5 7690/8 7690/10
7690/21 7693/18
7693/24 7694/1

**7**
**700 [2]** 7562/4 7562/8
**71301 [1]** 7562/11
**717 [1]** 7562/16
**720-7777 [1]** 7562/9
**7277 [1]** 7561/18
**7310 [1]** 7563/12
**7447 [1]** 7563/4
**75219 [2]** 7562/4
7562/8
**7777 [1]** 7562/9
**787-0826 [1]** 7563/14
**7:30 [3]** 7567/1
7571/25 7575/13

**8**
**80 [1]** 7641/23
**801 [1]** 7586/22
**807 [2]** 7593/9 7593/20

**8**

**819 [1]** 7562/11
**856 [1]** 7563/9

**9**

**9/11 [1]** 7601/25
**90-year-old [1]**
7641/23
**9200 [5]** 7653/24
7654/5 7654/7 7654/8
7657/18
**9201 [4]** 7667/11
7668/1 7668/3 7668/4
**9205 [4]** 7665/2
7665/14 7665/16
7665/17
**9208 [4]** 7661/11
7662/12 7662/14
7662/15
**9900 [1]** 7562/5
**996-7447 [1]** 7563/4
**9:00 [1]** 7561/6

**A**

**a.m [3]** 7561/6 7674/25
7674/25
**abiding [1]** 7624/15
**abilities [1]** 7614/1
**ability [4]** 7575/16
7586/23 7588/19
7591/20
**able [6]** 7574/17
7586/5 7681/20
7681/21 7682/15
7697/24
**about [112]** 7566/25
7567/1 7567/6 7573/17
7575/16 7575/25
7577/11 7580/1 7580/7
7580/12 7580/23
7587/10 7588/8
7588/19 7589/3
7589/11 7590/8 7591/3
7592/11 7592/17
7594/7 7597/9 7597/11
7597/11 7597/15
7597/19 7600/9
7600/18 7601/8
7601/12 7601/17
7601/22 7601/23
7602/25 7603/17
7605/9 7606/5 7606/25
7607/16 7608/12
7608/16 7608/25
7609/6 7610/10
7610/15 7611/18
7612/20 7615/8
7615/11 7615/18
7616/12 7617/8 7618/4
7619/3 7619/11
7619/23 7621/25
7622/3 7624/1 7624/5
7627/10 7628/23
7629/2 7631/12
7632/25 7636/16
7636/21 7638/8
7639/16 7640/9

7645/19 7647/1
7647/19 7648/14
7650/2 7655/14
7656/19 7657/5
7658/24 7659/14
7660/3 7660/5 7661/14
7661/17 7662/2
7662/18 7662/23
7662/25 7663/23
7664/13 7666/13
7666/25 7667/5
7670/23 7670/24
7672/20 7673/20
7674/13 7677/1 7679/7
7684/10 7689/11
7692/2 7693/23
7695/17 7697/5
7698/20
**about-face [1]** 7679/7
**above [1]** 7701/4
**above-titled [1]** 7701/4
**absent [2]** 7596/12
7696/20
**absolutely [1]** 7681/9
7689/12
**acceptance [1]**
7588/15
**access [1]** 7643/13
**accident [1]** 7696/14
**accommodate [1]**
7599/5
**accuracy [1]** 7617/9
**accurate [4]** 7604/18
7614/21 7680/24
7695/22
**accused [1]** 7579/18
**acknowledge [1]**
7680/9
**across [5]** 7604/6
7604/6 7607/3 7610/8
7666/9
**action [4]** 7579/19
7631/2 7631/21 7663/4
**actions [1]** 7631/11
**active [1]** 7665/23
**activities [2]** 7693/18
7693/24
**activity [1]** 7688/13
**actual [1]** 7576/2
**actually [38]** 7595/14
7597/15 7604/1 7604/6
7604/23 7605/24
7609/21 7609/25
7612/2 7612/21
7613/14 7617/13
7626/13 7626/24
7627/19 7629/24
7632/15 7637/3
7637/16 7637/17
7641/13 7641/19
7645/17 7647/4
7649/11 7649/13
7649/21 7658/8
7658/11 7659/12
7661/2 7679/2 7679/9
7681/6 7686/5 7687/14
7688/8 7688/14

**add [2]** 7576/16 7692/6
**added [5]** 7667/8
7668/15 7668/19
7668/23 7690/1
**addition [1]** 7661/6
**address [2]** 7574/1
7671/13
**addressed [1]** 7594/20
**adept [1]** 7585/18
**adhering [1]** 7596/25
**admissible [1]** 7586/18
**admit [1]** 7587/2
**admitted [5]** 7565/10
7593/10 7654/7
7662/14 7665/16
7668/3
**admonished [1]**
7575/11
**admonishment [1]**
7585/19
**advance [3]** 7574/10
7597/14 7667/8
**advice [5]** 7582/5
7582/6 7685/3 7685/25
7687/6
**advise [4]** 7576/8
7580/1 7582/8 7584/4
**advised [7]** 7575/4
7581/12 7582/3 7584/7
7672/20 7672/24
7674/17
**advising [2]** 7576/25
7588/16
**affirmative [3]** 7583/25
7590/10 7655/14
**after [22]** 7575/21
7576/20 7577/14
7577/15 7591/13
7606/8 7608/1 7612/2
7629/15 7632/5
7645/12 7645/17
7648/23 7652/20
7652/24 7665/20
7668/23 7670/23
7670/25 7672/22
7689/3 7694/5
**afternoon [1]** 7646/12
**afterwards [4]** 7623/23
7626/11 7659/5
7699/14
**again [16]** 7577/5
7583/22 7590/9 7592/5
7596/3 7601/15 7639/2
7645/23 7657/18
7662/7 7672/14 7677/9
7679/20 7680/25
7694/6 7694/17
**against [7]** 7586/18
7672/5 7672/12 7687/2
7687/9 7693/22
7694/19
**agent [2]** 7578/2
7587/10
**ago [7]** 7576/19
7576/22 7586/7
7594/20 7608/16
7685/11 7699/16

**agamain [2]** [1] 7603/24
**again [1]** 7621/25
**add [2]** 7576/16 7692/6
**adding [4]** 7629/24
7655/11
**agreed [1]** 7583/2
**agreement [1]** 7696/20
**ahead [3]** 7650/20
7650/22 7692/10
**aided [1]** 7564/7
**ain't [1]** 7640/3
**airplane [1]** 7572/3
**Airport [1]** 7604/14
**Airsoft [2]** 7681/14
7681/17
**airway [1]** 7625/19
**AKA [1]** 7591/23
**AL [2]** 7561/6 7605/8
**Al-Hillah [1]** 7605/8
**alarmed [1]** 7690/24
**alcove [1]** 7691/4
**alerting [1]** 7688/20
**Alexandra [2]** 7561/15
7566/11
**Alexandria [1]** 7562/11
**all [120]** 7566/2
7566/19 7566/21
7566/24 7573/16
7573/19 7573/20
7577/22 7579/11
7579/19 7579/23
7582/13 7582/25
7583/8 7583/14
7583/15 7584/13
7587/9 7587/22
7590/22 7593/14
7595/17 7598/13
7599/8 7599/15
7600/10 7600/21
7603/16 7603/23
7604/2 7605/19 7607/2
7609/13 7610/22
7612/15 7616/2 7616/3
7617/11 7617/21
7617/23 7618/11
7619/9 7622/15
7623/18 7628/25
7629/21 7630/20
7630/20 7630/22
7633/17 7633/22
7637/19 7637/21
7637/21 7637/21
7638/16 7639/16
7640/5 7641/7 7644/1
7644/7 7644/9 7644/16
7645/18 7645/22
7646/6 7647/13
7647/14 7648/13
7651/21 7653/7
7654/21 7656/8
7656/10 7660/9 7661/3
7661/7 7662/1 7664/5
7664/14 7669/25
7670/6 7670/6 7671/1
7671/2 7671/7 7673/18
7674/5 7674/12
7674/19 7674/23
7677/4 7678/4 7678/23
7679/22 7680/23
7681/1 7683/15

7683/21 7684/5
7684/21 7685/13
7686/1 7686/9 7686/12
7686/14 7690/21
7691/23 7692/2 7692/4
7693/3 7696/16 7697/5
7697/11 7697/18
7698/9 7698/9 7698/24
7700/6 7700/13
**all right [4]** 7600/10
7671/7 7678/4 7684/21
**allege [1]** 7690/8
**alleged [2]** 7675/15
7693/22
**allow [8]** 7573/3
7573/10 7586/24
7593/15 7650/19
7656/11 7657/3 7657/4
**allowed [2]** 7595/8
7676/17
**almost [1]** 7614/2
**alone [1]** 7655/14
**along [2]** 7597/9
7690/17
**alongside [2]** 7667/2
7682/23
**already [13]** 7586/10
7594/19 7606/4
7619/19 7649/15
7654/16 7656/15
7656/15 7666/15
7668/25 7690/5
7691/19 7696/4
**also [18]** 7574/16
7585/20 7591/16
7592/20 7597/11
7614/20 7615/6
7617/11 7622/19
7635/6 7648/18
7661/17 7665/25
7671/11 7681/11
7681/21 7684/9
7695/25
**alternative [1]** 7573/9
**Alternatively [1]**
7698/23
**always [19]** 7583/18
7584/4 7592/10
7607/24 7610/19
7610/19 7624/5
7631/13 7636/2
7638/10 7653/13
7659/19 7660/15
7660/17 7660/19
7660/20 7660/21
7660/21 7694/21
**am [5]** 7585/9 7598/12
7672/21 7675/11
7695/19
**ambulance [1]** 7572/5
**amenable [1]** 7594/12
**Amendment [24]**
7574/11 7574/13
7574/16 7576/8 7577/9
7580/3 7580/6 7580/11
7581/2 7581/12
7583/13 7584/15
7587/19 7588/19

**A**

**Amendment... [10]**
7588/2 7589/14
7591/4 7593/18
7672/10 7674/15
7687/2 7687/8 7692/10
7700/2

**AMERICA [3]** 7561/3
7566/7 7638/21

**AMIT [2]** 7561/9 7566/3

**Amit P [1]** 7566/3

**among [1]** 7571/17

**another [8]** 7574/15
7578/2 7598/6 7611/8
7614/9 7614/10
7625/18 7626/12

**answer [6]** 7590/9
7624/9 7624/12
7650/22 7696/21
7700/1

**answers [1]** 7589/22

**anti [1]** 7651/18

**anti-government [1]**
7651/18

**anticipate [1]** 7596/16

**anticipated [1]**
7597/23

**Antifa [5]** 7622/14
7658/11 7664/4 7664/5
7683/2

**any [52]** 7572/14
7572/16 7573/9 7573/9
7574/18 7578/6 7579/9
7579/22 7580/2 7580/5
7581/5 7586/16
7591/1 7592/1 7593/17
7602/10 7607/16
7614/3 7621/25 7624/4
7627/17 7630/25
7631/10 7631/20
7631/20 7632/6 7637/2
7644/13 7645/2 7648/6
7648/10 7655/3
7655/14 7656/11
7656/16 7658/2
7673/16 7674/2
7675/22 7675/23
7678/1 7679/5 7680/18
7684/4 7686/16
7688/13 7693/21
7693/23 7697/8 7700/1

**anybody [8]** 7577/12
7583/11 7587/12
7588/5 7613/4 7637/4
7642/1 7644/13

**anymore [1]** 7666/2

**anyone [6]** 7582/10
7642/23 7657/4 7671/7
7673/25 7674/2

**anything [48]** 7580/1
7583/11 7585/10
7587/1 7587/9 7587/22
7588/13 7588/24
7594/17 7595/22
7607/12 7607/14
7607/16 7610/17
7610/23 7612/3

7619/11 7630/1
7630/23 7631/2
7631/19 7631/22
7640/9 7640/14
7641/21 7642/8 7643/2
7646/19 7648/7 7650/6
7652/14 7653/18
7655/8 7657/4 7666/13
7672/11 7674/13
7676/20 7676/22
7678/1 7680/14
7680/18 7688/24
7689/15 7689/22
7693/23

**anytime [2]** 7642/19
7642/19

**Apologies [1]** 7599/18

**apologize [10]** 7578/24
7592/5 7611/7 7618/9
7634/18 7673/16
7676/19 7686/3 7696/7
7699/15

**apologized [3]** 7696/3
7696/4 7696/6

**apparently [5]** 7572/4
7572/7 7590/5 7590/5
7628/19

**appear [2]** 7655/3
7672/3

**APPEARANCES [4]**
7561/13 7561/20
7562/17 7563/15

**appears [2]** 7668/10
7691/8

**application [1]**
7609/18

**applications [1]**
7630/10

**appoint [8]** 7580/13
7583/12 7583/20
7590/15 7674/15
7675/4 7675/11
7675/16

**appointed [10]** 7575/8
7576/1 7584/9 7588/9
7588/16 7589/18
7671/24 7673/7
7673/13 7687/4

**appointing [1]** 7584/21

**appointment [2]**
7672/2 7676/10

**appreciate [4]** 7578/21
7588/10 7625/21
7696/18

**appreciates [1]** 7672/7

**appreciating [1]**
7698/1

**approach [1]** 7699/21

**approached [2]** 7689/5
7696/1

**appropriate [1]**
7684/19

**approximately [1]**
7608/18

**April [1]** 7606/7

**Aquino [37]** 7574/25
7577/1 7581/10

7590/21 7591/14
7671/19 7683/19
7684/23 7685/6
7685/15 7685/19
7686/15 7686/20
7686/22 7686/24
7687/1 7687/11 7688/3
7688/7 7688/11
7688/15 7689/8
7689/11 7689/24
7690/20 7691/2 7691/3
7691/13 7691/19
7692/12 7692/13
7694/25 7695/21
7697/22 7697/25

**Aquino's [9]** 7581/7
7581/7 7581/10
7581/13 7581/19
7581/22 7581/23
7583/1 7671/14

**are [70]** 7566/19
7567/3 7574/4 7576/23
7577/9 7577/10
7577/16 7577/25
7580/17 7585/18
7586/4 7586/15
7586/16 7586/19
7587/22 7589/12
7589/24 7590/15
7590/16 7590/20
7590/25 7592/13
7592/24 7593/17
7596/5 7596/21
7596/23 7597/19
7599/8 7600/8 7600/19
7603/5 7604/1 7615/20
7617/25 7619/9
7624/17 7628/20
7632/8 7632/16
7632/20 7636/2 7636/3
7643/4 7645/19
7648/18 7651/11
7651/17 7651/18
7652/7 7653/14
7663/13 7667/15
7670/5 7671/18
7677/10 7690/7 7690/8
7691/16 7691/25
7692/11 7692/14
7692/25 7693/11
7695/19 7698/1
7699/12 7699/13
7699/18 7700/7

**area [5]** 7588/18
7605/10 7659/15
7660/1 7689/10

**aren't [4]** 7605/3
7616/24 7618/5
7662/19

**aren't you [1]** 7618/5

**argue [2]** 7691/24
7694/19

**arising [1]** 7591/25

**Arlington [5]** 7634/2
7634/16 7634/24
7645/19 7660/24
7634/20

**armor [1]** 7647/3

**Army [8]** 7602/5
7606/6 7611/17
7612/22 7623/22
7623/23 7630/10
7634/8

**around [25]** 7587/21
7590/19 7601/24
7603/4 7608/14
7616/24 7623/16
7627/2 7627/6 7629/4
7641/6 7641/8 7641/13
7647/3 7653/2 7655/20
7668/19 7672/2
7674/14 7678/4
7682/17 7688/14
7690/21 7690/22
7691/2

**arrangements [2]**
7593/3 7684/19

**arranging [1]** 7578/14

**art [1]** 7681/21

**articulated [1]** 7694/2

**as [90]** 7571/16
7571/18 7571/21
7571/25 7572/1 7572/9
7574/9 7575/8 7575/23
7576/14 7576/22
7577/2 7578/18 7580/8
7580/9 7583/17 7584/4
7585/21 7586/15
7586/20 7587/5 7587/6
7587/12 7588/14
7589/22 7589/22
7591/11 7591/12
7595/16 7595/18
7595/18 7596/5
7596/10 7597/9 7598/1
7598/1 7604/4 7604/16
7606/4 7608/4 7611/16
7612/12 7612/14
7613/11 7620/7
7621/15 7626/9
7628/16 7629/11
7630/14 7632/12
7635/16 7635/16
7637/21 7638/19
7648/6 7648/19 7655/2
7657/9 7657/12 7662/5
7664/7 7670/18 7672/6
7672/24 7673/11
7673/24 7678/7
7678/22 7679/1 7679/4
7680/1 7680/5 7686/18
7686/18 7690/4 7690/5
7690/7 7690/23
7691/19 7693/3 7694/7
7694/7 7694/8 7694/14
7695/2 7695/5 7695/6
7696/25 7697/17

**ascertain [1]** 7576/2

**ashamed [2]** 7637/24
7638/14

**aside [1]** 7638/16

**ask [26]** 7582/19
7582/21 7582/22
7583/18 7585/1

7586/14 7589/9
7589/13 7590/19
7590/20 7593/19
7628/24 7655/19
7655/19 7655/21
7671/5 7671/6 7672/6
7673/3 7687/14
7687/16 7687/21
7692/2 7697/22 7699/9
7699/11

**asked [12]** 7574/14
7584/8 7592/14
7592/15 7592/17
7627/14 7655/1 7662/3
7665/4 7682/22 7695/6
7696/14

**asking [6]** 7573/6
7580/15 7580/17
7587/22 7638/22
7656/19

**ass [4]** 7605/12 7642/5
7647/2 7649/7

**assault [1]** 7661/7

**assert [1]** 7655/25

**assertion [1]** 7696/24

**assignment [1]**
7640/17

**assist [1]** 7615/12

**assistance [2]** 7620/14
7643/5

**associate [1]** 7652/13

**ASSOCIATES [1]**
7562/14

**assuming [1]** 7598/24

**att.net [1]** 7562/12

**attack [1]** 7598/21

**attacking [1]** 7682/12

**attend [1]** 7622/12

**attendants [1]** 7572/4

**attending [1]** 7638/16

**attention [2]** 7672/14
7686/19

**attest [3]** 7688/22
7689/21 7693/20

**attorney [17]** 7575/7
7575/8 7582/5 7591/10
7595/18 7675/24
7694/19 7694/21
7694/22 7694/23
7695/7 7695/9 7695/12
7695/13 7695/14
7695/24 7695/25

**ATTORNEY'S [2]**
7561/16 7594/15

**attorneys [1]** 7694/20

**authority [4]** 7585/13
7585/15 7598/5 7698/4

**availability [1]** 7571/23

**available [13]** 7573/1
7573/2 7573/4 7573/9
7573/19 7573/21
7592/21 7599/3 7621/4
7621/5 7675/10
7688/16 7691/25

**Avenue [3]** 7562/3
7562/7 7564/4

**aware [35]** 7575/5
7575/10 7577/3 7580/2

**A**

aware... **[31]** 7580/6
7583/17 7590/16
7592/1 7592/2 7631/4
7631/5 7631/6 7632/12
7632/19 7635/6 7635/9
7635/13 7639/1 7639/7
7644/1 7649/9 7649/24
7650/16 7650/24
7651/4 7666/22 7673/8
7673/19 7673/22
7680/13 7686/18
7692/8 7694/22 7695/9
7695/22
awareness **[2]** 7635/16
7635/17
away **[4]** 7605/9
7647/22 7661/4
7666/15
awesome **[1]** 7610/24
awkward **[1]** 7694/18

**B**

Babylon **[1]** 7605/9
back **[40]** 7587/21
7588/17 7588/18
7594/11 7599/17
7601/25 7604/17
7606/1 7607/20
7617/11 7617/21
7618/14 7621/17
7626/15 7636/12
7645/17 7645/18
7645/19 7645/23
7645/25 7649/8 7652/9
7658/3 7658/24
7671/24 7674/21
7677/4 7680/19 7687/6
7689/12 7690/25
7691/1 7691/15
7693/13 7693/19
7695/20 7696/12
7698/24 7699/6
7700/16
backed **[1]** 7688/10
backing **[1]** 7663/8
bad **[3]** 7603/5 7653/12
7681/23
bag **[1]** 7604/16
Baghdad **[3]** 7602/14
7603/4 7604/13
ball **[1]** 7583/1
band **[1]** 7614/14
barbecue **[1]** 7626/11
barely **[1]** 7655/13
BARRETT **[2]** 7562/3
7564/4
barricades **[2]** 7689/13
7690/24
base **[2]** 7695/1 7695/1
based **[5]** 7593/11
7621/3 7635/17 7656/1
7687/1
basement **[4]** 7630/4
7631/25 7633/1 7633/3
bases **[1]** 7603/3
basically **[2]** 7593/14
7648/25

7687/22 7693/3
7696/23 7700/2
batch **[1]** 7645/12
battle **[1]** 7610/19
be **[147]**
became **[3]** 7632/12
7632/19 7659/4
because **[59]** 7578/8
7580/8 7580/24
7581/10 7582/3 7586/4
7587/16 7588/1
7595/14 7596/7 7596/8
7598/8 7605/24
7609/22 7612/24
7616/1 7616/4 7623/3
7624/15 7625/4
7626/14 7628/23
7629/24 7631/18
7634/12 7635/2
7635/10 7638/1 7641/5
7642/21 7643/6 7645/4
7651/17 7658/9
7660/11 7660/15
7660/18 7661/4
7663/13 7664/18
7666/6 7666/11
7666/23 7666/24
7667/2 7668/22 7669/3
7672/14 7673/22
7677/16 7679/12
7681/18 7682/11
7682/12 7687/23
7688/9 7688/12
7689/15 7694/24
**become [3]** 7572/9
7610/16 7649/9
**becomes [2]** 7579/16
7599/3
**bed [2]** 7649/5 7649/16
**been [63]** 7572/1
7575/6 7575/9 7575/11
7577/15 7577/21
7583/2 7583/18
7583/18 7586/6
7588/15 7591/2 7591/7
7591/13 7591/14
7591/16 7591/18
7591/24 7592/3
7592/10 7595/16
7597/16 7598/22
7611/9 7612/4 7613/11
7623/16 7623/22
7623/22 7623/25
7625/23 7627/2
7627/20 7630/5 7631/4
7631/6 7635/6 7638/11
7638/13 7639/24
7648/23 7648/24
7650/11 7650/16
7650/24 7651/4 7653/2
7653/13 7658/13
7664/16 7671/21
7679/23 7680/13
7680/14 7689/12
7689/25 7692/19
7694/21 7695/21
7695/23 7696/2 7697/4

before **[41]** 7561/9
7572/3 7578/10
7579/20 7581/11
7582/6 7582/7 7589/14
7589/24 7590/5
7596/18 7598/3
7601/25 7617/3 7622/1
7626/1 7626/2 7626/3
7627/20 7633/3
7633/25 7636/2
7639/18 7643/2 7647/4
7651/11 7652/21
7652/22 7652/25
7653/1 7659/13
7670/21 7675/17
7678/25 7679/2 7686/7
7688/13 7691/11
7694/1 7698/17
7698/21
began **[1]** 7694/3
beginning **[3]** 7603/9
7612/16 7668/6
behalf **[2]** 7671/19
7686/15
behavior **[1]** 7688/4
behind **[1]** 7606/5
being **[19]** 7577/9
7577/10 7586/2 7586/3
7586/4 7586/12 7599/4
7616/24 7638/14
7644/1 7655/9 7658/19
7661/17 7663/6
7678/13 7680/3
7681/11 7681/19
7681/21
believe **[24]** 7574/11
7574/15 7574/24
7575/10 7575/14
7576/10 7576/12
7581/24 7586/18
7587/9 7595/7 7621/20
7634/2 7647/21
7653/17 7659/6
7664/17 7681/1 7681/3
7681/10 7681/16
7690/1 7699/24 7700/1
believes **[1]** 7692/14
bell **[1]** 7603/25
belong **[2]** 7577/24
7596/9
bench **[4]** 7567/10
7571/15 7654/15
7683/23
benefit **[1]** 7672/18
benefits **[1]** 7587/19
Berwick **[1]** 7563/8
best **[5]** 7592/12
7599/5 7610/25 7639/6
7652/8
better **[5]** 7584/22
7606/17 7614/3
7657/20 7691/21
between **[5]** 7580/12
7592/2 7626/24
7631/24 7691/9
bias **[2]** 7694/7 7694/8
big **[9]** 7619/6 7621/17

7641/2 7642/5
7653/20 7661/2 7664/5
**big-ass [1]** 7642/5
**biggest [1]** 7611/15
**birthday [1]** 7600/23
**bit [16]** 7579/15
7579/17 7580/7
7589/23 7598/18
7601/22 7603/16
7616/25 7617/15
7667/12 7670/24
7678/22 7691/11
7691/13 7691/15
7696/17
**bite [1]** 7695/20
**black [5]** 7580/10
7604/9 7621/17 7637/8
7656/21
**blanche [1]** 7637/18
**bleeds [1]** 7625/19
**blessed [1]** 7605/4
**Blue [4]** 7617/1
7617/21 7618/14
7621/18
**body [4]** 7625/1 7638/9
7658/7 7682/16
**bomb [1]** 7605/14
**bombastic [1]** 7628/19
7648/19 7653/7
**bombings [1]** 7604/23
**both [6]** 7587/13
7595/8 7597/10 7609/2
7609/3 7635/13
**bottom [3]** 7595/20
7663/24 7668/14
**bounds [1]** 7697/2
**box [1]** 7661/2
**Bradford [3]** 7563/7
7563/10 7566/16
**brain [2]** 7608/22
7639/3
**branch [1]** 7602/4
**BRAND [1]** 7563/3
**brandwoodwardlaw.c
om [1]** 7563/5
**breach [2]** 7650/9
7691/10
**breached [2]** 7691/6
7691/18
**bread [2]** 7609/4
7613/22
**break [8]** 7636/3
7670/22 7670/22
7671/6 7674/13
7674/21 7698/23
7700/7
**brief [4]** 7601/23
7657/16 7679/22
7684/8
**briefly [2]** 7679/16
7688/12
**BRIGHT [12]** 7562/3
7562/7 7566/13
7566/23 7571/21
7576/17 7576/20
7599/8 7599/22 7662/2
7685/20 7699/19

bring **[6]** 7587/21
7606/16 7659/17
7660/9 7692/16 7695/2
bro **[4]** 7645/24 7647/7
7649/14 7649/15
broke **[1]** 7604/16
brother **[2]** 7611/8
7665/21
brotherhood **[3]**
7611/12 7611/13
7612/7
brothers **[1]** 7611/2
brought **[10]** 7586/8
7586/21 7616/10
7659/15 7659/20
7661/7 7672/14
7676/14 7686/19
7688/18
buddies **[2]** 7623/8
7645/4
buddy **[7]** 7609/2
7610/19 7611/3 7623/5
7629/24 7630/2
7669/20
buddy.' **[1]** 7690/19
building **[7]** 7618/11
7646/4 7649/10
7649/25 7650/3 7691/6
7691/19
bullets **[1]** 7625/2
bunch **[1]** 7677/20
buried **[1]** 7590/13
burn **[4]** 7619/5 7666/6
7666/12 7666/12
Burnie **[1]** 7563/13
burning **[2]** 7619/10
7683/5
business **[2]** 7572/7
7617/25
businesses **[1]**
7622/17
butter **[2]** 7609/4
7613/22

**C**

C.R **[1]** 7608/4
cable **[1]** 7629/25
caches **[1]** 7605/15
CAG **[2]** 7630/5 7630/8
Caldwell **[3]** 7563/11
7566/10 7566/18
7586/8 7586/12
7586/21
call **[32]** 7574/3
7574/15 7575/13
7575/16 7575/22
7578/14 7578/16
7579/13 7580/24
7582/18 7582/20
7587/23 7589/1
7590/24 7591/22
7593/17 7594/3 7595/20
7595/21 7596/10
7596/18 7597/12
7597/16 7599/24
7615/25 7623/5 7631/1
7631/2 7631/11
7639/10 7645/3

