```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,          )
                                 ) CR No. 22-15
                                 ) Washington, D.C.
          vs.                    ) November 9, 2022
                                 ) 1:56 p.m.
ELMER STEWART RHODES III, ET AL.,)
                                 ) Day 27
              Defendants.         ) Afternoon Session
_____ )
```

```
              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
              BEFORE THE HONORABLE AMIT P. MEHTA
                 UNITED STATES DISTRICT JUDGE
```

APPEARANCES:


For the Government:       Kathryn L. Rakoczy
                          Jeffrey S. Nestler
                          Alexandra Hughes
                          Louis Manzo
                          Troy Edwards
                            U.S. ATTORNEY'S OFFICE
                            601 D Street, NW
                            Washington, D.C. 20579
                            (202) 252-7277




For Defendant Elmer
Stewart Rhodes III:       Phillip A. Linder
                            BARRETT BRIGHT LASSITER LINDER
                            3300 Oak Lawn Avenue, Suite 700
                            Dallas, TX 75219
                            (214) 252-9900

                          James Lee Bright
                            3300 Oak Lawn Avenue, Suite 700
                            Dallas, TX 75219
                            (214) 720-7777

APPEARANCES CONTINUED:

For Defendant Elmer
Stewart Rhodes III:          Edward L. Tarpley, Jr.
                              819 Johnston Street
                              Alexandria, LA  71301
                              (318) 487-1460

For Defendant
Jessica M. Watkins:          Jonathan W. Crisp
                              CRISP AND ASSOCIATES, LLC
                              4031 North Front Street
                              Harrisburg, PA 17110
                              (717) 412-4676


For Defendant
Kelly Meggs:                 Stanley Edmund Woodward, Jr.
                              BRAND WOODWARD LAW
                              1808 Park Road NW
                              Washington, D.C. 20010
                              (202)996-7447

                             Juli Zsuzsa Haller
                              LAW OFFICES OF JULIA HALLER
                              601 Pennsylvania Avenue, NW
                              Suite 900
                              S. Building
                              Washington, D.C. 20036
                              (202) 352-2615


For Defendant
Kenneth Harrelson:           Bradford L. Geyer
                              FormerFeds LLC
                              2006 Berwick Drive
                              Cinnaminson, NJ 08077
                              (856) 607-5708

For Defendant
Thomas E. Caldwell:          David William Fischer, Sr.
                              FISCHER & PUTZI, P.A.
                              7310 Governor Ritchie Highway
                              Empire Towers, Suite 300
                              Glen Burnie, MD 21061-3065
                              (410) 787-0826

```
Court Reporter:          Lorraine T. Herman, RPR, CRC
                          Official Court Reporter
                          333 Constitution Avenue, NW
                          Washington, D.C. 20001
                          (202) 354-3196
```

*** Proceedings recorded by mechanical stenography.

*** Transcript produced by computer-aided transcription.

<u>**I N D E X**</u>

| <u>**WITNESS**</u> | <u>**PAGE**</u> |
|---|---|
| MICHAEL GREENE | |
|     Cross-Examination by Mr. Nestler | |
|     Cross-Examination by Mr. Bright | 51 |
| STEPHEN BROWN | |
|     Direct Examination by Mr. Woodward | 61 |
|     Cross-Examination by Mr. Nestler | 109 |

<u>**E X H I B I T S**</u>

| <u>**EXHIBIT**</u> | | <u>**PAGE**</u> |
|---|---|---|
| Government No. 53.P.134 | Received into Evidence | 7 |
| Government No. 53.P.138 | Received into Evidence | 7 |
| Government No. 53.P.139 | Received into Evidence | 7 |
| Government No. 53.P.146 | Received into Evidence | 7 |
| Government No. 53.P.150 | Received into Evidence | 7 |
| Government No. 53.P.150A | Received into Evidence | 7 |
| Government No. 53.P | Received into Evidence | 15 |
| Government No. 215 | Received into Evidence | 15 |
| Government No. 216 | Received into Evidence | 16 |
| Government No. 216A | Received into Evidence | 16 |
| Government No. 230 | Received into Evidence | 16 |
| Government No. 231 | Received into Evidence | 16 |
| Government No. 9220 | Received into Evidence | 24 |
| Government No. 53.P.255 | Received into Evidence | 29 |
| Government No. 53.P.315 | Received into Evidence | 29 |
| Government No. 53.P.315A | Received into Evidence | 29 |
| Government No. 9207 | Received into Evidence | 33 |
| Government No. 9022.1 | Received into Evidence | 37 |
| Government No. 9222.2 | Received into Evidence | 39 |
| Government No. 9222.3 | Received into Evidence | 41 |
| Government No. 9223 | Received into Evidence | 51 |
| Government No. 69 | Received into Evidence | 72 |
| Kelly Meggs No. KM-72 | Received into Evidence | 73 |
| Kelly Meggs No. 73 | Received into Evidence | 77 |
| Kelly Meggs No. 68 | Received into Evidence | 82 |
| Kelly Meggs No. KM-66 | Received into Evidence | 88 |
| Kelly Meggs No. KM-67 | Received into Evidence | 88 |
| Kelly Meggs No. KM-71 | Received into Evidence | 88 |
| Kelly Meggs No. 70 | Received into Evidence | 96 |
| Government No. 9250 | Received into Evidence | 112 |

1          **P R O C E E D I N G S**

2          (Whereupon, the morning session of this proceeding was

3     reported by William Zaremba, and is bound under separate

4     cover.)

5               **THE COURT:**  I think we have everyone now?

6               Okay.  We are ready whenever you are.

7               **DEPUTY CLERK:**  Counsel, could you put on your

8     masks, please?

9          (Jury entered the courtroom)

10              **THE COURT:**  Please be seated, everyone.  Welcome

11    back.  I hope everyone had a nice lunch hour.

12              Mr. Nestler?

13              **MR. NESTLER:**  Thank you, Your Honor.

14              **CROSS-EXAMINATION OF MICHAEL GREENE** (CONT'D)

15    **BY MR. NESTLER:**

16         **Q.**   Good afternoon.  Are you doing okay?

17         **A.**   I'm okay.  How are you doing?

18         **Q.**   Great.  Your phone records are under the name

19    Michael Simmons; is that correct?

20         **A.**   Yes.

21         **Q.**   You have the names Michael Greene and also

22    Michael Simmons.  Right?

23         **A.**   Yes.

24         **Q.**   Let's talk about some of the phone calls and

25    messages you sent and were part of on January 6th.

1          So let's start with some records from your phone.

2    You had your phone with you.  Right?

3       **A.**   Yes.

4       **Q.**   You were taking some pictures on your phone?

5       **A.**   Yes.

6       **Q.**   And also using your phone to send text messages?

7       **A.**   Yes.

8       **Q.**   And Signal messages?

9       **A.**   Yes.

10      **Q.**   And make phone calls?

11      **A.**   Yes.

12          **MR. NESTLER:**  If we could show the witness,

13   please, Exhibits 53.P, like photo, 134, 138, 139, 146, 150

14   and 150A.

15   **BY MR. NESTLER:**

16      **Q.**   Are these a series of photographs that you took on

17   your phone?

18      **A.**   I can only see one picture.

19      **Q.**   Only one at a time.  We are going through them one

20   at a time.  Just trying to be more efficient about trying to

21   introduce them all at once rather than going through them

22   one at a time.

23      **A.**   Yeah, they look like the pictures I took.

24          **MR. NESTLER:**  The government moves into evidence

25   the exhibits that I just rattled off, Your Honor, which I

1    can say again.

2              THE COURT:  Please.

3              MR. NESTLER:  53.P.134, .138, .139, .146, .150,

4    and .150A.

5              THE COURT:  Okay.  Those will be admitted.

6         (Government Exhibits 53.P.134 was received.)

7         (Government Exhibits 53.P.138 was received.)

8         (Government Exhibits 53.P.139 was received.)

9         (Government Exhibits 53.P.146 was received.)

10        (Government Exhibits 53.P.150 was received.)

11   (Government Exhibits 53.P.150A was received.)

12             MR. NESTLER:  Thank you, Your Honor.

13             We can go back to the first one, please, Ms Rohde.

14   That's 53.P.134.  We made it that way because that's

15   1:34 p.m.

16   BY MR. NESTLER:

17        Q.   This is called an extraction, basically, took all

18   the data off of your cell phone, Mr. Greene.

19             Do you see that?

20        A.   Yes.

21        Q.   And so when you take a picture, your phone keeps

22   track of what time the picture was taken.

23             Do you know what?

24        A.   Yes.

25        Q.   And so we have that here on the right-hand side.

1    It was taken at about 1:34 p.m.  And then the picture is

2    here on the left.

3            Do you see that?

4        **A.**   Yes.

5            **MR. NESTLER:**  If we could go to the next picture

6    for a second.  Ms. Rohde.

7    **BY MR. NESTLER:**

8        **Q.**   And so this is approximately where you were

9    standing and what you were seeing at 1:34 p.m.

10           Is that about right?

11       **A.**   Yes.

12           **MR. NESTLER:**  If we could go to 138, please.

13   **BY MR. NESTLER:**

14       **Q.**   So at 1:38 p.m., you were in the same general

15   area.  This is on the west side of the Capitol; is that

16   right?

17       **A.**   Yes; what I would call the back.

18       **Q.**   You would call the back.  The side closest to the

19   Washington monument?

20       **A.**   Yes.

21       **Q.**   So that's where you are at 1:38 p.m.

22           **MR. NESTLER:**  If we could go to the next one,

23   please, which is 1:39 p.m.

24   **BY MR. NESTLER:**

25       **Q.**   You are still in the same general area; is that

1    fair to say?

2          **A.**   Yes.

3                **MR. NESTLER:**   If we could go to 136, please,

4    Ms. Rohde.

5    **BY MR. NESTLER:**

6          **Q.**   This is turning around the other direction towards

7    to the pond there; is that right?

8          **A.**   Yes.

9          **Q.**   Still in the same general spot on the west side of

10   the Capitol.  Right?

11         **A.**   Yes.

12               **MR. NESTLER:**   If we could go to now 1:50, please,

13   Ms. Rohde.

14   **BY MR. NESTLER:**

15         **Q.**   Here at 1:50, you've gotten a little bit closer.

16               Do you see that?

17         **A.**   Yes.  That's a zoomed-in picture, too.

18         **Q.**   So you zoomed in a little bit.  Right?

19         **A.**   Yes.

20         **Q.**   But you were still closer than you were before?

21         **A.**   I am closer, but it's still a zoomed-in picture.

22         **Q.**   You see this guy here wearing a blue vest with the

23   helmet on with his hand up standing on top of the banister.

24   Right?

25         **A.**   That's a jacket, and he's got his hand over his

1    face, yes.

2         **Q.**   Okay.

3              Do you know who that guy is?

4         **A.**   No.

5         **Q.**   But you were watching that all happen?

6         **A.**   I was watching it all happen.

7         **Q.**   And you saw these police officers spray him with

8    pepper spray; is that right?

9         **A.**   Yes.

10        **Q.**   And shoot him with paintballs, basically?

11        **A.**   Pepper balls.

12        **Q.**   Pepper balls.

13        **A.**   Yes.

14        **Q.**   Those are different than paintballs?

15        **A.**   Yes.

16        **Q.**   Those are some less-than-lethal munitions.  Right?

17        **A.**   Pepper balls, yes.

18        **Q.**   To try to stop his advances?

19        **A.**   Yes.

20        **Q.**   Did he stop?

21        **A.**   No.

22             **MR. NESTLER:**  If we could go now to 150A, which is

23   just another photograph from the 1:50 timeframe.

24   **BY MR. NESTLER:**

25        **Q.**   Another photograph from the same general advantage

1    point; is that right?

2         **A.**   Yes.

3         **Q.**   You can see the officer over here I just circled

4    actually shooting one of those less-than-lethal munitions at

5    the man in the blue jacket; is that right?

6         **A.**   Yes.

7         **Q.**   So you got a little bit closer now, and you can

8    tell this is a riot.  Correct?

9         **A.**   Yes.

10            **MR. NESTLER:**  You can take that down, please,

11   Ms. Rohde.

12   **BY MR. NESTLER:**

13        **Q.**   And you have a couple of phone calls with

14   Stewart Rhodes and Joshua James around this time; is that

15   fair to say?

16        **A.**   Yes.  They were calling back, making

17   communication, trying to figure out where each other were

18   and stuff like that.

19        **Q.**   And when you called Rhodes, he said he was at his

20   hotel.  Right?

21        **A.**   When I first talked to him, he was in a hotel.  He

22   said he was going to come down.

23        **Q.**   You told him you saw a riot going on?

24        **A.**   Yes.

25        **Q.**   People scaling walls?

1    **A.**   Not at the moment when I was talking to Stewart;

2    but, yeah, they ended up climbing over, like, the little

3    banister.

4        **Q.**   And you didn't tell Stewart to stay away.  Right?

5        **A.**   No.  I just told him what was going on, and he

6    said he was coming.

7        **Q.**   And you thought it was important for Stewart to

8    come down.  Right?

9        **A.**   I didn't say one way or another for him to come

10   down.  I told him what was going on, and he said he was

11   going to come.

12       **Q.**   His decision?

13       **A.**   Yes.

14            And I just said, Okay.

15       **Q.**   With Joshua James, you had a conversation with

16   Joshua James and he was with Roger Stone.  Right?

17       **A.**   Yes.

18       **Q.**   Back at the Willard several blocks, a mile away?

19       **A.**   When I talked to Josh James, he was still at

20   The Ellipse.  They wouldn't let Roger Stone in, something

21   with him and the Secret Service or something like that.  So

22   he wanted to go back to his hotel.

23       **Q.**   When you talked to Joshua James around this time

24   between about 1:30 p.m. and 2 p.m., you told him to come

25   down to the Capitol.  Right?

1      **A.**   No.   He said he was coming.   When I told him I was

2    at the Capitol, he was, like, Okay.   Well, Roger Stone is

3    going back to his hotel, and then I am going to come

4    over there.

5             And I said, Okay.

6      **Q.**   You knew Josh James was leading a team of about

7    five guys.   Right?

8      **A.**   Yes.

9      **Q.**   Josh James is former military?

10     **A.**   Yes.

11     **Q.**   Just like you.   Right?

12     **A.**   Yes.

13     **Q.**   You knew a little bit about his temperament.

14   Right?

15     **A.**   Not so much at the time.

16     **Q.**   Okay.   You've learned since?

17     **A.**   I've learned since, yes.

18     **Q.**   You knew he was wearing body armor.   Right?

19     **A.**   I didn't know he was wearing body armor, no.   He

20   had on a jacket.   He had his jacket zipped up.   He was one

21   of the people that didn't wear camo.   It's like most of the

22   people who showed up in camo, the plate carriers were camo.

23   And so when I told people not to wear camo, he wouldn't --

24   so I just assumed he didn't have on body armor.

25     **Q.**   You told us earlier, I think, that Rhodes and

8084

1    James talk sometimes without you; is that right?

2         A.   Yes.

3         Q.   And so you told James about the riot happening at

4    the Capitol?

5         A.   Yes.

6         Q.   And he hustled down there with his team?

7         A.   He said he was going to take Roger Stone to the

8    hotel and come over.

9         Q.   Did he say he was coming on foot or in some sort

10   of vehicle?

11        A.   He didn't say one way or another, but I know they

12   still had the golf carts from the hotel.

13        Q.   And they got down to the Capitol faster than they

14   would have been able to get there if they were on foot.

15   Right?

16        A.   Correct.

17        Q.   And when Josh James came down, he was with someone

18   named Roberto Minuta?

19        A.   I don't know who he was with when he got there.  I

20   never -- I didn't see him until after everything was over.

21   He just told me he was coming.

22        Q.   Okay.

23        A.   And, you know, we had a couple phone calls back

24   and forth.  Several times we called each other and couldn't

25   connect.  He was telling me where he was.  I was walking to

8085

1    the general direction.  I mean, that happened a lot between

2    me and Josh and Stewart.

3        **Q.**   All right.

4            **MR. NESTLER:**  So now let's go to the next set of

5    photos you took, which is going to be 53.P.215, 216, 216A,

6    230, and 231.

7            We are putting them up on the screen now.

8    **BY MR. NESTLER:**

9        **Q.**   Is it fair to say, Mr. Greene, these are photos

10   you took between about 2:15 p.m. and 2:31 p.m.?

11       **A.**   Yes.

12           **MR. NESTLER:**  Government moves those exhibits into

13   evidence, Your Honor.

14           **THE COURT:**  They will be admitted.  Just restate

15   the --

16           **MR. NESTLER:**  Of course, Your Honor.  So it's

17   53.P, which is -- Mr. Greene's phone is 53, P for photo,

18   215, 216, 216A, 230, 231.

19           **THE COURT:**  Those will be admitted.  Thank you.

20           **MR. NESTLER:**  Thank you, Your Honor.

21       (Government Exhibit 53.P was received.)

22       (Government Exhibit 215 was received.)

23       (Government Exhibit 216 was received.)

24       (Government Exhibit 216A was received.)

25       (Government Exhibit 230 was received.)

1                (Government Exhibit 231 was received.)

2                **MR. NESTLER:**  If we can go to 53.P.215, please,

3      Ms. Rohde.

4      **BY MR. NESTLER:**

5           **Q.**   And we are looking here at a similar photo to what

6      we saw a little while ago; is that fair to say, Mr. Greene?

7           **A.**   Yes.

8           **Q.**   And if we can go to 216, please.

9                And, now, at 2:16 p.m. you are taking a photo

10     here, this is still the west side of the Capitol; is that

11     right?

12          **A.**   Yes.

13          **Q.**   And just to help sort of orient us a little bit,

14     that building right in front of us, that's the Capitol

15     building.  Right?

16          **A.**   Yes.

17          **Q.**   And these are humans scaling the wall of the

18     building.  Right?

19          **A.**   Yes.

20          **Q.**   And these are trailers off here to your left; is

21     that correct?

22          **A.**   Yes.

23          **Q.**   And so you are watching all of this?

24          **A.**   I'm watching.

25          **Q.**   Fair to say it's a riot?

1      **A.**   Yes.

2           **MR. NESTLER:**  All right.  If we could go to 216A,

3      please, Ms. Rohde.

4      **BY MR. NESTLER:**

5      **Q.**   Another photo similar vantage point; is that

6      right?

7      **A.**   Yes.

8      **Q.**   Similar idea of people scaling the walls?

9      **A.**   I think it's the same people.

10     **Q.**   Okay.  This one was, I think, five seconds later.

11          Okay.  Now let's go to 230.

12          So now at 2:30 p.m., this is one of the photos you

13     took; is that correct?

14     **A.**   Yes.

15     **Q.**   Now, you are still on the west side of the

16     Capitol; is that right?

17     **A.**   Yes.

18     **Q.**   And that's the scaffolding we see here.  Correct?

19     **A.**   Yes.

20     **Q.**   And on the other side of the scaffolding is sort

21     of the inaugural stage where the President would be standing

22     on Inauguration Day.  Right?

23     **A.**   Yes.

24          **MR. NESTLER:**  If we could now go to 231, please,

25     Ms. Rohde.

1    BY MR. NESTLER:

2        Q.   Similar vantage point and similar activity; is

3    that fair to say?

4        A.   Yes.

5        Q.   All right.  So this is what you are seeing around

6    this time between about 2:15 and 2:30 p.m.  Right?

7        A.   Yes.

8        Q.   And if we could go now to Exhibit 1500 and go to

9    about 8:58 on the counter.

10            You have a phone call with Stewart Rhodes around

11   this exact time.  Do you remember that?

12       A.   What time?

13       Q.   Around 2:30 p.m.?

14       A.   I mean, it's possible.  I don't remember times and

15   who I was --

16       Q.   Not asking you to remember everything.

17       A.   Yeah, yeah.

18       Q.   In general you had a phone call with

19   Stewart Rhodes?

20            And we have the record here, I am going to pull it

21   up right now.

22            MR. NESTLER:  If we could just play this forward

23   for a second, Ms. Rohde.

24            And you see here -- if we can pause there,

25   2:31:34.

1      BY MR. NESTLER:

2          Q.   So that's 2:31 p.m. and 34 seconds you call

3      Stewart Rhodes.  Do you see that?

4          A.   Yes.

5               MR. NESTLER:  And if we could play it forward,

6      please, Ms. Rohde.  And if we could pause.

7      BY MR. NESTLER:

8          Q.   So you and now Meggs calls Rhodes.  So you have

9      been speaking to Stewart Rhodes for about 40 seconds or so.

10     Do you see that?

11         A.   See, I can't say whether or not that's one of the

12     phone calls that connected.

13         Q.   Sure.

14         A.   I mean, it's maybe 20 or 30 attempts to call

15     Stewart.  Some went through.  Some didn't.

16         Q.   I didn't ask you yet whether it connected --

17         A.   Well, I'm just saying, I can't say for sure if

18     that is one -- like, if it rings and goes to voicemail, it

19     would be about 40 seconds.

20         Q.   Okay.  So at 2:32 and 11 seconds Meggs calls

21     Rhodes?

22               MR. NESTLER:  Now, if we play this forward,

23     please, Ms. Rohde.  If we could pause it there.

24     BY MR. NESTLER:

25         Q.   At 2:32 and 18 seconds, so 7 seconds after

1    Kelly Meggs calls Stewart Rhodes, Stewart Rhodes merges the

2    call with you, and you are now on a three-way call.  Do you

3    see that?

4         **A.**   I see it.

5         **Q.**   Right.  So you were talking to Rhodes, and then

6    Meggs called Rhodes, and then Meggs merged the calls?

7         **A.**   It could have been I am talking to Rhodes, Meggs

8    calls and Rhodes clicks over, and there still all three be

9    on there.  I don't know about a merged call because I was --

10   I don't remember being on the phone with Kelly and Stewart

11   at the same time, like, ever during the 6th.  Or it could

12   have been Stewart called, went to voicemail, and he clicked

13   over and called Kelly, and it would look like all the

14   calls --

15        **Q.**   Mr. Greene, you have a lot of theories about what

16   this could have been.  Right?

17        **A.**   I'm just saying I don't remember a phone call

18   between the three of us together on a three-way call.

19             **MR. NESTLER:**  And now if we could play it forward,

20   please, Ms. Rohde.  And now if we could pause there.

21   **BY MR. NESTLER:**

22        **Q.**   So at 2:33:48, exactly 90 seconds after

23   Stewart Rhodes merged the calls, Kelly Meggs leaves the

24   call.  So that means Kelly Meggs, Michael Greene, and

25   Stewart Rhodes had a phone call for 90 seconds at 2:32 to

1    2:33 p.m.  You see that?

2        **A.**   I see it.

3        **Q.**   That's an awful long time to not be able to hear

4    someone on the other end.  Don't you agree?

5        **A.**   No.  What I am saying is, if Stewart clicks over

6    and the phone call is still on voicemail and he's talking to

7    Kelly, it's still going to be on even if you never hung up

8    the other line.  So the voicemail is going to be on, and

9    it's going to look like you are having a phone conversation

10   with two people.

11       **Q.**   Sir, it's a three-way call.

12       **A.**   That's what I am saying.  If I'm calling you and

13   you don't answer and your voicemail picks up, and I call the

14   Judge or the Judge calls me and I just click over, your

15   phone is still on the other line, your voicemail picked up,

16   but I am talking to the Judge.  So it's going to look like

17   there is two calls going on simultaneously, meaning you have

18   three people on the same call -- or three people on the same

19   phone.  I don't remember a phone call between Kelly and

20   Stewart being a three-way call.

21       **Q.**   Did you ever use an iPhone?

22       **A.**   No.

23       **Q.**   Okay.  You are an Android person?

24       **A.**   I am an Android person.

25       **Q.**   Right.

8092

1      **A.**   No, I don't really like CrApple.

2      **Q.**   Stewart Rhodes has an iPhone.  Right?

3      **A.**   I don't know what kind of phone Stewart has.

4      **Q.**   Well, you've bought him burner phones before.

5   Right?

6      **A.**   No.

7      **Q.**   You didn't buy him a burner phone in Louisville?

8      **A.**   No, I didn't.

9      **Q.**   You've seen him on his phone all the time.  Right?

10     **A.**   I've seen him on the phone a lot, yeah, but I

11   can't identify what kind of phone he has just by him talking

12   on.  Like, I never said, Stewart, let me see your phone.

13          **MR. NESTLER:**  And if we can keep playing it

14   forward, please, Ms. Rohde.

15   **BY MR. NESTLER:**

16     **Q.**   After Kelly Meggs leaves the call, you and

17   Stewart Rhodes remain on the phone for another almost

18   four -- three minutes?

19          If you can pause there, please.

20          Until about 2:37, so another 3 minutes and

21   13 seconds you and Stewart Rhodes remain on the call.

22   Again, an awful long time to be on a call with someone to

23   not be able to hear each other, wouldn't you agree?

24     **A.**   Again, he could have clicked over -- I don't know

25   what the situation was.  He could have clicked over.  It

8093

1    could have been any one of those things.  Again, I don't

2    remember having a phone call with Kelly and Stewart on the

3    phone at the same time.  Yeah, I'm not disputing, though,

4    that I talked to Stewart several times, but a three-way

5    call, I don't remember a three-way call between the two of

6    them and me.

7         Q.   Okay.

8              Now, around this time there were some messages

9    being sent on the Signal app -- on the Signal chat.  Do you

10   remember that?

11        A.   I turned my Signal back on just to send a message.

12        Q.   Okay.

13        A.   I never looked at what was coming in.

14        Q.   And so if we could go to 9220, please.

15             And these are some screenshots from this Signal

16   chat on the afternoon of January 6th.  Do you see that?

17        A.   Yes.

18        Q.   And you are Whiplash.  Correct?

19        A.   Yes.

20             **MR. NESTLER:**  The government moves into evidence

21   Exhibit 9220.

22             **MR. WOODWARD:**  Is this one page?

23             **MR. NESTLER:**  No, it's a few pages.  It's four

24   pages.

25             **THE COURT:**  All right.  So, I'm sorry, say the

 1    number one more time.

 2              **MR. NESTLER:**  9220, Your Honor.

 3              **THE COURT:**  It will be admitted.  Thank you.

 4         (Government Exhibit 9220 was received.)

 5              **MR. NESTLER:**  Thank you, Your Honor.

 6    **BY MR. NESTLER:**

 7         **Q.**   Okay.  So you are familiar with what Signal looks

 8    like.  Correct?

 9         **A.**   Yes.

10         **Q.**   It looks similar on an iPhone or on an Android?

11         **A.**   I never looked at it on an iPhone.

12         **Q.**   Is this what it looks like to you?

13         **A.**   Yes.

14         **Q.**   So you are Whiplash.

15              **MR. NESTLER:**  Let's zoom in on the middle there,

16    Ms. Rohde.

17    **BY MR. NESTLER:**

18         **Q.**   So you write at 2:15 p.m. to this whole group of

19    "D.C. Op Jan. 6 21":  "They have taken ground at the

20    Capitol.  We need to regroup any members who are not on

21    mission."

22              Do you see that?

23         **A.**   Yes.

24         **Q.**   And then if we go down to the next message, Rhodes

25    responds immediately, "I'm on the Supreme Court side of US

1    Capitol.  Whip or Landon, where are you?"

2              Do you see that?

3         **A.**    Yes.

4         **Q.**    And you know which side the Supreme Court is and

5    then the other side?

6         **A.**    The Supreme Court being what I would call

7    the front.

8         **Q.**    Right.

9         **A.**    Yeah.

10        **Q.**    You were on the other side, the back?

11        **A.**    Right.

12        **Q.**    Okay.  And Rhodes puts a picture there to make it

13   clear where he was.  Right?

14        **A.**    Yeah.  It looks like it.

15             **MR. NESTLER:**  Okay.  If we could go to the next

16   slide, please.

17   **BY MR. NESTLER:**

18        **Q.**    And if we could then look at -- Ed Vallejo sends a

19   message, so -- 15 minutes later.  You know who Ed Vallejo

20   is.  Right?

21        **A.**    No.  I mean, I know him from the investigation,

22   but I hadn't met him at the time.

23        **Q.**    You didn't know he was at the QRF hotel?

24        **A.**    I did not, no.  Like I said, we had no plan for

25   a QRF.

1      Q.   Okay.  So you were not aware of the QRF?

2      A.   We didn't have a plan for a QRF, so --

3      Q.   Sir, you keep saying "we"?  I'm talking about you.

4      A.   I am saying the security team.  If you are saying

5  there was a QRF, I am telling you I didn't know about a QRF

6  because I wasn't aware of a QRF because I didn't plan for

7  a QRF.

8      Q.   Totally understandable.  That's what I am asking

9  you.  You, Michael Greene, were not aware of a QRF?

10     A.   Correct.

11     Q.   You didn't know if anyone else had planned for a

12  QRF?

13     A.   Correct.

14     Q.   You don't know if Ed Vallejo was sitting at a

15  hotel waiting for the word to come into D.C. with all of

16  those guns?

17     A.   Correct.

18     Q.   So, now, if we go forward.  And Rhodes then sends

19  another message with his photo of where he is.

20          Do you see that?

21     A.   Yes.

22          MR. NESTLER:  And then if we could go to the next

23  slide, please, Ms. Rohde.

24  BY MR. NESTLER:

25     Q.   Somebody with a phone number ending in 0404

1    writes, "They got scared and ran when they heard people at

2    the door," at 2:26 p.m.

3             Do you see that?

4        A.   Yes.

5        Q.   And at the bottom there, Rhodes replies to your

6    message.  You had written, "We need to regroup any members

7    who are not on mission."

8             Right?

9        A.   It looks like he resent the message that I sent.

10       Q.   Resent it?

11       A.   That's what it looks like.

12           **MR. NESTLER:**  If we could go down to the next

13   slide.

14   **BY MR. NESTLER:**

15       Q.   And so that's what you think that Rhodes is doing?

16   He's resending your message?

17       A.   That's what it looks like.

18       Q.   He puts his own message on top of that, saying,

19   "Come to south side of Capitol on steps."

20           Right?

21       A.   Yes.

22       Q.   At this time, somebody else, HorseWhisperer -- you

23   know who HorseWhisperer is.  Right?

24       A.   I believe that was the intel person.

25       Q.   She writes, "Congress has forced to recess."

1              Right?

2      **A.**   Yes.

3      **Q.**   Okay.  So this was all happening, now, between

4  2:15 and 2:30, just before your phone call with

5  Stewart Rhodes.

6              Do you see that?

7      **A.**   Yes.

8      **Q.**   Shortly after that is when Kelly Meggs and

9  Jessica Watkins and Kenneth Harrelson go into the Capitol

10  building.  Right?

11      **A.**   If you say so.  I don't remember timestamps.  I

12  really didn't know they went into the Capitol until after it

13  was over.

14      **Q.**   And then shortly after that, Joshua James and his

15  team go into the Capitol building.  Right?

16      **A.**   I didn't know Josh went into the Capitol,

17  actually, until February.

18      **Q.**   And let's go --

19          **MR. NESTLER:**  The next series of photos is

20  53.P.255, .315 and .315A.

21  **BY MR. NESTLER:**

22      **Q.**   And are these additional photos you took at the

23  Capitol, Mr. Greene?

24      **A.**   Yes.

25          **MR. NESTLER:**  The government would move into

1  evidence, 53.P.255, .315, and .315A.

2  **THE COURT:**  Okay.  Those will be admitted.

3  (Government Exhibit 53.P.255 was received.)

4  (Government Exhibit 53.P.315 was received.)

5  (Government Exhibit 53.P.315A was received.)

6  **MR. NESTLER:**  If we could go back to 2:55, please,

7  Ms. Rohde.

8  **BY MR. NESTLER:**

9  **Q.**  And so here at 2:55, Mr. Greene, you are still on

10  the west side of the Capitol; is that right?

11  **A.**  Yes.

12  **Q.**  The back side?

13  **A.**  The back side, yeah.

14  **Q.**  Near these trailers?

15  **A.**  Yes.

16  **Q.**  And that's the scaffolding we see in front of us.

17  Correct?

18  **A.**  Yes.

19  **MR. NESTLER:**  And if we now go to 315, please,

20  Ms. Rohde.

21  **BY MR. NESTLER:**

22  **Q.**  About 20 minutes later, you are now on what you

23  think of as the front or the east side; is that right?

24  **A.**  Yes.

25  **Q.**  And you're taking a picture of the crowd there at

1    3:15 p.m.  Right?

2         **A.**   Yes.

3         **Q.**   And the door in the middle there, that's the same

4    door that Kelly Meggs and Mr. Harrelson and Jessica Watkins

5    went in and out of.  You are aware of that?

6         **A.**   I am now, yes.

7         **Q.**   That's the same door that Joshua James and his

8    team went in and out of at around 3:15.

9              Are you aware of that?

10        **A.**   I was not.

11        **Q.**   So you're taking a picture at the same time that

12   Josh James and his team are going into the Capitol.

13        **A.**   How would I be able to see Josh James and his team

14   going into the Capitol?

15        **Q.**   I didn't ask you if you could seen him.  I asked

16   if you were taking the picture at the same time.

17        **A.**   Well, I'm just saying that I missed the picture

18   but, yeah.

19        **Q.**   Okay.

20             **MR. NESTLER:**  If we could now go to 6732, please,

21   Ms. Rohde.  It's already in evidence.  And go to Slides 7

22   and 8, starting at Slide 7.

23   **BY MR. NESTLER:**

24        **Q.**   So at 3:30 p.m., right around this time,

25   Stewart Rhodes sends a message to the "DC Op Jan. 6 21"

8101

1    chat.  It says, "Come to Capitol."

2          Do you see that.

3    **A.**   Yes.

4    **Q.**   And then he goes to the next message:  "Northeast

5    corner of Capitol Building."

6          Do you see that?

7    **A.**   Yes.

8    **Q.**   That would be the front side, the side you are

9    talking about.  Correct?

10   **A.**   Yes.

11   **Q.**   And then about 15 minutes later, at 3:45, after

12   Joshua James and his group exited the Capitol, they tried to

13   meet up with you.  Right?

14   **A.**   Josh -- well, so when Josh was calling, we were

15   trying to coordinate a meet-up as he was calling, because he

16   said he was coming.  I told him where I was at.  He told me

17   he was going to come.

18         You know, we did a couple more calls.  Like, we

19   were basically trying to meet each other.  And so what ended

20   up happening was, I didn't see Josh again until we all were

21   standing on those steps.

22   **Q.**   Got you.

23         And before you saw Josh you were trying to

24   coordinate in order to meet up with him.  Right?

25   **A.**   Yes.

8102

1          **MR. NESTLER:**  If we could go to Slides 10 and 11

2     on this same exhibit.

3     **BY MR. NESTLER:**

4          **Q.**   This is you telling Josh at 3:45 p.m., "It's like

5     25 of us."

6          **A.**   That's when we were on the steps.

7          **Q.**   Right.  And you were with other members of the

8     group.  Right?

9          **A.**   Yes.

10         **Q.**   You were trying to get Josh to come to you?

11         **A.**   Yes.  It was a bunch of people.  We still

12    hadn't -- hadn't -- hadn't seen Josh.

13         **MR. NESTLER:**  If we could go to the next one.

14    **BY MR. NESTLER:**

15         **Q.**   You tell him, "Northeast corner, right of the

16    middle if you are looking at the building."

17              That's exactly where you were.  Right?

18         **A.**   Yes.

19         **Q.**   You're trying to get him to come to you?

20         **A.**   Yes.

21         **Q.**   Did he?

22         **A.**   Not until, like, we were all standing there.

23         **Q.**   Okay.  And then talking about when we were all

24    standing there --

25         **MR. NESTLER:**  If we could pull up 9207 just for

1     Mr. Greene, please.

2     **BY MR. NESTLER:**

3          **Q.**   Is this a photo of you guys when you were standing

4     there?

5          **A.**   Yes.

6               **MR. NESTLER:**  If we could move into evidence

7     9207, please.

8               **THE COURT:**  9207 will be admitted.

9          (Government Exhibit 9207 was received.)

10    **BY MR. NESTLER:**

11         **Q.**   And so that's you to Mr. Rhodes' right.  Correct?

12         **A.**   Yes.

13         **Q.**   He is wearing the cowboy hat, and you're

14    wearing -- well, how would you describe your outfit?

15         **A.**   Jeans and a jacket.

16         **Q.**   Okay.  And you two were talking right there.

17    Correct?

18         **A.**   We were standing next to each other.

19         **Q.**   Okay.

20         **A.**   We wasn't really saying a whole lot to each other.

21    Stewart was having conversations with everybody.

22         **Q.**   He was talking to everybody?

23         **A.**   Yeah.  He was having conversations.

24         **Q.**   That's what Stewart does.  Right?

25         **A.**   Yes.

1    Q.   Okay.  Everyone was sort of standing around
2    listening to what he was saying?
3    A.   Most of the people, yes.
4         MR. NESTLER:  And if we could go to Exhibit 1110,
5    please, already in evidence.
6    BY MR. NESTLER:
7    Q.   That's you standing there, just behind Stewart
8    when you were in the same sort of general area.  Right?
9    A.   Yes.
10   Q.   And if we could go to 5306.1, please.  And this is
11   also that same general area, the northeast corner.  Everyone
12   is sort of standing around.  Right?
13   A.   Yes.
14   Q.   Stewart's generally in the middle.  Right?
15   A.   Um...
16   Q.   I know it's hard to see because it's all sort of
17   zoomed in with all of these circles her.  You see where it
18   says, "Rhodes," with the cowboy hat there?
19   A.   Yes.
20   Q.   And you are not too far away.  Right?
21   A.   Correct.
22   Q.   And then if we could go to 1101.1.
23        You see yourself standing sort of in front of
24   Stewart Rhodes in this photograph?
25   A.   Yes.

1    Q.   And this is all around the same -- same general

2    time, same general area.  Right?

3    A.   Yes.

4         MR. NESTLER:  And then 1103.2, please, Ms. Rohde.

5    BY MR. NESTLER:

6    Q.   And, again, we see everyone sort of generally sort

7    of standing around with Rhodes talking to people; is that

8    right?

9    A.   Yes.

10   Q.   So let's talk about some of the messages that you

11   sent yourself, Mr. Greene.  So you told people throughout

12   the afternoon, "Storming the Capitol."

13        Is that right?

14   A.   I was giving that data to an individual, yeah.

15   Q.   Because you wanted people to know that storming

16   the Capitol was happening.  Right?

17   A.   No.  No.

18        So I had a friend of mine call me and asked what

19   was happening.  And I could barely hear him.  So I just told

20   him I would text him.  So I started texting him pictures and

21   sending him, like, updates of what was going on.

22        MR. NESTLER:  So if we could go to 9222.1, please.

23   BY MR. NESTLER:

24   Q.   This is another extraction from your phone.  You

25   see this has four people.  If you look --

8106

1          **MR. NESTLER:**  Scroll to the top, please,

2     Ms. Rohde.

3     **BY MR. NESTLER:**

4          **Q.**   This has four people as part of the

5     message thread.

6               Do you see that?

7          **A.**   Yes.

8          **Q.**   And then somebody with phone number ending 5199

9     says, "Good morning, Whip.  I've referred to you."

10         **A.**   Uh-huh.

11         **Q.**   Do you see that?

12         **A.**   Yes.

13         **Q.**   That's at 6:55 a.m.

14              And then that person says, "Amazing day," at

15    1:41 p.m.

16              Right?

17         **A.**   Yes.

18         **Q.**   Amazing day because people were storming the

19    Capitol.  Right?

20         **A.**   I wouldn't say that but -- I mean --

21         **Q.**   Well --

22         **A.**   -- I don't know who that person is, so I can't say

23    what he meant.  I didn't even --

24         **Q.**   Well, if you look at one minute later, you

25    responded.

1      **A.**   I am just saying I didn't know who it was.

2      **Q.**   Sure.  No.

3           **MR. NESTLER:**  If you can scroll down to local user

4   here, Ms. Rohde.

5   **BY MR. NESTLER:**

6      **Q.**   One minute later, at 1:42 p.m., you write,

7   "Storming the Capitol."

8           So they write, "Amazing day."

9           You write, "Storming the Capitol."

10     **A.**   Right.  Like, how is it an amazing day?

11          Fucking storming the Capitol.

12          Do you know what I mean?

13          **MR. NESTLER:**  The government would move 9022.1

14   into evidence.

15          **THE COURT:**  Admitted.

16      (Government Exhibit 9022.1 was received.)

17          **MR. GEYER:**  Objection, Your Honor.

18      (Bench conference)

19          **THE COURT:**  Go ahead, Mr. Geyer.

20          **MR. GEYER:**  It looks to me like -- I mean, I don't

21   have a dog in this fight, but it looks to me that the, "Good

22   morning, Whip" email is at 6:55 a.m.  And then the "Amazing

23   day" comment is at 1:41:39.  And then the "Storming the

24   Capitol" -- okay.  I see now.  Sorry.

25          **THE COURT:**  That's okay.

1          **MR. GEYER:**  I should have been wearing my glasses.

2     I apologize.

3          **THE COURT:**  That's all right.

4          (Open court)

5          **MR. NESTLER:**  I'm sorry.  That wasn't on the

6     screen, so the jurors did not see what I was talking about.

7     So let me just do that one more time.  It's now up on the

8     screen.  If you could just scroll in on these two messages

9     right here, please, Ms. Rohde, starting at "Amazing day,"

10    down to the bottom, down to "Storming the Capitol."

11         There you go.

12    **BY MR. NESTLER:**

13    **Q.**   So at 1:41 p.m., this person writes,

14    "Amazing day."

15         And you respond a minute later, "Storming the

16    Capitol."

17         Correct?

18    **A.**   Uh-huh.  Yes.

19    **Q.**   She has to write down "yes" or "no," just like the

20    morning reporter.  Sorry.

21         Okay.  Now, a little over an hour later, at

22    3:05 p.m. --

23         **MR. NESTLER:**  Let's go to Exhibit 9222.2.

24    **BY MR. NESTLER:**

25    **Q.**   Is this also a message chain that you were a

8109

1    part of?

2          **A.**    Yes.

3                **MR. NESTLER:**  May the government move this into

4    evidence, Your Honor, 9222.2?

5                **THE COURT:**  9222.2 is admitted.

6          (Government Exhibit 9222.2 was received.)

7                **MR. NESTLER:**  If we could start at the stop here,

8    Ms. Rohde, please.

9    **BY MR. NESTLER:**

10         **Q.**    This other points on the afternoon of January 6 at

11   2:35 p.m., writes, "Never got pics."

12               Do you see that?

13         **A.**    Yes.

14         **Q.**    Then you send some pics.  Right?

15         **A.**    Yes.

16         **Q.**    So this is one of the photos on the first page.

17   Right?

18         **A.**    Yes.

19         **Q.**    One of the same ones we just saw you had taken.

20               And then we go to the next page, and this is also

21   a photo we saw you had taken on the afternoon of January 6.

22   Right?

23         **A.**    Yes.

24         **Q.**    So you are sending this person photos?

25         **A.**    Yes.

1          **MR. NESTLER:**  Go to the next page, please,

2     Ms. Rohde.

3     **BY MR. NESTLER:**

4          **Q.**   You are sending some more photos we already saw.

5          Correct?

6          **A.**   Yes.

7          **Q.**   If you go down to the bottom there where we see

8     the text that you wrote to accompany the photo, you wrote,

9     "Storming the Capitol."

10          Correct.

11         **A.**   Correct.  Like, look at the pictures.  They are

12    storming the Capitol.

13         **MR. NESTLER:**  And if we could now go to 9222.3.

14    **BY MR. NESTLER:**

15         **Q.**   Another series of messages you sent to somebody

16    with photos and some texts; is that correct?

17         **A.**   Yes.

18         **MR. NESTLER:**  If we could move this into evidence,

19    please, Your Honor.

20         **THE COURT:**  Is that 9222.3?

21         **MR. NESTLER:**  Yes, please.

22         **THE COURT:**  Yes, it will be admitted.

23         (Government Exhibit 9222.3 was received.)

24    **BY MR. NESTLER:**

25         **Q.**   This is that same photograph we saw on the east

1  side or the front side of the Capitol that you had taken at

2  around 3:15 p.m.  Right?

3       **A.**   Yes.

4       **Q.**   And you are sending this photo to somebody else?

5       **A.**   Correct.

6       **Q.**   And if we could then go to the next page, please.

7            Another photo you were sending.  Correct?  Or

8  similar photo, the same photo you were sending?

9       **A.**   Yes.

10      **Q.**   If we could go to the next page, you sent another

11 photo; is that right?

12      **A.**   Yes.

13      **Q.**   If we could keep going.

14           You sent another photo; is that correct?

15      **A.**   Yes.

16      **Q.**   And then down here at the bottom at 5:20 p.m. you

17 wrote to this other person, "Storming the Capitol."

18           Is that right?

19      **A.**   Correct.

20      **Q.**   Okay.  Now, if we could go to 6731, please,

21 already in evidence, at Slide 62.

22           That earlier message we saw at 3:05 p.m., you had

23 sent some photos and you wrote, "Storming the Capitol."

24           Right?

25      **A.**   Yes.

1    **Q.**   Because you just said that's what you were seeing.

2          Right?

3    **A.**   Yes.

4    **Q.**   Here at 3:06 p.m., so one minute after that, you

5    write to somebody else, "We're storming the Capitol."

6          Right?

7    **A.**   I am pretty sure that's a mistag.  I'm having

8    several conversations.  So I'm sending them simultaneously,

9    as you can see.

10   **Q.**   Okay.

11   **A.**   Every other Capitol says, "Storming the Capitol,"

12   except for this one.

13   **Q.**   Right.  And every other text was found in your

14   phone, but this one wasn't.

15   **A.**   I mean, that doesn't even look like a text-message

16   thread.  It probably was from Signal.  If it's -- if it's

17   from Signal, it could have deleted automatically.

18          I mean, once I realized there was going to be an

19   investigation, I didn't delete anything that I thought the

20   FBI could use for the investigation.

21   **Q.**   Actually, Mr. Greene, this is not from Signal.

22   **A.**   Nah.

23   **Q.**   This is from T-Mobile.  It turns out for these

24   couple of days, T-Mobile was actually keeping track of all

25   of the text messages you were sending.

1      **A.**   I am just saying I intentionally kept everything

2      that I thought the FBI could use as an investigation when I

3      knew there was going to be an investigation.

4      **Q.**   Okay.

5      **A.**   So --

6      **Q.**   So you left the Capitol eventually; is that right?

7      **A.**   Yes.

8      **Q.**   And you made your way to the Olive Garden in

9      Virginia for dinner.

10             Right?

11     **A.**   Yes.

12     **Q.**   And there at the Olive Garden was Stewart Rhodes.

13             Correct?

14     **A.**   Yes.

15     **Q.**   Kellye SoRelle.  Right?

16     **A.**   Yes.

17     **Q.**   Joshua James?

18     **A.**   Yes.

19     **Q.**   That guy Ed Vallejo from Arizona was there?

20     **A.**   I believe.  I don't know a lot of those guys

21     by name.

22     **Q.**   Okay.

23     **A.**   So --

24     **Q.**   He had, like, tape all over his hands.

25             Do you remember that?

1  **A.** Not really.

2  **Q.** Okay.  And at dinner, Stewart Rhodes made

3 everybody put their phones off to the side so that

4 everyone -- no one could be recording you all while you were

5 talking.  Right?

6  **A.** Stewart did that a lot.

7  **Q.** So the answer is yes?

8  **A.** Yes.

9  **Q.** And then while you were at the dinner, people were

10 talking about the need to save the republic.  Right?

11  **A.** Yes.

12  **Q.** And Rhodes said that he was disappointed that it

13 wasn't as violent as it could have been.  Right?

14  **A.** I don't remember everything Stewart said.  I mean,

15 it was a candid conversation about a lot of stuff that was

16 going on, because at the same time I think another state's

17 capital got hit and they were talking about that.

18   And so there was a lot of conversations about more

19 violence approaching.  A lot of people thought that it would

20 get bad because the woman who got killed was a veteran.  So,

21 you know, people were thinking that veterans would rise up

22 and start to riot.  So there was a lot of conversations

23 going on about different stuff.

24  **Q.** And was one of those conversations about having

25 Oath Keepers at all the different state capitals on

1   Inauguration Day?

2       **A.**   I don't remember.  I mean, it could have happened,

3   but I don't remember.  Like I said, like, me and Landon were

4   sitting there and we were having our own conversation.

5       **Q.**   Sure.  And was one of the conversations about

6   having busloads of people being brought into D.C. to

7   continue to put pressure on Congress at the Capitol?

8       **A.**   Somebody was talking about, you know, busloads of

9   protesters still protesting at the Capitol.

10      **Q.**   And remember, you are calling them protesters now,

11  but we just saw it was a riot, those were your words.

12  Right?

13      **A.**   It was a riot.

14      **Q.**   And so people --

15      **A.**   That the protesters thought -- there were still

16  protesters.  I mean, they were there to protest, and

17  somebody got the mob mentality and there was a riot.

18      **Q.**   So then they turned into rioters?

19      **A.**   A lot of them did turn into rioters, but a lot of

20  them just stood back and watched.

21      **Q.**   And called other people to the Capitol?

22      **A.**   I can't say they called people to the Capitol.  I

23  mean, that's a -- that's a far stretch.  I mean, so

24  thousands of people there, if -- if you got 2,000 people and

25  all of them call somebody to the Capitol, I mean, it would

1    be a massive -- a huge amount of people.

2        Q.    So as dinner was wrapping up, Kellye SoRelle got a

3    message from that HorseWhisperer woman.  Right?

4        A.    I don't know who she got a message from.

5        Q.    But the message scared her.  Right?

6        A.    Yes.

7        Q.    And she told you all, you all needed to get out of

8    dodge?

9        A.    What she said was, the police were illegally going

10   to people's hotel rooms, taking their stuff and taking them

11   to jail, so it would be a good idea for us to leave.

12       Q.    They were doing that for people who had done

13   something wrong.  Right?

14       A.    No.  She said they were doing that to everybody

15   who wasn't from D.C. who rented a room; that's what she

16   said.

17       Q.    And so you all sped away from the Olive Garden

18   back to the hotel you were staying at.  Right?

19       A.    No.  No.  I mean -- you know, with me and Landon

20   and Joe there was a little bit of doubt.  We stood in the

21   parking garage talking about it for a while, and then we all

22   left.  And when we all left, she said she got another

23   message from somebody else, and then we made a decision to

24   leave.

25       Q.    And then you packed all of your stuff up at the

1    hotel.  Right?

2         A.   My stuff was in the trunk already.

3         Q.   And you were in the garage underneath the hotel

4    when Stewart Rhodes and Landon Bentley and Joe Harrington

5    were loading all of his guns into his car.  Right?

6         A.   I think -- I think -- they didn't load them into

7    Landon's car.  They were in Kelly's car, the weapons Stewart

8    had were in Kelly's car.

9         Q.   Well, they loaded them into Kelly's car first.

10   Right?

11        A.   I don't remember them not being in Kelly's car.

12   So if they put them in Kelly's car, they probably did it in

13   the parking garage.  Now he didn't give a rifle to Landon

14   until we were at the gas station.

15        Q.   Right.  So that's what I am getting at.  So a

16   bunch of the rifles go into one of the cars in the garage.

17   Right?

18        A.   Yes.

19        Q.   And then you all leave the garage in different

20   cars, correct?

21        A.   I was never in the garage.  I parked on the street

22   until -- I think it was, like, two cars parked in the

23   garage.  We all went to a gas station --

24        Q.   Sorry.  So you weren't involved with what was

25   happening in the garage?

8118

1      A.   No.  I parked on the street.

2      Q.   You don't know what they were saying or doing down

3  there?

4      A.   I don't know.  Now, when we got to the gas station

5  and Landon took a rifle and I think Josh took a rifle and --

6  you know, I mean, they were trying to figure out where they

7  were going, then, you know, I started to get the idea that,

8  you know, they had some kind of conversation.  But I can't

9  say one way or another what they said in the parking garage.

10     Q.   Understood.  And I am not asking you -- if you

11  weren't there, it's fine.  I am getting to you.

12          So on the way from the hotel to the gas station

13  did some people in your party use what people call evasive

14  driving?

15     A.   No, I wouldn't -- I wouldn't call it evasive

16  driving.

17     Q.   Not to you?

18     A.   Yeah, I wouldn't.  But I mean, but, you know,

19  people pulled out and left fast.  It's not uncommon to see

20  people pull away from the gas station fast, but --

21     Q.   And you got to the gas station and then some of

22  those rifles were traded or exchanged from car to car to be

23  divvied up.  Right?

24     A.   I think -- I think Landon took a rifle, and I

25  think Josh took a rifle.

1        Q.   And you got the sense at that point that people

2   were trying to get rid of some of the rifles and get out of

3   town?

4        A.   I wouldn't say get rid of, but I don't -- I don't

5   think he wanted Kelly to drive back to Texas with all the

6   weapons.

7             But, again, I don't know what the conversation in

8   the garage was.

9        Q.   And then everyone left?

10       A.   Everyone left.

11       Q.   And it was like midnight.  Right?

12       A.   No, it wasn't midnight.

13       Q.   What time was it?

14       A.   Maybe 9:00 or 10:00, something like that.

15       Q.   Oh, it was evening time?

16       A.   Yeah, it was in the evening.  I mean --

17       Q.   It wasn't 5 a.m.  Right?

18       A.   No, it wasn't 5 a.m.  I mean, you got to think, it

19   is wintertime, it probably got dark about 5:00.  And then we

20   went to eat, we probably stayed there for two or three

21   hours.

22       Q.   Okay.  And then you drove back to Indiana?

23       A.   Yes.

24       Q.   Not talking to Stewart.  Correct?

25       A.   I didn't talk to Stewart on the way home.  I

1    remember -

2         **Q.**    That's what I am asking about, on the way home you

3    didn't talk to Stewart?

4         **A.**    No.

5         **Q.**    And at this point you are done?

6         **A.**    Yeah.

7         **Q.**    Right?

8         **A.**    I am done, yeah.

9         **Q.**    Because you were paid to come do your job and your

10   job was over?

11        **A.**    Correct.

12        **Q.**    And then if we could pull up on the screen 9223,

13   please.

14             You sent a message to someone you have saved in

15   your phone as Juicy.  Do you remember that?

16        **A.**    Yeah.

17        **Q.**    And is this the message you sent?

18        **A.**    Yes.

19             **MR. NESTLER:**  The government moves into evidence

20   9223.

21             **THE COURT:**  Okay.  9223 is admitted.

22             **MR. WOODWARD:**  No objection, Your Honor.

23        (Government Exhibit 9223 was received.)

24   BY MR. NESTLER:

25        **Q.**    And so on the afternoon of January 7th you send

1      Juicy a message saying, "Not using much phone right now,

2      location" -- scissors emoji -- "and signal had been choppy."

3           Is that right?

4      **A.**   I don't know about the scissors emoji but I

5      remember sending, "location and signal has been choppy."

6      **Q.**   Okay.  If we can to go the next slide.

7           And then you wrote, "Have to get it" --

8      **A.**   Scrubbed.

9      **Q.**   -- "scrubbed."

10     **A.**   It is supposed to be scrubbed.

11     **Q.**   I think that's the one you correct yourself.

12          So you told Juicy that you had the scissors emoji

13     you have to get it scrubbed; is that right?

14     **A.**   Yes.  Just, basically, like free flash the phone.

15          **MR. NESTLER:**  Okay.  Thank you, Mr. Greene.

16          No further questions.

17          **THE COURT:**  Okay.

18          **MR. BRIGHT:**  Briefly, Your Honor.

19               <u>**CROSS-EXAMINATION OF MICHAEL GREENE**</u>

20     **BY MR. BRIGHT:**

21     **Q.**   How are you?

22     **A.**   I'm fine.

23     **Q.**   Good to see you again.  Just a few questions to

24     follow up on some stuff, if I may.

25          A couple of clarifications of the things that were

1    discussed with you on cross.

2         **A.**   Okay.

3         **Q.**   You were at times paid by the Oath Keepers to

4    perform security services.  Correct?

5         **A.**   Yes.

6         **Q.**   Okay.  And that makes you, for all intents and

7    purposes, during those window just as a paid 1099 for them.

8    Correct?  Contract labor?

9         **A.**   Yes.

10        **Q.**   You were not a formal employee of the Oath Keepers

11   in a long-term sense?

12        **A.**   No.

13        **Q.**   Okay.  Were you a mercenary?

14        **A.**   No.

15        **Q.**   Mercenary is a battle term.  Correct?

16        **A.**   Yes.

17        **Q.**   Okay.  And so any reference to that would be

18   tacitly incorrect?

19        **A.**   Correct.

20        **Q.**   You said that the language that Mr. Rhodes would

21   use and the manner in which we see texts and hear him

22   talking on that meeting, that was normal for Stewart, you

23   say?

24        **A.**   Yes.  I mean, you got to think, too, like, you

25   know, if there's an operation or job in November, everything

1    that he's talking about leading up to it is going to be

2    about that job.

3              So if he said, Hey, we got to get in there, we got

4    to do this, or we got to do that, he is referring to said

5    job, from the interactions I've had with him.

6         **Q.**   So from your experience, working as a contract

7    employee at times for the Oath Keepers, it was command and

8    the norm that the discussions having taken place before,

9    let's say, the Million MAGA March were for that event.

10   Correct?

11        **A.**   Yes.

12             **MR. NESTLER:**  Objection.

13             **THE COURT:**  Sustained.  Please rephrase the

14   question.

15             **MR. BRIGHT:**  Absolutely, sir.

16   **BY MR. BRIGHT:**

17        **Q.**   From your experience, you all planned for one

18   event at a time?

19        **A.**   Yes.

20        **Q.**   Can you describe what we heard on there in terms

21   of that application?

22        **A.**   I mean -- what do you mean, like --

23        **Q.**   So --

24        **A.**   -- saying, "Get in there," and stuff like that?

25        **Q.**   No, I mean, it's just -- it was compartmentalized.

1    Correct?

2        **A.**   Yeah.  I mean, it is all -- like as I understood

3    it, it is all for that operation.  Like, he was talking

4    about a QRF for the November operation.  I mean it -- too,

5    the rally in December and the rally in January hadn't been

6    planned yet in November, so how could he talk about a QRF or

7    going to war at a rally that is not planned?

8        **Q.**   What was your understanding of the purpose of all

9    of the Signal chats and texts that were being exchanged

10   between you and Mr. Rhodes regarding locations on

11   Capitol Hill?

12       **A.**   Just to figure out where each other were at,

13   trying to coordinate and then meet up with each other and

14   stuff like that.

15           Now, Stewart's sending messages to other people

16   like -- I'm sure it was all to try and get control and get

17   them to meet up.

18           When I sent the message out, it was trying to try

19   and get control of the teams so I would know what is going

20   on with them.

21           I mean, it is still an active security operation.

22   If everything is going to shit, I want to know where my

23   guys are.

24       **Q.**   What was the plan for the day of January 6th?

25       **A.**   We had the Stage 7.  Then we had the EP guys going

8125

1    to The Ellipse with their people.  And then there was

2    supposed to be a stage at the Capitol after The Ellipse.

3    And then after that, everything was going to be done.

4        Q.   There was actually supposed to be a stage

5    northeast, slightly, of the Capitol building where Ali

6    Alexander was supposed to be speaking.

7             Correct?

8        A.   I just know it was supposed to be somewhere at the

9    Capitol.  It wasn't even supposed to be until after

10   The Ellipse.

11            From my understanding, they were going to put a

12   stage and everything up and have it after The Ellipse was

13   over.  And that was going to be the last event for us to do

14   security at.

15       Q.   I'm going to ask a couple of personal questions,

16   if I may.

17       A.   Okay.

18       Q.   You've been in combat?

19       A.   Yes.

20       Q.   You've been in serious combat?

21       A.   Yes.

22       Q.   You are well-trained?

23       A.   I survived.

24       Q.   You got KIAs?

25       A.   I do.

8126

1      Q.   You would consider yourself -- would you consider

2    yourself more well trained than some of the Oath Keepers

3    that you have on security details.

4      A.   Yes.

5      Q.   Would you not be the ideal person to lead a

6    mission into the Rotunda?

7           **MR. NESTLER:**  Objection.

8           **THE WITNESS:**  No, I wouldn't.  I wouldn't go

9    for it.

10   **BY MR. BRIGHT:**

11     Q.   Right.  But based on your training and your

12   military experience, if you are going to put men in the

13   field on a mission, would you not put your most well

14   trained?

15          **MR. NESTLER:**  Objection.

16          **THE WITNESS:**  -- in the field?

17          **THE COURT:**  Hang on.  Hang on.

18          Sir, when there is an objection, I need to rule

19   before you answer.  Okay?

20          He can answer that question.  Go ahead.

21   **BY MR. BRIGHT:**

22     Q.   If you were planning a mission, in this case, as

23   has been alleged --

24     A.   Uh-huh.

25     Q.   -- to storm the Rotunda, to storm the Capitol --

1          **THE COURT:**  Hang on.  That is sustained.

2          **MR. BRIGHT:**  Okay.  That is going too far.

3      [Laughter]

4          **MR. BRIGHT:**  Understood, Your Honor.

5          **THE WITNESS:**  So --

6  BY MR. BRIGHT:

7      **Q.**   Do you understand the nature of the question I am

8  asking you, please?

9      **A.**   Let me try to understand what you're asking.

10         **THE COURT:**  Hang on.  There has to be a question

11  before you answer.

12  BY MR. BRIGHT:

13     **Q.**   Mr. Greene, if you were planning a mission, would

14  you put your most-advanced men and most-well-trained men on

15  that mission?

16     **A.**   I would.

17         Now, here's the thing.  If I have an older guy who

18  is experienced and I got, you know, middle-aged and younger

19  guys who is experienced, I got, you know, the other guy has

20  more experience, he maybe doesn't move as well as the other

21  guys but he has the experience and he has the mental

22  fortitude and know-how, that would be the guy I put on

23  the top.

24         These other guys who can still do it, who can

25  still kick doors, that's who I would send on a mission,

1    because you have the best possible chance of success.  I got

2    my most-knowledgeable guy in the top because he can't be on

3    the field to do it.  And then I got my best guys who can

4    still operate in the field to actually execute the mission.

5        Q.   You were leading the entire mission that day in

6    terms of PSDs.  Correct?

7        A.   Correct.

8        Q.   You were in charge and were available to, if you

9    could communicate, guide them.

10           Correct?

11       A.   Correct.

12       Q.   You did not guide anybody into the rotunda.

13           Correct?

14       A.   Correct.

15       Q.   You did not guide anybody to stop the

16   certification of the electors, did you?

17       A.   No.

18       Q.   You did not hear any orders that day or any

19   planning for that day to do any of those things, did you?

20       A.   No.

21       Q.   And the phone call that's been discussed regarding

22   the three-way call that supposedly was merged, you remember

23   discussing that with the government.  Correct?

24       A.   Yes.

25       Q.   I heard you dispute that you even remember that

1    phone call happening.  Correct?

2         **A.**    Correct.

3         **Q.**    Let's presume that it might have happened.  Did

4    you hear any orders communicated to Kelly Meggs to enter the

5    rotunda?

6         **A.**    No.

7              **MR. NESTLER:**  Objection.

8              **THE COURT:**  Sustained.  The answer is stricken.

9    He says he didn't remember the call.  He can't speculate

10   about what he would not have heard.

11             **MR. BRIGHT:**  I would pass -- no more questions,

12   Your Honor.

13             **THE COURT:**  Okay.  Terrific.  All right.

14             Mr. Greene, thank you for your time and testimony,

15   sir.  Safe travels home.

16             **THE WITNESS:**  Thank you.

17             **MR. BRIGHT:**  Your Honor, on behalf of

18   Stewart Rhodes, we would rest.

19             **THE COURT:**  Get on the phone, please.

20        (Bench conference)

21             **THE COURT:**  Is what you just said reflecting a

22   change in plans from what I understood would be happening?

23             **MR. LINDER:**  Yes.  This is Phillip Linder.  Yes,

24   this is what we talked about over lunch.

25             **THE COURT:**  Okay.  All right.  I just wanted to

1    be clear.

2           All right.  So then, Mr. Woodward, do you have a

3    witness?

4           **MR. WOODWARD:**  (Nodded head)

5           **MR. LINDER:**  Your Honor, to make it clear, this

6    would vitiate the need for us to conduct our interview via

7    teleconference with Mr. McWhirter tomorrow.

8           **THE COURT:**  All right.

9           **MR. BRIGHT:**  And I will say for the Court's

10   clarification, part of what had transpired in terms of

11   Mr. McWhirter and whatever the heck it is that happened, we

12   did have some concerns as to how he would react in terms of

13   thinking it could have been us that did it.

14          So that was part of our calculation.  But it would

15   vitiate the need for that interview tomorrow now,

16   Your Honor.

17          **THE COURT:**  Okay.  I just wanted to confirm it

18   wasn't a less with an exception.

19          **MR. WOODWARD:**  No, sir.

20          (Open court)

21          **THE COURT:**  So we've reached another milepost.

22   You just heard Mr. Rhodes' counsel rest his case.  So that

23   means that he has completed presenting witnesses and

24   evidence in his case.

25          We will now turn to the next defendant, and that

1    is Kelly Meggs.

2              Mr. Woodward, do have any witnesses or evidence?

3         **MR. WOODWARD:**  Kelly Meggs would call

4    Stephen Brown to the stand.

5         **THE COURT:**  Okay.  And to be clear, this is a

6    continuation of Mr. Meggs' case since he called somebody

7    yesterday.

8              All right, sir.  Welcome.  Have a seat.

9         (STEPHEN BROWN, Defendant Meggs' witness, was sworn.)

10        **THE COURT:**  Okay.  Mr. Woodward, your witness.

11   Thanks.

12        **MR. WOODWARD:**  Thank you, Your Honor.

13             **DIRECT EXAMINATION OF STEPHEN BROWN**

14   **BY MR. WOODWARD:**

15        **Q.**   Mr. Brown, would you first start by stating your

16   full name and spelling it for the court reporter, please.

17        **A.**   My name is Stephen Anthony Brown, S-t-e-p-h-e-n,

18   A-n-t-h-o-n-y, B-r-o-w-n.

19        **Q.**   And, Mr. Brown, do you -- what do you do for a

20   living?

21        **A.**   I own a group that's called Resource Group, and it

22   is a division of two or three companies that are within the

23   event industry.

24        **Q.**   Could you say more about -- what is the event

25   industry?

1    **A.**   So the event industry -- they are broken down into

2    Resource Group, which really is an event planning and

3    production company that handles small events from 25,000 to

4    300,000 attendees.  And we also have full-on Resource Group

5    Media, which is digital media, social media marketing.

6    **Q.**   All right.  I seem to always get to go in the

7    afternoon.  This is your first time.  If I could ask you to

8    pull that microphone a little bit closer and speak slowly

9    and enunciate for the ladies and gentlemen of the jury, who

10   have been here a long time.

11   **A.**   All right.

12   **Q.**   Where are you based?

13   **A.**   In Lakeland, Florida.

14   **Q.**   Where in Florida is Lakeland?

15   **A.**   Lakeland is on the I-4 corridor right between --

16   it's in the middle of Orlando and Tampa.

17   **Q.**   Okay.  Do you do any work in the District of

18   Columbia?

19   **A.**   Yes.

20   **Q.**   Could you describe that for us, please.

21   **A.**   Yes.  Mainly, we an event planning organization.

22   And one of our main features is we do a lot of events for

23   the National Park Service and on the National Mall in

24   particular.

25   **Q.**   And why is doing work with National Park Service

1    unique?

2         **A.**    National Parks have a very high standard in terms

3    of what is required, how it's required, the amount of

4    paperwork that goes into their functions.   It can be 100

5    pages of material for National Parks.

6              And there is a lot of work that is involved with

7    all the different departments, police, fire, emergency

8    services, LEOs, et cetera.

9         **Q.**    LEOs?

10        **A.**    Law enforcement agency officers.

11        **Q.**    Could you just walk us through a typical event.

12   If I wanted to have an event on or near The Mall in

13   Washington, D.C., why would I hire you?

14        **A.**    Respectfully, because we are very good at it.

15             [Laughter]

16             We live in Florida, and this is D.C.   The reason

17   we are good at it is because our standard is very high.   We

18   believe in -- we believe in actually producing something

19   that is seamless, that the client can come and basically, if

20   they wanted to briefcase it -- sorry.   That means just turn

21   up on the day -- then everything is taken care of in the

22   event planning and the organization.   It's all laid out, the

23   paperwork, et cetera.

24             And they can -- they come along and we spend a lot

25   of time and we have built years and years of reputation on

1    the back end to the point where National Park Service say

2    that we leave the ground in better condition than when we

3    found it.

4        Q.   All right.  So if I wanted to give a speech on

5    The Mall, I could call you and what would happen next?

6        A.   Okay.  So the first thing is, What day would you

7    like that to happen?

8             So we decide what day and what time that is.  And

9    then I -- you want the full explanation?

10       Q.   Please.

11       A.   So what would normally happen is we decide on the

12   day you'd like, and then I would fly up to D.C.  And I would

13   meet with National Park Service, one of the representatives

14   we've been working with for the last 15 years, and, say, Can

15   we look at the calendar?  I want to go in the backroom.  I

16   want to look at the data and see what is available, who has

17   got what booked.  And then see if your particular time spot

18   is available.

19            And then, also, the bit that people miss is the

20   fact that it takes time to build something.

21            How many people are coming to your event?

22       Q.   Let's say 500.

23       A.   Five hundred.  So that's something you could build

24   easily within one day beforehand.  If it was 5,000, you

25   would need a couple days before the actual event day.

1          We then would ask National Parks and say, We want

2     permission to come in and do a First Amendment -- I am

3     presuming it is First Amendment -- rally, and we would like

4     to be there two days for buildup, one day for the event, and

5     probably one day after.  So we actually want four days.

6          And then we work with them on what is needed.

7     What does the fire marshal want?  What law enforcement

8     agencies are going to be involved?  Who is providing

9     security?

10          National Parks, if you leave equipment in the

11     vicinity, you have to have 24-hour protection for the

12     equipment and for the park.

13     Q.    Did you do any event planning on January 6th,

14     2021?

15     A.    Yes.

16     Q.    Okay.  I'm going to back up.  First, let me also

17     ask:  Are you here voluntarily?

18     A.    No.  You subpoenaed me.

19          [Laughter]

20          THE WITNESS:  Sorry, Judge.

21          THE COURT:  I wouldn't be happy if you subpoenaed

22     me either.

23          [Laughter]

24     BY MR. WOODWARD:

25     Q.    Who asked you to plan an event on January 6th?

1      **A.**    Ali Alexander.

2      **Q.**    Who is Ali Alexander?

3      **A.**    Ali Alexander was the head of Stop the Steal.

4      **Q.**    When did you first meet Ali Alexander?

5      **A.**    I met Ali -- the first time I met Ali was in

6    December.  And I was doing another large event on the

7    National Mall for another client, and Ali Alexander was one

8    of the speakers at that event.

9      **Q.**    Do you recall the name of that event?

10     **A.**    It was called Jericho March.

11     **Q.**    Jericho March.

12            Have you ever met Stewart Rhodes before?

13     **A.**    I met Stewart Rhodes at that event.

14     **Q.**    At the Jericho March?

15     **A.**    At the Jericho March event.

16     **Q.**    And at the Jericho March event, do you recall

17   whether any Oath Keepers other than Stewart Rhodes

18   were present?

19     **A.**    Judging by the uniform that they were wearing and

20   the fact that Stewart brought them, yes.

21     **Q.**    And what were those Oath Keepers doing at the

22   Jericho March?

23     **A.**    They were protective detail, PDS [sic].

24     **Q.**    Okay.  So you met Ali Alexander at the Jericho

25   event, and then what happened?

8137

1          A.    Ali was impressed with the fact that the event

2    went seamlessly.  Timing was kept to the minimum drop-off.

3    Some people waffle and they just keep talking.  We try to

4    keep that to a minimum, if need be.  We politely ask them to

5    come off because they've taken too long.

6                We run a tight ship.  Ali was impressed with the

7    fact that we were able to bring all of the speakers in.

8                On the day that that was happening in D.C., there

9    were lots of other events.  And so we would have speakers

10   that were scheduled for, say, 11:00 a.m. and they would

11   phone up and say, Hey, I can't make that.  Can I move to the

12   afternoon?

13               We would then rebuild the schedule with the

14   client.  So we are the event planning organization.  The

15   client's responsible for who is on the stage.

16               But when it comes down to actually the event on

17   the day, if somebody calls us and says, I can't make 11:00;

18   can I do 3?

19               We will go to the client and say, you know, Can

20   they move?

21               Because it's their event.

22        Q.    Okay.  So you are doing more than just obtaining

23   permits from the National Park Service?

24        A.    We're event-planning the actual day itself.  The

25   client is responsible for who speaks and what they speak.

1    We are responsible for getting that person onto the stage.

2    And if that means that a protection detail -- or if it's

3    a -- let's say it's a politician, Senator or Congressman.

4    They would have Secret Service.  Then SS would call us and

5    say, you know, We want to change.

6        **Q.**    Have you also had the opportunity to work with the

7    Capitol Police?

8        **A.**    Yes.

9        **Q.**    And could you tell the ladies and gentlemen of the

10   jury about that?

11       **A.**    Normally, Capitol Police is a lot easier.  The

12   timeframe -- let me give you some background as to why the

13   timeframe is different, is, do you remember I explained and

14   said about the fact that you needed four days to do an event

15   on the National Mall for the buildup and everything else?

16           That doesn't exist with Capitol.  So Capitol has a

17   strict, you bring the gear in on the same day.  You build

18   it.  You do your event.  You take it off.  You are not

19   allowed to leave it overnight.

20           So everything that you have to build is set within

21   parameters.  Some of those parameters, are, for instance,

22   that the stage has to be 12 feet by 18 feet long; that's it.

23   18 feet tall -- that's 18 inches tall.  12-by-18-by-18

24   inches.  You are not allowed to bring electricity -- well,

25   there's no electricity.  So everything has to be

8139

1     self-powered.

2           So you get permission -- do you want me to go

3     through the permitting?

4           **Q.**   Sure.

5           **A.**   In the permitting process, initially, you

6     inquire --

7           **Q.**   Let me interrupt you for the record.

8           Will you please complain the permitting process?

9           **A.**   I will explain the permitting process.

10          [Laughter]

11          **THE WITNESS:**  So how the permits work is that you

12    would then -- you can go online.  All of these are.gov

13    documents, same as National Parks.  You download them, fill

14    the data in as to when and what time you require.

15          And then it is a case of sending that document in

16    to the Capitol Police head office, all the emails and

17    everything that they've got for you.

18          Then normally, that generates a phone call:

19    Hey, what are you doing?  What's it about?  Why are you

20    doing this?  What's it for?  Do you understand the

21    restrictions?  You can only have 12 by 18.  You have to

22    bring it in and do all of that.

23          So that permitting then is very -- in

24    consideration to National Parks, which can take months and

25    months and months, I would think you could probably do --

1    well, have done in the past, you could do something for

2    Capitol Police within certainly a couple of days at the

3    most.

4    **BY MR. WOODWARD:**

5        **Q.**   Roughly how many events in Washington, D.C., have

6    you been the event planner for?

7        **A.**   We've been an event planner in D.C. for 15 years,

8    sometimes doing two or three large -- you know, our events

9    are large.  You know, so for us, we would like to think --

10   you know, we start at 25,000 to 100,000 people-size events.

11   That's what we want to specialize and be in the

12   marketplace for.

13       **Q.**   Not my 500-person?

14       **A.**   Not your 500-person.

15       **Q.**   You met Ali Alexander at the Jericho event?

16       **A.**   I did.  Yes.

17       **Q.**   When did you next speak to Mr. Alexander?

18       **A.**   Ali called me on the phone and said --

19       **Q.**   Please don't tell us what he may have said or not

20   said.

21           What next transpired in --

22       **A.**   What next transpired was a phone call from

23   Ali Alexander.

24       **Q.**   And following that conversation, did he -- did you

25   begin to work with him on a project?

1    **A.**   Yes.  He had a day and a date that he was looking

2    to do an event in D.C.

3    **Q.**   What day and date was that?

4    **A.**   So the date we decided on was January the 6th.

5    **Q.**   All right.  And at that time, what did you

6    understand Mr. Alexander was doing?

7    **A.**    I was asked to book -- I was asked to get a permit

8    for the Capitol Grounds so that Ali Alexander could do a

9    speaking event, speaking only with him and a number of

10   invited guests.

11   **Q.**   And did you, in fact, get a permit for

12   Ali Alexander to speak on the Capitol Grounds?

13   **A.**   I did.

14        **MR. WOODWARD:**  All right.  If I could show just

15   the witness what has been marked for identification

16   as KM-69.

17   **BY MR. WOODWARD:**

18   **Q.**   Sir, do you recognize this document?

19   **A.**   Yes.

20   **Q.**   Could you tell us what this document is?

21   **A.**   This is the initial paperwork for a permit asking

22   and requesting for an event to be held on the

23   Capitol Grounds.

24        **MR. WOODWARD:**  All right.  We would move to admit

25   69 into evidence.

8142

1          **MR. NESTLER:**  Can I please see the second page?

2          No objection.

3          **MR. WOODWARD:**  If we could publish for the jury.

4          **THE COURT:**  69 is admitted.

5          (Government Exhibit 69 was received.)

6     **BY MR. WOODWARD:**

7          **Q.**   If you could describe for the jury what we are

8     seeing here.  Did you create this form?

9          **A.**   No.  The U.S. government create the form.  I

10    filled it in.

11         **Q.**   All right.

12         **A.**   So the organization, One Nation Under God, the

13    address, et cetera, and the details that are in there are

14    filled in by me as the event planner.

15         **Q.**   What is the organization One Nation Under God?

16         **A.**   One Nation Under God is one of the names that

17    Ali Alexander was using during the weekend of January

18    the 6th.

19         **Q.**   All right.  And the date of the application,

20    December 21st, is that when you applied for the permit?

21         **A.**   That's when this was applied for.

22         **Q.**   Okay.  And then, um, you also note Capitol Grounds

23    plot number 9?

24         **A.**   Yes.

25         **Q.**   Does that have any significance?  What does

8143

1    that mean?

2        **A.**   Basically that -- plot number 9 is one of the --

3    obviously, there are 9 plots on the Capitol Grounds.   We

4    were looking to obtain a permit to build the stage 12 foot

5    by 18 foot on that plot.

6        **Q.**   All right.   And do you know whether the permit was

7    approved?

8        **A.**   Yes, the permit was approved.

9            **MR. WOODWARD:**   All right.   If I could just show

10   the witness.

11   **BY MR. WOODWARD:**

12       **Q.**   Do you recognize this document?

13       **A.**   Is it signed at the bottom?

14           Yes.   That is the -- that is the permit approval,

15   and that is the actual permit that you have to have on the

16   day.   We physically had a copy of that on the day.

17           **MR. WOODWARD:**   All right.   We would seek to move

18   KM-72 into evidence.

19           **MR. NESTLER:**   No objection, Your Honor.

20           **THE COURT:**   All right.   KM-72 is admitted.

21       (Kelly Meggs Exhibit KM-72 was received.)

22           **MR. WOODWARD:**   If we could publish for the jury.

23   **BY MR. WOODWARD:**

24       **Q.**   If you could explain -- I will try to make that a

25   little bigger.

1        If you could explain what it is we are seeing

2   here, the various sections of this document.

3        **A.**   Right.  So as you see -- just go back down a

4   moment.  As you can actually see we asked for Section 9 in

5   the original document.  And in our conversation with the

6   Capitol Police, they explained that Section 9 was not

7   available, that the other sections have been taken up by

8   other groups that wanted to do events on the same date.

9        And we agreed on Section 8.  So area of

10  Capitol Grounds to be involved in actual fact is

11  Grassy Area 8 that was approved by Capitol Police.

12       **Q.**   All right.  So you had personal knowledge of other

13  events that were scheduled on January 6th?

14       **A.**   The Capitol Police informed me that there were

15  other events happening on the day, yes.

16       **Q.**   Okay.  And did you also know that there was to be

17  an event on The Ellipse on January 6th?

18       **A.**   I found that out later, once we begun planning

19  this, then the general media began talking about

20  The Ellipse.

21       **Q.**   Okay.  And so if we continue on in this permit,

22  what do we see under props and equipment?

23       **A.**   Yeah.  So props and equipment, everything --

24  remember I said that, you know, we -- we have a stage size

25  that you are allowed to bring in.  The fact that you can, if

1   you wanted to bring a megaphone.  We opted to bring in a

2   portable sound system consisting of two -- EV stands for

3   Electro-Voice speakers and they would be secured -- and do

4   you know what a tripod stand is?  Basically it's what you

5   put the speakers on to so they are freestanding.  There

6   would be at least one Shure microphone and there would be a

7   mixer.

8       Q.   If I could show you what has been previously

9   marked as Government's Exhibit 1653.  Is --

10      A.   Can I get up and have a look?

11      Q.   With the Judge's permission.

12           THE WITNESS:  Judge, is that possible?

13           THE COURT:  Yes, it is.  Sure.  No problem.

14  BY MR. WOODWARD:

15      Q.   1653.  Do you see Senate East Front Grassy Area 8

16  on this map?

17      A.   Technically, it's slightly off the map.  It's here

18  (indicated).

19      Q.   Okay.

20      A.   So it's just -- it's actually just off this

21  section.  So it goes 8, this would be 9, and across.

22      Q.   Very good.  And the rest of this permit describes

23  dos and don't; is that fair to say?

24      A.   Yes.

25           MR. WOODWARD:  And, so, if I could show just the

1    witness -- okay.  Just me for a second.  And now just the

2    witness.  What we will mark for identification KM-73.

3    **BY MR. WOODWARD:**

4         **Q.**   Do you recognize this document?

5         **A.**   Yes, that's texts.

6         **Q.**   And who are these texts sent between?

7         **A.**   Ali Alexander.

8         **Q.**   And?

9         **A.**   Oh, sorry.  Alexander and myself.

10             **MR. WOODWARD:**  We would seek to admit KM-73.

11             **MR. NESTLER:**  Court's indulgence, we need to look

12   at 17 pages of messages?

13             **MR. WOODWARD:**  Just tell me.

14             **MR. NESTLER:**  We object to the final two pages

15   which contain information and messages following

16   January 6th.  We do not object to the first 15 pages that

17   have communications leading up to January 6th.

18             **THE COURT:**  Okay.  Mr. Woodward, do you intend to

19   show him anything on Page 16 and 17?

20             **MR. WOODWARD:**  I don't think so, Your Honor.  So

21   if we can maybe just defer this and keep moving.

22             **THE COURT:**  That's fine.  All right.  If there's

23   no objection to the first 15, then those will be admitted

24   and we can deal with the last two if need be.

25             (Kelly Meggs Exhibit 73 was received.)

1          **MR. WOODWARD:**  All right.  If we could publish for

2     the jury.

3               And if I could figure out how to show --

4     **BY MR. WOODWARD:**

5     **Q.**   All right.  Do you see the image that you -- well,

6     can you describe what we see here in this picture?

7     **A.**   So in this picture you are looking at the overview

8     of the Capital Grounds.  And if you remember a few minutes

9     ago, I said that I initially applied to the Capitol Police

10    for what we call Area 9, which is the 8, 9, 10, 11.  Area 9

11    is on the left-hand side of the grounds.  And in actual

12    fact, when we received the permit, in discussion and

13    agreement with Capitol Police, we settled upon Number 8.

14    **Q.**   Okay.  So Mr. Alexander has hired you to plan an

15    event for him on January 6th.  You've applied for a permit.

16    You have received a permit.  What else are you doing as part

17    of the process that you do?

18    **A.**   So, obviously, the permit is the part that is the

19    legal side that allows us to build and bring the equipment

20    in for the actual event itself.

21              So on the actual day, in this case January the

22    6th, then in the morning we had already prearranged with

23    Capitol Police for the trucks to go through inspection and

24    the little, you know, sniffer dog goes and has a nice smell

25    around the truck and makes sure there is nothing that

8148

1    shouldn't be in there.

2            And they open all the doors on all the vehicles

3    coming in.  We are then allowed to bring the truck in and

4    everything has to be hand carried from the truck to -- in

5    this case Area 8.  And the equipment is then assembled,

6    built, and in this case was tested, ready to go before the

7    time that was designated.

8    **Q.**   Okay.  If we could show the witness and the jury.

9            Do you see your message here?

10            Blue is you.  Correct?

11   **A.**   Correct.

12   **Q.**   Okay.  And do you see your message here?

13   **A.**   In reference to the radios?

14   **Q.**   Yes.

15   **A.**   Yes.

16   **Q.**   What are you asking him to do?

17   **A.**   Okay.  So radio communications for us, basically

18   they are walkie-talkies.  It just allows us to talk to

19   whichever -- whatever members of the team are together on

20   the day because sometimes you need immediate response if --

21   **Q.**   Why wouldn't you just use your cell phone?

22   **A.**   Because it's much quicker to say, Could somebody

23   bring such and such, and you just click it.  You don't have

24   to dial, pick somebody up.  Even if you have got them on

25   speed dial, you still got to wait for it to dial, go

8149

1      through.  And we -- these radios are equipped with,

2      basically what we call earpieces, like Secret Service use.

3      They come through your ear, down the back, you feed them

4      through your shirt or down your arm, and you can just click,

5      and it's instantaneous communications.

6          Q.   At large events like the one on January 6th did

7      you ever have difficulty communicating with your cell

8      phone --

9          A.   Yes, we did.

10          Q.   -- trouble getting service?

11          A.   There was tremendous dropout with the actual cell

12      phone service.

13          Q.   Do you recall whether on January 6th you had

14      difficulty with cell phone service?

15          A.   We did have difficulty with cell phone service

16      because I remember that we were trying to post some

17      photographs and they would not load.

18          Q.   All right.  And here you all are talking about the

19      various plots?

20          A.   Correct.

21          Q.   Were you communicating directly with the Capitol

22      Police?

23          A.   Yes.

24          Q.   So the Capitol Police ultimately approved this

25      event?

8150

1       **A.**   The permit that you showed to, I believe, the jury

2    that is from Capitol Police.  That is their official

3    paperwork that is written and typed out by Capitol Police.

4       **Q.**   They knew Ali Alexander was planning to come and

5    speak --

6       **A.**   Correct.

7       **Q.**   -- effectively on the steps of the Capitol?

8          **MR. NESTLER:**  Objection.

9          **MR. WOODWARD:**  I'll withdraw the question.

10   **BY MR. WOODWARD:**

11      **Q.**   Did you also -- let me move forward here.  Did you

12   also play any role in booking hotel rooms?

13      **A.**   No.  We suggested hotel rooms but in actuality,

14   the only room that was -- the only room that I booked was at

15   the Willard for myself coming in as the event planner to

16   help Ali Alexander.  The rest was done by his team that he

17   had working with him that were actually working in D.C.

18      **Q.**   And normally would you offer to provide assistance

19   in booking hotel rooms?

20      **A.**   Yes.

21      **Q.**   Who is Nathan?

22      **A.**   Nathan Martin, assistant to Ali Alexander.

23      **Q.**   And what other information would you have needed

24   from Mr. Alexander to plan this event?

25      **A.**   So one of the things that, obviously, you need to

1    have is, you now know the event, the time, and the place,

2    and the next part that we would look at would be, who is

3    speaking?  And obviously that then begs the question, how is

4    that person getting from A to B?  You know, if they're

5    speaking at 3:00, who is responsible for that?  How do they

6    get there?  Are they coming from a hotel?  Are they coming

7    from another event?  So we would be involved in looking at

8    that.

9        Q.   Did Mr. Alexander provide you with a list of the

10   folks who would be speaking at his event?

11       A.   There was a tentative list that was provided, yes.

12       Q.   Were there any issues with the list of speakers

13   that Mr. Alexander provided you?

14       A.   There weren't issues directly with the list.  I'm

15   not sure that's the correct word there.  The timing of when

16   certain people would be available, I think, was something

17   that, you know, was addressed.

18       Q.   Could you just explain that?  Issue was my word.

19       A.   Yeah, there were congressional and senate leaders

20   that were -- had been asked to attend, and there were also

21   other guests that were on the list that were speaking at

22   other events that were happening that day.

23            **MR. WOODWARD:**  All right.  If I could -- just me,

24   please, Mr. Douyon.  And now just the witness.

25

8152

BY MR. WOODWARD:

Q.   Do you recognize this document?

A.   Yes.

Q.   Could you tell us what it is?

A.   This is a list of prospective speakers and VIP guests that were coming -- that had been invited, I should say, to speak on the stage on January the 6th.

Q.   What kind of document is it?

A.   It looks like it was originally made in Excel spreadsheet.  It's a name, badge number, and what sort of type of speaker they are, whether they are a VIP or just guest.

Q.   Is it an email from Mr. Alexander to you?

A.   Oh, I'm sorry, yes, it is an email from Ali Alexander.

MR. WOODWARD:  We would seek to admit KM-68.

MR. NESTLER:  Objection.  Relevance.

THE COURT:  I'll permit it.  KM-68 will be admitted.

(Kelly Meggs Exhibit 68 was received.)

MR. WOODWARD:  And if we could publish to the jury.

BY MR. WOODWARD:

Q.   And, Mr. Brown, if you could just read what is written here?

1      **A.**   "Subject, top level VIP names and reserved VIP

2   seating names (so far.)

3            "Here's my list so far.  I have the red

4   speaker/super VIP (speakers and special seated) in red and I

5   have the reserved seating named in blue.

6            "I'll pick up the 200 to 300 silver badges from

7   you tomorrow morning at the Willard."

8      **Q.**   All right.  And, again, you testified that these

9   are the names that Mr. Brown was informing -- excuse me.

10   Mr. Alexander was informing you might speak at the event?

11     **A.**   Correct.

12     **Q.**   Okay.  And so once you had a list of some of the

13   speakers that were going to be testifying [sic] was there

14   any other information that Mr. Alexander would have sent

15   you?  And if I could just direct your attention to the --

16     **A.**   Yes.  So, I mean, then it would be a case of

17   looking at, you know, what other events that were happening

18   in the area and looking at what their speaker lists were, so

19   there's some formal coordination between different groups on

20   the date.

21     **Q.**   Okay.  Now, you mentioned that you planned a

22   number of events in the District of Columbia.  Have you ever

23   planned an event before that utilized private security?

24     **A.**   Oh, yes.

25     **Q.**   Well, let me ask a different question.  Have you

1    ever planned an event in the District of Columbia that did

2    not utilize private security?

3         A.   This one, January the 6th did not have a paid

4    private security.

5         Q.   Did the event have private security, to your

6    knowledge?

7         A.   That depends on your definition of Oath Keepers.

8         Q.   All right.  How would you define the Oath Keepers?

9         A.   Oath Keepers function as a personal security

10   detail.

11        Q.   And did you understand the Oath Keepers to be

12   functioning in that capacity on January the 6th?

13        A.   I did.

14        Q.   All right.  And were you ever invited to any

15   communications mediums with the Oath Keepers?

16        A.   Yes.

17        Q.   Are you familiar with the app Signal?

18        A.   I am.

19        Q.   Do you recall whether you were added to a

20   Signal group?

21        A.   I was.

22        Q.   Involving the Oath Keepers?

23        A.   I was asked to be -- I was asked to be involved

24   with the Signal D.C. group.  And I was there as an observer

25   because, obviously, if you are planning an event, you want

1    to be able to have a bigger picture of what is happening

2    around you so that you are not blindsided by something.

3         Q.   Okay.  Just to be clear, you are not a member of

4    the Oath Keepers?

5         A.   I am not a member of the Oath Keepers.

6              MR. WOODWARD:  All right.  If we could show just

7    the witness -- we are going to switch to Ms. Wintermeyer.

8    BY MR. WOODWARD:

9         Q.   Okay.  And did you and Ms. Wintermeyer review a

10   number of messages just before you testified today?

11        A.   Yes.  We went through this deck,

12   "January 5, 6 D.C. OK Security VIP" chat.

13        Q.   Were you the messages that you reviewed with her

14   true and accurate copies of messages that are on your phone?

15        A.   They are exactly what I have on my phone.

16             MR. WOODWARD:  All right.  If we could flip

17   through this for the government.

18        (Brief pause)

19             MR. WOODWARD:  We would seek to admit this --

20             THE COURT:  What's the number?

21             All right.  Ladies and gentlemen, why don't we

22   take a break.  We will get this all sorted out, and then we

23   will return afterwards.  Why don't we plan to resume at

24   3:45.

25             Thank you, all, very much.  We will see you

 1    shortly.

 2              (Jury exited the courtroom)

 3              **THE COURT:**  Step on down.  I will ask you to

 4    return a little bit before 3:45.  I will ask you not to

 5    discuss your testimony with anyone during the break.

 6              Have a seat, everyone.

 7              So what's the exhibit number?

 8              **MR. WOODWARD:**  KM-66.

 9              **THE COURT:**  All right.  Is there any

10    objection to --

11              **MR. NESTLER:**  I haven't seen it, so --

12              **THE COURT:**  Oh, I thought you were looking at it.

13              **MR. NESTLER:**  There's 62 slides and a video

14    embedded.

15              **THE COURT:**  Mr. Woodward, we are really going to

16    see 62 slides?

17              **MR. WOODWARD:**  Absolutely not, Your Honor.

18              **THE COURT:**  All right.

19              **MR. WOODWARD:**  Mr. Brown has a flight to catch.  I

20    hope to put him on that flight today.

21              **MR. NESTLER:**  He took -- I'm not sure why we are

22    introducing 62 messages then.

23              **THE COURT:**  That's my question, too, but why don't

24    you all talk about it.  We have a few extra minutes.  And

25    then I will be back a little bit before 3:45, and then we

1     will see where they are.

2          (Recess from 3:27 p.m. to 3:48 p.m.)

3          **MR. NESTLER:**  Your Honor, I reviewed the exhibit.

4     I have no objections to it.  Thank you.

5          **THE COURT:**  Okay.  Thank you.

6          Mr. Woodward, do you have a witness after

7     Mr. Brown?

8          **MR. WOODWARD:**  Today?  No.  I'll update the Court,

9     but more flights canceled because of this hurricane.  I need

10    to talk to the Court about it tomorrow.

11         (Jury entered the courtroom)

12         **THE COURT:**  Please have a seat, everyone.

13    Welcome back.

14         Mr. Woodward?

15         **MR. WOODWARD:**  Thank you, Your Honor.  If we could

16    show -- no rush.

17         Before we get to the chats, we could just do a

18    little bit more housekeeping.  If we could show just the

19    witness what has previously been marked as KM-67.

20    **BY MR. WOODWARD:**

21    **Q.**   Do you recognize this document?

22    **A.**   Black screen.

23    **Q.**   67.

24    **A.**   Yeah, this is the original -- this is one of the

25    permit forms.  This is an application permit.

1     **Q.**   All right.  Do you see your name on it?

2     **A.**   I do.

3     **Q.**   And was this permit -- was this permit signed?

4     **A.**   It's signed by myself, yes, Stephen Brown.

5     **MR. WOODWARD:**  We seek to admit KM-67.

6     **MR. NESTLER:**  No objection.

7     **THE COURT:**  Okay.  So KM-66 and 67 are admitted.

8     (Kelly Meggs Exhibit KM-66 was received.)

9     (Kelly Meggs Exhibit KM-67 was received.)

10     **MR. WOODWARD:**  If we could again show just the

11     witness what has been marked as KM-71.

12     **BY MR. WOODWARD:**

13     **Q.**   Do you recognize this document?

14     **A.**   This is the application for permit.

15     **MR. WOODWARD:**  If we can move to admit KM-71.

16     **MR. NESTLER:**  No objection.

17     **THE COURT:**  All right.  KM-71 is admitted.

18     (Kelly Meggs Exhibit KM-71 was received.)

19     **MR. WOODWARD:**  All right.  Let's turn back to

20     KM-66, which is going to be Ms. Wintermeyer's laptop.

21     **BY MR. WOODWARD:**

22     **Q.**   Before the break, you testified that you were

23     added to a Signal chat.

24     **A.**   Yes, that's correct.

25     **Q.**   All right.  And you reviewed these messages.

1          **MR. WOODWARD:**  If we could go in there then.

2          Okay.

3     **BY MR. WOODWARD:**

4          **Q.**   Any reason -- well, what do we see here?

5          **A.**   That is me being introduced to the security chat

6     and me replying back saying, "Steve Brown here."

7          **Q.**   And why would it have been helpful for you to be a

8     part of this chat?

9          **A.**   So as event planning, when you are involved in

10    with working with events, you want to have a broad picture

11    of what is happening around you as well as what is directly

12    in front of you.

13          And so my understanding was that this was the

14    security detail that would describe who was handling persons

15    of interest, guests, VIPs, et cetera, on the particular day.

16    What events prior to the event One Nation Under God at the

17    Capitol in Area 8 was going on.

18          And it would let me then know when and what was

19    happening with people and how they were getting around

20    the city.

21          **Q.**   Okay.  Let's go through here -- and I will ask you

22    to identify a few.  So this message here, is Mr. Rhodes

23    telling us something?

24          **A.**   Stewart Rhodes, yeah.

25          Do you want me to read this?

8160

1    **Q.**   Please.

2    **A.**   "This group is for all event organizers and VIP

3    speakers who need Oath Keepers PSD or event security on

4    January 5/6, so they can talk to me and my top OK team

5    leaders all in one place."

6         **MR. WOODWARD:**  All right.  Let's scroll slowly so

7    the jury can read, but let's go to -- here we go -- to a

8    message from Mr. Brown.

9    **BY MR. WOODWARD:**

10   **Q.**   You sent this message?

11   **A.**   Correct.  So this is the D.C. road closures and

12   the emergency -- well, basically, when there is a large

13   event -- and we do this for our own event -- we would then

14   go to the D.C. police and we buy out the streets.  We shut

15   down all the parking meters.  And basically the streets are

16   then cleared of any cars, and we then know what restricted

17   traffic is happening.

18        All of these that you are seeing are coming off

19   local law enforcement sites.  These are public knowledge.

20   **Q.**   You can buy off a parking meter?

21   **A.**   Absolutely.  You can buy the road, as many as you

22   want.

23   **Q.**   All right.

24   **A.**   Governments have the money.

25   **Q.**   Let's go slowly so the jury can read the messages

1    and stop at Mr. Brown, again.

2         A.    So this is Stewart Rhodes again saying, "And we

3    are happy to help with security at your event or events,

4    either to augment your paid security or if you don't have

5    that, to do all we can."

6         Q.    And did you have paid security at Mr. Alexander's

7    event?

8         A.    On January the 6th, Ali Alexander's, there was not

9    paid security brought in by us.

10        MR. WOODWARD:   Okay.  Let's keep scrolling.

11   BY MR. WOODWARD:

12        Q.    All right.  Did you send this message?

13        A.    Yes.  This is myself talking to the Signal, to the

14   chat, asking, "Do we have anybody doing cyber investigations

15   into Antifa or other disruptive groups?"

16        Q.    Why would you have said that?

17        A.    I'm an event planner.  I want to know what's

18   happening, and the cyber people have an ability --

19   without -- I'm not talking about going into the dark web,

20   but they control what are the sites that are available.

21            Within that you see chats about different groups,

22   about what may be happening, about what people are expecting

23   to bring, and where they are going to be amassing, what

24   groups they are looking to bring in.  Maybe they are going

25   to bring a van full of people to the event.  Maybe they are

8162

1    going to protest us.

2         **Q.**    And do you know whether there was a cyber person

3    also on the chat?

4         **A.**    There was, yes.

5              **MR. WOODWARD:**  If we could switch to Watkins 1.

6    Still Ms. Wintermeyer.

7    **BY MR. WOODWARD:**

8         **Q.**    Why would you -- while we're loading that -- okay.

9    Do you recognize this?  This is a different chat?

10        **A.**    This is D.C. Ops, yes.

11        **Q.**    Were you added to this chat as well?

12        **A.**    Yes.  Again, I am an observer on this one.  I was

13   added because I am an event producer at this particular

14   event.  And Stewart and I communicated.  I said, If you are

15   going to have an extensive list of what is happening, I'd

16   like to look and be able to observe what is going on

17   that day.

18             **MR. WOODWARD:**  All right.  If we could advance --

19   if we could go to Slide 39.

20   **BY MR. WOODWARD:**

21        **Q.**    Do you know who HorseWhisperer is?

22        **A.**    HorseWhisperer is a cybersecurity persona.

23        **Q.**    And without saying his actual name -- do you know

24   what his actual name is?

25        **A.**    I know his first name for definite.

1      Q.   Okay.  And what does HorseWhisperer do?

2      A.   HorseWhisperer is one of the ones you would want

3  to ask information.

4           What is happening on the day?

5           What groups are going to be there?

6           Is BLM going to be there?

7           Is Antifa going to be there?

8           Are there other groups that might have nefarious

9  means?  Maybe they are planning a larger protest against

10  what you are doing.

11      Q.   Okay.  And if you had learned any information to

12  that effect, what would you have done with that information?

13      A.   Firstly, the permit is through Capitol Police.  So

14  our first event would be we would contact Capitol Police and

15  say, Hey, guys, are you aware of this?

16           Because, presumably, they are tracking as well.

17           Certainly with National Parks, we have a

18  communication system where we share any information with

19  both D.C. police, rangers, et cetera.  The whole alphabet

20  that is involved with Parks.  And we are looking to make

21  sure that the events run seamlessly, smoothly, there are no

22  issues, there are no problems.

23      Q.   So in your experience planning events in the

24  District of Columbia, was it -- did you have occasion to

25  work with law enforcement?

1      **A.**    We do.

2      **Q.**    And --

3      **A.**    They are invited to all of the events that we have

4      and all the events that we do in D.C.

5      **Q.**    And did law enforcement ever provide you with

6      information about the events that you were organizing?

7      **A.**    National Parks LEOs have, yes.

8      **Q.**    And what sort of information would they provide

9      you in advance of an event?

10     **A.**    So in events that we've done, we've had things

11     where they've said, there's a group that is coming to

12     protest us.

13     **Q.**    A counterprotest?

14     **A.**    A counterprotest, yes.

15     **Q.**    Did you receive any information from law

16     enforcement in advance of January 6th?

17     **A.**    None at all.

18     **Q.**    Okay.  So if we could switch back to KM-66.  And

19     if we could scroll slowly so the jury can read to the next

20     message sent by Mr. Brown.  All right.  If we could stop

21     there.

22            And what does Mr. Alexander say here?

23     **A.**    Mr. Alexander is saying, "How many guys do we have

24     at Freedom Plaza 1 p.m. to 8:30 p.m. on the 5th.  It doesn't

25     have to be full event security" -- full event security would

8165

1   be a detail of four to six -- "maybe just detail because I

2   think event security has been secured, but the VIP detail, I

3   can spread out.  Will have a run of show in two days from

4   the co-organizers."

5       Q.   Do you have an understanding of what "run of show"

6   means?

7       A.   Run of show is the timeline from the moment that

8   the program starts until time of close.

9           MR. WOODWARD:  Okay.  Mr. Douyon, if you could

10  switch back to me.

11  BY MR. WOODWARD:

12      Q.   Do you recall whether you received a run of show

13  for the events on January 6th?

14      A.   Yes.

15      Q.   And if I could show just the witness what has been

16  marked as KM-70.

17          Do you recognize this document?

18      A.   Yes.

19      Q.   Could you tell us what it is?

20      A.   This is the January 6th, One Nation Under God.

21  This is the provisional schedule of the list of people that

22  are going to be speaking at the event on the stage we

23  provided.

24          MR. WOODWARD:  We would move to admit KM-70.

25          MR. NESTLER:  No objection.

1          **THE COURT:**  KM-70 is admitted.

2          **MR. WOODWARD:**  If we could -- sorry, Judge.

3          **THE COURT:**  It's admitted.

4      (Kelly Meggs Exhibit 70 was received.)

5          **MR. WOODWARD:**  If we could publish for the jury.

6  **BY MR. WOODWARD:**

7      **Q.**   Do you see members of Congress on this list?

8      **A.**   Yes.

9      **Q.**   If you could just read a couple of their names.

10     **A.**   Like Rep. Marjorie Greene?

11     **Q.**   Sure.  So --

12     **A.**   That's -- yes.

13     **Q.**   Based on this list, it was your understanding that

14  members of Congress were going to speak --

15     **A.**   Yes.

16     **Q.**    -- at the event you were planning?

17     **A.**   Yes.

18     **Q.**   All right.  And do you see Roger Stone on the

19  list?

20     **A.**   I do.

21     **Q.**   Do you have any knowledge of who Roger Stone is?

22     **A.**   Eccentric, yes.

23     **Q.**   If you could explain for the ladies and gentlemen

24  of the jury what your understanding of who Roger Stone is?

25     **A.**   Roger is -- Roger Stone is a fairly well-known

1    speaker, is on the -- what I would call the speaker circuit.

2    In other words, if there is a convention or there's an

3    event, if there's a rally going on, Roger is very likely to

4    be at that.  He both looks out for that and is invited

5    heavily as a participant.

6         Q.   If we could switch back at KM-66.  And scroll.  If

7    we could pause there.

8              Do you happen to know whether the Oath Keepers

9    were providing personal security for Roger Stone on

10   January 6th?

11        A.   That was my understanding.

12        Q.   All right.  If we could keep scrolling.

13             Did you send this message?

14        A.   I did.

15        Q.   And what do we have here?

16        A.   This message that you are seeing here is a

17   document that was freely available.  It was both printed.

18   It was a flyer and it was all over the internet on a number

19   of websites, and this is a PDF that I downloaded and it

20   shows and lists from January the 2nd through to January the

21   6th events that were happening in the Capitol that week.

22             I thought that would be good for people to have an

23   understanding of what was happening around them.

24        Q.   If we could actually switch to my screen for a

25   second.

1            Again, this is a message thread between you and

2    Mr. Alexander?

3        **A.**   Yes.

4        **Q.**   And you see that Mr. Alexander is also sending you

5    that flyer?

6        **A.**   Correct.

7        **Q.**   And the date that he does that is?

8        **A.**   December 31.

9        **Q.**   All right.  If we could switch back to

10   Ms. Wintermeyer.

11           And the date that you sent this flyer to the chat

12   was?

13       **A.**   January the 1st.

14       **Q.**   All right.  If we could keep scrolling, please.

15           Do you have an understanding -- well, what does

16   Mr. Alexander say here?

17       **A.**   Ali Alexander says, "Except Wednesday, which is

18   different because we haven't released the real plan."

19       **Q.**   And do you have an understanding of what

20   Ali Alexander meant by "real plan."

21       **A.**   Yes.

22       **Q.**   What did he mean?

23       **A.**   My understanding of what Ali is talking about here

24   is, Wednesday we had discussed the fact that we didn't want

25   anybody knowing who was speaking and what time they were

1    speaking.  So the list of Congressmen and others that were

2    on the list, Roger Stone, et cetera, we didn't want that

3    listed as general information.

4            And so the real plan really was the fact that we

5    were keeping that to a very tight circle of just the event

6    team that would know who was going to be speaking when and

7    where and what time and where they needed picked up.

8        **Q.**    If we could keep scrolling.

9            What -- did you have an understanding of what

10   Ali Alexander wanted to speak about?

11       **A.**    Basically, Ali was -- Ali believed that the

12   election had been stolen.

13       **Q.**    And is that what -- the subject of his speech was

14   to be on January 6th?

15       **A.**    His subject on the day was to inform people, you

16   know, there had been some election malingering.  There had

17   been some things that had happened within the election.

18       **Q.**    Okay.  And if we could keep scrolling.  If we

19   could keep scrolling, please.

20           This one is the most interesting one.  Okay.  If

21   we could play --

22       (Brief pause)

23       (Video played)

24   **BY MR. WOODWARD:**

25       **Q.**    Ali Alexander sent that video to the chat?

1        **A.**    Yes.

2        **Q.**    And that's consistent with your understanding of

3    what he was going to say at the event on January the 6th?

4        **A.**    That is consistent, yes.

5        **Q.**    So let's get to the day.  If you could walk us

6    through what is happening on January 6th from your

7    perspective?

8        **A.**    So my day started at 8:00 in the morning, and the

9    first trucks are coming in.  We are going to Area 8, which

10   is what we showed you on the maps, to set up the small stage

11   with the speakers on their tripods, and basically we are

12   just going to sound check and make sure everything works.

13   And you saw from one of the programs there was a

14   possibility, the program said something starting at 10:00.

15            Obviously there was The Eclipse that was happening

16   that day, and The Eclipse was consistently being pushed back

17   on the start time.  So initially it was 10:00 and then it

18   was 11:00 and then it was 12:00.  So we knew that the time

19   period and the scale was sliding or moving on the day.

20            We built the stage.  Everything was ready.  And

21   then it was a waiting game for the people to arrive, for the

22   guests, for the speakers, and the VIPs to come and -- so I

23   would just go around and make sure everything looks okay and

24   everything else.

25            I do remember on one of my visits around I went

1    down to Third Street and it was obvious the barricades had

2    been opened and the barricade itself was broken apart, and

3    that was, you know, in a couple of places on Third Street.

4           At which point, I finished looking around, there

5    was nobody around at this point, and I went back up to

6    Capitol Police, and there were some officers that were at

7    the top.  It seemed fairly sparsely staffed around the

8    actual Capitol building itself.

9           And I went up and explained there is -- as you

10   come off -- I believe it is Constitution -- actually into

11   the Capital Grounds there is a Capitol Police box, pill box,

12   whatever you want to call that, where the officers are.  And

13   I went in and I reported, in fact, Hey, guys, do you know

14   that on Third Street, where the majority of the people are

15   being asked to walk, you have a break in the barricades?

16          From a security point that's the worst thing that

17   can happen because that enables the whole barricade to fall

18   over.  And now you don't have a small gap.  Now you have 100

19   feet open and it allows anybody to be able to come through

20   there, if they wanted.

21     **Q.**   Well, let's go back to the event.  You said -- I

22   think you said Eclipse.  You meant -- you mean Ellipse?

23     **A.**   Ellipse I meant, yes, sorry.

24     **Q.**   Okay.  So you were aware that there was an event

25   at The Ellipse on the morning of January 6th?

8172

1     **A.**   Yes.

2     **Q.**   Is it fair to describe that as the main event of

3   the day?

4     **A.**   It was the main event, yes.

5     **Q.**   Did you have an understanding of who was speaking

6   at that event?

7     **A.**   President Trump.

8     **Q.**   Right.  So President Trump was going to speak at

9   that event?

10    **A.**   Yes.

11    **Q.**   And then you were organizing an event occurring at

12  or near the Capitol building?

13    **A.**   It was on the Capitol Grounds, Area 8 is where we

14  had the permit for.

15    **Q.**   And did you have an understanding of whether some

16  of the folks attending the event at The Ellipse would be

17  coming to the event you were planning?

18    **A.**   Do you mean the speakers, or do you mean the

19  people?

20    **Q.**   Both.

21    **A.**   At that time I had not seen a list -- I had not

22  seen a list of who was due to speak at The Ellipse, so that

23  was in the air as to what they were.

24            Judging by some of the high profile VIPs that were

25  on the list, it wouldn't have surprised me to find some of

1    the guests that were on Ali Alexander's stage list to also

2    have been at The Ellipse.  And so it was a case, then, of

3    how long will this -- how long is The Ellipse going to go?

4    How are they getting there?

5        **Q.**   Okay.  And so earlier when you testified about

6    somebody not being available at 11:00 but maybe later in the

7    day, that's what your focus is at this point on January 6th?

8        **A.**   Right.  So right now I have got -- now I have a

9    list of people that we think are coming.  Just because their

10   name is on the list doesn't mean to say that they actually

11   turn up.  You know, there's quite a few occasions where you

12   can have 25, 30 people, and it may well be that 20 get to

13   speak and 5 are no-shows; that's common.

14       **Q.**   Okay.

15       **A.**   Something else happens.

16       **Q.**   So after you went and spoke to the Capitol Police

17   about the barricades being separated, what happened next?

18       **A.**   After that, it was -- that then was the waiting

19   period.  I went back and checked on the crew that I had at

20   the stage in the system and made sure, you know, if suddenly

21   something was to happen, that we could be just ready, throw

22   the switch, and we are good.  And so that was the case.  We

23   were ready.  We were expecting people to come and arrive,

24   and we had the podium, the microphones ready, and ready to

25   start.

1 **Q.** Did anyone ever speak on your stage that day?

2 **A.** Not at all.

3 **Q.** Why not?

4 **A.** Apparently, as the people came in, a riot

5 happened.

6 **Q.** All right.  Could you describe from your vantage

7 point at the Capitol what you saw happen that day?

8 **A.** So the stage on Area 8 looks down Constitution to

9 Third.  You can actually see from there.

10 So I'm seeing the crowd coming down the street.

11 And as they are coming down, the barricades go up on the

12 road that now stops.

13 And there was a heated discussion, obviously,

14 going on between the front row of leaders, and apparently

15 that was -- this is thirdhand.

16 Apparently that was to do with the fact that other

17 groups had been allowed to walk up and into the

18 Capitol Grounds through the main entrance.  Why were they

19 then being asked to go up Third Street and come up the back

20 end, the side street, and then come across First in?

21 It's a long walk.  It is -- probably adds maybe a

22 mile to be additional 300 yards' difference.  So 300 yards

23 into the Capitol or walk a mile in addition.

24 And I watched as the crowd eventually did

25 move, and --

1          **THE COURT:**  Mr. Woodward, can we ask questions?

2    **BY MR. WOODWARD:**

3      **Q.**   What happened next?

4          [Laughter]

5          **THE COURT:**  Mr. Woodward, let's move on.  This

6    jury has been here a long time.  Please.

7          **THE WITNESS:**  We went along Third Street.  And at

8    Third Street, the barricades that were broken were moved

9    apart.  The crowd came across West Lawn and came up into the

10   Capitol.

11         **MR. WOODWARD:**  Okay.  With the Court's indulgence,

12   I am just going to pull up the video, what has previously

13   been admitted as KH-3.

14   **BY MR. WOODWARD:**

15     **Q.**   All right.  Do you see in the top

16   right-hand corner?

17     **A.**   Yes.

18     **Q.**   And do you recognize the intersection there?

19     **A.**   Yeah.  This is -- this is at Third Street where

20   the barricades come up.  Yep.

21     **Q.**   So the barricades you are talking about are

22   those -- I don't know.

23         If you could describe what we are seeing.

24     **A.**   Yes.  So they are traffic -- they are designed to

25   stop a truck, and so they're barricade that physically lift

1    up at a 60-degree angle.  And they are designed to stop up

2    to 80 tons of vehicle at speed.

3           And so the idea is that the vehicle crashes into

4    them, and they break the front wheels and the axle and the

5    engine off, stopping the vehicle from going any further.

6    **Q.**   So this is where you just testified people are

7    forced to have to walk around --

8    **A.**   So the police wouldn't let -- in this video you

9    are showing here --

10   **Q.**   Uh-huh.

11   **A.**   -- they are actually walking around and going up

12   the sidewalks.  That did not happen.  What happened is that

13   the -- the marching -- the marchers came down.  When they

14   came to the barricades, then they were made to turn right to

15   Third Street.

16   **Q.**   Okay.  And you testified that you were --

17          **MR. WOODWARD:**  We can take this down, please.

18   **BY MR. WOODWARD:**

19   **Q.**   So at the end of the day, no one spoke at your --

20   did you eventually come and collect your gear?

21   **A.**   Nobody spoke.  There was a conversation with

22   Nathan Martin.  And Nathan said to me, Are we ready?

23          And I said, Yes, we are ready.

24          So there was, obviously, from Nathan's -- Nathan

25   is -- Nathan Martin is Ali Alexander's assistant.  There was

1    an obvious expectation that they were coming to the stage

2    area to speak.  And he was clarifying, Is everything ready?

3              My reply was, Yes, everything is ready.

4         **Q.**   Okay.  Were you able to -- at the end of the day,

5    were you able to pack up your gear?

6         **A.**   Once the riot had started, obviously,

7    Capitol Police came.  A lot of the other alphabets arrived.

8    And there were, you know, a number of different colors and

9    jackets and all sorts of colors that were there.  So, I

10   mean, ATF, FBI, they all showed up.  It was alphabet soup

11   that happened after that.

12        **Q.**   What do you mean by "alphabet soup"?

13        **A.**   All the different law enforcement agencies that

14   are in D.C., FBI and everybody else.  They all brought --

15   they came.  Because, obviously, at that point, the Capitol

16   was -- the grounds themselves, there were not enough

17   Capitol Police.  I mean, there hadn't been enough

18   Capitol Police at the very, very beginning.

19             I've done events for 5,000 people where I've

20   probably had two, three times the amount of law enforcement

21   at a 5,000 event, complete with ATF and SWAT, et cetera.

22   It -- they were just -- it was overwhelming.

23        **Q.**   You described yourself as an observer in the

24   Oath Keeper chats?

25        **A.**   Yes.

1    Q.    You are familiar with the Oath Keeper chats as you

2    sit here today?

3    A.    Yes.

4    Q.    You still have the Oath Keeper chats on your --

5    A.    I do.

6    Q.    -- on your phone.

7          At any time in your status as an observer, did you

8    see anyone post anything about a plan to go into the Capitol

9    building?

10   A.    No, not at all.

11   Q.    About a plan to stop the certification of the

12   election -- the Electoral College, rather, on January 6th?

13   A.    No.  It's not there.  It's not in the chat.

14   Q.    Mr. Brown, when is the first time that the FBI

15   contacted you?

16   A.    FBI or members of the Jan. 6th Committee?

17   Q.    FBI.

18   A.    FBI's probably a couple of months ago.

19   Q.    This year?

20   A.    This year, yes.

21   Q.    A few months ago?

22   A.    Yes.

23         **MR. WOODWARD:**  No further questions.

24         **THE WITNESS:**  Somebody leaked my name to them.

25

1    **BY MR. WOODWARD:**

2        **Q.**   Do you know who did that?

3        **A.**   Well --

4            **MR. NESTLER:**  Objection.

5            **THE COURT:**  Sustained.

6            **MR. WOODWARD:**  No further questions.

7            **THE COURT:**  All right.  I assume there is no cross

8    on the defense side, none requested?

9            **MR. GEYER:**  No questions.

10           **MR. LINDER:**  No questions on behalf of

11   Stewart Rhodes.

12           **MR. FISCHER:**  No questions.

13               **CROSS-EXAMINATION OF STEPHEN BROWN**

14   **BY MR. NESTLER:**

15       **Q.**   Good afternoon, Mr. Brown.

16       **A.**   Hi, again.

17       **Q.**   Good to see you.

18       **A.**   You, too.

19       **Q.**   So let's go over a couple of points.  I will make

20   this fairly brief.  You were put in touch with

21   Stewart Rhodes.  Right?

22       **A.**   Yes.

23       **Q.**   And then he told you to talk with somebody else

24   called OK Gator 1.  Right?

25       **A.**   That's in the chat, yes.

8180

1    Q.   You never learned OK Gator 1's name?

2    A.   Actually, as an observer, I didn't really pay much

3    attention to what their names were because they're

4    protection -- they are PSD, and Stewart was the only one

5    that I had physically met before the event.

6    Q.   So you talked to this Gator person on the phone a

7    few times.  Right?

8    A.   Apparently.

9    Q.   You never actually found out his name?

10   A.   No.

11   Q.   Okay.  And these Oath Keeper chats you were

12   viewing, there were two of them.  Right?

13   A.   There are.

14   Q.   Were you a member of other Oath Keeper chats?

15   A.   Of previous occasions or of this occasion --

16   Q.   Both.

17   A.   -- January 6th?

18        The only two that I am aware of regarding

19   January the 6th is "D.C. Ops" and "D.C. VIP."

20   Q.   Do you mean that Stewart Rhodes and OK Gator 1

21   might have been talking without you being aware of it?

22   A.   That is very possible.

23   Q.   Why?  Why wouldn't they clue you in?

24   A.   Well, maybe the discussion was something unrelated

25   to event planning.

1      Q.    Okay.  You are a hired event planner.

2            Right?

3      A.    I am.

4      Q.    Not an Oath Keeper?

5      A.    I am not an Oath Keeper.

6      Q.    Now, you mentioned something about this

7    HorseWhisperer guy.

8            Right?

9      A.    Yes.

10     Q.    You were told the HorseWhisperer was an intel

11   cyber analyst.

12           Right?

13     A.    Yes.

14           MR. NESTLER:  If we could pull up on the screen,

15   please, Ms. Rohde, Government's Exhibit 9250.  This is the

16   "D.C. Op Jan. 6, 21" chat that you are a member of.

17           Right?

18     A.    Yes.

19           MR. NESTLER:  The government would move this

20   exhibit into evidence.  It's just one slide.

21           MR. WOODWARD:  No objection.

22           THE COURT:  9250 is admitted.

23         (Government Exhibit 9250 was received.)

24   BY MR. NESTLER:

25     Q.    Mr. Brown, on January 4th, HorseWhisperer wrote,

1    "We, the people, won't be needing military involvement.  We

2    have enough red-blooded American patriots ready to stand up

3    and fight for our Constitutional rights and election

4    integrity.  Don't worry yourselves, traitors.  Hashtag, We

5    are the storm as you are about to witness."

6              Do you see that?

7         **A.**    I do.

8              Do you mind if I check --

9         **Q.**    You are not allowed to look at your phone.  I'm

10   so sorry.

11        **A.**    Okay.

12        **Q.**    I know you provided your -- the chats as you

13   had them.

14        **A.**    Right.

15        **Q.**    Right?

16        **A.**    Yes.  I just don't recognize that.

17        **Q.**    You don't recognize it?

18        **A.**    I do not, no.

19        **Q.**    Okay.  Would this have concerned you if you

20   remembered seeing this?

21        **A.**    Yes.

22        **Q.**    Why?

23        **A.**    Well, in one sense, he's talking about stand up

24   and fight for our constitutional rights.  Constitutional

25   rights is something that can be done via verbal

1    communication.  It doesn't mean to say that we are going to

2    rise up and bear arms.

3              I'm not quite sure what "We are the storm" is.

4         **Q.**    That's a reference to QAnon.

5              Don't you know that?

6         **A.**    I'm going to say, No, at this time.

7         **Q.**    And this phrase here, "Traitors," do you remember

8    seeing anything about that?

9         **A.**    No, I don't.

10        **Q.**    Okay.

11        **A.**    I do not remember this text --

12        **Q.**    Sure.

13        **A.**    -- as part of the D.C. Op.

14            **MR. NESTLER:**  Now, let's go to Government

15   Exhibit 9220, already in evidence, Slide 4.

16   **BY MR. NESTLER:**

17        **Q.**    Mr. Brown, on the afternoon of January 6th at

18   2:27 p.m. HorseWhisperer wrote, "We, the people, have taken

19   the Capitol.  Congress forced to recess," in the

20   "D.C. Op Jan. 6 21" chat.

21              Do you see that?

22        **A.**    I do.

23        **Q.**    Do you remember seeing HorseWhisperer write that?

24        **A.**    No, I do not.

25        **Q.**    Okay.  So do you know who HorseWhisperer is?

8184

1       **A.**   If he was in the room, I would not recognize him.

2       **Q.**   HorseWhisperer is a woman sitting in Texas.  I

3    think you said on direct you thought that you knew his

4    first name.

5       **A.**   I thought it was a he, yes.

6       **Q.**   Okay.  HorseWhisperer is named Marsha and she

7    lives in Texas.

8       **A.**   Okay.

9       **Q.**   Are you aware of any security training the

10   HorseWhisperer had?

11      **A.**   Only from what I've read in the D.C. op.

12      **Q.**   Okay.  Let's talk about the Oath Keepers as a

13   security force.

14          In your mind they were not real security, were

15   they?

16      **A.**   They performed the function of security detail.

17      **Q.**   You have worked with real security agencies.

18   Right?

19      **A.**   Correct.

20      **Q.**   Licensed.  Correct?

21      **A.**   Yes.

22      **Q.**   Liaising with police departments; is that correct?

23      **A.**   We would involve police departments with them,

24   yes.

25      **Q.**   And you, in fact, have given some names of real

1  security agencies that you've worked with at your events.

2  Right?

3       **A.**   Correct.

4       **Q.**   In fact, in almost every event you do, you have

5  real security.  Right?

6       **A.**   We do.

7       **Q.**   And that's people who are licensed.  Correct?

8       **A.**   Yes.  Yes.

9       **Q.**   They are wearing uniforms?

10      **A.**   They can be undercover but, yes.

11      **Q.**   They are often carrying weapons.  Right?

12      **A.**   You are not allowed to in D.C., no.  If you are a

13  security detail, unless you are Secret Service or you are

14  working for the SS, then, no, it's not.

15      **Q.**   And these agencies like Apollo, for instance?

16      **A.**   Yes.

17      **Q.**   They are sort of the gold star of security.

18  Right?

19      **A.**   Apollo, Archangel, they are highly thought of,

20  yes.

21      **Q.**   And you've worked with them before?

22      **A.**   Yes.

23      **Q.**   The Oath Keepers are not them?

24      **A.**   The Oath Keepers are not them.

25      **Q.**   In fact, you thought that Ali Alexander didn't

8186

1    really need the Oath Keepers' security; is that correct?

2        **A.**   He had a lot of them.

3        **Q.**   You thought he was being a bit of a prima donna;

4    is that correct?

5        **A.**   There are times when -- if you are requesting six

6    members of a detail, four members of a detail, I mean, most

7    Congressmen and Senators would be probably happy with one or

8    two.

9        **Q.**   These Oath Keepers who were with Ali Alexander

10   were more for show than they were for actually doing

11   anything.  Right?

12       **A.**   My understanding was that they were there as a

13   protection, and that if something was to happen, they would

14   intervene.

15       **Q.**   But you saw them as more of a, This is for show

16   for Ali Alexander?

17       **A.**   There was an element that they were there.

18       **Q.**   And to be clear, you got a permit.  Right?

19       **A.**   Correct.

20       **Q.**   For an area -- for Area 8 that was even south of

21   that diagram we showed you.  Correct -- I'm sorry.  East of

22   that diagram we showed you?

23       **A.**   East of the diagram, yep.

24       **Q.**   And you waited there.  Right?

25       **A.**   Yes.

8187

1    Q.   And Ali Alexander never showed up?

2    A.   No, not at all.

3    Q.   Stewart Rhodes never showed up?

4    A.   No.

5    Q.   Gator 1 never showed up.  Correct?

6    A.   Correct.

7    Q.   Roger Stone never showed up?

8    A.   No.

9    Q.   No Congresspeople showed up?

10   A.   No.

11   Q.   There were no speakers?

12   A.   No.

13        **MR. NESTLER:**  I have no further questions.

14        **THE COURT:**  Mr. Woodward?

15        **MR. WOODWARD:**  No, Your Honor.

16        **THE COURT:**  Well, thank you for your time and

17   testimony, sir.  You may step down.  Good luck getting home.

18        All right.  May I ask everybody to get on the

19   phone, please?

20        (Sidebar discussion)

21        **THE COURT:**  All right.  Do we have an update on

22   tomorrow?  If somebody is speaking, I can't hear you.

23        **MR. LINDER:**  I don't think we have any other

24   witnesses.

25        **MR. WOODWARD:**  I do not have any witnesses for

1    tomorrow.  I apologize, Your Honor.

2              **THE COURT:**  Can anybody get witnesses here?

3              **MR. CRISP:**  Judge, this is Jonathan Crisp.  I

4    would not be able to get my witnesses by tomorrow

5    unfortunately.  I apologize.

6              **THE COURT:**  Okay.

7              **MR. GEYER:**  Too short for me too, Your Honor, I'm

8    sorry.  I apologize.

9              **THE COURT:**  Mr. Fischer?

10             **MR. FISCHER:**  Your Honor, it's the same way, we

11   were told -- we were planning on later next week but, I

12   mean, I could have people here for Monday but not tomorrow.

13             **MR. WOODWARD:**  Yeah, We were planning on starting

14   Monday, and so we have flown everybody in that we could now,

15   including Mr. Brown, who I literally had not spoken to

16   before he came into the building.  So I did the best that I

17   could to move things up.

18             I do think we will probably finish our case on

19   Monday, so I think we will be able to move this along.  But

20   I'm just -- I haven't been able to get anybody -- I have an

21   associate down in Florida right now that I can't get home

22   either.

23             **THE COURT:**  Thank you.

24        (Open court)

25             **THE COURT:**  Okay.  Ladies and gentlemen, we have

```
1     come to a close for today.  And perhaps welcome or

2     unwelcomed news we have also come to a close for the week.

3     Due to unforeseen circumstances including weather-related

4     circumstances that prevent some witnesses from coming in who

5     were scheduled for tomorrow, we will not be sitting

6     tomorrow.

7             We will resume Monday.  I apologize that we are

8     not using the day as I had hoped.  I am going to have

9     further conversation with the parties after you all leave

10    today to get a better sense of where things stand, I know

11    everybody is anxious to know where we are, what it means for

12    Thanksgiving.  I had hoped to be able to give you more

13    information about that tomorrow.  But since we are not going

14    to be here tomorrow, I won't have the information for you.

15            I can ask JC to send the information to you all by

16    text, or if you are patient, you can wait until Monday.  So,

17    please accept my apologies for this.  And so we'll

18    adjourn --

19            MR. NESTLER:  Can we do a quick phone conference

20    before they leave?

21        (Bench conference)

22            MR. NESTLER:  If we are not going to see them

23    until Monday, it might make sense to ask juror 16 about her

24    plans.  I think that she was moving at the end of next week.

25            THE COURT:  I will ask her on -- well, maybe I
```

1    will just ask her to stay afterwards to do that.

2            Okay.

3        (Open court)

4            THE COURT:  Okay.  As I say, we will adjourn for

5    the week and then we will come back on Monday.  Friday was a

6    holiday in any event, as you know.

7            So we look forward to seeing everybody.  Just,

8    please, again, reminders to avoid reading, have no

9    discussions about the case, no investigating the case.

10           We look forward to seeing you on Monday.  Thank

11   you for your time and attention.  We are grateful as always.

12   See you Monday.

13       (Jury exited the courtroom)

14       (Juror 16 returned to the courtroom)

15           THE COURT:  Hi, ma'am, how are you?

16           JUROR:  Hi, I'm doing well.  Thank you.  How are

17   you?

18           THE COURT:  Good.  Thank you.

19           JUROR:  Can I take this off?

20           THE COURT:  Yes.

21           JUROR:  Thank you.

22           THE COURT:  You are juror in seat 16.  Correct?

23           JUROR:  Yes.

24           THE COURT:  We understand that you have a move

25   planned and so that's the reason we asked you to be here to

8191

1    get a sense of what your schedule is and what that may mean

2    for your availability for this trial.

3            **JUROR:**  Okay.  Um, I signed a lease in August to

4    move to Houston.  And the lease is supposed to start today.

5    Today's the 9th.  Right?

6            **THE COURT:**  Correct.

7            **JUROR:**  Yeah, and, you know, when we first started

8    talking, it was four to six weeks so I pushed out the move

9    to the 18th, I think it's next Friday.  So the 19th movers

10   are coming.  My lease is up on that Monday.  And then my

11   landlord is going to get in and clean the place for the next

12   tenant.  He wants to be able to rent by December.

13           **THE COURT:**  You mean your current lease --

14           **JUROR:**  Yeah.  My current lease is ending this

15   month on the 20th.

16           **THE COURT:**  Um, and then in terms of what your

17   plans are -- say you weren't here.  Your plans for once you

18   arrive in Houston.  Is it work-related?  Family-related?

19   Will you be starting a new job, for example, when you arrive

20   there?

21           **JUROR:**  No, I telework for an organization where

22   they didn't care where I lived.  So like I said, I've been

23   planning this move since I guess May.  I've been to Houston

24   a couple times, decided to move in August.  So I've just

25   been -- I've been trying to get all of that ready.

8192

1              **THE COURT:**  Okay.

2              **JUROR:**  I didn't expect this to go on this long.

3       I'm sorry.

4              **THE COURT:**  That's okay.  That's okay.

5              Let me ask you, if you were asked to continue to

6       sit -- I mean, I can't give you a perfect timetable right

7       now, but beyond Thanksgiving, how would that -- would that

8       be feasible for you?

9              **JUROR:**  I don't have a place to live, and all my

10      stuff is in Houston.  Like I said, the movers are coming --

11      they are scheduled for the 19th.  They are supposed to

12      deliver everything to Houston.  And I can't put it off.

13      They are booked the week of Thanksgiving, of course.  And

14      then they were in December, and I had to be out of the lease

15      that I am in now.

16             So, yeah, I need to find a place to stay and I'd

17      have ten days.  I could maybe do that.  But I'm leaving town

18      because all my friends are gone.

19             **THE COURT:**  You got new friends.

20             **JUROR:**  So many, I didn't even know their names.

21      I'm like, Hey, 15, can I stay with you?

22             [Laughter]

23             **THE COURT:**  Okay.  That's helpful to know.  That's

24      helpful to know.  We appreciate it.  And we understand that

25      this is a huge imposition and disruption, and we are

1    grateful.  I will talk to the parties about your

2    circumstances.

3              **JUROR:**  Okay.

4              **THE COURT:**  And then we will provide you with some

5    additional instructions.

6              **JUROR:**  Well, yeah, I apparently have a day

7    tomorrow where I can start calling around.  I will be home.

8              **THE COURT:**  I mean, if, hypothetically, you were

9    able to -- well, let me put it differently, which is -- if

10   you do find a place to stay, that is you find, you know,

11   whether it is a friend's house or what have you for short

12   term, could you just let JC know tomorrow?

13             **JUROR:**  Sure.

14             I mean, how long do I -- I can't couch surf

15   forever.

16             **THE COURT:**  Right.

17             **JUROR:**  I'm sorry.  I know that puts a lot of

18   pressure on the schedule, and, you know, we don't know

19   anything but, like, am I talking three days?  Am I talking

20   through the middle of December?  I can't -- I'm sorry.

21             **THE COURT:**  That's okay.

22             **JUROR:**  I'm frustrated.

23             **THE COURT:**  No, that's fair.  It won't be

24   satisfying with the answer which is, I don't know for sure.

25             **JUROR:**  Yeah.

1        **THE COURT:**  And the reason I don't know for sure

2   is -- look, my expect -- my hope is, hope is that we may be

3   through evidence next week, but then you all would begin

4   deliberating.  Depending upon how we sit the week of

5   Thanksgiving and the length of your deliberations I can't

6   predict.

7        And given the length of the case, the number of

8   witnesses, of defendants, the number of counts, I would

9   expect that it would last at least days --

10       **JUROR:**  Right.

11       **THE COURT:**  -- your deliberations.

12       But I am not making any predictions one way or

13  another, just for your own planning purposes.

14       **JUROR:**  Okay.

15       **THE COURT:**  And, ultimately, just to let us know

16  what your thoughts are about that.

17       **JUROR:**  Okay.

18       **THE COURT:**  Okay?

19       **JUROR:**  Yeah.

20       **THE COURT:**  Well, we appreciate it.  We are

21  grateful for you being with us as long as you have.

22       So do you have any questions for us?

23       **JUROR:**  No.  I think that was it.  You know, it's

24  tough to find a place to stay when I don't know how long I'm

25  asking for.  So --

1      **THE COURT:**  Understood.

2      **JUROR:**  Yeah.

3      I appreciate that you can't predict that.  I mean,

4  I obviously can't either.  Nobody can.  We just wait.

5      **THE COURT:**  Okay.

6      **JUROR:**  Yeah, so if I do find a place, just let

7  JC know?

8      **THE COURT:**  Just let him know.

9      **JUROR:**  Okay.

10     **THE COURT:**  Thank you.  We'll see you Monday.

11     **JUROR:**  Okay.  Thanks.

12     (Juror exited the courtroom)

13     **THE COURT:**  All right.  Um, all right.  Let's

14  just, to the extent -- I'm not holding anybody to this.  But

15  next week, Monday is the 14th.

16     Mr. Woodward, how many additional witnesses do you

17  anticipate?  And when do you think they will be --

18     **MR. WOODWARD:**  At the risk of them getting calls

19  from Mr. Nestler tonight, we are anticipating putting

20  Mr. Adams, Mike Adams back on the stand.  He won't be long.

21  Less than an hour of direct.

22     We also are working to facilitate Andrew Smrecek,

23  who is the owner/operator of the range and the creator of

24  the video that has been played.

25     One issue that we have is that there is a witness

8196

1    or two that my colleague was going to examine, and so

2    depending on her circumstances --

3           **THE COURT:**  What is her status?  Is she a

4    quarantine situation or something else?

5           **MR. WOODWARD:**  I don't know.

6           **THE COURT:**  Okay.  All right.  Maybe we can find

7    that out.

8           **MR. WOODWARD:**  So, um, we may or may not call one

9    or two witnesses, although whether we call them I don't

10   expect that to be more than Monday.  And then, of course,

11   two things.  One before we rest obviously Mr. Meggs has a

12   decision to make.

13          And then probably from a technical perspective we

14   may ask not to formally close our case in chief.  As the

15   Court is aware, there is some additional evidence we are

16   trying to get back, not that we would present to the jury

17   but that we are trying to -- we try to put into evidence.

18          So -- but if we don't have it by the end of next

19   week, say --

20          **THE COURT:**  All right.  So I guess the bottom line

21   what you are telling me is that absent testimony from

22   Mr. Meggs, which is still to be determined, you think

23   Monday?

24          **MR. WOODWARD:**  Yes, sir.

25          **THE COURT:**  Okay.  Then, Mr. Geyer, I think you

1      would be on deck next.

2              **MR. GEYER:**  Can we go on here?  I want to discuss

3      a sensitive issue.

4              (Sidebar discussion)

5              **THE COURT:**  Okay.  Your Honor, I also have a

6      similar sensitive issue about Harrelson's testimony.  It

7      came to my attention about a week ago, with the government's

8      help, that he had a prior misdemeanor, a simple assault

9      conviction that was erroneous.  He actually has a clean

10     record.  As a result, obviously he has been in for a long

11     time.  I'm concerned about a number of different issues

12     related to that.

13             And I'd like to have a similar arrangement that

14     Mr. Fischer has and sort of get an idea about -- I just want

15     to make sure that we are all clear that he has a clean

16     record when I make the decision about whether or not to put

17     him on.  This came to my attention I think late last week.

18             I think I will have -- not including

19     Mr. Harrelson, I think I will have fewer than six witnesses.

20     As the days go on, the list has been getting shorter.  So

21     perhaps that is good news.

22             **THE COURT:**  All right.  Um -- I guess -- maybe it

23     depends, but I'm not sure if it's an impeachable offense,

24     whether -- even if he has it, and certainly absent a

25     certificate of conviction if you are objecting, and the

1    government doesn't have a certificate of any kind, then I

2    wouldn't let the cross-examination happen even if it was an

3    impeachable offense.

4           **MR. GEYER:**  Thank you, Your Honor.

5           **THE COURT:**  Okay.

6       (Sidebar discussion concluded)

7           **THE COURT:**  So, Mr. Geyer, given the number that

8    you've just suggested, how many -- what's your expectation

9    in terms of how long your case will be?

10          **MR. GEYER:**  I would think a full day, maybe a day

11   and a half, but as I said, every day that goes by, the trend

12   has been to cut down the list.

13          **THE COURT:**  Okay.  Mr. Crisp?

14          **MR. CRISP:**  I have a couple witnesses less than a

15   day.

16          **THE COURT:**  Okay.  So that leaves Mr. Fischer.

17          **MR. FISCHER:**  Your Honor, I will say this.  I am

18   going to speak with defense counsel, and I think there's

19   going to be a lobbying effort to try to make sure the

20   defense case gets done this week --

21          **THE COURT:**  This week?

22          **MR. FISCHER:**  This week.

23          **THE COURT:**  You mean next week?

24          **MR. FISCHER:**  The defense case this week -- I'm

25   sorry.  I'm sorry.  Next week.

1          **THE COURT:**  The coming week.

2          **MR. FISCHER:**  My apologies.  Next week.

3          I do have a number of witnesses, a lot of them are

4    very, very short, and they may get cut off the list.  But

5    we're going to have a conversation to try to streamline the

6    process next week.

7          **THE COURT:**  Okay.  So it's my expectation that

8    based on the schedule that Monday Mr. Meggs will have his

9    witnesses available.  By Tuesday -- Mr. Woodward, do you

10   think it's possible that you might finish earlier in the day

11   on Monday?

12         **MR. WOODWARD:**  Anything is possible, Judge, but --

13         **THE COURT:**  Well, but only you know who these

14   witnesses are, the expected length of direct, and that can

15   give you some sense --

16         **MR. WOODWARD:**  It is possible.

17         **THE COURT:**  All right.  So, Mr. Geyer, can you

18   have a witness available on Monday afternoon?

19         **MR. GEYER:**  Yes, Your Honor, I can.

20         **THE COURT:**  And if it's somebody that is out of

21   town -- the bottom line is, we will accommodate whoever it

22   may be.  But if you can have somebody here Monday, that

23   would be terrific.  So you will have your Monday witness

24   available.  Other folks here on Tuesday.  Mr. Crisp, can you

25   make sure your witness is available on Tuesday of next week?

8200

1    That then means we have Mr. Fischer up on Wednesday, at

2    least assuming things go according to plans.

3            Any sense of what the government's rebuttal will

4    be, if at all any?

5            **MR. NESTLER:**  Currently an hour or two.  Very

6    short.

7            **THE COURT:**  Okay.

8            **MR. NESTLER:**  I will say we still don't know the

9    identities of many of the defense witnesses.  I believe that

10   if we are not sitting tomorrow or Friday, we ought to be

11   entitled to know who they are planning to call on Monday.

12   Mr. Woodward has told us the names of the people he plans to

13   call.  I think Ms. Haller has some other names that we don't

14   yet know.  So we are still waiting for that.  We are waiting

15   for Mr. Geyer as well.  Mr. Fischer I believe at last count

16   had eight witnesses he might call.  And so we do think if we

17   are going to try to finish this case next week, which is

18   certainly our interest, we would know those names

19   expeditiously.

20           I also just would ask -- I believe Mr. Woodward

21   said that there is additional evidence he is still waiting

22   to get back, I assume pursuant to a subpoena, I assume that

23   is all happening ex parte, we would like to be included at

24   some point if there is anything that we ought to be aware of

25   there.

1          We would have an issue if we left the defense's

2     case open and continue to string this trial along to find

3     evidence to arrive.  Because we also have an interest in

4     finishing so we can start our next trial, as I know Your

5     Honor does with two more trials in between this one and the

6     next one.

7          **THE COURT:**  Okay.  So --

8          **MR. NESTLER:**  I'm sorry.  I know Your Honor has

9     said 24 hours, but we would like to know with a real

10    deadline.

11         **THE COURT:**  Right.  Okay.  So best case scenario

12    it sounds like to me we would finish evidence on Thursday of

13    next week.  Perhaps certainly no later than Friday.

14         The question then becomes -- JC, you did poll the

15    jurors about the week of Thanksgiving?

16         **DEPUTY CLERK:**  Yes.

17         **THE COURT:**  And what have we learned?

18         **DEPUTY CLERK:**  I think three currently have plans

19    to be out for the entire week of Thanksgiving but they said

20    they were flexible.

21         I think if you include those three, then I guess

22    five total jurors would be out Wednesday.

23         **THE COURT:**  Okay.  I would expect two days' worth

24    of closings, so it sounds like we could get the case to the

25    jury before Thanksgiving in an ideal world and have them

1    back Monday the 28th to begin deliberations.

2            So let's try and hold to that schedule.  I

3    understand that there are unforeseen happenings and

4    circumstances, but I think they would be heartened to hear

5    that, and frankly that would be a good -- it seems like a

6    reasonable schedule.

7            **MR. CRISP:**  We had talked sort of globally before

8    about once we got it to the jury the likelihood of questions

9    is probably pretty good.  Are we able to do that by VTC?  In

10   other words, if we were to go back to our, you know,

11   reasonable home station kind of scenario?  Instead of coming

12   back in.

13           Obviously, we will be here for a verdict and all

14   that kind of stuff.  But my thought was, say, if I wanted to

15   drive back and -- I mean, I don't want to keep extending my

16   rental as much as I loved the City of D.C. and all of my

17   wonderful colleagues here, it would be nice to drive down if

18   I had to as opposed --

19           **THE COURT:**  So as long as we could -- I think we

20   could do that -- look, you know, it's up to your clients.

21   I'm okay with it.  And as long as your clients are okay with

22   it, I don't -- I mean, are you prepared to waive your

23   physical presence in the courtroom?

24           **MR. CRISP:**  I had not discussed that with her, but

25   I just wanted to throw it out there.

1    **THE COURT:**  Let's think about it.  I mean, I think

2    we're -- that gets a dicey particularly given the nature of

3    the notes we are likely to get, I would think.

4    **MR. WOODWARD:**  I will be here, certainly.

5    **THE COURT:**  Can you all be back here tomorrow

6    afternoon to go through jury instructions?  I haven't looked

7    at them since we last met, but I could do that tomorrow.

8    I'm just trying to use the time as much as we can.

9    I mean, you know -- let's put it differently.  Be

10   here at 11:00, I think that will give me enough time to do

11   what I need to do to get through everything, to get through

12   instructions and have a useful educated conversation with

13   you all tomorrow, I hope.

14   **MR. NESTLER:**  That's fine for the government.

15   **MR. WOODWARD:**  Yes, sir.

16   **MR. CRISP:**  Yes, sir.

17   **MR. LINDER:**  Dress coat, coat and tie or can we be

18   casual Thursday with no jury?

19   **THE COURT:**  We've been at this for a while, within

20    reason.

21   **MR. LINDER:**  I won't come in shorts.  That's fine

22   with me.

23   **THE COURT:**  That's fine.

24   **MR. NESTLER:**  For Monday, just to be prudent, we

25   are aware of at least the two witnesses that Mr. Woodward

1    has told us who they are.  I don't think they are going to

2    be that long.  I think it would be prudent to have some

3    additional witnesses here in addition to whoever Mr. Geyer

4    has going on so that we can make sure we don't have any

5    downtime.

6           THE COURT:  Right.

7           MR. FISCHER:  Your Honor, I am planning on -- I am

8    moving witnesses up to Monday.  I am just going to make a

9    few phone calls, I will notify the government so they have

10   notice that -- so I can have somebody here on Monday for

11   standby to chew up time.

12          THE COURT:  Mr. Fischer, I am very grateful.

13   Thank you very much.  I really don't want these jurors to

14   think we are wasting their time, so I really want to be in a

15   position to fill their days.  So --

16          MR. FISCHER:  And I've even canceled my interview

17   tonight with the New York Times, Your Honor.

18          [Laughter]

19          MR. WOODWARD:  I'm sorry, Your Honor one more

20   housekeeping, we would like to waive our client's appearance

21   tomorrow.

22          THE COURT:  Mr. Rhodes is agreeing to that as

23   well?

24          THE DEFENDANT:  Yes.

25          THE COURT:  Everybody agreeing to have their

8205

1    clients not present for purposes of discussing jury

2    instructions?

3              **MR. WOODWARD:**  Maybe just Mr. Meggs.

4              **MR. GEYER:**  And Mr. Harrelson also.

5              **MR. FISCHER:**  I am waiving Mr. Caldwell as well.

6              **THE COURT:**  Marshals, 11:00 tomorrow just

7    Mr. Rhodes, and --

8              **THE MARSHAL:**  Suit and tie?

9              **THE COURT:**  No, he -- well, no, and you all can

10   feel free to dress down or dress more casually if you wish

11   as well.

12             Okay.  So that will be our schedule.  If I need

13   extra time in the morning, I will let you know, but I will

14   do my best both this evening and in the morning to be

15   prepared for 11:00.  Okay?

16             Thank you, everybody.  Have a good evening.

17             **MR. WOODWARD:**  Thank you, Your Honor.

18        (Proceedings concluded at 4:57 p.m.)

19

20

21

22

23

24

25

1                         **C E R T I F I C A T E**

2

3              I, **Lorraine T. Herman, Official Court Reporter,**

4     certify that the foregoing is a true and correct transcript

5     of the record of proceedings in the above-entitled matter.

6

7

8

9

10    _____November 10, 2022_____        __/s/_____
                     **DATE**                    **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. BRIGHT: [6]**
8121/20 8123/16
8126/10 8126/21
8127/6 8127/12
**BY MR. NESTLER:**
**[47]** 8075/15 8076/15
8077/16 8078/7
8078/13 8078/24
8079/5 8079/14
8080/24 8081/12
8085/8 8086/4 8087/4
8088/1 8089/1 8089/7
8089/24 8090/21
8092/15 8094/6
8094/17 8095/17
8096/24 8097/14
8098/21 8099/8
8099/21 8100/23
8102/3 8102/14 8103/2
8103/10 8104/6 8105/5
8105/23 8106/3 8107/5
8108/12 8108/24
8109/9 8110/3 8110/14
8110/24 8120/24
8179/14 8181/24
8183/16
**BY MR. WOODWARD:**
**[29]** 8131/14 8135/24
8140/4 8141/17 8142/6
8143/11 8143/23
8145/14 8146/3 8147/4
8150/10 8151/25
8152/23 8155/8
8157/20 8158/12
8158/21 8159/3 8160/9
8161/11 8162/7
8162/20 8165/11
8166/6 8169/24 8175/2
8175/14 8176/18
8178/25
**DEPUTY CLERK: [3]**
8075/7 8201/16
8201/18
**JUROR: [26]** 8190/16
8190/19 8190/21
8190/23 8191/3 8191/7
8191/14 8191/21
8192/2 8192/9 8192/20
8193/3 8193/6 8193/13
8193/17 8193/22
8193/25 8194/10
8194/14 8194/17
8194/19 8194/23

8195/2 8195/6 8195/9
8195/11
**MR. BRIGHT: [7]**
8121/18 8123/15
8127/2 8127/4 8129/11
8129/17 8130/9
**MR. CRISP: [5]** 8188/3
8198/14 8202/7
8202/24 8203/16
**MR. FISCHER: [9]**
8179/12 8188/10
8198/17 8198/22
8198/24 8199/2 8204/7
8204/16 8205/5
**MR. GEYER: [10]**
8107/17 8107/20
8108/1 8179/9 8188/7
8197/2 8198/4 8198/10
8199/19 8205/4
**MR. LINDER: [6]**
8129/23 8130/5
8179/10 8187/23
8203/17 8203/21
**MR. NESTLER: [86]**
8075/15 8076/12
8076/24 8077/3
8077/12 8078/5
8078/12 8078/22
8079/3 8079/12
8080/22 8081/10
8085/4 8085/12
8085/16 8085/20
8086/2 8087/2 8087/24
8088/22 8089/5
8089/22 8090/19
8092/13 8093/20
8093/23 8094/2 8094/5
8094/15 8095/15
8096/22 8097/12
8098/19 8098/25
8099/6 8099/19
8100/20 8102/1
8102/13 8102/25
8103/6 8104/4 8105/4
8105/22 8106/1 8107/3
8107/13 8108/5
8108/23 8109/3 8109/7
8110/1 8110/13
8110/18 8110/21
8120/19 8121/15
8123/12 8126/7
8126/15 8129/7 8142/1
8143/19 8146/11
8146/14 8150/8

8156/13 8156/21
8157/3 8158/6 8158/16
8165/25 8179/4
8181/14 8181/19
8183/14 8187/13
8189/19 8189/22
8200/5 8200/8 8201/8
8203/14 8203/24
**MR. WOODWARD:**
**[61]** 8093/22 8120/22
8130/4 8130/19 8131/3
8131/12 8141/14
8141/24 8142/3 8143/9
8143/17 8143/22
8145/25 8146/10
8146/13 8146/20
8147/1 8150/9 8151/23
8152/16 8152/21
8155/6 8155/16
8155/19 8156/8
8156/17 8156/19
8157/8 8157/15 8158/5
8158/10 8158/15
8158/19 8159/1 8160/6
8161/10 8162/5
8162/18 8165/9
8165/24 8166/2 8166/5
8175/11 8176/17
8178/23 8179/6
8181/21 8187/15
8187/25 8188/13
8195/18 8196/5 8196/8
8196/24 8199/12
8199/16 8203/4
8203/15 8204/19
8205/3 8205/17
**THE COURT: [128]**
8075/5 8075/10 8077/2
8077/5 8085/14
8085/19 8093/25
8094/3 8099/2 8103/8
8107/15 8107/19
8107/25 8108/3 8109/5
8110/20 8110/22
8120/21 8121/17
8123/13 8126/17
8127/1 8127/10 8129/8
8129/13 8129/19
8129/21 8129/25
8130/8 8130/17
8130/21 8131/5
8131/10 8135/21
8142/4 8143/20

8145/13 8146/18
8146/22 8152/18
8155/20 8156/3 8156/9
8156/12 8156/15
8156/18 8156/23
8157/5 8157/12 8158/7
8158/17 8166/1 8166/3
8175/1 8175/5 8179/5
8179/7 8181/22
8187/14 8187/16
8187/21 8188/2 8188/6
8188/9 8188/23
8188/25 8189/25
8190/4 8190/15
8190/18 8190/20
8190/22 8190/24
8191/6 8191/13
8191/16 8192/1 8192/4
8192/19 8192/23
8193/4 8193/8 8193/16
8193/21 8193/23
8194/1 8194/11
8194/15 8194/18
8194/20 8195/1 8195/5
8195/8 8195/10
8195/13 8196/3 8196/6
8196/20 8196/25
8197/5 8197/22 8198/5
8198/7 8198/13
8198/16 8198/21
8198/23 8199/1 8199/7
8199/13 8199/17
8199/20 8200/7 8201/7
8201/11 8201/17
8201/23 8202/19
8203/1 8203/5 8203/19
8203/23 8204/6
8204/12 8204/22
8204/25 8205/6 8205/9
**THE DEFENDANT: [1]**
8204/24
**THE MARSHAL: [1]**
8205/8
**THE WITNESS: [9]**
8126/8 8126/16 8127/5
8129/16 8135/20
8139/11 8145/12
8175/7 8178/24

---

**.**

---

**.138 [1]** 8077/3
**.139 [1]** 8077/3
**.146 [1]** 8077/3
**.150 [1]** 8077/3

**.150A [1]** 8077/4

**.315 [2]** 8098/20
8099/1

**.315A [2]** 8098/20
8099/1

**/**

**/s [1]** 8206/10

**0**

**0404 [1]** 8096/25
**08077 [1]** 8072/19
**0826 [1]** 8072/23

**1**

**1 p.m [1]** 8164/24
**1's [1]** 8180/1
**10 [3]** 8102/1 8147/10
8206/10
**100 [2]** 8133/4 8171/18
**100,000 [1]** 8140/10
**1099 [1]** 8122/7
**10:00 [3]** 8119/14
8170/14 8170/17
**11 [3]** 8089/20 8102/1
8147/10
**1101.1 [1]** 8104/22
**1103.2 [1]** 8105/4
**1110 [1]** 8104/4
**11:00 [6]** 8137/17
8170/18 8173/6
8203/10 8205/6
8205/15
**11:00 a.m [1]** 8137/10
**12 [3]** 8138/22 8139/21
8143/4
**12:00 [1]** 8170/18
**13 seconds [1]**
8092/21
**134 [1]** 8076/13
**136 [1]** 8079/3
**138 [2]** 8076/13
8078/12
**139 [1]** 8076/13
**146 [1]** 8076/13
**1460 [1]** 8072/4
**14th [1]** 8195/15
**15 [8]** 8071/3 8095/19
8101/11 8134/14
8140/7 8146/16
8146/23 8192/21
**150 [1]** 8076/13
**1500 [1]** 8088/8
**150A [2]** 8076/14

**16 [4]** 8146/19 8189/23
8190/14 8190/22
**1653 [2]** 8145/9
8145/15
**17 [2]** 8146/12 8146/19
**17110 [1]** 8072/7
**18 [7]** 8089/25 8138/22
8138/23 8138/23
8138/23 8139/21
8143/5
**1808 [1]** 8072/10
**18th [1]** 8191/9
**19th [2]** 8191/9
8192/11
**1:30 p.m [1]** 8082/24
**1:34 p.m [3]** 8077/15
8078/1 8078/9
**1:38 p.m [2]** 8078/14
8078/21
**1:39 p.m [1]** 8078/23
**1:41 p.m [2]** 8106/15
8108/13
**1:41:39 [1]** 8107/23
**1:42 p.m [1]** 8107/6
**1:50 [3]** 8079/12
8079/15 8080/23
**1:56 [1]** 8071/5
**1st [1]** 8168/13

**2**

**2 p.m [1]** 8082/24
**2,000 [1]** 8115/24
**20 [3]** 8089/14 8099/22
8173/12
**200 [1]** 8153/6
**20001 [1]** 8073/3
**20010 [1]** 8072/11
**20036 [1]** 8072/15
**2006 [1]** 8072/18
**202 [4]** 8071/16
8072/11 8072/15
8073/4
**2021 [1]** 8135/14
**2022 [2]** 8071/4
8206/10
**20579 [1]** 8071/16
**20th [1]** 8191/15
**21 [4]** 8094/19 8100/25
8181/16 8183/20
**21061-3065 [1]**
8072/23
**214 [2]** 8071/21
8071/23

**213 [2]** 8085/16
8085/22
**216 [4]** 8085/5 8085/18
8085/23 8086/8
**216A [4]** 8085/5
8085/18 8085/24
8087/2
**21st [1]** 8142/20
**22-15 [1]** 8071/3
**230 [4]** 8085/6 8085/18
8085/25 8087/11
**231 [4]** 8085/6 8085/18
8086/1 8087/24
**24 [1]** 8201/9
**24-hour [1]** 8135/11
**25 [2]** 8102/5 8173/12
**25,000 [2]** 8132/3
8140/10
**252-7277 [1]** 8071/16
**252-9900 [1]** 8071/21
**2615 [1]** 8072/15
**27 [1]** 8071/6
**28th [1]** 8202/1
**2:15 [3]** 8085/10
8088/6 8098/4
**2:15 p.m [1]** 8094/18
**2:16 [1]** 8086/9
**2:26 p.m [1]** 8097/2
**2:27 p.m [1]** 8183/18
**2:30 [1]** 8098/4
**2:30 p.m [3]** 8087/12
8088/6 8088/13
**2:31 [1]** 8089/2
**2:31 p.m [1]** 8085/10
**2:31:34 [1]** 8088/25
**2:32 [3]** 8089/20
8089/25 8090/25
**2:33 [1]** 8091/1
**2:33:48 [1]** 8090/22
**2:35 [1]** 8109/11
**2:37 [1]** 8092/20
**2:55 [2]** 8099/6 8099/9
**2nd [1]** 8167/20

**3**

**30 [2]** 8089/14 8173/12
**300 [4]** 8072/22 8153/6
8174/22 8174/22
**300,000 [1]** 8132/4
**3065 [1]** 8072/23
**31 [1]** 8168/8
**315 [1]** 8099/19
**318 [1]** 8072/4
**3196 [1]** 8073/4

**3300 [2]** 8071/20
8071/22
**333 [1]** 8073/3
**34 [1]** 8089/2
**352-2615 [1]** 8072/15
**354-3196 [1]** 8073/4
**39 [1]** 8162/19
**3:00 [1]** 8151/5
**3:05 p.m [2]** 8108/22
8111/22
**3:06 p.m [1]** 8112/4
**3:15 [1]** 8100/8
**3:15 p.m [2]** 8100/1
8111/2
**3:27 p.m [1]** 8157/2
**3:30 p.m [1]** 8100/24
**3:45 [4]** 8101/11
8155/24 8156/4
8156/25
**3:45 p.m [1]** 8102/4
**3:48 p.m [1]** 8157/2

**4**

**40 [2]** 8089/9 8089/19
**4031 [1]** 8072/6
**410 [1]** 8072/23
**412-4676 [1]** 8072/7
**4676 [1]** 8072/7
**487-1460 [1]** 8072/4
**4:57 p.m [1]** 8205/18
**4th [1]** 8181/25

**5**

**5 a.m [1]** 8119/18
**5,000 [3]** 8134/24
8177/19 8177/21
**5/6 [1]** 8160/4
**500 [1]** 8134/22
**500-person [2]**
8140/13 8140/14
**5199 [1]** 8106/8
**53 [1]** 8085/17
**53.P [3]** 8076/13
8085/17 8085/21
8077/6 8077/14
**53.P.134 [3]** 8077/3
8077/6 8077/14
**53.P.138 [1]** 8077/7
**53.P.139 [1]** 8077/8
**53.P.146 [1]** 8077/9
**53.P.150 [1]** 8077/10
**53.P.150A [1]** 8077/11
**53.P.215 [2]** 8085/5
8086/2
**53.P.255 [3]** 8098/20

**5**

**53.P.255... [2]** 8099/1
8099/3
**53.P.315 [1]** 8099/4
**53.P.315A [1]** 8099/5
**5306.1 [1]** 8104/10
**5708 [1]** 8072/19
**5:00 [1]** 8119/19
**5:20 p.m [1]** 8111/16
**5th [1]** 8164/24

**6**

**60-degree [1]** 8176/1
**601 [2]** 8071/15
8072/13
**607-5708 [1]** 8072/19
**62 [4]** 8111/21 8156/13
8156/16 8156/22
**66 [6]** 8156/8 8158/7
8158/8 8158/20
8164/18 8167/6
**67 [5]** 8157/19 8157/23
8158/5 8158/7 8158/9
**6731 [1]** 8111/20
**6732 [1]** 8100/20
**68 [3]** 8152/16 8152/18
8152/20
**69 [4]** 8141/16 8141/25
8142/4 8142/5
**6:55 [1]** 8106/13
**6:55 a.m [1]** 8107/22
**6th [35]** 8075/25
8090/11 8093/16
8124/24 8135/13
8135/25 8141/4
8142/18 8144/13
8144/17 8146/16
8146/17 8147/15
8147/22 8149/6
8149/13 8152/7 8154/3
8154/12 8161/8
8164/16 8165/13
8165/20 8167/10
8167/21 8169/14
8170/3 8170/6 8171/25
8173/7 8178/12
8178/16 8180/17
8180/19 8183/17

**7**

**70 [4]** 8165/16 8165/24
8166/1 8166/4
**700 [2]** 8071/20
8071/22

**71 [4]** 8158/14 8158/15
8158/17 8158/18
**71301 [1]** 8072/3
**717 [1]** 8072/7
**72 [3]** 8143/18 8143/20
8143/21
**720-7777 [1]** 8071/23
**7277 [1]** 8071/16
**73 [3]** 8146/2 8146/10
8146/25
**7310 [1]** 8072/22
**7447 [1]** 8072/11
**75219 [2]** 8071/20
8071/23
**7777 [1]** 8071/23
**787-0826 [1]** 8072/23
**7th [1]** 8120/25

**8**

**80 [1]** 8176/2
**819 [1]** 8072/3
**856 [1]** 8072/19
**8:00 [1]** 8170/8
**8:30 p.m [1]** 8164/24
**8:58 [1]** 8088/9

**9**

**90 [2]** 8090/22 8090/25
**900 [1]** 8072/14
**9022.1 [2]** 8107/13
8107/16
**9207 [3]** 8102/25
8103/8 8103/9
**9207, please [1]**
8103/7
**9220 [5]** 8093/14
8093/21 8094/2 8094/4
8183/15
**9222.1 [1]** 8105/22
**9222.2 [4]** 8108/23
8109/4 8109/5 8109/6
**9222.3 [3]** 8110/13
8110/20 8110/23
**9223 [4]** 8120/12
8120/20 8120/21
8120/23
**9250 [3]** 8181/15
8181/22 8181/23
**9900 [1]** 8071/21
**996-7447 [1]** 8072/11
**9:00 [1]** 8119/14
**9th [1]** 8191/5

**A**

**a.m [5]** 8106/13
8107/22 8119/17
8119/18 8137/10
**ability [1]** 8161/18
**able [17]** 8084/14
8091/3 8092/23
8100/13 8137/7 8155/1
8162/16 8171/19
8177/4 8177/5 8188/4
8188/19 8188/20
8189/12 8191/12
8193/9 8202/9
**about [80]** 8075/24
8076/20 8078/1
8078/10 8082/24
8083/6 8083/13 8084/3
8085/10 8088/6 8088/9
8089/9 8089/19 8090/9
8090/15 8092/20
8096/3 8096/5 8099/22
8101/9 8101/11
8102/23 8105/10
8108/6 8114/10
8114/15 8114/17
8114/18 8114/23
8114/24 8115/5 8115/8
8116/21 8119/19
8120/2 8121/4 8123/1
8123/2 8124/4 8124/6
8129/10 8129/24
8131/24 8138/10
8138/14 8139/19
8144/19 8149/18
8156/24 8157/10
8161/19 8161/21
8161/22 8161/22
8164/6 8168/23
8169/10 8173/5
8173/17 8175/21
8178/8 8178/11 8181/6
8182/5 8182/23 8183/8
8184/12 8189/13
8189/23 8190/9 8193/1
8194/16 8197/6 8197/7
8197/11 8197/14
8197/16 8201/15
8202/8 8203/1
**above [1]** 8206/5
**above-entitled [1]**
8206/5
**absent [2]** 8196/21
8197/24
**Absolutely [3]**

**8123/15** 8156/17
8160/21
**accept [1]** 8189/17
**accommodate [1]**
8199/21
**accompany [1]** 8110/8
**according [1]** 8200/2
**accurate [1]** 8155/14
**across [3]** 8145/21
8174/20 8175/9
**active [1]** 8124/21
**activity [1]** 8088/2
**actual [11]** 8134/25
8137/24 8143/15
8144/10 8147/11
8147/20 8147/21
8149/11 8162/23
8162/24 8171/8
**actuality [1]** 8150/13
**actually [21]** 8081/4
8098/17 8112/21
8112/24 8125/4 8128/4
8133/18 8135/5
8137/16 8144/4
8145/20 8150/17
8167/24 8171/10
8173/10 8174/9
8176/11 8180/2 8180/9
8186/10 8197/9
**Adams [2]** 8195/20
8195/20
**added [4]** 8154/19
8158/23 8162/11
8162/13
**addition [2]** 8174/23
8204/3
**additional [7]** 8098/22
8174/22 8193/5
8195/16 8196/15
8200/21 8204/3
**address [1]** 8142/13
**addressed [1]** 8151/17
**adds [1]** 8174/21
**adjourn [2]** 8189/18
8190/4
**admit [7]** 8141/24
8146/10 8152/16
8155/19 8158/5
8158/15 8165/24
**admitted [20]** 8077/5
8085/14 8085/19
8094/3 8099/2 8103/8
8107/15 8109/5
8110/22 8120/21

admitted... [10] 8142/4
8143/20 8146/23
8152/19 8158/7
8158/17 8166/1 8166/3
8175/13 8181/22
advance [3] 8162/18
8164/9 8164/16
advanced [1] 8127/14
advances [1] 8080/18
advantage [1] 8080/25
after [19] 8084/20
8089/25 8090/22
8092/16 8098/8
8098/12 8098/14
8101/11 8112/4 8125/2
8125/3 8125/9 8125/12
8135/5 8157/6 8173/16
8173/18 8177/11
8189/9
afternoon [13] 8071/6
8075/16 8093/16
8105/12 8109/10
8109/21 8120/25
8132/7 8137/12
8179/15 8183/17
8199/18 8203/6
afterwards [2] 8155/23
8190/1
again [16] 8077/1
8092/22 8092/24
8093/1 8101/20 8105/6
8119/7 8121/23 8153/8
8158/10 8161/1 8161/2
8162/12 8168/1
8179/16 8190/8
against [1] 8163/9
aged [1] 8127/18
agencies [5] 8135/6
8177/13 8184/17
8185/1 8185/15
agency [1] 8133/10
ago [5] 8086/6 8147/9
8178/18 8178/21
8197/7
agree [2] 8091/4
8092/23
agreed [1] 8144/9
agreeing [2] 8204/22
8204/25
agreement [1] 8147/13
ahead [2] 8107/19
8126/20
aided [1] 8073/8

ain't [1] 8172/23
AL [1] 8071/5
Alexander [40] 8125/6
8136/1 8136/2 8136/3
8136/4 8136/7 8136/24
8140/15 8140/17
8140/23 8141/6 8141/8
8141/12 8142/17
8146/7 8146/9 8147/14
8150/4 8150/16
8150/22 8150/24
8151/9 8151/13
8152/13 8152/15
8153/10 8153/14
8164/22 8164/23
8168/2 8168/4 8168/16
8168/17 8168/20
8169/10 8169/25
8185/25 8186/9
8186/16 8187/1
Alexander's [4] 8161/6
8161/8 8173/1 8176/25
Alexandra [1] 8071/13
Alexandria [1] 8072/3
Ali [36] 8125/5 8136/1
8136/2 8136/3 8136/4
8136/5 8136/5 8136/7
8136/24 8137/1 8137/6
8140/15 8140/18
8140/23 8141/8
8141/12 8142/17
8146/7 8150/4 8150/16
8150/22 8152/15
8161/8 8168/17
8168/20 8168/23
8169/10 8169/11
8169/11 8169/25
8173/1 8176/25
8185/25 8186/9
8186/16 8187/1
Ali Alexander [24]
8136/1 8136/2 8136/3
8136/4 8136/7 8136/24
8140/15 8140/23
8141/8 8141/12
8142/17 8146/7 8150/4
8150/16 8150/22
8152/15 8168/17
8168/20 8169/10
8169/25 8185/25
8186/9 8186/16 8187/1
Ali Alexander's [3]
8161/8 8173/1 8176/25
all [139]

alleged [1] 8126/23
allowed [7] 8138/19
8138/24 8144/25
8148/3 8174/17 8182/9
8185/12
allows [3] 8147/19
8148/18 8171/19
almost [2] 8092/17
8185/4
along [4] 8133/24
8175/7 8188/19 8201/2
alphabet [3] 8163/19
8177/10 8177/12
alphabets [1] 8177/7
already [7] 8100/21
8104/5 8110/4 8111/21
8117/2 8147/22
8183/15
also [23] 8075/21
8076/6 8104/11
8108/25 8109/20
8132/4 8134/19
8135/16 8138/6
8142/22 8144/16
8150/11 8150/12
8151/20 8162/3 8168/4
8173/1 8189/2 8195/22
8197/5 8200/20 8201/3
8205/4
although [1] 8196/9
always [2] 8132/6
8190/11
am [41] 8079/21
8083/3 8088/20 8090/7
8091/5 8091/12
8091/16 8091/24
8096/4 8096/5 8096/8
8100/6 8107/1 8112/7
8113/1 8117/15
8118/10 8118/11
8120/2 8120/8 8127/7
8135/2 8154/18 8155/5
8162/12 8162/13
8175/12 8180/18
8181/3 8181/5 8189/8
8192/15 8193/19
8193/19 8194/12
8198/17 8204/7 8204/7
8204/8 8204/12 8205/5
amassing [1] 8161/23
amazing [7] 8106/14
8106/18 8107/8
8107/10 8107/22
8108/9 8108/14

Amazing day [1]
8108/14
Amendment [2]
8135/2 8135/3
AMERICA [1] 8071/2
American [1] 8182/2
AMIT [1] 8071/9
amount [3] 8116/1
8133/3 8177/20
analyst [1] 8181/11
Andrew [1] 8195/22
Android [3] 8091/23
8091/24 8094/10
angle [1] 8176/1
another [21] 8080/23
8080/25 8082/9
8084/11 8087/5
8092/17 8092/20
8096/19 8105/24
8110/15 8111/7
8111/10 8111/14
8114/16 8116/22
8118/9 8130/21 8136/6
8136/7 8151/7 8194/13
answer [9] 8091/13
8114/7 8126/19
8126/20 8127/11
8129/8 8193/24
Anthony [1] 8131/17
anticipate [1] 8195/17
anticipating [1]
8195/19
Antifa [2] 8161/15
8163/7
anxious [1] 8189/11
any [36] 8093/1
8094/20 8097/6
8122/17 8128/18
8128/18 8128/19
8129/4 8131/2 8132/17
8135/13 8136/17
8142/25 8150/12
8151/12 8153/14
8154/14 8156/9 8159/4
8160/16 8163/11
8163/18 8164/15
8166/21 8176/5 8178/7
8184/9 8187/23
8187/25 8190/6
8194/12 8194/22
8198/1 8200/3 8200/4
8204/4
anybody [8] 8128/12
8128/15 8161/14

## A

**anybody... [5]** 8168/25 8171/19 8188/2 8188/20 8195/14
**anyone [4]** 8096/11 8156/5 8174/1 8178/8
**anything [8]** 8112/19 8146/19 8178/8 8183/8 8186/11 8193/19 8199/12 8200/24
**apart [2]** 8171/2 8175/9
**Apollo [2]** 8185/15 8185/19
**apologies [2]** 8189/17 8199/2
**apologize [5]** 8108/2 8188/1 8188/5 8188/8 8189/7
**app [2]** 8093/9 8154/17
**apparently [5]** 8174/4 8174/14 8174/16 8180/8 8193/6
**appearance [1]** 8204/20
**APPEARANCES [2]** 8071/11 8072/1
**application [4]** 8123/21 8142/19 8157/25 8158/14
**applied [4]** 8142/20 8142/21 8147/9 8147/15
**appreciate [3]** 8192/24 8194/20 8195/3
**approaching [1]** 8114/19
**approval [1]** 8143/14
**approved [4]** 8143/7 8143/8 8144/11 8149/24
**approximately [1]** 8078/8
**Archangel [1]** 8185/19
**are [213]**
**are.gov [1]** 8139/12
**area [19]** 8078/15 8078/25 8104/8 8104/11 8105/2 8144/9 8144/11 8145/15 8147/10 8147/10 8148/5 8153/18 8159/17 8170/9

8186/20 8186/20
**Area 8 [7]** 8145/15 8148/5 8159/17 8170/9 8172/13 8174/8 8186/20
**Arizona [1]** 8113/19
**arm [1]** 8149/4
**armor [3]** 8083/18 8083/19 8083/24
**arms [1]** 8183/2
**around [27]** 8079/6 8081/14 8082/23 8088/5 8088/10 8088/13 8093/8 8100/8 8100/24 8104/1 8104/12 8105/1 8105/7 8111/2 8147/25 8155/2 8159/11 8159/19 8167/23 8170/23 8170/25 8171/4 8171/5 8171/7 8176/7 8176/11 8193/7
**arrangement [1]** 8197/13
**arrive [5]** 8170/21 8173/23 8191/18 8191/19 8201/3
**arrived [1]** 8177/7
**as [81]** 8099/23 8101/15 8106/4 8112/9 8113/2 8114/13 8114/13 8116/2 8120/15 8122/7 8123/6 8124/2 8126/22 8127/20 8127/20 8130/12 8138/12 8139/13 8139/14 8141/16 8142/14 8144/3 8144/4 8145/9 8147/16 8150/15 8154/9 8154/24 8157/19 8158/11 8159/9 8159/11 8159/11 8160/21 8160/21 8162/11 8163/16 8165/16 8167/5 8169/3 8171/9 8172/2 8172/23 8174/4 8174/11 8174/24 8175/13 8177/23 8178/1 8178/7 8180/2 8182/5 8182/12 8183/13 8184/12

8189/8 8190/4 8190/6 8190/11 8194/21 8194/21 8196/14 8197/10 8197/20 8198/11 8200/15 8201/4 8202/16 8202/16 8202/18 8202/19 8202/19 8202/21 8202/21 8203/8 8203/8 8204/22 8205/5 8205/11
**as KM-69 [1]** 8141/16
**ask [21]** 8089/16 8100/15 8125/15 8132/7 8135/1 8135/17 8137/4 8153/25 8156/3 8156/4 8159/21 8163/3 8175/1 8187/18 8189/15 8189/23 8189/25 8190/1 8192/5 8196/14 8200/20
**asked [13]** 8100/15 8105/18 8135/25 8141/7 8141/7 8144/4 8151/20 8154/23 8154/23 8171/15 8174/19 8190/25 8192/5
**asking [10]** 8088/16 8096/8 8118/10 8120/2 8127/8 8127/9 8141/21 8148/16 8161/14 8194/25
**assault [1]** 8197/8
**assembled [1]** 8148/5
**assistance [1]** 8150/18
**assistant [2]** 8150/22 8176/25
**associate [1]** 8188/21
**ASSOCIATES [1]** 8072/6
**assume [3]** 8179/7 8200/22 8200/22
**assumed [1]** 8083/24
**assuming [1]** 8200/2
**ATF [2]** 8177/10 8177/21
**attempts [1]** 8089/14
**attend [1]** 8151/20
**attendees [1]** 8132/4
**attending [1]** 8172/16
**attention [5]** 8153/15

8180/3 8190/11 8197/7 8197/17
**ATTORNEY'S [1]** 8071/15
**augment [1]** 8161/4
**August [2]** 8191/3 8191/24
**automatically [1]** 8112/17
**availability [1]** 8191/2
**available [12]** 8128/8 8134/16 8134/18 8144/7 8151/16 8161/20 8167/17 8173/6 8199/9 8199/18 8199/24 8199/25
**Avenue [4]** 8071/20 8071/22 8072/13 8073/3
**avoid [1]** 8190/8
**aware [13]** 8096/1 8096/6 8096/9 8100/5 8100/9 8163/15 8171/24 8180/14 8180/21 8184/9 8196/15 8200/24 8203/25
**away [5]** 8082/4 8082/18 8104/20 8116/17 8118/20
**awful [2]** 8091/3 8092/22
**axle [1]** 8176/4

## B

**B-r-o-w-n [1]** 8131/18
**back [44]** 8075/11 8077/13 8078/17 8078/18 8081/16 8082/18 8082/22 8083/3 8084/23 8093/11 8095/10 8099/6 8099/12 8099/13 8115/20 8116/18 8119/5 8119/22 8134/1 8135/16 8144/3 8149/3 8156/25 8157/13 8158/19 8159/6 8164/18 8165/10 8167/6 8168/9 8170/16 8171/5 8171/21 8173/19 8174/19 8190/5 8195/20

8212

**back... [7]** 8196/16 8200/22 8202/1 8202/10 8202/12 8202/15 8203/5
**background [1]** 8138/12
**backroom [1]** 8134/15
**bad [1]** 8114/20
**badge [1]** 8152/10
**badges [1]** 8153/6
**balls [3]** 8080/11 8080/12 8080/17
**banister [2]** 8079/23 8082/3
**barely [1]** 8105/19
**BARRETT [1]** 8071/19
**barricade [3]** 8171/2 8171/17 8175/25
**barricades [8]** 8171/1 8171/15 8173/17 8174/11 8175/8 8175/20 8175/21 8176/14
**based [4]** 8126/11 8132/12 8166/13 8199/8
**basically [13]** 8077/17 8080/10 8101/19 8121/14 8133/19 8143/2 8145/4 8148/17 8149/2 8160/12 8160/15 8169/11 8170/11
**battle [1]** 8122/15
**be [143]**
**be clear [1]** 8130/1
**bear [1]** 8183/2
**because [33]** 8077/14 8090/9 8096/6 8096/6 8101/15 8104/16 8105/15 8106/18 8112/1 8114/16 8114/20 8120/9 8128/1 8128/2 8133/14 8133/17 8137/5 8137/21 8148/20 8148/22 8149/16 8154/25 8157/9 8162/13 8163/16 8165/1 8168/18 8171/17 8173/9 8177/15 8180/3 8192/18 8201/3

**becomes [1]** 8201/15
**been [50]** 8084/14 8089/9 8090/7 8090/12 8090/16 8093/1 8108/1 8114/13 8121/2 8121/5 8124/5 8125/18 8125/20 8126/23 8128/21 8130/13 8132/10 8134/14 8140/6 8140/7 8141/15 8144/7 8145/8 8151/20 8152/6 8157/19 8158/11 8159/7 8165/2 8165/15 8169/12 8169/16 8169/17 8171/2 8173/2 8174/17 8175/6 8175/13 8177/17 8180/21 8188/20 8191/22 8191/23 8191/25 8191/25 8195/24 8197/10 8197/20 8198/12 8203/19
**before [24]** 8071/9 8079/20 8092/4 8098/4 8101/23 8123/8 8126/19 8127/11 8134/25 8136/12 8148/6 8153/23 8155/10 8156/4 8156/25 8157/17 8158/22 8180/5 8185/21 8188/16 8189/20 8196/11 8201/25 8202/7
**beforehand [1]** 8134/24
**began [1]** 8144/19
**begin [3]** 8140/25 8194/3 8202/1
**beginning [1]** 8177/18
**begs [1]** 8151/3
**begun [1]** 8144/18
**behalf [2]** 8129/17 8179/10
**behind [1]** 8104/7
**being [16]** 8090/10 8091/20 8093/9 8095/6 8115/6 8117/11 8124/9 8159/5 8170/16 8171/15 8173/6 8173/17 8174/19 8180/21 8186/3 8194/21

**believe [9]** 8097/24 8113/20 8133/18 8133/18 8150/1 8171/10 8200/9 8200/15 8200/20
**believed [1]** 8169/11
**Bench [3]** 8107/18 8129/20 8189/21
**Bentley [1]** 8117/4
**Berwick [1]** 8072/18
**best [5]** 8128/1 8128/3 8188/16 8201/11 8205/14
**better [2]** 8134/2 8189/10
**between [15]** 8082/24 8085/1 8085/10 8088/6 8090/18 8091/19 8093/5 8098/3 8124/10 8132/15 8146/6 8153/19 8168/1 8174/14 8201/5
**beyond [1]** 8192/7
**bigger [2]** 8143/25 8155/1
**bit [12]** 8079/15 8079/18 8081/7 8083/13 8086/13 8116/20 8132/8 8134/19 8156/4 8156/25 8157/18 8186/3
**Black [1]** 8157/22
**blindsided [1]** 8155/2
**BLM [1]** 8163/6
**blocks [1]** 8082/18
**blooded [1]** 8182/2
**blue [4]** 8079/22 8081/5 8148/10 8153/5
**body [3]** 8083/18 8083/19 8083/24
**book [1]** 8141/7
**booked [3]** 8134/17 8150/14 8192/13
**booking [2]** 8150/12 8150/19
**both [6]** 8163/19 8167/4 8167/17 8172/20 8180/16 8205/14
**bottom [7]** 8097/5 8108/10 8110/7 8111/16 8143/13 8196/20 8199/21

**bought [1]** 8092/4
**bound [1]** 8075/3
**box [2]** 8171/11 8171/11
**Bradford [1]** 8072/17
**BRAND [1]** 8072/10
**break [5]** 8155/22 8156/5 8158/22 8171/15 8176/4
**brief [3]** 8155/18 8169/22 8179/20
**briefcase [1]** 8133/20
**Briefly [1]** 8121/18
**BRIGHT [3]** 8071/19 8071/22 8074/3
**bring [3]** 8137/7 8138/17 8138/24 8139/22 8144/25 8145/1 8145/1 8147/19 8148/3 8148/23 8161/23 8161/24 8161/25
**broad [1]** 8159/10
**broken [3]** 8132/1 8171/2 8175/8
**brought [4]** 8115/6 8136/20 8161/9 8177/14
**Brown [21]** 8131/4 8131/9 8131/13 8131/15 8131/17 8131/19 8152/24 8153/9 8156/19 8157/7 8158/4 8159/6 8160/8 8161/1 8164/20 8178/14 8179/13 8179/15 8181/25 8183/17 8188/15
**build [6]** 8134/20 8134/23 8138/17 8138/20 8143/4 8147/19
**building [13]** 8072/14 8086/14 8086/15 8086/18 8098/10 8098/15 8101/5 8102/16 8125/5 8171/8 8172/12 8178/9 8188/16
**buildup [2]** 8135/4 8138/15
**built [3]** 8133/25 8148/6 8170/20
**bunch [2]** 8102/11

8213

**B**

**bunch... [1]** 8117/16
**burner [2]** 8092/4
8092/7
**Burnie [1]** 8072/23
**busloads [2]** 8115/6
8115/8
**buy [4]** 8092/7
8160/14 8160/20
8160/21

**C**

**calculation [1]**
8130/14
**Caldwell [2]** 8072/21
8205/5
**calendar [1]** 8134/15
**call [49]** 8078/17
8078/18 8088/10
8088/18 8089/2
8089/14 8090/2 8090/2
8090/9 8090/17
8090/18 8090/24
8090/25 8091/6
8091/11 8091/13
8091/18 8091/19
8091/20 8092/16
8092/21 8092/22
8093/2 8093/5 8093/5
8095/6 8098/4 8105/18
8115/25 8118/13
8118/15 8128/21
8128/22 8129/1 8129/9
8131/3 8134/5 8138/4
8139/18 8140/22
8147/10 8149/2 8167/1
8171/12 8196/8 8196/9
8200/11 8200/13
8200/16
**called [13]** 8077/17
8081/19 8084/24
8090/6 8090/12
8090/13 8115/21
8115/22 8131/6
8131/21 8136/10
8140/18 8179/24
**calling [6]** 8081/16
8091/12 8101/14
8101/15 8115/10
8193/7
**calls [18]** 8075/24
8076/10 8081/13
8084/23 8089/8
8089/12 8089/20

8090/1 8090/6 8090/8
8090/14 8090/23
8091/14 8091/17
8101/18 8137/17
8195/18 8204/9
**came [11]** 8084/17
8174/4 8175/9 8175/9
8176/13 8176/14
8177/7 8177/15
8188/16 8197/7
8197/17
**camo [4]** 8083/21
8083/22 8083/22
8083/23
**can [75]** 8076/18
8077/1 8077/13 8081/3
8081/7 8081/10 8086/2
8086/8 8088/24
8092/13 8092/19
8107/3 8112/9 8121/6
8123/20 8126/20
8127/24 8127/24
8128/3 8133/4 8133/19
8133/24 8134/14
8137/11 8137/18
8137/19 8139/12
8139/21 8139/24
8142/1 8144/4 8144/25
8145/10 8146/21
8146/24 8147/6 8149/4
8158/15 8160/4 8160/7
8160/20 8160/21
8160/25 8161/5
8164/19 8165/3
8171/17 8173/12
8174/9 8175/1 8176/17
8182/25 8185/10
8188/2 8189/15
8189/16 8189/19
8190/19 8192/21
8193/7 8195/4 8196/6
8197/2 8199/14
8199/17 8199/19
8199/22 8199/24
8201/4 8203/5 8203/8
8203/17 8204/4
8204/10 8205/9
**can't [19]** 8089/11
8089/17 8092/11
8106/22 8115/22
8118/8 8128/2 8129/9
8137/11 8137/17
8187/22 8188/21
8192/6 8192/12

8193/14 8193/20
8194/5 8195/3 8195/4
**canceled [2]** 8157/9
8204/16
**candid [1]** 8114/15
**capacity [1]** 8154/12
**capital [3]** 8114/17
8147/8 8171/11
**capitals [1]** 8114/25
**Capitol [94]** 8078/15
8079/10 8082/25
8083/2 8084/4 8084/13
8086/10 8086/14
8087/16 8094/20
8095/1 8097/19 8098/9
8098/12 8098/15
8098/16 8098/23
8099/10 8100/12
8100/14 8101/1 8101/5
8101/12 8105/12
8105/16 8106/19
8107/7 8107/9 8107/11
8107/24 8108/10
8108/16 8110/9
8110/12 8111/1
8111/17 8111/23
8112/5 8112/11
8112/11 8113/6 8115/7
8115/9 8115/21
8115/22 8115/25
8124/11 8125/2 8125/5
8125/9 8126/25 8138/7
8138/11 8138/16
8138/16 8139/16
8140/2 8141/8 8141/12
8141/23 8142/22
8143/3 8144/6 8144/10
8144/11 8144/14
8147/9 8147/13
8147/23 8149/21
8149/24 8150/2 8150/3
8150/7 8159/17
8163/13 8163/14
8167/21 8171/6 8171/8
8171/11 8172/12
8172/13 8173/16
8174/7 8174/18
8174/23 8175/10
8177/7 8177/15
8177/17 8177/18
8178/8 8183/19
**Capitol Grounds [7]**
8141/8 8141/12
8141/23 8142/22

8143/3 8144/10
8174/18
**Capitol Hill [1]**
8124/11
**Capitol Police [3]**
8177/7 8177/17
8177/18
**car [9]** 8117/5 8117/7
8117/7 8117/8 8117/9
8117/11 8117/12
8118/22 8118/22
**care [2]** 8133/21
8191/22
**carried [1]** 8148/4
**carriers [1]** 8083/22
**carrying [1]** 8185/11
**cars [4]** 8117/16
8117/20 8117/22
8160/16
**carts [1]** 8084/12
**case [23]** 8126/22
8130/22 8130/24
8131/6 8139/15
8147/21 8148/5 8148/6
8153/16 8173/2
8173/22 8188/18
8190/9 8190/9 8194/7
8196/14 8198/9
8198/20 8198/24
8200/17 8201/2
8201/11 8201/24
**casual [1]** 8203/18
**casually [1]** 8205/10
**catch [1]** 8156/19
**cell [6]** 8077/18
8148/21 8149/7
8149/11 8149/14
8149/15
**certain [1]** 8151/16
**certainly [6]** 8140/2
8163/17 8197/24
8200/18 8201/13
8203/4
**certificate [2]** 8197/25
8198/1
**certification [2]**
8128/16 8178/11
**certify [1]** 8206/4
**cetera [7]** 8133/8
8133/23 8142/13
8159/15 8163/19
8169/2 8177/21
**chain [1]** 8108/25
**chance [1]** 8128/1

**change [2]** 8129/22 8138/5
**charge [1]** 8128/8
**chat [17]** 8093/9 8093/16 8101/1 8155/12 8158/23 8159/5 8159/8 8161/14 8162/3 8162/9 8162/11 8168/11 8169/25 8178/13 8179/25 8181/16 8183/20
**chats [9]** 8124/9 8157/17 8161/21 8177/24 8178/1 8178/4 8180/11 8180/14 8182/12
**check [2]** 8170/12 8182/8
**checked [1]** 8173/19
**chew [1]** 8204/11
**chief [1]** 8196/14
**choppy [2]** 8121/2 8121/5
**Cinnaminson [1]** 8072/19
**circle [1]** 8169/5
**circled [1]** 8081/3
**circles [1]** 8104/17
**circuit [1]** 8167/1
**circumstances [5]** 8189/3 8189/4 8193/2 8196/2 8202/4
**city [2]** 8159/20 8202/16
**clarification [1]** 8130/10
**clarifications [1]** 8121/25
**clarifying [1]** 8177/2
**clean [3]** 8191/11 8197/9 8197/15
**clear [7]** 8095/13 8130/1 8130/5 8131/5 8155/3 8186/18 8197/15
**cleared [1]** 8160/16
**click [3]** 8091/14 8148/23 8149/4
**clicked [3]** 8090/12 8092/24 8092/25
**clicks [2]** 8090/8 8091/5
**client [5]** 8133/19

8136/7 8137/14 8137/19 8137/25
**client's [2]** 8137/15 8204/20
**clients [3]** 8202/20 8202/21 8205/1
**climbing [1]** 8082/2
**close [4]** 8165/8 8189/1 8189/2 8196/14
**closer [5]** 8079/15 8079/20 8079/21 8081/7 8132/8
**closest [1]** 8078/18
**closings [1]** 8201/24
**closures [1]** 8160/11
**clue [1]** 8180/23
**co [1]** 8165/4
**co-organizers [1]** 8165/4
**coat [2]** 8203/12 8203/17
**colleague [1]** 8196/1
**colleagues [1]** 8202/17
**collect [1]** 8176/20
**College [1]** 8178/12
**colors [2]** 8177/8 8177/9
**COLUMBIA [5]** 8071/1 8132/18 8153/22 8154/1 8163/24
**combat [2]** 8125/18 8125/20
**come [32]** 8081/22 8082/8 8082/9 8082/11 8082/24 8083/3 8084/8 8096/15 8097/19 8101/1 8101/17 8102/10 8102/19 8120/9 8133/19 8133/24 8135/2 8137/5 8149/3 8150/4 8170/22 8171/10 8171/19 8173/23 8174/19 8174/20 8175/20 8176/20 8189/1 8189/2 8190/5 8203/21
**comes [1]** 8137/16
**coming [25]** 8082/6 8083/1 8084/9 8084/21 8093/13 8101/16 8134/21 8148/3 8150/15 8151/6 8151/6 8152/6 8160/18

8164/1 8170/3 8172/17 8173/9 8174/10 8174/11 8177/1 8189/4 8191/10 8192/10 8199/1 8202/11
**command [1]** 8123/7
**comment [1]** 8107/23
**Committee [1]** 8178/16
**common [1]** 8173/13
**communicate [1]** 8128/9
**communicated [2]** 8129/4 8162/14
**communicating [2]** 8149/7 8149/21
**communication [3]** 8081/17 8163/18 8183/1
**communications [4]** 8146/17 8148/17 8149/5 8154/15
**companies [1]** 8131/22
**company [1]** 8132/3
**compartmentalized [1]** 8123/25
**complain [1]** 8139/8
**complete [1]** 8177/21
**completed [1]** 8130/23
**computer [1]** 8073/8
**computer-aided [1]** 8073/8
**concerned [2]** 8182/19 8197/11
**concerns [1]** 8130/12
**concluded [2]** 8198/6 8205/18
**condition [1]** 8134/2
**conduct [1]** 8130/6
**conference [4]** 8107/18 8129/20 8189/19 8189/21
**confirm [1]** 8130/17
**Congress [5]** 8097/25 8115/7 8166/7 8166/14 8183/19
**congressional [1]** 8151/19
**Congressman [1]** 8138/3
**Congressmen [2]** 8169/1 8186/7

**Congresspeople [1]** 8187/9
**connect [1]** 8084/25
**connected [2]** 8089/12 8089/16
**consider [2]** 8126/1 8126/1
**consideration [1]** 8139/24
**consistent [2]** 8170/2 8170/4
**consistently [1]** 8170/16
**consisting [1]** 8145/2
**Constitution [3]** 8073/3 8171/10 8174/8
**constitutional [3]** 8182/3 8182/24 8182/24
**CONT'D [1]** 8075/14
**contact [1]** 8163/14
**contacted [1]** 8178/15
**contain [1]** 8146/15
**continuation [1]** 8131/6
**continue [4]** 8115/7 8144/21 8192/5 8201/2
**CONTINUED [1]** 8072/1
**contract [2]** 8122/8 8123/6
**control [3]** 8124/16 8124/19 8161/20
**convention [1]** 8167/2
**conversation [12]** 8082/15 8091/9 8114/15 8115/4 8118/8 8119/7 8140/24 8144/5 8176/21 8189/9 8199/5 8203/12
**conversations [7]** 8103/21 8103/23 8112/8 8114/18 8114/22 8114/24 8115/5
**conviction [2]** 8197/9 8197/25
**coordinate [3]** 8101/15 8101/24 8124/13
**coordination [1]** 8153/19
**copies [1]** 8155/14
**copy [1]** 8143/16

**corner [4]** 8101/5
8102/15 8104/11
8175/16
**correct [69]** 8075/19
8081/8 8084/16
8086/21 8087/13
8087/18 8093/18
8094/8 8096/10
8096/13 8096/17
8099/17 8101/9
8103/11 8103/17
8104/21 8108/17
8110/5 8110/10
8110/11 8110/16
8111/5 8111/7 8111/14
8111/19 8113/13
8117/20 8119/24
8120/11 8121/11
8122/4 8122/8 8122/15
8122/19 8123/10
8124/1 8125/7 8128/6
8128/7 8128/10
8128/11 8128/13
8128/14 8128/23
8129/1 8129/2 8148/10
8148/11 8149/20
8150/6 8151/15
8153/11 8158/24
8160/11 8168/6
8184/19 8184/20
8184/22 8185/3 8185/7
8186/1 8186/4 8186/19
8186/21 8187/5 8187/6
8190/22 8191/6 8206/4
**corridor [1]** 8132/15
**couch [1]** 8193/14
**could [132]** 8075/7
8076/12 8078/5
8078/12 8078/22
8079/3 8079/12
8080/22 8087/2
8087/24 8088/8
8088/22 8089/5 8089/6
8089/23 8090/7
8090/11 8090/16
8090/19 8090/20
8092/24 8092/25
8093/1 8093/14
8095/15 8095/18
8096/22 8097/12
8099/6 8100/15
8100/20 8102/1
8102/13 8102/25

8103/6 8104/4 8104/16
8104/22 8105/19
8105/22 8108/8 8109/7
8110/13 8110/18
8111/6 8111/10
8111/13 8111/20
8112/17 8112/20
8113/2 8114/4 8114/13
8115/2 8120/12 8124/6
8128/9 8130/13
8131/24 8132/7
8132/20 8133/11
8134/5 8134/23 8138/9
8139/25 8140/1 8141/8
8141/14 8141/20
8142/3 8142/7 8143/9
8143/22 8143/24
8144/1 8145/8 8145/25
8147/1 8147/3 8148/8
8148/22 8151/18
8151/23 8152/4
8152/21 8152/24
8153/15 8155/6
8155/16 8157/15
8157/17 8157/18
8158/10 8159/1 8162/5
8162/18 8162/19
8164/18 8164/19
8164/20 8165/9
8165/15 8165/19
8166/2 8166/5 8166/9
8166/23 8167/6 8167/7
8167/12 8167/24
8168/9 8168/14 8169/8
8169/18 8169/19
8169/21 8170/5
8173/21 8174/6
8175/23 8181/14
8188/12 8188/14
8188/17 8192/17
8193/12 8201/24
8202/19 8202/20
8203/7
**couldn't [1]** 8084/24
**counsel [3]** 8075/7
8130/22 8198/18
**count [1]** 8200/15
**counter [1]** 8088/9
**counterprotest [2]**
8164/13 8164/14
**counts [1]** 8194/8
**couple [14]** 8081/13
8084/23 8101/18
8112/24 8121/25

8140/2 8166/9 8171/3
8178/18 8179/19
8191/24 8198/14
**course [3]** 8085/16
8192/13 8196/10
**court [15]** 8071/1
8073/2 8073/2 8094/25
8095/4 8095/6 8108/4
8130/20 8131/16
8157/8 8157/10
8188/24 8190/3
8196/15 8206/3
**Court's [3]** 8130/20
8146/11 8175/11
**courtroom [7]** 8075/9
8156/2 8157/11
8190/13 8190/14
8195/12 8202/23
**cover [1]** 8075/4
**cowboy [2]** 8103/13
8104/18
**CR [1]** 8071/3
**CrApple [1]** 8092/1
**crashes [1]** 8176/3
**CRC [1]** 8073/2
**create [2]** 8142/8
8142/9
**creator [1]** 8195/23
**crew [1]** 8173/19
**Crisp [5]** 8072/5
8072/6 8188/3 8198/13
8199/24
**cross [9]** 8074/2
8074/3 8074/4 8075/14
8121/19 8122/1 8179/7
8179/13 8198/2
**cross-examination [7]**
8074/2 8074/3 8074/4
8075/14 8121/19
8179/13 8198/2
**crowd [4]** 8099/25
8174/10 8174/24
8175/9
**current [2]** 8191/13
8191/14
**currently [2]** 8200/5
8201/18
**cut [2]** 8198/12 8199/4
**cyber [4]** 8161/14
8161/18 8162/2
8181/11
**cybersecurity [1]**
8162/22

**D.C [26]** 8071/4
8071/16 8072/11
8072/15 8073/3
8096/15 8115/6
8116/15 8133/13
8133/16 8134/12
8137/8 8140/5 8140/7
8141/2 8150/17
8154/24 8160/11
8160/14 8163/19
8164/4 8177/14
8180/19 8184/11
8185/12 8202/16
**D.C. [7]** 8094/19
8155/12 8162/10
8180/19 8181/16
8183/13 8183/20
**D.C. Op [1]** 8183/13
**D.C. Op Jan. 6 [1]**
8181/16
**D.C. Op Jan. 6 21 [2]**
8094/19 8183/20
**D.C. Ops [2]** 8162/10
8180/19
**Dallas [2]** 8071/20
8071/23
**dark [2]** 8119/19
8161/19
**data [4]** 8077/18
8105/14 8134/16
8139/14
**date [9]** 8141/1 8141/3
8141/4 8142/19 8144/8
8153/20 8168/7
8168/11 8206/10
**David [1]** 8072/21
**day [55]** 8071/6
8087/22 8106/14
8106/18 8107/8
8107/10 8107/23
8108/9 8108/14 8115/1
8124/24 8128/5
8128/18 8128/19
8133/21 8134/6 8134/8
8134/12 8134/24
8134/25 8135/4 8135/5
8137/8 8137/17
8137/24 8138/17
8141/1 8141/3 8143/16
8143/16 8144/15
8147/21 8148/20
8151/22 8159/15
8162/17 8163/4

**day... [18]** 8169/15
8170/5 8170/8 8170/16
8170/19 8172/3 8173/7
8174/1 8174/7 8176/19
8177/4 8189/8 8193/6
8198/10 8198/10
8198/11 8198/15
8199/10
**days [12]** 8112/24
8134/25 8135/4 8135/5
8138/14 8140/2 8165/3
8192/17 8193/19
8194/9 8197/20
8204/15
**days' [1]** 8201/23
**DC [1]** 8100/25
**DC Op Jan. 6 21 [1]**
8100/25
**deadline [1]** 8201/10
**deal [1]** 8146/24
**December [7]** 8124/5
8136/6 8142/20 8168/8
8191/12 8192/14
8193/20
**December 21st [1]**
8142/20
**decide [2]** 8134/8
8134/11
**decided [2]** 8141/4
8191/24
**decision [4]** 8082/12
8116/23 8196/12
8197/16
**deck [2]** 8155/11
8197/1
**defendant [8]** 8071/18
8072/2 8072/5 8072/9
8072/17 8072/20
8130/25 8131/9
**defendants [2]** 8071/6
8194/8
**defense [5]** 8179/8
8198/18 8198/20
8198/24 8200/9
**defense's [1]** 8201/1
**defer [1]** 8146/21
**define [1]** 8154/8
**definite [1]** 8162/25
**definition [1]** 8154/7
**degree [1]** 8176/1
**delete [1]** 8112/19
**deleted [1]** 8112/17
**deliberating [1]**

**deliberations [3]**
8194/5 8194/11 8202/1
**deliver [1]** 8192/12
**departments [3]**
8133/7 8184/22
8184/23
**depending [2]** 8194/4
8196/2
**depends [2]** 8154/7
8197/23
**describe [9]** 8103/14
8123/20 8132/20
8142/7 8147/6 8159/14
8172/2 8174/6 8175/23
**described [1]** 8177/23
**describes [1]** 8145/22
**designated [1]** 8148/7
**designed [2]** 8175/24
8176/1
**detail [11]** 8136/23
8138/2 8154/10
8159/14 8165/1 8165/1
8165/2 8184/16
8185/13 8186/6 8186/6
**details [2]** 8126/3
8142/13
**determined [1]**
8196/22
**diagram [3]** 8186/21
8186/22 8186/23
**dial [3]** 8148/24
8148/25 8148/25
**dicey [1]** 8203/2
**did [61]** 8080/20
8084/9 8091/21
8095/24 8101/18
8102/21 8108/6 8114/6
8115/19 8117/12
8118/13 8128/12
8128/15 8128/16
8128/18 8128/19
8129/3 8130/12
8130/13 8135/13
8136/4 8140/16
8140/17 8140/24
8140/24 8141/5
8141/11 8141/13
8142/8 8144/16 8149/6
8149/9 8149/15
8150/11 8150/11
8151/9 8154/1 8154/3
8154/5 8154/11
8154/13 8155/9 8161/6

8164/5 8164/15
8167/13 8167/14
8168/22 8169/9 8172/5
8172/15 8174/1
8174/24 8176/12
8176/20 8178/7 8179/2
8188/16 8201/14
**didn't [35]** 8082/4
8082/9 8083/19
8083/21 8083/24
8084/11 8084/20
8089/15 8089/16
8092/7 8092/8 8095/23
8096/2 8096/5 8096/6
8096/11 8098/12
8098/16 8100/15
8101/20 8106/23
8107/1 8112/19 8117/6
8117/13 8119/25
8120/3 8129/9 8168/24
8169/2 8180/2 8185/25
8191/22 8192/2
8192/20
**difference [1]** 8174/22
**different [14]** 8080/14
8114/23 8114/25
8117/19 8133/7
8138/13 8153/19
8153/25 8161/21
8162/9 8168/18 8177/8
8177/13 8197/11
**differently [2]** 8193/9
8203/9
**difficulty [3]** 8149/7
8149/14 8149/15
**digital [1]** 8132/5
**dinner [4]** 8113/9
8114/2 8114/9 8116/2
**direct [6]** 8074/4
8131/13 8153/15
8184/3 8195/21
8199/14
**direction [2]** 8079/6
8085/1
**directly [3]** 8149/21
8151/14 8159/11
**disappointed [1]**
8114/12
**discuss [2]** 8156/5
8197/2
**discussed [4]** 8122/1
8128/21 8168/24
8202/24

**discussing [2]**
8128/23 8205/1
**discussion [6]**
8147/12 8174/13
8180/24 8187/20
8197/4 8198/6
**discussions [2]**
8123/8 8190/9
**dispute [1]** 8128/25
**disputing [1]** 8093/3
**disruption [1]** 8192/25
**disruptive [1]** 8161/15
**DISTRICT [7]** 8071/1
8071/1 8071/9 8132/17
8153/22 8154/1
8163/24
**division [1]** 8131/22
**divvied [1]** 8118/23
**do [152]**
**document [13]**
8139/15 8141/18
8141/20 8143/12
8144/2 8144/5 8146/4
8152/2 8152/8 8157/21
8158/13 8165/17
8167/17
**documents [1]**
8139/13
**dodge [1]** 8116/8
**does [9]** 8103/24
8135/7 8142/25
8142/25 8163/1
8164/22 8168/7
8168/15 8201/5
**doesn't [7]** 8112/15
8127/20 8138/16
8164/24 8173/10
8183/1 8198/1
**dog [2]** 8107/21
8147/24
**doing [19]** 8075/16
8075/17 8097/15
8116/12 8116/14
8118/2 8132/25 8136/6
8136/21 8137/22
8139/19 8139/20
8140/8 8141/6 8147/16
8161/14 8163/10
8186/10 8190/16
**don't [60]** 8084/19
8088/14 8090/9
8090/10 8090/17
8091/4 8091/13
8091/19 8092/1 8092/3

**D**

**don't... [50]** 8092/24
8093/1 8093/5 8096/14
8098/11 8106/22
8107/20 8113/20
8114/14 8115/2 8115/3
8116/4 8117/11 8118/2
8118/4 8119/4 8119/4
8119/7 8121/4 8140/19
8145/23 8146/20
8148/23 8155/21
8155/23 8156/23
8161/4 8171/18
8175/22 8182/4
8182/16 8182/17
8183/5 8183/9 8187/23
8192/9 8193/18
8193/24 8194/1
8194/24 8196/5 8196/9
8196/18 8200/8
8200/13 8202/15
8202/22 8204/1 8204/4
8204/13
**done [11]** 8116/12
8120/5 8120/8 8125/3
8140/1 8150/16
8163/12 8164/10
8177/19 8182/25
8198/20
**donna [1]** 8186/3
**door [4]** 8097/2 8100/3
8100/4 8100/7
**doors [2]** 8127/25
8148/2
**dos [1]** 8145/23
**doubt [1]** 8116/20
**Douyon [2]** 8151/24
8165/9
**down [35]** 8081/10
8081/22 8082/8
8082/10 8082/25
8084/6 8084/13
8084/17 8094/24
8097/12 8107/3
8108/10 8108/10
8108/19 8110/7
8111/16 8118/2 8132/1
8137/16 8144/3 8149/3
8149/4 8156/3 8160/15
8171/1 8174/8 8174/10
8174/11 8176/13
8176/17 8187/17
8188/21 8198/12
8202/17 8205/10

**downloaded [1]**
8167/19
**downtime [1]** 8204/5
**dress [3]** 8203/17
8205/10 8205/10
**drive [4]** 8072/18
8119/5 8202/15
8202/17
**driving [2]** 8118/14
8118/16
**drop [1]** 8137/2
**drop-off [1]** 8137/2
**dropout [1]** 8149/11
**drove [1]** 8119/22
**due [2]** 8172/22
8189/3
**during [4]** 8090/11
8122/7 8142/17 8156/5

**E**

**each [8]** 8081/17
8084/24 8092/23
8101/19 8103/18
8103/20 8124/12
8124/13
**ear [1]** 8149/3
**earlier [4]** 8083/25
8111/22 8173/5
8199/10
**earpieces [1]** 8149/2
**easier [1]** 8138/11
**easily [1]** 8134/24
**east [5]** 8099/23
8110/25 8145/15
8186/21 8186/23
**eat [1]** 8119/20
**Eccentric [1]** 8166/22
**Eclipse [3]** 8170/15
8170/16 8171/22
**Ed [4]** 8095/18
8095/19 8096/14
8113/19
**Ed Vallejo [3]** 8095/18
8095/19 8096/14
**Edmund [1]** 8072/9
**educated [1]** 8203/12
**Edward [1]** 8072/2
**Edwards [1]** 8071/14
**effect [1]** 8163/12
**effectively [1]** 8150/7
**efficient [1]** 8076/20
**effort [1]** 8198/19
**eight [1]** 8200/16

**either [4]** 8135/22
8161/4 8188/22 8195/4
**election [5]** 8169/12
8169/16 8169/17
8178/12 8182/3
**Electoral [1]** 8178/12
**Electoral College [1]**
8178/12
**electors [1]** 8128/16
**electricity [2]** 8138/24
8138/25
**Electro [1]** 8145/3
**Electro-Voice [1]**
8145/3
**element [1]** 8186/17
**Ellipse [14]** 8082/20
8125/1 8125/2 8125/10
8125/12 8144/17
8144/20 8171/22
8171/23 8171/25
8172/16 8172/22
8173/2 8173/3
**ELMER [3]** 8071/5
8071/18 8072/2
**else [12]** 8096/11
8097/22 8111/4 8112/5
8116/23 8138/15
8147/16 8170/24
8173/15 8177/14
8179/23 8196/4
**email [3]** 8107/22
8152/13 8152/14
**emails [1]** 8139/16
**embedded [1]** 8156/14
**emergency [2]** 8133/7
8160/12
**emoji [3]** 8121/2
8121/4 8121/12
**Empire [1]** 8072/22
**employee [2]** 8122/10
8123/7
**enables [1]** 8171/17
**end [7]** 8091/4 8134/1
8174/20 8176/19
8177/4 8189/24
8196/18
**ended [2]** 8082/2
8101/19
**ending [3]** 8096/25
8106/8 8191/14
**enforcement [8]**
8133/10 8135/7
8160/19 8163/25
8164/5 8164/16

8177/18 8177/20
**engine [1]** 8176/5
**enough [4]** 8177/16
8177/17 8182/2
8203/10
**enter [1]** 8129/4
**entered [2]** 8075/9
8157/11
**entire [2]** 8128/5
8201/19
**entitled [2]** 8200/11
8206/5
**entrance [1]** 8174/18
**enunciate [1]** 8132/9
**EP [1]** 8124/25
**equipment [6]** 8135/10
8135/12 8144/22
8144/23 8147/19
8148/5
**equipped [1]** 8149/1
**erroneous [1]** 8197/9
**et [8]** 8071/5 8133/8
8133/23 8142/13
8159/15 8163/19
8169/2 8177/21
**et cetera [7]** 8133/8
8133/23 8142/13
8159/15 8163/19
8169/2 8177/21
**EV [1]** 8145/2
**evasive [2]** 8118/13
8118/15
**even [11]** 8091/7
8106/23 8112/15
8125/9 8128/25
8148/24 8186/20
8192/20 8197/24
8198/2 8204/16
**evening [4]** 8119/15
8119/16 8205/14
8205/16
**event [88]** 8123/9
8123/18 8125/13
8131/23 8131/24
8132/1 8132/2 8132/21
8133/11 8133/12
8133/22 8134/21
8134/25 8135/4
8135/13 8135/25
8136/6 8136/8 8136/9
8136/13 8136/15
8136/16 8136/25
8137/1 8137/14
8137/16 8137/21

## E

**event... [61]** 8137/24
8138/14 8138/18
8140/6 8140/7 8140/15
8141/2 8141/9 8141/22
8142/14 8144/17
8147/15 8147/20
8149/25 8150/15
8150/24 8151/1 8151/7
8151/10 8153/10
8153/23 8154/1 8154/5
8154/25 8159/9
8159/16 8160/2 8160/3
8160/13 8160/13
8161/3 8161/7 8161/17
8161/25 8162/13
8162/14 8163/14
8164/9 8164/25
8164/25 8165/2
8165/22 8166/16
8167/3 8169/5 8170/3
8171/21 8171/24
8172/2 8172/4 8172/6
8172/9 8172/11
8172/16 8172/17
8177/21 8180/5
8180/25 8181/1 8185/4
8190/6
**event-planning [1]**
8137/24
**events [26]** 8132/3
8132/22 8137/9 8140/5
8140/8 8140/10 8144/8
8144/13 8144/15
8149/6 8151/22
8153/17 8153/22
8159/10 8159/16
8161/3 8163/21
8163/23 8164/3 8164/4
8164/6 8164/10
8165/13 8167/21
8177/19 8185/1
**eventually [3]** 8113/6
8174/24 8176/20
**ever [9]** 8090/11
8091/21 8136/12
8149/7 8153/22 8154/1
8154/14 8164/5 8174/1
**every [4]** 8112/11
8112/13 8185/4
8198/11
**everybody [11]**
8103/21 8103/22
8114/3 8116/14

8177/4 8188/16
8188/14 8189/11
8190/7 8204/25
8205/16
**everyone [11]** 8075/5
8075/10 8075/11
8104/1 8104/11 8105/6
8114/4 8119/9 8119/10
8156/6 8157/12
**everything [23]**
8084/20 8088/16
8113/1 8114/14
8122/25 8124/22
8125/3 8125/12
8133/21 8138/15
8138/20 8138/25
8139/17 8144/23
8148/4 8170/12
8170/20 8170/23
8170/24 8177/2 8177/3
8192/12 8203/11
**evidence [54]** 8074/6
8074/7 8074/7 8074/8
8074/8 8074/9 8074/9
8074/10 8074/10
8074/11 8074/11
8074/12 8074/12
8074/13 8074/13
8074/14 8074/14
8074/15 8074/15
8074/16 8074/16
8074/17 8074/17
8074/18 8074/18
8074/19 8074/19
8074/20 8074/20
8074/21 8076/24
8085/13 8093/20
8099/1 8100/21 8103/6
8104/5 8107/14 8109/4
8110/18 8111/21
8120/19 8130/24
8131/2 8141/25
8143/18 8181/20
8183/15 8194/3
8196/15 8196/17
8200/21 8201/3
8201/12
**ex [1]** 8200/23
**exact [1]** 8088/11
**exactly [3]** 8090/22
8102/17 8155/15
**examination [9]**
8074/2 8074/3 8074/4
8074/4 8075/14

8124/18 8131/13
8179/13 8198/2
**examine [1]** 8196/1
**example [1]** 8191/19
**Excel [1]** 8152/9
**except [2]** 8112/12
8168/17
**exception [1]** 8130/18
**exchanged [2]**
8118/22 8124/9
**excuse [1]** 8153/9
**execute [1]** 8128/4
**exhibit [36]** 8074/4
8085/21 8085/22
8085/23 8085/24
8085/25 8086/1 8088/8
8093/21 8094/4 8099/3
8099/4 8099/5 8102/2
8103/9 8104/4 8107/16
8108/23 8109/6
8110/23 8120/23
8142/5 8143/21 8145/9
8146/25 8152/20
8156/7 8157/3 8158/8
8158/9 8158/18 8166/4
8181/15 8181/20
8181/23 8183/15
**Exhibit 9220 [1]**
8183/15
**Exhibit 9222.2 [1]**
8108/23
**exhibits [9]** 8076/13
8076/25 8077/6 8077/7
8077/8 8077/9 8077/10
8077/11 8085/12
**exist [1]** 8138/16
**exited [4]** 8101/12
8156/2 8190/13
8195/12
**expect [5]** 8192/2
8194/2 8194/9 8196/10
8201/23
**expectation [3]** 8177/1
8198/8 8199/7
**expected [1]** 8199/14
**expecting [2]** 8161/22
8173/23
**expeditiously [1]**
8200/19
**experience [6]** 8123/6
8123/17 8126/12
8127/20 8127/21
8163/23
**experienced [2]**

**explain [5]** 8139/9
8143/24 8144/1
8151/18 8166/23
**explained [2]** 8138/13
8144/6 8171/9
**explanation [1]** 8134/9
**extending [1]** 8202/15
**extensive [1]** 8162/15
**extent [1]** 8195/14
**extra [2]** 8156/24
8205/13
**extraction [2]** 8077/17
8105/24

## F

**face [1]** 8080/1
**facilitate [1]** 8195/22
**fact [16]** 8134/20
8136/20 8137/1 8137/7
8138/14 8141/11
8144/10 8144/25
8147/12 8168/24
8169/4 8171/13
8174/16 8184/25
8185/4 8185/25
**fair [9]** 8079/1 8081/15
8085/9 8086/6 8086/25
8088/3 8145/23 8172/2
8193/23
**fairly [3]** 8166/25
8171/7 8179/20
**fall [1]** 8171/17
**familiar [3]** 8094/7
8154/17 8178/1
**Family [1]** 8191/18
**Family-related [1]**
8191/18
**far [5]** 8104/20
8115/23 8127/2 8153/2
8153/3
**fast [2]** 8118/19
8118/20
**faster [1]** 8084/13
**FBI [7]** 8112/20 8113/2
8177/10 8177/14
8178/14 8178/16
8178/17
**FBI's [1]** 8178/18
**feasible [1]** 8192/8
**features [1]** 8132/22
**February [1]** 8098/17
**feed [1]** 8149/3
**feel [1]** 8205/10

## F

**feet [4]** 8138/22
8138/22 8138/23
8171/19
**few [9]** 8093/23
8121/23 8147/8
8156/24 8159/22
8173/11 8178/21
8180/7 8204/9
**fewer [1]** 8197/19
**field [4]** 8126/13
8126/16 8128/3 8128/4
**fight [3]** 8107/21
8182/3 8182/24
**figure [4]** 8081/17
8118/6 8124/12 8147/3
**fill [2]** 8139/13 8204/15
**filled [2]** 8142/10
8142/14
**final [1]** 8146/14
**find [8]** 8172/25
8192/16 8193/10
8193/10 8194/24
8195/6 8196/6 8201/2
**fine [6]** 8118/11
8121/22 8146/22
8203/14 8203/21
8203/23
**finish [4]** 8188/18
8199/10 8200/17
8201/12
**finished [1]** 8171/4
**finishing [1]** 8201/4
**fire [2]** 8133/7 8135/7
**first [21]** 8077/13
8081/21 8109/16
8117/9 8131/15 8132/7
8134/6 8135/2 8135/3
8135/16 8136/4 8136/5
8146/16 8146/23
8162/25 8163/14
8170/9 8174/20
8178/14 8184/4 8191/7
**First Amendment [2]**
8135/2 8135/3
**first name [1]** 8184/4
**Firstly [1]** 8163/13
**Fischer [8]** 8072/21
8072/21 8188/9
8197/14 8198/16
8200/1 8200/15
8204/12
**five [4]** 8083/7 8087/10
8134/23 8201/22

**flash [1]** 8121/12
**flexible [1]** 8201/20
**flight [2]** 8156/19
8156/20
**flights [1]** 8157/9
**flip [1]** 8155/16
**Florida [4]** 8132/13
8132/14 8133/16
8188/21
**flown [1]** 8188/14
**fly [1]** 8134/12
**flyer [3]** 8167/18
8168/5 8168/11
**focus [1]** 8173/7
**folks [3]** 8151/10
8172/16 8199/24
**follow [1]** 8121/24
**following [2]** 8140/24
8146/15
**foot [4]** 8084/9
8084/14 8143/4 8143/5
**force [1]** 8184/13
**forced [3]** 8097/25
8176/7 8183/19
**foregoing [1]** 8206/4
**forever [1]** 8193/15
**form [2]** 8142/8 8142/9
**formal [2]** 8122/10
8153/19
**formally [1]** 8196/14
**former [1]** 8083/9
**FormerFeds [1]**
8072/18
**forms [1]** 8157/25
**forth [1]** 8084/24
**fortitude [1]** 8127/22
**forward [9]** 8088/22
8089/5 8089/22
8090/19 8092/14
8096/18 8150/11
8190/7 8190/10
**found [4]** 8112/13
8134/3 8144/18 8180/9
**four [9]** 8092/14
8093/23 8105/25
8106/4 8135/5 8138/14
8165/1 8186/6 8191/8
**frankly [1]** 8202/5
**free [2]** 8121/14
8205/10
**Freedom [1]** 8164/24
**freely [1]** 8167/17
**freestanding [1]**
8145/5

**Friday [4]** 8190/5
8191/9 8200/10
8201/13
**friend [1]** 8105/18
**friend's [1]** 8193/11
**friends [2]** 8192/18
8192/19
**front [12]** 8072/6
8086/14 8095/7
8099/16 8099/23
8101/8 8104/23 8111/1
8145/15 8159/12
8174/14 8176/4
**frustrated [1]** 8193/22
**Fucking [1]** 8107/11
**full [7]** 8131/16 8132/4
8134/9 8161/25
8164/25 8164/25
8198/10
**full-on [1]** 8132/4
**function [2]** 8154/9
8184/16
**functioning [1]**
8154/12
**functions [1]** 8133/4
**further [6]** 8121/16
8176/5 8178/23 8179/6
8187/13 8189/9

## G

**game [1]** 8170/21
**gap [1]** 8171/18
**garage [10]** 8116/21
8117/3 8117/13
8117/16 8117/19
8117/21 8117/23
8117/25 8118/9 8119/8
**Garden [3]** 8113/8
8113/12 8116/17
**gas [6]** 8117/14
8117/23 8118/4
8118/12 8118/20
8118/21
**Gator [5]** 8179/24
8180/1 8180/6 8180/20
8187/5
**gear [3]** 8138/17
8176/20 8177/5
**general [12]** 8078/14
8078/25 8079/9
8080/25 8085/1
8088/18 8104/8
8104/11 8105/1 8105/2
8144/19 8169/3

**generally [2]** 8104/14
8105/6
**generates [1]** 8139/18
**gentlemen [5]** 8132/9
8138/9 8155/21
8166/23 8188/25
**get [44]** 8084/14
8102/10 8102/19
8114/20 8116/7 8118/7
8119/2 8119/2 8119/4
8121/7 8121/13 8123/3
8123/24 8124/16
8124/16 8124/19
8129/19 8132/6 8139/2
8141/7 8141/11
8145/10 8151/6
8155/22 8157/17
8170/5 8173/12
8187/18 8188/2 8188/4
8188/20 8188/21
8189/10 8191/1
8191/11 8191/25
8196/16 8197/14
8199/4 8200/22
8201/24 8203/3
8203/11 8203/11
**gets [2]** 8198/20
8203/2
**getting [10]** 8117/15
8118/11 8138/1
8149/10 8151/4
8159/19 8173/4
8187/17 8195/18
8197/20
**Geyer [7]** 8072/17
8107/19 8196/25
8198/7 8199/17
8200/15 8204/3
**give [7]** 8117/13
8134/4 8138/12
8189/12 8192/6
8199/15 8203/10
**given [4]** 8184/25
8194/7 8198/7 8203/2
**giving [1]** 8105/14
**glasses [1]** 8108/1
**Glen [1]** 8072/23
**globally [1]** 8202/7
**go [79]** 8077/13
8078/25 8078/12
8078/22 8079/3
8079/12 8080/22
8082/22 8085/4 8086/2
8086/8 8087/2 8087/11

## G

**go... [66]** 8087/24
8088/8 8088/8 8093/14
8094/24 8095/15
8096/18 8096/22
8097/12 8098/9
8098/15 8098/18
8099/6 8099/19
8100/20 8100/21
8102/1 8102/13 8104/4
8104/10 8104/22
8105/22 8107/19
8108/11 8108/23
8109/20 8110/1 8110/7
8110/13 8111/6
8111/10 8111/20
8117/16 8121/6 8126/8
8126/20 8132/6
8134/15 8137/19
8139/2 8139/12 8144/3
8147/23 8148/6
8148/25 8159/1
8159/21 8160/7 8160/7
8160/14 8160/25
8162/19 8170/23
8171/21 8173/3
8174/11 8174/19
8178/8 8179/19
8183/14 8192/2 8197/2
8197/20 8200/2
8202/10 8203/6
**God [5]** 8142/12
8142/15 8142/16
8159/16 8165/20
**goes [6]** 8089/18
8101/4 8133/4 8145/21
8147/24 8198/11
**going [82]** 8076/19
8076/21 8081/22
8081/23 8082/5
8082/10 8082/11
8083/3 8083/3 8084/7
8085/5 8088/20 8091/7
8091/8 8091/9 8091/16
8091/17 8100/12
8100/14 8101/17
8105/21 8111/13
8112/18 8113/3
8114/16 8114/23
8116/9 8118/7 8123/1
8124/7 8124/19
8124/22 8124/25
8125/3 8125/11
8125/13 8125/15

8126/12 8127/2 8135/8
8135/16 8153/13
8155/7 8156/15
8158/20 8159/17
8161/19 8161/23
8161/24 8162/1
8162/15 8162/16
8163/5 8163/6 8163/7
8165/22 8166/14
8167/3 8169/6 8170/3
8170/9 8170/12 8172/8
8173/3 8174/14
8175/12 8176/5
8176/11 8183/1 8183/6
8189/8 8189/13
8189/22 8191/11
8196/1 8198/18
8198/19 8199/5
8200/17 8204/1 8204/4
8204/8
**gold [1]** 8185/17
**golf [1]** 8084/12
**gone [1]** 8192/18
**good [18]** 8075/16
8106/9 8107/21
8116/11 8121/23
8133/14 8133/17
8145/22 8167/22
8173/22 8179/15
8179/17 8187/17
8190/18 8197/21
8202/5 8202/9 8205/16
**got [36]** 8079/25
8081/7 8084/13
8084/19 8097/1
8101/22 8109/11
8114/17 8114/20
8115/17 8115/24
8116/2 8116/4 8116/22
8118/4 8118/21 8119/1
8119/18 8119/19
8122/24 8123/3 8123/3
8123/4 8125/24
8127/18 8127/19
8128/1 8128/3 8134/17
8139/17 8148/24
8148/25 8173/8
8186/18 8192/19
8202/8
**gotten [1]** 8079/15
**government [39]**
8071/12 8076/24
8077/6 8077/7 8077/8
8077/9 8077/10

8085/21 8085/22
8085/23 8085/24
8085/25 8086/1
8093/20 8094/4
8098/25 8099/3 8099/4
8099/5 8103/9 8107/13
8107/16 8109/3 8109/6
8110/23 8120/19
8120/23 8128/23
8142/5 8142/9 8155/17
8181/19 8181/23
8183/14 8198/1
8203/14 8204/9
**government's [4]**
8145/9 8181/15 8197/7
8200/3
**Governments [1]**
8160/24
**Governor [1]** 8072/22
**Grassy [2]** 8144/11
8145/15
**Grassy Area 8 [1]**
8144/11
**grateful [4]** 8190/11
8193/1 8194/21
8204/12
**Great [1]** 8075/18
**GREENE [19]** 8074/2
8075/14 8075/21
8077/18 8085/9 8086/6
8090/15 8090/24
8096/9 8098/23 8099/9
8103/1 8105/11
8112/21 8121/15
8121/19 8127/13
8129/14 8166/10
**Greene's [1]** 8085/17
**ground [2]** 8094/19
8134/2
**grounds [12]** 8141/8
8141/12 8141/23
8142/22 8143/3
8144/10 8147/8
8147/11 8171/11
8172/13 8174/18
8177/16
**group [11]** 8094/18
8101/12 8102/8
8131/21 8131/21
8132/2 8132/4 8154/20
8154/24 8160/2
8164/11
**groups [8]** 8144/8

8159/19 8161/15
8161/21 8161/24
8163/5 8163/8 8174/17
**guess [4]** 8191/23
8196/20 8197/22
8201/21
**guest [1]** 8152/12
**guests [6]** 8141/10
8151/21 8152/6
8159/15 8170/22
8173/1
**guide [3]** 8128/9
8128/12 8128/15
**guns [2]** 8096/16
8117/5
**guy [8]** 8079/22
8080/3 8113/19
8127/17 8127/19
8127/22 8128/2 8181/7
**guys [12]** 8083/7
8103/3 8113/20
8124/23 8124/25
8127/19 8127/21
8127/24 8128/3
8163/15 8164/21
8171/13
**guys are [1]** 8124/23

## H

**had [66]** 8075/11
8076/2 8082/15
8083/20 8083/20
8084/12 8084/23
8088/18 8090/25
8095/24 8096/11
8097/6 8105/18
8109/19 8109/21
8111/1 8111/22
8113/24 8116/12
8117/8 8118/8 8121/2
8121/12 8123/5
8124/25 8124/25
8130/10 8138/6 8141/1
8143/16 8144/12
8147/22 8149/13
8150/17 8151/20
8152/6 8153/12
8163/11 8164/10
8168/24 8169/12
8169/16 8169/16
8169/17 8171/1
8172/14 8172/21
8172/21 8173/19
8173/24 8174/17

**had... [15]** 8177/6
8177/20 8180/5
8182/13 8184/10
8186/2 8188/15 8189/8
8189/12 8192/14
8197/8 8200/16 8202/7
8202/18 8202/24
**had them [1]** 8182/13
**hadn't [6]** 8095/22
8102/12 8102/12
8102/12 8124/5
8177/17
**half [1]** 8198/11
**Haller [3]** 8072/12
8072/13 8200/13
**hand [6]** 8077/25
8079/23 8079/25
8147/11 8148/4
8175/16
**handles [1]** 8132/3
**handling [1]** 8159/14
**hands [1]** 8113/24
**Hang [4]** 8126/17
8126/17 8127/1
8127/10
**happen [12]** 8080/5
8080/6 8134/5 8134/7
8134/11 8167/8
8171/17 8173/21
8174/7 8176/12
8186/13 8198/2
**happened [11]** 8085/1
8115/2 8129/3 8130/11
8136/25 8169/17
8173/17 8174/5 8175/3
8176/12 8177/11
**happening [25]**
8084/3 8098/3 8101/20
8105/16 8105/19
8117/25 8129/1
8129/22 8137/8
8144/15 8151/22
8153/17 8155/1
8159/11 8159/19
8160/17 8161/18
8161/22 8162/15
8163/4 8167/21
8167/23 8170/6
8170/15 8200/23
**happenings [1]**
8202/3
**happens [1]** 8173/15
**happy [3]** 8135/21

**hard [1]** 8104/16
**Harrelson [5]** 8072/17
8098/9 8100/4 8197/19
8205/4
**Harrelson's [1]** 8197/6
**Harrington [1]** 8117/4
**Harrisburg [1]** 8072/7
**has [44]** 8092/2 8092/3
8092/11 8097/25
8105/25 8106/4
8108/19 8121/5
8126/23 8127/10
8127/19 8127/21
8127/21 8130/23
8134/16 8138/16
8138/22 8138/25
8141/15 8145/8
8147/14 8147/24
8148/4 8156/19
8157/19 8158/11
8165/2 8165/15 8175/6
8175/12 8195/24
8196/11 8197/9
8197/10 8197/14
8197/15 8197/20
8197/24 8198/12
8200/12 8200/13
8201/8 8204/1 8204/4
**Hashtag [1]** 8182/4
**hat [2]** 8103/13
8104/18
**have [173]**
**haven't [4]** 8156/11
8168/18 8188/20
8203/6
**having [9]** 8091/9
8093/2 8103/21
8103/23 8112/7
8114/24 8115/4 8115/6
8123/8
**he [105]** 8080/20
8081/19 8081/19
8081/21 8081/21
8081/22 8082/5 8082/6
8082/10 8082/10
8082/16 8082/19
8082/22 8083/1 8083/1
8083/2 8083/18
8083/19 8083/19
8083/20 8083/20
8083/23 8083/24
8084/6 8084/7 8084/7
8084/9 8084/9 8084/11

8084/17 8084/19
8084/19 8084/21
8084/21 8084/25
8084/25 8090/12
8092/11 8092/24
8092/25 8095/13
8095/23 8096/19
8097/9 8097/18 8101/4
8101/15 8101/15
8101/16 8101/16
8101/17 8102/21
8103/13 8103/22
8103/23 8104/2
8106/23 8113/24
8114/12 8117/13
8119/5 8123/3 8123/4
8124/3 8124/6 8126/20
8127/20 8127/21
8127/21 8128/2 8129/9
8129/9 8129/9 8129/10
8130/12 8130/23
8131/6 8140/19
8140/24 8141/1 8141/1
8150/16 8156/21
8167/4 8168/7 8168/22
8170/3 8177/2 8179/23
8184/1 8184/5 8186/2
8186/3 8188/16
8191/12 8195/20
8197/8 8197/9 8197/10
8197/15 8197/24
8200/12 8200/16
8200/21 8205/9
**he's [5]** 8079/25
8091/6 8097/16 8123/1
8182/23
**head [3]** 8130/4
8136/3 8139/16
**hear [8]** 8091/3
8092/23 8105/19
8122/21 8128/18
8129/4 8187/22 8202/4
**heard [5]** 8097/1
8123/20 8128/25
8129/10 8130/22
**heartened [1]** 8202/4
**heated [1]** 8174/13
**heavily [1]** 8167/5
**heck [1]** 8130/11
**held [1]** 8141/22
**helmet [1]** 8079/23
**help [4]** 8086/13
8150/16 8161/3 8197/8
**helpful [3]** 8159/7

**hen [1]** 8195/17
**her [9]** 8104/17 8116/5
8155/13 8189/23
8189/25 8190/1 8196/2
8196/3 8202/24
**here [57]** 8077/25
8078/2 8079/15
8079/22 8081/3 8086/5
8086/10 8086/20
8087/18 8088/20
8088/24 8099/9 8107/4
8108/9 8109/7 8111/16
8112/4 8132/10
8135/17 8142/8 8144/2
8145/17 8147/6 8148/9
8148/12 8149/18
8150/11 8152/25
8159/4 8159/6 8159/21
8159/22 8160/7
8164/22 8167/15
8167/16 8168/16
8168/23 8175/6 8176/9
8178/2 8183/7 8188/2
8188/12 8189/14
8190/25 8191/17
8197/2 8199/22
8199/24 8202/13
8202/17 8203/4 8203/5
8203/10 8204/3
8204/10
**here's [2]** 8127/17
8153/3
**Herman [3]** 8073/2
8206/3 8206/10
**Hey [5]** 8123/3
8137/11 8163/15
8171/13 8192/21
**Hey, [1]** 8139/19
**Hey, what [1]** 8139/19
**Hi [3]** 8179/16 8190/15
8190/16
**high [3]** 8133/2
8133/17 8172/24
**highly [1]** 8185/19
**Highway [1]** 8072/22
**Hill [1]** 8124/11
**him [40]** 8080/7
8080/10 8081/21
8081/23 8082/5 8082/9
8082/10 8082/21
8082/24 8083/1
8084/20 8092/4 8092/7
8092/9 8092/10

**H**

**him... [25]** 8092/11
8095/21 8095/22
8100/15 8101/16
8101/24 8102/15
8102/19 8105/19
8105/20 8105/20
8105/20 8105/21
8122/21 8123/5
8140/25 8141/9
8146/19 8147/15
8148/16 8150/17
8156/20 8184/1 8195/8
8197/17
**hire [1]** 8133/13
**hired [2]** 8147/14
8181/1
**his [34]** 8079/23
8079/25 8079/25
8080/18 8081/19
8082/12 8082/22
8083/3 8083/13
8083/20 8084/6 8092/9
8096/19 8097/18
8098/14 8100/7
8100/12 8100/13
8101/12 8113/24
8117/5 8117/5 8130/22
8130/24 8150/16
8151/10 8162/23
8162/24 8162/25
8169/13 8169/15
8180/9 8184/3 8199/8
**hit [1]** 8114/17
**hold [1]** 8202/2
**holding [1]** 8195/14
**holiday [1]** 8190/6
**home [7]** 8119/25
8120/2 8129/15
8187/17 8188/21
8193/7 8202/11
**Honor [38]** 8075/13
8076/25 8077/12
8085/13 8085/16
8085/20 8094/2 8094/5
8107/17 8109/4
8110/19 8120/22
8121/18 8127/4
8129/12 8129/17
8130/5 8130/16
8131/12 8143/19
8146/20 8156/17
8157/3 8157/15
8187/15 8188/1 8188/7

8188/10 8197/5 8198/4
8198/17 8199/19
8201/5 8201/8 8204/7
8204/17 8204/19
8205/17
**HONORABLE [1]**
8071/9
**hope [5]** 8075/11
8156/20 8194/2 8194/2
8203/13
**hoped [2]** 8189/8
8189/12
**HorseWhisperer [16]**
8097/22 8097/23
8116/3 8162/21
8162/22 8163/1 8163/2
8181/7 8181/10
8181/25 8183/18
8183/23 8183/25
8184/2 8184/6 8184/10
**hotel [17]** 8081/20
8081/21 8082/22
8083/3 8084/8 8084/12
8095/23 8096/15
8116/10 8116/18
8117/1 8117/3 8118/12
8150/12 8150/13
8150/19 8151/6
**hour [5]** 8075/11
8108/21 8135/11
8195/21 8200/5
**hours [2]** 8119/21
8201/9
**house [1]** 8193/11
**housekeeping [2]**
8157/18 8204/20
**Houston [5]** 8191/4
8191/18 8191/23
8192/10 8192/12
**how [30]** 8075/17
8100/13 8103/14
8107/10 8121/21
8124/6 8127/22
8130/12 8133/3
8134/21 8139/11
8140/5 8147/3 8151/3
8151/5 8154/8 8159/19
8164/23 8173/3 8173/3
8173/4 8190/15
8190/16 8192/7
8193/14 8194/4
8194/24 8195/16
8198/8 8198/9
**huge [2]** 8116/1

**Hughes [1]** 8071/13
**huh [4]** 8106/10
8108/18 8126/24
8176/10
**humans [1]** 8086/17
**hundred [1]** 8134/23
**hung [1]** 8091/7
**hurricane [1]** 8157/9
**hustled [1]** 8084/6
**hypothetically [1]**
8193/8

___

**I**

**I'd [3]** 8162/15 8192/16
8197/13
**I'll [4]** 8150/9 8152/18
8153/6 8157/8
**I'm [46]** 8075/17
8086/24 8089/17
8090/17 8091/12
8093/3 8093/25
8094/25 8096/3
8100/17 8108/5 8112/7
8112/8 8121/22
8124/16 8125/15
8135/16 8151/14
8152/14 8156/21
8161/17 8161/19
8174/10 8182/9 8183/3
8183/6 8186/21 8188/7
8188/20 8190/16
8192/3 8192/17
8192/21 8193/17
8193/20 8193/22
8194/24 8195/14
8197/11 8197/23
8198/24 8198/25
8201/8 8202/21 8203/8
8204/19
**I've [12]** 8083/17
8092/10 8106/9 8123/5
8177/19 8177/19
8184/11 8191/22
8191/23 8191/24
8191/25 8204/16
**I-4 [1]** 8132/15
**idea [5]** 8087/8
8116/11 8118/7 8176/3
8197/14
**ideal [2]** 8126/5
8201/25
**identification [2]**
8141/15 8146/2

**identify [2]** 8092/11
8159/22
**identities [1]** 8200/9
**III [3]** 8071/5 8071/19
8072/2
**illegally [1]** 8116/9
**image [1]** 8147/5
**immediate [1]** 8148/20
**immediately [1]**
8094/25
**impeachable [2]**
8197/23 8198/3
**important [1]** 8082/7
**imposition [1]**
8192/25
**impressed [2]** 8137/1
8137/6
**inaugural [1]** 8087/21
**Inauguration [2]**
8087/22 8115/1
**Inauguration Day [1]**
8115/1
**inches [2]** 8138/23
8138/24
**include [1]** 8201/21
**included [1]** 8200/23
**including [3]** 8188/15
8189/3 8197/18
**incorrect [1]** 8122/18
**Indiana [1]** 8119/22
**indicated [1]** 8145/18
**individual [1]** 8105/14
**indulgence [2]**
8146/11 8175/11
**industry [3]** 8131/23
8131/25 8132/1
**inform [1]** 8169/15
**information [14]**
8146/15 8150/23
8153/14 8163/3
8163/11 8163/12
8163/18 8164/6 8164/8
8164/15 8169/3
8189/13 8189/14
8189/15
**informed [1]** 8144/14
**informing [2]** 8153/9
8153/10
**initial [1]** 8141/21
**initially [3]** 8139/5
8147/9 8170/17
**inquire [1]** 8139/6
**inspection [1]** 8147/23
**instance [2]** 8138/21

8222

8223

# I

**instance... [1]** 8185/15
**instantaneous [1]**
8149/5
**Instead [1]** 8202/11
**instructions [4]**
8193/5 8203/6 8203/12
8205/2
**integrity [1]** 8182/4
**intel [2]** 8097/24
8181/10
**intend [1]** 8146/18
**intentionally [1]**
8113/1
**intents [1]** 8122/6
**interactions [1]**
8123/5
**interest [3]** 8159/15
8200/18 8201/3
**interesting [1]**
8169/20
**internet [1]** 8167/18
**interrupt [1]** 8139/7
**intersection [1]**
8175/18
**intervene [1]** 8186/14
**interview [3]** 8130/6
8130/15 8204/16
**introduce [1]** 8076/21
**introduced [1]** 8159/5
**introducing [1]**
8156/22
**investigating [1]**
8190/9
**investigation [5]**
8095/21 8112/19
8112/20 8113/2 8113/3
**investigations [1]**
8161/14
**invited [5]** 8141/10
8152/6 8154/14 8164/3
8167/4
**involve [1]** 8184/23
**involved [8]** 8117/24
8133/6 8135/8 8144/10
8151/7 8154/23 8159/9
8163/20
**involvement [1]**
8182/1
**Involving [1]** 8154/22
**iPhone [4]** 8091/21
8092/2 8094/10
8094/11
**is [320]**

**issue [5]** 8195/18
8195/25 8197/3 8197/6
8201/1
**issues [4]** 8151/12
8151/14 8163/22
8197/11
**it [195]**
**it's [52]** 8079/21
8083/21 8085/16
8086/25 8087/9
8088/14 8089/14
8091/7 8091/9 8091/11
8091/16 8093/23
8093/23 8100/21
8102/4 8104/16
8104/16 8108/7
8112/16 8112/16
8118/11 8118/19
8123/25 8132/16
8133/3 8133/22
8137/21 8138/2 8138/3
8145/4 8145/17
8145/17 8145/20
8145/20 8148/22
8149/5 8152/10 8158/4
8166/3 8174/21
8178/13 8178/13
8181/20 8185/14
8188/10 8191/9
8194/23 8197/23
8199/7 8199/10
8199/20 8202/20
**itself [4]** 8137/24
8147/20 8171/2 8171/8

# J

**jacket [5]** 8079/25
8081/5 8083/20
8083/20 8103/15
**jackets [1]** 8177/9
**jail [1]** 8116/11
**James [17]** 8071/22
8081/14 8082/15
8082/16 8082/19
8082/23 8083/6 8083/9
8084/1 8084/3 8084/17
8098/14 8100/7
8100/12 8100/13
8101/12 8113/17
**Jan. [5]** 8094/19
8100/25 8178/16
8181/16 8183/20
**Jan. 6th [1]** 8178/16
**January [42]** 8075/25

8093/16 8109/10
8109/21 8120/25
8124/5 8124/24
8135/13 8135/25
8141/4 8142/17
8144/13 8144/17
8146/16 8146/17
8147/15 8147/21
8149/6 8149/13 8152/7
8154/3 8154/12
8155/12 8160/4 8161/8
8164/16 8165/13
8165/20 8167/10
8167/20 8167/20
8168/13 8169/14
8170/3 8170/6 8171/25
8173/7 8178/12
8180/17 8180/19
8181/25 8183/17
**January 5, 6 D.C. OK**
**Security VIP [1]**
8155/12
**January 6 [1]** 8109/10
**January 6th [20]**
8075/25 8093/16
8124/24 8135/13
8135/25 8144/13
8144/17 8146/16
8146/17 8147/15
8149/6 8149/13
8164/16 8165/13
8165/20 8167/10
8169/14 8171/25
8173/7 8183/17
**JC [4]** 8189/15
8193/12 8195/7
8201/14
**JC know [1]** 8195/7
**Jeans [1]** 8103/15
**Jeffrey [1]** 8071/13
**Jericho [8]** 8136/10
8136/11 8136/14
8136/15 8136/16
8136/22 8136/24
8140/15
**Jericho March [6]**
8136/10 8136/11
8136/14 8136/15
8136/16 8136/22
**Jessica [3]** 8072/5
8098/9 8100/4
**Jessica Watkins [2]**
8098/9 8100/4
**job [6]** 8120/9 8120/10

8122/25 8123/2 8123/5
8191/19
**Joe [2]** 8116/20 8117/4
**Johnston [1]** 8072/3
**Jonathan [2]** 8072/5
8188/3
**Josh [17]** 8082/19
8083/6 8083/9 8084/17
8085/2 8098/16
8100/12 8100/13
8101/14 8101/14
8101/20 8101/23
8102/4 8102/10
8102/12 8118/5
8118/25
**Josh James [5]**
8083/6 8083/9 8084/17
8100/12 8100/13
**Joshua [8]** 8081/14
8082/15 8082/16
8082/23 8098/14
8100/7 8101/12
8113/17
**Joshua James [8]**
8081/14 8082/15
8082/16 8082/23
8098/14 8100/7
8101/12 8113/17
**Jr [2]** 8072/2 8072/9
**JUDGE [9]** 8071/9
8091/14 8091/14
8091/16 8135/20
8145/12 8166/2 8188/3
8199/12
**Judge's [1]** 8145/11
**Judging [2]** 8136/19
8172/24
**Juicy [3]** 8120/15
8121/4 8121/12
**Juli [1]** 8072/12
**JULIA [1]** 8072/13
**juror [4]** 8189/23
8190/14 8190/22
8195/12
**jurors [4]** 8108/6
8201/15 8201/22
8204/13
**jury [26]** 8071/8
8075/9 8132/9 8138/10
8142/3 8142/7 8143/22
8147/2 8148/8 8150/1
8152/22 8156/2
8157/11 8160/7
8160/25 8164/19

**J**

**jury... [10]** 8166/5
8166/24 8175/6
8190/13 8196/16
8201/25 8202/8 8203/6
8203/18 8205/1
**just [104]** 8076/20
8076/25 8080/23
8081/3 8082/5 8082/14
8083/11 8083/24
8084/21 8085/14
8086/13 8088/22
8089/17 8090/17
8091/14 8092/11
8093/11 8098/4
8100/17 8102/25
8104/7 8105/19 8107/1
8108/7 8108/8 8108/19
8109/19 8112/1 8113/1
8115/11 8115/20
8121/14 8121/23
8122/7 8123/25
8124/12 8125/8
8129/21 8129/25
8130/17 8130/22
8133/11 8133/20
8137/3 8137/22
8141/14 8143/9 8144/3
8145/20 8145/20
8145/25 8146/1 8146/1
8146/13 8146/21
8148/18 8148/21
8148/23 8149/4
8151/18 8151/23
8151/24 8152/11
8152/24 8153/15
8155/3 8155/6 8155/10
8157/17 8157/18
8158/10 8165/1
8165/15 8166/9 8169/5
8170/12 8170/23
8173/9 8173/21
8175/12 8176/6
8177/22 8181/20
8182/16 8188/20
8190/1 8190/7 8191/24
8193/12 8194/13
8194/15 8195/4 8195/6
8195/8 8195/14
8197/14 8198/8
8200/20 8202/25
8203/8 8203/24 8204/8
8205/3 8205/6

**K**

**Kathryn [1]** 8071/12
**keep [13]** 8092/13
8096/3 8111/13 8137/3
8137/4 8146/21
8161/10 8167/12
8168/14 8169/8
8169/18 8169/19
8202/15
**Keeper [7]** 8177/24
8178/1 8178/4 8180/11
8180/14 8181/4 8181/5
**Keepers [21]** 8114/25
8122/3 8122/10 8123/7
8126/2 8136/17
8136/21 8154/7 8154/8
8154/9 8154/11
8154/15 8154/22
8155/4 8155/5 8160/3
8167/8 8184/12
8185/23 8185/24
8186/9
**Keepers' [1]** 8186/1
**keeping [2]** 8112/24
8169/5
**keeps [1]** 8077/21
**Kelly [23]** 8072/9
8090/1 8090/10
8090/13 8090/23
8090/24 8091/7
8091/19 8092/16
8093/2 8098/8 8100/4
8119/5 8129/4 8131/1
8131/3 8143/21
8146/25 8152/20
8158/8 8158/9 8158/18
8166/4
**Kelly Meggs [9]**
8090/1 8090/23
8090/24 8092/16
8098/8 8100/4 8129/4
8131/1 8131/3
**Kelly's [5]** 8117/7
8117/8 8117/9 8117/11
8117/12
**Kellye [2]** 8113/15
8116/2
**Kellye SoRelle [1]**
8113/15
**Kenneth [2]** 8072/17
8098/9
**Kenneth Harrelson [1]**
8098/9
**kept [2]** 8113/1 8137/2

**KH [1]** 8175/13
**KH-3 [1]** 8175/13
**KIAs [1]** 8125/24
**kick [1]** 8127/25
**killed [1]** 8114/20
**kind [7]** 8092/3
8092/11 8118/8 8152/8
8198/1 8202/11
8202/14
**KM [24]** 8141/16
8143/18 8143/20
8143/21 8146/2
8146/10 8152/16
8152/18 8156/8
8157/19 8158/5 8158/7
8158/8 8158/9 8158/11
8158/15 8158/17
8158/18 8158/20
8164/18 8165/16
8165/24 8166/1 8167/6
**KM-66 [6]** 8156/8
8158/7 8158/8 8158/20
8164/18 8167/6
**KM-67 [3]** 8157/19
8158/5 8158/9
**KM-68 [2]** 8152/16
8152/18
**KM-70 [3]** 8165/16
8165/24 8166/1
**KM-71 [4]** 8158/11
8158/15 8158/17
8158/18
**KM-72 [3]** 8143/18
8143/20 8143/21
**KM-73 [2]** 8146/2
8146/10
**knew [7]** 8083/6
8083/13 8083/18
8113/3 8150/4 8170/18
8184/3
**know [111]** 8077/23
8080/3 8083/19
8084/11 8084/19
8084/23 8090/9 8092/3
8092/24 8095/4
8095/19 8095/21
8095/23 8096/5
8096/11 8096/14
8097/23 8098/12
8098/16 8101/18
8104/16 8105/15
8106/22 8107/1
8107/12 8113/20
8114/21 8115/8 8116/4

8116/6 8118/2 8118/4
8118/6 8118/7 8118/8
8118/18 8119/7 8121/4
8122/25 8124/19
8124/22 8125/8
8127/18 8127/19
8127/22 8137/19
8138/5 8140/8 8140/9
8140/10 8143/6
8144/16 8144/24
8145/4 8147/24 8151/1
8151/4 8151/17
8153/17 8159/18
8160/16 8161/17
8162/2 8162/21
8162/23 8162/25
8167/8 8169/6 8169/16
8171/3 8171/13
8173/11 8173/20
8175/22 8177/8 8179/2
8182/12 8183/5
8183/25 8189/10
8189/11 8190/6 8191/7
8192/20 8192/23
8192/24 8193/10
8193/12 8193/17
8193/18 8193/18
8193/24 8194/1
8194/15 8194/23
8194/24 8195/7 8195/8
8196/5 8199/13 8200/8
8200/11 8200/14
8200/18 8201/4 8201/8
8201/9 8202/10
8202/20 8203/9
8205/13
**know-how [1]** 8127/22
**knowing [1]** 8168/25
**knowledge [4]**
8144/12 8154/6
8160/19 8166/21
**knowledgeable [1]**
8128/2
**known [1]** 8166/25

**L**

**LA [1]** 8072/3
**labor [1]** 8122/8
**ladies [5]** 8132/9
8138/9 8155/21
8166/23 8188/25
**laid [1]** 8133/22
**Lakeland [3]** 8132/13
8132/14 8132/15

**landlord [1]** 8191/11
**Landon [7]** 8095/1
8115/3 8116/19 8117/4
8117/13 8118/5
8118/24
**Landon Bentley [1]**
8117/4
**Landon's [1]** 8117/7
**language [1]** 8122/20
**laptop [1]** 8158/20
**large [5]** 8136/6
8140/8 8140/9 8149/6
8160/12
**larger [1]** 8163/9
**LASSITER [1]** 8071/19
**last [7]** 8125/13
8134/14 8146/24
8194/9 8197/17
8200/15 8203/7
**late [1]** 8197/17
**later [12]** 8087/10
8095/19 8099/22
8101/11 8106/24
8107/6 8108/15
8108/21 8144/18
8173/6 8188/11
8201/13
**Laughter [8]** 8127/3
8133/15 8135/19
8135/23 8139/10
8175/4 8192/22
8204/18
**law [10]** 8072/10
8072/13 8133/10
8135/7 8160/19
8163/25 8164/5
8164/15 8177/13
8177/20
**Lawn [3]** 8071/20
8071/22 8175/9
**lead [1]** 8126/5
**leaders [3]** 8151/19
8160/5 8174/14
**leading [4]** 8083/6
8123/1 8128/5 8146/17
**leaked [1]** 8178/24
**learned [5]** 8083/16
8083/17 8163/11
8180/1 8201/17
**lease [6]** 8191/3
8191/4 8191/10
8191/13 8191/14
8192/14

**least [4]** 8145/6 8194/9
8200/2 8203/25
**leave [8]** 8116/11
8116/24 8117/19
8134/2 8135/10
8138/19 8189/9
8189/20
**leaves [3]** 8090/23
8092/16 8198/16
**leaving [1]** 8192/17
**Lee [1]** 8071/22
**left [10]** 8078/2
8086/20 8113/6
8116/22 8116/22
8118/19 8119/9
8119/10 8147/11
8201/1
**left-hand [1]** 8147/11
**legal [1]** 8147/19
**length [3]** 8194/5
8194/7 8199/14
**LEOs [3]** 8133/8
8133/9 8164/7
**less [5]** 8080/16
8081/4 8130/18
8195/21 8198/14
**less-than-lethal [2]**
8080/16 8081/4
**let [19]** 8082/20
8092/12 8108/7 8127/9
8135/16 8138/12
8139/7 8150/11
8153/25 8159/18
8176/8 8192/5 8193/9
8193/12 8194/15
8195/6 8195/8 8198/2
8205/13
**let's [28]** 8075/24
8076/1 8085/4 8087/11
8094/15 8098/18
8105/10 8108/23
8123/9 8129/3 8134/22
8138/3 8158/19
8159/21 8160/6 8160/7
8160/25 8161/10
8170/5 8171/21 8175/5
8179/19 8183/14
8202/2 8203/1 8203/9
**lethal [2]** 8080/16
8081/4
**level [1]** 8153/1
**Liaising [1]** 8184/22
**licensed [2]** 8184/20

**lift [1]** 8175/25
**like [66]** 8076/13
8076/23 8081/18
8082/2 8082/21 8083/2
8083/11 8083/21
8089/18 8090/11
8090/13 8091/9
8091/16 8092/1
8092/12 8094/8
8094/12 8095/14
8095/24 8097/9
8097/11 8097/17
8101/18 8102/4
8102/22 8105/21
8107/10 8107/20
8108/19 8110/11
8112/15 8113/24
8115/3 8115/3 8117/22
8119/11 8119/14
8121/14 8122/24
8123/22 8123/24
8124/2 8124/3 8124/14
8124/16 8134/7
8134/12 8135/3 8140/9
8149/2 8149/6 8152/9
8162/16 8166/10
8185/15 8191/22
8192/10 8192/21
8193/19 8197/13
8200/23 8201/9
8201/12 8201/24
8202/5 8204/20
**likelihood [1]** 8202/8
**likely [2]** 8167/3
8203/3
**Linder [3]** 8071/19
8071/19 8129/23
**line [4]** 8091/8 8091/15
8196/20 8199/21
**list [24]** 8151/9
8151/11 8151/12
8151/14 8151/21
8152/5 8153/3 8153/12
8162/15 8165/21
8166/7 8166/13
8166/19 8169/1 8169/2
8172/21 8172/22
8172/25 8173/1 8173/9
8173/10 8197/20
8198/12 8199/4
**listed [1]** 8169/3
**listening [1]** 8104/2
**lists [2]** 8153/18

**literally [1]** 8188/15
**little [15]** 8079/15
8079/18 8081/7 8082/2
8083/13 8086/6
8086/13 8108/21
8116/20 8132/8
8143/25 8147/24
8156/4 8156/25
8157/18
**live [2]** 8133/16 8192/9
**lived [1]** 8191/22
**lives [1]** 8184/7
**living [1]** 8131/20
**LLC [2]** 8072/6
8072/18
**load [2]** 8117/6
8149/17
**loaded [1]** 8117/9
**loading [2]** 8117/5
8162/8
**lobbying [1]** 8198/19
**local [2]** 8107/3
8160/19
**location [2]** 8121/2
8121/5
**locations [1]** 8124/10
**long [20]** 8091/3
8092/22 8122/11
8132/10 8137/5
8138/22 8173/3 8173/3
8174/21 8175/6 8192/2
8193/14 8194/21
8194/24 8195/20
8197/10 8198/9
8202/19 8202/21
8204/2
**long-term [1]** 8122/11
**look [20]** 8076/23
8090/13 8091/9
8091/16 8095/18
8105/25 8106/24
8110/11 8112/15
8134/15 8134/16
8145/10 8146/11
8151/2 8162/16 8182/9
8190/7 8190/10 8194/2
8202/20
**looked [3]** 8093/13
8094/11 8203/6
**looking [12]** 8086/5
8102/16 8141/1 8143/4
8147/7 8151/7 8153/17
8153/18 8156/12

**L**

**looking... [3]** 8161/24
8163/20 8171/4
**looks [13]** 8094/7
8094/10 8094/12
8095/14 8097/9
8097/11 8097/17
8107/20 8107/21
8152/9 8167/4 8170/23
8174/8
**Lorraine [3]** 8073/2
8206/3 8206/10
**lot [20]** 8085/1
8090/15 8092/10
8103/20 8113/20
8114/6 8114/15
8114/18 8114/19
8114/22 8115/19
8115/19 8132/22
8133/6 8133/24
8138/11 8177/7 8186/2
8193/17 8199/3
**lots [1]** 8137/9
**Louis [1]** 8071/14
**Louisville [1]** 8092/7
**loved [1]** 8202/16
**luck [1]** 8187/17
**lunch [2]** 8075/11
8129/24

**M**

**ma'am [1]** 8190/15
**made [7]** 8077/14
8113/8 8114/2 8116/23
8152/9 8173/20
8176/14
**MAGA [1]** 8123/9
**main [4]** 8132/22
8172/2 8172/4 8174/18
**Mainly [1]** 8132/21
**majority [1]** 8171/14
**make [18]** 8076/10
8095/12 8130/5
8137/11 8137/17
8143/24 8163/20
8170/12 8170/23
8179/19 8189/23
8196/12 8197/15
8197/16 8198/19
8199/25 8204/4 8204/8
**makes [2]** 8122/6
8147/25
**making [2]** 8081/16
8194/12

**malingering [1]**
8169/16
**Mall [5]** 8132/23
8133/12 8134/5 8136/7
8138/15
**man [1]** 8081/5
**manner [1]** 8122/21
**many [8]** 8134/21
8140/5 8160/21
8164/23 8192/20
8195/16 8198/8 8200/9
**Manzo [1]** 8071/14
**map [2]** 8145/16
8145/17
**maps [1]** 8170/10
**March [7]** 8123/9
8136/10 8136/11
8136/14 8136/15
8136/16 8136/22
**marchers [1]** 8176/13
**marching [1]** 8176/13
**Marjorie [1]** 8166/10
**mark [1]** 8146/2
**marked [5]** 8141/15
8145/9 8157/19
8158/11 8165/16
**marketing [1]** 8132/5
**marketplace [1]**
8140/12
**marketplace for [1]**
8140/12
**Marsha [1]** 8184/6
**marshal [1]** 8135/7
**Marshals [1]** 8205/6
**Martin [3]** 8150/22
8176/22 8176/25
**masks [1]** 8075/8
**massive [1]** 8116/1
**material [1]** 8133/5
**matter [1]** 8206/5
**may [16]** 8109/3
8121/24 8125/16
8140/19 8161/22
8173/12 8187/17
8187/18 8191/1
8191/23 8194/2 8196/8
8196/8 8196/14 8199/4
8199/22
**maybe [17]** 8089/14
8119/14 8127/20
8146/21 8161/24
8161/25 8163/9 8165/1
8173/6 8174/21
8180/24 8189/25

8192/11 8196/6
8197/22 8198/10
8205/3
**McWhirter [2]** 8130/7
8130/11
**MD [1]** 8072/23
**me [44]** 8084/21
8084/25 8085/2
8091/14 8092/12
8093/6 8101/16
8105/18 8107/20
8107/21 8108/7 8115/3
8116/19 8127/9
8135/16 8135/18
8135/22 8138/12
8139/2 8139/7 8140/18
8142/14 8144/14
8146/1 8146/13
8150/11 8151/23
8153/9 8153/25 8159/5
8159/6 8159/18
8159/25 8160/4
8165/10 8172/25
8176/22 8188/7 8192/5
8193/9 8196/21
8201/12 8203/10
8203/22
**mean [52]** 8085/1
8088/14 8089/14
8095/21 8106/20
8107/12 8107/20
8112/15 8112/18
8114/14 8115/2
8115/16 8115/23
8115/23 8115/25
8116/19 8118/6
8118/18 8119/16
8119/18 8122/24
8123/22 8123/22
8123/25 8124/2 8124/4
8124/21 8143/1
8153/16 8168/22
8171/22 8172/18
8172/18 8173/10
8177/10 8177/12
8177/17 8180/20
8183/1 8186/6 8188/12
8191/1 8191/13 8192/6
8193/8 8193/14 8195/3
8198/23 8202/15
8202/22 8203/1 8203/9
**meaning [1]** 8091/17
**means [8]** 8090/24
8130/23 8133/20

8139/11 8156/6
8189/11 8200/1
**meant [4]** 8106/23
8168/20 8171/22
8171/23
**mechanical [1]** 8073/7
**media [4]** 8132/5
8132/5 8132/5 8144/19
**mediums [1]** 8154/15
**meet [8]** 8101/13
8101/15 8101/19
8101/24 8124/13
8124/17 8134/13
8136/4
**meet-up [1]** 8101/15
**meeting [1]** 8122/22
**megaphone [1]** 8145/1
**Meggs [26]** 8072/9
8089/8 8089/20 8090/1
8090/6 8090/6 8090/7
8090/23 8090/24
8092/16 8098/8 8100/4
8129/4 8131/1 8131/3
8143/21 8146/25
8152/20 8158/8 8158/9
8158/18 8166/4
8196/11 8196/22
8199/8 8205/3
**Meggs' [2]** 8131/6
8131/9
**MEHTA [1]** 8071/14
**member [4]** 8155/3
8155/5 8180/14
8181/16
**members [9]** 8094/20
8097/6 8102/7 8148/19
8166/7 8166/14
8178/16 8186/6 8186/6
**men [3]** 8126/12
8127/14 8127/14
**mental [1]** 8127/21
**mentality [1]** 8115/17
**mentioned [2]** 8153/21
8181/6
**mercenary [2]** 8122/13
8122/15
**merged [4]** 8090/6
8090/9 8090/23
8128/22
**merges [1]** 8090/1
**message [32]** 8093/11
8094/24 8095/19
8096/19 8097/6 8097/9
8097/16 8097/18

**message... [24]**
8100/25 8101/4 8106/5
8108/25 8111/22
8112/15 8116/3 8116/4
8116/5 8116/23
8120/14 8120/17
8121/1 8124/18 8148/9
8148/12 8159/22
8160/8 8160/10
8161/12 8164/20
8167/13 8167/16
8168/1
**message thread [1]**
8106/5
**messages [17]**
8075/25 8076/6 8076/8
8093/8 8105/10 8108/8
8110/15 8112/25
8124/15 8146/12
8146/15 8155/10
8155/13 8155/14
8156/22 8158/25
8160/25
**met [9]** 8095/22
8136/5 8136/5 8136/12
8136/13 8136/24
8140/15 8180/5 8203/7
**meter [1]** 8160/20
**meters [1]** 8160/15
**MICHAEL [8]** 8074/2
8075/14 8075/19
8075/21 8075/22
8090/24 8096/9
8121/19
**Michael Greene [3]**
8075/21 8090/24
8096/9
**Michael Simmons [2]**
8075/19 8075/22
**microphone [2]**
8132/8 8145/6
**microphones [1]**
8173/24
**middle [7]** 8094/15
8100/3 8102/16
8104/14 8127/18
8132/16 8193/20
**middle-aged [1]**
8127/18
**midnight [2]** 8119/11
8119/12
**might [7]** 8129/3
8153/10 8163/8

8180/21 8189/20
8199/10 8200/16
**Mike [1]** 8195/20
**mile [3]** 8082/18
8174/22 8174/23
**milepost [1]** 8130/21
**military [3]** 8083/9
8126/12 8182/1
**Million [1]** 8123/9
**mind [2]** 8182/8
8184/14
**mine [1]** 8105/18
**minimum [2]** 8137/2
8137/4
**Minuta [1]** 8084/18
**minute [4]** 8106/24
8107/6 8108/15 8112/4
**minutes [7]** 8092/18
8092/20 8095/19
8099/22 8101/11
8147/8 8156/24
**misdemeanor [1]**
8197/8
**miss [1]** 8134/19
**missed [1]** 8100/17
**mission [10]** 8094/21
8097/7 8126/6 8126/13
8126/22 8127/13
8127/15 8127/25
8128/4 8128/5
**mistag [1]** 8112/7
**mixer [1]** 8145/7
**mob [1]** 8115/17
**Mobile [2]** 8112/23
8112/24
**moment [3]** 8082/1
8144/4 8165/7
**Monday [24]** 8188/12
8188/14 8188/19
8189/7 8189/16
8189/23 8190/5
8190/10 8190/12
8191/10 8195/10
8195/15 8196/10
8196/23 8199/8
8199/11 8199/18
8199/22 8199/23
8200/11 8202/1
8203/24 8204/8
8204/10
**money [1]** 8160/24
**month [1]** 8191/15
**months [5]** 8139/24
8139/25 8139/25

**monument [1]**
8078/19
**more [20]** 8076/20
8094/1 8101/18 8108/7
8110/4 8114/18 8126/2
8127/20 8129/11
8131/24 8137/22
8157/9 8157/18
8186/10 8186/15
8189/12 8196/10
8201/5 8204/19
8205/10
**morning [10]** 8075/2
8106/9 8107/22
8108/20 8147/22
8153/7 8170/8 8171/25
8205/13 8205/14
**most [9]** 8083/21
8104/3 8126/13
8127/14 8127/14
8128/2 8140/3 8169/20
8186/6
**most-advanced [1]**
8127/14
**most-knowledgeable
[1]** 8128/2
**most-well-trained [1]**
8127/14
**move [22]** 8098/25
8103/6 8107/13 8109/3
8110/18 8127/20
8137/11 8137/20
8141/24 8143/17
8150/11 8158/15
8165/24 8175/5
8181/19 8188/17
8188/19 8190/24
8191/4 8191/8 8191/23
8191/24
**move, [1]** 8174/25
**move, and [1]** 8174/25
**moved [1]** 8175/8
**movers [2]** 8191/9
8192/10
**moves [4]** 8076/24
8085/12 8093/20
8120/19
**moving [4]** 8146/21
8170/19 8189/24
8204/8
**Mr [15]** 8074/2 8074/3
8074/4 8074/4 8085/9
8085/17 8086/6

8196/19 8198/7
8198/16 8199/24
8200/1 8200/15
8204/12 8204/22
**Mr. [83]** 8075/12
8077/18 8090/15
8098/23 8099/9 8100/4
8103/1 8103/11
8105/11 8107/19
8112/21 8121/15
8122/20 8124/10
8127/13 8129/14
8130/2 8130/7 8130/11
8130/22 8131/2 8131/6
8131/10 8131/15
8131/19 8140/17
8141/6 8147/14
8150/24 8151/9
8151/13 8151/24
8152/13 8152/24
8153/9 8153/10
8153/14 8156/15
8156/19 8157/6 8157/7
8157/14 8159/22
8160/8 8161/1 8161/6
8164/20 8164/22
8164/23 8165/9 8168/2
8168/4 8168/16 8175/1
8175/5 8178/14
8179/15 8181/25
8183/17 8187/14
8188/9 8188/15
8195/16 8195/19
8195/20 8196/11
8196/22 8196/25
8197/14 8197/19
8198/13 8199/8 8199/9
8199/17 8200/12
8200/15 8200/20
8203/25 8204/3 8205/3
8205/4 8205/5 8205/7
**Mr. Adams [1]**
8195/20
**Mr. Alexander [14]**
8140/17 8141/6
8147/14 8150/24
8151/9 8151/13
8152/13 8153/10
8153/14 8164/22
8164/23 8168/2 8168/4
8168/16
**Mr. Alexander's [1]**
8161/6
**Mr. Brown [14]**

**Mr. Brown... [14]**
8131/15 8131/19
8152/24 8153/9
8156/19 8157/7 8160/8
8161/1 8164/20
8178/14 8179/15
8181/25 8183/17
8188/15
**Mr. Caldwell [1]**
8205/5
**Mr. Crisp [1]** 8198/13
**Mr. Douyon [2]**
8151/24 8165/9
**Mr. Fischer [2]** 8188/9
8197/14
**Mr. Geyer [5]** 8107/19
8196/25 8199/17
8200/15 8204/3
**Mr. Greene [10]**
8077/18 8090/15
8098/23 8099/9 8103/1
8105/11 8112/21
8121/15 8127/13
8129/14
**Mr. Harrelson [3]**
8100/4 8197/19 8205/4
**Mr. McWhirter [2]**
8130/7 8130/11
**Mr. Meggs [4]** 8196/11
8196/22 8199/8 8205/3
**Mr. Meggs' [1]** 8131/6
**Mr. Nestler [2]**
8075/12 8195/19
**Mr. Rhodes [4]**
8122/20 8124/10
8159/22 8205/7
**Mr. Rhodes' [2]**
8103/11 8130/22
**Mr. Woodward [14]**
8130/2 8131/2 8131/10
8156/15 8157/6
8157/14 8175/1 8175/5
8187/14 8195/16
8199/9 8200/12
8200/20 8203/25
**Ms [2]** 8077/13
8200/13
**Ms Rohde [1]** 8077/13
**Ms. [29]** 8078/6 8079/4
8079/13 8081/11
8086/3 8087/3 8087/25
8088/23 8089/6
8089/23 8090/20

8092/14 8094/16
8096/23 8099/7
8099/20 8100/21
8105/4 8106/2 8107/4
8108/9 8109/8 8110/2
8155/7 8155/9 8158/20
8162/6 8168/10
8181/15
**Ms. Rohde [24]** 8078/6
8079/4 8079/13
8081/11 8086/3 8087/3
8087/25 8088/23
8089/6 8089/23
8090/20 8092/14
8094/16 8096/23
8099/7 8099/20
8100/21 8105/4 8106/2
8107/4 8108/9 8109/8
8110/2 8181/15
**Ms. Wintermeyer [4]**
8155/7 8155/9 8162/6
8168/10
**Ms. Wintermeyer's [1]**
8158/20
**much [8]** 8083/15
8121/1 8148/22
8155/25 8180/2
8202/16 8203/8
8204/13
**munitions [2]** 8080/16
8081/4
**my [42]** 8093/11
8108/1 8117/2 8124/22
8125/11 8128/2 8128/3
8131/17 8140/13
8151/18 8153/3
8155/15 8156/23
8159/13 8160/4
8167/11 8167/24
8168/23 8170/8
8170/25 8177/3
8178/24 8186/12
8188/4 8189/17
8191/10 8191/10
8191/14 8192/9
8192/18 8194/2 8194/2
8196/1 8197/7 8197/17
8199/2 8199/7 8202/14
8202/15 8202/16
8204/16 8205/14
**myself [4]** 8146/9
8150/15 8158/4
8161/13

**Nah [1]** 8112/22
**name [15]** 8075/18
8113/21 8131/16
8131/17 8136/9
8152/10 8158/1
8162/23 8162/24
8162/25 8173/10
8178/24 8180/1 8180/9
8184/4
**named [3]** 8084/18
8153/5 8184/6
**names [12]** 8075/21
8142/16 8153/1 8153/2
8153/9 8166/9 8180/3
8184/25 8192/20
8200/12 8200/13
8200/18
**Nathan [6]** 8150/21
8150/22 8176/22
8176/22 8176/24
8176/25
**Nathan Martin [2]**
8176/22 8176/25
**Nathan's [1]** 8176/24
**Nation [5]** 8142/12
8142/15 8142/16
8159/16 8165/20
**National [16]** 8132/23
8132/23 8132/25
8133/2 8133/5 8134/1
8134/13 8135/1
8135/10 8136/7
8137/23 8138/15
8139/13 8139/24
8163/17 8164/7
**National Mall [3]**
8132/23 8136/7
8138/15
**National Parks [6]**
8135/1 8135/10
8139/13 8139/24
8163/17 8164/7
**nature [2]** 8127/7
8203/2
**near [3]** 8099/14
8133/12 8172/12
**need [18]** 8094/20
8097/6 8114/10
8126/18 8130/6
8130/15 8134/25
8137/4 8146/11
8146/24 8148/20
8150/25 8157/9 8160/3

8186/13 8192/16
8203/11 8205/12
**needed [5]** 8116/7
8135/6 8138/14
8150/23 8169/7
**needing [1]** 8182/1
**nefarious [1]** 8163/8
**Nestler [5]** 8071/13
8074/2 8074/4 8075/12
8195/19
**never [13]** 8084/20
8091/7 8092/12
8093/13 8094/11
8109/11 8117/21
8180/1 8180/9 8187/1
8187/3 8187/5 8187/7
**new [3]** 8191/19
8192/19 8204/17
**news [2]** 8189/2
8197/21
**next [42]** 8078/5
8078/22 8085/4
8094/24 8095/15
8096/22 8097/12
8098/19 8101/4
8102/13 8103/18
8109/20 8110/1 8111/6
8111/10 8121/6
8130/25 8134/5
8140/17 8140/21
8140/22 8151/2
8164/19 8173/17
8175/3 8188/11
8189/24 8191/9
8191/11 8194/3
8195/15 8196/18
8197/1 8198/23
8198/25 8199/2 8199/6
8199/25 8200/17
8201/4 8201/6 8201/13
**nice [3]** 8075/11
8147/24 8202/19
**NJ [1]** 8072/19
**no [91]** 8071/3 8080/4
8080/21 8082/5 8083/1
8083/19 8091/5
8091/22 8092/1 8092/6
8092/8 8093/23
8095/21 8095/24
8095/24 8105/17
8105/17 8107/2
8108/19 8114/4
8116/14 8116/19
8116/19 8118/1

**N**

**no... [67]** 8118/15 8119/12 8119/18 8120/4 8120/22 8121/16 8122/12 8122/14 8123/25 8126/8 8128/17 8128/20 8129/6 8129/11 8130/19 8135/18 8138/25 8142/2 8142/9 8143/19 8145/13 8146/23 8150/13 8157/4 8157/8 8157/16 8158/6 8158/16 8163/21 8163/22 8165/25 8173/13 8176/19 8178/10 8178/13 8178/23 8179/6 8179/7 8179/9 8179/10 8179/12 8180/10 8181/21 8182/18 8183/6 8183/9 8183/24 8185/12 8185/14 8187/2 8187/4 8187/8 8187/9 8187/10 8187/11 8187/12 8187/13 8187/15 8190/8 8190/9 8191/21 8193/23 8194/23 8201/13 8203/18 8205/9 8205/9
**no-shows [1]** 8173/13
**nobody [3]** 8171/5 8176/21 8195/4
**Nodded [1]** 8130/4
**none [2]** 8164/17 8179/8
**norm [1]** 8123/8
**normal [1]** 8122/22
**normally [4]** 8134/11 8138/11 8139/18 8150/18
**North [1]** 8072/6
**northeast [4]** 8101/4 8102/15 8104/11 8125/5
**not [95]** 8082/1 8083/15 8083/23 8088/16 8089/11 8091/3 8092/23 8093/3 8094/20 8095/24 8096/1 8096/9 8097/7 8100/10 8102/22

8104/20 8108/6 8112/21 8114/1 8117/11 8118/10 8118/17 8118/19 8119/24 8121/1 8122/10 8124/7 8126/5 8126/13 8128/12 8128/15 8128/18 8129/10 8138/18 8138/24 8140/13 8140/14 8140/19 8144/6 8146/16 8149/17 8151/15 8154/2 8154/3 8155/2 8155/3 8155/5 8156/4 8156/17 8156/21 8161/8 8161/19 8172/21 8172/21 8173/6 8174/2 8174/3 8176/12 8177/16 8178/10 8178/13 8178/13 8181/4 8181/5 8182/9 8182/18 8183/3 8183/11 8183/24 8184/1 8184/14 8185/12 8185/14 8185/23 8185/24 8187/2 8187/25 8188/4 8188/12 8188/15 8189/5 8189/8 8189/13 8189/22 8194/12 8195/14 8196/8 8196/14 8196/16 8197/16 8197/17 8197/23 8200/10 8202/24 8205/1
**note [1]** 8142/22
**notes [1]** 8203/3
**nothing [1]** 8147/25
**notice [1]** 8204/10
**notify [1]** 8204/9
**November [5]** 8071/4 8122/25 8124/4 8124/6 8206/10
**now [53]** 8075/5 8079/12 8080/22 8081/7 8085/4 8085/7 8086/9 8087/11 8087/12 8087/15 8087/24 8088/8 8088/21 8089/8 8089/22 8090/2 8090/19 8090/20 8093/8 8096/18 8098/3

8099/19 8099/22 8100/6 8100/20 8107/24 8108/7 8108/21 8110/13 8111/20 8115/10 8117/13 8118/4 8121/1 8124/15 8127/17 8130/15 8130/25 8146/1 8151/1 8151/24 8153/21 8171/18 8171/18 8173/8 8173/8 8174/12 8181/6 8183/14 8188/14 8188/21 8192/7 8192/15
**number [19]** 8094/1 8096/25 8106/8 8141/9 8142/23 8143/2 8147/13 8152/10 8153/22 8155/10 8155/20 8156/7 8167/18 8177/8 8194/7 8194/8 8197/11 8198/7 8199/3
**NW [4]** 8071/15 8072/10 8072/13 8073/3

**O**

**Oak [2]** 8071/20 8071/22
**Oath [29]** 8114/25 8122/3 8122/10 8123/7 8126/2 8136/17 8136/21 8154/7 8154/8 8154/9 8154/11 8154/15 8154/22 8155/4 8155/5 8160/3 8167/8 8177/24 8178/1 8178/4 8180/11 8180/14 8180/14 8181/4 8181/5 8184/12 8185/23 8186/1 8186/9
**Oath Keeper [7]** 8177/24 8178/1 8178/4 8180/11 8180/14 8181/4 8181/5
**Oath Keepers [20]** 8114/25 8122/3 8122/10 8123/7 8126/2 8136/17 8136/21 8154/7 8154/8 8154/9 8154/11 8154/15 8154/22 8155/4 8155/5

8160/3 8167/8 8184/12 8185/23 8185/24
**Oath Keepers' [1]** 8186/1
**object [2]** 8146/14 8146/16
**objecting [1]** 8197/25
**objection [18]** 8107/17 8120/22 8123/12 8126/7 8126/15 8126/18 8129/7 8142/2 8143/19 8146/23 8150/8 8152/17 8156/10 8158/6 8158/16 8165/25 8179/4 8181/21
**objection to [1]** 8156/10
**objections [1]** 8157/4
**observe [1]** 8162/16
**observer [5]** 8154/24 8162/12 8177/23 8178/7 8180/2
**obtain [1]** 8143/4
**obtaining [1]** 8137/22
**obvious [2]** 8171/1 8177/1
**obviously [14]** 8143/3 8147/18 8150/25 8151/3 8154/25 8170/15 8174/13 8176/24 8177/6 8177/15 8195/4 8196/11 8197/10 8202/13
**occasion [2]** 8163/24 8180/15
**occasions [2]** 8173/11 8180/15
**occurring [1]** 8172/11
**off [16]** 8076/25 8077/18 8086/20 8114/3 8137/2 8137/5 8138/18 8145/17 8145/20 8160/18 8160/20 8171/10 8176/5 8190/19 8192/12 8199/4
**offense [2]** 8197/23 8198/3
**offer [1]** 8150/18
**office [2]** 8071/15 8139/16
**officer [1]** 8081/3

# O

**officers [4]** 8080/7
8133/10 8171/6
8171/12
**OFFICES [1]** 8072/13
**official [3]** 8073/2
8150/2 8206/3
**often [1]** 8185/11
**Oh [5]** 8119/15 8146/9
8152/14 8153/24
8156/12
**OK [5]** 8155/12 8160/4
8179/24 8180/1
8180/20
**OK Gator 1 [2]**
8179/24 8180/20
**OK Gator 1's [1]**
8180/1
**okay [131]** 8075/6
8075/16 8075/17
8077/5 8080/2 8082/14
8083/2 8083/5 8083/16
8084/22 8087/10
8087/11 8089/20
8091/23 8093/7
8093/12 8094/7
8095/12 8095/15
8096/1 8098/3 8099/2
8100/19 8102/23
8103/16 8103/19
8104/1 8107/24
8107/25 8108/21
8111/20 8112/10
8113/4 8113/22 8114/2
8119/22 8120/21
8121/6 8121/15
8121/17 8122/2 8122/6
8122/13 8122/17
8125/17 8126/19
8127/2 8129/13
8129/25 8130/17
8131/5 8131/10
8132/17 8134/6
8135/16 8136/24
8137/22 8142/22
8144/16 8144/21
8145/19 8146/1
8146/18 8147/14
8148/8 8148/12
8148/17 8153/12
8153/21 8155/3 8155/9
8157/5 8158/7 8159/2
8159/21 8161/10
8162/8 8163/1 8163/11

8164/11 8165/9
8169/18 8169/20
8170/23 8171/24
8173/5 8173/14
8175/11 8176/16
8177/4 8180/11 8181/1
8182/11 8182/19
8183/10 8183/25
8184/6 8184/8 8184/12
8188/6 8188/25 8190/2
8190/4 8191/3 8192/1
8192/4 8192/4 8192/23
8193/3 8193/21
8194/14 8194/17
8194/18 8195/5 8195/9
8195/11 8196/6
8196/25 8197/5 8198/5
8198/13 8198/16
8199/7 8200/7 8201/7
8201/11 8201/23
8202/21 8202/21
8205/12 8205/15
**older [1]** 8127/17
**Olive [3]** 8113/8
8113/12 8116/17
**Olive Garden [3]**
8113/8 8113/12
8116/17
**once [7]** 8076/21
8112/18 8144/18
8153/12 8177/6
8191/17 8202/8
**one [70]** 8076/18
8076/19 8076/19
8076/22 8077/13
8078/22 8081/4 8082/9
8083/20 8084/11
8087/10 8087/12
8089/11 8089/18
8093/1 8093/22 8094/1
8102/13 8106/24
8107/6 8108/7 8109/16
8109/19 8112/4
8112/12 8112/14
8114/4 8114/24 8115/5
8117/16 8118/9
8121/11 8123/17
8132/22 8134/13
8134/24 8135/4 8135/5
8136/7 8142/12
8142/15 8142/16
8142/16 8143/2 8145/6
8149/6 8150/25 8154/3
8157/24 8159/16

8160/5 8162/12 8163/2
8165/20 8169/20
8169/20 8170/13
8170/25 8176/19
8180/4 8181/20
8182/23 8186/7
8194/12 8195/25
8196/8 8196/11 8201/5
8201/6 8204/19
**One Nation Under
God [4]** 8142/12
8142/15 8142/16
8159/16
**ones [2]** 8109/19
8163/2
**online [1]** 8139/12
**only [10]** 8076/18
8076/19 8139/21
8141/9 8150/14
8150/14 8180/4
8180/18 8184/11
8199/13
**op [6]** 8094/19
8100/25 8181/16
8183/13 8183/20
8184/11
**open [7]** 8108/4
8130/20 8148/2
8171/19 8188/24
8190/3 8201/2
**opened [1]** 8171/2
**operate [1]** 8128/4
**operation [4]** 8122/25
8124/3 8124/4 8124/21
**operator [1]** 8195/23
**opportunity [1]** 8138/6
**opposed [1]** 8202/18
**Ops [2]** 8162/10
8180/19
**opted [1]** 8145/1
**order [1]** 8101/24
**orders [2]** 8128/18
8129/4
**organization [6]**
8132/21 8133/22
8137/14 8142/12
8142/15 8191/21
**organizers [2]** 8160/2
8165/4
**organizing [2]** 8164/6
8172/11
**orient [1]** 8086/13
**original [2]** 8144/5
8157/24

**originally [1]** 8152/9
**Orlando [1]** 8132/16
**other [46]** 8079/6
8081/17 8084/24
8087/20 8091/4 8091/8
8091/15 8092/23
8095/5 8095/10
8101/19 8102/7
8103/18 8103/20
8109/10 8111/17
8112/11 8112/13
8115/21 8124/12
8124/13 8124/15
8127/19 8127/20
8127/24 8136/17
8137/9 8144/7 8144/8
8144/12 8144/15
8150/23 8151/21
8151/22 8153/14
8153/17 8161/15
8163/8 8167/2 8174/16
8177/7 8180/14
8187/23 8199/24
8200/13 8202/10
**others [1]** 8169/1
**ought [2]** 8200/10
8200/24
**our [18]** 8115/4 8130/6
8130/14 8132/22
8133/17 8140/8 8144/5
8160/13 8163/14
8182/3 8182/24
8188/18 8196/14
8200/18 8201/4
8202/10 8204/20
8205/12
**out [26]** 8081/17
8100/5 8100/8 8112/23
8116/7 8118/6 8118/19
8119/2 8124/12
8124/18 8133/22
8144/18 8147/3 8150/3
8155/22 8160/14
8165/3 8167/4 8180/9
8191/8 8192/14 8196/7
8199/20 8201/19
8201/22 8202/25
**outfit [1]** 8103/14
**over [21]** 8079/25
8081/3 8082/2 8083/4
8084/8 8084/20 8090/8
8090/13 8091/5
8091/14 8092/24
8092/25 8098/13

# O

**over... [8]** 8108/21 8113/24 8120/10 8125/13 8129/24 8167/18 8171/18 8179/19
**over there [1]** 8083/4
**overnight [1]** 8138/19
**overview [1]** 8147/7
**overwhelming [1]** 8177/22
**own [5]** 8097/18 8115/4 8131/21 8160/13 8194/13
**owner [1]** 8195/23
**owner/operator [1]** 8195/23

# P

**P.A [1]** 8072/21
**p.m [37]** 8071/5 8077/15 8078/1 8078/9 8078/14 8078/21 8078/23 8082/24 8082/24 8085/10 8085/10 8086/9 8087/12 8088/6 8088/13 8089/2 8091/1 8094/18 8097/2 8100/1 8100/24 8102/4 8106/15 8107/6 8108/13 8108/22 8109/11 8111/2 8111/16 8111/22 8112/4 8157/2 8157/2 8164/24 8164/24 8183/18 8205/18
**PA [1]** 8072/7
**pack [1]** 8177/5
**packed [1]** 8116/25
**page [10]** 8074/1 8074/6 8093/22 8109/16 8109/20 8110/1 8111/6 8111/10 8142/1 8146/19
**pages [6]** 8093/23 8093/24 8133/5 8146/12 8146/14 8146/16
**paid [7]** 8120/9 8122/3 8122/7 8154/3 8161/4 8161/6 8161/9
**paintballs [2]** 8080/10 8080/14

**paperwork [4]** 8133/5 8133/23 8141/8 8150/3
**parameters [2]** 8138/21 8138/21
**park [7]** 8072/10 8132/23 8132/25 8134/1 8134/13 8135/12 8137/23
**parked [3]** 8117/21 8117/22 8118/1
**parking [5]** 8116/21 8117/13 8118/9 8160/15 8160/20
**Parks [9]** 8133/2 8133/5 8135/1 8135/10 8139/13 8139/24 8163/17 8163/20 8164/7
**part [10]** 8075/25 8106/4 8109/1 8130/10 8130/14 8147/16 8147/18 8151/2 8159/8 8183/13
**part of [1]** 8109/1
**parte [1]** 8200/23
**participant [1]** 8167/5
**particular [4]** 8132/24 8134/17 8159/15 8162/13
**particularly [1]** 8203/2
**parties [2]** 8189/9 8193/1
**party [1]** 8118/13
**pass [1]** 8129/11
**past [1]** 8140/1
**patient [1]** 8189/16
**patriots [1]** 8182/2
**pause [8]** 8088/24 8089/6 8089/23 8090/20 8092/19 8155/18 8167/7 8169/22
**pay [1]** 8180/2
**PDF [1]** 8167/19
**PDS [1]** 8136/23
**Pennsylvania [1]** 8072/13
**people [62]** 8081/25 8083/21 8083/22 8083/23 8087/8 8087/9 8091/10 8091/18 8091/18 8097/1 8102/11 8104/3 8105/7

8105/25 8106/4 8106/18 8114/9 8114/19 8114/21 8115/6 8115/14 8115/21 8115/22 8115/24 8115/24 8116/1 8116/12 8118/13 8118/13 8118/19 8118/20 8119/1 8124/15 8125/1 8134/19 8134/21 8137/3 8140/10 8151/16 8159/19 8161/18 8161/22 8161/25 8165/21 8167/22 8169/15 8170/21 8171/14 8172/19 8173/9 8173/12 8173/23 8174/4 8176/6 8177/19 8182/1 8183/18 8185/7 8188/12 8200/12
**people's [1]** 8116/10
**people-size [1]** 8140/10
**pepper [4]** 8080/8 8080/11 8080/12 8080/17
**perfect [1]** 8192/6
**perform [1]** 8122/4
**performed [1]** 8184/16
**perhaps [3]** 8189/1 8197/21 8201/13
**period [2]** 8170/19 8173/19
**permission [3]** 8135/2 8139/2 8145/11
**permit [25]** 8141/7 8141/11 8141/21 8142/20 8143/4 8143/6 8143/8 8143/14 8143/15 8144/21 8145/22 8147/12 8147/15 8147/16 8147/18 8150/1 8152/18 8157/25 8157/25 8158/3 8158/3 8158/14 8163/13 8172/14 8186/18
**permits [2]** 8137/23 8139/11
**permitting [5]** 8139/3 8139/5 8139/8 8139/9

**person [15]** 8091/23 8091/24 8097/24 8106/14 8106/22 8108/13 8109/24 8111/17 8126/5 8138/1 8140/13 8140/14 8151/4 8162/2 8180/6 **persona [1]** 8162/22
**personal [4]** 8125/15 8144/12 8154/9 8167/9
**persons [1]** 8159/14
**perspective [2]** 8170/7 8196/13
**Phillip [2]** 8071/19 8129/23
**Phillip Linder [1]** 8129/23
**phone [61]** 8075/18 8075/24 8076/1 8076/2 8076/4 8076/6 8076/10 8076/17 8077/18 8077/21 8081/13 8084/23 8085/17 8088/10 8088/18 8089/12 8090/10 8090/17 8090/25 8091/6 8091/9 8091/15 8091/19 8091/19 8092/3 8092/7 8092/9 8092/10 8092/11 8092/12 8092/17 8093/2 8093/3 8096/25 8098/4 8105/24 8106/8 8112/14 8120/15 8121/1 8121/14 8128/21 8129/1 8129/19 8137/11 8139/18 8140/18 8140/22 8148/21 8149/8 8149/12 8149/14 8149/15 8155/14 8155/15 8178/6 8180/6 8182/9 8187/19 8189/19 8204/9
**phones [2]** 8092/4 8114/3
**photo [15]** 8076/13 8085/17 8086/5 8086/9 8087/5 8096/19 8103/3 8109/21 8110/8 8111/4 8111/7 8111/8 8111/8 8111/11 8111/14

**photograph [4]**
8080/23 8080/25
8104/24 8110/25
**photographs [2]**
8076/16 8149/17
**photos [10]** 8085/5
8085/9 8087/12
8098/19 8098/22
8109/16 8109/24
8110/4 8110/16
8111/23
**phrase [1]** 8183/7
**physical [1]** 8202/23
**physically [3]** 8143/16
8175/25 8180/5
**pick [2]** 8148/24
8153/6
**picked [2]** 8091/15
8169/7
**picks [1]** 8091/13
**pics [2]** 8109/11
8109/14
**picture [16]** 8076/18
8077/21 8077/22
8078/1 8078/5 8079/17
8079/21 8095/12
8099/25 8100/11
8100/16 8100/17
8147/6 8147/7 8155/1
8159/10
**pictures [4]** 8076/4
8076/23 8105/20
8110/11
**pill [1]** 8171/11
**place [9]** 8123/8
8151/1 8160/5 8191/11
8192/9 8192/16
8193/10 8194/24
8195/6
**places [1]** 8171/3
**Plaintiff [1]** 8071/3
**plan [13]** 8095/24
8096/2 8096/6 8124/24
8135/25 8147/14
8150/24 8155/23
8168/18 8168/20
8169/4 8178/8 8178/11
**planned [8]** 8096/11
8123/17 8124/6 8124/7
8153/21 8153/23
8154/1 8190/25
**planner [6]** 8140/6
8140/7 8142/14

8180/15 8161/17
8181/1
**planning [24]** 8126/22
8127/13 8128/19
8132/2 8132/21
8133/22 8135/13
8137/14 8137/24
8144/18 8150/4
8154/25 8159/9 8163/9
8163/23 8166/16
8172/17 8180/25
8188/11 8188/13
8191/23 8194/13
8200/11 8204/7
**plans [7]** 8129/22
8189/24 8191/17
8191/17 8200/2
8200/12 8201/18
**plate [1]** 8083/22
**play [6]** 8088/22
8089/8 8089/22
8090/19 8150/12
8169/21
**played [2]** 8169/23
8195/24
**playing [1]** 8092/13
**Plaza [1]** 8164/24
**please [60]** 8075/8
8075/10 8076/13
8077/2 8077/13
8078/12 8078/23
8079/3 8079/12
8081/10 8086/2 8086/8
8087/3 8087/24 8089/6
8089/23 8090/20
8092/14 8092/19
8093/14 8095/16
8096/23 8099/6
8099/19 8100/20
8103/1 8103/7 8104/5
8104/10 8105/4
8105/22 8106/1 8108/9
8109/8 8110/1 8110/19
8110/21 8111/6
8111/20 8120/13
8123/13 8127/8
8129/19 8131/16
8132/20 8134/10
8139/8 8140/19 8142/1
8151/24 8157/12
8160/1 8168/14
8169/19 8175/6
8176/17 8181/15
8187/19 8189/17

**plot [3]** 8142/23
8143/2 8143/5
**plots [2]** 8143/3
8149/19
**podium [1]** 8173/24
**point [13]** 8081/1
8087/5 8088/2 8119/1
8120/5 8134/1 8171/4
8171/5 8171/16 8173/7
8174/7 8177/15
8200/24
**points [2]** 8109/10
8179/19
**police [30]** 8080/7
8116/9 8133/7 8138/7
8138/11 8139/16
8140/2 8144/6 8144/11
8144/14 8147/9
8147/13 8147/23
8149/22 8149/24
8150/2 8150/3 8160/14
8163/13 8163/14
8163/19 8171/6
8171/11 8173/16
8176/8 8177/7 8177/17
8177/18 8184/22
8184/23
**politely [1]** 8137/4
**politician [1]** 8138/3
**poll [1]** 8201/14
**pond [1]** 8079/7
**portable [1]** 8145/2
**position [1]** 8204/15
**possibility [1]** 8170/14
**possible [7]** 8088/14
8128/1 8145/12
8180/22 8199/10
8199/12 8199/16
**post [2]** 8149/16
8178/8
**powered [1]** 8139/1
**prearranged [1]**
8147/22
**predict [2]** 8194/6
8195/3
**predictions [1]**
8194/12
**prepared [2]** 8202/22
8205/15
**presence [1]** 8202/23
**present [3]** 8136/18
8196/16 8205/1
**presenting [1]**

**President [3]** 8087/21
8172/7 8172/8
**pressure [2]** 8115/7
8193/18
**presumably [1]**
8163/16
**presume [1]** 8129/3
**presuming [1]** 8135/3
**pretty [2]** 8112/7
8202/9
**prevent [1]** 8189/4
**previous [1]** 8180/15
**previously [3]** 8145/8
8157/19 8175/12
**prima [1]** 8186/3
**printed [1]** 8167/17
**prior [2]** 8159/16
8197/8
**private [4]** 8153/23
8154/2 8154/4 8154/5
**probably [13]** 8112/16
8117/12 8119/19
8119/20 8135/5
8139/25 8174/21
8177/20 8178/18
8186/7 8188/18
8196/13 8202/9
**problem [1]** 8145/13
**problems [1]** 8163/22
**proceeding [1]** 8075/2
**proceedings [4]**
8071/8 8073/7 8205/18
8206/5
**process [5]** 8139/5
8139/8 8139/9 8147/17
8199/6
**produced [1]** 8073/8
**producer [1]** 8162/13
**producing [1]** 8133/18
**production [1]** 8132/3
**profile [1]** 8172/24
**program [2]** 8165/8
8170/14
**programs [1]** 8170/13
**project [1]** 8140/25
**props [2]** 8144/22
8144/23
**prospective [1]** 8152/5
**protection [4]** 8135/11
8138/2 8180/4 8186/13
**protective [1]** 8136/23
**protest [4]** 8115/16
8162/1 8163/9 8164/12

**P**

**protesters [4]** 8115/9
8115/10 8115/15
8115/16
**protesting [1]** 8115/9
**provide [5]** 8150/18
8151/9 8164/5 8164/8
8193/4
**provided [4]** 8151/11
8151/13 8165/23
8182/12
**providing [2]** 8135/3
8167/9
**provisional [1]**
8165/21
**prudent [2]** 8203/24
8204/2
**PSD [2]** 8160/3 8180/4
**PSDs [1]** 8128/6
**public [1]** 8160/19
**publish [5]** 8142/3
8143/22 8147/1
8152/21 8166/5
**pull [7]** 8088/20
8102/25 8118/20
8120/12 8132/8
8175/12 8181/14
**pulled [1]** 8118/19
**purpose [1]** 8124/8
**purposes [3]** 8122/7
8194/13 8205/1
**pursuant [1]** 8200/22
**pushed [2]** 8170/16
8191/8
**put [17]** 8075/7 8114/3
8115/7 8117/12
8125/11 8126/12
8126/13 8127/14
8127/22 8145/5
8156/20 8179/20
8192/12 8193/9
8196/17 8197/16
8203/9
**puts [3]** 8095/12
8097/18 8193/17
**putting [2]** 8085/7
8195/19
**PUTZI [1]** 8072/21

**Q**

**QAnon [1]** 8183/4
**QRF [12]** 8095/23
8095/25 8096/1 8096/2
8096/5 8096/5 8096/6
8096/7 8096/9 8096/12
8124/4 8124/6
**quarantine [1]** 8196/4
**question [9]** 8123/14
8126/20 8127/7
8127/10 8150/9 8151/3
8153/25 8156/23
8201/14
**questions [13]**
8121/16 8121/23
8125/15 8129/11
8175/1 8178/23 8179/6
8179/9 8179/10
8179/12 8187/13
8194/22 8202/8
**quick [1]** 8189/19
**quicker [1]** 8148/22
**quite [2]** 8173/11
8183/3

**R**

**radio [1]** 8148/17
**radios [2]** 8148/13
8149/1
**Rakoczy [1]** 8071/12
**rally [5]** 8124/5 8124/5
8124/7 8135/3 8167/3
**ran [1]** 8097/1
**range [1]** 8195/23
**rangers [1]** 8163/19
**rather [2]** 8076/21
8178/12
**rattled [1]** 8076/25
**reached [1]** 8130/21
**react [1]** 8130/12
**read [7]** 8152/24
8159/25 8160/7
8160/25 8164/19
8166/9 8184/11
**reading [1]** 8190/8
**ready [13]** 8075/6
8148/6 8170/20
8173/21 8173/23
8173/24 8173/24
8176/22 8176/23
8177/2 8177/3 8182/2
8191/25
**real [8]** 8168/18
8168/20 8169/4
8184/14 8184/17
8184/25 8185/5 8201/9
**realized [1]** 8112/18
**really [11]** 8092/1
8098/12 8103/20
8114/1 8132/2 8156/15
8169/4 8180/2 8186/1
8204/13 8204/14
**reason [5]** 8133/16
8159/4 8190/25 8194/1
8203/20
**reasonable [2]** 8202/6
8202/11
**rebuild [1]** 8137/13
**rebuttal [1]** 8200/3
**recall [5]** 8136/9
8136/16 8149/13
8154/19 8165/12
**receive [1]** 8164/15
**received [63]** 8074/6
8074/7 8074/7 8074/8
8074/8 8074/9 8074/9
8074/10 8074/10
8074/11 8074/11
8074/12 8074/12
8074/13 8074/13
8074/14 8074/14
8074/15 8074/15
8074/16 8074/16
8074/17 8074/17
8074/18 8074/18
8074/19 8074/19
8074/20 8074/20
8074/21 8077/6 8077/7
8077/8 8077/9 8077/10
8077/11 8085/21
8085/22 8085/23
8085/24 8085/25
8086/1 8094/4 8099/3
8099/4 8099/5 8103/9
8107/16 8109/6
8110/23 8120/23
8142/5 8143/21
8146/25 8147/12
8147/16 8152/20
8158/8 8158/9 8158/18
8165/12 8166/4
8181/23
**recess [3]** 8097/25
8157/2 8183/19
**recognize [12]**
8141/18 8143/12
8146/4 8152/2 8157/21
8158/13 8162/9
8165/17 8175/18
8182/16 8182/17
8184/1
**record [5]** 8088/20
8139/7 8197/10
**recorded [1]** 8073/7
**recording [1]** 8114/4
**records [2]** 8075/18
8076/1
**red [3]** 8153/3 8153/4
8182/2
**red-blooded [1]**
8182/2
**reference [3]** 8122/17
8148/13 8183/4
**referred [1]** 8106/9
**referring [1]** 8123/4
**reflecting [1]** 8129/21
**regarding [3]** 8124/10
8128/21 8180/18
**regroup [2]** 8094/20
8097/6
**related [4]** 8189/3
8191/18 8191/18
8197/12
**released [1]** 8168/18
**Relevance [1]** 8152/17
**remain [2]** 8092/17
8092/21
**remember [30]**
8088/11 8088/14
8088/16 8090/10
8090/17 8091/19
8093/2 8093/5 8093/10
8098/11 8113/25
8114/14 8115/2 8115/3
8115/10 8117/11
8120/1 8120/15 8121/5
8128/22 8128/25
8129/9 8138/13
8144/24 8147/8
8149/16 8170/25
8183/7 8183/11
8183/23
**remembered [1]**
8182/20
**reminders [1]** 8190/8
**rent [1]** 8191/12
**rental [1]** 8202/16
**rented [1]** 8116/15
**Rep [1]** 8166/10
**rephrase [1]** 8123/13
**replies [1]** 8097/5
**reply [1]** 8177/3
**replying [1]** 8159/6
**reported [2]** 8075/3
8171/13
**reporter [5]** 8073/2

8234

# R

**reporter... [4]** 8073/2
8108/20 8131/16
8206/3
**representatives [1]**
8134/13
**republic [1]** 8114/10
**reputation [1]** 8133/25
**requested [1]** 8179/8
**requesting [2]**
8141/22 8186/5
**require [1]** 8139/14
**required [2]** 8133/3
8133/3
**resending [1]** 8097/16
**resent [2]** 8097/9
8097/10
**reserved [2]** 8153/1
8153/5
**Resource' [3]** 8131/21
8132/2 8132/4
**Resource Group [2]**
8131/21 8132/2
**Respectfully [1]**
8133/14
**respond [1]** 8108/15
**responded [1]**
8106/25
**responds [1]** 8094/25
**response [1]** 8148/20
**responsible [4]**
8137/15 8137/25
8138/1 8151/5
**rest [5]** 8129/18
8130/22 8145/22
8150/16 8196/11
**restate [1]** 8085/14
**restricted [1]** 8160/16
**restrictions [1]**
8139/21
**result [1]** 8197/10
**resume [2]** 8155/23
8189/7
**return [2]** 8155/23
8156/4
**returned [1]** 8190/14
**review [1]** 8155/9
**reviewed [3]** 8155/13
8157/3 8158/25
**RHODES [52]** 8071/5
8071/19 8072/2
8081/14 8081/19
8083/25 8088/10
8088/19 8089/3 8089/8

8089/9 8089/21 8090/1
8090/1 8090/5 8090/6
8090/7 8090/8 8090/23
8090/25 8092/2
8092/17 8092/21
8094/24 8095/12
8096/18 8097/5
8097/15 8098/5
8100/25 8104/18
8104/24 8105/7
8113/12 8114/2
8114/12 8117/4
8122/20 8124/10
8129/18 8136/12
8136/13 8136/17
8159/22 8159/24
8161/2 8179/11
8179/21 8180/20
8187/3 8204/22 8205/7
**Rhodes' [2]** 8103/11
8130/22
**rid [2]** 8119/2 8119/4
**rifle [5]** 8117/13
8118/5 8118/5 8118/24
8118/25
**rifles [3]** 8117/16
8118/22 8119/2
**right [200]**
**right-hand [1]** 8077/25
**right-hand corner [1]**
8175/16
**rights [3]** 8182/3
8182/24 8182/25
**rings [1]** 8089/18
**riot [10]** 8081/8
8081/23 8084/3
8086/25 8114/22
8115/11 8115/13
8115/17 8174/4 8177/6
**rioters [2]** 8115/18
8115/19
**rise [2]** 8114/21
8183/2
**risk [1]** 8195/18
**Ritchie [1]** 8072/22
**road [4]** 8072/10
8160/11 8160/21
8174/12
**Roberto [1]** 8084/18
**Roberto Minuta [1]**
8084/18
**Roger [13]** 8082/16
8082/20 8083/2 8084/7
8166/18 8166/21

8166/24 8166/25
8169/2 8187/7
**Roger Stone [9]**
8083/2 8084/7 8166/18
8166/21 8166/24
8166/25 8167/9 8169/2
8187/7
**Rohde [25]** 8077/13
8078/6 8079/4 8079/13
8081/11 8086/3 8087/3
8087/25 8088/23
8089/6 8089/23
8090/20 8092/14
8094/16 8096/23
8099/7 8099/20
8100/21 8105/4 8106/2
8107/4 8108/9 8109/8
8110/2 8181/15
**role [1]** 8150/12
**room [4]** 8116/15
8150/14 8150/14
8184/1
**rooms [4]** 8116/10
8150/12 8150/13
8150/19
**rotunda [4]** 8126/6
8126/25 8128/12
8129/5
**Roughly [1]** 8140/5
**row [1]** 8174/14
**RPR [1]** 8073/2
**rule [1]** 8126/18
**run [6]** 8137/6 8163/21
8165/3 8165/5 8165/7
8165/12
**rush [1]** 8157/16

# S

**S-t-e-p-h-e-n [1]**
8131/17
**Safe [1]** 8129/15
**said [45]** 8081/19
8081/22 8082/6
8082/10 8082/14
8083/1 8083/5 8084/7
8092/12 8095/24
8101/16 8112/1
8114/12 8114/14
8115/3 8116/9 8116/14
8116/16 8116/22
8118/9 8122/20 8123/3
8123/4 8129/21
8138/14 8140/18

8140/19 8140/20
8144/24 8147/9
8161/16 8162/14
8164/11 8170/14
8171/21 8171/22
8176/22 8176/23
8184/3 8191/22
8192/10 8198/11
8200/21 8201/9
8201/19
**same [27]** 8078/14
8078/25 8079/9
8080/25 8087/9
8090/11 8091/18
8091/18 8093/3 8100/3
8100/7 8100/11
8100/16 8102/2 8104/8
8104/11 8105/1 8105/1
8105/2 8109/19
8110/25 8111/8
8114/16 8138/17
8139/13 8144/8
8188/10
**satisfying [1]** 8193/24
**save [1]** 8114/10
**saved [1]** 8120/14
**saw [13]** 8080/7
8081/23 8086/6
8101/23 8109/19
8109/21 8110/4
8110/25 8111/22
8115/11 8170/13
8174/7 8186/15
**say [48]** 8077/1 8079/1
8081/15 8082/9 8084/9
8084/11 8085/9 8086/6
8086/25 8088/3
8089/11 8089/17
8093/25 8098/11
8106/20 8106/22
8115/22 8118/9 8119/4
8122/23 8123/9 8130/9
8131/24 8134/1
8134/14 8134/22
8135/1 8137/10
8137/11 8137/19
8138/3 8138/5 8145/23
8148/22 8152/7
8163/15 8164/22
8168/16 8170/3
8173/10 8183/1 8183/6
8190/4 8191/17
8196/19 8198/17
8200/8 8202/14

**saying [20]**  8089/17
8090/17 8091/5
8091/12 8096/3 8096/4
8096/4 8097/18
8100/17 8103/20
8104/2 8107/1 8113/1
8118/2 8121/1 8123/24
8159/6 8161/2 8162/23
8164/23
**says [8]**  8101/1
8104/18 8106/9
8106/14 8112/11
8129/9 8137/17
8168/17
**scaffolding [3]**
8087/18 8087/20
8099/16
**scale [1]**  8170/19
**scaling [3]**  8081/25
8086/17 8087/8
**scared [2]**  8097/1
8116/5
**scenario [2]**  8201/11
8202/11
**schedule [8]**  8137/13
8165/21 8191/1
8193/18 8199/8 8202/2
8202/6 8205/12
**scheduled [4]**  8137/10
8144/13 8189/5
8192/1
**scissors [3]**  8121/2
8121/4 8121/12
**screen [7]**  8085/7
8108/6 8108/8 8120/12
8157/22 8167/24
8181/14
**screenshots [1]**
8093/15
**scroll [6]**  8106/1
8107/3 8108/8 8160/6
8164/19 8167/6
**scrolling [6]**  8161/10
8167/12 8168/14
8169/8 8169/18
8169/19
**scrubbed [4]**  8121/8
8121/9 8121/10
8121/13
**seamless [1]**  8133/19
**seamlessly [2]**  8137/2
8163/21
**seat [4]**  8131/8 8156/6

**seated [2]**  8075/10
8153/4
**seating [2]**  8153/2
8153/5
**second [5]**  8078/6
8088/23 8142/1 8146/1
8167/25
**seconds [10]**  8087/10
8089/2 8089/9 8089/19
8089/20 8089/25
8089/25 8090/22
8090/25 8092/21
**Secret [4]**  8082/21
8138/4 8149/2 8185/13
**section [4]**  8144/4
8144/6 8144/9 8145/21
**Section 8 [1]**  8144/9
**Section 9 [2]**  8144/4
8144/6
**sections [2]**  8144/2
8144/7
**secured [2]**  8145/3
8165/2
**security [34]**  8096/4
8122/4 8124/21
8125/14 8126/3 8135/9
8153/23 8154/2 8154/4
8154/5 8154/9 8155/12
8159/5 8159/14 8160/3
8161/3 8161/4 8161/6
8161/9 8164/25
8164/25 8165/2 8167/9
8171/16 8184/9
8184/13 8184/14
8184/16 8184/17
8185/1 8185/5 8185/13
8185/17 8186/1
**see [72]**  8076/18
8077/19 8078/3
8079/16 8079/22
8081/3 8084/20
8087/18 8088/24
8089/3 8089/10
8089/11 8090/3 8090/4
8091/1 8091/2 8092/12
8093/16 8094/22
8095/2 8096/20 8097/3
8098/6 8099/16
8100/13 8101/2 8101/6
8101/20 8104/16
8104/17 8104/23
8105/6 8105/25 8106/6
8106/11 8107/24

8112/9 8118/19
8121/23 8122/21
8134/16 8134/17
8142/1 8144/3 8144/4
8144/22 8145/15
8147/5 8147/6 8148/9
8148/12 8155/25
8156/16 8157/1 8158/1
8159/4 8161/21 8166/7
8166/18 8168/4 8174/9
8175/15 8178/8
8179/17 8182/6
8183/21 8189/22
8190/12 8195/10
**seeing [14]**  8078/9
8088/5 8112/1 8142/8
8144/1 8160/18
8167/16 8174/10
8175/23 8182/20
8183/8 8183/23 8190/7
8190/10
**seek [5]**  8143/17
8146/10 8152/16
8155/19 8158/5
**seem [1]**  8132/6
**seemed [1]**  8171/7
**seems [1]**  8202/5
**seen [7]**  8092/9
8092/10 8100/15
8102/12 8156/11
8172/21 8172/22
**self [1]**  8139/1
**self-powered [1]**
8139/1
**senate [2]**  8145/15
8151/19
**Senator [1]**  8138/3
**Senators [1]**  8186/7
**send [8]**  8076/6
8093/11 8109/14
8120/25 8127/25
8161/12 8167/13
8189/15
**sending [12]**  8105/21
8109/24 8110/4 8111/4
8111/7 8111/8 8112/8
8112/25 8121/5
8124/15 8139/15
8168/4
**sends [3]**  8095/18
8096/18 8100/25
**sense [8]**  8119/1
8122/11 8182/23

8191/1 8199/15 8200/3
**sensitive [2]**  8197/3
8197/6
**sent [17]**  8075/25
8093/9 8097/9 8105/11
8110/15 8111/10
8111/14 8111/23
8120/14 8120/17
8124/18 8146/6
8153/14 8160/10
8164/20 8168/11
8169/25
**separate [1]**  8075/3
**separated [1]**  8173/17
**series [3]**  8076/16
8098/19 8110/15
**serious [1]**  8125/20
**service [13]**  8082/21
8132/23 8132/25
8134/1 8134/13
8137/23 8138/4 8149/2
8149/10 8149/12
8149/14 8149/15
8185/13
**services [2]**  8122/4
8133/8
**session [2]**  8071/6
8075/2
**set [3]**  8085/4 8138/20
8170/10
**settled [1]**  8147/13
**several [4]**  8082/18
8084/24 8093/4 8112/8
**share [1]**  8163/18
**she [12]**  8097/25
8108/19 8116/4 8116/7
8116/9 8116/14
8116/15 8116/22
8116/22 8184/6
8189/24 8196/3
**ship [1]**  8137/6
**shirt [1]**  8149/4
**shit [1]**  8124/22
**shoot [1]**  8080/10
**shooting [1]**  8081/4
**short [4]**  8188/7
8193/11 8199/4 8200/6
**shorter [1]**  8197/20
**shortly [3]**  8098/8
8098/14 8156/1
**shorts [1]**  8203/21
**should [2]**  8108/1
8152/6

S

**shouldn't [1]** 8148/1
**show [19]** 8076/12
8141/14 8143/9 8145/8
8145/25 8146/19
8147/3 8148/8 8155/6
8157/16 8157/18
8158/10 8165/3 8165/5
8165/7 8165/12
8165/15 8186/10
8186/15
**showed [11]** 8083/22
8150/1 8170/10
8177/10 8186/21
8186/22 8187/1 8187/3
8187/5 8187/7 8187/9
**showing [1]** 8176/9
**shows [2]** 8167/20
8173/13
**Shure [1]** 8145/6
**shut [1]** 8160/14
**sic [2]** 8136/23
8153/13
**side [25]** 8077/25
8078/15 8078/18
8079/9 8086/10
8087/15 8087/20
8094/25 8095/4 8095/5
8095/10 8097/19
8099/10 8099/12
8099/13 8099/23
8101/8 8101/8 8111/1
8111/1 8114/3 8147/11
8147/19 8174/20
8179/8
**Sidebar [3]** 8187/20
8197/4 8198/6
**sidewalks [1]** 8176/12
**signal [17]** 8076/8
8093/9 8093/9 8093/11
8093/15 8094/7
8112/16 8112/17
8112/21 8121/2 8121/5
8124/9 8154/17
8154/20 8154/24
8158/23 8161/13
**Signal group [1]**
8154/20
**signed [4]** 8143/13
8158/3 8158/4 8191/3
**significance [1]**
8142/25
**silver [1]** 8153/6
**similar [9]** 8086/5

8087/5 8087/8 8088/2
8088/2 8094/10 8111/8
8197/6 8197/13
**Simmons [2]** 8075/19
8075/22
**simple [1]** 8197/8
**simultaneously [2]**
8091/17 8112/8
**since [6]** 8083/16
8083/17 8131/6
8189/13 8191/23
8203/7
**sir [12]** 8091/11
8096/3 8123/15
8126/18 8129/15
8130/19 8131/8
8141/18 8187/17
8196/24 8203/15
8203/16
**sit [3]** 8178/2 8192/6
8194/4
**sites [2]** 8160/19
8161/20
**sitting [5]** 8096/14
8115/4 8184/2 8189/5
8200/10
**situation [2]** 8092/25
8196/4
**six [4]** 8165/1 8186/5
8191/8 8197/19
**size [2]** 8140/10
8144/24
**slide [9]** 8095/16
8096/23 8097/13
8100/22 8111/21
8121/6 8162/19
8181/20 8183/15
**slides [4]** 8100/21
8102/1 8156/13
8156/16
**sliding [1]** 8170/19
**slightly [2]** 8125/5
8145/17
**slowly [4]** 8132/8
8160/6 8160/25
8164/19
**small [3]** 8132/3
8170/10 8171/18
**smell [1]** 8147/24
**smoothly [1]** 8163/21
**Smrecek [1]** 8195/22
**sniffer [1]** 8147/24
**so [229]**
**so sorry [1]** 8182/10

**social [1]** 8132/5
**some [41]** 8075/24
8076/1 8076/4 8080/16
8084/9 8089/15
8089/15 8093/8
8093/15 8105/10
8109/14 8110/4
8110/16 8111/23
8118/8 8118/13
8118/21 8119/2
8121/24 8126/2
8130/12 8137/3
8138/12 8138/21
8149/16 8153/12
8153/19 8169/16
8169/17 8171/6
8172/15 8172/24
8172/25 8184/25
8189/4 8193/4 8196/15
8199/15 8200/13
8200/24 8204/2
**somebody [21]**
8096/25 8097/22
8106/8 8110/15 8111/4
8112/5 8115/8 8115/17
8115/25 8116/23
8131/6 8137/17
8148/22 8148/24
8173/6 8178/24
8179/23 8187/22
8199/20 8199/22
8204/10
**someone [4]** 8084/17
8091/4 8092/22
8120/14
**something [19]**
8082/20 8082/21
8116/13 8119/14
8133/18 8134/20
8134/23 8140/1
8151/16 8155/2
8159/23 8170/14
8173/15 8173/21
8180/24 8181/6
8182/25 8186/13
8196/4
**sometimes [3]** 8084/1
8140/8 8148/20
**somewhere [1]** 8125/8
**SoRelle [2]** 8113/15
8116/2
**sorry [21]** 8093/25
8107/24 8108/5
8108/20 8117/24

8133/20 8135/20
8146/9 8152/14 8166/2
8171/23 8182/10
8186/21 8188/8 8192/3
8193/17 8193/20
8198/25 8198/25
8201/8 8204/19
**sort [15]** 8084/9
8086/13 8087/20
8104/1 8104/8 8104/12
8104/16 8104/23
8105/6 8105/6 8152/10
8164/8 8185/17
8197/14 8202/7
**sorted [1]** 8155/22
**sorts [1]** 8177/9
**sound [2]** 8145/2
8170/12
**sounds [2]** 8201/12
8201/24
**soup [2]** 8177/10
8177/12
**south [2]** 8097/19
8186/20
**sparsely [1]** 8171/7
**speak [15]** 8132/8
8137/25 8140/17
8141/12 8150/5 8152/7
8153/10 8166/14
8169/10 8172/8
8172/22 8173/3
8174/1 8177/2 8198/18
**speaker [5]** 8152/11
8153/4 8153/18 8167/1
8167/1
**speaker/super [1]**
8153/4
**speakers [14]** 8136/8
8137/7 8137/9 8145/3
8145/8 8151/12 8152/5
8153/4 8153/13 8160/3
8170/11 8170/22
8172/18 8187/11
**speaking [14]** 8089/9
8125/6 8141/9 8141/9
8151/3 8151/5 8151/10
8151/21 8165/22
8168/25 8169/1 8169/6
8172/5 8187/22
**speaks [1]** 8137/25
**special [1]** 8153/4
**specialize [1]** 8140/11
**speculate [1]** 8129/9
**sped [1]** 8116/17

**speech [2]** 8134/4
8169/13
**speed [2]** 8148/25
8176/2
**spelling [1]** 8131/16
**spend [1]** 8133/24
**spoke [3]** 8173/16
8176/19 8176/21
**spoken [1]** 8188/15
**spot [2]** 8079/9
8134/17
**spray [2]** 8080/7
8080/8
**spread [1]** 8165/3
**spreadsheet [1]**
8152/10
**Sr [1]** 8072/21
**SS [2]** 8138/4 8185/14
**staffed [1]** 8171/7
**stage [19]** 8087/21
8124/25 8125/2 8125/4
8125/12 8137/15
8138/1 8138/22 8143/4
8144/24 8152/7
8165/22 8170/10
8170/20 8173/1
8173/20 8174/1 8174/8
8177/1
**Stage 7 [1]** 8124/25
**stand [6]** 8131/4
8145/4 8182/2 8182/23
8189/10 8195/20
**standard [2]** 8133/2
8133/17
**standby [1]** 8204/11
**standing [13]** 8078/9
8079/23 8087/21
8101/21 8102/22
8102/24 8103/3
8103/18 8104/1 8104/7
8104/12 8104/23
8105/7
**stands [1]** 8145/2
**Stanley [1]** 8072/9
**star [1]** 8185/17
**start [10]** 8076/1
8109/7 8114/22
8131/15 8140/10
8170/17 8173/25
8191/4 8193/7 8201/4
**started [5]** 8105/20
8118/7 8170/8 8177/6
8191/7

**starting [5]** 8108/22
8108/9 8170/14
8188/13 8191/19
**starts [1]** 8165/8
**state [1]** 8114/25
**state's [1]** 8114/16
**STATES [3]** 8071/1
8071/2 8071/9
**stating [1]** 8131/15
**station [7]** 8117/14
8117/23 8118/4
8118/12 8118/20
8118/21 8202/11
**status [2]** 8178/7
8196/3
**stay [6]** 8082/4 8190/1
8192/16 8192/21
8193/10 8194/24
**stayed [1]** 8119/20
**staying [1]** 8116/18
**Steal [1]** 8136/3
**stenography [1]**
8073/7
**step [2]** 8156/3
8187/17
**Stephen [6]** 8131/4
8131/9 8131/13
8131/17 8158/4
8179/13
**Stephen Anthony
Brown [1]** 8131/17
**Stephen Brown [2]**
8131/4 8158/4
**steps [4]** 8097/19
8101/21 8102/6 8150/7
**Steve [1]** 8159/6
**Steve Brown [1]**
8159/6
**STEWART [57]** 8071/5
8071/19 8072/2
8081/14 8082/1 8082/4
8082/7 8085/2 8088/10
8088/19 8089/3 8089/9
8089/15 8090/1 8090/1
8090/10 8090/12
8090/23 8090/25
8091/5 8091/20 8092/2
8092/3 8092/12
8092/17 8092/21
8093/2 8093/4 8098/5
8100/25 8103/21
8103/24 8104/7
8104/24 8113/12
8114/2 8114/6 8114/14

8117/4 8117/7 8119/24
8119/25 8120/3
8122/22 8129/18
8136/12 8136/13
8136/17 8136/20
8159/24 8161/2
8162/14 8179/11
8179/21 8180/4
8180/20 8187/3
**Stewart Rhodes [25]**
8081/14 8088/10
8088/19 8089/9 8090/1
8090/23 8090/25
8092/2 8092/17
8092/21 8098/5
8100/25 8104/24
8113/12 8117/4
8129/18 8136/12
8136/13 8136/17
8159/24 8161/2
8179/11 8179/21
8180/20 8187/3
**Stewart's [2]** 8104/14
8124/15
**still [27]** 8078/25
8079/9 8079/20
8079/21 8082/19
8084/12 8086/10
8087/15 8090/8 8091/6
8091/7 8091/15 8099/9
8102/11 8115/9
8115/15 8124/21
8127/24 8127/25
8128/4 8148/25 8162/6
8178/4 8196/22 8200/8
8200/14 8200/21
**stolen [1]** 8169/12
**Stone [11]** 8082/16
8082/20 8083/2 8084/7
8166/18 8166/21
8166/24 8166/25
8167/9 8169/2 8187/7
**stood [2]** 8115/20
8116/20
**stop [10]** 8080/18
8080/20 8109/7
8128/15 8136/3 8161/1
8164/20 8175/25
8176/1 8178/11
**stopping [1]** 8176/5
**stops [1]** 8174/12
**storm [4]** 8126/25
8126/25 8182/5 8183/3
**storming [15]** 8105/12

8105/15 8106/18
8107/7 8107/9 8107/11
8107/23 8108/10
8108/15 8110/9
8110/12 8111/17
8111/23 8112/5
8112/11
**streamline [1]** 8199/5
**street [15]** 8071/15
8072/3 8072/6 8117/21
8118/1 8171/1 8171/3
8171/14 8174/10
8174/19 8174/20
8175/7 8175/8 8175/19
8176/15
**streets [2]** 8160/14
8160/15
**stretch [1]** 8115/23
**stricken [1]** 8129/8
**strict [1]** 8138/17
**string [1]** 8201/2
**stuff [11]** 8081/18
8114/15 8114/23
8116/10 8116/25
8117/2 8121/24
8123/24 8124/14
8192/10 8202/14
**subject [3]** 8153/1
8169/13 8169/15
**subpoena [1]** 8200/22
**subpoenaed [2]**
8135/18 8135/21
**success [1]** 8128/1
**such [2]** 8148/23
8148/23
**suddenly [1]** 8173/20
**suggested [2]** 8150/13
8198/8
**Suit [1]** 8205/8
**Suite [4]** 8071/20
8071/22 8072/14
8072/22
**super [1]** 8153/4
**supposed [8]** 8121/10
8125/2 8125/4 8125/6
8125/8 8125/9 8191/4
8192/11
**supposedly [1]**
8128/22
**Supreme [3]** 8094/25
8095/4 8095/6
**sure [26]** 8089/13
8089/17 8107/2 8112/7
8115/5 8124/16 8139/4

**S**

sure... [19]  8145/13
8147/25 8151/15
8156/21 8163/21
8166/11 8170/12
8170/23 8173/20
8183/3 8183/12
8193/13 8193/24
8194/1 8197/15
8197/23 8198/19
8199/25 8204/4
surf [1]  8193/14
surprised [1]  8172/25
survived [1]  8125/23
sustained [4]  8123/13
8127/1 8129/8 8179/5
SWAT [1]  8177/21
switch [8]  8155/7
8162/5 8164/18
8165/10 8167/6
8167/24 8168/9
8173/22
sworn [1]  8131/9
system [3]  8145/2
8163/18 8173/20

**T**

T-Mobile [2]  8112/23
8112/24
tacitly [1]  8122/18
take [8]  8077/21
8081/10 8084/7
8138/18 8139/24
8155/22 8176/17
8190/19
taken [11]  8077/22
8078/1 8094/19
8109/19 8109/21
8111/1 8123/8 8133/21
8137/5 8144/7 8183/18
takes [1]  8134/20
taking [7]  8076/4
8086/9 8099/25
8100/11 8100/16
8116/10 8116/10
talk [13]  8075/24
8084/1 8105/10
8119/25 8120/3 8124/6
8148/18 8156/24
8157/10 8160/4
8179/23 8184/12
8193/1
talked [7]  8081/21
8082/19 8082/23

8093/4 8097/6
8202/7
talkies [1]  8148/18
talking [34]  8082/1
8090/5 8090/7 8091/6
8091/16 8092/11
8096/3 8101/9 8102/23
8103/16 8103/22
8105/7 8108/6 8114/5
8114/10 8114/17
8115/8 8116/21
8119/24 8122/22
8123/1 8124/3 8137/3
8144/19 8149/18
8161/13 8161/19
8168/23 8175/21
8180/21 8182/23
8191/8 8193/19
8193/19
tall [2]  8138/23
8138/23
Tampa [1]  8132/16
tape [1]  8113/24
Tarpley [1]  8072/2
team [11]  8083/6
8084/6 8096/4 8098/15
8100/8 8100/12
8100/13 8148/19
8150/16 8160/4 8169/6
teams [1]  8124/19
technical [1]  8196/13
Technically [1]
8145/17
teleconference [1]
8130/7
telework [1]  8191/21
tell [9]  8081/8 8082/4
8102/15 8138/9
8140/19 8141/20
8146/13 8152/4
8165/19
telling [5]  8084/25
8096/5 8102/4 8159/23
8196/21
temperament [1]
8083/13
ten [1]  8192/17
tenant [1]  8191/12
tentative [1]  8151/11
term [3]  8122/11
8122/15 8193/12
terms [7]  8123/20
8128/6 8130/10
8130/12 8133/2

terrific [2]  8129/13
8199/23
tested [1]  8148/6
testified [6]  8153/8
8155/10 8158/22
8173/5 8176/6 8176/16
testifying [1]  8153/13
testimony [5]  8129/14
8156/5 8187/17
8196/21 8197/6
Texas [3]  8119/5
8184/2 8184/7
text [8]  8076/6
8105/20 8110/8
8112/13 8112/15
8112/25 8183/11
8189/16
text-message [1]
8112/15
texting [1]  8105/20
texts [5]  8110/16
8122/21 8124/9 8146/5
8146/6
than [16]  8076/21
8079/20 8080/14
8080/16 8081/4
8084/13 8126/2 8134/2
8136/17 8137/22
8186/10 8195/21
8196/10 8197/19
8198/14 8201/13
thank [25]  8075/13
8077/12 8085/19
8085/20 8094/3 8094/5
8121/15 8129/14
8129/16 8131/12
8155/25 8157/4 8157/5
8157/15 8187/16
8188/23 8190/10
8190/16 8190/18
8190/21 8195/10
8198/4 8204/11
8205/16 8205/17
Thanks [2]  8131/11
8195/11
Thanksgiving [7]
8189/12 8192/7
8192/13 8194/5
8201/15 8201/19
8201/25
that [472]
that day [1]  8162/17
that mean [1]  8143/1

that's [65]  8077/14
8077/14 8078/21
8079/17 8079/25
8086/14 8087/18
8089/2 8089/11 8091/3
8091/12 8096/8
8097/11 8097/15
8097/17 8099/16
8100/3 8100/7 8102/6
8102/17 8103/11
8103/24 8104/7
8106/13 8107/25
8108/3 8112/1 8112/7
8115/23 8115/23
8116/15 8117/15
8120/2 8121/11
8127/25 8128/21
8131/21 8134/23
8138/22 8138/23
8140/11 8142/21
8146/5 8146/22
8151/15 8156/23
8158/24 8166/12
8170/2 8171/16 8173/7
8173/13 8179/25
8183/4 8185/7 8190/25
8192/4 8192/4 8192/23
8192/23 8193/21
8193/23 8203/14
8203/21 8203/23
their [15]  8114/3
8116/10 8125/1 8133/4
8137/21 8150/2
8153/18 8166/9
8170/11 8173/9 8180/3
8192/20 8204/14
8204/15 8204/25
them [42]  8076/19
8076/21 8076/21
8085/7 8093/6 8112/8
8115/10 8115/19
8115/20 8115/25
8116/10 8117/6 8117/9
8117/11 8117/12
8122/7 8124/17
8124/20 8128/9 8135/6
8136/20 8137/4
8139/13 8148/24
8149/3 8167/23 8176/4
8178/24 8180/12
8182/13 8184/23
8185/21 8185/23
8185/24 8186/2
8186/15 8189/22

# T

**them... [5]** 8195/18
8196/9 8199/3 8201/25
8203/7
**themselves [1]**
8177/16
**then [97]** 8078/1
8083/3 8090/5 8090/6
8094/24 8095/5
8095/18 8096/18
8096/22 8098/14
8101/4 8101/11
8102/23 8104/22
8105/4 8106/8 8106/14
8107/22 8107/23
8109/14 8109/20
8111/6 8111/16 8114/9
8115/18 8116/21
8116/23 8116/25
8117/19 8118/7
8118/21 8119/9
8119/19 8119/22
8120/12 8121/7
8124/13 8124/25
8125/1 8125/3 8128/3
8130/2 8133/21 8134/9
8134/12 8134/17
8134/19 8135/1 8135/6
8136/25 8137/13
8138/4 8139/12
8139/15 8139/18
8139/23 8142/22
8144/19 8146/23
8147/22 8148/3 8148/5
8151/3 8153/16
8155/22 8156/22
8156/25 8156/25
8159/1 8159/18
8160/13 8160/16
8160/16 8170/17
8170/18 8170/21
8172/11 8173/2
8173/18 8174/19
8174/20 8176/14
8179/23 8185/14
8190/5 8191/10
8191/16 8192/14
8193/4 8194/3 8196/10
8196/13 8196/25
8198/1 8200/1 8201/14
8201/21
**theories [1]** 8090/15
**there [124]** 8079/7
8083/4 8084/6 8084/14

8089/23 8090/8 8090/9
8090/20 8091/17
8092/19 8093/8
8094/15 8095/12
8096/5 8097/5 8099/25
8100/3 8102/22
8102/24 8103/4
8103/16 8104/7
8104/18 8108/11
8110/7 8112/18 8113/3
8113/12 8113/19
8114/18 8114/22
8115/4 8115/15
8115/16 8115/17
8115/24 8116/20
8118/3 8118/11
8119/20 8123/3
8123/20 8123/24
8125/1 8125/4 8126/18
8127/10 8133/6 8135/4
8137/8 8142/13 8143/3
8144/14 8144/16
8145/5 8145/6 8147/25
8148/1 8149/11 8151/6
8151/11 8151/12
8151/14 8151/15
8151/19 8151/20
8153/13 8154/24
8156/9 8159/1 8160/12
8161/8 8162/2 8162/4
8163/5 8163/6 8163/7
8163/8 8163/21
8163/22 8164/21
8167/2 8167/7 8169/16
8169/16 8170/13
8170/15 8171/4 8171/6
8171/9 8171/11
8171/20 8171/24
8173/4 8174/9 8174/13
8175/18 8176/21
8176/24 8176/25
8177/8 8177/9 8177/16
8177/17 8178/13
8179/7 8180/12
8180/13 8186/5
8186/12 8186/17
8186/17 8186/24
8187/11 8191/20
8195/25 8196/15
8200/21 8200/24
8200/25 8202/3
8202/25
**there's [10]** 8122/25

8138/23 8146/22
8153/19 8156/13
8164/11 8167/2 8167/3
8173/11 8198/18
**these [24]** 8076/16
8080/7 8085/9 8086/17
8086/20 8093/15
8098/22 8099/14
8104/17 8108/8
8112/23 8127/24
8139/12 8146/6 8149/1
8153/8 8158/25
8160/18 8160/19
8180/11 8185/15
8186/9 8199/13
8204/13
**they [119]** 8076/23
8081/16 8082/2
8082/20 8084/11
8084/13 8084/13
8084/14 8085/14
8094/19 8097/1 8097/1
8098/12 8101/12
8107/8 8110/11
8114/17 8115/16
8115/18 8115/22
8116/12 8116/14
8117/6 8117/7 8117/9
8117/12 8117/12
8118/2 8118/6 8118/6
8118/8 8118/9 8125/11
8132/1 8133/20
8133/24 8133/24
8136/19 8136/23
8137/3 8137/10
8137/20 8137/25
8138/4 8144/6 8145/3
8145/5 8148/2 8148/18
8149/3 8149/17 8150/4
8151/5 8151/6 8151/6
8152/11 8152/11
8155/15 8157/1
8159/19 8160/4
8161/20 8161/23
8161/24 8161/24
8161/25 8163/9
8163/16 8164/3 8164/8
8168/25 8169/7
8171/20 8172/23
8173/4 8173/10
8174/11 8174/18
8175/24 8175/24
8176/1 8176/4 8176/11
8176/13 8176/14

8177/14 8177/15
8177/22 8180/4
8180/23 8184/14
8184/15 8184/16
8185/9 8185/10
8185/11 8185/17
8185/19 8186/10
8186/12 8186/13
8186/17 8189/20
8191/22 8192/11
8192/11 8192/13
8192/14 8195/17
8199/4 8200/11
8201/19 8201/20
8202/4 8204/1 8204/1
8204/9
**they're [3]** 8151/4
8175/25 8180/3
**they've [3]** 8137/5
8139/17 8164/11
**thing [3]** 8127/17
8134/6 8171/16
**things [10]** 8093/1
8121/25 8128/19
8150/25 8164/10
8169/17 8188/17
8189/10 8196/11
8200/2
**think [54]** 8075/5
8083/25 8087/9
8087/10 8097/15
8099/23 8114/16
8117/6 8117/6 8117/22
8118/5 8118/24
8118/24 8118/25
8119/5 8119/18
8121/11 8122/24
8139/25 8140/9
8146/20 8151/16
8165/2 8171/22 8173/9
8184/3 8187/23
8188/18 8188/19
8189/24 8191/9
8194/23 8195/17
8196/22 8196/25
8197/17 8197/18
8197/19 8198/10
8198/18 8199/10
8200/13 8200/16
8201/18 8201/21
8202/4 8202/19 8203/1
8203/1 8203/3 8203/10
8204/1 8204/2 8204/14

8240

**T**

**thinking [2]** 8114/21
8130/13
**Third [9]** 8171/1
8171/3 8171/14 8174/9
8174/19 8175/7 8175/8
8175/19 8176/15
**Third Street [5]**
8174/19 8175/7 8175/8
8175/19 8176/15
**thirdhand [1]** 8174/15
**this [176]**
**Thomas [1]** 8072/21
**those [22]** 8077/5
8080/14 8080/16
8081/4 8085/12
8085/19 8093/1
8096/16 8099/2
8101/21 8113/20
8114/24 8115/11
8118/22 8122/7
8128/19 8136/21
8138/21 8146/23
8175/22 8200/18
8201/21
**though [1]** 8093/3
**thought [13]** 8082/7
8112/19 8113/2
8114/19 8115/15
8156/12 8167/22
8184/3 8184/5 8185/19
8185/25 8186/3
8202/14
**thoughts [1]** 8194/16
**thousands [1]** 8115/24
**thread [3]** 8106/5
8112/16 8168/1
**three [19]** 8090/2
8090/8 8090/18
8090/18 8091/11
8091/18 8091/18
8091/20 8092/18
8093/4 8093/5 8119/20
8128/22 8131/22
8140/8 8177/20
8193/19 8201/18
8201/21
**three-way [7]** 8090/2
8090/18 8091/11
8091/20 8093/4 8093/5
8128/22
**through [22]** 8076/19
8076/21 8089/15
8133/11 8139/3

8147/23 8149/1 8149/3
8149/4 8155/11
8155/17 8159/21
8163/13 8167/20
8170/6 8171/19
8174/18 8193/20
8194/3 8203/6 8203/11
8203/11
**throughout [1]**
8105/11
**throw [2]** 8173/21
8202/25
**Thursday [2]** 8201/12
8203/18
**tie [2]** 8203/17 8205/8
**tight [2]** 8137/6 8169/5
**time [58]** 8076/19
8076/20 8076/22
8077/22 8081/14
8082/23 8083/15
8088/6 8088/11
8088/12 8090/11
8091/3 8092/9 8092/22
8093/3 8093/8 8094/1
8095/22 8097/22
8100/11 8100/16
8100/24 8105/2 8108/7
8114/16 8119/13
8119/15 8123/18
8129/14 8132/7
8132/10 8133/25
8134/8 8134/17
8134/20 8136/5
8139/14 8141/5 8148/7
8151/1 8165/8 8168/25
8169/7 8170/17
8170/18 8172/21
8175/6 8178/7 8178/14
8183/6 8187/16
8190/11 8197/11
8203/8 8203/10
8204/11 8204/14
8205/13
**timeframe [3]** 8080/23
8138/12 8138/13
**timeline [1]** 8165/7
**times [10]** 8084/24
8088/14 8093/4 8122/3
8123/7 8177/20 8180/7
8186/5 8191/24
8204/17
**timestamps [1]**
8098/11
**timetable [1]** 8192/6

**timing [2]** 8137/2
8151/15
**today [7]** 8155/10
8156/20 8157/8 8178/2
8189/1 8189/10 8191/4
**Today's [1]** 8191/5
**together [2]** 8090/18
8148/19
**told [20]** 8081/23
8082/5 8082/10
8082/24 8083/1
8083/23 8083/25
8084/3 8084/21
8101/16 8101/16
8105/11 8105/19
8116/7 8121/12
8179/23 8181/10
8188/11 8200/12
8204/1
**tomorrow [20]** 8130/7
8130/15 8153/7
8157/10 8187/22
8188/1 8188/4 8188/12
8189/5 8189/6 8189/13
8189/14 8193/7
8193/12 8200/10
8203/5 8203/7 8203/13
8204/21 8205/6
**tonight [2]** 8195/19
8204/17
**tons [1]** 8176/2
**too [10]** 8079/17
8104/20 8122/24
8124/4 8127/2 8137/5
8156/23 8179/8
8188/7 8188/7
**took [12]** 8076/16
8076/23 8077/17
8085/5 8085/10
8087/13 8098/22
8118/5 8118/5 8118/24
8118/25 8156/21
**top [9]** 8079/23
8097/18 8106/1
8127/23 8128/2 8153/1
8160/4 8171/7 8175/15
**total [1]** 8201/22
**Totally [1]** 8096/8
**touch [1]** 8179/20
**tough [1]** 8194/24
**towards [1]** 8079/6
**Towers [1]** 8072/22
**town [3]** 8119/3
8192/17 8199/21

**track [2]** 8077/22
8112/24
**tracking [1]** 8163/16
**traded [1]** 8118/22
**traffic [2]** 8160/17
8175/24
**trailers [2]** 8086/20
8099/14
**trained [4]** 8125/22
8126/2 8126/14
8127/14
**training [2]** 8126/11
8184/9
**traitors [2]** 8182/4
8183/7
**transcript [3]** 8071/8
8073/8 8206/4
**transcription [1]**
8073/8
**transpired [3]** 8130/10
8140/21 8140/22
**travels [1]** 8129/15
**tremendous [1]**
8149/11
**trend [1]** 8198/11
**trial [4]** 8071/8 8191/2
8201/2 8201/4
**trials [1]** 8201/5
**tried [1]** 8101/12
**tripod [1]** 8145/4
**tripods [1]** 8170/11
**trouble [1]** 8149/10
**Troy [1]** 8071/14
**truck [4]** 8147/25
8148/3 8148/4 8175/25
**trucks [2]** 8147/23
8170/9
**true [2]** 8155/14
8206/4
**Trump [2]** 8172/7
8172/8
**trunk [1]** 8117/2
**try [11]** 8080/18
8124/16 8124/18
8127/9 8137/3 8143/24
8196/17 8198/19
8199/5 8200/17 8202/2
**trying [17]** 8076/20
8076/20 8081/17
8101/15 8101/19
8101/23 8102/10
8102/19 8118/6 8119/2
8124/13 8124/18
8149/16 8191/25

8241

# T

**trying... [3]** 8196/16
8196/17 8203/8
**Tuesday [3]** 8199/9
8199/24 8199/25
**turn [6]** 8115/19
8130/25 8133/20
8158/19 8173/11
8176/14
**turned [2]** 8093/11
8115/18
**turning [1]** 8079/6
**turns [1]** 8112/23
**two [25]** 8091/10
8091/17 8093/5
8103/16 8108/8
8117/22 8119/20
8131/22 8135/4 8140/8
8145/2 8146/14
8146/24 8165/3
8177/20 8180/12
8180/18 8186/8 8196/1
8196/9 8196/11 8200/5
8201/5 8201/23
8203/25
**TX [2]** 8071/20
8071/23
**type [1]** 8152/11
**typed [1]** 8150/3
**typical [1]** 8133/11

# U

**U.S [2]** 8071/15 8142/9
**Uh [4]** 8106/10
8108/18 8126/24
8176/10
**Uh-huh [4]** 8106/10
8108/18 8126/24
8176/10
**ultimately [2]** 8149/24
8194/15
**um [7]** 8104/15
8142/22 8191/3
8191/16 8195/13
8196/8 8197/22
**uncommon [1]**
8118/19
**under [8]** 8075/3
8075/18 8142/12
8142/15 8142/16
8144/22 8159/16
8165/20
**undercover [1]**
8185/10

**underneath [1]** 8117/8
**understand [8]** 8127/7
8127/9 8139/20 8141/6
8154/11 8190/24
8192/24 8202/3
**understandable [1]**
8096/8
**understanding [16]**
8124/8 8125/11
8159/13 8165/5
8166/13 8166/24
8167/11 8167/23
8168/15 8168/19
8168/23 8169/9 8170/2
8172/5 8172/15
8186/12
**understood [5]**
8118/10 8124/2 8127/4
8129/22 8195/1
**unforeseen [2]** 8189/3
8202/3
**unfortunately [1]**
8188/5
**uniform [1]** 8136/19
**uniforms [1]** 8185/9
**unique [1]** 8133/1
**UNITED [3]** 8071/1
8071/2 8071/9
**unless [1]** 8185/13
**unrelated [1]** 8180/24
**until [12]** 8084/20
8092/20 8098/12
8098/17 8101/20
8102/22 8117/14
8117/22 8125/9 8165/8
8189/16 8189/23
**unwelcomed [1]**
8189/2
**up [66]** 8079/23
8082/2 8083/20
8083/22 8085/7
8088/21 8091/7
8091/13 8091/15
8101/13 8101/15
8101/20 8101/24
8102/25 8108/7
8114/21 8116/2
8116/25 8118/23
8120/12 8121/24
8123/1 8124/13
8124/17 8125/12
8133/21 8134/12
8135/16 8137/11
8144/7 8145/10

**video [11]** 8146/7 8146/24
8153/6 8169/7 8170/10
8171/5 8171/9 8173/11
8174/11 8174/17
8174/19 8174/19
8175/9 8175/12
8175/20 8176/1 8176/1
8176/11 8177/5
8177/10 8181/14
8182/2 8182/23 8183/2
8187/1 8187/3 8187/5
8187/7 8187/9 8188/17
8191/10 8200/1
8202/20 8204/8
8204/11
**update [2]** 8157/8
8187/21
**updates [1]** 8105/21
**upon [2]** 8147/13
8194/4
**us [33]** 8083/25
8086/13 8086/14
8090/18 8094/25
8099/16 8102/5
8116/11 8125/13
8130/6 8130/13
8132/20 8133/11
8137/17 8138/4 8140/9
8140/19 8141/20
8147/19 8148/17
8148/18 8152/4
8159/23 8161/9 8162/1
8164/12 8165/19
8170/5 8194/15
8194/21 8194/22
8200/12 8204/1
**use [8]** 8091/21
8112/20 8113/2
8118/13 8122/21
8148/21 8149/2 8203/8
**useful [1]** 8203/12
**user [1]** 8107/3
**using [4]** 8076/6
8121/1 8142/17 8189/8
**utilize [1]** 8154/2
**utilized [1]** 8153/23

# V

**Vallejo [4]** 8095/18
8095/19 8096/14
8113/19
**van [1]** 8161/25
**vantage [3]** 8087/5
8088/2 8174/6

**various [2]** 8144/2
8149/19
**vehicle [4]** 8084/10
8176/2 8176/3 8176/5
**vehicles [1]** 8148/2
**verbal [1]** 8182/25
**verdict [1]** 8202/13
**very [16]** 8133/2
8133/14 8133/17
8139/23 8145/22
8155/25 8167/3 8169/5
8177/18 8177/18
8180/22 8199/4 8199/4
8200/5 8204/12
8204/13
**vest [1]** 8079/22
**veteran [1]** 8114/20
**veterans [1]** 8114/21
**via [2]** 8130/6 8182/25
**vicinity [1]** 8135/11
**video [6]** 8156/13
8169/23 8169/25
8175/12 8176/8
8195/24
**viewing [1]** 8180/12
**violence [1]** 8114/19
**violent [1]** 8114/13
**VIP [9]** 8152/5 8152/11
8153/1 8153/1 8153/4
8155/12 8160/2 8165/2
8180/19
**VIPs [3]** 8159/15
8170/22 8172/24
**Virginia [1]** 8113/9
**visits [1]** 8170/25
**vitiate [2]** 8130/6
8130/15
**Voice [1]** 8145/3
**voicemail [6]** 8089/18
8090/12 8091/6 8091/8
8091/13 8091/15
**voluntarily [1]** 8135/17
**vs [1]** 8071/4
**VTC [1]** 8202/9

# W

**waffle [1]** 8137/3
**wait [3]** 8148/25
8189/16 8195/4
**waited [1]** 8186/24
**waiting [6]** 8096/15
8170/21 8173/18
8200/14 8200/14
8200/21

**waive [2]** 8202/22
8204/20
**waiving [1]** 8205/5
**walk [7]** 8133/11
8170/5 8171/15
8174/17 8174/21
8174/23 8176/7
**walkie [1]** 8148/18
**walkie-talkies [1]**
8148/18
**walking [2]** 8084/25
8176/11
**wall [1]** 8086/17
**walls [2]** 8081/25
8087/8
**want [24]** 8124/22
8134/9 8134/15
8134/16 8135/1 8135/5
8135/7 8138/5 8139/2
8140/11 8154/25
8159/10 8159/25
8160/22 8161/17
8163/2 8168/24 8169/2
8171/12 8197/2
8197/14 8202/15
8204/13 8204/14
**wanted [14]** 8082/22
8105/15 8119/5
8129/25 8130/17
8133/12 8133/20
8134/4 8144/8 8145/1
8169/10 8171/20
8202/14 8202/25
**wants [1]** 8191/12
**war [1]** 8124/7
**was [268]**
**Washington [8]**
8071/4 8071/16
8072/11 8072/15
8073/3 8078/19
8133/13 8140/5
**wasn't [11]** 8096/6
8103/20 8108/5
8112/14 8114/13
8116/15 8119/12
8119/17 8119/18
8125/9 8130/18
**wasting [1]** 8204/14
**watched [2]** 8115/20
8174/24
**watching [4]** 8080/5
8080/6 8086/23
8086/24

**Watkins [4]** 8072/5
8098/9 8100/4 8162/5
**Watkins 1 [1]** 8162/5
**way [17]** 8077/14
8082/9 8084/11 8090/2
8090/18 8091/11
8091/20 8093/4 8093/5
8113/8 8118/9 8118/12
8119/25 8120/2
8128/22 8188/10
8194/12
**we [365]**
**we'll [2]** 8189/17
8195/10
**we're [5]** 8112/5
8137/24 8162/8 8199/5
8203/2
**we've [6]** 8130/21
8134/14 8140/7
8164/10 8164/10
8203/19
**weapons [3]** 8117/7
8119/6 8185/11
**wear [2]** 8083/21
8083/23
**wearing [8]** 8079/22
8083/18 8083/19
8103/13 8103/14
8108/1 8136/19 8185/9
**weather [1]** 8189/3
**weather-related [1]**
8189/3
**web [1]** 8161/19
**websites [1]** 8167/19
**Wednesday [4]**
8168/17 8168/24
8200/1 8201/22
**week [26]** 8167/21
8188/11 8189/2
8189/24 8190/5
8192/13 8194/3 8194/4
8195/15 8196/19
8197/7 8197/17
8198/20 8198/21
8198/22 8198/23
8198/24 8198/25
8199/1 8199/2 8199/6
8199/25 8200/17
8201/13 8201/15
8201/19
**weekend [1]** 8142/17
**weeks [1]** 8191/8
**welcome [4]** 8075/10
8131/8 8157/13 8189/1

**Welcome back [1]**
8157/13
**well [42]** 8083/2
8089/17 8092/4
8100/17 8101/14
8103/14 8106/21
8106/24 8117/9
8125/22 8126/2
8126/13 8127/14
8127/20 8138/24
8140/1 8147/5 8153/25
8159/4 8159/11
8160/12 8162/11
8163/16 8166/25
8168/15 8171/21
8173/12 8179/3
8180/24 8182/23
8187/16 8189/25
8190/16 8193/6 8193/9
8194/20 8199/13
8200/15 8204/23
8205/5 8205/9 8205/11
**well-known [1]**
8166/25
**well-trained [1]**
8125/22
**went [17]** 8089/15
8090/12 8098/12
8098/16 8100/5 8100/8
8117/23 8119/20
8137/2 8155/11
8170/25 8171/5 8171/9
8171/13 8173/16
8173/19 8175/7
**were [160]**
**were present [1]**
8136/18
**weren't [4]** 8117/24
8118/11 8151/14
8191/17
**west [6]** 8078/15
8079/9 8086/10
8087/15 8099/10
8175/9
**West Lawn [1]** 8175/9
**what [167]**
**what's [6]** 8139/19
8139/20 8155/20
8156/7 8161/17 8198/8
**whatever [3]** 8130/11
8148/19 8171/12
**wheels [1]** 8176/4
**when [44]** 8077/21
8081/19 8081/21

8082/1 8082/19
8082/23 8083/1
8083/23 8084/17
8084/19 8097/1 8098/8
8101/14 8102/6
8102/23 8103/3 8104/8
8113/2 8116/22 8117/4
8118/4 8124/18
8126/18 8134/2 8136/4
8137/16 8139/14
8140/17 8142/20
8142/21 8147/12
8151/15 8159/9
8159/18 8160/12
8169/6 8173/5 8176/13
8178/14 8186/5 8191/7
8191/19 8194/24
8197/16
**whenever [1]** 8075/6
**where [37]** 8078/8
8078/21 8081/17
8084/25 8087/21
8095/1 8095/13
8096/19 8101/16
8102/17 8104/17
8110/7 8118/6 8124/12
8124/22 8125/5
8132/12 8132/14
8134/1 8157/1 8161/23
8163/18 8164/11
8169/7 8169/7 8171/12
8171/14 8172/13
8173/11 8175/19
8176/6 8177/19
8189/10 8189/11
8191/21 8191/22
8193/7
**Whereupon [1]** 8075/2
**whether [15]** 8089/11
8089/16 8136/17
8143/6 8149/13
8152/11 8154/19
8162/2 8165/12 8167/8
8172/15 8193/11
8196/9 8197/16
8197/24
**which [20]** 8076/25
8078/23 8080/22
8085/5 8085/17 8095/4
8122/21 8132/2 8132/5
8139/24 8146/15
8147/10 8158/20
8168/17 8170/9 8171/4
8193/9 8193/24

# W

**which... [2]** 8196/22
8200/17
**whichever [1]** 8148/19
**while [6]** 8086/6
8114/4 8114/9 8116/21
8162/8 8203/19
**Whip [3]** 8095/1
8106/9 8107/22
**Whiplash [2]** 8093/18
8094/14
**who [52]** 8080/3
8083/22 8084/19
8088/15 8094/20
8095/19 8097/7
8097/23 8106/22
8107/1 8114/20 8116/4
8116/12 8116/15
8116/15 8127/17
8127/19 8127/24
8127/24 8127/25
8128/3 8132/9 8134/16
8135/8 8135/25 8136/2
8137/15 8137/25
8146/6 8150/21 8151/2
8151/5 8151/10
8159/14 8160/3
8162/21 8166/21
8166/24 8168/25
8169/6 8172/5 8172/22
8179/2 8183/25 8185/7
8186/9 8188/15 8189/4
8195/23 8199/13
8200/11 8204/1
**whoever [2]** 8199/21
8204/3
**whole [4]** 8094/18
8103/20 8163/19
8171/17
**why [17]** 8132/25
8133/13 8138/12
8139/19 8148/21
8155/21 8155/23
8156/21 8156/23
8159/7 8161/16 8162/8
8174/3 8174/18
8180/23 8180/23
8182/22
**will [56]** 8077/5
8085/14 8085/19
8094/3 8099/2 8103/8
8110/22 8130/9
8130/25 8137/19
8139/8 8139/9 8143/24

8146/23 8146/23
8152/18 8155/22
8155/23 8155/25
8156/3 8156/4 8156/25
8157/1 8159/21 8165/3
8173/3 8179/19
8188/18 8188/19
8189/5 8189/7 8189/25
8190/1 8190/4 8190/5
8191/19 8193/1 8193/4
8193/7 8195/17
8197/18 8197/19
8198/9 8198/17 8199/8
8199/21 8199/23
8200/3 8200/8 8202/13
8203/4 8203/10 8204/9
8205/12 8205/13
8205/13
**Willard [3]** 8082/18
8150/15 8153/7
**William [2]** 8072/21
8075/3
**window [1]** 8122/7
**Wintermeyer [4]**
8155/7 8155/9 8162/6
8168/10
**Wintermeyer's [1]**
8158/20
**wintertime [1]** 8119/19
**wish [1]** 8205/10
**withdraw [1]** 8150/9
**within [7]** 8131/22
8134/24 8138/20
8140/2 8161/21
8169/17 8203/19
**without [4]** 8084/1
8161/19 8162/23
8180/21
**witness [21]** 8074/1
8076/12 8130/3 8131/9
8131/10 8141/15
8143/10 8146/1 8146/2
8148/8 8151/24 8155/7
8157/6 8157/19
8158/11 8165/15
8182/5 8195/25
8199/18 8199/23
8199/25
**witnesses [20]**
8130/23 8131/2
8187/24 8187/25
8188/2 8188/4 8189/4
8194/8 8195/16 8196/9
8197/19 8198/14

8199/3 8199/3 8199/14
8200/9 8200/16
8203/25 8204/3 8204/8
**woman [3]** 8114/20
8116/3 8184/2
**won't [5]** 8182/1
8189/14 8193/23
8195/20 8203/21
**wonderful [1]** 8202/17
**Woodward [18]**
8072/9 8072/10 8074/4
8130/2 8131/2 8131/10
8146/18 8156/15
8157/6 8157/14 8175/1
8175/5 8187/14
8195/16 8199/9
8200/12 8200/20
8203/25
**word [3]** 8096/15
8151/15 8151/18
**words [3]** 8115/11
8167/2 8202/10
**work [9]** 8132/17
8132/25 8133/6 8135/6
8138/6 8139/11
8140/25 8163/25
8191/18
**work-related [1]**
8191/18
**worked [3]** 8184/17
8185/1 8185/21
**working [7]** 8123/6
8134/14 8150/17
8150/17 8159/10
8185/14 8195/22
**works [1]** 8170/12
**world [1]** 8201/25
**worry [1]** 8182/4
**worst [1]** 8171/16
**worth [1]** 8201/23
**would [122]** 8078/17
8078/18 8084/14
8087/21 8089/19
8090/13 8095/6
8098/25 8100/13
8101/8 8103/14
8105/20 8107/13
8114/19 8114/21
8115/25 8116/11
8122/17 8122/20
8124/19 8126/1 8126/1
8126/5 8126/13
8127/13 8127/16
8127/22 8127/25

8129/11
8129/18 8129/22
8130/6 8130/12
8130/14 8131/3
8131/15 8133/13
8134/5 8134/6 8134/11
8134/12 8134/12
8134/25 8135/1 8135/3
8137/9 8137/10
8137/13 8138/4 8138/4
8139/12 8139/25
8140/9 8141/24
8143/17 8145/3 8145/6
8145/6 8145/21
8146/10 8149/17
8150/18 8150/23
8151/2 8151/2 8151/7
8151/10 8151/16
8152/16 8153/14
8153/16 8154/8
8155/19 8159/7
8159/14 8159/18
8160/13 8161/16
8162/8 8163/2 8163/12
8163/14 8163/14
8164/8 8164/25
8165/24 8167/1
8167/22 8169/6
8170/23 8172/16
8181/19 8182/19
8184/1 8184/23 8186/7
8186/13 8188/4 8192/7
8192/7 8194/3 8194/8
8194/9 8196/16 8197/1
8198/10 8199/23
8200/18 8200/20
8200/23 8201/1 8201/9
8201/12 8201/22
8201/23 8202/4 8202/5
8202/17 8203/3 8204/2
8204/20
**wouldn't [16]** 8082/20
8083/23 8092/23
8106/20 8118/15
8118/15 8118/18
8119/4 8126/8 8126/8
8135/21 8148/21
8172/25 8176/8
8180/23 8198/2
**wrapping [1]** 8116/2
**write [7]** 8094/18
8107/6 8107/8 8107/9
8108/19 8112/5
8183/23

**W**

**writes [4]** 8097/1
8097/25 8108/13
8109/11
**written [3]** 8097/6
8150/3 8152/25
**wrong [1]** 8116/13
**wrote [7]** 8110/8
8110/8 8111/17
8111/23 8121/7
8181/25 8183/18

**Y**

**yards [1]** 8174/22
**yards' [1]** 8174/22
**yeah [32]** 8076/23
8082/2 8088/17
8088/17 8092/10
8093/3 8095/9 8095/14
8099/13 8100/18
8103/23 8105/14
8118/18 8119/16
8120/6 8120/8 8120/16
8124/2 8144/23
8151/19 8157/24
8159/24 8175/19
8188/13 8191/7
8191/14 8192/16
8193/6 8193/25
8194/19 8195/2 8195/6
**year [2]** 8178/19
8178/20
**years [4]** 8133/25
8133/25 8134/14
8140/7
**yep [2]** 8175/20
8186/23
**yes [217]**
**yesterday [1]** 8131/7
**yet [3]** 8089/16 8124/6
8200/14
**York [1]** 8204/17
**you [709]**
**you'd [1]** 8134/12
**you're [5]** 8099/25
8100/11 8102/19
8103/13 8127/9
**you've [10]** 8079/15
8083/16 8092/4 8092/9
8125/18 8125/20
8147/15 8185/1
8185/21 8198/8
**younger [1]** 8127/18
**your [132]** 8075/7

8075/13 8075/16
8076/1 8076/2 8076/4
8076/6 8076/17
8076/25 8077/12
8077/18 8077/21
8085/13 8085/16
8085/20 8086/20
8091/13 8091/14
8091/15 8092/12
8094/2 8094/5 8097/5
8097/16 8098/4
8103/14 8105/24
8107/17 8109/4
8110/19 8112/13
8113/8 8115/11
8116/25 8118/13
8120/9 8120/9 8120/15
8120/22 8121/18
8123/6 8123/17 8124/8
8126/11 8126/11
8126/13 8127/4
8127/14 8129/12
8129/14 8129/17
8130/5 8130/16
8131/10 8131/12
8131/15 8132/7
8134/17 8134/21
8138/18 8140/14
8143/19 8146/20
8148/9 8148/12
8148/21 8149/3 8149/4
8149/4 8149/7 8153/15
8154/5 8154/7 8155/14
8156/5 8156/17 8157/3
8157/15 8158/1 8161/3
8161/4 8163/23
8166/13 8166/24
8170/2 8170/6 8173/7
8174/1 8174/6 8176/19
8176/20 8177/5 8178/4
8178/6 8178/7 8182/9
8182/12 8184/14
8185/1 8187/15
8187/16 8188/1 8188/7
8188/10 8190/11
8191/1 8191/2 8191/13
8191/16 8191/17
8193/1 8194/5 8194/11
8194/13 8194/16
8197/5 8198/4 8198/8
8198/9 8198/17
8199/19 8199/23
8199/25 8201/4 8201/8
8202/20 8202/21

8202/22 8204/14
8204/17 8204/19
8205/17
**Your Honor [2]**
8129/12 8130/16
**yourself [6]** 8104/23
8105/11 8121/11
8126/1 8126/2 8177/23
**yourselves [1]** 8182/4

**Z**

**Zaremba [1]** 8075/3
**zipped [1]** 8083/20
**zoom [1]** 8094/15
**zoomed [4]** 8079/17
8079/18 8079/21
8104/17
**zoomed-in [2]** 8079/17
8079/21
**Zsuzsa [1]** 8072/12