**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Motion to Continue Sentencing, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is GRANTED and, accordingly, that the sentencing hearing scheduled for April 4, 2024 is hereby vacated and a new sentencing date shall be set after July 15, 2024.

_____       _____
Date                                          Honorable Amit P. Mehta
                                              United States District Court