**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| THOMAS EDWARD CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is GRANTED and that the Defendant is permitted to travel within Loudoun County, Virginia, Jefferson County, West Virginia and Berkely County, West Virginia.   All other conditions to remain the same.

_____        _____
Date                                                  Honorable Amit P. Mehta
                                                         United States District Court