UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 22-cr-15 (APM) |
| | : | |
| THOMAS CALDWELL, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S OPPOSITION IN PART TO DEFENDANT'S MOTIONS TO MODIFY CONDITIONS OF RELEASE

The United States of America respectfully files this response to Defendant Thomas Caldwell's Motion to Modify Conditions of Release (ECF No. 870). In light of the defendant's compliance with his conditions of release to date, the government does not oppose: (1) expanding the perimeter of permitted travel to within 150 miles of Mr. Caldwell's residence; and (2) expanding Mr. Caldwell's permitted Internet usage to include shopping for commodities and groceries, paying bills, managing medical appointments, and communicating by Zoom with friends and family. The government believes the GPS monitoring and other limitations on Internet usage remain appropriate in light of the serious charges of which Mr. Caldwell was convicted and the evidence to support those charges that was admitted at trial.

As set forth in greater detail in the government's initial opposition to Defendant Caldwell's and his co-defendants' motions for judgments of acquittal, ECF No. 383, which is incorporated herein by reference, the evidence at trial established that Defendant Caldwell came to the Capitol grounds on January 6 with the intent to stop Congress' certification and to stop Joseph Biden from becoming President. As Caldwell posted in a comment on Facebook on December 31, "It begins for real Jan 5 and 6 on Washington D.C. when we mobilize in the streets. Let them try to certify some crud on capitol hill with a million or more patriots in the streets. This kettle is set to boil…."

Gov. Exh. 6923 (Msg. 2001.C.2). In another post, Caldwell made clear that the purpose of this was to alter the results of the election: "I swore to support and defend the Constitution of the United States against all enemies foreign and domestic. I did the former, I have done the latter peacefully but they have morphed into pure evil even blatantly rigging an election and paying off the political caste. We must smite them now and drive them down." *Id.* (Msg. 2001.C.2.B). Caldwell also coordinated with his co-defendants and other alleged co-conspirators to organize an armed force to support the Oath Keepers' operation in connection with January 6. And then, on the afternoon of January 6, Caldwell joined the mob on the west side of the Capitol that broke past barricades, climbed up the inaugural stage scaffolding, and breached the lower west terrace of the Capitol. ECF No. 383. In his own words, Caldwell took these actions because he "heard that Pence fucked us" so, "I grabbed up my American flag and said let's take the damn capitol so people started surging forward and climbing the scaffolding outside so I said lets storm the place and hang the traitors." Gov. Exh. 6734 (Msg. 22.T.27.2883). Regardless of whether Defendant Caldwell's conviction for obstruction of Congress is impacted by the Supreme Court's recent decision in *United States v. Fischer*, No. 23-5572 (June 28, 2024), these words and actions evidence a willingness to use and support political violence that makes Defendant Caldwell a danger to the community.

      Additionally, the evidence at trial established that, in the aftermath of January 6, when law enforcement began to close in on Caldwell and his co-conspirators, he deleted photos, videos, and over 175 messages on his Facebook account, including messages he had sent to co-conspirators like Donovan Crowl in which he discussed their actions on January 6, 2021. *See* ECF No. 383 at pgs. 31-32; *see also* 11/01/22PM Tr. at 6197; Gov. Exhs. 1051.1, 1105, 6734 (Msg. 2002.T.85E), 9079 (Msgs. 22.F.1.30-33). For this conduct, the jury convicted Caldwell of one count of

tampering with evidence, in violation of 18 U.S.C. § 1512(c)(1). Such actions support more restrictive conditions of release.

WHEREFORE, the United States opposes in part Defendant Caldwell's motion to modify conditions of release.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/
Kathryn L. Rakoczy
Assistant United States Attorney
D.C. Bar No. 994559