# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES | : | Docket No.: 1:22CR00015-010 |
|---|---|---|
| v. | : | |
| Thomas Caldwell | : | Judge: Hon. Amit P. Mehta |

## AFFIDAVIT OF DR. DIANE SOMMER

I, Diane Sommer, hereby declare under penalty of perjury that the following is true and correct.

## STATEMENT OF EXPERTISE

I recently retired from the Federal Bureau of Prisons where I was employed as a medical doctor. I started my career at FCI Otisville and later worked at USP Canaan. I eventually was promoted to the position of Regional Medical Director and oversaw sixteen BOP medical facilities in the Northeast. I also performed direct clinical services within the Northeast right up until my retirement in October of 2023. Prior to my BOP service, I was in private practice and a physician in the U.S. Army and served in the Persian Gulf. I am currently a board member and Clinical Director of the Federal Prison and Education and Reform Alliance, which is a newly formed non-profit corporation pending 501(C)(3) approval.

During my medical career at BOP, I treated, or oversaw the treatment, of thousands of inmates and the dispensing of medications. I am familiar with medications that are (and are not) stocked in BOP formularies. Additionally, I am familiar with how BOP assigns care levels for inmates in need of medical services. During my BOP career, my opinion as to the ability of BOP to adequately treat inmates was solicited dozens of times by the Government.

## SCOPE OF MY REVIEW

I have been asked by counsel to review numerous medical records and provide a professional medical opinion to the court regarding Mr. Caldwell and specifically what he faces during a potential custodial term within the BOP. I have reviewed the PSR and the medical records from John R. Caruso, MD (orthopedic surgeon) relative to his most recent consult in April of 2023 and records from 2019 to 2020 (post-surgery). I also reviewed his pain management records for many years up to December 5, 2023, including but not limited to the WVU Medical Center, the Pain Management Institute, and Mr. Caldwell's VA Disability Statement. I offer the following opinion from a BOP clinical perspective.

## DIAGNOSES DETERMNED FROM THE RECORDS

1. Chronic low back pain

    a. scoliosis

    b. L1/L2 discectomy with wide decompression of L1/L2 nerve roots - 8/2020

    c. L4/S1 fusion in 2010 (received no pain relief from this surgery)

    d. Failed epidural injections

    e. Facet arthropathy

2. Chronic neck pain

    a. Cervical spinal stenosis

    b. Spondylolisthesis

    c. History of auto fusion of C5/C6 (neck)

    d. Facet arthropathy

    e. loss of cervical lordosis seen on recent MRI

    f. Kyphosis

    g. Lateral recess stenosis C4/C5, C5/C6,C6/C7

    h. Flattening of the spinal cord seen on MRI

    i. Disc degeneration C6/C7

    j. Facet arthropathy

3. History of bilateral cataract removal

4. History of right hip replacement

5. History of left ankle surgery

6. PTSD

7. Sleep apnea (uses CPAP)

8. History of anesthesia complications (patient reported being awake during surgery in 2010)

9. Left shoulder fusion

10. History of right shoulder surgery

11. History of Basal Cell carcinoma (2016)

12. Right carpal tunnel syndrome (documented on EMG) (Wrist brace recommended)

13. CYP2D6*5 and CYP2D6*4 genetic markers (Mr. Caldwell is a poor metabolizer of certain drugs, including Codeine, Tramadol, Elavil, Duloxetine, Clonidine, and others, which increases his risk of adverse reactions) (Test date Oct. 3, 2016)

14. Right hip replacement (May 17, 2022)

15. Chronic Opioid use since 2010 (has taken the following drugs per the records: Suboxone, Tramadol, Norco, Morphine and Dilaudid. Prescribed Oxymorphone for more than a decade but switched to Oxycodone when a shortage of the former narcotic occurred)

