**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-cr-15 (APM)** |
| | **:** | |
| **THOMAS CALDWELL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**<u>GOVERNMENT'S MOTION TO CONTINUE SENTENCING</u>**

On September 9, 2024, Defendant Thomas Caldwell moved this Court to reconsider its Order denying his motion for a judgment of acquittal. On September 19, 2024, the government filed its response. On December 18, 2024, the Court offered the government the opportunity to provide supplemental briefing on the discrete question of whether there was sufficient "evidence to satisfy *Arthur Andersen's* requirement that the Government prove a nexus between the obstructive conduct and a foreseeable particular federal proceeding to establish a conviction" under 18 U.S.C. § 1512(c)(1). 22-cr-152, 12/18/24 Tr. (citing *United States v. Young*, 916 F.3d 368 (4th Cir. 2019) (quotation marks and internal citations omitted)).

The government would appreciate the opportunity to supplement its briefing on this discrete issue but does not believe it can complete its filing in time for meaningful review in advance of the sentencing hearing, which is currently scheduled for Friday, December 20, 2024, at 1:00 p.m. Accordingly, the government seeks a continuance of the sentencing hearing. The government would request two to three weeks from today's date to submit its supplemental pleading.

The United States has consulted with counsel for Defendant Caldwell, and counsel does not object to continuing the sentencing hearing.

WHEREFORE, the United States respectfully requests that the Court continue sentencing for several weeks to allow the government an opportunity to submit supplemental briefing, and for Defendant Caldwell to reply, if he so desires.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/
Kathryn L. Rakoczy
D.C. Bar No. 994559
Alexandra Hughes
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530