**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15-APM |
| THOMAS E. CALDWELL | * | |

* * * * * * * * * * *

## NOTICE OF APPEAL

Defendant, Thomas E. Caldwell, by and through his undersigned counsel, David W. Fischer, Esq., hereby gives notice pursuant to Fed. R. App. P. 4(b) of his intent to appeal from this Court's Judgment in a Criminal Case, entered January 14, 2025, at ECF No. 933, in the above-captioned matter.

Respectfully submitted,

/s/ *David W. Fische*r
David W. Fischer, Esq.
Federal Bar No. 023787
Empire Towers, Suite 1007
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January, 2025, a copy of the foregoing Notice of Appeal was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:

Kathryn Rakoczy, AUSA
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20001

/s/ *David W. Fischer*
David W. Fischer, Esq.