**C**

call... [1] 7683/19
called [11] 7572/5
7578/19 7578/20
7587/15 7645/23
7649/13 7649/13
7649/16 7651/2
7651/16 7673/24
calling [4] 7596/16
7597/23 7676/23
7688/23
calls [1] 7578/17
7631/21 7644/20
7645/13
camaraderie [2]
7611/10 7612/11
came [10] 7584/6
7604/13 7607/3 7608/3
7630/3 7630/23
7639/13 7661/2
7670/18 7694/4
can [81] 7572/12
7573/17 7576/16
7577/22 7580/13
7582/25 7583/20
7584/2 7585/1 7585/11
7585/21 7587/23
7587/24 7590/19
7593/3 7593/4 7593/4
7593/10 7593/14
7595/13 7595/21
7595/23 7595/24
7598/1 7598/1 7598/19
7598/24 7606/17
7613/9 7620/13 7621/6
7623/8 7624/9 7624/12
7625/2 7629/9 7632/17
7637/18 7647/13
7648/19 7650/22
7654/10 7654/14
7654/17 7654/18
7654/19 7654/20
7656/21 7657/12
7657/12 7657/20
7661/4 7661/5 7663/9
7664/5 7664/9 7665/2
7666/1 7667/11 7668/6
7668/23 7669/12
7671/4 7671/18
7674/13 7674/17
7674/20 7676/6 7677/1
7684/19 7687/17
7688/22 7689/21
7693/20 7696/25
7697/19 7698/17
7698/21 7699/5 7699/9
7699/11
can't [13] 7578/6
7583/19 7585/5 7585/5
7585/11 7597/4
7597/20 7610/1
7657/13 7660/2
7681/22 7696/9
7696/15
cannot [1] 7694/25
capable [1] 7592/8
capacity [1] 7616/17
Capitol [21] 7584/13

7644/6 7644/8 7644/14
7646/4 7646/21
7647/11 7647/14
7647/18 7648/11
7650/9 7678/18
7678/22 7678/24
7679/4 7689/13
7690/22 7691/3 7693/8
Capitol Grounds [3]
7584/13 7587/17
7693/8
car [1] 7688/15
care [1] 7640/23
Carolina [2] 7586/20
7690/18
carried [1] 7634/7
carry [4] 7615/19
7615/21 7660/15
7663/1
carrying [1] 7663/19
cars [1] 7619/10
Carson [1] 7606/10
carte [1] 7637/18
case [20] 7566/6
7572/20 7576/24
7577/14 7578/10
7586/20 7588/3
7588/10 7590/11
7592/4 7593/2 7597/16
7599/21 7640/6
7655/22 7671/24
7673/5 7675/22
7689/25 7700/6
cases [7] 7577/7
7587/13 7596/24
7617/24 7642/21
7673/5 7675/6
cast [1] 7689/15
catch [1] 7593/14
catch-all [1] 7593/14
cav [1] 7605/13
CB [1] 7611/3
centered [1] 7672/2
certainly [4] 7573/1
7573/10 7573/24
7697/4
certification [1] 7650/6
Certified [1] 7564/3
certify [1] 7701/2
CH [1] 7564/4
chain [1] 7693/4
challenge [2] 7687/22
7700/2
challenges [1] 7696/11
chance [5] 7599/19
7607/14 7625/22
7647/10 7692/15
change [3] 7592/1
7633/19 7697/24
changed [1] 7618/22
Chaos [3] 7669/18
7669/21 7670/11
chapter [5] 7609/7
7609/8 7609/11 7610/6
7611/3
characterization [1]
7656/2

charge [3] 7691/7
7607/5 7620/22
charged [2] 7589/5
7589/8
charges [2] 7691/24
7692/4
chat [12] 7635/12
7667/16 7667/20
7668/10 7668/19
7670/17 7680/2 7680/3
7680/10 7680/14
7690/1 7690/13
chats [13] 7627/25
7628/16 7629/11
7632/8 7632/9 7632/9
7632/11 7635/17
7643/9 7653/8 7667/9
7679/24 7689/25
check [3] 7639/22
7640/2 7696/19
checked [1] 7674/14
Cheyenne [6] 7600/16
7619/24 7625/14
7642/16 7666/1
7666/15
chicken [2] 7688/17
7689/1
chief [8] 7572/20
7576/24 7577/14
7584/9 7589/18 7593/2
7597/16 7599/21
chill [3] 7641/25
7658/15 7658/16
chimes [1] 7690/10
choices [1] 7587/18
chooses [1] 7696/9
chose [2] 7603/21
7643/23
Cinnaminson [1]
7563/8
Circuit [3] 7583/11
7590/12 7697/23
circumstances [3]
7573/7 7588/11
7593/12
cities [3] 7619/5
7666/6 7666/12
citizen [1] 7624/15
civilian [3] 7610/23
7612/13 7681/17
civilians [2] 7612/3
7662/25
CJA [3] 7675/3 7675/5
7683/24
claim [1] 7597/5
clarify [5] 7574/6
7642/7 7682/19
7682/25 7695/18
class [6] 7624/23
7625/3 7625/11
7625/18 7625/18
7626/19
classes [5] 7613/4
7613/6 7615/19 7616/1
7616/2
clear [7] 7582/2 7597/1
7597/7 7656/7 7657/4
7663/16 7696/3

clearly [2] 7651/4
7693/5
Clerk [1] 7699/22
client [7] 7588/12
7598/4 7608/4 7671/21
7671/25 7672/19
7695/4
client's [2] 7577/9
7588/19
climbed [1] 7691/17
close [7] 7579/18
7592/4 7605/2 7647/18
7691/4 7691/8 7691/11
closer [4] 7590/18
7647/24 7678/22
7679/4
clothing [1] 7656/20
co [1] 7692/4
co-conspirator [1]
7692/4
coercive [2] 7580/9
7672/23
coffee [1] 7636/23
cold [1] 7688/11
colleagues [2] 7594/14
7597/21
Collins [2] 7622/13
7642/14
colloquy [1] 7589/15
COLUMBIA [2] 7561/1
7686/25
combat [5] 7611/1
7611/9 7612/21 7613/1
7630/10
come [36] 7573/2
7574/6 7578/25
7583/14 7583/15
7584/22 7608/13
7609/20 7612/6 7613/4
7613/23 7618/1
7619/23 7627/15
7629/19 7629/20
7640/6 7644/14
7648/22 7649/15
7652/22 7655/19
7658/12 7666/14
7673/17 7674/21
7678/7 7678/13
7681/15 7690/15
7690/16 7690/18
7690/19 7692/23
7693/19 7698/24
comes [5] 7589/23
7663/24 7690/20
7695/5 7698/10
comfortable [1]
7587/17
coming [12] 7577/16
7594/11 7595/16
7604/5 7604/17
7626/15 7631/14
7635/18 7645/14
7669/25 7670/6
7680/14
common [5] 7616/5
7616/5 7617/13
7617/14 7646/8
communicate [2]
7576/13 7685/8

communicated [5]
7572/1 7576/11 7635/3
7685/10 7695/13
communication [4]
7613/2 7645/2 7649/21
7694/23
communications [8]
7592/2 7627/23 7635/7
7644/13 7648/18
7692/21 7693/6 7694/1
communist [1] 7664/4
communities [1]
7613/19
community [5] 7613/6
7614/12 7614/18
7615/6 7618/14
compared [1] 7641/19
compass [1] 7613/2
compel [1] 7585/11
complaint [1] 7576/19
completely [3] 7586/9
7586/11 7599/4
completion [1]
7699/12
compliance [1] 7624/6
compliant [1] 7598/25
computer [1] 7564/7
computer-aided [1]
7564/7
conceal [1] 7624/25
concealed [1] 7615/19
concealment [3]
7624/24 7625/1 7625/7
concept [2] 7608/12
7633/9
concern [9] 7574/4
7577/8 7577/13
7580/24 7581/2
7583/13 7584/17
7589/14 7674/15
concerned [4] 7580/7
7580/20 7580/23
7596/23
concerning [1] 7687/4
concerns [4] 7576/25
7588/19 7588/22
7684/10
concert [2] 7645/6
7647/17
condition [1] 7573/18
conducting [1] 7598/6
conference [4]
7567/10 7571/15
7654/15 7683/23
conferences [1]
7639/10
confirm [2] 7580/2
7580/5
conflict [2] 7675/22
7676/5
confusion [1] 7673/16
Congratulations [1]
7608/8
Congressman [1]
7678/14
conjunction [1]
7611/21
connected [1] 7683/25

## C

connection [1] 7582/9
consent [4] 7595/8 7595/11 7595/12 7595/15
consequences [1] 7672/21
conservative [1] 7617/16
consider [3] 7578/7 7587/4 7692/3
considering [1] 7567/6
consistent [2] 7674/18 7675/11
conspiracy [2] 7690/4 7692/1
conspirator [1] 7692/4
Constitution [2] 7564/4 7651/19
consulate [1] 7605/10
consult [1] 7586/15
consulting [1] 7699/3
contact [10] 7609/24 7615/5 7620/18 7622/22 7622/24 7675/20 7676/6 7688/7 7695/15 7695/21
contacted [5] 7575/3 7581/19 7581/21 7581/23 7695/23
contacting [1] 7576/24 7676/8
contains [1] 7597/8
contest [1] 7687/22
contesting [1] 7693/2
context [2] 7584/3 7692/14
continue [6] 7582/11 7582/25 7595/23 7599/20 7636/9 7674/7
continued [4] 7562/1 7563/1 7564/1 7619/18
continuing [1] 7582/8
contract [1] 7606/10
Contracted [1] 7606/9
contracting [1] 7610/21
contrary [1] 7691/5
control [2] 7577/6 7585/1
conversation [2] 7582/19 7697/17
conversations [2] 7673/11 7690/3
convoy [4] 7602/13 7602/19 7603/6 7604/3
convoys [1] 7603/1
cool [7] 7612/5 7626/16 7630/20 7647/15 7658/18 7676/18 7698/9
coordinator [1] 7628/13
cop [5] 7615/10 7619/10 7643/3 7647/2 7647/7
cops [3] 7643/1 7651/2 7651/16

correct [38] 7575/24 7581/9 7583/2 7583/3 7583/6 7589/25 7596/23 7601/4 7603/21 7606/20 7607/21 7617/13 7625/8 7634/6 7635/19 7640/20 7648/3 7648/20 7653/21 7654/3 7657/25 7658/2 7674/1 7679/24 7680/10 7680/20 7682/7 7683/2 7685/21 7685/23 7692/7 7695/25 7701/3
correctly [5] 7594/19 7594/23 7615/23 7624/24 7638/15
could [46] 7576/14 7584/12 7586/18 7586/22 7591/11 7594/14 7600/11 7603/2 7603/15 7610/20 7614/14 7614/14 7615/5 7615/5 7615/12 7617/2 7621/15 7643/23 7645/9 7645/22 7647/20 7653/23 7656/5 7656/25 7657/18 7657/19 7659/14 7659/17 7660/9 7661/10 7661/12 7664/24 7667/12 7669/23 7670/20 7672/11 7681/14 7688/4 7689/6 7689/8 7692/6 7692/14 7693/14 7693/14 7697/9 7699/25
couldn't [9] 7610/7 7623/2 7641/5 7645/2 7645/7 7646/18 7646/18 7646/19 7658/4
counsel [71] 7574/9 7574/12 7574/14 7574/17 7574/18 7575/3 7575/4 7575/4 7575/20 7576/1 7576/6 7576/12 7576/13 7576/25 7578/1 7579/24 7580/13 7580/13 7581/1 7581/7 7581/7 7581/10 7581/13 7581/19 7582/7 7582/8 7582/11 7582/12 7582/22 7582/22 7582/23 7582/24 7583/1 7583/12 7584/5 7584/8 7584/9 7584/21 7586/15 7588/9 7588/16 7589/17 7589/18 7589/19 7589/24 7590/15 7591/23 7591/25 7594/6 7594/13

7671/14 7671/21 7671/22 7672/15 7673/7 7673/13 7675/5 7675/5 7675/5 7675/17 7684/18 7685/3 7686/22 7686/25 7687/6 7687/21 7692/9 7695/23 7696/4
count [1] 7610/20
country [10] 7602/2 7606/19 7618/25 7619/1 7619/13 7619/16 7666/10 7683/5 7690/25 7691/1
county [1] 7615/2
couple [13] 7574/1 7597/18 7612/14 7621/15 7623/7 7630/4 7630/5 7665/20 7668/24 7674/12 7685/11 7698/10 7698/18
course [10] 7577/6 7584/12 7590/14 7597/14 7607/22 7614/24 7627/10 7638/20 7664/23 7666/8
court [63] 7561/1 7564/2 7564/3 7571/14 7572/10 7573/3 7573/6 7573/10 7573/15 7574/1 7574/18 7575/5 7575/8 7575/24 7576/9 7576/17 7576/18 7576/19 7576/20 7576/23 7577/4 7577/11 7580/18 7580/21 7581/8 7583/14 7585/1 7585/5 7585/21 7586/1 7586/2 7586/14 7586/23 7587/3 7588/7 7589/10 7591/11 7592/5 7593/14 7594/13 7594/23 7598/19 7657/15 7671/13 7672/6 7673/4 7673/6 7673/7 7673/24 7674/24 7675/4 7676/11 7684/22 7686/18 7696/3 7696/5 7696/7 7696/8 7696/11 7697/22 7697/25 7699/15 7700/15
Court's [7] 7577/3 7588/15 7592/9 7596/22 7599/2 7657/16 7698/7
courthouse [1] 7610/12
courtroom [9] 7566/19 7596/6 7598/4 7599/14 7671/3 7671/5 7677/3 7686/13 7687/15
cover [4] 7624/23 7624/25 7625/2 7625/6

COVID [2] 7572/8 7595/16
CR [1] 7561/4
craft [1] 7699/25
crafted [1] 7696/25
Cramer [1] 7675/10
crap [3] 7609/19 7658/12 7669/3
Crawley [14] 7581/20 7581/24 7671/15 7671/17 7672/17 7686/15 7687/16 7687/17 7694/16 7697/6 7697/7 7697/14 7697/19 7699/24
crazy [2] 7609/23 7647/6
create [1] 7615/6
credibility [1] 7656/14
criminal [7] 7566/6 7582/12 7586/5 7587/13 7587/14 7587/16 7696/22
Crisp [5] 7562/14 7562/14 7566/17 7598/4 7598/8
crisplegal.com [1] 7562/16
critical [1] 7586/4
cross [15] 7565/4 7584/18 7584/20 7585/3 7588/3 7651/25 7652/3 7682/22 7692/2 7693/10 7693/25 7694/7 7694/8 7696/22 7697/2
cross-examination [5] 7584/18 7652/3 7693/25 7696/22 7697/2
cross-examine [2] 7694/7 7694/8
crossed [2] 7587/11 7604/17
crossing [2] 7604/4 7674/7
crowd [3] 7641/11 7641/24 7642/5
CRR [2] 7701/2 7701/8
Cummings [5] 7587/15 7589/12 7589/13 7589/20 7590/4
currently [2] 7567/3 7608/5
curriculum [1] 7681/4
cut [1] 7618/9
cutting [1] 7618/20

## D

D.C [33] 7561/5 7561/17 7563/4 7564/5 7598/25 7627/13 7627/17 7627/19 7627/20 7629/20 7632/1 7633/20 7633/23 7634/16 7635/19 7638/16

7658/19 7659/15 7659/25 7660/15 7667/6 7668/10 7669/24 7670/1 7670/18 7670/20 7678/13 7690/15 7690/16 7690/20 7695/24
D.C. [2] 7680/2 7680/10
D.C. Op [2] 7680/2 7680/10
Dallas [2] 7562/4 7562/8
damn [1] 7663/2
danger [2] 7605/2 7631/15
dangerous [1] 7603/14
Dario [4] 7574/25 7591/14 7683/19 7685/15
date [1] 7606/7 7624/21 7625/22 7636/10 7644/24 7680/9 7701/7
dates [1] 7625/24
daughter [1] 7608/15
David [2] 7563/11 7566/18
day [35] 7561/7 7574/10 7585/7 7590/21 7591/19 7592/7 7599/18 7604/15 7604/19 7604/20 7617/4 7633/6 7633/20 7636/12 7638/6 7638/16 7639/15 7640/22 7641/15 7641/17 7642/7 7645/12 7646/1 7648/7 7649/2 7654/25 7656/7 7656/17 7658/10 7658/21 7658/22 7677/23 7689/20 7690/21 7691/13
days [2] 7648/9 7660/2
dead [1] 7604/12
deal [5] 7619/6 7626/22 7673/23 7676/11 7676/12
death [2] 7627/4 7658/11
debate [1] 7657/9
December [1] 7632/1 7668/20 7690/7
decide [4] 7567/9 7674/21 7685/24 7698/16
decided [6] 7590/4 7590/6 7621/1 7632/5 7666/25 7679/4
decides [1] 7675/17
decision [3] 7644/5 7672/24 7695/2
decrees [1] 7648/10
deems [1] 7696/8

**defend [1]** 7682/12
**defendant [19]** 7562/2
7562/13 7563/2 7563/6
7563/11 7566/7 7566/8
7566/8 7566/9 7566/9
7566/14 7566/15
7566/16 7566/17
7566/18 7600/5 7673/5
7685/15 7692/22
**DEFENDANT'S [1]**
7565/5
**defendants [3]** 7561/7
7566/19 7579/12
**defense [37]** 7574/9
7574/12 7574/17
7576/6 7576/12
7577/21 7578/1 7578/6
7579/13 7579/13
7579/24 7581/25
7582/22 7588/11
7588/20 7594/3 7594/8
7594/13 7597/8
7597/10 7597/16
7625/4 7671/22
7673/17 7682/9 7684/4
7686/21 7687/21
7692/14 7692/15
7693/2 7694/7 7694/18
7694/19 7695/13
7697/25 7700/1
**defense doesn't [1]**
7692/15
**defensive [1]** 7682/8
**define [1]** 7693/16
**delay [2]** 7596/13
7599/18
**delayed [1]** 7700/9
**deliberations [2]**
7589/8 7589/11
**Delta [1]** 7630/15
**demeanor [1]** 7699/16
**denied [1]** 7698/3
**Denver [3]** 7621/17
7664/4 7666/15
**denying [1]** 7695/8
**department [1]**
7620/11
**deploy [1]** 7606/11
**deployment [4]**
7602/17 7603/12
7603/13 7603/24
**deployments [1]**
7602/10
**depose [1]** 7573/11
**deposition [5]** 7573/21
7594/4 7594/11 7595/2
7595/5
**derogatory [1]** 7690/14
**describing [2]** 7616/7
7618/12
**desire [1]** 7576/3
**desires [1]** 7582/15
**desperation [1]**
7614/17
**destroy [1]** 7618/2
**destroying [2]** 7622/17
7623/6

**Defendants [1]**
7623/17
**detail [4]** 7606/25
7621/16 7639/16
7655/18
**detailed [6]** 7606/23
7607/8 7607/10 7622/9
7647/22 7656/7
**details [3]** 7640/7
7640/13 7641/8
**deterrence [1]** 7620/7
**dial [1]** 7639/10
**did [101]** 7575/21
7576/5 7581/6 7581/14
7581/15 7581/15
7582/21 7582/21
7582/22 7589/13
7589/17 7589/20
7596/16 7598/20
7602/4 7602/10
7603/11 7604/25
7606/6 7606/8 7608/1
7608/2 7608/9 7608/10
7608/12 7609/10
7609/10 7609/11
7609/24 7610/17
7611/16 7611/21
7615/6 7615/13
7615/15 7615/15
7617/11 7618/24
7619/3 7619/21
7620/20 7621/9
7621/25 7622/11
7622/22 7625/18
7625/18 7626/9
7626/25 7627/17
7629/23 7631/10
7632/11 7633/19
7633/22 7633/22
7634/4 7634/9 7634/13
7634/25 7636/22
7637/2 7637/4 7637/17
7638/4 7639/16
7639/21 7642/7
7643/16 7644/5
7644/13 7645/10
7645/12 7646/25
7647/18 7647/21
7648/3 7648/9 7649/4
7649/9 7649/20
7649/21 7649/23
7649/24 7651/3
7652/20 7657/2 7659/6
7659/16 7659/23
7662/10 7665/12
7666/1 7666/5 7669/2
7679/7 7680/1 7685/8
7686/4 7693/21
7695/11
**did you [23]** 7602/4
7603/11 7604/25
7606/6 7609/10
7617/11 7622/11
7622/22 7626/9
7626/25 7633/22
7633/22 7634/9
7639/16 7644/5
7645/10 7645/12

**detachments [1]**
7649/4 7649/9 7666/5
7685/8
**didn't [22]** 7578/25
7597/21 7604/7
7610/18 7610/23
7618/9 7618/22
7619/14 7621/21
7626/19 7632/25
7636/10 7636/11
7637/3 7637/13
7646/11 7655/8
7678/13 7679/12
7680/18 7684/12
7686/2
**die [1]** 7636/11
**died [2]** 7619/16
7619/17
**diesel [1]** 7616/11
**difference [1]** 7578/3
**different [7]** 7587/18
7628/22 7640/7
7640/13 7689/17
7694/6 7697/3
**differently [1]** 7689/8
**dignitaries [1]** 7678/1
**direct [15]** 7565/4
7588/3 7591/19
7591/20 7592/18
7635/16 7655/1
7655/17 7657/5
7662/20 7664/7 7665/4
7685/16 7693/9
7693/12
**directed [2]** 7650/5
7650/8
**direction [2]** 7615/1
7679/8
**directions [1]** 7688/25
**directly [4]** 7576/11
7605/1 7665/5 7676/7
**disagree [1]** 7656/2
**disaster [1]** 7614/13
**disclose [1]** 7572/6
**disclosing [1]** 7580/23
**discuss [3]** 7567/6
7575/6 7671/6
**discussed [3]** 7575/6
7586/23 7618/16
**discussing [3]** 7591/1
7591/14 7591/16
**discussion [4]** 7631/24
7632/4 7632/25 7633/2
**discussions [3]**
7633/14 7687/1
7699/12
**disengaged [1]**
7629/11
**disinclined [1]**
7672/19
**display [1]** 7657/4
**distance [1]** 7682/15
**distorted [3]** 7586/3
7586/4 7586/13
**distorting [1]** 7692/17
**distress [1]** 7572/2
**district [10]** 7561/1
7561/1 7561/10

**detachments [1]**
7596/22 7634/9
7634/17 7675/12
7686/25
**disturbing [1]** 7686/21
**diversity [1]** 7615/18
**dizzy [1]** 7598/21
**do [119]** 7567/5
7572/13 7572/14
7572/16 7572/19
7572/25 7573/14
7573/16 7574/1 7574/7
7574/20 7576/6
7576/10 7580/1 7580/1
7583/19 7583/25
7584/1 7584/4 7584/5
7585/6 7585/10
7585/11 7585/12
7585/12 7585/15
7587/23 7587/25
7588/1 7588/5 7588/6
7588/7 7589/22
7590/10 7593/4
7593/15 7594/17
7595/22 7598/15
7598/24 7599/5
7600/15 7606/8
7606/17 7607/3 7608/1
7608/25 7611/16
7613/13 7615/13
7615/25 7617/21
7619/11 7620/1 7621/6
7621/19 7621/25
7625/8 7625/22
7629/14 7631/8
7633/14 7633/17
7633/20 7635/1
7635/14 7636/3
7638/15 7639/6 7639/8
7639/17 7641/18
7643/5 7647/10 7648/7
7648/16 7649/2 7649/4
7650/6 7651/8 7651/15
7652/14 7653/5
7653/14 7662/5 7662/8
7664/1 7664/21 7665/6
7665/8 7665/10
7667/20 7668/11
7668/11 7668/14
7668/20 7669/1
7669/15 7670/2 7670/8
7674/16 7674/19
7674/21 7675/12
7677/1 7681/1 7681/10
7682/14 7683/7 7686/6
7686/15 7688/3
7689/22 7697/13
7698/1 7698/4 7698/13
7698/22 7699/19
**do you [7]** 7608/25
7621/19 7639/6
7639/17 7643/5
7647/10 7665/6
**Do you believe [2]**
7681/1 7681/10
**do you have [1]**
7631/8
**do you know [1]**

**Do you recognize [1]**
7613/13
**do you remember [5]**
7662/8 7664/1 7665/8
7667/20 7669/1
**do you see [7]** 7668/11
7668/11 7668/14
7668/20 7669/15
7670/2 7670/8
**does [31]** 7575/20
7579/9 7579/16 7583/8
7583/9 7583/11 7586/2
7586/23 7602/20
7608/18 7627/6 7628/4
7647/23 7651/13
7651/14 7663/3 7663/5
7669/21 7672/4 7672/9
7672/10 7673/4 7673/6
7673/25 7674/2
7675/19 7675/22
7684/4 7691/23
7700/12 7700/15
**doesn't [14]** 7578/14
7578/16 7583/15
7586/1 7588/10 7627/5
7655/3 7668/21 7676/5
7692/15 7692/22
7692/22 7692/23
7693/4
**doing [36]** 7573/22
7575/11 7579/4 7580/7
7592/8 7600/8 7602/18
7606/15 7612/16
7612/18 7612/18
7619/19 7619/19
7622/16 7623/10
7623/12 7623/19
7626/19 7629/16
7638/16 7638/19
7639/16 7640/22
7640/25 7641/8 7643/4
7651/12 7652/7
7663/14 7666/13
7677/10 7684/11
7690/9 7692/19
7696/18 7699/7
**Don [2]** 7592/16
7594/21
**Don Siekerman [2]**
7592/16 7594/21
**don't [99]** 7571/21
7572/6 7575/24 7577/6
7577/17 7577/23
7579/6 7579/11 7580/8
7580/8 7580/9 7580/13
7581/21 7582/19
7585/12 7585/12
7585/13 7587/6
7587/25 7588/1
7588/12 7588/13
7588/13 7589/2 7589/4
7589/21 7590/7 7590/9
7591/3 7591/25 7594/4
7594/5 7595/2 7596/8
7601/14 7602/25
7603/19 7604/10
7608/22 7609/13

**dimensions [1]** 7647/12
7649/4 7649/9 7666/5
7685/8

**don't...** [59] 7610/24
7613/14 7613/16
7614/2 7614/9 7614/11
7619/7 7624/21 7625/5
7625/6 7625/21
7625/24 7629/25
7629/25 7630/13
7631/16 7631/19
7631/22 7633/5 7640/9
7640/14 7642/22
7647/8 7647/12
7650/19 7655/11
7656/16 7659/12
7661/25 7666/2
7666/19 7667/18
7669/9 7669/22
7670/22 7672/17
7674/5 7674/6 7674/14
7675/8 7676/25
7679/11 7681/23
7682/11 7684/16
7685/13 7687/11
7687/12 7690/24
7694/6 7696/23
7697/13 7697/14
7697/17 7698/3 7698/9
7699/24 7700/1 7700/6
**done** [16] 7579/20
7587/10 7587/11
7588/24 7589/1
7592/12 7607/24
7630/7 7650/11
7650/16 7650/25
7651/10 7655/9 7696/1
7696/5 7697/18
**doors** [1] 7584/14
**Douyon** [1] 7686/11
**down** [18] 7572/18
7592/15 7592/17
7623/4 7623/8 7630/23
7654/14 7663/8 7664/9
7671/4 7677/17 7683/5
7683/17 7687/12
7689/13 7694/5
7694/11 7696/17
**downloading** [1]
7680/20
**downstairs** [1]
7636/23
**dressed** [2] 7636/25
7637/7
**drew** [3] 7610/15
7610/16 7629/20
**drinks** [2] 7626/17
7630/4
**drive** [5] 7563/8
7592/15 7592/17
7660/7 7700/4
**driving** [2] 7608/4
7660/3
**dropped** [1] 7604/11
**drove** [3] 7634/2
7659/15 7660/9
**dude** [6] 7609/23
7619/9 7623/5 7629/16
7630/5 7647/8
**dudes** [3] 7605/17

**due** [4] 7572/21 7573/6
7591/17 7605/17
**Duhl** [1] 7605/12
**dumb** [1] 7625/10
**during** [17] 7572/22
7575/23 7588/3 7607/1
7621/9 7622/3 7622/4
7622/5 7622/11
7623/12 7624/4 7643/8
7646/15 7663/2
7688/18 7688/22
7694/15
**dust** [1] 7698/24
**dynamic** [4] 7662/23
7663/3 7663/11
7663/20