16. GERD (acid reflux)

17. Migraine headaches

19. Long term use of steroid medication with probable adrenal gland suppression.

The Court should be aware that my diagnosis is from an extensive review of the entire medical record; however, the BOP will process the designation to what is included in the PSR and any other data uploaded into the E-Designation system. The Court should also be aware of the following information, which provides the proper context for a potential BOP sentence for Mr. Caldwell:

## MEDICAL/MENTAL HEALTH CLASSIFICATION & TREATMENT

Inmates are assigned a medical classification for both physical and mental health during the designation process, which is a four-level system referred to as *"Care Levels."* The BOP publishes a clinical guide entitled *Care Level Classifications for Medical and Mental Health Conditions*, which describes the care levels as:

**CARE LEVEL 1**: Care Level 1 inmates are less than 70 years of age and have well-controlled medical conditions.

**CARE LEVEL 2**: Care Level 2 inmates are stable outpatients who require clinician evaluations monthly to every 6 months. Their medical and mental health conditions can be managed through routine, regularly scheduled appointments with clinicians for monitoring.

**CARE LEVEL 3**: Care Level 3 inmates are outpatients who have complex, and usually chronic, medical or mental health conditions and who require frequent clinical contacts to maintain control or stability of their condition, or to prevent hospitalization or complications. They may require assistance with some activities of daily living (ADLs) that can be accomplished by inmate companions. In my professional opinion, this will be Mr. Caldwell's Care Level.

**CARE LEVEL 4**: Care Level 4 inmates require services available only at a BOP Medical Referral Center (MRC), which provides significantly enhanced medical services and limited inpatient care. Functioning may be so severely impaired as to require 24-hour skilled nursing care or nursing assistance. Example conditions: Cancer on active treatment, dialysis, quadriplegia, stroke or head injury patients, major surgical treatment, and high-risk pregnancy.

During the designation process, inmates with chronic care needs are referred to the BOP Office of Medical Designations and Transportation (OMDT), which assigns a *"Provisional"* care level, which may be later determined to be *"Non-provisional"* after a physical evaluation upon arrival at the designated facility. The appropriate Care Level 3 facility will be dependent upon Mr. Caldwell's security level. Mr. Caldwell will not be eligible for a federal prison camp due to the instant offense behavior as set forth in the PSR. Additionally, Care Level 3 beds are typically in short supply, which means that Mr. Caldwell would be assigned to whatever bed is available upon his designation. This raises two concerns. First, Mr. Caldwell could be sent far away from his home and wife in Virginia. Second, regardless of the Court's recommendation, Mr. Caldwell may be designated to a medium security facility (instead of a low security facility) and, accordingly, be housed in a higher risk prison

population. Essentially, Mr. Caldwell will be designated to a facility that has an open Care Level 3 bed, regardless of its security level or location.

The Court should also be advised that Mr. Caldwell, even as a Care Level 3 patient, will be <u>housed in the general prison population at his designated facility</u>. While he will likely be guaranteed a lower bunkbed, he will not be allowed the use of the special bedding and chairs that he currently uses. Additionally, it is not unusual for inmate cells to be ¼ to ½ mile from the medical facilities in the BOP, which could pose a challenge for Mr. Caldwell.

## MEDICATION AND BOP FORMULARY

The BOP publishes a two-part National Formulary of the medication the agency dispenses at the discretion of facility clinicians. The BOP is not bound by the community medication regimen or recommendations from community providers.

My first concern regarding incarcerating Mr. Caldwell is his medication history for pain management and his current medication regimen. It has reportedly taken many years and trials to be able to control his pain. A new physician may alter his regimen based on the BOP formulary.

For instance, Oxymorphone (5 mg., four times a day), which is not stocked in a BOP formulary, will be changed to whatever opioid drug is available to prevent withdrawal from chronic opioid use. Importantly, the BOP does not issue medication four times daily, which is Mr. Caldwell's current prescription. The physical and mental health effects of a readjustment to his medication regime are unknown. Mr. Caldwell will be required to walk from his cell to a "pill line" for opioids. This is a task that his pain condition may prevent him from performing.