# E

**each** [6] 7597/14
7614/16 7617/23
7629/4 7644/1 7681/19
**earlier** [5] 7661/14
7665/22 7672/17
7686/18 7691/15
**early** [2] 7597/17
7698/23
**east** [1] 7584/14
**eating** [1] 7689/1
**Edmund** [1] 7563/2
**Edward** [3] 7562/10
7566/10 7566/13
**Edwards** [2] 7561/16
7566/12
**edwardtarpley** [1]
7562/12
**efficiently** [2] 7681/7
7681/20
**Eight** [2] 7602/7
7602/8
**either** [2] 7588/2
7596/9
**election** [9] 7599/18
7622/6 7622/8 7626/3
7627/9 7650/6 7664/13
7664/16 7665/21
**electricity** [1] 7616/11
**elicit** [1] 7655/17
**Ellipse** [1] 7644/11
7646/3
**ELMER** [4] 7561/6
7562/2 7566/7 7600/5
**eloquently** [1] 7588/18
**else** [8] 7581/20
7612/3 7637/4 7644/14
7646/8 7653/11
7656/21 7669/4
**email** [11] 7561/18
7561/19 7562/5 7562/9
7562/12 7562/16
7563/5 7563/9 7563/14
7671/20 7699/5
**embarrass** [1] 7655/9
**embarrassed** [1]
7637/24
**emergency** [1]
7678/23
**emotions** [1] 7696/19

**encyclopedia** [1]
7615/3
**end** [1] 7644/10
**ended** [1] 7604/13
**enforcement** [3]
7586/17 7622/20
7622/22
**engaged** [1] 7688/13
**engagement** [2]
7626/12 7689/4
**England** [2] 7608/4
7681/15
**enjoyed** [1] 7612/19
**enlightened** [1]
7687/25
**enough** [2] 7621/8
7692/19
**ensure** [1] 7590/16
**enter** [1] 7690/21
**entered** [2] 7599/14
7677/3
**entire** [5] 7567/7
7572/21 7588/4 7610/9
7673/16
**entirety** [1] 7601/18
**entitled** [1] 7589/9
**entreated** [1] 7693/19
**entry** [6] 7662/23
7663/3 7663/11
7663/14 7663/20
7691/10
**escort** [1] 7655/20
**escorted** [1] 7655/24
**especially** [3] 7597/3
7615/20 7682/8
**ET** [1] 7561/6
**ethical** [3] 7694/20
7695/3 7696/5
**ethics** [1] 7695/19
7699/18
**even** [19] 7586/5
7590/7 7593/9 7604/10
7610/18 7612/7
7612/12 7617/8 7625/5
7626/19 7632/5
7632/25 7635/24
7641/12 7647/5
7673/19 7680/21
7689/13 7689/14
**evening** [6] 7581/24
7626/14 7645/21
7649/5 7649/12
7649/23
**event** [8] 7623/1
7640/19 7641/10
7641/10 7642/20
7645/5 7645/18 7648/9
**events** [8] 7621/10
7621/16 7621/25
7622/11 7623/12
7627/17 7639/1
7641/18
**ever** [16] 7607/17
7624/19 7627/20
7631/10 7634/7
7635/24 7637/23
7643/2 7648/24 7650/5

**Empire** [1]
7660/22 7663/18
7665/5 7667/21
**every** [11] 7607/11
7615/2 7620/11
7620/16 7620/17
7623/3 7627/6 7639/8
7647/2 7648/24
7664/25
**everybody** [25]
7566/21 7595/19
7599/19 7615/1 7617/5
7627/15 7632/2
7632/17 7634/20
7634/21 7634/23
7637/19 7638/1
7641/22 7641/24
7647/16 7648/1 7661/9
7669/5 7670/25
7671/16 7677/5
7696/17 7696/18
7700/12
**everybody's** [2]
7599/19 7645/1
**everyone** [10] 7566/4
7599/16 7612/12
7646/8 7653/11
7674/22 7675/1 7677/4
7686/14 7700/13
**everything** [8] 7572/23
7598/24 7604/8 7616/7
7618/16 7645/14
7664/14 7677/17
**everywhere** [1] 7603/5
**evidence** [15] 7593/9
7593/15 7654/4 7654/8
7662/11 7662/15
7665/13 7665/17
7667/25 7668/4 7689/7
7690/4 7690/5 7692/20
7693/5
**evidently** [2] 7587/17
7589/5
**ex** [2] 7585/21 7628/22
**ex parte** [1] 7585/21
**ex-military** [1] 7628/22
**exact** [2] 7624/21
7625/22
**exactly** [8] 7578/25
7579/2 7607/11
7608/21 7608/22
7610/7 7614/19
7623/14
**examination** [17]
7584/18 7584/21
7584/23 7585/4
7592/19 7652/3
7656/16 7657/5
7662/20 7664/7 7665/5
7679/18 7685/16
7693/12 7693/25
7696/22 7697/2
**examine** [2] 7694/7
7694/8
**examining** [1] 7594/11
**example** [1] 7630/12
**except** [2] 7610/23
7660/18

**exceptions** [1] 7596/12
**exchange** [1] 7690/7
**excited** [1] 7647/16
**excuse** [4] 7594/21
7611/7 7686/6 7695/15
**Exhibit** [9] 7653/24
7654/5 7654/8 7657/18
7661/11 7662/15
7665/17 7668/1 7668/4
**EXHIBITS** [1] 7565/8
**exit** [1] 7671/5
**exited** [2] 7671/3
7686/13
**exon** [1] 7586/9
**exonerate** [1] 7586/11
**expect** [5] 7597/12
7597/13 7597/14
7597/15 7684/11
**expected** [1] 7572/15
**expecting** [1] 7673/24
**expects** [1] 7596/10
**expediency** [1] 7592/9
**expedient** [2] 7594/9
7597/9
**expedite** [1] 7598/24
**experience** [10]
7583/17 7607/23
7621/3 7640/8 7640/12
7641/16 7644/22
7644/24 7646/1
7653/15
**experienced** [3]
7603/17 7603/20
7604/21
**expiration** [1] 7636/10
**explain** [5] 7609/11
7613/21 7651/6
7692/16 7692/23
**explained** [2] 7672/9
7692/15
**explore** [1] 7573/2
**explored** [1] 7574/14
**explosion** [1] 7604/10
**explosions** [2] 7605/16
7617/4
**expose** [3] 7688/4
7693/10 7696/22
**exposes** [1] 7691/24
**exposure** [23] 7574/5
7574/21 7575/15
7576/2 7576/11
7576/15 7577/13
7579/14 7579/19
7579/24 7580/3
7582/12 7586/6
7587/14 7587/16
7589/2 7589/2 7589/4
7675/14 7684/10
7687/24 7689/9 7694/2
**expressing** [1] 7574/4
**expression** [1]
7695/15
**extent** [1] 7572/14
**extremely** [5] 7607/9
7607/10 7617/17
7658/16 7694/10
**eyes** [1] 7652/15

**F**

**face [2]** 7663/6 7679/7
**Facebook [2]** 7632/16
7690/23
**faced [1]** 7629/5
**facilitate [2]** 7594/13
7594/15
**fact [9]** 7572/20
7572/21 7573/7
7587/13 7639/2 7655/4
7659/4 7680/2 7688/22
**facts [1]** 7588/10
**factual [1]** 7695/22
**fainting [1]** 7598/22
**fair [13]** 7607/7
7611/10 7614/22
7621/8 7623/25 7627/8
7628/16 7631/18
7641/7 7643/8 7643/13
7648/18 7680/15
**fairly [5]** 7617/15
7624/1 7652/17
7693/14 7693/14
**faith [1]** 7696/18
**falling [1]** 7664/6
**familiar [4]** 7596/21
7613/14 7617/9
7662/19
**familiarity [1]** 7588/9
**family [4]** 7615/11
7627/3 7631/24 7666/9
**far [5]** 7629/9 7633/2
7646/25 7659/25
7660/7
**fast [1]** 7596/11
**favor [1]** 7695/4
**FBI [6]** 7575/21 7578/2
7578/17 7586/10
7587/10 7594/14
**fear [1]** 7672/23
**Federal [2]** 7593/8
7594/24
**feed [1]** 7594/9
**feel [2]** 7575/18 7681/9
**feeling [1]** 7614/17
**feels [1]** 7611/1
**feet [1]** 7681/19
**few [3]** 7677/12
7679/22 7693/8
**field [1]** 7586/25
**fields [1]** 7615/16
**Fifth [25]** 7574/11
7574/13 7574/16
7575/17 7576/3 7576/8
7580/3 7580/6 7580/11
7581/2 7581/12
7583/13 7584/15
7587/4 7587/19
7589/14 7591/4
7593/18 7672/10
7674/15 7685/24
7687/2 7687/8 7692/9
7700/2
**fight [10]** 7619/15
7664/18 7664/22
7666/3 7666/7 7666/18
7667/2 7682/23 7683/1
7683/7

7696/12
**figure [1]** 7595/13
**figured [1]** 7697/9
**fill [1]** 7609/17
**fills [2]** 7689/2 7689/22
**filming [1]** 7691/16
**final [1]** 7682/19
**find [8]** 7573/17
7595/21 7614/1
7614/11 7674/13
7674/20 7688/14
7695/17
**fine [5]** 7579/1 7582/17
7583/23 7619/7
7656/22
**finger [1]** 7585/12
**finish [2]** 7604/14
7606/6
**finished [1]** 7608/1
**fire [4]** 7604/18
7604/18 7605/17
7607/6
**firearm [3]** 7615/23
7634/7 7681/20
**firearms [5]** 7615/13
7616/12 7634/4
7634/14 7662/20
**first [32]** 7567/2
7572/21 7595/19
7601/6 7602/13
7602/15 7603/12
7603/13 7603/23
7603/25 7605/6 7605/7
7605/24 7607/3
7608/25 7609/14
7616/25 7617/4
7624/19 7625/16
7627/19 7636/23
7648/15 7649/9 7651/9
7653/13 7667/16
7668/9 7686/19
7686/23 7691/6
7694/23
**Fischer [6]** 7563/11
7563/12 7566/18
7576/18 7588/17
7692/18
**fischerandputzi [1]**
7563/15
**five [4]** 7605/17
7608/16 7646/22
7692/4
**FL [2]** 7690/1 7690/12
**flag [2]** 7639/23
7641/12
**flagged [2]** 7596/2
7684/10
**flagging [2]** 7580/18
7580/21
**flesh [1]** 7574/17
**fleshed [1]** 7591/24
**flexibility [1]** 7608/20
**flight [1]** 7572/4
**floor [1]** 7604/11
**Florida [1]** 7592/25
**Floridians [1]** 7690/17
**flown [1]** 7592/25

7594/10
**Flynn [1]** 7638/23
**focus [1]** 7688/2
**folks [1]** 7588/13
**follow [1]** 7635/23
**following [2]** 7577/18
7636/2
**follows [1]** 7690/20
**followup [1]** 7591/15
**footnote [2]** 7590/12
7590/13
**forbidden [1]** 7635/18
**force [10]** 7585/5
7620/5 7681/10
7681/10 7682/1 7682/1
7682/6 7682/6 7690/10
7690/14
**Forces [2]** 7605/11
7630/11
**foregoing [1]** 7701/3
**foresee [1]** 7591/3
**forever [1]** 7609/21
**forgive [2]** 7577/18
7657/6
**forgiveness [1]**
7696/15
**form [1]** 7614/20
**formal [2]** 7680/24
7681/2
**formation [1]** 7610/6
**formed [2]** 7612/17
7614/23
**FormerFeds [1]** 7563/7
**formerfedsgroup.com
[1]** 7563/10
**forming [1]** 7609/11
**Fort [4]** 7606/3
7606/10 7622/13
7642/14
**forward [6]** 7583/1
7598/2 7598/10 7603/2
7672/5 7695/2
**fought [1]** 7619/13
**found [2]** 7650/2
7686/21
**four [4]** 7586/10
7630/21 7646/22
7690/11
**four-hour [1]** 7586/10
**FPD [1]** 7675/10
**frankly [1]** 7580/7
**freeze [1]** 7681/24
**friend [1]** 7610/25
**friendly [1]** 7626/21
**friends [4]** 7617/25
7631/25 7666/9
7677/20
**frightful [1]** 7616/25
**front [3]** 7562/15
7603/4 7619/25
**frustration [1]** 7587/8
**fucking [1]** 7619/9
**fulfilled [1]** 7612/19
**full [3]** 7600/12
7600/12 7607/23
**fully [5]** 7575/11
7591/24 7672/7

**fun [1]** 7641/13
**function [1]** 7587/20
**further [7]** 7584/2
7656/12 7656/16
7679/5 7679/15
7683/14 7691/15
**future [1]** 7594/7

**G**

**gain [1]** 7695/8
**gamut [1]** 7618/15
**gap [3]** 7591/17
7591/19 7689/23
**Gardens [1]** 7605/9
**gave [6]** 7586/10
7586/17 7597/10
7597/13 7611/2
7637/17
**gear [7]** 7637/2 7638/6
7642/22 7655/15
7656/5 7656/6 7658/2
**gearing [1]** 7690/8
**general [2]** 7605/11
7638/23 7655/18
**General Flynn [1]**
7638/23
**generalized [1]**
7625/22
**gentleman [3]** 7587/15
7590/24 7687/23
**gentlemen [2]** 7599/17
7686/5
**Germany [1]** 7606/2
**get [54]** 7567/8 7581/8
7586/24 7587/24
7588/2 7589/20
7591/11 7591/12
7591/12 7591/12
7592/25 7593/3 7593/4
7593/20 7594/18
7595/24 7597/25
7599/3 7604/25
7607/20 7610/24
7613/25 7616/10
7618/7 7623/5 7627/16
7633/23 7639/9 7641/5
7645/2 7645/12
7645/25 7646/19
7647/8 7647/18
7648/14 7649/16
7649/18 7657/9
7657/20 7661/3 7661/5
7670/14 7680/23
7681/1 7681/23
7681/25 7684/12
7685/13 7691/3 7691/4
7692/13 7698/21
7697/18
**gets [7]** 7585/7 7604/5
7611/9 7629/15 7693/5
7694/7 7694/8
**getting [15]** 7594/6
7605/12 7605/25
7606/11 7611/16
7613/22 7617/4 7617/9
7623/4 7644/18
7644/20 7648/2

7698/15 7690/17
7698/5
**Geyer [2]** 7563/7
7566/16
**give [16]** 7582/5
7585/13 7585/16
7593/22 7596/17
7597/3 7598/19
7642/24 7674/19
7675/19 7676/6
7694/10 7696/15
7697/2 7697/22
7698/18
**given [13]** 7575/22
7577/15 7582/6 7582/6
7585/22 7596/23
7597/15 7598/5
7640/16 7650/11
7675/13 7684/7
7688/20
**giving [3]** 7575/19
7688/24 7688/25
**glad [1]** 7599/6
**Glen [1]** 7563/13
**gmail.com [1]** 7562/9
**go [59]** 7567/9 7572/17
7572/21 7590/22
7596/8 7605/13 7606/1
7606/11 7606/22
7607/2 7608/2 7609/11
7609/22 7610/18
7615/15 7616/19
7621/10 7621/23
7623/4 7623/8 7627/13
7627/17 7629/9
7630/19 7630/20
7632/1 7632/3 7632/5
7633/10 7633/16
7636/22 7639/22
7642/18 7642/23
7646/25 7647/5
7647/15 7649/2
7650/20 7650/22
7651/3 7666/1 7667/5
7667/11 7668/6
7668/23 7669/12
7669/17 7669/21
7669/23 7670/4
7670/12 7670/20
7672/4 7679/5 7680/22
7682/11 7694/23
7698/11
**go ahead [2]** 7650/20
7650/22
**goes [4]** 7584/18
7604/6 7636/12 7690/2
**going [87]** 7572/17
7572/20 7572/24
7577/5 7578/18
7580/24 7580/25
7581/1 7586/14 7587/5
7589/9 7590/6 7591/15
7592/2 7592/4 7592/10
7593/19 7594/5 7596/8
7598/23 7602/24
7604/13 7607/11
7612/16 7613/11
7619/9 7619/11 7623/9

**going... [59]** 7629/21
7630/9 7630/17
7630/18 7630/19
7631/13 7632/3 7632/5
7632/12 7632/15
7632/17 7632/20
7632/21 7633/14
7633/16 7633/17
7633/20 7640/2 7640/3
7644/7 7645/5 7647/7
7647/14 7648/2
7649/16 7650/2
7652/14 7655/21
7656/10 7656/11
7656/17 7656/18
7657/9 7658/12
7666/14 7667/1
7672/25 7676/7
7679/10 7679/10
7679/11 7679/13
7681/24 7682/14
7686/5 7686/6 7686/8
7686/9 7687/23 7689/9
7690/16 7690/17
7693/11 7693/25
7695/10 7695/19
7695/19 7696/10
7697/23
**gold [1]** 7637/8
**gone [5]** 7642/19
7642/20 7649/10
7649/25 7651/1
**good [30]** 7566/5
7566/21 7580/14
7599/1 7599/6 7599/18
7600/8 7600/9 7605/5
7614/7 7614/10
7618/10 7632/14
7641/15 7649/18
7651/11 7652/5
7652/11 7653/4
7657/22 7658/20
7658/22 7671/17
7676/13 7676/21
7677/9 7679/20
7685/19 7696/17
7697/10
**good morning [6]**
7566/21 7599/18
7600/8 7652/5 7671/17
7679/20
**goods [2]** 7603/1
7603/6
**Gosh [1]** 7610/7
**got [48]** 7566/25
7572/5 7580/10
7582/23 7589/2 7589/2
7589/4 7591/5 7591/6
7598/21 7602/23
7603/6 7603/25
7603/25 7604/16
7605/24 7606/4 7610/3
7610/22 7612/2 7612/3
7614/7 7614/9 7614/25
7626/14 7630/18
7633/24 7633/25
7636/23 7636/24

7645/18 7647/1
7647/19 7649/7
7656/15 7657/10
7658/14 7669/7
7678/22 7679/1 7679/4
7680/19 7688/17
7691/20 7695/11
7695/13
**gotten [1]** 7699/18
**government [60]**
7561/14 7566/12
7575/14 7575/18
7575/22 7576/24
7577/1 7577/7 7577/20
7577/22 7578/5 7579/9
7579/23 7580/20
7580/23 7580/25
7581/1 7581/4 7581/6
7581/19 7582/18
7585/6 7586/6 7587/15
7588/23 7589/5 7589/8
7589/11 7589/13
7592/3 7593/8 7593/16
7593/16 7596/17
7596/18 7597/3 7597/5
7651/18 7651/18
7654/4 7654/7 7662/11
7665/13 7667/25
7671/20 7672/15
7674/6 7683/8 7684/9
7684/18 7687/7 7689/7
7689/17 7691/24
7692/7 7692/10 7694/2
7694/8 7695/11
7697/16
**government's [14]**
7565/10 7576/4 7585/1
7585/7 7588/14
7653/24 7654/8
7662/15 7665/17
7668/4 7672/3 7690/6
7693/10 7693/22
**Governor [1]** 7563/12
**grand [6]** 7581/11
7584/3 7584/7 7589/24
7590/5 7672/3
**grandiose [1]** 7653/20
**grant [2]** 7586/1
7697/25
**grassroots [1]** 7614/18
**gray [1]** 7637/1
**Great [2]** 7653/22
7676/9
**green [1]** 7661/2
**Greene [2]** 7576/20
7591/23
**greeted [1]** 7688/18
**Greetings [1]** 7670/5
**Greg [1]** 7567/2
**Greg McWhirter [1]**
7567/2
**Grew [1]** 7601/24
**ground [1]** 7633/20
**grounds [5]** 7577/12
7584/13 7587/17
7690/22 7693/8
**group [21]** 7630/10

7634/20 7635/14
7635/18 7637/4
7637/11 7639/7 7641/7
7643/25 7644/5
7646/20 7656/4
7659/23 7661/20
7661/22 7661/24
7678/8 7678/10
7690/18
**groups [2]** 7661/18
7683/4
**guarantee [1]** 7593/11
**guard [2]** 7642/12
7678/14
**guarding [1]** 7678/1
**guess [15]** 7573/25
7577/19 7579/21
7583/10 7601/14
7603/1 7617/2 7617/5
7628/7 7643/2 7649/23
7650/19 7654/16
7693/1 7698/7
**guide [1]** 7576/1
**gun [8]** 7624/1 7624/6
7659/19 7661/1
7680/23 7681/1 7681/7
7682/14
**gunfights [1]** 7681/18
**guns [3]** 7615/21
7616/24 7660/22
**guy [9]** 7609/25 7610/1
7611/3 7614/7 7614/9
7614/10 7637/16
7653/13 7669/4
**guys [10]** 7603/5
7605/25 7611/22
7611/25 7614/14
7628/20 7630/6
7630/14 7630/18
7664/6

# H

**H-e-l-l-m-e-r-s [1]**
7600/13
**had [100]** 7572/3
7572/4 7572/19
7572/23 7574/14
7575/21 7576/20
7580/19 7580/22
7581/4 7582/19 7584/8
7587/14 7587/16
7589/11 7589/13
7589/17 7591/7
7591/13 7592/3
7594/23 7598/8
7598/21 7599/19
7604/15 7606/4 7609/5
7609/6 7609/14
7610/19 7610/19
7610/21 7611/9 7611/9
7612/3 7614/1 7615/1
7615/9 7619/24 7620/5
7620/10 7620/10
7626/17 7626/24
7627/20 7630/4 7630/5
7630/5 7630/7 7635/6
7635/16 7637/1 7637/8

7638/9 7639/3 7639/23
7639/24 7640/23
7643/13 7644/16
7647/3 7648/24
7649/10 7649/25
7650/11 7650/16
7650/24 7651/4 7655/7
7656/4 7656/6 7658/3
7661/1 7661/9 7664/16
7666/23 7671/21
7672/23 7678/3 7678/7
7680/13 7680/14
7683/7 7686/24 7688/2
7688/10 7688/12
7688/16 7688/21
7694/24 7695/1
7695/14 7695/21
7695/23 7695/24
7695/25 7696/1
**hadn't [1]** 7686/20
**half [3]** 7591/19 7592/7
7647/22
**half-day [2]** 7591/19
7592/7
**halfway [2]** 7647/1
7647/19
**hand [5]** 7599/25
7617/5 7684/25
**handgun [1]** 7660/13
**handguns [1]** 7616/13
**hands [4]** 7617/8
7682/9 7682/11 7698/1
**hands-on [2]** 7682/9
7682/11
**hang [9]** 7612/6 7645/5
7654/13 7657/8 7657/8
7685/5 7685/6 7685/6
7699/10
**hanging [2]** 7605/9
7676/24
**Hangout [2]** 7690/1
7690/12
**happen [8]** 7607/11
7609/10 7614/14
7617/5 7619/12
7632/21 7681/18
7681/24
**happened [5]** 7590/2
7596/23 7603/23
7641/1 7696/14
**happening [10]** 7586/3
7589/15 7589/15
7605/16 7618/25
7623/7 7641/21
7642/11 7643/6
7688/21
**happens [5]** 7588/9
7614/13 7644/8
7681/23 7692/20
**happy [9]** 7578/7
7585/22 7587/4
7588/25 7599/18
7600/23 7641/22
7675/7 7687/24
**hard [3]** 7596/11
7608/9 7617/6
**hardly [1]** 7667/21

**Harrelson [3]** 7563/7
7566/8 7566/16
**Harrisburg [1]** 7562/15
**Harrison [1]** 7661/3
**has [51]** 7571/22
7572/1 7572/9 7574/14
7575/4 7575/6 7575/7
7575/8 7575/9 7575/14
7576/11 7577/13
7577/15 7579/3
7583/12 7583/18
7583/18 7587/3
7587/10 7587/11
7587/19 7588/9
7588/15 7589/7
7589/11 7589/17
7590/7 7591/17
7591/24 7592/10
7595/16 7596/13
7596/23 7597/5 7598/5
7598/22 7608/6
7623/16 7651/8
7672/22 7675/6
7675/17 7676/11
7684/9 7689/12
7689/17 7694/2
7694/21 7694/22
7694/23 7700/1
**hasn't [2]** 7589/5
7589/8
**hat [1]** 7655/7
**hate [1]** 7686/6
**hats [2]** 7637/14
7637/15
**hauled [1]** 7649/7
**hauling [1]** 7647/2
**have [174]**
**haven't [5]** 7580/4
7587/12 7589/5
7590/18 7591/2
**having [9]** 7584/22
7594/10 7615/11
7617/4 7641/16
7644/25 7663/9
7688/11 7692/17
**he [185]**
**he said [4]** 7581/14
7656/4 7656/5 7656/9
**he'd [1]** 7582/6
**he'll [1]** 7673/1
**he's [46]** 7572/10
7572/15 7573/7
7573/20 7575/7
7575/11 7575/11
7577/5 7579/4 7582/14
7583/2 7584/12 7586/9
7588/9 7589/4 7590/21
7594/5 7594/5 7596/6
7598/6 7599/6 7611/8
7611/8 7627/2 7649/13
7649/18 7653/2 7653/4
7653/13 7655/4
7656/14 7656/15
7666/20 7669/20
7672/24 7672/25
7675/7 7677/16 7690/1
7690/16 7690/16
7690/17 7690/18

# H

**he's... [3]** 7696/21 7696/22 7700/3
**head [3]** 7578/19 7658/3 7677/15
**heading [2]** 7647/11 7678/18
**headquarters [1]** 7628/6
**health [2]** 7573/17 7599/7
**hear [11]** 7588/25 7594/6 7595/18 7597/11 7599/6 7629/23 7638/17 7654/17 7654/18 7654/19 7654/20
**heard [12]** 7579/23 7587/12 7596/4 7608/25 7629/21 7629/24 7631/1 7639/23 7648/21 7660/22 7663/18 7693/3
**hearing [4]** 7587/1 7598/6 7619/6 7672/4
**hearsay [2]** 7593/9 7593/15
**heart [3]** 7592/1 7598/21 7664/20
**heavy [2]** 7604/1 7648/14
**heels [1]** 7698/10
**hell [3]** 7641/12 7659/11 7695/15
**Hellmers [1]** 7600/14
**help [6]** 7615/5 7623/8 7630/9 7636/3 7638/22 7655/19
**helped [1]** 7641/12
**helpful [1]** 7641/25
**helping [1]** 7656/8
**her [1]** 7699/6
**here [43]** 7573/20 7575/7 7575/8 7576/23 7581/3 7581/14 7583/1 7583/15 7586/15 7587/24 7590/3 7590/6 7591/16 7592/22 7593/3 7593/4 7595/23 7598/14 7605/3 7621/23 7623/4 7648/2 7649/14 7657/9 7660/18 7662/22 7665/22 7666/1 7667/6 7667/7 7668/9 7668/14 7671/10 7671/11 7671/22 7672/17 7686/25 7691/25 7694/24 7695/16 7695/24 7698/11 7698/14
**HETs [1]** 7604/1
**Hey [14]** 7620/12 7623/3 7623/5 7623/8 7640/3 7642/24 7643/3 7643/5 7644/7 7645/3 7645/24 7649/13