It is clear from the records that Mr. Caldwell suffers from numerous painful orthopedic conditions for which he, for more than 15 years, has tried medical management and operative solutions. He even underwent a rheumatologic evaluation to determine if there were other causes for his pain. His neurosurgeon stated that he can walk up a flight of stairs and can perform Activities of Daily Living (ADL's). However, ADL's in a prison setting are different. Mr. Caldwell must be able to walk the distance from his housing unit to get to medical appointments, pill line, and meals--and do this within 5 to 10 minutes if designated to a mainline institution. This will be a difficult task for Mr. Caldwell given his orthopedic conditions. In fact, I have witnessed several inmates with orthopedic conditions become wheelchair bound after incarceration because their pain limited their ability to navigate the institution's compound. The only way to get to meals, pill line and other places within the timeframe allowed would be to have another inmate push them in a wheelchair. While some (not all) federal prisons have inmate aides to assist in activities, he would still be relying on another inmate for activities of daily living.

Mr. Caldwell has done what he can to remain ambulatory at home with the assistance of his spouse. He will have no such support in prison and basically be fending for himself with the (possible) assistance of other inmates.

Activities as simple as sleeping will be difficult because of the narrow beds and thin mattresses that are standardized in a custodial setting. This could aggravate his condition as well as exacerbate any pain and suffering.

4

formulary for 30 days usually is approved in this time frame. Based off the medical records provided for review, there is justification for long term use of this medication.

- **Clonidine** is unlikely to be prescribed as there is no supporting diagnosis for the drug's use in the PSR.

- **Relpax** is not on the formulary, and he will most likely be issued Imitrex as a substitute.

- **Glucosamine Chondroitin** will be discontinued, as it is neither in the formulary nor offered in the commissary.

- **Prevacid** will be changed to Pepcid unless Mr. Caldwell has an EGD report.

- **Vyvanse** will be discontinued because there is no supporting diagnosis in the PSR or medical records provided.

In summary, Mr. Caldwell will have substantial changes made to his medications from the very beginning of a custodial term if he is incarcerated in the BOP.

## CONCLUSION

Mr. Caldwell faces significant challenges from a medical treatment perspective when it comes to the continuity of care he is receiving in the community compared to what is offered in the prison setting. It is my professional opinion that the BOP, as set forth above, will not honor his specific drug regime. In the event of a custodial term, in my professional opinion, Mr. Caldwell's painful, multiple orthopedic conditions will be exacerbated by a term of incarceration.

Executed on this 27th day of February 2024

Dr. Diane Sommer: _Diane Sommer_

**Diane Rita Sommer**

Day Phone:
Evening Phone:
Email:

**Availability:**
**Job Type:** Permanent, Telework
**Work Schedule:** Full-time

**Work Experience:**
**Acting Clinical Director**
**Federal Bureau of Prisons**
FCI Ray Brook
Ray Brook, NY

**7/2020 - 10/2023**
**Hours per week:** 10
**Duties, Accomplishments and Related Skills:**
Provided remote coverage for the institution in the absence of a physician.
Provided on site care and telehealth visits.
Performed utilization review for the institution.
Established their program for the treatment of patients with OUD.
Provided clinical oversight for mid-level providers and nurses.
Performed concurrent with my full time position