**Hi [1]** 7671/15
**hide [2]** 7637/13 7666/2
**hiding [1]** 7625/1
**high [2]** 7616/17 7684/8
**High-capacity [1]** 7616/17
**Highway [3]** 7563/12 7620/10 7620/12
**hike [1]** 7616/3
**Hill [9]** 7644/6 7644/14 7646/16 7649/2 7688/8 7688/21 7689/3 7689/5 7689/20
**Hillah [1]** 7605/8
**him [86]** 7572/21 7573/4 7573/11 7575/4 7575/6 7575/7 7575/15 7575/19 7575/21 7575/22 7575/25 7576/1 7576/1 7576/13 7578/15 7578/16 7578/22 7579/10 7582/5 7582/6 7582/6 7582/8 7582/16 7583/5 7584/7 7585/22 7587/24 7588/16 7589/5 7589/8 7591/1 7592/17 7594/3 7598/6 7598/14 7599/3 7627/3 7627/4 7627/6 7637/16 7638/24 7643/16 7649/13 7649/16 7652/20 7655/9 7655/19 7655/19 7655/19 7655/21 7655/23 7655/24 7656/21 7666/22 7666/23 7672/6 7672/9 7672/12 7672/20 7672/20 7672/24 7676/6 7676/6 7676/7 7676/8 7684/7 7684/9 7686/2 7688/4 7688/9 7690/11 7691/23 7691/24 7692/3 7693/9 7693/10 7694/13 7694/14 7695/2 7695/8 7695/10 7695/11 7695/13 7696/22 7697/15 7698/17
**himself [2]** 7584/19 7655/2
**his [68]** 7567/6 7572/7 7572/14 7573/17 7575/3 7575/4 7575/16 7576/2 7576/2 7577/2 7578/14 7578/16 7581/12 7582/3 7582/4 7582/4 7582/8 7584/7 7584/15 7584/23 7586/11 7591/3 7591/10 7591/24 7592/3 7592/16 7592/16 7594/4 7594/6 7595/18 7596/4 7596/7

7598/25 7610/1 7626/12 7630/3 7631/21 7637/16 7643/14 7644/10 7648/22 7655/6 7656/16 7656/19 7657/2 7671/10 7672/22 7673/8 7684/5 7684/10 7687/2 7687/8 7687/24 7688/8 7689/4 7689/18 7692/9 7693/2 7693/20 7693/24 7693/25 7695/6 7695/9 7695/16 7695/23 7696/4
**history [6]** 7601/23 7618/3 7626/22 7627/5 7627/7 7648/25
**hit [2]** 7603/25 7604/25
**hold [1]** 7578/24
**home [7]** 7615/9 7625/5 7651/1 7651/3 7663/2 7663/18 7683/17
**homeowner [2]** 7663/10 7663/15
**honest [4]** 7613/5 7623/2 7632/24 7658/12
**honesty [1]** 7679/22
**Honor [72]** 7566/5 7566/25 7571/24 7572/17 7574/24 7576/14 7576/16 7578/12 7578/23 7581/9 7582/2 7582/21 7583/7 7583/9 7584/3 7585/19 7585/20 7585/25 7590/23 7591/21 7592/13 7593/7 7593/23 7593/24 7594/17 7596/1 7598/3 7598/12 7598/15 7599/5 7599/10 7599/23 7651/20 7651/22 7651/23 7651/24 7655/6 7656/1 7656/24 7657/1 7657/6 7657/14 7657/17 7671/19 7673/2 7673/12 7673/21 7674/10 7675/25 7676/13 7677/7 7679/16 7683/14 7683/19 7686/17 7687/10 7687/18 7688/1 7689/24 7692/5 7692/6 7692/17 7693/15 7694/17 7695/18 7697/21 7698/7 7699/4 7699/15 7699/21 7699/23 7700/11
**HONORABLE [2]** 7561/9 7566/2
**Hood [1]** 7606/3
**hoodie [1]** 7637/20

7645/4
**Hope [1]** 7599/19
**hopefully [3]** 7594/5 7595/22 7686/9
**horticulture [1]** 7614/10
**hospital [3]** 7572/6 7594/5 7598/22
**host [1]** 7613/6
**hosted [1]** 7621/13
**hot [1]** 7648/14
**hotel [11]** 7633/25 7634/3 7645/18 7649/3 7649/14 7688/8 7688/16 7688/17 7693/12 7693/20 7694/4
**hotmail.com [1]** 7563/15
**hour [3]** 7586/10 7596/25 7689/23
**hours [7]** 7574/2 7578/15 7580/19 7580/21 7596/13 7660/3 7666/15
**hours' [1]** 7596/18
**house [8]** 7627/2 7630/3 7652/22 7652/24 7653/2 7663/12 7663/13 7663/16
**how [59]** 7572/15 7573/1 7573/18 7577/6 7584/6 7589/20 7593/4 7600/8 7600/9 7600/17 7600/19 7602/6 7603/11 7604/25 7605/19 7605/22 7608/25 7609/5 7609/10 7609/10 7609/11 7609/16 7610/5 7613/24 7614/23 7615/22 7616/2 7621/1 7622/25 7624/23 7625/6 7625/19 7629/3 7633/2 7633/7 7635/1 7635/9 7636/25 7637/7 7639/7 7639/16 7641/20 7643/4 7646/20 7646/25 7647/18 7650/20 7652/7 7659/25 7662/19 7662/25 7663/3 7667/5 7674/6 7675/19 7675/20 7677/10 7686/8 7690/25
**Howdy [1]** 7652/6
**however [1]** 7581/1
**Hughes [2]** 7561/15 7562/6
**huh [7]** 7575/1 7601/7 7601/10 7610/13 7625/15 7628/1 7636/20
**Huh-uh [1]** 7601/10
**humvee [1]** 7604/12

**humvees [1]** 7604/2
**hung [3]** 7626/16 7626/19 7630/3
**hunt [1]** 7615/25
**hunting [3]** 7605/14 7616/1 7618/15
**hurricanes [1]** 7631/13
**hurt [3]** 7642/1 7642/23 7681/25

# I

**I also [1]** 7665/25
**I am [4]** 7598/12 7672/21 7675/11 7695/19
**I apologize [5]** 7578/24 7592/5 7634/18 7686/3 7696/7
**I apologized [1]** 7696/6
**I believe [10]** 7574/15 7574/24 7575/10 7575/14 7621/20 7634/2 7647/21 7659/6 7664/17 7681/3
**I can [10]** 7583/20 7585/11 7585/21 7587/23 7590/19 7598/19 7621/6 7654/18 7664/5 7677/1
**I can't [4]** 7583/19 7585/11 7597/20 7610/1
**I couldn't [4]** 7610/7 7623/2 7646/19 7658/4
**I did [9]** 7581/15 7608/9 7611/16 7649/23 7651/3 7652/20 7662/10 7666/1 7686/4
**I didn't [4]** 7619/14 7621/21 7632/25 7636/11
**I don't [21]** 7580/8 7591/3 7601/14 7604/10 7608/22 7613/14 7624/21 7631/22 7633/5 7655/11 7656/16 7659/12 7661/25 7667/18 7669/9 7669/22 7674/5 7674/14 7675/8 7699/24 7700/1
**I don't have [4]** 7585/13 7614/2 7629/25 7698/3
**I guess [12]** 7573/25 7579/21 7583/10 7601/14 7603/1 7617/2 7617/5 7628/7 7649/23 7650/19 7654/16 7693/1
**I have [20]** 7575/15 7579/7 7580/5 7583/25 7588/18 7590/10 7601/3 7601/10 7627/22 7648/21

**I**

**I have... [10]** 7651/11
7658/13 7661/1 7666/9
7674/14 7684/7 7684/9
7687/23 7696/10
7697/8

**I haven't [3]** 7580/4
7587/12 7591/2

**I just [5]** 7629/17
7673/3 7676/10
7684/16 7692/2

**I know [9]** 7574/24
7578/7 7583/14 7584/3
7592/9 7619/16
7634/25 7666/8 7666/9

**I mean [38]** 7577/23
7579/6 7579/19 7580/4
7582/14 7583/22
7587/4 7587/24
7589/19 7602/2 7610/7
7610/18 7611/15
7614/2 7614/13 7618/3
7619/5 7627/14
7628/20 7628/21
7629/4 7630/14
7641/23 7642/10
7645/22 7655/10
7655/13 7664/4
7664/20 7674/13
7692/18 7693/2
7693/13 7694/9
7694/13 7695/18

**I notified [1]** 7581/10

**I recall [2]** 7638/15
7653/10

**I think [44]** 7567/5
7572/10 7573/2 7573/6
7574/22 7577/25
7578/23 7578/25
7579/5 7585/8 7586/14
7586/15 7586/23
7587/8 7588/6 7588/17
7592/7 7596/2 7626/11
7626/14 7630/21
7633/24 7637/1 7638/9
7638/23 7639/8
7646/22 7647/19
7647/24 7655/9 7656/2
7658/3 7658/19
7658/20 7672/21
7675/16 7675/21
7676/11 7696/17
7697/16 7697/18
7699/16 7699/23
7700/3

**I thought [2]** 7676/23
7695/22

**I told [1]** 7648/1

**I understand [9]**
7566/22 7581/6 7587/8
7596/6 7608/24 7675/2
7675/13 7683/24
7697/23

**I want [7]** 7567/1
7621/7 7639/13
7655/21 7666/1
7675/21 7682/19

**I was [27]** 7572/17
7603/13 7604/12
7605/2 7606/2 7606/5
7609/2 7610/17
7610/21 7610/23
7612/22 7624/23
7625/12 7628/13
7640/23 7658/8
7665/21 7666/24
7667/7 7671/22
7671/24 7676/1 7678/3
7679/10 7687/3
7695/24 7695/25

**I went [2]** 7609/17
7636/23

**I will [2]** 7596/13
7694/20

**I would [5]** 7585/25
7610/8 7655/11
7673/15 7696/1

**I wouldn't [2]** 7651/8
7651/12

**I'd [6]** 7584/24 7601/22
7605/4 7649/18 7651/1
7674/4

**I'll [18]** 7567/8 7574/7
7583/16 7591/11
7593/8 7594/17
7595/15 7595/19
7595/21 7648/13
7650/19 7664/21
7671/5 7671/6 7674/19
7687/14 7687/16
7698/8

**I'll look [1]** 7583/16

**I'm [82]** 7573/21
7578/7 7578/18 7580/5
7580/7 7580/8 7580/23
7580/24 7583/17
7587/1 7587/4 7587/5
7587/25 7588/25
7589/9 7590/11 7592/1
7594/14 7595/14
7596/11 7599/6
7600/10 7602/2
7602/22 7605/4 7608/6
7611/1 7612/16
7613/11 7614/17
7621/6 7624/15
7625/24 7627/6
7627/10 7630/1 7632/9
7632/16 7632/24
7634/17 7638/8
7638/14 7642/13
7642/24 7647/7
7647/15 7648/2
7649/15 7649/16
7650/21 7656/10
7656/10 7656/18
7657/9 7661/21 7662/7
7662/8 7662/10
7664/20 7666/2 7666/2
7667/1 7667/21 7669/6
7669/10 7669/11
7672/18 7673/23
7674/19 7676/17

**I was [27]** 7572/17
7676/24 7686/5 7686/8
7687/24 7695/12
7696/9 7696/10

**I'm going [5]** 7580/24
7613/11 7649/16
7656/10 7656/18

**I'm just [2]** 7669/6
7676/24

**I'm not [13]** 7578/18
7583/17 7587/5 7589/9
7592/1 7592/8 7611/1
7632/16 7638/14
7648/2 7656/10 7657/9
7696/10

**I'm not sure [2]** 7580/5
7595/14

**I'm sorry [4]** 7625/24
7632/9 7662/7 7662/8

**I'm sure [3]** 7594/14
7661/21 7662/10

**I've [16]** 7579/23
7580/10 7591/4 7634/7
7637/20 7648/21
7648/23 7659/12
7672/9 7673/5 7689/11
7693/3 7696/3 7696/3
7696/4 7699/18

**idea [11]** 7572/16
7579/7 7580/14
7613/23 7613/25
7614/15 7615/21
7651/11 7661/1 7674/2
7687/23

**identified [5]** 7577/21
7596/16 7597/21
7675/2 7699/6

**identify [2]** 7655/2
7676/2

**idiot [1]** 7669/9

**idiots [1]** 7624/18

**IED [3]** 7604/7 7605/14
7607/3

**IEDs [1]** 7605/17

**III [3]** 7561/6 7562/2
7566/7

**illegal [2]** 7634/12
7688/13

**imagine [1]** 7616/5

**immunity [7]** 7585/2
7585/14 7585/16
7585/22 7586/1
7697/22 7697/25

**implicated [1]** 7588/22

**important [7]** 7582/11
7586/24 7624/17
7658/9 7666/17
7681/11 7689/25

**improve [1]** 7606/17

**inappropriate [1]**
7648/7

**incident [1]** 7691/12

**incidents [1]** 7687/5

**inclined [3]** 7674/19
7675/4 7675/11

**included [1]** 7646/23

**includes [1]** 7636/1

**including [1]** 7692/1

**incredibly [1]** 7674/8

**incriminating [2]**
7584/19 7697/3

**incrimination [2]**
7687/3 7687/9

**inculpatory [1]**
7692/11

**independent [1]**
7575/25

**INDEX [2]** 7565/2
7565/8

**indicated [4]** 7594/24
7639/3 7686/24 7687/6

**indicating [1]** 7671/21

**indicted [2]** 7576/21
7576/21

**indictment [1]** 7590/16

**individual [2]** 7694/22
7695/7

**individually [1]** 7627/8

**individuals [1]** 7593/17

**indulgence [2]** 7599/2
7657/16 7698/8

**Infantry [1]** 7606/13

**infer [1]** 7692/24

**inflammatory [1]**
7656/3

**influence [1]** 7579/22

**information [7]** 7573/8
7573/23 7586/24
7615/4 7615/4 7675/20
7676/6

**informed [3]** 7574/16
7597/18 7697/20

**informing [1]** 7686/22

**infrequent [1]** 7680/6

**initial [2]** 7586/22
7672/2

**initially [2]** 7590/23
7671/24

**injury [1]** 7608/22

**inquire [5]** 7577/2
7672/6 7672/19 7673/4
7673/6

**inquiry [2]** 7580/14
7672/22

**ins [1]** 7609/13

**inside [2]** 7682/15
7691/21

**insight [1]** 7572/14

**insofar [2]** 7583/17
7697/17

**instructed [2]** 7576/23
7635/14

**instruments [1]**
7606/14

**insurgency [2]**
7663/25 7664/3

**intend [1]** 7593/17

**intended [5]** 7575/22
7591/7 7591/13
7617/21 7682/7

**intending [1]** 7575/18

**intends [1]** 7575/5

**intent [3]** 7572/19
7591/22 7635/23

**intentionally [1]**

**interaction [3]** 7580/20
7580/22 7630/25

**interest [3]** 7586/18
7690/9 7690/10

**interested [2]** 7592/9
7612/4

**internal [1]** 7589/10

**International [1]**
7604/14

**Internet [1]** 7631/8

**interrupt [1]** 7572/12

**interview [5]** 7575/24
7577/20 7577/23
7578/6 7665/25

**interviews [1]** 7578/1
7578/2 7695/1

**intimate [1]** 7572/23

**introduce [2]** 7642/18
7655/13

**introduced [2]** 7690/4
7692/10

**introducing [1]**
7655/16

**invaded [1]** 7663/11

**invasion [2]** 7625/5
7663/2

**invasions [1]** 7663/18

**investigation [1]**
7687/4

**investigator [1]** 7575/9

**invocation [4]** 7687/22
7693/2 7693/3 7700/2

**invoke [10]** 7575/17
7576/3 7581/12 7588/2
7588/12 7672/1 7687/2
7687/7 7687/8 7692/9

**invoked [3]** 7587/3
7696/23 7700/4

**invoking [1]** 7593/18

**involve [1]** 7651/12

**involved [6]** 7618/18
7647/8 7651/9 7679/12
7684/13 7697/16

**involvement [2]**
7622/19 7693/17

**involves [3]** 7571/16
7571/18 7681/19

**ironically [1]** 7688/10

**irresponsible [1]**
7681/6

**is [245]**

**is that fair [1]** 7680/15

**is there [3]** 7579/9
7579/22 7591/2

**isn't [9]** 7578/8 7578/8
7578/9 7579/7 7585/3
7617/5 7629/12
7682/14 7696/5

**issue [16]** 7573/25
7574/12 7574/13
7576/18 7578/24
7580/4 7585/3 7586/22
7591/3 7591/24
7594/19 7596/2 7675/8
7695/4 7696/5 7700/3

**issues [10]** 7572/8
7574/16 7577/16

7714

## I

issues... **[7]** 7579/14
7590/25 7593/19
7595/24 7598/1
7615/11 7656/15
**it [237]**
**it was [1]** 7658/15
**it would be [1]**
7628/21
**it's [83]** 7572/7
7576/12 7577/25
7578/1 7578/11
7578/12 7579/4
7579/14 7579/17
7579/20 7580/14
7587/25 7588/1
7589/15 7589/23
7590/12 7590/14
7593/12 7593/13
7593/22 7595/14
7595/15 7598/20
7607/7 7614/24 7616/5
7617/6 7617/9 7617/15
7619/6 7619/7 7619/7
7623/4 7623/4 7624/9
7624/17 7625/12
7627/6 7629/3 7629/6
7629/6 7630/10
7630/23 7631/14
7634/7 7634/12
7635/20 7637/23
7638/5 7638/12 7640/6
7645/5 7646/16 7655/4
7656/3 7656/13
7656/13 7657/10
7657/22 7660/7
7660/19 7660/22
7661/3 7663/7 7670/22
7672/21 7673/18
7673/19 7675/16
7681/6 7682/8 7682/11
7686/8 7690/13 7691/9
7692/17 7692/21
7692/23 7693/4
7695/12 7697/10
7697/18 7700/3
**it's like [2]** 7629/6
7645/5
**its [3]** 7577/7 7587/19
7587/19
**itself [2]** 7622/8
7654/12

## J

**jacket [1]** 7637/1
**Jackson [21]** 7575/12
7575/20 7576/12
7577/4 7583/6 7584/11
7587/23 7589/3
7589/11 7589/16
7590/7 7591/15
7595/22 7674/22
7675/3 7675/8 7676/7
7683/25 7699/3 7700/8
7700/8
**Jackson's [2]** 7576/15
7684/5
**James [3]** 7562/7

**Jan [1]** 7668/10
**January [27]** 7624/5
7626/1 7626/25
7627/13 7627/18
7629/19 7629/19
7632/22 7633/3
7633/24 7636/17
7636/21 7639/19
7643/1 7648/23
7652/20 7652/24
7657/25 7658/20
7667/5 7675/6 7677/13
7687/5 7690/8 7693/18
7693/24 7694/1
**January 5th [1]**
7633/24
**January 6th [18]**
7624/5 7626/1 7626/25
7629/19 7632/22
7633/3 7643/1 7648/23
7652/20 7652/24
7657/25 7658/20
7667/5 7677/13 7690/8
7693/18 7693/24
7694/1
**Jason [4]** 7611/3
7611/5 7649/16
7658/25
**JC [2]** 7676/6 7699/5
**JC's [1]** 7675/20
**jcrisp [1]** 7562/16
**Jeffrey [2]** 7561/14
7566/11
**jeffrey.nestler [1]**
7561/20
**jeopardized [1]** 7577/9
**jeopardy [1]** 7688/5
**Jeremy [2]** 7630/2
7633/11
**Jessica [3]** 7562/14
7566/9 7598/5
**Jessica Watkins [1]**
7598/5
**jlbrightlaw [1]** 7562/9
**job [1]** 7608/3
**jobs [1]** 7696/18
**jog [1]** 7680/1
**John [2]** 7594/21
7594/22
**Johnston [1]** 7562/11
**join [3]** 7602/1 7602/4
7609/14
**joined [8]** 7601/25
7609/14 7609/16
7611/19 7618/19
7634/8 7636/12
7667/16
**joining [1]** 7667/20
**Jonathan [2]** 7562/14
7566/17
**Jr [2]** 7562/10 7563/2
**judge [9]** 7561/10
7580/10 7583/19
7584/9 7585/5 7589/18
7591/6 7652/11 7698/6
**judges [1]** 7590/15
**jump [1]** 7623/7 7625/9

7649/7
**jurisdiction [1]**
7674/16
**jury [18]** 7561/9
7581/12 7584/3 7584/7
7586/24 7589/24
7590/5 7597/11
7599/13 7599/14
7602/20 7671/3 7672/3
7676/25 7677/2 7677/3
7686/13 7692/24
**just [86]** 7567/8
7571/22 7573/22
7576/16 7582/25
7588/8 7590/20 7591/9
7593/8 7595/14
7595/23 7596/21
7596/24 7600/22
7604/19 7606/4
7609/21 7615/15
7616/13 7617/4 7617/7
7617/8 7617/9 7618/7
7623/9 7625/1 7625/9
7626/16 7626/18
7626/19 7626/21
7628/21 7629/15
7629/17 7631/18
7639/6 7639/11 7641/1
7641/10 7641/11
7642/7 7643/3 7645/24
7646/18 7654/12
7656/25 7657/19
7659/22 7660/13
7661/12 7667/12
7669/6 7670/24 7672/6
7672/13 7672/14
7673/3 7673/21
7674/12 7676/5 7676/6
7676/10 7676/24
7677/12 7678/4
7679/22 7684/16
7685/4 7685/10
7685/10 7685/11
7688/14 7689/1
7689/14 7692/2 7693/4
7694/2 7694/7 7694/10
7695/14 7698/9
7698/18 7698/23
7699/5 7699/11
7699/13

## K

**Kathryn [2]** 7561/14
7566/11
**kathryn.rakoczy [1]**
7561/19
**keep [6]** 7625/19
7665/22 7693/14
7693/14 7694/10
7696/19
**Keeper [13]** 7603/21
7637/2 7637/9 7637/18
7638/1 7638/14
7641/18 7648/6 7651/5
7651/7 7655/3 7655/15
7658/4
**Keepers [40]** 7572/22

7610/15 7611/2
7612/19 7613/18
7618/18 7620/13
7621/11 7622/25
7630/18 7635/25
7636/5 7637/12 7640/1
7640/8 7640/12 7643/4
7644/1 7649/10
7649/25 7650/2
7651/17 7655/2 7655/4
7656/5 7658/2 7659/1
7659/4 7659/8 7661/7
7662/9 7666/20
7666/24 7667/3 7678/7
7682/3 7683/11
**Keepers' [1]** 7693/18
**keeps [1]** 7651/7
**Kelly [2]** 7563/2 7566/8
**Kellye [1]** 7576/21
**Kellye Sorrelle [1]**
7576/21
**Kenneth [2]** 7563/7
7566/8
**kicked [1]** 7605/12
**kids [5]** 7609/2 7627/3
7641/22 7652/23
7653/2
**killing [1]** 7619/10
**kind [23]** 7580/14
7592/1 7592/6 7592/12
7598/21 7608/13
7609/7 7609/23 7610/5
7611/21 7612/16
7614/13 7614/20
7614/25 7618/20
7621/15 7622/5
7626/16 7626/19
7626/22 7630/19
7641/13 7641/25
**kindergarten [1]**
7608/15
**kinds [1]** 7664/5
**kit [1]** 7663/19
**kitted [2]** 7620/3
7658/10
**knew [8]** 7577/2
7582/5 7607/11 7638/1
7642/20 7645/8
7652/17 7652/20
**know [96]** 7572/13
7572/25 7574/24
7575/24 7577/10
7578/7 7579/6 7579/11
7580/13 7581/14
7581/21 7583/11
7583/14 7584/3
7584/24 7587/4 7587/5
7587/7 7587/11
7587/19 7587/25
7589/3 7589/4 7589/7
7589/7 7589/21
7589/22 7590/4 7590/7
7590/9 7590/14 7591/9
7591/11 7592/9 7594/4
7594/5 7595/19
7598/20 7602/25
7604/7 7609/13

7611/1 7611/2 7611/8
7612/5 7613/25 7614/9
7614/11 7615/24
7616/9 7617/7 7617/23
7618/2 7619/16
7620/14 7621/6 7623/5
7623/15 7626/13
7626/18 7627/3
7629/21 7630/13
7630/14 7631/13
7631/14 7632/25
7634/25 7635/1
7636/11 7639/9
7639/12 7640/6 7640/9
7640/14 7642/22
7645/4 7650/19
7651/17 7662/25
7666/8 7666/9 7666/19
7673/3 7674/6 7676/7
7679/11 7681/23
7684/17 7693/3 7694/6
7697/17 7697/18
7699/6
**knowing [4]** 7589/10
7672/25 7688/15
7689/14
**knowledge [7]** 7572/23
7590/24 7608/13
7630/25 7634/23
7643/25 7697/8
**knowledgeable [1]**
7624/1
**known [3]** 7586/6
7637/12 7688/11

## L

**L-e-e [1]** 7600/13
**LA [1]** 7562/11
**ladies [2]** 7599/17
7686/5
**lapse [2]** 7696/7
7696/8
**Laramie [2]** 7626/15
7669/20
**larger [1]** 7643/25
**LASSITER [1]** 7562/3
**last [11]** 7567/1
7571/25 7573/4 7574/7
7574/12 7575/14
7580/19 7580/21
7592/15 7592/17
7593/2
**late [1]** 7605/24
**later [9]** 7603/21
7626/13 7646/11
7668/24 7676/12
7677/1 7680/19 7689/5
7691/13
**Latin [1]** 7638/21
**Latinos [1]** 7689/3
**latitude [1]** 7694/10
**law [10]** 7563/3
7586/17 7622/19
7622/22 7624/15
7635/20 7635/23
7636/3 7636/3 7695/5
**law-abiding [1]**

**law-abiding... [1]**
7624/15
**lawn [1]** 7562/3 7562/7
7647/19
**laws [3]** 7624/1 7624/6
7636/2
**lawyer [19]** 7577/2
7577/2 7577/4 7581/22
7581/24 7583/8
7583/19 7583/20
7588/11 7592/3
7671/11 7672/22
7674/15 7676/2 7676/7
7683/25 7684/4
7685/24 7699/3
**lead [1]** 7693/18
**lead-up [1]** 7693/18
**leader [5]** 7620/23
7621/1 7658/25 7659/4
7666/20
**leaders [1]** 7670/6
**leadership [7]** 7614/25
7615/2 7628/7 7630/19
7661/24 7669/25
7670/1
**leading [6]** 7624/4
7624/8 7629/19 7633/9
7640/10 7648/9
**learn [1]** 7639/16
**learned [2]** 7581/25
7592/17
**learning [1]** 7612/4
**least [11]** 7572/1
7574/22 7579/15
7579/17 7586/24
7589/23 7591/18
7596/18 7672/18
7695/9 7697/9
**leave [11]** 7579/10
7620/4 7620/14
7620/15 7621/10
7633/23 7649/17
7649/18 7649/19
7666/23 7674/4
**lecturing [1]** 7626/21
**led [2]** 7632/1 7639/22
**Lee [9]** 7562/7 7566/13
7590/24 7599/24
7600/5 7600/13
7667/23 7667/24
7685/19
**left [11]** 7606/4
7607/12 7607/14
7633/24 7634/23
7645/18 7648/4 7649/2
7689/3 7692/24
7694/12
**legal [5]** 7578/4
7664/21 7688/4
7693/18 7693/24
**less [1]** 7615/3
**lesson [2]** 7627/7
7648/25
**let [17]** 7574/7 7587/4
7587/11 7590/20
7591/9 7591/11
7595/19 7617/8

7651/6 7651/17
7655/14 7676/7
7687/21 7698/20
7699/6
**let's [21]** 7567/8
7573/16 7573/17
7579/10 7595/20
7597/25 7598/1
7621/23 7621/25
7630/20 7632/17
7633/22 7636/16
7645/25 7647/15
7657/11 7657/13
7658/24 7659/14
7696/16 7696/19
**let's see [1]** 7632/17
**letters [1]** 7631/20
**level [5]** 7576/2
7586/25 7609/18
7635/7 7684/8
**levelheaded [1]**
7653/16
**liability [1]** 7689/9
7696/22
**lie [1]** 7620/21
**life [2]** 7572/16 7652/8
**lightbulb [1]** 7584/18
**like [112]** 7573/1
7574/6 7584/22 7590/2
7594/3 7594/8 7601/22
7604/11 7604/11
7607/2 7609/4 7609/8
7609/16 7609/17
7609/18 7609/21
7610/1 7610/8 7611/1
7612/5 7614/2 7614/3
7614/5 7614/8 7614/17
7615/3 7615/10
7615/19 7616/3 7616/3
7616/23 7617/9 7619/1
7619/7 7619/10 7621/6
7623/3 7623/4 7623/6
7623/8 7626/11 7628/6
7628/21 7629/5 7629/6
7629/16 7630/1
7630/15 7630/17
7630/20 7630/21
7631/2 7631/3 7631/13
7631/13 7631/14
7631/19 7631/22
7632/2 7632/8 7632/15
7632/16 7632/21
7633/7 7636/4 7637/18
7638/9 7638/21
7639/10 7639/13
7641/24 7642/8
7642/10 7642/13
7642/14 7643/5
7643/10 7645/2 7645/3
7645/5 7645/14
7645/24 7647/1 7647/2
7647/5 7647/6 7647/7
7647/8 7647/13
7647/15 7647/17
7649/13 7649/15
7649/18 7650/2
7651/10 7651/13