**Regional Medical Director**
**Bureau of Prisons (This is a federal job)**
320nFIrst Street, NW
Washington DC, DC

**11/2020 - 10/2023**
**Hours per week:** 60
**Duties, Accomplishments and Related Skills:**
I was responsible for oversight of the medical care at 16 institutions . Oversee clinical processes and policy decisions across the region. Collaborated with local staff to improve care and clinical outcomes. Provided strategic leadership for the institutions in order to improve the health outcomes.
Clinical consultation on MOUD and served as a MAT clinical consultant. Goal was to provide care in a safe and equitable manner. Performed in person and telehealth visits for MOUD.
Member of the MOUD task force to improve the care of patients with OUD.
Perform the Regional level utilization review.
Perform Peer Reviews on the clinical directors in the the region.
Member of the leadership training committee in order to develop strong leaders for the future.
Member of the LAB Task force. Tried to reduce cost while maintaining quality of care. Looked for ways to expand use of CLIA waved testing in order to provide timely care.
Chairperson of the Care Level Automation Work Group.
I was responsible for recommending changes and enhancements to current care, review guidelines, and clinical criteria based on extensive knowledge of the BOP health care delivery systems, utilization methods, reimbursement methods, and treatment protocols.
Developed, implemented, and interpreted medical policy including medical necessity criteria, clinical practice guidelines, new technology assessments and cost management.
Participated in executive strategy development and implementation to ensure that appropriate care and services provided met best practice standards as well as regulatory compliance requirements and Internal Quality

Assurance Program.
Ensured compliance with clinical goals through monitoring care management performance.
Served as a clinical consultant for the region.
Collaborated with the other regional medical directors and chief of health programs in improving processes, systems and policies that improve patient care. Worked on strategic planning and long term goals to include the development of new clinical services.
Acting Clinical Director for FCI SCH, BER, OTV, RBK and USP CAA.
**Supervisor:** Dr. Stahl (202-3073198)
**Okay to contact this Supervisor:** Yes

**Acting Clinical Director**
**BOP (This is a federal job)**
USP Canaan
Waymart, PA

**11/2020 - 10/2023**
**Hours per week:** 20
**Duties, Accomplishments and Related Skills:**
Provided remote coverage for the institution in the absence of a physician.
Provided on site care and telehealth visits.
Performed utilization review for the institution.
Established their program for the treatment of patients with OUD.
Provided clinical oversight for mid-level providers and nurses.
Performed concurrent with my full time position

**MAT Clinical Consultant**
**Federal Bureau of Prisons**
USP CAA
Waymart, PA

**11/2019 - 6/2023**
**Hours per week:** 5
**Duties, Accomplishments and Related Skills:**
Colateral duty assignment. I am a Medication Assisted Therapy clinical
consultant for the Northeast Region.
I provide consultation regarding Medication Assisted Therapy to providers throughout the Northeast Region to include implementation of a program, clinical management and medication recommendations.
Consultation has been provided through on site visits, telework and
telephonic coverage.

**Acting Clinical Director**
**BOP (This is a federal job)**
FCI Berlin
Berlin, NH

**8/2020 - 3/2022**
**Hours per week:** 15
**Duties, Accomplishments and Related Skills:**
Provided remote coverage for the institution in the absence of a physician.
Provided on site care and telehealth visits.
Performed utilization review for the institution.
Established their program for the treatment of patients with OUD.
Provided clinical oversight for mid-level providers and nurses.
Performed concurrent with my full time position