7669/19 7673/4
7673/15 7676/20
7678/2 7678/20
7679/10 7679/11
7684/17 7687/17
7690/13 7690/24
**liked [1]** 7609/3
**likely [4]** 7573/19
7576/15 7674/19
7684/6
**likes [1]** 7627/5
**limit [2]** 7612/16
7693/11
**limited [1]** 7689/9
**Linder [1]** 7562/2
7562/3 7566/13
7566/22
**line [4]** 7587/11
7595/20 7603/4 7688/2
**lines [3]** 7603/7 7603/7
7688/10
**lineup [3]** 7572/21
7591/7 7591/13
**lingo [2]** 7628/25
7630/12
**link [1]** 7693/4
**links [1]** 7693/8
**list [7]** 7596/17 7597/1
7597/3 7597/5 7597/7
7597/10 7597/21
**listen [3]** 7606/14
7633/16 7639/12
**listened [1]** 7668/21
**listening [1]** 7629/17
**lists [2]** 7576/22
7597/22
**literally [3]** 7688/25
7689/14 7690/25
**little [16]** 7580/7
7601/22 7603/16
7629/4 7644/16
7647/24 7667/12
7670/23 7670/24
7670/25 7678/22
7691/11 7691/13
7691/15 7696/17
7697/8
**live [9]** 7594/9 7600/15
7609/5 7610/10
7612/24 7616/5 7616/7
7616/10 7690/23
**live-streaming [1]**
7690/23
**lived [2]** 7600/17
7610/13
**lives [1]** 7631/15
**Living [1]** 7652/8
**LLC [2]** 7562/14
7563/7
**local [5]** 7642/8 7659/8
7659/8 7659/11
7659/13
**location [1]** 7640/19
**lock [1]** 7661/4
**locked [1]** 7661/2
**locker [4]** 7628/21
7629/6 7629/8 7648/13

**logistically [1]** 7673/22
**long [16]** 7572/8
7573/1 7592/18
7594/20 7600/17
7602/6 7603/11
7605/19 7605/22
7605/25 7633/3 7674/6
7686/8 7686/9 7688/10
7692/19
**long-term [1]** 7572/8
**look [18]** 7579/11
7583/16 7584/2 7587/1
7587/8 7589/21
7595/15 7619/7
7630/17 7632/17
7655/23 7656/13
7674/20 7675/21
7692/18 7694/7
7696/20 7697/16
**looked [3]** 7580/4
7590/18 7619/1
**looking [2]** 7605/15
7676/21
**looks [2]** 7613/14
7669/19
**losing [1]** 7619/1
**lost [2]** 7605/17
7614/17
**lot [20]** 7611/23
7615/20 7615/21
7615/24 7617/25
7623/16 7623/23
7625/4 7628/17
7628/20 7628/22
7629/13 7640/1 7640/2
7661/25 7664/6 7669/3
7679/9 7681/17 7682/8
**lots [1]** 7678/20
**Louis [2]** 7561/15
7566/12
**love [3]** 7602/2 7609/4
7627/3
**loved [1]** 7610/13
**lucky [1]** 7605/3
**lunch [4]** 7698/17
7698/21 7699/13
7700/7

M

**M-a-d-d-o-x [1]**
7600/14
**mad [3]** 7665/21
7666/2 7666/24
**Maddox [19]** 7590/24
7591/13 7599/24
7600/3 7600/5 7600/8
7600/13 7601/3
7657/20 7661/15
7663/3 7665/4 7667/17
7667/23 7667/24
7671/4 7674/7 7676/14
7683/16
**made [19]** 7574/17
7603/6 7622/24
7631/11 7635/2
7637/17 7639/1 7639/7
7655/23 7672/24

7638/4 7688/7 7694/22
7695/9 7695/15
7695/21 7695/22
7696/3 7696/11
**main [1]** 7604/3
**maintaining [2]** 7624/6
7687/7
**make [21]** 7580/14
7582/4 7582/7 7587/18
7603/5 7609/22
7615/22 7620/18
7621/21 7622/22
7632/11 7637/18
7644/5 7649/24
7651/13 7672/13
7673/8 7675/22
7684/16 7684/19
7697/24
**makers [1]** 7605/14
**makes [2]** 7653/20
7690/15
**making [6]** 7573/14
7593/3 7637/11 7641/1
7656/3 7678/4
**man [5]** 7591/4 7640/3
7643/3 7645/3 7649/17
**manager [1]** 7608/4
**manipulate [2]**
7681/20 7682/15
**manner [5]** 7573/9
7574/6 7591/1 7613/18
7693/19
**many [7]** 7584/5
7587/13 7604/25
7610/5 7622/25
7646/20 7673/4
**Manzo [2]** 7561/15
7566/12
**map [1]** 7613/1
**marked [1]** 7613/11
**marshal [1]** 7681/21
**Mary's [1]** 7608/15
**mask [1]** 7687/17
**matter [4]** 7571/16
7673/16 7686/19
7701/4
**matters [2]** 7566/23
7673/23

**may [26]** 7572/6
7572/6 7574/13
7574/15 7578/23
7579/19 7583/13
7587/6 7587/18
7595/19 7638/9 7639/3
7671/25 7673/16
7682/19 7683/17
7686/20 7688/1 7694/6
7695/18 7697/3 7697/5
7697/7 7697/8 7697/12
7699/21
**maybe [12]** 7579/6
7580/11 7592/7
7632/24 7633/5 7633/6
7647/22 7647/24
7674/9 7679/5 7697/18
7698/23
**McWhirter [8]** 7567/2
7572/1 7578/13 7591/8

M

**McWhirter... [4]** 7591/18 7592/6 7594/2 7598/19
**McWhirter's [3]** 7578/19 7592/18 7595/12
**MD [1]** 7563/13
**me [83]** 7577/18 7578/4 7578/12 7580/10 7580/14 7580/17 7587/4 7587/11 7587/23 7588/23 7588/25 7590/2 7590/20 7592/6 7594/21 7598/8 7601/12 7601/23 7602/12 7602/17 7603/19 7603/23 7604/8 7606/2 7606/25 7608/6 7609/6 7609/16 7610/4 7610/24 7611/2 7611/7 7611/18 7612/14 7613/17 7613/21 7615/8 7615/18 7616/24 7618/12 7619/3 7619/14 7619/14 7619/23 7620/1 7621/16 7624/17 7628/23 7629/2 7629/8 7630/4 7630/9 7631/18 7632/2 7633/11 7636/21 7640/23 7642/24 7646/10 7646/23 7647/22 7649/12 7649/13 7651/6 7654/17 7654/19 7657/6 7659/19 7660/2 7660/11 7660/17 7668/16 7669/10 7678/3 7686/22 7687/21 7689/12 7690/19 7694/10 7694/18 7695/6 7695/16 7695/17
**mean [60]** 7573/21 7577/23 7579/6 7579/11 7579/17 7579/19 7580/4 7580/12 7582/14 7583/22 7585/9 7585/11 7587/4 7587/24 7588/21 7589/19 7602/2 7602/20 7610/7 7610/18 7611/15 7614/2 7614/13 7615/1 7616/5 7617/2 7618/3 7618/9 7619/5 7620/2 7626/16 7627/14 7627/14 7628/4 7628/20 7628/21 7629/4 7630/14 7634/16 7634/19 7641/5 7641/23 7642/10 7644/16 7645/5 7645/22 7655/10 7655/13 7663/5 7664/4 7664/20 7668/21 7674/13 7692/18 7693/2 7693/13 7693/16 7694/9 7694/13 7695/18
**meaning [2]** 7634/17 7692/24
**means [3]** 7628/5 7663/6 7668/19
**meant [3]** 7581/11 7628/5 7676/10
**mechanical [1]** 7564/6
**median [1]** 7604/4
**medic [1]** 7614/8
**medical [3]** 7572/2 7593/18 7598/23
**medicine [3]** 7612/21 7613/1 7614/7
**meeting [2]** 7601/8 7609/2
**meetings [2]** 7639/8 7639/18
**Meggs [3]** 7563/2 7566/8 7566/15
**MEHTA [2]** 7561/9 7566/3
**member [8]** 7607/11 7610/16 7611/9 7643/9 7661/17 7661/20 7661/25 7670/17
**members [5]** 7584/15 7637/12 7659/22 7661/6 7662/9
**membership [1]** 7665/23
**memory [6]** 7639/6 7645/10 7655/7 7656/15 7656/16 7680/1
**men [2]** 7619/16 7669/14
**mention [1]** 7584/25
**mentioned [6]** 7575/13 7575/23 7598/8 7662/20 7664/7 7686/18
**Merit [1]** 7564/2
**message [4]** 7662/22 7665/10 7666/5 7682/25
**messages [18]** 7584/13 7592/16 7644/18 7645/13 7646/11 7661/13 7661/14 7662/5 7662/6 7662/8 7667/15 7679/23 7690/8 7690/11 7690/12 7692/11 7692/11 7692/13
**met [2]** 7624/19 7625/17
**meters [1]** 7607/4
**meticulous [1]** 7624/5
**metro [3]** 7636/24 7643/3 7647/7
**Miami [2]** 7575/8 7695/25
**Michael [2]** 7576/20 7591/23
**Michael Greene [2]** 7576/20 7591/23
**mid [3]** 7588/3 7597/17 7690/7
**mid-direct [1]** 7588/3
**mid-next [1]** 7597/17
**middle [3]** 7576/23 7577/14 7584/23
**might [11]** 7567/5 7574/16 7576/7 7588/4 7594/9 7596/8 7597/11 7616/24 7630/14 7655/7 7697/2
**mild [1]** 7641/19
**mile [1]** 7647/22
**miles [2]** 7605/9 7660/5
**military [15]** 7601/25 7602/1 7602/22 7607/23 7610/17 7611/25 7612/4 7612/12 7612/20 7628/22 7630/12 7636/13 7661/3 7681/16 7682/3
**mind [1]** 7619/2
**mine [3]** 7609/2 7629/24 7669/20
**minute [2]** 7657/8 7699/16
**minutes [7]** 7601/17 7668/24 7674/9 7674/12 7685/11 7698/10 7698/18
**misconduct [1]** 7579/9
**mission [6]** 7603/14 7604/14 7607/8 7607/16 7607/24 7677/23
**missions [3]** 7606/20 7606/22 7621/2
**Mississippi [1]** 7601/24
**mobile [1]** 7641/8
**moment [4]** 7579/10 7683/22 7687/17 7691/10
**momentarily [1]** 7686/7
**Monday [1]** 7593/1
**moniker [1]** 7628/2
**Montana [4]** 7572/3 7573/13 7594/10 7594/15
**months [6]** 7586/7 7603/13 7605/23 7606/5 7609/22 7699/17
**monument [7]** 7639/24 7646/16 7654/2 7654/25 7657/24 7658/14 7677/14
**moot [1]** 7700/3
**more [18]** 7573/22 7588/17 7591/20 7593/12 7594/9 7610/11 7612/2 7615/3 7617/22 7626/25 7639/10 7652/20 7665/9 7677/12 7680/25 7681/25 7682/14 7689/22
**morning [22]** 7561/7 7566/5 7566/21 7567/2 7574/1 7591/22 7592/15 7595/21 7596/5 7598/9 7598/11 7599/18 7600/8 7636/21 7643/16 7652/5 7670/22 7671/17 7677/9 7679/20 7685/19 7692/8
**most [5]** 7617/24 7625/9 7668/22 7681/18 7681/24
**mostly [3]** 7619/8 7666/11 7682/9
**motivated [2]** 7602/1 7627/12
**Motorola [1]** 7644/16
**mountains [1]** 7616/4
**mouth [1]** 7648/22
**move [9]** 7583/1 7584/22 7593/19 7593/21 7598/2 7598/10 7641/12 7657/11 7657/13
**moved [3]** 7601/24 7606/2 7610/22
**moves [4]** 7654/4 7662/11 7665/13 7667/25
**moving [6]** 7597/9 7603/1 7604/1 7641/8 7641/10 7646/3
**Mr [9]** 7577/1 7596/5 7599/22 7684/23 7685/19 7690/20 7691/3 7691/19 7695/21
**Mr Aquino [4]** 7577/1 7684/23 7691/19 7695/21
**Mr. [181]**
**Mr. Aquino [27]** 7581/10 7582/14 7584/6 7590/21 7671/19 7685/6 7686/15 7686/20 7686/22 7686/24 7687/1 7687/11 7688/3 7688/7 7688/11 7688/15 7689/8 7689/11 7689/24 7691/2 7691/3 7691/13 7692/12 7692/13 7694/25 7697/22 7697/25
**Mr. Aquino's [9]** 7581/7 7581/7 7581/10 7581/13 7581/19 7581/22 7581/23 7583/1 7671/14
**Mr. Bright [7]** 7566/23 7571/21 7576/17 7576/20 7599/8 7662/2 7699/19
**Mr. Caldwell [3]** 7586/8 7586/12 7586/21
**Mr. Cramer [1]** 7675/10
**Mr. Crawley [14]** 7581/20 7581/24 7671/15 7671/17 7672/17 7686/15 7687/16 7687/17 7694/16 7697/6 7697/7 7697/14 7697/19 7699/24
**Mr. Crisp [2]** 7598/4 7598/8
**Mr. Cummings [5]** 7587/15 7589/12 7589/13 7589/20 7590/4
**Mr. Dario [1]** 7574/25
**Mr. Dario Aquino [1]** 7591/14
**Mr. Douyon [1]** 7686/11
**Mr. Fischer [3]** 7576/18 7588/17 7692/18
**Mr. Jackson [19]** 7575/20 7576/12 7577/4 7583/6 7584/11 7587/23 7589/3 7589/11 7589/16 7590/7 7595/22 7674/22 7675/3 7675/8 7676/7 7683/25 7699/3 7700/8 7700/8
**Mr. Jackson's [2]** 7576/15 7684/5
**Mr. Linder [1]** 7566/22
**Mr. Maddox [13]** 7591/13 7600/3 7600/8 7601/3 7657/20 7661/15 7663/3 7665/4 7667/17 7671/4 7674/7 7676/14 7683/16
**Mr. McWhirter [6]** 7572/1 7578/13 7591/8 7591/18 7592/6 7594/2
**Mr. McWhirter's [3]** 7578/19 7592/18 7595/12
**Mr. Nestler [8]** 7574/3 7596/22 7652/1 7654/22 7656/3 7670/21 7677/6 7692/8
**Mr. Ottersberg [2]** 7658/25 7659/7
**Mr. Rhodes [30]** 7577/15 7626/9 7627/1 7631/10 7643/13 7648/19 7649/22

**M**

Mr. Rhodes... [23]
7657/1 7665/8 7665/11
7688/6 7688/9 7688/11
7688/15 7688/20
7688/23 7689/2
7689/21 7690/16
7690/18 7690/21
7690/22 7691/14
7691/20 7691/21
7693/6 7693/7 7693/22
7694/4 7694/15
Mr. Rhodes' [4]
7577/11 7593/2
7599/20 7631/20
Mr. Ricky [2] 7575/12
7591/15
Mr. Siekerman [3]
7595/23 7698/14
7698/21
Mr. Siekerman's [1]
7700/9
Mr. Siemens' [1]
7595/11
Mr. Smith [2] 7684/10
7684/17
Mr. Smith's [1]
7675/20
Mr. Stamey [1]
7586/21
Mr. Wallace [1] 7575/9
Mr. Woodward [7]
7589/21 7591/9 7596/2
7596/4 7683/24 7699/2
7699/9
Ms [4] 7664/9 7668/7
7690/23 7692/7
Ms. [19] 7574/4
7598/10 7653/24
7654/11 7657/20
7661/11 7665/3
7667/13 7675/9 7676/1
7676/2 7676/2 7688/6
7689/3 7690/22 7691/4
7691/14 7699/6
7699/24
Ms. Peterson [4]
7675/9 7676/1 7676/2
7699/6
Ms. Rakoczy [2]
7574/4 7699/24
Ms. Rohde [6] 7653/24
7654/11 7657/20
7661/11 7665/3
7667/13
Ms. SoRelle [5] 7688/6
7689/3 7690/22 7691/4
7691/14
Ms. Watkins [2]
7598/10 7676/2
much [7] 7613/20
7615/14 7617/12
7626/9 7671/1 7681/12
7683/12
multiple [1] 7669/25
mute [3] 7639/11
7668/22 7669/6
my [91] 7572/19

7583/17 7585/10
7585/12 7587/9
7590/24 7591/19
7592/9 7597/21
7598/20 7602/2
7602/13 7603/25
7604/4 7604/5 7604/12
7604/15 7604/16
7605/1 7605/7 7605/24
7606/4 7606/7 7608/3
7608/4 7608/15 7609/4
7610/23 7610/24
7610/24 7611/2 7611/8
7620/13 7627/2 7627/2
7627/3 7627/19
7627/21 7630/2 7630/3
7630/3 7637/25 7638/1
7638/7 7638/9 7638/10
7646/18 7649/5
7649/15 7651/14
7652/8 7652/15
7652/24 7653/2 7653/2
7653/19 7659/19
7660/17 7660/21
7661/1 7665/22
7666/25 7667/24
7669/20 7671/21
7671/25 7671/25
7672/4 7672/5 7672/14
7674/7 7675/24
7676/23 7685/3
7685/19 7685/24
7686/19 7688/3 7688/7
7689/6 7689/18
7690/19 7693/9
7694/21 7695/4
7695/15 7695/19
7699/16 7699/18
myself [2] 7651/9
7651/12

**N**

Nah [1] 7649/15
naked [1] 7611/1
name [15] 7592/16
7592/16 7596/5
7600/11 7600/12
7610/1 7620/13
7621/15 7642/24
7664/5 7667/23
7667/24 7668/10
7676/23 7699/2
name's [1] 7685/19
named [3] 7566/19
7590/24 7669/18
names [4] 7574/10
7596/4 7596/7 7596/10
narrow [6] 7693/14
7693/15 7693/16
7694/10 7696/20
7697/1
nasty [1] 7688/10
nation [1] 7670/7
national [7] 7621/25
7630/23 7631/1 7632/4
7635/7 7635/17 7659/5
nationwide [1] 7683/5

native [1] 7614/13
nature [7] 7575/16
7590/25 7602/17
7617/20 7622/15
7625/3 7633/13
navigation [1] 7613/1
NCO [1] 7604/5
near [2] 7594/7
7699/12
nearby [1] 7688/16
Nebraska [1] 7609/25
necessarily [2] 7612/1
7682/6
necessary [5] 7572/10
7576/13 7592/11
7594/16 7656/13
need [21] 7566/20
7567/9 7573/22 7576/3
7578/21 7580/1
7582/18 7582/19
7583/10 7583/19
7583/20 7595/22
7596/2 7605/12
7642/11 7643/5
7662/25 7663/24
7682/12 7685/8
7697/19
needed [2] 7603/6
7615/4
needs [4] 7571/17
7571/20 7587/22
7697/16
nefarious [1] 7579/4
neighborhoods [2]
7613/22 7614/24
neighbors [1] 7613/25
nervous [1] 7601/8
Nestler [10] 7561/14
7566/11 7574/3
7596/22 7652/1
7654/22 7656/3
7670/21 7677/6 7692/8
neutral [1] 7697/10
never [17] 7591/4
7602/24 7606/24
7607/15 7607/18
7610/17 7612/3 7617/3
7631/12 7643/19
7648/6 7648/21
7648/21 7653/18
7653/20 7661/2 7696/1
new [2] 7576/18
7668/25
news [5] 7619/6
7629/25 7649/11
7650/3 7650/4
next [16] 7573/3
7580/24 7597/17
7604/15 7645/7
7668/24 7669/12
7669/17 7669/23
7670/4 7670/10
7670/12 7670/16
7671/10 7673/24
7689/20
nice [1] 7641/25
Nicholas [1] 7699/4

nickel [1] 7588/11
night [10] 7567/1
7571/25 7574/3 7574/7
7574/12 7575/14
7592/15 7592/17
7649/18 7688/12
NJ [1] 7563/8
no [109] 7561/4 7566/6
7566/7 7567/4 7573/4
7577/5 7578/7 7579/7
7581/14 7582/23
7583/5 7588/9 7590/25
7601/11 7602/23
7603/4 7605/7 7607/13
7608/6 7608/24 7612/1
7614/17 7616/9
7616/14 7616/14
7616/14 7618/10
7619/6 7619/11 7622/1
7622/1 7622/23
7625/24 7627/19
7627/21 7630/20
7631/2 7631/17
7631/22 7632/4
7633/21 7634/10
7634/15 7634/17
7634/17 7634/17
7637/3 7637/25 7638/8
7638/8 7638/12
7640/18 7640/21
7641/11 7642/11
7642/13 7643/17
7643/21 7644/15
7644/19 7644/21
7644/23 7646/7
7646/18 7647/12
7648/8 7648/12
7648/21 7650/1 7650/7
7650/10 7650/12
7651/15 7651/22
7651/23 7651/24
7651/25 7653/10
7654/6 7656/23 7658/3
7659/11 7660/21
7661/1 7661/5 7662/13
7664/20 7665/15
7666/12 7667/1 7668/2
7676/24 7676/24
7676/24 7677/16
7678/3 7678/15
7679/15 7682/8 7683/9
7683/14 7685/10
7687/23 7689/13
7695/1 7695/15
7696/10 7697/8
7698/25
Nobody [1] 7642/1
Nodding [1] 7677/15
non [2] 7626/21
7626/22
non-history [1]
7626/22
non-lecturing [1]
7626/21
noon [2] 7592/22
7698/20
norm [5] 7604/21

7618/16 7634/6
7618/19
normal [4] 7617/5
7641/17 7644/22
7644/24
North [3] 7562/15
7586/20 7690/18
North Carolina [2]
7586/20 7690/18
northeast [1] 7689/20
not [166]
notes [1] 7601/12
nothing [12] 7610/18
7629/16 7641/1
7642/11 7643/6
7644/19 7644/21
7651/8 7673/19
7680/21 7683/7 7688/3
notice [13] 7566/25
7575/19 7575/22
7577/22 7593/8
7593/22 7596/12
7596/18 7597/4
7597/13 7597/15
7675/7 7688/20
noticed [1] 7572/4
notices [1] 7648/10
notified [5] 7581/10
7581/13 7582/23
7582/24 7583/2
notify [1] 7593/15
notifying [2] 7579/24
7593/16
notion [1] 7573/22
November [4] 7561/5
7665/20 7690/2 7701/7
now [27] 7571/21
7572/9 7574/5 7576/23
7588/13 7589/2 7590/9
7593/17 7598/20
7608/6 7618/4 7653/23
7654/19 7654/20
7670/5 7670/20 7673/9
7683/25 7684/1
7685/11 7686/8 7687/1
7689/11 7689/17
7691/21 7692/15
7695/3
number [6] 7594/10
7632/14 7643/14
7673/23 7675/6 7686/2
nurse [1] 7614/8
nuts [2] 7619/9 7643/2
NW [3] 7561/17 7563/3
7564/4

**O**

Oak [2] 7562/3 7562/7
oath [58] 7572/22
7600/1 7603/21
7608/13 7609/1 7609/6
7610/15 7611/2
7612/18 7613/18
7618/18 7620/13
7621/11 7622/25
7630/18 7635/25
7636/5 7636/7 7637/2
7637/9 7637/12

**oath... [37]** 7637/18
7638/1 7638/14 7640/1
7640/8 7640/12
7641/18 7643/4 7644/1
7648/6 7649/10
7649/25 7650/2 7651/5
7651/7 7651/7 7651/17
7655/2 7655/3 7655/4
7655/15 7656/5 7658/2
7658/4 7659/1 7659/4
7659/8 7661/7 7662/9
7666/20 7666/24
7667/3 7678/7 7682/23
7683/11 7685/1
7693/18
**Oath Keeper [13]**
7603/21 7637/2 7637/9
7637/18 7638/1
7638/14 7641/18
7648/6 7651/5 7651/7
7655/3 7655/15 7658/4
**Oath Keepers [38]**
7572/22 7608/13
7609/1 7609/6 7610/15
7611/2 7613/18
7618/18 7620/13
7621/11 7622/25
7630/18 7635/25
7636/5 7640/1 7640/8
7640/12 7643/4 7644/1
7649/10 7649/25
7650/2 7651/17 7655/2
7655/4 7656/5 7658/2
7659/1 7659/4 7659/8
7661/7 7662/9 7666/20
7666/24 7667/3 7678/7
7682/23 7683/11
**Oath Keepers' [1]**
7693/18
**object [2]** 7588/6
7593/25
**objection [11]** 7624/8
7640/10 7650/13
7650/18 7654/6
7655/25 7656/18
7662/13 7665/15
7668/2 7698/25
**objects [1]** 7588/5
**obligated [2]** 7576/6
7587/25
**obligation [7]** 7580/5
7583/12 7583/17
7584/1 7590/10
7590/19 7674/14
**observation [1]**
7672/18
**observations [1]**
7694/5
**obvious [1]** 7584/16
**obviously [8]** 7577/13
7582/7 7585/1 7585/6
7684/8 7684/12
7684/17 7694/19
**occurred [4]** 7589/7
7589/9 7591/17 7687/5
**odd [1]** 7578/12
**off [9]** 7572/3 7584/18

7619/14 7619/16
7619/25 7620/1 7640/4
**offensive [1]** 7682/7
**offer [1]** 7598/25
**offered [3]** 7589/24
7593/13 7659/7
**offering [4]** 7573/8
7592/8 7639/2 7641/17
**OFFICE [3]** 7561/16
7578/6 7594/15
**officers [2]** 7615/10
7642/19 7642/23
**Official [1]** 7564/3
**often [5]** 7583/15
7639/11 7681/25
7682/14 7692/19
**oftentimes [1]** 7584/3
**oh [34]** 7580/10
7581/22 7601/14
7602/11 7607/9
7611/11 7613/16
7614/22 7616/9
7623/20 7624/7
7628/12 7629/10
7631/9 7632/2 7632/13
7637/13 7637/22
7638/9 7638/20
7642/15 7643/11
7643/15 7643/24
7644/3 7645/1 7647/1
7652/25 7658/16
7661/9 7662/10 7676/3
7676/18 7676/21
7690/12
**OK [3]** 7661/22 7690/1
7690/12
**OK FL Hangout [2]**
7690/1 7690/12
**okay [156]**
**OKN6A [1]** 7668/15
**old [3]** 7600/19
7629/15 7641/23
**older [3]** 7640/24
7641/5 7678/3
**once [8]** 7577/20
7577/21 7632/11
7632/15 7632/19
7639/9 7669/5 7694/21
**one [41]** 7574/2
7574/12 7575/12
7578/1 7578/8 7578/8
7578/9 7583/20
7587/14 7590/22
7591/5 7591/12
7591/12 7591/12
7596/15 7596/24
7604/5 7605/18
7606/19 7613/25
7621/1 7621/21 7630/9
7631/6 7635/25
7639/18 7645/15
7648/15 7653/11
7661/5 7665/9 7667/8
7668/25 7669/4
7669/23 7670/4
7670/10 7670/12
7680/25 7686/2
7688/14