**Supervisor:** Warden Hazelwood (6037327118)
**Okay to contact this Supervisor:** Yes

**Acting regional Medical Director**
**Federal Bureau of Prisons (This is a federal job)**
USP CAA
Waymart, PA

**8/2020 - 11/2020**
**Hours per week:** 25
**Series:** 0602 Medical Officer
**Pay Plan:** GS - General Schedule (Ch. 51, 5 U.S.C.).
**Grade:** 15
This is a time-limited appointment or temporary promotion
**Duties, Accomplishments and Related Skills:**
Assumed the role of acting Regional Medical Director upon the retirement of the regional medical director. I was responsible for oversight of the medical care at 16 institutions. Oversee clinical processes and policy decisions across the region. Collaborated with local staff to improve care and clinical outcomes. Provided strategic leadership for the institutions in order to improve the health outcomes.
Clinical consultation on MOUD and served as a MAT clinical consultant. Goal was to provide care in a safe and equitable manner. Performed in person and telehealth visits for MOUD.
Member of the MOUD task force to improve the care of patients with OUD.
Perform the Regional level utilization review.
Perform Peer Reviews on the clinical directors in the the region.
Member of the leadership training committee in order to develop strong leaders for the future.
Member of the LAB Task force. Tried to reduce cost while maintaining quality of care. Looked for ways to expand use of CLIA waved testing in order to provide timely care.
Chairperson of the Care Level Automation Work Group.
I waws responsible for recommending changes and enhancements to current care, review guidelines, and clinical criteria based on extensive knowledge of the BOP health care delivery systems, utilization methods, reimbursement methods, and treatment protocols.
Developed, implemented, and interpreted medical policy including medical necessity criteria, clinical practice guidelines, new technology assessments and cost management.
Participated in executive strategy development and implementation to ensure that appropriate care and services provided met best practice standards as well as regulatory compliance requirements and Internal Quality Assurance Program.
Ensured compliance with clinical goals through monitoring care management performance.
Served as a clinical consultant for the region.
Collaborated with the other regional medical directors and chief of health programs in improving processes, systems and policies that improve patient care. Worked on strategic planning and long term goals to include the development of new clinical services.
**Supervisor:** Jeffrey Allen, MD (202-307-3198)
**Okay to contact this Supervisor:** Yes

**NERO MAST Physician**
**Federal Bureau of Prisons**
USP CAA
Waymart, PA

**9/2019 - 11/2020**
**Hours per week:** 40
**Duties, Accomplishments and Related Skills:**
Performed the Regional level utilization review. and non-formulary rewviews.
Perform physician Peer reviews.

I provided remote coverage to institutions that are short staffed or the
physician is off.
Provided on site care or telehealth visits. Collaborated with local staff to improve care and clinical outcomes.
Provided strategic leadership for the institutions in order to improve the health outcomes.
Clinical consultation on MOUD and served as a MAT clinical consultant. Goal was to provide care in a safe and equitable manner. Performed in person and telehealth visits for MOUD.
I was responsible for recommending changes and enhancements to current care, review guidelines, and clinical criteria based on extensive knowledge of the BOP health care delivery systems, utilization methods, reimbursement methods, and treatment protocols.
Developed, implemented, and interpreted medical policy including medical necessity criteria, clinical practice guidelines, new technology assessments and cost management.
Participated in executive strategy development and implementation to ensure that appropriate care and services provided met best practice standards as well as regulatory compliance requirements and Internal Quality Assurance Program.
Ensured compliance with clinical goals through monitoring care management performance.
Served as a clinical consultant for the region.
Collaborated with the other regional medical directors and chief of health programs in improving processes, systems and policies that improve patient care. Worked on strategic planning and long term goals to include the development of new clinical services.
developed and implemented the regional response to COVID-19 pandemic.

**Clinical Director**
**Federal Bureau of Prisons**
USP CAA
WaymartWaymart, PA

**4/2017 - 9/2019**
**Hours per week:** 50
**Duties, Accomplishments and Related Skills:**
Clinical Director - Sustained Outstanding evaluations. Supervisor of the year 2005
Supervisor of the Quarter 2018 Glynco Honor Graduate Duties include overseeing the
clinical care renedered by other health care providers which at the current time includes a staff physician, two nurses, two mid-level providers and four paramedics.
chairperson of the Utilization review committee.

**Clinical Director**
**Federal Bureau of Prisons**
FCI OTV
Otisville, NY

**10/2003 - 4/2017**
**Hours per week:** 60
**Duties, Accomplishments and Related Skills:**
Clinical Director same job descriotion as at USP Canaan except this was a medium security institution with a witness protection program and a
satellite camp. Supervised up to six mid-level providers, two nurses and three or four paramedics.

**Acting Clinical Director**
**Federal Bureau of Prisons**
USP CAA
Waymart, PA

**2/2016 - 4/2017**
**Hours per week:** 15

**Duties, Accomplishments and Related Skills:**
While the clinical director of FCI Otisville, I assumed the responsibilities of an acting clinical director for USP Canaan.