7666/12
**online [1]** 7609/17
**only [9]** 7579/21
7582/18 7588/22
7589/6 7592/7 7597/18
7681/19 7689/6
7699/17
**op [7]** 7668/10 7668/25
7669/13 7669/24
7670/1 7680/2 7680/10
**op thread [3]** 7668/25
7669/13 7669/24
**open [9]** 7571/14
7573/21 7587/1 7603/7
7603/7 7625/19
7631/20 7657/15
7684/22
**openings [1]** 7577/14
**operating [2]** 7603/2
7696/17
**opponent [1]** 7663/8
**opportunity [7]** 7584/4
7584/8 7621/9 7673/15
7674/20 7695/8
7697/15
**opposed [1]** 7587/12
**ops [1]** 7621/2
**order [7]** 7573/4
7573/14 7580/1 7594/13
7594/15 7599/5
7682/16
**orders [5]** 7648/6
7648/10 7680/13
7680/18 7688/25
**organization [6]**
7612/9 7620/20 7633/9
7651/8 7657/2 7657/3
**originally [1]** 7591/7
**other [36]** 7573/9
7573/25 7583/6
7585/10 7587/18
7590/22 7604/6 7604/7
7605/25 7607/20
7610/5 7614/16 7616/6
7617/23 7621/10
7622/23 7629/4
7634/13 7638/25
7649/9 7650/3 7655/12
7661/6 7662/9 7663/23
7670/6 7673/5 7673/23
7678/20 7679/7 7679/9
7681/19 7683/4
7690/12 7694/19
7696/11
**others [4]** 7589/16
7631/25 7632/12
7644/25
**otherwise [1]** 7696/2
**Ottenberg [1]** 7611/5
**Ottersberg [4]** 7611/6
7611/7 7658/25 7659/7
**Otto [1]** 7625/12
**ought [5]** 7576/8
7580/11 7588/5
7597/18 7699/13
**our [34]** 7567/1 7567/1
7571/25 7572/19

7576/24 7576/24
7577/8 7577/14
7584/17 7584/20
7588/19 7591/22
7592/12 7592/24
7594/14 7597/5
7597/14 7599/5 7609/2
7609/8 7613/22 7618/1
7618/3 7635/24
7644/15 7670/22
7671/10 7673/17
7687/1 7698/10 7700/7
**ourselves [1]** 7642/18
**out [70]** 7571/17
7571/20 7572/3 7573/4
7573/17 7574/18
7577/2 7577/4 7580/25
7581/5 7581/7 7581/8
7585/13 7587/3
7591/10 7591/24
7592/4 7593/7 7594/6
7595/13 7595/19
7595/21 7599/4
7601/22 7604/5
7606/20 7606/22
7607/4 7608/6 7609/17
7612/6 7614/1 7615/16
7616/4 7616/20 7618/1
7620/3 7625/9 7626/17
7626/20 7630/3
7639/13 7642/8
7642/17 7642/18
7643/19 7645/5
7646/19 7648/2
7648/22 7650/2
7656/21 7657/19
7661/2 7663/16 7665/7
7675/5 7675/9 7676/1
7676/24 7686/11
7688/9 7688/15
7692/14 7693/7
7695/17 7697/2 7697/7
7698/8 7698/20
**outs [1]** 7609/13
**outside [8]** 7584/14
7622/12 7685/4
7687/15 7694/13
7694/14 7696/6
7699/11
**outstanding [1]**
7590/25
**over [18]** 7577/6
7577/8 7597/8 7606/1
7630/3 7630/22
7633/19 7640/2 7644/8
7645/12 7649/14
7653/18 7670/6
7670/17 7674/20
7678/17 7679/11
7679/13
**overall [1]** 7670/1
**overnight [1]** 7616/4
**overpass [1]** 7604/17
**overran [1]** 7690/24
**overrule [1]** 7696/24
**overruled [1]** 7624/9
**overwhelmingly [2]**

**owe [1]** 7588/12
**own [4]** 7609/5 7609/8
7628/25 7663/16
**owners [4]** 7617/25
7680/23 7681/1 7681/7

**P**

**P.A [1]** 7563/12
**p.m [3]** 7690/23
7700/20 7700/20
**PA [1]** 7562/15
**packet [2]** 7609/20
7610/3
**packs [1]** 7603/1
**page [1]** 7668/10
**panel [4]** 7599/13
7677/2
**pants [3]** 7637/1
7691/20 7691/22
**paperwork [1]** 7676/11
**paramedic [1]** 7614/8
**paraphernalia [2]**
7655/2 7655/4
**park [2]** 7563/3 7643/2
**part [19]** 7584/12
7610/5 7613/17
7616/19 7623/18
7627/12 7627/23
7628/16 7635/25
7638/15 7662/5 7678/7
7678/10 7680/5
7680/10 7681/3
7681/11 7690/5 7694/1
**parte [1]** 7585/21
**participates [1]** 7690/3
**participation [1]**
7693/24
**particular [6]** 7571/11
7571/19 7577/24
7586/9 7656/19
7675/13
**particularly [1]**
7675/12
**parties [4]** 7571/18
7595/8 7595/15
7697/19
**parts [1]** 7618/3
**party [3]** 7577/24
7596/9 7664/4
**partying [1]** 7649/14
**pass [1]** 7651/20
**passed [2]** 7596/14
7604/8
**past [2]** 7574/2
7642/14
**pasture [1]** 7608/7
**patch [2]** 7657/10
7657/13
**patriot [1]** 7602/2
**Patrol [2]** 7620/10
7620/12
**patrolling [2]** 7615/25
7618/15
**Pause [5]** 7599/12
7698/12 7699/1 7699/8
7699/20
**PCS [1]** 7606/3

**P**

**peaceful [1]** 7619/8
**peacefully [1]** 7647/14
**pee [2]** 7610/18 7647/5
**Pelican [1]** 7661/3
**penal [1]** 7586/18
**people [65]** 7582/11
7584/5 7586/16
7587/18 7589/1
7589/12 7596/10
7597/22 7609/5 7610/5
7610/8 7610/10
7610/11 7612/3
7614/15 7615/20
7615/21 7615/24
7616/9 7618/1 7619/6
7619/10 7622/23
7624/17 7625/5 7625/6
7625/9 7626/17
7628/17 7628/19
7632/16 7634/13
7636/3 7637/11
7638/25 7640/2
7640/23 7641/23
7645/3 7648/14 7650/3
7651/9 7651/11
7651/13 7652/11
7652/13 7653/7
7655/18 7655/24
7656/8 7662/19
7662/23 7665/22
7666/8 7666/9 7666/24
7678/3 7678/20 7679/9
7681/24 7688/24
7689/16 7689/21
7690/7 7691/16
**people's [1]** 7631/15
**perception [2]** 7619/4
7636/5
**perfect [1]** 7639/4
**perform [2]** 7614/16
7642/20
**performed [1]** 7642/16
**perhaps [4]** 7579/7
7579/7 7588/5 7699/13
**period [13]** 7572/23
7621/9 7622/11 7624/4
7625/23 7633/3 7643/8
7688/19 7688/22
7689/2 7693/13
7693/21 7694/11
**person [13]** 7575/13
7577/23 7579/16
7580/25 7586/22
7588/15 7595/5 7615/5
7645/8 7653/4 7655/23
7696/4 7696/6
**person's [4]** 7580/6
7588/3 7674/18
7675/13
**Personal [1]** 7623/17
**personally [8]** 7575/16
7575/17 7580/23
7620/18 7631/1 7632/1
7635/13 7689/19
**perspective [2]**
7618/24 7688/3
**pertinent [1]** 7612/24

**P** (Peterson P)

7676/1 7676/2 7699/6
**petitioning [1]** 7573/10
**phillip [3]** 7562/2
7562/6 7566/13
**phon [1]** 7605/12
**phone [18]** 7567/8
7574/3 7575/13
7575/16 7578/25
7639/10 7639/11
7643/14 7644/20
7645/1 7646/6 7646/17
7646/18 7646/19
7675/8 7680/14
7680/19 7683/21
**phones [1]** 7644/15
**photograph [3]**
7654/23 7656/11
7657/12
**phrase [1]** 7581/2
**pick [1]** 7683/21
**picture [1]** 7654/10
7654/12 7657/19
7657/22
**pills [2]** 7649/5
7649/15
**pissed [2]** 7619/14
7619/14
**pistol [1]** 7617/3
**place [3]** 7567/6
7651/9 7697/1
**placed [4]** 7571/16
7600/1 7639/24 7685/1
**placements [1]**
7605/15
**places [1]** 7616/6
**Plaintiff [1]** 7561/4
**plan [1]** 7606/23
**plane [2]** 7578/13
7695/16
**planning [4]** 7576/7
7593/1 7606/25
7688/24
**plans [6]** 7612/15
7650/17 7650/24
7651/4 7653/20
7690/15
**play [2]** 7695/4
7698/20
**playing [2]** 7586/25
7641/22
**plead [1]** 7685/24
**please [30]** 7566/4
7574/8 7583/21
7599/15 7599/25
7600/11 7609/16
7613/21 7615/8
7615/18 7621/16
7653/24 7653/25
7654/11 7654/14
7657/18 7661/11
7661/13 7665/3
7665/22 7667/11
7668/7 7668/24
7669/23 7671/16
7675/1 7676/16 7677/5
7687/16 7697/14
**pleased [1]** 7627/9

**plus [1]** 7586/6
**point [17]** 7578/4
7579/21 7587/5 7592/7
7593/7 7593/13
7593/13 7594/7
7614/25 7639/21
7688/14 7689/20
7691/18 7696/23
7699/23 7700/3
7700/10
**points [2]** 7603/2
7690/12
**police [9]** 7615/9
7620/18 7636/4 7642/8
7642/19 7642/21
7642/22 7659/13
7678/23
**poor [1]** 7630/19
**porta [1]** 7688/9
**portion [1]** 7657/19
**portions [1]** 7593/20
**position [8]** 7576/10
7588/14 7595/10
7687/8 7691/16
7691/23 7694/18
7694/25
**possibility [1]** 7573/6
7594/24 7595/1
**possible [5]** 7584/15
7587/6 7597/8 7638/4
7638/5
**posts [1]** 7631/10
**potatoes [1]** 7604/11
**potential [8]** 7574/12
7574/21 7576/3
7579/24 7587/14
7672/20 7675/3 7687/4
**potties [1]** 7688/10
**power [4]** 7586/1
7586/2 7698/4 7698/6
**practice [1]** 7596/22
7674/16 7674/18
7675/12 7681/22
**prayed [1]** 7666/25
**precedent [1]** 7697/23
**precise [1]** 7691/9
**predict [1]** 7686/8
**prejudice [1]** 7597/5
**prejudiced [1]** 7597/4
**prepared [5]** 7580/3
7590/21 7598/10
7681/11 7696/21
**preparedness [2]**
7614/18 7683/1
**prepping [1]** 7578/15
**prerogative [1]** 7585/7
**presence [1]** 7653/19
**present [4]** 7566/19
7572/21 7598/11
7618/19
**presented [1]** 7697/4
**President [8]** 7572/22
7627/14 7631/20
7633/16 7644/7
7647/13 7664/8
7664/10
**President Trump [3]**

7664/10
**President' [1]** 7633/17
**presiding [1]** 7566/3
**Pretrial [1]** 7597/6
**pretty [8]** 7596/11
7600/9 7641/19
7651/11 7658/15
7691/4 7691/8 7691/11
**Prettyman [1]** 7564/4
**preview [1]** 7684/7
**previously [1]** 7601/3
7685/21
**primary [2]** 7567/1
7688/1
**principle [1]** 7578/5
**prior [3]** 7627/17
7693/17 7693/23
7678/23
**privilege [9]** 7576/8
7580/11 7581/13
7582/4 7591/4 7593/18
7672/10 7687/2 7687/9
**pro [2]** 7651/18
7651/18
**probably [13]** 7588/1
7591/18 7591/19
7595/9 7608/16 7610/8
7610/11 7612/2 7629/4
7651/16 7663/15
7669/2 7692/2
**probative [5]** 7593/12
7593/13 7655/12
7656/1 7656/14
**problem [11]** 7573/4
7577/19 7583/5
7591/25 7595/3
7613/16 7636/1
7656/23 7692/16
7694/14 7696/10
**proceed [3]** 7671/18
7686/7 7698/16
**proceeding [1]** 7577/8
**proceedings [5]**
7561/9 7564/6 7566/20
7598/14 7701/4
**process [4]** 7582/9
7609/11 7609/15
7676/10
**produced [1]** 7564/7
**professionally [1]**
7575/18
**proffer [4]** 7576/14
7584/12 7585/21
7689/8
**prognosis [2]** 7572/25
7573/18
**program [2]** 7615/9
7618/14
**programs [6]** 7612/15
7615/6 7615/15
7617/11 7617/20
7618/14
**prohibited [2]** 7635/18
7676/19
**promptly [1]** 7598/1
**properly [3]** 7663/1
7672/20 7674/17
**prophylactically [1]**

**propose [2]** 7594/4
7594/8
**prosecutes [1]** 7577/7
**Prosecutor's [1]**
7578/6
**protect [3]** 7590/10
7640/19 7682/16
**protected [1]** 7577/12
**protecting [1]** 7604/2
**protective [1]** 7655/18
**provide [6]** 7585/2
7585/23 7591/20
7614/16 7615/16
7662/19
**provided [5]** 7576/22
7596/12 7596/17
7597/1 7663/21
**provider [1]** 7598/23
**Province [1]** 7605/12
**prudent [1]** 7588/1
**PSD [1]** 7656/7
**PSDs [3]** 7623/16
7638/19 7639/15
**publish [1]** 7657/18
**pull [5]** 7653/23
7661/10 7663/25
7664/24 7665/2
**Pulled [1]** 7604/3
**purchased [1]** 7578/13
**purely [1]** 7655/9
**purpose [2]** 7654/22
7655/16
**purposes [1]** 7623/13
**push [1]** 7607/4
**put [26]** 7571/22
7574/14 7578/24
7584/12 7588/17
7588/19 7593/8
7593/23 7597/22
7606/13 7606/16
7608/6 7610/3 7616/3
7616/3 7617/7 7632/6
7632/7 7635/10 7636/2
7639/11 7691/23
7692/13 7695/4 7695/7
7698/17
**puts [2]** 7592/6
7694/18
**putting [2]** 7694/13
7694/14
**PUTZI [1]** 7563/12

**Q**

**quagmire [1]** 7584/25
**question [14]** 7579/8
7579/16 7579/21
7579/25 7587/9
7607/12 7639/15
7651/14 7657/7
7675/21 7682/22
7693/1 7695/10
7695/19
**questionable [1]**
7695/3
**questioned [1]**
7699/18
**questioning [2]**

7720

**Q**

questioning... [2] 7656/11 7694/3
questions [13] 7584/20 7589/22 7651/22 7651/23 7662/3 7677/12 7679/15 7679/22 7683/14 7684/12 7688/2 7696/21 7699/25
quickly [1] 7593/4
quote [1] 7658/20

**R**

racing [1] 7678/24
racist [3] 7657/2 7657/4 7657/11
racists [1] 7657/3
radio [1] 7613/2
raise [4] 7566/23 7596/3 7599/25 7684/25
raised [2] 7576/19 7596/3
raising [1] 7598/8
Rakoczy [5] 7561/14 7566/11 7574/4 7692/7 7699/24
rallies [2] 7631/11 7631/12
rally [7] 7621/18 7629/22 7632/21 7658/17 7677/14 7678/17 7689/4
ramifications [1] 7672/7
ran [3] 7616/11 7619/25 7620/11
Range [1] 7625/12
ranger [2] 7643/3 7647/6
ranges [1] 7615/15
rather [1] 7648/19
rational [1] 7647/23
re [2] 7655/25 7689/5
re-approached [1] 7689/5
re-assert [1] 7655/25
reach [5] 7580/25 7581/7 7595/19 7642/8 7642/17
reached [10] 7577/1 7577/4 7581/5 7581/8 7591/10 7643/19 7675/5 7675/9 7688/9 7688/15
reaching [1] 7676/1
ready [12] 7590/22 7590/23 7599/8 7605/25 7606/11 7664/18 7664/22 7666/2 7666/7 7666/17 7676/14 7676/25
real [4] 7577/5 7577/8 7577/13 7581/2
reality [1] 7656/13
realized [1] 7632/15

realizes [1] 7584/10
realizing [1] 7584/17
really [10] 7586/16 7609/7 7614/7 7614/10 7618/19 7632/25 7641/21 7641/25 7648/14 7650/3
realm [1] 7691/24
realtime [1] 7564/3 7589/15
reason [4] 7655/12 7673/7 7673/14 7692/21
reasonable [4] 7591/1 7597/4 7617/15 7675/16
reasonably [1] 7597/22
recall [13] 7594/19 7594/23 7608/25 7621/19 7631/16 7631/19 7633/2 7633/13 7638/15 7639/6 7639/17 7647/10 7653/10
receive [4] 7593/25 7644/13 7648/10 7680/18
received [7] 7648/6 7654/8 7662/15 7665/17 7668/4 7671/20 7673/7
receiving [2] 7646/11 7667/16
recess [3] 7674/24 7674/25 7700/20
reciprocal [1] 7597/15
recognize [2] 7598/4 7613/13
recollect [1] 7625/22
recollection [2] 7639/4 7650/5
record [10] 7571/22 7580/2 7584/12 7585/8 7593/23 7600/11 7657/1 7697/21 7697/24 7701/3
recorded [1] 7564/6
recordings [1] 7601/12
recover [1] 7572/15
RECROSS [1] 7565/4
red [1] 7629/5
red-faced [1] 7629/5
redact [1] 7657/13
redirect [3] 7565/4 7674/7 7679/18
reference [2] 7683/2 7683/4
referenced [1] 7612/14
referring [5] 7574/24 7574/25 7632/8 7632/20 7642/13
regard [1] 7584/11
regarding [4] 7574/5 7586/21 7594/20 7639/15
Registered [1] 7564/2
regular [1] 7681/7

relationships [1] 7684/15
released [1] 7598/22
relevant [1] 7650/20
relied [1] 7620/22
reluctant [1] 7596/6 7672/21
remain [2] 7651/5 7687/16
remedies [1] 7586/16
remember [29] 7601/14 7604/10 7608/22 7610/1 7613/14 7624/21 7625/21 7631/22 7633/5 7647/12 7656/6 7659/12 7660/2 7662/1 7662/5 7662/8 7664/1 7665/6 7665/8 7665/10 7667/15 7667/18 7667/20 7669/1 7669/9 7669/22 7680/3 7682/23 7682/24
remembered [1] 7655/13
remembrance [4] 7643/20 7644/14 7650/8 7680/1
remind [2] 7581/1 7659/25
reminder [1] 7676/4
remiss [1] 7584/24
remote [5] 7595/1 7595/2 7595/7 7595/11 7595/12
remove [2] 7687/17 7690/13
Reporter [4] 7564/2 7564/2 7564/3 7564/3
represent [1] 7685/20
represented [3] 7575/3 7581/11 7591/23
representing [1] 7675/23
request [6] 7573/14 7576/13 7588/15 7672/3 7697/25 7698/3
requested [2] 7589/19 7671/22
require [1] 7697/1
required [1] 7580/8 7593/22 7596/9
requirement [1] 7588/7
rescue [1] 7605/13
resolve [1] 7597/25
resolved [1] 7595/25
respect [13] 7571/19 7571/22 7577/1 7577/4 7577/11 7582/13 7587/23 7594/2 7639/2 7674/22 7690/9 7693/25 7700/8
respectfully [1] 7698/1
response [4] 7582/23 7584/20 7619/18 7659/11
responsibility [1]

responsible [1] 7680/23
rest [7] 7584/14 7605/1 7619/1 7619/21 7649/19 7656/4 7659/22
restricted [2] 7689/9 7689/15
restriction [1] 7578/8
result [5] 7572/7 7588/14 7595/16 7626/10 7673/11
results [2] 7627/9 7664/13
resume [1] 7670/24
retired [3] 7608/6 7610/22 7621/6
retirement [1] 7606/7
return [1] 7700/7
review [1] 7689/7
revoke [1] 7582/3
RHODES [50] 7561/6 7562/3 7566/7 7566/14 7577/15 7600/5 7613/12 7624/20 7625/17 7626/9 7627/1 7631/10 7643/13 7648/19 7649/22 7652/17 7653/15 7657/1 7665/5 7665/8 7665/11 7665/21 7666/5 7666/16 7666/17 7669/14 7669/24 7685/15 7685/20 7688/6 7688/9 7688/11 7688/18 7688/20 7688/23 7689/2 7689/21 7690/16 7690/18 7690/21 7690/22 7691/3 7691/14 7691/20 7691/21 7693/6 7693/7 7693/22 7694/4 7694/15
Rhodes' [4] 7577/11 7593/2 7599/20 7631/20
Ricky [2] 7575/12 7591/15
rifle [5] 7617/3 7617/7 7618/15 7660/13 7660/20
rifles [5] 7616/16 7616/17 7659/20 7661/7 7661/9
right [115] 7566/21 7566/24 7573/16 7577/23 7580/6 7582/13 7582/14 7582/25 7583/8 7583/22 7583/24 7584/16 7585/9 7588/12 7590/1 7593/16 7595/17 7597/2 7598/13 7598/14 7599/8 7599/15 7599/25

7600/10 7600/21 7601/2 7601/6 7601/13 7603/12 7603/16 7603/17 7603/23 7605/19 7608/18 7608/19 7615/1 7617/18 7618/4 7618/11 7618/20 7619/24 7623/13 7626/6 7628/25 7629/12 7630/20 7635/21 7637/21 7640/5 7644/9 7645/17 7651/21 7652/11 7652/14 7652/17 7653/9 7654/2 7654/21 7656/10 7658/7 7658/10 7659/5 7659/9 7659/15 7659/18 7659/20 7659/23 7660/3 7660/6 7660/10 7660/16 7661/8 7661/15 7661/18 7662/3 7662/20 7662/23 7663/2 7663/21 7664/11 7664/19 7666/3 7666/16 7666/22 7667/6 7667/9 7669/14 7670/18 7671/7 7673/18 7675/3 7677/4 7677/14 7677/21 7678/4 7678/18 7679/13 7683/15 7683/25 7684/21 7684/25 7685/10 7685/13 7686/1 7686/8 7686/10 7686/14 7691/21 7695/11 7696/16 7697/11 7698/9 7700/6 7700/13
rights [6] 7577/9 7582/4 7590/17 7673/8 7674/18 7695/6
riot [3] 7622/14 7631/14 7694/15
rioters [2] 7691/6 7691/18
riots [2] 7619/24 7622/9
rise [5] 7566/2 7671/2 7674/23 7686/12 7697/2
Ritchie [1] 7563/12
RMR [2] 7701/2 7701/8
road [3] 7563/3 7572/18 7625/12
robe [1] 7580/10
rocks [1] 7604/15
Roger [5] 7607/4 7670/11 7670/13 7683/13 7683/18
Rohde [8] 7653/24 7654/11 7657/20 7661/11 7664/9 7665/3 7667/13 7668/7
role [1] 7684/5

**R**

**room [15]** 7628/21
7629/6 7629/8 7633/25
7648/13 7649/3
7662/23 7663/3
7663/11 7663/20
7684/2 7688/16
7688/18 7693/20
7694/4
**rooms [2]** 7663/13
7663/14
**Rotunda [1]** 7584/14
**rough [3]** 7605/18
7629/3 7647/10
**roughly [3]** 7608/17
7611/19 7611/21
**rounds [1]** 7602/13
**route [1]** 7604/3
**routes [1]** 7602/19
**roving [1]** 7655/18
**RPG [2]** 7604/18
7604/18
**rule [4]** 7593/9 7596/11
7596/22 7596/25
**Rules [1]** 7594/25
**run [1]** 7694/9
**rung [1]** 7603/25

**S**

**sack [1]** 7604/11
**safe [3]** 7615/9
7618/14 7683/17
**safety [1]** 7615/6
**said [33]** 7574/7
7578/10 7581/14
7581/14 7583/12
7583/18 7620/12
7625/16 7625/21
7637/8 7640/1 7642/13
7642/17 7644/7 7650/2
7656/4 7656/5 7656/9
7656/15 7657/12
7658/19 7660/15
7663/24 7665/21
7667/1 7668/24
7672/24 7675/6 7680/5
7692/2 7692/8 7695/14
7696/25
**same [4]** 7577/21
7607/21 7609/3
7625/19
**Saturday [2]** 7575/23
7578/15
**saved [1]** 7604/15
**saw [8]** 7616/25
7622/9 7643/2 7647/6
7678/23 7678/25
7683/1 7683/4
**say [45]** 7567/1
7572/13 7580/10
7585/12 7585/21
7585/25 7588/12
7588/21 7589/3 7603/2
7603/15 7605/4 7607/7
7608/17 7610/8
7616/25 7617/15
7617/22 7618/23
7619/6 7620/1 7623/25

7632/19 7636/11
7639/13 7641/7
7642/24 7643/8
7643/13 7653/13
7655/8 7656/25 7662/7
7670/13 7670/13
7670/24 7677/16
7680/25 7680/25
7681/14 7694/20
7695/5 7697/19
**saying [14]** 7572/19
7628/19 7643/3
7648/16 7653/7 7653/8
7653/12 7663/10
7664/1 7665/8 7669/1
7669/11 7680/22
7695/12
**says [21]** 7578/5
7583/19 7583/21
7583/22 7590/12
7590/14 7605/11
7653/18 7657/10
7668/14 7669/13
7669/18 7669/24
7670/11 7672/11
7690/15 7690/16
7690/18 7691/20
7691/21 7693/5
**scaffolding [1]**
7691/17
**scared [1]** 7658/11
**scenario [3]** 7567/7
7625/4 7625/6
**scenarios [1]** 7607/2
**scheduling [2]**
7592/12 7673/21
**school [1]** 7609/3
7681/3
**scope [1]** 7697/4
**screaming [1]** 7663/7
**screen [4]** 7613/9
7653/24 7661/10
7665/2
**screenshot [1]** 7668/9
**scroll [1]** 7667/12
**seal [3]** 7567/3 7567/9
7571/16
**Sealed [1]** 7567/10
**season [1]** 7622/6
**seat [3]** 7671/16
7677/5 7686/14
**seated [3]** 7566/4
7599/15 7675/1
**Seattle [1]** 7666/8
**second [13]** 7575/2
7575/12 7579/25
7605/6 7605/7 7605/7
7605/19 7605/22
7618/7 7627/21
7654/13 7654/14
7685/6
**secured [1]** 7602/13
**securing [1]** 7602/19
**security [9]** 7623/13
7623/17 7640/7
7640/13 7640/22
7641/8 7642/20

**seditious [1]** 7692/1
**see [44]** 7580/8
7587/24 7590/18
7591/10 7591/25
7593/3 7595/2 7598/23
7613/9 7618/24 7619/3
7619/12 7626/18
7631/10 7632/17
7644/8 7647/20 7648/1
7662/22 7668/9
7668/10 7668/11
7668/11 7668/12
7668/14 7668/20
7669/15 7670/2 7670/3
7670/8 7670/9 7670/15
7670/25 7673/10
7674/13 7674/20
7696/23 7698/10
7698/11 7698/24
7699/11 7699/13
7700/7 7700/13
**seeing [4]** 7613/15
7619/7 7631/19 7647/4
**seek [1]** 7582/11
**seeking [3]** 7577/20
7587/20 7593/21
**seem [1]** 7616/25
**seemed [1]** 7647/2
**seeming [1]** 7672/23
**seems [3]** 7577/17
7584/21 7691/10
**seen [10]** 7580/9
7592/16 7640/3
7648/19 7648/21
7654/16 7673/5
7680/15 7691/19
7699/16
**self [4]** 7625/4 7687/3
7687/9 7695/8
**self-defense [1]**
7625/4
**self-gain [1]** 7695/8
**self-incrimination [2]**
7687/3 7687/9
**semper [1]** 7691/22
**send [3]** 7662/10
7665/25 7666/5
**sending [4]** 7662/5
7662/8 7665/10
7667/16
**sense [6]** 7577/19
7578/11 7579/12
7586/12 7651/13
7684/4
**sensitivity [2]** 7571/17
7571/18
**sent [5]** 7606/20
7610/4 7665/7 7688/20
7693/6
**separately [1]** 7697/18
**sergeant [1]** 7611/16
**series [2]** 7690/11
7699/25
**serious [2]** 7573/18
7575/15
**serve [2]** 7602/3
7603/11