**Staff Physician**
**BonSecours Health Partners**
Route 6 and 209
Milford, PA

**8/2001 - 10/2003**
**Hours per week:** 50
**Duties, Accomplishments and Related Skills:**
Staff Physician. Provided both outpatient and inpatient medical care. Hospital admissions and continued follow up throughout the hospitalization to include ICU care.
Outpatient care ranged from emergencies, routine procedures, well woman care, well baby care, urgent care, routine care and chronic care.

**Urgent Care Physician**
**Community Hospital MedCheck**
1500 North Ritter Drive
Indianapolis, IN

**10/1994 - 8/2001**
**Hours per week:** 15
**Duties, Accomplishments and Related Skills:**
Concurrent with being in practice.

**Staff Physician**
**St. Vincent Hospital**
Village Park Family Physicians
Carmel, IN

**6/1995 - 8/2001**
**Hours per week:** 55
**Duties, Accomplishments and Related Skills:**
Provided both inpatient and outpatient care ages ranged from newborn to 99. Did history and physicals, well woman exams, well baby care, acute care, chronic care management, emergencies.

**Physician**
**Greenfield Family Medicine**
801 North Street
Greenfield, IN

**7/1994 - 6/1999**
**Hours per week:** 60
**Duties, Accomplishments and Related Skills:**
Covered the practice of a phsyician who had fallen ill.
Provided both inpatient and outpatient care ages ranged from newborn to 99. Did hisotry
and physicals, well woman exams, well baby care, acute care, chronic care
management, emergencies

**Physician**
**Coastal Emergency Sercise**
Fort Stewart

Fort Stewart, GA

**1/1994 - 6/1994**
**Hours per week:** 45
**Duties, Accomplishments and Related Skills:**
Emergency Room Physician provided Emergency Room
coverage through a contract company while I was on active duty at various hospitals in
the area. After my honorable discharge from the army, I was a full time emergency room
physician at Winn Army Community Hospital from Jan. 1994 to June 1994. During this
time period I worked 40 to 50 hours per week. Covering all shifts - day, evening and morning as well as
weekends and holidays. We provided a wide range of services to
active duty miltary personnel and their families as well as retirees.

**Physician**
**US Military 06/1990 - 12/1993 Winn Army Community**
Winn Army Community Hospital
Fort Stewart, GA

**6/1990 - 12/1993**
**Hours per week:** 70
**Duties, Accomplishments and Related Skills:**
Persian Gulf War veteran.
While at Wynn Army Hospital, I assisted with on call coverage for the Internal Medicine Department in addition
to my Family Practice on call duties.
While at Wynn Army Community Hospital, I implemented a Well Woman Clinic address at increasing access to
preventative health care for female patients that were active duty and dependents of a active duty, female
veterans and female retirees.

**Education:**
**Eisenhower Army Medical Center** Augusta, GA United States
Professional degree (e.g. MD, JD, DDS) 5 / 1990
**Relevant Coursework, Licenses and Certifications:**
Competed my residency in Family Medicine
**Long Island University** Brooklyn, NY United States
Bachelor's degree 5 / 1987
**GPA:** 3.94 of a maximum 4.00
**Credits Earned:** Semester Hours
**Major:** Biology **Honors:** Summa Cum Laude
**SUNY Health Science Center** Syracuse, NY United States
Doctorate degree 5 / 1987
**Major:** Medical Degree
**Relevant Coursework, Licenses and Certifications:**
Medical Degree Board Certified in Family Medicine 1990

**Job Related Training:**
Telehealth

**Affiliations:**
American Academy of Family Physicians - Member
DVHS Music Booster Club - Past President
DVHS PTA - Past President
PA Academy Of Family Physicians - member
Government and Practice Advocacy Committee, PAFP - Member
American College of Correctional Medicine - Member

**Additional Information:**
Have provided Telehealth services for the past four years.

Active PA license
Inactive IN, GA and NY license - can be activated