7611/9 7666/11
**service [1]** 7611/8
**services [3]** 7640/22
7641/17 7642/16
**Session [1]** 7561/7
**set [1]** 7696/20
**settles [1]** 7698/24
**seven [1]** 7681/19
**seven feet [1]** 7681/19
**several [2]** 7580/22
7627/3
**shake [1]** 7585/11
**share [2]** 7576/17
7603/19
**She [2]** 7675/10
7675/24
**she's [1]** 7610/25
**Sheridan [1]** 7630/6
**sheriff [4]** 7620/12
7642/8 7659/8 7659/9
**sheriff's [2]** 7620/10
7659/11
**sheriffs [1]** 7659/13
**shield [1]** 7691/7
**shirt [1]** 7637/8
**shirts [5]** 7637/14
7637/15 7637/17
7637/18 7656/5
**shit [4]** 7644/16
7645/24 7648/15
7649/16
**shitting [2]** 7691/20
7691/22
**shock [1]** 7619/12
**shoot [3]** 7609/3
7617/8 7625/13
**Shooting [1]** 7625/12
**shops [1]** 7666/12
**short [3]** 7674/8
7675/7 7699/25
**shortcomings [1]**
7587/20
**shortly [3]** 7668/23
7670/25 7700/14
**shot [1]** 7617/3
**shotgun [1]** 7616/16
**Shotguns [1]** 7616/15
**should [8]** 7597/17
7649/14 7649/17
7649/18 7675/19
7680/23 7681/1 7681/3
**shoulders [1]** 7585/10
**shouldn't [1]** 7679/5
**show [11]** 7606/17
7613/11 7616/2 7620/5
7642/21 7656/11
7656/21 7657/12
7669/10 7686/11
7690/11
**showed [1]** 7572/2
**showing [1]** 7654/22
**shown [1]** 7679/23
**shows [1]** 7605/11
**shrug [1]** 7585/10
**shut [1]** 7629/16
**Sic [1]** 7691/22
**sick [1]** 7572/15

**side [9]** 7579/10
7604/5 7604/6 7604/8
7646/21 7689/14
7691/2 7691/10
7691/14
**sides [1]** 7587/13
**Siekerman [5]** 7592/16
7594/21 7595/23
7698/14 7698/21
**Siekerman's [2]**
7596/5 7700/9
**Siemens [2]** 7594/21
7594/22
**Siemens' [1]** 7595/11
**sign [1]** 7638/1
**Signal [25]** 7584/13
7627/25 7628/16
7629/11 7632/8 7632/9
7632/9 7632/11
7635/17 7643/9 7653/8
7661/14 7661/18
7661/20 7661/22
7661/24 7662/6 7667/9
7667/16 7667/20
7667/21 7679/24
7689/25 7692/11
7692/11
**significant [1]** 7591/19
**similar [2]** 7579/19
7616/1
**similarly [1]** 7589/12
**simply [1]** 7590/14
**Simunitions [5]**
7681/10 7681/13
7681/14 7681/15
7681/15
**since [5]** 7591/18
7626/24 7634/8
7635/24 7686/20
**sir [34]** 7567/7 7573/24
7598/17 7601/5 7602/9
7602/16 7603/18
7603/22 7605/21
7613/21 7615/8 7618/6
7620/8 7621/16
7633/15 7634/18
7644/12 7652/5
7654/20 7658/1
7658/13 7663/18
7664/25 7666/6
7669/11 7671/8 7671/9
7674/1 7677/9 7679/20
7682/20 7683/17
7683/18 7684/23
**sits [1]** 7694/5
**sitting [2]** 7596/6
7689/1
**situated [1]** 7589/12
**situation [4]** 7573/5
7586/8 7592/6 7697/3
**situations [1]** 7673/3
**six [2]** 7609/21
7646/22
**Sixth [3]** 7577/9
7588/18 7588/22
**Sixth Amendment [1]**
7588/22
**skills [1]** 7614/1

**S**

slept [2] 7627/2
7652/24
slide [3] 7668/24
7669/12 7669/17
slow [1] 7632/24
small [2] 7617/22
7617/23
smaller [1] 7611/23
Smith [4] 7675/6
7684/10 7684/17
7699/4
Smith's [1] 7675/20
smoke [1] 7647/20
sneaky [1] 7625/9
sniper [1] 7605/17
snow [1] 7626/14
so [216]
so I think [1] 7692/1
so it's [2] 7617/6
7630/23
so this is [3] 7577/13
7596/24 7657/24
So this means [1]
7668/19
soft [1] 7630/5
soldier [3] 7610/25
7664/20 7664/25
soldiers [2] 7606/11
7607/20
solution [1] 7636/1
some [55] 7566/22
7571/16 7572/2 7572/8
7574/4 7577/13
7580/19 7580/22
7588/22 7590/19
7592/1 7594/7 7594/10
7595/24 7596/12
7602/24 7603/17
7603/19 7608/20
7609/17 7609/18
7609/23 7614/13
7614/25 7619/21
7626/17 7631/24
7631/25 7632/7 7637/1
7638/25 7639/3
7640/23 7642/21
7648/23 7655/12
7659/5 7661/17
7663/20 7665/22
7666/24 7667/15
7678/3 7679/23
7681/21 7681/22
7688/17 7689/9
7689/24 7690/3
7690/13 7691/6
7696/20
somebody [19]
7577/20 7578/1 7578/2
7579/18 7580/9
7581/20 7583/12
7587/24 7588/2
7589/23 7609/24
7617/3 7651/7 7651/17
7657/10 7663/11
7669/4 7675/11
7675/17

somebody's [2]
7579/18 7580/13
somehow [1] 7586/4
someone [6] 7587/3
7610/20 7616/23
7669/17 7682/12
7699/6
someone's [1] 7663/6
something [37] 7572/4
7572/16 7576/18
7580/12 7583/23
7584/1 7588/5 7589/1
7589/7 7591/2 7594/12
7595/15 7596/25
7610/8 7613/9 7614/8
7614/10 7614/11
7614/12 7615/4 7625/2
7628/24 7631/14
7633/7 7637/23
7639/13 7651/6
7651/10 7660/21
7669/9 7678/14
7684/18 7685/9 7689/8
7690/9 7696/25 7697/1
7691/9
sometimes [4] 7579/13
7579/14 7608/23
7669/8
somewhat [1] 7680/6
somewhere [1] 7633/6
soon [2] 7591/11
7595/18
sooner [1] 7593/4
sophisticated [1]
7695/5
SoRelle [6] 7688/6
7689/3 7690/22
7690/23 7691/4
7691/14
Sorrelle [1] 7576/21
sorry [9] 7618/8
7625/24 7630/14
7632/9 7650/21 7662/7
7662/8 7665/10
7668/11
sort [5] 7587/21
7674/18 7675/11
7678/23 7681/21
sorts [1] 7607/2
sought [1] 7582/7
sound [2] 7608/18
7647/23
sounded [1] 7604/10
sounds [4] 7590/2
7608/19 7626/6 7660/6
space [1] 7691/12
speak [7] 7575/25
7597/20 7643/16
7675/7 7684/17
7686/22 7697/15
speaking [4] 7626/12
7684/1 7689/4 7699/24
speaks [1] 7614/11
special [3] 7605/11
7614/1 7630/10
specific [4] 7574/23
7575/13 7640/16

specifically [1]
7636/16
speculate [2] 7578/18
7587/5
speech [2] 7638/17
7644/10
spell [2] 7598/22
7600/12
spend [2] 7626/9
7626/25
spent [3] 7578/15
7601/19 7688/12
spoke [1] 7601/15
spoken [10] 7575/15
7582/16 7586/10
7591/4 7601/3 7627/22
7685/21 7685/23
7686/20 7689/11
sponsor [2] 7576/7
7617/11
spontaneously [1]
7584/22
spot [1] 7614/12
Sr [2] 7563/11 7613/12
SR-10 [1] 7613/12
St [1] 7608/15
stabbed [1] 7658/13
Stack [2] 7584/15
7589/4
Stack 2 [2] 7584/15
7589/4
Stamey [1] 7586/21
stand [11] 7574/20
7588/2 7598/5 7623/9
7655/10 7672/8
7683/20 7693/5 7695/8
7696/9 7698/21
standing [3] 7645/7
7645/8 7689/20
standpoint [1] 7694/20
stands [3] 7628/5
7628/7 7674/24
stanley [3] 7563/2
7563/5 7566/15
staring [1] 7590/11
start [10] 7591/6
7598/3 7601/22 7644/6
7646/11 7651/12
7658/12 7669/4 7669/5
7678/13
started [18] 7597/25
7605/8 7605/14
7605/16 7609/8 7611/3
7611/23 7612/17
7645/14 7647/4 7647/5
7647/11 7647/16
7678/17 7678/25
7680/19 7685/13
7688/21
starting [4] 7635/24
7691/25
starts [1] 7612/12
state [7] 7600/11
7610/9 7617/23 7618/1
7621/10 7622/12
7628/7
stated [1] 7612/19

statement [1] 7586/20
7586/20 7593/10
7597/6
statements [8]
7586/11 7586/17
7586/17 7586/19
7587/3 7593/9 7593/10
7593/19
states [8] 7561/1
7561/3 7561/10 7566/6
7578/5 7579/23
7590/13 7669/25
status [3] 7571/20
7592/18 7594/4
stay [1] 7667/1
stayed [4] 7603/7
7603/7 7633/25 7634/3
staying [2] 7616/4
7660/25
stenography [1]
7564/6
step [9] 7573/16
7671/4 7675/7 7683/17
7687/11 7687/14
7697/7 7698/8 7699/11
stepped [1] 7587/16
STEWART [20] 7561/6
7562/2 7566/7 7600/5
7613/12 7624/20
7625/17 7637/17
7648/15 7648/25
7649/12 7652/17
7653/8 7653/15 7665/5
7665/21 7666/5
7666/16 7669/19
7685/20
Stewart Rhodes [9]
7613/12 7624/20
7625/17 7652/17
7653/15 7665/5
7665/21 7666/5
7666/16
Stewart's [1] 7669/19
stick [1] 7625/25
sticker [4] 7637/25
7638/7 7655/5 7655/22
still [11] 7571/17
7571/20 7580/3 7590/4
7594/5 7598/24
7610/21 7616/9
7637/19 7643/9 7700/8
stolen [1] 7664/16
stop [10] 7582/10
7586/2 7604/5 7614/15
7625/2 7625/19
7629/17 7650/6
7653/11 7663/9
stopped [7] 7604/5
7633/25 7644/15
7644/16 7645/1
7647/23 7688/17
stopping [2] 7604/7
7622/17
storm [1] 7648/10
story [1] 7694/6
streaming [1] 7690/23
street [4] 7561/17
7562/11 7562/15

stricken [1] 7588/4
stuff [13] 7613/3
7625/24 7628/19
7637/20 7637/21
7643/10 7647/4 7648/1
7653/8 7653/9 7656/5
7681/23 7688/21
stupid [1] 7648/15
subject [1] 7693/25
subpoena [1] 7584/7
subpoenaed [1]
7671/21
such [4] 7567/5 7578/7
7650/17 7672/22
sucks [1] 7658/13
sudden [2] 7610/22
7645/22
sufficient [1] 7593/11
suggest [4] 7581/1
7587/2 7587/12
7622/25
suggesting [1] 7690/9
Suite [3] 7562/4 7562/8
7563/13
summer [2] 7626/5
7626/14
sun [1] 7594/18
Sunday [1] 7581/24
super [1] 7690/17
Superior [1] 7583/14
supply [3] 7603/2
7603/7 7604/3
supported [1] 7593/10
supporter [2] 7664/8
7664/10
supporting [1]
7605/10
supposed [4] 7585/10
7638/23 7639/21
7639/22
sure [44] 7574/17
7578/4 7580/5 7582/4
7582/8 7584/10
7594/14 7595/14
7603/5 7603/6 7608/21
7609/22 7611/20
7615/22 7616/18
7622/7 7622/10 7626/8
7629/10 7635/2
7637/15 7638/7 7639/5
7641/1 7641/9 7658/4
7661/21 7661/23
7662/10 7665/1 7667/4
7669/10 7669/22
7672/13 7673/8 7673/9
7675/22 7676/5 7678/4
7682/21 7684/14
7684/16 7697/13
7698/19
surprise [1] 7577/5
surprising [1] 7579/17
survivability [1]
7606/18
survive [1] 7609/4
suspect [1] 7673/18
suspects [1] 7586/16
sustain [1] 7656/18

**Sustained [1]** 7650/14
**sweatshirt [1]** 7658/6
**swore [1]** 7636/7
**SWORN [2]** 7600/6
7685/15
**system [1]** 7619/12

**T**

**T-shirt [1]** 7637/8
**T-shirts [1]** 7637/17
**tab [1]** 7658/4
**tactics [1]** 7606/13
**take [24]** 7573/3
7592/10 7592/10
7594/10 7595/15
7607/6 7634/9 7649/5
7654/14 7664/9
7670/22 7670/22
7674/12 7674/20
7689/17 7690/25
7690/25 7694/9 7695/3
7696/9 7697/14
7699/13 7700/6 7700/9
**taken [2]** 7572/3
7572/5
**taking [3]** 7601/12
7640/23 7672/8
**talk [27]** 7575/21
7578/21 7587/24
7596/8 7602/12
7602/24 7621/25
7623/16 7628/21
7628/22 7629/6 7629/9
7636/16 7642/17
7645/9 7645/23
7648/13 7648/14
7648/24 7652/22
7658/24 7659/14
7662/18 7669/8
7676/17 7694/25
7697/5
**talked [15]** 7577/11
7603/16 7616/12
7626/17 7629/4
7642/10 7649/12
7661/14 7661/17
7662/2 7662/22
7663/23 7665/5
7666/25 7667/5
**talking [7]** 7591/10
7618/4 7638/8 7645/19
7669/5 7676/20 7685/4
**talks [1]** 7648/23
**Tampa [2]** 7604/3
7604/17
**target [1]** 7687/4
**Tarpley [2]** 7562/10
7566/14
**taught [2]** 7612/22
7623/23
**teach [4]** 7612/21
7613/3 7626/19 7627/5
**teaching [14]** 7606/10
7606/12 7607/20
7607/21 7608/2 7609/4
7609/4 7612/15
7612/20 7623/25

**team [8]** 7598/5 7604/4
7604/12 7606/4 7614/3
7614/5 7673/17
7695/14
**teams [3]** 7614/20
7614/23 7615/2
**tell [31]** 7574/11
7576/6 7578/15
7578/16 7579/11
7583/19 7588/25
7596/7 7596/9 7601/23
7602/17 7603/23
7606/25 7609/16
7609/18 7610/7
7611/18 7612/14
7615/8 7615/18 7619/3
7619/23 7620/1 7623/2
7628/23 7629/2
7636/21 7647/13
7648/13 7658/4
7666/17
**telling [5]** 7580/10
7588/23 7630/4
7653/11 7689/21
**tells [1]** 7574/9
**temperature [1]**
7696/16
**ten [2]** 7605/23
7699/17
**term [4]** 7572/8
7575/15 7682/3
7690/14
**terms [15]** 7574/20
7587/20 7590/10
7590/20 7592/11
7599/4 7608/12
7609/10 7617/20
7627/25 7633/14
7633/19 7641/17
7656/18 7683/1
**Terrace [2]** 7691/5
7691/15
**terribly [2]** 7656/14
7656/17
**Terrific [1]** 7598/7
**testified [4]** 7577/15
7589/14 7655/6 7657/1
**testifies [2]** 7584/17
7672/11
**testify [24]** 7574/6
7574/22 7575/2 7575/4
7577/5 7579/17 7580/3
7581/11 7582/15
7583/2 7586/5 7588/13
7588/16 7589/20
7590/5 7590/6 7590/21
7672/10 7672/25
7673/1 7675/18
7687/24 7692/22
7692/23
**testifying [10]** 7577/3
7580/12 7581/14
7581/25 7582/10
7582/14 7584/20
7587/14 7587/18
7672/21

testimony [23]
7573/19 7577/12
7578/16 7585/3 7584/3
7594/9 7594/18 7595/1
7595/7 7595/11
7595/12 7596/13
7598/25 7646/10
7646/16 7671/6
7683/16 7684/5
7689/18 7691/5
7693/23 7697/3 7700/9
**Texas [1]** 7616/7
**text [4]** 7644/18
7645/12 7646/11
7679/23
**than [13]** 7584/22
7585/10 7594/9
7611/23 7612/3
7617/23 7626/14
7639/11 7647/24
7652/20 7681/25
7682/14 7689/22
**thank [33]** 7586/25
7593/24 7596/1 7598/7
7598/17 7599/23
7600/2 7600/24 7608/9
7608/10 7657/20
7671/1 7671/9 7674/10
7676/4 7676/13
7676/16 7677/7
7677/19 7683/10
7683/12 7683/15
7683/16 7683/18
7685/2 7686/11
7687/10 7687/18
7694/17 7698/8
7700/13 7700/18
7700/19
**thank you [25]**
7586/25 7593/24
7596/1 7598/7 7598/17
7599/23 7600/24
7608/9 7608/10 7671/1
7674/10 7676/4
7676/13 7677/19
7683/12 7683/15
7683/16 7683/18
7686/11 7687/10
7687/18 7694/17
7698/8 7700/18
7700/19
**thankful [1]** 7620/16
**Thanks [4]** 7664/9
7665/23 7668/7
7674/22
**that [602]**
**that was [1]** 7627/19
**that's [78]** 7572/7
7576/10 7580/12
7580/12 7581/9
7581/15 7582/14
7582/17 7582/24
7583/23 7584/6 7585/6
7587/10 7588/5 7590/15
7590/2 7594/12 7595/2
7595/5 7595/9 7601/18
7605/14 7605/15
7607/23 7609/4

7614/22 7616/4
7616/23 7618/11
7619/16 7623/6
7624/22 7625/9
7625/16 7628/23
7630/12 7630/19
7633/17 7636/6
7645/23 7647/6 7648/3
7648/16 7649/20
7653/14 7653/14
7653/21 7654/3
7654/24 7655/9 7656/8
7656/22 7658/7
7659/17 7663/19
7663/20 7668/16
7668/17 7672/25
7673/13 7673/19
7674/1 7675/8 7676/18
7681/24 7689/18
7692/16 7693/8 7694/1
7694/14 7695/6
7695/17 7696/8 7697/4
7697/4 7699/3
**theater [1]** 7606/16
**their [33]** 7574/10
7574/13 7574/21
7576/25 7580/25
7582/24 7586/5
7588/12 7590/16
7593/18 7593/19
7597/16 7599/19
7605/12 7606/14
7606/17 7609/5 7610/1
7615/11 7616/10
7617/8 7619/2 7663/11
7663/16 7682/16
7688/15 7691/20
7691/22 7695/2 7695/4
7695/8 7696/18
**thelinderfirm.com [1]**
7562/6
**them [67]** 7574/11
7575/10 7581/5
7585/11 7592/25
7593/1 7593/4 7593/20
7593/22 7595/19
7596/8 7597/10
7597/13 7605/1
7606/11 7606/12
7606/16 7606/16
7606/17 7607/21
7609/18 7610/16
7612/7 7614/12
7615/12 7616/12
7616/10 7616/25
7617/8 7619/25 7620/1
7620/3 7621/16
7622/17 7628/22
7632/18 7634/9
7634/23 7635/3
7637/17 7637/19
7637/19 7641/2
7641/12 7642/10
7645/5 7645/9 7645/9
7655/20 7661/3 7661/4
7661/5 7661/5 7661/7

7666/11 7669/8
7680/15 7681/7
7681/16 7686/24
7688/18 7688/18
7688/20 7693/19
7695/1
**themselves [1]**
7681/25
**then [81]** 7573/4
7573/25 7573/25
7576/21 7579/8
7579/16 7579/25
7580/17 7581/8
7583/23 7584/18
7585/3 7585/13
7586/16 7587/4
7591/14 7592/24
7594/11 7597/13
7601/15 7604/8
7604/13 7605/11
7605/25 7606/2 7606/2
7606/16 7609/14
7609/20 7610/3
7610/22 7611/16
7614/1 7615/24 7622/9
7626/12 7626/25
7628/7 7631/18 7634/2
7640/2 7640/4 7649/4
7649/6 7649/19
7657/13 7661/10
7662/22 7663/23
7666/25 7669/4 7669/5
7669/13 7669/17
7669/17 7669/24
7670/4 7670/10
7670/12 7670/13
7670/13 7670/17
7674/21 7675/5
7678/17 7680/21
7687/6 7689/4 7689/19
7690/15 7690/20
7691/2 7691/11
7691/13 7693/19
7698/11 7698/21
7698/24 7699/12
7700/6 7700/9
**theoretically [1]**
7680/13
**theory [1]** 7587/15
**there [112]** 7578/2
7578/8 7578/8 7578/9
7579/8 7579/9 7579/22
7586/15 7586/21
7587/2 7587/7 7590/25
7591/2 7593/14 7597/2
7597/22 7600/17
7602/17 7603/5
7603/11 7603/13
7603/20 7604/7
7605/24 7606/4
7607/12 7607/14
7607/16 7608/20
7607/9 7609/14
7615/12 7615/20
7618/4 7620/3 7620/10
7620/11 7620/11

**T**

**there... [72]** 7620/16
7621/21 7622/13
7622/14 7622/16
7622/23 7622/23
7623/8 7625/8 7627/16
7629/21 7630/21
7630/25 7631/2 7631/6
7632/4 7633/10
7633/14 7633/24
7634/1 7634/3 7635/6
7637/11 7637/16
7638/21 7638/25
7639/9 7639/23 7640/2
7640/7 7640/12
7641/21 7641/22
7641/22 7641/23
7642/11 7642/11
7642/20 7642/21
7642/23 7643/1 7643/6
7644/15 7646/22
7647/1 7647/1 7648/15
7648/18 7655/17
7656/7 7658/6 7659/7
7663/13 7663/24
7666/9 7669/3 7677/20
7679/11 7679/13
7680/21 7680/21
7684/11 7687/5
7688/19 7689/1
7689/13 7689/15
7691/16 7693/7
7694/11 7696/23
7696/25

**there's [28]** 7566/22
7574/15 7574/23
7577/7 7579/22 7581/2
7583/18 7588/6
7588/22 7590/19
7591/19 7591/25
7597/18 7603/4
7608/20 7610/11
7614/16 7631/13
7646/22 7655/12
7655/16 7676/10
7687/21 7690/5 7690/7
7692/20 7696/7
7699/25

**these [23]** 7576/25
7577/15 7582/23
7586/16 7588/12
7589/22 7593/17
7595/24 7597/25
7604/1 7628/20
7631/11 7653/20
7662/5 7662/8 7664/6
7666/12 7667/15
7668/22 7675/6
7689/22 7690/13
7693/6

**they [91]** 7572/3
7572/5 7574/4 7574/5
7574/11 7574/14
7574/15 7574/17
7576/1 7576/8 7582/12
7582/19 7584/4 7585/1
7585/12 7586/5
7586/17 7586/18
7589/5 7589/20
7589/24 7590/16
7596/8 7597/11
7597/15 7597/19
7603/6 7606/2 7606/15
7606/17 7609/5
7609/22 7611/25
7613/18 7614/1 7615/3
7615/5 7615/11
7615/22 7616/10
7618/2 7618/22
7619/17 7620/16
7627/3 7630/3 7630/17
7631/12 7632/16
7634/25 7637/7
7637/12 7637/14
7640/24 7641/5 7645/8
7647/3 7652/13 7656/8
7657/2 7661/4 7678/4
7678/10 7680/1
7688/12 7688/16
7688/19 7688/19
7688/23 7688/25
7689/4 7689/12
7689/14 7690/21
7690/24 7691/3 7691/3
7691/21 7692/8
7692/13 7694/11
7694/11 7695/1 7695/3
7695/7 7695/9 7695/11
7695/13 7695/14

**they're [12]** 7574/24
7574/25 7576/6 7597/4
7623/5 7631/18 7647/8
7684/1 7691/8 7691/11
7691/16 7699/12

**they've [8]** 7577/20
7587/10 7588/24
7588/25 7589/2 7589/2
7654/16 7691/20

**thing [10]** 7578/1
7588/1 7607/3 7607/21
7611/15 7635/24
7638/10 7660/22
7660/24 7689/6

**things [16]** 7574/20
7603/17 7608/22
7612/4 7618/22
7631/11 7651/12
7653/12 7656/15
7682/19 7689/22
7690/13 7690/23
7692/2 7693/22
7699/13

**think [66]** 7567/5
7572/10 7573/2 7573/6
7573/22 7574/22
7577/25 7578/23
7578/25 7579/5
7580/11 7584/15
7585/8 7586/14
7586/15 7586/23
7587/2 7587/8 7588/6
7588/17 7592/7 7596/2
7617/6 7626/11
7626/13 7626/14
7630/21 7633/24
7639/8 7639/18
7642/23 7646/22
7647/19 7647/24
7652/12 7652/18
7653/4 7655/9 7655/11
7656/2 7656/16 7658/3
7658/19 7658/20
7672/21 7674/4 7674/5
7674/14 7675/8
7675/16 7675/21
7676/11 7680/23
7681/6 7689/6 7692/1
7696/17 7697/5
7697/16 7697/18
7699/16 7699/23
7700/3

**thinks [2]** 7575/14
7596/7

**this [139]** 7566/6
7567/2 7567/2 7567/7
7572/16 7572/22
7572/25 7573/16
7574/1 7576/17
7576/18 7576/19
7577/8 7577/11
7577/13 7578/9
7579/12 7579/20
7579/21 7580/4
7580/10 7582/9
7583/14 7584/6
7584/18 7584/25
7585/3 7585/17
7585/25 7586/3 7587/5
7587/21 7588/8
7588/15 7589/14
7590/10 7590/12
7590/20 7591/24
7591/25 7592/5 7592/8
7592/12 7592/15
7594/18 7594/19
7595/13 7595/16
7595/21 7596/5
7596/11 7596/24
7597/9 7598/11
7599/23 7603/8 7603/9
7603/11 7604/19
7604/20 7604/21
7607/4 7607/5 7607/5
7610/12 7612/18
7613/3 7613/15 7615/5
7618/3 7619/11
7619/16 7619/21
7621/9 7621/20 7623/6
7623/10 7623/15
7624/4 7625/11
7627/21 7630/18
7639/3 7640/6 7643/8
7648/9 7649/14 7653/7
7654/2 7655/17 7656/1
7656/14 7657/24
7663/25 7665/8
7665/10 7666/1
7666/22 7668/9
7668/19 7668/19
7669/18 7669/19
7669/24 7670/17
7671/14 7671/24
7673/16 7673/22
7674/16 7675/12
7675/13 7675/22
7683/5 7684/5 7684/11
7686/6 7686/7 7686/19
7687/23 7689/11
7689/25 7690/24
7691/18 7692/8
7692/16 7692/19
7692/25 7694/20
7695/12 7696/5
7696/23 7697/8
7698/10 7698/18
7699/23 7700/3

**Thomas [2]** 7563/11
7566/9

**thoroughly [1]** 7575/10

**those [28]** 7574/20
7579/13 7593/25
7596/24 7598/14
7606/22 7614/23
7615/8 7616/20
7617/13 7617/20
7621/2 7621/15
7623/12 7623/13
7629/11 7639/17
7639/18 7650/11
7650/24 7651/4
7662/10 7663/14
7667/9 7673/5 7682/16
7684/19 7692/24

**though [1]** 7586/5

**thought [10]** 7576/5
7581/4 7590/8 7604/12
7612/5 7655/21 7658/9
7664/16 7676/23
7695/22

**thousands [1]** 7689/16

**thread [7]** 7635/10
7668/25 7669/4 7669/5
7669/13 7669/18
7669/24

**threads [2]** 7632/6
7632/7

**threaten [1]** 7618/2
**threatened [1]** 7577/10
**threatening [1]**
7572/16

**three [5]** 7580/19
7586/10 7605/1
7646/22 7681/18

**through [12]** 7573/9
7576/1 7584/9 7585/7
7593/2 7623/22
7641/24 7667/12
7680/14 7691/7 7692/9
7694/23

**throw [1]** 7661/4
**thrown [1]** 7689/13
**ticket [1]** 7578/13
**tied [1]** 7698/2
**till [1]** 7698/20
**time [68]** 7572/23
7572/25 7573/17
7583/15 7592/9
7592/10 7592/11
7594/20 7595/24
7601/18 7603/25
7608/12 7609/21
7617/1 7618/19
7620/11 7620/16
7620/17 7621/10
7622/11 7622/23
7623/3 7624/4 7624/4
7624/19 7625/16
7625/20 7625/23
7626/9 7626/24
7626/25 7627/6
7627/19 7627/21
7633/3 7633/19 7643/8
7645/15 7646/15
7646/16 7647/10
7649/24 7659/2 7659/5
7659/7 7661/4 7665/9
7670/20 7671/25
7680/25 7683/16
7686/19 7687/3 7688/6
7688/12 7688/19
7688/23 7689/2 7689/2
7690/13 7691/11
7691/18 7693/21
7694/11 7700/15

**times [12]** 7584/5
7604/25 7612/14
7625/4 7627/3 7627/22
7629/8 7629/11
7629/13 7673/4 7682/8
7699/17

**tiny [1]** 7651/14
**titled [1]** 7701/4
**today [16]** 7572/20
7574/13 7575/2
7586/23 7591/20
7592/21 7596/16
7598/2 7598/23
7608/17 7649/17
7672/5 7679/24 7687/7
7695/19 7696/11

**together [13]** 7601/19
7610/3 7613/19
7613/23 7614/14
7616/3 7616/3 7623/4
7644/2 7651/12 7670/1
7688/23 7699/17

**told [17]** 7574/12
7591/2 7596/5 7597/10
7597/17 7609/6 7620/3
7648/1 7648/10
7649/16 7666/16
7666/23 7684/9
7686/24 7695/24
7695/25 7696/2

**tomorrow [7]** 7591/22
7649/18

**too [14]** 7611/25 7616/6
7629/9 7638/25

**took [9]** 7582/16
7604/18 7605/25
7606/10 7608/3
7609/21 7649/15
7660/2 7694/25

**top [4]** 7653/18 7655/7
7661/12 7662/22
**totality [1]** 7593/12

7725

**T**

totally [2] 7671/22 7695/14
touch [2] 7575/9 7581/8
tour [7] 7602/13 7602/15 7605/6 7605/7 7605/20 7605/22 7605/24
Tourit [2] 7604/15 7604/16
tours [2] 7606/20 7607/1
towards [5] 7644/6 7646/20 7647/11 7678/18 7678/24
Towers [1] 7563/13
town [6] 7617/23 7618/1 7623/6 7644/1 7647/2 7688/12
traffic [5] 7604/5 7604/7
train [2] 7616/20 7659/8
trained [2] 7663/11 7681/7
trainers [1] 7681/17
training [21] 7605/20 7615/13 7616/12 7618/15 7618/15 7619/19 7628/7 7628/9 7628/10 7628/11 7628/13 7662/2 7662/18 7662/23 7663/20 7663/23 7680/24 7681/2 7681/11 7682/1 7682/6
transcript [3] 7561/9 7564/6 7701/3
transcription [1] 7564/7
transparent [1] 7588/8
transportation [1] 7604/2
trash [1] 7604/1
trauma [1] 7639/3
travel [1] 7578/14
traveled [1] 7634/20
travels [1] 7683/17
trial [10] 7561/9 7586/2 7586/3 7586/12 7586/25 7597/9 7623/15 7673/4 7675/11 7692/17
tried [2] 7613/18 7655/17
trigger [1] 7663/25
trouble [1] 7615/10
Troy [2] 7561/16 7566/12
truck [11] 7623/7 7630/21 7637/25 7638/1 7638/7 7649/7 7659/19 7660/17 7660/22 7660/22 7661/1
trucks [1] 7630/21
true [2] 7595/9 7595/14

7664/8 7664/10
7677/14 7689/3
trust [2] 7672/19 7672/23
trustworthiness [1] 7593/11
truth [1] 7587/20
truth-seeking [1] 7587/20
try [5] 7577/22 7597/25 7618/2 7625/9 7697/9
trying [5] 7582/10 7592/25 7642/1 7673/23 7688/14
turn [3] 7670/21 7687/20 7696/16
turned [1] 7600/22
turns [2] 7663/7 7691/19
TV [4] 7619/5 7629/25 7688/20 7689/1
twice [4] 7580/11 7596/3 7601/4 7685/23
two [21] 7574/5 7574/23 7578/15 7579/22 7589/12 7595/14 7595/20 7597/22 7604/8 7604/19 7604/20 7606/5 7619/24 7633/5 7643/1 7660/2 7661/13 7666/15 7682/19 7689/23 7699/17
two messages [1] 7661/13
two-day [2] 7604/19 7604/20
TX [2] 7562/4 7562/8
type [3] 7572/2 7621/2 7693/21
types [4] 7640/7 7640/13 7650/24 7651/4
typical [1] 7674/16
tyrannis [1] 7691/22

**U**

U.S [1] 7561/16
U.S. [1] 7594/15
U.S. Attorney's Office [1] 7594/15
U.S.C [1] 7585/2
uh [7] 7575/1 7601/7 7601/10 7613/10 7625/15 7628/1 7636/20
Uh-huh [6] 7575/1 7601/7 7613/10 7625/15 7628/1 7636/20
ultimately [4] 7603/20 7632/7 7648/3 7693/1
umbrella [1] 7664/6
unable [1] 7573/20
unavailability [1] 7572/14
unavailable [3] 7572/9

unaware [1] 7671/23
unbelievable [2] 7695/12 7695/17
unconstitutional [1] 7664/17
under [15] 7567/3 7567/9 7571/16 7585/2 7590/16 7593/8 7593/20 7594/17 7594/24 7600/1 7605/1 7664/6 7685/1 7685/3 7685/24
underneath [2] 7604/17 7658/6
understand [7] 7566/22 7577/19 7581/6 7587/8 7594/3 7596/6 7598/13 7608/24 7615/22 7625/5 7625/6 7673/2 7673/12 7675/2 7675/13 7683/24 7686/2 7692/7 7692/19 7697/23
understanding [10] 7571/25 7574/21 7575/21 7593/1 7598/20 7671/25 7672/4 7688/7 7689/18 7694/21
understands [1] 7572/10
understood [3] 7582/3 7672/13 7684/20
undue [1] 7579/22
unethical [1] 7587/10
unexpected [1] 7687/19
unforeseen [2] 7591/17 7592/6
unindicted [1] 7692/4
uninitiated [1] 7616/23
unique [4] 7573/7 7573/7 7578/10 7578/11
unit [2] 7605/11 7630/11
UNITED [7] 7561/1 7561/3 7561/10 7566/6 7578/5 7579/23 7590/13
United States [3] 7578/5 7579/23 7590/13
unless [9] 7580/7 7588/4 7588/6 7591/25 7596/12 7645/7 7689/7 7689/17 7690/7/24
unspoken [1] 7607/16
until [10] 7593/1 7595/24 7596/13 7632/5 7632/25 7636/11 7636/11 7646/11 7688/20 7689/4
untoward [1] 7688/13
unusual [9] 7579/12

7587/25 7589/23
7590/14 7638/11 7638/12 7692/25
up [50] 7571/22 7576/12 7577/19 7583/14 7583/15 7584/6 7584/22 7586/8 7586/21 7595/16 7597/17 7601/24 7604/3 7604/13 7605/11 7620/3 7622/8 7624/5 7629/16 7629/19 7630/6 7632/17 7640/6 7642/21 7644/14 7645/4 7646/3 7646/20 7647/14 7647/19 7648/9 7649/7 7653/23 7655/19 7658/10 7664/24 7665/2 7676/15 7681/24 7683/21 7688/10 7688/14 7689/14 7690/8 7691/17 7691/25 7693/5 7693/13 7693/18 7700/9
update [2] 7591/11 7598/18
updates [1] 7686/16
upon [2] 7687/1 7695/1
Upper [2] 7691/4 7691/14
upset [3] 7627/10 7664/13 7699/18
us [27] 7572/2 7572/9 7572/11 7573/3 7573/10 7574/9 7577/14 7578/14 7578/15 7578/16 7578/16 7581/8 7582/18 7585/7 7589/6 7594/10 7596/5 7596/7 7596/9 7620/14 7620/14 7626/20 7646/23 7647/3 7659/25 7686/16 7700/15
usdoj.gov [2] 7561/19 7561/20
use [9] 7585/2 7595/23 7598/1 7624/23 7662/19 7663/9 7663/19 7667/21 7681/17
used [7] 7583/14 7616/24 7617/4 7629/3 7637/25 7672/11 7681/16
useful [1] 7656/17
user [1] 7680/6
using [1] 7690/10
usually [7] 7574/10 7614/24 7617/2 7620/22 7621/3 7625/13 7663/7
Utah [2] 7669/14

utilize [5] 7615/22 7616/2 7625/6 7681/20 7681/21

**V**

VA [1] 7608/6
value [2] 7655/12 7656/1
various [2] 7627/22 7643/9
vehicle [3] 7605/1 7607/4 7607/5
vehicles [6] 7604/2 7604/8 7606/14 7647/3 7678/23 7678/23
Velcro [2] 7638/10 7655/7
venting [1] 7628/17
versus [3] 7566/7 7589/12 7590/13
very [30] 7572/10 7592/18 7596/23 7603/9 7604/15 7605/5 7612/24 7613/20 7614/22 7615/14 7616/1 7616/5 7617/12 7617/13 7617/14 7617/23 7627/10 7637/12 7640/16 7656/6 7657/1 7657/4 7671/1 7676/13 7679/22 7681/12 7683/12 7684/8 7684/12 7686/21
vetting [1] 7609/14
via [1] 7612/18
Vice [1] 7572/22
video [1] 7665/25
videotape [1] 7594/8 7594/11
videotaped [1] 7586/19
view [3] 7576/4 7622/9 7657/20
violence [3] 7614/16 7618/2 7663/4
viral [1] 7666/1
Virginia [2] 7660/24 7680/19
visit [1] 7598/25
voluntarily [2] 7575/7 7672/25
vote [1] 7599/19
vs [1] 7561/5

**W**

wait [1] 7609/20
waive [2] 7575/5 7576/3
walk [4] 7640/4 7644/8 7645/8 7647/14
walked [5] 7589/3 7604/6 7646/20 7688/17 7689/14
walking [6] 7641/24 7647/5 7647/17 7656/8 7678/25 7688/14

**W**

Wallace [1] 7575/9
Walmart [1] 7608/4
want [34] 7567/1
7572/6 7579/13 7580/8
7580/9 7580/9 7588/2
7589/1 7594/13 7597/9
7609/19 7620/14
7621/7 7629/20
7635/25 7639/13
7642/22 7645/4
7655/13 7655/21
7665/25 7666/1 7666/2
7675/21 7679/12
7682/11 7682/19
7684/12 7690/19
7695/3 7695/7 7697/5
7698/16 7700/15
wanted [20] 7566/23
7582/4 7582/7 7593/23
7602/3 7609/22
7626/18 7628/24
7638/17 7651/5
7655/24 7660/11
7666/22 7666/23
7667/2 7671/13
7672/13 7673/8
7682/22 7684/16
wanting [3] 7610/16
7614/15 7683/7
wants [4] 7576/14
7585/21 7594/8 7674/7
war [1] 7603/9
warned [1] 7672/20
was [263]
Washington [12]
7561/5 7561/17 7563/4
7564/5 7627/17
7639/24 7654/2
7654/25 7655/24
7657/24 7658/14
7677/14
Washington
Monument [6]
7639/24 7654/2
7654/25 7657/24
7658/14 7677/14
wasn't [13] 7581/16
7609/7 7616/13 7617/8
7631/6 7632/4 7641/21
7642/10 7643/5 7655/8
7673/22 7675/10
7689/21
waste [1] 7592/8
watch [2] 7606/14
7629/25
watched [2] 7664/14
7668/21
watching [7] 7619/5
7650/4 7666/6 7666/12
7677/14 7688/19
7689/1
water [1] 7616/10
Watkins [6] 7562/14
7566/9 7566/17 7598/5
7598/10 7676/2
way [20] 7577/8
7577/21 7587/11

7607/24 7608/9 7623/9
7625/8 7625/8 7639/18
7644/6 7647/17 7660/9
7679/10 7681/9
7681/22 7692/15
7695/11 7695/16
we [323]
we believe [3] 7576/12
7586/18 7595/7
We stayed [1] 7634/3
we will [8] 7593/5
7593/20 7593/24
7598/23 7599/3
7599/20 7620/14
7700/1
we'd [4] 7573/13
7629/21 7640/4
7642/23
we'll [15] 7594/6
7597/25 7599/5 7618/7
7627/16 7670/24
7670/25 7674/21
7676/12 7698/5
7698/22 7698/23
7700/7 7700/9 7700/13
we're [46] 7567/6
7576/10 7578/14
7580/15 7580/18
7580/20 7580/21
7582/10 7585/22
7586/14 7588/14
7588/17 7588/18
7589/9 7590/25 7592/2
7592/20 7592/25
7593/3 7593/19
7593/20 7596/7
7596/25 7603/1
7618/11 7619/5 7619/9
7620/13 7623/3 7623/6
7632/3 7642/23 7643/3
7643/4 7644/7 7647/14
7648/2 7649/14
7651/18 7660/18
7679/11 7683/11
7684/11 7686/6
7692/17 7697/23
we've [16] 7582/15
7582/19 7591/16
7592/12 7596/15
7596/16 7597/16
7618/16 7630/18
7642/19 7642/19
7673/13 7675/2
7685/23 7699/6
7699/17
weapon [6] 7617/10
7660/11 7660/15
7660/17 7660/19
7663/9
weapons [4] 7635/17
7659/14 7659/17
7660/10
wear [2] 7637/24
7638/10
wearing [13] 7654/24
7655/1 7655/3 7655/4
7655/8 7655/14

7655/23 7656/19
7656/22 7658/2 7658/7
Weasel [2] 7630/2
7633/11
website [1] 7631/19
week [5] 7573/3
7593/2 7597/17 7633/5
7670/18
weeks [4] 7576/19
7576/22 7576/22
7665/20
weird [4] 7645/24
7648/2 7649/17
7664/15
Welch [2] 7630/2
7633/11
welcome [5] 7599/17
7600/3 7652/9 7677/4
7684/23
welcoming [1] 7655/23
well [45] 7571/18
7572/17 7573/16
7575/8 7581/4 7582/13
7584/25 7589/6
7589/22 7599/6
7603/25 7604/16
7614/11 7614/24
7617/22 7617/24
7623/6 7629/12
7632/12 7633/22
7634/16 7635/16
7635/20 7635/25
7637/12 7637/21
7638/19 7639/23
7641/6 7641/21
7642/13 7645/25
7648/20 7652/17
7652/20 7666/23
7674/4 7679/2 7681/14
7687/19 7690/17
7693/11 7697/13
7698/13 7699/10
well-known [1]
7637/12
welling [1] 7573/13
went [24] 7577/12
7604/8 7607/7 7609/3
7609/17 7620/3
7620/11 7620/12
7626/11 7626/12
7632/2 7636/23
7642/14 7643/2
7645/24 7647/5 7649/5
7649/17 7664/14
7679/7 7689/12
7692/10 7693/7
7694/11
were [168]
weren't [6] 7592/25
7601/8 7604/23
7609/23 7672/17
7673/18
west [2] 7646/20
7691/2 7691/5 7691/14
7691/15
Weston [5] 7630/2
7630/4 7633/11

what [136] 7567/6
7571/22 7572/6
7572/13 7572/25
7573/17 7573/18
7575/10 7575/17
7576/1 7576/5 7576/15
7576/17 7577/19
7579/4 7579/11
7579/25 7580/17
7581/15 7583/11
7585/13 7587/10
7587/22 7588/8
7588/11 7588/17
7589/3 7589/8 7589/10
7590/2 7590/9 7594/4
7595/22 7596/23
7602/1 7602/4 7602/17
7602/20 7602/24
7603/8 7603/19
7603/23 7604/10
7604/21 7606/6 7606/8
7606/12 7606/14
7606/17 7608/1
7608/12 7608/25
7609/18 7610/15
7611/16 7612/15
7612/18 7612/19
7612/22 7614/4
7615/25 7617/20
7617/21 7618/12
7618/18 7618/24
7619/3 7619/3 7619/17
7619/18 7620/1 7622/3
7622/7 7622/15
7622/15 7623/15
7623/18 7624/25
7626/13 7626/18
7627/12 7628/2 7628/4
7629/19 7630/7 7632/1
7632/15 7632/19
7632/20 7633/13
7633/14 7633/19
7635/13 7638/15
7640/25 7641/18
7642/13 7644/8
7647/21 7648/3
7648/16 7649/4
7649/20 7650/16
7650/24 7653/14
7654/24 7655/13
7656/19 7656/21
7662/25 7663/5
7664/21 7674/20
7674/21 7675/13
7681/13 7684/4 7684/5
7687/23 7687/24
7689/18 7689/19
7691/8 7692/8 7692/20
7692/23 7692/24
7693/2 7693/9 7693/16
7694/4 7696/8 7697/17
7698/10 7700/15
what's [14] 7576/4
7578/19 7586/3 7607/3
7607/11 7613/11
7623/9 7640/3 7647/7
7654/22 7668/25

whatever [6] 7610/3
7614/9 7614/13 7621/7
7679/12 7692/21
when [69] 7572/13
7573/19 7577/9 7578/1
7578/2 7578/24
7579/12 7579/18
7581/11 7581/16
7581/24 7582/12
7589/23 7591/12
7592/17 7593/25
7594/5 7605/6 7605/9
7605/14 7605/15
7606/19 7606/19
7607/7 7610/17
7610/21 7616/12
7620/1 7621/19
7624/19 7625/11
7632/7 7632/19
7633/22 7640/1
7642/14 7642/16
7643/1 7644/5 7644/7
7645/17 7645/23
7647/6 7648/14 7649/2
7649/9 7653/7 7658/14
7658/24 7659/7
7660/19 7660/24
7662/2 7662/18
7664/14 7667/16
7674/2 7678/17
7680/19 7681/23
7681/23 7689/12
7694/11 7694/11
7695/5 7695/16
7695/21 7699/18
7700/7
whenever [1] 7599/3
where [41] 7567/3
7574/4 7574/20
7587/21 7588/14
7588/18 7590/20
7592/3 7592/12
7593/14 7596/25
7600/15 7603/6 7608/2
7608/5 7616/5 7618/11
7620/20 7625/11
7625/12 7628/6
7629/23 7630/1
7631/15 7636/22
7639/9 7639/22 7642/2
7645/3 7645/8 7647/22
7649/2 7669/3 7690/8
7691/6 7692/20
7698/11 7698/24
7699/11 7699/13
7700/7
where's [1] 7673/6
whereby [1] 7573/5
whether [20] 7567/9
7572/15 7573/20
7577/2 7577/8 7587/6
7589/7 7590/7 7590/18
7590/19 7655/1 7655/8
7656/6 7657/7 7657/10
7672/7 7684/17
7687/21 7692/21
7693/1

7639/10 7690/5 7699/2

**which [21]** 7574/2
7574/7 7576/6 7581/22
7583/1 7586/3 7587/22
7588/3 7590/11 7596/3
7597/16 7612/22
7612/24 7613/18
7628/5 7628/6 7669/13
7672/18 7691/5
7693/19 7695/4
**while [13]** 7572/2
7580/4 7591/9 7598/6
7603/20 7610/13
7612/2 7629/15 7639/9
7640/3 7646/3 7671/5
7695/8
**Whip [1]** 7591/23
**Whiskey [5]** 7628/3
7628/5 7668/15
7668/16 7668/17
**white [2]** 7655/5
7657/11
**who [39]** 7574/16
7577/12 7580/24
7581/21 7582/11
7583/13 7587/3 7588/9
7588/10 7589/12
7589/19 7590/15
7591/14 7591/15
7593/3 7593/17
7593/18 7597/11
7597/12 7597/15
7597/19 7609/23
7613/3 7616/24 7621/4
7621/5 7633/9 7639/1
7639/22 7642/24
7651/7 7651/11 7653/8
7653/14 7662/19
7678/7 7692/22
7692/22 7692/23
**who's [7]** 7579/18
7588/16 7617/3
7657/10 7663/14
7664/3 7699/7
**who've [1]** 7691/16
**whoever [2]** 7620/22
7663/7
**whole [2]** 7610/11
7635/24
**whom [1]** 7578/19
**why [32]** 7571/21
7578/19 7578/25
7579/2 7582/24
7585/12 7585/21
7589/4 7589/7 7589/13
7595/2 7603/19
7603/21 7624/14
7625/3 7629/14
7634/11 7641/4 7666/5
7666/16 7666/19
7670/22 7673/13
7684/11 7685/13
7687/11 7687/12
7695/6 7697/13
7697/14 7698/9 7700/6
**wide [1]** 7618/15
**wife [8]** 7608/3
7610/24 7610/24

7652/23 7666/25
**witness' [1]** 7571/19
**witness's [2]** 7571/23
7656/14
**witnessed [3]** 7628/17
7631/1 7689/19
**witnesses [31]** 7565/4
7574/2 7574/5 7574/10
7574/13 7574/21
7574/23 7576/25
7577/10 7577/23
7579/13 7579/14
7580/19 7580/22
7582/20 7584/4 7586/4
7587/13 7590/15
7591/20 7592/24
7595/21 7596/4 7596/7
7596/10 7596/24
7597/8 7597/14
7597/18 7597/20
7675/23
**witnesses' [1]** 7582/23
**Women [1]** 7638/21
**won't [2]** 7592/18
7686/9
**Woodward [10]** 7563/2
7563/3 7566/15
7589/21 7591/9 7596/2
7596/4 7683/24 7699/2
7699/9
**Woody [1]** 7590/12
**word [2]** 7611/10
7614/3
**work [5]** 7594/14
7608/5 7663/3 7698/5
7700/12
**worked [5]** 7571/17
7571/20 7599/3
7646/18 7659/12
**working [9]** 7638/24
7644/6 7644/15
7644/17 7645/1 7646/6
7646/17 7680/15
7699/17
**world [1]** 7601/24
**worried [3]** 7592/11
7615/10 7666/14
**worry [3]** 7673/19
7676/25 7699/19
**worth [1]** 7588/11
**would [136]** 7573/1
7573/1 7573/3 7573/6
7573/8 7573/10
7573/14 7573/14
7573/20 7575/2
7581/13 7581/25
7582/5 7583/10
7583/16 7585/20
7585/25 7586/5 7586/6
7586/14 7586/17
7588/11 7591/18
7593/2 7593/7 7593/16
7594/3 7594/12
7595/11 7597/3
7606/13 7606/16
7606/22 7607/1 7607/2
7610/8 7612/21 7613/3
7613/4 7613/17

7615/11 7615/16
7615/19 7615/25
7615/25 7616/1 7616/2
7616/19 7616/19
7617/7 7617/22 7618/1
7618/2 7618/23
7620/18 7622/25
7623/15 7623/25
7625/3 7625/23
7628/21 7629/8
7629/14 7631/4 7631/6
7633/14 7634/6
7638/11 7638/13
7639/8 7641/7 7641/18
7642/17 7642/18
7642/20 7642/21
7645/3 7646/10
7648/14 7648/15
7650/11 7650/16
7650/25 7651/2 7651/4
7651/9 7651/16
7651/17 7652/13
7652/19 7655/11
7655/19 7655/25
7656/2 7656/23 7657/3
7663/10 7669/4 7669/4
7669/8 7672/1 7672/6
7673/3 7673/15 7674/3
7674/4 7674/7 7674/12
7680/9 7680/15
7683/21 7684/17
7684/18 7684/18
7686/22 7687/7 7688/2
7689/18 7690/11
7691/24 7692/1 7692/3
7692/9 7693/9 7693/10
7694/9 7694/24 7695/1
7695/5 7696/1 7696/21
7697/1 7697/1 7697/22
**wouldn't [4]** 7651/8
7651/12 7651/15
7652/22
**wrap [1]** 7613/18
**wrapping [1]** 7597/17
**writing [1]** 7677/17
**writings [1]** 7692/24
**written [2]** 7692/20
7692/20
**wrong [6]** 7588/24
7589/1 7589/7 7610/24
7625/8 7652/14
**wrongdoing [1]**
7588/23
**wrote [1]** 7670/5
**WYCO [1]** 7661/20
**Wyoming [35]** 7600/16
7608/3 7609/7 7610/6
7610/10 7610/22
7612/24 7615/20
7615/21 7616/9
7617/22 7618/24
7619/21 7619/24
7621/10 7622/12
7628/6 7628/14
7637/16 7645/23
7649/8 7658/24
7658/25 7659/25

7661/22 7661/24
7662/9 7665/22
7666/24 7669/14
7669/18 7677/21
7678/5
**Wyoming's [1]**
7617/15
**Wyoming/Utah [1]**
7669/14

**Y**

**Ye [1]** 7615/17
**yeah [172]**
**year [5]** 7603/8 7606/6
7612/17 7622/5
7641/23
**years [5]** 7600/18
7602/7 7602/8 7608/12
7608/16
**yelling [1]** 7663/7
**Yep [1]** 7660/4
**yes [81]** 7571/24
7581/9 7581/22
7581/23 7583/7
7592/22 7598/12
7598/15 7599/10
7601/5 7601/16
7601/20 7602/9
7602/16 7603/18
7603/22 7604/22
7604/22 7605/21
7606/21 7607/9
7607/22 7613/20
7614/19 7615/7
7615/14 7617/12
7617/14 7618/6 7620/8
7620/19 7621/12
7621/14 7622/21
7623/14 7623/24
7626/4 7628/18
7629/13 7636/10
7636/14 7638/18
7638/20 7644/12
7646/9 7646/13 7649/3
7654/20 7657/14
7658/1 7659/10
7663/17 7664/12
7664/20 7666/21
7667/24 7668/12
7670/3 7671/8 7671/19
7675/5 7676/16
7677/16 7677/18
7677/22 7677/24
7678/9 7678/11
7679/25 7681/12
7682/4 7683/3 7683/6
7684/1 7684/24
7685/22 7686/17
7687/13 7692/5
7697/14 7700/11
**yesterday [13]** 7581/17
7581/18 7596/3 7598/9
7600/22 7601/15
7657/1 7657/5 7671/20
7672/15 7686/20
7691/5 7695/16
**you [596]**

**Y**

you have [1] 7639/21
you know [3] 7581/14
7590/14 7610/25
you understand [1]
7598/13
you'd [9] 7574/6
7606/20 7608/17
7613/6 7629/4 7639/9
7639/10 7639/11
7645/4
you'll [5] 7577/18
7598/3 7657/6 7663/24
7669/10
you're [40] 7585/9
7588/23 7592/9
7598/10 7599/4
7602/24 7605/3
7607/20 7607/21
7608/20 7611/1 7616/7
7618/4 7618/10
7618/12 7619/6 7619/7
7619/10 7619/10
7623/8 7623/9 7624/1
7629/3 7629/15
7629/16 7630/9 7635/6
7642/24 7652/11
7658/2 7658/6 7663/2
7663/10 7666/11
7669/8 7671/5 7676/21
7682/9 7694/13
7694/14
you've [21] 7592/16
7612/14 7612/19
7614/7 7614/9 7614/25
7622/9 7623/22
7623/22 7623/25
7639/2 7639/3 7642/17
7648/19 7672/19
7672/20 7672/24
7680/5 7691/19
7692/18 7699/16
your [179]
Your Honor [67]
7566/5 7566/25
7571/24 7572/17
7574/24 7576/14
7576/16 7578/12
7581/9 7582/2 7582/21
7583/7 7583/9 7584/3
7585/19 7585/20
7590/23 7591/21
7592/13 7593/7
7593/23 7593/24
7596/1 7598/3 7598/12
7598/15 7599/5
7599/10 7599/23
7651/20 7651/22
7651/23 7651/24
7655/6 7656/1 7656/24
7657/1 7657/6 7657/14
7657/17 7671/19
7673/2 7673/12
7673/21 7674/10
7676/13 7679/16
7683/14 7683/19
7686/17 7687/10
7687/18 7688/1

7692/17 7693/15
7694/17 7695/18
7697/21 7698/7 7699/4
7699/15 7699/21
7699/23 7700/11
yours [1] 7682/16
yourself [6] 7574/7
7600/9 7601/23
7610/18 7610/19
7682/13

**Z**

Zaremba [3] 7564/2
7701/2 7701/8
zoom [6] 7575/24
7601/6 7639/8 7654/10
7657/19 7661/12